**Exhibit A-1**
**Represented Plaintiffs**

| FirmName | LastName | FirstName | Middle Initial | Case Caption | Docket # |
|---|---|---|---|---|---|
| Anderson, John H. | Fairley | Kafaren | L | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| Anderson, John H. | Keys | Melba | | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| Arnold Law Firm | McCullough | Richard | | McCullough, Richard v. Merck & Co., Inc. | 2:06-cv-10996-EEF-DEK |
| Barrett Law Office (PA) | Ault | John | | Ault, John v. Merck & Co., Inc. | 2:07-cv-04082-EEF-DEK |
| Carey & Danis, LLC | Cook | Faye | | Adams, Eva Lucille v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| Carey & Danis, LLC | Fox | Rebecca | C | Adams, Eva Lucille v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| Carey & Danis, LLC | Fraley | Gerald | | Adams, Eva Lucille v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| Carey & Danis, LLC | Galbreath | Charlotte | | Adams, Eva Lucille v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| Carey & Danis, LLC | McStoots | Caney | S | Adams, Eva Lucille v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| Carey & Danis, LLC | Riley | Glenda | | Adams, Eva Lucille v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| Carey & Danis, LLC | Gelting | Ella | L | Aldin, Rich v. Merck & Co., Inc. | 2:06-cv-03382-EEF-DEK |
| Carey & Danis, LLC | Montgomery | Cherie | | Aldridge, Harriet v. Merck & Co., Inc. | 2:05-cv-06346-EEF-DEK |
| Carey & Danis, LLC | Frese | Bruce | | Allen, Barbara v. Merck & Co., Inc. | 2:06-cv-01897-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Shroyer | Dane | | Allen, Barbara v. Merck & Co., Inc. | 2:06-cv-01897-EEF-DEK |
| Carey & Danis, LLC | Anders | Irene | | Anders, Irene v. Merck & Co., Inc. | 2:06-cv-04365-EEF-DEK |
| Carey & Danis, LLC | Seets | Joyce | F | Anders, Irene v. Merck & Co., Inc. | 2:06-cv-04365-EEF-DEK |
| Carey & Danis, LLC | Brown | Claudie [Claudia] | M | Anderson, Arline v. Merck & Co., Inc. | 2:05-cv-02572-EEF-DEK |
| Carey & Danis, LLC | Caraker | Patricia | | Anderson, Arline v. Merck & Co., Inc. | 2:05-cv-02572-EEF-DEK |
| Carey & Danis, LLC | Gilson [Gilson, Sr.] | John | | Anderson, Arline v. Merck & Co., Inc. | 2:05-cv-02572-EEF-DEK |
| Carey & Danis, LLC | Kochel | Diane | | Andrews, Vernon v. Merck & Co., Inc. | 2:05-cv-02569-EEF-DEK |
| Carey & Danis, LLC | Atkins | Stella | F | Atkins, Stella v. Merck & Co., Inc. | 2:05-cv-04324-EEF-DEK |
| Carey & Danis, LLC | Causby | Gary | W | Atkins, Stella v. Merck & Co., Inc. | 2:05-cv-04324-EEF-DEK |
| Carey & Danis, LLC | Janeway | Barbara | A | Atkins, Stella v. Merck & Co., Inc. | 2:05-cv-04324-EEF-DEK |
| Carey & Danis, LLC | Thornton [Thorton] | Debra [Deborah] | | Atkins, Stella v. Merck & Co., Inc. | 2:05-cv-04324-EEF-DEK |
| Carey & Danis, LLC | Lovel | Claude | | Bailey, Shirley v. Merck & Co., Inc. | 2:05-cv-03414-EEF-DEK |
| Carey & Danis, LLC | Baldwin | Velvie | | Baldwin, Paul v. Merck & Co., Inc. | 2:06-cv-03376-EEF-DEK |
| Carey & Danis, LLC | Hahn | Patricia | A | Baldwin, Paul v. Merck & Co., Inc. | 2:06-cv-03376-EEF-DEK |
| Carey & Danis, LLC | McComas | Timothy [Tim] | | Baldwin, Paul v. Merck & Co., Inc. | 2:06-cv-03376-EEF-DEK |
| Carey & Danis, LLC | Mullins | Christine | | Baldwin, Paul v. Merck & Co., Inc. | 2:06-cv-03376-EEF-DEK |
| Carey & Danis, LLC | Riggs | Roger | | Baldwin, Paul v. Merck & Co., Inc. | 2:06-cv-03376-EEF-DEK |
| Carey & Danis, LLC | Shrader | Nancy | | Baldwin, Paul v. Merck & Co., Inc. | 2:06-cv-03376-EEF-DEK |

| Carey & Danis, LLC | Watkins | Corletta | R | Baldwin, Paul v. Merck & Co., Inc. | 2:06-cv-03376-EEF-DEK |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Benson | Mary | E | Benson, Mary v. Merck & Co., Inc. | 2:05-cv-05307-EEF-DEK |
| Carey & Danis, LLC | Haley | Thomas | S | Benson, Mary v. Merck & Co., Inc. | 2:05-cv-05307-EEF-DEK |
| Carey & Danis, LLC | Truss | Robert | T | Benson, Mary v. Merck & Co., Inc. | 2:05-cv-05307-EEF-DEK |
| Carey & Danis, LLC | Barnett | Lillian | | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK |
| Carey & Danis, LLC | Hicks | William | L [Lowe} | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK |
| Carey & Danis, LLC | Matthew | Kathleen | A | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK |
| Carey & Danis, LLC | Royster | Wendell | | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK |
| Carey & Danis, LLC | Stiles | Priscilla | L | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK |
| Carey & Danis, LLC | Ward | Elizabeth | J | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK |
| Carey & Danis, LLC | Williams | Sarah | D | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK |
| Carey & Danis, LLC | Kimbrough | Randy | | Bird, Patty v. Merck & Co. Inc. | 2:06-cv-03373-EEF-DEK |
| Carey & Danis, LLC | Omari | Mary | H | Bird, Patty v. Merck & Co. Inc. | 2:06-cv-03373-EEF-DEK |
| Carey & Danis, LLC | Thoma | Delores | | Bird, Patty v. Merck & Co. Inc. | 2:06-cv-03373-EEF-DEK |
| Carey & Danis, LLC | Black | Carver | J | Black, Carver v. Merck & Co., Inc. | 2:05-cv-03802-EEF-DEK |
| Carey & Danis, LLC | Godbey | Mary | | Black, Carver v. Merck & Co., Inc. | 2:05-cv-03802-EEF-DEK |
| Carey & Danis, LLC | Rhodes | Sally [Sallie] | M | Black, Carver v. Merck & Co., Inc. | 2:05-cv-03802-EEF-DEK |
| Carey & Danis, LLC | Sydow | Janet | | Black, Carver v. Merck & Co., Inc. | 2:05-cv-03802-EEF-DEK |
| Carey & Danis, LLC | Atkinson | Susan | L | Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK |
| Carey & Danis, LLC | Bugg | Rinda [Janie] | J | Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK |

| Carey & Danis, LLC | Wren | William | | Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Siders-Guy | Franklin | A | Boswell, Mattie v. Merck & Co., Inc. | 2:05-cv-06389-EEF-DEK |
| Carey & Danis, LLC | Bethea | Mennie | B | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375-EEF-DEK |
| Carey & Danis, LLC | Hale | Marsha | | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375-EEF-DEK |
| Carey & Danis, LLC | Williams | Mary | S | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375-EEF-DEK |
| Carey & Danis, LLC | Cline | Myrtle | M | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK |
| Carey & Danis, LLC | Hudson | Danny | R | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK |
| Carey & Danis, LLC | Maddux | Clarence [Robert] | R | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK |
| Carey & Danis, LLC | Ragsdale | James | C | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK |
| Carey & Danis, LLC | Rochell, Jr. | Doyle | G | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK |
| Carey & Danis, LLC | Samples | Alton | K | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK |
| Carey & Danis, LLC | Butler | Charlesetta | | Butler, Charlesetta v. Merck & Co., Inc. | 2:05-cv-03817-EEF-DEK |
| Carey & Danis, LLC | Waggoner | Jackie | | Butler, Charlesetta v. Merck & Co., Inc. | 2:05-cv-03817-EEF-DEK |
| Carey & Danis, LLC | Collins | Edna | J | Butler, Samella v. Merck & Co., Inc. | 2:06-cv-01973-EEF-DEK |
| Carey & Danis, LLC | Nowak | Pamela | A [Anne] | Butler, Samella v. Merck & Co., Inc. | 2:06-cv-01973-EEF-DEK |
| Carey & Danis, LLC | Gleason | Judy | | Cavins, Jane v. Merck & Co., Inc. | 2:05-cv-03816-EEF-DEK |
| Carey & Danis, LLC | Myhand | Lillian | L | Cavins, Jane v. Merck & Co., Inc. | 2:05-cv-03816-EEF-DEK |

| Carey & Danis, LLC | Gary | Lillia [Lillie] | M | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Richardson | Jimmy | A | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK |
| Carey & Danis, LLC | Scott | Myrtle | J | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK |
| Carey & Danis, LLC | Braeuninger | Karan | | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652-EEF-DEK |
| Carey & Danis, LLC | Morgan | Walter | | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652-EEF-DEK |
| Carey & Danis, LLC | Renaud | Margaret | | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652-EEF-DEK |
| Carey & Danis, LLC | Collins | Lonia | M | Cook, Nina v. Merck & Co., Inc. | 2:06-cv-00786-EEF-DEK |
| Carey & Danis, LLC | Franklin | Nicholas | R | Cook, Nina v. Merck & Co., Inc. | 2:06-cv-00786-EEF-DEK |
| Carey & Danis, LLC | Keating | Vicki | | Copeland, Vanita v. Merck & Co., Inc. | 2:05-cv-06349-EEF-DEK |
| Carey & Danis, LLC | Barber | Heze | G | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| Carey & Danis, LLC | Helmar | Tamara | | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| Carey & Danis, LLC | Ramsey | Adeline | | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| Carey & Danis, LLC | Wilkerson | Virginia | | Craig, Peggie v. Merck & Co., Inc. | 2:06-cv-03136-EEF-DEK |
| Carey & Danis, LLC | Attanasio | Richard | | Criglar, Ida v. Merck & Co., Inc. | 2:06-cv-11082-EEF-DEK |
| Carey & Danis, LLC | Linchey | James | P | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK |
| Carey & Danis, LLC | Mueller | Barbara | S | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK |
| Carey & Danis, LLC | Dale | Celestine | | Dale, Celestine v. Merck & Co., Inc. | 2:05-cv-02567-EEF-DEK |
| Carey & Danis, LLC | Dawson | Tyrone | E | Dawson, Tyrone v. Merck & Co., Inc. | 2:06-cv-00788-EEF-DEK |

| | | | | | | |
|---|---|---|---|---|---|---|
| Carey & Danis, LLC | Collins | Gene | | | Deist, Lorene v. Merck & Co., Inc. | 2:06-cv-09200-EEF-DEK |
| Carey & Danis, LLC | Deist | Lorene | | | Deist, Lorene v. Merck & Co., Inc. | 2:06-cv-09200-EEF-DEK |
| Carey & Danis, LLC | Horodecki | Donald | A | | Deist, Lorene v. Merck & Co., Inc. | 2:06-cv-09200-EEF-DEK |
| Carey & Danis, LLC | Lyons, Jr. | Joe | | | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| Carey & Danis, LLC | Shaut | Teresa | J | | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| Carey & Danis, LLC | Torres | Dominga | | | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| Carey & Danis, LLC | Rector | Richard | | | Dochsteiner, Walter v. Merck & Co., Inc. | 2:05-cv-02930-EEF-DEK |
| Carey & Danis, LLC | Carmichael | Frank | | | Douglas, Earlie v. Merck & Co., Inc. | 2:05-cv-05308-EEF-DEK |
| Carey & Danis, LLC | Ellis | Earnestine | | | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| Carey & Danis, LLC | Santiago | Alfredo | W | | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| Carey & Danis, LLC | Pruitt | Costameka | | | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK |
| Carey & Danis, LLC | Watts | Zola | | | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK |

| Carey & Danis, LLC | Ortiz | Juan | R | Erickson, Greg v. Merck & Co., Inc. | 2:06-cv-03745-EEF-DEK |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Rodgers | Dean | C | Erickson, Greg v. Merck & Co., Inc. | 2:06-cv-03745-EEF-DEK |
| Carey & Danis, LLC | Tack | Helen | | Erickson, Greg v. Merck & Co., Inc. | 2:06-cv-03745-EEF-DEK |
| Carey & Danis, LLC | Houser | Candice | | Euell, Jefferson v. Merck & Co., Inc. | 2:06-cv-00794-EEF-DEK |
| Carey & Danis, LLC | Poe | Dorris | V | Euell, Jefferson v. Merck & Co., Inc. | 2:06-cv-00794-EEF-DEK |
| Carey & Danis, LLC | Allen | Judy | | Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK |
| Carey & Danis, LLC | Billups | Lizzie | M | Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK |
| Carey & Danis, LLC | Carter | Eva | | Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK |
| Carey & Danis, LLC | Johnson-Cannon [Cannon] | Annette | | Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK |
| Carey & Danis, LLC | Luttrall | Gail | | Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK |
| Carey & Danis, LLC | Solis | Elizabeth | J | Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK |
| Carey & Danis, LLC | Woodard [Woodward] | Terry | | Ganser, Dorothy v. Merck & Co., Inc. | 2:05-cv-05300-EEF-DEK |
| Carey & Danis, LLC | Branham | Lois | C | Gant, Betty J. v. Merck & Co., Inc. | 2:06-cv-00792-EEF-DEK |
| Carey & Danis, LLC | Bush | Bill | G | Gant, Betty J. v. Merck & Co., Inc. | 2:06-cv-00792-EEF-DEK |
| Carey & Danis, LLC | Udell | Theo | | Gant, Betty J. v. Merck & Co., Inc. | 2:06-cv-00792-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Gaston | Wilma | J | Gaston, Wilma v. Merck & Co., Inc. | 2:05-cv-05293-EEF-DEK |
| Carey & Danis, LLC | Frank | Mary | L | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK |
| Carey & Danis, LLC | Geiger | Fredrick | A | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK |
| Carey & Danis, LLC | Hutcheson | Debra [Deborah] | K | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK |
| Carey & Danis, LLC | Monagan | James | E | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK |
| Carey & Danis, LLC | O'Dell | Buddy | | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK |
| Carey & Danis, LLC | Wilcox | Rotha | D | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK |
| Carey & Danis, LLC | Wims | Dolores | M | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK |
| Carey & Danis, LLC | Ezell | Glendia | | Gustin, Barbara v. Merck & Co., Inc. | 2:06-cv-00795-EEF-DEK |
| Carey & Danis, LLC | Gustin | Barbara | M | Gustin, Barbara v. Merck & Co., Inc. | 2:06-cv-00795-EEF-DEK |
| Carey & Danis, LLC | Lichtenberg | Philip | | Gustin, Barbara v. Merck & Co., Inc. | 2:06-cv-00795-EEF-DEK |
| Carey & Danis, LLC | Findley | Margerette | | Hagler, Charles v. Merck & Co., Inc. | 2:05-cv-03415-EEF-DEK |
| Carey & Danis, LLC | Pearson | Mary | S | Hagler, Charles v. Merck & Co., Inc. | 2:05-cv-03415-EEF-DEK |
| Carey & Danis, LLC | Hall | Sherry | | Hague, Robert v. Merck & Co., Inc. | 2:06-cv-03369-EEF-DEK |
| Carey & Danis, LLC | Hill | Janice | | Hague, Robert v. Merck & Co., Inc. | 2:06-cv-03369-EEF-DEK |

| Carey & Danis, LLC | Clair | Pearl | E | Hale, Arthur v. Merck & Co., Inc. | 2:05-cv-02579-EEF-DEK |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Peebles [Pebbles] | Clara [Carla] | J | Hale, Arthur v. Merck & Co., Inc. | 2:05-cv-02579-EEF-DEK |
| Carey & Danis, LLC | Hallman | Martha | | Hallman, Martha v. Merck & Co., Inc. | 2:05-cv-06388-EEF-DEK |
| Carey & Danis, LLC | Brown | Constance | D | Hamilton, Myrna v. Merck & Co., Inc. | 2:06-cv-11068-EEF-DEK |
| Carey & Danis, LLC | Cavanaugh | James | L | Hamilton, Myrna v. Merck & Co., Inc. | 2:06-cv-11068-EEF-DEK |
| Carey & Danis, LLC | Lane | Terry | | Hamilton, Myrna v. Merck & Co., Inc. | 2:06-cv-11068-EEF-DEK |
| Carey & Danis, LLC | Mash | Harold [Jerry] | J | Hamilton, Myrna v. Merck & Co., Inc. | 2:06-cv-11068-EEF-DEK |
| Carey & Danis, LLC | Young | Cheryl | N | Hamilton, Myrna v. Merck & Co., Inc. | 2:06-cv-11068-EEF-DEK |
| Carey & Danis, LLC | Harris | Marlene | F | Harris, Marlene v. Merck & Co., Inc. | 2:05-cv-02580-EEF-DEK |
| Carey & Danis, LLC | Davis | Mary | | Helton, Richard v. Merck & Co., Inc. | 2:06-cv-11443-EEF-DEK |
| Carey & Danis, LLC | Hadley | Pamela | A | Helton, Richard v. Merck & Co., Inc. | 2:06-cv-11443-EEF-DEK |
| Carey & Danis, LLC | Long | Doris | A | Helton, Richard v. Merck & Co., Inc. | 2:06-cv-11443-EEF-DEK |
| Carey & Danis, LLC | Payne | Gerald | | Helton, Richard v. Merck & Co., Inc. | 2:06-cv-11443-EEF-DEK |
| Carey & Danis, LLC | Riley | Carl | | Helton, Richard v. Merck & Co., Inc. | 2:06-cv-11443-EEF-DEK |
| Carey & Danis, LLC | Arrington | Gary | | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| Carey & Danis, LLC | Clinard | Tammy | L | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| Carey & Danis, LLC | Creel | Ina | | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |

| Carey & Danis, LLC | DeLille | David | | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Hembree | Violet | | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| Carey & Danis, LLC | Hill | Daryl | | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| Carey & Danis, LLC | King | Bonnie | N | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| Carey & Danis, LLC | McCorry | Pearlene | | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| Carey & Danis, LLC | Owens | Martha | A | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| Carey & Danis, LLC | Rucker | Martha | E | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| Carey & Danis, LLC | Tenison | Nickey | | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| Carey & Danis, LLC | Trivett | Freada | K | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| Carey & Danis, LLC | Wright | William | [Claude] | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| Carey & Danis, LLC | Wright | Hester | I [Imogene] | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| Carey & Danis, LLC | Davis | Janet | Lee | Holmes, Delores v. Merck & Co., Inc. | 2:05-cv-03814-EEF-DEK |
| Carey & Danis, LLC | **Terry [Jefferson]** | David | J | Holmes, Delores v. Merck & Co., Inc. | 2:05-cv-03814-EEF-DEK |
| Carey & Danis, LLC | Ettel | Mike | | Hopper, Judith v. Merck & Co., Inc. | 2:06-cv-06240-EEF-DEK |
| Carey & Danis, LLC | Fulkrod | Richard | | Hopper, Judith v. Merck & Co., Inc. | 2:06-cv-06240-EEF-DEK |

| Carey & Danis, LLC | McVay | Theresa | | Hopper, Judith v. Merck & Co., Inc. | 2:06-cv-06240-EEF-DEK |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Lashley | Nancy | | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK |
| Carey & Danis, LLC | Bauer | Henry | L | Jones, Sineria v. Merck & Co., Inc. | 2:05-cv-02581-EEF-DEK |
| Carey & Danis, LLC | Cooper | Sharon | Y | Kassing, Dorothy v. Merck & Co., Inc. | 2:05-cv-05303-EEF-DEK |
| Carey & Danis, LLC | Jethroe | **James [Carlotta]** | V | Kassing, Dorothy v. Merck & Co., Inc. | 2:05-cv-05303-EEF-DEK |
| Carey & Danis, LLC | Savinske | Dan | L | Kassing, Dorothy v. Merck & Co., Inc. | 2:05-cv-05303-EEF-DEK |
| Carey & Danis, LLC | Jewell | Raymond | | Keeney, Kevin v. Merck & Co., Inc. | 2:06-cv-03142-EEF-DEK |
| Carey & Danis, LLC | Winfield | Robert | | Keeney, Kevin v. Merck & Co., Inc. | 2:06-cv-03142-EEF-DEK |
| Carey & Danis, LLC | Brown - Rooney [Rooney] | Carolyn | S | Kell, Virginia v. Merck & Co., Inc. | 2:05-cv-05306-EEF-DEK |
| Carey & Danis, LLC | Gaines | Judy | | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| Carey & Danis, LLC | Gibson | Darlene | | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| Carey & Danis, LLC | Kincaid | Inez | | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| Carey & Danis, LLC | Neer | Jan | | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| Carey & Danis, LLC | Sanders | Millie | | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| Carey & Danis, LLC | Schweitzer | Frank | N | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| Carey & Danis, LLC | Johnson | Glenna | M | Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK |
| Carey & Danis, LLC | Kisty | Andrew | S | Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK |
| Carey & Danis, LLC | Channell | James | | Lacey, Roy v. Merck & Co., Inc. | 2:06-cv-01976-EEF-DEK |

| Carey & Danis, LLC | Davis | Patricia | D | Lacey, Roy v. Merck & Co., Inc. | 2:06-cv-01976-EEF-DEK |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Marshall | Nina | | Lacey, Roy v. Merck & Co., Inc. | 2:06-cv-01976-EEF-DEK |
| Carey & Danis, LLC | Johnlikes | Theodore | J | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK |
| Carey & Danis, LLC | Joyce | Tammy | | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK |
| Carey & Danis, LLC | Bouie | Andria [Andrea] | | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK |
| Carey & Danis, LLC | Claar | Alden | | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK |
| Carey & Danis, LLC | Farlee | Malinda | K | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK |
| Carey & Danis, LLC | Scaggs [Skaggs] | Charlotte | | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK |
| Carey & Danis, LLC | Strickland | Alice | | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK |
| Carey & Danis, LLC | Luttrell | Patsy | J | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK |
| Carey & Danis, LLC | Washam | Betty | L | Latham, Jane v. Merck & Co., Inc. | 2:06-cv-00793-EEF-DEK |
| Carey & Danis, LLC | Adams | Roger | W | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK |
| Carey & Danis, LLC | Anderson | Leslie | R | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK |
| Carey & Danis, LLC | Hernandez | Georgia | A [Anne] | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK |
| Carey & Danis, LLC | Green | Cheryl | L | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK |
| Carey & Danis, LLC | O'Lede | Georgia | | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK |
| Carey & Danis, LLC | Pierini | Antonio | | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK |
| Carey & Danis, LLC | Teffegalor | Anne | | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK |
| Carey & Danis, LLC | Johnson | Mackie | | Likins, George v. Merck & Co., Inc. | 2:06-cv-00787-EEF-DEK |

| Carey & Danis, LLC | Robertson | Carole [Carol] | S | Likins, George v. Merck & Co., Inc. | 2:06-cv-00787-EEF-DEK |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Milner | Henry | | Lincoln, Forrest v. Merck & Co., Inc. | 2:07-cv-00899-EEF-DEK |
| Carey & Danis, LLC | Wells | Gary | T | Lincoln, Forrest v. Merck & Co., Inc. | 2:07-cv-00899-EEF-DEK |
| Carey & Danis, LLC | Bensing | Dennis | | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| Carey & Danis, LLC | Corcoran | Walt | J | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| Carey & Danis, LLC | Dominguez | Anthony | | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| Carey & Danis, LLC | Downs | Eleanor | | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| Carey & Danis, LLC | Freeman, Sr. | Donald | | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| Carey & Danis, LLC | Gribus | Judy | E | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| Carey & Danis, LLC | Kinley | David | J | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| Carey & Danis, LLC | Romesburg [Rumsburg] | Linda | R | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| Carey & Danis, LLC | Russell | Gregory | | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| Carey & Danis, LLC | Stine | Anna | | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| Carey & Danis, LLC | Trombetta | Jim | | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| Carey & Danis, LLC | Debnam | Terri [Teri] | | Liotto, Barbara v. Merck & Co., Inc. | 2:05-cv-04323-EEF-DEK |
| Carey & Danis, LLC | Liotto | Barbara | | Liotto, Barbara v. Merck & Co., Inc. | 2:05-cv-04323-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Oliphant | Olena | | Liotto, Barbara v. Merck & Co., Inc. | 2:05-cv-04323-EEF-DEK |
| Carey & Danis, LLC | Williams | Elenor | | Liotto, Barbara v. Merck & Co., Inc. | 2:05-cv-04323-EEF-DEK |
| Carey & Danis, LLC | Betts-Holmes [Holmes] | Mattie | | Lockett, Renee v. Merck & Co., Inc. | 2:05-cv-03804-EEF-DEK |
| Carey & Danis, LLC | Trice | Carol | S [Sue] | Lockett, Renee v. Merck & Co., Inc. | 2:05-cv-03804-EEF-DEK |
| Carey & Danis, LLC | Brown | Stephen | W | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378-EEF-DEK |
| Carey & Danis, LLC | Churchman | Mary | J | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378-EEF-DEK |
| Carey & Danis, LLC | Cohen | Arnold | | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378-EEF-DEK |
| Carey & Danis, LLC | Daniel | Melvin | | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378-EEF-DEK |
| Carey & Danis, LLC | Lackey | Lois | | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378-EEF-DEK |
| Carey & Danis, LLC | Baldwin | John | H | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK |
| Carey & Danis, LLC | Gibbs | Willie | E | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK |
| Carey & Danis, LLC | Dillingham | Leonard | L | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK |
| Carey & Danis, LLC | Treat | Leola | | McBride, Earlene v. Merck & Co., Inc. | 2:05-cv-03420-EEF-DEK |
| Carey & Danis, LLC | Okey | Barbara | | McCandless, Marilyn v. Merck & Co., Inc. | 2:06-cv-10746-EEF-DEK |
| Carey & Danis, LLC | Lucas | Norma | | McCarter, Louise v. Merck & Co., Inc. | 2:05-cv-03812-EEF-DEK |
| Carey & Danis, LLC | McCarter | Louise | | McCarter, Louise v. Merck & Co., Inc. | 2:05-cv-03812-EEF-DEK |
| Carey & Danis, LLC | Pixley | Connie | E | McCarter, Louise v. Merck & Co., Inc. | 2:05-cv-03812-EEF-DEK |

| Carey & Danis, LLC | Galena | Bill | | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Hodges | Sharon | | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK |
| Carey & Danis, LLC | Oberle | John | J | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK |
| Carey & Danis, LLC | O'Connor | Elizabeth | | McDaniel, Jeffrey v. Merck & Co., Inc. | 2:05-cv-03811-EEF-DEK |
| Carey & Danis, LLC | Arthur | Billie | J [Jo] | McDonald, James v. Merck & Co., Inc. | 2:06-cv-03390-EEF-DEK |
| Carey & Danis, LLC | Pirro | Coyita | J | McDonald, James v. Merck & Co., Inc. | 2:06-cv-03390-EEF-DEK |
| Carey & Danis, LLC | Conaway | Patty | [Lea] | McGhee, Edna v. Merck & Co., Inc. | 2:05-cv-02573-EEF-DEK |
| Carey & Danis, LLC | Lazar | Lawrence | D | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK |
| Carey & Danis, LLC | McKee | Randy | | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK |
| Carey & Danis, LLC | Strissel | Lowell | D | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK |
| Carey & Danis, LLC | Upton, Sr. | Thomas | | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK |
| Carey & Danis, LLC | Wilcher | Margaret | | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK |
| Carey & Danis, LLC | Brown | Maggy | J | Means, Clarence v. Merck & Co., Inc. | 2:06-cv-03371-EEF-DEK |
| Carey & Danis, LLC | Means | Clarence | C | Means, Clarence v. Merck & Co., Inc. | 2:06-cv-03371-EEF-DEK |
| Carey & Danis, LLC | Hill | Jerry | | Miller, Greg B. v. Merck & Co., Inc. | 2:05-cv-05292-EEF-DEK |
| Carey & Danis, LLC | Wheeler | Virgie | M | Miller, Greg B. v. Merck & Co., Inc. | 2:05-cv-05292-EEF-DEK |
| Carey & Danis, LLC | Overstreet | Robert | C | Molder, Margaret v. Merck & Co., Inc. | 2:05-cv-02929-EEF-DEK |
| Carey & Danis, LLC | Johnson | Vanessa | | Moore, Geraldine v. | 2:05-cv-04611-EEF-DEK |

| | | | | Merck & Co., Inc. | |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Loving | Albert | J | Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK |
| Carey & Danis, LLC | Miller | Jeff | | Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK |
| Carey & Danis, LLC | Cummings | Jesse | L | Moultrie, David v. Merck & Co., Inc. | 2:05-cv-05311-EEF-DEK |
| Carey & Danis, LLC | Waggoner | Gary | W | Moultrie, David v. Merck & Co., Inc. | 2:05-cv-05311-EEF-DEK |
| Carey & Danis, LLC | Daugherty [Daughery] | Linda | K | Mullins, Arthur v. Merck & Co., Inc. | 2:05-cv-05302-EEF-DEK |
| Carey & Danis, LLC | Hoppers | Bobette [Bobbette] | | Mullins, Arthur v. Merck & Co., Inc. | 2:05-cv-05302-EEF-DEK |
| Carey & Danis, LLC | Oxford | Danny | J | Mullins, Arthur v. Merck & Co., Inc. | 2:05-cv-05302-EEF-DEK |
| Carey & Danis, LLC | Gourley | Barbara | | Neal, Lavona v. Merck & Co., Inc. | 2:05-cv-02928-EEF-DEK |
| Carey & Danis, LLC | Durden | Erlene | | Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381-EEF-DEK |
| Carey & Danis, LLC | Niner | Barbara | A | Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381-EEF-DEK |
| Carey & Danis, LLC | Conaway | Russell | | Nunn, Coy v. Merck & Co., Inc. | 2:06-cv-09331-EEF-DEK |
| Carey & Danis, LLC | Donath | Linda | J | Nunn, Coy v. Merck & Co., Inc. | 2:06-cv-09331-EEF-DEK |
| Carey & Danis, LLC | Chavez | Rosanna | | OBannon, Barbara v. Merck & Co., Inc. | 2:05-cv-03809-EEF-DEK |
| Carey & Danis, LLC | Cramer | Ward | A | OBannon, Barbara v. Merck & Co., Inc. | 2:05-cv-03809-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Duncan | Erin | | OBannon, Barbara v. Merck & Co., Inc. | 2:05-cv-03809-EEF-DEK |
| Carey & Danis, LLC | O'Bannon | Barbara | | OBannon, Barbara v. Merck & Co., Inc. | 2:05-cv-03809-EEF-DEK |
| Carey & Danis, LLC | Sphar | Ron | E | OBannon, Barbara v. Merck & Co., Inc. | 2:05-cv-03809-EEF-DEK |
| Carey & Danis, LLC | Capehart | Sara | M | Phillip, Lorraine v. Merck & Co., Inc. | 2:05-cv-03808-EEF-DEK |
| Carey & Danis, LLC | Lasswell | Mary | | Phillip, Lorraine v. Merck & Co., Inc. | 2:05-cv-03808-EEF-DEK |
| Carey & Danis, LLC | Cardona | Tracy | | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK |
| Carey & Danis, LLC | Clark | Earnest | W | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK |
| Carey & Danis, LLC | Richardson | Gary | H | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK |
| Carey & Danis, LLC | Satterfield | JoAnn | | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK |
| Carey & Danis, LLC | Thomason | Patti | A | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK |
| Carey & Danis, LLC | Powell | Doris | E | Piechoinski, Chris v. Merck & Co., Inc. | 2:05-cv-03807-EEF-DEK |
| Carey & Danis, LLC | Brasche | Loretta | | Price, Ella v. Merck & Co., Inc. | 2:05-cv-03852-EEF-DEK |
| Carey & Danis, LLC | Hubbard | Ruth | | Price, Ella v. Merck & Co., Inc. | 2:05-cv-03852-EEF-DEK |

| Carey & Danis, LLC | Blount | Michael | | Pueser, Kathryn v. Merck & Co., Inc. | 2:05-cv-03806-EEF-DEK |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Pueser | Kathryn | C | Pueser, Kathryn v. Merck & Co., Inc. | 2:05-cv-03806-EEF-DEK |
| Carey & Danis, LLC | Allen | Elizabeth | A | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| Carey & Danis, LLC | Assink | Lucille | E | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| Carey & Danis, LLC | Clark | Ginnie | D | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| Carey & Danis, LLC | Havard | Belinda | | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| Carey & Danis, LLC | Hilton | Mary | | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| Carey & Danis, LLC | Hines | Mary | | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| Carey & Danis, LLC | Pinkton | Sarah | | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| Carey & Danis, LLC | Robinson | Laquita | | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| Carey & Danis, LLC | Roncali | Mireal | P | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| Carey & Danis, LLC | Roney | Alma | J | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| Carey & Danis, LLC | Bell | Virginia | | Rasor, Joseph v. Merck & Co., Inc. | 2:06-cv-03368-EEF-DEK |

| Carey & Danis, LLC | Blair | Marilyn | A | Rasor, Joseph v. Merck & Co., Inc. | 2:06-cv-03368-EEF-DEK |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Bustamante | Ida | E | Rasor, Joseph v. Merck & Co., Inc. | 2:06-cv-03368-EEF-DEK |
| Carey & Danis, LLC | Case | William | R | Rasor, Joseph v. Merck & Co., Inc. | 2:06-cv-03368-EEF-DEK |
| Carey & Danis, LLC | Holmes | Lela | | Rasor, Joseph v. Merck & Co., Inc. | 2:06-cv-03368-EEF-DEK |
| Carey & Danis, LLC | Martinez | Elvira | M | Rasor, Joseph v. Merck & Co., Inc. | 2:06-cv-03368-EEF-DEK |
| Carey & Danis, LLC | Vestal | John | C | Rasor, Joseph v. Merck & Co., Inc. | 2:06-cv-03368-EEF-DEK |
| Carey & Danis, LLC | Wagner | Joyce | L | Ricketts, Tom v. Merck & Co., Inc. | 2:06-cv-02153-EEF-DEK |
| Carey & Danis, LLC | Burns | James | W | Robertson, Guy v. Merck & Co., Inc. | 2:05-cv-06058-EEF-DEK |
| Carey & Danis, LLC | Fugate | Linda | | Rogers, Irene v. Merck & Co., Inc. | 2:05-cv-05312-EEF-DEK |
| Carey & Danis, LLC | Briggs | Ronnie | L [Lee] | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK |
| Carey & Danis, LLC | Kubica | Julia | M | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK |
| Carey & Danis, LLC | Ledy | Nancy | A | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK |
| Carey & Danis, LLC | Maks | Robert | F | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK |
| Carey & Danis, LLC | McGraw | Rodney | | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK |
| Carey & Danis, LLC | Rautenburg | Harry | E | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK |

| Carey & Danis, LLC | Neal | Frances | | Romero, Joe v. Merck & Co., Inc. | 2:06-cv-03385-EEF-DEK |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Reddel | Mark | | Singleton, Gloria v. Merck & Co., Inc. | 2:05-cv-02576-EEF-DEK |
| Carey & Danis, LLC | Penniman | Clyde | | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK |
| Carey & Danis, LLC | Riddle | Ed | | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK |
| Carey & Danis, LLC | Woolridge | Bill | | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK |
| Carey & Danis, LLC | Wycoff | Richard | A | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK |
| Carey & Danis, LLC | Letterman | Winfred | | Squillace, Joseph v. Merck & Co., Inc. | 2:05-cv-02931-EEF-DEK |
| Carey & Danis, LLC | Lutz | Charles | L | Squillace, Joseph v. Merck & Co., Inc. | 2:05-cv-02931-EEF-DEK |
| Carey & Danis, LLC | Scott | Gerald | | Squillace, Joseph v. Merck & Co., Inc. | 2:05-cv-02931-EEF-DEK |
| Carey & Danis, LLC | Waddell | Judy | I | Squillace, Joseph v. Merck & Co., Inc. | 2:05-cv-02931-EEF-DEK |
| Carey & Danis, LLC | Frazier | Deloris | | Sterling, Roberta v. Merck & Co., Inc. | 2:06-cv-00791-EEF-DEK |
| Carey & Danis, LLC | McGuire | Ronald | R | Stewart, Mary v. Merck & Co., Inc. | 2:05-cv-02575-EEF-DEK |
| Carey & Danis, LLC | Tharnish | Deborah | | Swint, Mona v. Merck & Co., Inc. | 2:05-cv-06347-EEF-DEK |
| Carey & Danis, LLC | Dibble | Violet | | Thomas, Carol v. Merck & Co., Inc. | 2:05-cv-02570-EEF-DEK |
| Carey & Danis, LLC | Newport | Annette | | Thomas, Carol v. Merck & Co., Inc. | 2:05-cv-02570-EEF-DEK |
| Carey & Danis, LLC | Obst | Lawrence | L | Thomas, Carol v. Merck & Co., Inc. | 2:05-cv-02570-EEF-DEK |
| Carey & Danis, LLC | Thomas | Carol | | Thomas, Carol v. Merck & Co., Inc. | 2:05-cv-02570-EEF-DEK |

| Carey & Danis, LLC | Wolfe-Lewis [Wolfe] | Sharon | | Thomas, Carol v. Merck & Co., Inc. | 2:05-cv-02570-EEF-DEK |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Behlmann | Paul | H | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| Carey & Danis, LLC | Boutwell | Millard | | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| Carey & Danis, LLC | Mongler | Howard | | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| Carey & Danis, LLC | Runquist | Richard | L | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| Carey & Danis, LLC | Shelton | Donald | E | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| Carey & Danis, LLC | Valls | Lydia | R | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| Carey & Danis, LLC | Esser | Ruth | | Trinidad, Loretta v. Merck & Co., Inc. | 2:05-cv-05310-EEF-DEK |
| Carey & Danis, LLC | Hamm | Melinda | | Trinidad, Loretta v. Merck & Co., Inc. | 2:05-cv-05310-EEF-DEK |
| Carey & Danis, LLC | Miller | Larry | D | Trinidad, Loretta v. Merck & Co., Inc. | 2:05-cv-05310-EEF-DEK |
| Carey & Danis, LLC | Pinter | Raymond | G | Trinidad, Loretta v. Merck & Co., Inc. | 2:05-cv-05310-EEF-DEK |
| Carey & Danis, LLC | Trinidad | Loretta | | Trinidad, Loretta v. Merck & Co., Inc. | 2:05-cv-05310-EEF-DEK |
| Carey & Danis, LLC | Ince | Charles | E | Tuma, Theresa v. Merck & Co., Inc. | 2:05-cv-02566-EEF-DEK |
| Carey & Danis, LLC | Polk | Arnette | B | Tuma, Theresa v. Merck & Co., Inc. | 2:05-cv-02566-EEF-DEK |
| Carey & Danis, LLC | Raper | Sharon | [K] | Underwood, Sammy L. v. Merck & Co., Inc. | 2:05-cv-02571-EEF-DEK |
| Carey & Danis, LLC | Wagner | Robyn | | Wagner, Robyn v. Merck & Co., Inc. | 2:05-cv-03138-EEF-DEK |

| Carey & Danis, LLC | Walker | Willie | M [Mae] | Walker, Willie M. v. Merck & Co., Inc. | 2:05-cv-03137-EEF-DEK |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Wolfe | Robert | N | Walker, Willie M. v. Merck & Co., Inc. | 2:05-cv-03137-EEF-DEK |
| Carey & Danis, LLC | Carbajal | Shannon | | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377-EEF-DEK |
| Carey & Danis, LLC | McGuin | Sharon | L | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377-EEF-DEK |
| Carey & Danis, LLC | Roybal | Mary | A | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377-EEF-DEK |
| Carey & Danis, LLC | Tamez | Carlota | O | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377-EEF-DEK |
| Carey & Danis, LLC | Walton | Eloise | | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377-EEF-DEK |
| Carey & Danis, LLC | Weber | Sandra | | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377-EEF-DEK |
| Carey & Danis, LLC | Wood | Helen | L | Wood, Helen v. Merck & Co., Inc. | 2:05-cv-03799-EEF-DEK |
| Carey & Danis, LLC | Smith | Carolyn | A [Ann] | Young, Lejuana v. Merck & Co., Inc. | 2:05-cv-03805-EEF-DEK |
| Carey & Danis, LLC | Steiner | Doris | J | Young, Lejuana v. Merck & Co., Inc. | 2:05-cv-03805-EEF-DEK |
| Carey & Danis, LLC | Wheeler | Dorothy | | Young, Lejuana v. Merck & Co., Inc. | 2:05-cv-03805-EEF-DEK |
| Carey & Danis, LLC | Harvell | Michael | | Young, Ruthie v. Merck & Co., Inc. | 2:06-cv-09332-EEF-DEK |
| Carey & Danis, LLC | Zide | Martin | | Zide, Martin v. Merck & Co., Inc. | 2:06-cv-00796-EEF-DEK |
| Carey & Danis, LLC | Alderman | Steven | D | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK |
| Carey & Danis, LLC | Newcomb | Daniel | L | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK |
| Carey & Danis, LLC | Burns | Ludene | | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Carey & Danis, LLC | Brown | Jonathan | D | Erickson, Greg v. Merck & Co., Inc. | 2:06-cv-03745-EEF-DEK |
| Cellino & Barnes, P.C. | Marsico [Maresico] | Doris | | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| D'Amico, Frank J., Jr., APLC | Bowers | Aaron | | Anderson, Harold v. Merck & Co., Inc. | 2:05-cv-04428-EEF-DEK |
| D'Amico, Frank J., Jr., APLC | Ledet | Aily | | Anderson, Harold v. Merck & Co., Inc. | 2:05-cv-04428-EEF-DEK |
| Delluomo & Crow | Burton | Mary | R. | Burk, Carlton v. Merck & Co., Inc. | 2:07-cv-00715-EEF-DEK |
| Dougherty, Hildre & Haklar | Armenta | Hilda | | Armenta, Hilda v. Merck & Co., Inc. | 2:05-cv-05276-EEF-DEK |
| Dougherty, Hildre & Haklar | Hernandez | Aida | | Hernandez, Aida v. Merck & Co., Inc. | 2:05-cv-05285-EEF-DEK |
| Fabbro, Steven A., Law Office of | Mesi | Betty | | Mesi, Betty v. Merck & Co., Inc. | 2:06-cv-10991-EEF-DEK |
| Fears Nachawati Law Firm | Bluitt | Glenda | F | Carter, Claudia v. Merck & Co., Inc. | 2:07-cv-00732-EEF-DEK |
| Fears Nachawati Law Firm | Jones | Tyrone | | Carter, Claudia v. Merck & Co., Inc. | 2:07-cv-00732-EEF-DEK |
| Gallagher Law Firm (TX) | Garza | Robert | | Garza, Robert v. Merck & Co., Inc. | 2:08-cv-00606-EEF-DEK |
| Gallagher Law Firm (TX) | Williams | Willie | | Williams, Willie v. Merck & Co., Inc. | 2:08-cv-00656-EEF-DEK |
| Gancedo & Nieves LLP | Gardenhire | Cathey | L. | Eggleston, Marilyn v. Merck & Co., Inc. | 2:06-cv-07084-EEF-DEK |
| James, Vernon & Weeks, P.A. | Glassman | William | | Glassman, William v. Merck & Co., Inc. | 2:06-cv-10611-EEF-DEK |

| James, Vernon & Weeks, P.A. | Williams | Kurt | | Williams, Kurt v. Merck & Co., Inc. | 2:06-cv-09356-EEF-DEK |
|---|---|---|---|---|---|
| Kelley & Ferraro, LLP | Earhart | Evelyn | J | Earhart, Evelyn J. v. Merck & Co., Inc. | 2:05-cv-03212-EEF-DEK |
| Kelley & Ferraro, LLP | Hablitzel | Kenneth | | Hablitzel, Kenneth v. Merck & Co., Inc. | 2:06-cv-10203-EEF-DEK |
| Kelley & Ferraro, LLP | Sims | Samuel | C | Sims, Maxine v. Merck & Co., Inc. | 2:06-cv-06238-EEF-DEK |
| Kelley & Ferraro, LLP | Washinton | Henry | | Washington, Henry v. Merck & Co., Inc. | 2:05-cv-03572-EEF-DEK |
| Lamb Firm, LLC, The | Bermudez-Batista [Bermudez] | Israel | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Boscana-Ojeda | Matilde | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Gonzalez-Coffie [Gonzalez] | Nelly | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Lozada-Diaz [Losado] | Evelyn | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Ortiz-Maldonado [Ortiz] | Brenda [Glenda] | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Lamb Firm, LLC, The | Rivera-Torres | Evelyn | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Laminack, Pirtle & Martines | Bryant | Elbert | V. | Bryant, Elbert V. v. Merck & Co., Inc. | 2:06-cv-07069-EEF-DEK |
| Laminack, Pirtle & Martines | Jones | Montea | | Jones, Montea v. Merck & Co., Inc. | 2:06-cv-06917-EEF-DEK |
| Laminack, Pirtle & Martines | Kennon-Shumway | Sheila | | Kennon, Sheila v. Merck & Co. Inc. | 2:06-cv-06189-EEF-DEK |
| McAfee Law Firm, P.C. | Childress | Constance | E. | Akers, David M. v. Merck & Co., Inc. | 2:05-cv-02384-EEF-DEK |
| McAfee Law Firm, P.C. | Rasnake | Vernard | J. | Booher, Bonnie v. Merck & Co., Inc. | 2:05-cv-02385-EEF-DEK |

| Miller Firm, LLC, The (PA) | Reese | Cornelia | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
|---|---|---|---|---|---|
| Miller Firm, LLC, The (PA) | Mansfield | Jean Ann | | Cates, James Harold v. Merck & Co., Inc. | 2:06-cv-05994-EEF-DEK |
| Miller Firm, LLC, The (PA) | Brown | Curt | | Ferguson, Bonnie v. Merck & Co., Inc. | 2:07-cv-01827-EEF-DEK |
| Podlofsky Hill Orange & Modzelweski, LLP | Rivera | Soccoro | | Rivera, Socorro v. Merck & Co., Inc. | 2:08-cv-00163-EEF-DEK |
| Ramey & Hailey | Higgins | Ronald | A. | Higgins, Ronald v. Merck & Co., Inc. | 2:05-cv-06131-EEF-DEK |
| Riley, Michael D., Law Office of | Sluss | Harry | L | Bolds, Eartha v. Merck & Co., Inc. | 2:05-cv-06330-EEF-DEK |
| Riley, Michael D., Law Office of | Thomas | Josie | | Bolds, Eartha v. Merck & Co., Inc. | 2:05-cv-06330-EEF-DEK |
| Schlichter, Bogard & Denton | Crabdree [Crabtree] | Doyle | G. | Batt, Flossie v. Merck & Co., Inc. | 2:05-cv-05139-EEF-DEK |
| Schmidt, Douglas M., APLC | Latique | Myrtle | | Latique, Myrtle v. Merck & Co., Inc. | 2:07-cv-01670--EEF-DEK |
| Simon Passanante PC | Joiner | Caren | J | Joiner, Caren v. Merck & Co., Inc. | 2:06-cv-00904-EEF-DEK |
| Simon Passanante PC | Perry | Larry | | Noble, Richard v. Merck & Co., Inc. | 2:05-cv-01060-EEF-DEK |
| Whitehead Law Firm | Greco-Spangler [Greco] | Sharon | | Brimberry, Woodrow v. Merck & Co., Inc. | 2:06-cv-06802-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| Whitehead Law Firm | Johnson | Hattie | | Brimberry, Woodrow v. Merck & Co., Inc. | 2:06-cv-06802-EEF-DEK |
| Whitehead Law Firm | Dorsey | Dan | R. | Doyle, Evie v. Merck & Co., Inc. | 2:05-cv-04436-EEF-DEK |
| Wilner Block, P.A. | Woods | Karen | | Woods, Karen v. Merck & Co., Inc. | 2:06-cv-02335-EEF-DEK |
| Woody Falgoust, A Law Corporation | Rivere | Karen | B. | Rivere, Karen B. v. Merck & Co., Inc. | 2:05-cv-03716-EEF-DEK |
| Young Firm, The | Rawlings | Patricia | L [Lucille] | Rawlings, Patty v. Merck & Co., Inc. | 2:06-cv-05826-EEF-DEK |
| Young Firm, The | Triana | Lucille | | Triana, Lucille v. Merck & Co., Inc. | 2:06-cv-00012-EEF-DEK |
| Yuspeh, Wayne W., A Professional Law Corporation | Tanner | Kenneth | N. | Tanner, Kenneth v. Merck & Co., Inc. | 2:06-cv-00520-EEF-DEK |