**Exhibit A-2**
**Represented Plaintiffs**

** For the cases listed below, in response to Merck's deficiency letters, counsel has represented that they attempted to contact the plaintiffs but received no response.

| | | | | | |
|---|---|---|---|---|---|
| Singleton Law Firm | Ellis | Cedric | | Franklin Spates, Joyce v. Merck & Co., Inc. | 2:06-cv-02662-EEF-DEK |
| Singleton Law Firm | Taylor | Minnie | | Franklin Spates, Joyce v. Merck & Co., Inc. | 2:06-cv-02662-EEF-DEK |
| Singleton Law Firm | Baylor | Ruthie | | Merrit, Norma v. Merck & Co., Inc. | 2:05-cv-00473-EEF-DEK |
| Singleton Law Firm | Brooks | **Magdeline [Magaline]** | | Merrit, Norma v. Merck & Co., Inc. | 2:05-cv-00473-EEF-DEK |