**Exhibit B**
**Plaintiffs Who Are Now Pro Se**

| LastName | FirstName | Middle Initial | Case Caption | Docket # |
|---|---|---|---|---|
| Bumstead, Sr. | Charles | M. | Thompson, Bobbie L. v. Merck & Co., Inc. | 2:05-cv-04055-EEF-DEK |
| Baylon | Josephine |  | Baylon, Josephine v. Merck & Co., Inc. | 2:07-cv-00834-EEF-DEK |
| Coolie-Williams [Williams] | Cynthia | A. | Martinez, Patricia v. Merck & Co., Inc. | 2:07-cv-00864-EEF-DEK |
| Santiago | Maria |  | Santiago, Maria v. Merck & Co., Inc. | 2:07-cv-00855-EEF-DEK |
| Silva | Francisco |  | Silva, Francisco v. Merck & Co., Inc. | 2:07-cv-00854-EEF-DEK |
| Bourgeois | Dorothy |  | Adair, Wilma v. Merck & Co., Inc. | 2:06-cv-10159-EEF-DEK |
| Davenport | Darren | M. | Adair, Wilma v. Merck & Co., Inc. | 2:06-cv-10159-EEF-DEK |
| Frazier | Larry | A. | Adair, Wilma v. Merck & Co., Inc. | 2:06-cv-10159-EEF-DEK |
| Harris | Dorothy | C | Blain, Arthur D. v. Merck & Co., Inc. | 2:05-cv-01167-EEF-DEK |

| | | | | |
|---|---|---|---|---|
| McIntire | Michael | | Blain, Arthur D. v. Merck & Co., Inc. | 2:05-cv-01167-EEF-DEK |
| Butz | Douglas | | Butz, Douglas v. Merck & Co., Inc. | 2:06-cv-05917-EEF-DEK |
| Chapman | Dorothy | | Chapman, Dorothy v. Merck & Co., Inc. | 2:05-cv-05233-EEF-DEK |
| Chepilko | Sergei | | Chepilko, Sergei v. Merck & Co., Inc. | 2:08-cv-00959-EEF-DEK |
| Brooks | Melvin | | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| Cooley | Edna | | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| Jagnaux | Michael | | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| Whiteman | Jane | | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| Drabelle | Carol | | Drabelle, Carol v. Merck & Co., Inc. | 2:05-cv-06497-EEF-DEK |
| Hale | Maxine | | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |
| Matthews | Andrew | | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |
| McIntyre | John | | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |
| McWhirt | William | Gayle | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |
| Ham | Nina | | Grove, Sherrill v. Merck & Co., Inc. | 2:06-cv-10160-EEF-DEK |

| | | | | |
|---|---|---|---|---|
| Hayes | Robert | A. | Grove, Sherrill v. Merck & Co., Inc. | 2:06-cv-10160-EEF-DEK |
| Horton | Gary | | Grove, Sherrill v. Merck & Co., Inc. | 2:06-cv-10160-EEF-DEK |
| Martin | Lora | | Grove, Sherrill v. Merck & Co., Inc. | 2:06-cv-10160-EEF-DEK |
| McGinnis | Delores | | Grove, Sherrill v. Merck & Co., Inc. | 2:06-cv-10160-EEF-DEK |
| Hamilton | Shirley [S. Anne] | A. | Hamilton, S. Anne v. Merck & Co., Inc. | 2:07-cv-00883-EEF-DEK |
| Day | Elizabeth | Zane | Hanners, Tina v. Merck & Co., Inc. | 2:06-cv-10154-EEF-DEK |
| Knight | James | | Hanners, Tina v. Merck & Co., Inc. | 2:06-cv-10154-EEF-DEK |
| Tita | Robert | Paul | Hanners, Tina v. Merck & Co., Inc. | 2:06-cv-10154-EEF-DEK |
| Westmoreland | Joyce | | Hanners, Tina v. Merck & Co., Inc. | 2:06-cv-10154-EEF-DEK |
| Baker | Mildred | | Kimm, Dianne v. Merck & Co., Inc. | 2:06-cv-10153-EEF-DEK |
| Williams | Mamie | | Kimm, Dianne v. Merck & Co., Inc. | 2:06-cv-10153-EEF-DEK |
| LaBine | Earl | | LaBine, Earl v. Merck & Co., Inc. | 2:06-cv-07049-EEF-DEK |
| Wise | Earlene | | Laws, Iva v. Merck & Co., Inc. | 2:06-cv-10174-EEF-DEK |
| Yearber | Wanda | | Laws, Iva v. Merck & Co., Inc. | 2:06-cv-10174-EEF-DEK |
| Montiegel | Judy | | Montiegel, Judy v. Merck & Co., Inc. | 2:05-cv-05240-EEF-DEK |
| Reid | Jimmy | | Reid, Jimmy v. Merck & Co., | 2:05-cv-05314-EEF- |

| | | | | |
|---|---|---|---|---|
| | | | Inc. | DEK |
| Smith | Vinnie | | Smith, Vinnie v. Merck & Co.. Inc. | 2:06-cv-06403-EEF-DEK |
| Stalter | Shirley | Ann | Stalter, Shirley v. Merck & Co., Inc. | 2:05-cv-03536-EEF-DEK |
| Sullivan | Jimmy | | Sullivan, Jimmy v. Merck & Co., Inc. | 2:05-cv-04453-EEF-DEK |
| Woosley | Laverne | | Sullivan, Jimmy v. Merck & Co., Inc. | 2:05-cv-04453-EEF-DEK |
| Britton | Ora | | Thompson, Bobbie L. v. Merck & Co., Inc. | 2:05-cv-04055-EEF-DEK |
| Thorpe | Karen | D. | Thompson, Bobbie L. v. Merck & Co., Inc. | 2:05-cv-04055-EEF-DEK |
| Calero | Marlene | | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEF-DEK |
| Johnson | Judy | M. | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEF-DEK |
| Poole | Junell | K. | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEF-DEK |
| Shelton, Sr. | Clemon | | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEF-DEK |
| Willis, Sr. | Melvin | | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEF-DEK |
| Wehrman | Gary [Anthony] | A | Wehrman, Anthony v. Merck & Co., Inc. | 2:06-cv-02503-EEF-DEK |