**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| **All Cases Listed on Exhibit "A"** | * | **MAGISTRATE JUDGE** |
| | * | **KNOWLES** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**CERTAIN PLAINTIFFS' MOTION TO SHOW CAUSE WHY CERTAIN**
**MEDICAL PROVIDERS SHOULD NOT BE HELD IN CONTEMPT OF COURT**
**FOR FAILING TO COMPLY WITH PRETRIAL ORDER NO.35 AND/OR 35A**

Those Plaintiffs listed in Exhibit "A" file this Motion to Show Cause Why Certain

Medical Providers Should Not Be Held in Contempt of Court for Failing to Comply with

Pretrial Orders Nos. 35 and/or 35A, and in support thereof show as follows:

1.      The Plaintiffs identified in Exhibit "A' have attempted to obtain medical

records from their healthcare providers, also identified in Exhibit "A", so

that they may comply with the terms of the Vioxx Settlement Agreement.

Unfortunately, Plaintiffs' requests to their healthcare providers have been

futile.

2.      The respective healthcare providers have refused to comply with this

Court's Pretrial Orders Nos. 35 and/or 35A, which address the refusal of

healthcare providers, pharmacies and other entities to provide records

required to be submitted under the Vioxx Settlement Agreement.

Plaintiffs, through their counsel, have taken other measures as well to

1

obtain the records of the Plaintiffs from their respective healthcare

providers.

3.      Plaintiffs respectfully ask this Court to order that each provider appear

before this Court and show cause why:

a.      Each respective healthcare provider, as identified in Exhibit "A",

should not be held in contempt for failing to comply with PTO 35

and/or 35A; and

b.      Each respective healthcare provider, as identified in Exhibit "A",

should not be ordered to pay the attorneys' fees and cost related to

Plaintiffs' efforts to obtain their own medical records.

4.      Plaintiffs further moves for an Order on this motion as quickly as the

Court allows, inasmuch as the final deadlines are quickly approaching for

the necessary records to be submitted to the Vioxx Resolution Claims

Administrator.

5.      The bases for this Motion are more fully set forth in the attached

Memorandum in Support hereof.


WHEREFORE, the Plaintiffs identified in Exhibit "A" pray that this Motion to

Show Cause be granted, that the Court order the healthcare provider or an appropriate

representative to appear before the Court to explain its refusal to honor this Court's

orders, and for such relief to which they may be entitled.

Done this the 23rd day of January, 2009.


Respectfully submitted,


/s/ Kathryn S. Harrington_____
Kathryn S. Harrington, Sum 002
Hollis, Wright & Harrington
505 North 20th Street, Suite 1500
Birmingham, Al 35203
Tel: 205-324-3600/ Fax 205-324-3636
kharrington@hollis-wright.com
Counsel for Plaintiffs

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

___/s/ Kathryn S. Harrington_____
Kathryn S. Harrington, Sum 002
Hollis, Wright & Harrington
505 North 20th Street
Financial Center, Suite 1500
Birmingham, Al 35203
Tel: 205-324-3600/ Fax 205-324-3636
kharrington@hollis-wright.com
Counsel for Plaintiffs

EXHIBIT A

| CLAIMANT | PROVIDER |
|---|---|
| Allen, Wallis | Dr. Teresa Lawrence<br>3855 Pleasant Hill road NW Duluth, Ga 30096 |
| Angles, Thomas B. | Sears Holding for Kmart<br>3333 Beverly Road AC 384 B/A<br>Hoffman Estates, IL 60179 |
| Baker, Cecil | Dr. Raquib<br>P.O. Box 1140 Winfield, AL 35594 |
| Batts, Anthony | Dr. Shi Chi Cheng<br>2424 Danville Rd SW Heart Centers Suite L<br>Decatur, AL 35603<br><br>Rite-Aid<br>P.O. Box 3165<br>Harrisburg, PA 17105 |
| Blair, Martha | Goodwater Healthcare<br>100 Swindall Place<br>Goodwater, AL 35072 |
| Bush, Nicole | Rite-Aid<br>P.O. Box 3165<br>Harrisburg, PA 17105 |
| Carroll, John E. | Dr. Ahmad Ismail<br>110 E Byrd Ave, Bonifay, FL 32425 |
| Carroll, Shirley | Walgreens<br>1901 E. Voorhees MS #735 Danville, IL 61834 |
| Chisholm, Ethel | Rehab Works E. AL. Med Ctr.<br>2000 Pepperell Parkway, Opelika, AL 36849 |
| Cobb, Jr., George | Express Scripts<br>One Express Way St. Louis, MO 63121 |
| Condrey, Ralph E. | Dr. Christopher Byard<br>4300 West Main Street Suite 102<br>Dothan, AL 36305<br><br>Healthsouth Rehab |

|  | 1736 East Main Street, Dothan, AL 36301 |
|---|---|
| Covington, Victoria | Baptist South Hospital<br>2105 East South Boulevard, Montgomery, AL 36116 |
| Curseen, Ronald | Dr. Eva Magiros<br>1720 Medical Parks Drive Suite 340 Biloxi, MS 39532<br><br>Walmart<br>702 S.W. 8th Street<br>Bentonville, AR 72716-0215 |
| Dace, Dorothy | Jeff Anderson Reg. Med Ctr<br>2124 14th St, Meridian, MS 39301<br><br>Thomas Pharmacy<br>170 Beacon Street<br>Laurel, MS 39440<br><br>Dr. Harry Dayton<br>1521 22nd Avenue Suite A Meridian, MS 39301 |
| Davis, Edna | Medco<br>E. 23102 Appleway Avenue, Liberty Lake, WA 99019 |
| Davis, Versie | Healthsouth Rehabilitation<br>4465 Narrow Lane Rd. Montgomery, Alabama 36116 |
| Drake, Lawrence | Athens Family Care<br>707 W Market St Athens AL 35611 |
| Dupree, Johnnie Mae | Dr. Jean Bolton<br>1715 North McKenzie Street Foley, AL 36535 |
| Easterwood, Marilla | Dr. Kevin Sublett<br>3368 Highway 280, Suite 130, Alexander City, AL  35010 |
| Eden, Gary Allen | Dr. Nicholas Pantaleone<br>872 Gillespie Street Prattville, AL 36067 |
| Ezell, Sheldon | Eckerd Drugs/Rite Aid<br>P.O. Box 3165 Harrisburg, PA 17105 |
| Faison, Sarah | Dr. Nora Moriera<br>10495 Montgomery Road<br>Suite # 15 Cincinnati, OH 45242 |

Fennie, Latonga          Dr. Leon Davis
                         1725 W. 4th Street, Montgomery, AL

                         Adams Drugs
                         934 Adams Ave, Montgomery, AL

Foster, Bettye           CVS

Frederick, Steve         Dr. Jeffrey Long
                         42320 Hwy 195 Haleyville, AL 35565

                         Cardiology PC Jasper
                         3400 Hwy 78 E.  Suite #311 Jasper, AL 35501

Garrett, R.C. Wendell    Gadsden Regional Med. Ctr.
                         1007 Goodyear Avenue, Gadsden, AL 35903

Gardner, Sandra          VA Medical Center
                         700 19th Street South, Birmingham, AL

Gladden, Chester         Miller Drugs
                         212 1st Avenue E, Oneonta, AL 35121-1734

Glenn, Betty             Dr. Wade Stinson
                         541 West College Street Suite 3200. Florence, AL 35406

Gray, Annie              Jackson Hospital
                         1725 Pine St. Montgomery, AL 36106

                         Rheumatology Arthritis & Osteo
                         500 Arba St Montgomery,AL 36104

Hagood, Nettie           East Carroll Parish Hospital
                         336 North Hood Street, Lake Providence, LA 71254

Hampton, Walter          Dr. Wade Stinson
                         541 West College Street Suite 3200. Florence, AL 35406

Hardin, Rebecca Wynn for Reba     Medco
                         E. 23102 Appleway Ave. Liberty Lake, WA 99019

Harris, Carolyn Anne     Rite Aid
                         P. O. Box 3165, Harrisburg, PA 17105

Harris, Dora             Medco

|  | E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
|---|---|
| Harris, Inez | Dr. Lee Voulters<br>2100 Hwy 61N, Vicksburg, MS 39183 |
| Harris, Franklin | Jackson Hospital<br>1725 Pine St. Montgomery, AL 36106 |
| Harris, Sadie | Dr.Michael Salvia<br>1400 Narrow Lane Parkway, Montgomery, AL 36111 |
| Hayes, Delores | Dr. Jeff Hawkins<br>1528 Carraway Blvd., Birmingham, AL 35234 |
| Higginbotham, Ollie G. | Rite Aid<br>P. O. Box 3165, Harrisburg, PA 17105 |
| Hosey, Sr., Fred | Dr. Hrynkiw<br>720 Montclair Rd Birmingham, AL 35213 |
|  | Rite Aid<br>P. O. Box 3165, Harrisburg, PA 17105 |
| Hunt, Myrtle | Woods Pharmacy<br>149 Buck Creek Plaza, Alabaster, AL 35007 |
| Hunter, Annie | Dr. Refai Basel<br>3368 Highway 280, Alexander City 35010 |
| Hutchinson, Mary Taylor | Dr. Hisham Hakim<br>202 Medical Park, Talladega, AL 35160 |
| Jernigan, Beatrice | Maxwell AFB Pharmacy<br>300 S. Twining Street, Bldg. 760, Montgomery, AL 36112 |
| Johnson, Jerri L. | Dr. Henry Lewis<br>421 Marion Avenue McCombs, MS 39648 |
|  | Dr. Joseph Farina<br>118 N. Broadway, McComb, MS 39648 |
| Jones, David | Tennessee Valley Cardiovascular Center<br>1100 South Jackson Highway, Sheffield, AL 35660 |
|  | Dr. Frank Gillis<br>1404 East Avalon Avenue #A2, Tuscumbia, AL 35674 |

King, Barbara            Dr. Robert Dunn
                         104 Daffodil Drive, Starkville, MS 39759

King, Lillie             Dr. Nate Brown
                         Highway 61 & Ruby Street Cleveland, MS 38732

Knight, Luella           Dr. Reed Cooper
                         832 Stage Road, Auburn, AL 36830

Lemons, Rex D.           Dr. Victor Ferguson
                         1118 Ross Clark Circle #700, Dothan, AL 36301

Lindley, Jerry           BMC Princeton
                         701 Princeton Avenue SW Birmingham, AL 35211

Manis, Jack              Dr. Mark Murphy
                         909 – N. 5th Avenue, Rome, GA 30165

                         Dr. Cindy Shumpert
                         1105 North 5th Avenue, Rome, GA 30165

Miller, Ramona           Dr. Varcak
                         730 City Parks Drive, Piedmont, AL 36272

Mims, Danny              Dr. Robert Centor
                         619 19th St S University of Alabama Hospital
                         Birmingham, AL 35249

Moats, Semion            Medco
                         E. 23102 Appleway Ave. Liberty Lake, WA 99019

Nance, William           Dr. Charles Jordan
                         115 W. Grand Ave. Rainbow City, AL 35906

Osburn, Inez             Medco
                         E. 23102 Appleway Ave. Liberty Lake, WA 99019

Parker, Windell          Dr. James Lee
                         2021 Alabama Hwy 157, Cullman Alabama

                         UAB
                         619 19th Street, Birmingham, AL

Payne, Noble             Medco
                         E. 23102 Appleway Ave. Liberty Lake, WA 99019

| | |
|---|---|
| Peters, Catherine L. | Jacksonville Nursing Home<br>410 Wilson Dr. SW Jacksonville, AL 35265 |
| | Stringfellow Memorial Hospital<br>310 E. 18th. Street Anniston, AL 36207 |
| | Millennium Health Clinic/Dr. Louis Stokes<br>1713 Hamric Drive E #2  Oxford, AL 36203 |
| Richardson, Sherroll | Dr. Sean Orr<br>513 Brookwood Blvd. Birmingham, AL 35209 |
| Robinson, Leslie | Rite Aid |
| Sausen, Diane | Dr. Anthony Saway<br>2145 Highland Ave. B'ham, AL 35205 |
| | Rite Aid |
| Schuler, Roger | Walmart |
| | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Short, Janice | Weldon Pharmacy<br>1280 Hueytown Road Hueytown, AL 35023 |
| Sullivan, Alice | Dr. Ilyas Shaikh<br>4367 Downtowner Loop North Mobile, AL 36609 |
| Taylor, Ricky | Baptist Medical Center South<br>S 2105 East South Blvd. Montgomery, AL 36111 |
| | Dr. Charles Goodman<br> 1110 Eastdall Mall Montgomery, AL 36117 |
| Thomas, Yvonne | Dr. Das Subramonium<br>1013 Medical Center Parkway Selma, AL 36701 |
| | Dr. Meredith Drummond<br>833 St. Vincent's Dr. Ste. 300 B'ham, AL 35209 |
| West, Deborah | Northshore Medical Center<br>1100 NW 95th St, Miami, FL 33150 |

Williams, Brenda G.

Cardiology PC
3400 Hwy 78 E.  Suite #311 Jasper, AL 35501

Willis, Helen Rae

Montgomery Primary Health
3060 Mobile Highway:  Montgomery, AL  36104

Wilson, Dixie Thomas

People RX
1320 State Rte. 7 Champlain, NY 12915

Redmond Regional
PO Box 107001 Rome, GA 30165

Dr. Frank Hampton
5470 Martha Berry Highway NE Armuchee, GA 30105

Wilson, Edwrick

Express Scripts
One Express Way St. Louis, MO 63121

Wilson, Louchrisher

Dr. James Harrow
125 Alison Drive #7 Alexander, City 35010

York, Bennie

Dr. James Lee
2021 Alabama Hwy 157, Cullman Alabama

Dr. Martin Salmon
3800 Ridgeway Dr,     Birmingham, AL 35209