UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| ALL CASES | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |

**************************************************************************

### ORDER

The Court has considered Plaintiffs' Motion for Order to Show Cause Why Certain Medical Records Providers Should Not Be Held In Contempt. Accordingly, IT IS ORDERED that the motion is GRANTED.

Plaintiffs have alerted this Court that certain medical providers have refused to produce medical records in compliance with the Court's Pretrial Order No.35 (attached below), which addresses the refusal of healthcare providers, pharmacies, and other entities to provide certain medical records required to be submitted under the Vioxx Settlement Agreement. Plaintiffs report that several attempts have been made to obtain medical records from the following medical providers, but that the medical providers at issue have refused to comply fully with the requests for records as listed in Exhibit "A" (attached below).

Accordingly, IT IS ORDERED that the representatives from each of the above-named entities appear in this Court on _____, 2009, at 9:00 a.m., to show cause why:

    1.    they should not be held in contempt of Court for failing to comply with Pretrial Order No. 35 and/or 35A; and

1

        2.        they should not be ordered to pay the attorneys' fees and cost related to Plaintiffs' efforts to obtain their own medical records.

Production of the medical records at issue prior to _____, 2009, will be sufficient to satisfy the requirements of this Order and will relieve the above-named entities of the obligation to appear before this Court to show cause.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| CLAIMANT | PROVIDER |
|---|---|
| Allen, Wallis | Dr. Teresa Lawrence<br>3855 Pleasant Hill road NW Duluth, Ga 30096 |
| Angles, Thomas B. | Sears Holding for Kmart<br>3333 Beverly Road AC 384 B/A<br>Hoffman Estates, IL 60179 |
| Baker, Cecil | Dr. Raquib<br>P.O. Box 1140 Winfield, AL 35594 |
| Batts, Anthony | Dr. Shi Chi Cheng<br>2424 Danville Rd SW Heart Centers Suite L<br>Decatur, AL 35603<br><br>Rite-Aid<br>P.O. Box 3165<br>Harrisburg, PA 17105 |
| Blair, Martha | Goodwater Healthcare<br>100 Swindall Place<br>Goodwater, AL 35072 |
| Bush, Nicole | Rite-Aid<br>P.O. Box 3165<br>Harrisburg, PA 17105 |
| Carroll, John E. | Dr. Ahmad Ismail<br>110 E Byrd Ave, Bonifay, FL 32425 |
| Carroll, Shirley | Walgreens<br>1901 E. Voorhees MS #735 Danville, IL 61834 |
| Chisholm, Ethel | Rehab Works E. AL. Med Ctr.<br>2000 Pepperell Parkway, Opelika, AL 36849 |
| Cobb, Jr., George | Express Scripts<br>One Express Way St. Louis, MO 63121 |
| Condrey, Ralph E. | Dr. Christopher Byard<br>4300 West Main Street Suite 102<br>Dothan, AL 36305<br><br>Healthsouth Rehab |

|                     |                                                                          |
|---------------------|--------------------------------------------------------------------------|
|                     | 1736 East Main Street, Dothan, AL 36301                                  |
| Covington, Victoria | Baptist South Hospital<br>2105 East South Boulevard, Montgomery, AL 36116 |
| Curseen, Ronald     | Dr. Eva Magiros<br>1720 Medical Parks Drive Suite 340 Biloxi, MS 39532   |
|                     | Walmart<br>702 S.W. 8th Street<br>Bentonville, AR 72716-0215             |
| Dace, Dorothy       | Jeff Anderson Reg. Med Ctr<br>2124 14th St, Meridian, MS 39301           |
|                     | Thomas Pharmacy<br>170 Beacon Street<br>Laurel, MS 39440                 |
|                     | Dr. Harry Dayton<br>1521 22nd Avenue Suite A Meridian, MS 39301          |
| Davis, Edna         | Medco<br>E. 23102 Appleway Avenue, Liberty Lake, WA 99019                |
| Davis, Versie       | Healthsouth Rehabilitation<br>4465 Narrow Lane Rd. Montgomery, Alabama 36116 |
| Drake, Lawrence     | Athens Family Care<br>707 W Market St Athens AL 35611                    |
| Dupree, Johnnie Mae | Dr. Jean Bolton<br>1715 North McKenzie Street Foley, AL 36535            |
| Easterwood, Marilla | Dr. Kevin Sublett<br>3368 Highway 280, Suite 130, Alexander City, AL 35010 |
| Eden, Gary Allen    | Dr. Nicholas Pantaleone<br>872 Gillespie Street Prattville, AL 36067     |
| Ezell, Sheldon      | Eckerd Drugs/Rite Aid<br>P.O. Box 3165 Harrisburg, PA 17105              |
| Faison, Sarah       | Dr. Nora Moriera<br>10495 Montgomery Road<br>Suite # 15 Cincinnati, OH 45242 |

| | |
|---|---|
| Fennie, Latonga | Dr. Leon Davis
1725 W. 4th Street, Montgomery, AL

Adams Drugs
934 Adams Ave, Montgomery, AL |
| Foster, Bettye | CVS |
| Frederick, Steve | Dr. Jeffrey Long
42320 Hwy 195 Haleyville, AL 35565

Cardiology PC Jasper
3400 Hwy 78 E. Suite #311 Jasper, AL 35501 |
| Garrett, R.C. Wendell | Gadsden Regional Med. Ctr.
1007 Goodyear Avenue, Gadsden, AL 35903 |
| Gardner, Sandra | VA Medical Center
700 19th Street South, Birmingham, AL |
| Gladden, Chester | Miller Drugs
212 1st Avenue E, Oneonta, AL 35121-1734 |
| Glenn, Betty | Dr. Wade Stinson
541 West College Street Suite 3200. Florence, AL 35406 |
| Gray, Annie | Jackson Hospital
1725 Pine St. Montgomery, AL 36106

Rheumatology Arthritis & Osteo
500 Arba St Montgomery,AL 36104 |
| Hagood, Nettie | East Carroll Parish Hospital
336 North Hood Street, Lake Providence, LA 71254 |
| Hampton, Walter | Dr. Wade Stinson
541 West College Street Suite 3200. Florence, AL 35406 |
| Hardin, Rebecca Wynn for Reba | Medco
E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Harris, Carolyn Anne | Rite Aid
P. O. Box 3165, Harrisburg, PA 17105 |
| Harris, Dora | Medco |

|  |  |
|---|---|
|  | E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Harris, Inez | Dr. Lee Voulters<br>2100 Hwy 61N, Vicksburg, MS 39183 |
| Harris, Franklin | Jackson Hospital<br>1725 Pine St. Montgomery, AL 36106 |
| Harris, Sadie | Dr. Michael Salvia<br>1400 Narrow Lane Parkway, Montgomery, AL 36111 |
| Hayes, Delores | Dr. Jeff Hawkins<br>1528 Carraway Blvd., Birmingham, AL 35234 |
| Higginbotham, Ollie G. | Rite Aid<br>P. O. Box 3165, Harrisburg, PA 17105 |
| Hosey, Sr., Fred | Dr. Hrynkiw<br>720 Montclair Rd Birmingham, AL 35213<br><br>Rite Aid<br>P. O. Box 3165, Harrisburg, PA 17105 |
| Hunt, Myrtle | Woods Pharmacy<br>149 Buck Creek Plaza, Alabaster, AL 35007 |
| Hunter, Annie | Dr. Refai Basel<br>3368 Highway 280, Alexander City 35010 |
| Hutchinson, Mary Taylor | Dr. Hisham Hakim<br>202 Medical Park, Talladega, AL 35160 |
| Jernigan, Beatrice | Maxwell AFB Pharmacy<br>300 S. Twining Street, Bldg. 760, Montgomery, AL 36112 |
| Johnson, Jerri L. | Dr. Henry Lewis<br>421 Marion Avenue McCombs, MS 39648<br><br>Dr. Joseph Farina<br>118 N. Broadway, McComb, MS 39648 |
| Jones, David | Tennessee Valley Cardiovascular Center<br>1100 South Jackson Highway, Sheffield, AL 35660<br><br>Dr. Frank Gillis<br>1404 East Avalon Avenue #A2, Tuscumbia, AL 35674 |

6

| | |
|---|---|
| King, Barbara | Dr. Robert Dunn<br>104 Daffodil Drive, Starkville, MS 39759 |
| King, Lillie | Dr. Nate Brown<br>Highway 61 & Ruby Street Cleveland, MS 38732 |
| Knight, Luella | Dr. Reed Cooper<br>832 Stage Road, Auburn, AL 36830 |
| Lemons, Rex D. | Dr. Victor Ferguson<br>1118 Ross Clark Circle #700, Dothan, AL 36301 |
| Lindley, Jerry | BMC Princeton<br>701 Princeton Avenue SW Birmingham, AL 35211 |
| Manis, Jack | Dr. Mark Murphy<br>909 – N. 5th Avenue, Rome, GA 30165<br><br>Dr. Cindy Shumpert<br>1105 North 5th Avenue, Rome, GA 30165 |
| Miller, Ramona | Dr. Varcak<br>730 City Parks Drive, Piedmont, AL 36272 |
| Mims, Danny | Dr. Robert Centor<br>619 19th St S University of Alabama Hospital<br>Birmingham, AL 35249 |
| Moats, Semion | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Nance, William | Dr. Charles Jordan<br>115 W. Grand Ave. Rainbow City, AL 35906 |
| Osburn, Inez | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Parker, Windell | Dr. James Lee<br>2021 Alabama Hwy 157, Cullman Alabama<br><br>UAB<br>619 19th Street, Birmingham, AL |
| Payne, Noble | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |

7

| | |
|---|---|
| Peters, Catherine L. | Jacksonville Nursing Home<br>410 Wilson Dr. SW Jacksonville, AL 35265<br><br>Stringfellow Memorial Hospital<br>310 E. 18th. Street Anniston, AL 36207<br><br>Millennium Health Clinic/Dr. Louis Stokes<br>1713 Hamric Drive E #2  Oxford, AL 36203 |
| Richardson, Sherroll | Dr. Sean Orr<br>513 Brookwood Blvd. Birmingham, AL 35209 |
| Robinson, Leslie | Rite Aid |
| Sausen, Diane | Dr. Anthony Saway<br>2145 Highland Ave. B'ham, AL 35205<br><br>Rite Aid |
| Schuler, Roger | Walmart<br><br>Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Short, Janice | Weldon Pharmacy<br>1280 Hueytown Road Hueytown, AL 35023 |
| Sullivan, Alice | Dr. Ilyas Shaikh<br>4367 Downtowner Loop North Mobile, AL 36609 |
| Taylor, Ricky | Baptist Medical Center South<br>S 2105 East South Blvd. Montgomery, AL 36111<br><br>Dr. Charles Goodman<br> 1110 Eastdall Mall Montgomery, AL 36117 |
| Thomas, Yvonne | Dr. Das Subramonium<br>1013 Medical Center Parkway Selma, AL 36701<br><br>Dr. Meredith Drummond<br>833 St. Vincent's Dr. Ste. 300 B'ham, AL 35209 |
| West, Deborah | Northshore Medical Center<br>1100 NW 95th St, Miami, FL 33150 |

| | |
|---|---|
| Williams, Brenda G. | Cardiology PC<br>3400 Hwy 78 E.  Suite #311 Jasper, AL 35501 |
| Willis, Helen Rae | Montgomery Primary Health<br>3060 Mobile Highway:  Montgomery, AL  36104 |
| Wilson, Dixie Thomas | People RX<br>1320 State Rte. 7 Champlain, NY 12915<br><br>Redmond Regional<br>PO Box 107001 Rome, GA 30165<br><br>Dr. Frank Hampton<br>5470 Martha Berry Highway NE Armuchee, GA 30105 |
| Wilson, Edwrick | Express Scripts<br>One Express Way St. Louis, MO 63121 |
| Wilson, Louchrisher | Dr. James Harrow<br>125 Alison Drive #7 Alexander, City 35010 |
| York, Bennie | Dr. James Lee<br>2021 Alabama Hwy 157, Cullman Alabama<br><br>Dr. Martin Salmon<br>3800 Ridgeway Dr,     Birmingham, AL 35209 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * | | |

PRETRIAL ORDER NO. 35

Rules and Procedures Relating to the Authorization for Release of
Healthcare, Pharmacy and Other Records Relating to
<u>Claimants Enrolling in the Vioxx Resolution Program</u>

     This cause is before the Court upon the application of Merck and the Negotiating Plaintiffs' Committee ("NPC"), joined in by the MDL PSC, for an Order aiding in the implementation of the Vioxx Resolution Program established by Merck and the NPC pursuant to the Master Settlement Agreement executed by the parties on November 9, 2007. After consideration of this request and finding that such an Order would facilitate the orderly, uniform and cost-effective acquisition of relevant information and materials for this litigation, it is **ORDERED** as follows:

     **1.**    *The Basis for this Order.* In order for the Claims Administrator appointed under the Vioxx Resolution Program to evaluate claims enrolled in the Program, claimants are required to submit medical, pharmacy and other records for review by the Claims Administrator. Some healthcare providers, pharmacies and other entities having custody of these records (including, where applicable, employment and military records), however, have refused to release such records unless specific forms prepared by the particular entity are used. This delays the processing of claims and entails greater costs. To authorize the release of such records and allow necessary access to the records under the Program, the Claims Administrator has prepared Authorization Forms that are fully compliant with HIPAA. (See attached Exhibits A & B (medical records authorization) and Exhibits B & C (employment records authorization).) The purpose of this Order is to provide for a simple, uniform and cost-effective process for the collection of records relevant to claims enrolled in the Resolution Program (including, where applicable, employment and military records). Accordingly, this Order is issued pursuant to the

Court's authority to direct and control the coordinated discovery in this litigation pursuant to 28 U.S.C. §1407, Fed.R.Civ.P. 16 and Fed.R.Civ.P. 26(b), and the Court's inherent authority regarding case-specific discovery in this MDL.

2. **_Claimants Affected by this Order._** This Order applies to all claims submitted to the Vioxx Resolution Program. This includes cases originally transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to its Order of July 6, 2006 or as tag-along actions, and all related cases originally filed in this Court or transferred or removed to this Court. This Order also applies to all cases tolled pursuant to Tolling Agreement, entered into by Merck & Co., Inc. and the MDL PSC on June 1, 2005.

3. **_Discovery Affected by this Order._** This Order applies to the procurement of information and materials from entities (including but not limited to physicians, healthcare providers, pharmacies, educational facilities, former and present employers, insurance providers, all branches of the military and any other federal, state, and/or local government agencies) relating to claimants referred to in Paragraph 2.

4. **_Duty to Accept Court-Approved Authorization to Release Medical Records and Employment Records._** The Authorization Forms attached to this Order are HIPAA compliant and have been approved for use in all claims affected by this Order. Accordingly:

 (a) All physicians, healthcare providers, pharmacies, pharmacy benefits managers ("PBM"), educational facilities, former and present employers, insurance providers, all branches of the military, any federal, state, and/or local government agencies, or any other entity asked to produce records relating to a plaintiff or employee(all referred to as "Entities") shall accept the Authorization Forms as valid for all claims affected by this Order;

 (b) Entities may not request or insist upon different forms or terms different from the Authorization Forms;

 (c) When signed by a patient or employee and plaintiff in claims affected by this Order, the Authorization Forms shall be relied upon by all Entities to authorize the release of all records, including all medical and psychiatric records;

 (d) No facility-specific or different form shall be necessary for production of any records relating to a current or former patient or employee;

 (e) A photocopy or pdf image of the Authorization Forms shall be accepted;

 (f) No original signatures shall be required on the Authorization Forms for production of any records relating to a current or former patient or employee;

(g)  Any Authorization Form dated after November 9, 2007, shall be effective for production of any records relating to a current or former patient or employee and no differently dated Authorization shall be necessary or requested by the Entities;

(h)  Entities may not impose any waiting period for the production of records; and

(i)  Entities may not condition the release of requested records upon the payment of unreasonable "processing" or "handling" fees.

New Orleans, Louisiana, this 10th day of April, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**