UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| All Cases Listed on Exhibit "A" | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

*************************************************************************

**CERTAIN PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO SHOW CAUSE WHY CERTAIN MEDICAL PROVIDERS SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILING TO COMPLY WITH <u>PRETRIAL ORDER NO.35 AND/OR 35A</u>**

Those Plaintiffs listed in Exhibit "A" file this Memorandum in Support of Their Motion to Show Cause Why Certain Medical Providers Should Not Be Held in Contempt of Court for Failing to Comply with Pretrial Orders Nos. 35 and/or 35A, and in support thereof show as follows:

I.   INTRODUCTION

Plaintiffs have repeatedly attempted to obtain records from their healthcare providers so that they may comply with the terms of the VIOXX Settlement Agreement. Unfortunately, Plaintiffs' requests to certain providers have been futile.

Counsel for Plaintiffs provided an approved, HIPPA complaint authorization for release of information, and a copy of Pretrial Order No. 35 and/or 35A to Plaintiffs healthcare providers listed in Exhibit "A" but the healthcare providers listed in Exhibit "A" have ignored the request.

II.   ARGUMENT

The Supreme Court has stated the "basic proposition" that:

1

> All orders and judgments of courts must be complied with promptly. If a person to whom a court directs an order believes that an order is incorrect the remedy is to appeal, but absent a stay, he must comply with the order pending appeal.

Maness v. Meyers, 419 U.S. 449, 458 (1975).

With respect to refusing discovery, Fed. R. Civ. P. 37(b) provides that failure to comply with a court order "may be treated as contempt." Indeed, when a recalcitrant witness refuses to comply with an order of the court to produce documents, the court "may summarily order his confinement at a suitable place until such time as the witness is willing to give such testimony or provide such information." 28 U.S.C. § 1826. The period of confinement shall not exceed the "life of the court proceeding" (id.), which, when applied to MDL proceedings, may be of little consolation.

In response to numerous reports of providers failing to comply with Plaintiffs' medical records request, this court entered Pretrial Orders No. 35 and 35A. The order was issued pursuant to the Court's authority to direct and control the coordinated discovery in this litigation pursuant to 28 U.S.C § 1407, FED R. CIV. P. 16 and FED R. CIV P.26(b), and the Court's inherent authority regarding case-specific discovery in this MDL. The order applies to all claims submitted to the Vioxx Resolution Program, including these plaintiffs.

PTO 35 and 35A addressed the refusal of healthcare providers, pharmacies and other entities to provide records required to be submitted under the VIOXX Settlement Agreement and ordered the facilities comply quickly, efficiently and inexpensively. The Court acknowledged the unnecessary delays and increased costs

and sought to provide a uniform cost effective process for the collection of records and information relevant to claims enrolled in Resolution Program.

III. PRAYER

Therefore, Plaintiffs respectfully ask this court to issue an order that a corporate representative for each provider appear before this Court to show cause why the providers should not be held in contempt for failing to comply with PTO 35 and/or 35A, and compel the facility to produce the requested records with the required certifications. Plaintiffs have exhausted all efforts to obtain these records short of Court action.

WHEREFORE, the Plaintiffs pray that this Motion to Show Cause by granted, that the Court order an appropriate representative for each healthcare provider to appear before the Court to explain its refusal to honor this Court's orders, and for such other relief to which they may be entitled.

DATED: January  23, 2009.            Respectfully submitted,

/s/ Kathryn S. Harrington_____
Kathryn S. Harrington, Sum 002
Hollis, Wright & Harrington
505 North 20th Street, Suite 1500
Birmingham, Al 35203
Tel: 205-324-3600/ Fax 205-324-3636
kharrington@hollis-wright.com
Counsel for Plaintiffs

## **CERTIFICATION OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

      /s/ Kathryn S. Harrington
Kathryn S. Harrington, Sum 002
Hollis, Wright & Harrington
505 North 20th Street
Financial Center, Suite 1500
Birmingham, Al 35203
Tel: 205-324-3600/ Fax 205-324-3636
kharrington@hollis-wright.com
Counsel for Plaintiffs

EXHIBIT A

| CLAIMANT | PROVIDER |
|---|---|
| Allen, Wallis | Dr. Teresa Lawrence<br>3855 Pleasant Hill road NW Duluth, Ga 30096 |
| Angles, Thomas B. | Sears Holding for Kmart<br>3333 Beverly Road AC 384 B/A<br>Hoffman Estates, IL 60179 |
| Baker, Cecil | Dr. Raquib<br>P.O. Box 1140 Winfield, AL 35594 |
| Batts, Anthony | Dr. Shi Chi Cheng<br>2424 Danville Rd SW Heart Centers Suite L<br>Decatur, AL 35603<br><br>Rite-Aid<br>P.O. Box 3165<br>Harrisburg, PA 17105 |
| Blair, Martha | Goodwater Healthcare<br>100 Swindall Place<br>Goodwater, AL 35072 |
| Bush, Nicole | Rite-Aid<br>P.O. Box 3165<br>Harrisburg, PA 17105 |
| Carroll, John E. | Dr. Ahmad Ismail<br>110 E Byrd Ave, Bonifay, FL 32425 |
| Carroll, Shirley | Walgreens<br>1901 E. Voorhees MS #735 Danville, IL 61834 |
| Chisholm, Ethel | Rehab Works E. AL. Med Ctr.<br>2000 Pepperell Parkway, Opelika, AL 36849 |
| Cobb, Jr., George | Express Scripts<br>One Express Way St. Louis, MO 63121 |
| Condrey, Ralph E. | Dr. Christopher Byard<br>4300 West Main Street Suite 102<br>Dothan, AL 36305<br><br>Healthsouth Rehab |

|  |  |
|---|---|
|  | 1736 East Main Street, Dothan, AL 36301 |
| Covington, Victoria | Baptist South Hospital<br>2105 East South Boulevard, Montgomery, AL 36116 |
| Curseen, Ronald | Dr. Eva Magiros<br>1720 Medical Parks Drive Suite 340 Biloxi, MS 39532<br><br>Walmart<br>702 S.W. 8th Street<br>Bentonville, AR 72716-0215 |
| Dace, Dorothy | Jeff Anderson Reg. Med Ctr<br>2124 14th St, Meridian, MS 39301<br><br>Thomas Pharmacy<br>170 Beacon Street<br>Laurel, MS 39440<br><br>Dr. Harry Dayton<br>1521 22nd Avenue Suite A Meridian, MS 39301 |
| Davis, Edna | Medco<br>E. 23102 Appleway Avenue, Liberty Lake, WA 99019 |
| Davis, Versie | Healthsouth Rehabilitation<br>4465 Narrow Lane Rd. Montgomery, Alabama 36116 |
| Drake, Lawrence | Athens Family Care<br>707 W Market St Athens AL 35611 |
| Dupree, Johnnie Mae | Dr. Jean Bolton<br>1715 North McKenzie Street Foley, AL 36535 |
| Easterwood, Marilla | Dr. Kevin Sublett<br>3368 Highway 280, Suite 130, Alexander City, AL  35010 |
| Eden, Gary Allen | Dr. Nicholas Pantaleone<br>872 Gillespie Street Prattville, AL 36067 |
| Ezell, Sheldon | Eckerd Drugs/Rite Aid<br>P.O. Box 3165 Harrisburg, PA 17105 |
| Faison, Sarah | Dr. Nora Moriera<br>10495 Montgomery Road<br>Suite # 15 Cincinnati, OH 45242 |

| | |
|---|---|
| Fennie, Latonga | Dr. Leon Davis<br>1725 W. 4th Street, Montgomery, AL<br><br>Adams Drugs<br>934 Adams Ave, Montgomery, AL |
| Foster, Bettye | CVS |
| Frederick, Steve | Dr. Jeffrey Long<br>42320 Hwy 195 Haleyville, AL 35565<br><br>Cardiology PC Jasper<br>3400 Hwy 78 E.  Suite #311 Jasper, AL 35501 |
| Garrett, R.C. Wendell | Gadsden Regional Med. Ctr.<br>1007 Goodyear Avenue, Gadsden, AL 35903 |
| Gardner, Sandra | VA Medical Center<br>700 19th Street South, Birmingham, AL |
| Gladden, Chester | Miller Drugs<br>212 1st Avenue E, Oneonta, AL 35121-1734 |
| Glenn, Betty | Dr. Wade Stinson<br>541 West College Street Suite 3200. Florence, AL 35406 |
| Gray, Annie | Jackson Hospital<br>1725 Pine St. Montgomery, AL 36106<br><br>Rheumatology Arthritis & Osteo<br>500 Arba St Montgomery,AL 36104 |
| Hagood, Nettie | East Carroll Parish Hospital<br>336 North Hood Street, Lake Providence, LA 71254 |
| Hampton, Walter | Dr. Wade Stinson<br>541 West College Street Suite 3200. Florence, AL 35406 |
| Hardin, Rebecca Wynn for Reba | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Harris, Carolyn Anne | Rite Aid<br>P. O. Box 3165, Harrisburg, PA 17105 |
| Harris, Dora | Medco |

|  |  |
|---|---|
|  | E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Harris, Inez | Dr. Lee Voulters<br>2100 Hwy 61N, Vicksburg, MS 39183 |
| Harris, Franklin | Jackson Hospital<br>1725 Pine St. Montgomery, AL 36106 |
| Harris, Sadie | Dr. Michael Salvia<br>1400 Narrow Lane Parkway, Montgomery, AL 36111 |
| Hayes, Delores | Dr. Jeff Hawkins<br>1528 Carraway Blvd., Birmingham, AL 35234 |
| Higginbotham, Ollie G. | Rite Aid<br>P. O. Box 3165, Harrisburg, PA 17105 |
| Hosey, Sr., Fred | Dr. Hrynkiw<br>720 Montclair Rd Birmingham, AL 35213<br><br>Rite Aid<br>P. O. Box 3165, Harrisburg, PA 17105 |
| Hunt, Myrtle | Woods Pharmacy<br>149 Buck Creek Plaza, Alabaster, AL 35007 |
| Hunter, Annie | Dr. Refai Basel<br>3368 Highway 280, Alexander City 35010 |
| Hutchinson, Mary Taylor | Dr. Hisham Hakim<br>202 Medical Park, Talladega, AL 35160 |
| Jernigan, Beatrice | Maxwell AFB Pharmacy<br>300 S. Twining Street, Bldg. 760, Montgomery, AL 36112 |
| Johnson, Jerri L. | Dr. Henry Lewis<br>421 Marion Avenue McCombs, MS 39648<br><br>Dr. Joseph Farina<br>118 N. Broadway, McComb, MS 39648 |
| Jones, David | Tennessee Valley Cardiovascular Center<br>1100 South Jackson Highway, Sheffield, AL 35660<br><br>Dr. Frank Gillis<br>1404 East Avalon Avenue #A2, Tuscumbia, AL 35674 |

|  |  |
|---|---|
|  | E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Harris, Inez | Dr. Lee Voulters<br>2100 Hwy 61N, Vicksburg, MS 39183 |
| Harris, Franklin | Jackson Hospital<br>1725 Pine St. Montgomery, AL 36106 |
| Harris, Sadie | Dr.Michael Salvia<br>1400 Narrow Lane Parkway, Montgomery, AL 36111 |
| Hayes, Delores | Dr. Jeff Hawkins<br>1528 Carraway Blvd., Birmingham, AL 35234 |
| Higginbotham, Ollie G. | Rite Aid<br>P. O. Box 3165, Harrisburg, PA 17105 |
| Hosey, Sr., Fred | Dr. Hrynkiw<br>720 Montclair Rd Birmingham, AL 35213<br><br>Rite Aid<br>P. O. Box 3165, Harrisburg, PA 17105 |
| Hunt, Myrtle | Woods Pharmacy<br>149 Buck Creek Plaza, Alabaster, AL 35007 |
| Hunter, Annie | Dr. Refai Basel<br>3368 Highway 280, Alexander City 35010 |
| Hutchinson, Mary Taylor | Dr. Hisham Hakim<br>202 Medical Park, Talladega, AL 35160 |
| Jernigan, Beatrice | Maxwell AFB Pharmacy<br>300 S. Twining Street, Bldg. 760, Montgomery, AL 36112 |
| Johnson, Jerri L. | Dr. Henry Lewis<br>421 Marion Avenue McCombs, MS 39648<br><br>Dr. Joseph Farina<br>118 N. Broadway, McComb, MS 39648 |
| Jones, David | Tennessee Valley Cardiovascular Center<br>1100 South Jackson Highway, Sheffield, AL 35660<br><br>Dr. Frank Gillis<br>1404 East Avalon Avenue #A2, Tuscumbia, AL 35674 |

| | |
|---|---|
| King, Barbara | Dr. Robert Dunn<br>104 Daffodil Drive, Starkville, MS 39759 |
| King, Lillie | Dr. Nate Brown<br>Highway 61 & Ruby Street Cleveland, MS 38732 |
| Knight, Luella | Dr. Reed Cooper<br>832 Stage Road, Auburn, AL 36830 |
| Lemons, Rex D. | Dr. Victor Ferguson<br>1118 Ross Clark Circle #700, Dothan, AL 36301 |
| Lindley, Jerry | BMC Princeton<br>701 Princeton Avenue SW Birmingham, AL 35211 |
| Manis, Jack | Dr. Mark Murphy<br>909 – N. 5th Avenue, Rome, GA 30165<br><br>Dr. Cindy Shumpert<br>1105 North 5th Avenue, Rome, GA 30165 |
| Miller, Ramona | Dr. Varcak<br>730 City Parks Drive, Piedmont, AL 36272 |
| Mims, Danny | Dr. Robert Centor<br>619 19th St S University of Alabama Hospital<br>Birmingham, AL 35249 |
| Moats, Semion | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Nance, William | Dr. Charles Jordan<br>115 W. Grand Ave. Rainbow City, AL 35906 |
| Osburn, Inez | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Parker, Windell | Dr. James Lee<br>2021 Alabama Hwy 157, Cullman Alabama<br><br>UAB<br>619 19th Street, Birmingham, AL |
| Payne, Noble | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |

| | |
|---|---|
| Peters, Catherine L. | Jacksonville Nursing Home<br>410 Wilson Dr. SW Jacksonville, AL 35265<br><br>Stringfellow Memorial Hospital<br>310 E. 18th. Street Anniston, AL 36207<br><br>Millennium Health Clinic/Dr. Louis Stokes<br>1713 Hamric Drive E #2  Oxford, AL 36203 |
| Richardson, Sherroll | Dr. Sean Orr<br>513 Brookwood Blvd. Birmingham, AL 35209 |
| Robinson, Leslie | Rite Aid |
| Sausen, Diane | Dr. Anthony Saway<br>2145 Highland Ave. B'ham, AL 35205<br><br>Rite Aid |
| Schuler, Roger | Walmart<br><br>Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Short, Janice | Weldon Pharmacy<br>1280 Hueytown Road Hueytown, AL 35023 |
| Sullivan, Alice | Dr. Ilyas Shaikh<br>4367 Downtowner Loop North Mobile, AL 36609 |
| Taylor, Ricky | Baptist Medical Center South<br>S 2105 East South Blvd. Montgomery, AL 36111<br><br>Dr. Charles Goodman<br> 1110 Eastdall Mall Montgomery, AL 36117 |
| Thomas, Yvonne | Dr. Das Subramonium<br>1013 Medical Center Parkway Selma, AL 36701<br><br>Dr. Meredith Drummond<br>833 St. Vincent's Dr. Ste. 300 B'ham, AL 35209 |
| West, Deborah | Northshore Medical Center<br>1100 NW 95th St, Miami, FL 33150 |

| | |
|---|---|
| Williams, Brenda G. | Cardiology PC<br>3400 Hwy 78 E.  Suite #311 Jasper, AL 35501 |
| Willis, Helen Rae | Montgomery Primary Health<br>3060 Mobile Highway:  Montgomery, AL  36104 |
| Wilson, Dixie Thomas | People RX<br>1320 State Rte. 7 Champlain, NY 12915<br><br>Redmond Regional<br>PO Box 107001 Rome, GA 30165<br><br>Dr. Frank Hampton<br>5470 Martha Berry Highway NE Armuchee, GA 30105 |
| Wilson, Edwrick | Express Scripts<br>One Express Way St. Louis, MO 63121 |
| Wilson, Louchrisher | Dr. James Harrow<br>125 Alison Drive #7 Alexander, City 35010 |
| York, Bennie | Dr. James Lee<br>2021 Alabama Hwy 157, Cullman Alabama<br><br>Dr. Martin Salmon<br>3800 Ridgeway Dr,     Birmingham, AL 35209 |

11