| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | Plaintiff: Joseph Anderson |
| THIS RELATES TO: | |
| Civil Action No: 2:05-CV-06843 | [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW |

THIS MATTER having come before the above-entitled Court and before the undersigned Judge upon counsel's Motion to Withdraw, the Court having considered counsel's Motion to Withdraw and the Declaration of Andrew Hoyal;

AND the Court being fully advised, now therefore, IT IS HEREBY ORDERED that Counsel's Motion to Withdraw is GRANTED.

DATED this __22nd__ day of _____January, 2009_____

_____
JUDGE

Presented by:

LUVERA, BARNETT
BRINDLEY, BENINGER & CUNNINGHAM

_____
ANDREW HOYAL, WSBA # 21349
Counsel for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

LUVERA, BARNETT
BRINDLEY, BENINGER & CUNNINGHAM
ATTORNEYS AT LAW

6700 COLUMBIA CENTER • 701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 467-6090