UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX

PRODUCTS LIABILITY LITIGATION

This document relates to
Iris Pena Diaz, Docket #06-1508

] MDL Docket No. 1657

SECTION L

JUDGE FALLON

]

MAGISTRATE JUDGE KNOWLES

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Weiner, Carroll & Strauss, Esqs., is hereby withdrawn as Counsel of Record for Iris Pena Diaz. Administrator of Estate of Ana Pena.

NEW ORLEANS, LOUISIANA, this 22nd day of January, 2009

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE