UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                                   MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION:

                                                                SECTION:  L

                                                                JUDGE FALLON
………………………………………………..       MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
Adams et al v. Merck & Co Inc, et al.,  Case No. 2:06-cv-02101-EEF-DEK
Cavender et al v. Merck & Co Inc, Case No., 2:05-cv-06533-EEF-DEK
Coleman et al v. Merck & Co Inc, Case No., 2:06-cv-01970-EEF-DEK

## ORDER

THIS CAUSE, having come before the Court upon the Motion to Withdraw as Counsel of John J. Driscoll and the Court, having considered the Motion, hereby ORDERS that John J. Driscoll is allowed to withdraw as counsel for the above named cases.  Seth S. Webb, Brown & Crouppen PC, remain as counsel for all Plaintiffs in the above named cases.

_January_ 22nd 2009                                         *[signature: Eldon E. Fallon]*
Date                                                             United States District Court Judge