UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| All Cases Listed on Exhibit "A" | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |

**************************************************************************

### CERTAIN PLAINTIFFS' MOTION TO WITHDRAW THEIR MOTION TO SHOW CAUSE AGAINST WALGREENS, WALMART & EXPRESS SCRIPTS

Certain Plaintiffs, that are listed below on Exhibit A, filed their Motion to Show Cause Why Certain Medical Providers Should Not Be Held in Contempt of Court For Failing To Comply With Pretrial Orders Nos. 35 and/or 35A on January 23, 2009. Contained in Plaintiffs' Motion to Show Cause were allegations that certain providers listed on Exhibit "A", and had failed to respond to Plaintiffs request for medical and/or pharmacy records. Based on events that have occurred since the filing of said Motion, Plaintiffs now seek to withdraw their Motion to Show Cause against these specific healthcare providers and in support thereof shows as follows:

1. Plaintiffs Listed on Exhibit "A" filed their Motion to Show Cause against several healthcare providers, including those listed on Exhibit "A" on January 23, 2009. Following the filing of their Motion, counsel for healthcare providers listed on Exhibit "A", contacted plaintiffs' counsel and an agreement has been reached between the parties with regard to the production of plaintiffs' records. Therefore, the plaintiffs listed below

request that their Motion to Show Cause against the listed healthcare providers be withdraw.

WHEREFORE, the Plaintiffs identified below pray that this Motion to Withdraw their Motion to Show Cause against healthcare providers listed on Exhibit "A" be granted.

Respectfully submitted, this _____ day of _____, 2009.

Respectfully submitted,

/s/ Kathryn S. Harrington_____
Kathryn S. Harrington, Sum 002
Hollis, Wright & Harrington
505 North 20th Street, Suite 1500
Birmingham, Al 35203
Tel: 205-324-3600/ Fax 205-324-3636
kharrington@hollis-wright.com
Counsel for Plaintiffs

## CERTIFICATION OF SERVICE

       I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

       __/s/ Kathryn S. Harrington____
       Kathryn S. Harrington, Sum 002
       Hollis, Wright & Harrington
       505 North 20th Street
       Financial Center, Suite 1500
       Birmingham, Al 35203
       Tel: 205-324-3600/ Fax 205-324-3636
       kharrington@hollis-wright.com
       Counsel for Plaintiffs

## EXHIBIT A

| CLAIMANT | PROVIDER |
|---|---|
| Carroll, Shirley | Walgreens<br>1901 E. Voorhees MS #735 Danville, IL 61834 |
| Curseen, Ronald | Walmart<br>702 S.W. 8th Street<br>Bentonville, AR 72716-0215 |
| Schuler, Roger | Walmart<br>702 S.W. 8th Street<br>Bentonville, AR 72716-0215 |
| Cobb, Jr., George | Express Scripts<br>One Express Way St. Louis, MO 63121 |
| Wilson, Edwrick | Express Scripts<br>One Express Way St. Louis, MO 63121 |