UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| Janet Sue Morgan, et al, v. Merck & Co., Inc.; Docket No. 2:05-cv-496 only regarding **James I. Smith** | MAGISTRATE JUDGE KNOWLES |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rules 7.4 and 83.2.11, and Pretrial Order No. 36, Dawn M. Barrios, Esq. of Barrios, Kingsdorf & Casteix, L.L.P. moves this Court for permission to withdraw from representation of James I. Smith, VCN 1014244.

Counsel and Mr. Smith have several fundamental disagreements as to the representation given Mr. Smith.  Mr. Smith participated in the Vioxx Resolution Program and the Claims Administrator has awarded him points. Counsel is unable to adequately represent the interest of Mr. Smith as critical differences have arisen between Counsel and Mr. Smith sufficient to irreparably injure the attorney-client relationship.  Pursuant to Pretrial Order No. 36, Counsel's Declaration is attached as Exhibit A and Certification in Support of Motion to Withdraw as Counsel is attached as Exhibit B.  (Exhibit B states Mr. Smith's last known address and telephone number as required by Local Rule 83.2.11.)

Counsel will advise LexisNexis File & Serve of the changed party/counsel status promptly upon receiving this Court's order granting withdrawal.


Dated:  January 27, 2009                    Respectfully submitted,

                                            BARRIOS, KINGSDORF & CASTEIX, L.L.P.

                              By:    /s/ Dawn M. Barrios_____
                                     Dawn M. Barrios, Esq.
                                     LA Bar Roll No. 2821
                                     701 Poydras Street, Suite 3650
                                     New Orleans, LA  70139
                                     Telephone: 504-524-3300
                                     Facsimile:  504-524-3313
                                     Email: barrios@bkc-law.com

## CERTIFICATE OF SERVICE

I herby certify that the above and foregoing Motion to Withdraw as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, on Plaintiff, James I. Smith by U.S. Mail, certified, and via facsimile, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of January, 2009.

/s/ Dawn M. Barrios
Dawn M. Barrios, Esq.
LA Bar Roll No. 2821
Barrios, Kingsdorf & Casteix, L.L.P.
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone: 504-524-3300
Facsimile: 504-524-3313
Email: barrios@bkc-law.com