UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| Janet Sue Morgan, et al, v. Merck & Co., Inc.; Docket No. 2:05-cv-496 only regarding **James I. Smith** | MAGISTRATE JUDGE KNOWLES |

## COUNSEL'S DECLARATION IN SUPPORT OF MOTION TO WITHDRAW

DAWN M. BARRIOS, ESQ., being duly sworn, deposes and says:

1. I, Dawn M. Barrios, am an attorney at Barrios, Kingsdorf & Casteix, L.L.P., attorneys for plaintiff, James I. Smith (hereinafter referred to as "Plaintiff"). I am fully familiar with the facts and circumstances herein.

2. I am required to move this Court to withdraw representation on behalf of myself and Barrios, Kingsdorf & Casteix, L.L.P.

3. A fundamental disagreement as to prior representation, status of claim in the Vioxx Resolution Program, and future course of action regarding Plaintiff exists between Plaintiff and Counsel, the details of which are necessarily omitted as privileged within the attorney-client relationship. However, Counsel attests that she possesses a good faith basis for her legal judgment and opinion that the Motion to Withdraw as Counsel be granted, that Plaintiff's opinion of the representation substantively differs, and that the disagreements which have arisen cannot be reconciled.



EXHIBIT A

4. I have explained to Plaintiff the reasons for my inability to continue his representation and Plaintiff has advised Counsel he no longer wishes for her to represent him.

5. I have fully complied with this Court's process as required by Pretrial Order No. 36 and completed the required certification which is attached as Exhibit B to the Motion to Withdraw.

6. I have further complied with Local Rule 83.2.11 by advising Plaintiff at his last known address, by certified mail, that there are no pending court appearance dates or court imposed-deadlines, and that future deadlines or mandates may be set at or following the February 10, 2009 status conference.

7. Based upon the fundamental disagreement between Plaintiff and Counsel, as well as both Plaintiff's and Counsel's express desires to terminate their relationship, I respectfully request that this Court grant Counsel's Motion to Withdraw as Counsel and permit Plaintiff's claim in the Vioxx Resolution Program to proceed pro se.

_Dawn M. Barrios, Esq._

State of Louisiana
Parish of Orleans

Sworn to before me this 27th day of January, 2009

_Maria H. Romano_
Notary Public

**MARIA H. ROMANO**
Notary Public - Orleans Parish, LA
Notary ID No. 12380
Commissioned For Life