# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Barrios | First: Dawn | Middle: M. |
| **Name of Law Firm** | Barrios, Kingsdorf & Casteix, L.L.P. | | |

**Current Address**
- Street: 701 Poydras Street, Suite 3650
- City: New Orleans
- State: LA
- Zip: 70139
- Country: USA

| **Telephone Number** | 504-524-3300 | **Facsimile** | 504-524-3313 | **Email** | barrios@bkc-law.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Smith | First: James | Middle: I. |

**Plaintiff Address**
- Street: 110 Luther Davis Rd.
- City: Picayune
- State: MS
- Zip: 39466
- Country: USA

| **Telephone Number** | 601-818-4740 | **Facsimile** | 601-798-8389 | **Email** | jbuddysmith@yahoo.com |
|---|---|---|---|---|---|

| | |
|---|---|
| **Case Caption** | Janet Sue Morgan, et al, v. Merck & Co., Inc.; only regarding James I. Smith |
| **Case Number** | 2:05-cv-496 |
| **Court Where Case is Pending** | Eastern District of Louisiana |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: Smith | First: Cynthia | Middle: D. |

**Address**
- Street: 110 Luther Davis Rd.
- City: Picayune
- State: MS
- Zip: 39466
- Country: USA

| **Telephone Number** | 601-818-4740 | **Facsimile** | 601-798-8389 | **Email** | |
|---|---|---|---|---|---|

**Relationship to Plaintiff**: ☐ Friend   ☒ Relative (specify relationship: Wife)

EXHIBIT B

#344082

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  1 / 27 / 2009 .
  Month   Day   Year

☒ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 1 / 27 / 2009 (Month/Day/Year) | _[signature]_ Counsel |
|---|---|---|

#344082

2