UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to: | MAGISTRATE JUDGE KNOWLES |
| Janet Sue Morgan, et al, v. Merck & Co., Inc.; Docket No. 2:05-cv-496 only regarding **James I. Smith** | |

## ORDER

Upon due consideration of the foregoing Plaintiff's Counsel's Motion to Withdraw, and for good cause shown, the Court finds the Motion well-taken, and that same should be granted.

IT IS ORDERED that attorney Dawn M. Barrios and BARRIOS, KINGSDORF & CASTEIX, L.L.P. are released from any further responsibility as counsel for Plaintiff, James I. Smith.

IT IS SO ORDERED.

_____  
Date

_____  
Judge Eldon E. Fallon
United States District Court Judge