UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Jackie Jenkins v. Merck & Co., Inc.*<br>E.D.La. Docket No. 2:05-cv-04416 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER

CONSIDERING the foregoing Motion;

IT IS HEREBY ORDERED that the claim of Brenda Starks in the above captioned matter, be and the same is hereby dismissed, with prejudice, each party bearing their respective costs thereto.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE