# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | MDL Docket No.: 1657 |
| | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
| | Magistrate Judge Knowles |

This document relates to:

*Donald Patterson v. Merck & Co., Inc.*
Case No.: 06-cv-08319-EEF-DEK

### ORDER RE: MOTION TO WITHDRAW AS ATTORNEY

This Court, having considered the Motion to Withdraw as Attorney, hereby ORDERS that:

The Motion to Withdraw as Attorney filed by David W. Krivit, one of the attorneys for Plaintiff Donald Patterson, is GRANTED.

IT IS SO ORDERED.

DATED this  22nd  day of         January        , 2009.

                                                                                 *Eldon E. Fallon*
                                                                          United States District Judge

3