## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| **All Cases Listed on Exhibit "A"** | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDERS TO WITHDRAW MOTION TO SHOW CAUSE AGAINST
### WALGREENS, WALMART & EXPRESS SCRIPTS

The Court today considered Certain Plaintiffs' Motion to Withdraw Motion to Show Cause Why Certain Medical Providers Should Not Be Held In Contempt For Failing To Comply With Pre-Trial Orders Nos. 35 and/or 35A, those medical providers being identified in Exhibit "A" hereto.  The Court finds that the motion to withdraw should be **GRANTED** as to the Plaintiffs listed on Exhibit "A".

Dated this  28th  day of    January    , 2009.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

## EXHIBIT A

| CLAIMANT | PROVIDER |
|---|---|
| Carroll, Shirley | Walgreens<br>1901 E. Voorhees MS #735 Danville, IL 61834 |
| Curseen, Ronald | Walmart<br>702 S.W. 8th Street<br>Bentonville, AR 72716-0215 |
| Schuler, Roger | Walmart<br>702 S.W. 8th Street<br>Bentonville, AR 72716-0215 |
| Cobb, Jr., George | Express Scripts<br>One Express Way St. Louis, MO 63121 |
| Wilson, Edwrick | Express Scripts<br>One Express Way St. Louis, MO 63121 |