UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS<br>          LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

### Affidavit of Michael J. Miller

COMES NOW, Michael J. Miller, under oath and states as follows:

1. Mr. Miller is an attorney in the full time practice of law actively licensed and in good standing in the Commonwealth of Virginia, Commonwealth of the State of Maryland, Washington, DC and the Commonwealth of Philadelphia, Pennsylvania.

2. The Miller firm comprises twelve lawyers in the active full time practice of law, including a surgeon who is also an attorney.

3. The Miller Firm has been involved in the Vioxx litigation as lead counsel to its clients since 2003.

4. The Miller Firm has screened thousands of potential Vioxx claimants and filed lawsuits for approximately 450 Vioxx claimants.

5. Members of the Miller Firm have been named to the Plaintiff Steering Committee in four different multi-district litigations.

6. The Miller Firm conducted all of its own analysis of its Vioxx clients, their cases and their relationship to the general science.

7. The Miller Firm offered to serve on committees established by the Vioxx Plaintiffs Steering Committee and perform common benefit work in Vioxx.

8. The Miller Firm offered to try its own Vioxx cases early and often during the litigation.

9. The Miller Firm has Vioxx plaintiffs from many states.

10. The Miller Firm does not have any Vioxx clients who have complained about the private fee contracts that were entered into between the Miller Firm and its clients.

11. The Miller Firm has had no complaints from any Bar Association about the applicability or the ethical nature of the contracts entered into between The Miller Firm and its clients.

12. The Clients contracts in Vioxx were entered into in a competitive marketplace where the clients were free to pick among the attorneys.

13. All of The Miller Firm Vioxx clients signed a written retainer contract at the beginning of the representation.

14. The Miller Firm received no notice of the entry of the Court's capping Order.

15. Had The Miller Firm received advanced notice of consideration of the capping Order The Miller Firm would have briefed the issue, objected to the issue and presented evidence at such hearing as to the above issues and other issues that may have been germane to this proceeding.

Further the Affiant says not

                                                    _/s/Michael J. Miller_____
                                                   Michael J. Miller

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on January 22, 2009.

    Respectfully submitted,

    /s/ Michael J. Miller
    Michael J. Miller