IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-31255

MD-05-1657-L

In Re: VIOXX LITIGATION CONSORTIUM

Petitioner

United States Court of Appeals
Fifth Circuit
**FILED**
January 23, 2009
Charles R. Fulbruge III
Clerk

-----------------------------------
Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
-----------------------------------

Before JOLLY and BENAVIDES, Circuit Judges.[*]

PER CURIAM:

IT IS ORDERED that the petition for writ of mandamus is DENIED.

---

[*] This matter is being decided by a quorum. See 28 U.S.C. 46(d).

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-31255

In Re: VIOXX LITIGATION CONSORTIUM

Petitioner

U.S. COURT OF APPEALS
**FILED**
JAN 2 3 2009
CHARLES R. FULBRUGE III
CLERK

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

ORDER:

IT IS ORDERED that Merck & Company Inc's motion to file amicus brief is GRANTED.

*/s/ E. Grady Jolly*
E. GRADY JOLLY
UNITED STATES CIRCUIT JUDGE

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-31255

In Re: VIOXX LITIGATION CONSORTIUM

Petitioner

U.S. COURT OF APPEALS
**FILED**

JAN 2 3 2009

CHARLES R. FULBRUGE III
CLERK

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

O R D E R:

IT IS ORDERED that the joint brief regarding service with respect to emergency petition for writ of mandamus and stay on behalf of court appointed plaintiffs' liaison counsel and defendants' liaison is **DENIED as MOOT**

_____
E. GRADY JOLLY
UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 23, 2009

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 08-31255 In Re: Vioxx Litigat
      USDC No. 2:05-MD-1657

Enclosed is a certified copy of the judgment issued as the mandate.

      Sincerely,

      CHARLES R. FULBRUGE III, Clerk

      By: _____
      Kim Folse, Deputy Clerk
      504-310-7712

cc: w/encl:
    Honorable Eldon E Fallon
    Mr John H Beisner
    Mr Douglas Marvin
    Ms Stacy Elizabeth Seicshnaydre
    Ms Dorothy Hudson Wimberly
    Ms Sara J Fendia
    Ms Madeleine M Fischer
    Ms Virginia W Gundlach
    Mr Harry S Hardin III
    Mr Russ M Herman
    Mr Eric Michael Liddick
    Ms Kathryn Smyth Snapka
    Mr Phillip A Wittmann

MDT-1