UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | *  MDL No. 1657<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**   <u>*Williamson, Wilburn v. Merck & Co., Inc. et al.*</u>
<u>Civil Action No. 2:07-cv-03337</u>

### STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Wilburn Williamson ("Plaintiff") and Defendant Edwardsville Health Care Center Investors, L.L.C. d/b/a University Nursing & Rehabilitation hereby stipulate to a dismissal without prejudice of Plaintiff's claims against Edwardsville Health Care Center Investors, L.L.C. d/b/a University Nursing & Rehabilitation.

Dated: January 30, 2009

Respectfully Submitted by:

By:   s/ Robert D. Rowland
     Robert D. Rowland #6198915
     Goldenberg Heller
     Antognoli & Rowland, P.C.
     2227 South State Route 157
     Edwardsville, IL  62025
     Telephone: (618) 656-5150
     Facsimile: (618) 656-6230
     *Attorneys for Plaintiff*

By: s/ Kevin T. Hoerner (w/ consent)
     Kevin T. Hoerner
     Becker, Paulson,
     Hoerner & Thompson, P.C.
     5111 West Main Street
     Belleville, IL  62226
     Telephone: (618) 656-5150
     Facsimile: (618) 656-6230
     *Attorneys for Edwardsville*
     *Health Care Center Investors*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation and Order of Dismissal Without Prejudice has been served on all parties by using the CM/ECF system for the United States District Court for the Eastern District of Louisiana which will send a Notice of Electronic Filing upon counsel of record and by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, on this 30th day of January, 2009.

s/ Robert D. Rowland

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | *   MDL No. 1657 <br> * <br> *   SECTION L <br> * <br> *   JUDGE ELDON E. FALLON <br> * <br> *   MAGISTRATE JUDGE <br> *   DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**   <u>*Williamson, Wilburn v. Merck & Co., Inc. et al.*</u>
<u>*Civil Action No. 2:07-cv-03337*</u>

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice

IT IS ORDERED, that Plaintiff's claim against Edwardsville Health Care Center Investors, L.L.C. d/b/a University Nursing & Rehabilitation in the above styled lawsuit is hereby dismissed without prejudice, each party to bear its own costs.

NEW ORLEANS, LOUIISIANA, this _____ day of _____, 2009.

_____
**DISTRICT JUDGE**