UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL No. 1657 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**   *Williamson, Wilburn v. Merck & Co., Inc. et al.*
*Civil Action No. 2:07-cv-03337*

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice

IT IS ORDERED, that Plaintiff's claim against Edwardsville Health Care Center Investors, L.L.C. d/b/a University Nursing & Rehabilitation in the above styled lawsuit is hereby dismissed without prejudice, each party to bear its own costs.

NEW ORLEANS, LOUIISIANA, this _____ day of _____, 2009.

_____
**DISTRICT JUDGE**