UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | SECTION L |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

### THE CHAIRMAN OF THE ALLOCATION COMMITTEE'S MOTION FOR EXTENSION OF TIME (RE: PRETRIAL ORDER NO. 6(D))

Russ Herman, as Chairman of the Allocation Committee, hereby moves this Honorable Court to extend the deadline of Pretrial Order No. 6(D) for good cause, as follows:

1. Pretrial Order No. 6(D) requires that:

> By January 31, 2009, the Allocation Committee shall make Recommendations of Fee Allocations and Cost Reimbursement for all participating attorneys. The Allocation Committee shall provide to each participating attorney notice of the Committee's Recommendation as it pertains to the participating attorney.

2. The Allocation Committee has engaged in great efforts to conclude its sweeping mandate to review all of the time and expense reports of participating counsel in order to provide counsel and the Court with a recommendation for common benefit compensation by January 31, 2009. To that end, the Allocation Committee has reviewed affidavits of counsel and received presentations by participating attorneys in New Orleans, Louisiana; Atlantic City, New Jersey; Houston, Texas; and Los Angeles, California.

3. Nevertheless, the Allocation Committee is still awaiting a final report from Philip A.

1

Garrett, CPA who is reporting on all of the common benefit time and expenses for common benefit counsel participating in these proceedings. That report has not yet been completed.

4. At the January 22, 2009 Status Conference, the Court indicated that the determination of the amount of the award should precede the determination of the allocation of the award. The Allocation Committee agrees with this assessment.

WHEREFORE, for good cause shown, the Allocation Committee respectfully requests the Court to extend the January 31, 2009 deadline of Pretrial Order No. 6(D) for making such recommendations until such time as this Court deems it appropriate. Thus, until further Order of the Court, the Allocation Committee submits that an extension of time to provide a recommendation for allocations is proper.

Respectfully submitted,

Date:   January 30, 2009

By:   /s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL & CHAIRMAN OF THE ALLOCATION COMMITTEE**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of January, 2009.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:    (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com