UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to ALL ACTIONS | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**ORDER**

Considering the Motion for Extension Time (Re: PreTrial Order No. 6(D)) filed by the Allocation Committee;

IT IS ORDERED BY THE COURT that the January 31, 2009 deadline of Pretrial Order No. 6(D) is hereby extended until further Order of the Court.

New Orleans, Louisiana, this ___ day of _____, 2009.

Honorable Eldon E. Fallon
U.S. District Court Judge