UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to ALL ACTIONS | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**MEMORANDUM IN SUPPORT OF
THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO
EXTEND THE ASSESSMENT OF PRETRIAL NO. 19 TO OTHER ENTITIES**

**I.   INTRODUCTION**

The Plaintiffs' Steering Committee[1] ("PSC") moves this Honorable Court to extend the application of Pretrial Order No. 19 to Third Party Payors ("TPPs") who are pursuing claims against Merck & Company, Inc. The PSC submits that TPPs should be subject to an assessment for the PSC's trial package and work product in the manner set forth below.

**II.   ARGUMENT**

At the January 22, 2009 Status Conference, this Court was informed that plaintiffs in certain TPP cases have requested the setting of trial dates. Since the July 11, 2008 Status Conference in the *Louisiana Attorney General v. Merck* matter, the parties (Merck, PLC, and many AGs) have continued their discussions regarding possible common discovery and other issues. The parties participated in a status conference on December 18, 2008 in which several matters were discussed

---

[1] Drew Ranier, a member of the Plaintiffs' Steering Committee, requested that his name be taken off this Motion, as he is not participating in the Motion.

1

pertaining to the actions brought by various state governmental entities, including coordination of common discovery in the MDL and selection of cases for potential trial. Counsel for plaintiff in *Louisiana Health Service Indemnity Co. D/B/A Blue Cross/Blue Shield of La., Inc. v. Merck & Co., Inc.*, No. 05-0713, MDL 1657, have requested that the Court set this matter for trial and is prepared to pay a reasonable assessment for the use of the PSC's trial package. At the recent status conference on January 22, this Court set a special hearing to discuss the setting of the aforesaid TPP trial program.

In anticipation of the proposed trials of TPP cases, the PSC submits, consistent with the comments of TPP counsel, that an appropriate assessment be imposed upon TPPs for those private Third Party Payors and related entities that have paid for and/or reimbursed for purchases of Vioxx that receive the PSC trial package. The PSC submits that an assessment of 15% should be applied from the gross recovery of any such case now pending or later filed in, transferred to or removed to, this Court as well as unfiled and tolled cases and treated as part of these coordinated MDL proceedings including cases later remanded to a state court or any cases on tolling agreements filed in a state court. Similarly, for governmental third party Payors and related entities that have paid for and/or reimbursed for purposes of Vioxx that receive the PSC trial package, an assessment of 10% should be applied from the gross recovery of any case now pending or later filed in, transferred to, or removed to, this Court as well as unfiled or tolled cases and treated as part of these coordinated MDL proceedings including cases later remanded to a state court or any cases on tolling agreements filed on any state court.

Such an assessment is entirely consistent with applicable precedent that a federal district court presiding over mass tort MDL may properly award a fee to the plaintiffs' management

2

structure appointed by it payable out of the fees derived from the representation of the individual litigants whose cases are subject to coordinated pretrial proceedings in the MDL transferee court. *See Vincent v. Hughes Air West, Inc.*, 557 F.2d 759, 769 (9th Cir. 1977); *In re Air Crash Disaster at Florida Everglades*, 549 F.2d 1006 (5th Cir. 1977); *In re Orthopedic Bone Screw Product Liability Litigation*, 1996 WL 900349 (E.D. Pa. Jun.17, 1996); *In re Nineteen Appeals Arising Out of San Juan Dupont Plaza Hotel Fire Litig.*, 982 F.2d 603, 606-07 (1st Cir. 1992); *Smiley v. Sincoff*, 958 F.2d 498, 501 (2nd Cir. 1992); *In re Agent Orange Prod. Liab. Litig.*, 611 F. Supp. 1296, 1317 (E.D.N.Y. 1985), *mod'd on other grounds*, 818 F.2d 226 (2nd Cir. 1987); *In re Diet Drugs Products Liability Litigation*, 1999 WL 124414 (E.D.Pa. Feb. 10, 1999); *In re Ephedra Products Liability Litigation*, MDL No. 1598, Case Management Order No. 7 (S.D.N.Y. Nov. 29, 2004); *In re Zyprexa Products Liability Litigation*, 2007 WL 2340790 (E.D.N.Y. Aug. 17, 2007); *In re Propulsid Products Liability Litigation*, MDL No. 1355, PTO No. 16 (E.D.La. Dec. 26, 2001); MANUAL FOR COMPLEX LITIGATION (FOURTH), § 14.215 at 202.

## III. CONCLUSION

For the reasons set forth above, the procedures applicable to the assessments described in

Pretrial Order No. 19 should be extended to include thirty party payor cases. A proposed form of order accompanies this motion.

Respectfully submitted,

Date: January 30, 2009

By: /s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
 MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

4

Thomas R. Kline, Esquire
Shanin Specter, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC  20036-4914
(202) 783-6400 (telephone)
(307) 733-0028  (telecopier)

Shelly A. Sanford, Esquire
Sanford Pinedo LLP
2016 Bissonnet Street
Houston, Texas 77005
(713) 524-6677 (telephone)
(713) 524-6611 (telecopier)

Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire **(on brief)**
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106
(215) 592-1500 (telephone)
(215) 592-4663  (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA  92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of January, 2009.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:    (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com

5