UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to All Actions | JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**[*PROPOSED*] PRE-TRIAL ORDER NO. \_\_\_**
*(Assessment for Use of PSC Trial Package)*

In PTO No. 19 this Court established a Plaintiff's litigation fund to compensate and reimburse attorneys for services performed and expenses incurred for MDL administration and common benefit work. The Court has inspected and is well aware of the PSC's comprehensive trial package that will be made available to all attorneys who agree to coordinate with this MDL pursuant to PTO 19. Being informed that certain private and governmental entities engaged as third party payors desire to use the PSC's trial package for purposes of litigating claims against Merck & Co., Inc., the Court finds it appropriate to apply an assessment upon these entities that until now have not been formally coordinated with this MDL.

Accordingly, for those private third-party payors and related entities that have paid for and/or reimbursed for purchases of Vioxx that receive the PSC trial package an assessment of 15% will be applied from the gross recovery of any case now pending or later filed in, transferred to, or removed to, this court as well as unfiled and tolled cases and treated as part of these coordinated MDL proceedings including cases later remanded to a state court or any cases on tolling agreements, filed

1

in any state court. Similarly, for governmental third-party payors and related entities that have paid for and/or reimbursed for purchases of Vioxx that receive the PSC trial package an assessment of 10% will be applied from the gross recovery of any case now pending or later filed in, transferred to, or removed to, this court as well as unfiled and tolled cases and treated as part of these coordinated MDL proceedings including cases later remanded to a state court or any cases on tolling agreements, filed in any state court.

The procedures applicable to assessment funds described in PTO No. 19, shall apply hereto.

The foregoing is now made the Order of the Court.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
**JUDGE ELDON E. FALLON**
**United States District Court Judge**