# APPENDIX A

| Case Name | MDL Docket Number |
|---|---|
| Abraham, Josefa | 2:05-cv-00445-EEF-DEK |
| Adam, Rona | 2:07-cv-01252-EEF-DEK |
| Aguero, Brenda | 2:05-cv-00504-EEF-DEK |
| Akers, D L | 2:04-cv-03517-EEF-DEK |
| Alexander, Angelis | 2:04-cv-02845-EEF-DEK |
| Allen, Carl | 2:06-cv-10354-EEF-DEK |
| Allen, Kevin | 2:05-cv-04842-EEF-DEK |
| Asan, Shirley | 2:05-cv-04638-EEF-DEK |
| Ashman, Charles | 2:05-cv-00437-EEF-DEK |
| Augillard, John | 2:06-cv-01610-EEF-DEK |
| Bailey, Sherry | 2:06-cv-10394-EEF-DEK |
| Balduf, Opal | 2:05-cv-05742-EEF-DEK |
| Baldwin, Lorene | 2:06-cv-10389-EEF-DEK |
| Balfour, Sharon | 2:06-cv-01567-EEF-DEK |
| Barber, Rosaline | 2:06-cv-10390-EEF-DEK |
| Barker, Joseph | 2:06-cv-10353-EEF-DEK |
| Barker, Roger | 2:06-cv-10382-EEF-DEK |
| Barnette, Darrell | 2:06-cv-10383-EEF-DEK |
| Bates, Steven | 2:05-cv-05743-EEF-DEK |
| Bell, Connie S | 2:05-cv-04608-EEF-DEK |
| Bench, Jurhee | 2:05-cv-00500-EEF-DEK |
| Benson, Charles N Jr | 2:05-cv-05750-EEF-DEK |
| Berkshire, Edward | 2:05-cv-05337-EEF-DEK |
| Bernard, Eldridge | 2:06-cv-09743-EEF-DEK |
| Besaw, Patrick | 2:05-cv-00503-EEF-DEK |
| Block, Mose | 2:06-cv-10401-EEF-DEK |
| Brown, Gracie | 2:05-cv-05740-EEF-DEK |
| Bruch, Mary A | 2:05-cv-04858-EEF-DEK |
| Brunkhorst, Jon | 2:05-cv-04845-EEF-DEK |
| Byrd, Cassandra | 2:06-cv-10393-EEF-DEK |
| Cain, Alex | 2:05-cv-00505-EEF-DEK |
| Campbell, Lorn | 2:05-cv-04844-EEF-DEK |
| Canterbury, Donnie | 2:06-cv-10384-EEF-DEK |
| Canterbury, Susan | 2:06-cv-10406-EEF-DEK |
| Carr, Gwendolyn L | 2:05-cv-00526-EEF-DEK |
| Castle, Janine | 2:05-cv-05741-EEF-DEK |
| Cathey, Barbara | 2:05-cv-01126-EEF-DEK |
| Champagne, David | 2:05-cv-04186-EEF-DEK |
| Cheeseman, Sara | 2:05-cv-00565-EEF-DEK |
| Childs, Laura | 2:06-cv-10397-EEF-DEK |
| Christina, Salvadore Sr | 2:04-cv-02726-EEF-DEK |
| Cole, Wanda | 2:05-cv-04847-EEF-DEK |
| Coleman, Fosta | 2:05-cv-05760-EEF-DEK |
| Cook, Billy | 2:06-cv-10375-EEF-DEK |

963666v.1

## APPENDIX A

| Case Name | MDL Docket Number |
|---|---|
| Cook, Dennis | 2:06-cv-10385-EEF-DEK |
| Cooke, Arlene | 2:06-cv-10386-EEF-DEK |
| Cooper, Thomas | 2:06-cv-10414-EEF-DEK |
| Cottrell, Barbara | 2:06-cv-10369-EEF-DEK |
| Couch, Mary Rose | 2:05-cv-02944-EEF-DEK |
| Crowell, Harry | 2:05-cv-02019-EEF-DEK |
| Cummings, Patrick | 2:06-cv-10398-EEF-DEK |
| Daniels, Frances | 2:06-cv-10379-EEF-DEK |
| Deck, John | 2:05-cv-01097-EEF-DEK |
| Declouette, George III | 2:05-cv-00915-EEF-DEK |
| Dement, Sherry | 2:06-cv-10351-EEF-DEK |
| Deriso, Michael | 2:05-cv-05752-EEF-DEK |
| Dickens, John | 2:06-cv-10407-EEF-DEK |
| Ducham, Theresa | 2:05-cv-04848-EEF-DEK |
| Duncan, Gloria | 2:06-cv-10408-EEF-DEK |
| Duncan, Walter | 2:05-cv-05744-EEF-DEK |
| Ebong, Basil | 2:06-cv-01508-EEF-DEK |
| Emler, Rickey | 2:05-cv-05738-EEF-DEK |
| Engle, Shawn | 2:06-cv-10374-EEF-DEK |
| Fairchild, Lowell | 2:05-cv-05759-EEF-DEK |
| Forrest, Ronald | 2:05-cv-04887-EEF-DEK |
| Gaddie, Richard | 2:05-cv-04843-EEF-DEK |
| Gandia, Maria Victoria Vargas | 2:05-cv-00596-EEF-DEK |
| Gerber, Ellen B | 2:05-cv-00444-EEF-DEK |
| Getz, Michael | 2:06-cv-01525-EEF-DEK |
| Gobble, Brandy | 2:05-cv-05762-EEF-DEK |
| Gomez, Camille | 2:06-cv-01512-EEF-DEK |
| Gooch, Donald | 2:06-cv-10666-EEF-DEK |
| Grant, Linda | 2:05-cv-00451-EEF-DEK |
| Gray, Ethel | 2:05-cv-01256-EEF-DEK |
| Gray, Lisa | 2:05-cv-04814-EEF-DEK |
| Guinta, Dennis | 2:05-cv-01246-EEF-DEK |
| Hall, Kelli | 2:06-cv-10367-EEF-DEK |
| Hankins, James C | 2:05-cv-00974-EEF-DEK |
| Hanrahan, Don | 2:05-cv-04783-EEF-DEK |
| Hatfield, Robert | 2:06-cv-10399-EEF-DEK |
| Heavrin, Michael | 2:05-cv-00458-EEF-DEK |
| Herke, Sherrill | 2:05-cv-04785-EEF-DEK |
| Hines, Mikyl | 2:06-cv-10419-EEF-DEK |
| Hively, Otis | 2:06-cv-10391-EEF-DEK |
| Hornik, Josephine | 2:05-cv-01730-EEF-DEK |
| Houston, James | 2:05-cv-01458-EEF-DEK |
| Howard, Christine (WV) | 2:06-cv-10368-EEF-DEK |
| Hubbard, Don | 2:05-cv-00953-EEF-DEK |
| Hudgins, Paul | 2:06-cv-10387-EEF-DEK |

963666v.1

# APPENDIX A

| Case Name | MDL Docket Number |
|---|---|
| Hudson, Ellen | 2:06-cv-10371-EEF-DEK |
| Hunt, Donna | 2:06-cv-10346-EEF-DEK |
| Hunter, Vicky | 2:05-cv-00459-EEF-DEK |
| Ivory, Anita | 2:05-cv-00453-EEF-DEK |
| Jarvis, Kenneth | 2:06-cv-10370-EEF-DEK |
| Jones, Doris A | 2:05-cv-05751-EEF-DEK |
| Jones, John (WV) | 2:06-cv-10350-EEF-DEK |
| Joseph, Martha S | 2:06-cv-04560-EEF-DEK |
| Kaiser, Kimberly | 2:05-cv-03818-EEF-DEK |
| Kelley, Carl Jr (WV) | 2:06-cv-10352-EEF-DEK |
| Kelly, Norman | 2:06-cv-10413-EEF-DEK |
| Kelly, Terry | 2:05-cv-04888-EEF-DEK |
| Kennedy, Paul G | 2:05-cv-01074-EEF-DEK |
| Kibodaux, Maggie | 2:05-cv-00578-EEF-DEK |
| Kinghorn, Calvin | 2:05-cv-02912-EEF-DEK |
| Lagomarsino Burmmett, Gail Janet | 2:05-cv-04782-EEF-DEK |
| Lane, Robert | 2:05-cv-02895-EEF-DEK |
| Lee, Tommy | 2:05-cv-02584-EEF-DEK |
| Leedy, Arthur | 2:05-cv-05761-EEF-DEK |
| Little, Susan | 2:05-cv-05736-EEF-DEK |
| Lough, William David | 2:05-cv-03820-EEF-DEK |
| Lunsford, Wilma | 2:05-cv-05739-EEF-DEK |
| Lutz, Renya | 2:06-cv-10665-EEF-DEK |
| Lykins Stanley, Laura | 2:06-cv-10363-EEF-DEK |
| Mason, Betty | 2:06-cv-11116-EEF-DEK |
| May, Addie | 2:06-cv-10388-EEF-DEK |
| Maynard, Maggie | 2:06-cv-10358-EEF-DEK |
| McCracken, Milton | 2:05-cv-05190-EEF-DEK |
| McEachern, Desiree | 2:06-cv-10410-EEF-DEK |
| McNaughton, Walter | 2:05-cv-00514-EEF-DEK |
| Meade, Crobie | 2:05-cv-05735-EEF-DEK |
| Menninger, Larry | 2:06-cv-10357-EEF-DEK |
| Miller, Clarence | 2:06-cv-10347-EEF-DEK |
| Moreau, Stephen | 2:05-cv-04866-EEF-DEK |
| Mullins, Tina | 2:05-cv-05737-EEF-DEK |
| Muth, Joan Ann | 2:05-cv-05336-EEF-DEK |
| Nethercutt, Sandra | 2:05-cv-05748-EEF-DEK |
| Nevels, Caroline | 2:05-cv-00501-EEF-DEK |
| Nida, Debra | 2:06-cv-10360-EEF-DEK |
| Osborne, Hersey | 2:06-cv-10361-EEF-DEK |
| Parker, Cynthia | 2:06-cv-10342-EEF-DEK |

963666v.1

## APPENDIX A

| Case Name | MDL Docket Number |
| --- | --- |
| Peltekian, Sam | 2:05-cv-01252-EEF-DEK |
| Person, Douglas M | 2:06-cv-01007-EEF-DEK |
| Petrasek, James | 2:05-cv-05438-EEF-DEK |
| Pickett, Betty | 2:06-cv-11115-EEF-DEK |
| Pierson, Paul | 2:06-cv-10344-EEF-DEK |
| Piper, Barbara | 2:06-cv-10345-EEF-DEK |
| Powell, Linda | 2:05-cv-04882-EEF-DEK |
| Price, Terry | 2:05-cv-04618-EEF-DEK |
| Prince, Dora | 2:05-cv-04614-EEF-DEK |
| Quick, Anna | 2:05-cv-00517-EEF-DEK |
| Rall, Mamie | 2:06-cv-10381-EEF-DEK |
| Randolph, Ralph | 2:06-cv-10355-EEF-DEK |
| Rasnick, Glen Jr | 2:06-cv-10343-EEF-DEK |
| Redden, Nellie | 2:06-cv-10409-EEF-DEK |
| Reedy, James | 2:06-cv-10378-EEF-DEK |
| Reynolds, Alice | 2:05-cv-05749-EEF-DEK |
| Richardson, Paul | 2:06-cv-10348-EEF-DEK |
| Rivers, Patricia | 2:06-cv-10412-EEF-DEK |
| Rogers, Barbara | 2:05-cv-05765-EEF-DEK |
| Rohr, Todd | 2:05-cv-05369-EEF-DEK |
| Ross, Jason | 2:05-cv-04856-EEF-DEK |
| Ross, Larry | 2:05-cv-05747-EEF-DEK |
| Roton, Luther | 2:06-cv-10356-EEF-DEK |
| Saia, Frank R | 2:05-cv-00488-EEF-DEK |
| Sanchez, Maria | 2:05-cv-01100-EEF-DEK |
| Sargent, Martin | 2:06-cv-10411-EEF-DEK |
| Saunders, Janet | 2:06-cv-10366-EEF-DEK |
| Scott, Patricia | 2:06-cv-10359-EEF-DEK |
| Sergent, Rosemary | 2:05-cv-05746-EEF-DEK |
| Shinberg, Vivian | 2:05-cv-04920-EEF-DEK |
| Smallwood, Dan | 2:05-cv-05612-EEF-DEK |
| Smith, Lester | 2:06-cv-10362-EEF-DEK |
| Smith, Victoria L | 2:05-cv-02911-EEF-DEK |
| Stallworth, Sheila Collins | 2:05-cv-00860-EEF-DEK |
| Staton, Charlene | 2:05-cv-05764-EEF-DEK |
| Stroud, Clarence | 2:06-cv-10396-EEF-DEK |
| Stuck, Linda K | 2:05-cv-05338-EEF-DEK |
| Tackett, James | 2:05-cv-05763-EEF-DEK |
| Taylor, Terrie J | 2:05-cv-01099-EEF-DEK |
| Taylor, Zenobia | 2:05-cv-00613-EEF-DEK |
| Tillie, Beatrice | 2:05-cv-05925-EEF-DEK |
| Troye, Kenneth Charles | 2:05-cv-05086-EEF-DEK |
| Turner, Paul Sr | 2:05-cv-00428-EEF-DEK |
| Walton, Stoney | 2:05-cv-04776-EEF-DEK |

963666v.1

# APPENDIX A

| Case Name | MDL Docket Number |
|---|---|
| Warner, Carole L | 2:05-cv-05339-EEF-DEK |
| Welch, Sandra | 2:06-cv-10417-EEF-DEK |
| Wells, Eva | 2:06-cv-10364-EEF-DEK |
| Westmoreland, Wilda | 2:05-cv-02104-EEF-DEK |
| White, Claiborne | 2:05-cv-01656-EEF-DEK |
| Wiley, Okey | 2:06-cv-10373-EEF-DEK |
| Williams, Daniel K | 2:05-cv-00461-EEF-DEK |
| Wilson, Barbara A | 2:05-cv-04756-EEF-DEK |
| Wilson, Carol | 2:05-cv-02035-EEF-DEK |
| Wilson, Evelyn | 2:06-cv-10365-EEF-DEK |
| Wright, Edward W | 2:05-cv-00980-EEF-DEK |
| Yohe, Ken | 2:05-cv-01174-EEF-DEK |
| Young, Wayne | 2:05-cv-02560-EEF-DEK |

963666v.1