UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION : : : : **This document relates to:** : : : ALL PERSONAL INJURY AND MEDICAL : MONITORING CLASS ACTION : COMPLAINTS PENDING OR SUBJECT : TO TRANSFER TO MDL 1657 and the Cases : on the attached APPENDIX A : : | MDL 1657 SECTION L HONORABLE ELDON FALLON MAGISTRATE KNOWLES |

**ORDER DISMISSING MASTER CLASS ACTION COMPLAINTS (PERSONAL INJURY AND WRONGFUL DEATH AND MEDICAL MONITORING) AND ORDER TO SHOW CAUSE WHY PENDING PERSONAL INJURY AND MEDICAL MONITORING CLASS ACTION CASES SHOULD NOT BE DISMISSED**

**IT IS ORDERED** that the Third Amended Master Class Action Complaint (Personal Injury and Wrongful Death) and the Second Amended Master Class Action Complaint (Medical Monitoring) are hereby dismissed without prejudice.

**IT IS FURTHER ORDERED** that plaintiffs in the cases listed on Appendix A show cause on the 5th day of March, 2009, at 9:00 o'clock a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why plaintiffs' cases should not be dismissed.

**IT IS FURTHER ORDERED** that plaintiffs in the above-referenced cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 26th day of February, 2009.

963670v.1

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies to the oppositions on or before the 3rd day of March, 2009.

**IT IS FURTHER ORDERED** that, by agreement of the movants for this Order, the dismissal of any cases pursuant to this Order shall not affect the rights of any person presently enrolled in the Resolution Program under the terms of the Master Settlement Agreement, dated November 9, 2007, to continue his or her participation in that Program or to receive payments through that Program.

**NEW ORLEANS, LOUISIANA**, this \_\_\_\_ day of _____, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE