## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | CIVIL ACTION |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | NO: 05-MD-1657 "L-3" |
| PERTAINS TO: | * | |
| (Re: 06-5552; Maureen Welch) | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. DANIEL E. KNOWLES, III |

**************************************

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, *Maureen Welch*, and hereby respectfully requests that this Honorable Court allow it to enroll as counsel of record on its behalf in this matter, ***Ginger K. DeForest, Esq., 501 S. Clearview Parkway, Suite 1, Metairie, Louisiana, 70001***, for purposes of this litigation.

---

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2009, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ Ginger K. DeForest
GINGER K. DEFOREST

---

Respectfully submitted:

/s/ Ginger K. DeForest

GINGER K. DEFOREST (#25945)
510 Clearview Parkway, Suite 1
Metairie, LA  70001
Telephone:     504/717-4586
Fax:           888/762-5152
ginger@gingerdeforestlaw.com