UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO:**  ALL CASES

**<u>ORDER</u>**

On August 27, 2008, the Court issued an Order & Reasons capping all contingent fees for attorneys representing claimants in the Vioxx Settlement at 32% plus reasonable costs. Pursuant to the Court's Order, no attorney representing a Vioxx claimant may collect more than 32% of the claimant's settlement award for attorney's fees. In other words, no Vioxx claimant may be required to pay more than 32% of their settlement award for attorney's fees, plus reasonable costs.

On December 10, 2008, certain plaintiffs' attorneys ("The Vioxx Litigation Consortium," or "VLC") filed a motion to reconsider the Court's ruling. The Court agreed to hold a hearing and afford counsel an opportunity to present their views. The VLC is a group of plaintiffs' attorneys from the law firms of Provost & Umphrey Law Firm, LLP; Williams, Kherkher, Hart, Boundas, LLP; Ranier, Gayle & Elliot, LLC; The Watts Law Firm, LLP; and The Kaiser Law

1

Firm, LLP.  The VLC seeks to collect contingent fees in excess of the 32% cap set by the Court.  Several other plaintiff firms have subsequently filed similar motions adopting the VLC's arguments.  In fact, the Court's decision on this issue is likely to affect all plaintiffs in the Vioxx settlement.  Because any additional attorneys' fees above the 32% cap will come directly from the claimants' settlement awards and will result in less recovery for the Vioxx claimants, the attorneys' interests on this particular issue are potentially in conflict with the interests of their clients.  It is thus appropriate for the Vioxx claimants to have their fee interests represented by independent counsel.

On December 19, 2008, the Court appointed the Tulane Civil Litigation Clinic to represent the fee interests of claimants subject to the Court's 32% Capping Order.  The Court ordered the VLC to advise their clients of this appointment so that their clients could contact the Tulane Clinic if they had any questions or comments.  The Court further indicated that it would, shortly thereafter, meet with the parties and set a schedule for briefing and argument.  In response, the VLC filed an Emergency Petition for a Writ of Mandamus with the Fifth Circuit, requesting that the Court's order be vacated or, in the alternative, stayed, and arguing that the VLC attorneys' interests were not in conflict with those of their clients.  According to the VLC, the VLC's clients are content to pay 40% of their settlement awards in contingent fees plus reasonable costs and, as a result, the Court's appointment of the Tulane Clinic was improper because there is no conflict of interest.  On December 31, 2008, the Fifth Circuit issued a stay of the Court's order appointing the Tulane Clinic pending further hearing on the matter.  Briefs were filed by the interested parties.  On January 23, 2009, the Fifth Circuit denied the VLC's petition for a writ of mandamus and stay.  Accordingly, the matter is now once again before the Court.

In the near future, the Court will schedule a status conference with representatives of the VLC and the Tulane Civil Litigation Clinic. At the status conference, the Court will set a briefing and argument schedule for addressing the VLC's Motion to Reconsider.

In the meantime, IT IS ORDERED that the VLC attorneys shall forward a copy of this Order to their clients who have enrolled in the settlement. On or before February 13, 2009, counsel for the VLC attorneys shall file into the record an affidavit stating that the VLC has fully complied with this Order.

Vioxx claimants who have questions about this matter or who wish to comment on either the issue of attorneys' fees or the motion to reconsider may contact the Tulane Civil Litigation Clinic at (504) 865-5153, or by writing to the following address:

Tulane Civil Litigation Clinic
Re: Vioxx Attorneys' Fees
6329 Freret Street
New Orleans, LA 70118


New Orleans, Louisiana, this 30th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE