**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:  Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| **All Cases Listed on Exhibit "A"** | * | **MAGISTRATE JUDGE** |
| | * | **KNOWLES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDERS TO WITHDRAW CERTAIN PLAINTIFFS MOTION TO SHOW CAUSE AGAINST DR. ZENCO HRYNKIW, CVS AND RITE AID

The Court today considered Certain Plaintiffs' Motion to Withdraw Motion to

Show Cause Why Certain Medical Providers Should Not Be Held In Contempt For

Failing To Comply With Pre-Trial Orders Nos. 35 and/or 35A, those medical providers

being identified in Exhibit "A" hereto.  The Court finds that the motion to withdraw

should be **GRANTED** as to the Plaintiffs listed on Exhibit "A".

Dated this _____ day of _____, 2009.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

EXHIBIT A

| CLAIMANT | PROVIDER |
| --- | --- |
| Foster, Bettye | CVS |
| Bush, Nicole | Rite-Aid<br>P.O. Box 3165<br>Harrisburg, PA 17105 |
| Higginbotham, Ollie G. | Rite Aid<br>P. O. Box 3165, Harrisburg, PA 17105 |
| Hosey, Sr., Fred | Dr. Hrynkiw<br>720 Montclair Rd Birmingham, AL 35213 |