UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT C. FOSSEEN,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant. | MDL Docket No. 1657<br>DOCKET NO. E.D.La. #08-3863<br>D.Minn. #08-1294<br><br>**PLAINTIFF'S MOTION<br>FOR SUGGESTION OF<br>REMAND ORDER** |

Pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff moves this Court for a Suggestion of Remand Order. As set forth more fully in the accompanying Memorandum of Law and Affidavit of Gary L. Wilson, common discovery and other pretrial proceedings have been completed in this case. Excluded from the settlement program because it was filed after November 9, 2007, this case will not benefit from further coordinated proceedings as part of MDL 1657. All remaining issues are case-specific, and best determined by the transferor court – the United States District Court for the District of Minnesota.

80542522.1

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

Dated: 2-2-09          By: /s/ G. Wilson
                            Tara D. Sutton (MN 23199X)
                            Gary L. Wilson (MN 179012)
                            Genevieve M. Zimmerman (MN 330292)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF
ROBERT C. FOSSEEN**

80542522.1