# EXHIBIT A

# EXPERT REPORT OF DAVID L. PEARLE, M.D.
November 25, 2008

## Qualifications

I am a Professor of Medicine at Georgetown University Hospital. I graduated from Harvard Medical School in 1968. I have been a cardiologist at Georgetown University Hospital since 1974. Over the years, I have held almost every position in the Division of Cardiology at Georgetown University Hospital, including acting Chief of the Division from 1988-1993, Director of the Coronary Care Unit, Director of the Cardiac Catheterization laboratory, and Director of the Cardiology Fellowship Program. I am certified by the American Board of Internal Medicine, with subspecialty board certifications in Cardiovascular Disease and Interventional Cardiology. I am a Fellow of many professional societies, including the American College of Cardiology and the American Heart Association. I have authored more than 40 articles on cardiac issues and have received numerous grants. I serve on the ACC/AHA ST-segment Elevation Myocardial Infarction Guideline Committee. I have been consistently named as one of the Top Doctors by Washingtonian Magazine, by America's Top Physicians, and by Best Doctors in America.

## Summary of Opinion

I have been asked to review the documents and records related to Robert C. Fosseen and render an opinion on the cause of his myocardial infarction. My opinions in this report are based upon my education, my experience, my review and knowledge of peer-reviewed literature, medical records, and other documents. In preparing this report, I reviewed Mr. Fosseen's medical records, the affidavit of Dolores Fosseen, the letter from Sandra Berryhill, LPN, regarding Mr. Fosseen's Vioxx use, the Injury Gate and risk factor adjustments for the Vioxx settlement, and the peer-reviewed literature about Vioxx.

Robert C. Fosseen was a 54-year-old sheet metal worker and long distance runner who suffered a cardiac arrest and myocardial infarction on May 17, 2002. It is my opinion, held to a reasonable degree of medical probability, that Mr. Fosseen's use of Vioxx was a substantial contributing cause of his myocardial infarction and subsequent anoxic brain injury.

## Mr. Fosseen's Vioxx Use

Robert Fosseen began taking Vioxx 25 mg daily in February, 2000, at the direction of his primary care physician at the Bloomington Lake Clinic for complaints of arthritis in his hands. Records from the Bloomington Lake Clinic confirm that Mr. Fosseen took Vioxx regularly through the time of his heart attack in May, 2002. His prolonged use of Vioxx is well documented in his medical records and by other evidence. Mr. Fosseen received samples of Vioxx directly from the Bloomington Lake Clinic. In my experience, it is not unusual for samples to be given in the manner which Mr. Fosseen received them, especially considering his wife worked at that clinic.

## Mr. Fosseen Suffered a Myocardial Infarction

On May 17, 2002, Mr. Fosseen suffered an out-of-hospital cardiac arrest while jogging. At this time, he was taking Vioxx. A witness saw him run past her house and several minutes later observed him prone on the ground. Bystander CPR was initiated and 911 was called. Paramedics found Mr. Fosseen in ventricular fibrillation, and they began resuscitation efforts. These efforts were successful, although Mr. Fosseen was unresponsive for 5-7 minutes. Mr. Fosseen was transported to Unity Hospital in Fridley, Minnesota.

The evidence that Mr. Fosseen suffered a myocardial infarction includes:
1. He had a rise and fall in CK which peaked at 922.
2. He had a rise and fall in troponin which peaked at 21.2.
3. His electrocardiogram documented 4 mm of ST segment depression in anterior leads which subsequently resolved.
4. Cardiac catheterization demonstrated inferoseptal hypokinesis and an exquisitely tight left circumflex stenosis consistent with the pathophysiology of myocardial infarction.

Cardiac catheterization was performed at Unity Hospital and demonstrated 3-vessel coronary artery disease. It was felt that coronary bypass surgery posed prohibitive risks in view of the anoxic encephalopathy he suffered during his myocardial infarction. Therefore, Mr. Fosseen was transferred to Mercy Hospital, where he received 5 stents placed by Dr. Jeffrey Chambers. These included proximal and mid left anterior descending coronary artery stents, stents in the first and second diagonal branches of the LAD, and a stent in the mid left circumflex. A stenosis in the right coronary artery was left untreated.

He had a difficult course because of his anoxic encephalopathy. He was treated at the Bethesda Rehabilitation Hospital with only a partial recovery to functional status. He suffers permanent brain damage as a result of his Vioxx use.

Mr. Fosseen subsequently had an abnormal thallium evaluation which led to repeat cardiac catheterization, performed at Mercy Hospital on October 31, 2002. This study demonstrated in-stent restenosis of all stents. Coronary artery bypass surgery was recommended. The bypass operation was performed by Dr. Brian Tell on November 4, 2002. Mr. Fosseen received 5 distal anastomoses.

Medical records after Mr. Fosseen's bypass surgery suggest that his cardiac status was stable. However, he has a persistent disability related to his anoxic encephalopathy which has remained a devastating problem in his life. Records from Bloomington Lake Clinic indicate that Mr. Fosseen has suffered depression, suicidal ideation, agitation, temper outbursts, and poor memory. He has been unable to return to work. Records as late as April, 2007, demonstrate continuing severe psychiatric disability.

### Vioxx Causes Myocardial Infarctions

The overwhelming scientific evidence demonstrates that Vioxx can be a substantial contributing cause of infarctions and other cardiac events.

2

Vioxx is a nonsteroidal anti-inflammatory drug (NSAID), specifically within a subclass of NSAIDs called COX-2 inhibitors. It was introduced in 1999, with an expectation that it would be less likely to cause ulcers than other NSAIDs like aspirin, ibuprofen, and naproxen. However, it is now generally accepted in the medical community that cardiac events like myocardial infarctions are strongly associated with Vioxx.

That Vioxx can cause myocardial infarctions and other cardiac events is well supported by epidemiologic evidence. For example, Merck's two large randomized clinical trials demonstrate that Vioxx increases the risk of serious coronary heart disease and cardiac events. The VIGOR clinical trial found that the relative risk that Vioxx users would suffer a thrombotic cardiovascular event was 2.38 as compared to users of naproxen. The APPROVe study similarly found that Vioxx users had a 2.80 increased risk of confirmed cardiac events compared to the placebo group. Meta-analysis research by Dr. Peter Juni and colleagues, published in the *Lancet* in 2004, examined data from all available randomized controlled trials in certain patients that compared Vioxx with other NSAIDs, and found that Vioxx produced a 2.30 relative risk of an acute myocardial infarction, and that the increased relative risk was evident by the year 2000. Additionally, the *New England Journal of Medicine* reexamined the conclusions previously published regarding the VIGOR data upon learning that authors of the original article omitted certain adverse events. The *New England Journal of Medicine* ultimately determined the VIGOR data revealed the relative risk of myocardial infarction for Vioxx users as between 4.25 and 5.00 when compared to patients taking naproxen.

**Vioxx Was A Substantial Contributing Factor Causing Mr. Fosseen's Myocardial Infarction**

After considering alternative possible causes, it is my opinion that Mr. Fosseen's Vioxx use was a substantial contributing factor causing his myocardial infarction. Mr. Fosseen's only risk factor for coronary disease included borderline hypertension, which was medically controlled. He had recurrent episodes of chest pain, but exercise tests were benign. A nuclear stress test in 1999 demonstrated equivocal evidence for ischemia but a cardiologist (Dr. Thomas Cheng) described this as "basically normal" in a later report. He had chest x-rays, which were normal in April, 1999, and in September, 1993. He was diagnosed with gastroesophageal reflux disease, and medical records indicate that his chest pain subsided after he was started on medications for reflux esophagitis. Medical records indicate normal cholesterol readings (by the contemporary standard) in March, 1997 and July, 2001. Although he does not have a family history of premature coronary disease, his father had bypass surgery in his 70's and died in his 80's from heart disease, and his mother also died from heart disease at an advanced age. He was otherwise very fit without a history of diabetes or stroke. He exercised regularly and ran marathons. He did not smoke or drink alcohol, and he maintained a healthy weight. I have thus considered other possible causes of Mr. Fosseen's myocardial infarction, and I am of the opinion that Vioxx was a substantial cause of his cardiac event.

**Conclusion**

In summary, Mr. Fosseen had an out-of-hospital cardiac arrest while jogging on May 17, 2002. He demonstrated clear evidence for myocardial infarction and suffered an anoxic brain injury as a result. His prolonged use of Vioxx prior to his cardiac arrest is well documented. It is therefore

3

my opinion, to a reasonable degree of medical certainty and based upon the information set forth in this report, that Vioxx was a substantial factor in, and cause of, Mr. Fosseen's myocardial infarction and related disabilities.

David L. Pearle, M.D.
Professor of Medicine
Division of Cardiology

4