UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT C. FOSSEEN,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant. | MDL Docket No. 1657<br><br>DOCKET NO. E.D.La. #08-3863<br><br>D.Minn. #08-1294<br><br>**CERTIFICATE OF SERVICE – PLAINTIFF'S MOTION FOR SUGGESTION OF REMAND ORDER; PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION FOR SUGGESTION OF REMAND; AND AFFIDAVIT OF GARY L. WILSON** |

I hereby certify that (1) Plaintiff's Motion for Suggestion of Remand Order; (2) Plaintiff's Memorandum of Law in Support of His Motion for Suggestion of Remand Order; and (3) Affidavit of Gary L. Wilson was filed electronically by ECF on February 2, 2009.

I further certify that copies of the above-referenced documents have been served upon Liaison Counsel Wilfred P. Coronato at Hughes Hubbard & Reed LLP, Amanda Cialkowski at Halleland, Lewis, Nilan & Johnson P.A., and Eva Petko Esber at Williams & Connolly LLP by U.S. Mail; and upon Liaison Counsel, Wilfred P. Coronato at Hughes Hubbard & Reed LLP, Phillip Wittmann at Stone Pigman Walther Wittmann L.L.C., Dimitrios Mavroudis at Dechert LLP, Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC, Eva Petko Esber at Williams & Connolly LLP, Amanda Cialkowski at Halleland, Lewis, Nilan & Johnson P.A., and Russ Herman by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order Nos. 29, 8A and 18C, on this 2nd day of February, 2009.

80568825.1

Respectfully Submitted,

Dated: *Feb. 2, 2009*

*/s/ Genevieve Zimmerman*

Tara D. Sutton (MN #23199X)
Gary L. Wilson (MN #179012)
Genevieve M. Zimmerman (MN #330292)

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF
ROBERT C. FOSSEEN**

80568825.1