IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

**MOTION FOR PAYMENT OF CONSULTING FEES AND EXPENSES**

COMES NOW, DecisionQuest, Inc. ("DecisionQuest"), appearing through undersigned counsel, and files this Motion for Payment of Consulting Fees and Expenses for the purpose of asserting its rights to professional consulting fees and expenses which it incurred on behalf of and for the benefit of the MDL Plaintiff's Steering Committee. The reasons for this Motion are fully set forth in the memorandum in support.

Respectfully submitted,

BY: /s/ Kyle A. Spaulding
Miles P. Clements (#4184)
Kyle A. Spaulding (#29000)
**FRILOT L.L.C.**
1100 Poydras Street Suite 3600
New Orleans, LA 70163
Telephone: (504)599-8000
Facsimile: (504)599-8145
E-mail: mclements@frilot.com

COUNSEL FOR DECISIONQUEST, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of filing to all counsel accepting electronic notice.

/s/ Kyle A. Spaulding