# THE KAISER FIRM L.L.P.

May 30, 2008

Philip K. Anthony                                                      VIA EMAIL ONLY
Chief Executive Officer
DecisionQuest
21535 Hawthorne Boulevard, Ste 310
Torrance, California 90503

Re:    Vioxx Litigation Docket

Dear Phil:

Thank you for your April 21, 2008 letter regarding the Vioxx litigation. I apologize again that the Vioxx MDL PSC has not paid your invoices. I have no control over the PSC even though, as you know, it voted to retain DecisionQuest on March 9, 2006, at its meeting in Philadelphia.

Now that there has been a settlement, we trust that the PSC will see that you are paid from the Settlement Fee and Cost Account created by § 9.2.3 of the Settlement Agreement to pay common expenses and fees. I understand from your email of yesterday that DecisionQuest will directly submit *all* its invoices to Russ Herman and the accountants for payment. I assume that this includes invoices reflecting DecisionQuest's work on the *Smith* case. If I am incorrect, please let me know.

You asked when and how you might be paid. I suspect it will be in one payment but I am uncertain as to when. I apologize for not being able to give you a definitive date. The best information that I have is that payments to clients are to begin under the Settlement Agreement on or soon after August 1, 2008. I would hope that DecisionQuest could be paid in that timeframe.

If I can be of any further assistance or you need any further information, please let me know.

Yours truly,

*Grant Kaiser*

Grant Kaiser

dg

c     Drew Ranier (email only)

8441 GULF FREEWAY, SUITE 600 • HOUSTON, TEXAS • 77017-5001
TELEPHONE: (713) 223-0000 • FACSIMILE: (713) 223-0440

EXHIBIT A