# THE KAISER FIRM L.L.P.

**GRANT KAISER**
CERTIFIED CIVIL APPELLATE LAW
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

March 22, 2006

Mr. Phil Anthony                                    Via Email Only
Chief Executive Officer
DecisionQuest
21535 Hawthorne Boulevard, Suite 310
Torrance, CA  90503

Dear Phil:

Enclosed is the authorization for DecisionQuest to proceed with the scope of ser-
vices described in your March 14, 2006, proposal.  Ms. Khoshnoud has the cor-
rect billing information but it is listed again on the authorization for confirmation.

We look forward to working with you towards our mutual success.

Yours truly,

Grant Kaiser

Grant Kaiser

dg
encl

c       All by email:
        Walter Umphrey
        John Eddie Williams
        Drew Ranier
        Mikal Watts

8441 GULF FREEWAY, SUITE 600 • HOUSTON, TEXAS • 77017-5001
TELEPHONE: (713) 223-0000 • FACSIMILE: (713) 223-0440



EXHIBIT
B

6731PL

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 4 of 34

**AUTHORIZATION**

AUTHORIZATION:  DecisionQuest is authorized to proceed with scope of services
described herein, in accordance with the terms and conditions described in the foregoing
proposal for the *Vioxx Product Liability Litigation* matter and also concur with the
attached Terms and Conditions.

By: _Grant Kaiser_     _Smith_
      (Printed Name)*         (Signature)

For: _The Kaiser Firm, L.L.P._     _March 20, 2006_
      (Firm/Company)         (Date)

Billing Information: _Grant Kaiser, The Kaiser Firm LLP_
_8441 Gulf Freeway, Suite 600, Houston Tx 77017 - 5051_
_Fax. 713. 223. 0440._

* Individual with authority and company responsible for payment of DecisionQuest
service.

March 14, 2006

**Via Electronic Mail & FedEx**

The Vioxx Litigation Consortium:
     Provost Umphrey Law Firm LLP, Williams Bailey Law Firm LLP, Ranier,
     Gayle & Elliott LLP, Watts Law Firm LLP, and The Kaiser Firm LLP.

Mark P. Robinson, Jr.                    Russ M. Herman
Robinson, Calcagnie & Robinson      Herman, Herman, Katz &
620 Newport Center Dr., 7th Floor       & Cotlar LLP
Newport Beach, CA 92660            201 St. Charles Avenue, Ste 4310
                                New Orleans, LA 71070

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
Post Office Box 4160
Montgomery, AL 36103

_In Re: Vioxx Product Liability Litigation_

### *PRIVILEGED AND CONFIDENTIAL*

Dear Consortium and Counsel:

Thank you for your interest in the services of DecisionQuest in connection with the various Vioxx trials. Our objective is to assist The Vioxx Litigation Consortium and Counsel in the identification and formulation of efficient and effective behavioral trial strategies and tactics for use at trial.

To accomplish this broad mission, DecisionQuest professionals will undertake empirical studies of juror reactions to the Vioxx litigation, using the findings and analysis as a guide in identifying optimum trial strategies. The accompanying document identifies all the activities which *can* be undertaken by our firm to assist you in all aspects of trial preparation, ranging from juror and venue studies to creation of demonstrative exhibits, organization and presentation of materials at trial through courtroom technology services, and addressing community reactions and responses separately and distinct from trial

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 2 of 2

preparation to ensure the overall message to the community in which the trial will be held is consistent with trial strategy.

Based upon our brief knowledge of the current docket, an initial case in which to apply our empirical research process could be the New Orleans or Houston case. If so, we would likely undertake a five-step process consisting of:

1.  Solution generation research
2.  Strategic theme development research
3.  Juror attitude survey work
4.  Trial simulation
5.  Demonstrative exhibit preparation.

As well and if appropriate, we can assist counsel in the:

1.  Formulation of opening statements, voir dire questions and questionnaires
2.  Witness preparation
3.  Document organization
4.  Courtroom presentation system design and execution.

Once this work is complete, The Vioxx Litigation Consortium, Counsel, and DecisionQuest can jointly decide how to best apply the learnings to date to the series of MDL cases in other parts of the country as the trials progress over time.

While the attached document describes DecisionQuest fee structures in general, it is worth noting the firm most typically charges in two ways. We charge on a flat fee basis for specific research related projects, such that we commit to and do not exceed the stated fee. Second, for projects of unknown duration, such as design and production of demonstrative exhibits, reviewing documents, or observing trials and attending meetings, we charge on an hourly basis.

Overall, we would envision DecisionQuest professional fees in assisting the preparation of the New Orleans or Houston case to be somewhere in the $200,000 range plus out of pocket expenses if all five of the suggested steps are undertaken. DecisionQuest is also willing to consider a variety of alternative fee structure relationships in the interest of a long run partner relationship with the consortium and counsel. These can include flat monthly retainer fees for all work performed, flat overall case preparation fees, or reduced professional fees coupled with success fees in the event of victory or favorable settlement at trial.

Our overarching goal is of course to bring value to The Vioxx Litigation Consortium and Counsel's preparation of these cases for trial in an economic and efficient manner that is easiest for your group.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 3 of 3

As an aside, The Vioxx Litigation Consortium and Counsel may like to know that as a firm we have been involved in 891 product liability cases nationwide, and have undertaken work in all fifty states. In New Orleans and surrounding areas, we have been involved with over 100 cases in recent years, and in Houston the number is 285. The principals of DecisionQuest have been involved in the preparation of a fair number of matters under MDL procedures, including the Dalkon Shield product litigation, various asbestos litigation dating back to Johns Manville cases, various automotive work including Firestone 500, and various pharmaceutical cases ranging from Bendectin to Resulin.

In the event the committee elects to retain our services, we will begin by assembling a team from DQ numbering approximately twenty so that we are prepared over time to assist The Vioxx Litigation Consortium and Counsel appropriately in the event a number of cases go to trial simultaneously at some point in the future. As a starting point, I have attached my own CV as well as some materials describing the firm.

We look forward to assisting you in this important litigation.

Sincerely,


Dr. Philip K. Anthony
Chief Executive Officer


PKA/pjj
Enclosure

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 4 of 4


**AUTHORIZATION**


AUTHORIZATION:  DecisionQuest is authorized to proceed with scope of services
described herein, in accordance with the terms and conditions described in the foregoing
proposal for the *Vioxx Product Liability Litigation* matter and also concur with the
attached Terms and Conditions.


By:_____
      (Printed Name)*          (Signature)


For:_____
      (Firm/Company)         (Date)


Billing Information:_____

_____

_____


* Individual with authority and company responsible for payment of DecisionQuest
service.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 5 of 5

**DECISIONQUEST DISCLAIMER: NOTICE TO THOSE INTERVIEWING DECISIONQUEST FOR A ROLE AS A TRIAL/VISUAL COMMUNICATIONS/STRATEGIC COMMUNICATIONS CONSULTANT**

Choosing your trial/graphic consultant is a critical part of your trial preparation. You should carefully examine the options available to you before making a selection. Because we understand the importance of this decision, we are pleased to make ourselves available to you for interviews.

In these interviews we are very happy to talk to you about our capabilities, our experience, our approach to problem solving and consulting with clients, and our billing structure. We can also provide you with references that can talk to you about the quality of our work. However, because we are frequently contacted by multiple parties in a dispute, we do reserve the right to represent a party that is adverse to you until that time when we are retained. We believe that we can provide you with all the information you need to make a decision about whether or not to hire us without disclosing any confidential information to us. Thus, please do not tell us anything that is not in the public record.

Because we are the premier trial, visual communications and strategic communications consulting firm, we are often interviewed for significant assignments. We look forward to and want to participate in such interviews, and do not want to charge for our time. It is important to maintain our freedom to represent either side in a piece of litigation until that point when we are retained by one of the sides. We look forward to the opportunity of working with you.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 6 of 6

PROPOSAL
TABLE OF CONTENTS

| | |
|---|---|
| Experience and Capabilities | 7 |
| Solution Generating Research | 9 |
| Strategic Theme Development | 11 |
| Trial Simulation | 13 |
| Witness Evaluation Research | 15 |
| Jury Selection Research and Consulting | 17 |
| Strategic Demonstrative Exhibit Design & Production | 20 |
| Graphics Fee List | 22 |
| Courtroom Presentation System and Support | 25 |
| Terms & Conditions | 31 |

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 7 of 7

**Experience and Capabilities**

DecisionQuest is the most experienced trial consulting firm in the country and our professionals have consulted on thousands of cases all over the United States. We strongly believe our greatest contributions are made in developing persuasive messages for decision makers (juries, trial judges, public service commissions, administrative law judges, tax court officers). We are expert in strategy and theme development, witness evaluation and preparation, the design and production of demonstrative exhibits, jury profiling and selection, and courtroom technology. We are retained by major corporations and leading law firms because we are creative, experienced and responsive. Most important, trial attorneys report that our work has been instrumental in charting the course of their cases and making a real difference in the outcome. Our typical assignments can be characterized as involving complex issues, high risk, high stakes, and potentially inflammatory facts.

*Aren't all trial consulting firms alike?*

Most jury firms hope you will be satisfied with the data they collect during "mock trials" and various surveys. This type of work is easily accomplished and requires very little intellectual input from the consultants. Data collection in the form of surveys and focus groups is a necessary tool in our work, but is not an end in itself. The real value we bring is in the application of our expertise in persuasion to solving the specific problems you face in your case. *Our major competitors emphasize data collection and typically provide very little detailed, strategic input.* This isn't just our opinion, but the opinion of clients who have experience with other firms, but prefer to work with us. This is an important difference in value which should be considered along with factors such as our extensive experience with many cases with features similar to yours, and our previous experience in this venue.

*What is our philosophy about jury persuasion?*

We know that jurors construct private stories based on their predispositions and perception of the evidence at trial. These stories serve as powerful filters which influence how jurors experience the case and the decisions they reach. We firmly believe that developing a persuasive story is the real key to success in the courtroom

As a result, our firm spends most of our time helping our clients and witnesses develop effective presentation strategies. Jury selection has its role in the process, but ultimately, no matter how good you are at jury selection, you will run out of strikes before you run out of people you need to strike. Therefore it is essential to understand the jury decision process specific to your case and how to best manage that process. Meeting juror

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 8 of 8

expectations is what real persuasion is all about. Accomplishing this without pre-trial testing is possible, but risky.

### *How important are visual communications in reinforcing your arguments?*

Having extensively studied judges, juries, and other decision makers, we are aware of the preference for visual presentations in the courtroom and other situations. Actual juror interviews confirm that a critical element in developing the most persuasive case presentation is the visual material that will support your case themes, strategies, facts and expert testimony. The professional staff at DecisionQuest is trained in the psychology of visual perception. We can assist you in developing a visual strategy for communicating persuasively to judges, jurors, arbitrators, mediation panels, regulatory groups or any other trier of fact. We have designed graphics for trials and other proceedings in urban and rural venues all over the country.

### *What is our work product?*

After each phase of work, we will provide a detailed, written report of strategic recommendations. Specifically, we will indicate clearly how your story needs to be structured in order to increase its persuasive power. There will also be charts and graphs of any quantitative and qualitative data collected. The main feature of our report, however, will be the key strategic ideas we believe you should consider in preparing your case for trial. Witness studies include specific recommendations on how each witness can improve. Jury selection studies result in a written juror questionnaire and a precise specification of the key factors and attributes which in combination, do the best job of identifying dangerous jurors. In most cases, our work product also includes the discussions we have with you before and after the data are collected. These discussions are designed to help you fully appreciate the value of what is learned and to discover the best method of implementation.

### *Why select DecisionQuest over competitors?*

Just as clients select premier law firms to work on significant matters, so should they select premier consulting firms. Our focus is on helping the trial team develop and implement persuasive strategies that increase the chance of a favorable outcome. Many of our clients have credited us with saving or earning them millions of dollars above and beyond what they would have achieved without our assistance. In an unregulated profession such as trial consulting, in which literally anyone can call themselves a consultant, it is comforting to know that when you retain DecisionQuest, you are retaining a team of experts who are experienced, qualified, and recognized by your peers as the industry leaders. We earn our fees and our many repeat clients tell us they believe they receive excellent value for their money.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 9 of 9

### Solution Generating Research

This project is based on a methodology which departs from the traditional focus group approach. Most research projects start with an assumption of what the case story should be and therefore are designed to elicit feedback to the story. In Solution Generating Research, the goal is to provide an environment in which jurors teach us about case problems from the jurors' perspective and their view of the most effective solutions. This solutions-oriented feedback then forms the basis of persuasive strategy development.

### Methodology

Approximately twenty-two surrogate jurors spread across two panels or forty-four surrogate jurors spread across four jury panels, recruited from the venue or a surrogate community, are presented with neutral or argumentative summary of opposition's case presented on videotape.

The procedure begins with a pre-presentation interview of the group to determine any relevant pre-existing attitudes and beliefs. Once the presentation is underway, jurors are encouraged to interact by asking questions or offering opinions about what they are hearing (if videotaped, the tape is stopped at appropriate intervals).

The discussion is free-flowing and facilitated by a DecisionQuest professional. Specific issues explored will include jurors' a) opinions and feelings about the litigants, b) attitudes and beliefs about the relevant issues, c) assessment of the strengths and weaknesses of both sides, and d) motivation to award damages. After the presentation, jurors will be asked to list and rank the order of the key arguments they heard, report points with which they agreed and disagreed, indicate which issues they feel were left out, and project the best arguments and counter arguments for each party. They are asked to indicate the type of evidence they are most interested in seeing and ways in which it should be presented. Any "unanswered" questions are discussed. If appropriate, the group may be sub-divided into smaller discussion groups representing distinct positions on key issues. These groups will then be invited to invent their best arguments and "debate" each other. Alternatively, jurors may be asked to engage in a facilitated discussion process. All discussions are recorded on videotape.

If desired, a member of the trial team can serve as co-facilitator and become part of the process.

### The Trial Team's Role in Preparing for the Research

It will be important for a member of the trial team to prepare the script and videotape which will be utilized in the research sessions, as well as to be available for the reporting

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 10 of 10

sessions where research findings and strategic implications will be presented.  If at all possible, we encourage key team members to be present at the research session as well.

We would appreciate reviewing any scripts in advance so we may offer any guidance if necessary.  While we will have specific questions in mind for our purposes, we also request you provide us with a list of "what if" issues you want us to pursue in this research (e.g., "what if you learned that the defendant could produce a document which discussed . . . ?").

## Analysis and Reporting

All of the qualitative data will be analyzed and reported back to the trial team soon after the research is completed.  The focus will be on identifying what jurors care about most, key areas of confusion, an analysis of strength and weaknesses for all parties, and a determination of what is driving jurors' questions and comments.  Specific strategies and theme areas will be discussed and summarized in a written executive summary report.

## Fee

The flat fee for this project is $35,000 for four panels, plus out-of-pocket expenses, and a fee of $8,000 for technical graphic assistance before and during the exercise. This would include preparation of graphics for both sides to test during the research as well as having a senior graphics consultant involved in the pre-research strategy and present at the research itself. Out-of-pocket fees include surrogate juror recruiting and compensation expense, facilities leasing, audio-visual requirements, travel, meals, accommodations, telephone and delivery.  Please note that cancellation of a scheduled or postponed project results in out-of-pocket expenses and a cancellation fee from $5,000 to $7,000 depending on the level of work committed and undertaken by DQ staff.  There is a $2,500 postponement fee if the research portion of this project has been scheduled and is postponed within 10 days of its scheduled date.  As much as we attempt to negotiate the most favorable arrangements, these expenses generally range between 60-80% of the flat fee.  Please note that DQ does not add an administrative overhead charge to out-of-pocket expenses.  Specific project expenses are detailed in our final invoice for each phase of work on our clients' behalf.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 11 of 11

## Strategic Theme Development

The goal of Strategic Theme Development is to develop and test key case strategies so that when the case goes to trial, you are confident you are telling the most persuasive story possible. This project also provides valuable information about how jurors are likely to think about key case issues, their common sense assessment of plaintiff and defense strengths and vulnerabilities, and jurors' perceptions of damages. This exercise is an excellent method for learning about the process by which jurors will orient to this case and make important decisions.

This project has been employed by our clients at all phases of the trial preparation process and even before cases are filed. Clients tell us that this process effectively sharpens discovery efforts, saving time and money, highlights key issues for witness preparation often before deposition, and informs any ongoing settlement process. The process also is frequently used just before trial to ensure necessary strategic changes are made before the case begins.

### Methodology Summary

Approximately fifty surrogate jurors will be recruited from the venue or a surrogate community and will listen to hard-hitting argumentative summaries of the plaintiff and defense positions (about 60 minutes each). We will work with you to prepare the case summaries in the correct format for the research. We will pay special attention to making the opposition's presentation as forceful as possible. Selected documents and exhibits may also be presented, but must be kept to a reasonable number.

Jurors' responses to each summary will be evaluated in the following ways:

**"Moment-to-Moment™" Response:** As jurors watch the presentations, they will rate the persuasiveness of the arguments by registering their responses on hand-held keypads. The results will be displayed instantaneously on a monitor which you and others can observe. The display indicates precisely where plaintiff and defense arguments succeed and fail, and often reveals the precise moment when jurors switch to one side or the other. The results are recorded on videotape for future analysis. It can be a useful and powerful tool for pinpointing case vulnerabilities for the group as a whole and for sub-groups and individual jurors.

**Electronic Questionnaires:** Each juror will respond to a series of questions designed to measure their key beliefs and attitudes, their reaction to the case at key points in time, their feelings about verdict and damages, and their analysis of the strengths and weaknesses of the cases. Many of these results can be computed and displayed during the session.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 12 of 12

**Deliberations:** Two deliberation groups will be formed from the total panel. Each group will deliberate behind a one-way mirror or on closed circuit television. At the close of deliberations, jurors will be interviewed about their decisions and a variety of other issues related to their perception of the case. The deliberations and interviews will be videotaped for subsequent analysis.

## The Trial Team's Role in Preparing for the Research

It will be important for a member of the trial team to prepare the script and videotape (if any) which will be utilized in the research sessions, as well as to be available for the reporting sessions where research findings and strategic implications will be presented. If at all possible, we encourage key team members to be present at the research session as well. We will review scripts or outlines in advance so we can help you ensure maximum value from the exercise.

## Analysis and Reporting

All of these qualitative and quantitative data will be thoroughly analyzed. We will evaluate the findings in the context of our experience with similar cases and cases in general. The results of our analysis will be reported back to the trial team in a face-to-face session. The emphasis of the presentation is placed on identifying key strategies and recommendations to assist you in developing the most compelling story for trial.

## Fee

One-day activities will be performed for a flat fee of $38,000 for two panels of surrogate jurors, $45,000 for three panels, and $52,000 for four panels. Two-day exercises will be performed for a flat fee of $60,000 for two panels of surrogate jurors, $70,000 for three groups, and $80,000 for four. Incremental to all would be the addition of out-of-pocket expenses of between 50-65% of the flat fee, and a fee of $8,000 for technical graphic assistance before and during the exercise. This would include preparation of graphics for both sides to test during the research as well as having a senior graphics consultant involved in the pre-research strategy and present at the research itself. Out-of-pocket fees include surrogate juror recruiting and compensation expense, facilities leasing, audio-visual requirements, travel, meals, accommodations, telephone and delivery. Please note that cancellation of a scheduled or postponed project results in out-of-pocket expenses and a cancellation fee from $5,000 to $7,000 depending on the level of work committed and undertaken by DQ staff. There is a $2,500 postponement fee if the research portion of this project has been scheduled and is postponed within 10 days of its scheduled date. As much as we attempt to negotiate the most favorable arrangements, these expenses generally range between of 50%-80% of the flat fee. Please note that DQ does not add an administrative overhead charge to out-of-pocket expenses. Specific project expenses are detailed in our final invoice for each phase of work on our clients' behalf.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 13 of 13

## TRIAL SIMULATION

The Trial Simulation is an opportunity for lawyers and witnesses to rehearse the trial in summary form.  It also serves as one last pre-trial evaluation of case themes and strategy.

### Methodology

After completing previous phases of research, the trial team typically has developed a great deal of valuable information about what is necessary in order to be persuasive on the key issues of interest. Strengths and vulnerabilities associated with each issue and sub-issue will have been revealed in the empirical studies and addressed in the strategic analysis.  At this point, it will be important to assess how effectively these findings are integrated in a more comprehensive presentation involving key witnesses.    The interaction between key theme statements, witness testimony (presented live or on videotape), and juror reactions will become manifest in a condensed trial simulation.

The design of the trial simulation can vary, but typically each side conducts a brief voir dire and jury selection, makes opening statements, presents witnesses, documents, demonstrative exhibits and closing arguments to panels of jurors who then deliberate to verdict and damages.   Jurors' reactions are measured using real time measurement, questionnaires, and deliberation sessions.  Most trial simulations take place over a 2-3 day period.   Because the Trial Simulation requires so much preparation time, it is strongly recommended it be performed only after preliminary studies have been completed, key witnesses have been evaluated and prepared, and demonstrative exhibits have been produced.

### Analysis and Reporting

All of the qualitative and quantitative data generated during the simulation will be thoroughly analyzed. We will evaluate the findings in the context of our experience with similar cases and cases in general. The results of our analysis will be reported back to the trial team in a face-to-face session.   The emphasis of the presentation is placed on a comprehensive evaluation of case strategy and the most effective way to integrate case themes, witnesses, and exhibits.

### Fee

The Trial Simulation is performed for a flat fee of $28,000 per trial day (a minimum of two days is required) plus out-of-pocket expenses. This assumes there will be four juries formed for deliberations (the fee will differ if more juries are formed).  Out-of-pocket fees include surrogate juror recruiting and compensation expense, facilities leasing,

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 14 of 14

audio-visual requirements, travel, meals, accommodations, telephone and delivery. Please note that cancellation of a scheduled or postponed project results in out-of-pocket

expenses and a cancellation fee from $5,000 to $7,000 depending on the level of work committed and undertaken by DQ staff. There is a $2,500 postponement fee if the research portion of this project has been scheduled and is postponed within 10 days of its scheduled date. As much as we attempt to negotiate the most favorable arrangements, these expenses generally range between 30-60% of the flat fee. Please note that DQ does not add an administrative overhead charge to out-of-pocket expenses. Specific project expenses are detailed in our final invoice for each phase of work on our clients' behalf.

**Staffing and Logistics**

My office will handle all the arrangements for these projects including recruiting surrogate jurors and facility booking. I will personally supervise these projects and all data analyses and strategy development, and will be present at the formal post-research presentation/consulting sessions.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 15 of 15

## WITNESS EVALUATION RESEARCH

Jurors consider themselves experts on people, which means the impressions and opinions jurors have of witnesses influence their decision making, especially when such impressions are negative. The two principal ways in which DecisionQuest can assist in preparing witnesses are through Witness Evaluation Research and Witness Preparation.

### Methodology

Witness Evaluation Research is conducted using approximately twenty surrogate jurors drawn from the venue or a similar community. Witnesses are presented usually on videotape and evaluated under summary direct and cross examination. The amount of time spent on direct and cross depends on the particular witness. We have found the most value is obtained when the witness is focused on critical issue areas and/or areas of significant vulnerability.

The juror evaluations take the form of written questionnaires which jurors fill out after each witness, facilitated panel discussions following each witness, and "real time" ratings which are registered and displayed during each mock examination. Jurors are asked to evaluate each witness in terms of key communication variables, such as perceived credibility, trustworthiness, expertise, likability, as well as distinct content issues.

### Analysis and Reporting

The data are analyzed and findings and recommendations are provided to the trial team in a separate face-to-face session which highlights the strategic implications of research findings. Methods for providing feedback to witnesses are discussed and a plan of action for helping witnesses improve is determined.

### Fee

Witness Evaluation Research is performed for a flat fee $35,000 plus out-of-pocket expenses. Out-of-pocket fees include surrogate juror recruiting and compensation expense, facilities leasing, audio-visual requirements, travel, meals, accommodations, telephone and delivery. Please note that cancellation of a scheduled or postponed project results in out-of-pocket expenses and a cancellation fee from $5,000 to $7,000 depending on the level of work committed and undertaken by staff. There is a $2,500 postponement fee if the research portion of this project has been scheduled and is postponed within 10 days of its scheduled date. As much as we attempt to negotiate the most favorable arrangements, these expenses generally range between 50-60% of the flat fee. Please note that does not add an administrative overhead charge to out-of-pocket expenses.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 16 of 16

Specific project expenses are detailed in our final invoice for each phase of work on our clients' behalf.

**The Trial Team's Role in Preparing for the Research**

It will be important for a member of the trial team to prepare the script and videotape (we recommend that witnesses not appear live for these exercises) which will be utilized in the research session, as well as to be available for the reporting sessions where research findings and strategic implications will be presented. If at all possible, we encourage key team members to be present at the research session as well.

We would appreciate reviewing any scripts in advance so we may offer any guidance if necessary. We will provide specific guidance on the proper procedures for preparing the individual witness presentations.

It is advisable <u>not</u> to inform witnesses about the purpose of their videotape.

### WITNESS PREPARATION

We can implement the key findings from the Witness Evaluation Research in one-on-one sessions that can last from an hour to a week or more depending on the needs of the witness. These sessions allow the witness to receive performance feedback in a non-threatening context and to have the opportunity to learn and practice strategies and tactics for improvement. Witness Preparation is charged at a flat rate of $5,000 per day plus out-of-pocket expenses.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 17 of 17

## Jury Selection Research and Consulting

**IA. Juror Profiling Research** (Telephone Survey Approach)

The purpose of Juror Profiling Research is to determine the attitudinal, experiential, and demographic factors associated with this case. We will design and implement a telephone survey of approximately 300-400 members of the jury pool in the venue.   Each respondent will be contacted by telephone and answer questions and evaluate a vignette description of the case.

The questionnaire used in this project will be designed by DecisionQuest social scientists who are expert in survey design.   The survey items will be tailored to the voir dire questions permitted in this venue. The respondents will be selected according to a scientific random sampling technique that will ensure reliable results.

We will design, implement and analyze the study and its results.   You will have an opportunity to review the questionnaire and vignette in advance. Please send us a copy of the jury information card or form used in this venue so we may include this information in the profiling survey.

After the data are collected, statistical analyses will be performed to determine which factors in combination do the best job of predicting undesirable jurors.   When the survey is completed and the data are analyzed, you will receive a written summary report of the responses to each question and the results of our analyses.

## Fee

The flat fee for this activity is $30,000, plus out-of-pocket expenses. Out-of-pocket expenses vary depending on the size of the sample and the length of the questionnaire. Out-of-pocket fees include surrogate juror recruiting and compensation expense, facilities leasing, audio-visual requirements, travel, meals, accommodations, telephone and delivery.  Please note that cancellation of a scheduled or postponed project results in out-of-pocket expenses and a cancellation fee from $5,000 to $7,000 depending on the level of work committed and undertaken by DQ staff. There is a $2,500 postponement fee if the research portion of this project has been scheduled and is postponed within 10 days of its scheduled date.  As much as we attempt to negotiate the most favorable arrangements, these expenses generally range between 50%-80% of the flat fee.  Please note that DQ does not add an administrative overhead charge to out-of-pocket expenses.   Specific project expenses are detailed in our final invoice for each phase of work on our clients' behalf.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 18 of 18

### IB. Juror Profiling Research For Complex Cases (In Person Approach)

The purpose of Juror Profiling Research is to determine the attitudinal, experiential, and demographic factors associated with a strong plaintiff orientation in this case. We will design and implement a survey of approximately 100 members of the jury pool in the venue. Each respondent will view a videotaped summary of the case. At key intervals, respondents will be asked to answer key written questions designed to elicit relevant attitudes and experiences.

The questionnaire used in this project will be designed by DecisionQuest social scientists who are expert in survey design. The survey items will be for the most part restricted to questions which can be asked in typical voir dire proceeding and/or in a written jury questionnaire.

We will design, implement and analyze the study and its results. You will have an opportunity to review the questionnaire and vignette in advance. Please send us a copy of the jury information card or form used in this venue so we may include this information in the profiling survey.

After the data are collected, statistical analyses will be performed to determine which factors in combination do the best job of predicting undesirable jurors. When the survey is completed and the data are analyzed, you will receive a written summary report of the responses to each question and the results of our analyses.

### Fee

The flat fee for this activity is $40,000, plus out-of-pocket expenses, and a fee of $8,000 for technical graphic assistance before and during the exercise. This would include preparation of graphics for both sides to test during the research as well as having a senior graphics consultant involved in the pre-research strategy and present at the research itself. Out-of-pocket fees include surrogate juror recruiting and compensation expense, facilities leasing, audio-visual requirements, travel, meals, accommodations, telephone and delivery. Please note that cancellation of a scheduled or postponed project results in out-of-pocket expenses and a cancellation fee from $5,000 to $7,000 depending on the level of work committed and undertaken by DQ staff. There is a $2,500 postponement fee if the research portion of this project has been scheduled and is postponed within 10 days of its scheduled date. As much as we attempt to negotiate the most favorable arrangements, these expenses generally range between 60%-80% of the flat fee. Please note that DQ does not add an administrative overhead charge to out-of-pocket expenses. Specific project expenses are detailed in our final invoice for each phase of work on our clients' behalf.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 19 of 19

## II. Formulating Voir Dire Questions

A team of DecisionQuest consultants develop key questions for voir dire.  Proposed questions are provided to the trial team in advance for review and modification, if necessary.  The appropriate hourly rate applies.

## III. Constructing/Analyzing A Juror Questionnaire

When the court permits the use of a written juror questionnaire, a team of DecisionQuest consultants develop a written questionnaire to be administered to all prospective jurors before jury selection.  Our time will be billed at an hourly rate.

### GENERAL MATTERS CONSULTING

Over the course of this consulting engagement, it is anticipated that issues and questions may arise that are not well-suited to empirical study.  We are happy to participate in small or large problem solving sessions as necessary.  Our time is billed at an hourly rate plus out-of-pocket expenses.

### PROFESSIONAL HOURLY RATES

It is our practice to bill hourly for other consultative activities, either in preparation for the above projects or which utilize the foundation projects we have completed. The hourly rates for the following professionals are, as follows:

- $425 per hour/ VP
- $375-$395/ Directors
- $245-$325/ Associates
- $175 -$200/ Analysts

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 20 of 20

## STRATEGIC DEMONSTRATIVE EXHIBIT DESIGN AND PRODUCTION

Having extensively studied judges, juries, and other decision makers, we are aware of the preference for visual presentations in the courtroom and for other situations. Actual juror interviews confirm that a critical element in developing the most persuasive case presentation is the visual material that will support your case themes, strategies, facts and expert testimony. The professional staff at DecisionQuest is trained in the psychology of visual perception. We assist you in developing a visual strategy for communicating persuasively to judges, jurors, arbitrators, mediation panels, regulatory groups or any other trier of fact. We have designed graphics for trials and other proceedings in urban and rural venues nationwide and in all industries.

A key element of this strategy is the recommendation of the most effective presentation medium and technology to be used in your particular case. The advice we give is based upon what we know about how jurors understand and process visual information, what we learn from case-specific jury research, the latest information on the design of meaningful and persuasive visual information, the needs of your expert witnesses, and the demands and constraints of the physical location of your courtroom or hearing facility.

DecisionQuest utilizes the most advanced technology and equipment available anywhere today. Similarly, all elements of design and production are completed in DecisionQuest facilities to ensure confidentiality, consistency and value. We have invested heavily in
the latest technologies that will allow us to deliver the best quality at the lowest cost
to our clients.

DecisionQuest Graphic Consultants have a wealth of visual solutions for the presentation of your case. These include:

**Courtroom Presentation System and Support:** Based upon your case needs, we provide a courtroom technician and an imaging presentation system that offers random access (via barcodes or keyed exhibit numbers) to documents, photographs, graphics, depositions, animation and other video content.

**Exhibit Boards:** We enlarge key graphics, photographs or documents for display in the courtroom. To enhance focus, magnetic boards can be created which allow the presenter to interact by revealing information in a step-by-step process.

**Jury Books/Arbitration Binders:** We organize strategic demonstratives in binders for the trier of fact which serve as a road map and as a powerful reference tool in the decision making process.

**PowerPoint and Interactive Media:** Whether you're giving an opening statement or examining a witness, we create the most effective visual presentation that is tailored to fit your specific case needs. From interactive timelines with linked documents to slide tutorials showing how things build in a step-by-step process, we utilize the right tool to communicate your message in the most persuasive manner.

**Document Management:** We electronically organize your litigation documents regardless of the format in which they originally exist. Once the documents have been

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 21 of 21

entered into our presentation system and coded, random access and manipulation are available in a variety of ways including: color highlighting and calling out key language, circling and underlining key points, and displaying two, three or four pages simultaneously for purposes of comparison, emphasis and credibility.

**Deposition Video Production:** Deposition video clips are often used in trial for direct testimony, witness impeachment and/or closing argument. Our Presentation Technicians can assemble all deposition testimony into a database for presentation at trial. You may choose to show only the video testimony or you may choose to synchronize the deposition transcript to the video and show the video with scrolling text, depending on your presentation strategy.

**Video Production:** Video is used to create an "up close and personal" experience with real events, products, processes, people or places. Video can give your viewer a first-hand look as well as educate and evoke emotion. All video presentations can be shot on location and edited in our state-of-the-art digital editing facility.

**Computer Animation:** Whether your case calls for 2D or 3D animation, we have the ability to make the proper recommendation, develop a cost-effective solution, and produce a high quality animation for your case. Computer animation is a visual depiction of a series of events occurring over time, which shows both the motion and interaction between several elements or objects. Animation is a key tool in educating and explaining a certain subject matter or a particular device.

DecisionQuest Graphic Consultants are prepared to assist you with the development of your visual strategy, from the creation and production of your visuals to the planning, design and layout of the courtroom equipment to the ongoing support you need during trial. We offer the flexibility to utilize all or any one of these services, depending on your budget and specific case needs.

The nature of our graphics services dictates a time and material billing. We have developed procedures and processes and have invested in technologies to keep costs low and turn-around time fast. Graphic consulting time generally ranges from $195 to $225 per hour, while production time for graphics is billed at $110 per hour. DecisionQuest Graphic Consultants are prepared to develop an estimate for the creation of graphics, video production, computer animation and presentation system solutions once there are some parameters developed and the complexity of the materials understood. The more extensive the planning process and focused the work session, the more accurate the estimate can become for your project. Specific costs and fees by service are attached.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 22 of 22

## GRAPHICS FEE LIST

**Consulting**
Strategy Development • Graphic Recommendations
Visual Solutions • Project Planning • Directing • Producing ........... $195 - $425 hr.

**Art Direction**
Presentation Design • Graphic Concepts • Visual Planning ......................... $150 hr.

**Graphic Design**
Computer Layout and Production • Graphic Illustration ......................................... $110 hr.

**Project Coordination & Assistance**
Proofing • Scheduling • Copying • Faxing ................................................................ $ 70 hr.

**Storyboarding**
3" x 4" Frame Illustrations • Description/Narration Copy ....................................... $130 hr.

**Animation**
    2D Animation ................................................................................................... $155 hr.
    3D Animation/Modeling .................................................................................. $200 hr.

**Presentation Technician**
Courtroom and War Room Consulting • Courtroom & War Room Set-Up
Presentation System Preparation & Management • Technical Support and Training
(hourly rate includes operator, software and presentation laptops) ......................... $160 hr.

**Document Scanning**
    5,000 pages (B&W) ........................................................................... $  .20 per page
    Over 5,000 pages (B&W) ................................................................. $  .15 per page
    Color Documents and Photographs .................................................... $ 3.00 per page

**Deposition Video Synchronization and Editing**
Encode/MPEG Video
    Digitize Video Tape for CD-ROM/Computer Playback .................... $ 90 per video hr.
    Timecode/Synchronize Video to Transcript ...................................... $ 90 per video hr.
    Digital Video Transcript Editing ..................................................................... $160 hr.

**Digital Video Editing**
Editor and Editing Bay/Equipment
    Single Layer Editing (basic editing from segment to segment) ....................... $150 hr.
    Multi Layer Editing (special effects and titles) ............................................... $200 hr.

**DVD Authoring**
Interactive Menu Programming ................................................................................ $150 hr.

**CD-ROM/DVD-ROM Duplication**
Data Transfer and Labeling ...................................................................................... $ 90 hr.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 23 of 23

## EXHIBIT DESIGN PRICING

There are many styles of static exhibits to support case themes and facts, which vary in
layout and detail. The base price range shown below includes strategic planning, project
management, creative layout, and design time for a simple version of each type of exhibit. The
price increases with the complexity of information and the number of revisions to the data
originally submitted to DecisionQuest.

**Estimated Range**

**Organizational Chart**
Description of the people involved, order of importance,
relationships, responsibilities, etc. ................................................................ $300 - $800

**Timeline**
Shows significant events as they occurred over time...................................... $500 - $1200

**Document Chart**
Actual documents (letters, memos, contracts, etc.), with key text highlighted
on the document. The same highlighted text can be reset in larger type face
and shown to the side of the original document for easier legibility. ............ $200 - $500

**Flow Chart**
Illustrates how a product was developed, a patent was secured or
where all the money went, etc........................................................................ $400 - $800

**Bar Graph**
Comparison of data over time to show differences or similarities................. $300 - $600

**Line Graph**
Plot numerical sequences over time to show historical data,
trends, incidence rates, product pricing, etc.................................................... $300 - $800

**Pie Chart**
Proportional illustrations of data to compare or contract
percentages, dollar amounts, etc. .................................................................. $300 - $600

**Map**
Global pictures of a plant location, shipping routes or area of interest.......... $500 -$1000

**Illustrative Chart**
Photo realistic illustrations of patented product, leaking storage tank,
human anatomy, etc. ...................................................................................... $600 -$2000

**Storyboard**
Frame-by-frame graphics outlining the subject matter to be
created in 2D and/or 3D animation. ...............................................................$1500 - $5000

The price ranges above do not include the cost of the medium in which the exhibit will be
presented. Please refer to our Exhibit Pricing sheet for the cost of the boards, CD-ROM,
tape stock, etc.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 24 of 24

## *EXHIBIT PRICING*

| Exhibit Board | B&W | Color | Magnetic |
|---|---|---|---|
| 3' x 4' | $ 90 | $240 | $360 |
| 3' x 5' | $110 | $300 | $450 |
| 3' x 6' | $135 | $360 | $540 |
| 4' x 5' | $150 | $400 | $600 |
| 4' x 6' | $180 | $480 | $720 |

**Board Production**
- B&W and Color Exhibits are mounted on 3/16" foam board and laminated
- Dry Erase Laminate is an additional $30 per board
- Magnetic Pieces for a magnetic board is an additional $22.50 per square foot
- 48 Hour Standard Turnaround
- 24 Hour Turnaround add 50% to exhibit board price
- Less than 24 Hour Turnaround add 100% to exhibit board price

**Shipping Boxes**
| | |
|---|---|
| 3' x 4' | $ 75 per box |
| 4' x 6' | $ 90 per box |

**Color Laser Prints**
| | |
|---|---|
| 8.5" x 11" | $ 3 each |
| 11" x 17" | $ 6 each |

**CD-ROM/DVD-ROM**
| | |
|---|---|
| Data Transfer and Labeling | $ 90 hr. |

**Professional Video Tape Stock**
DV Tape
| | |
|---|---|
| 60 Minutes | $ 30 each |

VHS Tape
| | |
|---|---|
| 60 Minutes | $ 15 each |
| 120 Minutes | $ 20 each |

Hi-8
| | |
|---|---|
| 120 Minutes | $ 25 each |

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 25 of 25

## COURTROOM PRESENTATION SYSTEM AND SUPPORT

DQ's Presentation Technicians provide in-court support and training. We utilize the latest

in trial presentation software enabling us to create a database that offers random access

(via barcodes or keyed exhibit numbers) to documents, photographs, graphics,
depositions, animation and other video content. These images can be manipulated in a
variety of ways: side-by-side comparisons, on-the-fly annotation tools, exhibit
highlighting and "zoom"

call-out capabilities.


**Presentation Technician**
Courtroom and War Room Consulting • Courtroom & War Room Set-Up
Presentation System Preparation & Management • Technical Support and Training
(hourly rate includes operator, software and presentation laptops) ......................... $160 hr.

**Document Management**
We electronically organize your litigation documents regardless of the format in which they
originally exist. Once the documents have been entered into our presentation system and coded,
random access and manipulation are available in a variety of ways including: color highlighting
and calling out key language, circling and underlining key points, and displaying two, three or
four pages simultaneously for purposes of comparison, emphasis and credibility.

**Document Scanning**
    5,000 pages (B&W) ........................................................................ $  .20 per page
    Over 5,000 pages (B&W) .............................................................. $  .15 per page
    Color Documents and Photographs..................................................... $ 3.00 per page

**Deposition Video Synchronization and Editing**
Encode/MPEG Video
    Digitize Video Tape for CD-ROM/Computer Playback.................... $ 90 per video hr.
    Timecode/Synchronize Video to Transcript ...................................... $ 90 per video hr.
    Digital Video Transcript Editing....................................................................... $160 hr.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 26 of 26

## DEPOSITION VIDEO PRODUCTION

Deposition video clips are often used in trial for direct testimony, witness impeachment and/or
closing argument. There are two options to consider when preparing deposition
videos for trial.

### Option 1 - Deposition Video Clip Editing
Editing only the video clips anticipated for use at trial.
> Locate, Digitize and Edit from Tape or
> Edit Video Clips from CD-ROM/DVD-ROM
> (basic editing from clip to clip) ..................................................... $150 hr.

### CD-ROM/DVD-ROM Duplication
> Data Transfer and Labeling ............................................................ $ 90 hr.

The cost of each project will vary based on the length of the video clips, number of clips
requested and whether the original video is provided on videotape or CD-ROM. If you provide
use with videotapes or CDs that have a time code, editing time is minimal. Locating clips without
a time code from a highlighted transcript requires more search time. One hour of edited material
can take three to four hours to produce.

### Option 2 - Deposition Video Synchronization and Editing
Synchronizing video depositions to their corresponding transcripts allows instant access to any
portion of the video via page-line designations. This innovative technology provides immediate
playback of segmented video transcript portions, with or without scrolling text.

### Deposition Video Synchronization and Editing
Encode/MPEG Video
> Digitize Video Tape for CD-ROM/Computer Playback.................... $ 90 per video hr.
> Timecode/Synchronize Video to Transcript ...................................... $ 90 per video hr.
> Digital Video Transcript Editing....................................................... $160 hr.

### CD-ROM/DVD-ROM Duplication
> Data Transfer and Labeling ............................................................ $ 90 hr.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 27 of 27

## ANIMATION

Computer animation is a visual depiction of a series of events occurring over time, which shows both the motion and interaction between several elements or objects. Animation is a key tool in educating and explaining a certain subject matter or a particular device.

**An Animation Can:**

Place the viewer's eye where it otherwise couldn't go
Go inside small mechanisms or inaccessible areas such as underground pipes or internal combustion engines; inside veins, arteries and internal organs; show side-by-side comparisons of two similar objects.

Depict a sequence of events over time that requires the viewer to assimilate a large geographical area in a foreshortened time frame
Fly between several distant positions in space to get a "global" perspective; make large and small spatial comparisons.

***Show a physical object that no longer exists (or perhaps never existed)***
Show prototypes or obsolete objects.

Illustrate highly technical or complex concepts
Show how electrical currents flow or how molecules combine to form compounds.

Provide several perspectives of an object
Fly the viewer around and through the modeled object.

Time Lapse Scenarios
Show the construction of a building or an object in accelerated time.

Deconstruct an object, mechanism or part
Make an assembled object "explode" into its component parts.

**Consultant/Producer**
Strategy Development • Project Planning
Script Writing • Directing • Producing......................$195 - $425 hr

**Storyboarding**

Frame-by-frame illustrations of animation concepts. ..........................$130 hr.

**2D Animation**
Create images • Apply Textures • Apply Motion Paths.......................$155 hr.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 28 of 28

**3D Animation**
    Model object/environment • Apply Textures
    Set Lighting • Apply Motion Paths.................................................... $200 hr.

**Editing**
    Multi Layer Editing (special effects and titles) ...........................$200 hr.

## *VIDEO SHOOT*

Video is used to create an "up close and personal" experience with real events, products, processes, people or places. Video can give your viewer a first-hand look as well as educate and evoke emotion. All video presentations can be shot on location and edited in our state-of-the-art digital editing facility.

**With video you can:**
- Record a live event as it happens
- Re-enact a previous event or occurrence
- Show the actual product/people involved
- Show the actual place where an accident occurred
- Capture the emotional or physical state of an individual or group
- Present a clear summary of your case, project, or proposal

**Consultant/Producer**
    Strategy Development • Preparation of Shot List
    Planning and Directing the Video Shoot.............................................. $195 - $425 hr.

**Camera Operator**
    Operate Camera • Set Lights • Set Audio ............................................ $150 hr.

**Digital Video Camera**
    Camera • Tripod • Microphone........................................................... $350 day

**Light Kit**
    Lights • Light Stands • Cables and Power Cords ................................. $150 day

**DV Tape Stock**
       60 Minute................................................................................... $ 30 each

**Digital Video Editing**
Editor and Editing Bay/Equipment
    Single Layer Editing (basic editing from segment to segment)........... $150 hr.
    Multi Layer Editing (special effects and titles).................................... $200 hr.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 29 of 29

---

## GRAPHICS CONSULTING AND DEMONSTRATIVE EXHIBIT SUPPORT

### GRAPHICS CONSULTING: WHAT WE DO

Our focus is on helping your team develop and implement persuasive visual strategies that increase comprehension and retention of key evidence. We will work with you to develop a visual strategy that will reinforce the position of American Airlines and be effective in presentation before a jury. We will commit our best efforts to study your case facts and nuances and advise you on the most effective means of visual presentation. **Our strength lies in integrating our research experience with our graphic design expertise to develop a visual presentation that best supports your case strategies.**

### Range of Capabilities

Our efforts to assist you can include some or all of our full range of capabilities:

- **Exhibit Boards:** Large format boards, both static and interactive (overlay, magnetic or write-erase).
- **Exhibit Prints:** For reports and other submissions to the judge and other parties.
- **Video Production/Editing:** Any video presentation can be shot and/or edited in our state-of-the-art digital editing facilities. Virtually any video format can be accommodated.
- **Computer Animation:** Whether your case calls for 2D or 3D animation, we have the ability to make the proper recommendation, develop a cost-effective solution, and produce a high-quality animation for your case.
- **PowerPoint and Other Interactive Multimedia Presentation Software:** We have successfully used PowerPoint and other software such as Flash and Director for demonstrative exhibits used in opening and closing, to support specific expert witness testimony, interactive timelines, electronic briefs (PDF based documents with active links), etc.
- **Presentation Technology and Support: TrialDirector™** is a presentation software, which allows random access to documents, photos, charts, graphics, or video segments. Images are stored on a CD-ROM or external hard drive and can be accessed by barcodes or keyed-in numbers. A DecisionQuest multi-media technician will operate the TrialDirector™ system for you in the courtroom and war room. They can create and play audio or video clips as well as display documents and graphics, which will appear on monitors/screens in the courtroom. Images can be manipulated in several ways: annotation, "zooming in," split screen, and video deposition playback synchronized to transcript.
- **DQProjects.com:** A patent-protected website created for your case, this "internet review station" allows members of the team to review drafts at all stages.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 30 of 30

## FEES FOR GRAPHICS

**The nature of our graphics services dictates a time and material billing.**  Therefore, the cost of specific exhibits will vary.  Initial cost estimates are based on standard lead-time and do not include revisions.  Since factors such as timing and revisions are generally unpredictable, but can significantly impact costs, DecisionQuest will make every effort to alert you to changes in cost estimates. Approximate costs to develop a chart are as follows:

- A typical text exhibit or document scan exhibit will cost approximately $450.
- A moderately complex exhibit will typically cost approximately $850-$1,250.
- A very complex timeline or a detailed tutorial can cost $2,000 - $3,000.
- A multi-slide PowerPoint show that includes several complex art exhibits or several text tables, incorporating movement and transitions, can exceed $3,000.
- 

**For budgeting purposes, $1,200 per exhibit is a good estimate.**

Throughout the process, you will receive first drafts, completed exhibits, etc. for review. Complete and thorough review at each stage greatly reduces the number of revisions, and thus reduces costs.

### *EXHIBIT BOARDS:*

Enlargement of an exhibit to a 3' x 4' exhibit board adds approximately $400 to the total cost. Costs are higher if board size exceeds 3' x 4', or if magnetics or overlays are used. Please allow lead time for board production to avoid 100% rush charges.  Our standard turnaround time is 24 hours but we are capable of producing a board in as little as 4 hours. All boards are produced in-house unless it makes sense to do otherwise.

## STAFFING AND TURNAROUND TIME CAPABILITIES

As needed, your DecisionQuest graphics team will be divided into various overlapping shifts to provide you with the greatest coverage, particularly close to the trial. In addition to our day shift, we can arrange night and weekend shifts as often as needed.

**Once the scope of work is understood, we will provide you with a more precise estimate for graphics design and production.**

The more extensive the planning process and focused the reference materials (data, information, etc.), the more specific the estimate can be.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 31 of 31

### TERMS AND CONDITIONS OF AGREEMENT

We are pleased that you have considered retaining DecisionQuest. The practice of law, and subsequent agreements between parties, has become increasingly complex. As a result, we now follow the practice of entering into the relationship with a Letter of Engagement.

Although we have accepted this measure of formality with reluctance, we have nevertheless, come to appreciate our clients' preference to have these matters understood and agreed upon at the commencement of the engagement. Accordingly, we submit for your approval the following provisions governing our engagement.

If you are in agreement with the terms, please sign the enclosed copy of this letter (*page 4*) in the space provided. If you have any questions about these provisions, please do not hesitate to call. We are pleased to have the opportunity to serve you, and look forward to embarking on this mutually beneficial relationship.

**CONFIDENTIALITY**
DQ will hold in strictest confidence all proprietary information of The Vioxx Litigation Consortium and Counsel to which it may be given access. Unless otherwise expressly agreed in writing, all recommendations, work, procedures and other information provided to The Vioxx Litigation Consortium and Counsel under this agreement shall be the property of The Vioxx Litigation Consortium and the plaintiff lawyers representing Vioxx plaintiffs. However, unless otherwise expressly agreed in writing, DQ shall retain exclusive rights to all proprietary information, methodologies, technologies, etc. used during the course of its research and client engagement. All work performed by DQ for The Vioxx Litigation Consortium and Counsel shall be considered confidential attorney work product.

**EXECUTION OF SCOPE OF SERVICES**
DQ provides no warranty, express or implied, concerning work performed under the agreement, including DQ's findings, recommendations, professional advice or trial results. It is recognized that others may interpret the data and findings in a different manner and reach other conclusions.

DQ will diligently proceed with the contracted work and report to The Vioxx Litigation Consortium and Counsel in a timely manner, except for delays occasioned by factors beyond DQ's control, by factors that were not reasonably foreseeable, or by factors initiated by The Vioxx Litigation Consortium and Counsel. Should the scope of work be modified by agreement between The Vioxx Litigation Consortium and Counsel and DQ, DQ shall provide The Vioxx Litigation Consortium and Counsel with an estimate of the increased fees and direct project costs necessary to complete the agreed-upon revisions. Said revisions will be bound by these terms and conditions.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 32 of 32

Work under the agreement will be terminated upon receipt by DQ of written notice from The Vioxx Litigation Consortium and Counsel except that DQ may complete such analysis, research, records and reports as are reasonably necessary to protect the professional reputation and to adequately document the work performed through termination. Charges for such work will be kept to a reasonable limit incurred through the date of termination. Work under the agreement may be terminated by DQ only for just cause. This includes, but is not limited to: development of a material conflict of interest, judicially required participation in onerous discovery or other legal process outside the intended scope of the work, or the presence of circumstances beyond DQ's control such as natural disasters or government intervention.

DQ, unless other specific arrangements are made, will maintain its case files for thirty (30) days after the final payment is received and the case file is closed, unless otherwise directed by The Vioxx Litigation Consortium and Counsel. Financial records will be retained according to I.R.S. requirements.

CONFLICT OF INTEREST

We view our retention in this matter as being limited specifically to *Vioxx Product Liability Litigation* dispute that will be tried in the venue.

DecisionQuest has a subsidiary, $DQ^{2™}$, which provides exhibits through a CD-ROM exhibit bank. $DQ^{2™}$ does not track the matters for which exhibit services are provided. The users of $DQ^{2™}$ exhibit bank may be adverse to your interests. Furthermore, DecisionQuest owns a significant financial interest in CaseSoft, a company which designs and sells litigation strategy software. They are not a consulting company and therefore do not serve our clients in a manner similar to DecisionQuest's consulting and graphics services.

COMMENCEMENT OF ENGAGEMENT

Work on this project will commence only upon receipt of both the signed engagement letter and the retainer.

CHARGES

Work performed under fixed price contracts will be charged at the agreed fixed amount, plus direct, out-of-pocket expenses for the engagement. Work performed on a time-and-expense basis will be charged in accordance with the most current schedule of rates of DecisionQuest (DQ). An estimate of these time-and-expense charges will be prepared at the request of the client. A retainer will be required from The Vioxx Litigation Consortium and Counsel in advance. This retainer does not constitute an estimate of project costs. Such amounts will be held by DQ until the final invoice, at which time The Vioxx Litigation Consortium and Counsel's account will be reconciled.

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 33 of 33

Storage of all case documents, files, etc. will be the responsibility of The Vioxx
Litigation Consortium and Counsel, and will be returned to The Vioxx Litigation
Consortium and Counsel upon request.

**CANCELLATION AND RESCHEDULING FEES**
Please note that once DecisionQuest has begun preparation and analysis for research, and
the client cancels this exercise, a cancellation fee from $5,000 to $7,500 (or more) will be
charged, depending upon the work committed and undertaken. This cancellation fee will
be in addition to the out-of-pocket charges billed by the research recruiters, facilities, etc.
If the work is rescheduled within one month, a portion of this cancellation fee may be
applied as a credit. In the event a research has to be rescheduled, a non-refundable fee
will be charged, based upon the numbers of hours expended by DQ staff to schedule and
set up the research, to be billed at their relevant hourly rate.

**PAYMENT**
Invoices are issued based upon the percentage of work completed by DQ on each
assignment, and are due upon receipt. For research projects, 100% of the professional fee
plus an advance toward the out-of-pocket expenses are invoiced when the research is run.
This is due to the fact that most of our costs and expenses are incurred up to and
including the date of research. Remaining out-of-pocket expenses are invoiced in detail,
when we receive the vendor bills. For graphic projects, invoices are billed on a two week
cycle for the professional fees. Out-of-pocket expenses incurred during the two week
period are invoiced when we receive the vendor bills.

Outstanding balances past due over thirty (30) days are subject to a delinquency charge of
1-1/2% per month until paid. DQ, without liability, may withhold delivery of reports and
other data, and may suspend performance of its obligations to The Vioxx Litigation
Consortium and Counsel pending full payment of all charges. Furthermore, DQ reserves
the right to decline further work with any client delinquent in payment of charges due to
DQ for previous work, until such balances are paid in full.

**LITIGATION**
The Vioxx Litigation Consortium and Counsel agrees to provide DQ with counsel and
will pay all attorneys' fees and expenses incurred in connection with any litigation
involving third parties arising out of or pertaining to DQ's engagement hereunder. If DQ
is compelled by subpoena or judicial order to testify at a deposition or trial, or to produce
documents regarding work performed by DQ for The Vioxx Litigation Consortium and
Counsel, The Vioxx Litigation Consortium and Counsel agrees to compensate DQ, at
DQ's prevailing hourly rates, for all time spent by DQ in responding to such legal
process, including all time spent in preparing for such testimony. In the event of such
subpoena or judicial order, DQ will give prompt notice to The Vioxx Litigation
Consortium and Counsel to allow The Vioxx Litigation Consortium and Counsel to
object to any such testimony or production of documents. DQ will be

The Vioxx Litigation Consortium & Counsel
March 14, 2006
Page 34 of 34

directed by The Vioxx Litigation Consortium and Counsel in complying with or opposing said litigation.

If litigation is commenced against DQ by a third party for its involvement, participation, engagement, recommendations and/or work for The Vioxx Litigation Consortium and Counsel, then The Vioxx Litigation Consortium and Counsel will provide counsel for DQ under the terms of the previous paragraph.

In the event of a lawsuit between The Vioxx Litigation Consortium and Counsel and DQ under this agreement, such lawsuit shall be filed and tried only in a court of competent jurisdiction within Los Angeles County, California.  California law shall apply to any such proceeding.

## USE OF SERVICES
The Vioxx Litigation Consortium and Counsel  assumes full and complete responsibility for all uses and applications of DQ's recommendations or work under this agreement, or failure to use these recommendations or work, and agrees to indemnify and hold harmless DQ, its officers, directors, employees, agents or shareholders against any and all liability, damages, losses, claims, demands, actions, causes of action, costs including attorneys' fees and expenses resulting from the aforementioned use, application or nonuse of DQ's recommendations or work under this agreement.

The Vioxx Litigation Consortium and Counsel agrees that in no event shall DQ, its officers, directors, employees, agents or shareholders be liable for any incidental or consequential damages, direct or indirect, arising from DQ's services under this agreement.