**Check 1297**

VIOXX MDL 1657
820 O' KEEFE AVE.
NEW ORLEANS, LA 70113

DATE 8·3·06

PAY TO THE ORDER OF: DecisionQuest     $ 50,000.00

Fifty thousand dollars exactly — DOLLARS

Whitney National Bank
New Orleans, Louisiana

FOR: #(820)- Focus Groups

---

**Check 1356**

VIOXX MDL 1657
820 O' KEEFE AVE.
NEW ORLEANS, LA 70113

DATE 9·23·06

PAY TO THE ORDER OF: Decision Quest     $ 50,000.00

Fifty thousand dollars exact — 00/100 DOLLARS

Whitney National Bank
New Orleans, Louisiana

FOR: Expert Services

---

**Check 1441**

VIOXX MDL 1657
820 O' KEEFE AVE.
NEW ORLEANS, LA 70113

DATE 11·3·06

PAY TO THE ORDER OF: Decision Quest     $ 100,000.00
                                         100,000.00
One hundred thousand exact — 00/100 DOLLARS

Whitney National Bank
New Orleans, Louisiana

FOR: Balance of $ 200,000

EXHIBIT C