

## DECISIONQUEST

21535 Hawthorne Boulevard   Suite 310   Torrance, CA 90503   310.618.9600   Fax: 310.618.1122

November 2, 2007

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, LA 71070

Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116

Drew Ranier, Esq.
Ranier, Gayle & Elliot LLC
1419 Ryan Street, P.O. Box 1890
Lake Charles, LA 70602

Gentlemen:

I am writing to follow up on our meetings from earlier this year regarding our unpaid invoices associated with the work we undertook on behalf of the Vioxx MDL.

I was encouraged by our meeting in New Orleans on this subject, and my recollection is you agreed the work we performed was not only valuable in the specific MDL cases of 2006 before Judge Fallon, but that it also had value to future Vioxx MDL cases in general. We are of course anxious to not only receive payment for our work, but also to discuss with you how we can optimize what we have learned for the MDL plaintiff effort going forward. To that end, is there a time at which we can again meet?

Though I believe you already have our invoices dating back to when Grant Kaiser first retained DecisionQuest on behalf of the Vioxx MDL back in February of 2006, I am enclosing a complete set for your records.

Though we have discussed this before, I remind you that DecisionQuest devoted significant efforts and resources to the Vioxx MDL. Nearly thirty DQ professionals worked full time for most of 2006 in assisting in the preparation of the various cases. In

ATLANTA • BOSTON • CHICAGO • DALLAS • HOUSTON • L[...]   NEW YORK • STATE COLLEGE • WASHINGTON, D.C.

EXHIBIT
D

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Drew Ranier, Esq.
November 2, 2007
Page 2 of 2

the aggregate, these invoices are $2,658,461.24. Of this total, $517,043.74 represents out-of-pocket disbursements made on behalf of the Vioxx MDL. To date, the Vioxx MDL has paid DecisionQuest just $200,000 of the $2,658,461.24 due.

Thank you for your attention to these issues, and we look forward to continuing our support of the Vioxx MDL efforts.

Sincerely,

Dr. Philip K. Anthony
Chief Executive Officer

PKA/pjj

cc: Grant Kaiser, Esq.

*comprehensive invoice attached to this letter*