

**HERMAN, HERMAN, KATZ & COTLAR**
L.L.P.
Attorneys at Law

820 O'Keefe Avenue, New Orleans, Louisiana 70113-1116
Telephone (504) 581-4892   Facsimile (504) 561-6024
Http://www.hhkc.com
Temporary Office:
Place St. Charles, 201 St. Charles Ave., Suite 4310
New Orleans, Louisiana 70170

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick‡

Stephen J. Herman
Brian D. Katz

Soren E. Gisleson
Joseph E. "Jed" Cain

Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans and
Covington, Louisiana

\* A Professional Law Corporation
‡ Also Admitted in Texas

This Firm and its Partners Are Also
Partners in Herman, Mathis, Casey,
Kitchens & Gerel, LLP

November 5, 2007

**VIA E-MAIL AND U.S. MAIL**

Dr. Philip K. Anthony
Chief Executive Officer
Decision Quest
21535 Hawthorne Blvd.
Suite 310
Torrance, CA 90503
panthony@decisionquest.com

Re:   **In Re: VIOXX MDL 1657**

Dear Dr. Anthony:

We are in receipt of your letter dated November 2, 2007. I believe we have previously communicated with you regarding the PSC's willingness to contribute to the DecisionQuest invoices. The PSC did not retain DecisionQuest. Grant Kaiser did not retain DecisionQuest on behalf of the Vioxx MDL and had no authority to bind the PSC. The PSC agreed to fund $200,000.00 towards an MDL trial.

We appreciate your forwarding the invoices and we will present your letter to the PSC.

Sincerely,

RUSS M. HERMAN

RMH:lmf
cc:   Mr. Drew Ranier, Esq.
      Mr. Grant Kaiser, Esq.
      Plaintiffs' Steering Committee

Drew
P.S. will talk with you about this at appropriate time
Russ

W:\25000-29999\27115\000\COR\LTR Anthony, Philip (Decision Quest) 2007-11-5.wpd



EXHIBIT
E