# SUMMARY OF CHARGES VIOXX LITIGATION

| Law firm associated with the case | Invoice # | Case Name | Total Hours | Total Amount | Grand Total | Accrued interest as of 11/30/08 |
|---|---|---|---|---|---|---|
| The Kaiser Firm LLP<br>Herman, Herman, Katz & Collar LLP | 67886 | **Lanier's Opening** - Merck & Co., Inc Litigation<br>Hourly Professional Consulting Service Fees - March 2006 through April 2006<br>Flat Fee Professional Consulting Service Fees - March 2006 through April 2006<br>Net Amount Due and Payable for March 2006 through April 2006 | 52.00 | 16,815.00<br>3,842.27 | 20,657.27 | |
| | | Amount Received from Vioxx MDL - $50,000 payment received 08/03/06 applied to this invoice | | | ($20,657.27) | |
| | | Amount Outstanding and Due for Lanier's v. Merck & Co., Inc. | | | - | |
| Robinson Calcagnie & Robinson<br>Beasley, Allen, Crow, Methvin, Portis & Miles, P.C | 67862 | **General MDL Prep** - Merck & Co., Inc Litigation<br>Hourly Professional Consulting Service Fees - March 2006 through April 2006<br>Net Amount Due and Payable for March 2006 through April 2006 | 50.75 | 29,772.50 | 29,772.50 | |
| | | Amount Received from Vioxx MDL - $50,000 payment received 09/23/06 applied to this invoice | | | (29,772.50) | |
| | | Amount Outstanding and Due for General MDL Prep v. Merck & Co., Inc. | | | - | |
| Robinson Calcagnie & Robinson<br>Beasley, Allen, Crow, Methvin, Portis & Miles, P.C | 68617 | **Barnett** v. Merck & Co., Inc<br>Hourly Professional Consulting Service Fees - March 2006 through August 2006<br>Flat Fee Professional Consulting Service Fees - March 2006 through August 2006<br>Expenditures - March 2006 through August 2006<br>Net Amount Due and Payable for March 2006 through August 2006 | 5,486.75 | 1,187,982.50<br>372,000.00<br>378,083.17 | 1,938,065.67 | |
| | | Amount Received from Vioxx MDL - Balance left over from $50,000 payment received 08/03/06 applied to Lanier's Opening<br>Amount Received to Date from Vioxx MDL - Balance left over from $50,000 payment received 09/23/06 applied to General MDL Prep<br>Amount Received from Vioxx MDL - $100,000 payment received 11/03/06 applied to this invoice<br>Amount Received from Robinson Calcagnie & Robinson - $400,000 payment received 12/05/06 applied to this invoice | | (29,342.73)<br>(20,227.50)<br>(100,000.00)<br>(400,000.00) | | |
| | | Total Payment Received for Barnett v. Merck & Co., Inc. | | | (549,570.23) | |
| | | Amount Outstanding and Due for Barnett v. Merck & Co., Inc. | | | 1,388,495.44 | 475,559.69 |
| The Kaiser Firm LLP<br>Ranier, Gayle and Elliott, LLC | 68626 | **Smith** v. Merck & Co., Inc<br>Hourly Professional Consulting Service Fees - July 2006 through September 2006<br>Flat Fee Professional Consulting Service Fees - July 2006 through September 2006<br>Expenditures - July 2006 through September 2006<br>Net Amount Due and Payable for July 2006 through September 2006 | 2,034.50 | 443,847.50<br>91,000.00<br>135,118.30 | 669,965.80 | |
| | | Total Payment Received for Smith v. Merck & Co., Inc. | | | 0.00 | |
| | | Amount Outstanding and Due for Smith v. Merck & Co., Inc. | | | 669,965.80 | 251,572.16 |
| The Kaiser Firm LLP<br>Beasley, Allen, Crow, Methvin, Portis & Miles, P.C<br>Watts Law Firm | 69581 | **Schwaller** v. Merck & Co., Inc.<br>Hourly Professional Consulting Service Fees - February 2007 through April 2007<br>Expenditures - February 2007 through April 2007<br>Net Amount Due and Payable for February 2007 through April 2007 | 745.50 | 138,870.00<br>7,227.74 | 146,097.74 | |
| | | Amount Received from The Kaiser Firm, LLP 02/23/07<br>Amount Received from The Kaiser Firm, LLP 03/20/07<br>Amount Received from The Kaiser Firm, LLP 05/16/07 | | (66,950.00)<br>(40,446.92)<br>(38,700.82) | | |
| | | Total Payment Received for Schwaller v. Merck & Co., Inc. | | | (146,097.74) | |
| | | Amount Outstanding and Due for Schwaller v. Merck & Co., Inc. | | | - | |


EXHIBIT G

# SUMMARY OF CHARGES VIOXX LITIGATION

| Law firm associated with the case | Invoice # | Case Name | | Total Hours | Total Amount | Grand Total | Accrued interest as of 11/30/08 |
|---|---|---|---|---|---|---|---|
| Beasley, Allen, Crow, Methvin, Portis & 69399 | | Dedrick v. Merck & Co., Inc. | | 695.35 | 180,178.37 | | |
| | | Hourly Professional Consulting Service Fees - January 2007 through April 2007 | | | 119,821.63 | | |
| | | Expenditures - January 2007 through April 2007 | | | | | |
| | | Net Amount Due and Payable for January 2007 through April 2007 | | | | 300,000.00 | |
| | | Amount Received from Beasley, Allen, Brow, Methvin, Portis & Miles, PC 11/07/06 | | | (170,000.00) | | |
| | | Amount Received from Beasley, Allen, Brow, Methvin, Portis & Miles, PC 11/29/06 | | | (50,000.00) | | |
| | | Amount Received from Beasley, Allen, Brow, Methvin, Portis & Miles, PC 01/29/07 | | | (80,000.00) | | |
| | | Total Payment Received for Dedrick v. Merck & Co, Inc. | | | | (300,000.00) | |
| | | Amount Outstanding and Due for Dedrick v. Merck & Co, Inc. | | | | 0.00 | |
| Robinson Calcagnie & Robinson | 69643C | Berwick v. Merck & Co., Inc. | | 261.00 | 102,290.00 | | |
| | | Hourly Professional Consulting Service Fees - February 2007 through April 2007 | | | 12,307.92 | | |
| | | Expenditures - February 2007 through April 2007 | | | | | |
| | | Net Amount Due and Payable for February 2007 through April 2007 | | | | 114,597.92 | 25,494.14 |
| | | Amount Received from Robinson, Calcagnie & Robinson 03/09/07 | | | | (20,000.00) | |
| | | Amount Outstanding and Due for Berwick v. Merck & Co, Inc. | | | | 94,597.92 | |

| | |
|---|---|
| **TOTAL BILLING** | **3,219,156.90** |
| **PAYMENTS RECEIVED** | |
| Amount Received from Vioxx MDL | (200,000.00) |
| Amount Received from Beasley, Allen, Brow, Methvin, Portis & Miles, PC | (300,000.00) |
| Amount Received from The Kaiser Firm, LLP | (146,097.74) |
| Amount Received from Robinson, Calcagnie & Robinson | (420,000.00) |
| **Amount Outstanding and Due to Date** | **2,153,059.16** |