IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

**NOTICE OF HEARING**

Please take notice that DecisionQuest, Inc., has filed the attached Motion for Payment of Consulting Fees and Expenses which will be brought on for hearing, with oral argument, at 9:00 o'clock a.m. on the 25th day of February, 2009 before the Honorable Eldon E. Fallon, United States District Judge for the Eastern District of Louisiana, United States Courthouse, 500 Camp Street, New Orleans, Louisiana 70130.

Respectfully submitted,

BY:/s/ Kyle A. Spaulding
Miles P. Clements (#4184)
Kyle A. Spaulding (#29000)
**FRILOT L.L.C.**
1100 Poydras Street Suite 3600
New Orleans, LA  70163
Telephone: (504)599-8000
Facsimile:  (504)599-8145
E-mail:  mclements@frilot.com

COUNSEL FOR DECISIONQUEST, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of filing to all counsel accepting electronic notice.

/s/ Kyle A. Spaulding