IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Rule 78.1E of the Local Rules of this Court, Decision Quest, Inc. respectfully requests oral argument with respect to its Motion for Payment of Consulting Fees and Expenses. Oral argument would be of assistance to the Court regarding determination of the motion, and as such, DecisionQuest, Inc. prays that oral argument be scheduled for the hearing date of February 25, 2009 at 9:00 a.m.

Respectfully submitted,

BY: /s/ Kyle A. Spaulding
Miles P. Clements (#4184)
Kyle A. Spaulding (#29000)
**FRILOT L.L.C.**
1100 Poydras Street Suite 3600
New Orleans, LA  70163
Telephone: (504)599-8000
Facsimile:  (504)599-8145
E-mail:  mclements@frilot.com

COUNSEL FOR DECISIONQUEST, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of filing to all counsel accepting electronic notice.

/s/ Kyle A. Spaulding