IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

**EX PARTE MOTION TO EXPEDITE HEARING ON
MOTION FOR PAYMENT OF CONSULTING
FEES AND EXPENSES**

DecisionQuest, Inc., files the above-captioned Motion requesting the Court to expedite its Motion for Payment of Consulting Fees and Expenses so that it may be heard on the same date as the Court's monthly status conference, February 10, 2009.  In support, DecisionQuest shows as follows:

1.

The issue of payment of DecisionQuest's consulting fees and expenses incurred in this litigation has been pending since June 2008.

2.

On January 30, 2009, the Court held a telephone conference with PSC attorneys and counsel for DecisionQuest.  The Court requested DecisionQuest to submit briefing on the payment of DecisionQuest's consulting fees and expenses issue, and to set the motion for hearing.

3.

Several of the attorneys interested in DecisionQuest's Motion for Payment of Consulting Fees and Expenses reside outside Louisiana, as do representatives of DecisionQuest.  Those

attorneys and DecisionQuest's representatives will be present in New Orleans for the February 10, 2009 status conference. Thus, DecisionQuest requests that the Court entertain oral argument on the Motion for Payment of Consulting Fees and Expenses on the day of the status conference, February 10, 2009.

WHEREFORE, DecisionQuest, Inc. prays that this Motion to Expedite be granted, and the hearing on its Motion for Payment of Consulting Fees and Expenses be heard on February 10, 2009, and for all other relief to which DecisionQuest, Inc. is entitled.

Respectfully submitted,

BY: /s/ Kyle A. Spaulding
Miles P. Clements (#4184)
Kyle A. Spaulding (#29000)
**FRILOT L.L.C.**
1100 Poydras Street Suite 3600
New Orleans, LA  70163
Telephone: (504)599-8000
Facsimile:  (504)599-8145
E-mail:  mclements@frilot.com

COUNSEL FOR DECISIONQUEST, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of filing to all counsel accepting electronic notice.

/s/ Kyle A. Spaulding