IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

## ORDER

CAME ON to be considered the Ex Parte Motion to Expedite Hearing on Motion for Payment of Consulting Fees and Expenses filed by DecisionQuest, Inc. The Court, having considered the motion, is of the opinion that it is meritorious and should be granted. It is therefore;

ORDERED that DecisionQuest, Inc.'s Motion for Payment of Consulting Fees and Expenses be set for hearing on the 10th day of February, 2009 at _____ o'clock a.m.

Signed this _____ day of _____, 2009.

_____
JUDGE ELDON E. FALLON