UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx ® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to: | MAGISTRATE JUDGE KNOWLES |
| Janet Sue Morgan, et al, v. Merck & Co., Inc.; Docket No. 2:05-cv-496 only regarding **James I. Smith** | |

## ORDER

Upon due consideration of the foregoing Plaintiff's Counsel's Motion to Withdraw, and for good cause shown, the Court finds the Motion well-taken, and that same should be granted.

IT IS ORDERED that attorney Dawn M. Barrios and BARRIOS, KINGSDORF & CASTEIX, L.L.P. are released from any further responsibility as counsel for Plaintiff, James I. Smith.

IT IS SO ORDERED.
New Orleans  Louisiana

January 30th 2009
Date

Judge Eldon E. Fallon
United States District Court Judge