## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ] | MDL Docket No. 1657 |
| | ] | |
| | ] | SECTION L |
| PRODUCTS LIABILITY LITIGATION | ] | |
| | ] | JUDGE FALLON |
| **This document relates to:** | ] | |
| Gwenever Wilson, 2:05-cv-1048 | ] | MAGISTRATE JUDGE KNOWLES |
| | ] | |

### NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order 36, the law firm Simon Passanante, PC, counsel of record for Gwenever Wilson, moves the Court for an Order granting leave for Counsel to Withdraw as Counsel of record in the above styled case/claim. In support of this motion, the undersigned states as follows:

1.     Numerous attempts at contacting the claimant both by phone and in writing have been unsuccessful. Claimant has failed to respond to communications and cannot be found.

2.     Written notice of the filing of this Motion was sent via certified mail to plaintiff's last known mailing address. Plaintiff's last known address is 616 S. Clark, Moberly, Missouri 65270.

3.     PTO 36 will be complied with in all other respects, including providing a copy of said Order to plaintiff.

4.     Counsel will rely upon the Certification annexed hereto.

For these reasons, Simon Passanante, PC urges the Court to grant their Motion to Withdraw as Counsel of Record in this matter.

Respectfully submitted this 15th day of October, 2008.

SIMON PASSANANTE, PC

Todd S. Hageman, Missouri Bar No. 44770
701 Market Street, Suite 1450
Saint Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029

ATTORNEY FOR PLAINTIFF

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last<br>Hageman | | First<br>Todd | Middle<br>S |
|---|---|---|---|---|
| **Name of Law Firm** | Simon Passanante, PC | | | |

| **Current Address** | Street<br>701 Market Street, Suite 1450 | | | | |
|---|---|---|---|---|---|
| | City<br>St. Louis | | State<br>MO | Zip<br>63101 | Country<br>USA |

| **Telephone Number** | 314-241-2929 | **Facsimile** | 314-241-2029 | **Email** | thageman@spstl-law.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| **Plaintiff Name** | Last<br>Wilson | | First<br>Gwenever | Middle |
|---|---|---|---|---|

| **Plaintiff Address** | Street<br>616 S. Clark St | | | | |
|---|---|---|---|---|---|
| | City<br>Moberly | | State<br>MO | Zip<br>65270 | Country<br>USA |

| **Telephone Number** | 816-364-2513 | **Facsimile** | unknown | **Email** | unknown |
|---|---|---|---|---|---|
| **Case Caption** | Wilshusen, Carol et al., vs. Merck & Co et al | | | | |
| **Case Number** | 2:05-cv-1048 | | | | |
| **Court Where Case is Pending** | Eastern District of Louisiana | | | | |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph I.B of PTO No. 36)

### C.  COMPLIANCE WITH PTO NO. 36

☒   I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

☒   I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

a.   The Motion to Withdraw;

b.   A copy of PTO No. 36;

c.   A statement that Plaintiff had 30 days from receipt of the letter to:  (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

d.   An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

e.   An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

### D.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 10 / 15 / 08 (Month/Day/Year) | _____ Counsel |
| --- | --- | --- |

## CERTIFICATE OF SERVICE

I certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liason Counsel, Phillip A. Whitman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of October, 2008

SIMON PASSANANTE, PC

Todd S. Hageman, Missouri Bar No. 44770
701 Market Street, Suite 1450
Saint Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile:  (314) 241-2029

ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX            ]        MDL Docket No. 1657
                                        ]

                                        ]        SECTION L

PRODUCTS LIABILITY LITIGATION     ]

                                        ]        JUDGE FALLON

**This document relates to:**         ]

Gwenever Wilson, 2:05-cv-1048      ]        MAGISTRATE JUDGE KNOWLES

## <u>ORDER</u>

     Considering the Motion to Withdraw as Counsel of Record:

     IT IS ORDERED that Simon Passanante, PC is hereby withdrawn as Counsel of Record

for Gwenever Wilson.

     NEW ORLEANS, LOUISIANA, this      day of        , 2008.


                           _____

                           ELDON E. FALLON

                           UNITED STATES DISTRICT JUDGE