UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to ALL CASES* | MDL Docket NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLE |

**THE PSC'S MOTION TO ESTABLISH
QUALIFIED SETTLEMENT FUND AND TO APPOINT
FUND ADMINISTRATOR
PURSUANT TO INTERNAL REVENUE CODE §468B
AND TREASURY REGULATIONS §1.468B-1, et seq.**

**NOW INTO COURT**, the Plaintiffs' Steering Committee ("PSC") respectfully requests that this Court enter an Order:

1) declaring that the Escrow Fund established at US Bancorp with a deposit of an initial payment of $500 million by Merck on August 7, 2008, is a Qualified Settlement Fund pursuant to Section 468B of the Internal Revenue Code of 1986, as amended and Treasury Regulations §1.468B-1, *et seq.* (to be known as the *Vioxx Escrow 468B Settlement Fund*);

2) establishing a sub-fund of *the Vioxx Escrow 468B Settlement Fund* pursuant to Section 468B of the Internal Revenue Code of 1986, as amended and Treasury Regulations §1.468B-1, *et seq.* (to be known as the *Vioxx 468B Holding Settlement Sub-Fund*); and,

3) appointing US Bancorp as Fund Administrator.

**FOR THE FOREGOING REASONS**, and those more fully set forth in the attached

*Memorandum of Law*, the PSC respectfully requests that this Honorable Court grant its *Motion* and enter an Order approving and establishing said QSF and appointing US Bancorp as Fund Administrator.

                                                                              Respectfully submitted,

                                                                             /s/ Leonard A. Davis
                                                                             **Russ M. Herman (Bar No. 6819)**
                                                                             Leonard A. Davis (Bar No. 14190)
                                                                             Stephen J. Herman (Bar No. 23129)
                                                                             ***Herman, Herman, Katz & Cotlar, LLP***
                                                                             820 O'Keefe Avenue
                                                                             New Orleans, LA  70113
                                                                             PH:     (504) 581-4892
                                                                             FAX:  (504) 561-6024
                                                                             **Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA  71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591<br><br>Andy D. Birchfield, Esq. **(Co-Lead Counsel)**<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555<br><br>Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA  94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008<br><br>Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA  19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371<br><br>Arnold Levin, Esq.<br>Michael Weinkowitz, Esq. **(on brief)**<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA  70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973<br><br>Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059<br><br>Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA  70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218<br><br>Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA  92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292<br><br>Christopher Seeger, Esq. **(Co-Lead Counsel)**<br>One William Street<br>New York, NY  10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799 |

| | |
|---|---|
| Shelly Sanford, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713)-650-1669 | Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

**PLAINTIFFS' STEERING COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of February, 2009.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Ave.
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
ldavis@hhkc.com