UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibits A & B* | * | KNOWLES |
| | * | |

**************************************************************************

### ORDER TO SHOW CAUSE WHY CASES
### SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 5th day of March, 2009, at 9:00 o'clock a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 26th day of February, 2009.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 3rd day of March, 2009.

NEW ORLEANS, LOUISIANA, this 30th day of January, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

961892v.1

## Exhibit A

| Counsel | Pertaining to | Case Name | Docket Number |
|---|---|---|---|
| Bergman and Frockt | Purcell, Angela | Cunningham, Lisa v. Merck & Co., Inc. | 2:08-cv-04400-EEF-DEK |
| Carey and Danis LLC; Biersdorf and Associates PA | Pitts, Clarence | Pitts, Debra v. Merck & Co., Inc. | 2:08-cv-04560-EEF-DEK |
| Matthews and Associates | Fisher, Juanita | Staples, Earnest v. Merck & Co., Inc. | 2:08-cv-04561-EEF-DEK |
| Weitz and Luxenberg PC | Gifford, Ralph | Gifford, Ralph v. Merck & Co., Inc. | 2:07-cv-09805-EEF-DEK |
| Weitz and Luxenberg PC | Johnson, Sandra | Johnson, Sandra v. Merck & Co., Inc. | 2:07-cv-09803-EEF-DEK |
| Weitz and Luxenberg PC | Mullins, Sylvia | Mullins, Sylvia v. Merck & Co., Inc. | 02:07-cv-09808-EEF-DEK |
| Weitz and Luxenberg PC | Parks El, Reginald | Parks El, Reginald v. Merck & Co., Inc. | 02:07-cv-09804-EEF-DEK |
| Weitz and Luxenberg PC | Stilley, Gladys | Stilley, Gladys v. Merck & Co., Inc. | 02:07-cv-09807-EEF-DEK |

## Exhibit B

| Counsel | Pertaining to | Case Name | Docket Number |
|---|---|---|---|
| Lennon Law | Lennon, Janet | Lennon, Janet v. Merck & Co., Inc. | 2:08-CV-01417-EEF-DEK |
| Pro Se | Robinson, Bobbie | Robinson, Maurice v. Merck & Co., Inc. | 2:08-cv-01406-EEF-DEK |