UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * | | |

THIS DOCUMENT RELATES TO:

Plaintiff's Name:   Larry L. Smith

Case Name:   Larry L. Smith vs. Merck & Company, Inc.

Case Number:   8:08-cv-1655-T-30MAP

## NOTICE OF SERVICE OF PRESERVATION NOTICE

Plaintiff, Larry L. Smith ("Plaintiff"), by and through undersigned counsel, hereby serves this Notice of Service of Preservation Notice, including a copy of Pretrial Order No. 1, to the following individuals/entities via Certified Mail, Return Receipt Requested on February 2, 2009:

>Robert Kurtis, M.D.
>611 Druid Road, Suite 511
>Clearwater, FL   33756
>
>Morton Plant Mease
>Attn:  Medical Records
>32672 U.S. Highway 19 North
>Palm Harbor, FL   34684
>
>Diana Goodwin, M.A., CCC-SLP
>Morton Plant Mease HealthCare
>430 Morton Plant St, Suite 101
>Clearwater, FL   33756

Lincourt Pharmacy
501 S Lincoln Avenue #10
Clearwater, FL   33756

Medco Merck RX Services
P. O. Box 3938
Spokane, WA   99226

Countryside Surgery Center
3291 N. McMullen Boot Rd.
Clearwater, FL   33761

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Service of Preservation Notice has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of February, 2009.

/s/ Amy L. Drushal
JOHN D. GOLDSMITH
Fla. Bar No. 444278
jdgoldsmith@trenam.com
AMY L. DRUSHAL
Fla. Bar No. 546895
aldrushal@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, Florida   33602
Tel:  (813) 223-7474
Fax:  (813) 229-6553
Attorneys for Plaintiff

2


**Trenam Kemker**
ATTORNEYS

REPLY TO TAMPA
DIRECT DIAL: 813-227-7463
ALDRUSHAL@TRENAM.COM

February 2, 2009

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Diana Goodwin, M.A., CCC-SLP
Morton Plant Mease HealthCare
430 Morton Plant St, Suite 101
Clearwater, FL   33756

      Re:    Larry L. Smith
              DOB: 09/11/40
              Our File No. 06-4600

Dear Ms. Goodwin:

      This firm represents Larry L. Smith in ongoing litigation in the Eastern District of Louisiana, styled *In re: VIOXX PRODUCTS LIABILITY LITIGATION,* MDL Docket No. 1657. Pursuant to Pretrial Order No. 1, entered by the United States District Court for the Eastern District of Louisiana on January 17, 2005, we are required to notify you that you may have records relevant to Mr. Smith's claim in this matter. Pursuant to Paragraph 13 of Pretrial Order No. 1, you are required to preserve all evidence, documents, data or other tangible items in your possession, custody, or control that are related to Mr. Smith.

      Please contact me if you have any questions or concerns.

                                    Sincerely,

                                    Amy L. Drushal

ALD/lab
Enclosure

101 E. Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474
Fax: (813) 229-6553

www.trenam.com

200 Central Avenue, Suite 1600
St. Petersburg, Florida 33701
Tel: (727) 896-7171
Fax: (727) 822-8048



**Trenam Kemker**
ATTORNEYS

REPLY TO TAMPA
DIRECT DIAL: 813-227-7463
ALDRUSHAL@TRENAM.COM

February 2, 2009

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Robert Kurtis, M.D.
611 Druid Road, Suite 511
Clearwater, FL   33756

    Re:    Larry L. Smith
            Our File No. 06-4600

Dear Dr. Kurtis:

    This firm represents Larry L. Smith in ongoing litigation in the Eastern District of Louisiana, styled *In re: VIOXX PRODUCTS LIABILITY LITIGATION,* MDL Docket No. 1657. Pursuant to Pretrial Order No. 1, entered by the United States District Court for the Eastern District of Louisiana on January 17, 2005, we are required to notify you that you may have records relevant to Mr. Smith's claim in this matter. Pursuant to Paragraph 13 of Pretrial Order No. 1, you are required to preserve all evidence, documents, data or other tangible items in your possession, custody, or control that are related to Mr. Smith.

    Please contact me if you have any questions or concerns.

                                     Sincerely,

                                     Amy L. Drushal

ALD/lab
Enclosure

3037958v1

101 E. Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474
Fax: (813) 229-6553

www.trenam.com

200 Central Avenue, Suite 1800
St. Petersburg, Florida 33701
Tel: (727) 896-7171
Fax: (727) 822-8048


# Trenam Kemker
ATTORNEYS

REPLY TO TAMPA
DIRECT DIAL: 813-227-7463
ALDRUSHAL@TRENAM.COM

February 2, 2009

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Morton Plant Mease
Attn: Medical Records
32672 U.S. Highway 19 North
Palm Harbor, FL 34684

  Re: Larry L. Smith
     DOB: 09/11/40
     Our File No. 06-4600

Dear Sir or Madam:

  This firm represents Larry L. Smith in ongoing litigation in the Eastern District of Louisiana, styled *In re: VIOXX PRODUCTS LIABILITY LITIGATION,* MDL Docket No. 1657. Pursuant to Pretrial Order No. 1, entered by the United States District Court for the Eastern District of Louisiana on January 17, 2005, we are required to notify you that you may have records relevant to Mr. Smith's claim in this matter. Pursuant to Paragraph 13 of Pretrial Order No. 1, you are required to preserve all evidence, documents, data or other tangible items in your possession, custody, or control that are related to Mr. Smith.

  Please contact me if you have any questions or concerns.

                Sincerely,

                Amy L. Drushal

ALD/lab
Enclosure

101 E. Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474
Fax: (813) 229-6553

www.trenam.com

200 Central Avenue, Suite 1600
St. Petersburg, Florida 33701
Tel: (727) 896-7171
Fax: (727) 822-8048



**Trenam Kemker**
ATTORNEYS

REPLY TO TAMPA
DIRECT DIAL: 813-227-7463
ALDRUSHAL@TRENAM.COM

February 2, 2009

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Lincourt Pharmacy
501 S Lincoln Avenue #10
Clearwater, FL  33756

   Re: Larry L. Smith
     DOB: 09/11/40
     Our File No. 06-4600

Dear Sir or Madam:

  This firm represents Larry L. Smith in ongoing litigation in the Eastern District of Louisiana, styled *In re: VIOXX PRODUCTS LIABILITY LITIGATION,* MDL Docket No. 1657. Pursuant to Pretrial Order No. 1, entered by the United States District Court for the Eastern District of Louisiana on January 17, 2005, we are required to notify you that you may have records relevant to Mr. Smith's claim in this matter. Pursuant to Paragraph 13 of Pretrial Order No. 1, you are required to preserve all evidence, documents, data or other tangible items in your possession, custody, or control that are related to Mr. Smith.

  Please contact me if you have any questions or concerns.

              Sincerely,

              Amy L. Drushal

ALD/lab
Enclosure

101 E. Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474
Fax: (813) 229-6553

www.trenam.com

200 Central Avenue, Suite 1600
St. Petersburg, Florida 33701
Tel: (727) 896-7171
Fax: (727) 822-8048


## Trenam Kemker
ATTORNEYS

REPLY TO TAMPA
DIRECT DIAL: 813-227-7463
ALDRUSHAL@TRENAM.COM

February 2, 2009

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Medco Merck RX Services
P. O. Box 3938
Spokane, WA  99226

      Re:   Larry L. Smith
            DOB: 09/11/40
            Our File No. 06-4600

Dear Sir or Madam:

      This firm represents Larry L. Smith in ongoing litigation in the Eastern District of Louisiana, styled *In re: VIOXX PRODUCTS LIABILITY LITIGATION,* MDL Docket No. 1657. Pursuant to Pretrial Order No. 1, entered by the United States District Court for the Eastern District of Louisiana on January 17, 2005, we are required to notify you that you may have records relevant to Mr. Smith's claim in this matter. Pursuant to Paragraph 13 of Pretrial Order No. 1, you are required to preserve all evidence, documents, data or other tangible items in your possession, custody, or control that are related to Mr. Smith.

      Please contact me if you have any questions or concerns.

                                Sincerely,

                                Amy L. Drushal

ALD/lab
Enclosure

101 E. Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474
Fax: (813) 229-6553

www.trenam.com

200 Central Avenue, Suite 1600
St. Petersburg, Florida 33701
Tel: (727) 896-7171
Fax: (727) 822-8048



# Trenam Kemker
### ATTORNEYS

REPLY TO TAMPA
DIRECT DIAL: 813-227-7463
ALDRUSHAL@TRENAM.COM

February 2, 2009

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Countryside Surgery Center
3291 N. McMullen Boot Rd.
Clearwater, FL  33761

      Re:    Larry L. Smith
              DOB: 09/11/40
              Our File No. 06-4600

Dear Sir or Madam:

      This firm represents Larry L. Smith in ongoing litigation in the Eastern District of Louisiana, styled *In re: VIOXX PRODUCTS LIABILITY LITIGATION,* MDL Docket No. 1657. Pursuant to Pretrial Order No. 1, entered by the United States District Court for the Eastern District of Louisiana on January 17, 2005, we are required to notify you that you may have records relevant to Mr. Smith's claim in this matter. Pursuant to Paragraph 13 of Pretrial Order No. 1, you are required to preserve all evidence, documents, data or other tangible items in your possession, custody, or control that are related to Mr. Smith.

      Please contact me if you have any questions or concerns.

                             Sincerely,

                             Amy L. Drushal

ALD/lab
Enclosure

101 E. Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474
Fax: (813) 229-6553

www.trenam.com

200 Central Avenue, Suite 1600
St. Petersburg, Florida 33701
Tel: (727) 896-7171
Fax: (727) 822-8048