# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Norma J. Bonilla v. Merck & Co., Inc., No. 07-2014* | * | KNOWLES |
| *(as to Ramon Bonilla)* | * | |
| | * | |

*****************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Fourth Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 17303, came on for hearing on the 22nd day of January, 2009. Pursuant to the agreement of the parties, the motion is deferred until the 5th day of March, 2009, at 9:00 a.m., as to plaintiff Ramon Bonilla, to enable counsel to substitute a proper fiduciary.

**NEW ORLEANS, LOUISIANA,** this  2nd  day of   February  , 2009.

_____
DISTRICT JUDGE

963386v.1