## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| *Dorothy Bates, et al. v. Merck & Co., Inc.*, 08-3665 *(only as to Dorothy Bates, Deborah Ellsworth, David Fagerstrom, Robert A. Gallup, Lily Johnson, Marion Jones, Lee Laux, James Loggains, Emma Sadler, Barbara Smith, June Louis Spriggs, and Gerry George Wyma);* | * | |
| *Lydia Arocho v. Merck & Co., Inc.*, 08-4150; | * | |
| *Jesus C. Perez v. Merck & Co., Inc.*, 08-1421; | * | |
| *Emmanuel Iwobi, et al. v. Merck & Co., Inc.*, 08-1422 *(only as to Emmanuel Iwobi, Olive Okpara, and Ure Wariboko);* | * | |
| *Shannon Thibault v. Merck & Co., Inc.*, 08-3572; | * | |
| *Horace P. Bennett v. Merck & Co., Inc.*, 08-1459; | * | |
| *Virginia Borden v. Merck & Co., Inc.*, 08-1404; | * | |
| *Joseph T. Kovack v. Merck & Co., Inc.*, 08-1405; | * | |
| *Michael U. McDermott v. Merck & Co., Inc.*, 08-874; | * | |
| *Helen Siegel v. Merck & Co., Inc.*, 08-873; | * | |
| *Irene Hay Pope v. Merck & Co., Inc.*, 07-9802; and, | * | |
| *Paula Wood v. Merck & Co., Inc.*, 07-9806 | * | |

******************************************************************

962476v.1

**ORDER**

Defendant Merck & Co., Inc.'s Second Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 29, R. Doc. 17302, came on for hearing on the 22nd day of January, 2009. For the reasons orally assigned, the Court hereby rules as follows:

**IT IS ORDERED** that the claims of plaintiffs Lydia Arocho, Deborah Ellsworth, Robert A. Gallup, Lily Johnson, Marion Jones, June Louis Spriggs, Gerry George Wyma, Jesus Castillo Perez, Emmanuel Iwobi, Olive Okpara, Ure Wariboko, Irene Hay Pope, Paula Wood, Horace P. Bennett, Joseph T. Kovack, Michael U. McDermott, Dorothy Bates, David Fagerstrom, James Loggains, and Barbara Smith be and they hereby are dismissed with prejudice.

**IT IS FURTHER ORDERED** that the motion is withdrawn without prejudice as to plaintiffs Virginia Borden, Helen Siegel, and Lee Laux.

**IT IS FURTHER ORDERED** that the motion is deferred until the immediately following the next monthly status conference, scheduled for February 10, 2009 at 2:00 p.m., as to Emma Sadler and Shannon Thibault.

**NEW ORLEANS, LOUISIANA**, this 3rd day of February, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1
962476v.1