## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX                                  :
                                              :         **MDL Docket NO. 1657**
**PRODUCTS LIABILITY LITIGATION**  :
                                              :         **SECTION L**
                                              :
This document relates to ALL ACTIONS :         **JUDGE FALLON**
                                              :         **MAG. JUDGE KNOWLES**
                                              :

### O R D E R

Considering the Motion for Extension Time (Re: PreTrial Order No. 6(D)) filed by the

Allocation Committee;

IT IS ORDERED BY THE COURT that the January 31, 2009 deadline of Pretrial Order No.

6(D) is hereby extended until further Order of the Court.

New Orleans, Louisiana, this 2nd day of _____February_____, 2009.

Honorable Eldon E. Fallon
U.S. District Court Judge