UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO:        ALL CASES**

## ORDER

IT IS ORDERED that DecisionQuest's Motion to Expedite Hearing on Motion for

Payment of Consulting Fees (Rec. Doc. 17688) IS GRANTED.  Liaison counsel are directed to

place DecisionQuest's Motion for Payment of Consulting Fees (Rec. Doc. 17687) on the agenda

for the next monthly status conference, at which time the Court will arrange a schedule for

briefing and argument.

New Orleans, Louisiana, this 3rd day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE

1