UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX PRODUCTS<br>             LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DISTRICT 3<br>MAGISTRATE DANIEL E. KNOWLES III |

## PLAINTIFFS' COUNSELS' NOTICE OF JOINDER

Come Counsel for Plaintiffs listed on Exhibit A (Vioxx Claimants) and hereby give notice of their joinder in the submission of the VLC's Motion for Reconsideration/Revision of Order Capping Contingent Fees and Alternatively for Entry of Judgment [Docket 17322].

Respectfully submitted,

/s/ Les Weisbrod_____
**LES WEISBROD**
State Bar No. 21104900
**ALEXANDRA V. BOONE**
State Bar No. 00795259
**MILLER, CURTIS & WEISBROD, L.L.P.**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone: (214) 987-0005
Fax: (214) 987-2545

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman by U.S. Mail and e-mail, or by hand-delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of The United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on December 10, 2008.

                                                                                  /s/ Les Weisbrod
                                                                              LES WEISBROD