**EXHIBIT "A"**

| VCN # | LAST NAME | FIRST NAME |
|---|---|---|
| 1068252 | Adams | Don |
| 1068253 | Bailey | Martha |
| 1068254 | Baker | Virgil |
| 1068255 | Ballew | Wilbert |
| 1068256 | Bateman | Velma |
| 1068257 | Bell | Eddie |
| 1068258 | Birch | Ronald |
| 1068259 | Boggs | Johnny |
| 1068260 | Bonnell | Richard |
| 1068261 | Bradford | Helen |
| 1068262 | Bradford | Richard |
| 1068263 | Brannon | Madeline |
| 1068265 | Brewer | Louise |
| 1068266 | Buchanan | Marie |
| 1068267 | Buenafe | Jeffrey |
| 1068268 | Burns | Robert |
| 1068269 | Burwell | Mildred |
| 1068271 | Carr | John |
| 1068272 | Cawthon | Evelyn |
| 1068274 | Claypool | Stella |
| 1068275 | Cosper | Carl |
| 1068276 | Cox | Delores |
| 1068277 | Crumpton | Billy |
| 1068278 | Daboub | Mario |
| 1068279 | Dean | Larry |
| 1068280 | Dean | Marc |
| 1068281 | Dencausse | Albert |
| 1068282 | Dieb | James |

**EXHIBIT "A"**

| | | |
|---|---|---|
| 1068283 | Doles | James |
| 1068284 | Doss | Mabel |
| 1068285 | Dossani | Anwar |
| 1068287 | Eubanks | Donnie |
| 1068288 | Feicht | Jerry |
| 1068289 | Ferguson | Cody |
| 1068290 | Fulghum | William |
| 1068291 | Galvez | Raul |
| 1068292 | Geibe | Barry |
| 1068293 | George | Aubrey |
| 1068294 | Goldman | Eddie |
| 1068295 | Goult | Donald |
| 1068296 | Green | Brenda |
| 1068297 | Greer | Betty |
| 1068298 | Hairston | Christine |
| 1068299 | Hammond | John |
| 1068300 | Hannes | Clyde |
| 1068301 | Harrell | Alvin |
| 1068303 | Henderson | Ollie |
| 1068304 | Hendricks | Danny |
| 1068305 | Hickey | Anita |
| 1068306 | Higgins | Bobby |
| 1068307 | Hill | Albert |
| 1068308 | Hodges | Ricky |
| 1068309 | Hubbard | Ruby |
| 1068310 | Ingram | Dorothy |
| 1068311 | Jarratt | Nona |
| 1068312 | Jeffries | William |
| 1068313 | Johnson | Johnny |
| 1068314 | Johnson | Otha |
| 1068315 | Johnson | Zelma |
| 1068316 | Kadach | Edith |
| 1068317 | Kennedy | Lee |
| 1068318 | Kerr | Robert |
| 1068319 | Knight | Charles |
| 1068320 | Knotts | Larry |
| 1068322 | Lacy | James |

**EXHIBIT "A"**

| | | |
|---|---|---|
| 1068323 | Ladd | Howard |
| 1068324 | Lara | David |
| 1068326 | Law | Mary |
| 1068327 | Lester | Thomas |
| 1068328 | Lewis | Jan |
| 1068329 | Lynch | Walter |
| 1068330 | Martin | Bette |
| 1068331 | Matthews | Wanda |
| 1068332 | McCallum | Ewell |
| 1068333 | McDaniel | Iris |
| 1068334 | Meeks | Beatrice |
| 1068335 | Milleman | Gary |
| 1068336 | Miller | Don |
| 1068337 | Miller | Edward |
| 1068338 | Miller | Sherri |
| 1068339 | Millikan | James |
| 1068340 | Moholy | Bettie |
| 1068342 | Morris | Margaret |
| 1068343 | Mosqueda | Frank |
| 1068344 | Myers | Charles |
| 1068345 | Nash | Donna |
| 1068347 | Nowlin | Jerry |
| 1068348 | Ozment | Derrel |
| 1068349 | Pearce | Ted |
| 1068350 | Peloubet | Florence |
| 1068351 | Pierce | Larry |
| 1068352 | Plotkin | Allen |
| 1068353 | Purcell | Patricia |
| 1068354 | Rackler | Dennis |
| 1068355 | Radicke | Jeffrey |
| 1068357 | Reagan | James |
| 1068358 | Reece | Melvin |

**EXHIBIT "A"**

| | | |
|---|---|---|
| 1068359 | Reed, Jr. | Patrick |
| 1068360 | Register | Jack |
| 1068361 | Rogers | Jimmy |
| 1068363 | Salmon | Johnnie |
| 1068364 | Sevin, Sr. | Robert |
| 1068365 | Shaw | Albert |
| 1068366 | Sherman | Shirley |
| 1068367 | Shinder | Louis |
| 1068368 | Shockey | Gaylon |
| 1068369 | Singleton, III | Joseph |
| 1068371 | Spears | Eva |
| 1068373 | Strickland | David |
| 1068374 | Studenny | Ron |
| 1068375 | Sugg | Martha |
| 1068378 | Taylor | Bobbie |
| 1068381 | Underly | Opal |
| 1068382 | Warnick | James |
| 1068383 | Wedgeworth | Barbara |
| 1068384 | Wells | Rosie |
| 1068385 | Wilkins | Gary |
| 1068386 | Wilkinson | Rosecy |
| 1068387 | Winters | Bobby |
| 1068389 | Yancey | Robert |
| 1068390 | Young | Timothy |

**EXHIBIT "A"**