# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: VIOXX** | * | **CIVIL ACTION** |
| **PRODUCT LIABILITY LITIGATION** | * | |
| | * | **NO: 05-MD-1657 "L-3"** |
| **PERTAINS TO:** | * | |
| **(Re: 06-5552; Maureen Welch)** | * | **JUDGE ELDON E. FALLON** |
| | * | |
| | * | **MAG. DANIEL E. KNOWLES, III** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

Considering the above and foregoing Motion to Enroll Counsel of Record;

**IT IS HEREBY ORDERED THAT** *Ginger K. DeForest, Esq.*, *501 S. Clearview Parkway, Suite 1, Metairie, Louisiana, 70001,* be enrolled as counsel of record for Maureen Welch, for purposes of this litigation.

New Orleans, Louisiana**,** signed this ____ day of _____, 2009.

_____
**J U D G E**