FILED '09 FEB 05 08:00 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES
............................................................. :

## ORDER

The Court is in receipt of the attached correspondence from Vioxx claimant Susan Goodson regarding the status of her claim. IT IS ORDERED that the correspondence be entered into the record. In addition, copies of the letter shall be forwarded to Plaintiff's Liaison Counsel and the Claims Administrator so that the appropriate actions, if any, may be taken.

New Orleans, Louisiana, this 3rd day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Vioxx Plaintiff's Liaison Counsel    Vioxx Claims Administrator
Herman, Herman, Katz & Cotlar, LLP    P.O. Box 85031
820 O'Keefe Avenue    Richmond, VA 23285-5031
New Orleans, LA 70113

1

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____