Fax 1-504-589-6966

TO THE HONORABLE JUDGE ELDON FALLON

RE: VIOXX

I read in the Dec. 19 minutes that the claims administrator reported 91% of all enrolled eligible claimants are eligible for interim payments. However, if you read most of the blogs out there, there are thousands who have not heard one word on their claim.

To most claimants it was their understanding that MI claims would be processed, maybe not paid out completely, but at least processed before IS victims were to start receiving notices in February 2009. IS claims have been notified of their eligibility and receiving points. This is very downhearted to the MI people who have not heard a word.

Although we all signed up for this settlement, we are now finding how flawed it is. Claimant's are being deducted points because their doctors prescribed hypertension and cholesterol medication AFTER their heart attacks. Most of us do not have access to the medical files the claim's administrator should have. When trying to access it we can not get the password to go into the file. If you are going through the gates because of "usage," no explanation of what the reasoning is. Then, if you are deducted or denied, you have 14 days to appeal with new information. That is not a lot of time to try and get records that are any where from 5 to 10 years ago. If told the problem when going through the gates, you would have a better chance of obtaining the information the gates review committee needs to substantiate your claim.

Claimants have reported other people's medical in their files. If they saw the files the Claim's Administrator had, they could have pointed things out at that time. One hospital wrote down the wrong weight, 45 pounds more. The claimant's know what should be in their files, and know what is true and what isn't. However, we have no access to them. We don't know what our attorney sent in and what they didn't.

I do hope Judge Fallon, you might address some of these issues in the Conference call January 22, 2009. All I would like to see is that the settlement acts in good faith.

Susan Goodson