FILED '09 FEB 05 08:00 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                                  |   |                       |
|--------------------------------------------------|---|-----------------------|
| IN RE: VIOXX                                     | : | MDL NO. 1657          |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L            |
|                                                  | : |                       |
|                                                  | : | JUDGE FALLON          |
|                                                  | : | MAG. JUDGE KNOWLES    |
| . . . . . . . . . . . . . . . . . . . . . . . . | : |                       |

## ORDER

The Court is in receipt of the attached correspondence from Vioxx claimant Dolores Roberts regarding the status of her claim. IT IS ORDERED that the correspondence be entered into the record. In addition, copies of the letter shall be forwarded to Plaintiff's Liaison Counsel and the Claims Administrator so that the appropriate actions, if any, may be taken.

New Orleans, Louisiana, this 3rd day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Vioxx Plaintiff's Liaison Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Vioxx Claims Administrator
P.O. Box 85031
Richmond, VA 23285-5031

Ms. Dolores Roberts
206 Maryland Drive
Ofallon, MO 63366

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

1