*Dolores L Roberts*

206 Maryland Dr
Ofallon, Missouri 63366
636-272-0592
marjun2921@yahoo.com

January 9, 2009

Dear Judge Fallon:

I am writing to you to explain how I feel about the way Brown and Greer are handling the victims of Vioxx of which I am one, I feel that we are being treated poorly by the slow way they are working. They seem to have no system in assigning the cases for payment. As I am a very organized person and have had experience in working for an attorney in my youth, they don't seem to know what they are doing.

As I am approaching 80 I would like to see this taken care of while I am still able to get some satisfaction for all I went through and how my heart attack changed my life. My chances of having a heart attack while I was taking Vioxx was less then 2%, this was determined by the results of all my tests, I got to these results because of diet, exercise and medication.

When you and the lawyers decided that we should go to a settlement you never gave a thought to how we felt about this only how Merck wanted to handle the problem. We the victims did not have our day in court due to the fact that they won several cases. The only reason they won was because the cases did not have much in their favor, cases picked seem doomed to fail just from the basic information that was published. I followed the various cases and I myself felt they did not have a chance, I also was very unhappy about some of the favors you granted Merck. We did not ask to be put in the Federal Court District, we would have liked to have been in our own State Courts, there I feel we would have been given a better chance.

Due to the fact that you hired Brown and Greer I feel that you should give them a push to work a lot faster and be more organized and get this job done, my personal opinion is they are dragging their tails so they can get more money for themselves.

Thank you,

*Dolores L. Roberts*

Mrs. Dolores L. Roberts
206 Maryland Dr
O Fallon MO 63366

PROUD SUPPORTER OF THE HUMANE SOCIETY OF THE UNITED STATES

SAINT LOUIS MO 631
JAN 09 PM 05 L

7013047303

Hon. Eldon E. Fallon
500 Poydres
Room C-456
New Orleans, LA 70130