UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : 
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES
............................................................. :

**THIS ORDER RELATES TO:**    **CASE NO. 06-5552**

## ORDER

The Court is in receipt of the attached correspondence from *pro se* Vioxx plaintiff Maureen Welch regarding the status of her claim and expressing an interest in pursuing her claim. IT IS ORDERED that the correspondence be entered into the record. In addition, copies of the letter shall be forwarded to Plaintiff's Liaison Counsel, Defendant's Liaison Counsel, and the Pro Se Curator so that the appropriate actions, if any, may be taken.

New Orleans, Louisiana, this 3rd day of February, 2009.

                                      UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Vioxx Plaintiff's Liaison Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Mr. Robert Johnston
Vioxx Pro Se Curator
400 Poydras Street, Suite 2450
New Orleans, LA 70130

Ms. Maureen Welch
459 S. Main Street
Jamestown, NY 14701

Vioxx Defendant's Liaison Counsel
Stone Pigman Walther Wittman
546 Carondelet Street
New Orleans, LA 70130

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

1