TO: Judge Fallon & Magistrate Judge Knowles

I, Maureen Welch have been advised repeatedly to drop this case. I will **not** drop this case. For the fact, the vioxx pill caused holes in stomach "ulcers". I was told by Doctors in Buffalo General Hospital to hire a lawyer, "this was after my surgery". I also had a hysterectomy because my entire insides was ruined. I will not stop this case. The Doctors warned me it would be a long dragged out time in court. I am asking if you could appoint me a lawyer. Im on SSI and I only live on $660.00 a month. I do not know what to do. Please contact me. I received my 30 day notice on July 11, 2008.

Maureen Welch
459. S. Main Street
Jamestown, N.Y.
14701



From: Laureen Welch, 159 S. Main St, Jamestown, N.Y. 14701

U.S. MARSHAL To: Judge Fallon + Magistrate Judge Knowles, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C-456, New Orleans, LA

7007 2560 0000 9070 4812

U.S. POSTAGE PAID, JAMESTOWN, NY 14701, JUL 11 '08, AMOUNT $5.32, 00082311-03