UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | : MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : SECTION: L |
| | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |

THIS ORDER RELATES TO:    CASE NO. 06-2364

### ORDER

The Court is in receipt of the attached correspondence from *pro se* Vioxx plaintiff Jamaal Ali Bilal regarding the status of his claim. IT IS ORDERED that the correspondence be entered into the record. In addition, copies of the letter shall be forwarded to Plaintiff's Liaison Counsel, the Pro Se Curator, and the Claims Administrator so that the appropriate actions, if any, may be taken.

New Orleans, Louisiana, this 3rd day of February, 2009.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Vioxx Plaintiff's Liaison Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Mr. Robert Johnston
Vioxx Pro Se Curator
400 Poydras Street, Suite 2450
New Orleans, LA 70130

Mr. Jamaal Ali Bilal 990124
FCCC, 13613 S.E. Hwy. 70
Arcadia, FL 34266

Vioxx Claims Administrator
P.O. Box 85031
Richmond, VA 23285-5031

1

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____