FILED 09 FEB 05 07:59 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | : MDL NO. 1657<br>:<br>: SECTION: L<br>:<br>: JUDGE FALLON<br>: MAG. JUDGE KNOWLES |

THIS ORDER RELATES TO:     CASE NO. 05-6618

### ORDER

The Court is in receipt of the attached correspondence from *pro se* Vioxx plaintiff Lawrence Fitzgerald regarding the status of his claim. IT IS ORDERED that the correspondence be entered into the record. In addition, copies of the letter shall be forwarded to Plaintiff's Liaison Counsel, the Pro Se Curator, and the Claims Administrator so that the appropriate actions, if any, may be taken.

New Orleans, Louisiana, this 3rd day of February, 2009.

*UNITED STATES DISTRICT JUDGE*

Clerk to Serve:

Vioxx Plaintiff's Liaison Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Mr. Robert Johnston
Vioxx Pro Se Curator
400 Poydras Street, Suite 2450
New Orleans, LA 70130

Mr. Lawrence Fitzgerald 66345
KCCC Unit B/C Box 2000
Burlington, CO 80807

Vioxx Claims Administrator
P.O. Box 85031
Richmond, VA 23285-5031

1

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X  Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No.\_\_\_\_