

RECEIVED
DEC 1 2008
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT of LOUSTANA
Office The Clerk
**Mason Pays for The Honorable Eldon F. Fallon Judge**
500 Poydras St
New Orleans, LA 70130

Subject: **Fitzgerald v. Merk & CO Inc**
        **Case NO. 05-6618 Section L (3)**

Lawrence W. Fitzgerald 66345
KCCC Unit B/C Box 2000
Burlington CO 80807

Dated November 4th, 2008

Dear Mr Mason Bays,

    I have found out through my friend Mr Ken Hayter Denver Colorado 303-933-7712 who you might found on your messages left on your office that my case within your Honorable Court down there is in question.

    Sir, if you get this letter to read and look up my case you have found out that i am a Colorado state prison who was also--taking the **vioxx** product and your Court has records confirming me being on this product and my health problems to this day because of my heart failure on the day and time on the records within your Court.

    Sir, the only reason my heart did not red line that day was me being in a prison and medical staff like me and treated me right way but after this day my health and troubles followed more and more another heart failure in 2006 and irregular heart beat and high blood pressure all that started after the heart troubles while taking this product they took me off right away in 2002 and now causes me to take clonide HCl 0.3mg daily.

    Mr Bays could you help me understand something i've never been sent any information concerning this case MDL-1657 Vioxx Product Liability Litigation held by Judge Eldon E. Fallon which you work for and if I was not sent this web sight report of Current Developments concerning the monthly status conference which was being held by the Honorable Judge Eldon E. Fallon covering all the hearing covering the deadline for enrolling eligible claimants in the settlement programs is October 30, 2008 and this print out also told of a hearing that just past with in your Court November 21, 2008 at 9:00 a.m. which my friend Mr Hayter called you about on the status of my case being pro se and paying the filing cost that was Ordered by Judge Eldon E. Fallon 11th day of August 2008 and if your call the Clerk they have been receiving these's ordered payment for i've received a letter October 31, 2008 stating Ms Loretta G. White enclosed a copy for me of payment history.

    Sir, my friend Mr Hayter is willing to help me pay the full cost of the filing fee's if it would help me to secure that my name is part of the list of eligible claimants in the settlement program could you please answer this letter or have one of your paralegals give me the needed information about my status within this claim.

    Could you please tell me since i've been paying my Court Ordered filing fee's this allow's me to be within the **deadline** date of enrolling eligible claimants in the settlement program of October 30. Also could you send me information concerning this matter and transcript of November 21, 2008 hearing. I thank you for the time and help....

ps
Please Send Records
Back once Copied

Sincerely
Lawrence W. Fitzgerald

**Spectral**
DIAGNOSTICS INC.

*CARDIAC STATUS® CK-MB/MYOGLOBIN/TROPONIN I CARD TEST*

Patient name: Fitzgerald, Lawrence
Patient ID: 66345
Date/Time of Test: 05/14/02

| Qualitative Results | POS | NEG |
|---|---|---|
| CON: (Control) | ☒ | ☐ → INVALID RESULTS |
| MYO: (Myoglobin) | ☐ | ☒ |
| CK-MB: | ☐ | ☒ |
| TnI: (Troponin I) | ☐ | ☒ |

Signature/Date: [signature] / 05/14/02

Copied

OCT 2 8 2005

CARDIAC STATUS™
CK-MB/Myoglobin
& Troponin I

Spectral

CON
MYO
CK-MB
TnI

P-L640-A

05/14/02
14u
1500

COL DO DEPARTMENT OF CORRECT...
CLINICAL SERVICES
NURSING PROTOCOL AND STANDING ORDERS FOR:

# CHEST PAIN

NAME: Fitzgerald, Lawrence   DOC #: 66345   FACILITY: LCI
DATE & TIME: 5/14/02   WORK ASSIGNMENT: _____

DEFINITION: This chest pain protocol should be used when the patient has any or all of the following symptoms: *a pressing/squeezing/crushing pain, pain radiating to the arms (especially left), neck, jaw, or back, pain in chest brought on by exertion, diaphoresis, nocturnal pain, pain with dyspnea, pain with coughing, pain related to an infection or fever, pain related to eating or acid regurgitation, pain related to chest trauma*

Check all items below that are appropriate. If not applicable, please document.

Note: Chest pain can derive from the heart, respiratory tract, chest wall, digestive tract, and gall bladder. If the pain is cardiac in nature, *you have no time to waste*. Call for an ambulance for paramedic evaluation and ACLS. Refer to the Universal Protocol - Medical for immediate care. Symptoms of probable cardiac emergency are: crushing chest pain, diaphoresis, nausea, radiation of pain to jaw, inner left arm, anxiety. If patient is unconscious, use your basic assessment and CPR techniques as needed.

HISTORY:
1. Chief complaint: Pain in chest ⓧ 7 — continuing

2. History of present illness:
   Date of onset: _____
   Abrupt onset:    N/Y
   Gradual onset:   N/Y

Describe nature, severity, duration, location, radiation, aggravation, relationship to exertion: _____

3. Other signs and symptoms:
   ☐ diaphoresis (profuse sweating)  ☐ cool, clammy skin
   ☒ shortness of breath  ☒ dyspnea  ☐ restlessness
   ☐ anxiety  ☐ nausea or vomiting  ☐ extreme fatigue
   ☐ pain with coughing  ☐ pain related to eating or regurgitation  ☐ pain related to chest trauma  ☐ chills
   ☐ disorientation  ☐ fainting  ☐ recent history of cocaine use

4. Pertinent past history: _____

5. Provocative(s) walking
   (causative factors)
   Palliative _____
   (what makes it better)
   Quality (other) _____
   ☐ Burning  ☐ Sharp  ☐ Dull  ☒ Pressure
   ☐ Stabbing  ☐ Constant  ☐ Waxing/Waning
   Radiation Lt arm — numb
   (where it extends to)
   Severity (other) _____
   Scale → 0 1 2 3 4 5 6 7 8 ⑨ 10
   (0 = none ⇒ 10 = worst ever felt)
   Timing _____
   (of occurrence)

6. Associated with pregnancy:    N/Y
   Due Date: _____

7. Allergies: _____

8. Medications: Vioxx
   albuterol

Copied
OCT 28 2005

31202-h

| PATIENT | Estrella Zumer | AGE | 47 | SEX | M | DATE | 5/14/05 |
|---|---|---|---|---|---|---|---|
| ADDRESS | | | | HEIGHT | | WEIGHT | |
| CASE NO. | | | | ROOM NO. | | ECG. NO. | |
| DOCTOR(S) | | | | MEDICATION | | PATIENT I.D. | |

Rhythm Reg.
R. Q 110
P wave yes
PRI .16
QRS .08
Axis [illegible]
[illegible], Sinus

Abnormal rhythm ECG

5/14/05
other than rate
no D [illegible] chr.
P [illegible] ok
5/4/05

Spacelabs burdick
007036
Copied OCT 28 2005



# Sick Call Request

## Part A: (to be completed by Inmate/resident)

Inmate/Resident Name: Lawrence William Fitzgerald Sr

Inmate/Resident Number: 66345                         Date: June 13, 2006

Work Assignment: _____

Work Hours: _____   Housing Assignment: CC-201

Reason for requesting Health Services Appointment (BE SPECIFIC): " CHRONIC CARE "

My meds ran out since being moved here would like them refilled, also my health is bad because of my lastest hospital visite because of my heart which was caused by the VIOXX product given me, which lead to my heart going off beat & heart attack.

How long have you had this problem? My Gout problems, and Arthritis part of your records with my blood pressure problems....Thank you...

Inmate/Resident Signature: Lawrence W. Fitzgerald Jr

Print Name: Lawrence W. Fitzgerald Sr

▼ DO NOT WRITE BELOW THIS LINE ▼

## Part B: (to be completed by Health Services personnel)

6/15/06

Health Services Reply: _____

Schedule c NP

Check the call out list for your scheduled appointment 6/15/06 Audey

Health Services Signature: Audey ARNP

Date: 6-16-06

White Copy: To Medical Records        Yellow Copy: To Inmate During Exam

Property of Corrections Corporation of America

## CCA - Kit Carson Correctional Center
### Duty Status

Name: Fitzgerald, Lawrence    DOC # 66345    Dorm B 108

Regular    Light Duty    Restricted Duty

Restrictions and/or limitations: I'm may come to medical for heart palpitations to get

_____ EKG done _____

Start Date 2-27-08
Stop Date 3-27-08

Sports: Yes  No

Light Duty DOES NOT Automatically Mean Indoor Duties.

WHITE - MEDICAL    YELLOW - CLASSIFICATION FILE    PINK - INMATE

---

## CCA - KIT CARSON CORRECTIONAL CENTER
### Duty Status

Name: Fitzgerald, Lawrence    DOC# 66345    Dorm _____    Start Date 6-16-06
Stop Date 7-16-06

Regular    Light Duty    Restricted Duty

Restrictions and/or limitations: When have irregular heartrate come to medical for EKG. _____

K Wiley ARNP

Sports: Yes    No

Light Duty Does Not Automatically mean Indoor Duties.

White - Medical    Yellow - Classification File    Pink - Inmate

601503-3390

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

**NAME:** Fitzgerald, Lawrence
**OFFENDER NO.:** 66345
**LIVING UNIT:** LCF 2
**DATE:** 3-29-02
**TIME:** 0918

SUBJECTIVE: (1) Needs refill for Kenalog, uses on face & body when flareups of Dignia(?), ... 396 g
OBJECTIVE: Temp 97  Pulse 68  Resp 24  B/P 120/70
(2) Requests Nizoral & Selsun.
(3) Shoulder pain — Minimal scaliness scalp no erythema, no lesions. Scaly areas about nose & chs. Abduction shoulders to ≈ 160° bilaterally. 7 pain c motion.
ASSESSMENT:
① Eczema
② Seborrheic dermatitis
③ ...

PLAN/ORDERS: X-ray both shoulders. Pt to purchase Micronized Zinc cream(?) ... Use Aloe barbadensis ... Pars & Natural Soap from Canteen for skin care. TAC cream 0.25 BID to affected area × 6 mo, caution use sparingly on face. Nizoral solution to scalp prn × 6 mo

SIGNATURE NURSE: [signature]
PHYSICIAN / Rx No: A. Bloor MD 4-10-02

---

**NAME:** Fitzgerald, Lawrence
**OFFENDER NO.:** 66345
**LIVING UNIT:** LCF 2 0830
**DATE:** 3-13-02
**TIME:** 0830

SUBJECTIVE: (1) Pt states the "water" here causes his gout and wants a medical reason to be transferred to another facility. T-302
OBJECTIVE: Temp 98.4  Pulse 70  Resp 18  B/P 120/90
+ foot + ankle FROM good distal + post tibial pulses Cap refill 3 sec ø erythema or edema. Gait even — on & off balance ø difficulty.
ASSESSMENT:
① HTN
② Gout

PLAN/ORDERS: Uric Acid level. DC Disalcid. Doxy 50mg qd × 6 mo, reorder. [signature] 4-24-02

SIGNATURE NURSE: L. Deatley RN 3-13-02  0730
P.E.: [signature]
PHYSICIAN / Rx No: A. Bloor MD 3-14-02

'S BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

LORETTA G. WHYTE　　　　　　　　　　　　　　　　　　　　　　　500 POYDRAS ST., ROOM C-151
　　CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NEW ORLEANS, LA 70130

October 31, 2008

Mr. Lawrence Fitzgerald, Jr., #66345
KCCC - D/B-122
P.O. Box 2000
Burlington, CO  80807

SUBJECT:  Your 10/16/08 Letter, 05-6618, L (3)

Dear Mr. Fitzgerald:

Enclosed is a copy of your payment history.  We have received your payment of $13.38 and a second payment of $32.52.  Your balance is $409.10.

You will be notified of any further action taken by the Court.

With kind regards, I am

Sincerely,

Pro Se Unit
Enclosure

```
FEDERAL COURT SYSTEM                    PAYMENT HISTORY FOR PLRA ACCOUNTS                        Report Date: 10/31/08
EASTERN DISTRICT OF LOUISIANA                       PAYOR: 8374                                  Report Time: 12:39
                                                                                                 Page No.:     1

PAYOR NO.  PAYOR NAME
=========  ==========================================
8374       LAWRENCE FITZGERALD, JR

              ************** INVOICE ***************  ************** RECEIPT **************
NO.  DATE      TYPE  FUND      TOTAL OWED   DATE      NUMBER        AMOUNT        BALANCE
===  ========  ====  ========  ==========   ========  ============  ==========    ==========
1    09/18/08  CF    5100PL        150.00   09/18/08  2003599310         13.38        104.10
                                             10/08/08  2003604430         32.52        104.10
                                                                      ----------
                                                                           45.90        104.10

>> Invoice Total <<

2    09/18/08  CF    0869PL        105.00                                   0.00        105.00

3    09/18/08  CF    086400        200.00                                   0.00        200.00
                                 ----------                              ----------   ----------
>> Payor Total <<                    455.00                                45.90        409.10


                             5100PL         150.00                         45.90        104.10
                             0869PL         105.00                          0.00        105.00
>> FUND TOTALS <<            0864PL           0.00                          0.00          0.00
                             086400         200.00                          0.00        200.00
                                         ----------                     ----------   ----------
>> REPORT TOTALS <<                          455.00                        45.90        409.10
```

FILED 08 AUG 14 13:32 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LAWRENCE FITZGERALD JR                    CIVIL ACTION
#66345

VERSUS                                    NO. 05-6618

MERK & CO INC                             SECTION L (3)

### ORDER TO WITHDRAW FEES FOR APPEAL OF THIS COURT'S CERTIFICATION THAT THE APPEAL IS NOT TAKEN IN GOOD FAITH

This court has been notified that the plaintiff has sought to challenge this court's certification that the appeal is not taken in good faith. Pursuant to the provisions of Baugh v. Taylor and the Administrative Order of the United States Court of Appeals for the Fifth Circuit,

IT IS ORDERED that the sum of $ 13.38 as an initial partial filing fee be forwarded to the Clerk of Court by the Sheriff, Warden, or authorized prison official when funds exist in the inmate's prisoner account.

IT IS FURTHER ORDERED that, after payment of the initial filing fee, the inmate is required to make monthly payments of 20 percent of the preceding month's income credited to his account until the full amount of the filing fee is paid. The Sheriff, Warden, or authorized prison official SHALL forward such payments

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No_____

from the inmate's account to the Clerk of Court, 500 Poydras Street, Rm. C-151, New Orleans, LA 70130, each time the amount in the inmate's account exceeds $10 until the balance of the $455 appellate filing fee is paid.

**IT IS FURTHER ORDERED** that, if the inmate is transferred to another facility or released from custody, the Sheriff, Warden, or authorized prison official shall notify the Court of the inmate's new facility or forwarding address within 30 days of the inmate's transfer or release.

New Orleans, Louisiana, this 11th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE

Clerk is to serve by mail:

Financial Unit

KIT CARSON CORRECTIONAL CENTER
**ATTN: INMATE BANKING**
P.O. BOX 2000
BURLINGTON CO  80807

-2-

```
MIME-Version:1.0
From:Efile_Notice@laed.uscourts.gov
To:Efile_Information
Message-Id:<2744853@laed.uscourts.gov>
Bcc:LAEDml_Financial_Unit@laed.uscourts.gov
Subject:Activity in Case 2:05-cv-06618-EEF-DEK Fitzgerald v. Merck & Co Inc
Pauper Order Directing Prisoner Payment
Content-Type: text/plain***NOTE TO PUBLIC ACCESS USERS*** Judicial
Conference of the United States policy permits attorneys of record and parties in
a case (including pro se litigants) to receive one free electronic copy of
all documents filed electronically, if receipt is required by law or
directed by the filer. PACER access fees apply to all other users. To avoid
later charges, download a copy of each document during this first viewing.
However, if the referenced document is a transcript, the free copy and 30
page limit do not apply.'U. S. District Court
Eastern District of Louisiana

Notice of Electronic Filing
The following transaction was entered on 8/14/2008 4:02 PM CDT and filed
on 8/14/2008

Case Name: Fitzgerald v. Merck & Co Inc
Case Number: 2:05-cv-6618
https://ecf.laed.uscourts.gov/cgi-bin/DktRpt.pl?99727

Filer:
WARNING: CASE CLOSED on 02/23/2006

Document Number: 15
Copy the URL address from the line below into the location bar of your Web
browser to view the document: Document:
https://ecf.laed.uscourts.gov/doc1/08502723542?magic_num=MAGIC&de_seq_num=5
0&caseid=99727


Docket Text:
PAUPER ORDER Granting Leave to withdraw fees for appeal of this Court's
certification that the appeal is not taken in good faith. There will be a
partial payment of &#036;13.38, further directing the remainder of filing
fee be made from Prisoner Account as to Lawrence Fitgerald, Jr. in monthly
payments as set out in document. Signed by Judge Eldon E. Fallon on
8/11/08.(dno,
)
2:05-cv-6618 Notice has been electronically mailed to:


2:05-cv-6618 Notice has been delivered by other means to:
Lawrence W. Fitzgerald, Jr
66345
RCC C/B-108
P.O. Box 2000
Burlington, CO 80807


The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1091133085 [Date=8/14/2008] [FileNumber=2744852-0]
[ac3e174263291d16a095ebdf941d0c7e85b3b7010b116a6e36882735bfaa0213ceda9d5a86
e629d8f5caf8ac06db3f9600f10e198ccb5f03238ed7c6a00312fd]]
```

FILED'08 DEC 01 13:28USDC-LAE

UNITED STATES DISTRICT COURT
EASTERM DISTRICT of LOUSIANA
Office Of The Clerk
**Loretta G. White**
500 Poydras St, Room C-151
New Orleans, LA 70130

Subject: **Fitzgerald v. Merk & CO Inc**
**Case No. 05-6618 Section L (3)**

Dated November 20th, 2008

Dear Loretta G. White,

    I would first like to answer this letter by thanking for sending me the information telling me you have been receiving the funds off my prison again as were Ordered by the Honorable Judge Fallon 11th day of August 2008 & more has been recently been sent for you hopfully.

    Ms White could you please help with a problem that you are needed to help me with i've been informed Judge Fallon has been hearing cases all over the United States with lawyer and pro se people concerning **MDL-1657 Vioxx Product Liability Litigation.**
Your help is needed to explain a few things for me as you personally realize i've been active in getting my case heard concerning how the Vioxx product caused me to have heart failure and your Court has records to confirm me being on this product and all my health issues problem after words in the last few years with my irregular heart beat and high blood pressure which now causes me to take Clonide Hcl 0.3mg daily.
    I read the current development update 10/29/2008 read the dated times of the conference calls by lawyers and pro se free world people this monthly status conference was transcribed by Ms Karen Anderson Ibos Offical Court Reporter in this letter head it says counsel my contact Ms Ibos to request a copy of the transctipt. Ms White could you please get me a copy of the transcript of the hearing your holding tomorrow **Status Conference Friday November 21, 2008, in Courtroom of Judge Eldon E. Fallon at 9:00 a.m.** Counsel unable to attend in person may listen-in via telephone at 1-866-213-7163 if this information was not sent to me I would of never new of anything which was going on within the case could you please get me this transcript as you do realize me being indigent hopefully will allow me access to this transcript also for my personal review.
    My friend Mr Ken Hayter Denver Colorado 303-933-7712 told me he will be calling your office tomorrow 11-21-2008

to ask you about a statement concerning the deadline for enrolling eligible claimants in the settlement program is October 30th, 2008.

    Ms Loretta G. White, as you as you now realize none of this information has ever been sent to me and this has me at a great concern of my status being a State of Colorado prisoner who was on this product for over a year causing medical problems could you please tell me if there is a problem in my case because its taking time to pay my Court Ordered filing cost if this happens to be the problem I am sure you already talked with my friend Mr Hayter at that number and he was willing to pay the filing cost in full for my case.

    I need you to explain to me my case in your Honorable Court is going to be allowed within the settlement actions of all the freeworld people who were on the same product call **Vioxx** and it there a problem please explain to me, hopefully because your Honorable Court has been receiving my filling fee's as ordered my claims are locked within the Court's docket as all the other actions pending before the Court.

    I thank you for taking the time out in getting me this transcript of the hearing held with Honorable Judge Eldon E. Fallon and also taking the time out to get the needed information concerning my status with the class action as a prison.

Sincerely<br>
Lawrence W. Fitzgerald# 66345<br>
KCCC Unit B-C Box 2000<br>
Burlington Colorado 80807

### CERTIFICATE OF MAILING

    I placed this letter to the Clerk of Court Loretta G. White in the United States Mail postage prepaid on this day of November 20th, 2008 and addressed as follows:

Clerk of Court  
**Loretta G. White**  
United States District Court  
Eastern District of Lousiana  
500 Poydras St, Room C-151  
New Orleans, LA 70130

# Sick Call Request

## Part A: (to be completed by Inmate/resident)

Inmate/Resident Name: Lawrence William Fitzgerald Sr

Inmate/Resident Number: 66345                Date: June 13, 2006

Work Assignment: _____

Work Hours: _____ Housing Assignment: CC-201

Reason for requesting Health Services Appointment (BE SPECIFIC): " CHRONIC CARE "

My meds ran out since being moved here, would like them refilled, also my health is bad because of my lastest hospital visite because of my heart which was caused by the VIOXX product given me, which lead to my heart going off beat & heart attack.

How long have you had this problem? My Gout problems, and Arthritis part of your records with my blood pressure problems....Thank you...

Inmate/Resident Signature: _Lawrence W. Fitzgerald JR_

Print Name: _Lawrence W. Fitzgerald JR_

▼ DO NOT WRITE BELOW THIS LINE ▼

## Part B: (to be completed by Health Services personnel)

6/15/06

Health Services Reply: _____

Schedule c NP

Check the call out list for your scheduled appointment 6/15/06 Shirley

Health Services Signature: _Shirley ARNP_

Date: 6-16-06

White Copy: To Medical Records        Yellow Copy: To Inmate During Exam

Property of Corrections Corporation of America

## CCA - Kit Carson Correctional Center
### Duty Status

Name: Fitzgerald, Lawrence　　DOC # 66345　　Dorm B108

Regular　　　Light Duty　　　Restricted Duty

Restrictions and/or limitations: I'm may come to medical for heart palpitations to get _____

Sports: Yes　☒ No

Light Duty DOES NOT Automatically Mean Indoor Duties.

Start Date 2-27-08
Stop Date 2-29-08

WHITE - MEDICAL　　YELLOW - CLASSIFICATION FILE　　PINK - INMATE

---

## CCA - KIT CARSON CORRECTIONAL CENTER
### Duty Status

Name: Fitzgerald, Lawrence　DOC# 66345　Dorm _____　Start Date 6-16-06
Stop Date 7-16-06

Regular　　Light Duty　　Restricted Duty

Restrictions and/or limitations: when have irregular heartrate come to medical for EKG. Kwiley ARNP

Sports: Yes　☒ No

Light Duty Does Not Automatically mean Indoor Duties.

White - Medical　　Yellow - Classification File　　Pink - Inmate

601503-3390