UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| MULTIPLE CASES LISTED ON EXHIBIT "A" | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

**PLAINTIFFS' BRIEF RESPONSE TO ORDER DISMISSING CLASS ACTION COMLPAINTS (PERSONAL INJURY AND WRONGFUL DEATH AND MEDICAL MONITORING) AND ORDER TO SHOW CAUSE WHY PENDING PERSONAL INJURY AND MEDICAL MONITORING CLASS ACTION CASES SHOULD NOT BE DISMISSED**

Through their counsel, Plaintiffs Don Hanrahan, Stephen Moreau, Shirley Asan, Ronald Forrest, Lorn Campbell and Vivian Shinberg announce that they are currently enrolled in the settlement program.

Dated: 2/5/09

Respectfully submitted,

/s/ Benjamin L. Locklar
Andy D. Birchfield, Jr.
P. Leigh O'Dell
Benjamin L. Locklar
Beasley, Allen, Crow, Methvin, Portis
 & Miles, P.C.
234 Commerce Street
Montgomery, AL 36104
(334) 269-2343
(334) 954-7555 (facsimile)
ATTORNEYS FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittman and Russ Herman, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

                                              /s/ Benjamin L. Locklar
                                      **BENJAMIN L. LOCKLAR**
                                      **ATTORNEY FOR PLAINTIFFS**