FILED '09 FEB 05 07:59 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS ORDER RELATES TO:**    **CASE NO. 06-9757**

## ORDER

The Court is in receipt of the attached correspondence from *pro se* Vioxx plaintiff Jo Levitt expressing her intent to proceed with her case. IT IS ORDERED that the correspondence be entered into the record. In addition, copies of the letter shall be forwarded to Plaintiff's Liaison Counsel and the Pro Se Curator so that the appropriate actions, if any, may be taken.

New Orleans, Louisiana, this 3rd day of February, 2009.

                             UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Vioxx Plaintiff's Liaison Counsel       Mr. Robert Johnston
Herman, Herman, Katz & Cotlar, LLP    Vioxx Pro Se Curator
820 O'Keefe Avenue                   400 Poydras Street, Suite 2450
New Orleans, LA 70113              New Orleans, LA 70130

Ms. Jo Levitt
1247 W. 56th Street
Kansas City, MO 64113

1

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___