FILED 09 FEB 05 07:59 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS ORDER RELATES TO:    CASE NO. 06-1493

## ORDER

The Court is in receipt of the attached correspondence from plaintiff Edward Earl Thomas.  IT IS ORDERED that the correspondence be entered into the record.  In addition, copies of the letter shall be forwarded to Plaintiff's Liaison Counsel and the Pro Se Curator so that the appropriate actions, if any, may be taken.  To the extent that the letters might be interpreted as motions to appoint counsel or for other miscellaneous relief, however, those motions are DENIED.

New Orleans, Louisiana, this 3rd day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Vioxx Plaintiff's Liaison Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Mr. Robert Johnston
Vioxx Pro Se Curator
400 Poydras Street, Suite 2450
New Orleans, LA 70130

Mr. Edward Earl Thomas
2300 So. Jefferson
Saginaw, MI 48061

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No._____