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

Motion to Amend Complaint / Appointment Of Counsel and
request for affirmative relief - Amicus Curiae

RECEIVED JAN 23 2009 CHAMBERS OF U.S. DISTRICT JUDGE ELDON E. FALLON

Case 05-1657
and 06-3674

Dear Chief Judge DC

When a pro se petitioner/plaintiff is a pauper the clerk shall appoint counsel even in exigent or exceptional circumstances. I am looking for civil justice acts and I need use of U.S. Courts Librarys one Detroit Michigan I will write Judge Denise Page Hood case 07-11526 on issue. I need help from circuit executive judge, judicial assistant, and staff attorney on high treason/hate crime and no worldwide antidote international and military court maybe needed never trust a snake. I need now state (victims compensation) and U.S. federal protection orders for me, family, and witnesses, secret service/FBI/U.S. Marshall (s) and suffer tempory insanity, panic attack, and postal tramatic stresses. I need a legal assistance to indigents by law students by "Dean" and the American Bar written consent by U.S. Attorney and the State Attorney General. Delegates (lawyers and attorney) of Judical Conference, Advisory Committee, U.S. federal Attorney Bar Association, Community Defender Organization, federal Public Defender, and State Bar L.S.A.U pro bono then why liaison (s) has a lawsuit I do not know - respond,.

Signed, Edward Earl Thomas
1/16/2009

Supplemental Brief
Appeal de no vo
Amicus Curiae

correspondence letter

Motion to Appoint Counsel and Supplemental Damages / request for affirmative relief

RECEIVED
JAN 23 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

MDL 05-1657
and 06-1674

Dear Judge Eldon E. Fallon and Chief Judge(s)

I have had U.S. mail fraud 1 year the Chief Judge Robert H. Kaczmarek / Sheriff Charles L. Brown has gone over 180 now 5 months bi laws and no law library use, no phone, no hair-cut in over 7 months, no recreation my door has been close for over 8 months were breathing is hard Dr. Natole / Dr. Zarski (mental health) use malpractice and no milk and juice are ever served together along with food it smells brushing every meal basically no officers watch food there is only a cook then I believe bile and guile are served from animal shelter lawsuits has been filed one Judge Denise Page Hood 07-11526 social security and Judge Victoria A. Roberts on Judge Kaczmarek / Sheriff Brown 08-11543. I now ask for counsel I am in contact with the U.S. personal protection order now I also am trying a law student with U.S. Attorney / Attorney General. Respond.

Signed,
Edward Earl Thomas
1/26/2009

081023

Supplemental Evidence letter
Appeal De no vo
Amicus Curiae

Motion to Appoint Counsel and Supplemental Damages / request for affirmative relief

RECEIVED JAN 23 2009 CHAMBERS OF U.S. DISTRICT JUDGE ELDON E. FALLON

Case MDL 05-1657
and 06-3674

Dear Judge Eldon E. Falon and Chief Judge(s)

I have had U.S. mail proof 1 year the Chief Judge Robert L. Kaczmarek / Sheriff Charles L. Brown has gone over 180 now 5 months bi laws and no law library use, no phone, no hair-cut in over 7 months, no recreation / exercise — my door has been close for over 8 months were heathing is hard Dr. Natole / Dr. Zarski (mental health) use malpractice and no milk and juice are ever served together along with food it smells brushing every meal basically no officers watch food there is only a cook then I believe bile and guile are served from animal shelter lawsuits has been filed one Judge Denise Page Hood 07-11526 social security and Judge Victoria A. Roberts on Judge Kaczmarek / Sheriff Brown 08-11543. I now ask for Counsel I am in contact with the U.S. federal Attorney Bar Association etc., I need U.S. personal protection order now I also am trying a law student with U.S. Attorney / Attorney General. Respond. Signed, Edward Carl Thomas 1/20/2009
081023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
1000 Washington Avenue, Room 304
Bay City, Michigan 48708
(989)894-8800
(989)894-8804 - fax

David J. Weaver
Court Administrator

TO: Loretta G. Whyte, Clerk

FROM: Carol Greyerbiehl, Deputy Clerk

DATE: October 22, 2008

SUBJECT: Edward Thomas v. Merck and Company, Incorporated, Case No. MDL 1657

The attached was received in this office today. The document is addressed to your Court.



TENDERED
FOR FILING

OCT 27 2008

DEPUTY CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA

Supplemental Brief
appeal De no vo,                                                                    Correspondence letter
Send to: One Columbus Circle Clerk
           Washington DC 20002
Motion On Coersion, Kidnap, U.S. mail defraud

Case
MDL 05-1657 and 06-3674

Dear MDL Chief Judge and Clerk(s) / U.S. Marshall(s)

   there is a judge in the Sixth Circuit (513) 564-7000 a lady judge since I have had over 10 months of U.S. mailing defraud no response on this Merk (viox) case I would ask these judges(s) to respond in two (2) days MDL Court (202) 502-2888. I can not do civil copies or notary nor go to law library even have books like "Blacks law" brought to my cell were it is hard to breath cause the door is closed all per Lt. Gutzwiller/ Charles L. Brown - Chief Judge Robert L. Kacymarek was notified there was a response the new Lt. Garibelli no change medical refuse proper treatment.
   I need U.S. personal protection orders for me, family, and witnesses(s).

                                                      Signed,
                                                      Edward Earl Thomas
                                                      10-20-2008

This is pertinent information.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
1000 WASHINGTON AVENUE, ROOM 304
P.O. BOX 913
BAY CITY, MI 48707-0913

OFFICIAL BUSINESS

7013 0430 0003 3213

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

HASLER
$0.429
10/2/2008
Mailed From 48706
US POSTAGE

Supplemental Brief
Appeal De no vo

Correspondence letter

Motion for Response

MDL 06-3674

Dear Judge Eldon E. Falon

I wrote motions now for over 10 months too this Court without a response U.S. mail fraud or defraud please respond I need updates I can not use law library I need an attorney......

This is pertinent information.

Signed,
Edward (Earl) Thomas
10-27-2008

2008 NOV -6  A 9:39
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE