FILED '09 FEB 05 07:59 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES
............................................................. :

## ORDER

The Court is in receipt of the attached correspondence from Vioxx claimant James Ira Smith regarding the status of his claim. IT IS ORDERED that the letter be entered into the record. In addition, copies of the letter shall be forwarded to Plaintiff's Liaison Counsel, the Claims Administrator, and the Pro Se Curator so that the appropriate actions, if any, may be taken.

New Orleans, Louisiana, this 3rd day of February, 2009.

*[signature]*
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Vioxx Plaintiff's Liaison Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Mr. Robert Johnston
Vioxx Pro Se Curator
400 Poydras Street, Suite 2450
New Orleans, LA 70130

Mr. James Ira Smith
110 Luther Davis Road
Picayune, MS 39466

Vioxx Claims Administrator
P.O. Box 85031
Richmond, VA 23285-5031

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____