1                                                                    Thursday, January 29, 2009

# FROM: JAMES IRA SMITH AND CYNTHIA DIANE SMITH

110 Luther Davis Rd.
Picayune, MS 39466
Phone (601) 818-4740
Phone (601) 569-1976
Fax (601) 798-8989



January 29, 2009

To: Hon. Eldon E. Fallon
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 Poydras Street Room C-456
New Orleans, LA 70130
Phone (504) 589-7545
Fax (504) 589-6966

TO THE COURT,

## CONTENTS OF THIS PACKAGE

1. COVER LETTER
2. NOTICE OF CONFORMITY TO THE PRETRIAL ORDER NO. 36
3. MOTION TO HAVE MRS. DAWN BARRIOS REMOVED

_____                                    1/29/09
James Ira Smith and Cynthia Diane Smith                            01/29/09

1                                                                                       Thursday, January 29, 2009

## FROM: JAMES IRA SMITH AND CYNTHIA DIANE SMITH

**110 Luther Davis Rd.**
**Picayune, MS 39466**
**Phone (601) 818-4740**
**Phone (601) 569-1976**
**Fax (601) 798-8989**

January 28, 2009

To: UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ® | MDL Docket No. 7657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| | JUDGE FALLON |
| This document relates to: | MAGISTRATE JUDGE KNOWLES |
| Janet Sue Morgan, et al, v. Merck & Co., Inc.; Docket No. 2:05-cv-496 only regarding James I. Smith | |

## NOTICE OF CONFORMITY TO THE PRETRIAL ORDER NO. 36 UNDER

Rules and Procedures Relating to Motions to Withdraw
From Representation of a Client

Parg. 1     We are giving notice to the Court that as of January 6, 2009, Dawn Barrios fired me as a client for asking for a copy of my files. In addition, she quit representing me as my lawyer and gave me a letter to back this statement up. I then send her a letter firing her the next day in accordance with her own will that she vehemently made it very clear to my wife and me that she would no longer represent me from that

very moment in my Vioxx case against Merck. According to Pretrial Order No. 36, under the title MOTIONS TO WITHDRAW BASED ON THE GROUND THAT PLAINTIFF CANNOT BE FOUND OR FAILS TO RESPOND TO COMMUNICATIONS FROM COUNSEL, under paragraph 2.c. lists several things to choose from, but we have chosen to contact the curator Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email

) to apprise the Curator that the plaintiff is proceeding with his or her lawsuit pro se (that is, without representation of counsel). This contact was made on Friday, January 9, 2009, to Mr. Johnston's office three days after Mrs. Barrios fired me, in which I spoke at least three times in depth with Mr. Ira Rosenzweig, We done this based on the information that I was given from Judge Fallon's office that morning. I had faxed Judge Fallon a letter about Mrs. Barrios' actions against me, and I contacted Judge Fallon's office Friday morning to see if they had received my letter and to get their response about Mrs. Barrios' actions against me. At that point, the person identified himself as a clerk, and was very kind and listened to my story very carefully. After the clerk found out that I had already fired Mrs. Barrios, because she fired me first, he then referred me to Mr. Johnston's office to speak with a curator. At that time, I called Mr. Johnston's office and spoke with Ira Rosenzweig several times about my Vioxx case. So, the order mentioned already in Pretrial 36 has been completed buy James Ira Smith.

_____  _____  1/26/09
James Ira Smith and Cynthia Diane Smith                              01/26/09

_____  1/29/09
Notary Public

## FROM: JAMES IRA SMITH AND CYNTHIA DIANE SMITH

110 Luther Davis Rd.
Picayune, MS 39466
Phone (601) 818-4740
Phone (601) 569-1976
Fax (601) 798-8989


January 29, 2009


To: UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


In re: Vioxx ®                                MDL Docket No. 7657

**PRODUCTS LIABILITY**                        SECTION L
**LITIGATION**
                                              JUDGE FALLON
This document relates to:
                                              MAGISTRATE JUDGE KNOWLES
Janet Sue Morgan, et al, v. Merck & Co.,
Inc.; Docket No. 2:05-cv-496 only regarding
James I. Smith


## MOTION TO HAVE MRS. DAWN BARRIOS REMOVED AS COUNSEL

Parg. 1     Based on the pretrial order No. 36, under Rules and Procedures Relating to

Motions to Withdraw From Representation of a Client, on pg. 2 under C. parg., it allows

for at least 60 days after filling the motion to allow counsel additional time to

communicate with the Plaintiff. We move the Court to waive the enforcement of this

paragraph immediately for this case only . Therefore, we ask for the court to be moved on

the motion to remove attorney Dawn Barrios from representing me, James Ira Smith, in my vioxx case against Merck, making the removal retroactive to the January /6/2009 date according to her own wishes in a letter written by her saying that she had resigned from representing me on my vioxx case on January /6/2009, because I didn't trust her because I had ask for a copy of my files. The reason for this motion is, because of the humiliating way Dawn Barrios treated my wife and I on January 6, 2009. I was told on January 3, 2009 to come in on Monday, January 6, 2009 and pick up a copy of my files, which I had asked for at least three times before, but I never received them. After arriving at Mrs. Barrios' office approximately 2:15 p.m.; and she met us in her lobby, I asked Mrs. Barrios to step in the next room for privacy to speak with my wife and I for just a moment about my Vioxx case. She vehemently refused to speak with us, to my surprise, in the private room. Nevertheless, she then said, "we can speak right here." I then said, "I need privacy there is gentlemen sitting behind you who is he?" She then in turn said, "He is a security guard that I have **hired for you**." Then I said, "Mrs. Barrios your still my lawyer, "and her very words were, "Not any more I quit." I then realized as the client that I was just fired by Mrs. Dawn Barrios, my ex-lawyer. At this moment, I was extremely humiliated for the simple reason that I had never mentioned to Mrs. Barrios that I was going to fire her. Even though, she refused to give me a copy of my files in order for me to make an intelligent decision for the final appeal that I thought I had. It seems like to us, according to her own actions that the only way I would ever get a copy of my files would be for her to resign as she did. Therefore, I then started to pick up my files and her receptionist (Angela) said, "you need to sign this paper before you take those records." Then I signed the paper. I asked Angela to please give me a copy of what I just signed and she refused.

But then said, "you have a copy in your files", but it was not a signed copy that I asked for. We then left without any incident, and Mrs. Barrios gave me a letter saying that she was resigning as my counsel and then in our opinion made a very threatening statement that she would tell all those involved with the Vioxx Litigation group of her withdrawal as my counsel and that they would no longer protect our interest in respect to the Vioxx Settlement Program. I have enclosed a copy of that letter with this motion. We got back home that night in Picayune, MS, still humiliated from what she did to us and just went to bed. Our mail sometimes runs at 5:00 p.m. in the evening, and the next morning when I went and checked my mail, we found the letter telling us about the $439,000.000 settlement. We did not know Mrs. Barrios had any checks for us in her office at the time we were there when she ran us off on January 6, 2009. The next letter we received from Mrs. Barrios showed her sending the money back to Lynn Greer, and told Mrs. Greer that I refused to sign the disbursements, which is not true, and this is not the first time that Mrs. Barrios has said untruths in letters about me.

Parg. 2    The stream of letters that she refers to was from me asking for copies of my files, needing to know about the final appeal, and complaining to her about the claims administrators making an error about my height. Then, saying that I lost my final appeal because of their error. , **I beg the Court that it pleases establishes a PRECEDENT now for future tolling agreements that if the "Claims Administrators" makes a mistake from viewing the records and realizes there wrong, then it should not in any way cost the Plaintiff an appeal. As they tried to do in my case, and has caused my wife and I much misery. Also, a second PRECEDENT should be, that when there is overwhelming proof of evidence of records for the Plaintiff side of the issue , like as**

**in my case of hypertension, then technicalities should not over ride the mountain of evidence to rule against the Plaintiff. The evidence against the plaintiff should be CLEARLY seen and without a doubt.** I have also enclosed a copy of the letter about the height issue for the court.

Parg. 3      The issue of hypertension that I have screamed about from day one is that I did not have hypertension 140/90 or higher, I have proven this with a package of eighty letters, records, and doctor's letters. That without any doubt I did not have hypertension before taking Vioxx in 12/10/2001. We also proved that on 12/10/2001; the day of my heart attack, that I never reached hypertension/140/90 or higher even then. This was around ten months after I started taking the Vioxx. I had admitted to Mrs. Dawn Barrios in a recorded conversation with Dena Folts that a month or two before my heart attack that I had noticed my blood pressure went up a little one-day then the next day. I never said any numbers and I am not a doctor. The point is Vioxx causes high blood pressure, and this is why my blood pressure was up a little just before the heart attack on 12/10/2001. On 9/20/2001, a doctor with Life Line Screening performed a test with a high-tech ultrasound machine on me, and the report showed no cholesterol and no calcium build-up. This record goes well with two and half months later on the night of my heart attack on 12/10/2001 when my total cholesterol was approximately 150. How many Vioxx cases showed cholesterol at 150 on the day of their massive heart attacks as I had? I have just told you the reasons why Mrs. Dawn Barrios was upset with me, because it was these issues that disturbed her so much. She was bothered by the fact that I wanted to file for the E. I. F. claim and she simply refused my letters asking her to file the E. I .F. claim.

Parg. 4   I vehemently denounce paragraph 4 in Mrs. Barrio's motion to withdrawal counsel where she says **that "I" no longer wanted "her" to represent me**. This statement is not true. She gave me a letter of resignation just because I asked for a copy for my files. I never threatened Mrs. Barrios ever. Even though, she refused to let me record a meeting with her back in the summer of 2008. I have suffered psychosis, heart surgery, and permanent collapsed lung from Vioxx and I needed a recorder to help me keep up with what was going on and being said about my case. She even accused me of wanting to sue her that day, which embarrassed me totally. I denounce this paragraph also, because it is so far from the truth its saddens my wife and I to read her saying such an untruthful statement as that. We were very loyal clients to Mrs. Barrios and James Minge, and we are not being accredited for such. I believe now that Mrs. Barrios totally confused our pure loyalty to her with us being ignorant. I promise you before God Almighty in the Heavens that my statements are true and accurate. So, I beg the Court, to please remove Dawn Barrios as my counsel from my Vioxx case for the unprofessional way that she treated my wife and I by quitting and then running my wife and I off with a security guard at her office. Just because I asked for a copy of my files as her own letter suggests.

_____   01/26/09
James Ira Smith and Cynthia Diane Smith

_____
Notary Public  1/29/09

1

To: UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ® | MDL Docket No. 7657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to: | MAGISTRATE JUDGE KNOWLES |
| Janet Sue Morgan, et al, v. Merck & Co., Inc.; Docket No. 2:05-cv-496 only regarding James I. Smith | |

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Remove, and for very good cause shown, the Court finds the Motion well taken, and that same be granted.

IT IS ORDERED that attorney Dawn M. Barrios and BARRIOS, KINGSDORF & CASTEIZ, L.L.P. are released from any further responsibility as counsel for Plaintiff, James I. Smith.

IT IS SO ORDERED.

_____          _____
Date                             Judge Eldon E. Fallon
                                 United States District Court Judge

From ; James Ira Smith and Cynthia Diane Smith ; 110 Luther Davis Road Picayune Ms 39466
1/08/09

To
The Honorable
Judge Eldon E. Fallon
United States district court
Eastern District Court
500 Poydras Street Room c-456 ;
New Orleans La . 70130
Dear Judge Fallon

**Dawn Barrios has fired us and we have no Lawyer**
and there is money on the table, we need a lawyer to help us evaluate.

[ Do not read Confidential for Judge Fallon Only ]   Page 1 of 2

VIOXX LAWYER FIRES PLAINTIFFS , REASON THEY ASK FOR COPIES OF HIS FILES AND THEN IN A LETTER TO THEM THREATENS TO TELL ALL APPROPRIATE PARTIES THAT ARE IN THE VIOXX SETTLEMENT PROGRAM.
PLAINTIFF SEEKS Judge Fallon's help.

my name is James Ira Smith my wife is Cynthia Diane Smith we have been married for 35 years ever since we were 16 years old we had 3 children and we have 5 grand children and 1 great .
We left home at 16 with the wind blowing us down the road but we have never been in trouble
and we have never been separated we have worked as framing contractors until we earned enough money to buy a small store on the coast from there we build the Buddy Hop quick Stop in Picayune ms. And ran it until I had a heart attack in 12/10/ 2001 with 3 major blockages in my heart I was very healthy I worked out 3 -4 times ever week , I took vitamins , ate grilled chicken, cooked with olive oil and took over 300 vioxx pills for my elbow and shoulders on Monday 10/2001 I woke up for work at 5 am and looked at my wife and said I a having a heart attack I was 44 years old then.
I went to Picayune Ms. Hospital and it was verified by DR Finn and DR Gibson so they sent me to Jackson university there I underwent a surgical procedure and a stent was put in me, but Dr Finn had said 3 Bypass was needed, I continued to take vioxx until 3/29/02 but on Feb. of 2002 2 months later I had and attack with chest pain and then was hospitalized in may of 2002 with chest pain
the hospitals kelp coming, in November 2006 more chest pain and DR barrios said it was a clogged stent and one more blockage was seen making it now 4 blockages  because the vioxx continues to destroy even after you quit taken it for a year, so Dr. Barrios ordered another stent , I needed surgery finally in 2007 I had 3 bypass  after all this Dawn Barrios after telling me in January 2008 that I scored approximately 472 points around $ 900.000.00 dollars . And sent me a letter showing this.
She has put me on a no. 5 .level with 229 points and when i ask about an appeal she quit and gave me and my wife a letter that appears very threatening to us,  my wife is very sick with Diabetes
And I just told you about me, we are confidant with my injures that we should be on level 2 with around 500 points each time that I have questioned her about this she would answer with a derogative
Letter many many things have gone wrong for us Judge Fallon it should have went smoothly ,one thing was Dawn after she got mad with me last may she started pushing hypertension, I have 24 papers form the nurses the night of my heart attack and the next 4 days and my blood pressure was taken many times it never was High blood seen ,I have pulled the 24 papers and sent them to Dawns partner but she new and never flagged any of this for the examiners , next was Dawn called me and said they penalized you for being 5 ft .5 in tall but I'm 5 10 with at least 200 papers showing this but she said well they found one paper that said 5f t 5 in but don't worry we will appeal it , later she bragged about winning the appeal the only problem is we needed that to appeal our hypertension and other major things , Judge Fallen we are with out counsel and as I said we believe that if someone takes a look at the hole package from start to finish they will see my injuries are great and we fit the high points of around 500 , like we did in the beginning Dawn has let personal feelings effect her, letters from Dawn in the beginning talked down the tort system claiming this tolling was the only thing for me I have saved ever letter written from her she
said if we would not do this tolling, then we would be dropped.  she has fired us before we have even finished the deal, we need help I would like for Beasley Allen And Crow to handle our appeal to the Special

Master away from anybody that Dawn knows on a political level we were afraid this was going to happen back in December.

Page 2

We are part of the group that was promised if we signed before February 28. 2008 then the benefits would be good and under pressure we signed and we thought that the deal was closed whoever was in was in and then Merck started extending the dead line that was painful enough and again and again and then a lot of problems between Dawn and myself, but I never threaten Dawn with a another Lawyer I never
threaten to fire her we are loyal people Judge Fallon and I was on Dawn Side but I don't think she was on mine and it showed in her actions on 1/06/09 she told us to come down and get a copy of our files, I ask her to send them, when we got there she met us in her lobby and she told me and my wife that she quit and she would no longer represent us and then what we believe to be a threat is when she said that she would tell all the other vioxx Lawyers what she did to us we don't even know what that means, while we wish her the best in life we had to send a letter that fired her but it was in line with her wishes, I know many Lawyers from Ms. and La, that know you and respect you and I was encouraged to send you this letter for help Dawn forgets how sick we are and what we have gone through, if you would appoint someone to set down with us and work things out we would do this but we have to make an apeal to the speacal master
We believe that we are being cheated out of our points that we had in the beginning, my injuries are real and we should have been trying my case in front of you Judge Fallon, Dawn had over 1900.00 papers and most was not needed for the settlement she is charging me almost $ 4,000.00 thousand dollars for my files I told Dawn that I was sorry that my files were so big but it was the vioxx that caused it all.
I believe an impartial person would agree with us about our points. Since her leaving us we have shown our case to experienced vioxx lawyers and they shake there heads at what Dawn has done to us, we believe that this is a good system Judge Fallon but if some really bad injurys do not get compensated it will make it hard the next time, I told Dawn in the beginning that this system looks like it will work ,if ever body will be honest. . She has bragged about knowing you, if it will take the pressure off you send us to Alabama where Beasley Allen and Crow are they should care about fairness because they help put this hole thing together I hired them in the beginning but they sent my files back to me because at that time they wasn't sure about the clogging factors when that cleared up thet sent me many letters pleading with me to come back but I wouldn't leave Dawn and James Minge even though there was a window to do so, because we are loyal, so they had you throw out my case because I didn't answer there letters it almost give me a heart attack, but you worked with them and reinstated my case but I'm paying for my loyalty now. Dawn humiated us by having a security guard waiting for us to pick up our copies, we were totally schocked because we are both totally disable.
I was diagnosed with metastases renal cell carcinoma 6/1/04 in both lungs, my liver, my chest, and my other kidney, because of the heart surgery I have only my right lung because of raised Diaphragm .I'm sorry this letter is so long I didn't know what else to do.           Thank You here are my numbers below.

My phone 1-601-818-4740
My wife 1-601-569-1976
My fax 1-601-798-8389

                            Thank You
                           Judge Fallon

                    Clients that need a Lawyer.
                    James Ira Smith and Cynthia Diane Smith

2 PAGES

GIVE THIS 1/8/09

LETTER TO

JUDGE FALLON

IT IS THE LETTER

KILLING JAME SMITH

AND

LIFE

# BARRIOS KINGSDORF & CASTEIX, L.L.P.
## ATTORNEYS AT LAW

DAWN M. BARRIOS
BRUCE S. KINGSDORF
BARBARA TREUTING CASTEIX

WRITER'S DIRECT DIAL NO.

ONE SHELL SQUARE
701 POYDRAS STREET, SUITE 3650
NEW ORLEANS, LA 70139-3650
TELEPHONE (504) 524-3300
FACSIMILE (504) 524-3313

January 6, 2009

**Via Certified Mail/ Return Receipt Requested #70062760000159828175 and Hand Delivery**

Mr. James Smith
110 Luther Davis Rd.
Picayune, MS 39466

Re: Vioxx Claim

Dear Buddy,

Your recent stream of letters proves that you are unsatisfied with my legal services. As it is always best for a client to trust his attorney and you do not trust me, I am withdrawing as your attorney. Neither me nor the Vioxx Litigation Group will protect your interests in any respect in the Vioxx Settlement Program.

I will notify all the appropriate parties of this fact in a separate letter with a copy to you.

Wishing you good health and the best of luck in 2009, I am,

Sincerely,

*Dawn Barrios*

Dawn M. Barrios

DMB/df