FILED 09 FEB 05 07:59 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

## ORDER

The Court is in receipt of the attached letter from Vioxx claimant Lisa Beasley regarding the status of her claim and the gates review process. IT IS ORDERED that the letter be entered into the record. In addition, a copy of the letter shall be forwarded to Plaintiff's Liaison Counsel so that the appropriate action, if any, may be taken.

New Orleans, Louisiana, this 3rd day of February, 2009.

*[Signature]*
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

    Vioxx Plaintiff's Liaison Counsel
    Herman, Herman, Katz & Cotlar, LLP
    820 O'Keefe Avenue
    New Orleans, LA 70113

    Lisa Beasley
    C/O Laurel Hill Elementary School
    11340 Old Wire Road
    Laurel Hill, NC 28351

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

1