

# LAUREL HILL ELEMENTARY SCHOOL
## 11340 OLD WIRE ROAD
## LAUREL HILL, NC 28351

PHONE (910) 462-2111
FAX (910) 462-3502

# FAX COVER SHEET

| TO: | Judge Fallon |
| --- | --- |
| FROM: | Lisa Beasley / Sherwood Beasley |
| SUBJECT: | Vioxx Claim |
| DATE: | 2/3/09 |

TOTAL NUMBER OF PAGES 2

☆ HOME OF THE SUPERSTARS ☆

02/03/09

To: Judge Fallon

From: Lisa Beasley

Vioxx victim

I have a question about misrepresentation by an attorney. Since we already do not trust our law firm, we certainly can't ask them. I am hoping you can help us.

If we were told a figure of 738,000 by our attorney before we signed the agreement, only to find out later that we do not even pass the gates, what are our options. I was told by my attorney that she would call me the next day and do the calculator, because at the time I told her we couldn't do it, because I was not sure what information they were putting in. She emailed me back that evening and told me she would talk to her partners and have more information for me the next day. She called me at work the next day, told me that she had done the calculator and that we would get approx. 738,000 at $1500 per point. I cannot tell you how excited I was. I called my husband immediately. I went home that evening and told my children that we would be able to help both of them get homes now. We were elated to say the least. That was in January. Around March I emailed the same attorney and got an automated reply that she was no longer with the firm. I asked for them to have whoever had our case to call us. When he returned my call, he told me that he did not know why she told us that, she shouldn't have because my husband was not on vioxx when he had his mi in 2005. This was two months after we signed the papers. I could not believe my ears. I cried when I got home. I am really surprised my husband has not had another mi with all of this additional stress. He is not doing well at all. This was just not right.

Last week, I was so frustrated with our law firm, that I contacted the claims administrator myself by email. Of course the reply I got said our law firm would be in contact with us. After waiting 6 months with no change "pending gates review", miraculously, I received an email Friday from my lawyer with an attachment from the claims administrator letting us know we did not meet the proximity gate.

Can you explain to me why, if you did not meet the gates, why our attorneys asked us to sign the settlement? I understand that there is a chance that the gates committee can still give us money, but why were we led to believe that we qualified from the start.
I cannot tell you how this has affected my entire family. I had two teenage boys at the time of my husband's first problems after he first started taking Vioxx in 2002. He had a complete memory loss, stayed overnight in a hospital and no one could explain what had happen to him. This was when he was taking vioxx daily. After this memory episode, he has not been the same. He complained for the next three years until he had a mi in 2005. He had severe blocked arteries that could not be explained either. He went to the doctor about every three to six months complaining. He was not on any medicine but thyroid and arthritis when he started taking vioxx. At the time of his mi, he was not on any

cholesterol or blood pressure medicine, not a diabetic, not family history of mi, weighed 145 lbs. He had no problems that cause blocked arteries. Nobody can convince me or my family that this medicine did not destroy my husband's health. We lost a husband and father to this medicine. He was 52 when he started vioxx, stopped taking it in 2003. They did not find his problem until he was having a mi in 2005 from the blocked arteries. He went on social security disability in 2006. Has not worked since. He was making 45,000 year at Roadway. We do the best we can now. I was a Human Resource Manager for 25 years at a manufacturing plant until it closed.

This whole thing is so frustrating. I hope you realize how detrimental this settlement is affecting vioxx victims. I have talked with other clients that their homes have been broken up because of this stress of waiting and still waiting, some talk about suicide, and it is just depressing to hear what all of these people are saying. Even the ones that have received points and checks know they have been wronged but don't know what else they could have done to stop all of this.

I hope you will read this and know that you have thousands of people that are not happy at all with this settlement. Brown Greer and attorneys may make you think that, but I just wish you could pick random victims and listen to what they have to say. Let them go to your conference. I would sure be willing to go. I would love to tell my entire story to anybody that will listen.

Deductions for high blood pressure and cholesterol, when the person was going to a doctor and not on either until after the mi. This is a precautionary measure by cardiologist and why should a person be penalized again for something that has happen to them from this medication. I have heard that if you are not desperate, and appeal most are winning. Why should people have to jump thru another hoop to get their money? These are things that you need to look at with Brown Greer.

There is a lot of talk about writing to Congressmen and even the President about this settlement. It is really a shame that people feel this badly about something that is happening to them and feel they can't do a thing about it. I think we all just want this to be over with after 6 years of waiting. Please help us all!

Thank you for your time,

*Lisa Beasley*

My home number is 910-582-3509
My work number at Laurel Hill Elementary School is 910-462-2111.