UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS ORDER RELATES TO:**    **CASE NO. 06-4605**

### ORDER

The Court is in receipt of the attached correspondence from Vioxx claimant Roberta Feinberg. IT IS ORDERED that the letter be entered into the record. In addition, copies of the letter shall be forwarded to Plaintiff's Liaison Counsel and the Claims Administrator so that the appropriate actions, if any, may be taken.

New Orleans, Louisiana, this 3rd day of February, 2009.

                                                UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Vioxx Plaintiff's Liaison Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Vioxx Claims Administrator
P.O. Box 85031
Richmond, VA 23285-5031

Ms. Roberta Feinberg
151 Prospect Ave. 8D
Hackensack, NJ 07601

```
___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____
```

1