RECEIVED
NOV 3 2008
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

151 Prospect Ave 8D
Hackensack, NJ 07601
October 28, 2008

Judge Eldon Fallon
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans Louisiana, 70130

Dear Judge Fallon:
I am writing to you to express my concerns in regard to the process that is in place to carry out Merck's offer to settle the Vioxx claims. My attorney, Simmons Cooper, has submitted the required paper work within the required time frame. That claim is currently being reviewed by Brown Greer, as are thousand of other claims.

*My question to you is - how long a time frame if any, has the court given Brown Greer to review and settle these claims?*
 Without a reasonable time frame it could take years for these claims to be resolved. Also, I am afraid that there is no reason for Merck to adjudicate these claims in a timely manner since it is in their best interests, not mine or the other claimants, to delay as long as the courts allow them to.

I, in good faith, agreed to Merck's recommended resolution and hope that the court will set that reasonable time frame for Merck to resolve the claims.

Thank you for your consideration.

*Roberta Feinberg*
Roberta Feinberg



Mrs. Roberta Feinberg
151 Prospect Ave Apt 8D
Hackensack, NJ 07601



Judge Eldon Fallon
U.S. District Court
Eastern Division of Louisiana
500 Poydras Street
Room C 456
New Orleans, Louisiana 70130