FILED 09 FEB 05 07:59 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

THIS ORDER RELATES TO:     CASE NO. 05-4054

## ORDER

The Court is in receipt of the attached correspondence from *pro se* Vioxx plaintiff Lynn Hudnut regarding the status of his case and his case-specific expert report. IT IS ORDERED that the letter be entered into the record. In addition, copies of the letter shall be forwarded to Plaintiff's Liaison Counsel, Defendant's Liaison Counsel, and the Pro Se Curator so that the appropriate actions, if any, may be taken.

New Orleans, Louisiana, this 3rd day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Vioxx Plaintiff's Liaison Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Mr. Lynn Hudnut
1405 Wyaconda Ave.
Canton, MO 63435

Mr. Robert Johnston
Vioxx Pro Se Curator
400 Poydras Street, Suite 2450
New Orleans, LA 70130

Defendant's Liaison Counsel
Stone Pigman Walther Wittmann
546 Carondelet Street
New Orleans, LA 70130

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____