**QUINCY MEDICAL GROUP**
**QUINCY, ILLINOIS**

Date of Birth: 11.3.46
Name: Hudnut Lynn
Medical History #: 304-968

## PROGRESS REPORT

| DATE | |
|---|---|
| 2/25/03 OMiller | Cardiovascular exam: Rate 80 with a regular rhythm with a normal S1 S2, no murmur, S3, S4 auscultated. The lungs were clear to auscultation and percussion. The abdomen was soft with positive bowel sounds. Extremity exam revealed no clubbing, cyanosis or edema. Peripheral pulses were full. Musculoskeletal exam: The right hand had no evidence of significant inflammation. There is no warmth, swelling or erythema of the MCP, PIP or DIP joints. Full range of motion at these joints. Grip strength was 5/5. The left hand had some hypertrophic bony changes involving the third and fourth PIP joints with a significant decrease in range of motion of the third PIP joints. The patient had a 3 degree flexion contraction involving the third PIP joint with pain with trying to hyperextend this joint. Again no evidence of inflammation. No warmth, swelling or erythema of the MCP, PIP, or DIP joints of the left hand. Grip strength was diminished at 4+ to 5-/5. The bilateral wrists full flexion and extension actively and passively. No evidence of any acute synovial changes. No tenderness on palpation. The right elbow had a soft tissue swelling involving the olecranon bursa. Full flexion and extension, supination and pronation of the elbow. There was no inflammation. The swelling was chronic in nature. There were some small nodularities within the area of swelling. The left elbow also had a soft tissue mass. Swelling of the olecranon bursa. No warmth or erythema was noted. Full range of motion of the elbow with flexion and extension. No nodularities were palpated within the olecranon bursa. The lumbosacral spine forward flexion 90 degree. The patient had pain with extended from that position. Normal laterle bend to the right and left. Normal lateral rotation to the left and right. There was some minimal paraspinous tenderness. The knees were without warmth, swelling or effusion. There were positive hypertrophic bony changes. Positive crepitus on range of motion with flexion and extension. Anterior Drawer was negative. The ankles had normal dorsiflexion and plantar flexion. The Achilles tendon insertion area was nontender without warmth, swelling or erythema noted.

IMPRESSION AND RECOMMENDATIONS: Mr. Hudnut is a 56-year-old man who was seen in this clinic today with a chief complaint of some ongoing joint discomfort involving the lumbosacral spine, knees, left hand greater than the right, and ankles. He has also had some problems associated with soft tissue masses involving his bilateral elbows with a history of gout.

As far as his back and knee discomfort is concerned these physical findings are compatible with osteoarthritis. He apparently has had x-rays done in the past through other facilities. I will have patient sign a Release of Information so I can get a copy of most recent labs done through the VA Medical Center in Columbia MO. Also a copy of most recent labs done through Dr. Childress in Lewistown. The patient has been on nonsteroidals in the past specifically Vioxx with good results. Unfortunately, he had some problems with renal |

**QUINCY MEDICAL GROUP**
**QUINCY, ILLINOIS**

Date of Birth: 11-3-46
Name: Hudnut Lyon
Medical History # 304-9481

## PROGRESS REPORT

| DATE | |
|---|---|
| 2/25/03 DMiller cont | insufficiency/renal failure associated with the medication. He had an elevation of his creatinine with Vioxx. The medication was discontinued. The renal problem was reversible. The patient states that during the time he was on the Vioxx there was no consistent monitoring done as far as labs. I am going to plan on a retrial of his nonsteroidal with close monitoring of his labs. I am going to plan on getting labs on him every 4 weeks initially and then possibly spreading that out. We are going to have him try Mobic initially 7.5 mg p.o. q.d. I did warned him about the potential side effects of the medication including but not limited to GI intolerance ranging from dyspepsia to frank peptic ulcer disease, renal insufficiency, and hepatotoxicity. I told him from time to time we would need to get his blood work which are going to plan on doing. We do have a little bit of room to go up on the medication if necessary. Again this all depends on efficacy and tolerability from the patient's standpoint. Patient will continue taking his Mobic as needed.

The patient also has a history of gout. The areas on his elbows are consistent with tophi. I am going to need to get a baseline uric acid level on him today. I may plan on putting him on allopurinol but again it all depends on whether or not he tolerates the nonsteroidal anti-inflammatory medication. I explained to him the reasons behind taking allopurinol, i.e. to decrease his uric acid level. Also the reason behind taking colchicine, i.e. to prevent any flares. I explained to him that any manipulation of the uric acid going up or down could precipitate a flare. This is why we give the colchicine in conjunction with allopurinol. If he can tolerate the Mobic then we can use that as his suppressive agent. He can take the allopurinol to bring down his uric acid. He can take the Mobic to keep him from having a flare. We will just need to see how his renal function does before we start allopurinol. I explained to him that surgery can be very difficult with tophi and that the tophi are not simple nodularities on the elbow. There may be small specials extending from the tophaceous mass within the soft tissue spicules of the elbow and this could be difficult as far as removing them. The best bet to get rid of these tophi would be long term allopurinol.

Studies to be done x-ray left elbow diagnosis gout, left hand diagnosis osteoarthritis, CMP, CBC, uric acid, ESR diagnosis osteoarthritis, gout, hypertension. Mobic samples #14. Patient is to callus in 2 weeks to tell us how things are working with the Mobic. We may increase it up to 15 mg per day depending on efficacy and tolerability. Continue with hydrocodone as needed for pain. Repeat creatinine in 4 weeks. I wrote him out a |

```
12/19/2002           ******        QUINCY MEDICAL GROUP        ******       PAGE:    1
11:01                                 1025 MAINE STREET
                       ***        QUINCY, ILLINOIS 62301         ***
                                   (217) 222-6550 EXT 3140
                        **           F I N A L   R E P O R T    **

Name: HUDNUT, LYNN  (2/49)        DOB: 11/03/1946      Accession: 2353-GL6866
Order#: L5443                     Age:    56           Collected: 12/19/2002@  07:52
Location: QUINCY MEDICAL GROUP    Sex: F               Received:  12/19/2002@  08:00
DR. : CHILDRESS, GENE             Chart I.D. 8095184
                                              SEND TO:   CHILDRESS, GENE
Comment:
--------------------------------------------------------------------------------------
PROFILE/TEST           RESULT       UNITS                     EXPECTED      CERTIFIED
--------------------------------------------------------------------------------------

CHEMISTRY

   UREA NITROGEN         15         mg/dL        [   *   ]      4-24         LKH

   CREATININE            1.3        MG/DL        [      * ]     0.6-1.4      LKH

   POTASSIUM             4.2        mmol/L       [    *   ]     3.4-4.9      LKH
```

? Kidney prior problems from Vioxx

OK Normal now

HCC

12-23-02
pt nat
DHLW

PATIENT: HUDNUT, LYNN                                         ROBERT MERRICK, MD
                                                              MEDICAL DIRECTOR

                              LAST PAGE OF REPORT