UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All plaintiffs on attached Exhibits A, B-1, B-2, C, D, E, F,* | * | KNOWLES |
| *and G* | * | |
| | * | |

**************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Fourth Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 17303, came on for hearing on the 22nd day of January, 2009. For the reasons orally assigned, the Court hereby rules as follows:

**IT IS ORDERED** that the claims of all plaintiffs listed in the attached **Exhibit A** be and they hereby are dismissed with prejudice.

**IT IS FURTHER ORDERED** that the claims of all plaintiffs listed on the attached **Exhibits B-1 and B-2** be and they hereby are dismissed with prejudice for failure to comply this Court's Order entered December 12, 2008 (R. Doc. 17303). Pursuant to that Order, plaintiffs' counsel seeking to withdraw were required to deliver a copy of Merck's motion to dismiss the plaintiff's claim with prejudice along with a copy of the December 12, 2008 Order; and plaintiffs intending to proceed with their claim were directed to notify the Curator by January 9, 2009 as to whether they intended to proceed with their claims and whether they would be retaining new counsel or proceeding *pro se*. In accordance with the Order, counsel delivered copies of Merck's motion and the Court's Order to them, but none of the plaintiffs on the attached

Exhibits notified the Curator as directed or otherwise complied with the Court's December 12, 2008 Order. Thus, the claims listed on Exhibits B-1 and B-2 are dismissed for failure of the plaintiffs to comply with the Order or otherwise contact the Curator.

**IT IS FURTHER ORDERED** that claims of all plaintiffs listed in the attached **Exhibit C** be and they hereby are dismissed with prejudice for failure to comply this Court's Order entered December 12, 2008 (R. Doc. 17303). Merck delivered a copy of Merck's motion to dismiss the plaintiff's claim with prejudice along with a copy of the December 12, 2008 Order to all plaintiffs on Exhibit C. Plaintiffs intending to proceed with their claim were directed to notify the Curator by January 9, 2009 as to whether they intended to proceed with their claims and whether they would be retaining new counsel or proceeding *pro se*, but none of the plaintiffs on the attached Exhibit notified the Curator as directed or otherwise complied with the Court's December 12, 2008 Order. Thus, the claims listed on Exhibit C are dismissed for failure of the plaintiffs to comply with the Order or otherwise contact the Curator.

**IT IS FURTHER ORDERED** that the motion be and it hereby is withdrawn without prejudice as to all plaintiffs on the attached **Exhibit D**.

**IT IS FURTHER ORDERED** that the motion be and it hereby is deferred to the next monthly status conference, currently scheduled for February 10, 2009 at 2:00 p.m., as to all plaintiffs on the attached **Exhibit E.** In compliance with the December 12, 2008 Order, these *pro se* plaintiffs contacted the Curator to advise that they intend to proceed with their cases. As set forth in the December 12, 2008 Order, their case specific expert reports are now due on or before January 31, 2009. Failure to submit the case specific expert reports may result in dismissal of their claims with prejudice at the February 10, 2009 hearing.

823840v.1
962426v.1

**IT IS FURTHER ORDERED** that the motion be and it hereby is deferred until the 5th day of March, 2009, at 9:00 o'clock a.m., as to all plaintiffs on the attached **Exhibit F.**

**IT IS FURTHER ORDERED** that the claims of all plaintiffs listed on **Exhibit G** be and they hereby are dismissed without prejudice.

**NEW ORLEANS, LOUISIANA,** this  2nd  day of   February  , 2009.

_____
DISTRICT JUDGE

823840v.1
962426v.1

**Exhibit A**

| FirmName | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| Brown Chiari, L.L.P. | Campbell | Kathleen | Campbell, Kathleen v. Merck & Co., Inc. | 2:06-cv-03146-EEF-DEK |
| Brown Chiari, L.L.P. | Ciura | Marion | Ciura, Ronald v. Merck & Co., Inc. | 2:06-cv-01516-EEF-DEK |
| Brown Chiari, L.L.P. | Damerau | Albert | Damerau, Albert v. Merck & Co., Inc. | 2:07-cv-04005-EEF-DEK |
| Brown Chiari, L.L.P. | Eubanks | Beverly | Eubanks, Beverly v. Merck & Co., Inc. | 2:08-cv-00168-EEF-DEK |
| Brown Chiari, L.L.P. | Gordon | Karen | Gordon, Karen v. Merck & Co., Inc. | 2:08-cv-00164-EEF-DEK |
| Brown Chiari, L.L.P. | Porter | Beverly | Porter, Beverley v. Merck & Co., Inc. | 2:06-cv-01515-EEF-DEK |
| Brown Chiari, L.L.P. | Stenzel | Bruce | Stenzel, Bruce v. Merck & Co., Inc. | 2:06-cv-03150-EEF-DEK |
| Brown Chiari, L.L.P. | Stroka | Deborah | Stroka, Deborah v. Merck & Co., Inc. | 2:06-cv-03149-EEF-DEK |
| Brown Chiari, L.L.P. | Yates | Ronald | Yates, Ronald v. Merck & Co., Inc. | 2:06-cv-01711-EEF-DEK |
| Brown Chiari, L.L.P. | Zika | Marie | Zika, Marie v. Merck & Co., Inc. | 2:08-cv-00166-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | Stelly, Deceased | John | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Lieff, Cabraser, Heimann & Bernstein, LLP | Spencer | Joel | Spencer, Joel v. Merck & Co., Inc. | 2:05-cv-05907-EEF-DEK |

962463v.1

**Exhibit B-1**

| FirmName | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Knight | James | Hanners, Tina v. Merck & Co., Inc. | 2:06-cv-10154-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Wheaton | Rosie | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK |
| Cellino & Barnes, P.C. | Calhoun | Thelma | Burch, Marjorie E. v. Merck & Co., Inc. | 2:06-cv-10623-EEF-DEK |
| Cellino & Barnes, P.C. | Clerkley | Lorraine | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Cody | Anthony | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Coleman | Christine | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Collier | Michelene | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Cellino & Barnes, P.C. | Collins | Felicia | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Cellino & Barnes, P.C. | Colmenero | Luella | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Cook | Betty | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Cooper | Cassaundra | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Cooper | Willie | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Copes | Susan | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Criss | Deoma | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Crosland | Larry | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Curry | James | Anderson, Paul v. Merck & Co., Inc. | 2:06-cv-01193-EEF-DEK |
| Cellino & Barnes, P.C. | Daniels | Anna | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Dantzler | December | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Davis | Catherine | Davis, Catherine v. Merck & Co., Inc. | 2:06-cv-01209-EEF-DEK |
| Cellino & Barnes, P.C. | Davis | Willie | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | Dawley | David | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Cellino & Barnes, P.C. | Deal | Michael | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF- |

| | | | | DEK |
|---|---|---|---|---|
| Cellino & Barnes, P.C. | Deans | James | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Cellino & Barnes, P.C. | Deck | Linda | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | DiGiacomo | John | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | DiGiacomo | Maria | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | DiSalvo | Lorraine | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Domanico | Emily | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Downey | Frances | Daluiso, Anna v. Merck & Co., Inc. | 2:06-cv-01197-EEF-DEK |
| Cellino & Barnes, P.C. | Dzierwa | Edward | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Edwards | Fleta | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Ferrara | Vincent | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | Ford | Angelee | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Cellino & Barnes, P.C. | Ford | Sammy | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Ford | Gussie | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Franklin | Lamar | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Frederick | Nancy | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Friedel | William | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Gaffney | Vonda | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Garofolo | Rachele | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Gasiewicz | Daniel | Barnes, Emily E. v. Merck & Co., Inc. | 2:06-cv-11309-EEF-DEK |
| Cellino & Barnes, P.C. | Gaston | Timothy | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Gaston | Darlene | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Goodman | Ann | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Gorman | Cindy | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Graf | Mary | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Grant | Johnny | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Green | Marcus | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Griggs | Cassandra | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF- |

962465v.1

| | | | | |
|---|---|---|---|---|
| | | | | DEK |
| Cellino & Barnes, P.C. | Harris | Pamela | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Harris | Margaret | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Hartley | Patricia | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Hawkins | Preston | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Henderson | Yolanda | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Henderson | Stanley | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Hornbuckle | Joanne | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Howard | Betty | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| Cellino & Barnes, P.C. | Hunter | Donald | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Ivey | Mary | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| Cellino & Barnes, P.C. | Jackson | Ruth | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Jackson | Darlene | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Jansen-Husereau | Amanda | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Cellino & Barnes, P.C. | Johnson | Willie | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | Johnson | Everett | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Cellino & Barnes, P.C. | Jones | Cheryl | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Jordan | Arthur | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | Judkins | Joyce | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Kelley | Dianna | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Knochenmus | Alice | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| Cellino & Barnes, P.C. | Kobinski | Michael | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Korbar | Gary | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Kurja | Bela | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | LaBrake | Richard | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | LaGasse | Marianne | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Lazatin | Jose | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Leone | Lewis | Amie, Vernon v. Merck & Co., | 2:06-cv-02219-EEF- |

962465v.1

| | | | Inc. | DEK |
|---|---|---|---|---|
| Cellino & Barnes, P.C. | Lesher | Patsy | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Lester | Goldie | Corey, Marian v. Merck & Co., Inc. | 2:06-cv-01196-EEF-DEK |
| Cellino & Barnes, P.C. | Loyd | Darlene | Connors, Jeanette v. Merck & Co., Inc. | 2:06-cv-01190-EEF-DEK |
| Cellino & Barnes, P.C. | Luper | Viola | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Lutsko | Shirley | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Lyght | Charles | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Cellino & Barnes, P.C. | Martinez | Di-an | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | McClarty | Sylvester | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Cellino & Barnes, P.C. | McEachern | Dorothy | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Mesidor | Viveca | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Miller | James | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Millsaps | Rosella | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK |
| Cellino & Barnes, P.C. | Monnin | Wilma | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Moore | Clayton | Astrella, Michael v. Merck & Co., Inc. | 2:06-cv-01173-EEF-DEK |
| Cellino & Barnes, P.C. | Moore | Ernest | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Moreno | Carmen | Chase, Marilyn J. v. Merck & Co., Inc. | 2:06-cv-01177-EEF-DEK |
| Cellino & Barnes, P.C. | Mosier | Richard | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Muraski | Doug | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Murphy | Robert | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Nelson | Anease | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Nelson | Huguette | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Newton | Deborah | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Norton | Dorothy | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Norfleet | Mary | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Nunn | Agnes | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | O'Malley | Mildred | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | O'Rourke | Shirley | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF- |

962465v.1

| | | | | |
|---|---|---|---|---|
| | | | | DEK |
| Cellino & Barnes, P.C. | Olden | William | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Osei | Monica | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Otler | Joyce | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Palabay | Celestino | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Cellino & Barnes, P.C. | Pelow | Patricia | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Pennington | Roger | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Pratt | Jessie | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Ramjit | Persuram | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Randle | Kevin | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Reid | Bonda | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| Cellino & Barnes, P.C. | Reid | Elizabeth | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Reif | James | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Repeta | Elizabeth | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Riggins | Lucy | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Rives | Valerie | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Roberts | Glen | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Rodriguez | Domingo | Monte, John v. Merck & Co., Inc. | 2:06-cv-01167-EEF-DEK |
| Cellino & Barnes, P.C. | Rodriguez | Wilfredo | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Rodriguez | Mariam | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Rogers | Kathleen | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Russo | Cathy | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Saddler | Robert | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Salabiu | Olubola | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Sales | Joseph | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Sanders | Frank | Anderson, Paul v. Merck & Co., Inc. | 2:06-cv-01193-EEF-DEK |
| Cellino & Barnes, P.C. | Sands | Russell | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Santiago | Joanne | Cannon, Mary v. Merck & Co., | 2:06-cv-01188-EEF- |

| | | | Inc. | DEK |
|---|---|---|---|---|
| Cellino & Barnes, P.C. | Scholl | Evelyn | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Scott | Shirley | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Scott | Michael | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Scott | Emma | Miller, Emma v. Merck & Co., Inc. | 2:06-cv-03100-EEF-DEK |
| Cellino & Barnes, P.C. | Seay | Claude | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Sheirod | Ada | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Sims | Jeweldean | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Skeriotis | Katherine | Cannon, Mary v. Merck & Co., Inc. | 2:06-cv-01188-EEF-DEK |
| Cellino & Barnes, P.C. | Smith | William | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Stepp | Beverly | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Telis | Ruth | Daluiso, Anna v. Merck & Co., Inc. | 2:06-cv-01197-EEF-DEK |
| Cellino & Barnes, P.C. | Terhesh | Judith | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Cellino & Barnes, P.C. | Tillapaugh | Kathleen | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Valdes | Ariel | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Cellino & Barnes, P.C. | Van Pelt | Kenneth | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Vaudrin | Jeffrey | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Veasley | Robert | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | Vines | Beverly | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Visconte | Frances | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Walden | James | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Walker | Frederick | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cellino & Barnes, P.C. | Walters | Mildred | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Cellino & Barnes, P.C. | Welch | Maureen | Guthmiller, Jon v. Merck & Co., Inc. | 2:06-cv-05552-EEF-DEK |
| Cellino & Barnes, P.C. | Wells | Kenyatta | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | Wetterhahn | Nancy | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Cellino & Barnes, P.C. | White | Martin | Astrella, Michael v. Merck & Co., Inc. | 2:06-cv-01173-EEF-DEK |
| Cellino & Barnes, P.C. | White | Meeka | Adams, Mary E. v. Merck & Co., | 2:06-cv-02200-EEF- |

962465v.1

| | | | Inc. | DEK |
|---|---|---|---|---|
| Cellino & Barnes, P.C. | Williams | Agnes | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Cellino & Barnes, P.C. | Wittcop | Jean | Chase, Marilyn J. v. Merck & Co., Inc. | 2:06-cv-01177-EEF-DEK |
| Cellino & Barnes, P.C. | Wolfe | Orpha | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Fichera & Miller | Christie | David | Gomez, Gabriel v. Merck & Co., Inc. | 2:05-cv-01003-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | BROWN | CASSANDRA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | BUNCH | LUBERTIA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | GIBSON | JOYCE | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | HARMON | JAMES | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | HARTFIELD | BETTY | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | HENSON | EDWIN | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | JONES | WILLIE | Campbell, Victoria C. v. Merck & Co., Inc. | 2:06-cv-06682-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | KLEINPETER | CHARLOTTE | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | MCKINLEY, DECEASED | JOHN | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | MORRIS | CASSANDRA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | O'NEAL, DECEASED | MARY | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | PARKER | AMEAL | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | PARKMAN | SHIRLEY | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | POWELL | C. P. | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | RANDALL | PAULETTE | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | ROSS, DECEASED | NORMAN | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | SIMPSON | LILLY | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | TAYLOR - WILSON, DECEASED | SANDRA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | THOMAS | TANYA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | TINSLEY | JAMES | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | VINCENT | ANGELA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| Lanier Law Firm, PC | Chambers | Christopher | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |

962465v.1

| Lanier Law Firm, PC | Chatman | Charles | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
|---|---|---|---|---|
| Lanier Law Firm, PC | Clark | Beulah | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Garza | Jorge | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Garza | Manuel | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Hernandez | Ana | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Jackson | Esther | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Lanier Law Firm, PC | Pradia | Carolyn | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| McMurtray & Armistad, P.A. | Dobbs | Marquetta | Dobbs, Calvin v. Merck & Co., Inc. | 2:06-cv-00501-EEF-DEK |
| Simmons Cooper, LLC | Wilson | Sharon | Wilson, Sharon L. v. Merck & Co., Inc. | 2:06-cv-03488-EEF-DEK |
| Simon Passanante PC | Atkins | JoAnn | Gulledge, Janice v. Merck & Co., Inc. | 2:05-cv-01036-EEF-DEK |
| Simon Passanante PC | Jackson | Leonard | Hicks, Dianna v. Merck & Co., Inc. | 2:05-cv-01048-EEF-DEK |
| Simon Passanante PC | Wilson | Gwenever | Wilshusen, Carol v. Merck & Co., Inc. | 2:05-cv-01055-EEF-DEK |

962465v.1

**Exhibit B-2**

| FirmName | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| Simon Passanante PC | Kramper | John | Kramper, John R. v. Merck & Co., Inc. | 2:05-cv-03286-EEF-DEK |
| Simon Passanante PC | Wright | LaVerne | Wilshusen, Carol v. Merck & Co., Inc. | 2:05-cv-01055-EEF-DEK |

**Exhibit C**
**Previously Represented Plaintiffs Who Are Now Pro Se**

| LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|
| Adams | Deborah | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Amie | Vernon | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Anderson | Delanese | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Anderson | Paul | Anderson, Paul v. Merck & Co., Inc. | 2:06-cv-01193-EEF-DEK |
| Anderson | Brenda | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Ashley | Virgil | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Astrella | Michael | Astrella, Michael v. Merck & Co., Inc. | 2:06-cv-01173-EEF-DEK |
| Bagwell | Jacqueline | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Battle | Wade | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Benedict | Patricia | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Bivens-Brooks | Sharion | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Bonom | Alma | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Bowling | Melvin | Bowling, Melvin v. Merck & Co., Inc. | 2:06-cv-06904-EEF-DEK |
| Brichacek | Debora | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Brookstone | Jennifer | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Burch | Timothy | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Burr | Virginia | Burr, Virginia R. v. Merck & Co., Inc. | 2:06-cv-09721-EEF-DEK |
| Burton | Lura | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Butler | Joyce | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Carson | Helen | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Castleman | Jason | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Crooms | Willie | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Duke | Joyce | Bronson, Vern v. Merck & Co., Inc. | 2:06-cv-10157-EEF- |

962470v.1

|  |  |  | DEK |
|---|---|---|---|
| Dunn | Kris | Adair, Wilma v. Merck & Co., Inc. | 2:06-cv-10159-EEF-DEK |
| Fanning | Sherry | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Faries | Orville | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Funcke | Nancy | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Garry | Robert | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |
| Hanners | Tina | Hanners, Tina v. Merck & Co., Inc. | 2:06-cv-10154-EEF-DEK |
| Lewis | Selma | Laws, Iva v. Merck & Co., Inc. | 2:06-cv-10174-EEF-DEK |
| Pazicni | Cheryl | Bronson, Vern v. Merck & Co., Inc. | 2:06-cv-10157-EEF-DEK |
| Sullivant | Tresa | Bronson, Vern v. Merck & Co., Inc. | 2:06-cv-10157-EEF-DEK |

962470v.1

**Exhibit D**

| FirmName or Pro Se | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| Fabbro, Steven A., Law Office of | Sisson | Mike | Sisson, Michael v. Merck & Co., Inc. | 2:07-cv-00366-EEF-DEK |
| Lieff, Cabraser, Heimann & Bernstein, LLP | Oakley | James | Oakley, James S. v. Merck & Co., Inc. | 2:05-cv-05912-EEF-DEK |

963245v.1

**Exhibit E**

| LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|
| Allen | Ronnie | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Beltrami | Michael | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Bradley | Yvonne | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Burnett | Leonard | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Cannioto | Anna | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Collins | Nathaniel | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Lee | Robert | Laws, Iva v. Merck & Co., Inc. | 2:06-cv-10174-EEF-DEK |
| Williams | Elaine | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |

963356v.1

**Exhibit F**

| FirmName | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| Barrett Law Office, PA (MS) | Carney | Karen Lee | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Chapel | Marchell | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Clark | Fred | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Fischer | Michael | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Fortune | Carol | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |
| Barrett Law Office, PA (MS) | Gaines | William | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Hale | Julia | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Huff | Michele | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Johnson | Reba | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Killman | Brian | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Messenger | Raymond | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Morrell | Janice Faye | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Petrash | Barbara | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Porter | Tammantha | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Smith | Lavoid | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Starks | Lula | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Barrett Law Office, PA (MS) | Thompson | Beverly Jo | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |
| Barrett Law Office, PA (MS) | Trimble | Sandinia | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |
| Levin Fishbein Sedran & Berman | Ada-Lindsey | Janice | Ada Lindsey, Janice v. Merck & Co., Inc. | 2:05-cv-05867-EEF-DEK |
| Levin Fishbein Sedran & Berman | Montgomery | James | Montgomery, James v. Merck & Co., Inc. | 2:06-cv-05581-EEF-DEK |
| Levin Fishbein Sedran & Berman | Shaw | Shirley | Shaw, Shirley F. v. Merck & Co., Inc. | 2:06-cv-09405-EEF-DEK |

963362v.1

**Exhibit G**

| LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|
| Collins | Bobnel | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Gallegos | Joe | Barrell, Patricia v. Merck & Co., Inc. | 2:06-cv-10175-EEF-DEK |
| Gordon-Crowder | Irellia | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Lyons | Gloria | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEF-DEK |
| Richmond | Donna | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |