UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to<br>Bryan Shortnancy, Docket No. 06-1728 | MAGISTRATE JUDGE KNOWLES |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.II, and in accordance with Pretrial Order 36, the law firm of Arnold & Itkin LLP, counsel of record for Bryan Shortnancy, moves the court for an Order granting leave for Counsel to Withdraw as Counsel of record in the above-styled case.

1.    On April 9, 2008 Mr. Shortnancy sent a handwritten note to a paralegal in counsel's office.  (Attached here to as Exhibit "A".)  This paralegal is no longer with the firm. Upon discovery of this correspondence following the paralegal's separation from counsel's firm, counsel began taking steps to properly handle this situation.

2.    On October 28, 2008, Scott Monroe, BrownGreer, forwarded to counsel an e-mail exchange from himself to counsel's paralegal and a paralegal from the firm of Beasley, Allen, Crow, Melthvin, Portis & Miles, P.C. regarding "Overlap Claimant" and a letter from Beasley, Allen, Crow, Melthvin, Portis & Miles, P.C. dated April 9, 2008 regarding their representation of Mr. Shortnacy.  (Attached here to as Exhibit "B" and "C consecutively.)

V:\Vioxx-Celebrex Cases\Vioxx\Shortnancy, Bryan\Motion to Withdraw.doc

For these reasons, Arnold & Itkin LLP urges the Court to grant their motion to

withdraw as Counsel of Record in this matter.

Lisa Sechelski
**ARNOLD & ITKIN, LLP**
1401 McKinney, Suite 2550
Houston, TX 77010
713-222-3800
713-222-3850 (fax)
**ATTORNEY FOR PLAINTIFF**

V:\Vioxx-Celebrex Cases\Vioxx\Shortnancy, Bryan\Motion to Withdraw.doc

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. mail and upon all parties by electronically uploading same to LexisNexis File and Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 5th day of February, 2009.

Lisa Sechelski

V:\Vioxx-Celebrex Cases\Vioxx\Shortnancy, Bryan\Motion to Withdraw.doc