Lindsay

Please close my file and withdraw your claim from the Adimistrator. I don't know why it was passed on from a claim evaluation, But I Retained A Firm in 2005 to handle my claim.

Thanks

Bryan Shotnocy   4/9/2008

EXHIBIT A