## Chris Alexander

**From:** Scott Monroe [SMonroe@browngreer.com]
**Sent:** Tuesday, October 28, 2008 12:23 PM
**To:** Chris Alexander; Kim Martin
**Subject:** FW: Vioxx Overlap Claimant - Bryan Shortnacy

---

**From:** Lindsay Gabriel [mailto:lgabriel@ArnoldItkin.com]
**Sent:** Wednesday, April 09, 2008 1:21 PM
**To:** Scott Monroe; April Worley
**Cc:** Jennifer Greene; Bill Atkinson; Jason Itkin; Kurt Arnold; Susan Serry; Kristina McDonald; Krystal Silva
**Subject:** RE: Vioxx Overlap Claimant - Bryan Shortnacy

Arnold & Itkin merged with Shelton & Associates last year.

I spoke w/Mr. Shortnancy w/regard to this situation. Arnold & Itkin will file a motion to withdraw as soon as we receive the appropriate documentation from Mr. Shortnancy releasing our firm as his attorneys.

Hope this helps. Sorry for any inconvenience.

*Lindsay Gabriel*
*Arnold & Itkin LLP*
*713.222.3822 - Direct*

---

**From:** Scott Monroe [mailto:SMonroe@browngreer.com]
**Sent:** Wednesday, April 09, 2008 11:00 AM
**To:** April Worley
**Cc:** Jennifer Greene; Lindsay Gabriel; Bill Atkinson
**Subject:** RE: Vioxx Overlap Claimant - Bryan Shortnacy

April - I have updated the information in our database with regard to Beasley Allen being listed as primary counsel for claimant Bryan Shortnacy instead of Shelton & Associates.

However, it appears as though this claimant is also involved in another Overlap situation with Arnold & Itkin. I am copying Lindsay Gabriel from Arnold & Itkin on this email. Although the claimant's name is spelled slightly differently in Arnold & Itkin's registration data (Bryan Shortnancy instead of Bryan Shortnacy), and although there was no SSN in Arnold & Itkin's registration data, the claimant's address (1014 Robert Drive, New Albany, MS 38652) and DOB (10/1/58) matches for both records such that I believe both firms have registered the same claimant.

Lindsay and April - can you see that this matter is discussed and let me know any resolution?

Thanks,
Scott


EXHIBIT B

10/28/2008

**Scott K. Monroe**
**BROWNGREER PLC**
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Telephone: (804) 521-7206
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

-----Original Message-----
**From:** April Worley [mailto:April.Worley@BeasleyAllen.com]
**Sent:** Wednesday, April 09, 2008 10:56 AM
**To:** Scott Monroe
**Cc:** jdougsh@bellsouth.net; Heather Ezelle
**Subject:** Vioxx Overlap Claimant - Bryan Shortnacy

**April M. Worley**
Legal Assistant
to W. Roger Smith, III
234 Commerce Street
Post Office Box 4160
Montgomery, AL 36104
800.898.2034
334.269.2343
334.954.7555 fax
April.Worley@BeasleyAllen.com
www.BeasleyAllen.com



10/28/2008