# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY | C. LANCE GOULD | *Attorneys at Law* | D. MICHAEL ANDREWS | AZ ALSO ADMITTED IN ARIZONA |
| J. GREG ALLEN | JOSEPH H. AUGHTMAN | 218 COMMERCE STREET | BENJAMIN L. LOCKLAR | AR ALSO ADMITTED IN ARKANSAS |
| MICHAEL J. CROW | DANA G. TAUNTON | POST OFFICE BOX 4160 | LARRY A. GOLSTON, JR. FL DC | FL ALSO ADMITTED IN FLORIDA |
| THOMAS J. METHVIN | J. MARK ENGLEHART TX | MONTGOMERY, ALABAMA | MELISSA A. PRICKETT | GA ALSO ADMITTED IN GEORGIA |
| J. COLE PORTIS | CLINTON C. CARTER AR KY MS MO PA TN | 36103-4160 | ALYCE S. ROBERTSON | KY ALSO ADMITTED IN KENTUCKY |
| W. DANIEL MILES, III | BENJAMIN E. BAKER, JR. GA NY OK TN DC | (334) 269-2343 | RUSSELL T. ABNEY NLIA GA TX | LA ALSO ADMITTED IN LOUISIANA |
| R. GRAHAM ESDALE, JR. | DAVID B. BYRNE, III | | NAVAN WARD, JR. MS | MN ALSO ADMITTED IN MINNESOTA |
| JULIA ANNE BEASLEY | TED G. MEADOWS MN MS TX DC WV | TOLL FREE | WESLEY CHADWICK COOK | MS ALSO ADMITTED IN MISSISSIPPI |
| RHON E. JONES | FRANK WOODSON | (800) 898-2034 | | MO ALSO ADMITTED IN MISSOURI |
| LABARRON N. BOONE | KENDALL C. DUNSON GA | | JOHN E. TOMLINSON | NY ALSO ADMITTED IN NEW YORK |
| ANDY D. BIRCHFIELD, JR. | SCARLETTE M. TULEY | TELECOPIER | WILLIAM H. ROBERTSON, V | OH ALSO ADMITTED IN OHIO |
| RICHARD D. MORRISON MS | ROMAN ASHLEY SHAUL AR LA MS SC TN WV | (334) 954-7555 | H. CLAY BARNETT, III MS | OK ALSO ADMITTED IN OKLAHOMA |
| C. GIBSON VANCE | W. ROGER SMITH, III AZ MN MS TN WV | | MARY PAT CROOK | PA ALSO ADMITTED IN PENNSYLVANIA |
| J. P. SAWYER MS OH | P. LEIGH O'DELL | | | SC ALSO ADMITTED IN SOUTH CAROLINA |
| | | WWW.BEASLEYALLEN.COM | | TN ALSO ADMITTED IN TENNESSEE |
| | | | | TX ALSO ADMITTED IN TEXAS |
| | | | | DC ALSO ADMITTED IN WASHINGTON, D.C. |
| | | | | WV ALSO ADMITTED IN WEST VIRGINIA |
| | | | | NLIA NOT LICENSED IN ALABAMA |

JAMES W. TRAEGER
1953-1987

RONALD AUSTIN CANTY
1963-2004

April 9, 2008

Mr. Scott Monroe
Vioxx Claims Administrator
Brown Greer PLC
115 South 15th Street, Suite 400
Richmond, Virginia 32319-4209

    Re:    **Claimant Overlap Resolution**
            <u>**Shortnacy, Bryan**</u>
            **VCN: 1002561**

Dear Mr. Monroe:

    We have reached an agreement with Shelton & Associates, P.A., for Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to be listed as primary counsel for the above overlap claimant.

    Please call if you need additional information.

                              Very truly yours,

                              BEASLEY, ALLEN, CROW,
                              METHVIN, PORTIS & MILES, P.C.

                              W. Roger Smith, III

cc: Shelton & Associates, P.A.



EXHIBIT C