UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>   Bryan Shortnancy, Docket No. 06-1728 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### ORDER

Considering the Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Arnold & Itkin LLP, is hereby withdrawn as counsel of record for Bryan Shortnancy.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.

 

_____
JUDGE ELDON E. FALLON
UNITED STATES DISTRICT COURT