UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *All plaintiffs on attached Exhibits A, B, and C* | * | |
| | * | |

*************************************************************************

## ORDER

The matters deferred from Defendant Merck & Co., Inc.'s Second Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 16033, came on for hearing on the 19th day of December, 2008.  For the reasons orally assigned, the Court hereby rules as follows:

**IT IS ORDERED** that the claims of all plaintiffs listed in the attached **Exhibit A** be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 28.

**IT IS FURTHER ORDERED** that the motion be and it hereby is withdrawn as all plaintiffs listed on the attached **Exhibit B.**  These plaintiffs have complied with Pre-Trial Order 28 or have enrolled in the settlement, thereby rendering the motion moot.

**IT IS FURTHER ORDERED** that the motion be and it hereby is withdrawn as all plaintiffs listed on the attached **Exhibit C.**  These plaintiffs have previously submitted Stipulations of Dismissal which have been filed with the Court.

**NEW ORLEANS, LOUISIANA,** this 2nd day of February, 2009.

_____
DISTRICT JUDGE

963393v.1

# EXHIBIT A

## CASES TO BE DISMISSED WITH
## PREJUDICE FOR FAILURE TO SUBMIT EXPERT REPORTS

| | | | | | |
|---|---|---|---|---|---|
| Miller Firm, LLC, The (PA) | Denison | Brenda | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| Miller Firm, LLC, The (PA) | Hopkins | Gladys | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| Miller Firm, LLC, The (PA) | Hunt | Linda | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| Miller Firm, LLC, The (PA) | Wordlaw | Valerie | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| Miller Firm, LLC, The (PA) | Hogan | Geneva | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| Miller Firm, LLC, The (PA) | Sparr | Raymond | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| Miller Firm, LLC, The (PA) | Nicholson | Thomas | | Allen, Vanessa v. Merck & Co. Inc. | 2:06-cv-05991-EEF-DEK |
| Miller Firm, LLC, The (PA) | Taylor | Delilah | | Bailey, Isolina v. Merck & Co., Inc. | 2:06-cv-05982-EEF-DEK |
| Miller Firm, LLC, The (PA) | Bonner | Brenda | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| Miller Firm, LLC, The (PA) | Gregg | Kay | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| Miller Firm, LLC, The (PA) | Haecker | Paul | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| Miller Firm, LLC, The (PA) | McDonald | Marva | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |

954220v.1

- 2 –

| | | | | | |
|---|---|---|---|---|---|
| Miller Firm, LLC, The (PA) | Smith | Billy | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| Miller Firm, LLC, The (PA) | Stafford | William Carl | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| Miller Firm, LLC, The (PA) | Webb | Daniel | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| Miller Firm, LLC, The (PA) | Burke | Jan | | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| Miller Firm, LLC, The (PA) | Bradshaw | Pat | | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| Miller Firm, LLC, The (PA) | Gonzalas | Raymond | | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| Miller Firm, LLC, The (PA) | Vann | Carol | | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| Miller Firm, LLC, The (PA) | Foshee | Jimmie | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |
| Miller Firm, LLC, The (PA) | Griffith | Rickey | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |
| Miller Firm, LLC, The (PA) | Mitchem | Robbin | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |
| Miller Firm, LLC, The (PA) | Ratliff | Connie | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |
| Miller Firm, LLC, The (PA) | Riester | Mary | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |
| Miller Firm, LLC, The (PA) | Smith | Willie | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984-EEF-DEK |
| Miller Firm, LLC, The (PA) | Busk | John Morgan | | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK |

954220v.1

- 3 –

| | | | | | |
|---|---|---|---|---|---|
| Miller Firm, LLC, The (PA) | Davis | Dale | | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994-EEF-DEK |
| Miller Firm, LLC, The (PA) | Hotchkiss | Pamela | | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994-EEF-DEK |
| Miller Firm, LLC, The (PA) | Gipson | Vivian | | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993-EEF-DEK |
| Miller Firm, LLC, The (PA) | Watson | Christine | | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993-EEF-DEK |
| Miller Firm, LLC, The (PA) | Ferguson | Bonnie | | Ferguson, Bonnie v. Merck & Co., Inc. | 2:07-cv-01827-EEF-DEK |
| Miller Firm, LLC, The (PA) | Sanders | Roxanne | | Gladden, Keith v. Merck & Co., Inc. | 2:06-cv-05996-EEF-DEK |
| Miller Firm, LLC, The (PA) | Leonard | Kathleen | | Hasbrouck, Charles v. Merck & Co., Inc. | 2:06-cv-05988-EEF-DEK |
| Miller Firm, LLC, The (PA) | Walker | Linda | | Lafay, Edward v. Merck & Co., Inc. | 2:06-cv-05998-EEF-DEK |
| Miller Firm, LLC, The (PA) | Lee | Victoria | | Russell, Celeste v. Merck & Co., Inc. | 2:06-cv-05986-EEF-DEK |
| Miller Firm, LLC, The (PA) | Jones | Carol Ann | | Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK |
| Miller Firm, LLC, The (PA) | Smith | Darrell E. | | Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK |
| Miller Firm, LLC, The (PA) | Sturgeon | Elmer | | Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK |
| Miller Firm, LLC, The (PA) | Thornton | John M. | | Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK |

# EXHIBIT B

## WITHDRAW MOTION AS MOOT SINCE
## PLAINTIFFS SUBMITTED REPORTS AND/OR ENROLLED

| | | | | | |
|---|---|---|---|---|---|
| Cory, Watson, Crowder & DeGaris | Albertson | Beverly | | Albertson, Beverly v. Merck & Co., Inc. | 2:06-cv-06236-EEF-DEK |
| Cory, Watson, Crowder & DeGaris | Fulton | Rebeka | | Fulton, Arthur v. Merck & Co., Inc. | 2:05-cv-00436-EEF-DEK |
| Cory, Watson, Crowder & DeGaris | Knifley | Thelma | B. | Knifley, Welby R. v. Merck & Co., Inc. | 2:05-cv-05635-EEF-DEK |
| Miller Firm, LLC, The (PA) | Lee | Victoria | | Russell, Celeste v. Merck & Co., Inc. | 2:06-cv-05986-EEF-DEK |

# EXHIBIT C

## WITHDRAW MOTION AS MOOT SINCE PLAINTIFFS' CASES ALREADY DISMISSED PURSUANT TO STIPULATION

| | | | | | |
|---|---|---|---|---|---|
| Miller Firm, LLC, The (PA) | Allen | Ivory | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| Miller Firm, LLC, The (PA) | Sweet | Maggie | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| Miller Firm, LLC, The (PA) | Sylvia | Ronald | | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK |
| Miller Firm, LLC, The (PA) | Hans | Robert | | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK |
| Miller Firm, LLC, The (PA) | Morrow | Sharon | | Alvarado, Martha v. Merck & Co., Inc. | 2:06-cv-05980-EEF-DEK |
| Miller Firm, LLC, The (PA) | Hurtibus | Linda | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| Miller Firm, LLC, The (PA) | Hutchins | Roger | | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK |
| Miller Firm, LLC, The (PA) | Okon | Bassey | | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| Miller Firm, LLC, The (PA) | Stevens | Howson | | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| Miller Firm, LLC, The (PA) | Miller | Fred | | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| Miller Firm, LLC, The (PA) | Brown | Mary Lou | | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK |
| Miller Firm, LLC, The (PA) | Nelson | Jeanette | | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK |

954276v.1

- 2 –

| Miller Firm, LLC, The (PA) | Damon | Mary    | | Damon, Mary v. Merck & Co., Inc.    | 2:06-cv-05993-EEF-DEK |
| Miller Firm, LLC, The (PA) | Evers | William | | Damon, Mary v. Merck & Co., Inc.    | 2:06-cv-05993-EEF-DEK |
| Miller Firm, LLC, The (PA) | Demers | Brian F. | | Russell, Celeste v. Merck & Co., Inc. | 2:06-cv-05986-EEF-DEK |

- 2 –

954276v.1