UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Rockell, et al. v. Merck & Co., Inc.,* No. 2:08-cv-00136 (as to David Rockell only) | * | KNOWLES |
| | * | |
| | * | |

****************************************************************************

## ORDER

The parties previously agreed that plaintiff David Rockell, who was deferred from Defendant Merck & Co., Inc.'s First Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 29, R. Doc. 16944, would be governed by the provisions of the Order the Court entered on Defendant Merck & Co., Inc.'s Fourth Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28.  This case came on for hearing on the 22nd day of January, 2009.  For the reasons orally assigned, the Court hereby rules as follows:

**IT IS ORDERED** that the claims of plaintiff David Rockell be and they hereby are dismissed with prejudice for failure to comply this Court's Order entered December 19, 2008 (R. Doc. 17513).  Pursuant to that Order, plaintiff's counsel was required to deliver a copy of Merck's motion to dismiss the plaintiff's claim with prejudice along with a copy of the December 19, 2008 Order; and plaintiffs intending to proceed with their claim were directed to notify the Curator by January 9, 2009 as to whether they intended to proceed with their claims and whether

962481v.1

they would be retaining new counsel or proceeding *pro se*.  In accordance with the Order, counsel delivered copies of Merck's motion and the Court's Order to him, but he did not notify the Curator as directed or otherwise comply with the Court's December 19, 2008 Order.  Thus, the above-listed claim is dismissed for failure of the plaintiff to comply with the Order or otherwise contact the Curator.

      NEW ORLEANS, LOUISIANA, this  2nd  day of    February   , 2009.

*[signature: Eldon E. Fallon]*

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

962481v.1