UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Bryant, et al. v. Merck & Co., Inc.,* No. 2:06-cv-1203 (as to Betty Howard and Mary Ivey only); | * | |
| | * | |
| *Connors, et al. v. Merck & Co., Inc.,* No. 2:06-cv-1190 (as to Darlene Loyd only); | * | |
| | * | |
| *Astrella, et al. v. Merck & Co., Inc.,* No. 2:06-cv-1173 (as to William J. Martin only); | * | |
| | * | |
| *Chase, et al. v. Merck & Co., Inc.,* No. 2:06-cv-1177 (as to Carmen Moreno and Jean A. Wittcop only); and | * | |
| | * | |
| *Adams, et al. v. Merck & Co., Inc.,* No. 2:06-cv-2200 (as to Elizabeth Ricks only) | * | |

*****************************************************************************

## ORDER

The parties previously agreed that the above-listed plaintiffs, who were deferred from Defendant Merck & Co., Inc.'s Second Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 16033, would be governed by the provisions of the Order the Court entered on Defendant Merck & Co., Inc.'s Fourth Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28. These cases came on for hearing on the 22nd day of January, 2009. For the reasons orally assigned, the Court hereby rules as follows:

962478v.1

**IT IS ORDERED** that the claims of plaintiffs Betsy Howard, Mary Ivey, Darlene Loyd, William J. Martin, Carmen Moreno, and Jean A. Wittcop be and they hereby are dismissed with prejudice for failure to comply this Court's Order entered December 19, 2008 (R. Doc. 1715). Pursuant to that Order, plaintiffs' counsel seeking to withdraw were required to deliver a copy of Merck's motion to dismiss the plaintiff's claim with prejudice along with a copy of the December 19, 2008 Order; and plaintiffs intending to proceed with their claim were directed to notify the Curator by January 9, 2009 as to whether they intended to proceed with their claims and whether they would be retaining new counsel or proceeding *pro se*. In accordance with the Order, counsel delivered copies of Merck's motion and the Court's Order to them, but none of the plaintiffs on the attached Exhibits notified the Curator as directed or otherwise complied with the Court's December 19, 2008 Order. Thus, the above-listed claims are dismissed for failure of the plaintiffs to comply with the Order or otherwise contact the Curator.

**IT IS FURTHER ORDERED** that the motion be and it hereby is deferred to the next monthly status conference, currently scheduled for February 10, 2009 at 2:00 p.m., as to plaintiff Elizabeth Ricks. In compliance with the December 19, 2008 Order, Ms. Ricks contacted the Curator to advise that she intended to proceed with her case. As set forth in the December 19, 2008 Order, her case specific expert report is due on or before January 31, 2009. Failure to submit the case specific expert reports may result in dismissal of her claims with prejudice at the February 10, 2009 hearing.

NEW ORLEANS, LOUISIANA, this 2nd day of February, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

962478v.1