UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ] | MDL Docket No. 1657 |
| | ] | |
| | ] | SECTION L |
| PRODUCTS LIABILITY LITIGATION | ] | |
| | ] | JUDGE FALLON |
| **This document relates to:** | ] | |
| Gwenever Wilson, 2:05-cv-1048 | ] | MAGISTRATE JUDGE KNOWLES |

### ORDER

Considering the Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Simon Passanante, PC is hereby withdrawn as Counsel of Record for Gwenever Wilson.

NEW ORLEANS, LOUISIANA, this 3rd day of February, 2009

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE