UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ] | MDL Docket No. 1657 |
| | ] | |
| | ] | SECTION L |
| PRODUCTS LIABILITY LITIGATION | ] | |
| | ] | JUDGE FALLON |
| **This document relates to:** | ] | |
| Leonard Jackson, 2:05-cv-1048 | ] | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Simon Passanante, PC is hereby withdrawn as Counsel of Record for Leonard Jackson.

NEW ORLEANS, LOUISIANA, this 3rd day of February , 2009

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE