# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® <br><br> **PRODUCTS LIABILITY LITIGATION** <br><br> **This document relates to:** <br><br> **ROGER PIERCE,** <br><br>　　**Plaintiff,** <br> vs. <br><br> **MERCK & COMPANY., INC.,** <br><br>　　**Defendant.** | **MDL DOCKET NO. 1657** <br> **SECTION L** <br><br> **JUDGE FALLON** <br><br> **MAG. JUDGE KNOWLES** <br><br> **Case Code Number: 1657** <br><br> **Case No.: 2:05-cv-05920** |

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED**, that The Mulligan Law Firm, are hereby withdrawn as Counsel of Record for Roger Pierce.

**NEW ORLEANS, LOUISIANA,** this the   4th   day of   February  , 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**ELDON E. FALLON**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**