IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | CIVIL ACTION |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | NO: 05-MD-1657 "L-3" |
| PERTAINS TO: | * | |
| (Re: 06-5552; Maureen Welch) | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. DANIEL E. KNOWLES, III |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Considering the above and foregoing Motion to Enroll Counsel of Record;

**IT IS HEREBY ORDERED THAT** *Ginger K. DeForest, Esq*., *501 S. Clearview Parkway, Suite 1, Metairie, Louisiana, 70001,* be enrolled as counsel of record for Maureen Welch, for purposes of this litigation.

New Orleans, Louisiana**,** signed this  5th  day of _____February_____, 2009.

_____
**J U D G E**