UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

MONTHLY STATUS CONFERENCE
FEBRUARY 10, 2009
<u>SUGGESTED AGENDA</u>

I. Settlement Agreement

II. Registration and Enrollment of Claims in the Settlement Program

III. Lien Administrator

IV. Special Master and Deputy Special Masters

V. State Court Trial Settings

VI. Class Actions

VII. Discovery Directed to Third Parties

VIII. State/Federal Coordination -- State Liaison Committee

IX. *Pro Se* Claimants

X. Merck's Motion for Summary Judgment

XI. Vioxx Suit Statistics

XII. PSC MDL Trial Package

XIII. Third Party Payor Cases

XIV. Motion to Dismiss Foreign Individual Cases

XV. Third Party Payors' Motion

XVI. 1199SEIU Greater New York Benefit Fund

XVII. Merck's Motion and Rule on PTO 28 Non-Compliance

XVIII. Decision Quest, Inc.

XIX. Fee Allocation Committee

XX. Motion for Reconsideration/Revision of Order Capping Contingent Fees

XXI. Merck's Motions and Rules on PTO 29 Non-Compliance

XXII. Next Status Conference