UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX PRODUCTS<br>          LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**MOTION FOR SCHEDULING ORDER CONCERNING PLAINTIFF LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS COMMON BENEFIT COUNSEL FEES AND REIMBURSEMENT OF EXPENSES**

COMES NOW, Plaintiffs counsel, The Miller Firm, LLC, in certain Vioxx cases and moves this honorable court for a scheduling order concerning Plaintiffs Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Counsel Fee's and Reimbursement of Expenses.

NOW INTO THE COURT, comes Michael J. Miller, of The Miller Firm, LLC who suggests to the court that the Plaintiffs Liaison's Counsel Motion for Awards of Plaintiffs Common Benefit Counsel Fees and Reimbursement of Expenses is a matter which consistent with basic notions of due process under the Federal Rules of Civil Procedure and relevant state law, need full and complete discovery before any resolution of the motions.

IN SUPPORT THEREOF, counsel submits the attached memorandum with accompanying affidavit and proposed order.

1

Respectfully submitted,

/s/ Michael J. Miller
MICHAEL J. MILLER
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
(540) 672-4224
(540) 672-3055
Attorneys for Vioxx claimants

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on January 22, 2009.

    Respectfully submitted,

    /s/ Michael J. Miller
    Michael J. Miller