

# The Miller Firm LLC
## TRIAL LAWYERS

Michael J. Miller – VA, MD, DC, PA
Christopher A. Gomez – PA, VA
Bruce D. Burtoff, M.D., J.D. – VA, DC, FL, MS
Peter A. Miller – VA
Michele A. DiMartino – PA, NJ
David C. Andersen – DC, CA
David J. Dickens – VA
Jeffrey Travers – VA
Charles W. Davis – VA
Preston G. Williams - VA

**The Sherman Building**
**108 Railroad Avenue**
**Orange, Virginia 22960**
Marcia DePalmo Swartz, R.N., MFS
Jennifer Miller, R.N.
Nancy Leftwich, R.N.
Website: doctoratlaw.com
Telephone: (540) 672-4224
(866) 529-3323
Facsimile: (540) 672-3055

*Of Counsel*
Nancy Guy Armstrong – MS

January 29, 2009

**VIA ELECTRONIC AND U.S. MAIL**

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

**In Re: Vioxx Products Liability Litigation, MDL Docket No. 1657**

Dear Mr. Davis:

I am writing to request that on behalf of the Plaintiffs Steering Committee you agree to allow discovery to go forward on behalf of the undersigned in reference to "Plaintiffs Liaison Counsel Motion for Award of Plaintiff Common Benefit Counsel Fee and Reimbursement of Expenses". Due to the extraordinary nature of the increase in legal fees requested by the Plaintiffs Steering Committee it is our desire to take the deposition of Mr. Herman, five other members of the plaintiff steering committee as well as submit interrogatories and request for admissions. If I do not hear from you by Monday, February 2, 2009 in agreement of this proposal, I will assume that you and the Plaintiffs Steering Committee oppose.

Respectfully submitted,

THE MILLER FIRM, LLC

Michael J. Miller

MJM:rmm