Subj: **RE: In Re: Vioxx Liability Litigation**
Date: 1/30/2009 4:16:41 P.M. Eastern Standard Time
From: LDAVIS@hhkc.com
To: RMayer@doctoratlaw.com
CC: Miller809@aol.com, flonger@lfsblaw.com, LFLEMMING@hhkc.com, andy.birchfield@beasleyallen.com, alevin@lfsblaw.com, bp@brettpowers.com, morellana@seegerweiss.com, SKibria@seegerweiss.com, cseeger@seegerweiss.com, cvtisi@aol.com, dbuchanan@seegerweiss.com, dranier@rgelaw.com, ecabraser@lchb.com, frank.woodson@beasleyallen.com, dmartin@gainsben.com, lee.balefsky@klinespe beachlawyer51@hotmail.com, mrobinson@rcrlaw.net, mwagner@seegerweiss.com, nparfitt@dc.ashcraftl mparf@aol.com, mweinkowitz@lfsblaw.com, leigh.odell@beasleyallen.com, pdoamaral@lchb.com, rarsenault@nbalawfirm.com, IMCEAEX-_O=HERMAN+20HERMAN+20KATZ+20+26+20COTLAR_ou=WORKGROUP_cn=Recipients_cn=rherma ssanford@sanfordpinedo.com, sherman@hhkc.com, tom.kline@klinespecter.com, lynne.mccloskey@kline trafferty@levinlaw.com, zvioxxarchive@hhkc.com, Eblizzard@blizzardlaw.com, LDAVIS@hhkc.com, pweitz@weitzlux.com, RHERMAN@hhkc.com, tgirardi@girardikeese.com, wml@lanierlawfirm.com

The PSC and fee allocation committee intend on addressing this matter with the court at the status conference on 2/10/09. The PSC and fee allocation committee believes a scheduling order is necessary for any discovery and that any such request is premature, if discovery is even necessary or appropriate at all.

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Rich Mayer [mailto:RMayer@doctoratlaw.com]
**Sent:** Thursday, January 29, 2009 2:47 PM
**To:** Lenny Davis
**Cc:** Miller809@aol.com
**Subject:** In Re: Vioxx Liability Litigation

Forwarded per Michael J. Miller