# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

## PROPOSED ORDER

Upon Motion for Scheduling Order concerning Plaintiff's Liaison Counsel's Motion for Award of Plaintiff's Common Benefit Counsel Fees and Reimbursement of Expenses and having considered various written submissions of the interested parties, IT IS HEREBY ORDERED:

**Discovery Schedule Relating to Request for Common Benefit Fees**

1. Written Discovery shall be completed by March 27, 2009.

2. Depositions of Plaintiff Steering Committee members and other common benefit attorneys shall be completed by May 1, 2009.

3. Objections to the Plaintiff Steering Committee's Request for Award of Plaintiff's Common Benefit Counsel Fees and Reimbursement of Expenses shall be filed by May 22, 2009.

The foregoing is now made the Order of the Court.

NEW ORLEANS, LOUISIANA, this _____, day of _____, 2009.

_____
JUDGE ELDON E. FALLON
United States District Court Judge