# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Lisa | First: L. | Middle: Sechelski |
| **Name of Law Firm** | Arnold & Itkin LLP | | |
| **Current Address** | Street: 1401 McKinney, Suite 2550 | | |
| | City: Houston | State: TX | Zip: 77010 | Country: Harris |
| **Telephone Number** | 713-222-3800 | **Facsimile** 713-222-3850 | **Email** lsechelski@arnolditkin.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Roger | First: | Middle: Benedict |
| **Plaintiff Address** | Street: 314 Louden Road, Box 132 | | |
| | City: Saratoga | State: NY | Zip: 12866 | Country: Saratoga |
| **Telephone Number** | 518-583-8963 | **Facsimile** | **Email** |
| **Case Caption** | Roger Benedict v. Merk & Co., Inc. | | |
| **Case Number** | CV-06-7168 | | |
| **Court Where Case is Pending** | United States District Court, Eastern District of Louisana | | |



#344083

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph I.B of PTO No. 36)

## C. COMPLIANCE WITH PTO NO. 36

☒ I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

☒ I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

a. The Motion to Withdraw;

b. A copy of PTO No. 36;

c. A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

## D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

Date Signed: 2/6/09 (Month/Day/Year)

_____
Counsel

#344083

2