STATE OF NEW YORK, COUNTY OF SARATOGA

> Anyone knowing the whereabouts of Roger Benedict, last known address, 314 Louden Road, Box 132, Saratoga, NY 12866, please contact Chris Alexander, Arnold & Itkin LLP, 1401 McKinney, Houston, TX 77010, 866-222-2606.
>
> 9/23, 24, 25, 3x/834460

ELAINE PEARSON BEING DULY SWORN, DEPOSES AND SAYS: THAT SHE THE PRINCIPLE CLERK OF THE SARATOGIAN, THE OFFICIAL NEWSPAPER THAT THE FORGOING LEGAL ADVERTISING WAS PUBLISHED IN SAID NEWSPAPER ON

_September 23 24 + 25 2008_

SUBSCRIBED AND SWORN TO BEFORE ME:

_Elaine Pearson_

THIS 30th DAY OF September, 2008

_Linda M Harsha_
NOTARY

LINDA M. HARSHA
Notary Public, State of New York
No. 01HA6075930
Qualified in Saratoga County
Commission Expires 6/10/2010

EXHIBIT B