UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx Products Liability Litigation | * * * | MDL No. 05-1657 |
| This Document Relates To: | * * | JUDGE FALLON |
| *Raquel Rebecca Sanchez, Stella Sanchez and Leonel Sanchez, Individually and as Surviving Heirs of The Estate of their Mother, Estella Sanchez* | * * * * * | MAGISTRATE JUDGE KNOWLES<br><br>CIVIL ACTION NO. 2:05-cv-2264 |
| v. | * * | |
| Merck & Co., Inc., et al. | * | |

*Only with regard to:*

**Leonel Sanchez**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Leonel Sanchez and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc., and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE

964981v.1