UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx<br>Products Liability Litigation | * * * | MDL No. 05-1657 |
| This Document Relates To: | * * | JUDGE FALLON |
| *Beverly Keeney and David Keeney*<br>v.<br>*Merck & Co., Inc., et al.* | * * * * * * * | MAGISTRATE JUDGE<br>KNOWLES<br><br>CIVIL ACTION NO. 2:06-cv-0209 |
| *Only with regard to:* | * * | |
| **David Keeney** | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff David Keeney and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc., and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this \_\_\_\_ day of _____, 2009.

_____
DISTRICT JUDGE

964981v.1