HUGHES HUBBARD & REED LLP
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220

Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Penny S. Beyer, Tim Beyer, and Kristine Beyer,*<br><br>v.<br><br>*Merck & Co., Inc.*<br><br>**Only with regard to:**<br><br>**Kristine Beyer** | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-05831<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS, AS TO PLAINTIFF KRISTINE BEYER, ONLY** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff Kristine Beyer against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____     _____
Timothy J. Young                     Phillip A. Wittmann
Robert J. Young, Jr.                 Dorothy H. Wimberly
The Young Firm                       546 Carondelet Street
400 Poydras Street, Suite 2090       New Orleans, Louisiana 70130
New Orleans, Louisiana 70130         (504) 581-3200
(504) 680-4100

*Counsel for Plaintiffs*              *Counsel for Defendant Merck & Co., Inc*

Dated: 1/27/09                        Dated: 2/9/09

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing *Stipulation of Dismissal With Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th of February 2009.

                                                */s/ Dorothy H. Wimberly*
                                                Dorothy H. Wimberly, 18509
                                                STONE PIGMAN WALTHER
                                                WITTMANN L.L.C.
                                                546 Carondelet Street
                                                New Orleans, Louisiana 70130
                                                Phone: 504-581-3200
                                                Fax:    504-581-3361
                                                dwimberly@stonepigman.com

                                                Defendants' Liaison Counsel