DONALD J. WINDER, #3519
JERALD V. HALE, #8466
WINDER & COUNSEL, PC
175 WEST 200 SOUTH, SUITE 4000
SALT LAKE CITY, UT 83110-2668
Phone: (801) 322-2222
Facsimile: (801) 322-2282

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT K. ITO,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & COMPANY, INC.,<br><br>Defendant. | **STATEMENT OF NOTICE TO PRESERVE PLAINTIFF'S MEDICAL AND PHARMACY RECORDS**<br><br>MDL Docket No. 1657<br><br>Section L<br><br>Judge: Eldon E. Fallon<br><br>Magistrate Judge: Knowles |

Plaintiff, Robert K. Ito, by and through counsel, and pursuant to Pre-trial Order No. 29, hereby submits this statement listing the names and addresses of all individuals and entities to which notices were sent regarding the preservation of evidence. The following were sent notices via certified mail. Copies of the Notices are attached as Exhibit "A" and incorporated by reference.

Ilex Oncology
Compassionate Care Department
4545 Horizon Hill
San Antonio, TX 78229

1

Dr. Richard Herold, M.D.
6028 South Ridgeline Road, Ste. 204
South Ogden, UT 84405-6904

Express Scripts
PO Box 52127
Phoenix, AZ 85072-2127

Merck-Medco Rx Services
4865 Dixie Highway
Fairfield, OH 45014

Valu Drug
1080 West 300 North
Clearfield, UT 84015

Northern Physical Therapy Services, Inc.
1221 East 5800 South
Ogden, UT 84405-4939

Rocky Mountain Home Care
523 West Heritage Park Blvd.
Layton, UT 84040

Lakeview Hospital
ATTN: Patient Records Department
630 East Medical Drive
Layton, UT 84010

Ogden Regional Medical Center
ATTN: Health Information Management Department
5475 South 500 East
Ogden, UT 84405

Dr. Shelby Dames, M.D.
4403 Harrison Blvd., Ste. 3650
Ogden, UT 84403

Dr. Mark Ballif, M.D.
4360 Washington Blvd.
South Ogden, UT 84403

Dr. John Edwards, M.D.
1551 South Renaissance Drive, Ste. 400
Bountiful, UT 84010

Dr. Joseph Anderson, M.D.
5405 South 500 East, Ste 204
Washington Terrace, UT 84405-7420

Ogden Clinic
4650 South Harrison Blvd.
Ogden, UT 84403

Dr. Brewer, M.D.
Ogden Clinic
4650 South Harrison Blvd.
Ogden, UT 84403

Dr. John Lyons, M.D.
Ogden Clinic
4650 South Harrison Blvd.
Ogden, UT 84403

Dr. Paul Southwick, M.D.
Ogden Clinic
4650 South Harrison Blvd.
Ogden, UT 84403

Dr. William Ashworth, M.D.
Ogden Clinic
4650 South Harrison Blvd.
Ogden, UT 84403

Dr. Gregory Almony, M.D.
6028 South Ridgeline Road, Ste. 204
South Ogden, UT 84405-6904

DATED this 3rd day of February 2009.

WINDER & COUNSEL, PC


/s/ Jerald V. Hale
DONALD J. WINDER, #3519
JERALD V. HALE, #8466
*Attorneys for Plaintiff*

**CERTIFICATE OF COMPLIANCE**

Plaintiff, by and through counsel, hereby certifies that on the 3rd day of February 2009, Notices to Preserve Medical Records of Plaintiff Robert K. Ito were sent by certified mail to the above listed medical providers, facilities and pharmacies pursuant to Pre-trial Order No. 29.

/s/ Jerald V. Hale

**CERTIFICATE OF SERVICE**

I hereby certify that the above STATEMENT OF NOTICE TO PRESERVE PLAINTIFF'S MEDICAL AND PHARMACY RECORDS has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 10th day of February, 2009.

/s/ Jerald V. Hale
Jerald V. Hale, Utah Bar #8466

Winder & Counsel, PC

175 West 200 South, Suite 4000

Salt Lake City, UT 83110-2668

Phone: (801) 322-2222

Facsimile: (801) 322-2282
jhale@winderfirm.com