# Exhibit A

# WINDER & COUNSEL PC
### BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale*
Lance F. Sorenson**

Of Counsel
Robert K. Rothfeder, M.D.

*Also admitted in Arizona
**Also admitted in California

February 3, 2009

*VIA Certified Mail*

Dr. Brewer, M.D.
Ogden Clinic
4650 South Harrison Blvd.
Ogden, UT 84403

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider–that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure



# WINDER & COUNSEL PC
### BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale*
Lance F. Sorenson**

Of Counsel
Robert K. Rothfeder, M.D.

*Also admitted in Arizona
**Also admitted in California

February 3, 2009

*VIA Certified Mail*

Ogden Clinic
4650 South Harrison Blvd.
Ogden, UT 84403

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider–that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure



Member, International Society of Primerus Law Firms • Best's Directory of Recommended Insurance Attorneys • Bar Register of Preeminent Lawyers

# WINDER & COUNSEL PC
## BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale*
Lance F. Sorenson**

Of Counsel
Robert K. Rothfeder, M.D.

*Also admitted in Arizona
**Also admitted in California

February 3, 2009

*VIA Certified Mail*

Dr. Joseph Anderson, M.D.
5405 South 500 East, Ste 204
Washington Terrace, UT 84405-7420

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider–that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure



Member, International Society of Primerus Law Firms • Best's Directory of Recommended Insurance Attorneys • Bar Register of Preeminent Lawyers

# WINDER & COUNSEL PC
## BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale*
Lance F. Sorenson**

Of Counsel
Robert K. Rothfeder, M.D.

*Also admitted in Arizona
**Also admitted in California

February 3, 2009

*VIA Certified Mail*

Dr. John Edwards, M.D.
1551 South Renaissance Drive, Ste. 400
Bountiful, UT 84010

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider–that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure



# WINDER & COUNSEL PC
## BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale\*
Lance F. Sorenson\*\*

———————

Of Counsel
Robert K. Rothfeder, M.D.

———————

\*Also admitted in Arizona
\*\*Also admitted in California

February 3, 2009

*VIA Certified Mail*

Dr. Mark Ballif, M.D.
4360 Washington Blvd.
South Ogden, UT 84403

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider–that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure



# WINDER & COUNSEL PC
## BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale*
Lance F. Sorenson**

Of Counsel
Robert K. Rothfeder, M.D.

*Also admitted in Arizona
**Also admitted in California

February 3, 2009

*VIA Certified Mail*

Dr. Shelby Dames, M.D.
4403 Harrison Blvd., Ste. 3650
Ogden, UT 84403

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider–that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure



# WINDER & COUNSEL PC
## BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale*
Lance F. Sorenson**

Of Counsel
Robert K. Rothfeder, M.D.

*Also admitted in Arizona
**Also admitted in California

February 3, 2009

*VIA Certified Mail*

Ogden Regional Medical Center
ATTN: Health Information Management Department
5475 South 500 East
Ogden, UT 84405

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider—that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure



# Winder & Counsel PC
## BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale*
Lance F. Sorenson**

Of Counsel
Robert K. Rothfeder, M.D.

*Also admitted in Arizona
**Also admitted in California

February 3, 2009

*VIA Certified Mail*

Lakeview Hospital
ATTN: Patient Records Department
630 East Medical Drive
Layton, UT 84010

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider–that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure



# WINDER & COUNSEL PC
### BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale*
Lance F. Sorenson**

Of Counsel
Robert K. Rothfeder, M.D.

*Also admitted in Arizona
**Also admitted in California

February 3, 2009

*VIA Certified Mail*

Rocky Mountain Home Care
523 West Heritage Park Blvd.
Layton, UT 84040

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider–that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure



# WINDER & COUNSEL PC
## BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale*
Lance F. Sorenson**

Of Counsel
Robert K. Rothfeder, M.D.

*Also admitted in Arizona
**Also admitted in California

February 3, 2009

*VIA Certified Mail*

Northern Physical Therapy Services, Inc.
1221 East 5800 South
Ogden, UT 84405-4939

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider—that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure



# WINDER & COUNSEL PC
## BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale*
Lance F. Sorenson**
———————
Of Counsel
Robert K. Rothfeder, M.D.
———————
*Also admitted in Arizona
**Also admitted in California

February 3, 2009

*VIA Certified Mail*

Valu Drug
1080 West 300 North
Clearfield, UT 84015

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider—that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure



# WINDER & COUNSEL PC
## BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale*
Lance F. Sorenson**

———————

Of Counsel
Robert K. Rothfeder, M.D.

———————

*Also admitted in Arizona
**Also admitted in California

February 3, 2009

*VIA Certified Mail*

Merck-Medco Rx Services
4865 Dixie Highway
Fairfield, OH 45014

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider—that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure



# WINDER & COUNSEL PC
## BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale*
Lance F. Sorenson**

———————

Of Counsel
Robert K. Rothfeder, M.D.

———————

*Also admitted in Arizona
**Also admitted in California

February 3, 2009

*VIA Certified Mail*

Express Scripts
PO Box 52127
Phoenix, AZ 85072-2127

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider—that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure



# WINDER & COUNSEL PC
### BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale*
Lance F. Sorenson**

―――――――――

Of Counsel
Robert K. Rothfeder, M.D.

―――――――――

*Also admitted in Arizona
**Also admitted in California

February 3, 2009

*VIA Certified Mail*

CareMark
PO Box 659574
San Antonio, TX 78265-9574

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider–that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure



Member, International Society of Primerus Law Firms • Best's Directory of Recommended Insurance Attorneys • Bar Register of Preeminent Lawyers

# WINDER & COUNSEL PC
## BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale*
Lance F. Sorenson**

Of Counsel
Robert K. Rothfeder, M.D.

*Also admitted in Arizona
**Also admitted in California

February 3, 2009

*VIA Certified Mail*

Ilex Oncology
Compassionate Care Department
4545 Horizon Hill
San Antonio, TX 78265-9574

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider–that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure



# WINDER & COUNSEL PC
### BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale*
Lance F. Sorenson**

Of Counsel
Robert K. Rothfeder, M.D.

*Also admitted in Arizona
**Also admitted in California

February 3, 2009

*VIA Certified Mail*

Dr. Paul Southwick, M.D.
Ogden Clinic
4650 South Harrison Blvd.
Ogden, UT 84403

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider—that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure



# WINDER & COUNSEL PC
## BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale*
Lance F. Sorenson**

Of Counsel
Robert K. Rothfeder, M.D.

*Also admitted in Arizona
**Also admitted in California

February 3, 2009

*VIA Certified Mail*

Dr. Richard Herold, M.D.
6028 South Ridgeline Road, Ste. 204
South Ogden, UT 84405-6904

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider—that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure



Member, International Society of Primerus Law Firms • Best's Directory of Recommended Insurance Attorneys • Bar Register of Preeminent Lawyers

# WINDER & COUNSEL PC
### BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale*
Lance F. Sorenson**

Of Counsel
Robert K. Rothfeder, M.D.

*Also admitted in Arizona
**Also admitted in California

February 3, 2009

*VIA Certified Mail*

Dr. Gregory Almony, M.D.
6028 South Ridgeline Road, Ste. 204
South Ogden, UT 84405-6904

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider–that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure



# WINDER & COUNSEL PC

## BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale*
Lance F. Sorenson**

Of Counsel
Robert K. Rothfeder, M.D.

*Also admitted in Arizona
**Also admitted in California

February 3, 2009

*VIA Certified Mail*

Dr. William Ashworth, M.D.
Ogden Clinic
4650 South Harrison Blvd.
Ogden, UT 84403

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider–that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure



Member, International Society of Primerus Law Firms • Best's Directory of Recommended Insurance Attorneys • Bar Register of Preeminent Lawyers

# WINDER & COUNSEL PC
## BUSINESS AND TRIAL ATTORNEYS

Suite 4000
175 West 200 South
PO Box 2668
Salt Lake City, Utah 84110-2668
801 322-2222/phone
801 322-2282/fax
www.winderfirm.com

Donald J. Winder
John W. Holt
Linette B. Hutton, R.N.
Jerald V. Hale*
Lance F. Sorenson**

Of Counsel
Robert K. Rothfeder, M.D.

*Also admitted in Arizona
**Also admitted in California

February 3, 2009

*VIA Certified Mail*

Dr. John Lyons, M.D.
Ogden Clinic
4650 South Harrison Blvd.
Ogden, UT 84403

*Re: Medical and Pharmacy Records of Robert K. Ito*

To Whom It May Concern:

My client Robert K. Ito, date of birth 4/24/1947, has filed a lawsuit against the pharmaceutical company Merck & Company, Inc. based on injury allegedly received as a result of Mr. Ito's use of the Merck drug, VIOXX. The case is currently before a Multi District Litigation ("MDL") court under the direction of Judge Eldon E. Fallon in the United States District Court for the Eastern District of Louisiana.

Judge Fallon has issued a Pre-Trial Order requiring me to inform you—as a pharmacy, physician medical facility or healthcare provider–that you may have records relevant to Mr. Ito's claims in this MDL proceeding. Further, any records relating to Mr. Ito must be preserved pursuant to Pretrial Order No. 1 entered by the court on February 17, 2005, pending collection by Mr. Ito.

The scope of the records retention requirement is described in the court's Pre-Trial Order No. 1 (Paragraph 13-Preservation of Evidence), a copy of which is attached for your reference.

Sincerely yours,

Jerald V. Hale
JVH/jer/er

Enclosure

