UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to ALL CASES* | MDL Docket NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLE |

### ORDER APPROVING THE ESTABLISHMENT OF THE 468B QUALIFIED SETTLEMENT FUND AND APPROVING FUND ADMINISTRATOR

The Court having considered the PSC's Motion to Establish the 468B Qualified Settlement Funds, pursuant to Internal Revenue Code §468B and Income Treasury Regulations §§1.468B-1 *et seq.* and any opposition thereto, **IT IS** hereby **ORDERED** that the PSC's *Motion* is **GRANTED**, as follows:

**IT IS HEREBY ORDERED** that:

1) the Escrow Fund including both the MI and IS Fund (hereinafter "Escrow Fund") established at US Bancorp with a initial deposit of $500 million by Merck on August 7, 2008, and the *Vioxx 468 Holding Settlement Sub-Fund,* as submitted to the Court as Exhibit "A", is a Qualified Settlement Fund, pursuant to Section 468B of the Internal Revenue Code of 1986, as amended and Treasury Regulations§1.468B-1, *et seq.* (to be known as the *Vioxx 468B Escrow Settlement Fund*);

2) US Bancorp is hereby appointed as Fund Administrator of the *Vioxx 468B Escrow Settlement Fund*; and,

3) The Court retains continuing jurisdiction over both the *Vioxx 468B Escrow Settlement Fund* and the *Vioxx 468B Holding Settlement Sub-Fund,* and over the Fund Administrator.

New Orleans, Louisiana, this 10th day of February, 2009.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge