UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Janette D. Childers and James E.* | * | MAGISTRATE JUDGE |
| *Childers, Sr.* | * | KNOWLES |
| | * | |
| *v.* | * | CIVIL ACTION NO. 2:05-cv-4286 |
| | * | |
| *Merck & Co., Inc.* | * | |
| | * | |
| **Only with Regard to:** | * | |
| | * | |
| James E. Childers, Sr. | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs James E. Childers, Sr. and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE

962389v.1