UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx<br>Products Liability Litigation | * * * | MDL No. 05-1657 |
| This Document Relates To: | * * | JUDGE FALLON |
| *Robin Gifford and Gordon Gifford* | * * | MAGISTRATE JUDGE<br>KNOWLES |
| v. | * * | CIVIL ACTION NO. 2:05-cv-4286 |
| *Merck & Co., Inc.* | * * | |
| **Only with Regard to:** | * * | |
| **Gordon Gifford** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Gordon Gifford and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.

_____
DISTRICT JUDGE

962389v.1