UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | SECTION L<br>MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Batt, Flossie, et al. v. Merck & Co., Inc.<br>Civil Action No: 2:05-cv-05139-EEF-DEK<br><br>"And only regarding Doyle Crabdree" | JUDGE FALLON<br>MAG. JUDGE KNOWLES<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

**RESPONSE TO ORDER TO SHOW CAUSE
WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE**

Comes now, Schlichter, Bogard & Denton, with its Response to Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice that was filed on Lexis Nexis File & Serve on February 3, 2009. Plaintiff Crabdree was notified February 21, 2008 that his case was not eligible and that we were going to file an Order to Dismiss With Prejudice. Plaintiff's Counsel filed an Order of Dismiss With Prejudice in Victor Wright, et al. v. Merck & Co., Inc., Civil Action No: 2:06-cv-9371-EEF-DEK on April 3, 2008 (Exhibit 1). Plaintiff should have also been dismissed from Batt, Flossie v. Merck & Co., Inc., Civil Action No: 2:05-cv-05139-EEF-DEK (Exhibit 2).

SCHLICHTER, BOGARD & DENTON

_____
Roger C. Denton # 30292 (MO Bar)
100 South Fourth Street, Suite 900
St. Louis, Missouri 63102
314-621-6115
314-621-7151 (fax)
rdenton@uselaws.como

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response to Order to Show Cause Why Case Should not be Dismissed with Prejudice and Proposed Order of Dismissal With Prejudice has been served on Court and all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Court Order filed on February 3, 2009, on this 3 day of February, 2009.

Roger C. Denton # 30292 (MO Bar)
100 South Fourth Street, Suite 900
St. Louis, Missouri 63102
314-621-6115
314-621-7151 (fax)
rdenton@uselaws.como

COUNSEL FOR PLAINTIFF



Apr 3 2008
3:59PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | SECTION L<br>MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Victor Wright, et al. v. Merck & Co., Inc.<br>Civil Action No: 2:06-cv-9371-EEF-DEK<br><br>"And only regarding " Doyle Crabdree" | JUDGE FALLON<br>MAG. JUDGE KNOWLES<br><br>MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice, IT IS ORDERED, that all of claims of the Plaintiff, **Doyle Crabdree**, listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 2nd day of ___April___, 2008

_____
DISTRICT JUDGE

EXHIBIT
1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | SECTION L<br>MDL Docket No. 1657 |
| THIS RELATES TO:<br>Batt, Flossie, et al. v. Merck & Co., Inc.<br>Civil Action No: 2:05-cv-05139-EEF-DEK<br>"And only regarding " Doyle Crabdree" | JUDGE FALLON<br>MAG. JUDGE KNOWLES<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice, IT IS ORDERED, that all of claims of the Plaintiff, Doyle Crabdree, listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2009.


_____
DISTRICT JUDGE



EXHIBIT
2