Donald J. Winder (#3519)
Jerald V. Hale (8466)
**WINDER & COUNSEL, P.C.**
175 West 200 South, Suite 4000
P. O. Box 2668
Salt Lake City, UT 84110-2668
Telephone: (801) 322-2222
Facsimile (801) 322-2282

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT K. ITO, | : | **CERTIFICATE OF SERVICE FOR PLAINTIFF ITO'S ANSWERS TO DEFENDANT MERCK & CO., INC.'S FIRST INTERROGATORIES** |
| Plaintiff, | : | |
| vs. | : | |
| | | MDL Docket No. 1657 |
| MERCK & COMPANY, INC., | : | |
| | | Section L |
| Defendant. | : | |
| | | Judge Eldon E. Fallon |
| | : | |
| | | Magistrate Judge: Knowles |

Plaintiff Robert K. Ito, by and through counsel, hereby certifies that a true and correct copy of Plaintiff Ito's Answers to Defendant Merck & Co., Inc.'s First Interrogatories has been serve don Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(b), and that this Certificate of Service was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures

established in MDL 1657 on this 11th day of February, 2009.

            /s/ Jerald V. Hale

           Jerald V. Hale, Utah Bar # 8466

           Winder & Counsel, PC

           175 W. 200 S., #4000

           Salt Lake City, UT 84101-2668

           Phone: (801) 322-2222

           Facsimile: (801) 322-2282
           jhale@winderfirm.com