UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| This document relates to: | * |
| | *   MAGISTRATE JUDGE |
| *Donna Allen, et al. v. Merck & Co., Inc.*, No. 05-4435 | *   KNOWLES |

*Donna Allen, et al. v. Merck & Co., Inc.*, No. 05-4435 *(only as to Kim Bailey, Arbell Burton, Ardessa Carr, Ursula Grant, Yvonne Hills, Bobbie Jones, Dolores Lange, James Love, Johnnie Mixon, Lucretia Porter, Maryjane Roy Garrick, Beverly Slensker, Sarah Smith, Dewayne Spriggs, Sheryl Stelly, and Theresa Swanson);*

*Clarence Abrams, et al. v. Merck & Co., Inc.*, No. 05-5204 *(only as to Cheabert Baker, Linda Blanchard, Timothy Crawford, Lorine Crowell, Shirley Dillon, Queen Victoria Harrell, Carmel Howard, Ida Lazure, Larry Lewis, Elda Annie Naquin, Judy Price, Frankie W. Smith, Jerry Otis Thompson, Herman Warren and Catherine Young); and,*

*Janet D. Roderick v. Merck & Co., Inc.*, No. 05-6573 *(Janet D. Roderick)*

*****************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion for an Order to Show Cause Why Cases Should Not Be Dismissed Without Prejudice, R. Doc. 16153, originally came on for hearing on the 10th day of October, 2008. At that time, the Court deferred the motion as to all plaintiffs on Exhibit D pending expiration of the time periods provided for under Pre-Trial Order 36, to be reset at the request of Merck. After the applicable time periods elapsed, the Court ordered that the motion be heard on December 19, 2008, R. Doc. 17304.

964432v.1

The motion came on for hearing on the 19th day of December, 2008. For the reasons orally assigned, the Court entered judgment as follows:

IT IS ORDERED that the motion be and it hereby is withdrawn without prejudice as to plaintiff Janet Roderick, 05-6573. At the time the motion was filed, plaintiff's counsel had withdrawn. Therefore, service on that counsel was ineffective. The plaintiff will be included on a future motion.

IT IS FURTHER ORDERED that the motion be and it hereby is withdrawn as to plaintiff Sarah Smith, 05-5204. Ms. Smith has enrolled in the Vioxx Settlement Program.

IT IS FURTHER ORDERED that the motion be and it hereby is granted and all claims of plaintiffs Kim Bailey, Arbell Burton, Ardessa Carr, Ursula Grant, Yvonne Hills, Bobbie Jones, Dolores Lange, James Love, Johnnie Mixon, Lucretia Porter, Maryjane Roy Garrick, Beverly Slensker, Dewayne Spriggs, Sheryl Stelly, Theresa Swanson, Cheabert Baker, Linda Blanchard, Timothy Crawford, Lorine Crowell, Shirley Dillon, Queen Victoria Harrell, Carmel Howard, Ida Lazure, Larry Lewis, Elda Annie Naquin, Judy Price, Frankie W. Smith, Jerry Otis Thompson, Herman Warren and Catherine Young be and they hereby are dismissed without prejudice.

NEW ORLEANS, LOUISIANA, this 11th day of February, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

964432v.1