UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation | MDL No. 05-1657 |
| This Document Relates To: | JUDGE FALLON |
| *James Richardson, Sr., Individually and on behalf of the Estate of Barbara Richardson* | MAGISTRATE JUDGE KNOWLES |
| | CIVIL ACTION NO. 2:07-cv-6062 |
| v. | |
| *Merck & Co., Inc.* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff James Richardson, Sr., Individually and on behalf of the Estate of Barbara Richardson Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.

_____
DISTRICT JUDGE

962389v.1