# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Twanna Moss, Alfred Moss, and Alfred* | * | MAGISTRATE JUDGE |
| *Moss, III* | * | KNOWLES |
| | * | |
| v. | * | CIVIL ACTION NO. 2:05-cv-4280 |
| | * | |
| *Merck & Co., Inc., et al.* | * | |

Only with regard to:

Alfred Moss and Alfred Moss III

*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Alfred Moss & Alfred Moss III and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc., and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 10th day of February, 2009.

_____
DISTRICT JUDGE

964981v.1