UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx Products Liability Litigation | * * * | MDL No. 05-1657 |
| This Document Relates To: | * * | JUDGE FALLON |
| *Gary L. Decker* | * * | MAGISTRATE JUDGE KNOWLES |
| v. | * * | CIVIL ACTION NO. 2:06-cv-6547 |
| *Merck & Co., Inc., et al.* | * | |

*******************************

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Gary Decker Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc., and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 10th day of February, 2009.

*Eldon E. Fallon*
DISTRICT JUDGE

964981v.1