UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Penny S. Beyer, Tim Beyer, and* | * | MAGISTRATE JUDGE |
| *Kristine Beyer* | * | KNOWLES |
| | * | |
| v. | * | CIVIL ACTION NO. 2:06-cv-5831 |
| | * | |
| *Merck & Co., Inc., et al.* | * | |
| | * | |
| *Only with regard to:* | * | |
| | * | |
| *Kristine Beyer* | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Kristine Beyer and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc., and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 10th day of February, 2009.

_____
DISTRICT JUDGE

964981v.1