# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Anderson, et al. v. Merck & Co., Inc.*, No. 06-4050 (only as | * | KNOWLES |
| to Gwendolyn Laymon, Doris Miller, Carol Robertson, | * | |
| Dollie Skinner, Kimberly Taylor, and Lloyd Williams); | * | |
| | * | |
| *Banks, et al. v. Merck & Co., Inc.*, No. 07-3019 (only as to | * | |
| Gary Allen Guy and Lloyd Johnson); | * | |
| | * | |
| *Crenshaw v. Merck & Co., Inc.*, 06-2085 (Doris Crenshaw); | * | |
| | * | |
| *Gulledge, et al. v. Merck & Co., Inc.*, No. 05-1036 (only as | * | |
| to JoAnn Atkins); | * | |
| | * | |
| *Hicks, et al. v. Merck & Co., Inc.*, No. 05-1048 (only as to | * | |
| Leonard Jackson); | * | |
| | * | |
| *Johnson v. Merck & Co., Inc.* No. 05-4031 (Curtis Johnson); | * | |
| | * | |
| *Oller, et al. v. Merck & Co., Inc.*, No. 05-1102 (only as to | * | |
| Michael Fischer and Jan Hammon); | * | |
| | * | |
| *Wilshusen, et al. v. Merck & Co., Inc.*, No. 05-1055 (only as | * | |
| to Gwenever Wilson); and, | * | |
| | * | |
| *Wiser, et al. v. Merck & Co., Inc.*, No. 05-1545 (Leontine L. | * | |
| Silvers) | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Defendant Merck & Co., Inc.'s Fourth Cross Motion, Rule and Incorporated

Memorandum to Show Cause Why Cases Should Not Be Dismissed for Failure Prosecute, R.

964434v.1

Doc. 17136, came on for hearing on the 19th day of December, 2008. For the reasons orally assigned, the Court entered judgment as follows:

IT IS ORDERED that the claims of plaintiffs Gwendolyn Laymon, Doris Miller, Carol Robertson, Dollie Skinner, Kimberly Taylor, and Lloyd Williams be and they hereby are dismissed without prejudice.

IT IS FURTHER ORDERED that the claims of plaintiffs Gary Allen Guy, Lloyd Johnson, Doris Crenshaw, JoAnn Atkins, Leonard Jackson, Curtis Johnson, Michael Fischer, Jan Hammon, Gwenever Wilson, and Leontine L. Silvers be and they hereby are dismissed with prejudice.

NEW ORLEANS, LOUISIANA, this 11th day of February, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

964434v.1