## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs listed on Exhibits 1-3 | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

*************************************************************************

## ORDER

Matters remaining on Defendant Merck & Co., Inc.'s Second Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 16033, came on for hearing on the 19th day of December, 2008. For the reasons orally assigned, the Court hereby rules as follows:

IT IS ORDERED that the motion is withdrawn as to all plaintiffs on Exhibit 1.

IT IS FURTHER ORDERED that the claims of all plaintiffs on Exhibit 2 be and they hereby are dismissed with prejudice.

IT IS FURTHER ORDERED that the motion is deferred as to the plaintiffs on Exhibit 3 until March 5, 2009 at 9:00 a.m.

NEW ORLEANS, LOUISIANA, this 11th day of ___February___, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

964443v.1

# **EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Dunn | Kris | A. | Adair, Wilma v. Merck & Co., Inc. | 2:06-cv-10159-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Gallegos | Joe | | Barrell, Patricia v. Merck & Co., Inc. | 2:06-cv-10175-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Duke | Joyce | | Bronson, Vern v. Merck & Co., Inc. | 2:06-cv-10157-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Pazicni | Cheryl | Ann | Bronson, Vern v. Merck & Co., Inc. | 2:06-cv-10157-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Sullivant | Tresa | | Bronson, Vern v. Merck & Co., Inc. | 2:06-cv-10157-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Burr | Virginia | R. | Burr, Virginia R. v. Merck & Co., Inc. | 2:06-cv-09721-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Richmond | Donna | B. | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Anderson | Brenda | | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Brookstone | Jennifer | | Gray, Meridith v. Merck & Co., Inc. | 2:06-cv-10156-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Hanners | Tina | | Hanners, Tina v. Merck & Co., Inc. | 2:06-cv-10154-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Knight | James | | Hanners, Tina v. Merck & Co., Inc. | 2:06-cv-10154-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Lee | Robert | | Laws, Iva v. Merck & Co., Inc. | 3:06-cv-10174-EEF-DEK |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Lewis | Selma | | Laws, Iva v. Merck & Co., Inc. | 3:06-cv-10174-EEF-DEK |

- 2 –

| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Wheaton | Rosie | L. | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK |
|---|---|---|---|---|---|
| Levin Fishbein Sedran & Berman | Ada-Lindsey | Janice | | Ada Lindsey, Janice v. Merck & Co., Inc. | 2:05-cv-05867-EEF-DEK |

- 2 –

964445v.1

# EXHIBIT 2

| | | | | | |
|---|---|---|---|---|---|
| Douglas & London, PC | Douglass | Roberta | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| Douglas & London, PC | Fowler | Wardrey | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| Douglas & London, PC | Lanier | Alfred | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| Douglas & London, PC | Pennington | Judie | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| Douglas & London, PC | Delacruz | Maria | | Cruz, Maria D. v. Merck & Co., Inc. | 2:07-cv-07516-EEF-DEK |
| Douglas & London, PC | Degraw | William | | Degraw, William v. Merck & Co., Inc. | 2:08-cv-00308-EEF-DEK |
| Douglas & London, PC | Lai | Tai Man | | Lai, Tai M. v. Merck & Co., Inc. | 2:07-cv-08077-EEF-DEK |
| Douglas & London, PC | Mott | Donald | | Mott, Donald v. Merck & Co., Inc. | 2:07-cv-01398-EEF-DEK |
| Douglas & London, PC | Thompson | Catherine | | Mott, Donald v. Merck & Co., Inc. | 2:07-cv-01398-EEF-DEK |

# **EXHIBIT 3**

| Firm | Last | First | | Case | Docket |
|---|---|---|---|---|---|
| Douglas & London, PC | Bowie | Barbara | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| Douglas & London, PC | Hemphill | Charlene | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| Douglas & London, PC | Civil | Jean | | Civil, Jean v. Merck & Co., Inc. | 2:08-cv-00307-EEF-DEK |
| Douglas & London, PC | Miller | Geraldine | | Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK |
| Douglas & London, PC | Alcantra | Cornelia | | Kahan, Samuel v. Merck & Co., Inc. | 2:07-cv-03632-EEF-DEK |
| Douglas & London, PC | Patterson | Phyllis | | Patterson, Phyllis v. Merck & Co., Inc. | 2:07-cv-01399-EEF-DEK |