UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *See Attached Exhibits A and B* | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Defendant Merck & Co., Inc.'s First Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With Requirements of PTO 29 (R. Doc. 16944) came on for hearing on the 19th day of December, 2008. For the reasons orally assigned, the Court entered judgment as follows:

**IT IS ORDERED** that motion is deferred as to all plaintiffs on the attached Exhibit A. The motion will now be heard on the 5th day of March, 2009, at 9:00 a.m. Any oppositions must be filed and served upon Liaison Counsel on or before the 26th day of February, 2009. Merck must file any reply on or before the 3rd day of March, 2009.

**IT IS FURTHER ORDERED** that the claims of all plaintiffs on Exhibit B be and they hereby are dismissed with prejudice.

**NEW ORLEANS, LOUISIANA**, this 11th day of February, 2008.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

964452v.1

# EXHIBIT A

| Firm Name | Last Name | First Name | Middle Name/ Initial | Case Caption | Docket # | Deficiency Letter Date |
|---|---|---|---|---|---|---|
| Alford Law Group PA | Anton | William | L | Anton, William v. Merck & Co., Inc. | 2:08-cv-01016-EEF-DEK | Apr 11, 2008 |
| Alford Law Group PA | Baldwin | Marilyn | V | Baldwin, Marilyn v. Merck & Co., Inc. | 2:08-cv-01117-EEF-DEK | Apr 18, 2008 |
| Alford Law Group PA | Evans | Edward |  | Evans, Edward v. Merck & Co., Inc. | 2:08-cv-01118-EEF-DEK | Apr 18, 2008 |
| Alford Law Group PA | Haywood | Robert |  | Haywood, Robert v. Merck & Co., Inc. | 2:08-cv-01116-EEF-DEK | Apr 18, 2008 |
| Ballay Braud and Colon PLC | Bowers | Sylvia | Watson | Bowers, Sylvia Watson v. Merck & Co., Inc. | 2:08-cv-00346-EEF-DEK | May 9, 2008 |
| Paul A. Weykamp Law | Lockhart | Jimmy |  | Lockhart, Jimmy v. Merck & Co., Inc. | 2:08-cv-00876-EEF-DEK | Apr 11, 2008 |

964454v.1

| Phyllis M. Mosby | Mosby | Adeline Thomas | Thomas | Mosby, Adeline Thomas v. Merck & Co., Inc. | 2:08-cv-00170-EEF-DEK | Mar 19, 2008 |
| Pro Se | Anderson | Brian | | Anderson, Brian v. Merck & Co., Inc. | 2:08-cv-01458-EEF-DEK | May 29, 2008 |

**EXHIBIT B**

| Firm Name | Last Name | First Name | Middle Initial | Case Caption | Docket # | Deficiency Letter Date |
|---|---|---|---|---|---|---|
| Bernstein and Maryanoff | Cohen | Loretta | | Cohen, Loretta v. Merck & Co., Inc. | 2:08-cv-01017-EEF-DEK | Apr 11, 2008 |
| Cellino and Barnes PC;Trepanier and MacGillis PA | Barnes | Anna | L | Anna L. Barnes and James C. Barnes v. Merck & Co., Inc. | 2:08-cv-00137-EEF-DEK | March 19, 2008 |
| William J. Murray Law | Stuckey | Lewis | B | Stuckey, Lewis B. v. Merck & Co., Inc. | 2:08-cv-01119-EEF-DEK | Apr 18, 2008 |

964459v.1