UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Bobbie L. Thompson v. Merck & Co., Inc.,* | * | KNOWLES |
| 2:05-cv-04055 (Jerry Dancer only) | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Case Should Not Be Dismissed Under Rule 25(a)(1), (R. Doc. 17088), came on for hearing on the 19th day of December, 2008. For the reasons orally assigned, the Court hereby rules as follows:

**IT IS ORDERED** that claims of plaintiff Jerry Dancer be and they hereby are dismissed without prejudice.

NEW ORLEANS, LOUISIANA, this 11th day of February, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

958452v.1