UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Allison, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04450-EEF-DEK (Lemma Plemons only); *Jenkins, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04416-EEF-DEK (Joseph Aguillard, Patricia Anderson, Terrell Breaux, Albert Dobard, Carolyn Hughes, Jessie Jackson, Tanisha Jackson, Shelly Joseph, Glynis Rogers-Taylor, and Kevin Young only) | * * * * * * * | **KNOWLES** |

**************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Third Cross-Motion and Rule to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Prosecute, R. Doc. 16154, came on for hearing on the 19th day of December, 2008. For the reasons orally assigned, the Court entered judgment as follows:

IT IS ORDERED all claims of the above-listed plaintiffs be and they hereby are dismissed without prejudice.

NEW ORLEANS, LOUISIANA, this 11th day of February, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

964429v.1