## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: VIOXX** | : | |
| | : | **MDL Docket NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION L** |
| | : | |
| **This document relates to ALL ACTIONS** | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLES** |

## MEMORANDUM IN SUPPORT OF
## THE PLAINTIFFS' STEERING COMMITTEE'S
## MOTION FOR PRODUCTION OF RECORDS

**MAY IT PLEASE THE COURT:**

The Plaintiffs' Steering Committee ("PSC") submits this memorandum in support of its

Motion for Production of Records.

On February 9, 2009, Jeanine R. Bermel, counsel for Express Scripts, Inc. ("ESI"), advised

that it had received a request for claims data in connection with certain claimants in the Vioxx

Products Liability Litigation.  As the Court is well aware, these claimants are seeking records from

ESI in connection with the Vioxx Settlement Program.  Specifically, requests were made by three

(3) claimants identified in correspondence dated February 9, 2009 (copy attached as Exhibit "A"),

and apparently ESI refuses or does not desire to provide the claims information at the present time.

Additionally, on February 11, 2009, Ms. Bermel provided an e-mail (copy attached as Exhibit "B"),

advising that three (3) additional requests for claims data had been received.  Apparently, those three

(3) additional requests also had not been fulfilled by ESI.

PSC moves this Court for an Order compelling ESI to produce the records in its possession

immediately so that the claimants identified in Exhibits A and B are not prejudiced as a result of

delays caused by ESI.

Respectfully submitted,

Date:   February 12, 2009              By:  /s/ Leonard A. Davis
                                           **Russ M. Herman (Bar No. 6819)**
                                           Leonard A. Davis (Bar No. 14190)
                                           Stephen J. Herman (Bar No. 23129)
                                           ***Herman, Herman, Katz & Cotlar, L.L.P.***
                                           820 O'Keefe Avenue
                                           New Orleans, Louisiana  70113
                                           Telephone: (504) 581-4892
                                           Facsimile: (504) 561-6024

                                           **PLAINTIFFS' LIAISON COUNSEL**

Andy D. Birchfield, Jr., Esquire          Christopher A. Seeger, Esquire
Leigh O'Dell, Esquire                     SEEGER WEISS
BEASLEY, ALLEN, CROW, METHVIN,            One William Street
PORTIS & MILES, P.C.                      New York, NY 10004
P.O. Box 4160                             (212) 584-0700 (telephone)
234 Commerce Street                       (212) 584-0799 (telecopier)
Montgomery, AL 36103-4160                 **Co-Lead Counsel**
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)               Gerald E. Meunier, Esquire
**Co-Lead Counsel**                       GAINSBURGH, BENJAMIN, DAVID,
                                            MEUNIER & WARSHAUER, L.L.C.
Richard J. Arsenault, Esquire             Energy Centre
NEBLETT, BEARD & ARSENAULT                1100 Poydras Street, Ste. 2800
2220 Bonaventure Court, P.O. Box 1190     New Orleans, LA 70163
Alexandria, LA  71301-1190                (504) 522-2304 (telephone)
(318) 487-9874 (telephone)                (504) 528-9973 (fax)
(318) 561-2591 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

Shelly A. Sanford, Esquire
Sanford Pinedo LLP
2016 Bissonnet Street
Houston, Texas 77005
(713) 524-6677 (telephone)
(713) 524-6611 (telecopier)

Arnold Levin, Esquire
Fred S. Longer, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of February, 2009.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:    (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com