UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

### ORDER

Considering The Plaintiffs' Steering Committee's Motion for Production of Records;

IT IS ORDERED BY THE COURT that Express Scripts, Inc. is compelled to produce the records in its possession relating to the claimants identified in Exhibits A and B attached hereto.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
Honorable Eldon E. Fallon
United States District Court Judge