# EXHIBIT "A"

## Lillian Flemming

| | |
|---|---|
| **From:** | Bermel, Jeanine [Jeanine.Bermel@huschblackwell.com] |
| **Sent:** | Monday, February 09, 2009 12:52 PM |
| **To:** | Lenny Davis; Michael Weinkowitz; Lynn Greer; Nathan_Bays@laed.uscourts.gov |
| **Cc:** | Lillian Flemming; Anne Marie Sweeney |
| **Subject:** | 2009-02-03 Letter to Leonard Davis from J. Bermel re additional requests for claims data |
| **Attachments:** | SLC-#3214770-v1-2009-02-03_Letter_to_Leonard_Davis_from_J__Bermel_re_additional_requests_for_claims_data.PDF |

Please see the attached letter.



**Jeanine F. Bermel**
**Partner**
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: 314.480.1903
Fax: 314.480.1505
E-Mail: jeanine.bermel@huschblackwell.com
Website: www.huschblackwell.com

******************************* Begin Notice from Husch Blackwell Sanders LLP **********
Pursuant to U. S. Treasury regulations, we inform you that any federal tax advice contained in this message
all constituent email correspondence, attachments, enclosures and/or exhibits) is not intended or written to
and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) prom
marketing or recommending to another party any transaction or matter addressed herein.
******************************* End Notice from Husch Blackwell Sanders LLP **********

2/9/2009

 **HUSCHBLACKWELL**
SANDERS LLP

Jeanine R. Bermel
Attorney

190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314.480.1903
fax: 314.480.1505
Jeanine.bermel@huschblackwell.com

February 9, 2009

**VIA EMAIL**

Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re: In re VIOXX® Products Liability Litig., MDL No. 1657

Dear Mr. Davis:

Since my letter to you dated February 3, 2009, Express Scripts has received the following new requests for claims data in relation to the above lawsuit:

| Firm Name | First Name | MI | Last Name | DOB | Date Rec'd |
|---|---|---|---|---|---|
| Peter G. Angelos, Esq. | BETTY | A | PSITOS | 1950-12-26 | 02/05/09 |
| Mayfield & Ogle, PA | MONICA | H | SIKES | 1934-02022 | 02/09/09 |
| Morelli Ratner PC | FREDERICK | A | STONE | 1945-01-03 | 02/09/09 |

In your letter of January 30, 2009, you indicated that the PSC does not intend to compensate Express Scripts for its efforts to respond to the ongoing requests for claims data under the terms of our agreement. Please confirm that my understanding of the PSC's position is correct, so that Express Scripts may take the appropriate action in responding to these new requests.

Very truly yours,

Jeanine R. Bermel

cc: Honorable Eldon E. Fallon, via email
Michael Weinkowitz, Esq., via email
Lynn Greer, Esq., via email

SLC-3208172-1