# EXHIBIT "B"

**Lenny Davis**

| | |
|---|---|
| **From:** | Bermel, Jeanine [Jeanine.Bermel@huschblackwell.com] |
| **Sent:** | Wednesday, February 11, 2009 12:32 PM |
| **To:** | Bermel, Jeanine; Lenny Davis; Michael Weinkowitz; Lynn Greer |
| **Cc:** | Lillian Flemming; Anne Marie Sweeney; Nathan_Bays@laed.uscourts.gov |
| **Subject:** | Additional requests for claims data |

Mr. Davis: Within the past 24 hours, Express Scripts has received yet another three requests for claims data from various VIOXX claimants' counsel in relation to the above matter. We would appreciate the courtesy of a response to my letter of February 9 on or before February 12, 2009 so that we can respond to the new requests appropriately.

Thank you.



Jeanine R. Bermel
Partner
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: 314.480.1903
Fax: 314.480.1505
E-Mail: jeanine.bermel@huschblackwell.com
Website: www.huschblackwell.com

---

**From:** Bermel, Jeanine
**Sent:** Monday, February 09, 2009 12:52 PM
**To:** ldavis@hhkc.com; 'Michael Weinkowitz'; 'Lynn Greer'; 'Nathan_Bays@laed.uscourts.gov'
**Cc:** 'Lillian Flemming'; 'Anne Marie Sweeney'
**Subject:** 2009-02-03 Letter to Leonard Davis from J. Berme re additional requests for claims data

Please see the attached letter.



Jeanine R. Bermel
Partner
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: 314.480.1903
Fax: 314.480.1505
E-Mail: jeanine.bermel@huschblackwell.com
Website: www.huschblackwell.com

****************************** Begin Notice from Husch Blackwell Sanders LLP ******************************
Pursuant to U. S. Treasury regulations, we inform you that any federal tax advice contained in this message (including
all constituent email correspondence, attachments, enclosures and/or exhibits) is not intended or written to be used,
and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any transaction or matter addressed herein.
****************************** End Notice from Husch Blackwell Sanders LLP ******************************

2/11/2009