UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX :
: MDL Docket NO. 1657
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
This document relates to ALL ACTIONS : JUDGE FALLON
: MAG. JUDGE KNOWLES
:

## MOTION FOR EXPEDITED HEARING ON THE PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR PRODUCTION OF RECORDS

The Plaintiffs' Steering Committee ("PSC") files this Motion for Expedited Hearing in connection with its Motion for Production of Records relating to Express Scripts, Inc. ("ESI"). The Court is aware that the receipt of medical records is necessary in order to meet time constraints set forth in the Resolution Program. Therefore, to avoid additional delays regarding the production of records, an expedited hearing is requested.

Respectfully submitted,

Date: February 12, 2009        By: /s/ Leonard A. Davis
                               **Russ M. Herman (Bar No. 6819)**
                               Leonard A. Davis (Bar No. 14190)
                               Stephen J. Herman (Bar No. 23129)
                               *Herman, Herman, Katz & Cotlar, L.L.P.*
                               820 O'Keefe Avenue
                               New Orleans, Louisiana 70113
                               Telephone: (504) 581-4892
                               Facsimile: (504) 561-6024

                               **PLAINTIFFS' LIAISON COUNSEL**

1

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
 MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

Shelly A. Sanford, Esquire
Sanford Pinedo LLP
2016 Bissonnet Street
Houston, Texas 77005
(713) 524-6677 (telephone)
(713) 524-6611 (telecopier)

2

| | |
|---|---|
| Arnold Levin, Esquire <br> Fred S. Longer, Esquire <br> LEVIN, FISHBEIN, SEDRAN & BERMAN <br> 510 Walnut Street, Suite 500 <br> Philadelphia, PA 19106 <br> (215) 592-1500 (telephone) <br> (215) 592-4663 (telecopier) | Mark Robinson, Esquire <br> ROBINSON, CALCAGNIE & ROBINSON <br> 620 Newport Center Drive <br> 7th Floor <br> Newport Beach, CA 92660 <br> (949) 720-1288 (telephone) <br> (949) 720-1292 (telecopier) |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of February, 2009.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
ldavis@hhkc.com