UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: 1 |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

## AFFIDAVIT

My name is Darren Brown. I am over 21 years of age and fully competent to make this affidavit. I have personal knowledge of the matters described herein and they are true and correct.

I am an attorney with the Provost ★ Umphrey Law Firm and represent Ms. Brenda DeLoach Individually, and as Representative of the Estate of EUGENE DELOACH, relating to her Vioxx claim. The Vioxx Litigation Consortium does not represent Ms. DeLoach.

I have reviewed this Court's January 30, 2009 Order regarding the appointment of Tulane Civil Law Clinic relating to clients of the Vioxx Litigation Consortium. It is unknown whether this Order was intended to require the Provost ★ Umphrey Law Firm to send a copy of the Order to the single client it represents solely and not in conjunction with the Vioxx Litigation Consortium.

Out of an abundance of caution, however, I provided my client, BRENDA DELOACH, Individually and as Representative of the Estate of EUGENE DELOACH, Deceased, a copy of the January 30, 2009 Order on February 11, 2009.

Further, the affiant sayeth not.

SIGNED this 13 day of February, 2009.

_____
DARREN BROWN

SWORN TO AND SUBSCRIBED BEFORE ME by the said DARREN BROWN on the 13 day of February, 2009.

_____
Notary Public, State of Texas

[Notary Seal: MARY GONZALEZ, Notary Public, State Of Texas, My Commission Expires 09-22-2011]