In the United States District Court for the Eastern District of Louisiana

2-3-09

MDL 1657 L(3)

Stanley Bethea, Plaintiff

vs.

Merck & Co, Inc. Defendant

CASE NO. 2:05-CV-06775 EEF-DEK

Jury Trial Demanded

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   FEB - 6 2009   WP

LORETTA G. WHYTE
Clerk

## Notice of Removal

Plaintiff intends to seek to transfer of this action back to the U.S. District Court for the Middle District of Pennsylvania case # 1:05-CV-2311. Plaintiff is no longer in the Merck & Co, Inc settlement program.

TENDERED FOR FILING

FEB 06 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc. No. _____

WHEREFORE, PLAINTIFF STANLEY BETHEA RESPECTFULLY REMOVES THIS ACTION FROM THE DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA PURSUANT TO 28 U.S.C. §§ 1441, BACK TO U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA.

RESPECTFULLY SUBMITTED

DATED: FEB 2, 2009

*Stanley Bethea*
STANLEY BETHEA

CERTIFICATE OF SERVICE

I, STANLEY BETHEA, HEREBY certify that on FEB 3, 2009, I caused a true and correct copy of the foregoing Notice of Removal and Rule 7.1 Statement to be served by first class mail, postage pre-paid, upon the following:

ELIZABETH BALAKHANI, ESQ
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA. 19104-2808

Stanley Bethea

STANLEY BETHEA
P.O. Box 704
HBG, PA 17108

HARRISBURG PA 171
03 FEB 2009 PM 5 L
USA 42

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130