UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 FEB 12  PM 4: 56

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER

The Court is in receipt of the attached Letter and Notice of Lien in the amount of $275,000, filed on behalf of MWAY, LLC, dated April 23, 2008, regarding the law firm of Sherman & Salkow. IT IS ORDERED that the Notice shall be entered into the record. IT IS FURTHER ORDERED that any parties who wish to respond to the Notice shall file their responses into the record.

New Orleans, Louisiana, this 11th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

MWAY, LLC
Attn: Moe Abarghoei
6640 Amigo Avenue
Reseda, CA 91335

Arthur Sherman
11620 Wilshire Boulevard, Suite 870
Los Angeles, CA 90025

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

1

LAW OFFICES
# SHERMAN & SALKOW
A PROFESSIONAL CORPORATION

ARTHUR SHERMAN
ALAN M. SALKOW*

RICHARD SALKOW
*A PROFESSIONAL CORPORATION

11620 WILSHIRE BOULEVARD, SUITE 870
LOS ANGELES, CALIFORNIA 90025
(310) 914-8484 • (800) 228-1738
FAX (310) 914-0079
E-MAIL: INBOX@SHERMANONLAW.COM
WWW.SHERMAN-PILAW.COM

April 23, 2008

MWAY, LLC
6640 Amigo
Reseda, CA 91335

Re:   **Lien - Vioxx**:

This is to confirm the agreement of Sherman & Salkow, A Professional Corporation, and Arthur Sherman, individually, respecting a lien in favor of MWAY LLC for the balance of principal and interest that may be due as a consequence of the Loan Agreement for $275,000.00 with starting date of April 22, 2008. This lien applies to all fees in Vioxx cases for the balance of principal and interest that may be received by Sherman & Salkow, A Professional Corporation, and/or Arthur Sherman, individually. The payment of any such proceeds referred to herein relating to fees in the above-mentioned litigation shall include the name of MWAY LLC and Sherman & Salkow, A Professional Corporation. This understanding constitutes binding instructions that can only be revoked in writing by MWAY LLC.

It is agreed and understood that all parties are to be put on notice of this lien and instructed to act in accordance with the provisions of this agreement.

This agreement is binding on the heirs, personal representatives, successors and assigns of the parties and shall be governed and construed under the laws of the State of California.

Thank you for your cooperation.

Very truly yours,

ARTHUR SHERMAN

AS/jw