IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX LITIGATION | MDL DOCKET NO. 1657 |
| | Judge Fallon |
| | Mag. Judge Knowles |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | NOTICE OF LIEN |

TO DEFENDANT, MERCK & COMPANY INC. AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that MWAY, LLC claims a lien for any monies up to the principal unpaid amount of the investment of $275,000.00 received by Arthur Sherman or Sherman & Salkow, A Professional Corporation, in those Vioxx cases before the Court. Arthur Sherman accepts the lien asserted by the above named parties. All drafts prepared in these cases should include the name of MWAY, LLC until this Lien is properly dismissed.

DATED: April 23, 2008.

SHERMAN & SALKOW
A Professional Corporation

By: _____
ARTHUR SHERMAN
Arthur Sherman, SBN 24403
SHERMAN & SALKOW
A Professional Corporation
11620 Wilshire Boulevard, Suite 870
Los Angeles, California 90025
Telephone: (310) 914-8484
Facsimile: (310) 914-0079

-1-