UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX §
    PRODUCTS LIABILITY LITIGAITON § 
§ MDL NO. 1657
§
§ SECTION: L
§
§ JUDGE FALLON
§ MAG. JUDGE KNOWLES
..................................................§

### AFFIDAVIT OF ALEXANDRA V. BOONE

**STATE OF TEXAS** §
§
**DALLAS COUNTY** §

BEFORE ME, the undersigned authority, on this day personally appeared Alexandra V. Boone, known to me, who being duly sworn, upon an oath, deposes and says the following:

1. My name is Alexandra V. Boone. I am over 21 years of age, of sound mind, and am competent to make this affidavit. I have personal knowledge of the facts and statements contained in this affidavit and they are true and correct.

2. I am an attorney licensed to practice in the state of Texas. I am an associate in the Dallas office of the law firm of Miller, Curtis & Weisbrod, L.L.P.

3. Pursuant to the Court's Order of January 30, 2009, I hereby inform the Court that I have forwarded a copy of the January 30, 2009 Order [Document 17682] to all of our clients who have enrolled in the settlement.

FURTHER AFFIANT SAYETH NOT.

SIGNED, this 13th day of February, 2009.

Alexandra V. Boone
ALEXANDRA V. BOONE

SUBSCRIBED AND SWORN to before me by the above-named Affiant, this 13th day of February, 2005, to certify which, witness my hand and seal of office.

_____
Notary Public, State of Texas

1