## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Robin Gifford and Gordon Gifford* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *v.* | * | |
| | * | CIVIL ACTION NO. 2:05-cv-4286 |
| *Merck & Co., Inc.* | * | |
| | * | |
| **Only with Regard to:** | * | |
| | * | |
| **Gordon Gifford** | * | |

*******************************

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Plaintiffs Gordon Gifford and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 12th day of          February          , 2009.

_____
DISTRICT JUDGE