IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL DOCKET No.  1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| BATES vs. MERCK & COMPANY, INC., | * | MAGISTRATE JUDGE KNOWLES |
| (Pertaining to Emma Sadler <u>only</u>) | * | |
| | * | CIVIL ACTION NO. : 08-3665 |
| | * | |

**************************************************************************

### PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL OF RECORD

Daniel S. Gruber and the firm Gruber & Gruber, as primary counsel for the above-identified plaintiff moves this court on behalf of himself, his firm, Howard A. Snyder, the Law Offices of Howard A. Snyder, Garrett D. Blanchfield, Jr., and Reinhardt, Wendorf & Blanchfield for permission to withdraw from representation of the above-identified plaintiff.

There has been a breakdown in the attorney-client relationship amounting to a fundamental disagreement as to what action should be taken in the case, further details of which are within the confines of the attorney-client privilege.  Plaintiff counsel hereby certifies that it has complied with all requirements to withdraw under PTO 36. (See Certification of Compliance attached as Exhibit A).

All future correspondence should be sent to Plaintiff Emma Sadler at her last known

address:        Emma Sadler -  1900 Hull Road,  Hope, Michigan 48628

Respectfully Submitted,

DATED:February 9, 2009            BY:  */s/ Daniel S. Gruber*
                                        DANIEL S. GRUBER
                                        California State Bar No.: 113351
                                        Attorney-in-Charge for Plaintiff
                                        GRUBER & GRUBER
                                        15165 Ventura Boulevard, Suite 400
                                        Sherman Oaks, CA 91403
                                        Telephone: (818) 981-0066
                                        Facsimile:  (818) 981-2122

                                        HOWARD A. SNYDER
                                        California State Bar No.: 113637
                                        LAW OFFICES OF HOWARD A. SNYDER
                                        15165 Ventura Boulevard, Suite 400
                                        Sherman Oaks, CA 91403
                                        Telephone: (818) 461-1790
                                        Facsimile:  (818) 461-1793

                                        GARRETT D. BLANCHFIELD, JR.
                                        Minnesota State Bar No.: 209855
                                        REINHARDT, WENDORF & BLANCHFIELD
                                        E-1205 First National Bank Building
                                        332 Minnesota Street
                                        St. Paul, Minnesota 55101
                                        Telephone: (651) 287-2100
                                        Facsimile:  (651) 287-2103

                                        **ATTORNEYS FOR PLAINTIFFS**

## DECLARATION OF DANIEL S. GRUBER IN SUPPORT OF MOTION TO WITHDRAW

I Daniel S. Gruber, declare as follows:

1.   I am co-counsel of record for Emma Sadler in the Vioxx MDL in the Eastern District of Louisiana.

2.   Plaintiff's action seeks to recover for injuries and other damages arising from her ingestion of Vioxx.

3.   On or about July 2, 2008 and January 6, 2008, my office as well as the office of Howard A. Snyder communicated with plaintiff and confirmed in writing, the reasons we felt our firms could no longer represent her in the Vioxx claim and asked, *inter alia*, her permission to withdraw as attorney.

4.   To date, plaintiff has refused to give consent to the withdrawal.

5.   Pursuant to LR 83.2.11, and in furtherance of the requirements of Pretrial Order 36, contemporaneously with the filing of this motion, I sent a letter to the client advising her of all upcoming deadlines.

6.      Pursuant to LR 83.2.11, the plaintiff's address is 1900 Hull Road, Hope, Michigan 48628.

Dated this 9th of February 2009, in Sherman Oaks, California.

/s/ Daniel S. Gruber
Daniel S. Gruber
dgruber@gruberlawfirm.com
California State Bar No.: 113351
Attorney-in-Charge for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL OF RECORD AND DECLARATION OF DANIEL S. GRUBER** has been served on Liaison Counsel, Russ Hermann and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of February 2009.

/s/ Daniel S. Gruber
DANIEL S. GRUBER
California State Bar No.: 113351
Attorney-in-Charge for Plaintiff
GRUBER & GRUBER
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 981-0066
Facsimile:  (818) 981-2122