**EXHIBIT A**

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on 02 / 09 / 2009 (*Record Docket No.* 08-3665)
Month Day Year

[X] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 02 / 09 / 2009 (Month/Day/Year) | _[signature]_ Counsel |

#343319

2

# LAW OFFICES OF HOWARD A. SNYDER

A PROFESSIONAL LAW CORPORATION
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403
Phone: 818-461-1790
Fax: 818-461-1793
Toll Free (866) 739-8546

January 6, 2009

Emma Sadler
1900 Hull Road
Hope, MI 48628

Re:    **Emma Sadler vs. Merck & Company, Inc.**

Dear Ms. Sadler:

As you know, our firm currently represents you in your litigation against Merck arising out of your use of Vioxx. As we have informed you on several occasions and pursuant to your conversation today with Roxana we cannot proceed with the lawsuit without your full cooperation. Furthermore, today you stated you were not willing to forward any additional medical documentation to us.

As a result at this point, we will have no choice but to **file a motion with the Court asking to be relieved as counsel**. We will file the motion and you will need to get other counsel to represent you on this matter.

Yours very truly,

Howard A. Snyder

HAS/rh

## LAW OFFICES OF HOWARD A. SNYDER

A PROFESSIONAL LAW CORPORATION
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403
Phone: 818-461-1790
Fax: 818-461-1793
Toll Free (866) 739-8546

February 11, 2009

**MAILED VIA REGULAR MAIL AND**
**CERTIFIED RETURN RECEIPT REQUESTED**

Emma Sadler
1900 Hull Road
Hope, MI  48628

    Re:    **Emma Sadler vs. Merck & Company, Inc.**

Dear Ms. Sadler:

    As we previously advised you on our letter dated January 6, 2009, enclosed please find a copy of the Plaintiff's Motion to Withdraw as Counsel of Record filed February 9, 2009. **We are withdrawing as your counsel and will no longer represent you in this or any other matter.**

    We are enclosing the Court's Pretrial Order No. 36.  Also, please be advised that you have 30 days from the date of this certified letter to:

(a) Send a letter to the Court consenting to the Motion;
(b) Send a letter to the Court opposing the Motion;
(c) Send a letter to the Court indicating that you no longer wish to pursue your claim;
(d) You may also secure new counsel; or
(e) Contact the Pro Se Curator, Mr. Robert M. Johnston, Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130, telephone 504-561-7799; e-mail rmj@rmj-law.com, to apprise the Curator of your intention to proceed with his claim *pro se*, (that is, without representation of counsel);

    Whether you choose to contact us or contact new counsel, it is important to have counsel who is familiar with the law and procedures in Federal Court as this process in very complicated.  Unless you contact me, secure new counsel, or contact the Curator and proceed pro se, the Motion to Withdraw will be considered by the court and may be granted.

    Although, I am no longer representing you in this case, it does not mean that your case is without merit.  Once again, I regret not being able to help you with your case and wish you all the best in your future.

                          Yours very truly,

                          Howard A. Snyder

HAS/rh