IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL DOCKET No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| BATES vs. MERCK & COMPANY, INC., | * | MAGISTRATE JUDGE KNOWLES |
| (Pertaining to Emma Sadler only) | * | |
| | * | CIVIL ACTION NO. : 08-3665 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**

The Court having reviewed plaintiff's Motion to Withdraw as Counsel of Record hereby grants plaintiff's Motion

Dated: _____      _____

Honorable Eldon E. Fallon