**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220

Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Marilyn Eggleston, et al.,*<br><br>*v.*<br><br>*Merck & Co., Inc.*<br><br>**Only with regard to:**<br><br>**Cathey Gardenhire** | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-07084<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff Cathey Gardenhire against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

_[signature]_  
Hector G. Gancedo  
Gancedo & Nieves LLP  
418 North Fair Oaks Avenue, Suite 202  
Pasadena, California 91103  
(616) 685-9800

_[signature]_  
Phillip A. Wittmann  
Dorothy H. Wimberly  
546 Carondelet Street  
New Orleans, Louisiana 70130  
(504) 581-3200

*Counsel for Plaintiffs*

*Counsel for Defendant Merck & Co., Inc*

Dated: 02/12/2009

Dated: 2/17/09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of February, 2009.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2