**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220

Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 SECTION L |
| This document relates to: *Marry Virginia McDonough and Richard J. McDonough,* *v.* *Merck & Co., Inc., et al.* | CIVIL ACTION NO. 2:05-cv-06500<br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |
| **Only with regard to:** **Richard J. McDonough** | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS, AS TO PLAINTIFF RICHARD J. MCDONOUGH, ONLY** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff Richard J. McDonough, against all defendants, be dismissed in their entirety with prejudice, with each party to bear its own costs.

Glenn Zuckerman
Weitz & Luxenberg PC
180 Maiden Lane
New York, New York 10038-4925

*Counsel for Plaintiffs*

Dated: 2/2/09

Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck & Co., Inc*

Dated: 2/9/09

Anthony G. Brazil
Morris Polich & Purdy LLP
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
(213) 891-9100

*Counsel for Defendant McKesson Corporation*

Dated: 2/13/09

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of February, 2009.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel