**MINUTE ENTRY**
**FALLON, J.**
**FEBRUARY 13, 2009**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon to address the Plaintiff Steering Committee's recently filed Motion to Compel Production of Medical Records from Express Scripts, Inc. ("ESI") Russ Herman, Lenny Davis, Andy Birchfield, and Arnold Levin participated on behalf of the PSC; Lynn Greer participated on behalf of the Vioxx Claims Administrator; and Jeanine Bermel participated on behalf of ESI.

At the conference, the parties indicated that they would attempt to resolve their dispute extra-judicially. If the parties are unable to resolve the dispute, the Court will resolve the PSC's pending motion. The Court made two observations: first, that the claimants are entitled to the production of their medical records; and second, that ESI is entitled to reasonable compensation for its work in producing the records. If there is an agreement between the parties, the Court will first look to the agreement. If there is no agreement between the parties, the Court will look to a number of factors to determine the reasonable compensation to which ESI might be entitled, including such things as ESI's cost in producing the material, the amount charged by others similarly situated, and the custom and usage in the industry.

JS10(00:30)

-1-