UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Adams, et al. v. Merck & Co., Inc.,* No. 2:06-cv-2200 (as to | * | KNOWLES |
| Elizabeth Ricks only) | * | |

****************************************************************************

## ORDER

The parties previously agreed that the above-listed plaintiff, who was deferred from Defendant Merck & Co., Inc.'s Second Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 16033, would be governed by the provisions of the Order the Court entered on Defendant Merck & Co., Inc.'s Fourth Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28. The case came on for hearing on the 22nd day of January, 2009 and again on the 10th day of February, 2009. For the reasons orally assigned, the Court hereby rules as follows:

**IT IS ORDERED** that all claims of plaintiff Elizabeth Ricks be and they hereby are dismissed with prejudice for failure to comply this Court's Order entered December 19, 2008 (R. Doc. 17515). Pursuant to that Order, plaintiffs' counsel seeking to withdraw were required to deliver a copy of Merck's motion to dismiss the plaintiff's claim with prejudice along with a copy of the December 19, 2008 Order; and plaintiffs intending to proceed with their claim were directed to notify the Curator by January 9, 2009 as to whether they intended to proceed with

965383v.1

their claims and whether they would be retaining new counsel or proceeding *pro se*. In accordance with the Order, counsel delivered copies of Merck's motion and the Court's Order to plaintiff Elizabeth Ricks. Ms. Ricks timely contacted the Curator as directed in the Court's December 19, 2008 Order. Ms. Ricks did not, however, otherwise comply with the Order. Specifically, she failed to timely submit a case-specific expert report. Thus, the claims of plaintiff Elizabeth Ricks are dismissed with prejudice for failure of the plaintiff to comply with the December 19, 2009 Order and with Pre-Trial Order 28.

NEW ORLEANS, LOUISIANA, this 13th day of February, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE