UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| All Plaintiffs on the Attached Exhibit A | * | KNOWLES |

*****************************************************************************

## ORDER

The parties previously agreed that the plaintiffs listed on the attached Exhibit A, who were deferred from Defendant Merck & Co., Inc.'s Fourth Cross Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed for Failure Prosecute, R. Doc. 17136, would be governed by the provisions of the Order the Court entered on Defendant Merck & Co., Inc.'s Fourth Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28 and would be heard January 22, 2009. Pursuant to the agreement of the parties, the matter was deferred until immediately following the February 10, 2009 monthly status conference. For the reasons orally assigned, the Court entered judgment as follows:

IT IS ORDERED that the claims of all plaintiffs on Exhibit A be and they hereby are dismissed with prejudice for failure to comply this Court's Order entered December 19, 2008 (R. Doc. 17303). Pursuant to that Order, plaintiffs' counsel seeking to withdraw were required to deliver a copy of Merck's motion to dismiss the plaintiff's claim with prejudice along with a copy of the December 19, 2008 Order; and plaintiffs intending to proceed with their claim were

965386v.1

directed to notify the Curator by January 9, 2009 as to whether they intended to proceed with their claims and whether they would be retaining new counsel or proceeding *pro se*.  In accordance with the Order, counsel delivered copies of Merck's motion and the Court's Order to them.  As of February 10, 2009, none of the plaintiffs on the attached Exhibit A notified the Curator as directed or otherwise complied with the Court's December 19, 2008 Order.  Thus, the claims of all plaintiffs on Exhibit A are dismissed for failure of the plaintiffs to comply with the Order or otherwise contact the Curator.

NEW ORLEANS, LOUISIANA, this 13th day of February, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

1. *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Susan Bell) (filed October 1, 2008)

2. *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Donald Billizon)    (filed October 1, 2008)

3. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Lynda Brant) (filed October 1, 2008)

4. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Cassandra Brown)    (filed October 1, 2008)

5. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Lubertia Bunch) (filed October 1, 2008)

6. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Marion Burton) (filed October 1, 2008)

7. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Dorothy Cole) (filed October 1, 2008)

8. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Joycelyn Collins)    (filed October 1, 2008)

9. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Joyce Davis) (filed October 1, 2008)

10. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Lawrence Davis)    (filed October 1, 2008)

11. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Laurence Debose)    (filed October 1, 2008)

12. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Stephanie Delahoussaye)    (filed October 1, 2008)

13. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Paul Duhe, Jr.) (filed October 1, 2008)

14. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (William Duncan)    (filed October 1, 2008)

15. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Alice Faas) (filed October 1, 2008)

16. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Mona Fisher) (filed October 1, 2008)

17. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Tiwanda Franklin)    (filed October 1, 2008)

18. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (MaryJane Roy Garrick)    (filed October 1, 2008)

19. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Joyce Gibson) (filed October 1, 2008)

20. *Allen, et al. v. Merck & Co., Inc.,* Docket No. 2:05-cv-04435-EEF-DEK (Pamela Green) (filed October 1, 2008)

21. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (James Harmon) (filed October 1, 2008)

22. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Betty Hartfield) (filed October 1, 2008)

23. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Conchita Harvey)    (filed October 1, 2008)

24. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Edwin Henson) (filed October 1, 2008)

25. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Charlotte Kleinpeter)    (filed October 1, 2008)

26. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Dorothy Manno)    (filed October 1, 2008)

27. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (John McKinley) (filed October 1, 2008)

28. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Barbara Merricks)    (filed October 1, 2008)

29. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Cassandra Morris)    (filed October 1, 2008)

30. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Ruby Nicolosi) (filed October 1, 2008)

31. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Ameal Parker) (filed October 1, 2008)

32. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Shirley Parkman)   (filed October 1, 2008)

33. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (C.P. Powell) (filed October 1, 2008)

34. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Paulette Randall)   (filed October 1, 2008)

35. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Norman Ross) (filed October 1, 2008)

36. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Anita Simmons) (filed October 1, 2008)

37. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Lilly Simpson) (filed October 1, 2008)

38. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (James Stewart) (filed October 1, 2008)

39. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Tanya Thomas) (filed October 1, 2008)

40. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Sandra Taylor-Wilson)   (filed October 1, 2008)

41. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (James Tinsley) (filed October 1, 2008)

42. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (George Vercher)   (filed October 1, 2008)

43. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Angela Vincent)   (filed October 1, 2008)

44. *Allen, et al. v. Merck & Co., Inc.*, Docket No. 2:05-cv-04435-EEF-DEK (Barbara Walton)   (filed October 1, 2008)

45. *Campbell, et al. v. Merck & Co., Inc.,* Docket No. 2:06-cv-06682-EEF-DEK (Edna Harness)   (filed October 1, 2008)

46. *Campbell, et al. v. Merck & Co., Inc.,* Docket No. 2:06-cv-06682-EEF-DEK (Willie Jones)   (filed October 1, 2008)