UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Dorothy Bates, et al. v. Merck & Co., Inc.*, 08-3665 *(only as to Emma Sadler)*; and, | * | |
| | * | |
| | * | |
| *Shannon Thibault v. Merck & Co., Inc.*, 08-3572. | * | |
| | * | |
| | * | |

**************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Second Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 29, R. Doc. 17302, came on for hearing on the 10th day of February, 2009. For the reasons orally assigned, the Court hereby rules as follows:

**IT IS ORDERED** that the motion is withdrawn without prejudice as to plaintiff Shannon Thibault.

**IT IS FURTHER ORDERED** that the motion is deferred until March 5, 2009 at 9:00 a.m. as to Emma Sadler.

**NEW ORLEANS, LOUISIANA**, this 13th day of February, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

965406v.1