UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Ronnie Allen, et al. v. Merck & Co., Inc.*, 2:06-cv-2212 (only as to Ronnie Allen and Leonard Burnett); | * * * | |
| *Vernon Amie, et al. v. Merck & Co., Inc.*, 2:06-cv-2219 (only as to Michael Beltrami); | * * * | |
| *Mary Banks, et al. v. Merck & Co., Inc.*, 2:06-cv-2214 (only as to Yvonne Bradley); | * * * | |
| *Mary Adams, et al. v. Merck & Co., Inc.*, 2:06-cv-2200 (only as to Anna Cannioto); | * * * | |
| *Arthur W. Ballantyne, et al. v. Merck & Co., Inc.*, 2:06-cv-2195 (only as to Nathaniel Collins); | * * * | |
| *Iva Laws, et al. v. Merck & Co., Inc.*, 2:06-cv-10174 (only as to Robert Lee); and, | * * * | |
| *Donna Allen, et al. v. Merck & Co., Inc.*, 2:06-cv-4435 (only as to Elaine Williams) | * * * | |

*************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Fourth Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 17303, came on for hearing on the 10th day of February, 2009. For the reasons orally assigned, the Court hereby rules as follows:

**IT IS ORDERED** that the claims of plaintiffs Ronnie Allen, Michael Beltrami, Yvonne Bradley, Leonard Burnett, Nathaniel Collins, Robert Lee, and Elaine Williams be and

965409v.1

they hereby are dismissed with prejudice for failure to comply this Court's Order entered December 12, 2008 (R. Doc. 17303).  Pursuant to that Order, plaintiffs' counsel seeking to withdraw were required to deliver a copy of Merck's motion to dismiss the plaintiff's claim with prejudice along with a copy of the December 12, 2008 Order; and plaintiffs intending to proceed with their claim were directed to notify the Curator by January 9, 2009 as to whether they intended to proceed with their claims and whether they would be retaining new counsel or proceeding *pro se*.  In accordance with the Order, counsel delivered copies of Merck's motion and the Court's Order to them.  Although these plaintiffs notified the Curator as directed by the Court's December 12, 2008 Order, they did not otherwise comply with the Order.  Specifically, plaintiffs Ronnie Allen, Michael Beltrami, Yvonne Bradley, Leonard Burnett, Nathaniel Collins, Robert Lee, and Elaine Williams did not timely submit a case-specific expert report.  Thus, their claims are dismissed with prejudice for failure to comply with the December 12, 2008 Order and with Pre-Trial Order 28.

**IT IS FURTHER ORDERED** that claims of plaintiff Anna Cannioto be and they hereby are dismissed with prejudice.  Although Ms. Cannioto initially notified the Curator that she intended to proceed with her claims, she subsequently gave written notice to the Curator that she did not intend to proceed.

**NEW ORLEANS, LOUISIANA,** this 13th day of February, 2009.

_____
DISTRICT JUDGE

823840v.1
965409v.1