UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx | * |
| Products Liability Litigation | *   MDL No. 05-1657 |
| | * |
| This Document Relates To: | *   JUDGE FALLON |
| | * |
| | *   MAGISTRATE JUDGE |
| *James Richardson, Sr., Individually* | *   KNOWLES |
| *and on behalf of the Estate of Barbara* | * |
| *Richardson* | *   CIVIL ACTION NO. 2:07-cv-6062 |
| | * |
| v. | * |
| | * |
| *Merck & Co., Inc.* | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff James Richardson, Sr., Individually and on behalf of the Estate of Barbara Richardson Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 13th day of February, 2009.

_Eldon E. Fallon_
DISTRICT JUDGE

962389v.1