UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| *Mark Howard, Individually and on* | * | KNOWLES |
| *behalf of the Estate of Ellie Howard* | * | |
| | * | CIVIL ACTION NO. 2:07-cv-6140 |
| v. | * | |
| | * | |
| *Merck & Co., Inc.* | * | |
| | * | |
| | * | |

******************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Mark Howard, Individually and on behalf of the Estate of Ellie Howard and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 13th day of ____February____, 2009.

*[signature: Eldon E. Fallon]*
DISTRICT JUDGE

962389v.1