UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                   :   MDL NO. 1657
     PRODUCTS LIABILITY LITIGATION   :   SECTION: L
                                               :
                                               :   JUDGE FALLON
                                               :   MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**   *Bates, et al. v. Merck & Co., Inc., et al.*,
    No. 08-3665 (as to Emma Sadler <u>only</u>)

## ORDER GRANTING MOTION TO WITHDRAW
## AS COUNSEL OF RECORD

    Considering the foregoing Motion to Withdraw as Counsel of Record (Rec. Doc. 17805) filed with this Court,

    IT IS ORDERED that the Motion to Withdraw as Counsel of Record IS GRANTED as set forth during the Court's monthly status conference held on February 10, 2009.  IT IS FURTHER ORDERED that all counsel of record are permitted to withdraw, and <u>Emma Sadler</u> may proceed with this action *pro se* in the absence of retaining substitute counsel.

    New Orleans, Louisiana, this 12th day of February, 2009.

                                                                            */s/ Eldon E. Fallon*
                                                                    UNITED STATES DISTRICT JUDGE