UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*

**PRETRIAL ORDER NO. 13B**
**(ACCESS TO THE PSC DOCUMENT DEPOSITORIES FOR**
**GOVERNMENT ACTION PLAINTIFFS)**

In response to discovery served in this MDL and other Vioxx® coordinated proceedings, Merck & Co., Inc. ("Merck") and others have produced, subject to the confidentiality protections of Pretrial Order No. 13 and similar orders, millions of pages of Vioxx-related documents and data to the Plaintiffs' Steering Committee ("PSC").

All such materials, and any and all litigation concerning such materials, shall remain subject to the exclusive jurisdiction and authority of this Court and continue as such through conclusion of each Government Action plaintiff's case, whether in this Court or after transfer to the transferor court or remand to state court.

**I.     APPLICABILITY OF ORDER**

This Order addresses access to the document depositories in New Orleans and New York established by the PSC for counsel representing any of the plaintiffs in any cases filed in or transferred to this Court brought against Merck by or on behalf of any

- 1 -

state, county, city and/or other government entity (collectively, the "Government Actions").

Plaintiffs' State Liaison Counsel shall, as an added accommodation to counsel, promptly provide this Order to plaintiffs in all Government Actions pending in this Court at the time of the Order, and to plaintiffs in all Government Actions transferred to this Court as and when they are so transferred.  This obligation shall not relieve all counsel from monitoring the Court's docket, website and Lexis-Nexis File & Serve, as Plaintiffs' State Liaison Counsel shall merely be providing a copy of this Order as an added convenience.

## II.   ACCESS TO THE DOCUMENT DEPOSITORIES

The PSC has established and maintains document depositories in New Orleans and New York that house and contain discovery materials produced by Merck and third-parties.

Counsel for each of the plaintiffs in the Government Actions who have executed the certificates attached to Pretrial Order No. 13A shall be granted access to the PSC's document depositories at reasonable times acceptable to the PSC for the limited purpose of conducting electronic document review.  Such access shall continue through the conclusion of each such plaintiff's case, whether in this Court or after transfer to the transferor court or remand to a state court.  The counsel for the plaintiff government entity shall be responsible for promptly reimbursing the PSC for the reasonable costs and expenses it incurs in assisting and copying documents.

Counsel for the government entity shall also comply with the reasonable rules and guidelines established by the PSC for routine access to the depository.

**III.    CONFIDENTIALITY**

Plaintiffs and counsel for plaintiffs in the Government Actions, and all persons employed by or acting on their behalf, shall comply with Pretrial Order Nos. 13 and 13A in maintaining the confidentiality of designated materials and information and shall not disclose the contents thereof to any person, entity or member of the public unless provided for by subsequent order of this Court.

Such obligations shall continue in force until amended or superseded by express order of this Court and shall survive remand of the Government Actions to their transferor courts.

**IV.    LIMITATION ON ACCESS TO THE DOCUMENT DEPOSITORY**

This Order does not address access to the PSC's work product, mental impressions, trial strategies, opinions, legal theories, or any material generated from the PSC's work product (hereinafter "work product"), and does not prohibit counsel for plaintiffs in the Government Actions who have similar claims pending in other jurisdictions from previously granted and approved access to work product of common benefit attorneys in those other jurisdictions.

Rules governing access to and sharing of the PSC's work product shall be promulgated in a further Order of this Court.

Nothing herein modifies, alters or amends the prior orders of this Court.

New Orleans, Louisiana, this 17th day of February, 2009.

*[signature: Eldon E. Fallon]*

Honorable Eldon E. Fallon
United States District Judge