UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

In Re: VIOXX
      Products Liability Litigation

                                            MDL Docket No.: 1657
                                            SECTION L
                                            JUDGE FALLON
                                            MAG. JUDGE KNOWLES

---

**THIS DOCUMENT RELATES TO :** Gene Weeks v. Merck & Co., Inc.,
Case No.: 05-4578

      **PLEASE TAKE NOTICE**, the Law Offices of Ronald R. Benjamin located at 126 Riverside Drive, P.O. Box 607, Binghamton, New York 13902 will appear as attorney(s) of record for the plaintiffs in the above-entitled action.

_/s/ RRB_

RONALD R. BENJAMIN, ESQ. Fed No. 110131
Attorney for Plaintiffs
126 Riverside Drive, P.O. Box 607
Binghamton, New York 13902-0607
(607) 772-1442


PHILLIP WITTMANN, ESQ.
Attorneys for Merck
Stone Pigman Walther WittmannLLC
546 Carondelet Street
New Orleans, Louisiana 70130