## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                          :                MDL 1657

PRODUCTS LIABILITY LITIGATION  :

                                      :                SECTION L

                                      :                JUDGE FALLON

                                      :                MAG. JUDGE KNOWLES

------------------------------------------------------------------------------------------------------

THIS DOCUMENT RELATES TO: Gene Weeks v. Merck & Co., Inc.,
                          Case No.: 05-CV-4578

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on

Liason Counsels, PhillipWittman by ECF and U.S. Mail and upon all parties by electronically

uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8(B), and

that the foregoing was electronically filed with the Clerk of Court of the United States District

Court for the Eastern District of Louisiana by using the CM/ECF system which will send a

Notice of Electronic Filing in accord with the procedures established in MDL 1657, on February

19, 2009.


Dated: February 19, 2009
       Binghamton, New York


                          /s/ Ronald R. Benjamin