UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re:  Vioxx ®

PRODUCTS LIABILITY
LITIGATION

This document relates to:

*Henry Bell, et al.*

*v.*

*Merck & Co., Inc., Peter S. Kim, Ph.D.,*
*Louis M. Sherwood, Ph.D., David W.*
*Anstice, Ph.D., and Edward M.*
*Scolnick, M.D.*

**Only with regard to:**

**Joseph Muehling, by or on behalf of**
**Georgan Muehling**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:06-cv-8409

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Joseph Muehling, by or on behalf of Georgan

Muehling, in the above-captioned case be and they hereby are dismissed with prejudice with

each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 18th day of ____February____, 2009.

_____
DISTRICT JUDGE

950103v.1