UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | |
|  | : | SECTION:  L |
|  | : | |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO:**     *Saolotoga Aiono, et al. v. Merck &Co., Inc.,*
                                              **No. 05-4743 (as to Flint Brown, Marian Frost,**
                                              **and Robert Frost only)**

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Flint Brown, Marian Frost, and Robert Frost, and Defendant Merck & Co., Inc., hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to dismissal without prejudice of all claims against Merck & Co., Inc., and all other defendants in the above-styled lawsuit, each party to bear its own costs. (*See* Rec. Doc. No. 4133).

New Orleans, Louisiana, this 18th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE

1