UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO:**    *Robert Cornell, et al. v. Merck &Co., Inc.,*
*No. 05-2067 (as to Mervin Lynn Miles and Joy*
*Lynn Miles <u>only</u>)*

## <u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>

Plaintiffs Mervin Lynn Miles and Joy Lynn Miles, and Defendant Merck & Co., Inc.,

hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to dismissal without prejudice of all

claims against Merck & Co., Inc., and all other defendants in the above-styled lawsuit, each

party to bear its own costs. (*See* Rec. Doc. No. 4542).

New Orleans, Louisiana, this 18th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE

1