UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| All Cases Listed on Exhibit "A" | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDERS TO WITHDRAW MOTION TO SHOW CAUSE AGAINST
CERTAIN MEDICAL PROVIDERS**

The Court today considered Certain Plaintiffs' Motion to Withdraw Motion to Show Cause Why Certain Medical Providers Should Not Be Held In Contempt For Failing To Comply With Pre-Trial Orders Nos. 35 and/or 35A, those medical providers being identified in Exhibit "A" hereto.  The Court finds that the motion to withdraw should be **GRANTED** as to the Plaintiffs listed on Exhibit "A".

Dated this _____ day of _____, 2009.

_____
**ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**

## EXHIBIT A

| CLAIMANT | PROVIDER |
|---|---|
| Dace, Dorothy | Jeff Anderson Reg. Med Ctr<br>2124 14th St, Meridian, MS 39301 |
| | Dr. Harry Dayton<br>1521 22nd Avenue Suite A Meridian, MS 39301 |
| Garrett, R.C. Wendell | Gadsden Regional Med. Ctr.<br>1007 Goodyear Avenue, Gadsden, AL 35903 |
| Gardner, Sandra | VA Medical Center<br>700 19th Street South, Birmingham, AL |
| Harris, Carolyn Anne | Rite Aid<br>P. O. Box 3165, Harrisburg, PA 17105 |
| Jones, David | Tennessee Valley Cardiovascular Center<br>1100 South Jackson Highway, Sheffield, AL 35660 |
| | Dr. Frank Gillis<br>1404 East Avalon Avenue #A2, Tuscumbia, AL 35674 |
| Moats, Semion | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Sausen, Diane | Rite Aid |