UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY LITIGATION | * SECTION L |
| | * |
| THIS DOCUMENT RELATES TO: | * |
| Plaintiff Marjorie Rodriguez, | * |
| VCN 1074937 | * |
| Regarding Case Caption: | * |
| Denise Whittaker, et al vs. | * MAGISTRATE JUDGE KNOWLES |
| Merck & Co., Inc. | * |
| Docket#: 2:05cv-01257-EE-DEK | * |

*******************************************************************************

## MOTION TO TRANSFER CASES NOT PARTICIPATING IN GLOBAL SETTLEMENT

The following Plaintiffs are being represented by undersigned. They are not participating in the global settlement.

1. Judith Lynch
   Judith Lynch, et al v Merck &Co., Inc
   2:05-cv-0572-EEF-DEK

2. William Donaldson
   Denise Whittaker, et al v. Merck & Co., Inc.
   2:05-cv-01257-EEF-DEK

3. Neil Flewellen
   Neil Flewellen, et al v Merck & Co., Inc
   2:08-cv-04165-EEF-DEK

4. Samuel Perry
   Marianne Chambers, et al v Merck & Col., Inc.
   2:05 –v-01997-EEF-DEK

5. Gary Derose
   Denise Whittaker, et al v. Merck & Co., Inc.
   2:05-cv-01257-EEF-DEK

6. Marjorie Rodriquez
   Denise Whittaker, et al v. Merck & Co., Inc.
   2:05-cv-01257-EEF-DEK

7. Denise R. Hess
   Hess, Denise v. Merck & Co., Inc.
   2:05-cv-05893

Each of these plaintiffs has complied in a timely manner with this court's order regarding specific causation. Despite meeting this deadline in the spring of 2008, no activity has been permitted to occur. To avoid further unnecessary delay, these plaintiffs request transfer back to their original filing jurdiction. In all cases except Hess, which is a Tennessee federal court claim, and Flewellen, which is in the Eastern District of New York, transfer would mean back to the District of Connecticut.

Wherefore, these plaintiffs respectfully request transfer of these claims out of the Multi District Litigation.

/s/ Michael A. Stratton

Michael A. Stratton, 08166
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Phone : ( 203) 624-9500
Fax: (203) 624-9100
mstratton@strattonfaxon.com

Plaintiff's Counsel

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx | * MDL Docket No. 1657 |
| | * |
| | * |
| **PRODUCTS LIABILITY** | * SECTION L |
| **LITIGATION** | * |
| | * |
| THIS DOCUMENT RELATES TO: | * |
| Plaintiff Marjorie Rodriguez, | * |
| VCN 1074937 | * |
| Regarding Case Caption: | * |
| Denise Whittaker, et al vs. | * MAGISTRATE JUDGE KNOWLES |
| Merck & Co., Inc. | * |
| Docket#: 2:05cv-01257-EE-DEK | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The foregoing Motion to Transfer ,having been heard, it is hereby

Ordered:  GRANTED / DENIED.


BY THE COURT,


_____

(JUDGE / CLERK)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Transfer has been served on all counsel by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Lousiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of February, 2009.

/s/ Michael A. Stratton

Michael A. Stratton, 08166
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Phone : ( 203) 624-9500
Fax:  (203) 624-9100
mstratton@strattonfaxon.com

Plaintiff's Counsel