UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| | * |
| | * |
| **PRODUCTS LIABILITY** | * SECTION L |
| **LITIGATION** | * |
| | * |
| THIS DOCUMENT RELATES TO: | * |
| Plaintiff Marjorie Rodriguez, | * |
| VCN 1074937 | * |
| Regarding Case Caption: | * |
| Denise Whittaker, et al vs. | * MAGISTRATE JUDGE KNOWLES |
| Merck & Co., Inc. | * |
| Docket#: 2:05cv-01257-EE-DEK | * |

*************************************************************************

## ORDER

The foregoing Motion to Transfer, having been heard, it is hereby

Ordered: GRANTED / DENIED.

BY THE COURT,

_____

(JUDGE / CLERK)