# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX ) | MDL NO. 1657 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| **This document relates to:** ) | JUDGE FALLON |
| **Noble, Richard, et al., 2:05-cv-1060 (Larry** ) | |
| **Perry)** ) | MAGISTRATE JUDGE KNOWLES |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order 36, the Simon Law Firm, PC, counsel of record for Larry Perry, moves the Court for an Order granting leave for Counsel to Withdraw as Counsel of record in the above styled case/claim. In support of this motion, the undersigned states as follows:

1. Due to various circumstances, of a privileged and confidential nature The Simon Law Firm, PC does not feel that they can continue to serve as attorneys for Larry Perry.

2. Todd S. Hageman has notified Larry Perry of this decision and has sent him written notice of the filing of this Motion via certified mail to plaintiff's last known mailing address. Plaintiff's last known address is 4918 Fountain Ave., St. Louis, MO 63113.

3. PTO 36 will be complied with in all other respects, including providing a copy of said Order to plaintiff.

4. Counsel will rely upon the Certification annexed hereto.

For these reasons, the Simon Law Firm, PC urges the Court to grant their Motion to Withdraw as Counsel of Record in this matter.

Respectfully submitted this 23rd day of February, 2009.

THE SIMON LAW FIRM, PC

_____
Todd S. Hageman, Missouri Bar No. 44770
701 Market Street, Suite 1450
Saint Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029

ATTORNEY FOR PLAINTIFF

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Hageman | First: Todd | Middle: S |
| **Name of Law Firm** | The Simon Law Firm, PC | | |

| **Current Address** | Street: 701 Market Street, Suite 1450 | | | |
|---|---|---|---|---|
| | City: St. Louis | State: MO | Zip: 63101 | Country: USA |

| **Telephone Number** | 3142412929 | **Facsimile** | 3142412029 | **Email** | thageman@simonlawpc.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Perry | First: Larry | Middle: |

| **Plaintiff Address** | Street: 4918 Fountain Avenue | | | |
|---|---|---|---|---|
| | City: St. Louis | State: MO | Zip: 63113 | Country: USA |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | Richard Noble, et al. vs. Merck & Co., et al |
|---|---|
| **Case Number** | 2:05-cv-1060 |
| **Court Where Case is Pending** | Eastern District of Louisiana |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☒ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |

| **Address** | Street: | | | |
|---|---|---|---|---|
| | City: | State: | Zip: | Country: |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend  ☐ Relative (specify relationship: ____ ) |
|---|---|

#344082

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  2 / 20 / 2009 .
  Month   Day   Year

☒ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 2 / 20 / 09 (Month/Day/Year) | _____ Counsel |

#344082

2

## CERTIFICATE OF SERVICE

I certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liasion Counsel, Phillip A. Whitman and Russ Herman, by US Mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures in MDL 1657 on this 20th day of February, 2009

THE SIMON LAW FIRM, PC

_____
Todd S. Hageman, Missouri Bar No. 44770
701 Market Street, Suite 1450
Saint Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029

ATTORNEY FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | MDL NO. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| **This document relates to:** | ) | JUDGE FALLON |
| **John Kramper, 2:05-cv-3286-EEF** | ) | |
| | ) | MAGISTRATE JUDGE KNOWLES |

### ORDER

Considering the Motion to Withdraw as Counsel of Record

IT IS ORDERED that The Simon Law Firm, PC is hereby withdrawn as Counsel of Record for John Kramper.

NEW ORLEANS, LOUISIANA, this    day of          , 2009

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE