# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | MDL NO. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| **This document relates to:** | ) | JUDGE FALLON |
| Noble, Richard, et al., 2:05-cv-1060 (Larry | ) | |
| **Perry)** | ) | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the Motion to Withdraw as Counsel of Record

IT IS ORDERED that The Simon Law Firm, PC is hereby withdrawn as Counsel of Record for Larry Perry.

NEW ORLEANS, LOUISIANA, this    day of           , 2009

                                               ELDON E. FALLON
                                               UNITED STATES DISTRICT JUDGE