# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | MDL NO. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| **This document relates to:** | ) | JUDGE FALLON |
| **Joiner, Caren, 2:06-cv-00904-EEF-DEK** | ) | |
| | ) | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the Motion to Withdraw as Counsel of Record

IT IS ORDERED that The Simon Law Firm, PC is hereby withdrawn as Counsel of Record for Caren Joiner.

NEW ORLEANS, LOUISIANA, this    day of         , 2009

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE