UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | MDL NO. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| **This document relates to:** | ) | JUDGE FALLON |
| **John Kramper, 2:05-cv-3286-EEF** | ) | |
| | ) | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the Motion to Withdraw as Counsel of Record

IT IS ORDERED that The Simon Law Firm, PC is hereby withdrawn as Counsel of Record for John Kramper.

NEW ORLEANS, LOUISIANA, this    day of           , 2009

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE