FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 FEB 20   PM 4: 37

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: | ) |
| | ) |
| VIOXX PRODUCTS LIABILITY LITIGATION | ) |
| | ) |
| | ) |
| | ) |
| | ) |

MDL DOCKET NO. 1657

Judge Fallon
Mag. Judge Knowles

**OBJECTION TO NOTICE OF LIEN**

TO DEFENDANT, MERCK & COMPANY INC. AND ITS ATTORNEYS OF RECORD:

Carolyn Dye, as Bankruptcy Trustee for LAW OFFICES OF ARTHUR SHERMAN, P.C. ("the Bankruptcy"), formerly known as SHERMAN & SALKOW, a Professional Corporation, hereby objects to the Notice of Lien in favor of MWAY, LLC dated April 23, 2008 and entered into the Record of this Court on February 12, 2009. The submission of the lien subsequent to the filing of the Bankruptcy on January 16, 2009, was a violation of the Automatic Stay of Bankruptcy Code Section 362. Furthermore, any purported agreement entered into in the State of California granting a lien on fees due LAW OFFICES OF ARTHUR SHERMAN, P,C, to MWAY, LLC, a non-lawyer, is unenforceable as a matter of law  pursuant to the provisions of Rule 1-320 of the California Rules Code of Professional Conduct.

Dated: February 17, 2009

Carolyn Dye, Chapter 7 trustee for Law
Offices of Arthur Sherman, P.C., formerly
Known as Sherman & Salkow

OBJECTION TO NOTICE OF LIEN

____ Fee____1_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No._____

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 3435 Wilshire Boulevard Equitable Plaza Suite 1045, Los Angeles, CA 90010. **February 19, 2009,** I served the within document(s).

## OBJECTION TO NOTICE OF LIEN

_X_    **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 6:00 p.m. The transmission was reported as complete and without error and was properly issued by the transmitting facsimile machine. **VIA FAX: (804) 521-7299**

___    **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

_X_    **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

___    **BY OVERNIGHT DELIVERY:** by causing document(s) to be deposited with Federal Express for delivery to the addressee(s) on the next business day.

___    **BY PERSONAL DELIVERY:** by causing personal delivery by **Pro Courier** of the document(s) listed above to the person(s) at the address(es) set forth below.

**BrownGreer PLC
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Attn: Jennifer Greene**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of that party served, service is presumed invalid if postal cancellation date of postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on **February 19, 2009** at Los Angeles, California

Danielle M. Landeros

OBJECTION TO NOTICE OF LIEN                                                    2