**Exhibit A**
**Represented Plaintiffs**

| FirmName | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| Bubalo, Hiestand & Rotman, PLC | Overstreet | Rhoda | Overstreet, Rhoda v. Merck & Co., Inc. | 2:06-cv-02064-EEF-DEK |
| Bubalo, Hiestand & Rotman, PLC | Thomas | Harold | Thomas, Harold v. Merck & Co., Inc. | 2:06-cv-02069-EEF-DEK |
| Cellino & Barnes, P.C. | Lawson | Lawrence | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | Roberts | Sarah | Roberts, Sarah v. Merck & Co., Inc. | 2:05-cv-03543-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | ABRAMS | CLARENCE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | BLANTON | DAVID | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | BOURGEOIS | VERONICA | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | CLENNON, DECEASED, C/O GRACE CLENNON | ELVINA | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | DUFFIE, SR., DECEASED, C/O KATINA DUFFIE | JOE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | GABBARD, DECEASED | BIRDIE CATHERINE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | GREEN, DECEASED, C/O CYNTHIA TAYLOR-GREEN | LESLIE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | ISAACS | GERALD | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | JOHNSON, JR., DECEASED, C/O ANNIE JOHNSON | AVIE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | MARSE | BETTY | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | VERNON, DECEASED | MAGGIE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Kennedy, Michael E., Esquire | Schuckman | Drew | Schuckman, Drew v. Merck & Co., Inc. | 2:06-cv-01529-EEF-DEK |
| Matthews & Associates | Ward | Teresa | Ward, Teresa B. v. Merck | 2:05-cv-01147-EEF-DEK |

|  |  | Brannon | & Co., Inc. |  |
|---|---|---|---|---|
| McCormick, Patrick F., Atty. at Law | Heintzelman | Ann | Stremba, Lawrence v. Merck & Co., Inc. | 2:07-cv-01058-EEF-DEK |
| McCormick, Patrick F., Atty. at Law | Hine | Allen | Stremba, Lawrence v. Merck & Co., Inc. | 2:07-cv-01058-EEF-DEK |
| McCormick, Patrick F., Atty. at Law | Mccarroll | Jeffrey | Stremba, Lawrence v. Merck & Co., Inc. | 2:07-cv-01058-EEF-DEK |
| McCormick, Patrick F., Atty. at Law | Rumbel | Ralph | Stremba, Lawrence v. Merck & Co., Inc. | 2:07-cv-01058-EEF-DEK |
| McCormick, Patrick F., Atty. at Law | Stremba | Larry | Stremba, Lawrence v. Merck & Co., Inc. | 2:07-cv-01058-EEF-DEK |
| McCormick, Patrick F., Atty. at Law | Yunevage | John | Stremba, Lawrence v. Merck & Co., Inc. | 2:07-cv-01058-EEF-DEK |