**Exhibit B**
**Cases with a Pending Counsel Motion to Withdraw**

| FirmName | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| Bubalo, Hiestand & Rotman, PLC | Allen, Sr. | Richard | Allen, Richard W. Jr. v. Merck & Co., Inc. | 2:06-cv-01920-EEF-DEK |
| Bubalo, Hiestand & Rotman, PLC | Butcher | Lawrence | Butcher, Lawrence K. v. Merck & Co., Inc. | 2:06-cv-01901-EEF-DEK |
| Bubalo, Hiestand & Rotman, PLC | Rakes | Delbert | Rakes, Delbert v. Merck & Co., Inc. | 2:06-cv-00782-EEF-DEK |
| Bubalo, Hiestand & Rotman, PLC | Ward | Carolyn | Ward, Carolyn A. v. Merck & Co., Inc. | 2:06-cv-00779-EEF-DEK |
| D'Amico, Frank J., Jr., APLC | Denet | Joyce | Anderson, Harold v. Merck & Co., Inc. | 2:05-cv-04428-EEF-DEK |
| Grey & Grey, L.L.P. | Padova | Karen | Padova, Karen v. Merck & Co., Inc. | 2:06-cv-01509-EEF-DEK |
| Grey & Grey, L.L.P. | Reinhardt | Joan | Reinhardt, Joan v. Merck & Co., Inc. | 2:06-cv-01510-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | BAKER | TYWANNA | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | CRAWFORD | TIMOTHY | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | CROWELL, DECEASED, C/O MILDRED WINTERS | LORINE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | DESPENZA, DECEASED, C/O STEPHANIE YOUNG | SYLVESTER | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | DILLON | SHIRLEY | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | HARRELL, DECEASED | QUEEN VICTORIA | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | HOWARD | CARMEL | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | LEWIS, DECEASED | LARRY | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | PRICE | JUDY | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |

| Firm | Last Name | First Name | Case Name | Case Number |
|---|---|---|---|---|
| Jones, Swanson, Huddell & Garrison, L.L.C. | THOMPSON | JERRY | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | WARREN | HERMAN | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | YOUNG, DECEASED, C/O STEPHANIE YOUNG | CATHERINE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Keller Rohrback, L.L.P. | Jones | Nicholas | Jones, Nicholas v. Merck & Co., Inc. | 2:07-cv-00740-EEF-DEK |
| Keller Rohrback, L.L.P. | Matthews | John | Matthews, John v. Merck & Co., Inc. | 2:06-cv-05606-EEF-DEK |
| Keller Rohrback, L.L.P. | Steward | John | Steward, John v. Merck & Co., Inc. | 2:06-cv-10330-EEF-DEK |
| O'Quinn Law Firm, The | Pierre | Lucille | Pierre, Lucille v. Merck & Co., Inc. | 2:05-cv-06021-EEF-DEK |
| O'Quinn Law Firm, The | Pomier | Mary | Pomier, Mary v. Merck & Co., Inc. | 2:05-cv-06022-EEF-DEK |
| Schlichter, Bogard & Denton | Cooper | Vanita | Batt, Flossie v. Merck & Co., Inc. | 2:05-cv-05139-EEF-DEK |
| Schlichter, Bogard & Denton | Hall | Teresa | Batt, Flossie v. Merck & Co., Inc. | 2:05-cv-05139-EEF-DEK |
| Schlichter, Bogard & Denton | James | Donald | Wagner, Don v. Merck & Co., Inc. | 2:06-cv-03084-EEF-DEK |
| Schlichter, Bogard & Denton | Lawrie | Thomas | Meysami, Glenda v. Merck & Co., Inc. | 2:05-cv-05353-EEF-DEK |
| Schlichter, Bogard & Denton | Lively | Roland | Wagner, Don v. Merck & Co., Inc. | 2:06-cv-03084-EEF-DEK |
| Schlichter, Bogard & Denton | Shelby | Mary | Meysami, Glenda v. Merck & Co., Inc. | 2:05-cv-05353-EEF-DEK |
| Schlichter, Bogard & Denton | Tindall | Joseph | Wagner, Don v. Merck & Co., Inc. | 2:06-cv-03084-EEF-DEK |
| Schlichter, Bogard & Denton | Tucker | Billy | Batt, Flossie v. Merck & Co., Inc. | 2:05-cv-05139-EEF-DEK |