**Exhibit C**
**Unrepresented Plaintiffs**

| LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|
| Collins | Nathaniel | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Harrison | Dennis | Harrison, Dennis R. v. Merck & Co., Inc. | 2:07-cv-00905-EEF-DEK |