UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX ® PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL Docket No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
*Richard Rodriguez, et al v. Merck & Co., Inc., et al*
**Docket No: 07-954**

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Luis Angel Rodriguez, Ruben Rodriguez, Naomi Franco, and Rachel Rodriguez (all adults, and surviving children of Richard Rodriguez, deceased), Plaintiffs herein, and make and file this Motion for Substitution of Party pursuant to rule 25 of the Federal Rules of Civil Procedure, and respectfully request this Court to enter an Order substituting Naomi Franco as the Personal Representative of the Estate of Richard Rodriguez (deceased). In support of this Motion, the Plaintiff states as follows:

1. The Complaint in the above-styled matter was filed prior to the death of Richard Rodriguez.

2. Richard Rodriguez died on March 10, 2007. On August 17, 2007, this Honorable Court signed an Order allowing this case to be continued in the name of Lorenza Rodriguez (wife of Richard Rodriguez). Lorenza Rodriguez passed away on October 4, 2007.

3. Naomi Franco now requests that this suit for Estate of Richard Rodriguez be continued in the name of Naomi Franco, as Personal Representative of the Estate of Richard Rodriguez, Deceased. Naomi Franco, a surviving child of Richard Rodriguez, is a natural heir and preferred personal representative of the Estate of Richard Rodriguez (deceased). Plaintiff Richard Rodriguez's causes of action are ones which survive to his estate, and the judgment recovered in this cause on behalf of the Estate of Richard Rodriguez would be assets in his hands. There is no formal administration or execution of this estate that is required by law (generally, or as a pre-requisite to the continuation of the causes of action as originally filed by Plaintiff Richard Rodriguez). Therefore, Naomi Franco, a surviving child of Richard Rodriguez (decedent), requests that the suit be continued in the name of Naomi Franco, as Personal Representative of the Estate of Richard Rodriguez (decedent).

4. Luis Angel Rodriguez, Ruben Rodriguez, Naomi Franco, and Rachel Rodriguez are already Plaintiffs herein, and have been named as Plaintiffs in this lawsuit since the untimely death of Richard Rodriguez (deceased). This filing was made pursuant to the Texas Wrongful Death Statute, since these four (4) Plaintiffs are surviving children of the decedent. All four (4) of these surviving children of the decedent are adults, and all four (4) of these surviving children agree and consent to Naomi Franco serving as

the Personal Representative of the Estate of Richard Rodriguez (deceased). There are no other persons who are heirs to the Estate of Richard Rodriguez.

5. Under Rule 25 of the Federal Rules of Civil Procedure, the substitution of Naomi Franco is proper.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Court enter an Order granting the substitution of party.

Respectfully submitted,

/s/ Douglas A. Allison
Douglas A. Allison
State Bar No. 01083500
Federal ID No. 10252
Law Offices of Douglas A. Allison
500 North Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: 361-888-6002
FAX: 361-888-6651

/s/ Jack Modesett, III
Jack Modesett III
State Bar No. 14244337
Federal ID No.: 13730
500 N. Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: (361) 887-6449
FAX: (361) 885-7983
**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Substitution of Party has been served on liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of February, 2009.

/s/ Douglas A. Allison
Douglas A. Allison