## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: VIOXX® PRODUCTS** | : | **MDL Docket No. 1657** |
| **LIABILITY LITIGATION** | : | |
| | : | **SECTION: L** |
| | : | |
| | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLES** |

**THIS DOCUMENT RELATES TO:**

*Richard Rodriguez, et al v. Merck & Co., Inc., et al*
**Docket No. : 07-954**

## ORDER GRANTING
## MOTION FOR SUBSTITUTION OF PARTY

On this date of entry of this Order (as noted below), the Court considered Motion for Substitution of Party, filed by Plaintiffs Luis Angel Rodriguez, Ruben Rodriguez, Naomi Franco and Rachel Rodriguez, and the Court having considered such filing, the Court enters the following Order:

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this suit for Richard Rodriguez (now deceased) be continued in the name of Naomi Franco, as Personal Representative of the Estate of Richard Rodriguez, Deceased. Plaintiffs Luis Angel Rodriguez, Ruben Rodriguez, Naomi Franco and Rachel Rodriguez shall also continue in this suit as Plaintiffs, in their individual capacities, for their claims asserted pursuant to the Wrongful Death Statute.

SIGNED and entered on this _____ day of _____, 2009.

_____
JUDGE PRESIDING