UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | Section L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| Jimmy Lockhart, Executor of the | * | |
| Estate of Dolena Lockhart | * | |
| | * | |
| v. | * | 2:08-cv-00876-EEF-DEK |
| | * | |
| Merck & Co., Inc. | * | |

<u>Response in Opposition to Defendant Merck & Co.'s</u>
<u>Motion to Show Cause and Motion to Dismiss</u>

Comes now, the plaintiff, and hereby responds in opposition to Defendant's Motion to Show cause and Motion to Dismiss and for good cause states that the plaintiff and defendant Merck & Co., on December 12, 2008 agreed to extend the time within which to comply with PTO 29 by 60 days.

That the plaintiff on February 5, 2009 sent to counsel for Merck & Co., per email Claimant's Amedned and Supplemental Plaintiff Profile Form; Authorization ofr Release of Psychological?Psychiatric Records Pursuant to 45 CFR Secton 164.508 (HIPAA); Authorization for Release of Psychotherapy Notes Pursuant to 45 CFR 164.508 (HIPPA); Authorization for Release of Records; Authorization for Release of Medical Records Pursuant to 45 CFR 164.508 (HIPAA); and Responses to Merck & Co.'s First Set of Interrogatories to Plaintiff.

Wherefore the plaintiff respectfully requests that the Motion to Show Cause and Dismiss this claim be denied.

Respectfully submitted,

_____
Paul A. Weykamp
Law Offices of Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030
Tel 410-584-0660
Counsel for Claimant.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed postage prepaid first class to Ms. Dorothy Wimberly, Stone, Pigman, Walther and Wittmann, LLC, 546 Carondelet Street, New Orleans, LA 70130-3588 on this 19th day of February, 2009.

_____
Paul A. Weykamp

# LAW OFFICES OF PAUL A. WEYKAMP

Attorneys and Counselors-at-Law
Suite 2
16 Stenersen Lane
Hunt Valley, Maryland 21030

Admitted to Practice in VA, MD & PA

Tel: 1-800-580-5589
Tel: 410-584-0060
Fax: 410-584-1005

February 2, 2009

Clerk,
United States District Court for the District of Eastern Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

    Re: Jimmy Lockhart as Executor of Dolena Lockhart,
      v. Merck & Co., 2:08-cv-00876-EEF-DEK
      PRODUCTS LIABILITY LITIGATION
      Judge Fallon

Dear Sir/Madame:

  I am enclosing for filing a Response in Opposition to the Motion to Show Cause and Motion to Dismiss filed by Merck & Co.

  As always, should you have any questions whatsoever, I am at your disposal at any time.

         Very truly yours,

         Paul A. Weykamp

PAW/kr
cc: D. Wimberly