UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**  *Judith Orie v. Merck &Co., Inc.*, No. 05-2585 (as to Judith Orie <u>only</u>)

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Judith E. Orie, M.D., and Defendant Merck & Co., Inc., hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a), to dismissal with prejudice of all claims against Merck & Co., Inc., each party to bear its own costs. (*See* Rec. Doc. No. 15583).

New Orleans, Louisiana, this 25th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE

1