UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO:**      *Osborne Washington, et al. v. Merck &Co., Inc.,*
**No. 05-2374 (as to Mary McKelvy <u>only</u>)**

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Plaintiff Mary McKelvy and Defendant Merck & Co., Inc., hereby stipulate, pursuant to

Fed. R. Civ. Proc. 41(a), to dismissal with prejudice of all claims against Merck & Co., Inc.,

each party to bear its own costs. (*See* Rec. Doc. No. 15637).

New Orleans, Louisiana, this 25th day of February, 2009.

_____

UNITED STATES DISTRICT JUDGE