## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| This document relates to the plaintiffs listed on attached exhibits. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER TO SHOW CAUSE WHY CASES
### SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the cases listed in the attached **Exhibit A** show cause on the 27th day of March, 2009, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).  Plaintiffs shall file and serve upon Liaison Counsel any oppositions to the Rule on or before the 16th day of March, 2009.  Defendant Merck & Co., Inc., shall file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies to the oppositions on or before the 25th day of March, 2009.

**IT IS FURTHER ORDERED** that, as to the cases listed in the attached **Exhibit B,** as follows**:**

- Plaintiffs' counsel seeking to withdraw must deliver to the plaintiff by March 4, 2009, a copy of Merck's motion to dismiss the plaintiff's claim with prejudice and a copy of this Order;

- By no later than March 13, 2009, plaintiff shall contact the Pro Se Curator and notify the Curator as to whether or not the plaintiff intends, to pursue his or her claim;

- Plaintiffs who notify the Curator of their intention to proceed with their claim shall, no later than March 31, 2009, either (a) file a Notice with the Court advising the Court of the name and address of the attorney who will represent them in this action and have counsel enter an appearance or (b) if plaintiff intends to proceed *pro se*, serve all materials required by PTO 28, including a case-specific expert report; and

- Failure to notify the Curator as noted above by March 13, 2009, or, if plaintiff notifies the Curator of his or her intent to proceed with the claim, failure to notify the Court of the name and address of the attorney who will be representing the plaintiff or, if proceeding *pro se*, failure to comply with PTO 28 shall constitute grounds for dismissal of the claim.

**IT IS FURTHER ORDERED** that, as to the cases listed in the attached **Exhibit C,** as follows**:**

- By no later than March 13, 2009, plaintiff shall notify the Pro Se Curator whether or not plaintiff intends to pursue his or her claim;

- By no later than March 31, 2009, plaintiffs who intend to pursue their claims must either (a) have new counsel enter an appearance in this litigation, or (b) if proceeding *pro se*, serve all materials required by PTO 28, including a case-specific expert report; and

- Failure to notify the Curator as noted above by March 13, 2009, or, if plaintiff notifies the Curator of his or her intent to proceed with the claim, failure to notify the Court of the name and address of the attorney who will be representing the plaintiff or, if proceeding *pro se*, failure to comply with PTO 28 shall constitute grounds for dismissal of the claim.

NEW ORLEANS, LOUISIANA, this  25th  day of February, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

**Exhibit A**
**Represented Plaintiffs**

| FirmName | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| Bubalo, Hiestand & Rotman, PLC | Overstreet | Rhoda | Overstreet, Rhoda v. Merck & Co., Inc. | 2:06-cv-02064-EEF-DEK |
| Bubalo, Hiestand & Rotman, PLC | Thomas | Harold | Thomas, Harold v. Merck & Co., Inc. | 2:06-cv-02069-EEF-DEK |
| Cellino & Barnes, P.C. | Lawson | Lawrence | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Cellino & Barnes, P.C. | Roberts | Sarah | Roberts, Sarah v. Merck & Co., Inc. | 2:05-cv-03543-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | ABRAMS | CLARENCE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | BLANTON | DAVID | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | BOURGEOIS | VERONICA | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | CLENNON, DECEASED, C/O GRACE CLENNON | ELVINA | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | DUFFIE, SR., DECEASED, C/O KATINA DUFFIE | JOE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | GABBARD, DECEASED | BIRDIE CATHERINE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | GREEN, DECEASED, C/O CYNTHIA TAYLOR-GREEN | LESLIE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | ISAACS | GERALD | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | JOHNSON, JR., DECEASED, C/O ANNIE JOHNSON | AVIE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | MARSE | BETTY | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | VERNON, DECEASED | MAGGIE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Kennedy, Michael E., Esquire | Schuckman | Drew | Schuckman, Drew v. Merck & Co., Inc. | 2:06-cv-01529-EEF-DEK |
| Matthews & Associates | Ward | Teresa | Ward, Teresa B. v. Merck | 2:05-cv-01147-EEF-DEK |

| | | | Brannon | & Co., Inc. | |
|---|---|---|---|---|---|
| McCormick, Patrick F., Atty. at Law | | Heintzelman | Ann | Stremba, Lawrence v. Merck & Co., Inc. | 2:07-cv-01058-EEF-DEK |
| McCormick, Patrick F., Atty. at Law | | Hine | Allen | Stremba, Lawrence v. Merck & Co., Inc. | 2:07-cv-01058-EEF-DEK |
| McCormick, Patrick F., Atty. at Law | | Mccarroll | Jeffrey | Stremba, Lawrence v. Merck & Co., Inc. | 2:07-cv-01058-EEF-DEK |
| McCormick, Patrick F., Atty. at Law | | Rumbel | Ralph | Stremba, Lawrence v. Merck & Co., Inc. | 2:07-cv-01058-EEF-DEK |
| McCormick, Patrick F., Atty. at Law | | Stremba | Larry | Stremba, Lawrence v. Merck & Co., Inc. | 2:07-cv-01058-EEF-DEK |
| McCormick, Patrick F., Atty. at Law | | Yunevage | John | Stremba, Lawrence v. Merck & Co., Inc. | 2:07-cv-01058-EEF-DEK |

**Exhibit B**
**Cases with a Pending Counsel Motion to Withdraw**

| FirmName | LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|---|
| Bubalo, Hiestand & Rotman, PLC | Allen, Sr. | Richard | Allen, Richard W. Jr. v. Merck & Co., Inc. | 2:06-cv-01920-EEF-DEK |
| Bubalo, Hiestand & Rotman, PLC | Butcher | Lawrence | Butcher, Lawrence K. v. Merck & Co., Inc. | 2:06-cv-01901-EEF-DEK |
| Bubalo, Hiestand & Rotman, PLC | Rakes | Delbert | Rakes, Delbert v. Merck & Co., Inc. | 2:06-cv-00782-EEF-DEK |
| Bubalo, Hiestand & Rotman, PLC | Ward | Carolyn | Ward, Carolyn A. v. Merck & Co., Inc. | 2:06-cv-00779-EEF-DEK |
| D'Amico, Frank J., Jr., APLC | Denet | Joyce | Anderson, Harold v. Merck & Co., Inc. | 2:05-cv-04428-EEF-DEK |
| Grey & Grey, L.L.P. | Padova | Karen | Padova, Karen v. Merck & Co., Inc. | 2:06-cv-01509-EEF-DEK |
| Grey & Grey, L.L.P. | Reinhardt | Joan | Reinhardt, Joan v. Merck & Co., Inc. | 2:06-cv-01510-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | BAKER | TYWANNA | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | CRAWFORD | TIMOTHY | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | CROWELL, DECEASED, C/O MILDRED WINTERS | LORINE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | DESPENZA, DECEASED, C/O STEPHANIE YOUNG | SYLVESTER | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | DILLON | SHIRLEY | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | HARRELL, DECEASED | QUEEN VICTORIA | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | HOWARD | CARMEL | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | LEWIS, DECEASED | LARRY | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | PRICE | JUDY | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |

| | | | | |
|---|---|---|---|---|
| Jones, Swanson, Huddell & Garrison, L.L.C. | THOMPSON | JERRY | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | WARREN | HERMAN | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Jones, Swanson, Huddell & Garrison, L.L.C. | YOUNG, DECEASED, C/O STEPHANIE YOUNG | CATHERINE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| Keller Rohrback, L.L.P. | Jones | Nicholas | Jones, Nicholas v. Merck & Co., Inc. | 2:07-cv-00740-EEF-DEK |
| Keller Rohrback, L.L.P. | Matthews | John | Matthews, John v. Merck & Co., Inc. | 2:06-cv-05606-EEF-DEK |
| Keller Rohrback, L.L.P. | Steward | John | Steward, John v. Merck & Co., Inc. | 2:06-cv-10330-EEF-DEK |
| O'Quinn Law Firm, The | Pierre | Lucille | Pierre, Lucille v. Merck & Co., Inc. | 2:05-cv-06021-EEF-DEK |
| O'Quinn Law Firm, The | Pomier | Mary | Pomier, Mary v. Merck & Co., Inc. | 2:05-cv-06022-EEF-DEK |
| Schlichter, Bogard & Denton | Cooper | Vanita | Batt, Flossie v. Merck & Co., Inc. | 2:05-cv-05139-EEF-DEK |
| Schlichter, Bogard & Denton | Hall | Teresa | Batt, Flossie v. Merck & Co., Inc. | 2:05-cv-05139-EEF-DEK |
| Schlichter, Bogard & Denton | James | Donald | Wagner, Don v. Merck & Co., Inc. | 2:06-cv-03084-EEF-DEK |
| Schlichter, Bogard & Denton | Lawrie | Thomas | Meysami, Glenda v. Merck & Co., Inc. | 2:05-cv-05353-EEF-DEK |
| Schlichter, Bogard & Denton | Lively | Roland | Wagner, Don v. Merck & Co., Inc. | 2:06-cv-03084-EEF-DEK |
| Schlichter, Bogard & Denton | Shelby | Mary | Meysami, Glenda v. Merck & Co., Inc. | 2:05-cv-05353-EEF-DEK |
| Schlichter, Bogard & Denton | Tindall | Joseph | Wagner, Don v. Merck & Co., Inc. | 2:06-cv-03084-EEF-DEK |
| Schlichter, Bogard & Denton | Tucker | Billy | Batt, Flossie v. Merck & Co., Inc. | 2:05-cv-05139-EEF-DEK |

**Exhibit C**
**Unrepresented Plaintiffs**

| LastName | FirstName | Case Caption | Docket # |
|---|---|---|---|
| Collins | Nathaniel | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Harrison | Dennis | Harrison, Dennis R. v. Merck & Co., Inc. | 2:07-cv-00905-EEF-DEK |