UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *See Attached List* | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PROPOSED ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 27th day of March, 2009 at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 13th day of March, 2009.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 25th day of March, 2009.

NEW ORLEANS, LOUISIANA, this 25th day of February, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

**Exhibit A**

| Last Name | First Name | Primary Counsel | Short Caption | Docket Number |
|---|---|---|---|---|
| Adams | Mary | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Albright | Ann | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Allen | Marie | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Blankenship | Donald | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Blodgett | Don | Cellino & Barnes, P.C. | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Brown | Dianne | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Butterfield | Myrtle | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Byrd | Deborah | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Carmen | Joan | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Carrigan | Georgia | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Carroll | John | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Desormeau | Margaret | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| DeSouza | William | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Eddy | Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Edwards | June | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Estep | John | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Farnsworth | Wilson | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Greeley | Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Habecker | Linda | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Kingsley | Ella | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Mayeu | Michael | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| McDaniels | Asa | Cellino & Barnes, P.C. | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |

| | | | | |
|---|---|---|---|---|
| McMurray | Scott | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| McPhaden | Arleen | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Melton | Roberta | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Negron | Myriam | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Pierre | Edele | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Rarick | Kenneth | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Scherf | Frank | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Schultz | Barbara | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Shahid | Marge | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Steerman | Gladys | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Tydus | Kathryn | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Walker | Renee | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Webb | Carol | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Weese | Roxana | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |