UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX<br>PRODUCT LIABILITY LITIGATION | ) | **MDL NO. 1657** |
| | ) | |
| | ) | **Eldon E. Fallon** |
| | ) | U.S. District Judge |
| This Document Relates To: | ) | |
| | ) | **Daniel E. Knowles, III** |
| | ) | U.S. Magistrate Judge |
| | ) | |
| *Ralph Gifford*          2:07-cv-9805 | ) | |
| *Sandra Johnson*      2:07-cv-9803 | ) | |
| *Sylvia Mullins*         2:07-cv-9808 | ) | |
| *Reginald Parks El*   2:07-cv-9804 | ) | |
| *Gladys Stilley*         2:07-cv-9807 | ) | |

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE**

Plaintiffs' undersigned counsel has left a message with defense counsel, Dorothy H. Wimberly of Stone, Pigman, Walther Wittman requesting an extension of 60 days to consult with each of the above-referenced plaintiffs to review the case-specific merits and to determine whether or not these plaintiffs want to proceed with their respective cases as these cases were deemed ineligible for the Vioxx Settlement program. I have not heard back from Ms. Wimberly and thus respectfully filed this request to the Court.

WHEREFORE, plaintiffs respectfully request sixty (60) days to consult with each of the above-referenced plaintiffs as set forth above.

Dated: February 26, 2009

                                      Respectfully submitted,

WEITZ & LUXENBERG, P.C.

By: _____
GLENN ZUCKERMAN

TO:   ALL COUNSEL OF RECORDS VIA ECF