**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


| | | |
|---|---|---|
| **ADELINE THOMAS MOSBY** | ) | |
| | ) | |
| **PLAINTIFF** | ) | **MDL NO. 1657** |
| | ) | |
| **In re: Vioxx** | ) | **JUDGE FALLON** |
| **PRODUCT LIABILITY** | ) | |
| **LITIGATION** | ) | **MAG. 3 KNOWLES** |
| | ) | |
| **v.** | ) | **CASE NO. : 08-170** |
| | ) | |
| **MERCK & CO., INC.,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

**NOTICE OF EXPERT**

**COMES NOW,** your plaintiff, Adeline Thomas Mosby, by counsel, and gives

notice to this court that Plaintiff has found an expert in the above styled case to comply

with PTO 29.  Plaintiff's expert is Dr. Rakesh Wahi.  Dr. Wahi in the process of

giving the report.  He should have it to me, Plaintiff's Counsel,  on or about

March 3, 2009.  Upon receipt of the expert report prepared by Dr. Wahi, Counsel for

Plaintiff, will file, i.e. serve on Defendant's Liaison Counsel Dorothy H. Wimberly and

Phillip A. Whittman, and Plaintiff's Liaison Counsel Russ Herman, Esquire and Leonard

Davis the expert report on March 3 or 4th, 2009.   Counsel for Plaintiff request that

Plaintiff  be excused from appearing at the March 5, 2009 hearing. In

conclusion, Counsel respectfully Request this court not to dismiss Plaintiff's case with

prejudice and to review this case in 30 days or at the next conferencing hearing in April,

2009, which ever comes first, or at a date the Court deems appropriate.

Respectfully submitted,

/s/ Phyllis M. Mosby
Phyllis M. Mosby, VSB no.:  30383
Danville Law Firm of
Phyllis M. Mosby, Atty. at Law
119 South Union Street
Danville, VA  24541
Phone:  434-797-2500
Fax:     434-797-2525
Attorney for Adeline Thomas Mosby, Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above Notice of Expert by Plaintiff, Adeline Thomas

Mosby, to comply with requirements of PTO 29 has been served on Defendant's Liaison

Counsel Dorothy H. Wimberly and Phillip A. Whittman, and Plaintiff's Liaison Counsel

Russ Herman, Esquire and Leonard Davis by U.S. Mail and e-mail and upon all

parties by electronically uploading the same to Lexis Nexis File and Serve Advanced in

accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed

with the Clerk of Court of the United States District Court for the Eastern District of

Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in

accord with the procedures established in MDL 1657, on the 26th day of February, 2009.

/s/ Phyllis M. Mosby
Phyllis M. Mosby, VSB no.:  30383
Danville Law Firm of
Phyllis M. Mosby, Atty. at Law
119 South Union Street
Danville, VA  24541
Phone:  434-797-2500
Fax:     434-797-2525

Attorney for Adeline Thomas Mosby, Plaintiff