UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| *Ragnar Steinmo, et al. v. Merck & Co., Inc.* (E.D. La. Index No. 09-124) | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Ragnar Steinmo, Lloyd Grahl, Frances Grahl, Fannie Mae Lathon, Rae Robinson-Dingle, and Vera Ambrosell ("Plaintiffs"), and Defendant, Merck & Co., Inc. ("Merck"), all parties who have appeared in the above action, hereby stipulate, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to the dismissal with prejudice of all claims that were brought or could have been brought in this action by Plaintiffs against the above named Defendant. Each party shall bear her, his or its own attorneys' fees and costs.

Further, in compliance with PreTrial Order No. 8B, the undersigned counsel hereby certify that as soon as the Order of dismissal is entered by the Court they will make the change directly on File & Serve to reflect the dismissal of this action with prejudice for the above-referenced matter.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit with prejudice.

_____
John H. McElyea
MCELYEA, SANTOS & BARNARD, P.A.
1300 Hope Road, Suite 100
Maitland, Florida 32751
Phone: 407-644-3339
Fax:   407-644-3358

*Counsel for Plaintiffs Ragnar Steinmo, Lloyd Grahl, Frances Grahl, Fannie Mae Lathon, Rae Robinson-Dingle, and Vera Ambrosett*

_____
Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

*Defendant's Liaison Counsel*

_____
Patricia E. Lowry
Barbara Bolton Litten
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Phone: 561-650-7200
Fax:   561-655-1509

*Attorneys for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation for Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for

the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this __ day of February, 2009.

_____

WESTPALMBEACH/547342.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Stipulation of Dismissal With Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th of February 2009.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel