# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| *Ragnar Steinmo, et al* | * | KNOWLES |
| | * | |
| *v.* | * | CIVIL ACTION NO. 2:09-cv- |
| | * | 00124 |
| *Merck & Co., Inc.* | * | |
| | * | |
| | * | |
| | * | |

**********************************

## ORDER OF DISMISSAL WITH PREJUDICE

   Plaintiffs Ragnar Steinmo, Lloyd Grahl, Frances Grahl, Fannie Mae Lathon, Rae

Robinson-Dingle and Vera Ambrosell and Defendant, Merck & Co., Inc. hereby stipulate,

pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck

& Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.


   NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.


             _____

             DISTRICT JUDGE


967208v.1