## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| *Sheila G. Cox Senchuk, Individually* | * | KNOWLES |
| *and as Personal Representative for the* | * | |
| *Estate of Ernest A. Cox, II* | * | CIVIL ACTION NO. |
| | * | 2:07-cv-9404 |
| *v.* | * | |
| | * | |
| *Merck & Co., Inc.* | * | |
| | * | |

**Only With Regard to:**

**Sheila G. Cox Senchuk**
**Elaine Anne DeBrigard**
**Laura Spilman**
**Ernest A. Cox**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Sheila G. Cox Senchuk, Elaine Anne DeBrigard, Laura Spilman and Ernest A. Cox and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE

967208v.1