UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION<br>This document relates to<br>Joyce Denet<br>Docket No. 05-4428 | SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**REPLY MEMORANDUM TO DEFENDANT'S SIXTH CROSS-MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE**

**MAY IT PLEASE THE COURT:**

**FACTUAL BACKGROUND**

Plaintiff, Joyce Denet, presented her case for representation to Frank J. D'Amico, Jr., APLC with the belief that she had suffered from a qualifying event. It is our understanding that plaintiff evacuated during Hurricane Katrina in August 2008. Upon counsel's return from evacuation, counsel was unable to locate Ms. Denet. In order to preserve the client's rights, plaintiff's counsel filed a lawsuit on her behalf.

Upon discussion and further discovery with Mrs. Denet on October 1, 2008, it was discovered that she did not suffer from either a heart attack or a stroke, but yet there still exists a fundamental disagreement as to the disposition of the case. Ms. Denet declined any further assistance from our office.

1

Ms. Denet was then referred by telephone and letter to Claudia Santoya, Esq., at the Curator's office for further litigation and advice in order to continue Pro Se if she so wished.

On October 2, 2008, plaintiff's counsel filed a Motion to Withdraw based on the reasons above.

**LEGAL ARGUMENT**

Under the present circumstances, plaintiff's counsel has followed the orders as set out by Judge Fallon. A Motion to Withdraw as Counsel along with the required certificates have been filed. Plaintiff's counsel is currently awaiting the Judge's signature on these documents. Based on the facts that are presented above, the plaintiff listed in Exhibit B of Defendant's sixth motion to show cause has not provided the proper documentation to counsel or to the Settlement committee to bring and/or maintain a claim in this instant suit.

Further, to require counsel for plaintiffs to jump through additional hoops and requirements, simply to arrive back at the current point will require an unnecessary expenditure of resources, both of counsel and this Honorable Court. Undersigned counsel humbly submits that all necessary steps have been satisfied, and that defendant's request of this Honorable Court is unnecessary.

**CONCLUSION**

Counsel maintains that they filed in good faith but due to the absence of the plaintiff at the origin of the petition followed by plaintiff's non-compliance and failure to

2

submit documentation, they have been unable to substantiate these claims. Counsel respectfully asks that this Court grant the undersigned counsel's Motion to Withdraw as Counsel in this matter so that the client may continue pro se, if she so wishes.

Respectfully submitted:

**FRANK J. D'AMICO, JR., APLC**

_____
FRANK J. D'AMICO, JR., (#17519)
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-9561
Telecopier: (504) 525-9522

**CERTIFICATE OF SERVICE**

I HEREBY certify that a copy of the above and foregoing pleading has been forwarded to all counsel of record, by facsimile and by placing the same in the United States Mail, postage prepaid, this 27th day of February, 2009.

_____
Frank J. D'Amico, Jr.

3