UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS<br>LIABILITY LITIGATION<br><br>This document relates to All Cases | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**ORDER**

In accordance with this Court's decision to reconsider its Order and Reasons of August 27, 2008, capping contingent fee contracts for attorneys representing Vioxx claimants,

**IT IS HEREBY ORDERED** that:

1) The Tulane Civil Litigation Clinic shall submit a memorandum in opposition to the Vioxx Litigation Consortium's Motion for Reconsideration of the Capping Order on or before March 17, 2009;

2) The Vioxx Litigation Consortium may submit a memorandum and affidavits in reply and supplementation of their Motion for Reconsideration on or before March 31, 2009; and

3) The Court will hear oral argument on the Motion for Reconsideration on April 7, 2009, at 9:00 a.m.

New Orleans, Louisiana, this 25th day of February, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE