IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>          Products Liability Litigation | MDL No. 1657<br><br>Section L<br><br>Eldon E. Fallon, U. S. District Judge<br>Daniel E. Knowles, III, U. S. Magistrate Judge |
| THIS DOCUMENT RELATES TO: | |
| *Cathey v. Merck & Co., Inc.* | (05-01126 E.D. La.) |
| *Kinghorn v. Merck & Co. Inc.* | (05-02912 E.D. La.) |
| *Yohe v. Merck & Co., Inc.* | (05-01174 E.D. La.) |
| *Young v. Merck & Co., Inc.* | (05-02560 E.D. La.) |

**NOTICE OF APPEARANCE OF AMY N. L. HANSON**

**PLEASE TAKE NOTICE**, Amy N. L. Hanson of Keller Rohrback L.L.P. located at 1201 Third Avenue, Suite 3200, Seattle, Washington 98101 will appear as attorney of record for the plaintiff in the above-entitled actions.

RESPECTFULLY SUBMITTED this 27th day of February 2009.

                        KELLER ROHRBACK L.L.P.

                        By  /s/ Amy Hanson
                        Amy N.L. Hanson
                        WSBA No. 28589
                        *Attorneys for Plaintiffs Cathey,*
                        *Kinghorn, Yohe, and Young*
                        KELLER ROHRBACK L.L.P.
                        1201 Third Avenue, Suite 3200
                        Seattle, WA  98104
                        Telephone:  206-623-1900
                        Facsimile:   206-623-3384
                        ahanson@kellerrohrrback.com

- 2 -

WILLIAMSON & WILLIAMS
Kim Williams
Rob Williamson
*Attorneys for Plaintiffs Cathey, Kinghorn, Yohe, and Young*
187 Parfitt Way SW, #250
Bainbridge Island, WA  98110
Telephone: 206-780-4447
Facsimile:  206-780-5557
kim@williamslaw.com
roblin@williamslaw.com

HENINGER GARRISON DAVIS, LLC
W. Lewis Garrison, Jr.
*Attorney for Plaintiff Cathey*
2224 First Avenue North
P.O. Box 11310
Birmingham, AL  35203
Telephone:  (205) 326-3336
Facsimile:  (205) 326-3332
wlgarrison@hgdlawfirm.com

GREENER BURKE SHOEMAKER P.A.
Richard H. Greener
*Attorney for Plaintiff Kinghorn*
The Banner Building
950 W. Bannock Street, Suite 900
Boise, Idaho  83702
Telephone: (208) 319-2600
Facsimile: (208) 319-2601
rgreener@greenerlaw.com

KELLER ROHRBACK P.L.C.
Mark D. Samson
*Attorney for Plaintiff Young*
3101 N. Central Avenue, Suite 1400
Phoenix, AZ  85012
Telephone:  (602) 248-0088
Facsimile:  (602) 248-2822
msamson@kellerrohrback.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand-delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of February, 2009.

                                              By  /s/ Amy Hanson  
                                              Amy N.L. Hanson  
                                              WSBA No. 28589  
                                              *Attorneys for Plaintiffs Cathey,*  
                                              *Kinghorn, Yohe, and Young*  
                                              KELLER ROHRBACK L.L.P.  
                                              1201 Third Avenue, Suite 3200  
                                              Seattle, WA  98104  
                                              Telephone:  206-623-1900  
                                              Facsimile:   206-623-3384  
                                              ahanson@kellerrohrrback.com