# **Exhibit A**

|   | **Docket Number** | **Case Name** | **Plaintiff Name** | **Last Known Address** |
|---|---|---|---|---|
| 1 | 2:05-cv-04742-EEF-DEK | Acevedo, Rogelio | Acevedo, Rogelio | 11668 Cedar Crest Drive, El Paso, TX 79936 |
| 2 | 2:05-cv-03183-EEF-DEK | Baisden, Freddie K | Baisden, Freddie K | Rt. 2 Box 32, Alderson, WV 24910 |
| 3 | 2:06-cv-00802-EEF-DEK | Banda, Sulema L | Banda, Sulema L | Post Office Box 246, 575 4th Street, Asherton, TX 78827 |
| 4 | 2:06-cv-00802-EEF-DEK | Banda, Sulema L | Canales, Violeto | 20 Park Lane St., Batesville, TX 78829 |
| 5 | 2:06-cv-00802-EEF-DEK | Banda, Sulema L | Gomez, Erminia | Post Office Box 593, Asherton, TX 78827 |
| 6 | 2:06-cv-00802-EEF-DEK | Banda, Sulema L | Ramirez, Esther Z | 701 East Alamo St., Crystal City, TX 78839 |
| 7 | 2:06-cv-08389-EEF-DEK | Bruckner, Markus | Bruckner, Markus | 17888 Clifton Park Lane, Lakewood, OH 44107 |
| 8 | 2:05-cv-06587-EEF-DEK | Callahan, Kevin J | Callahan, Kevin J | 411 East Forest Park Drive, Dickson, TN 37055 |
| 9 | 2:06-cv-01970-EEF-DEK | Coleman, James | Anderson, Keith | 5449 North Kingshighway Blvd., St. Louis, MO 63115 |
| 10 | 2:05-cv-05986-EEF-DEK | Dauzat, Russell | Dauzat, Russell | 233 Emmett Court, La Place, LA 70068 |
| 11 | 2:05-cv-01526-EEF-DEK | Denney, Sandra | Denney, Sandra R | Route 1, Box 494, Rockford, AL 35136 |
| 12 | 2:05-cv-02289-EEF-DEK | Dineen, Gavin | Dineen, Gavin | 917 A. Pacific Ave., Virginia Beach, VA 23451 |
| 13 | 2:05-cv-04832-EEF-DEK | Evans, Edward | Evans, Edward | 5021 Vermont, St. Louis, MO 63111 |
| 14 | 2:05-cv-03483-EEF-DEK | Gilroy, Byron | Gilroy, Dorothy | 1883 Salt Springs Road, Warren, Ohio 44481 |
| 15 | 2:06-cv-01480-EEF-DEK | Gonzalez, Francisco | Gonzalez, Maria | 7231 West 60th Street, Summit, IL 60501 |
| 16 | 2:07-cv-02120-EEF-DEK | Gonzalez, Juan R | Gonzalez, Juan R | 611 North Bluebonnet St., Pharr, TX 78577 |
| 17 | 2:07-cv-02108-EEF-DEK | Gonzalez, Maria G | Gonzalez, Maria G | 3125 Leopard, Brownsville, Texas 78521 |
| 18 | 2:06-cv-03879-EEF-DEK | Haefner, Jeanne | Haefner, Jeanne | 1543 Timberwood Ct., Sycamore, IL 60178 |

967217v.1

| | | | | |
|---|---|---|---|---|
| 19 | 2:05-cv-03501-EEF-DEK | Hall, Mary L | Hall, Garnest | 359 Bond Street, Elyria, OH 44035 |
| 20 | 2:05-cv-03202-EEF-DEK | Hunt, George | Hunt, George | P.O. Box 133, Bristolville, OH 44402 |
| 21 | 2:05-cv-03526-EEF-DEK | Kasony, Mary | Kasony, Mary | 3027 Shirley Road, Youngstown, OH 44512 |
| 22 | 2:06-cv-11131-EEF-DEK | Lassen, Mable | Lassen, Mable | P.O. Box 224, Midway, UT 84049 |
| 23 | 2:05-cv-02938-EEF-DEK | Mahon, Denzil | Mahon, Denzil | 2655 Lisa Kim Lane, Nashport, OH 43830 |
| 24 | 2:05-cv-03199-EEF-DEK | March, Edward | March, Edward | 1630 Boettler Road, Uniontown OH, 44685 |
| 25 | 2:05-cv-03513-EEF-DEK | Moore, James Jr | Moore, James Jr | 11 Gaslight Drive, Zanesville, Ohio 43701 |
| 26 | 2:05-cv-03461-EEF-DEK | Mundo, Paul Jr | Mundo, Paul Jr | 2180 Howland-Wilson N.E., Warren, OH 44484 |
| 27 | 2:07-cv-02136-EEF-DEK | Negrete, Adriana | Negrete, Adriana | 3472 Nottingham, Brownsville, Texas 78526 |
| 28 | 2:06-cv-11132-EEF-DEK | Pangburn, James | Pangburn, James | 2830 Marrcrest Circle North, Provo, UT 84604 |
| 29 | 2:05-cv-04149-EEF-DEK | Pratt, Dwight L | Pratt, Dwight L | 3433 S. Sunrise, Springfield, MO 65807 |
| 30 | 2:07-cv-00914-EEF-DEK | Robinson, Olivia | Robinson, Olivia | P.O. Box 177, San Perlita, TX 78590 |
| 31 | 2:06-cv-00917-EEF-DEK | Smith, Elaine | Groce, Robert Sr | 5150 West LeGrand, Indianapolis, IN 46241 |
| 32 | 2:06-cv-00917-EEF-DEK | Smith, Elaine | Randolph, Lola | 1940 Atlanta Road, Apt. G-15, Smyrna, GA 30080 |
| 33 | 2:07-cv-02109-EEF-DEK | Lejia, San Juanita Mares | Solis, Santa Anita Mares | 10529 Clark Road, La Feria, TX 78559 |
| 34 | 2:05-cv-03398-EEF-DEK | Stanaland, Billy W | Stanaland, Billy W | P.O. Box 335, Jayton, TX 79528 |
| 35 | 2:05-cv-03537-EEF-DEK | Stevenson, Rodney Sr. | Stevenson, Rodney Sr | 201 Talbot Drive, Bedford, OH 44146 |
| 36 | 2:05-cv-06038-EEF-DEK | Wright, Ethel | Wright, Ethel Herbert | 5510 Leona Drive, New Iberia, LA 70560 |
| 37 | 2:07-cv-00937-EEF-DEK | Ybarra, Maria Gloria | Ybarra, Maria Gloria | P.O. Box 503, La Villa, TX 78562 |
| 38 | 2:07-cv-00932-EEF-DEK | Ybarra, Petra | Ybarra, Petra | P.O. Box 2186, Elsa, TX 78543 |
| 39 | 2:06-cv-09792-EEF-DEK | Zingale, Vincent | Zingale, Vincent S Sr. | 8490 Ridge Road, North Royalton, OH 44133 |
| 40 | 2:07-cv-02124-EEF-DEK | Zuniga, Jose | Zuniga, Jose | 4209 Snowbird Lane, Mission, TX 78572 |