UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| All Cases on Attached Exhibit A | * | |
| | * | |
| * * * * * * * * * * * * * * * | * | |

## ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the cases listed in the attached Exhibit A show cause on the 27th day of March, 2009, immediately following the monthly status conference scheduled to begin at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiffs shall file and serve upon Liaison Counsel any oppositions to the Rule on or before the 19th day of March, 2009.  Defendant Merck & Co., Inc., shall file and serve upon Plaintiff's Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies to the oppositions on or before the 25thday of March, 2009.

IT IS FURTHER ORDERED that, as to all plaintiffs listed in the attached Exhibit A:

- By no later than March 6, 2009, plaintiff shall notify the Pro Se Curator whether or not plaintiff intends to pursue his or her claim;

- By no later than March 27, 2009, any plaintiff who intends to pursue his or her claim must either (a) have new counsel enter an appearance in this litigation and

967216v.1

register in compliance with PTO 31or (b), if proceeding pro se, register in compliance with PTO 31; and

- Failure to notify the Curator as noted above by March 6, 2009, or, if plaintiff notifies the Curator of his or her intent to proceed with the claim, failure to notify the Court of the name and address of the attorney who will be representing the plaintiff and to comply with PTO 31, or, if proceeding *pro se*, failure to comply with PTO 31 shall constitute grounds for dismissal with prejudice of the claim.

NEW ORLEANS, LOUSIANA, this ____ day of _____, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

967216v.1