Donald J. Winder (#3519)
Jerald V. Hale (#8466)
**WINDER & COUNSEL, P.C.**
175 West 200 South, Suite 4000
P. O. Box 2668
Salt Lake City, UT 84110-2668
Telephone: (801) 322-2222
Facsimile (801) 322-2282
*Attorneys for Robert K. Ito*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT K. ITO, | : | **CERTIFICATE OF SERVICE FOR PLAINTIFF ROBERT K. ITO'S FIRST SUPPLEMENTAL RESPONSE TO DEFENDANT'S REQUEST FOR DOCUMENTS** |
| Plaintiff, | : | |
| vs. | : | |
| MERCK & COMPANY, INC., | : | MDL Docket No. 1657 |
| Defendant. | : | Section L |
| | : | Judge Eldon E. Fallon |
| | : | Magistrate Judge Knowles |

Plaintiff Robert K. Ito, by and through counsel, hereby certifies that a true and correct copy of the foregoing Plaintiff Robert K. Ito's First Supplemental Response to Defendant's Request for Documents has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana

4398.020

by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of March, 2009.

By:     /s/ Jerald V. Hale
Jerald V. Hale, Utah Bar #8466

Winder & Counsel, PC

175 West 200 South, Suite 4000

Salt Lake City, UT 83110-2668

Phone: (801) 322-2222

Facsimile: (801) 322-2282
jhale@winderfirm.com