**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

**RESPONSE BY BUBALO, HIESTAND & ROTMAN, PLC TO
MERCK'S SIXTH MOTION AND RULE TO DISMISS FOR
FAILURE TO COMPLY WITH PTO 28**

On November 17, 2009, counsel for Merck wrote the undersigned regarding the status of seven cases with regard to the requirements of PTO 28.  On December 5, 2008, the undersigned responded, advising Merck that motions to withdraw had previously been filed, and had been renewed under PTO 36, in two of the cases, that contemporaneous motions to withdraw were being filed in three of the cases in keeping with PTO 36, and that stipulations of dismissal as to the claim against Merck *only* were being filed in the remaining two cases.  No further response has ever been received from Merck with regard to these seven cases until the receipt this week of the subject Sixth Motion and Rule to Dismiss.

The undersigned counsel has complied with each requirement of PTO 36 with respect to the five cases listed on Merck's Exhibit B.  The undersigned counsel objects to any further obligation with respect to those cases.  The undersigned counsel has no objection to Merck sending a notice, on behalf of the Court, advising the former clients shown on Exhibit B of the Court's specific directives, whatever those might be.

2

As to the two cases listed on Exhibit A, the Thomas case and the Overstreet case, those cases **should not be dismissed** pursuant to Merck's motion in that Plaintiffs have already undertaken the execution and filing of a stipulation of dismissal with respect to *the claim against Merck only*. Those two Plaintiffs have claims pending against Pfizer and **OBJECT** to a general dismissal of their claim by this Court.

The undersigned counsel hope and expect that the stipulations of dismissal with respect to the claim against Merck only in both the Thomas and Overstreet cases will be of record and ready for entry by the Court at the time of the next Vioxx MDL conference on March 27, 2009.

Respectfully submitted,

  /s/ Gregory J. Bubalo
Gregory J. Bubalo
Leslie M. Cronen
BUBALO, HIESTAND & ROTMAN
401 South Fourth Street, Suite 800
Louisville, KY  40202
(502) 753-1600
***Attorneys for Plaintiffs***

\\om02\om\MAS\Vioxx\MDL\Merck\Motions_Merck MDL\Resp Merck's 6th Motion and Rule to Dismiss rePTO 28.doc

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Response by Bubalo, Hiestand & Rotman, PLC to Merck's Sixth Motion and Rule to Dismiss for Failure to Comply with PTO 28 has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by US Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of March, 2009.

                                                  */s/ Gregory J. Bubalo*
                                                  Gregory J. Bubalo
                                                  Leslie M. Cronen
                                                  BUBALO, HIESTAND & ROTMAN
                                                  401 South Fourth Street, Suite 800
                                                  Louisville, KY 40202
                                                  (502) 753-1600
                                                  ***Attorneys for Plaintiffs***