UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**IN RE:  VIOXX**                                    MDL NO. 1657
**PRODUCTS LIABILITY LITIGATION:**

                                                                                        SECTION:  L

                                                                                        JUDGE FALLON
…………………………………………………..       MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
**Opal Kaufman, et. al.  v. Merck & Co., Inc., No. 2:05cv5835 (previously  USDC EDMO 4:05-cv-01595)**
**Plaintiff Phone Phounrath**

<u>**MOTION TO WITHDRAW AS COUNSEL OF RECORD**</u>
<u>**FOR PLAINTIFF PHONE PHOUNRATH**</u>

       Pursuant to LR 83.2.11, Seth S. Webb and the firm of Brown and Crouppen move the Court for an Order allowing them to withdraw as attorneys of record for Plaintiff, Phone Phounrath, in this matter for the reason that Brown and Crouppen can no longer effectively represent Plaintiff due to a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privileges. The subject claim is not eligible for the proposed Vioxx Resolution Program and there is no trial date set.

       Written notice of the filing of this motion was sent this date via certified mail to Plaintiff's last known mailing address of 1030 Vineyard Dr., Oakley, CA 94561.

       LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

Dated: March 2, 2009                     RESPECTFULLY SUBMITTED,

                                         BROWN AND CROUPPEN

                                         /s/ Seth S. Webb
                                         Seth S. Webb, MO #505666
                                         Brown & Crouppen, P.C.
                                         720 Olive Street, Ste. 1800
                                         St. Louis, MO 63101
                                         (314) 421-0216
                                         (314) 421-0359 fax
                                         swebb@brownandcrouppen.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was filed electronically with the Clerk of Court, Eastern District of Louisiana on this 2nd day of March, 2009.


                              By:   /s/ Seth S. Webb
                                    Seth S. Webb, MO #505666