UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**IN RE: VIOXX**                                        MDL NO. 1657
**PRODUCTS LIABILITY LITIGATION:**

                                                                       SECTION: L

                                                                       JUDGE FALLON
……………………………………………………..     MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
**Opal Kaufman, et. al.  v. Merck & Co., Inc., No. 2:05cv5835 (previously  USDC EDMO 4:05-cv-01595)**
**Plaintiff Phone Phounrath**

## ORDER

Upon due consideration of Plaintiff's Counsel's Motion to Withdraw as Counsel of Record for Plaintiff Phone Phounrath, and for good cause shown, the Court finds the motion to be well taken, and that same should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that Seth S. Webb and the law firm of Brown and Crouppen are withdrawn as attorneys for Plaintiff Phone Phounrath.

IT IS SO ORDERED.

DATED: _____, 2009

                                                   _____
                                                   Honorable Eldon E. Fallon/Judge
                                                   United States District Court Judge
                                                   Eastern District of Louisiana