UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**IN RE:  VIOXX**  MDL NO. 1657
**PRODUCTS LIABILITY LITIGATION:**

SECTION:  L

……………………………………………………..

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
**Opal Kaufman, et. al.  v. Merck & Co., Inc., No. 2:05cv5835 (previously  USDC EDMO 4:05-cv-01595)**
**Plaintiff Phone Phounrath**

## DECLARATION OF SETH S. WEBB

I, Seth S. Webb, declare that:

1. Counsel has communicated with plaintiff.

2. Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and

3. Plaintiff has not consented to the withdrawal.

Dated: March 2, 2009            RESPECTFULLY SUBMITTED,

BROWN AND CROUPPEN

/s/ Seth S. Webb
Seth S. Webb, MO #505666
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com