UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *See Attached Exhibits A-1, A-2 and B* | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFENDANT MERCK & CO., INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS *FIFTH* MOTION TO DISMISS CASES WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE *LONE PINE* REQUIREMENTS OF PTO 28**

Defendant Merck & Co., Inc. ("Merck"), through its undersigned counsel, hereby submits this Reply Memorandum in response to the Opposition filed by the Carey & Danis law firm.

On January 21, 2009, Merck filed its Fifth *Lone Pine* Motion seeking dismissal of cases that had failed to comply with the requirements of PTO 28 regarding case specific expert reports. This motion was directed at 457 plaintiffs. The law firm of Carey & Danis is counsel of record for 350 of those 457 plaintiffs.

As to one of the 350 Carey & Danis plaintiffs, Eddie Duncan, Carey & Danis stated in its opposition that that plaintiff was mis-identified in the complaint at issue, and that he has in fact enrolled in the Resolution Program. Defense counsel has now confirmed Mr. Duncan's enrollment, and Merck's motion is withdrawn as to that one plaintiff.

As to the other 349 plaintiffs, the Carey & Danis opposition notes that counsel opposes dismissals *with* prejudice, and they request dismissals *without* prejudice instead. The opposition further notes that Carey & Danis has "rejected these Vioxx cases, and to our knowledge, they are without counsel." Opp. Mem. at 3.

At all times relevant to this motion, Carey & Danis has been listed as counsel of record as to each of these 349 plaintiffs. As this Court is well aware, under the deadlines of PTO 28 (as extended by the Court), that Order required plaintiffs to provide a case-specific expert report by, at the latest, August 1, 2008. As of August 13, 2008, none of the 349 Carey & Danis plaintiffs had submitted the required report. Pursuant to PTO 28 ¶II(D), Merck notified counsel of record (Carey & Danis) of the material deficiency and provided the requisite 30-day period to cure. Counsel neither cured the deficiencies, nor filed a motion to withdraw. Nor has plaintiffs' counsel *ever* filed a motion to withdraw as counsel as to any of these 349 plaintiffs. Indeed, as of the date of this Reply, no such motion has been filed. Even considering the notion presented by counsel that it has "rejected" these Vioxx cases, presumably Carey & Danis so advised these clients, and no substitution of counsel has been made in the almost six months that the expert report deficiency has existed with respect to these cases.

Over the past six months, this Court has repeatedly emphasized the importance of the PTO 28 requirements and warned that, under well-established authorities, failure to comply with those requirements warranted dismissal with prejudice. *See Acuna v. Brown & Root, Inc.*, 200 F.3d 335, 340 (5th Cir. 2000) (affirming dismissal of the claims of 1,600 plaintiffs for their failure to provide basic *Lone Pine* information); *see also McLeod, Alexander, Powel & Apffel, P.C. v. Quarles*, 894 F.2d 1482, 1486 (5th Cir. 1990) (citation omitted)*;* Fed. R. Civ. P. 16(f), 37(b)(2)(c), and 41(b). Moreover, over the past several months, this Court has dismissed numerous cases with prejudice for failure to comply with PTO 28. Plaintiffs' opposition offers no reason why these Carey & Danis plaintiffs should be treated any differently. These claims should be dismissed with prejudice.

## CONCLUSION

For the foregoing reasons, and the reasons stated in its opening memorandum, Merck respectfully asks the court to enter an order dismissing these plaintiffs' claims with prejudice for failure to comply with the *Lone Pine* requirements of PTO 28.

Dated:  March 2, 2009                              Respectfully submitted,


                                                   */s/ Dorothy H. Wimberly*
                                                   Phillip A. Wittmann, 13625
                                                   Dorothy H. Wimberly, 18509
                                                   STONE PIGMAN WALTHER
                                                   WITTMANN L.L.C.
                                                   546 Carondelet Street
                                                   New Orleans, Louisiana 70130
                                                   Phone: 504-581-3200
                                                   Fax:    504-581-3361

                                                   Defendants' Liaison Counsel

                                                            and

                                                   Douglas R. Marvin
                                                   Eva Petko Esber
                                                   M. Elaine Horn
                                                   WILLIAMS & CONNOLLY LLP
                                                   725 Twelfth Street, N.W.
                                                   Washington, D.C. 20005
                                                   Phone: 202-434-5000
                                                   Fax:    202-434-5029


                                                   Attorneys for Merck & Co., Inc.

967519v.1

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Reply in Support of Motion and Rule to Show Cause has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of March, 2009.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel