UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| ALL CASES | * | KNOWLES |
| | * | |
| | * | |
| | * | |

**************************************************************************

### JOINT MOTION BY THE PLAINTIFFS' STEERING COMMITTEE AND DEFENDANT MERCK & CO., INC. TO LIFT THE PTO 30 DISCOVERY STAY

The Plaintiffs' Steering Committee ("PSC") and Defendant Merck & Co., Inc. ("Merck"), through undersigned counsel, moves the Court for entry of an Order lifting the stay of discovery established by Pre-Trial Order No. 30 ("PTO 30"), and in support of this motion state as follows:

1. On November 9, 2007, the parties in this litigation announced the establishment of the Vioxx Resolution Program. In order to allow all affected persons and counsel to assess and evaluate the Program and the impact, if any, on their individual cases, this Court entered PTO 30 which stayed further activity in this MDL except for limited activities specified by the Court.

2. More than 49,000 claimants have enrolled in the Program. Accordingly, the parties now have a clearer sense of which cases remain to be litigated in this court.

3. In light of the foregoing, the parties respectfully request that this court lift the stay of proceedings implemented by PTO 30.

967522v.1

- 2 -

Respectfully submitted,

| | |
|---|---|
| */s/ Russ M. Herman* | */s/ Dorothy H. Wimberly* |
| Russ M. Herman (Bar No. 6819) | Phillip A. Wittmann (Bar No. 13625) |
| Leonard A. Davis (Bar No. 14190) | Dorothy H. Wimberly (Bar No. 18509) |
| ***Herman, Herman, Katz & Cotlar, LLP*** | Carmelite M. Bertaut (Bar No. 3054) |
| 820 O'Keefe Avenue | ***Stone Pigman Walther Wittmann L.L.C.*** |
| New Orleans, LA  70113 | 546 Carondelet Street |
| PH:  (504) 581-4892 | New Orleans, LA  70130-3588 |
| FAX:  (504) 561-6024 | PH:     (504) 581-3200 |
| | FAX:   (504) 581-3361 |
| **Plaintiffs' Liaison Counsel** | **Defendants' Liaison Counsel** |
| | and |
| | Douglas R. Marvin |
| | Eva Petko Esber |
| | M. Elaine Horn |
| | ***Williams & Connolly, LLP*** |
| | 725 Twelfth Street, N.W. |
| | Washington, D.C. 20005 |
| | Phone: 202-434-5000 |
| | Fax:     202-434-5029 |
| | **Attorneys for Merck & Co., Inc.** |

967522v.1

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Joint Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of March, 2009.

    */s/ Dorothy H. Wimberly*
    Dorothy H. Wimberly, 18509
    STONE PIGMAN WALTHER
    WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana  70130
    Phone:  504-581-3200
    Fax:      504-581-3361
    dwimberly@stonepigman.com

    Defendants' Liaison Counsel

967522v.1