UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *ALL CASES* | * | |
| | * | |
| | * | |
| | * | |

**************************************************************************

**JOINT MOTION BY THE PLAINTIFFS' STEERING COMMITTEE AND DEFENDANT MERCK & CO., INC. TO LIFT THE PTO 30 DISCOVERY STAY**

Considering the foregoing Joint Motion by the Plaintiffs' Steering Committee and Defendant Merck & Co., Inc. for entry of an Order lifting the stay of discovery established by Pre-Trial Order No. 30,

IT IS ORDERED that the stay of discovery established by Pre-Trial Order No. 30 be and it hereby is lifted.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE

967591v.1