## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| *Helen L. Stirens and Joseph M. Stirens* | * | KNOWLES |
| | * | |
| *v.* | * | CIVIL ACTION NO. |
| | * | 2:06-cv-00681 |
| *Merck & Co., Inc.* | * | |
| | * | |
| **Only With Regard to:** | * | |
| | * | |
| **Joseph M. Stirens** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Joseph M. Stirens and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this  2nd  day of  March , 2009.

_____
DISTRICT JUDGE

967208v.1