IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>   Products Liability Litigation | MDL No. 1657<br><br>Section L<br><br>Eldon E. Fallon, U. S. District Judge<br>Daniel E. Knowles, III, U. S. Magistrate Judge |
| THIS DOCUMENT RELATES TO: | |
| NICHOLAS JONES and JANE WYKOFF-JONES, individually and on behalf of their marital community,<br><br>         Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br>         Defendant. | Civil Action No: 2:07-cv-00740 |

**DECLARATION OF AMY N. L. HANSON REGARDING COMPLIANCE WITH FEBRUARY 25, 2009 ORDER TO SHOW CAUSE**

I, Amy N. L. Hanson, declare under penalty of perjury as follows:

1. I am an attorney at Keller Rohrback L.L.P., one of the counsel for Plaintiff Nicholas Jones and Jane Wykoff-Jones in this action. I submit this declaration in support of my compliance with the Court's February 25, 2009 Order to Show Cause.

2. Pursuant to the Court's February 25, 2009 Order to Show Cause, plaintiff Nicholas Jones and Jane Wykoff-Jones were mailed a copy of Merck's Motion to Dismiss plaintiff Matthews's claim with prejudice and a copy of the Order to Show Cause on March 2, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 3, 2009, at Seattle, Washington.

                                                             Amy N. L. Hanson
                                                             KELLER ROHRBACK L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Declaration Of Amy N. L. Hanson Regarding Compliance With February 25, 2009 Order To Show Cause has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand-delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 3rd day of March, 2009.

By /s/ Amy Hanson
Amy N. L. Hanson
WSBA No. 28589
Attorney for Plaintiff John Matthews
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98104
Telephone: 206-623-1900
Facsimile: 206-623-3384
ahanson@kellerrohrrback.com