SW CNYRxPadMV306744 P Pad 1 of 20 9/10/2008 N

3

**OFFICIAL NEW YORK STATE PRESCRIPTION**

Eugene Khotimsky, MD
NYS License # 210813

EUGENE KHOTIMSKY, MD
2951 OCEAN AVENUE
STE AA
BROOKLYN, NY 11235
(718) 648-2201
LIC 210813

9/18/08

To whom it may concern

PRACTITIONER DEA NUMBER

Re: Mr Sergy Chepelko

Patient Name ______ Date ______

Address ______ DOB 10/17/58 Sex

City ______ State ______ Zip ______ Age ______ M F

Rx Please be aware that Mr Chepelko remains in treatment for a mental disorder (309.28) rendering him disabled - up to the next 3 months

MAXIMUM DAILY DOSE (controlled substances only)

Prescriber Signature X

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW

6K2LP3 23

REFILLS ☐ None ☐ Refills

PHARMACIST TEST AREA

Dispense As Written

(handwritten, partly illegible:) exacerbation ... He comes monthly to get supportive counseling ... & needs medication treatment ... [illegible]

EXH. A

SW CNYRxPadMV340518 P Pad 18 of 20 1/31/2009 N

**OFFICIAL NEW YORK STATE PRESCRIPTION** 3

GALINA KLETSMAN DO
520 NEPTUNE AVENUE
BROOKLYN, NY 11224
(718) 333-9070
LIC. 218828

PRACTITIONER DEA NUMBER

Patient Name Chepeleo Date
Address Sergei 02/24/06
City State Zip Age Sex M F

℞ mobic 7.5mg po QD #30

MAXIMUM DAILY DOSE (controlled substances only)

Prescriber Signature X

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW

REFILLS ☐ None Refills: /

PHARMACIST TEST AREA:

Dispense As Written

0KMJ3Q 31

ANTI-FRAUD PROTECTION · PATENTS

---

SW CNYRxPadMV340518 P Pad 18 of 20 1/31/2009 N

**OFFICIAL NEW YORK STATE PRESCRIPTION** 3

Galina Kletsman, M.D., D.O.
Trump Village Medical Plaza
520 Neptune Avenue
Brooklyn, NY 11224

GALINA KLETSMAN DO
520 NEPTUNE AVENUE
BROOKLYN, NY 11224
(718) 333-9070
LIC. 218828

Program (?) contin

02/26/06

PRACTITIONER DEA NUMBER

Patient Name Mr. pt. Chepeleo Date
Address Sergey
City State Zip Age Sex M F

℞ [handwritten, partially illegible: ... cont. ... OA, ... pt unable to work for mid ... 2 ... letter for 2 m ...]

MAXIMUM DAILY DOSE (controlled substances only)

Prescriber Signature X

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW

REFILLS ☐ None Refills:

PHARMACIST TEST AREA:

Dispense As Written

0KMJ42 31

ANTI-FRAUD PROTECTION · PATENTS

---

SW CNYRxPadMV340518 P Pad 18 of 20 1/31/2009 N

**OFFICIAL NEW YORK STATE PRESCRIPTION** 3

GALINA KLETSMAN DO
520 NEPTUNE AVENUE
BROOKLYN, NY 11224
(718) 333-9070
LIC. 218828

PRACTITIONER DEA NUMBER

Patient Name Chepeleo Date Sergei
Address 02/26/06
City State Zip Age Sex M F

℞ micardis 40mg po QD #30

MAXIMUM DAILY DOSE (controlled substances only)

Prescriber Signature X

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW

REFILLS ☐ None Refills: /

PHARMACIST TEST AREA:

Dispense As Written

0KMJ42 30

ANTI-FRAUD PROTECTION · PATENTS

OFFICIAL NEW YORK STATE PRESCRIPTION

GALINA KLETSMAN DO
520 NEPTUNE AVENUE
BROOKLYN, NY 11224
(718) 333-9070
LIC. 218828

PRACTITIONER DEA NUMBER

Patient Name Ctepilko Sergei Date 01/26/09

Address

City State Zip Age Sex M F

Rx

HCTZ 25mg
#30
Sig 1 tab QD PO

Prescriber Signature X

MAXIMUM DAILY DOSE (controlled substances only)

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW

REFILLS ☐ None Refills:

PHARMACIST TEST AREA:

Dispense As Written

0KGPVS 05

ANTI-FRAUD PROTECTION - PATENTS

OFFICIAL NEW YORK STATE PRESCRIPTION

GALINA KLETSMAN DO
520 NEPTUNE AVENUE
BROOKLYN, NY 11224
(718) 333-9070
LIC. 218828

PRACTITIONER DEA NUMBER

Patient Name Ctepilko Sergei Date 01/26/0

Address

City State Zip Age Sex M

Rx

Norvasc 5mg
#30
Sig 1 tab QD PO

Prescriber Signature X

MAXIMUM DAILY DOSE (controlled substances only)

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW

REFILLS ☐ None Refills: 2

PHARMACIST TEST AREA:

Dispense As Written

0KGPVS 04

ANTI-FRAUD PROTECTION - PATENTS

SW CNYRxPadMV330897 P Pad 20 of 20 12/18/2008 N

OFFICIAL NEW YORK STATE PRESCRIPTION

GALINA KLETSMAN DO
520 NEPTUNE AVENUE
BROOKLYN, NY 11224
(718) 333-9070
LIC. 218828

PRACTITIONER DEA NUMBER

Patient Name Ctepilko Sergei Date 01/26/09

Address

City State Zip Age Sex M F

Rx

Tobradex Oph
Susp 5ml
1 [illegible]

Prescriber Signature X

MAXIMUM DAILY DOSE (controlled substances only)

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW

REFILLS ☒ None Refills:

PHARMACIST TEST AREA:

Dispense As Written

0KGPVS 07

ANTI-FRAUD PROTECTION - PATENTS

SW CNYRxPadMV330897 P Pad 20 of 20 12/18/2008 N

OFFICIAL NEW YORK STATE PRESCRIPTION

GALINA KLETSMAN DO
520 NEPTUNE AVENUE
BROOKLYN, NY 11224
(718) 333-9070
LIC. 218828

PRACTITIONER DEA NUMBER

Patient Name Ctepilko Sergei Date 01/26/09

Address

City State Zip Age Sex M

Rx

Mobic 7.5 mg [illegible]
PRN HA

Prescriber Signature X

MAXIMUM DAILY DOSE (controlled substances only)

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW

REFILLS ☐ None Refills:

PHARMACIST TEST AREA:

Dispense As Written

0KGPVS 06

ANTI-FRAUD PROTECTION - PATENTS

**VIOXX Claims Administrator**
Toll-Free Telephone: (866) 866-1729
Facsimile: (804)521-7299
claimsadmin@browngreer.com

Mailing Address:
P.O. Box 85031
Richmond, Virginia 23285-5031

Delivery Address:
115 South 15th Street, Suite 400
Richmond, Virginia 23219-4209

February 11, 2009

***By U.S. Mail***

Sergei Chepilko
501 Surf Avenue, Apt. 13A
Brooklyn, NY 11224

**Re: Pro Se Enrollment Deficiencies**
**Vioxx Claim Number (VCN): 1118657**

Dear Claimant:

You submitted documents to enroll in the Vioxx Settlement Program. Counsel for Merck and/or the Claims Administrator have reviewed your submissions to determine if they are complete and sufficient to complete your Enrollment in the Settlement Program.

**A. Stipulation of Dismissal**

☒ You submitted a Stipulation of Dismissal, but it is deficient. Sign and submit the enclosed Stipulation of Dismissal as soon as possible and no later than **February 20, 2009.**

**B. Deadline Warning**

If any Cure Action is required of you, you must submit the required correction by February 20, 2009. Make sure that you postmark your response no later than that date. If you do not respond, you will not be able to participate in the Program.

If you have any questions, please contact me toll free at (866)866-1729 or by email at dbates@browngreer.com, or contact the Pro Se Curator by telephone at (504)561-7799 or by email at cps@ahhelaw.com . Thank you.

Sincerely,

Diann W. Bates

Diann Bates
Pro Se Coordinator

Enclosure

EXH. B

| | |
|---|---|
| SERGEI CHEPILKO,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant. | **IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**<br><br>**Case Code No: 1657**<br>**Docket No: 2:08-cv-00959-EEF-DEK**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiff **Sergei Chepilko** against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

______________________________
Sergei Chepilko
Plaintiff Pro Se
501 Surf Avenue, Apt. 13A
Brooklyn, New York, 11224
Tel. 718-266-1288

______________________________
Attorney for Merck & Co., Inc.

Dated: ______________________

Dated: ______________________

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

SERGEI CHEPILKO,
Plaintiff,

-against-

MERCK & CO., INC.,
Defendant.

2: 08-CV- 00959-EEF-DEK
MDL Docket No. 1657
SECTION L

**AFFIRMATION OF SERVICE**

_______________
_______________
_______________

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, SERGEI CHEPILKO *(name)*, **declare under penalty of perjury** that I have served a copy of the attached AFFIRMATION IN OPPOSITION *(document you are serving)* upon Defendant's Liason Counsel *(name of person served)* whose address is 546 CARONDELET STREET, NEW ORLEANS, LOUISIANA 70130 *(where you served document)* by MAIL *(how you served document: For example - personal delivery, mail, overnight express, etc.)*.

Dated: NEW YORK *(town/city)*, NY *(state)*
FEBRUARY *(month)* 26 *(day)*, 2009 *(year)*

S. Chepilko
Signature

501 SURF AVE, APT. 13A
Address

BROOKLYN, NY
City, State

11224
Zip Code

718-266-1288
Telephone Number

Sergei Chepilko, Pro Se
501 Surf Ave, Apt. 13A
Brooklyn, NY, 11224

UNITED STATES POSTAL SERVICE
0000
70130
U.S. POSTAGE PAID
BROOKLYN, NY
11224
FEB 27 '09
AMOUNT
$1.51
00095222-07

ED of Louisiana US Courthouse
500 Poydras Street, Room C-151
Pro Se Office
New Orleans, LA 70130