IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:      VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Earl Lyons v. Merck & Co., Inc. | * | CASE NO.  2:05cv06202 |

### PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW Briana Lyons and informs the Court that Melvina Lyons, a Plaintiff in this action, died on or about January 23, 2006 and that Briana Lyons is a lawful successor or representative of Earl Lyons.  Plaintiffs request that Briana Lyons, a representative of Earl Lyons, be substituted as Plaintiff in this action for Melvina Lyons.

Respectfully Submitted,

HUMPHREY, FARRINGTON & MCCLAIN, P.C.

/s/ Daniel A. Thomas
Kenneth B. McClain   MO #32430
Daniel A. Thomas     MO #52030
221 West Lexington, Suite 400
Independence, Missouri 64050
(816) 836-5050
(816) 836-8966 Facsimile
ATTORNEYS FOR EARL LYONS

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Plaintiff's Motion for Substitution of Parties has been served upon Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to ECF, in accordance with Pretrial Order No. 8, on this 4th day of March, 2009.


/s/ Daniel A. Thomas
ATTORNEY FOR PLAINTIFF