UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * *

**THIS RELATES TO:**

    **Claimant: Louis J. Alimena**

**STATEMENT OF NOTICES SENT**
**(Pursuant to Pre-Trial Order No. 29)**

    Pursuant to Pre-Trial Order No. 29, Claimant Louis J. Alimena sent Document Preservation Notices to the following individuals and entities.  Copies of the Notices sent are attached and marked as Exhibit 1.

**PHARMACIES:**                United Prescription Service
                                     Attention:  Records Custodian
                                     7180 11th Street SE
                                   Calgary, AB T2H 2S9
                                   CANADA

                                   Affiliate Pharmacy System
                                   Fort Garry Pharmacy Service
                                   Attention:  Records Custodian
                                   218 1460 Chevrier Blvd
                                   Winnipeg, MB R3T 1Y6
                                   CANADA

                                   Prescription Drug Program
                                   Mail Oder Administrator
                                   Teamsters Care
                                   Attention:  Records Custodian
                                   552 Main Street – Sullivan Square
                                   Charleston, MA 02129

                                    United Health Care
                                    Attention:  Records Custodian
                                    Post Office Box 740819
                                    Atlanta, GA 30374

**MEDICAL PROVIDERS:**       David G. Cruickshank, MD
                                    Attention:  Records Custodian
                                    315 Meeting House Lane, PO Box 1523
                                    Southampton, New York 11969

                                    Palm Beach Gardens Medical Center
                                    Attention:  Records Custodian
                                    3360 Burns Road
                                    Palm Beach Gardens, Florida 33410

                                    Long Island Bone & Joint, LLP
                                    John Hubbell, MD
                                    Attention:  Records Custodian
                                    315 Meeting House Lane
                                    Southampton, NY 11968

                                    Palm Beach Lakes Surgery Center
                                    Gastroenterology Offices
                                    Sheldon Konigsbert, MD
                                    Attention:  Records Custodian
                                    2047 Palm Beach Lakes Blvd
                                    West Palm Beach, FL 33409

                                    Palm Beach Gardens Fire
                                    Attention:  Records Custodian
                                    1050 N Military Trail
                                    West Palm Beach, FL 33410

                                    Edward Mostel MD Inc
                                    Attention:  Records Custodian
                                    ~~3370 Burns Road, Suite 205~~
                                    ~~Palm Beach Gardens, FL 33410~~ RETURNED
                                    3365 Burns Road, Suite 101
                                    Palm Beach Gardens, FL 33410

                                    Amir Fahmy MD PA
                                    Attention:  Records Custodian
                                    3400 Burns Road, Suite 101
                                    Palm Beach Gardens, FL 33410

        Allergy and Asthma Care
        Elizabeth Otero, MD
        Attention:  Records Custodian
        2141 S Alternate A1A, Suite 220
        Jupiter, FL 33477

        Jupiter Medical Center
        Attention:  Records Custodian
        1210 South Old Dixie Highway
        Jupiter, FL 33458

        Dr. Babu Easow
        Attention:  Records Custodian
        97 North Sea Road
        Southampton, NY 11968

        Southampton Hospital
        Attention:  Records Custodian
        240 Meeting House Lane
        Southampton, NY 11968

**EMPLOYERS:**      None

Dated: March 4, 2009.

        MAYFIELD & OGLE, P.A.


       By: */s/ William Harrison Ogle*
        William Harrison Ogle
        444 Seabreeze Blvd., St. 750
        Daytona Beach, FL 32118
        Telephone:  (386) 253-2500
        Facsimile: (386) 248-8578

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 29) has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, on Wilfred P. Coronato at Hughes Hubbard & Reed LLP, 101 Hudson Street, St. 3601, Jersey City, New Jersey 07302-3918 by U.S. Mail, on Williams & Connolly LLP, 725 Twelfth Street, NW, Washington, DC 20005-5901, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with Pre-Trial Order No. 29, on this 4th day of March, 2009.

*/s/ William Harrison Ogle*
William Harrison Ogle