# MAYFIELD & OGLE, P.A.
## ATTORNEYS AT LAW

**W. GLENN MAYFIELD**

444 Seabreeze Boulevard
Suite 750
Daytona Beach, Florida 32118

**WILLIAM H. OGLE**
National Board Certified
Civil Trial Specialist

Telephone: (386) 253-2500
Facsimile: (386) 248-8578
1-800-774-5445

February 26, 2009

**VIA US CERTIFIED MAIL**

United Prescription Service
ATTN: Records Custodian
7180 11th Street SE
Calgary, AB T2H 2S9
CANADA

**RE:   Louis J. Alimena v. Merck & Co., Inc.**
**In re: VIOXX Products Liability Litigation**
**MDL No. 1657**

### PRESERVATION OF DOCUMENTS NOTICE

Dear Records Custodian:

Our law firm represents Louis J. Alimena (DOB: 12/05/36) for a claim against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to our client's claim in the multi-district litigation proceedings, In re: VIOXX Products Liability Litigation. Any records relating to our client in your possession must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005, pending collection by our client. A copy of Pre-Trial Order No. 1 is attached to this notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact our office if you have any questions concerning the above.

Very truly yours,

*William Harrison Ogle*

William H. Ogle

WHO/mhh

Enclosure

Registered No. RA523781048US

Date Stamp

| | | | |
|---|---|---|---|
| Reg. Fee | $10.? | | |
| Handling Charge | $0.00 | Return Receipt | $0.20 |
| Postage | $0.72 | Restricted Delivery | $0.00 |
| Received by | | | |

Customer Must Declare Full Value $   $0.0

☐ With Postal Insurance
☑ Without Postal Insurance

Domestic insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse)

**OFFICIAL USE**

FROM: Mayfield & Ogle PA
444 Sea breeze Blvd Ste 750
Daytona Bch Fl 32118
USA

TO: United Prescription Service
718 O 11th street SE
Calgary AB T2H 2S9
CANADA

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

## Receipt 2 (bottom left)

Registered No. RA523781034US

Date Stamp

| | | | |
|---|---|---|---|
| Reg. Fee | $10.? | | |
| Handling Charge | $0.00 | Return Receipt | $2.20 |
| Postage | $0.72 | Restricted Delivery | $0.00 |
| Received by | | | |

Customer Must Declare Full Value $

☐ With Postal Insurance
☑ Without Postal Insurance

Domestic insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse)

**OFFICIAL USE**

FROM: Mayfield & Ogle P.A.
444 Sea breeze Blvd Ste 750
Daytona Beach FL 32118
USA

TO: Affiliate Pharmacy System
218 - 4460 CRevtier Blvd
Winnipeg MB R3T 1Y6
CANADA

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

## Sales Receipt (right)

```
            PENINSULA PO
       DAYTONA BEACH, Florida
              321184201
         1143840362 -0097
02/27/2009   (386)252-6476    04:11:17 PM
```

|         | Sales Receipt | | |
|---------|------|-------|-------|
| Product Description | Sale Qty | Unit Price | Final Price |
| Canada - First-Class Mail Int'l Letter 0.80 oz. | | | $0.72 |
| Return Receipt | | | $2.20 |
| Registered | | | $10.80 |
| Insured Value : | | $0.00 | |
| Article Value : | | $0.00 | |
| Label #: | RA523781034US | | |
| Issue PVI: | | | $13.72 |
| Canada - First-Class Mail Int'l Letter 0.80 oz. | | | $0.72 |
| Return Receipt | | | $2.20 |
| Registered | | | $10.80 |
| Insured Value : | | $0.00 | |
| Article Value : | | $0.00 | |
| Label #: | RA523781048US | | |
| Issue PVI: | | | $13.72 |
| $2 Bobcat | 20 | $2.00 | $40.00 |
| $1 Wisdom PSA | 40 | $1.00 | $40.00 |
| 42c Flags 24/7 PSA C1/100 | 1 | $42.00 | $42.00 |
| 42c Flags 24/7 PSA C1/100 | 1 | $42.00 | $42.00 |
| Total: | | | $191.44 |

Paid by:
Personal Check                    $191.44

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000302159222
Clerk: 02

    All sales final on stamps and postage
    Refunds for guaranteed services only
       Thank you for your business
*******************************************
*******************************************
       HELP US SERVE YOU BETTER

    Go to: http://gx.gallup.com/pos

     TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

        YOUR OPINION COUNTS
*******************************************
*******************************************


                Customer Copy
```

# MAYFIELD & OGLE, P.A.
## ATTORNEYS AT LAW

W. GLENN MAYFIELD

444 Seabreeze Boulevard
Suite 750
Daytona Beach, Florida 32118

WILLIAM H. OGLE
National Board Certified
Civil Trial Specialist

Telephone: (386) 253-2500
Facsimile: (386) 248-8578
1-800-774-5445

February 26, 2009

**VIA US CERTIFIED MAIL**

Affiliate Pharmacy System
Fort Garry Pharmacy Service
ATTN: Records Custodian
218 1460 Chevrier Blvd
Winnipeg, MB R3T 1Y6
Canada

**RE:     Louis J. Alimena v. Merck & Co., Inc.**
**In re: VIOXX Products Liability Litigation**
**MDL No. 1657**

### PRESERVATION OF DOCUMENTS NOTICE

Dear Records Custodian:

Our law firm represents Louis J. Alimena (DOB: 12/05/36) for a claim against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to our client's claim in the multi-district litigation proceedings, In re: VIOXX Products Liability Litigation. Any records relating to our client in your possession must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005, pending collection by our client. A copy of Pre-Trial Order No. 1 is attached to this notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact our office if you have any questions concerning the above.

Very truly yours,

William H. Ogle

WHO/mhh

Enclosure

**Registered No.** RA523781048US

| To Be Completed By Post Office | | |
|---|---|---|
| Reg. Fee | $10.8 | |
| Handling Charge | $0.00 | Return Receipt | $2.20 |
| Postage | $0.72 | Restricted Delivery | $0.00 |
| Received by | | |
| Customer Must Declare Full Value $ | $0.00 | With Postal Insurance / Without Postal Insurance |

**Date Stamp**

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse)

**OFFICIAL USE**

| To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed | FROM | Mayfield & Ogle PA 444 Sea breeze Blvd Ste 750 Daytona Bch Fl 32118 USA |
| | TO | United Prescription Service 718 - 11th street SE Calgary AB T2H 2S9 CANADA |

PS Form 3806,   Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**Registered No.** RA523781034US

| To Be Completed By Post Office | | |
|---|---|---|
| Reg. Fee | $10.8 | |
| Handling Charge | $0.00 | Return Receipt | $2.20 |
| Postage | $0.72 | Restricted Delivery | $0.00 |
| Received by | | |
| Customer Must Declare Full Value $ | $0.00 | With Postal Insurance / Without Postal Insurance |

**Date Stamp**

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse)

**OFFICIAL USE**

| To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed | FROM | Mayfield & Ogle P.A. 444 Sea breeze Blvd Ste 750 Daytona Beach FL 32118 USA |
| | TO | Affiliate Pharmacy System 218 - 4460 Chevrier Blvd Winnipeg MB R3T 1Y6 CANADA |

PS Form 3806,   Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

```
            PENINSULA PO
        DAYTONA BEACH, Florida
             321184201
        1143840362  -0097
02/27/2009   (386)252-6476      04:11:17 PM

=========================================
              Sales Receipt
Product            Sale  Unit      Final
Description         Qty   Price    Price
=========================================
Canada - First-Class                $0.72
Mail Int'l Letter
0.80 oz.
Return Receipt                      $2.20
Registered                         $10.80
   Insured Value :        $0.00
   Article Value :        $0.00
   Label #:     RA523781034US
                                 ========
Issue PVI:                         $13.72

Canada - First-Class                $0.72
Mail Int'l Letter
0.80 oz.
Return Receipt                      $2.20
Registered                         $10.80
   Insured Value :        $0.00
   Article Value :        $0.00
   Label #:     RA523781048US
                                 ========
Issue PVI:                         $13.72

$2 Bobcat          20   $2.00     $40.00
$1 Wisdom          40   $1.00     $40.00
PSA
42c Flags           1  $42.00     $42.00
24/7 PSA
C1/100
42c Flags           1  $42.00     $42.00
24/7 PSA
C1/100
                                 --------
Total:                           $191.44

Paid by:
Personal Check                   $191.44

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clickship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000302159222
Clerk: 02

     All sales final on stamps and postage
     Refunds for guaranteed services only
          Thank you for your business
*****************************************
*****************************************
          HELP US SERVE YOU BETTER

     Go to: http://gx.gallup.com/pos

        TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

           YOUR OPINION COUNTS
*****************************************
*****************************************


             Customer Copy
```

# MAYFIELD & OGLE, P.A.
## ATTORNEYS AT LAW

W. GLENN MAYFIELD

444 Seabreeze Boulevard
Suite 750
Daytona Beach, Florida 32118

Telephone: (386) 253-2500
Facsimile: (386) 248-8578
1-800-774-5445

WILLIAM H. OGLE
National Board Certified
Civil Trial Specialist

February 24, 2009

**VIA US CERTIFIED MAIL**

Prescription Drug Program – Mail Order Administrator
Teamsters Care
ATTN: Records Custodian
552 Main Street – Sullivan Square
Charleston, MA 02129-1109

RE:   **Louis J. Alimena v. Merck & Co., Inc.**
      **In re: VIOXX Products Liability Litigation**
      **MDL No. 1657**

### PRESERVATION OF DOCUMENTS NOTICE

Dear Records Custodian:

Our law firm represents Louis J. Alimena (DOB: 12/05/36) for a claim against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to our client's claim in the multi-district litigation proceedings, In re: VIOXX Products Liability Litigation. Any records relating to our client in your possession must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005, pending collection by our client. A copy of Pre-Trial Order No. 1 is attached to this notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact our office if you have any questions concerning the above.

Very truly yours,

William H. Ogle

WHO/mhh

Enclosure



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.42 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.32 |

Sent To United Health Care
Street, Apt. No.; or PO Box No. PO Box 740819
City, State, ZIP+4 Atlanta GA 30374

PS Form 3800, August 2006          See Reverse for Instructions

7007 0710 0002 2843 7369

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ .32 |

Sent To Prescription Division
Street, Apt. No.; or PO Box No. 552 Main St
City, State, ZIP+4 Charleston MA 02129

PS Form 3800, August 2006          See Reverse for Instructions

7007 0710 0002 2843 7352

---

```
              PENINSULA PO
         DAYTONA BEACH, Florida
               321184201
             1143840362 -0097
02/26/2009    (386)252-6476        04:12:20 PM

                   Sales Receipt
Product              Sale  Unit       Final
Description          Qty   Price      Price

ATLANTA GA 30374 Zone-3               $0.42
First-Class Letter
  0.80 oz.
  Return Rcpt (Green Card)            $2.20
  Certified                          $2.70
  Label #:          7007071000022843 7369
  Customer Postage                  -$5.32
  Subtotal:                          $0.00
CHARLESTOWN MA 02129                  $0.42
Zone-5 First-Class
Letter
  0.80 oz.
  Return Rcpt (Green Card)            $2.20
  Certified                          $2.70
  Label #:          7007071000022843 7352
  Customer Postage                  -$5.32
  Subtotal:                          $0.00

Total:                               $0.00

Paid by:

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000302158489
Clerk: 02

   All sales final on stamps and postage
   Refunds for guaranteed services only
       Thank you for your business
*********************************************
*********************************************
       HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

   TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

       YOUR OPINION COUNTS
*********************************************
*********************************************


           Customer Copy
```

# MAYFIELD & OGLE, P.A.
## ATTORNEYS AT LAW

**W. GLENN MAYFIELD**

444 Seabreeze Boulevard
Suite 750
Daytona Beach, Florida 32118
———————
Telephone: (386) 253-2500
Facsimile: (386) 248-8578
1-800-774-5445

**WILLIAM H. OGLE**
National Board Certified
Civil Trial Specialist

February 26, 2009

**VIA US CERTIFIED MAIL**

United Health Care
ATTN: Records Custodian
Post Office Box 740819
Atlanta, GA 30374-0819

RE:   **Louis J. Alimena v. Merck & Co., Inc.**
      **In re: VIOXX Products Liability Litigation**
      **MDL No. 1657**

### PRESERVATION OF DOCUMENTS NOTICE

Dear Records Custodian:

Our law firm represents Louis J. Alimena (DOB: 12/05/36) for a claim against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to our client's claim in the multi-district litigation proceedings, In re: VIOXX Products Liability Litigation. Any records relating to our client in your possession must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005, pending collection by our client. A copy of Pre-Trial Order No. 1 is attached to this notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact our office if you have any questions concerning the above.

Very truly yours,

William Harrison Ogle
William H. Ogle

WHO/mhh

Enclosure



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com™

OFFICIAL USE

| Postage | $ | $0.42 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.32 |

Sent To **United Health Care**
Street, Apt. No.; or PO Box No. **PO Box 740819**
City, State, ZIP+4 **Atlanta GA 30374**

PS Form 3800, August 2006      See Reverse for Instructions

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com™

OFFICIAL USE

| Postage | $ | $0.42 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.32 | 02/26/2009 |

Sent To **Prescription Drug Center**
Street, Apt. No.; or PO Box No. **552 Main St**
City, State, ZIP+4 **Charleston MA 02129**

PS Form 3800, August 2006      See Reverse for Instructions

---

PENINSULA PO
DAYTONA BEACH, Florida
321184201
1143840362 -0097
/2009        (386)252-6476        04:12:20

Sales Receipt
Sale Unit Fina
iption Qty Price Pri

TA GA 30374 Zone-3
-Class Letter                              $0
oz.
urn Rcpt (Green Card)              $2
ified                              $2
l #:          7007071000022843736
tomer Postage
ototal:                            -$
ESTOWN MA 02129                    $
5 First-Class                      $
r
oz.
urn Rcpt (Green Card)
ified                              $_
abel #:       7007071000022843735  $_
tomer Postage                      $_
ototal:                           -$
                                   $
l:
by:

r stamps at USPS.com/shop or call
O-Stamp24. Go to USPS.com/clickn
rint shipping labels with postage
other information call 1-800-ASK-

#: 1000302158489
k: 02

ll sales final on stamps and pos
Refunds for guaranteed services
Thank you for your business
*********************************
*********************************
HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/p

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
*********************************
*********************************

Customer Copy

# MAYFIELD & OGLE, P.A.
## ATTORNEYS AT LAW

**W. GLENN MAYFIELD**

444 Seabreeze Boulevard
Suite 750
Daytona Beach, Florida 32118

**WILLIAM H. OGLE**
National Board Certified
Civil Trial Specialist

Telephone: (386) 2~
Facsimile: (386) 24
1-800-774-54

February 27, 2009

**VIA US CERTIFIED MAIL**

David G. Cruickshank, MD
ATTN: Records Custodian
315 Meeting House Lane, PO Box 1523
Southampton, New York 11969

**RE:   Louis J. Alimena v. Merck & Co., Inc.
In re: VIOXX Products Liability Litigation
MDL No. 1657**

### PRESERVATION OF DOCUMENTS NOTICE

Dear Records Custodian:

     Our law firm represents Louis J. Alimena (DOB: 12/05/36) for a claim against Merck &
Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to
our client's claim in the multi-district litigation proceedings, In re: VIOXX Products Liability
Litigation. Any records relating to our client in your possession must be preserved pursuant to
Pre-Trial Order No. 1 entered by the Court on February 17, 2005, pending collection by our
client. A copy of Pre-Trial Order No. 1 is attached to this notice. Please note that Paragraph 13
of that order addresses preservation of evidence.

     Please feel free to contact our office if you have any questions concerning the above.

     Very truly yours,

William H. Ogle

WHO/mhh

Enclosure

# MAYFIELD & OGLE, P.A.
## ATTORNEYS AT LAW

W. GLENN MAYFIELD

444 Seabreeze Boulevard
Suite 750
Daytona Beach, Florida 32118

WILLIAM H. OGLE
National Board Certified
Civil Trial Specialist

Telephone: (38
Facsimile: (38
1-800-77

February 27, 2009

**VIA US CERTIFIED MAIL**

Palm Beach Gardens Medical Center
ATTN: Records Custodian
3360 Burns Road
Palm Beach Gardens, Florida 33410

RE:   **Louis J. Alimena v. Merck & Co., Inc.**
      **In re: VIOXX Products Liability Litigatic**
      **MDL No. 1657**

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 532 |

Sent To   PBG Med Ctr
Street, Apt No.; or PO Box No.   3360 Burns Rd
City, State, ZIP+4   PBG FL 33410-4328

PS Form 3800, August 2006                See Reverse for Instructions

## PRESERVATION OF DOCUMENTS NOTICE

Dear Records Custodian:

      Our law firm represents Louis J. Alimena (DOB: 12/05/36) for a claim against Merck & Co. arising out of injuries suffered from the use of VIOXX.  You may have records relevant to our client's claim in the multi-district litigation proceedings, In re: VIOXX Products Liability Litigation.  Any records relating to our client in your possession must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005, pending collection by our client.  A copy of Pre-Trial Order No. 1 is attached to this notice.  Please note that Paragraph 13 of that order addresses preservation of evidence.

      Please feel free to contact our office if you have any questions concerning the above.

      Very truly yours,

      *William Harrison Ogle*
      William H. Ogle

WHO/mhh

Enclosure

# MAYFIELD & OGLE, P.A.
## ATTORNEYS AT LAW

**W. GLENN MAYFIELD**

444 Seabreeze Boulevard
Suite 750
Daytona Beach, Florida 32118

**WILLIAM H. OGLE**
National Board Certified
Civil Trial Specialist

Telephone: (386) 253-2500
Facsimile: (386) 248-8578
1-800

February 27, 2009

**VIA US CERTIFIED MAIL**

Long Island Bone & Joint, LLP
John D Hubbell, MD
ATTN: Records Custodian
315 Meeting House Lane
Southampton, NY 11968

**RE:** **Louis J. Alimena v. Merck & Co., Inc**
**In re: VIOXX Products Liability Litig**
**MDL No. 1657**

### PRESERVATION OF DOCUMENTS NOTICE

Dear Records Custodian:

Our law firm represents Louis J. Alimena (DOB: 12/05/36) for a claim against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to our client's claim in the multi-district litigation proceedings, In re: VIOXX Products Liability Litigation. Any records relating to our client in your possession must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005, pending collection by our client. A copy of Pre-Trial Order No. 1 is attached to this notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact our office if you have any questions concerning the above.

Very truly yours,

William H. Ogle

WHO/mhh

Enclosure

www.mayfieldogle.com
Flagler/Palm Coast: (386) 439-0118 • DeLand: (386) 738-0120 • New Smyrna Beach: (386) 478-0114
Sanford/Lake Mary: (407) 688-1628 • Orlando: (407) 246-5050 • Gainesville: (352) 338-7900

# MAYFIELD & OGLE, P.A.
## ATTORNEYS AT LAW

**W. GLENN MAYFIELD**

444 Seabreeze Boulevard
Suite 750
Daytona Beach, Florida 32118

**WILLIAM H. OGLE**
National Board Certified
Civil Trial Specialist

Telephone: (386) 253-2500
Facsimile: (386) 248-8578
1-800-774-5445

February 27, 2009

**VIA US CERTIFIED MAIL**

Palm Beach Lakes Surgery Center
S. Konigsberg, MD
ATTN: Records Custodian
2047 Palm Beach Lakes Blvd
West Palm Beach, Florida 33409

**RE:  Louis J. Alimena v. Merck & Co., Inc.**
**In re: VIOXX Products Liability Litigation**
**MDL No. 1657**

### PRESERVATION OF DOCUMENTS NOTICE

Dear Records Custodian:

Our law firm represents Louis J. Alimena (DOB: 12/05/36) for a claim against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to our client's claim in the multi-district litigation proceedings, In re: VIOXX Products Liability Litigation. Any records relating to our client in your possession must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005, pending collection by our client. A copy of Pre-Trial Order No. 1 is attached to this notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact our office if you have any questions concerning the above.

Very truly yours,

*William Harrison Ogle*
William H. Ogle

WHO/mhh

Enclosure

# MAYFIELD & OGLE, P.A.
## ATTORNEYS AT LAW

W. GLENN MAYFIELD

444 Seabreeze Boulevard
Suite 750
Daytona Beach

Telephone: (3
Facsimile: (3
1-800-7

WILLIAM H. OGLE
National Board Certified

February 27, 2009

**VIA US CERTIFIED MAIL**

Gastroenterology Offices
Sheldon Konigsberg, MD
ATTN: Records Custodian
2047 Palm Beach Lakes Blvd
West Palm Beach, Florida 33409

RE:  **Louis J. Alimena v. Merck & Co., Inc.**
     **In re: VIOXX Products Liability Litigation**
     **MDL No. 1657**

## PRESERVATION OF DOCUMENTS NOTICE

Dear Records Custodian:

Our law firm represents Louis J. Alimena (DOB: 12/05/36) for a claim against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to our client's claim in the multi-district litigation proceedings, In re: VIOXX Products Liability Litigation. Any records relating to our client in your possession must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005, pending collection by our client. A copy of Pre-Trial Order No. 1 is attached to this notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact our office if you have any questions concerning the above.

Very truly yours,

William H. Ogle

WHO/mhh

Enclosure

# MAYFIELD & OGLE, P.A.
## ATTORNEYS AT LAW

**W. GLENN MAYFIELD**

444 Seabreeze Boulevard
Suite 750
Daytona Beach, Florida 32118

**WILLIAM H. OGLE**
*National Board Certified*
*Civil Trial Specialist*

Telephone: (386) ⁝
Facsimile: (386) 2
1-800-774-5

February 27, 2009

**VIA US CERTIFIED MAIL**

Palm Beach Gardens Fire
ATTN: Records Custodian
10500 N Military Trail
West Palm Beach, Florida 33410-4628

**RE:   Louis J. Alimena v. Merck & Co., Inc.**
  **In re: VIOXX Products Liability Litigation**
  **MDL No. 1657**

U.S. Postal Service
CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 532 |

Sent To *Palm Bch Grdns Fire*
Street, Apt. No.; or PO Box No. *10500 N Military Trl*
City, State, ZIP+4 *WPB, Fl 33410-4628*

PS Form 3800, August 2006      See Reverse for Instructions

## PRESERVATION OF DOCUMENTS NOTICE

Dear Records Custodian:

  Our law firm represents Louis J. Alimena (DOB: 12/05/36) for a claim against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to our client's claim in the multi-district litigation proceedings, In re: VIOXX Products Liability Litigation. Any records relating to our client in your possession must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005, pending collection by our client. A copy of Pre-Trial Order No. 1 is attached to this notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

  Please feel free to contact our office if you have any questions concerning the above.

    Very truly yours,

    *William Harrison Ogle*

    William H. Ogle

WHO/mhh

Enclosure

www.mayfieldogle.com
Flagler/Palm Coast: (386) 439-0118 • DeLand: (386) 738-0120 • New Smyrna Beach: (386) 478-0114
Sanford/Lake Mary: (407) 688-1628 • Orlando: (407) 246-5050 • Gainesville: (352) 338-7900

# MAYFIELD & C

## ATTORNEYS

**W. GLENN MAYFIELD**

444 Seabreeze B<br>
Suite 75C<br>
Daytona Beach, Flo

Telephone: (386) :<br>
Facsimile: (386) 2<br>
1-800-774-5

February 27, 2009

**VIA US CERTIFIED MAIL**

Edward Mostel MD Inc<br>
ATTN: Records Custodian<br>
~~3370 Burns Road, Suite 205~~ 3365 Burns Rd, Ste 101<br>
Palm Beach Gardens, Florida 33410-43~~27-0 2~~

**RE:** **Louis J. Alimena v. Merck & Co., Inc.**<br>
**In re: VIOXX Products Liability Litigation**<br>
**MDL No. 1657**

### PRESERVATION OF DOCUMENTS NOTICE

Dear Records Custodian:

Our law firm represents Louis J. Alimena (DOB: 12/05/36) for a claim against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to our client's claim in the multi-district litigation proceedings, In re: VIOXX Products Liability Litigation. Any records relating to our client in your possession must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005, pending collection by our client. A copy of Pre-Trial Order No. 1 is attached to this notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact our office if you have any questions concerning the above.

Very trul

William :

WHO/mhh

Enclosure

www. mayfieldog<br>
Flagler/Palm Coast: (386) 439-0118 • DeLand: (386) 738<br>
Sanford/Lake Mary: (407) 688-1628 • Orlando: (407)

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5 32 |

Sent To Edward Mostel, MD Inc<br>
Street, Apt. No.; or PO Box No. 3370 Burns Rd Ste C05<br>
City, State, ZIP+4 PB6, FL 33410- 4322

PS Form 3800, August 2006          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To EDWARD MOSTEL MD INC<br>
Street, Apt. No.; or PO Box No. 3365 BURNS RD STE 101<br>
City, State, ZIP+4 PALM BCH GRDNS, FL 33410

PS Form 3800, August 2006          See Reverse for Instructions

# MAYFIELD & OGLE, P.A.
## ATTORNEYS AT LAW

W. GLENN MAYFIELD

444 Seabreeze Boulevard
Suite 750
Daytona Beach, Florida 32118

WILLIAM H. OGLE
National Board Certified
Civil Trial Specialist

Telephone: (386) 2:
Facsimile: (386) 24
1-800-774-54



February 27, 2009

**VIA US CERTIFIED MAIL**

Amir Fahmy MD PA
ATTN: Records Custodian
3400 Burns Road, Suite 101
Palm Beach Gardens, Florida 33410-4352

RE:   **Louis J. Alimena v. Merck & Co., Inc.**
      **In re: VIOXX Products Liability Litigation**
      **MDL No. 1657**

## PRESERVATION OF DOCUMENTS NOTICE

Dear Records Custodian:

Our law firm represents Louis J. Alimena (DOB: 12/05/36) for a claim against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to our client's claim in the multi-district litigation proceedings, In re: VIOXX Products Liability Litigation. Any records relating to our client in your possession must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005, pending collection by our client. A copy of Pre-Trial Order No. 1 is attached to this notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact our office if you have any questions concerning the above.

Very truly yours,

William H. Ogle

WHO/mhh

Enclosure

# MAYFIELD & OGLE, P.A.
## ATTORNEYS AT LAW

W. GLENN MAYFIELD

444 Seabreeze Boulevard
Suite 750
Daytona Beach, Florida 32118

WILLIAM H. OGLE
National Board Certified
Civil Trial Specialist

Telephone: (386)
Facsimile: (386)
1-800-774-!

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.32 |

Sent To *Allergy and Asthma Care*
Street, Apt. No.; or PO Box No. *2141 S Alternate A1A 220*
City, State, ZIP+4 *Jupiter, Fl 33477*

PS Form 3800, August 2006    See Reverse for Instructions

February 27, 2009

**VIA US CERTIFIED MAIL**

Allergy and Asthma Care
Elizabeth Otero, MD
ATTN: Records Custodian
2141 S Alternate A1A, Suite 220
Jupiter, Florida 33477-4063

**RE:    Louis J. Alimena v. Merck & Co., Inc.**
**In re: VIOXX Products Liability Litigation**
**MDL No. 1657**

## PRESERVATION OF DOCUMENTS NOTICE

Dear Records Custodian:

Our law firm represents Louis J. Alimena (DOB: 12/05/36) for a claim against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to our client's claim in the multi-district litigation proceedings, In re: VIOXX Products Liability Litigation. Any records relating to our client in your possession must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005, pending collection by our client. A copy of Pre-Trial Order No. 1 is attached to this notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact our office if you have any questions concerning the above.

Very truly yours,

William Harrison Ogle
William H. Ogle

WHO/mhh

Enclosure

# MAYFIELD & OGLE, P.A.
## ATTORNEYS AT LAW

W. GLENN MAYFIELD

444 Seabreeze Boulevard
Suite 750
Daytona Beach, Florida 32118

WILLIAM H. OGLE
National Board Certified
Civil Trial Specialist

Telephone: (386) 253-2500
Facsimile: (386) 248-8578
1-800-774-5445

February 24, 2009

**VIA US CERTIFIED MAIL**

Jupiter Medical Center
ATTN: Records Custodian
1210 South Old Dixie Highway
Jupiter, Florida 33458

RE:   **Louis J. Alimena v. Merck & Co., Inc.**
      **In re: VIOXX Products Liability Litigation**
      **MDL No. 1657**

## PRESERVATION OF DOCUMENTS NOTICE

Dear Records Custodian:

Our law firm represents Louis J. Alimena (DOB: 12/05/36) for a claim against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to our client's claim in the multi-district litigation proceedings, In re: VIOXX Products Liability Litigation. Any records relating to our client in your possession must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005, pending collection by our client. A copy of Pre-Trial Order No. 1 is attached to this notice. Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact our office if you have any questions concerning the above.

Very truly yours,

William Harrison Ogle
William H. Ogle

WHO/mhh

Enclosure

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.42 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.32 |

DAYTONA BEACH FL PENINSULA
FEB 26 2009

Sent To   Jupiter Med Ctr   Rec Cust
Street, Apt. No.; or PO Box No.   1210 S Old Dixie Hwy
City, State, ZIP+4   Jupiter FL 33458

PS Form 3800, August 2006          See Reverse for Instructions

7007 0710 0002 2843 7345

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

SOUTHAMPTON NY 11968
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.42   0362 |
| Certified Fee | | $2.70   02 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.32 |

DAYTONA BEACH FL PENINSULA
FEB 26 2009

Sent To   Southampton Hosp   Rec Cust
Street, Apt. No.; or PO Box No.   240 Meeting House Ln
City, State, ZIP+4   Southampton NY 11918

PS Form 3800, August 2006          See Reverse for Instructions

7007 0710 0002 2843 7321

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.42 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.32   02/26/2009 |

DAYTONA BEACH FL PENINSULA USPS
FEB 26 2009

Sent To   Dr. Babu Eason   Rec Custd
Street, Apt. No.; or PO Box No.   97 N Sea Rd
City, State, ZIP+4   Southampton NY 11968

PS Form 3800, August 2006          See Reverse for Instructions

7007 0710 0002 2843 7338

---

PENINSULA PO
DAYTONA BEACH, Florida
321184201
1143840362 -0097
/2009    (386)252-6476       09:06:07

Sales Receipt

| ct iption | Sale Qty | Unit Price | Fina Pric |
|---|---|---|---|
| RU  AMPTON NY 11968 | | | $0. |
| .ci  5 First-Class | | | |
| etter | | | |
| ) 1 oz. | | | |
| t rn Rcpt (Green Card) | | | $2. |
| ur ified | | | $2. |
| cel #: | 7007071000022843732i | | |
| ci tomer Postage | | | -$5. |
| Subtotal: | | | $0.00 |
| IAMPTON NY 11968 | | | $0. |
| 5 First-Class | | | |
| er | | | |
| ) oz. | | | |
| rn Rcpt (Green Card) | | | $2. |
| tified | | | $2. |
| al #: | 7007071000022843733E | | |
| tomer Postage | | | -$5. |
| btotal: | | | $0. |
| TER FL 33458 Zone-3 | | | $0. |
| ct-Class Letter | | | |
| 0 oz. | | | |
| urn Rcpt (Green Card) | | | $2. |
| tified | | | $2. |
| el #: | 7007071000022843734E | | |
| tomer Postage | | | -$5. |
| btotal: | | | $0. |
| l: | | | $0. |

by:

r stamps at USPS.com/shop or call
0-Stamp24. Go to USPS.com/clicknshi
print shipping labels with postage.
other information call 1-800-ASK-USP.

iil#: 1000302157655
Clerk: 02

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
*******************************************
*******************************************

HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
*******************************************
*******************************************

Customer Copy

# MAYFIELD & OGLE, P.A.
## ATTORNEYS AT LAW

W. GLENN MAYFIELD

444 Seabreeze Boulevard
Suite 750
Daytona Beach, Florida 32118

WILLIAM H. OGLE
National Board Certified
Civil Trial Specialist

Telephone: (386) 253-2500
Facsimile: (386) 248-8578
1-800-774-5445

February 24, 2009

**VIA US CERTIFIED MAIL**

Dr. Babu Easow
ATTN: Records Custodian
97 North Sea Road
South Hampton, NY 11968

RE:   **Louis J. Alimena v. Merck & Co., Inc.**
      **In re: VIOXX Products Liability Litigation**
      **MDL No. 1657**

### PRESERVATION OF DOCUMENTS NOTICE

Dear Records Custodian:

Our law firm represents Louis J. Alimena (DOB: 12/05/36) for a claim against Merck & Co. arising out of injuries suffered from the use of VIOXX.   You may have records relevant to our client's claim in the multi-district litigation proceedings, In re: VIOXX Products Liability Litigation.   Any records relating to our client in your possession must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005, pending collection by our client.   A copy of Pre-Trial Order No. 1 is attached to this notice.   Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact our office if you have any questions concerning the above.

Very truly yours,

William Harrison Ogle

William H. Ogle

WHO/mhh

Enclosure

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.42 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.32 |

Sent To *Jupiter Med Ctr  Rec Cust*
Street, Apt. No.; or PO Box No. *1210 S Old Dixie Hwy*
City, State, ZIP+4 *Jupiter  FL 33458*

PS Form 3800, August 2006          See Reverse for Instructions

7007 0710 0000 2843 7345

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.42 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.32 |

Sent To *Southampton Hosp  Rec Cust*
Street, Apt. No.; or PO Box No. *240 Meetinghouse Ln*
City, State, ZIP+4 *Southampton  NY 11968*

PS Form 3800, August 2006          See Reverse for Instructions

7007 0710 0000 2843 7321

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ $5.32 |

Sent To *Dr. Babu Easo~  Rec Custd*
Street, Apt. No.; or PO Box No. *97 N Sea Rd*
City, State, ZIP+4 *Southampton  NY 11968*

PS Form 3800, August 2006          See Reverse for Instructions

7007 0710 0000 2843 7338

---

```
            PENINSULA PO
        DAYTONA BEACH, Florida
             321184201
          1143840362 -0097
02/26/2009   (386)252-6476      09:06:07 AM

                  Sales Receipt
Product             Sale  Unit        Final
Description         Qty   Price       Price

SOUTHAMPTON NY 11968
Zone-5 First-Class                    $0.42
Letter
0.80 oz.
Return Rcpt (Green Card)              $2.20
Certified                            $2.70
Label #:    70070710000228437321
Customer Postage                     -$5.32
  Subtotal:                           $0.00
SOUTHAMPTON NY 11968
Zone-5 First-Class                    $0.42
Letter
0.80 oz.
Return Rcpt (Green Card)              $2.20
Certified                            $2.70
Label #:    70070710000228437338
Customer Postage                     -$5.32
  Subtotal:                           $0.00
JUPITER FL 33458 Zone-3               $0.42
First-Class Letter
0.80 oz.
Return Rcpt (Green Card)              $2.20
Certified                            $2.70
Label #:    70070710000228437345
Customer Postage                     -$5.32
  Subtotal:                           $0.00

Total:                                $0.00

Paid by:

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000302157655
Clerk: 02

All sales final on stamps and postage
Refunds for guaranteed services only
     Thank you for your business
********************************************
********************************************
     HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

TELL US ABOUT YOUR RECENT
     POSTAL EXPERIENCE

      YOUR OPINION COUNTS
********************************************
********************************************


          Customer Copy
```

# MAYFIELD & OGLE, P.A.
## ATTORNEYS AT LAW

**W. GLENN MAYFIELD**

444 Seabreeze Boulevard
Suite 750
Daytona Beach, Florida 32118

**WILLIAM H. OGLE**
National Board Certified
Civil Trial Specialist

Telephone: (386) 253-2500
Facsimile: (386) 248-8578
1-800-774-5445

February 24, 2009

**VIA US CERTIFIED MAIL**

Southampton Hospital
ATTN: Records Custodian
240 Meeting House Lane
Southampton, NY 11968

**RE:**   **Louis J. Alimena v. Merck & Co., Inc.**
**In re: VIOXX Products Liability Litigation**
**MDL No. 1657**

### PRESERVATION OF DOCUMENTS NOTICE

Dear Records Custodian:

Our law firm represents Louis J. Alimena (DOB: 12/05/36) for a claim against Merck & Co. arising out of injuries suffered from the use of VIOXX.   You may have records relevant to our client's claim in the multi-district litigation proceedings, In re: VIOXX Products Liability Litigation.   Any records relating to our client in your possession must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005, pending collection by our client.   A copy of Pre-Trial Order No. 1 is attached to this notice.   Please note that Paragraph 13 of that order addresses preservation of evidence.

Please feel free to contact our office if you have any questions concerning the above.

Very truly yours,

William H. Ogle

WHO/mhh

Enclosure

**U.S. Postal Service**™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.42 | 0362 |
| Certified Fee | $2.70 | 02 |
| Return Receipt Fee (Endorsement Required) | $2.20 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $5.32 | |

Sent To *Jupiter Med Ctr Rec Cust*

Street, Apt. No. or PO Box No. *1210 S Old Dixie Hwy*

City, State, ZIP+4 *Jupiter FL 33458*

PS Form 3800, August 2006         See Reverse for Instructions

7007 0710 0002 2843 7345

---

**U.S. Postal Service**™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.42 | 0362 |
| Certified Fee | $2.70 | 02 |
| Return Receipt Fee (Endorsement Required) | $2.20 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $5.32 | |

Sent To *Southampton Hosp Rec Cust*

Street, Apt. No. or PO Box No. *240 Meeting House Ln*

City, State, ZIP+4 *Southampton NY 11918*

PS Form 3800, August 2006         See Reverse for Instructions

7007 0710 0002 2843 7321

---

**U.S. Postal Service**™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.42 | |
| Certified Fee | $2.70 | |
| Return Receipt Fee (Endorsement Required) | $2.20 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $5.32 | |

Sent To *Dr. Babu Easow Rec Custd*

Street, Apt. No. or PO Box No. *97 N Sea Rd*

City, State, ZIP+4 *Southampton NY 11968*

PS Form 3800, August 2006         See Reverse for Instructions

7007 0710 0002 2843 7338

---

```
              PENINSULA PO
         DAYTONA BEACH, Florida
              321184201
           1143840362 -0097
02/26/2009    (386)252-6476    09:06:07 AM

======================================
Product              Sales Receipt
Description          Sale  Unit     Final
                      Qty  Price    Price

SOUTHAMPTON NY 11968                $0.42
Zone-5 First-Class
Letter
  0.80 oz.
Return Rcpt (Green Card)           $2.20
Certified                          $2.70
Label #:      70070710000228437321
Customer Postage                  -$5.32
  Subtotal:                        $0.00
SOUTHAMPTON NY 11968               $0.42
Zone-5 First-Class
Letter
  0.80 oz.
Return Rcpt (Green Card)           $2.20
Certified                          $2.70
Label #:      70070710000228437338
Customer Postage                  -$5.32
  Subtotal:                        $0.00
JUPITER FL 33458 Zone-3            $0.42
First-Class Letter
  0.80 oz.
Return Rcpt (Green Card)           $2.20
Certified                          $2.70
Label #:      70070710000228437345
Customer Postage                  -$5.32
  Subtotal:                        $0.00

Total:                             $0.00

Paid by:

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clickship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000302157655
Clerk: 02

All sales final on stamps and postage
Refunds for guaranteed services only
      Thank you for your business
**************************************
**************************************
      HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

   TELL US ABOUT YOUR RECENT
       POSTAL EXPERIENCE

     YOUR OPINION COUNTS
**************************************
**************************************


          Customer Copy
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    :      MDL NO. 1657
        PRODUCTS LIABILITY LITIGATION           :
                                                :      SECTION: L
                                                :
                                                :      JUDGE FALLON
                                                :      MAG. JUDGE KNOWLES
- - - - - - - - - - - - - - - - - - - - - - - :

THIS DOCUMENT RELATES TO ALL CASES

PRETRIAL ORDER #1
Setting Initial Conference

It appearing that civil actions listed on Schedule A, attached hereto, which were
transferred to this Court by order of the Judicial Panel on Multi District Litigation pursuant to its
order of February 16, 2005, merit special attention as complex litigation, it is, therefore,
ORDERED that:

1.    APPLICABILITY OF ORDER—Prior to the initial pretrial conference and entry
of a comprehensive order governing all further proceedings in this case, the provisions of this
Order shall govern the practice and procedure in these actions that were transferred to this Court
by the Judicial Panel on Multi District Litigation pursuant to its order of February 16, 2005 listed
on Schedule A. This Order also applies to all related cases filed in all sections of the Eastern
District of Louisiana and will also apply to any "tag-along actions" later filed in, removed to, or

4.    POSITION STATEMENT—Plaintiffs and defendants shall submit to the Court by
March 11, 2005 a brief written statement indicating their preliminary understanding of the facts
involved in the litigation and the critical factual and legal issues. These statements will not be
filed with the Clerk, will not be binding, will not waive claims or defenses, and may not be offered
in evidence against a party in later proceedings. The parties' statements shall list all pending
motions, as well as all related cases pending in state or federal court, together with their current
status, including any discovery taken to date, to the extent known. The parties shall be limited to
one such submission for all plaintiffs and one such submission for all defendants.

5.    APPEARANCE—Each party represented by counsel shall appear at the initial
pretrial conference through their attorney who will have primary responsibility for the party's
interest in this litigation. Parties not represented by counsel may appear in person or through an
authorized and responsible agent. To minimize costs and facilitate a manageable conference,
parties with similar interests may agree, to the extent practicable, to have an attending attorney
represent their interest at the conference. A party will not by designating an attorney to represent
its interest at the conference be precluded from other representation during the litigation, nor will
attendance at the conference waive objections to jurisdiction, venue or service.

6.    SERVICE—Prior to the initial pretrial conference, service of all papers shall be
made on each of the attorneys on the Panel Attorney Service List attached hereto and designated
as Schedule B. Any attorney who wishes to have his/her name added to or deleted from such
Panel Attorney Service List may do so upon request to the Clerk and notice to all other persons
on such service list. The parties shall present to the Court at the initial conference a list of
attorneys and their office addresses and E-mail addresses.

-3-

transferred to this Court.

2.    CONSOLIDATION—The civil actions listed on Schedule A are consolidated for
pretrial purposes. Any "tag-along actions" later filed in, removed to or transferred to this Court,
or directly filed in the Eastern District of Louisiana, will automatically be consolidated with this
action without the necessity of future motions or orders. This consolidation, however, does not
constitute a determination that the actions should be consolidated for trial, nor does it have the
effect of making any entity a party to any action in which he, she or it has not been named, served
or added in accordance with the Federal Rules of Civil Procedure.

3.    DATE OF INITIAL CONFERENCE AND AGENDA FOR CONFERENCE—
Matters relating to pretrial and discovery proceedings in these cases will be addressed at an initial
pretrial conference to be held on Friday, March 18, 2005 at 9:00 a.m. in Judge Eldon E. Fallon's
courtroom, Room 468, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.
Counsel are expected to familiarize themselves with the Manual for Complex Litigation, Fourth
("MCL 4th") and be prepared at the conference to suggest procedures that will facilitate the
expeditious, economical, and just resolution of this litigation. The items listed in MCL 4th
Sections 22.6, 22.61, 22.62, and 22.63 shall, to the extent applicable, constitute a tentative
agenda for the conference. Counsel shall confer and seek consensus to the extent possible with
respect to the terms on the agenda, including a proposed discovery plan, amendment of pleadings,
and consideration of any class action allegations and motions. If the parties have any suggestions
as to any case management orders or additional agenda items, these shall be faxed to (504) 589-
6966 or otherwise submitted to the Court by March 11, 2005.

-2-

7.    EXTENSION AND STAY—The defendant is granted an extension of time for
responding by motion or answer to the complaint(s) until a date to be set by this Court. Pending
the initial conference and further order of this Court, all outstanding discovery proceedings are
stayed, and no further discovery shall be initiated. Moreover, all pending motions must be
renoticed for resolution on a motion day or days after the Court's initial conference herein.

8.    MASTER DOCKET FILE—The Clerk of Court will maintain a master docket
case file under the style "In Re: VIOXX Products Liability Litigation" and the identification
"MDL No. 1657 ". When a pleading is intended to be applicable to all actions, this shall be
indicated by the words: "This Document Relates to All Cases." When a pleading is intended to
apply to less than all cases, this Court's docket number for each individual case to which the
document number relates shall appear immediately after the words "This Document Relates to".
The following is a sample of the pleading style:

        In Re: VIOXX                                    MDL No. 1657
                Products Liability Litigation

                                                        SECTION: L

        This Document Relates to:                       Judge Fallon
                                                        Mag. Judge Knowles

9.    FILING—Until electronic filing is instituted in the Eastern District of Louisiana, a
signed original of any pleading or paper together with the number of copies set forth in the Local
Rules is all that need be filed. The Clerk of Court is directed to make all entries on the master
docket sheet with a notation listing the cases to which the document applies, except that a
document closing a case will also be entered on the individual docket sheet. All documents shall
be filed in the master file.

-4-

10.   DOCKETING—When an action that properly belongs as a part of *In Re: VIOXX Products Liability Litigation* is hereafter filed in the Eastern District of Louisiana or transferred here from another court, the Clerk of this Court shall:

    a.    File a copy of this Order in the separate file for such action;

    b.    Make an appropriate entry on the master docket sheet;

    c.    Mail to the attorneys for the plaintiff in the newly filed or transferred case a copy of this Order;

    d.    Upon the first appearance of any new defendant, mail to the attorneys for the defendant in each newly filed or transferred cases a copy of this Order.

11.   APPEARANCES—Counsel who appeared in a transferor court prior to transfer need not enter an additional appearance before this Court. Moreover, attorneys admitted to practice and in good standing in any United States District Court are admitted *pro hac vice* in this litigation, and the requirements of Local Rules 83.2.6B and 83.2.7 are waived. Association of local counsel is not required.

12.   REMAND STIPULATIONS—In the event that a case is remanded, the parties shall furnish to the Clerk of Court a stipulation or designation of the contents of the record and furnish all necessary copies of any pleadings filed so as to enable the transferee clerk to comply with the order of remand.

13.   [PRESERVATION OF EVIDENCE—All parties and their counsel are reminded of their duty to preserve evidence that may be relevant to this action. The duty extends to documents, data, and tangible things in possession, custody and control of the parties to this action, and any employees, agents, contractors, carriers, bailees, or other nonparties who possess]

-5-

materials reasonably anticipated to be subject to discovery in this action. "Documents, data, and tangible things" is to be interpreted broadly to include writings, records, files, correspondence, reports, memoranda, calendars, diaries, minutes, electronic messages, voice mail, E-mail, telephone message records or logs, computer and network activity logs, hard drives, backup data, removable computer storage media such as tapes, discs and cards, printouts, document image files, Web pages, databases, spreadsheets, software, books, ledgers, journals, orders, invoices, bills, vouchers, check statements, worksheets, summaries, compilations, computations, charts, diagrams, graphic presentations, drawings, films, charts, digital or chemical process photographs, video, phonographic tapes or digital recordings or transcripts thereof, drafts, jottings and notes, studies or drafts of studies or other similar such material. Information that serves to identify, locate, or link such material, such as file inventories, file folders, indexes and metadata, is also included in this definition. Until the parties reach an agreement on a preservation plan to the Court's satisfaction, each party shall take reasonable steps to preserve all documents, data and tangible things containing information potentially relevant to the subject matter of this litigation. Counsel is under an obligation to the Court to exercise all reasonable efforts to identify and notify parties and nonparties of their duties, including employees of corporate or institutional parties, to the extent required by the Federal Rules of Civil Procedure.

14.   FILING OF DISCOVERY REQUESTS—In accordance with Rule 5(d) of the Federal Rules of Civil Procedure, discovery requests and responses are not to be filed with the Clerk nor sent to the Judge's Chambers, except when specifically ordered by the Court to the extent needed in connection with a motion.

-6-

15.   LIAISON COUNSEL—Prior to the initial conference, counsel for the plaintiffs and counsel for the defendant shall, to the extent they have not already done so, confer and seek consensus on the selection of a candidate for the position of liaison counsel for each group who will be charged with essentially administrative matters. For example, liaison counsel shall be authorized to receive orders and notices from the Court on behalf of all parties within their liaison group and shall be responsible for the preparation and transmittal of copies of such orders and notices to the parties in their liaison group and perform other tasks determined by the Court. Liaison counsel shall be required to maintain complete files with copies of all documents served upon them and shall make such files available to parties within their liaison group upon request. Liaison counsel are also authorized to receive orders and notices from the Judicial Panel on Multidistrict Litigation pursuant to Rule 5.2(c) of the Panel's *Rules of Procedure* or from the transferee court on behalf of all parties within their liaison group and shall be responsible for the preparation and transmittal of copies of such orders and notices to the parties in their liaison group. The expenses incurred in performing the services of liaison counsel shall be shared equally by all members of the liaison group in a manner agreeable to the parties or set by the Court failing such agreement. Appointment of liaison counsel shall be subject to the approval of the Court. At the first conference liaison counsel and/or the parties should be prepared to discuss any additional needs for an organizational structure or any additional matters consistent with the efficient handling of this matter.

16.   PLAINTIFFS STEERING COMMITTEE—It is the Court's intent to appoint a Plaintiffs' Steering Committee ("PSC") to conduct and coordinate the discovery stage of this litigation with the defendant's representatives or committee. Applications/nominations for the

-7-

PSC positions must be filed as an original and one copy with the Eastern District of Louisiana's Clerk's Office on or before Monday, March 28, 2005. A copy must also be served upon counsel named in the attached list on the day of filing. The main criteria for membership in the PSC will be: (a) willingness and availability to commit to a time-consuming project; (b) ability to work cooperatively with others; and (c) professional experience in this type of litigation. Applications/nominations should succinctly address each of the above criteria as well as any other relevant matters. No submissions longer than three (3) pages will be considered. The Court will only consider attorneys who have filed a civil action in this litigation.

Objections may be made to the appointment of a proposed applicant/nominee. Nevertheless, the Court will entertain only written objections to any application/nomination. These must be filed with the Clerk in an original and one copy on or before April 4, 2005. The objections, if there be any, must be short, yet thorough, and must be supported by necessary documentation. As with the application/nomination, any objection must be served on all counsel appearing on the attached list on the day of filing.

The PSC will have the following responsibilities:

Discovery

    (1)    Initiate, coordinate, and conduct all pretrial discovery on behalf of plaintiffs in all actions which are consolidated with the instant multidistrict litigation.

    (2)    Develop and propose to the Court schedules for the commencement, execution, and completion of all discovery on behalf of all plaintiffs.

    (3)    Cause to be issued in the name of all plaintiffs the necessary discovery requests, motions, and subpoenas pertaining to any witnesses and

-7-

documents needed to properly prepare for the pretrial of relevant issues found in the pleadings of this litigation. Similar requests, notices, and subpoenas may be caused to be issued by the PSC upon written request by an individual attorney in order to assist him/her in the preparation of the pretrial stages of his/her client's particular claims.

(4)  Conduct all discovery in a coordinated and consolidated manner on behalf and for the benefit of all plaintiffs. No attorney for a plaintiff may be excluded from attending the examination of witnesses and other proceedings. Such attorney may suggest questions to be posed to deponents through the designated PSC members provided that such questions are not repetitious.

Hearings and Meetings

(1)  Call meetings of counsel for plaintiffs for any appropriate purpose, including coordinating responses to questions of other parties or of the Court. Initiate proposals, suggestions, schedules, or joint briefs, and any other appropriate matter(s) pertaining to pretrial proceedings.

(2)  Examine witnesses and introduce evidence at hearings on behalf of plaintiffs.

(3)  Act as spokesperson for all plaintiffs at pretrial proceedings and in response to any inquiries by the Court, subject of course to the right of any plaintiff's counsel to present non-repetitive individual or different positions.

-9-

Miscellaneous

(1)  Submit and argue any verbal or written motions presented to the Court or Magistrate on behalf of the PSC as well as oppose when necessary any motions submitted by the defendant or other parties which involve matters within the sphere of the responsibilities of the PSC.

(2)  Negotiate and enter into stipulations with Defendants regarding this litigation. All stipulations entered into by the PSC, except for strictly administrative details such as scheduling, must be submitted for Court approval and will not be binding until the Court has ratified the stipulation. Any attorney not in agreement with a non-administrative stipulation shall file with the Court a written objection thereto within ten (10) days after he/she knows or should have reasonably become aware of the stipulation. Failure to object within the term allowed shall be deemed a waiver and the stipulation will automatically be binding on that party.

(3)  Explore, develop, and pursue all settlement options pertaining to any claim or portion thereof of any case filed in this litigation.

(4)  Maintain adequate files of all pretrial matters and have them available, under reasonable terms and conditions, for examination by Plaintiffs or their attorneys.

(5)  Prepare periodic status reports summarizing the PSC's work and progress. These reports shall be submitted to the Plaintiffs' Liaison Counsel who will promptly distribute copies to the other plaintiffs' attorneys.

-10-

(6)  Perform any task necessary and proper for the PSC to accomplish its responsibilities as defined by the Court's orders.

(7)  Perform such other functions as may be expressly authorized by further orders of this Court.

(8)  Reimbursement for costs and/or fees for services will be set at a time and in a manner established by the Court after due notice to all counsel and after a hearing.

17.  COMMUNICATION WITH THE COURT—Unless otherwise ordered by this Court, all substantive communications with the Court shall be in writing, with copies to opposing counsel. Nevertheless, the Court recognizes that cooperation by and among plaintiffs' counsel and by and among defendant's counsel is essential for the orderly and expeditious resolution of this litigation. The communication of information among and between plaintiffs' counsel and among and between defendant's counsel shall not be deemed a waiver of the attorney-client privilege or the protection afforded attorney's work product, and cooperative efforts contemplated above shall in no way be used against any plaintiff by any defendant or against any defendant by any plaintiff. Nothing contained in this provision shall be construed to limit the rights of any party or counsel to assert the attorney-client privilege or attorney work product doctrine.

New Orleans, Louisiana, this 17th day of _February_, 2005.

/s/ Eldon E. Fallon
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Attachments

-11-