UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| All Third-Party Payor | * | MAGISTRATE JUDGE KNOWLES |
| and Consumer Economic Loss Cases | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

**MOTION OF DEFENDANT MERCK & CO., INC. FOR ADOPTION OF PRETRIAL ORDER GOVERNING CLASS CERTIFICATION AND PRETRIAL DISCOVERY IN ECONOMIC LOSS CASES**

Defendant Merck & Co., Inc. ("Merck"), through undersigned counsel, respectfully moves the Court to adopt its proposed pretrial order governing class certification and pretrial discovery in the various economic loss cases currently pending before the Court.

As set forth in the accompanying Memorandum In Support Of Defendant Merck & Co., Inc.'s Motion For Adoption Of Pretrial Order, the Court should adopt Merck's proposed order, rather than plaintiffs', because Merck's proposal will best advance the economic loss actions pending in this proceeding, by moving quickly toward bellwether trials in several selected TPP cases, while at the same time ensuring the resolution of important threshold motions. Merck's proposal that the parties undertake discovery in all TPP cases will also help ensure that the outcome of any bellwether trials will have meaning for the other cases.

WHEREFORE, Merck respectfully requests that the Court enter its proposed order.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Defendants' Liaison Counsel

And

John H. Beisner
Jessica Davidson Miller
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

Attorneys for Merck & Co., Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Motion for Adoption of Pretrial Order Governing Class Certification and Pretrial Discovery in Economic Loss Cases* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th of March, 2009.

>  */s/ Dorothy H. Wimberly*
>  Dorothy H. Wimberly, 18509
>  STONE PIGMAN WALTHER
>  WITTMANN L.L.C.
>  546 Carondelet Street
>  New Orleans, Louisiana  70130
>  Phone:  504-581-3200
>  Fax:     504-581-3361
>  dwimberly@stonepigman.com
>
>  Defendants' Liaison Counsel