

LAW OFFICES
O'MELVENY & MYERS LLP
1652 Eye Street, NW
Washington, DC 20006
Phone: (202) 383-5300
Fax: (202) 383-5414

**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Phone: (201) 536-9220
Attorneys for Defendant Merck & Co., Inc.

**FILED**

FEB 19 2009

Carol E. Higbee, P.J.Cv.

| | |
|---|---|
| IN RE: VIOXX® LITIGATION<br><br><br><br><br>--------------------------------------------------------<br><br>**APPLICABLE TO ALL<br>THIRD PARTY PAYOR CASES** | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ATLANTIC COUNTY<br><br>CASE CODE 619<br>VIOXX® LITIGATION<br><br>CIVIL ACTION<br><br>**DISCOVERY ORDER RELATING TO<br>DEFENDANT MERCK & CO., INC.'S<br>REQUESTS FOR PRODUCTION<br>TO PLAINTIFFS IN ALL<br>THIRD-PARTY PAYOR CASES** |

**THIS MATTER** having come before the Court on January 28, 2009, and counsel for

Plaintiffs and counsel for Defendant having been present, upon consideration of the arguments of

the parties and based on the record herein,

IT IS on this 19th day of February, 2009,

**ORDERED** as follows:

1. On or before March 2, 2009, Plaintiffs in the following cases shall produce to

Defendant all documents in their possession, custody or control that are responsive to Defendant

Merck & Co., Inc.'s Requests for Production to Plaintiffs in All Third-Party Payor Cases, as

amended to reflect the January 28, 2009 rulings from the Court, attached hereto as Exhibit A,

and specifically incorporated herein:

    a.    AFTRA Health Fund (Docket 03739-08)

    b.    Central States Southeast and Southwest Areas Health & Welfare Fund (Docket 14445-06)

    c.    Guardian Life Insurance Co. (Docket 02387-08)

    d.    International Union of Operating Engineers Local 137 (Docket 04249-07)

    e.    International Union of Operating Engineers Local 825 (Docket 02534-08)

    f.    Medical Mutual of Ohio (Docket 07319-06)

    g.    National Elevator Industry Benefit Plan (Docket 01197-08)

    h.    Philadelphia Federation of Teachers Health & Welfare Fund (Docket 02330-08)

    i.    Teamsters Local 804 Welfare Trust Fund (Docket 03333-08)

2.    All other Plaintiffs in the Third-Party Payor cases shall produce documents in their possession, custody or control responsive to Defendant Merck & Co., Inc.'s Requests for Production to Plaintiffs in All Third-Party Payor Cases, as amended to reflect the January 28, 2009 rulings from the Court and attached hereto as Exhibit A, and specifically incorporated herein, on or before July 2, 2009.

3.    This Order shall not be construed as having the effect of waiving a party's objections to the Requests for Production annexed hereto as Exhibit A or to the use of responsive documents at trial, except that no party shall withhold documents from production based on any objection to the Requests for Production other than attorney-client privilege, attorney work product or other privileges, and in such instance any document withheld shall be identified on a privilege log that complies with the instructions in the Requests for Production.

M00F425959

4. Merck shall attempt to confer with Express Scripts, Inc. regarding Express Scripts' objections to Merck's Request for Production of Documents. In the event Merck is unable to reach agreement with Express Scripts, a motion to compel shall be filed by March 4, 2009.

5. The following deadlines shall apply in the cases of all plaintiffs identified in paragraph 1(a)-(i):

   (a) Plaintiffs' expert reports shall be due by June 1, 2009;

   (b) Defendant's expert reports shall be due by July 1, 2009;

   (c) Expert depositions shall be completed by July 31, 2009; and

   (d) Dispositive motions shall be filed by August 1, 2009.

_____
Honorable Carol E. Higbee, P.J.Cv.

M00F425960