UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
VIOXX PRODUCT LIABILITY LITIGATION ) MDL NO. 1657
)
) SECTION: L
)
) JUDGE FALLON
) MAG. JUDGE KNOWLES
)
)
*THIS DOCUMENT RELATES TO:* )
Sarah Roberts, *Sarah Roberts v. Merck & Co., Inc.,* )
2:05-cv-03543-EEF-DEK and )
Lawrence Lawson, *Mary Lawson, Individually* )
*and as Trustee of theEstate of Lawrence Lawson v.* )
*Merck & Co Inc.,* 2:06-cv-00233-EEF-DEK )
)

**PLAINTIFF'S OPPOSITION TO DEFENDANT MERCK & CO., INC.'S *SIXTH* MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE *LONE PINE* REQUIREMENTS OF PTO 28 AND ASSOCIATED SUGGESTION OF DEATH**

On February 25, 2009, defendant Merck & Co., Inc. ("Merck") filed its above-entitled motion requesting that an order to show cause issue as to why certain plaintiffs' individual claims should not be dismissed with prejudice. The plaintiffs targeted by Merck's latest motion include deceased plaintiff Lawrence Lawson and plaintiff Sarah Roberts. Counsel respectfully responds by asserting the prior stipulated dismissal with prejudice for the claims of decedent Mr. Lawson and to seek withdrawal due to a fundamental disagreement with Ms. Roberts as to the continued prosecution of her claim.

With regard to decedent Mr. Lawson, the parties stipulated to the dismissal with prejudice of all claims brought by his estate. This Court ordered dismissal in Document 16484, filed October 15, 2008. (Exhibit A.) Counsel respectfully requests that this Court

1

deny the motion or, should Merck's requested relief have been granted when this response it reviewed, discharge the order to show cause as moot.

With regard to Ms. Roberts, this plaintiff was named in two complaints transferred before this Court: *Sarah Roberts v. Merck & Co., Inc.*, 2:05-cv-03543-EEF-DEK and *Albright, et al., v. Merck & Co., Inc., et al.*, 2:06-cv-02204-EEF-DEK. Counsel in the earlier-filed case was granted leave to withdraw on September 29, 2008 by this Court's Order filed as Document 16243. (Exhibit B.) The undersigned agrees that withdrawal is necessary and states his fundamental disagreement with continuing the prosecution of this action.

Beginning with Merck's *Second* motion to dismiss on *Lone Pine* grounds, counsel has respectfully asserted that compelling an expert report when a fundamental disagreement exists as to presenting such a report places counsel in an untenable position. This Court has previously permitted counsel to withdraw under such circumstances and permitted the plaintiff the opportunity to proceed either with newly retained counsel whose opinion may differ or to proceed pro se. While the claims of all such clients formerly represented by the undersigned were eventually dismissed either for the client failing to advise the pro se curator of an intent to proceed following counsel's withdrawal or for continued *Lone Pine* noncompliance, counsel nonetheless respectfully requests that Ms. Roberts be granted the opportunity to proceed pro se in an analogous manner to other plaintiffs from whose representation counsel was compelled to withdraw.

Counsel's formal motion to withdraw is being served and filed contemporaneously with this opposition. Due to the unlikelihood that this motion will be resolved prior to Merck's intended hearing date on the *Sixth* motion to dismiss on *Lone*

2

*Pine* grounds, the plaintiffs' resulting uncertainty as to whether she should prosecute this litigation independent of her disagreeing counsel, and the potential that the plaintiff *pro se* or with substitute counsel may wish to proceed without fundamental disagreement to further prosecution, counsel respectfully submits that dismissal is unduly harsh. Counsel respectfully requests that this Court discharge the order to show cause, grant counsel's motion to withdraw and provide the *pro se* plaintiff an additional 30 days following withdrawal to meet her *Lone Pine* obligations under penalty of dismissal for failing to prosecute.

DATED:     February 27, 2009

Respectfully submitted,

**CELLINO & BARNES, P.C.**

By: _____
Brian A. Goldstein
Main Place Towers
350 Main Street, 25th Floor
Buffalo, NY 14202
(716) 854-2020

3