# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Field | | |
|---|---|---|
| Name | Last: GOLDSTEIN | First: BRIAN    Middle: A. |
| Name of Law Firm | CELLINO & BARNES, P.C. | |
| Current Address | Street: 350 Main St., 25th Floor, 2500 Main Place Tower | |
| | City: Buffalo,   State: NY   Zip: 14202   Country: US | |
| Telephone Number | (716) 854-2020   Facsimile: (716) 854-6291   Email: brian.goldstein@cellinoandbarnes.com | |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Field | |
|---|---|
| Plaintiff Name | Last: ROBERTS   First: SARAH   Middle: |
| Plaintiff Address | Street: 8980 Chandlersville Road |
| | City: Chandlersville,   State: OH   Zip: 43727   Country: US |
| Telephone Number | Facsimile:   Email: |
| Case Caption | Sara Roberts and Albright, et al. vs. Merck, et al. |
| Case Number | 2:05-cv-03543-EEF/DEK and 2:06-cv-02204-EEF/DEK |
| Court Where Case is Pending | USDC Eastern District of Louisiana |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

[X] Check here if Plaintiff failed to provide an alternative contact.

| Field | |
|---|---|
| Name | Last:   First:   Middle: |
| Address | Street: |
| | City:   State:   Zip:   Country: |
| Telephone Number | Facsimile:   Email: |
| Relationship to Plaintiff | ☐ Friend   ☐ Relative (specify relationship: _____ ) |

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  3 / 6 / 09 . (*Record Docket No.* _____)
   Month  Day  Year

[X] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**   3 / 6 / 09
(Month/Day/Year)

_____
Counsel

#343319

2