UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
VIOXX PRODUCT LIABILITY LITIGATION           )     MDL NO. 1657
                                             )
                                             )     SECTION: L
                                             )
                                             )     JUDGE FALLON
                                             )     MAG. JUDGE KNOWLES

*THIS DOCUMENT RELATES TO:*
Sarah Roberts, *Sarah Roberts v. Merck & Co., Inc.*, 2:05-cv-03543-EEF-DEK and *Albright, et al., v. Merck & Co., Inc., et al.*, 2:06-cv-02204-EEF-DEK

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record filed with this Court by Brian A. Goldstein, Esq., and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Motion to Withdraw as Counsel of Record is granted, all counsel of record are permitted to withdraw, and Ms. Sarah Roberts may proceed with this action pro se in the absence of retaining substitute counsel.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE