UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                              :      MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION          :
                                                             :      SECTION: L
                                                             :
                                                             :      JUDGE FALLON
                                                             :      MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**     *Earl Lyons v. Merck & Co., Inc.*
                                                               No. 05-6202

## ORDER

IT IS ORDERED that Plaintiff Earl Lyons' Motion for Substitution of Party IS GRANTED and that Briana Lyons, a representative of Earl Lyons, be substituted as Plaintiff in this action for Melvina Lyons.

New Orleans, Louisiana, this 4th day of March, 2009.

*[signature: Eldon E. Fallon]*
_____
UNITED STATES DISTRICT JUDGE

1