## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  VIOXX<br>PRODUCTS LIABILITY LITIGATION | § MDL No. 05-1657<br>§<br>§<br>§ SECTION: L<br>§<br>§ JUDGE FALLON<br>§<br>§ MAG. JUDGE KNOWLES |

### PLAINTIFFS' JOINT NOTICE OF APPEAL

Notice is hereby given that All Plaintiffs in the civil actions listed on the attached

Exhibit A , summarily identified by docket numbers and lead plaintiff as follows:

2:06-CV-11333-EEF-DEK; Adams, Lillian, et al.;

2:07-CV-00395-EEF-DEK; Blane, Margaret, et al.;

2:07-CV-01252-EEK-DEK; Adam, Rona, et al.;

08-CV-01613; Anderson, Margaret, et al.;

08-CV-01614; Campbell, John, et al.;

08-CV-01615; Collins, Marion, et al.;

08-CV-01616; Hamilton, William, et al.;

08-CV-01617; Reid, Henry, et al.;

08-CV-01618; Williamson, John, et al.;

hereby appeal to the United States Court of Appeals for the Fifth Circuit from an Order

and Reasons for dismissal *forum non conveniens* entered in this action on February 10,

2009, by United States District Judge Eldon C. Fallon, Eastern District of Louisiana, and

with reference to the Court's document number 17761 at 11-13 and 17-324.

Respectfully submitted,

By:  Joseph C. Blanks
Attorney for All Plaintiffs per Exh. A

P.O. Drawer 999
Doucette, TX 75942
(409) 837-9707 Fax 837-9045
Texas Bar No. 02456770
S.D. Tex. #2110

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a true copy of the forgoing Joint Notice of Appeal (incl. Exh. A) on Liaison Counsel, Russ Herman & Phillip Wittmann, via fax and on Dorothy H. Wimberly, counsel for the Defendant, c/o STONE PIGMAN, 546 Carondelet Street, New Orleans, Louisiana 70130-3588, by U.S. mail, postage prepaid CRRR, and on remaining counsel in accordance with Pretrial Order 8-B, and that the foregoing was dispatched by first class mail with proper postage paid, and was attempted to be electronically filed with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana by using the CM/ECF system on this, the 9th day of March, 2009..

Joseph C. Blanks

# EXHIBIT A

| 11 | 2:07-cv-01252-EEF-DEK | Adam, Rona | Adam, Thomas L B | United Kingdom | Newman Fitch Altheim Myers |
|----|----|----|----|----|----|
| 12 | 2:07-cv-01252-EEF-DEK | Grant, William M | Grant, Margaret L | Scotland | Newman Fitch Altheim Myers |
| 13 | 2:07-cv-01252-EEF-DEK | Sutherland, Jean | Sutherland, Peter | Scotland | Newman Fitch Altheim Myers |

| | | | | | Associates |
|----|----|----|----|----|----|
| 17 | 2:06-cv-11333-EEF-DEK | Adams, Lillian J | | Scotland | Joseph C. Blanks Law |
| 18 | 2:06-cv-11333-EEF-DEK | Addison, Bridget G | Addison, John | Scotland | Joseph C. Blanks Law |
| 19 | 2:06-cv-11333-EEF-DEK | Aitken, John | Aitken, Lily | Scotland | Joseph C. Blanks Law |
| 20 | 2:06-cv-11333-EEF-DEK | Anderson, Alexandria | Anderson, William | United Kingdom | Joseph C. Blanks Law |
| 21 | 08-cv-01613 | Anderson, Margaret | Anderson, John | United Kingdom | Joseph C. Blanks Law |
| 22 | 2:06-cv-11333-EEF-DEK | Archibald, Agnes | Archibald, James | Scotland | Joseph C. Blanks Law |
| 23 | 2:06-cv-11333-EEF-DEK | Atkinson, Isabella J | Atkinson, James | Scotland | Joseph C. Blanks Law |

| | Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|---|
| 24 | 2:06-cv-11333-EEF-DEK | Barnes, Margaret | Barnes, David | Scotland | Joseph C. Blanks Law |
| 25 | 2:06-cv-11333-EEF-DEK | Barr, Anne M | Barr, James | Scotland | Joseph C. Blanks Law |
| 26 | 2:06-cv-11333-EEF-DEK | Barr, Jane M | Barr, James | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 27 | 2:06-cv-11333-EEF-DEK | Barrie, Elizabeth W | Barrie, George | Scotland | Joseph C. Blanks Law |
| 28 | 2:06-cv-11333-EEF-DEK | Bell, Robert W | Bell, Janet K | England | Joseph C. Blanks Law |
| 29 | 2:06-cv-11333-EEF-DEK | Blair, Joseph | | Scotland | Joseph C. Blanks Law |
| 30 | 2:07-cv-00395-EEF-DEK | Blane, Margaret | Blane, Mr | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 31 | 2:06-cv-11333-EEF-DEK | Boyd, Marion | Boyd, Mr | Scotland | Joseph C. Blanks Law |
| 32 | 2:06-cv-11333-EEF-DEK | Bradbury, Robert A | Bradbury, Diane | England | Joseph C. Blanks Law |
| 33 | 2:07-cv-00395-EEF-DEK | Braid, Michael | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 34 | 2:06-cv-11333-EEF-DEK | Brennan, Edward J | Brennan, Mary B | Ireland | Joseph C. Blanks Law |
| 35 | 2:06-cv-11333-EEF-DEK | Brennan, James | Brennan, Margaret | Scotland | Joseph C. Blanks Law |
| 36 | 2:06-cv-11333-EEF-DEK | Brown, Norma | | Scotland | Joseph C. Blanks Law |
| 37 | 2:06-cv-11333-EEF-DEK | Browne, Joseph C | Browne, Margaret M | Wales | Joseph C. Blanks Law |
| 38 | 2:06-cv-11333-EEF-DEK | Brumpton, Frederick | | Scotland | Joseph C. Blanks Law |
| 39 | 2:06-cv-11333-EEF-DEK | Bryce, David | | Scotland | Joseph C. Blanks Law |

| | Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|---|
| 40 | 2:06-cv-11333-EEF-DEK | Bryson, William S | Bryson, William | United Kingdom | Joseph C. Blanks Law |
| 41 | 2:06-cv-11333-EEF-DEK | Buckley, David | Buckley, Doris | England | Joseph C. Blanks Law |
| 42 | 2:06-cv-11333-EEF-DEK | Burch, Joseph K | Burch, Elizabeth | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 43 | 2:06-cv-11333-EEF-DEK | Burgess, Thomas | | Scotland | Joseph C. Blanks Law |
| 44 | 2:06-cv-11333-EEF-DEK | Burns, Kathleen M | Burch, James | Scotland | Joseph C. Blanks Law |
| 45 | 2:07-cv-00395-EEF-DEK | Byrne, Angela | | Ireland | Joseph C. Blanks Law |
| 46 | 2:06-cv-11333-EEF-DEK | Byrne, Ellen J | Byrne, Sharon S | England | Joseph C. Blanks Law |
| 47 | 2:06-cv-11333-EEF-DEK | Calder, Robert | Calder, Janette | Scotland | Joseph C. Blanks Law |
| 48 | 2:06-cv-11333-EEF-DEK | Cameron, Robert B | | Scotland | Joseph C. Blanks Law |
| 49 | 08-cv-01614 | Campbell, John | Campbell, Elizabeth | United Kingdom | Joseph C. Blanks Law |
| 50 | 2:06-cv-11333-EEF-DEK | Campbell, Kathleen | Campbell, Thomas | Scotland | Joseph C. Blanks Law |
| 51 | 2:06-cv-11333-EEF-DEK | Campbell, Neil | Campbell, Mrs | Scotland | Joseph C. Blanks Law |
| 52 | 2:06-cv-11333-EEF-DEK | Cartledge, Anne | Cartledge, Robert | Scotland | Joseph C. Blanks Law |
| 53 | 2:06-cv-11333-EEF-DEK | Chamberlain, Elizabeth | Chamberlain, Victor L | Scotland | Joseph C. Blanks Law |
| 54 | 2:06-cv-11333-EEF-DEK | Chisnall, Edward H | | Scotland | Joseph C. Blanks Law |
| 55 | 2:06-cv-11333-EEF-DEK | Clancy, Hugh | Clancy, Mrs | Scotland | Joseph C. Blanks Law |

| | Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|---|
| 56 | 2:06-cv-11333-EEF-DEK | Clark, George | Clark, Ann M | Scotland | Joseph C. Blanks Law |
| 57 | 2:06-cv-11333-EEF-DEK | Clark, Isabelle A | Clark, John A | United Kingdom | Joseph C. Blanks Law |
| 58 | 2:06-cv-11333-EEF-DEK | Clark, Margaret W Rose | Rose, Henry M | United Kingdom | Joseph C. Blanks Law |
| 59 | 2:06-cv-11333-EEF-DEK | Cliffe, Ian P | Cliffe, Sylvia M | Scotland | Joseph C. Blanks Law |
| 60 | 2:06-cv-11333-EEF-DEK | Clive, Jean | | Scotland | Joseph C. Blanks Law |
| 61 | 2:06-cv-11333-EEF-DEK | Cochrane, Robert | Cochrane, Maria T | Scotland | Joseph C. Blanks Law |
| 62 | 2:06-cv-11333-EEF-DEK | Colclough, James C | Colclough, Joyce M | Scotland | Joseph C. Blanks Law |
| 63 | 2:06-cv-11333-EEF-DEK | Cole, Andrew H | Cole, Christina M | England | Joseph C. Blanks Law |
| 64 | 08-cv-01615 | Collins, Marion | N/A | United Kingdom | Joseph C. Blanks Law |
| 65 | 2:06-cv-11333-EEF-DEK | Combe, Jeananne H | | England | Joseph C. Blanks Law |
| 66 | 2:07-cv-00395-EEF-DEK | Connolly, Linda | Connolly, Mr | Scotland | Joseph C. Blanks Law |
| 67 | 2:06-cv-11333-EEF-DEK | Conroy, Alice | Conroy, John | United Kingdom | Joseph C. Blanks Law |
| 68 | 2:06-cv-11333-EEF-DEK | Costello, Christina | Costello, Charles | Scotland | Joseph C. Blanks Law |
| 69 | 2:06-cv-11333-EEF-DEK | Craven, Sheila | Craven, Mr | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 70 | 2:07-cv-00395-EEF-DEK | Crosby, Douglas Victor | Crosby, Mrs | England | Joseph C. Blanks Law |
| 71 | 2:06-cv-11333-EEF-DEK | Cullen, William | Cullen, James | Scotland | Joseph C. Blanks Law |

| | Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|---|
| 72 | 2:06-cv-11333-EEF-DEK | Cunningham, Catherine | | Scotland | Joseph C. Blanks Law |
| 73 | 2:06-cv-11333-EEF-DEK | Cunningham, Evelyn E | | Scotland | Joseph C. Blanks Law |
| 74 | 2:06-cv-11333-EEF-DEK | Cunningham, Steven | Cunningham, Mrs | Scotland | Joseph C. Blanks Law |
| 75 | 2:06-cv-11333-EEF-DEK | Cunningham, William | Cunningham, Ann | Scotland | Joseph C. Blanks Law |
| 76 | 2:06-cv-11333-EEF-DEK | Dallas, Sandra E | Dallas, Paul | Scotland | Joseph C. Blanks Law |
| 77 | 2:07-cv-00395-EEF-DEK | Daly, George | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 78 | 2:06-cv-11333-EEF-DEK | Dar, Muhammad A | Dar, Naira S | Scotland | Joseph C. Blanks Law |
| 79 | 2:06-cv-11333-EEF-DEK | Dawson, Sandra | Dawson, Anthony Alan | United Kingdom | Joseph C. Blanks Law |
| 80 | 2:06-cv-11333-EEF-DEK | Dempster, Ann | Dempster, James | Scotland | Joseph C. Blanks Law |
| 81 | 2:06-cv-11333-EEF-DEK | Devenay, Ann M | | Scotland | Joseph C. Blanks Law |
| 82 | 2:06-cv-11333-EEF-DEK | Devlin, Margaret | Devlin, Mr | Scotland | Joseph C. Blanks Law |
| 83 | 2:06-cv-11333-EEF-DEK | Dodds, Christina | Dodds, Thomas | Scotland | Joseph C. Blanks Law |
| 84 | 2:06-cv-11333-EEF-DEK | Doherty, Catherine | | Scotland | Joseph C. Blanks Law |
| 85 | 2:06-cv-11333-EEF-DEK | Donegan, Marie | Donegan, Mr | United Kingdom | Joseph C. Blanks Law |
| 86 | 2:06-cv-11333-EEF-DEK | Donegan, Marie K | Donegan, Mr | Scotland | Joseph C. Blanks Law |
| 87 | 2:06-cv-11333-EEF-DEK | Douglas, Jane H | Douglas, Mr | Scotland | Joseph C. Blanks Law |

| | Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|---|
| 88 | 2:06-cv-11333-EEF-DEK | Dowling, John M | Dowling, Eilish A | Ireland | Joseph C. Blanks Law |
| 89 | 2:06-cv-11333-EEF-DEK | Duguid, Charles J | Duguid, Charles J | Scotland | Joseph C. Blanks Law |
| 90 | 2:07-cv-00395-EEF-DEK | Duncan, Margaret A W | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 91 | 2:07-cv-00395-EEF-DEK | Dunlop, Ann | Dunlop, James | Scotland | Joseph C. Blanks Law |
| 92 | 2:06-cv-11333-EEF-DEK | Dunsmuir, Linda | Dunsmuir, Kenneth R | Scotland | Joseph C. Blanks Law |
| 93 | 2:06-cv-11333-EEF-DEK | Dyer, Kate R | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 94 | 2:06-cv-11333-EEF-DEK | Elder, John A | Elder, Deborah T | Scotland | Joseph C. Blanks Law |
| 95 | 2:06-cv-11333-EEF-DEK | Evans, Elizabeth | Winning, William | Scotland | Joseph C. Blanks Law |
| 96 | 2:07-cv-00395-EEF-DEK | Evans, Jennifer | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 97 | 2:06-cv-11333-EEF-DEK | Finlayson, Helen | Finlayson, Mr. | Scotland | Joseph C. Blanks Law |
| 98 | 2:06-cv-11333-EEF-DEK | Flynn, Thomas | Flynn, Mrs. | Scotland | Joseph C. Blanks Law |
| 99 | 2:06-cv-11333-EEF-DEK | Forbes, John B | Forbes, Johanna K | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 100 | 2:07-cv-00395-EEF-DEK | Forrest, Ronald | | England | Joseph C. Blanks Law |
| 101 | 2:06-cv-11333-EEF-DEK | Freeland, Elizabeth M | | Scotland | Joseph C. Blanks Law |
| 102 | 2:06-cv-11333-EEF-DEK | Gara, John | Gara, Margaret | Scotland | Joseph C. Blanks Law |
| 103 | 2:06-cv-11333-EEF-DEK | Gillespie, William J | Gillespie, Sheila | Scotland | Joseph C. Blanks Law |

| | Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|---|
| 104 | 2:06-cv-11333-EEF-DEK | Gillett, Denys A | Gillett, Marie | England | Joseph C. Blanks Law |
| 105 | 2:06-cv-11333-EEF-DEK | Gilpin, Sheila D | Gilpin, Mr. | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 106 | 2:06-cv-11333-EEF-DEK | Glaisher, Janet M | | Scotland | Joseph C. Blanks Law |
| 107 | 2:06-cv-11333-EEF-DEK | Gorrie, Pauline F | Gorrie, Thomas A | Scotland | Joseph C. Blanks Law |
| 108 | 2:06-cv-11333-EEF-DEK | Gray, Kenneth | Gray, Isabella | Scotland | Joseph C. Blanks Law |
| 109 | 2:06-cv-11333-EEF-DEK | Gray, Leonard | Gray, Gail | England | Joseph C. Blanks Law |
| 110 | 2:06-cv-11333-EEF-DEK | Greenock, Jean | Greenock, Robert | Scotland | Joseph C. Blanks Law |
| 111 | 2:06-cv-11333-EEF-DEK | Greig, James B | | England | Joseph C. Blanks Law |
| 112 | 2:06-cv-11333-EEF-DEK | Griffin, Jean F | Griffin, Shaun P | England | Joseph C. Blanks Law |
| 113 | 2:06-cv-11333-EEF-DEK | Guillot, Bernard J | Guillot, Susan L | Scotland | Joseph C. Blanks Law |
| 114 | 2:06-cv-11333-EEF-DEK | Guthrie, Josephine M | | Scotland | Joseph C. Blanks Law |
| 115 | 2:06-cv-11333-EEF-DEK | Hall, John T | Hall, Honor M | Scotland | Joseph C. Blanks Law |
| 116 | 2:07-cv-00395-EEF-DEK | Hamilton, David | Hamilton, Ann | Scotland | Joseph C. Blanks Law |
| 117 | 2:06-cv-11333-EEF-DEK | Hamilton, Janette | | Scotland | Joseph C. Blanks Law |
| 118 | 08-cv-01616 | Hamilton, William | Hamilton, Janette | United Kingdom | Joseph C. Blanks Law |
| 119 | 2:07-cv-00395-EEF-DEK | Harris, Amanda Jane | | Great Britain and Northern Ireland | Joseph C. Blanks Law |

| | Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|---|
| 120 | 2:06-cv-11333-EEF-DEK | Harrower, Janet | Harrower, Mr. | Scotland | Joseph C. Blanks Law |
| 121 | 2:07-cv-00395-EEF-DEK | Hart, Philip | | England | Joseph C. Blanks Law |
| 122 | 2:06-cv-11333-EEF-DEK | Haslam, Olive | | England | Joseph C. Blanks Law |
| 123 | 2:06-cv-11333-EEF-DEK | Hawkins, Frederick | Hawkins, Dorothy | United Kingdom | Joseph C. Blanks Law |
| 124 | 2:06-cv-11333-EEF-DEK | Hawtin, Ian M | Hawtin, Andrea | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 125 | 2:06-cv-11333-EEF-DEK | Hay, Stanley R | Hay, Mary T C | Scotland | Joseph C. Blanks Law |
| 126 | 2:07-cv-00395-EEF-DEK | Hayes, Mary | Hayes, Niall J | Ireland | Joseph C. Blanks Law |
| 127 | 2:06-cv-11333-EEF-DEK | Hilsdon, Zetta M | Hilsdon, Joseph A | England | Joseph C. Blanks Law |
| 128 | 2:06-cv-11333-EEF-DEK | Hodge, Elizabeth | Hodge, Matthew H | Scotland | Joseph C. Blanks Law |
| 129 | 2:06-cv-11333-EEF-DEK | Hogg, Donald McDonald | Hogg, Margaret M | Scotland | Joseph C. Blanks Law |
| 130 | 2:06-cv-11333-EEF-DEK | Howe, William | | England | Joseph C. Blanks Law |
| 131 | 2:06-cv-11333-EEF-DEK | Huckvale, Ronald | Huckvale, Margaret | England | Joseph C. Blanks Law |
| 132 | 2:06-cv-11333-EEF-DEK | Hughes, Denise Maria | Hughes, Samuel J | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 133 | 2:06-cv-11333-EEF-DEK | Hughes, Sheila | Hughes, Thomas | Scotland | Joseph C. Blanks Law |
| 134 | 2:06-cv-11333-EEF-DEK | Hunter, Agnes G | McGone, James | Scotland | Joseph C. Blanks Law |
| 135 | 2:07-cv-00395-EEF-DEK | Hunter, Helen | | Great Britain and Northern Ireland | Joseph C. Blanks Law |

| | Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|---|
| 136 | 2:06-cv-11333-EEF-DEK | Hurles, Francis P | Hurles, Mr | Scotland | Joseph C. Blanks Law |
| 137 | 2:06-cv-11333-EEF-DEK | Innes, Elizabeth W | | Scotland | Joseph C. Blanks Law |
| 138 | 2:06-cv-11333-EEF-DEK | Ionta, Giovanna | Ionta, Thomas | Scotland | Joseph C. Blanks Law |
| 139 | 2:06-cv-11333-EEF-DEK | Jack, Elizabeth | Jack, James | Scotland | Joseph C. Blanks Law |
| 140 | 2:06-cv-11333-EEF-DEK | Jackson, Ann J | | Scotland | Joseph C. Blanks Law |
| 141 | 2:07-cv-00395-EEF-DEK | James, Anthony | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 142 | 2:06-cv-11333-EEF-DEK | Jamieson, John H | Jamieson, Lorna S | Scotland | Joseph C. Blanks Law |
| 143 | 2:06-cv-11333-EEF-DEK | Jenkins, Brenda M | | England | Joseph C. Blanks Law |
| 144 | 2:06-cv-11333-EEF-DEK | Johnson, Margaret | Johnson, Mr | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 145 | 2:06-cv-11333-EEF-DEK | Johnston, Thomas | Reilly, Isabel | Scotland | Joseph C. Blanks Law |
| 146 | 2:06-cv-11333-EEF-DEK | Johnstone, Duncan T | Johnstone, Sandra M | Scotland | Joseph C. Blanks Law |
| 147 | 2:06-cv-11333-EEF-DEK | Jones, Brian Charles | Jones, Elizabeth | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 148 | 2:06-cv-11333-EEF-DEK | Jones, Frances | Jones, Frederick J | Scotland | Joseph C. Blanks Law |
| 149 | 2:06-cv-11333-EEF-DEK | Jones, Jean | Jones, William | Scotland | Joseph C. Blanks Law |
| 150 | 2:06-cv-11333-EEF-DEK | Jones, William G | Jones, Joan M | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 151 | 2:06-cv-11333-EEF-DEK | Kadziola, Harold | Kadziola, Joan E | England | Joseph C. Blanks Law |

| | Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiffs Counsel |
|---|---|---|---|---|---|
| 152 | 2:06-cv-11333-EEF-DEK | Kelly, Jane | Kelly, Mr | Scotland | Joseph C. Blanks Law |
| 153 | 2:06-cv-11333-EEF-DEK | Kelly, Maureen | Kelly, Mr | Scotland | Joseph C. Blanks Law |
| 154 | 2:06-cv-11333-EEF-DEK | Kemp, Valerie | Kemp, David M | England | Joseph C. Blanks Law |
| 155 | 2:07-cv-00395-EEF-DEK | Kendrick, Anthony | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 156 | 2:06-cv-11333-EEF-DEK | Kerr, James | | Scotland | Joseph C. Blanks Law |
| 157 | 2:06-cv-11333-EEF-DEK | Kett, Jeanette | Kett, Mr | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 158 | 2:06-cv-11333-EEF-DEK | Kilday, Fiona | Kilday, William | Scotland | Joseph C. Blanks Law |
| 159 | 2:06-cv-11333-EEF-DEK | King, Gladys E | King, Colin | England | Joseph C. Blanks Law |
| 160 | 2:06-cv-11333-EEF-DEK | King, Thomas | King, Mrs | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 161 | 2:06-cv-11333-EEF-DEK | Kupczak, John D | | England | Joseph C. Blanks Law |
| 162 | 2:06-cv-11333-EEF-DEK | Kyle, Derrick | Kyle, Patricia J D | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 163 | 2:06-cv-11333-EEF-DEK | Laird, Margaret H | | Scotland | Joseph C. Blanks Law |
| 164 | 2:06-cv-11333-EEF-DEK | Latham, Elaine | Latham, Mr | Scotland | Joseph C. Blanks Law |
| 165 | 2:06-cv-11333-EEF-DEK | Law, David W | Law, Marion H | Scotland | Joseph C. Blanks Law |
| 166 | 2:06-cv-11333-EEF-DEK | Law, Derek K | Law, Sheila M | England | Joseph C. Blanks Law |
| 167 | 2:06-cv-11333-EEF-DEK | Lawson, William | Lawson, Jean | Scotland | Joseph C. Blanks Law |

| | Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|---|
| 168 | 2:06-cv-11333-EEF-DEK | Leak, Catherine | Leak, William E | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 169 | 2:06-cv-11333-EEF-DEK | Lennon, Agnes S | Lennon, James | Scotland | Joseph C. Blanks Law |
| 170 | 2:06-cv-11333-EEF-DEK | Leonard, Francis | | Scotland | Joseph C. Blanks Law |
| 171 | 2:06-cv-11333-EEF-DEK | Lettin, Margaret E I | Lettin, Nelson | Scotland | Joseph C. Blanks Law |
| 172 | 2:06-cv-11333-EEF-DEK | Lewis, Robert | Lewis, Lorraine F | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 173 | 2:06-cv-11333-EEF-DEK | Linford, John | Linford, Muriel | England | Joseph C. Blanks Law |
| 174 | 2:07-cv-00395-EEF-DEK | Locke, Leon | Locke, Greta | United Kingdom | Joseph C. Blanks Law |
| 175 | 2:06-cv-11333-EEF-DEK | Lockhart, Anthony | Lockhart, Patricia B | Scotland | Joseph C. Blanks Law |
| 176 | 2:06-cv-11333-EEF-DEK | Love, Rachel F | Love, Gordon | Scotland | Joseph C. Blanks Law |
| 177 | 2:06-cv-11333-EEF-DEK | Lyttle, George T | Lyttle, Eleanor | Scotland | Joseph C. Blanks Law |
| 178 | 2:06-cv-11333-EEF-DEK | MacDonald, Angus | MacDonald, Elizabeth | United Kingdom | Joseph C. Blanks Law |
| 179 | 2:06-cv-11333-EEF-DEK | MacDonald, Christina T | MacDonald, James S | Scotland | Joseph C. Blanks Law |
| 180 | 2:06-cv-11333-EEF-DEK | Mackay, Catherine M | Mackay, Ronnie A | Scotland | Joseph C. Blanks Law |
| 181 | 2:06-cv-11333-EEF-DEK | Mackay, Mary | Mackay, Donald M | Scotland | Joseph C. Blanks Law |
| 182 | 2:06-cv-11333-EEF-DEK | MacLeod, John | MacLeod, Ann B | Scotland | Joseph C. Blanks Law |
| 183 | 2:06-cv-11333-EEF-DEK | MacMillan, Maureen | MacMillan, Alexander | Scotland | Joseph C. Blanks Law |

| | Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|---|
| 184 | 2:06-cv-11333-EEF-DEK | Magee, Catherine | Magee, Ronald | Scotland | Joseph C. Blanks Law |
| 185 | 2:06-cv-11333-EEF-DEK | Magee, Robert W | Magee, Mrs | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 186 | 2:06-cv-11333-EEF-DEK | Mair, Robert | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 187 | 2:06-cv-11333-EEF-DEK | Manley, Samuel | Manley, Mrs | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 188 | 2:06-cv-11333-EEF-DEK | Marsili, Mary H | Marsili, Eliseo | Scotland | Joseph C. Blanks Law |
| 189 | 2:06-cv-11333-EEF-DEK | Mayne, Lilian Y | | Scotland | Joseph C. Blanks Law |
| 190 | 2:06-cv-11333-EEF-DEK | McAdam, John | McAdam, Patricia | Scotland | Joseph C. Blanks Law |
| 191 | 2:06-cv-11333-EEF-DEK | McAllister, Neil | | Scotland | Joseph C. Blanks Law |
| 192 | 2:06-cv-11333-EEF-DEK | McBurnie, William | | Scotland | Joseph C. Blanks Law |
| 193 | 2:06-cv-11333-EEF-DEK | McCallum, Alexander | | Scotland | Joseph C. Blanks Law |
| 194 | 2:06-cv-11333-EEF-DEK | McCarthy, Andy | McCarthy, Bridget | Ireland | Joseph C. Blanks Law |
| 195 | 2:06-cv-11333-EEF-DEK | McCartney, Mary H | | Scotland | Joseph C. Blanks Law |
| 196 | 2:06-cv-11333-EEF-DEK | McComb, James | McComb, Gordon | Scotland | Joseph C. Blanks Law |
| 197 | 2:06-cv-11333-EEF-DEK | McCracken, John G | McCracken, Aileen M | Scotland | Joseph C. Blanks Law |
| 198 | 2:06-cv-11333-EEF-DEK | McCracken, John R | McCracken, Margaret C | Scotland | Joseph C. Blanks Law |
| 199 | 2:06-cv-11333-EEF-DEK | McDevitt, Anthony | McDevitt, Kathleen | Scotland | Joseph C. Blanks Law |

| | Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|---|
| 200 | 2:06-cv-11333-EEF-DEK | McDonald, Jean Margaret | McDonald, Thomas S | England | Joseph C. Blanks Law |
| 201 | 2:06-cv-11333-EEF-DEK | McDonald, Richard | McDonald, Mrs | Ireland | Joseph C. Blanks Law |
| 202 | 2:06-cv-11333-EEF-DEK | McDowall, William | McDowall, Margaret | Scotland | Joseph C. Blanks Law |
| 203 | 2:06-cv-11333-EEF-DEK | McGeachy, Marion | McGeachy, Hugh | Scotland | Joseph C. Blanks Law |
| 204 | 2:06-cv-11333-EEF-DEK | McGrael, John F | | Ireland | Joseph C. Blanks Law |
| 205 | 2:06-cv-11333-EEF-DEK | McGrath, Patrick | | Scotland | Joseph C. Blanks Law |
| 206 | 2:06-cv-11333-EEF-DEK | McGreal, John F | McGrael, Catherine | Ireland | Joseph C. Blanks Law |
| 207 | 2:06-cv-11333-EEF-DEK | McGuire, William | | United Kingdom | Joseph C. Blanks Law |
| 208 | 2:06-cv-11333-EEF-DEK | McIlduff, Agnes | McIlduff, William | Scotland | Joseph C. Blanks Law |
| 209 | 2:06-cv-11333-EEF-DEK | McIntosh, Heather | McIntosh, Thomas B | United Kingdom | Joseph C. Blanks Law |
| 210 | 2:06-cv-11333-EEF-DEK | McIntosh, Thomas B | | Scotland | Joseph C. Blanks Law |
| 211 | 2:06-cv-11333-EEF-DEK | McKean, Catherine | McKean, John | Scotland | Joseph C. Blanks Law |
| 212 | 2:06-cv-11333-EEF-DEK | McLaren, John B | Law, Norma | Scotland | Joseph C. Blanks Law |
| 213 | 2:06-cv-11333-EEF-DEK | McLaughlin, Jean | | Scotland | Joseph C. Blanks Law |
| 214 | 2:06-cv-11333-EEF-DEK | McLaughlin, Sarah J | McLaughlin, Gerard | Scotland | Joseph C. Blanks Law |
| 215 | 2:06-cv-11333-EEF-DEK | McMahon, Isabella K | McMahon, Thomas | Scotland | Joseph C. Blanks Law |

| | Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 216 | 2:06-cv-11333-EEF-DEK | McMahon, Joseph P | McMahon, Kathleen | Ireland | Joseph C. Blanks Law |
| 217 | 2:06-cv-11333-EEF-DEK | McMahon, Kathleen | McMahon, Michael | Scotland | Joseph C. Blanks Law |
| 218 | 2:06-cv-11333-EEF-DEK | McMeel, Patrick A | McMeel, Bertha M | Ireland | Joseph C. Blanks Law |
| 219 | 2:07-cv-00395-EEF-DEK | McMeel, Patrick G | McMeel, Bertha | Ireland | Joseph C. Blanks Law |
| 220 | 2:06-cv-11333-EEF-DEK | McMillan, Margaret | McMillan, Robert | Scotland | Joseph C. Blanks Law |
| 221 | 2:06-cv-11333-EEF-DEK | McNeillie, Isabel | | Ireland | Joseph C. Blanks Law |
| 222 | 2:06-cv-11333-EEF-DEK | Meechan, Mary | | Scotland | Joseph C. Blanks Law |
| 223 | 2:06-cv-11333-EEF-DEK | Miles, Leslie J P | Miles, Ann D | Scotland | Joseph C. Blanks Law |
| 224 | 2:07-cv-00395-EEF-DEK | Mill, Steven | | United Kingdom | Joseph C. Blanks Law |
| 225 | 2:06-cv-11333-EEF-DEK | Millar, Christopher | Millar, Mrs | United Kingdom | Joseph C. Blanks Law |
| 226 | 2:06-cv-11333-EEF-DEK | Millar, Morag | | Scotland | Joseph C. Blanks Law |
| 227 | 2:06-cv-11333-EEF-DEK | Miller, Dudley | Miller, Aileen J | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 228 | 2:06-cv-11333-EEF-DEK | Miller, Mary | | Scotland | Joseph C. Blanks Law |
| 229 | 2:06-cv-11333-EEF-DEK | Milne, Margaret A | Milne, George F | Scotland | Joseph C. Blanks Law |
| 230 | 2:06-cv-11333-EEF-DEK | Moffat, June | Moffat, Mr | Scotland | Joseph C. Blanks Law |
| 231 | 2:06-cv-11333-EEF-DEK | Mooney, Robert | Mooney, Mary | Scotland | Joseph C. Blanks Law |

| | Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|---|
| 232 | 2:06-cv-11333-EEF-DEK | Moore, Eileen | | England | Joseph C. Blanks Law |
| 233 | 2:06-cv-11333-EEF-DEK | Moran, Robert | Moran, Mrs | Scotland | Joseph C. Blanks Law |
| 234 | 2:06-cv-11333-EEF-DEK | Morris, Kathleen | Morris, Alexander | Scotland | Joseph C. Blanks Law |
| 235 | 2:06-cv-11333-EEF-DEK | Morrison, Helen | Morrison, William | Scotland | Joseph C. Blanks Law |
| 236 | 2:06-cv-11333-EEF-DEK | Muir, William | Muir, Sylvianne | Scotland | Joseph C. Blanks Law |
| 237 | 2:06-cv-11333-EEF-DEK | Murdoch, James M | Murdoch, Mary | Scotland | Joseph C. Blanks Law |
| 238 | 2:06-cv-11333-EEF-DEK | Murphy, Daniel | Murphy, Sandra D | Scotland | Joseph C. Blanks Law |
| 239 | 2:06-cv-11333-EEF-DEK | Murphy, David | Murphy, Solange A | England | Joseph C. Blanks Law |
| 240 | 2:06-cv-11333-EEF-DEK | Murray, Robert | Murray, Dianne | Scotland | Joseph C. Blanks Law |
| 241 | 2:06-cv-11333-EEF-DEK | Neill, Alice | Neill, Mr | Scotland | Joseph C. Blanks Law |
| 242 | 2:06-cv-11333-EEF-DEK | Nicol, Winton | Nicol, Margaret H | Scotland | Joseph C. Blanks Law |
| 243 | 2:06-cv-11333-EEF-DEK | OHagan, John | OHagan, Sarah | Scotland | Joseph C. Blanks Law |
| 244 | 2:06-cv-11333-EEF-DEK | Oldman, Irene J | | Scotland | Joseph C. Blanks Law |
| 245 | 2:06-cv-11333-EEF-DEK | Paige, Anne | | Scotland | Joseph C. Blanks Law |
| 246 | 2:06-cv-11333-EEF-DEK | Paisley, Andrew | Paisley, Mrs | Scotland | Joseph C. Blanks Law |
| 247 | 2:06-cv-11333-EEF-DEK | Paterson, Moira D | Souter, Mary Doig | United Kingdom | Joseph C. Blanks Law |

| | Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|---|
| 248 | 2:06-cv-11333-EEF-DEK | Pinterich, Patricia | Pinterich, Vincent E | Scotland | Joseph C. Blanks Law |
| 249 | 2:06-cv-11333-EEF-DEK | Preston, Catherine | Preston, Roy | Scotland | Joseph C. Blanks Law |
| 250 | 2:06-cv-11333-EEF-DEK | Price, David | Price, Margaret E | England | Joseph C. Blanks Law |
| 251 | 2:06-cv-11333-EEF-DEK | Purves, William | Purves, Thomasina A | Scotland | Joseph C. Blanks Law |
| 252 | 2:06-cv-11333-EEF-DEK | Reid, Donald M | Reid, Myra J | Scotland | Joseph C. Blanks Law |
| 253 | 08-cv-01617 | Reid, Henry | Reid, Carolyn | United Kingdom | Joseph C. Blanks Law |
| 254 | 2:06-cv-11333-EEF-DEK | Reilly, John | Reilly, LisaAnne | United Kingdom | Joseph C. Blanks Law |
| 255 | 2:06-cv-11333-EEF-DEK | Relf, Bridget P | | England | Joseph C. Blanks Law |
| 256 | 2:06-cv-11333-EEF-DEK | Rendall, Robert M | | Scotland | Joseph C. Blanks Law |
| 257 | 2:06-cv-11333-EEF-DEK | Richardson, Jacqueline E | | Scotland | Joseph C. Blanks Law |
| 258 | 2:07-cv-00395-EEF-DEK | Rimmer, Derek | | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 259 | 2:06-cv-11333-EEF-DEK | Robertson, Andrew | Robertson, Caroline | Scotland | Joseph C. Blanks Law |
| 260 | 2:06-cv-11333-EEF-DEK | Robertson, Catherine | | Scotland | Joseph C. Blanks Law |
| 261 | 2:06-cv-11333-EEF-DEK | Robertson, Charles | Robertson, Elizabeth | Scotland | Joseph C. Blanks Law |
| 262 | 2:06-cv-11333-EEF-DEK | Robertson, William | Robertson, Margaret R | Scotland | Joseph C. Blanks Law |
| 263 | 2:06-cv-11333-EEF-DEK | Robin, Miep | Robin, Mrs | Great Britain and Northern Ireland | Joseph C. Blanks Law |

| | Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|---|
| 264 | 2:06-cv-11333-EEF-DEK | Rodger, Alexander M | Valante, Frieda | Scotland | Joseph C. Blanks Law |
| 265 | 2:06-cv-11333-EEF-DEK | Rogers, Isobel C | | Scotland | Joseph C. Blanks Law |
| 266 | 2:06-cv-11333-EEF-DEK | Roose, Ronald | Roose, Anne | Scotland | Joseph C. Blanks Law |
| 267 | 2:06-cv-11333-EEF-DEK | Ross, Farquhar M | Ross, Alan S | Scotland | Joseph C. Blanks Law |
| 268 | 2:07-cv-00395-EEF-DEK | Rutherford, Ross | Berry, Annette | Scotland | Joseph C. Blanks Law |
| 269 | 2:06-cv-11333-EEF-DEK | Samson, Rosemary | Samson, Thomas | Scotland | Joseph C. Blanks Law |
| 270 | 2:07-cv-00395-EEF-DEK | Searle, Agnes | Searle, Henry | Scotland | Joseph C. Blanks Law |
| 271 | 2:06-cv-11333-EEF-DEK | Shearer, James | Shearer, Elizabeth | Scotland | Joseph C. Blanks Law |
| 272 | 2:06-cv-11333-EEF-DEK | Skelly, Aileen M | Skelly, John W | Scotland | Joseph C. Blanks Law |
| 273 | 2:06-cv-11333-EEF-DEK | Skinner, Peter R | Skinner, Pauline L | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 274 | 2:06-cv-11333-EEF-DEK | Small, Florence S | Small, James G | United Kingdom | Joseph C. Blanks Law |
| 275 | 2:06-cv-11333-EEF-DEK | Smith, Abram Joseph | Smith, RoseAnne | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 276 | 2:06-cv-11333-EEF-DEK | Smith, Cynthia | Smith, John D | England | Joseph C. Blanks Law |
| 277 | 2:06-cv-11333-EEF-DEK | Smith, Robert C | Smith, Geraldine | Scotland | Joseph C. Blanks Law |
| 278 | 2:07-cv-00395-EEF-DEK | Stark, Robert | Stark, Fiona | Scotland | Joseph C. Blanks Law |
| 279 | 2:06-cv-11333-EEF-DEK | Steele, Ellen | Steele, Stephen | Scotland | Joseph C. Blanks Law |

| | Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|---|
| 296 | 2:06-cv-11333-EEF-DEK | Tibbetts, Beatrice M | | Scotland | Joseph C. Blanks Law |
| 297 | 2:06-cv-11333-EEF-DEK | Timms, Frederick | Timms, Elizabeth | Scotland | Joseph C. Blanks Law |
| 298 | 2:06-cv-11333-EEF-DEK | Tudhope, Steele | Tudhope, Mrs | Scotland | Joseph C. Blanks Law |
| 299 | 2:06-cv-11333-EEF-DEK | Vannvil, Elizabeth | Vannvil, Mr | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 300 | 2:07-cv-00395-EEF-DEK | Walker, Jacqueline | Walker, Frazer | Scotland | Joseph C. Blanks Law |
| 301 | 2:06-cv-11333-EEF-DEK | Walker, Sheena H | Walker, Alan M | Scotland | Joseph C. Blanks Law |
| 302 | 2:06-cv-11333-EEF-DEK | Ward, James | Ward, Nancy | England | Joseph C. Blanks Law |
| 303 | 2:06-cv-11333-EEF-DEK | Warrilow, Elizabeth | Warrilow, Neil D | Scotland | Joseph C. Blanks Law |
| 304 | 2:06-cv-11333-EEF-DEK | Watkins, Henry B | Watkins, Dora | Scotland | Joseph C. Blanks Law |
| 305 | 2:06-cv-11333-EEF-DEK | Watson, Agnes Sheila | Watson, John A | Scotland | Joseph C. Blanks Law |
| 306 | 2:07-cv-00395-EEF-DEK | Watson, Ian | Watson, Mrs | Scotland | Joseph C. Blanks Law |
| 307 | 2:06-cv-11333-EEF-DEK | Watson, John M | Watson, Alice B | Scotland | Joseph C. Blanks Law |
| 308 | 2:06-cv-11333-EEF-DEK | Watson, Lorna | | Scotland | Joseph C. Blanks Law |
| 309 | 2:06-cv-11333-EEF-DEK | Wauchope, William G | Wauchope, Avril | Scotland | Joseph C. Blanks Law |
| 310 | 2:06-cv-11333-EEF-DEK | Waugh, Mavis J | Waugh, Harry | Scotland | Joseph C. Blanks Law |
| 311 | 2:06-cv-11333-EEF-DEK | Webster, Gordon | Webster, Elaine | Scotland | Joseph C. Blanks Law |

| | Docket Number | Plaintiff Name | Derivative Plaintiffs | Country of Residency | Plaintiff's Counsel |
|---|---|---|---|---|---|
| 312 | 2:06-cv-11333-EEF-DEK | Weegram, Alexander M | Weegram, Edith P | England | Joseph C. Blanks Law |
| 313 | 2:07-cv-00395-EEF-DEK | Wilkins, Vivienne | Wilkins, Mr | England | Joseph C. Blanks Law |
| 314 | 2:06-cv-11333-EEF-DEK | Williams, Myfanwy | Williams, Mr | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 315 | 08-cv-01618 | Williamson, John | Williamson, Margaret | United Kingdom | Joseph C. Blanks Law |
| 316 | 2:06-cv-11333-EEF-DEK | Wiseman, James | Wiseman, Frances H | Scotland | Joseph C. Blanks Law |
| 317 | 2:06-cv-11333-EEF-DEK | Woods, Michael | Woods, Helena | Wales | Joseph C. Blanks Law |
| 318 | 2:06-cv-11333-EEF-DEK | Woolley, Maureen | | England | Joseph C. Blanks Law |
| 319 | 2:06-cv-11333-EEF-DEK | Wotherspoon, Graham | Wotherspoon, Agnes J | Scotland | Joseph C. Blanks Law |
| 320 | 2:06-cv-11333-EEF-DEK | Wotherspoon, Michael | | Scotland | Joseph C. Blanks Law |
| 321 | 2:06-cv-11333-EEF-DEK | Wright, Duncan | Wright, Julie | Great Britain and Northern Ireland | Joseph C. Blanks Law |
| 322 | 2:06-cv-11333-EEF-DEK | Wyper, Sheila | Wyper, Mr | Scotland | Joseph C. Blanks Law |
| 323 | 2:06-cv-11333-EEF-DEK | Young, Robert | | Scotland | Joseph C. Blanks Law |
| 324 | 2:06-cv-11333-EEF-DEK | Youngs, Geraldine A | Youngs, Frederick A | England | Joseph C. Blanks Law |