UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | * | MDL No. 1657 |
| | * | |
| Products Liability Litigation | * | |
| | * | SECTION: L |
| | * | |
| THIS DOCUMENT RELATES TO  ALL CASES | * | Judge Fallon |
| | * | |
| | * | Magistrate Judge Knowles |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF COMPLIANCE

**COME NOW** the undersigned Craig L. Lowell to notify this Court of his compliance with the Court's Order entered on January 30, 2009.  The undersigned has fully complied with the order of this Court by providing a copy of the Order dated January 30, 2009 via U.S. Mail to all Plaintiffs that I represent that are enrolled in the Vioxx settlement.

Respectfully submitted, this 10th day of March, 2009.


  ORIGINAL SIGNED DOCUMENT ON FILE WITH THE COURT
       Craig L. Lowell


**COUNSEL FOR PLAINTIFFS**
Craig L. Lowell
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Affidavit of Compliance has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pretrial Order No.   8   on this the 10th   day of March   2009.

Wilfred P. Coronato
Hughes Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
New Jersey City, NJ 07302-3908

Aretha Delight Davis
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Phillip  Whittman
Stone, Pigman, Walther, Whittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Susan Giamportone
Womble Carlyle Sandridge & Rice, LLC
Research Triangle Park
150 Fayetteville Street Mall, Suite 2100
Raleigh, North Carolina 27601

Alyson L. Bustamante
Butler, Snow, O'Mara, Stevens & Cannada - Jackson
P. O. Box 22567
17th Floor, AmSouth Plaza
Jackson, MS 39225-2567

         S/ Craig L. Lowell
         OF COUNSEL