## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Marsha Anderson, et al.,* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *v.* | * | CIVIL ACTION NO. 2:06-cv-10622 |
| | * | |
| *Merck & Co., Inc., et al.* | * | |
| | * | |
| **Only with regard to** | * | |
| | * | |
| **David Rutland** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Plaintiff David Rutland and Defendant, Merck & Co., Inc.,  hereby stipulate,

pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck

& Co., Inc., in the above-styled lawsuit, each party to bear its own costs.


NEW ORLEANS, LOUISIANA, this \_\_\_\_ day of _____, 2009.


_____
DISTRICT JUDGE

964981v.1