## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| *Jose Acostas, et al.,* | * | KNOWLES |
| | * | |
| *v.* | * | CIVIL ACTION NO. 2:06-cv-2203 |
| | * | |
| *Merck & Co., Inc., et al.* | * | |
| | * | |
| **Only with regard to** | * | |
| | * | |
| **Doris Miller** | * | |

*********************************

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Notice of Voluntary Dismissal, Plaintiff Doris Miller stipulates to a dismissal without prejudice all of claims against Merck Frosst Canada, Ltd in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.

_____
DISTRICT JUDGE

968839v.1