## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Irene Ahouse, et al.,* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| v. | * | CIVIL ACTION NO. 2:06-cv-2216 |
| | * | |
| *Merck & Co., Inc., et al.* | * | |
| | * | |
| **Only with regard to:** | * | |
| | * | |
| **Vincenzo Spina** | * | |
| | | |
| **James Tanker** | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER OF DISMISSAL WITH PREJUDICE**

Plaintifsf Vincenzo Spina and James Tanker and Defendant, Merck & Co., Inc., hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc., in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.

_____
DISTRICT JUDGE

964981v.1