HUGHES HUBBARD & REED LLP
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220

Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Michael Elder, et al.,*<br><br>v.<br><br>*Merck & Co. Inc., et al.,*<br><br><br>**Only with regard to:**<br><br>**Mary Harris** | MDL Docket No. 1657<br>SECTION L<br><br>Civ. No. A. No. 2:06-cv-00785<br><br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS, AS TO PLAINTIFF<br>MARY HARRIS, ONLY** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff Mary Harris *only*, against all defendants, be dismissed in their entirety with prejudice, with each party to bear its own costs.

<table>
<tr><td>
/s/ John Carey<br>
John Carey<br>
Joseph P. Danis<br>
Carey & Danis, LLC<br>
8235 Forsyth Boulevard, Suite 1100<br>
St. Louis, Missouri 63105<br>
(314) 725-7700<br>
<br>
*Counsel for Plaintiffs*<br>
<br>
Dated: 3-4-09
</td><td>
/s/ Dorothy H. Wimberly<br>
Phillip A. Wittmann<br>
Dorothy H. Wimberly<br>
546 Carondelet Street<br>
New Orleans, Louisiana 70130<br>
(504) 581-3200<br>
<br>
*Counsel for Defendants Merck & Co.,<br>
Inc., Amy Sepko, and Sherry Alberts*<br>
<br>
Dated: 3/12/09
</td></tr>
</table>

/s/ David A. Dick
David A. Dick
B. Matthew Struble
Kelly E. Simon
Thompson Coburn LLP
One US Bank Plaza, Suite 2600
St. Louis, MO 63101-9702
(314) 552-7000

*Counsel for Defendants Wal-Mart Stores East, LP, Wal-Mart Stores East, Inc., Medco Health Solutions Inc., and American Drug Stores, Inc., d/b/a Osco Drugs*

Dated: 3/7/09