# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx                                    *
Products Liability Litigation                   *       MDL No. 05-1657
                                                *
This Document Relates To:                       *       JUDGE FALLON
                                                *
*Mona Swint,  et al.,*                          *       MAGISTRATE JUDGE KNOWLES
                                                *
*v.*                                            *       CIVIL ACTION NO. 2:05-cv-6347
                                                *
*Merck & Co., Inc., et al.*                     *
                                                *
**Only with regard to:**                        *
                                                *
**Ronald Swint**                                *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

            Plaintiff Ronald Swint and Defendant, Merck & Co., Inc.,  hereby stipulate,

pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck

& Co., Inc., in the above-styled lawsuit, each party to bear its own costs.


            NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.


                                          _____
                                                DISTRICT JUDGE

964981v.1