**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220

Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Thelma Zimmermann et al.,*<br><br>*v.*<br><br>*Merck & Co. Inc., et al.,*<br><br><br>**Only with regard to:**<br><br>Carlos White | MDL Docket No. 1657<br>SECTION L<br><br>Civ. No. A. No. 2:06-cv-01972<br><br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS, AS TO PLAINTIFF<br>CARLOS WHITE, ONLY** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff Carlos White *only*, against all defendants, be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____
John Carey
Joseph P. Danis
Carey & Danis, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
(314) 725-7700

*Counsel for Plaintiffs*

Dated: 3-4-09

_____
David A. Dick
B. Matthew Struble
Kelly E. Simon
Thompson Coburn LLP
One US Bank Plaza, Suite 2600
St. Louis, MO 63101-9702
(314) 552-7000

*Counsel for Defendants Walgreen Co., Wal-Mart Stores East, LP, and Wal-Mart Stores East, Inc.*

Dated: 3/7/09

_____
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendants Merck & Co., Inc., Amy Sepko, and Sherry Alberts*

Dated: 3/12/09