HUGHES HUBBARD & REED LLP
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220

Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Brian Chase and Kathy Chase,*<br><br>v.<br><br>*Merck & Co. Inc., et al.,*<br><br><br>**Only with regard to:**<br><br>Kathy Chase | MDL Docket No. 1657<br>SECTION L<br><br>Civ. No. A. No. 2:06-cv-03232<br><br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS, AS TO PLAINTIFF KATHY CHASE, ONLY** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff Kathy Chase *only*, against all defendants, be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____  
John Carey  
Joseph P. Danis  
Carey & Danis, LLC  
8235 Forsyth Boulevard, Suite 1100  
St. Louis, Missouri 63105  
(314) 725-7700  

*Counsel for Plaintiffs*

Dated: 3-4-09

_____  
David A. Dick  
B. Matthew Struble  
Kelly E. Simon  
Thompson Coburn LLP  
One US Bank Plaza, Suite 2600  
St. Louis, MO 63101-9702  
(314) 552-7000  

*Counsel for Defendant Medco Health Solutions, Inc.*

Dated: 3/7/09

_____  
Phillip A. Wittmann  
Dorothy H. Wimberly  
546 Carondelet Street  
New Orleans, Louisiana 70130  
(504) 581-3200  

*Counsel for Defendants Merck & Co., Inc., Amy Sepko, and Sherry Alberts*

Dated: 3/12/09

_____  
Stephen G. Reuter  
Lashley & Baer, P.C.  
714 Locust St.  
St. Louis, MO 63101  
314-621-2939  

*Counsel for Defendant Dr. Thomas McClain*

Dated: _____

_____  _____
John Carey                       Phillip A. Wittmann
Joseph P. Danis                  Dorothy H. Wimberly
Carey & Danis, LLC               546 Carondelet Street
8235 Forsyth Boulevard, Suite 1100   New Orleans, Louisiana 70130
St. Louis, Missouri 63105        (504) 581-3200
(314) 725-7700

*Counsel for Plaintiffs*         *Counsel for Defendants Merck & Co.,*
                                 *Inc., Amy Sepko, and Sherry Alberts*

Dated: 3-4-09                    Dated: _____


_____  _____
David A. Dick                    Stephen G. Reuter
B. Matthew Struble               Lashley & Baer, P.C.
Kelly E. Simon                   714 Locust St.
Thompson Coburn LLP              St. Louis, MO 63101
One US Bank Plaza, Suite 2600    314-621-2939
St. Louis, MO 63101-9702
(314) 552-7000

*Counsel for Defendant Medco Health*   *Counsel for Defendant Dr. Thomas*
*Solutions, Inc.*                      *McClain*

Dated: _____   Dated: 3/6/09