# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Webb | First: Seth | Middle: S. |
| **Name of Law Firm** | Brown & Crouppen, P.C. | | |
| **Current Address** | Street: 720 Olive, Suite 1800 | | |
| | City: St. Louis | State: MO / Zip: 63101 | Country: United States |
| **Telephone Number** | 800-536-4357 | **Facsimile** 314-421-0359 | **Email** swebb@brownandcrouppen.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Phounrath | First: Phone | Middle: |
| **Plaintiff Address** | Street: 1030 Vineyard Dr. | | |
| | City: Oakley | State: CA / Zip: 94561 | Country: US |
| **Telephone Number** | 408-655-8993 | **Facsimile** unknown | **Email** unknown |
| **Case Caption** | Opal Kaufman, et. al. v. Merck & Co., Inc., | | |
| **Case Number** | 2:05cv5835 | | |
| **Court Where Case is Pending** | USDC EDLA | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☒ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |
| **Address** | Street: | | |
| | City: | State: / Zip: | Country: |
| **Telephone Number** | | **Facsimile** | **Email** |
| **Relationship to Plaintiff** | ☐ Friend  ☐ Relative (specify relationship: ____) | | |

#344082

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __3__ / __2__ / __2009__ .
   Month   Day   Year

☒ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed** __3__ / __12__ / __2009__      _/s/ signature_
(Month/Day/Year)                                    Counsel

#344082                                    2