UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | Judge Eldon E. Fallon<br>Magistrate Judge Knowles |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| Agard, et al., v. Merck & Co. [David Agard, James Demoski, and Edward Henderson] | Case No.: 2:05-cv-01089 |
| Aljibory, et al., v. Merck & Co. [Viola Santacrose] | Case No.: 2:05-cv-01090 |
| Cavallo, et al., v. Merck & Co. [Matthew Cavallo] | Case No.: 2:05-cv-01513 |
| Core, et al. v. Merck & Co. [Richard Core] | Case No.: 2:05-cv-02583 |
| Devincentiis, et al., v. Merck & Co. [Arthur Pratt] | Case No.: 2:05-cv-02297 |
| Gates, et al., v. Merck & Co. [Scott Berthel] | Case No.: 2:05-cv-06221 |
| Connolly, et al., v. Merck & Co. [Majorie Curtis, Kristine Hia, and Maurice Hoyt] | Case No.: 2:06-cv-02708 |
| Kurtz v. Merck & Co. [Mary Kurtz] | Case No.: 2:06-cv-05779 |

------------------------------------------------------------

## ORDER AND SUGGESTION OF REMAND [PROPOSED]

Upon consideration of the motion of plaintiffs David Agard, James Demoski, Edward Henderson, Viola Santacrose, Matthew Cavallo, Marilyn Core [Richard Core], Arthur Pratt, Scott Berthel, Marjorie Curtis, Kristine Hia, Maurice Hoyt and Mary Kurtz, by and through their counsel, the Law Office of Ronald R. Benjamin, requesting issuance of a Suggestion of Remand of their claims to their respective transferor courts pursuant to 28 U.S.C. § 1407 and Multidistrict Litigation Rule 7.6(c)(ii) of the Rules of the Judicial Panel on Multidistrict Litigation, for the completion of case-specific pretrial discovery and trial, and upon consideration of the

opposition, if any, of defendant Merck & Co., Inc., by and through its attorneys, and the Court having reviewed the records of the cases listed on Attachment A, finds and rules as follows:

(1) Common discovery and other coodinated pretrial proceedings have been completed. All remaining issues are case-specific, and best determined by the transferor court.

(2) These cases will not benefit from further coordinated proceeds as part of MDL 1657, and are ready to be remanded to their respective transferor jurisdictions.

Pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Court issues its Suggestion of Remand Order in the cases listed in Attachment A, and it is, this _____ day of _____, 2009:

ORDERED, that the plaintiffs' motion for issuance of a Suggestion of Remand be, and the same hereby is, GRANTED; and it is further

ORDERED, that the Clerk provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the clerks of the transferor district courts.

                              _____
                              ELDON E. FALLON
                              UNITED STATES DISTRICT JUDGE

# ATTACHMENT A

| Case Name | E.D.La. No. | Transferor Court |
|---|---|---|
| Agard, et al., v. Merck & Co.<br>Plaintiffs: David Agard,<br>James Demoski<br>Edward Henderson | 2:05-cv-01089 | Southern District of<br>New York<br>No. 01:04-cv-09653 |
| Aljibory, et al., v. Merck & Co.<br>Plaintiff: Viola Santacrose | 2:05-cv-01090 | Southern District of<br>New York<br>No. 1:04-cv-09654 |
| Cavallo, et al., v. Merck & Co.<br>Plaintiff: Matthew Cavallo | 2:05-cv-01513 | Southern District of<br>New York<br>No. 1:05-cv-00818 |
| Core, et al. v. Merck & Co.<br>Plaintiff: Marilyn Core for the<br>Estate of Richard Core | 2:05-cv-02583 | Northern District of<br>New York<br>No. 5:04-cv-01367. |
| Devincentiis, et al., v. Merck & Co.<br>Plaintiff: Arthur Pratt | 2:05-cv-02297 | Southern District of<br>New York<br>No. 1:05-cv-03643 |
| Gates, et al., v. Merck & Co.<br>Plaintiff: Scott Berthel | 2:05-cv-06221 | Northern District of<br>New York<br>No. 3:05-cv-01315 |
| Connolly, et al., v. Merck & Co.<br>Plaintiffs: Majorie Curtis<br>Kristine Hia<br>Maurice Hoyt | 2:06-cv-02708 | Northern District of<br>New York<br>No. 3:06-cv-00429. |
| Kurtz v. Merck & Co.<br>Plaintiff: Mary Kurtz | 2:06-cv-05779 | Southern District of<br>New York<br>No. 7:06-cv-05434 |