UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibits A, B, C &* | * | KNOWLES |
| *D* | * | |
| | * | |
| | * | |

**************************************************************************

**ORDER**

Defendant Merck & Co., Inc.'s Third Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With Requirements of PTO 29 (R. Doc. 17639) came on for hearing on the 5th day of March, 2009. For the reasons orally assigned, the Court entered judgment as follows:

**IT IS ORDERED** that motion is deferred for 30 days as to plaintiff on the attached Exhibit A.

**IT IS FURTHER ORDERED** that the motion is deferred for 60 days as to all plaintiffs on the attached Exhibit B.

**IT IS FURTHER ORDERED** that all claims of the plaintiff on Exhibit C be and they hereby are dismissed with prejudice pursuant to a stipulation between the parties.

**IT IS FURTHER ORDERED** that all claims of the plaintiff on Exhibit D be and they hereby are dismissed with prejudice for failure of the plaintiff to comply with Pre-Trial Order 29.

**NEW ORLEANS, LOUISIANA**, this 12th day of March, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

## EXHIBIT A -- DEFERRED FOR 30 DAYS

| Counsel: | Pertaining to: | Case Name: | Docket Number: |
|---|---|---|---|
| Carey & Danis | Pitts, Clarence | Pitts, Debra v. Merck & Co., Inc. | 2:08-cv-04560-EEF-DEK |
| Pro Se | Robinson, Bobbie | Robinson, Maurice v. Merck & Co., Inc. | 2:08-cv-01417-EEF-DEK |

## EXHIBIT B -- DEFERRED FOR 60 DAYS

| Counsel: | Pertaining to: | Case Name: | Docket Number |
|---|---|---|---|
| Bergman and Frockt | Purcell, Angela | Cunningham, Lisa v. Merck & Co., Inc. | 2:08-cv-04400-EEF-DEK |
| Weitz and Luxenberg PC | Gifford, Ralph | Gifford, Ralph v. Merck & Co., Inc. | 2:07-cv-09805-EEF-DEK |
| Weitz and Luxenberg PC | Johnson, Sandra | Johnson, Sandra v. Merck & Co., Inc. | 2:07-cv-09803-EEF-DEK |
| Weitz and Luxenberg PC | Mullins, Sylvia | Mullins, Sylvia v. Merck & Co., Inc. | 2:07-cv-09808-EEF-DEK |
| Weitz and Luxenberg PC | Parks El, Reginald | Parks El, Reginald v. Merck & Co., Inc. | 2:07-cv-09804-EEF-DEK |
| Weitz and Luxenberg PC | Stilley, Gladys | Stilley, Gladys v. Merck & Co., Inc. | 2:07-cv-09807-EEF-DEK |

969004v.1

## EXHIBIT C -- DISMISSED WITH PREJUDICE BY STIPULATION

| Counsel: | Pertaining to: | Case Name: | Docket Number: |
|---|---|---|---|
| Matthews and Associates | Fisher, Juanita | Staples, Earnest v. Merck & Co., Inc. | 2:08-cv-04561-EEF-DEK |

969010v.1

## EXHIBIT D -- DISMISSED WITH PREJUDICE

| Counsel: | Pertaining to: | Case Name: | Docket Number: |
|---|---|---|---|
| Lennon Law | Lennon, Janet | Lennon, Janet v. Merck & Co., Inc. | 2:08-cv-01417-EEF-DEK |

969008v.1