UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All plaintiffs on attached Exhibit A* | * | KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The matters deferred from Defendant Merck & Co., Inc.'s Second Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 16033, came on for hearing on the 5th day of March, 2009.  For the reasons orally assigned, the Court hereby rules as follows:

**IT IS ORDERED** that the claims of all plaintiffs listed in the attached **Exhibit A** be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 28.

**NEW ORLEANS, LOUISIANA,** this  12th  day of     March    , 2009.

_____
United States District Judge

# EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| Douglas & London, PC | Bowie | Barbara | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| Douglas & London, PC | Hemphill | Charlene | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| Douglas & London, PC | Civil | Jean | | Civil, Jean v. Merck & Co., Inc. | 2:08-cv-00307-EEF-DEK |
| Douglas & London, PC | Miller | Geraldine | | Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK |
| Douglas & London, PC | Alcantra | Cornelia | | Kahan, Samuel v. Merck & Co., Inc. | 2:07-cv-03632-EEF-DEK |
| Douglas & London, PC | Patterson | Phyllis | | Patterson, Phyllis v. Merck & Co., Inc. | 2:07-cv-01399-EEF-DEK |

969023v.1