UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Dorothy Bates, et al. v. Merck & Co., Inc., 08-3665 (only as to Emma Sadler)* | * | |
| | * | |

**********************************************************************

### ORDER

The matter deferred from Defendant Merck & Co., Inc.'s Second Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 29, R. Doc. 17302, came on for hearing on the 5th day of March, 2009. For the reasons orally assigned, the Court hereby rules as follows:

**IT IS ORDERED** that all claims of plaintiff Emma Sadler be and they hereby are dismissed with prejudice for failure to comply with Pre-Trial Order 29.

**NEW ORLEANS, LOUISIANA**, this 12th day of March, 2009.

*/s/ Eldon E. Fallon*
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE