UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | : | CIVIL ACTION |
| LIABILITY LITIGATION | : | |
| | : | NO.  2:05-MD-01657-EEF-DEK |
| | : | |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | DIVISION 3 |
| This document relates to All cases | : | MAG. JUDGE DANIEL E. KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

## CLAIMANTS' MOTION TO EXCEED PAGE LIMITATION

The Claimants, by counsel, pursuant to Rule 7.8.1 E of the Local Rules of this Court, move the Court to allow Claimants to exceed by five pages the twenty-five (25)-page limitation governing its Memorandum in Opposition to Motion for Reconsideration/Revision of Order Capping Contingent Fees.  Claimants request the Court's approval to exceed the page limitation because the varied and complex questions before the Court require a full and detailed response that exceeds the page limit.  The Clinic has contacted counsel for Movant, Vioxx Litigation Consortium, who consents to the filing of this motion.

In support of this motion, Claimants rely upon the Memorandum in Support of this Motion, filed herewith.

        Respectfully submitted,

        TULANE LAW CLINIC
        6329 Freret Street
        New Orleans, La. 70118
        (504) 865-5153
        (504) 862-8753

By:

/s/ Stacy E. Seicshnaydre_____
STACY E. SEICSHNAYDRE, Bar No. 22193
E-mail: sseicshn@tulane.edu
(504) 865-5158
JANE JOHNSON, Bar No. 7300
E-Mail: jjohnso5@tulane.edu
(504) 865-5157

Supervising Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Counsel for the VLC, Harry S. Hardin III, by e-mail (hhardin@joneswalker.com), and upon Liaison Counsel, Phillip Wittmann and Russ Herman by e-mail (rherman@hhkc.com, pwittmann@stonepigman.com), and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 1657 on December 10, 2008.

Respectfully submitted,

s/ Stacy E. Seicshnaydre_____
STACY E. SEICSHNAYDRE, Bar No. 22193
E-mail: sseicshn@tulane.edu
(504) 865-5158
TULANE LAW CLINIC
6329 Freret Street
New Orleans, La. 70118
(504) 862-8753 (fax)