UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | : | CIVIL ACTION |
| LIABILITY LITIGATION | : | |
| | : | NO.  2:05-MD-01657-EEF-DEK |
| | : | |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | DIVISION 3 |
| This document relates to All cases | : | MAG. JUDGE DANIEL E. KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**MEMORANDUM IN SUPPORT OF CLAIMANTS'
MOTION TO EXCEED PAGE LIMITATION**

The Claimants, by counsel, hereby submit the following Memorandum in Support of their Motion to Exceed Page Limitation.

Pursuant to Local Rule 7.8.1 E, " Except with prior permission of the judge, no trial brief or memorandum supporting or opposing a motion shall exceed 25 pages in length, exclusive of exhibits."  The Claimants seek this Court's permission to submit a Memorandum in Opposition to Motion for Reconsideration/Revision of Order Capping Contingent Fees that exceeds this page limitation by five pages.  This modest exception is necessary because of the extensive and multi-faceted issues before the Court.   The Claimants have attempted to address these issues and the VLC's arguments as succinctly as possible. Nevertheless, the varied and complex arguments relating to the power of the Court to regulate fees in the context of MDL litigation has made it difficult for Claimants to confine its opposition to the twenty-five page limitation established under the local rules.  As such, the Claimants respectfully submit that an exception is necessary

in order to fully respond to the VLC's Motion for Reconsideration. Counsel for VLC consents to the filing of this motion.

For the reasons set forth above, the Claimants respectfully request that the Motion to Exceed Page Limitation by five pages be granted and that the Claimants' Memorandum in Opposition to Motion for Reconsideration be accepted by the Court.

Respectfully submitted,

TULANE LAW CLINIC
6329 Freret Street
New Orleans, La. 70118
(504) 865-5153
(504) 862-8753

By:

/s/ Stacy E. Seicshnaydre_____
STACY E. SEICSHNAYDRE, Bar No. 22193
E-mail: sseicshn@tulane.edu
(504) 865-5158
JANE JOHNSON, Bar No. 7300
E-Mail: jjohnso5@tulane.edu
(504) 865-5157

Supervising Attorneys