UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | : | CIVIL ACTION |
| LIABILITY LITIGATION | : | |
| | : | NO.  2:05-MD-01657-EEF-DEK |
| | : | |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | DIVISION 3 |
| This document relates to All cases | : | MAG. JUDGE DANIEL E. KNOWLES |

## ORDER

Considering the foregoing Motion to Exceed Page Limitation:

IT IS ORDERED that the Claimants' Motion to Exceed Page Limitation by five pages on its Memorandum in Opposition to Motion for Reconsideration/Revision of Order Capping Contingent Fees is GRANTED.

DONE AND ORDERED at New Orleans, Louisiana, this ____ day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE
ELDON E. FALLON