## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx Products Liability Litigation | * * * | MDL No. 05-1657 |
| This Document Relates To: | * * | JUDGE FALLON |
| *James Austin, et al.,* | * * | MAGISTRATE JUDGE KNOWLES |
| *v.* | * * | CIVIL ACTION NO. 2:06-cv-2211 |
| *Merck & Co., Inc., et al.* | * * | |
| **Only with regard to:** | * * | |
| **Suzanne Geslin, Carol Wilson** | * * | |

**********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Suzanne Geslin and Carol Wilson and Defendant, Merck & Co., Inc., hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc., in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.

_____
DISTRICT JUDGE

964981v.1