UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re VIOXX PRODUCTS　　　　　　　　　　CIVIL
　LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　NO: 05md1657

　　　　　　　　　　　　　　　　　　　　　　SECTION: L (3)

DOCUMENT REMOVED.  SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 17986

　　　DESCRIPTION: Memorandum in Opposition

　　　FILED BY:　Tulane Law Clinic

　　　FILE DATE:　3/17/2009