IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

**STIPULATION AND AGREEMENT OF DECISIONQUEST, INC. AND
MDL PLAINTIFFS STEERING COMMITTEE**

**MAY IT PLEASE THE COURT:**

On February 2, 2009, DecisionQuest, Inc. ("**DECISIONQUEST**") filed its Motion for Payment of Consulting Fees and Expenses in order to assert its rights to payment of professional consulting fees and expenses. To resolve the issues as set forth in the motion and to facilitate payment to **DECISIONQUEST** of the principal amount of its fees and expenses, the MDL Plaintiffs Steering Committee and each of its individual members (hereinafter collectively "**PSC**") and **DECISIONQUEST** hereby enter into the following stipulations and agreement.

1. **PSC** stipulates that **DECISIONQUEST** claims to be owed $2,153,059.16, representing unpaid fees and expenses outstanding since 2006. **PSC** further stipulates that it has reviewed the bills submitted by **DECISIONQUEST** and that upon investigation it is apparent that the work reflected therein was in fact performed by **DECISIONQUEST** with various counsel who tried state and federal Vioxx cases.

2. No later than March 16, 2009, the **PSC** shall pay the sum of $250,000.00 to **DECISIONQUEST**, to be credited against the aforesaid amount due on the principal, leaving a balance due to **DECISIONQUEST** of $1,903, 059.16.

1

3. **PSC** agrees to guarantee payment to **DECISIONQUEST** of the total sum of the outstanding balance due of $1,903,059.16, and further agrees to give preference and priority to payment to **DECISIONQUEST** from the first dollar amounts released by the Court in connection with Plaintiffs Liaison Counsel's Motion for Award of Plaintiffs Common Benefit Counsel Fees and Reimbursement of Expenses filed with the Court on January 20, 2009, or any other application by PSC for common benefit fees and expenses.

4. **DECISIONQUEST** agrees to wave its claim for past interest which has accrued on its bills for fees and expenses, and accept the principal sum of $2,153,059.16 in full satisfaction of the debt it is owed for all services performed to date, and expenses incurred, in connection with the Vioxx litigation. However, **DECISIONQUEST** and PSC further agree that if **DECISISIONQUEST** has not received a total of $2,153,059.16 by May 1, 2009, then interest at the rate of 5.5% per annum compounded daily shall begin to accrue on that date and be due to **DECISIONQUEST** on any portion of the principal sum of $2,153,059.16 which is still unpaid, and interest will continue to accrue and be due until all amounts are paid.

5. This agreement shall create a lien on any sums paid to **PSC** for common benefit expenses only from the settlement proceeds of the VIOXX MDL, which shall be extinguished upon payment to **DECISIONQUEST** of $2,153,059.16, and otherwise reduced to the extent of any additional payments hereafter made to **DECISIONQUEST**.

6. This Stipulation and Agreement is entered into by **PSC** without admission of liability, beyond the express provisions and obligations hereinabove set forth.  The **PSC** reserves its rights to seek reimbursement or collect from any third party all or any portion of the amounts it pays to **DECISIONQUEST** pursuant to this Agreement.

7. Notwithstanding anything to the contrary in this Stipulation And Agreement, **DECISIONQUEST** shall have the right to transfer and assign any and all of its rights, title and interest in this Stipulation And Agreement to any successor or assign of **DECISIONQUEST**.

8. **DECISIONQUEST** and **PSC** stipulate and agree that the Court has the exclusive and sole authority and jurisdiction to enforce the terms of this agreement.  The PSC and **DECISIONQUEST** consent to the Court designating payment in any common benefit expense award, including but without limitation, from a Common Expense Fund, from the Vioxx settlement proceeds directly to **DECISIONQUEST** of the sum of $1,903,059.16.

This agreement shall be binding upon **DECISIONQUEST** and **PSC**, including its individual members, and the attorney who signs below acknowledges and agrees that he signs on his own behalf as a member of the **PSC**, on behalf of the **PSC**, and on behalf of all other individual members of the **PSC**, and that he has authority to do so.

New Orleans, Louisiana this 12th day of March, 2009.

| | |
|---|---|
| Respectfully submitted, | DecisionQuest, Inc. |
| **MDL Plaintiffs Steering Committee And its Individual Members** | |
| /s/ Russ M. Herman<br>**Russ M. Herman**<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans , LA 70113<br>(504) 581-4892<br>Email: rherman@hhkc.com | /s/ Miles P. Clements<br>**Miles P. Clements** (#4184)<br>**FRILOT, L.L.C.**<br>1100 Poydras Street, Suite 3600<br>New Orleans, LA 70163<br>Telephone:  (504)599-8000<br>Facsimile:  (504)599-8145<br>E-mail:  mclements@frilot.com |

### **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of filing to all counsel accepting electronic notice.

/s/ Miles P. Clements
Miles P. Clements