HUGHES HUBBARD & REED LLP
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220
Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br> PRODUCTS LIABILITY LITIGATION <br> This document relates to: <br><br> *Mildred Abate, et al.,* <br> v. <br> *Merck & Co., Inc., and Merck Frosst Canada, Ltd.* <br><br> Only with regard to: <br> Theodore Berry, Robert Daignault, Chester Granica, Constancio Joson | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:06-cv-02209 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST MERCK FROSST CANADA, LTD. |

Pursuant to Fed. R. Civ. Pro. 41 (a) (1), please take notice that Plaintiffs Theodore Berry, Robert Daignault, Chester Granica, and Constancio Joson, by and through their undersigned attorney, hereby voluntarily dismiss this action without prejudice, as against Defendant MERCK FROSST CANADA, LTD., only.

_____
Brian A. Goldstein, Esq.
Cellino & Barnes, P.C.
17 Court Street, 7th Floor
Buffalo, New York 14202

*Counsel for Plaintiffs*

Dated: 3/13/09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Voluntary Dismissal Without Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th of March, 2009.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

866478v.1