## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| *Irene Ahouse, et al.,* | * | KNOWLES |
| | * | |
| v. | * | CIVIL ACTION NO. 2:06-cv-2216 |
| | * | |
| *Merck & Co., Inc., et al.* | * | |
| | * | |
| **Only with regard to** | * | |
| | * | |
| **Eber Boysel, William Buckley, Salvatore, Caico, Rodney Dickerson, Raymond Gay, Victor Lilienkamp, Gerald Roets, Clarence Smith, Harry Tracey, Joseph Waidl** | | |

*********************************

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Notice of Voluntary Dismissal, Eber Boysel, William Buckley, Salvatore Caico, Rodney Dickerson, Raymond Gay, Victor Lilienkamp, Gerald Roets, Clarence Smith, Harry Tracey, Joseph Waidl, hereby stipulates to a dismissal without prejudice all of claims against Merck Frosst Canada, Ltd in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE

968835v.1