UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | : : : : : : : : | CIVIL ACTION <br><br> NO. 2:05-MD-01657-EEF-DEK <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br><br> DIVISION 3 |
| This document relates to All cases | : | MAG. JUDGE DANIEL E. KNOWLES |

### ORDER

Considering the foregoing Motion to Exceed Page Limitation:

IT IS ORDERED that the Claimants' Motion to Exceed Page Limitation by five pages on its Memorandum in Opposition to Motion for Reconsideration/Revision of Order Capping Contingent Fees is GRANTED.

DONE AND ORDERED at New Orleans, Louisiana, this 18th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE
ELDON E. FALLON