# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Mary Allen,  et al., v.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Merck & Co., Inc., et al.* | * | CIVIL ACTION NO. 2:06-cv-2197 |
| | * | |
| **Only with regard to:** | * | |
| | * | |
| **Joel Brown** | * | |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Joel Brown and Defendant, Merck & Co., Inc.,  hereby stipulate,

pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck

& Co., Inc., in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 18th day of _____ March _____, 2009.

_____
DISTRICT JUDGE

964981v.1