**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *ALL CASES* | * | **KNOWLES** |
| | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFENDANT MERCK & CO., INC.'S SUPPLEMENTAL FILING**
**REGARDING THE JOINT MOTION WITH THE**
<u>**PLAINTIFFS' STEERING COMMITTEE TO LIFT THE PTO 30 DISCOVERY STAY**</u>

The Plaintiffs' Steering Committee ("PSC") and Defendant Merck & Co., Inc.

("Merck"), have moved this Court for an Order lifting the stay of discovery established by Pre-

Trial Order No. 30 ("PTO 30") to allow case specific discovery to go forward with respect to

those cases that remain pending on the Court's docket (and are not under review by the Claims

Administrator.)   Merck hereby supplements that motion to note the following with respect to the

Court's consideration and potential implementation of that motion:

1.      Merck submits that, in lifting the stay of discovery, it would be appropriate to

establish two different dates for case specific discovery to commence, one date for those cases

that were filed on or before the announcement of the settlement program on November 9, 2007,

and a later date with those cases filed after that date ("Latecomers.")

2.      Both groups of cases are currently subject to the same requirements pursuant to

Pretrial Orders 28 and 29 to provide several categories of discovery such as case specific expert

reports, answers to interrogatories, Plaintiff Fact Sheets or Amended and Supplemental Plaintiff Fact Sheets, and an affidavit regarding the completeness of production of medical records. However, under PTO 29, which is applicable to the Latecomers, the timelines for the production of those materials are not fixed dates. Rather, the due dates for those materials vary based on the date of transfer into the MDL, and generally first arise 45 days after the transfer into this docket.

3.      As a result, for a number of the cases filed after November 9, 2007, the date for compliance has not yet arisen, or has arisen very recently. A number of other cases filed after November 9, 2007 are still in the process of being transferred to this Court. As for those already transferred to this Court, many have made requests to Merck to extend the time for compliance, and Merck has agreed to reasonable requests for extensions. For example, of those filed after November 9, 2007 that have been transferred into this docket, only about 40% have submitted an expert report so far, and less than 10% have submitted a plaintiff affidavit regarding the completeness of medical records. With respect to those cases that do not comply after reasonable extensions, Merck anticipates filing additional Motions for Orders to Show Cause, and to seek dismissals, in the same manner as the Court has already considered and acted upon for other cases under both PTO 28 and 29.

4.      In light of these circumstances, Merck respectfully requests that the Court set April 1, 2009 as the date for the discovery stay to be lifted with respect to cases filed on or before November 9, 2007, and September 1, 2009 as the date for the discovery stay to be lifted with respect to the Latecomers.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*_____
Phillip A. Wittmann (Bar No. 13625)
Dorothy H. Wimberly (Bar No. 18509)
Carmelite M. Bertaut (Bar No. 3054)
***Stone Pigman Walther Wittmann L.L.C.***
546 Carondelet Street
New Orleans, LA  70130-3588
PH:     (504) 581-3200
FAX:   (504) 581-3361

Defendants' Liaison Counsel

And

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:     202-434-5029

Attorneys for Merck & Co., Inc.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing Supplemental Filing Regarding Joint Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of March, 2009.

> */s/ Dorothy H. Wimberly*
> Dorothy H. Wimberly, 18509
> STONE PIGMAN WALTHER
> WITTMANN L.L.C.
> 546 Carondelet Street
> New Orleans, Louisiana  70130
> Phone:  504-581-3200
> Fax:      504-581-3361
> dwimberly@stonepigman.com
>
> Defendants' Liaison Counsel