**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| *ALL CASES* | * | |
| | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER**

This matter comes before the Court on the Joint Motion of the Plaintiffs' Steering Committee ("PSC") and Defendant Merck & Co., Inc. ("Merck") for entry of an Order lifting the stay of discovery established by Pre-Trial Order No. 30 ("PTO 30"). Upon consideration of this Motion, the Court finds as follows:

1. On November 9, 2007, the parties in this litigation announced the establishment of the Vioxx Resolution Program. In order to allow all affected persons and counsel to assess and evaluate the Program and the impact, if any, on their individual cases, this Court entered PTO 30 which stayed further activity in this MDL except for limited activities specified by the Court.

2. More than 49,000 claimants have enrolled in the Program. Accordingly, the Court and the parties now have a clearer sense of which cases remain to be litigated in this court.

3. In light of the foregoing, and further consideration of this matter at the March 27, 2009 status conference, this Court finds that it is now appropriate to lift the stay of discovery as specified below;

4. Accordingly, it is this _____ day of _____, 2009 ORDERED:

a. With respect to all cases transferred into this MDL Docket No. 1657 that were filed on or before November 9, 2007, the stay of discovery implemented by PTO 30 is hereby lifted effective April 1, 2009 with respect to case specific discovery:

b. With respect to all cases transferred into this MDL Docket No. 1657 that were filed after November 9, 2007, the stay of discovery shall be lifted as of September 1, 2009 with respect to case specific discovery.

_____
Honorable Eldon E. Fallon
United States District Judge