**APPENDIX A**

| PLAINTIFF | CASE NUMBER |
| --- | --- |
| David Agard | 05-1089 |
| Scott Berthel | 05-6221 |
| Matthew Cavallo | 05-1513 |
| Richard Core | 05-2583 |
| Marjorie Curtis | 06-2708 |
| James Demoski | 05-1089 |
| Gary Derose | 05-1257 |
| William Donaldson | 05-1257 |
| Neil Flewellen | 08-4165 |
| Edward Henderson | 05-1089 |
| Denise Hess | 05-5893 |
| Kristine Hia | 06-2708 |
| Maurice Hoyt | 06-2708 |
| Mary Kurtz | 06-5779 |
| Judith Lynch | 05-572 |
| Samuel Perry | 05-1997 |
| Arthur Pratt | 05-2297 |
| Marjorie Rodriguez | 05-1257 |
| Viola Santacrose | 05-1090 |

**APPENDIX A**

969951v.1