UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL Docket no. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| Jo Anne Sager, | * | |
| Plaintiff | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| v. | * | |
| Merck & Co., Inc., | * | |
| Defendant | * | |

## PLAINTIFF, JO ANNE SAGER'S, MOTION TO SHOW CAUSE WHY CVS AND LONGS DRUGS SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILING TO COMPLY WITH PRETRIAL ORDER NO. 35

NOW COMES Plaintiff, Jo Anne Sager, by and through her attorneys, THE LAW GROUP, LTD., to file this Motion to Show Cause Why CVS and Longs Drugs Should Not Be Held in Contempt of Court for Failing to Comply with Pretrial Order No. 35.  In support thereof show as follows:

1. In accordance with Pretrial Order No. 35, which addresses the refusal of healthcare providers, pharmacies, and other entities to provide certain medical records required to be submitted under the Vioxx Settlement Agreement, Plaintiff, has attempted to obtain pharmacy records from CVS and Longs Drugs.

2. Plaintiff, through their counsel, has provided CVS and Longs Drugs with Pretrial Order No. 35, which applies to all claims submitted to the

        Vioxx Resolution Program. CVS and Longs Drugs have either ignored and/or refused to comply with your Honor's Pretrial Order No. 35.

3. In addition, Plaintiff, through her counsel, has also diligently taken other actions, as detailed more thoroughly in the attached Plaintiff's Memorandum in Support, such as submitting numerous medical record requests via mail and facsimile as well as placing numerous phone calls to CVS and Longs Drugs which have also been ignored.

4. As a result, Plaintiff respectfully asks this Court that CVS and Longs Drugs or appropriate representatives appear before this Court to show cause why:

   a. They should not be held in contempt of Court for failing to comply with Pretrial Order No. 35; and

   b. They should not be ordered to pay the attorneys' fees and costs related to Plaintiff's efforts to obtain their own pharmacy records.

5. Plaintiff respectfully requests an Order on this motion as soon as the Court allows, due to the fact that Plaintiff must submit these medical records in order to comply with the Vioxx Resolution Program deadlines.

## CONCLUSION

WHEREFORE, the Plaintiff, Jo Anne Sager, respectfully requests that Plaintiff's Motion to Show Cause be granted and that the Court order CVS and Longs Drugs or appropriate representatives to appear before the Court to explain why they should not be held in contempt for failing to comply with PTO 35 and for such relief to which they may be entitled.

Submitted this 20th day of March, 2009.

Respectfully Submitted,

By: /s/ Pamela G. Sotoodeh
Pamela G. Sotoodeh, #6284622
THE LAW GROUP, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112