UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL Docket no. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| Jo Anne Sager, | * | |
| Plaintiff | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| v. | * | |
| Merck & Co., Inc., | * | |
| Defendant | * | |

PROPOSED ORDER TO SHOW CAUSE

     The Court has considered Plaintiff, Jo Anne Sager's, Motion to Show Cause Why CVS and Longs Drugs Should Not be Held in Contempt of Court for Failing to Comply with Pretrial Order No. 35.  Accordingly, **IT IS ORDERED** that the motion is **GRANTED**.
     Plaintiff has alerted this Court that CVS and Longs Drugs have refused to produce medical records in compliance with the Court's Pretrial Order No. 35 which addresses the refusal of healthcare providers, pharmacies, and other entities to provide certain medical records required to be submitted under the Vioxx Settlement Agreement.  Plaintiff reports that several attempts have been made to obtain medical records from CVS and Longs Drugs, but CVS and Longs Drugs have refused to comply fully with the requests for records.
     Accordingly, **IT IS ORDERED** that CVS and Longs Drugs or appropriate representatives from each of the above-named entities appear in this Court at _____on the _____day of_____ , 2009, to show cause why:
     1. they should not be held in contempt of Court for failing to comply with Pre-trial Order No. 35 and
     2. they should not be ordered to pay the attorneys' fees and costs related to Plaintiff's efforts to obtain her own medical records.
Production of the medical records at issue prior to the _____ day of_____, 2009, will be sufficient to satisfy the requirements of this Order and will relieve the above-named entities of the obligation to appear before this Court to show cause:

     New Orleans, Louisiana, this 20th day of March, 2009.


                                               _____
                                               ELDON E. FALLON
                                               UNITED STATES DISTRICT JUDGE