UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL Docket no. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| Jo Anne Sager, | * | |
| Plaintiff | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| v. | * | |
| Merck & Co., Inc., | * | |
| Defendant | * | |

NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff's Motion to Show Cause Why CVS and Longs Drugs Should Not Be Held in Contempt of Court for Failing to Comply with Pretrial Order No. 35 will be brought for hearing on the 22nd day of April, 2009, at 9:00 AM, before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully Submitted,

By: /s/ Pamela G. Sotoodeh
Pamela G. Sotoodeh, #6284622
THE LAW GROUP, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112

CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of March, 2009, a true and correct copy of Plaintiff's Memorandum In Support of the Motion to Show Cause, has been served on Liaison Counsel, Phillip Wittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexus File & Serve Advanced in accordance with Pretrial Order No. 8(b), CVS and Longs Drugs, by facsimile and overnight mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM-ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657.

Respectfully Submitted,

By: /s/ Pamela G. Sotoodeh
Pamela G. Sotoodeh, #6284622
THE LAW GROUP, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112