UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This documents relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Mark E. Harvey and Mary Lynn Harvey* | * | KNOWLES |
| *v. Merck & Co., Inc.,* | * | |
| Docket Number 2:05-cv-05328 | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |
| | * | |

## ORDER

THIS CAUSE coming to be heard on the Renewed Motion for Leave to Withdraw as Counsel for Mark E. Harvey and Mary Lynn Harvey by Daniel J. Pope on behalf of Joseph W. Phebus and Helen K. Pope and the Court having considered said motion finds that it should be allowed.

ACCORDINGLY, it is hereby ordered that the Renewed Motion to Withdraw as Counsel for Mark E. Harvey and Mary Lynn Harvey should be and hereby is allowed.  Clerk to send copy of this Order to Mark E. Harvey and Mary Lynn Harvey at 626 Bonanza Pass, Springfield, Illinois  62707.

Mark E. Harvey and Mary Lynn Harvey to enter written appearance by new counsel or personally within ____ days.

Entered this ___ day of _____, 2009.

_____

JUDGE FALLON

4