UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This documents relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Mark E. Harvey and Mary Lynn Harvey* | * | KNOWLES |
|  *v. Merck & Co., Inc.,* | * | |
|  Docket Number 2:05-cv-05328 | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |
| | * | |

**RENEWED MOTION TO WITHDRAW AS COUNSEL
FOR MARK E. HARVEY AND MARY LYNN HARVEY**

COME NOW Plaintiffs' attorneys Daniel J. Pope of the firm Phebus & Koester and on behalf of Joseph W. Phebus of said firm and Helen K. Pope formerly of said firm and renews the motion for leave to withdraw as Counsel herein for Plaintiffs Mark E. Harvey and Mary Lynn Harvey, and in support thereof state:

1. Joseph W. Phebus of the firm Phebus & Koester and Helen K. Pope formerly of said firm ("Counsel") are counsel of record for Plaintiffs Mark E Harvey and Mary Lynn Harvey ("Plaintiffs") in this action.

2. Counsel and Plaintiffs have reached an impasse with respect to their beliefs in how this case should be handled.

3. On several occasions commencing in January 2007, Counsel has advised the Plaintiffs that Counsel will seek permission of the Court to withdraw.

4.	Plaintiffs have neither objected to nor agreed to Counsel's withdraw but have made it clear that they do not wish to dismiss their claims herein.

5.	Counsel have waived all claims for fees and advancements in this matter.

6.	Attached hereto is a proposed Order.

WHEREFORE Joseph W. Phebus of the firm Phebus & Koester and Helen K. Pope formerly of said firm request leave of the Court to withdraw from their representation of Plaintiffs Mark E. Harvey and Mary Lynn Harvey herein.

Daniel J. Pope of the firm of Phebus & Koester

s/Daniel J. Pope
DANIEL J. POPE
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois  61801
(217) 337-1400
*dpope@phebuslaw.com*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with PreTrial Order No. 8A on this 23rd day of March, 2009.

I hereby certify that the foregoing Motion to Withdraw has been served on Mark E. Harvey and Mary Lynn Harvey by U.S. Mail on this 23rd day of March, 2009, at

>Mark E. Harvey
>Mary Lynn Harvey
>626 Bonanza Pass
>Springfield, Illinois  62707

By:   s/Daniel J. Pope
      DANIEL J. POPE
      PHEBUS & KOESTER
      136 West Main Street
      Urbana, Illinois  61801
      (217) 337-1400
      dpope@phebuslaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This documents relates to: | * | |
| | * |  MAGISTRATE JUDGE |
| *Mark E. Harvey and Mary Lynn Harvey* | * |  KNOWLES |
|  *v. Merck & Co., Inc.,* | * | |
|  Docket Number 2:05-cv-05328 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |
| | * | |

## ORDER

THIS CAUSE coming to be heard on the Renewed Motion for Leave to Withdraw as Counsel for Mark E. Harvey and Mary Lynn Harvey by Daniel J. Pope on behalf of Joseph W. Phebus and Helen K. Pope and the Court having considered said motion finds that it should be allowed.

ACCORDINGLY, it is hereby ordered that the Renewed Motion to Withdraw as Counsel for Mark E. Harvey and Mary Lynn Harvey should be and hereby is allowed.  Clerk to send copy of this Order to Mark E. Harvey and Mary Lynn Harvey at 626 Bonanza Pass, Springfield, Illinois  62707.

Mark E. Harvey and Mary Lynn Harvey to enter written appearance by new counsel or personally within ____ days.

Entered this ___ day of _____, 2009.

_____

JUDGE FALLON