*Second OSC Motion re Enrollment Deficiencies*
*Exhibit A – Filed Cases*
*(Deficiencies re Certifications of Counsel)*

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Derivative Claimant Name** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|---|
| 1. | Anderson, John H. | Easterling-Brooks, Doris | R-11 | | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| 2. | Anderson, John H. | Heard, Shirley | R-9 | | Heard, Shirley v. Merck & Co., Inc. | 2:08-cv-03577-EEF-DEK |
| 3. | Anderson, John H. | Jones, Addie R. | R-9 | | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| 4. | Anderson, John H. | Mclaurin, Grace | R-9 | | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| 5. | Becnel Law Firm, LLC | Hoyt, Elsie J. | R-12 | Mashon, Donald | Bennet, Stella W. v. Merck & Co., Inc. | 2:05-cv-04442-EEF-DEK |
| 6. | Branch Law Firm | Daniels, Jacqueline M. | R-12 | Daniels, David | Allen, Lonnie Jr. v. Merck & Co., Inc. | 2:06-cv-06633-EEF-DEK |
| 7. | Branch Law Firm | Dolling, Melvin | R-12 | Dolling, Talia | Adams, Chamitra v. Merck & Co., Inc. | 2:06-cv-06243-EEF-DEK |
| 8. | Branch Law Firm | Hubbard, Joretta | R-12 | Hubbard, Randy | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK |
| 9. | Branch Law Firm | Jaskulski, Edward | R-12 | Bush, Gloria | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK |
| 10. | Branch Law Firm | Jaskulski, Edward | R-12 | Compton, Patricia | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK |
| 11. | Branch Law Firm | Jaskulski, Edward | R-12 | Jaskulski, Edward | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK |
| 12. | Branch Law Firm | Jaskulski, Edward | R-12 | Lipinski, Doris | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK |
| 13. | Cellino & Barnes, P.C. | Gorgan, Lois | R-12 | Gorgan, David | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |
| 14. | Federman & Sherwood | Wedlow, Evie M. | R-9 | | Moore, Tommy v. Merck & Co., Inc. | 2:07-cv-00718-EEF-DEK |
| 15. | Fenner & Boles LLC | Smith, Margie L. | R-12 | Smith, James, Sr. | Reed, Thelma v. Merck & Co., Inc. | 2:05-cv-05347-EEF-DEK |
| 16. | Freese & Goss, PLLC | Rogers, Cora | R-12 | Rogers, Jerry | Dalton, Dianne v. Merck & Co., Inc. | 2:08-cv-00958-EEF-DEK |
| 17. | Ingram & Associates PLLC | Davis, Teresa M. | R-43 | Davis, Haley | Simmons, Walter Tate v. Merck & Co., Inc. | 2:07-cv-05246-EEF-DEK |
| 18. | Lamb Firm, LLC, The | Pena-Quinones, Margarita | R-12 | Vega, Carmen | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 19. | Schmidt, Douglas M., APLC | Rideau, Joann | R-40 | | Rideau, JoAnn v. Merck & Co., Inc. | 2:07-cv-01665-EEF-DEK |
| 20. | Simon Passanante PC | Hubbard, Joy C. | R-9 | | Crouter, Donny v. Merck & Co., Inc. | 2:05-cv-01046-EEF-DEK |
| 21. | Trubitsky, Marina & Associates | Amusyev, Gennady None | R-12 | Skrlpchenko, Tatiana | Gelman, Vadim v. Merck & Co., Inc. | 2:07-cv-01078-EEF-DEK |
| 22. | Trubitsky, Marina & Associates | Sadikov, Arcadiy None | R-12 | Satskova, Tatiana | Gelman, Vadim v. Merck & Co., Inc. | 2:07-cv-01078-EEF-DEK |
| 23. | Wiggins, Childs, Quinn & Pantazis, LLC | Chatfield, Lora | R-9 | | Lindsey, Charles E. v. Merck & Co., Inc. | 2:06-cv-00675-EEF-DEK |
| 24. | Wiggins, Childs, Quinn & Pantazis, LLC | Cole, Gloria | R-9 | | Cole, Gloria D. v. Merck & Co., Inc. | 2:06-cv-00977-EEF-DEK |

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Derivative Claimant Name** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|---|
| 25. | Wiggins, Childs, Quinn & Pantazis, LLC | Lancaster, Daphyne E. | R-9 |  | Baker, Martha S. v. Merck & Co., Inc. | 2:05-cv-03127-EEF-DEK |
| 26. | Wiggins, Childs, Quinn & Pantazis, LLC | Mathis, Anna B. | R-9 |  | Lindsey, Charles E. v. Merck & Co., Inc. | 2:06-cv-00675-EEF-DEK |
| 27. | Wiggins, Childs, Quinn & Pantazis, LLC | Tennyson, Catherine | R-9 |  | Baker, Martha S. v. Merck & Co., Inc. | 2:05-cv-03127-EEF-DEK |
| 28. | Young Firm, The | Childers, Janette D. | R-12 | Childers, Sr., James | Childers, Janette D. v. Merck & Co., Inc. | 2:06-cv-06754-EEF-DEK |