*Second OSC re Enrollment Deficiencies*
*Exhibit B – Tolling Claimants*
*(Deficiencies re Certifications of Counsel)*

|   | **Primary Counsel** | **Claimant Name** | **DOB** | **Deficiency** | **City** | **State** | **Derivative Claimant Name** |
|---|---|---|---|---|---|---|---|
| 1. | Freese & Goss, PLLC | Guillen, Josefina | 4/13/27 | R-12 | Bellflower | CA | Hutchison, Sylvia |
| 2. | Lopez, McHugh LLP | Duclos, Raymond J. | 8/6/28 | R-9 | Southwest Ranches | FL | |
| 3. | Penton, Ronnie G., Law Offices of | Cryer, Loy | 11/12/30 | R-41 | Sulphur | LA | |
| 4. | Ruiz, John H., PA, Law Firm of | Brindis, Luisa | 8/21/21 | R-14 | Miami | FL | Zuniga, Barbara |
| 5. | Ruiz, John H., PA, Law Firm of | Brindis, Luisa | 8/21/21 | R-9 | Miami | FL | |
| 6. | Ruiz, John H., PA, Law Firm of | Decespedes-Narganes, Gelcy | 3/25/37 | R-12 | Miami | FL | Narganes, Miguel |
| 7. | Ruiz, John H., PA, Law Firm of | Rodriguez, Antonia | 6/14/18 | R-11 | Miami | FL | |

970454v.1