*Third OSC re Enrollment Deficiencies*
*Exhibit A*
*(Special State Releases)*

|  | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | Branch Law Firm | Hubbard, Joretta | R-33b | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK |
| 2. | Branch Law Firm | Robins, David | R-33b | Black, Thomas v. Merck & Co., Inc. | 2:06-cv-06442-EEF-DEK |
| 3. | Cellino & Barnes, P.C. | Cook, Marcella | R-39 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 4. | Cellino & Barnes, P.C. | Dingler, Jimmy | R-33b | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 5. | Cellino & Barnes, P.C. | Hensley, Louis | R-33b | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 6. | Cellino & Barnes, P.C. | Hummel, Charlene | R-33b | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 7. | Cellino & Barnes, P.C. | Mayberry, Fred | R-33b | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 8. | Cellino & Barnes, P.C. | Wallace, Jackie | R-33b | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 9. | Christoff, William Z., Attorney at Law | Kerr, Sr., Kenneth K. | R-33b | Kerr, Sr., Kenneth K. v. Merck & Co., Inc. | 2:06-cv-11113-EEF-DEK |
| 10. | Fears Nachawati Law Firm | Lewis, Josephine J. | R-33b | Carter, Claudia v. Merck & Co., Inc. | 2:07-cv-00732-EEF-DEK |
| 11. | Fears Nachawati Law Firm | Sweeney, Arnold | R-33b | Carter, Claudia v. Merck & Co., Inc. | 2:07-cv-00732-EEF-DEK |
| 12. | Gancedo & Nieves LLP | Murphy, Patrick E. | R-33b | Murphy, Patrick E. v. Merck & Co., Inc. | 2:06-cv-11438-EEF-DEK |
| 13. | Obioha, Pius A., Law Offices of, LLC | Marshall, Mary P. | R-33b | Tillie, Beatrice v. Merck & Co., Inc. | 2:05-cv-05925-EEF-DEK |
| 14. | Pro Se | Bell, Adella | R-33b | Bell, Lloyd v. Merck & Co., Inc. | 2:07-cv-02070-EEF-DEK |
| 15. | Pro Se | Cheffo, Donald | R-39 | Cheffo, Donald N. v. Merck & Co., Inc. | 2:05-cv-03484-EEF-DEK |
| 16. | Pro Se | Diaz, Leonel | R-33b | Diaz, Leonel v. Merck & Co., Inc. | 2:06-cv-11130-EEF-DEK |
| 17. | Pro Se | Feltovich, John Edward | R-33b | Feltovich, John E. v. Merck & Co., Inc. | 2:05-cv-03474-EEF-DEK |
| 18. | Pro Se | Mcclain, John Martin | R-33b | McClain, John v. Merck & Co., Inc. | 2:06-cv-03657-EEF-DEK |
| 19. | Pro Se | Toney, John M. | R-33b | Toney, Wilma L. v. Merck & Co., Inc. | 2:06-cv-11340-EEF-DEK |
| 20. | Pro Se | Watts, Janet Marie | R-33b | Bails, Mary A. v. Merck & Co., Inc. | 2:05-cv-02319-EEF-DEK |
| 21. | Pro Se | Williams, Oscar | R-33b | Williams, Oscar v. Merck & Co., Inc. | 2:05-cv-03550-EEF-DEK |
| 22. | Simon Passanante PC | Norman, Lemuel W. | R-33a | Millis, David v. Merck & Co., Inc. | 2:05-cv-01058-EEF-DEK |

970459v.1