*Fourth OSC re Enrollment Deficiencies*
*Exhibit B – Tolling Claimants*
*(Deceased Claimants)*

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **DOB** | **City** | **State** | **Derivative Claimant Name** |
|---|---|---|---|---|---|---|---|
| 1. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Brussard, Jill | R-30 | 3/20/51 | Sacramento | CA | |
| 2. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Canington, Charles Lawrence | R-37i | | Americus | GA | |
| 3. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Gregg, Betty Carolyn | R-30 | 5/22/41 | Newport | TN | |
| 4. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Jackson, Mary Frances | R-37i | 7/27/44 | Broken Bow | OK | |
| 5. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Jigliotti, Olga | R-30 | 6/5/25 | Anchorage | AK | |
| 6. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Jigliotti, Olga | R-31 | 6/5/25 | Anchorage | AK | Jigliotti, John |
| 7. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Knight, Debra | R-30 | 9/19/53 | Canton | OH | |
| 8. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Miley-Mcdaniel, Marilyn B. | R-30 | 9/14/60 | Sheffield | AL | |
| 9. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Mills, Stanley Robert | R-37d | 6/10/31 | East Weymouth | MA | |
| 10. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Odom, Melba | R-37a | 11/6/54 | Sturgis | KY | |
| 11. | Becnel Law Firm, LLC | Ratliff, Cindia | R-37e | 10/4/23 | Shelbiania | KY | |
| 12. | Bruno & Bruno | Perez, Jerry A. | R-30 | 6/7/36 | Lafitte | LA | |
| 13. | Dinkes & Schwitzer, P.C. | Hernandez, Javier | R-30 | 10/28/44 | Jamaica | NY | |
| 14. | Freese & Goss, PLLC | Guillen, Josefina | R-37a | 4/13/27 | Bellflower | CA | |
| 15. | Freese & Goss, PLLC | Hinex, Ricky | R-30 | 7/28/58 | Fort Worth | TX | |
| 16. | Gallagher Law Firm (TX) | Anderson, Mylo | R-30 | 7/12/25 | Lexington | NC | |
| 17. | Gallagher Law Firm (TX) | Boeckner, Joseph | R-30 | 6/25/75 | Las Vegas | NV | |
| 18. | Gallagher Law Firm (TX) | Brown, Jean | R-30 | | | | |
| 19. | Gallagher Law Firm (TX) | Caparino, Milbrun | R-30 | 2/20/51 | LaMorida | CA | |
| 20. | Gallagher Law Firm (TX) | Dougherity, Norma | R-30 | 1/4/49 | Enid | OK | |
| 21. | Gallagher Law Firm (TX) | Foster, Richard | R-30 | 7/15/38 | Lompoc | CA | |

|     | **Primary Counsel** | **Claimant Name** | **Deficiency** | **DOB** | **City** | **State** | **Derivative Claimant Name** |
|-----|---------------------|-------------------|----------------|---------|----------|-----------|------------------------------|
| 22. | Gallagher Law Firm (TX) | Gibson, Annie Ruth | R-30 | 12/16/15 | Cincinnati | OH | |
| 23. | Gallagher Law Firm (TX) | Harlow, Helene | R-30 | 10/4/21 | Beavercreek | OH | |
| 24. | Gallagher Law Firm (TX) | Hughes, Thomas | R-30 | | | | |
| 25. | Gallagher Law Firm (TX) | Johnson, Charleszetta | R-37d | 12/23/39 | Columbia | SC | |
| 26. | Gallagher Law Firm (TX) | Moore, Vivian P. | R-30 | 10/11/31 | Baton Rouge | LA | |
| 27. | Gallagher Law Firm (TX) | Newkirk, Lenora | R-30 | 12/27/19 | Rose Hill | NC | |
| 28. | Gallagher Law Firm (TX) | Payne, Peggy | R-30 | 11/25/33 | Hampton | VA | |
| 29. | Harang, Jack W., APLC | Holcombe, James | R-37d | 8/8/38 | Columbia | SC | |
| 30. | Heninger Garrison Davis, LLC | Thomas (deceased), Herbert C. | R-37a | 6/4/26 | Prattville | AL | |
| 31. | Jensen, Belew & Gonzalez, P.L.L.C. | Moreno, Juan | R-30 | 3/8/11 | Arvada | CO | |
| 32. | Johnson, Charles H. & Associates | Torres, Faustin L. | R-30 | 8/10/46 | Las Vegas | NM | |
| 33. | Langston & Langston, PLLC | Breland, Roxie | R-31 | 12/25/29 | Laurel | MS | Gandy, Linda |
| 34. | Langston & Langston, PLLC | Brooks, George | R-31 | 3/31/47 | West Point | MS | Brooks, Lithonia |
| 35. | Langston & Langston, PLLC | Brooks, George | R-31 | 3/31/47 | West Point | MS | Brooks, Jr., George |
| 36. | Lopez, McHugh LLP | Pierce, Lionel L. | R-37e | 11/10/48 | San Antonio | TX | |
| 37. | Lopez, McHugh LLP | Pierce, Lionel L. | R-37i | 11/10/48 | San Antonio | TX | |
| 38. | Matthews & Associates | Anderson, Ella D. | R-37b | 8/3/30 | Detroit | MI | |
| 39. | Matthews & Associates | Anderson, Ella D. | R-37d | 8/3/30 | Detroit | MI | |
| 40. | Matthews & Associates | Bosarge, Olive W. | R-30 | 12/22/28 | Irvington | AL | |
| 41. | Matthews & Associates | Collier, Sarah A. | R-37e | 2/5/27 | Lenox | GA | |
| 42. | Matthews & Associates | Crozier, Ruth I. | R-37a | 1/26/27 | Fort Collins | CO | |
| 43. | Matthews & Associates | Kern, John A. | R-37a | 6/25/27 | Walbridge | OH | |
| 44. | Matthews & Associates | Lee, Pearlie M. | R-30 | 11/30/28 | Perry | FL | |
| 45. | Matthews & Associates | Rodgers, Arthur L. | R-30 | 3/15/31 | Ludington | MI | |
| 46. | Matthews & Associates | Rodgers, Arthur L. | R-38a | 3/15/31 | Ludington | MI | Rodgers, Jr., Arthur |
| 47. | Matthews & Associates | Williams, Jane B. | R-37j | 5/12/24 | Las Vegas | NV | |
| 48. | Matthews & Associates | Wilson, Joseph F. | R-37a | 01/10/22 | Indianapolis | IN | |
| 49. | Murphy Law Firm | Barnett, Robert L. | R-30 | 11/5/36 | Houston | TX | |
| 50. | Myler, Brad & Associates | Saunders, Ruth M. | R-37a | 10/6/45 | Gallatin | MO | |
| 51. | Obioha, Pius A., Law Offices of, LLC | Knapper, Ann | R-30 | | | | |
| 52. | Pro Se | Bezio, Norman V. | R-30 | 6/18/74 | Baldwinsville | NY | |

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **DOB** | **City** | **State** | **Derivative Claimant Name** |
|---|---|---|---|---|---|---|---|
| 53. | Pro Se | Cannady, Andrew | R-31 | 07/29/61 | Aurora | CO | Cannady, Barbara |
| 54. | Pro Se | Crawford, Odell Richmond | R-37j | 12/8/39 | Hallsville | TX | |
| 55. | Pro Se | Irvin, Magaline B. | R-30 | 3/30/36 | Demopolis | AL | |
| 56. | Pro Se | Johnson, Annie | R-30 | 4/19/10 | Newark | NJ | |
| 57. | Pro Se | Johnson, Ozzie Lee | R-37j | 5/28/39 | Jackson | MS | |
| 58. | Pro Se | Jones-Walker, Barbara Jean | R-37a | | | | |
| 59. | Pro Se | Robinson, Mammie Ann | R-30 | 2/27/31 | Montrose | AR | |
| 60. | Pro Se | Thompkins, Virginia P. | R-30 | 7/21/47 | Birmingham | AL | |
| 61. | Pro Se | Ybarra, Florestela | R-37e | 2/8/31 | Edcouch | TX | |
| 62. | Pro Se | Ybarra, Florestela | R-37i | 2/8/31 | Edcouch | TX | |
| 63. | Pro Se | Ybarra, Florestela | R-38d | 2/8/31 | Edcouch | TX | Ybarra, Martha |
| 64. | Ranier, Gayle & Elliot, L.L.C. (TX) | Worden, Eugene C. | R-37b | 1/22/30 | Roanoke | IN | |
| 65. | Ranier, Gayle & Elliot, L.L.C. (TX) | Wright, Leester G. | R-30 | 9/11/20 | Cedar Hill | TX | |
| 66. | Ruiz, John H., PA, Law Firm of | Denis, Deogracia | R-30 | 4/22/31 | Miami | FL | |
| 67. | Ruiz, John H., PA, Law Firm of | Perez, Eufemia | R-30 | 3/20/23 | Ft. Lauderdale | FL | |
| 68. | Ruiz, John H., PA, Law Firm of | Vengochea, Rosario M. | R-30 | 3/20/29 | Miami | FL | |
| 69. | Silverman & Fodera | Craig, Obadiah | R-37i | 10/12/33 | Philadelphia | PA | |
| 70. | Silverman & Fodera | Locklear, Oneder | R-37c | 09/01/31 | Lumberton | NC | |
| 71. | The Law Group, Ltd. | Boston, Betty | R-30 | 8/8/49 | Chicago | IL | |
| 72. | The Law Group, Ltd. | Helms, Lee V. | R-30 | 11/8/57 | Bend | OR | |
| 73. | The Law Group, Ltd. | Kelly, Diann D. | R-37f | 8/9/56 | Columbia | SC | |
| 74. | The Law Group, Ltd. | Lynch, Dustan W. | R-37d | 1/16/19 | Cambridge | OH | |
| 75. | Weitz & Luxenberg, P.C. | Bowers, Melba | R-30 | 6/29/39 | Avon Lake | OH | |
| 76. | Weitz & Luxenberg, P.C. | Carrington, Willie | R-31 | 6/4/31 | Pine Bluff | AR | Carrington, Ethel |
| 77. | Weitz & Luxenberg, P.C. | Combest, Ruby | R-37d | 8/3/27 | Edison | GA | |
| 78. | Weitz & Luxenberg, P.C. | Gill, Nolan W. | R-30 | 3/23/29 | Jackson | LA | |
| 79. | Weitz & Luxenberg, P.C. | Grady, Catherine | R-30 | 12/19/36 | McComb | MS | |
| 80. | Weitz & Luxenberg, P.C. | Hemphill, Emma | R-30 | 5/15/42 | Gary | IN | |
| 81. | Weitz & Luxenberg, P.C. | Odom, Wilbur D. | R-30 | 10/17/25 | Minden | LA | |
| 82. | Weitz & Luxenberg, P.C. | Vaughn, A.l. | R-30 | 1/26/31 | Weatherford | TX | |
| 83. | Weitz & Luxenberg, P.C. | West, Travis | R-30 | 5/7/24 | Lexington | KY | |

|     | **Primary Counsel** | **Claimant Name** | **Deficiency** | **DOB** | **City** | **State** | **Derivative Claimant Name** |
|-----|---------------------|-------------------|----------------|---------|----------|-----------|------------------------------|
| 84. | Weitz & Luxenberg, P.C. | Winget, Ronald E. | R-30 | 5/12/42 | Columbus | IN | |
| 85. | Whitehead Law Firm | Lawson, Earlma | R-30 | 7/26/38 | Marrero | LA | |