*Fifth OSC Motion re Enrollment Deficiencies*
*Exhibit C – Filed Cases*
*(Notary Issues for Derivative Claimants)*

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Case Caption** | **Docket Number Current** | **Derivative Claimant Name** |
|---|---|---|---|---|---|---|
| 1. | Andrews & Thornton | Mckee, Willie M. | R-24 | McKee, Willie v. Merck & Co., Inc. | 2:05-cv-04256-EEF-DEK | McKee, Willie |
| 2. | Blizzard, McCarthy & Nabers, LLP | Van Derel, John F. | R-24 | Gillette, Ronald D. v. Merck & Co., Inc. | 2:05-cv-05442-EEF-DEK | Van Derel, Michael |
| 3. | Blizzard, McCarthy & Nabers, LLP | Van Derel, John F. | R-24 | Gillette, Ronald D. v. Merck & Co., Inc. | 2:05-cv-05442-EEF-DEK | Kopecky, Jean |
| 4. | Blizzard, McCarthy & Nabers, LLP | Van Derel, John F. | R-24 | Gillette, Ronald D. v. Merck & Co., Inc. | 2:05-cv-05442-EEF-DEK | Van Derel, Andee |
| 5. | Branch Law Firm | Lambert, Judy | R-24 | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK | Lambert, William |
| 6. | Branch Law Firm | Patterson, Hazel | R-22 | Anderson, Clifton v. Merck & Co., Inc. | 2:07-cv-03935-EEF-DEK | Patterson, Jr., Thomas |
| 7. | Carey & Danis, LLC | Howell, Sr., Rudolph | R-24 | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK | Wrenn, Linda |
| 8. | Carey & Danis, LLC | Stinnett, Fannie H. | R-24 | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK | Stinnett, Furman |
| 9. | Carlile Law Firm, The | Wickware, Dec'D., Ravay V. | R-22 | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | Deveraux, Patricia |
| 10. | Carlile Law Firm, The | Wickware, Dec'D., Ravay V. | R-26 | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | Wickware, Rachel |
| 11. | Cellino & Barnes, P.C. | Capasso, Jayne | R-24 | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK | Capasso, Paul |
| 12. | Cellino & Barnes, P.C. | Jankowski, Anthony | R-24 | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK | Jankowski, Judy |
| 13. | Cellino & Barnes, P.C. | Lafollette, Virginia E. | R-24 | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK | Lafollette, James |
| 14. | Cellino & Barnes, P.C. | Priest, Shirley | R-22 | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK | Priest, Wayne |
| 15. | Cellino & Barnes, P.C. | Thrash, Terry L. | R-28 | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK | Thrash, Angie |
| 16. | Cellino & Barnes, P.C. | Umbleby, Logan | R-26 | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | Umbleby, Patricia |
| 17. | Driggs Bills & Day PC | Sanchez, Antonio | R-28 | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK | Cortez, Pamala |
| 18. | Freese & Goss, PLLC | Fatla, Carol | R-24 | Durham v. Merck & Co., | 2:07-cv-09196- | FATLA, |

|     | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Case Caption** | **Docket Number Current** | **Derivative Claimant Name** |
|-----|---|---|---|---|---|---|
|     |   | J. | | Inc. | EEF-DEK | PAUL |
| 19. | Freese & Goss, PLLC | Lambert, Garland | R-24 | Lambert, Omega v. Merck & Co., Inc. | 2:06-cv-11117-EEF-DEK | Lambert, Omega |
| 20. | Freese & Goss, PLLC | Radtke, William R. | R-23 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK | Radke, Mary |
| 21. | Gallagher Law Firm (TX) | Kazik, Jennifer | R-24 | Kazik, Jennifer v. Merck & Co., Inc. | 2:08-cv-00616-EEF-DEK | Kazik, Cheryl |
| 22. | Harang, Jack W., APLC | Middlemiss, Keith | R-24 | Allen, Carol S. v. Merck & Co., Inc. | 2:06-cv-06437-EEF-DEK | Middlemiss, Jeffrey |
| 23. | Kline & Specter, PC | Andree, Sonja | R-22 | Ahmed, Alauddin v. Merck & Co., Inc. | 2:06-cv-03639-EEF-DEK | ANDREE, RICHARD |
| 24. | Kline & Specter, PC | Breezee, Glen E. | R-26 | Breezee, Glen v. Merck & Co., Inc. | 2:06-cv-03110-EEF-DEK | BREEZEE, LINDA |
| 25. | Laminack, Pirtle & Martines | Maull, Estate Of Clara | R-24 | Maull, Dizzie D. v. Merck & Co., Inc. | 2:06-cv-07025-EEF-DEK | Maull, Dizzie |
| 26. | Matthews & Associates | Rodriguez Marquez, Manuel | R-26 | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK | Rodriguez Roman, Manuel |
| 27. | Pro Se | Poole, Louise | R-22 | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK | Burr, Brenda |
| 28. | Trubitsky, Marina & Associates | Sadikov, Arcadiy None | R-28 | Gelman, Vadim v. Merck & Co., Inc. | 2:07-cv-01078-EEF-DEK | Satskova, Tatiana |
| 29. | Weitz & Luxenberg, P.C. | Sherman, Ruby J. | R-28 | Sherman, Ruby J. v. Merck & Co., Inc. | 2:05-cv-04902-EEF-DEK | Sherman, Donald |
| 30. | Yosha, Buddy, Law Offices of | Siefert, Thomas W. | R-24 | Rexroat, Virginia v. Merck & Co., Inc. | 2:06-cv-03880-EEF-DEK | Seifert, Scarlett |
| 31. | Young Firm, The | Mueller, Eike J.w. | R-24 | Mueller, Eike J.W. v. Merck & Co., Inc. | 2:06-cv-06750-EEF-DEK | Mueller, Ling |