UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibits A, B, C & D* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

## ORDER TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET

**IT IS ORDERED** that plaintiffs in the cases listed in the attached exhibits show cause on the ___ day of _____, 2009, at _____ o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why they have failed to comply fully with the enrollment requirements of the November 9, 2007 Resolution Program. Plaintiffs shall file and serve upon Liaison Counsel any responses to the Rule on or before the ___ day of _____, 2009.  Defendant Merck & Co., Inc., shall file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies on or before the __ day of _____, 2009.

**IT IS FURTHER ORDERED** that all plaintiffs and their counsel identified in the attached exhibits *must appear in person in New Orleans at the show cause hearing*. *Failure to appear as required may subject plaintiffs and counsel to contempt proceedings*.

**IT IS FURTHER ORDERED** that curing the noted enrollment deficiencies prior to one day prior to the date of the above noted hearing will obviate the requirement to attend.

970485v.1

NEW ORLEANS, LOUISIANA, this _____ day of March, 2009.

                                              _____
                                              ELDON E. FALLON
                                              UNITED STATES DISTRICT JUDGE

823840v.1
970485v.1