UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

## ORDER

The Court is in receipt of a stipulation entered into between representatives of DecisionQuest, Inc., and the Plaintiff's Steering Committee. (Rec. Doc. 18000). The Court approves of the stipulation and will enforce its terms.

New Orleans, Louisiana, this 24th day of March, 2009.

_Eldon E. Fallon_
UNITED STATES DISTRICT JUDGE

1