UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**ORDER**

In light of the stipulation entered into between DecisionQuest, Inc., and the Plaintiff's Steering Committee, IT IS ORDERED that DecisionQuest's Motion for Payment of Consulting Fees and Expenses (Rec. Doc. 17687) IS DISMISSED AS MOOT.

New Orleans, Louisiana, this 24th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE

1