*Sixth OSC Motion re Enrollment Deficiencies*
*Exhibit A – Filed Cases*
*(missing derivative signatures)*

|  | Primary Counsel | Claimant Name | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|
| 1. | Angelos, Peter G., Law Offices of | Banach, Geraldine M. | Sittler, Sandra B. v. Merck & Co., Inc. | 2:06-cv-05538-EEF-DEK | Banach, Robert |
| 2. | Ball, John T., Attorney at Law | Wells, John W. | Wells, John W. v. Merck & Co., Inc. | 2:07-cv-05904-EEF-DEK | missing data, |
| 3. | Bice Palermo & Veron, LLC | Guillory, Kevin | Thibodeaux, Geneva v. Merck & Co., Inc. | 2:05-cv-02920-EEF-DEK | Guillory, Jada |
| 4. | Bice Palermo & Veron, LLC | Guillory, Kevin | Thibodeaux, Geneva v. Merck & Co., Inc. | 2:05-cv-02920-EEF-DEK | Guillory, Kavin |
| 5. | Blizzard, McCarthy & Nabers, LLP | Mcdonald, Barbara A. | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK | Hauk, Jacqueline |
| 6. | Blizzard, McCarthy & Nabers, LLP | Mcdonald, Barbara A. | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK | Bordell, Beverly |
| 7. | Blizzard, McCarthy & Nabers, LLP | Mcdonald, Barbara A. | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK | Campbell, Jamie |
| 8. | Blizzard, McCarthy & Nabers, LLP | Mcdonald, Barbara A. | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK | McDonald, Kelly |
| 9. | Blizzard, McCarthy & Nabers, LLP | Mcdonald, Barbara A. | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK | Smith, Pebblea |
| 10. | Blizzard, McCarthy & Nabers, LLP | Washington, Nora | Campbell, Anissa R. v. Merck & Co., Inc. | 2:06-cv-06780-EEF-DEK | Campbell, Anissa |
| 11. | Branch Law Firm | Baxter, Bj | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK | Baxter, Esta |
| 12. | Branch Law Firm | Bender, Curtis | Asante, Azariah v. Merck & Co., Inc. | 2:08-cv-00871-EEF-DEK | Bender, Patsy |
| 13. | Branch Law Firm | Eggers, Betty Jo | Cuthbert, Cheryl v. Merck & Co., Inc. | 2:08-cv-00859-EEF-DEK | Dillon, Marcha |
| 14. | Branch Law Firm | Goss, Wanda | Green, William v. Merck & Co., Inc. | 2:07-cv-05252-EEF-DEK | Goss, Karl |
| 15. | Branch Law Firm | Green, Cumer Leon | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK | GREEN, CLIFFORD |
| 16. | Branch Law Firm | Griffin, Jean D. | Koenigsfeld, Tina v. Merck & Co., Inc. | 2:08-cv-00867-EEF-DEK | Griffin, Donald |
| 17. | Branch Law Firm | Griffin, Willa | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK | Griffin, Anthony |
| 18. | Branch Law Firm | Hoofner Whitfield, Ruby | Ahmad, Fatemeh v. Merck & Co., Inc. | 2:06-cv-06441-EEF-DEK | Hoofner, Alvin |
| 19. | Branch Law Firm | Hum, Edna | Andrews, Lillian v. Merck & Co., Inc. | 2:06-cv-06443-EEF-DEK | Hum, Thomas |

|     | Primary Counsel | Claimant Name | Case Caption | Docket Number Current | Derivative Claimant Name |
| --- | --- | --- | --- | --- | --- |
| 20. | Branch Law Firm | Leist, Gloria B. | Martinez, Lydia v. Merck & Co., Inc. | 2:07-cv-04157-EEF-DEK | Leist, Donald |
| 21. | Branch Law Firm | Luzier, Roxie J. | Apice, Joseph v. Merck & Co., Inc. | 2:06-cv-06439-EEF-DEK | Deyarmin, Linda |
| 22. | Branch Law Firm | Ortega, Stella | Nonies, Ernest v. Merck & Co., Inc. | 2:08-cv-01026-EEF-DEK | Ortega, Brigido |
| 23. | Branch Law Firm | Rager, Sr., Norman | Apice, Joseph v. Merck & Co., Inc. | 2:06-cv-06439-EEF-DEK | Karen, Tina |
| 24. | Branch Law Firm | Reed, Beatrice | Green, William v. Merck & Co., Inc. | 2:07-cv-05252-EEF-DEK | Reed, JB |
| 25. | Branch Law Firm | Soto, Linda | Soto, Linda v. Merck & Co., Inc. | 2:08-cv-01040-EEF-DEK | Soto, Polo |
| 26. | Branch Law Firm | Striggles, Debra Ann Mcallister | Schaefer, Vincent v. Merck & Co., Inc. | 2:07-cv-04042-EEF-DEK | Striggles, Ronnie |
| 27. | Branch Law Firm | Yowell, Belinda Rae | Adams, Chamitra v. Merck & Co., Inc. | 2:06-cv-06243-EEF-DEK | Yowell, Glen |
| 28. | Carey & Danis, LLC | Hall, Patricia E. | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK | Hall, Alton |
| 29. | Carey & Danis, LLC | Jones, Jamesanna | Stewart, Mary v. Merck & Co., Inc. | 2:05-cv-02575-EEF-DEK | Stewart, Mary |
| 30. | Carey & Danis, LLC | Moore, W.t.(ada) | Criglar, Ida v. Merck & Co., Inc. | 2:06-cv-11082-EEF-DEK | Moore, Ada |
| 31. | Carey & Danis, LLC | Scott, Donald | Lockett, Renee v. Merck & Co., Inc. | 2:05-cv-03804-EEF-DEK | Scott, Eloise |
| 32. | Carey & Danis, LLC | Taylor, Oliver | Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK | Taylor, Dora |
| 33. | Carey & Danis, LLC | Wells, Larry | Miles, Mary v. Merck & Co., Inc. | 2:05-cv-03810-EEF-DEK | Scott, Cynthia |
| 34. | Carey & Danis, LLC | Wells, Larry | Miles, Mary v. Merck & Co., Inc. | 2:05-cv-03810-EEF-DEK | Wells, Jason |
| 35. | Carey & Danis, LLC | Westover, Jr., Charles | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK | Westover, Mary |
| 36. | Cellino & Barnes, P.C. | Abbott, Charlotte E. | Phillips, Hope v. Merck & Co., Inc. | 2:08-cv-00238-EEF-DEK | Phillips, Hope |
| 37. | Cellino & Barnes, P.C. | Anderson-Vance, Marcia | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK | Hester, Curtis |
| 38. | Cellino & Barnes, P.C. | Andolina, Annabelle | Andolina, Mamie v. Merck & Co., Inc. | 2:06-cv-09751-EEF-DEK | Andolina, Mamie |
| 39. | Cellino & Barnes, P.C. | Arsena, Vito | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK | Arsena, John |
| 40. | Cellino & Barnes, P.C. | Atkins, Carol J. | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK | Masiuk, Elaine |
| 41. | Cellino & Barnes, P.C. | Bardo, Madeline | Coles, Patti v. Merck & Co., Inc. | 2:07-cv-02936-EEF-DEK | Coles, Patti |
| 42. | Cellino & Barnes, P.C. | Baxter, William | Baxter, Michael v. Merck & Co., Inc. | 2:08-cv-00324-EEF-DEK | Baxter, William |
| 43. | Cellino & Barnes, P.C. | Benner, William | Baxter, Michael v. Merck & Co., Inc. | 2:07-cv-09123-EEF-DEK | Benner, William |
| 44. | Cellino & Barnes, P.C. | Boysel, Erma Louise | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Boysel, Eber |
| 45. | Cellino & Barnes, P.C. | Brean, George R. | Austin, James v. Merck & Co., Inc. | 2:06-cv-02211-EEF-DEK | Brean, Julie |

*Sixth Enrollment OSC, Exh. A (filed cases)*
*Page 2 of 9*
970512v.1

|  | Primary Counsel | Claimant Name | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|
| 46. | Cellino & Barnes, P.C. | Bryant, Isabelle C. | Torella, Dominic J. v. Merck & Co., Inc. | 2:07-cv-06231-EEF-DEK | Torella, Dom |
| 47. | Cellino & Barnes, P.C. | Bryant, John T. | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK | Thomas, June |
| 48. | Cellino & Barnes, P.C. | Byrd, Joyce F. | Titcombe Vickie L. v. Merck & Co., Inc. | 2:07-cv-09127-EEF-DEK | Titcombe, Vicki |
| 49. | Cellino & Barnes, P.C. | Case, Lynn | Phillips, Hope v. Merck & Co., Inc. | 2:07-cv-09125-EEF-DEK | Case,Jr, Lynn |
| 50. | Cellino & Barnes, P.C. | Cavaiuolo, Maria | Anderson, Marsha v. Merck & Co., Inc. | 2:06-cv-10622-EEF-DEK | Cavaiuolo, Vittoria |
| 51. | Cellino & Barnes, P.C. | Charsley, Howard L. | Charsley-Joslin, Pamela v. Merck & Co., Inc. | 2:06-cv-11091-EEF-DEK | Charsley-Joslin, Pamela |
| 52. | Cellino & Barnes, P.C. | Cogar, Donna | Tytka, Barbara M. v. Merck & Co., Inc. | 2:08-cv-00731-EEF-DEK | Tytka, Barbara |
| 53. | Cellino & Barnes, P.C. | Daley, Vivian J. | Baxter, Michael v. Merck & Co., Inc. | 2:07-cv-09123-EEF-DEK | Zair, Christine |
| 54. | Cellino & Barnes, P.C. | Dalton, Charles | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK | Dalton, Chastity |
| 55. | Cellino & Barnes, P.C. | Dixon, Mollie H. | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | Davis, Willie |
| 56. | Cellino & Barnes, P.C. | Doring, Edward J. | Watson, Christina Y. v. Merck & Co., Inc. | 2:06-cv-03625-EEF-DEK | Winston, Christina |
| 57. | Cellino & Barnes, P.C. | Drexler, Shirley | Bamford, Armeda v. Merck & Co., Inc. | 2:06-cv-01168-EEF-DEK | Drexler, Jack |
| 58. | Cellino & Barnes, P.C. | Duiker, Johanness | Duiker, Ernest v. Merck & Co., Inc. | 2:08-cv-00733-EEF-DEK | Duiker, Ernest |
| 59. | Cellino & Barnes, P.C. | Durgala, Louis J. | Durgala, Stephen v. Merck & Co., Inc. | 2:08-cv-00734-EEF-DEK | Durgala, Stephen |
| 60. | Cellino & Barnes, P.C. | Emerson, Carolyn Joy | Reid, James W. v. Merck & Co., Inc. | 2:06-cv-01163-EEF-DEK | Reid, James |
| 61. | Cellino & Barnes, P.C. | Farmer, Bobby | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK | Thomas, Shirley |
| 62. | Cellino & Barnes, P.C. | Ferguson, Jerome E. | Ferguson, Jerome v. Merck & Co., Inc. | 2:06-cv-03627-EEF-DEK | Ferguson,Jr., Jerome |
| 63. | Cellino & Barnes, P.C. | Fiddemon, Willie Mae | Fiddemon, Rev. Calvin W. v. Merck & Co., Inc. | 2:08-cv-00742-EEF-DEK | Fiddemon, Calvin |
| 64. | Cellino & Barnes, P.C. | Finley, Jerome | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK | Finley, Brandy |
| 65. | Cellino & Barnes, P.C. | Fisher, Marvin | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | Lewis, Terri |
| 66. | Cellino & Barnes, P.C. | Freedman, Mary | Andolina, Mamie v. Merck & Co., Inc. | 2:06-cv-09751-EEF-DEK | Faden, Andrea |
| 67. | Cellino & Barnes, P.C. | Frey, George | Frey, Mary L. v. Merck & Co., Inc. | 2:08-cv-00239-EEF-DEK | Frey, Mary |
| 68. | Cellino & Barnes, P.C. | Gallipeau, Virginia | Gallipeau, Ronald v. Merck & Co., Inc. | 2:06-cv-01215-EEF-DEK | Gallipeau, Ronald |
| 69. | Cellino & Barnes, P.C. | Gary, Julia M. | Harvin, Jacqueline v. Merck & Co., Inc. | 2:08-cv-00216-EEF-DEK | Harvin, Jacqueline |

|     | **Primary Counsel** | **Claimant Name** | **Case Caption** | **Docket Number Current** | **Derivative Claimant Name** |
|---|---|---|---|---|---|
| 70. | Cellino & Barnes, P.C. | Gleason, Joann | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | Reynolds, Julie |
| 71. | Cellino & Barnes, P.C. | Hale, Lisa Brown | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK | Hale, Terry |
| 72. | Cellino & Barnes, P.C. | Hand, Richard | Hundley, Debra S. v. Merck & Co., Inc. | 2:08-cv-00235-EEF-DEK | Hundley, Debra |
| 73. | Cellino & Barnes, P.C. | Hardeman, Manuala | Flint, Catherine v. Merck & Co., Inc. | 2:06-cv-01179-EEF-DEK | Hardeman, Bobby |
| 74. | Cellino & Barnes, P.C. | Hensley, Louis | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK | Hensley, Roxy |
| 75. | Cellino & Barnes, P.C. | Horth, Mae | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK | Horth, David |
| 76. | Cellino & Barnes, P.C. | Huch, Susan | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | Huch, Ronald |
| 77. | Cellino & Barnes, P.C. | Kaylor, James | Kaylor, Johnny J. v. Merck & Co., Inc. | 2:08-cv-00356-EEF-DEK | Kaylor, Johnny |
| 78. | Cellino & Barnes, P.C. | Kilgore, Lottie J. | Brewer, Lisa v. Merck & Co., Inc. | 2:08-cv-00741-EEF-DEK | Brewer, Lisa |
| 79. | Cellino & Barnes, P.C. | Kingston, Henry L. | Carone, Carol A. v. Merck & Co., Inc. | 2:08-cv-00229-EEF-DEK | Carone, Carol |
| 80. | Cellino & Barnes, P.C. | Knize, Dorothy | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | Knize, Suzanne |
| 81. | Cellino & Barnes, P.C. | Kobielski, Sophie G. | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK | Kobielski, John |
| 82. | Cellino & Barnes, P.C. | Lafleche, Daniel | Brewer, Walter v. Merck & Co., Inc. | 2:06-cv-01166-EEF-DEK | LaFleche, Kathleen |
| 83. | Cellino & Barnes, P.C. | Lane, Jean D. | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK | Lane, Carla |
| 84. | Cellino & Barnes, P.C. | Laux, Henrietta | Laux, Gary R. v. Merck & Co., Inc. | 2:06-cv-01155-EEF-DEK | Laux, Gary |
| 85. | Cellino & Barnes, P.C. | Laux, Henrietta | Laux, Gary R. v. Merck & Co., Inc. | 2:06-cv-01155-EEF-DEK | Laux, Jr., Fred |
| 86. | Cellino & Barnes, P.C. | Lee, Charles | Baxter, Michael v. Merck & Co., Inc. | 2:07-cv-09123-EEF-DEK | Lee, Kathy |
| 87. | Cellino & Barnes, P.C. | Lee, Lewis | Tucker, Antonia v. Merck & Co., Inc. | 2:07-cv-09129-EEF-DEK | Tucker, Antonia |
| 88. | Cellino & Barnes, P.C. | Lewandowski, Irene E. | Malkiewicz, Marc T. v. Merck & Co., Inc. | 2:06-cv-01158-EEF-DEK | Malkiewicz, Mark |
| 89. | Cellino & Barnes, P.C. | Lighthart, Edith | Lighthart, Edward A. v. Merck & Co., Inc. | 2:06-cv-03622-EEF-DEK | Lighthart, Edward |
| 90. | Cellino & Barnes, P.C. | Ludwig, Laura L. | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK | Ludwig, Richard |
| 91. | Cellino & Barnes, P.C. | Mack, Dorothy | Haskin, Terry L. v. Merck & Co., Inc. | 2:07-cv-01394-EEF-DEK | Billard, Marilou |
| 92. | Cellino & Barnes, P.C. | Malta, Marie | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK | Malta, Charles |
| 93. | Cellino & Barnes, P.C. | Mayes, Joyce | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK | Mayes, Thomas |
| 94. | Cellino & Barnes, P.C. | Mcclellan, Janice M. | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK | McClellan, Ellis |

|  | Primary Counsel | Claimant Name | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|
| 95. | Cellino & Barnes, P.C. | Mcinnerney, Helen | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK | McInnerney, Martin |
| 96. | Cellino & Barnes, P.C. | Mendrykowski, Loretta | Benson, Dianne v. Merck & Co., Inc. | 2:06-cv-11090-EEF-DEK | Benson, Diane |
| 97. | Cellino & Barnes, P.C. | Merchant, James | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK | Bauder, Penny |
| 98. | Cellino & Barnes, P.C. | Misko, Evelyn L. | Misko, Sharon v. Merck & Co., Inc. | 2:08-cv-00217-EEF-DEK | Misko, Sharon |
| 99. | Cellino & Barnes, P.C. | Moore, James | Woods, Veda v. Merck & Co., Inc. | 2:08-cv-00327-EEF-DEK | Woods, Veda |
| 100. | Cellino & Barnes, P.C. | Murray, Joanne | Bernard, Luise v. Merck & Co., Inc. | 2:06-cv-01185-EEF-DEK | Murray, Roger |
| 101. | Cellino & Barnes, P.C. | Neal, Roderick | Maracle, Kristie L. v. Merck & Co., Inc. | 2:06-cv-01518-EEF-DEK | Maracle, Christie |
| 102. | Cellino & Barnes, P.C. | Nolan, Helen | Nolan, Robert v. Merck & Co., Inc. | 2:08-cv-00222-EEF-DEK | Nolan, Robert |
| 103. | Cellino & Barnes, P.C. | Pandolfi, Mary | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Pandolfi, James |
| 104. | Cellino & Barnes, P.C. | Reed, Gladys | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Reed, Willie |
| 105. | Cellino & Barnes, P.C. | Rheaume, Louis | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK | Rheaume, Ann |
| 106. | Cellino & Barnes, P.C. | Robbins-Brown, Linda | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK | Brown, Joel |
| 107. | Cellino & Barnes, P.C. | Robinson, Viola L. | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK | Robinson Jr., Ben |
| 108. | Cellino & Barnes, P.C. | Rumfola, Jennie | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK | Mitchum, Debbie |
| 109. | Cellino & Barnes, P.C. | Salas, Barbara | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK | Maldonado, Jose |
| 110. | Cellino & Barnes, P.C. | Sapone, Carmelo V. | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK | Sapone, Delores |
| 111. | Cellino & Barnes, P.C. | Saunders, Georgia | Saunders, Barbara v. Merck & Co., Inc. | 2:08-cv-00218-EEF-DEK | Saunders, Barbara |
| 112. | Cellino & Barnes, P.C. | Schneider, Marie | Andolina, Mamie v. Merck & Co., Inc. | 2:06-cv-09751-EEF-DEK | Schneider, Pamela |
| 113. | Cellino & Barnes, P.C. | Shields, Alfred | Quadd, James J. v. Merck & Co., Inc. | 2:06-cv-01183-EEF-DEK | Shields, Sally |
| 114. | Cellino & Barnes, P.C. | Slominski, Lucas | Harvin, Jaqueline v. Merck & Co., Inc. | 2:07-cv-09124-EEF-DEK | Slominski, Philip |
| 115. | Cellino & Barnes, P.C. | Smaldino, Mary | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK | Smaldino, Thomas |
| 116. | Cellino & Barnes, P.C. | Sobkowiak, Louise | Brown, Sylvia v. Merck & Co., Inc. | 2:06-cv-10128-EEF-DEK | Imiola, Sandra |
| 117. | Cellino & Barnes, P.C. | Sobkowiak, Louise | Brown, Sylvia v. Merck & Co., Inc. | 2:06-cv-10128-EEF-DEK | Sobkowiak, Raymond |
| 118. | Cellino & Barnes, P.C. | Spurlock, Ruth | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK | Spurlock, Richard |
| 119. | Cellino & Barnes, P.C. | St. George, Minnie | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | St. George, Toni |

|  | Primary Counsel | Claimant Name | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|
| 120. | Cellino & Barnes, P.C. | St. George, Minnie | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | St. George, Anthony |
| 121. | Cellino & Barnes, P.C. | Strickland, Tommy Lee | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK | Strickland, Tammy |
| 122. | Cellino & Barnes, P.C. | Thomson, Jack | Thomson, Jay v. Merck & Co., Inc. | 2:08-cv-00328-EEF-DEK | Thomson, Jay |
| 123. | Cellino & Barnes, P.C. | Umbleby, Logan | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | Lee, Brenda |
| 124. | Cellino & Barnes, P.C. | Wagner, Dan | Wagner, Tom Jr. v. Merck & Co., Inc. | 2:08-cv-00232-EEF-DEK | Wagner, Jr., Thomas |
| 125. | Cellino & Barnes, P.C. | Wilbern, Willie | Wilbern, David v. Merck & Co., Inc. | 2:08-cv-00737-EEF-DEK | Wilbern, David |
| 126. | Cellino & Barnes, P.C. | Williams, Roosevelt | Williams, Anglo v. Merck & Co., Inc. | 2:08-cv-00738-EEF-DEK | Williams, Maurice |
| 127. | Cellino & Barnes, P.C. | Witkowski, Raymond | Witkowski, Eugene v. Merck & Co., Inc. | 2:08-cv-00355-EEF-DEK | Witkowski, Eugene |
| 128. | Cellino & Barnes, P.C. | Wolfe, Sally | Buchak, Boris v. Merck & Co., Inc. | 2:06-cv-10127-EEF-DEK | Wolfe, David |
| 129. | Cellino & Barnes, P.C. | Young, Michael | Disalvo, Angelo v. Merck & Co., Inc. | 2:06-cv-01194-EEF-DEK | Young, Lutricia |
| 130. | Cellino & Barnes, P.C. | Youngs, Emma | Buchak, Boris v. Merck & Co., Inc. | 2:06-cv-10127-EEF-DEK | Palazolo, Eric |
| 131. | Cellino & Barnes, P.C. | Zemrose, Ann | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK | Zemrose, Michael |
| 132. | Cox, Cox, Filo, Camel & Wilson | Fusilier, Lula M. | Fuselier, Herbert v. Merck & Co., Inc. | 2:06-cv-00988-EEF-DEK | Fusilier, John |
| 133. | Cox, Cox, Filo, Camel & Wilson | Fusilier, Lula M. | Fuselier, Herbert v. Merck & Co., Inc. | 2:06-cv-00988-EEF-DEK | Fusilier, Howard |
| 134. | D'Amico, Frank J., Jr., APLC | Taylor, Bessie H. | Anderson, Harold v. Merck & Co., Inc. | 2:05-cv-04428-EEF-DEK | Hitchens, Willie |
| 135. | Fazio, DiSalvo, Cannon, Abers, Podrecca, Fazio & Carroll (Care of Jeff S. Abers) | Gelin, Moraleme | Dulcio, Mercilia v. Merck & Co., Inc. | 2:06-cv-03019-EEF-DEK | Exalien, Nama |
| 136. | Fazio, DiSalvo, Cannon, Abers, Podrecca, Fazio & Carroll (Care of Jeff S. Abers) | Gelin, Moraleme | Dulcio, Mercilia v. Merck & Co., Inc. | 2:06-cv-03019-EEF-DEK | Gelin, Leonne |
| 137. | Feinman, James B., & Associates | Goodyear, Harry J. | Goodyear, Cheryl S. v. Merck & Co., Inc. | 2:06-cv-10328-EEF-DEK | Goodyear, James |
| 138. | Feinman, James B., & Associates | Goodyear, Harry J. | Goodyear, Cheryl S. v. Merck & Co., Inc. | 2:06-cv-10328-EEF-DEK | Goodyear, III, Harry |
| 139. | Feinman, James B., & Associates | Goodyear, Harry J. | Goodyear, Cheryl S. v. Merck & Co., Inc. | 2:06-cv-10328-EEF-DEK | Goodyear, Jr, Harry |
| 140. | Fenstersheib, Robert J. and Associates, P.A., Law Offices of | Noecker, Douglas | Noecker, Douglas v. Merck & Co., Inc. | 2:06-cv-02647-EEF-DEK | Noecker, Douglas |
| 141. | Freese & Goss, PLLC | Hanneman, Aldred | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK | Hannenman, Elaine |
| 142. | Freese & Goss, PLLC | Jakubowski, Louise S. | Nelson, Nancy v. Merck & Co., Inc. | 2:08-cv-01821-EEF-DEK | Nelson, Nancy |

|  | Primary Counsel | Claimant Name | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|
| 143. | Freese & Goss, PLLC | Santillan, Victor M. | Choice, Helen v. Merck & Co., Inc. | 2:07-cv-06690-EEF-DEK | Santillian, Shirley |
| 144. | Goldberg, Persky & White, PC | Graham, Jr., Donald R. | Graham, Donald v. Merck & Co., Inc. | 2:05-cv-04637-EEF-DEK | Graham Sr., Donald |
| 145. | Ingram & Associates PLLC | Davis, Teresa M. | Simmons, Walter Tate v. Merck & Co., Inc. | 2:07-cv-05246-EEF-DEK | Davis, Haley |
| 146. | Keim Law | Dugas, Ann M. | Dugas, Mercedes A. v. Merck & Co., Inc. | 2:05-cv-05781-EEF-DEK | Dugas, Whitmel |
| 147. | Keim Law | Dugas, Ann M. | Dugas, Mercedes A. v. Merck & Co., Inc. | 2:05-cv-05781-EEF-DEK | Hill, Laurie |
| 148. | Keim Law | Dugas, Ann M. | Dugas, Mercedes A. v. Merck & Co., Inc. | 2:05-cv-05781-EEF-DEK | Lambert, Anna |
| 149. | Keim Law | Dugas, Ann M. | Dugas, Mercedes A. v. Merck & Co., Inc. | 2:05-cv-05781-EEF-DEK | Melancon, Penny |
| 150. | Keim Law | Dugas, Ann M. | Dugas, Mercedes A. v. Merck & Co., Inc. | 2:05-cv-05781-EEF-DEK | Morales, Ferrell Thomas |
| 151. | Kline & Specter, PC | Leonard, Georgia | Ahmed, Alauddin v. Merck & Co., Inc. | 2:06-cv-03639-EEF-DEK | LEONARD, R |
| 152. | Kline & Specter, PC | Potucek, Priscilla E. | Richardson, Janice M. v. Merck & Co., Inc. | 2:05-cv-06771-EEF-DEK | Potucek, John |
| 153. | Kline & Specter, PC | Smith, Helen E. | Bidner, Murray v. Merck & Co., Inc. | 2:06-cv-03915-EEF-DEK | SMITH, JOHN |
| 154. | Lamb Firm, LLC, The | Benjamin-Camilo, Carmen G. | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK | Rodriguez, Ricardo |
| 155. | Lamb Firm, LLC, The | Hidalgo, Juanita | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Puig-Hildalgo, Angel |
| 156. | Lamb Firm, LLC, The | Hidalgo, Juanita | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Puig-Hildalgo, Omar |
| 157. | Lamb Firm, LLC, The | Hidalgo, Juanita | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Puig-Hildalgo, Ivan |
| 158. | Lamb Firm, LLC, The | Mari-Borrero, David E. | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Mari, Barbara |
| 159. | Lamb Firm, LLC, The | Morales-Rodriguez, Ruben | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK | Rivera, Ana |
| 160. | Lamb Firm, LLC, The | Moreira-Fragoso, Carmen | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK | Villafane-Vega, Juan |
| 161. | Lamb Firm, LLC, The | Orama-Rovira, Juan E. | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Roena-Martinez, Laura |
| 162. | Lamb Firm, LLC, The | Ortiz-Ortiz, Maria M. | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | torres hernandez, pedro |
| 163. | Lamb Firm, LLC, The | Reyes-Garcia, Margarita | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Reyes-Reyes, Emerita |
| 164. | Lamb Firm, LLC, The | Rodriguez-Alier, Adela | Amadis-Rosario, Gladys v. Merck & | 2:05-cv-06234-EEF-DEK | Perez Perez, Ruben |

|  | Primary Counsel | Claimant Name | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|
|  |  |  | Co., Inc. |  |  |
| 165. | Lamb Firm, LLC, The | Ryan-Guzman, Guillermo | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Carpozan Guerro, Isidra |
| 166. | Lamb Firm, LLC, The | Villegas-Rodriguez, Francisca | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Matos-Villegas, Eduardo |
| 167. | Lamb Firm, LLC, The | Villegas-Rodriguez, Francisca | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Matos-Villegas, Felix |
| 168. | Lamb Firm, LLC, The | Villegas-Rodriguez, Francisca | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Matos-Villegas, Pedro |
| 169. | Lamb Firm, LLC, The | Zayas-Zayas, Bernabela | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quintana-Zayas, Norma |
| 170. | Langston & Langston, PLLC | Avant, Mae Helen | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK | Avant, Janet |
| 171. | Matthews & Associates | Feliciano Vasquez, Jose | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK | Feliciano, Ramonita |
| 172. | Matthews & Associates | Ferrer Torres, Luis A. | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK | Martinez Ferrer, Ilia |
| 173. | Matthews & Associates | Hogan, Joy J. | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944-EEF-DEK | Hogan, Glen |
| 174. | Matthews & Associates | Mitchell, Dorothy J. | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Scott, Antionette |
| 175. | Matthews & Associates | Mitchell, Ollie M. | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Mitchell, Ned |
| 176. | Matthews & Associates | Ortiz Santana, Carmen | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK | Oliveras Ortiz, Maribel |
| 177. | Matthews & Associates | Rodriguez Marquez, Manuel | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK | Rodriguez Perez, Sheily |
| 178. | Matthews & Associates | Rodriguez Ramirez, Olga | Marieti, Edgardo R. v. Merck & Co., Inc. | 2:06-CV-07041-EEF-DEK | Medina, Victor |
| 179. | Pro Se | Cheffo, Donald | Cheffo, Donald N. v. Merck & Co., Inc. | 2:05-cv-03484-EEF-DEK | Cheffo, Jacqueline |
| 180. | Pro Se | Diaz, Leonel | Diaz, Leonel v. Merck & Co., Inc. | 2:06-cv-11130-EEF-DEK | Diaz, Maria |
| 181. | Pro Se | Feltovich, John Edward | Feltovich, John E. v. Merck & Co., Inc. | 2:05-cv-03474-EEF-DEK | feltovich, mary |
| 182. | Pro Se | Williams, Oscar | Williams, Oscar v. Merck & Co., Inc. | 2:05-cv-03550-EEF-DEK | Williams, Nadine |
| 183. | Schmidt, Douglas M., APLC | Reid, Wallace | Reid, Wallace Jr. v. Merck & Co., Inc. | 2:07-cv-01640-EEF-DEK | Reed, Virgie |
| 184. | Silverman & Fodera | Small, Edward W. | Small, Eileen v. Merck & Co., Inc. | 2:06-cv-02717-EEF-DEK | Small, Jr., Edward |
| 185. | Silverman & Fodera | Snyder, Erma E. | Snyder, Richard E. v. Merck & Co., Inc. | 2:05-cv-01105-EEF-DEK | Thomas, Barbara |

|  | **Primary Counsel** | **Claimant Name** | **Case Caption** | **Docket Number Current** | **Derivative Claimant Name** |
|---|---|---|---|---|---|
| 186. | Simon Passanante PC | Barnett, Lillie I. | Anderson, Debra v. Merck & Co., Inc. | 2:05-cv-01045-EEF-DEK | Ross, Tahariah |
| 187. | Simon Passanante PC | Parker, Roberta E. | Noble, Richard v. Merck & Co., Inc. | 2:05-cv-01060-EEF-DEK | Parker, DeAnthony |
| 188. | Weykamp, Paul A., Law Offices of | Biensach, Frederick | Biensach, Doris v. Merck & Co., Inc. | 2:05-cv-05115-EEF-DEK | Biensach, Doris |
| 189. | Wilner Block, P.A. | Carroll, Janet Marie | Carroll, Lisa M. v. Merck & Co., Inc. | 2:05-cv-04441-EEF-DEK | Carroll, Lisa |
| 190. | Young Firm, The | Beyer, Penny S. | Beyer, Penny S. v. Merck & Co., Inc. | 2:06-cv-05831-EEF-DEK | Beyer, Tim |
| 191. | Young Firm, The | Childers, Janette D. | Childers, Janette D. v. Merck & Co., Inc. | 2:06-cv-06754-EEF-DEK | Childers, Sr., James |
| 192. | Young Firm, The | Gifford, Robin | Gifford, Robin v. Merck & Co., Inc. | 2:06-cv-06431-EEF-DEK | Gifford, Gordon |
| 193. | Young Firm, The | Pinegar, Harold D. | Pinegar, Harold v. Merck & Co., Inc. | 2:05-cv-04286-EEF-DEK | Pinegar, Diana |
| 194. | Young Firm, The | Prill, Sandra K. | Prill, Sandra K. v. Merck & Co., Inc. | 2:06-cv-05823-EEF-DEK | Prill, Gregory |