*Sixth OSC Motion re Enrollment Deficiencies*
*Exhibit B – Tolling Claimants*
*(missing derivative signatures)*

|  | **Primary Counsel** | **Claimant Name** | **DOB** | **City** | **State Abbrev** | **Derivative Claimant Name** |
|---|---|---|---|---|---|---|
| 1. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Kidder, James | 01/12/34 | Lafayette | LA | Kidder, Arlene |
| 2. | Becnel Law Firm, LLC | Thompson, Glenn G. | 10/5/36 | Lebanon | TN | Thompson, Allen |
| 3. | Gallagher Law Firm (TX) | Gibson, Annie Ruth | 12/16/15 | Cinncinati | OH | Missing data, |
| 4. | Irwin & Boesen, P.C. | Jabs, Henry H. | 2/10/18 | Littleton | CO | Jabs, Magdalene |
| 5. | Levensten Law Firm, P.C. | Schemm, Mary | 4/14/47 | Randalstown | MD | MISSING DATA, |
| 6. | Levensten Law Firm, P.C. | Young, Louis M. | 9/1/34 | Fenton | MO | no data, |
| 7. | Matthews & Associates | Church, Florine | 12/25/30 | Redding | CA | Allen, Darrell |
| 8. | Matthews & Associates | Lee, Mary N. | 3/6/27 | Lawrenceville | GA | Lee, Willie |
| 9. | Obioha, Pius A., Law Offices of, LLC | Saphrey, Gladiston W |  |  |  | MISSING DATA |
| 10. | Powell and Majestro, PLLC | Kirk, Virginia L. | 7/19/28 | Parkersburg | WV | Kirk, Mason |
| 11. | Pro Se | Amaya, Petra (patsy) P. | 1/20/47 | San Antonio | TX | Missing Data, |
| 12. | Pro Se | Combs, Rita Marga | 2/12/34 | Jacksonville | FL | Missing Data, |
| 13. | Pro Se | Davis, Billy Clent | 10/2/31 | Nederland | TX | missing data, |
| 14. | Pro Se | Elmore, Opal | 8/9/29 | Whitesboro | TX | MISSING DATA, |
| 15. | Pro Se | Ferrell, Janice Faye | 5/25/38 | Granbury | TX | Data Missing, |
| 16. | Pro Se | Hopkins, Delena Cherrie |  |  |  | Data, Missing |
| 17. | Pro Se | Jones, Mary Frances | 1/27/34 | Beaumont | TX | no data, |
| 18. | Pro Se | Lewis, Vera Lucille | 8/13/51 | Garland | TX | Missing Data, |
| 19. | Pro Se | Miller, Claudest M. | 9/24/36 | Tavares | FL | spouse, |
| 20. | Pro Se | Powe, Helen Ann | 5/28/59 | Houston | MS | no data, |
| 21. | Pro Se | Pugliese, Cindy Marie |  |  |  | Spouse, |
| 22. | Pro Se | Riney, Dorothy Ophelia | 4/23/29 | Canton | TX | Missing Data, |
| 23. | Pro Se | Saunders, Ernest Dwight | 9/27/45 | Hazen | AR | Saunders, Cynthia |
| 24. | Pro Se | Thompson, Melody D. | 11/6/66 | Wesley Chapel | FL | Missing Data, |
| 25. | Pro Se | Welke, Leroy Alfred | 3/5/27 | Rochester | MN | Welke, Rose |
| 26. | Pro Se | White, Frank |  |  |  | Missing Data, |
| 27. | Silverman & Fodera | Lindsey, Gerald | 6/9/66 | New Salem | PA | Lindsey, Jane |
| 28. | The Law Group, Ltd. | Lynch, Dustan W. | 1/16/19 | Cambridge | OH | Lynch, Ruth |
| 29. | The Law Group, Ltd. | Peterson, Marie E. | 7/12/22 | Rockford | IL | Peterson, Robert |
| 30. | Weitz & Luxenberg, P.C. | Choice, Arbie | 11/4/45 | Winona | TX | Choice, Althea |
| 31. | Weitz & Luxenberg, P.C. | Hilton, Carl B. | 1/10/25 | Picayune | MS | Hilton, Elizabeth |
| 32. | Weitz & Luxenberg, P.C. | O'Brien, Jr, Lercy | 1/16/43 | Kaplan | LA | Evans-O'Brien, Hazel |
| 33. | Weitz & Luxenberg, P.C. | Weese, Arthur E. | 12/13/33 | Phoenix | AZ | Weese, Verna |

970516v.1