UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * * | | |

MONTHLY STATUS CONFERENCE
MARCH 27, 2009
<u>SUGGESTED AGENDA</u>

I.    Settlement Agreement

II.   Registration and Enrollment of Claims in the Settlement Program

III.  Lien Administrator

IV.   Special Master and Deputy Special Masters

V.    State Court Trial Settings

VI.   Class Actions

VII.  Discovery Directed to Third Parties

VIII. State/Federal Coordination -- State Liaison Committee

IX.   *Pro Se* Claimants

X.    Vioxx Suit Statistics

XI.   PSC MDL Trial Package

- 1 -

970503v.1

XII.    Third Party Payor Cases

XIII.   Motion to Dismiss Foreign Individual Cases

XIV.    Third Party Payors' Motion

XV.     Merck's Motion and Rule on PTO 28 Non-Compliance

XVI.    Decision Quest, Inc.

XVII.   Fee Allocation Committee

XVIII.  Motion for Reconsideration/Revision of Order Capping Contingent Fees

XIX.    Merck's Motions and Rules on PTO 29 Non-Compliance

XX.     Merck's Motion on PTO 31 Non-Compliance

XXI.    Other Motions

XXII.   Next Status Conference

970503v.1