| | |
|---|---|
| RHODA OVERSTREET,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., and PFIZER, Inc.<br><br>Defendants. | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA<br><br>CASE NO. 2:06cv2064<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MERCK & CO., INC. |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Merck & Co., Inc. as follows:

All Claims in this matter against Defendant Merck & Co., Inc., are dismissed with prejudice and without costs. Each party shall bear its own attorneys fees and costs. All other claims against all other Defendants shall remain pending.

The following counsel represent that they have the authority of each of their respective clients to enter into this stipulation on their behalf.

BUBALO, HIESTAND & ROTMAN

By: /s/ Leslie M. Cronen
Gregory J. Bubalo
Leslie M. Cronen

401 South Fourth Street, Suite 800
Louisville, KY 40202
(502) 753-1600

Dated: 2-27, 2009

*Attorneys for Plaintiffs*

WILLIAMS & CONNOLLY LLP

By: /s/ Douglas R. Marvin
Douglas R. Marvin

725 Twelfth Street N.W.
Washington, D.C., 20005
(202) 434-5400

Dated: 3-2, 2009

*Attorneys for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Stipulation of Dismissal With Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th of March, 2009.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel