# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx                              *
Products Liability Litigation             *          MDL No. 05-1657
                                          *
This Document Relates To:                 *          JUDGE FALLON
                                          *
                                          *          MAGISTRATE JUDGE KNOWLES
*Martin Ralph Barrows, et al.,*           *
                                          *          CIVIL ACTION NO. 2:06-cv-10269
  *v.*                                    *
                                          *
*Merck & Co., Inc., et al.*               *
                                          *
With regard to:                           *
                                          *
Madonna Haren                             *

********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Madonna Haren and Defendant, Merck & Co., Inc.,  hereby stipulate,

pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck

& Co., Inc., in the above-styled lawsuit, each party to bear its own costs.


NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.


_____
DISTRICT JUDGE

964981v.1