UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® <br>    PRODUCTS LIABILITY <br>    LITIGATION | ) <br> ) <br> ) <br> ) | MDL NO. 1657 <br><br> Section: L |
| | ) ) | Judge Fallon <br> Magistrate Judge Knowles |
| THIS RELATES TO: <br>    Bob Stephens, <br>    Individually, and as the Administrator <br>    for the Estate of Johnie Stephens, <br>    deceased <br><br>    v. <br><br>    Merck & Co., Inc. <br><br>    Civil Action No: E.D. La 06-CV-1678 <br>                  ARE 4-06-CV-0259 WRW | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

## NOTICE OF ATTORNEY'S LIEN

Comes now Gary Eubanks & Associates, P.A., pursuant to Ark. Code Ann. § 16-22-304 (Supp. 2007), and hereby asserts an attorney's lien of thirty-two (32) percent herein on any amounts due to Plaintiff, Bob Stephens, Individually, and as Administrator of the Estate of Johnie Stephens, deceased, in the following case: *Bob Stephens, Individually, and as Administrator for the Estate of Johnie Stephens, deceased v. Merck & Co., Inc., a New Jersey Corporation*, E.D. La. 06-1678, MDL No. 1657 (originally E.D. Ark. No. 4-06-CV-0259 WRW).

                                                          Respectfully submitted,

                                                          GARY EUBANKS & ASSOCIATES, P.A.
                                                          P.O. Box 3887

Little Rock, Arkansas 72203
(501) 372-0266
eubanksg@garyeubanks.com


/s/   Gary L. Eubanks
Gary L. Eubanks, 60014


**CERTIFICATE OF SERVICE**

I, Gary L. Eubanks, hereby certify that the above and foregoing Notice of Attorney's Lien has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 26th day of March, 2009.

I further certify that the above and foregoing was served via U.S. Mail upon the following:

Bob Stephens
4005 Royal Oak
North Little Rock, Arkansas 72116

Jennifer Goodwin
Vioxx Claims Administrator
115 S. 15th Street, Suite 400
Richmond, VA 23219-4209


/s/ Gary L. Eubanks
Gary L. Eubanks
AR BIN 60014
Attorney for Plaintiff
GARY EUBANKS & ASSOCIATES, P.A.
P.O. BOX 3887
LITTLE ROCK, ARKANSAS 72203-3887
PHONE: (501) 372-0266
FAX: (501) 688-7738
eubanksg@garyeubanks.com

2