# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:<br>2:06cv10270** |
| **LaDonna King** | PLAINTIFF |
| **v.** | |
| **Merck & Co., Inc.** | DEFENDANT |

\* \* \* \* \* \* \*
## ENTRY OF APPEARANCE

Comes the Plaintiff and hereby notify the Court and counsel that Ann B. Oldfather and OLDFATHER LAW FIRM hereby enter their appearance as counsel for the Plaintiffs.  Pleadings related to this matter should be served on Ms. Oldfather and OLDFATHER LAW FIRM at:

> OLDFATHER LAW FIRM
> 1330 South Third Street
> Louisville, KY  40208
> (502) 637-7200

    Respectfully submitted,

    /s/
    Ann B. Oldfather
    OLDFATHER LAW FIRM
    1330 South Third Street
    Louisville, KY  40208
    (502) 637-7200
    *Co-Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Entry of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of March, 2009.

/s/_____
Ann B. Oldfather