# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:<br>2:06cv09814** |
| **Marilyn J. Osiecki and<br>Scott Osiecki (h/w)** | PLAINTIFFS |
| **v.** | |
| **Merck & Co., Inc.** | DEFENDANT |

\* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

Come the Plaintiffs and hereby notify the Court and counsel that Ann B. Oldfather and OLDFATHER LAW FIRM hereby enter their appearance as counsel for the Plaintiffs. Pleadings related to this matter should be served on Ms. Oldfather and OLDFATHER LAW FIRM at:

> OLDFATHER LAW FIRM
> 1330 South Third Street
> Louisville, KY  40208
> (502) 637-7200

Respectfully submitted,

/s/
Ann B. Oldfather
OLDFATHER LAW FIRM
1330 South Third Street
Louisville, KY  40208
(502) 637-7200
*Co-Counsel for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Entry of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of March, 2009.

/s/_____
Ann B. Oldfather