UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | § | |
|---|---|---|
| IN RE | § | MDL NO. 05-1657 |
| VIOXX PRODUCTS LIABILITY | § | |
| LITIGATION | § | CASE NO. 06-6406 |
| | § | |

## MOTION FOR SUBSITITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff Glen Cokefield, Jr. and would show unto the Court as follows:

Attorney of Record for Plaintiff is Shari A. Wright of Reich & Binstock, LLP.

Plaintiff has obtained new counsel and wishes to substitute counsel. By agreement, the below signed Attorney wishes to withdraw, and Plaintiff wishes to substitute the following Counsel:

> Pierre T. Williams
> Law Office of Pierre T. Williams
> State Bar No. 00798587
> 6728 Braeview Dr.
> Fort Worth, Texas
> (817) 658-3307 / (817) 577-0570
> (909) 740-1665 Fax

Plaintiff Glen Cokefield, Jr. hereby grants Reich & Binstock, LLP a lien in the amount of twenty five hundred dollars ($2,500.00) to Reich & Binstock, LLP as a result of their representation of Plaintiff in the Vioxx Products Liability Litigation. This lien may attach to any recovery Plaintiff may obtain, whether by arbitration award, judgment, settlement or otherwise.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

- By execution of this Motion, all parties indicate their agreement to said Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court allow the Substitution of Counsel as set forth herein.

Respectfully submitted,

*(signature)*

Pierre T. Williams
State Bar No. 00798587
6728 Braeview Dr.
Fort Worth, Texas
(817) 658-3307 / (817) 577-0570
(909) 740-1665 Fax


**AGREED AS TO FORM AND SUBSTANCE:**

*(signatures)*

Shari A. Wright
Reich & Binstock, LLP.