UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2009 MAR 26 AM 11: 43
LORETTA G. WHYTE
CLERK

| | § | |
|---|---|---|
| IN RE | § | MDL NO. 05-1657 |
| VIOXX PRODUCTS LIABILITY | § | |
| LITIGATION | § | CASE NO. 06-6406 |
| | § | |

### ORDER SUBSTITUTING COUNSEL

BE IT REMEMBERED, that on the 19th day of March, 2009, came on to be considered the above and foregoing Motion for Substitution of Counsel by Defendant. After consideration of the same, it is the opinion of the Court that the same be Granted

Signed and entered this 19th day of March, 2009.

_____
JUDGE PRESIDING

Clerk to serve:

Pierre Williams
6728 Braeview Dr.
Fort Worth, TX 76137

Vioxx Pro Se Curator
400 Poydras St.
Suite 2450
New Orleans, LA 70130

Glen Cokefield
12662 Jupiter Rd, Apt 922
Dallas, TX 75238

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep____
___ Doc. No.____