United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130
(Att: Clerk Attorney)

VIOXX

I am writing you this Letter to ask you if you Collected any money for me, From the Company's I worked for yet? Merk, Captiol metro Transit, Celadon Trucking Co, KLLM Transport Services and Shaffer Trucking Co.?

Thank you
Dorothy A. Griffin
MDL: 1657
VCN: 1081041
Doc. #13136

(P.S. I Filed on all these Company's.)

**TENDERED FOR FILING**

MAR 2 6 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Dorothy A. Griffin
4426 Hillside Circle
Lindale, TX, 75771

Att. Clerk Attorney

7013 0140 0000 5333 4555

Clerk's Office
United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130