Att: Judge Fallon

VIOXX

Vioxx Claims Administrator
P.O. Box 85031
Richmond, VA. 23285-5031
(Att: Diann W. Baits)

To Whom it may concern, I Dorothy A. Griffin, File for lost wadges, pain & suffering, Out of Pocket expenses, Medical bills, On Merk, Celadon Trucking Co, Captiol Metro Transit, Shaffer Trucking, & KLLM Transport Services.

Thank you
Dorothy A. Griffin

MDL: 1657
VCN:
Doc. No: 13136

P.S. "Please Let me know if you were able to make these co.'s pay me.?

TENDERED FOR FILING

MAR 26 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Timothy A. Griffin
1426 Hillside Circle
Lindale, TX. 75771

Att: Judge Fallon

7013 0419393

United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130