RECEIVED
FEB 2 6 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

324 C Street
#156
Chula Vista,
CA. 91910

Feb. 20, 2009

Honorable Elder Fallon
Vioxx M. D. L.
500 Poydram St.
Room "C" 456
New Orleans, La. 70130

Hon. Judge Fallon:

    You do not know me, but I was given your address by Claudia Santoyo. When I spoke to her, she said she was going to call me with more information. She has not called as to this date. Therefore, I have chosen to write to you directly.

    My attorney, Mr. L. W. Finson with Phillips and Associates of Arizona, has decided not to represent me. Why? (Your guess is better than mine.) He has had my case since 2005.

    I do know one of his last letters to me was incomprehensible. He (Mr. Finson) Stated:

1.) He was going to demand that my physicians would have to maintain my medical records for five (5) years. My thoughts, when I read that, was – "So, that is fine with me!"
2.) He also assumed, erroneously, that I had "never worked a day in my life." My thoughts were, "I have worked most of my life." As a matter of fact, I was going to school to become a counselor to those with drug and/or drug addiction. ( In fact I was performing volunteer work three to four days a week and had finished my Internship at Volunteers of America, in San Diego, California prior to my ingestion of "Vioxx" with its debilitating affect on my physical body. This was due to the Cox-2 inhibitors in Vioxx. It is not only my opinion, but researchers throughout the world have stated the process of Cox-2 inhibitors have caused many deaths. I am alive because of the physicians, technicians and the nursing staff care at Grossmont Hospital.

Mr. Finson, I believe, was not reading the mail I sent him- or any of the other documents I signed at his request. (Such as dozens of permission slips to obtain my medical records.)

- 1 -

    3.) Then, in the same letter, Mr. Finson stated (or threatened) that the "Judge" most likely will sue me. (I am pretty sure he was talking about you.) I did not know that it was usual for "Judges" to sue mere litigants,

In conclusion, regarding the three (3) above mentioned items, I have to believe That Mr. Finson was suffering from some sort of mental degeneration. Also, I want to mention, after that letter Mr. Finson never would return my telephone calls.

To continue, as I told Claudia Santoyo, I do believe my case should not be dismissed. I do believe my situation needs to be heard via due process and that it has merit. Especially since while I was hospitalized every test the doctors could perform, on me, they did decide to perform. The physicians at Grossmont Hospital stated to me there was test for infections, West Nile Virus, Epstein Bar Virus, and I was found to have negative results with the findings. The other tests consisted of urine, blood, heart, lungs, kidneys, liver in addition to a MRI and X-rays. It is obvious, that further research is certainly needed, on Cox-2 Inhibitors and the true results need to be reported to the FDA in addition to the medical community.

Hon. Judge Fallon, please help me to continue my quest for due process, as defined by our Constitution of the United States of America.

Sincerely,

S. Anne Hamilton

Enclosures:
    Copy of my letter to Phillips & Assoc.- Dec. 12, 2007
    Copy of my letter to L.W. Finson – Jan. 15, 2008
    Copy of Newspaper Article – 4-16-08
    Copy of Newspaper Article – 5-15-08
    Copy of AARP Mag. Re: "The Law" – Oct. 2008