324 C Street #156
Chula Vista, Ca.
91910

December 2, 2007

Phillips & Associates
Attorneys at Law
3030 North Third St. Suite 1100
Phoenix, Arizona 85012

Re:  Vioxx Litigation

     I am writing to verify receipt of your letter, dated November 19, 2007.
I received both envelopes November 27, 2007.

     Also, I want to refresh your memory regarding my particular situation.
Please read this carefully.

     To whom it may concern:

     At this point I want to refresh your memory about how I ended up in a
hospital, as an emergency patient.

     My regular physician, who I had been seeing for about fifteen {15}
Years [Lina Lacsanama-Schein, M.D.- A Family Physician] I called her the
day I thought I had a heart attack while I was returning home August 9,
2004.

     The doctor immediately said, "No, you just have heartburn" Then
I replied, "No, really, I think I had a heart attack."

     So, then the doctor said, "Well, come on in." So the next day
available I went in to see the doctor.

- 1 -

So, at my appointment I was checked-my blood pressure, my pulse, my temperature.  I was given a B-12 shot and some more Vioxx for my discomfort.

Within a day or so my daughter suggested I come over to her place and just rest and try to eat.  After several days I had to call my physician. I told her I felt horrible and it seemed to me, I was getting weaker.

So, I was given an appointment for August 22, 2004. (By the way, I was taking two Vioxx a day for my chest pain). I had a friend drive me to my appointment.  By this time I could hardly walk, my friend helped me out of the car and into Dr. Schein's office. The doctor called me into the exam room. Then she asked me to get on  the examination table. I was so weak I could not climb up on the table.  That is when the doctor told me, "You have to go to a hospital."  I remember I said ,"When? " She replied,"Now, which hospital do you want to go to Alvarado? or Grossmont?" I asked my friend, She said, "Grossmont is good " Then the doctor told me she would call the hospital and tell them I am coming. (That was the last time I ever saw or heard from my doctor again.)

Then when we arrived at Grossmont hospital there were three people waiting with a wheelchair, at the curb. They helped me into the wheelchair. Then I was pushed through the big front doors.  After that I cannot remember going into the elevator, the I.C.U., or being put into bed. The next thing I could remember was my daughter standing by my bed. I asked her," "Why were those people running around like crazy?" She said, "Mom, they were trying to save your life!" (So I just guessed that I passed out or was given medication.)

I really never felt so sick in all my life.  When I woke up – just out of intensive care unit – I had a couple of I.V., a catheter, and oxygen tube in my nostrils.  I could not move my legs. I was completely dependent upon the nursing staff, and my very concerned, two adult children.

In this extensive debilitating condition I had to be propped up to try to eat my meals, and use a bedpan, I had to be bathed and dressed.

- 2 -

My physical therapy began with an exercise of pointing my toes on each foot, while I was flat on my back. This sounds simple; however, I could not move my legs – so I found this a very exhausting maneuver, twice a day. Also, I could not turn over, bend my knees, or to sit up by myself.

In the beginning, along with my IVs I was given about twenty-three Different prescriptions, to take each and every. (So, if I was not eating my meals I was being tested beyond my endurance – every single test available in a modern hospital.) Also, after four months, graduating from stretcher, to a wheelchair, and now a walker, as a means of mobility shortly after I was allowed to go to my new apartment - with an elevator to the second story. In fact, I was not allowed to leave the hospital, unless I contracted for Meals-on-Wheels to deliver a special diet-of two meals a day. I also had a physical therapist to work with me for about a month. I was still so weak I could not stand long enough to shop, carry home groceries, and prepare and cook a meal. (I still have Meals -on –Wheels. I cannot lift skillets or baking dishes. I have never used my oven or top of range – I heat food in my Microwave, exclusively.) If I did not have Meals-on-Wheels, I would have to pay rent for a two bedroom, and hire a domestic to live-in and prepare my meals. If I did not arrange for one or the other situation, the hospital would not discharge me.

Also, there was an inspection by the hospital authorities, of my bathroom facilities. I needed a special shower chair along with a shower hose and single safety hot water device. The tub had to have safety handrails, and a non-slip rubber mat on the bathtub floor.

When I was hospitalized, there was a problem with the bottom of my feet. I had to have this 1/8-inch thick growth of skin removed. Today, I have to use special tools (pumice stone and a metal foot scraper) along with taping clear plastic wrap, three or four times a week, at night, to my feet. I also have a persistent rash on my ankle and part of my leg. Sometimes the skin on the bottom of my feet crack open and I have to use bandages to help the crack heal.

- 3 -

I do need a nap every day. My energy is certainly not what it was before my long four months in a hospital. Earlier in 2003, before Vioxx I was healthy enough to attend my Granddaughter's wedding in Colorado. She chose a "Dude" ranch, where the ceremony was preformed outside, beside a flowing brook with the high peaks in the background. I believe the altitude is about 7,000 feet. We all had comfortable cabins for our six-day stay filled with one event after another. I attended special dinners, Barbecues, Pancake community breakfasts, dances, and a Pizza Party. In addition, I went horseback riding, on a hayride – pulled by Clydesdale horses, and on a hiking trip.

Also, a few months before that time – I was going to City College and volunteering about fifteen hours a week at Volunteers of America. In addition I was captain of our Neighborhood Watch. So, as you can see I was very active before my unfortunate encounter with Merck. Now, I use a walker to get about and spend a good amount of time seeing doctors. My blood is taken several times a month to monitor my vital organs functioning. Sometimes my medication has to be changed to bring my blood up to normal.

Again, while I was hospitalized I was told my organs were "cascading". It began with my heart failure, then my lungs, and then my kidneys, and my liver, all were shutting down.

I had never heard of "cascading organs". However since that time I have heard News reports that use that term. Do you remember the Russian spy, Alexander Litvinenko ? Well, he had defected to Britain. He became sick and went to a hospital. They reported his organs were "cascading". He died because of radioactive polonium 210 poisoning on November 23,2006. Then, as you know the previous Pope past away. Well, the News reported that the Pope's organs were "Cascading". Those are the only two people I have ever heard the term "cascading organs" applied – with the exception of myself. So, when I heard they both died I felt lucky that I am still here on this earth.

- 4 -

Therefore, as you now may realize, that I had several other organs compromised. I have been told, revitalization of an organ does not mean the organs can survive without future vulnerabilities.

This may be a good place to inquire – "Have you instigated a law suit against my former physician (Lina Lacsamana-Schein, M.D.) for Mal-Practice?" I do know I signed a permission slip for you to do so.

Also, I would like for you to re-read the letter I sent you dated, June10, 2007.   You may remember, I was taken to the hospital – again.

I must state at this time – I read your form letter of November 19, 2007, carefully.  It certainly was like a form letter, with stated "bench-mark dates" and requests for my signature on forms – giving you permission to obtain various documents from hospitals and physicians. I have already signed several forms, which you have in your possession.

Your letter, dated November 19, 2007, lacks any indication of individual circumstances.

The details, of your letter, are also interesting.  Merck Corporation Made an offer to settle the law suits, but the fact that Merck Corp states it will settle in the future, (Whenever that date will be.) indicates Merck can choose the dates. (Is Merck's chief executive, Richard Clark, waiting for Merck's increase in the value of their stock?) The deal will be triggered once 85 per cent of those who have filed claims agree to the terms.

According to Andrew Longstreth, The American Lawyer: "It is a sign of the times a company can express relief after agreeing to settle a massive set of lawsuits for $4.85 billion. But Merck & Co.'s decision to end the Vioxx wars, November 9, 2007, appears to be a victory for a company facing $20 billion in liability, and a validation of its courthouse strategy to fight each case."

- 5 -

The following is a quote from the San Francisco Chronicle, dated, November 10, 2007.

"Merck & Co. said that it has agreed to pay $4.85 billion to settle most of the lawsuits claiming that its former blockbuster drug Vioxx caused thousands of heart attacks and strokes while the company concealed what it knew about the risks."

The Wall Street endorsement is proof that the settlement is 'inordinately low,' said Sydney Wolf of the drug watchdog group Public Citizen. Sydney Wolf stated, 'The congressional investigation changes so far will not prevent another dangerous drug from staying on the market. Congress should overturn the current system of funding the FDA from drug company fees, he said, because it leads agency officials to avoid taking a strong stand against the people paying the bills.'

As Justin Scheck, of The Recorder, October 1, 2004, stated –"Even before Merck's public admission that Vioxx is harmful, hundreds of test cases were headed to trial around the country. Now that Merck has pulled the plug on the star drug, which netted $2.5 billion a year, plaintiff attorneys are gearing up for a repeat of the Baycol, Rezulin, and fen-phen torts." Now, I hope you are very knowledgeable regarding such torts.

The following is from The Wall Street Journal Reports: Two reports by the Wall Street Journal have shed light on the frequency of Vioxx side effects and that Merck actually knew about the drug's dangers. The first report was printed on October 5, 2004. The report stated that Vioxx was responsible for more than 27,000 heart attacks and sudden cardiac deaths, before Merck decided to recall the drug. The Wall Street Journal report cited an unreleased study of Vioxx side effects by government regulators.

A second report by the Wall Street Journal was printed on November 1, 2004 that claimed documents exist that show that Merck hid or denied evidence for years that its blockbuster arthritis drug Vioxx causes heart problems. The report detailed specific emails and correspondence that Merck executives clearly knew about the risk of heart attack and stroke.

The report mentions a March 9, 2000 e-mail from Merck research director Edward Scolnick to colleagues conceding an elevated risk of heart attack and stroke was "clearly there." However Merck continued to try to discredit academic researchers critical of Vioxx. The Journal also reported that the training document from Merck listed potentially difficult questions about the drug and stated in capital letters, "DODGE!"

I understand Merck admitted "_No_" wrong doing in the settlement conditions. So, what does the above Wall Street Journal report indicate? Is this approach to their problems honest or truthful on the part of Merck? Not in my mind. If this denial took place under oath – it would be considered perjury. (Where is our judicial when you need them?)

In addition, have ever heard of Cost Benefit Analysis? Well, at the rate of $2.5 billion net profit on the sale of Vioxx the formula would show that the longer they are able to market Vioxx, regardless of the toll taken on unsuspecting victims – the larger the corporation's bottom line. How in the world does Merck's chief executive, Richard Clark, live with himself? He reminds me of Tony Sopranos in the television series, "The Sopranos". Does Richard Clark realize 59,000 victims of Vioxx have lost their lives? Or does Merck's chief executive know that 139,000 victims are in the same condition as I am, or worse? (There were only 58,000 Americans killed in the Vietnam conflict-Merck has managed to beat the Vietnam death record.)

In conclusion, after a bit of research I have decided to reject this proposed settlement by Merck & Co. I choose to have my individual case adjudicated in court with a jury trial.

I believe with my knowledge of my "cascading organs" and facing the doors of death – Merck has to realize just what damages have been perpetuated by their ill chosen decision not to remove Vioxx early in 2000, and their cavalier disregard for human life in making their decisions.

Also, my consideration of the probability of the need for an organ transplant at a future date logically influences my decision. I do know that the cost of even a stint for ones heart can cost $250,000. I have to think of my future expenses to stay alive, with a quality of life that reflects my values.

Thank you for reading carefully this reply to your November 19, 2007

Now you can appreciate my need for an individual Jury Trial.

Sincerely,
S. Anne Hamilton

P.S. If I cannot be reached via my telephone- my daughter, Sharon Lynn Pierre agreed to take a message. Her cell phone Number is (619) 726-5513.

- 8 -