UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                              :   MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION    :   SECTION: L
                                        :
                                        :   JUDGE FALLON
                                        :   MAG. JUDGE KNOWLES

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Judy Vergason, in which Ms. Vergason indicates that she no longer wishes to pursue her case. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 19th day of March, 2009.

                                                    UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Ms. Judy Vergason
PO Box 243
Terra Ceia, FL 34250-0243



1