Hon. Eldon E. Fallon
US District Judge
U.S. District Court Eastern District of Louisiana
500 Poydras Street
Room c-456
New Orleans, La 70130

Feb. 24, 2009

Don. Eldron E. Fallon,

Find enclosed a copy of the letter the firm of Sanders and Walker sent me explaining what happened as well as my rights.

I wish to no longer pursue my claim in the name of Jim Mitchell for a wrongful death suit.

Sincerely,

Judy Vergason
PO Box 243
Terra Ceia, Fl. 34250-0243

941-722-1329
javjav42@yahoo.com



**JOSEPH H. SAUNDERS**
BOARD CERTIFIED CIVIL TRIAL
LAWYER BY THE FLORIDA BAR AND
THE NATIONAL BOARD OF TRIAL ADVOCACY

**MARGARET N. WALKER**
**RICK KRISEMAN**

**PARALEGALS**
F. Maria DiDonna
Mary L. Edwards
David R. Ernst
Domenick Murano
Peter L. Schweitzer, M.A., M.Div.

**CONSUMER JUSTICE ATTORNEYS**
SaundersLawyers.com

**PINELLAS PARK**
3491 Gandy Boulevard North, Suite 200
Pinellas Park, Florida 33781
(727) 579-4500   FAX (727) 577-9696
800-748-7115

**BRADENTON**
1001 Third Avenue West, Suite 361
The Executive Offices at SunTrust Center
Bradenton, Florida 34205
(941) 745-1005

Please Reply to P.O. Box 1637
Pinellas Park, FL 33780-1637
E-Mail: info@saunderslawyers.com

**MEDICAL PRODUCTS LIABILITY**
Darlene T. Korab, RN, BSN, RAC

January 30, 2009
CERTIFIED MAIL

Mrs. Judy Vergason
P. O. Box 243
Terra Ceia, FL 34250-0243

Re: Notice of Withdrawal of Representation

Dear Mrs. Judy Vergason:

     This is to confirm our conversation during which we informed you of our decision to withdraw our representation. As we discussed we have concluded that we will be unlikely to achieve a successful result for you in this matter.

     The Claims Administrator will provide you with a written notice of the Gate Committee's final determination. A final determination of ineligibility will trigger several deadlines for different pathways, including: appealing the Gate Committee determination to the Special Master; or executing and delivering a Future Evidence Stipulation.

     As you know, the Claims Administrator previously determined that the claim does not meet eligibility requirements for the Settlement Program due to failure to meet the Vioxx drug usage proximity criterion:

<u>Proximity Gate</u>. Claimant must produce evidence that he ingested Vioxx within 14 days of the event as follows: at least 30 pills dispensed in the 56 days immediately preceding the Eligible Event; at least 90 pills dispensed in the 140 days immediately preceding the even; at least 120 pills dispensed in the 180 days immediately preceding the event; or at least 250 pills dispensed during the 12 months immediately preceding the event.

Page Two
Mrs. Judy Vergason
January 30, 2009

You will recall that Mr. Mitchell's Vioxx prescription documentation consisted of a single prescription for 30 Vioxx tablets, dated 09/25/2002. In order to meet the Proximity Gate requirement, the 30 Vioxx tablets needed to have been dispensed on or after 10/21/2002. Moreover, on 10/24/2002, Michael Seaman, M.D. noted that Mr. Mitchell stopped using Vioxx since he believed it contributed to his weakness. Mr. Mitchell suffered sudden cardiac arrest almost two months later.

We have filed with the Court a Motion to Withdraw as Counsel. Our withdrawal means we will not take any further action. Opinions of attorneys may differ on matters such as these. For this reason, should you wish to continue to pursue your claim, we urge you to immediately retain an attorney familiar with the law and the procedures in Federal Court to represent you. Alternatively, you may choose to proceed with your claim *pro se*, that is, without representation by a lawyer.

Within 30 days of the date of this certified letter, you must send a letter to the Court (Hon. Eldon E. Fallon, U.S. District Judge, U.S. District Court, Eastern District of Louisiana, 500 Poydras Street, Room C-456, New Orleans, LA 70130), informing the Court that you:

- Consent to our Motion to Withdraw as Counsel; or
- Oppose our Motion to Withdraw as Counsel; or
- You no longer wish to pursue your claim.

Additionally, if you wish to continue to pursue your claim, you must accomplish the following within 30 days of the date of this certified letter:

- Secure new counsel. If you engage new counsel, please provide the enclosed copy of this Order to your new counsel who, in turn, must file a Notice of Appearance within five (5) days of the engagement; or
- Contact the Curator to apprise him of your intention to proceed with your claim *pro se*. The Curator is Mr. Robert M. Johnston, Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, LA 70130, 504-561-7799, rmj@rmj-law.com.

Page Three
Mrs. Judy Vergason
January 30, 2009

We regret that we are unable to assist you further at this time. <u>We do ask you to sign a photocopy of this page and return it to our office in the enclosed stamped and addressed envelope to acknowledge receipt, understanding of this notice, and consent to our withdrawal. We also ask that you provide, in writing, on this same page the name, address, and telephone number of a relative or friend who can be contacted in the event that you cannot be located.</u>

Very truly yours,

Joseph H. Saunders
Board Certified Civil Trial Attorney

JHS/dtk
Enclosures