UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                              :     MDL NO. 1657
   PRODUCTS LIABILITY LITIGATION          :     SECTION: L
                                          :
                                          :     JUDGE FALLON
                                          :     MAG. JUDGE KNOWLES

## ORDER

The Court is in receipt of the attached Objection to Notice of Lien. IT IS ORDERED that the Notice be entered into the record. In addition, a copy of the Notice shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 19th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

1