FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAR 26  AM 11: 42

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                  :    MDL NO. 1657
     PRODUCTS LIABILITY LITIGATION   :
                                  :    SECTION: L
                                  :
                                  :    JUDGE FALLON
                                  :    MAG. JUDGE KNOWLES

. . .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..:

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff George

Willie Buford, III. IT IS ORDERED that the correspondence be entered into the record. In

addition, a copy of the letter shall be forwarded to the Pro Se Curator to determine exactly what

relief, if any, the Plaintiff is seeking.

New Orleans, Louisiana, this 19th day of March, 2009.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

    Mr. Robert M. Johnston
    Vioxx Pro Se Curator
    400 Poydras Street
    Suite 2450
    New Orleans, LA 70130

___ Fee_____
___ Process_____
X  Dktd_____
✓ CtRmDep_____
___ Doc. No._____