UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RECEIVED
FEB 1 2 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

George Willie Buford, III,

    Plaintiff, Pro Se,

vs.

D.N.J. No: 2:08-4802
J.P.M.L. No: MDL 1657
E.D.La. No: _____

MERCK & CO. INCORPORATED,

    DEFENDANT.

# NOTICE

In an ORDER of the United States Judicial Panel on Multidistrict Litigation (The Panel) filed 31 December 2008, this cause of action was transferred from the District of New Jersey (The Honorable Mr. Dennis M. Cavannaugh, U.S.D.J., presiding) to the Eastern District of Louisiana (The Honorable Mr. Eldon E. Fallon, USDJ, presiding) for consolidated pretrial proceedings.

-1-

Prior to this consolidation, the Plaintiff expressed some concerns regarding the manner (and to what extent) his rights would be affected under the consolidation.

Now, the question has arisen again:

On the same day (31 December 2008) The Panel issued its ORDER lifting the stay, the District of New Jersey ORDERED the defendant to serve an answer or otherwise responsibly plead in this matter within 20 (twenty) days of receipt of the Court's ORDER.

The time to respond has now expired and the defendant has not answered or otherwise responsibly pled in this matter. The Court informed the defendant that its failure to comply with the Court's ORDER would result in a default being entered against the defendant.

The defendant has not notified Plaintiff of any extension of time sought or granted.

Plaintiff asserts that the ORDER of the Honorable Mr. Cavannaugh created a protectable liberty interest in having the defendant answer or otherwise responsibly plead to Plaintiff's claims in the time-frame specified by the Court's ORDER or, in the event of the defendant's failure to answer or otherwise responsibly plead to Plaintiff's claims entry of a JUDGMENT by Default in accordance with Rule 55(b), Federal Rules of Civil Procedure (F.R.Cv.P.).

The defendant, being neither infant nor incompetent person has not appeared in this action. The court electronically noticed defendant and served defendant with the Complaint and Summons 31 December 2008.

The defendant, a global pharmaceutical corporation, has converted to its use $75 billion and 1/3 its total

-3-

global revenues from fiscal year 2001 through fiscal year 2005 since, October 2005, thereby unlawfully enriching itself in violation of the Uniform Commercial Code (UCC) and federal law.

Succinctly put, Plaintiff needs that money and collateral pledged in the Private Security Agreement (PSA) MPC-4426-318-474 and UCC Financing Statement (Form UCC1) Instrument 200610020000043600 to pursue other issues (I've recently been denied an opportunity to be heard on appeal from denial of §2241 relief just because I'm a pauper).

How are Plaintiff's rights to the default affected by the Conditional Transfer Order? What happens now that Merck & Co., Inc., having it's own legal defense team, has failed to appear, answer or otherwise responsibly plead in this matter in over a month?

-4-

Plaintiff, appearing without benefit of counsel, and having no formal training in law, hereby petitions this Honorable Court to force the defendant to pay its certified debt. WITHOUT FURTHER DELAY.

Thanking this Court for its valuable time and attention in this matter.

Date: 06 February 2009

Certified Mail No.:
7008 1830 0000 2303 1037

Respectfully,

George Willie Buford III

George Willie Buford, III, sui juris
Without Prejudice, UCC § 1-207.4
Without Recourse, UCC §§ 3-415
and 3-501 et seq.
[30024-074 (under duress)]
P.O. Box 33
Terre Haute, Indiana 47808

- 5 -

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| George Willie Buford, III | ) |
| Plaintiff | ) |
| v. | )   Civil Action No. 2:08-4802 (DMC) |
| Merck & Co., Inc. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

    Above Named Defendant

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

GEORGE WILLIE BUFORD, III - REG. 30024-074
UNITED STATES PENITENTIARY
P.O. BOX 33
TERRE HAUTE, IN 47808

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                    William T. Walsh
                                    Name of clerk of court

Date: __12/31/2008__                                John Icklan
                                      Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ , by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

Date: _____

                                                    Server's signature

                                                    Printed name and title

                                                    Server's address

**Other Orders/Judgments**
2:08-cv-04802-DMC-MF BUFORD v. MERCK & CO., INC.

U.S. District Court

District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 12/31/2008 at 10:55 AM EST and filed on 12/31/2008
**Case Name:** BUFORD v. MERCK & CO., INC.
**Case Number:** 2:08-cv-4802
**Filer:**
**Document Number:** 2

**Docket Text:**
**ORDER granting IFP and directing Clerk to issue summons. Signed by Judge Dennis M. Cavanaugh on 12/30/08. (ji, )**


**2:08-cv-4802 Notice has been electronically mailed to:**

plc    njdnefps@njd.uscourts.gov

**2:08-cv-4802 Notice will not be electronically mailed to::**

GEORGE WILLIE BUFORD, III
REG. 30024-074
UNITED STATES PENITENTIARY
P.O. BOX 33
TERRE HAUTE, IN 47808

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=12/31/2008] [FileNumber=3145869-
0] [7835292e61e91d071ac278a0509b60c99d1a1f96af1d285dbabe595df19cf8417d
f95dd340d0a7d383d91c4ef2bc4ce26c9e54f3094fed8c9545f77b4400a786]]

## Service of Process:
2:08-cv-04802-DMC-MF BUFORD v. MERCK & CO., INC.

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 12/31/2008 at 1:29 PM EST and filed on 12/31/2008
**Case Name:** BUFORD v. MERCK & CO., INC.
**Case Number:** 2:08-cv-4802
**Filer:**
**Document Number:** 4

**Docket Text:**
**Summons Issued as to MERCK & CO., INC. Days Due - 20 (Mailed to Plaintiff). (ji, )**

2:08-cv-4802 Notice has been electronically mailed to:

plc    njdnefps@njd.uscourts.gov

2:08-cv-4802 Notice will not be electronically mailed to::

GEORGE WILLIE BUFORD, III
REG. 30024-074
UNITED STATES PENITENTIARY
P.O. BOX 33
TERRE HAUTE, IN 47808

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=12/31/2008] [FileNumber=3146489-
0] [4223b88e69950d3ef5e2420ef21da51a8c68fe2858bff39ac20ffac84d34851b66
b836e00922088dda1eea81c76d094984e43a90f5204cc2b74333e95f5f0201]]

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 9, 2009

*By the Court:*

| | |
|---|---|
| | GEORGE W. BUFORD, III,<br>Petitioner - Appellant |
| No.: 08-3157 | v. |
| | SUPERINTENDENT, U.S. Penitentiary,<br>Respondent - Appellee |

**Originating Case Information:**
District Court No: 2:07-cv-00221-RLY-WGH
Southern District of Indiana, Terre Haute Division
District Judge Richard Young

The following is before the court:

1. **PETITION FOR REHEARING, WITH A SUGGESTION THAT THE CASE BE HEARD EN BANC**, construed as a motion for reconsideration, filed by Appellant George Buford, on January 5, 2009.

On December 18, 2008, this court denied appellant's request for leniency, construed as a motion for reconsideration, and warned him that his appeal would be dismissed if he did not pay the required docketing fee by December 29, 2008.

The clerk of this court shall return the Petition for Rehearing, construed as a motion for reconsideration, to appellant. *See* Seventh Circuit Operation Procedure 1(c)(8) (authorizing the clerk to reject repetitive motions to reconsider).

form name: c7_Order_BTC (form ID: 178)

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge W. Royal Furgeson, Jr.
United States District Court
Western District of Texas

Judge Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

December 31, 2008

TO INVOLVED COUNSEL

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

George Willie Buford, III v. Merck & Co., Inc., D. New Jersey, C.A. No. 2:08-4802

Dear Counsel:

For your information, I am enclosing a copy of an order filed today by the Panel in the above-captioned matter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
April C. Layne
Docket Specialist

Enclosure

JPML Form 34B

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 31, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION
George Willie Buford, III v. Merck & Co., Inc., )
* D. New Jersey, C.A. No. 2:08-4802           )       MDL No. 1657

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Buford*) on November 13, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Buford* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-146" filed on November 13, 2008, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel