UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAR 26  AM 11: 43

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                                :       MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION   :       SECTION: L
                                        :
                                        :       JUDGE FALLON
                                        :       MAG. JUDGE KNOWLES

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Glen Cokefield. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the letter shall be forwarded to the Mr. Cokefield and his counsel of record.

New Orleans, Louisiana, this 19th day of March, 2009.

                                      UNITED STATES DISTRICT JUDGE

Clerk to Serve:

    Mr. Glen Cokefield
    12662 Jupiter Rd., Apt. 922
    Dallas, TX 75238

    Mr. Pierre T. Williams
    6728 Braeview Dr.
    Fort Worth, TX 76137

1

___ Fee_____
___ Process_____
X   Dktd_____
✓   CtRmDep_____
___ Doc. No._____