*Glen Cokefield*
*12662 Jupiter Road, Apt. 922*
*Dallas, Texas  75238*

Phone:  214-740-8221
Fax:     214-740-8800
Email:  gcokefield@lockelord.com

March 11, 2009

RECEIVED
MAR 1 3 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

**By Electronic and Regular Mail**
The Honorable Eldon E. Fallon
United States District Court for the
Eastern District of Louisiana
500  Poydras Street
Room C-456
New Orleans, La  70130

Re:  **In Re Vioxx Product Liability Litgation, MDL No. 1657**
      **Claims Administrator Notice of Ineligibility**
      **(Vioxx Claim Number (VCN): 1025705)**

Dear Judge Fallon:

Please let this letter serve as my formal and primary request to have my Vioxx case and/or claim returned back to the court docket for a jury trial. Enclosed you will find a copy of the Claims Administrator Notice of Ineligibility forms and a copy of my CVS Pharmacy prescription records.

For eligibility determination, without both Event Records and Proof of Use, a claim may not pass the Eligibility Requirements. So I am taking the opportunity to request that CVS Pharmacy be made a co-defendant with Merck Company in my Vioxx case. My request to include CVS Pharmacy as a co-defendant, is determined by their lack of record reflecting two months of prescription records, which would have served to make my claim eligible to meet two specified Gate requirements. Either by incompetence, negligence and/or some unknown implication, two months of prescriptions records no-longer exist.

The law firm that I first hired to handle my case felt that a settlement payday was more important than processing my claim through the MDL process, resulting in no action being taken on my behalf, including no discovery or depositions. I believe I am entitled to the discovery process.

Sincerely,

Glen Cokefield
Glen Cokefield Jr.

cc. Claims Administrator
    Attn: Diann Bates
    P.O. Box 85031
    Richmond, Virginia 23285-5031
    866-866-1729
    dbates@browngreer.com


    Pro Se Curator
    Attn: Claudia Patricia Santoyo, Esq.
    400 Poydras Street, Suite 2450
    New Orleans, LA 70130
    504-581-2606
    CPS@ahhelaw.com


    CVS Pharmacy
    Privacy Office
    One CVS Drive
    Woonsocket, RI 029895
    1-800-287-2414
    PrivacyOffice@cvs.com

# VIOXX Claims Administrator

Toll-Free Telephone: (866) 866-1729
Facsimile: (804)521-7299
claimsadmin@browngreer.com

Mailing Address:
P.O. Box 85031
Richmond, Virginia  23285-5031

Delivery Address:
115 South 15th Street, Suite 400
Richmond, Virginia  23219-4209

March 9, 2009

**By U.S. Mail**

Glen Cokefield
c/o Locke Lord Bissell & Liddell, LLP
220 Ross Ave., Suite 2200
Dallas, TX  75201-6776

Re:   **Claims Administrator Notice of Ineligibility**
      **Vioxx Claim Number (VCN): 1025705**

Dear Claimant:

Enclosed you will find a Claims Administrator Notice of Ineligibility, which informs you that the Claims Administrator has determined that your Primary and/or Secondary Injury fails one or more of the Gates and does not meet the Eligibility Requirements for the Settlement Program. This does not mean that your claim has ended. Although the Claims Administrator has determined that your claim is not eligible, the Gate Committee or the Special Master can still find your claim eligible. The following paragraphs are provided to help guide you through the Notice.

1. Section I of the Notice provides the Claimant Information, which includes the name and VCN for the Vioxx User and the type and date of the Primary and, if claimed, the Secondary Injury.

2. Section II of the Notice provides the Claims Administrator's findings regarding why your Primary and/or Secondary Injury failed Gates. To be Eligible, an Injury must pass all three Gates (Injury, Duration and Proximity). A "X" appearing in any box in this section (Line 1, 2 and/or 3) indicates that the Primary or Secondary Injury failed the specified Gate. If you claimed both a Primary and a Secondary Injury and only one of those injuries has an "X" showing a failed Gate, then the one that does not have any "X's" has passed Gates. If you have an eligible Injury, that claim will not move forward unless (a) the failed claim identified on this Notice is found to be Eligible by the Claims Administrator, the Gate Committee or the Special Master; or (b) you abandon the failed injury to allow processing of the one that passed. [See Section IV.]

3. Section III refers to the Status of Required PME Records; these are the pharmacy, medical and event records ("PME") that are required to support every claim. For eligibility determination, these records include Event Records and Proof of Vioxx use. Without both Event

Records and Proof of Use, a claim may not pass the Eligibility Requirements. If either box (Line 4 and/or 5) in this section is checked, the Claims Administrator has determined that you did not submit these required records and, therefore, could not pass the Eligibility Requirements.

    4.    Section IV refers to your Right to Submit Additional Information related to your claim. **You must select one of the following five options (numbered 1 through 5) on the attached Notice and return your Notice to the Claims Administrator with a postmark that is not later than 14 days from the date of this letter.**

    1)    I have no additional information to provide to the Claims Administrator. Send my claim to the Gate Committee.

    2)    I need more time to gather additional information about my claim.

    3)    I have completed gathering all additional information about my claim, and I am submitting the following new records and information to the Claims Administrator for consideration.

    4)    If I claimed both a Primary and Secondary Injury and the Secondary Injury did not fail Gates, I want to abandon my failed Primary Injury, so that my Eligible Secondary Injury may be processed.

    5)    If I claimed both a Primary and a Secondary Injury and the Primary Injury did not fail Gates, I want to abandon my failed Secondary Injury, so that my Eligible Primary Injury may be processed.

    5.    Sign and date the Notice and return it to the Claims Administrator, postmarked no later than 14 days from the date of this Notice.

If 14 days pass from the date of this Notice and you have not returned the Notice to us, we will send your claim and all information you have submitted to the Gate Committee.

If you have any questions, you may contact the Claims Administrator's Pro Se Coordinator, Diann Bates, at the above mailing address, toll free at (866) 866-1729, by direct dial at (804) 521-7220, by email at dbates@browngreer.com, or by facsimile at (804)521-7299. You may also contact the Pro Se Curator, Robert M. Johnston, at (504) 561-7799 or by email at cps@ahhelaw.com. By Order dated February 12, 2008, the Court supervising the Vioxx Settlement Program appointed the Pro Se Curator to provide assistance to Pro Se Claimants in connection with the Settlement Program.

    Sincerely,

    *Diann W. Bates*

    Diann Bates
    Pro Se Coordinator

Enclosure

*Confidential Information*

| V2082 | CLAIMS ADMINISTRATOR NOTICE OF INELIGIBILTY FOR PRO SE CLAIMANTS (Date of Notice: 3/9/09) |
|---|---|

### I. CLAIMANT INFORMATION

| Claimant Name | Cokefield, Glen | | | VCN | 1025705 |
|---|---|---|---|---|---|
| Primary Injury: | MI | Date of Injury: 3/15/02 | Secondary Injury: | Date of Injury: | |

### II. CLAIMS ADMINISTRATOR DETERMINATION

This Notice of Ineligibility is an official notification from BrownGreer PLC, the Vioxx Claims Administrator. The Claims Administrator has determined that the Primary and/or the Secondary Injury do not meet the Eligibility Requirements for the Program because one or both does not pass the following Gate(s):

| | Gate | Primary Injury | Secondary Injury |
|---|---|---|---|
| 1. | Injury | ☐ | ☐ |
| 2. | Duration | ☒ | ☐ |
| 3. | Proximity | ☒ | ☐ |

If you alleged both a Primary Injury and a Secondary Injury in the Claims Form, both Injuries must pass the Gates before the Claim can be processed for Points review. If you alleged both a Primary Injury and a Secondary Injury and both do not appear on this notice as failing one or more Gates, the one that does not have any X's has passed the Gates. We cannot move forward on the claim that passed the Gates unless the failed claim is found to be Eligible by the Claims Administrator, the Gate Committee or the Special Master, or unless you decide to abandon the failed injury claim to permit the processing of the Eligible Injury.

### III. STATUS OF REQUIRED PME RECORDS

Section 1.3.1 and, by reference, Exhibit 1.3.1 require Pharmacy, Medical, and Event records, which, for eligibility determinations include Event Records and Proof of Vioxx use. If either or both of the boxes below is checked, it is because the Claims Administrator has determined that your Claims Package did not include those required records. Without both Event Records and Proof of Use, a claim may not pass the Eligibility Requirements.

| 4. | No Event Records Submitted | ☐ |
|---|---|---|
| 5. | No Proof of Use Submitted | ☐ |

### IV. RIGHT TO SUBMIT ADDITIONAL INFORMATION

You must choose one of the following options within 14 calendar days after the Date of the Notice:

☐ 1) I have no additional information to provide to the Claims Administrator. Send this Claim to the Gate Committee. See Section V below for a description of the Gate Committee and what it does;

☐ 2) I need more time to gather additional information about my claim. By selecting this option, you will have 44 calendar days from the date of this Notice to submit additional records about your claim, and the Claims Administrator will perform a Secondary Review. If you do not submit any new records before the 44 days has expired, then the claim will automatically be sent to the Gate Committee. Do not submit documents that you have already submitted. It is your responsibility to send in the records before the expiration of the 44 days. You will not get a reminder. You must submit the records to the Claims Administrator;

☐ 3) I am submitting the enclosed new records and information to the Claims Administrator for a Secondary Review. Do not send information you previously submitted. The Claims Administrator will review any newly submitted information to determine if it renders the claim eligible. If the claim is eligible, we will send you a *Claims Administrator Notice of Eligibility after Receipt of Additional Claims Material*. If the claim is still failing, we will send the claim and all the newly submitted information to the Gate Committee;

*Confidential Information*

| V2082 | **CLAIMS ADMINISTRATOR NOTICE OF INELIGIBILTY**<br>**FOR PRO SE CLAIMANTS**<br>(Date of Notice: 3/9/09) |
|---|---|

☐ 4) I want to abandon my Primary Injury that failed Gates. This will make my Secondary Injury the only Injury considered for Points Review. This option is only available if you have alleged two injuries and the Primary Injury is failing Gates; or

☐ 5) I want to abandon my Secondary Injury that failed Gates. This will make my Primary Injury the only Injury considered for Points Review. This option is only available if you have alleged two injuries and the Secondary Injury is failing Gates.

If 14 days pass from the date of this Notice and you have not selected an option, we will send the claim and all information you have submitted to the Gate Committee, pursuant to Section 2.5 of the Settlement Agreement.

### V. GATE COMMITTEE REVIEW

The Gate Committee is comprised of three representatives appointed by Merck and three representatives appointed by the Negotiating Plaintiffs' Counsel. If your claim goes to the Gate Committee, it will review your submitted Claims Package and determine if you should be deemed a Qualifying Program Claimant who is eligible to receive benefits in the Settlement Program. If a majority of the Gate Committee decides that your claim is eligible, the Claims Administrator will notify you of that result and will then review the claim for Points Assessment. If the Gate Committee decides that your claim is not eligible, the Claims Administrator will send you a *Gate Committee Notice of Ineligibility*, which will outline the options available to you under the Settlement Agreement.

### VI. REQUIRED ACTIONS

Return this signed Notice with your selection to the Claims Administrator at one of the following addresses:

*Delivery Address:*
Claims Administrator
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209

*Mailing Address:*
Claims Administrator
P.O. Box 85031
Richmond, Virginia 23285-5031

***If you do not submit the required materials by March 23, 2009, your claim will automatically be sent to the Gate Committee.***

If you have any questions, contact the Claims Administrator's Pro Se Coordinator, Diann Bates, at the above mailing address, toll free at (866)866-1729, by direct dial at (804)521-7220, by email at dbates@browngreer.com or by facsimile at (804)521-7299. You may also contact the Pro Se Curator, Robert M. Johnston, at (504)561-7799 or by email at cps@ahhelaw.com. By Order dated February 12, 2008, the Court supervising the Vioxx Settlement Program appointed the Pro Se Curator to provide assistance to Pro Se Claimants in connection with the Settlement Program.

*504-581-2606*

**Claimant Signature:** _____    **Date:**   /   /