# MediConnect Request Information Sheet

## Request General Information

| | |
|---|---|
| Request ID: | F018-102163 |
| Date Received: | 1/9/2008 10:09:08 AM |
| Date Completed: | 1/17/2008 2:10:21 PM |
| Request Status: | RESEARCH |
| Request Type: | MEDICAL |
| Dates of Service: | 01/01/1999 - Present  (Include any archived records for same period.) |
| Instructions: | All records for time specified |

## Patient Information

| | |
|---|---|
| Patient Name: | Cokefield, Glen |
| Patient DOB: | 7/20/1957 |
| Patient SSN: | 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 |
| Case #: | Vioxx #7219 |

## Request Location

| | |
|---|---|
| Location: | TEXAS VASCULAR ASSOCIATES |
| Address: | 621 N. HALL ST., SUITE 100 |
| | DALLAS, TX 75119 |
| Phone: | 214-821-9600 |

## Requestor Information

| | |
|---|---|
| Requesting Agent: | Lisa Schwab |
| Phone: | 713-622-7271 |

01/16/2008 18:00 FAX  214 823 5290        Texas Vascular Assoc                          002/026

01/09/08   13:33:24                                                    Page 005/006

**Affidavit for Tracking #F018-102163**

## DECLARATION OF CUSTODIAN OF RECORDS

RECORDS ON (Patient Name): Glen Cokefield

D.O.B.: 07/20/57  S.S.N. 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  Facility: Texas Vascular

I, the duly authorized custodian of records, having the authority to certify the records, declare the following:

**1. DESCRIPTION OF RECORDS PRODUCED: (Must select at least one)**
X Medical  ___ Billing  ___ X-ray Film  ___ Police  ___ Claims History
___ Other_____
The records contain  14  (number of pages) films / slides / videos (circle one).
The records are for the following dates of service: 10-24-01 - 4-1-02
The records were prepared by the personnel of the business in the ordinary course of business at or near the time of the act, condition, or event.

**2. THE RECORDS INDICTED BELOW WERE REQUESTED BUT DO NOT EXIST: (Select all that apply)**
X Medical  ___ Billing  ___ X-ray Film  ___ Police  ___ Claims History
___ Other/Explanation  1999 - pt didnt come in till 200,

**3. CERTIFICATION OF RECORDS COPIED OR OBTAINED: (Must select at least one)**
X The produced records are a true copy of all the records described in the Authorization.
___ The following records were omitted or could not be produced at this time for the following reason:
_____

**4. CERTIFICATION OF NO RECORDS: (Must select at least one)**
___ A thorough search of our files, carried out under my direction, revealed no documents, records or other material called for in the Authorization.
___ Existing records are not within the time limitation set forth in the request.
___ All records have been destroyed in accordance with our document retention policy.
___ Other explanation: _____

I, the undersigned custodian of the records, do hereby certify that the attached Medical Record of the above-referenced patient is a duplicate of any and all documents or other recorded form of information kept by the above-referenced facility or physician concerning that patient. Such documents or other information: (1) record regularly conducted activity of above-referenced facility or physician, (2) were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters, and/or are kept in the course of the regularly conducted activity, and (3) were made by the regularly conducted activity as a regular practice. Also included herewith are records or other information that may have been generated from other sources or other healthcare providers but which are kept in the file of the above-referenced patient as a matter of regularly conducted activity of the above-referenced facility or physician. This declaration is made under oath subject to the penalty of perjury.

Executed at: 621 N. Hall St #100       Dallas        TX        75226
            Street Address              City         State      Zip Code

Print Name: Kimberly Michaelson  Signed: Kimberly R Michaelson  Date: 1-6-07



# TEXAS VASCULAR ASSOCIATES, PA

## ESTABLISHED PATIENT VISIT

PATIENT NAME: Glen Cakefield          AGE: _____   DATE: 4-1-02   DICTATION #: _____

PHYSICIAN NAME: Shutze          PREVIOUS VISIT DATE: 3-4-02

REQUESTING M.D.: _____          PHONE #: _____

**DIAGNOSIS/PROBLEM LIST:**          **CURRENT MEDICATIONS:** ☐ None

10-4-01 Aorta Rupr

10-10-01 Leriche synd.

Heart attack 3-15-02

3-16-02 Div fem - pop thromb.

---

*Requires 2 of 3 components: (Components are I. History, II. Physical Exam, III. Medical decision making)*

**I. HISTORY**

CHIEF COMPLAINT: Pain ® thigh inside to knee.

HISTORY OF PRESENT ILLNESS:

MI convalescing ® ® LHt graft limb ICU

PAST MEDICAL HISTORY: ☐ No interval change since: ___/___/___   Except for: ☐ Hospitalization _____   ☐ New Allergies: _____
☐ Last EKG ___/___/___          ☐ Last stress test ___/___/___   ☐ Last echo ___/___/___   ☐ Surgery _____

FAMILY HISTORY: ☐ No interval change since: ___/___/___   Except for: _____

SOCIAL HISTORY: _____

REVIEW OF SYSTEMS: ☐ No interval change since: ___/___/___   Except for: _____

---

**Required Data:**

Smoking          ☐ No ☒ Yes   If yes, ☐ patient advised to quit and/or information on cessation offered.

Increased lipids   ☐ No ☐ Yes   Last LDL___ LDH___ Tri___ Date: ___/___/___ Drug Therapy: ☐ No ☐ Yes   Sex Meds ☐

Hypertension   ☒ No ☐ Yes   Controlled ☐ No ☐ Yes

Diabetic          ☐ No ☐ Yes   Medications: _____

Previous MI   ☐ No ☒ Yes   Date of MI: 2-02          <2 years: ☐ No ☐ Yes   Managing M.D.: _____

CHF          ☐ No ☐ Yes   ACEI: ☐ No ☐ Yes          B-blockers: ☐ No ☐ Yes   B-blockers: ☐ No ☐ Yes

    If no provide explanation:          Digoxin: ☐ No ☐ Yes

          NYHA Class          Diuretic: ☐ No ☐ Yes

Angina          ☐ No ☐ Yes   Class          ☐ I ☐ II ☐ III ☐ IV

Atrial fibrillation   ☐ No ☐ Yes   Controlled: ☐ No ☐ Yes   ☐ I ☐ II ☐ III ☐ IV

Prosthetic valve   ☐ No ☐ Yes   ☐ Tissue   ☐ Mechanical   Coumadin: ☐ No ☐ Yes   Last INR: ___/___/___

    If patient is not on Coumadin provide explanation:          Coumadin: ☐ No ☐ Yes

Amiodarone   ☐ No ☐ Yes   If yes, see Amiodarone Medication Sheet (meds: obtain TFT, CMP & lipids q3-6 months CXR q6 months)

Female          ☐ No ☐ Yes   Postmenopausal: ☐ No ☐ Yes   Hormone replacement: ☐ No ☐ Yes

Claudication   ☐ No ☐ Yes   ____yards or some equivalent measure: _____   ☐ Calf ☐ Hip

Impotence          ☐ No ☐ Yes   If yes, Sildenafil ☐ No ☐ Yes   Review medications and list in Current Medications section.

PATIENT NAME: _____
PHYSICIAN NAME: _____

## II. PHYSICAL EXAM: (A check mark indicates abnormal finding, all abnormalities must be described on the line provided)

Constitution
☐ (Record ≥ 3) Vital Signs-Wt _____ BP _____ BP Supine _____ Pulse _____ (note regularity) T _____ R _____
☐ General appearance _____
ENMT
☐ Teeth, Gums, Palate _____
Eyes
☐ Conjunctiva/Lids _____                    ☐ Oral mucosa _____
Neck
☐ JVD _____
Respiratory
☐ Effort _____                              ☐ Thyroid _____
Cardiovascular
☐ Auscultation/Rhythm _____                 ☐ Auscultation _____
☐ Measurement of BP≥2 extremities, when indicated _____  ☐ Palpation _____
☐ Carotid         right _____
☐ Femoral         right _____              left _____
☐ Pedal           right _____              left _____
☐ Abdominal aorta _____                     left _____
☐ Extremities (edema) _____
GI
☐ Abdomen _____
☐ Stool Guaiac, if indicated (thrombolytic/anticoagulant therapy) _____   ☐ Liver/Spleen _____
Musculoskeletal
☐ Back _____
☐ Extremities _____                         ☐ Gait _____
☐ Inspection/Palpation (cyanosis, refill) _____        ☐ Strength/tone _____
Skin
☐ Inspection/Palpation _____
Neurological/Psychiatric
☐ Orientation _____
                                             ☐ Mood & Affect _____

## III. MEDICAL DECISION MAKING
Data Reviewed:
☐ Test results reviewed: _____

☐ Request records _____
☐ Discuss results w/performing MD _____
☐ Summarized old records _____
☐ History from other than patient _____
☐ Discuss case w/another healthcare provider _____
☐ Independent visualization of image/tracing/specimen _____

☐ Other _____

Ordered tests must be supported by an indication in the
assessment section below.
Tests/Studies Ordered
Laboratory:
Medicine:
☐ Aortic scan        ☐ Cardioversion
☐ Carotid Duplex     ☐ Doppler echo
☐ Doppler pressures
☐ Electronic analysis-pacemaker    ☐ EKG
☐ ETT                ☐ Event monitor    ☐ EP study
☐ Holter monitor     ☐ Renal scan
☐ TEE                ☐ 2D echo          ☐ Stress Echo
☐ Other _____                          ☐ Vascular scan
Radiology:  ☐ Thallium    ☐ Chest x-ray
            ☐ Other _____

## ASSESSMENT:

PLAN:

## Time patient Counseled _____
Follow-up: _____          Minutes Counseled _____
See dictated note of same date for further information.
PHYSICIAN SIGNATURE _____

Total Encounter Time _____



# TEXAS
# VASCULAR
# ASSOCIATES, PA

## ESTABLISHED PATIENT VISIT

PATIENT NAME: _Glen Cokefild_    AGE: _____    DATE: _2-8-02_   DICTATION #: _____

PHYSICIAN NAME: _Shutze_    PREVIOUS VISIT DATE: _1-21-02_

REQUESTING M.D.: _____    PHONE #: _____

| DIAGNOSIS/PROBLEM LIST: | CURRENT MEDICATIONS:    ☐ None |
|---|---|
| 10-4-01 Aorto Bifem | |

*Requires 2 of 3 components: (Components are I. History, II. Physical Exam, III. Medical decision making)*

## I. HISTORY

CHIEF COMPLAINT: _Fg — Thursday + Friday had pain behind ® Knee down,_

HISTORY OF PRESENT ILLNESS: _No Sx with Rt/Prox — Rest best x 1 day + rella_
_Vining helped_

PAST MEDICAL HISTORY: ☐ No interval change since: _1/1/02_  ☐ Except for: ☐ Hospitalization: _____    ☐ New Allergies: _____
☐ Last EKG _____    ☐ Last stress test _/_/_    ☐ Last echo _/_/_    ☐ Surgery _____
FAMILY HISTORY: ☐ No interval change since: _1/1/02_  ☐ Except for: _____

SOCIAL HISTORY: _____
REVIEW OF SYSTEMS: ☐ No interval change since: _1/1/02_    Except for: _____

### Required Data:

| | | | | | |
|---|---|---|---|---|---|
| Smoking | ☐ No ☒ Yes | If yes, ☐ patient advised to quit and/or information on cessation offered. | | | |
| Increased lipids | ☒ No ☐ Yes | Last LDL ___ LDH ___ Tri ___ Date: _/_/_  Drug Therapy: ☐ No ☐ Yes    See Meds | | | |
| Hypertension | ☒ No ☐ Yes | Controlled: ☐ No ☐ Yes | | | |
| Diabetic | ☒ No ☐ Yes | Medications: _____ | | Managing M.D.: _____ | |
| Previous MI | ☒ No ☐ Yes | Date of MI: _____    < years: ☐ No ☐ Yes | B-blockers: ☐ No ☐ Yes | |
| CHF | ☒ No ☐ Yes | ACEi: ☐ No ☐ Yes    B-blockers: ☐ No ☐ Yes | Digoxin: ☐ No ☐ Yes | |
| If no provide explanation: | | | Diuretic: ☐ No ☐ Yes | |
| | | NYHA Class  ☐ I  ☐ II  ☐ III  ☐ IV | | | |
| Angina | ☒ No ☐ Yes | Class  ☐ I  ☐ II  ☐ III  ☐ IV | | | |
| Atrial fibrillation | ☒ No ☐ Yes | Controlled: ☐ No ☐ Yes    Coumadin: ☐ No ☐ Yes    Last INR: _/_/_ | | | |
| Prosthetic valve | ☒ No ☐ Yes | ☐ Tissue    ☐ Mechanical    Coumadin: ☐ No ☐ Yes | | | |
| If patient is not on Coumadin provide explanation: | | | | | |
| Amiodarone | ☐ No ☐ Yes | If yes, see Amiodarone Medication Sheet (routine bloodwork TFT, CMP & lipids q3-6 months CXR q6 months) | | | |
| Female | ☐ No ☐ Yes | Postmenopausal: ☐ No ☐ Yes    Hormone replacement: ☐ No ☐ Yes | | | |
| Claudication | ☒ No ☐ Yes | _____ yards or some equivalent measure: _____    ☐ Calf ☐ Hip | | | |
| Impotence | ☐ No ☐ Yes | If yes, Sildenafil ☐ No ☐ Yes    Review medications and list in Current Medications section. | | | |

01/16/2008 18:03 FAX  214 823 5290          Texas Vascular Assoc                    ☑010/026

PATIENT NAME: _____
PHYSICIAN NAME: _____

**II. PHYSICAL EXAM:** *(A check mark indicates a normal finding, all abnormalities must be described on the line provided)*

Constitution
☐ (Record ≥ 3)  Vital Signs-Wt. 147.2  BP____  BP Supine____  Pulse____ (note regularity) T____  R ____
☐ General appearance _____
ENMT
☐ Teeth, Gums, Palate _____        ☐ Oral mucosa _____
Eyes
☐ Conjunctiva/Lids _____
Neck
☐ JVD _____                         ☐ Thyroid _____
Respiratory
☐ Effort _____                      ☐ Auscultation _____
Cardiovascular
☐ Auscultation/Rhythm _____         ☐ Palpation _____
☐ Measurement of BP≥2 extremities, when indicated _____
☐ Carotid          right _____            left _____
☐ Femoral          right _____            left _____
☐ Pedal            right _____            left _____
☐ Abdominal aorta _____
☐ Extremities (edema) _____
GI
☐ Abdomen _____                     ☐ Liver/Spleen _____
☐ Stool Guaiac, if indicated (thrombolytic/anticoagulant therapy) _____
Musculoskeletal
☐ Back _____        ☐ Gait _____        ☐ Strength/tone _____
Extremities
☐ Inspection/Palpation (cyanosis, refill) _____
Skin
☐ Inspection/Palpation _____
Neurological/Psychiatric
☐ Orientation _____                 ☐ Mood & Affect _____

**III. MEDICAL DECISION MAKING**

Data Reviewed:

☐ Test results reviewed: _____

☐ Request records _____
☐ Discuss results w/performing MD _____
☐ Summarized old records _____
☐ History from other than patient _____
☐ Discuss case w/another healthcare provider _____
☐ Independent visualization of image/tracing/specimen _____

☐ Other _____

*Ordered tests must be supported by an indication in the assessment section below.*

Tests/Studies Ordered
Laboratory: _____
Medicine:    ☐ Aortic scan       ☐ Cardioversion
             ☐ Carotid Duplex    ☐ Doppler echo
             ☐ Doppler pressures               ☐ EKG
             ☐ Electronic analysis-pacemaker   ☐ EP study
             ☐ ETT               ☐ Event monitor
             ☐ Holter monitor    ☐ Renal scan    ☐ Stress Echo
             ☐ TEE               ☐ 2D echo       ☐ Vascular scan
             ☐ Other _____

Radiology:   ☐ Thallium          ☐ Chest x-ray
             ☐ Other _____

**ASSESSMENT:**

**PLAN:**

☐ Time patient Counseled ____ Minutes Counseled ____        Total Encounter Time ____
Follow-up:
*See dictated note of same date for further information.*
PHYSICIAN SIGNATURE _____        DATE ____



**TEXAS VASCULAR ASSOCIATES, PA**

PATIENT NAME: _Glen Cokefield_     **ESTABLISHED PATIENT VISIT**

PHYSICAL NAME: _Shorty_     AGE: _____   DATE: _1-21-02_   DICTATION #: _____

REQUESTING M.D.: _____     PREVIOUS VISIT DATE: _12-5-01_

PHONE #: _____

DIAGNOSIS/PROBLEM LIST:     CURRENT MEDICATIONS:   ☐ None

_10-4-01 Aortic Aneurysm_

---

*Requires 2 of 3 components: (Components are I. History, II. Physical Exam, III. Medical decision making)*

**I. HISTORY**

CHIEF COMPLAINT: _Leg - pain_

HISTORY OF PRESENT ILLNESS: _difficult, painful, left & leg muscles. Happened 1 week ago._

PAST MEDICAL HISTORY: ☑ No interval change since: _12 5 01_

☐ Last EKG _____     ☐ Last stress test _____   Except for: ☐ Hospitalization: _____

FAMILY HISTORY: ☑ No interval change since: _12 5 01_     ☐ Last echo _____

SOCIAL HISTORY: _____     Except for: _____                    ☐ New Allergies: _____

REVIEW OF SYSTEMS: ☑ No interval change since: _12 5 01_                    ☐ Surgery _____

Except for: _____

| Required Data: | | | |
|---|---|---|---|
| Smoking | ☐ No  ☑ Yes | If yes, ☐ patient advised to quit and/or information on cessation offered. | |
| Increased lipids | ☑ No  ☐ Yes | Last LDL ____ LDH ____ Tri ____ Date: __/__/__ | |
| Hypertension | ☑ No  ☐ Yes | Controlled: ☐ No  ☐ Yes | |
| Diabetic | ☑ No  ☐ Yes | Medications: ☐ No  ☐ Yes | |
| Previous MI | ☐ No  ☐ Yes | Date of MI: _____  Drug Therapy: ☐ No  ☐ Yes | |
| CHF | ☑ No  ☐ Yes | ACEi: ☐ No  ☐ Yes | |
| If no provide explanation: _____ | | <2 years: ☐ No  ☐ Yes | Managing M.D.: _____ |
| | | B-blockers: ☐ No  ☐ Yes | B-blockers: ☐ No  ☐ Yes |
| Angina | ☑ No  ☐ Yes | NYHA Class | Digoxin: ☐ No  ☐ Yes |
| Atrial fibrillation | ☑ No  ☐ Yes | Class  ☐ I  ☐ II  ☐ III  ☐ IV | Diuretic: ☐ No  ☐ Yes |
| Prosthetic valve | | Controlled: ☐ No  ☐ Yes   ☐ I  ☐ II  ☐ III  ☐ IV | |
| If patient is not on Coumadin provide explanation: _____ | | ☐ Tissue   Coumadin: ☐ No  ☐ Yes | |
| Amiodarone | ☐ No  ☐ Yes | ☐ Mechanical  Coumadin: ☐ No  ☐ Yes | |
| Female | | If yes, see Amiodarone Medication Sheet | Last INR: __/__/__ |
| Claudication | ☑ No  ☐ Yes | Postmenopausal: ☐ No  ☐ Yes | |
| Impotence | ☐ No  ☐ Yes | If yes, Sildenafil ☐ No  ☐ Yes   ____ yards or some equivalent measure. | Hormone replacement: ☐ No  ☐ Yes |

01/16/2008 18:04 FAX  214 823 5290          Texas Vascular Assoc                    ☑012/026

PATIENT NAME: _____

PHYSICIAN NAME: _____

## II. PHYSICAL EXAM: *(A check mark indicates a normal finding, all abnormalities must be described on the line provided)*

Constitution

☐ (Record ≥ 3) Vital Signs-Wt. 147.2  BP __ BP Supine __ 10/70  Pulse __ (note regularity) T __ R __

☐ General appearance _____

**ENMT**

☐ Teeth, Gums, Palate _____          ☐ Oral mucosa _____

Eyes _____

☐ Conjunctiva/Lids _____

Neck _____

☐ JVD _____                              ☐ Thyroid _____

**Respiratory**

☐ Effort _____                           ☐ Auscultation _____

**Cardiovascular**

☐ Auscultation/Rhythm _____

☐ Measurement of BP≥2 extremities, when indicated      ☐ Palpation _____

☐ Carotid          right _____   left _____
☐ Femoral          right _____   left _____
☐ Pedal            right _____   left _____
☐ Abdominal aorta _____

☐ Extremities (edema) _____

**GI**

☐ Abdomen _____

☐ Stool Guaiac, if indicated (thrombolytic/anticoagulant therapy)          ☐ Liver/Spleen _____

**Musculoskeletal**

☐ Back _____

Extremities _____          ☐ Gait _____          ☐ Strength/tone _____

☐ Inspection/Palpation (cyanosis, refill) _____

**Skin**

☐ Inspection/Palpation _____

**Neurological/Psychiatric**

☐ Orientation _____          ☐ Mood & Affect _____

## III. MEDICAL DECISION MAKING

Data Reviewed:

☐ Test results reviewed: _____

☐ Request records _____
☐ Discuss results w/performing MD _____
☐ Summarized old records _____
☐ History from other than patient _____
☐ Discuss case w/another healthcare provider _____
☐ Independent visualization of image/tracing/specimen _____

☐ Other _____

*Ordered tests must be supported by an indication in the assessment section below.*

Tests/Studies Ordered

Laboratory: _____

Medicine:
☐ Aortic scan        ☐ Cardioversion
☐ Carotid Duplex     ☐ Doppler echo
☐ Doppler pressures                        ☐ EKG
☐ Electronic analysis-pacemaker            ☐ EP study
☐ ETT                ☐ Event monitor
☐ Holter monitor     ☐ Renal scan          ☐ Stress Echo
☐ TEE                ☐ 2D echo             ☐ Vascular scan
☐ Other _____

Radiology:  ☐ Thallium          ☐ Chest x-ray
            ☐ Other _____

## ASSESSMENT:

## PLAN:

☐ Time patient Counseled
Follow-up: _____  Minutes Counseled _____          Total Encounter Time _____
*See dictated note of same date for further information.*

PHYSICIAN SIGNATURE _____          DATE _____

01/16/2008 18:04 FAX  214 823 5290      Texas Vascular Assoc                    ☒013/028



# TEXAS
# VASCULAR
# ASSOCIATES, PA

## ESTABLISHED PATIENT VISIT

PATIENT NAME: _Glen Cakefield_ ___ AGE: ___ DATE: _12-5-01_ DICTATION #: ___

PHYSICIAN NAME: _Shatgie_ ___ PREVIOUS VISIT DATE: _18-7-01_

REQUESTING M.D.: _____ PHONE #: _____

| DIAGNOSIS/PROBLEM LIST: | CURRENT MEDICATIONS: ☒ None |
|---|---|
| _10-4-01 Aorta Refew_ | |

---

*Requires 2 of 3 components: (Components are I. History, II. Physical Exam, III. Medical decision making)*

**I. HISTORY**

CHIEF COMPLAINT: _Fq — has some pain mid abd. worse when he exerts running_

HISTORY OF PRESENT ILLNESS: _& when he coughs._

_Chronic ① N/C N/ Hx allerg c Nolman Activity. No b/c s_
_Rest p/ shw/ NC Conveniences_

PAST MEDICAL HISTORY: ☐ No interval change since: ___/___/___   Except for: ☐ Hospitalization: _____   ☐ New Allergies: _____
☐ Last EKG ___/___/___   ☐ Last stress test ___/___/___   ☐ Last echo ___/___/___   ☐ Surgery _____

FAMILY HISTORY: ☐ No interval change since: ___/___/___   Except for: _____

SOCIAL HISTORY: _____

REVIEW OF SYSTEMS: ☐ No interval change since: ___/___/___   Except for: _____

---

**Required Data:**

| | | | |
|---|---|---|---|
| Smoking | ☐ No ☒ Yes | If yes, ☐ patient advised to quit and/or information on cessation offered. | |
| Increased Lipids | ☒ No ☐ Yes | Last LDL___ LDH___ Tri___ Date: ___/___/___  Drug Therapy: ☐ No ☐ Yes   See Meds | |
| Hypertension | ☒ No ☐ Yes | Controlled ☐ No ☐ Yes | |
| Diabetic | ☒ No ☐ Yes | Medications: _____ | Managing M.D.: _____ |
| Previous MI | ☒ No ☐ Yes | Date of MI: _____ <2 years: ☐ No ☐ Yes | B-blockers: ☐ No ☐ Yes |
| CHF | ☒ No ☐ Yes | ACEi: ☐ No ☐ Yes    B-blockers: ☐ No ☐ Yes | Digoxin: ☐ No ☐ Yes |
| If no provide explanation: | | | Diuretic: ☐ No ☐ Yes |
| | | NYHA Class   ☐ I  ☐ II  ☐ III  ☐ IV | |
| Angina | ☒ No ☐ Yes | Class   ☐ I  ☐ II  ☐ III  ☐ IV | |
| Atrial fibrillation | ☒ No ☐ Yes | Controlled: ☐ No ☐ Yes   Coumadin: ☐ No ☐ Yes   Last INR: ___/___/___ | |
| Prosthetic valve | ☒ No ☐ Yes | ☐ Tissue   ☐ Mechanical   Coumadin: ☐ No ☐ Yes | |
| If patient is not on Coumadin provide explanation: _____ | | | |
| Amiodarone | ☐ No ☐ Yes | If yes, see Amiodarone Medication Sheet (routine followup TFT, CMP & lipids q3-6 months CXR q6 months) | |
| Female | | Postmenopausal: ☐ No ☐ Yes   Hormone replacement: ☐ No ☐ Yes | |
| Claudication | ☒ No ☐ Yes | _____ yards or some equivalent measure: _____ ☐ Calf ☐ Hip | |
| Impotence | ☐ No ☐ Yes | If yes, Sildenafil ☐ No ☐ Yes   Review medications and list in Current Medications section. | |



# TEXAS
# VASCULAR
# ASSOCIATES, PA

## ESTABLISHED PATIENT VISIT

PATIENT NAME: Glen Corefield          AGE: _____   DATE: 11-7-01   DICTATION #: _____

PHYSICIAN NAME: Shutze               PREVIOUS VISIT DATE: 10-24-01

REQUESTING M.D.: _____               PHONE #: _____

---

**DIAGNOSIS/PROBLEM LIST:**                    **CURRENT MEDICATIONS:**  ☐ None

10-4-01   Aorto Bifem

---

*Requires 2 of 3 components: (Components are I. History, II. Physical Exam, III. Medical decision making)*

**I. HISTORY**

CHIEF COMPLAINT: flu - anor f/u   same things   not much

HISTORY OF PRESENT ILLNESS: diarrhea   only   change bangage

once a day ①   ② gut -

PAST MEDICAL HISTORY: ☐ No interval change since: ___/___/___   Except for: ☐ Hospitalization: _____   ☐ New Allergies: _____
☐ Last EKG ___/___   ☐ Last stress test ___/___/___   ☐ Last echo ___/___   ☐ Surgery _____

FAMILY HISTORY: ☐ No interval change since: ___/___/___   Except for: _____

SOCIAL HISTORY:

REVIEW OF SYSTEMS: ☐ No interval change since: ___/___/___   Except for: _____

---

**Required Data:**

| | | | |
|---|---|---|---|
| Smoking | ☐ No ☐ Yes | If yes, ☐ patient advised to quit and/or information on cessation offered. | |
| Increased lipids | ☐ No ☐ Yes | Last LDL___ LDH___ Tri___ Date: ___/___/___ Drug Therapy: ☐ No ☐ Yes   See Meds | |
| Hypertension | ☐ No ☐ Yes | Controlled ☐ No ☐ Yes | |
| Diabetic | ☐ No ☐ Yes | Medications: _____ | |
| Previous MI | ☐ No ☐ Yes | Date of MI: _____ | Managing M.D.: _____ |
| CHF | ☐ No ☐ Yes | ACE: ☐ No ☐ Yes   <2 years: ☐ No ☐ Yes | B-blockers: ☐ No ☐ Yes |
| If no provide explanation: | | B-blockers: ☐ No ☐ Yes | Digoxin: ☐ No ☐ Yes |
| | | | Diuretic: ☐ No ☐ Yes |
| | | NYHA Class   ☐ I  ☐ II  ☐ III  ☐ IV | |
| Angina | ☐ No ☐ Yes | Class   ☐ I  ☐ II  ☐ III  ☐ IV | |
| Atrial fibrillation | ☐ No ☐ Yes | Controlled: ☐ No ☐ Yes   Coumadin: ☐ No ☐ Yes | |
| Prosthetic valve | ☐ No ☐ Yes | ☐ Tissue   ☐ Mechanical   Coumadin: ☐ No ☐ Yes   Last INR: ___/___/___ | |
| If patient is not on Coumadin provide explanation: _____ | | | |
| Amiodarone | ☐ No ☐ Yes | If yes, see Amiodarone Medication Sheet (routine followup TFT, CMP & lipids q3-6 months CXR q6 months) | |
| Female | | Postmenopausal: ☐ No ☐ Yes   Hormone replacement: ☐ No ☐ Yes | |
| Claudication | ☐ No ☐ Yes | ___ yards or some equivalent measure: _____   ☐ Calf ☐ Hip | |
| Impotence | ☐ No ☐ Yes | If yes, Sildenafil ☐ No ☐ Yes   Review medications and list in Current Medications section. | |

PATIENT NAME:
PHYSICIAN NAME:

## II. PHYSICAL EXAM: (A check mark indicates a normal finding, all abnormalities must be described on the line provided)

**Constitution**
- (Record ≥ 3) Vital Signs-Wt._____ BP _129/80_ BP Supine _____ Pulse _____ (note regularity) T _98_ R _12_
- General appearance _____

**ENMT**
- Teeth, Gums, Palate _____
- Eyes _____                                          Oral mucosa _____
- Conjunctiva/Lids _____

**Neck**
- JVD _____
- Respiratory                                            Thyroid _____
- Effort _____

**Cardiovascular**
- Auscultation/Rhythm _____                            Auscultation _____
- Measurement of BP≥2 extremities, when indicated _____  Palpation _____
- Carotid          right _____        left _____
- Femoral          right _____        left _____
- Pedal            right _____        left _____
- Abdominal aorta  right _____        left _____
- Extremities (edema) _____

**GI**
- Abdomen _____
- Stool Guaiac, if indicated (thrombolytic/anticoagulant therapy) _____   Liver/Spleen _____

**Musculoskeletal**
- Back _____
- Extremities _____ Gait _____                       Strength/tone _____
- Inspection/Palpation (cyanosis, refill) _____

**Skin**
- Inspection/Palpation _____

**Neurological/Psychiatric**
- Orientation _____                                    Mood & Affect _____

## III. MEDICAL DECISION MAKING

**Data Reviewed:**
- Test results reviewed: _____
- Request records _____
- Discuss results w/performing MD _____
- Summarized old records _____
- History from other than patient _____
- Discuss case w/another healthcare provider _____
- Independent visualization of image/tracing/specimen _____
- Other _____

*Ordered tests must be supported by an indication in the assessment section below.*

**Tests/Studies Ordered**
Laboratory: _____
Medicine:
- Aortic scan
- Carotid Duplex
- Doppler pressures
- Electronic analysis-pacemaker
- ETT
- Holter monitor
- TEE
- Other
- Cardioversion
- Doppler echo
- EKG
- EP study
- Event monitor
- Renal scan
- 2D echo
- Stress Echo
- Vascular scan

Radiology:
- Thallium
- Chest x-ray
- Other

## ASSESSMENT:

s/p - AAA

healing (R) groin

## PLAN:

Coumadin _____

BTW 11/5

Time patient Counseled _____ Minutes Counseled _____   Total Encounter Time _____
Follow-up: _____
*See dictated note of same date for further information.*

PHYSICIAN SIGNATURE _____        DATE _11/7/01_

# Texas Vascular Associates History and Physical Form

| Patient Name: | Glen Cokefield | Age: 44 | SSN: 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 | Date: 10/24/01 |
|---|---|---|---|---|

**VISIT TYPE:** ☑ New Office Visit ☐ Office Consultation ☐ Hospital Consultation
☐ Hospital Visit (Admit) ☐ Office Consult Report Sent __/__/__ Dictation # _____

**PRIMARY CARE PHYSICIAN:** _____                    **REQUESTING M.D.:** _____     **PHONE #:** _____

**OTHER PHYSICIAN(S):** _____                          **TVA CLINIC PHYSICIAN:** _____

| PROBLEM LIST: | CURRENT MEDS: ☐ None |
|---|---|
| 10-4-01 Aortic Aneurysm | Zocor |

**CHIEF COMPLAINT:** (Required) Provide details in HPI section        **ALLERGIES & TYPE OF REACTION:** ☑ None (Label chart)
EPU - Inc swelling + redness

*If visit is for Counseling/Coordination of Care proceed to last page.*

**HISTORY OF PRESENT ILLNESS (HPI):** Brief = 1-3 elements  Extended = 4+ elements or status of 3+ chronic/interactive conditions
☐ New Problem ☐ Existing Problem  History of present illness elements: Location; Quality; Severity; Duration; Timing; Context; Modifying Factors;
Assoc. Signs & Symptoms or status of three or more chronic or inactive conditions (chronic/inactive conditions covered here do not count toward history requirements)

*(handwritten notes)*

**FAMILY HISTORY (FH):** Mother: ☑Living ☐Deceased Age-____ Cause ____ Father: ☐Living ☑Deceased Age-64 Cause Hypertension
Sibling: Number Living ____ Number Deceased ____ Cause(s) ____
☑Diabetes ____ ☐Heart Disease ____ ☐Hyperlipidemia ____
☐Cancer ____ ☑Hypertension ____ ☐Other ____

**PAST HISTORY (PH):** Surgeries Rt/lt ankle
Illness(es)/Injuries ____

**SOCIAL HISTORY (SH):** Tobacco Use: ☐ No ☑Yes  Duration: ____ Quit Date: 9/7/51 Cessation Counseling: ☑No ☐Yes
Alcohol/Drug Use: ☑No ☐ Yes ☐Diet Discussed: ____ Regular Exercise: ☐ No ☑Yes
☐Other ____

**Pertinent PESH = One (1) specific item from either Past, Family, or Social History.**
**Complete PESH = New patient/Consults/Initial Hospital: One (1) specific item from each History type (Past, Family & Social History).**

Vascular Diagnosis
Vascular Surgery
Endovascular Therapy
Vascular Medicine
Arterial & Venous Disorders



# TEXAS VASCULAR ASSOCIATES, PA

# Texas Vascular Associates History and Physical Form

PATIENT NAME: _____

PHYSICIAN NAME: _____

### MEDICAL DECISION MAKING

## REVIEW OF SYSTEMS (ROS)

| | | |
|---|---|---|
| Problem Pertinent ROS | = | Positive & Pertinent Negative responses related to problem |
| Extended ROS | = | Positive & Pertinent Negative responses for 2-9 systems |
| Complete ROS | = | Positive & Pertinent Negative responses for at least 10 systems |

**1. CONSTITUTIONAL**  ☐ Negative  ☐ Weight loss  ☐ Weight gain  ☐ Fever  ☐ Fatigue
☐ Other _____

**2. EYES**  ☐ Negative  ☐ Vision change  ☐ Glasses/contacts
☐ Other _____

**3. ENT/MOUTH**  ☐ Negative  ☐ Ulcers  ☐ Sinusitis  ☐ Tinnitus  ☐ Headache
☐ Other _____

**4. CARDIOVASCULAR**  ☐ Negative  ☐ Orthopnea  ☐ Chest pain  ☐ DOE  ☐ Edema  ☐ Palpitations  ☐ Claudication
☐ Other _____

**5. RESPIRATORY**  ☐ Negative  ☐ Wheezing  ☐ Hemoptysis  ☐ SOB  ☐ Cough
☐ Other _____

**6. GASTROINTESTINAL**  ☐ Negative  ☐ Diarrhea  ☐ Bloody stool  ☐ N/V  ☐ Constipation  ☐ Indigestion  ☐ Pain
☐ Other _____

**7. GENITOURINARY**  ☐ Negative  ☐ Impotence  ☐ Urgency  ☐ Frequency  ☐ Incontinent
☐ Other _____

**8. MUSCULOSKELETAL**  ☐ Negative  ☐ Muscle weakness  ☐ Joint pain  ☐ Back pain
☐ Other _____

**9. SKIN/BREAST**  ☐ Negative  ☐ Discharge  ☐ Masses  ☐ Rash  ☐ Ulcers  ☐ Scars
☐ Other _____

**10. NEUROLOGICAL**  ☐ Negative  ☐ Syncope  ☐ Seizures  ☐ Numbness  ☐ TIA/CVA
☐ Other _____

**11. PSYCHIATRIC**  ☐ Negative  ☐ Depression  ☐ Crying
☐ Other _____

**12. ENDOCRINE**  ☐ Negative  ☐ Diabetes  ☐ Hypothyroid  ☐ Hyperthyroid  ☐ Hot flashes
☐ Other _____

**13. HEMA/LYMPH**  ☐ Negative  ☐ Bruises  ☐ Bleeding  ☐ Adenopathy
☐ Other _____

**14. ALLERGIC/IMMUNO**  ☐ Negative  ☐ Hay Fever  ☐ Frequent Infections
☐ Other _____

**TOTAL NUMBER SYSTEMS REVIEWED:** _____

☐ *For ROS See Patient Health Questionnaire of same date.*

| CC | HPI | ROS | PFSH | Level of History |
|---|---|---|---|---|
| Required | Brief (1-3) | N/A | N/A | I. Problem Focused |
| Required | Brief (1-3) | Problem Pertinent (1) | N/A | II. Expanded Problem Focused |
| Required | Extended (≥4) | Extended (2-9) | Pertinent (1) | III. Detailed |
| Required | Extended (≥4) | Complete (10-14) | Complete (3) | IV & V. Comprehensive |



TEXAS VASCULAR ASSOCIATES, PA

# History and Physical Form

PATIENT NAME: _____

**CARDIOVASCULAR PHYSICAL EXAM**

PHYSICIAN NAME: _____

*A check mark in a ☐ indicates a normal finding during PE, all abnormalities must be described on the line provided*

## CONSTITUTIONAL    (Record 2-3 vital signs)
- ☐ Vital signs    Ht _____ Wt 1. ___ BP ___ BP Supine _____ T ___ P ___ R 12
- ☐ General appearance (development, nutrition, body habitus, deformities, attention to grooming)    (& regularity)

## ENMT
- ☑ Teeth, Gums, Palate: _____    ☐ Oral Mucosa (Pallor, Cyanosis) _____

## EYES
- ☐ Inspect conjunctiva & lids  (Xanthelasma) _____

## NECK
- ☑ JVD _____    ☐ Thyroid (enlarged, tender, mass) _____

## RESPIRATORY
- ☐ Respiratory effort (Intercostal Retractions, accessory muscles) _____
- ☑ Auscultation of lungs (Breath sounds, Adventitious sounds, rales/rubs) _____

## CARDIOVASCULAR
- ☐ Palpation: (Location, Size, Thrills, Lifts, Palpable S3/S4) _____
- ☐ Auscultation /Rhythm: (Regurgitation, regular, S1, S2, S3, S4, murmur-systolic/diastolic, pericardial friction rub, prosthetic click) _____

- ☐ Measurement of B/P in two or more extremities when indicated: _____
- ☐ Carotid: (Waveform, Pulse/Amplitude, Bruits, Apical-carotid delay) _____
- ☐ Abdominal Aorta: (Mass, Bruits) _____
- ☐ Femoral Artery: (Bruits, Pulses) _____
- ☐ Pedal Pulses: (Bruits, Pulses) _____
- ☑ Extremities: (Edema, Varicosities, Hyperpigmentation, Stasis dermatitis, Liposclerosis, Lymphedema) _____

## GASTROINTESTINAL (ABDOMEN)
- ☐ Exam/Inspect Abdomen _____
- ☐ Exam Liver/Spleen _____
- ☐ Stool Guaiac, if indicated (thrombolytic/anticoagulant therapy) _____

## MUSCULOSKELETAL
- ☑ Back (Kyphosis, scoliosis) _____
- ☑ Gait (Note ability to undergo exercise testing/participation in exercise program) _____
- ☑ Strength/Tone: (Flaccid, spastic, atrophy, abnormal movements) _____

## EXTREMITIES
- ☑ Inspect/palpation digits/nails: (Cyanosis, Infection, Petechiae, Osler's nodes, capillary refill) _____

## SKIN
- ☐ Inspect/palpation (ulcers, scars) _____

## NEUROLOGICAL/PSYCHIATRIC
- ☑ Orientation (Time, Place, Person) _____
- ☑ Mood & affect (Depression, Anxiety, Agitation) _____

TOTAL NUMBER OF ☐ ELEMENTS EXAMINED _____

| Content and Documentation Requirements | |
|---|---|
| **Level of Exam** | **Perform and Document** |
| I. Problem Focused | One to five elements identified by a ☐. |
| II. Expanded Problem Focused | At least six elements identified by a ☐. |
| III. Detailed | At least twelve elements identified by a ☐. |
| IV. & V. Comprehensive | Every ☐ in a shaded section & at least one ☐ in each unshaded section (23-27). |



# TEXAS VASCULAR ASSOCIATES, PA

# Texas Vascular Associates History and Physical Form
## Medical Decision Making

PATIENT NAME: _____
PHYSICIAN NAME: _____

*Ordered tests must be supported by an indication in the assessment section below.*
AMOUNT AND COMPLEXITY OF DATA REVIEWED: *Tests Ordered At This Visit (Check those ☐ that apply and provide explanation):*

☐ Laboratory _____

☐ Medicine  __ Aortic scan __ Cardioversion __ Carotid duplex __ Doppler echo __ Doppler pressures __ EKG __ Electronic analysis-pacemaker
__ EP study __ ETT __ Event monitor __ Holter monitor __ Renal scan __ Stress echo __ TEE __ 2D Echo __ Vascular scan
__ Other _____

☐ Radiology  __ Thallium scan __ Chest x-ray __ Other _____

*Review of Records At This Visit*

*(Check those ☐ that apply and provide explanation):*

Test results reviewed _____

☐ Request records: _____

☐ Discussion of test results with performing physician _____

☐ Review & summarize old records and/or obtain history from other than
patient and/or discuss case w/another healthcare provider _____

☐ Independent visualization of image/tracing/specimen _____

Results of Laboratory/Medicine/Radiology Studies Ordered:
_____
_____
_____
_____
_____

DIAGNOSIS/MANAGEMENT OPTIONS:        ☐ Established Problem        ☐ New Problem

ASSESSMENT: _____        PLAN: _____

* ☐ TIME PATIENT COUNSELED: (THIS SECTION APPLICABLE IF 50% OR MORE OF THE ENCOUNTER WAS SPENT IN COUNSELING/COORDINATION OF CARE)

Minutes Counseled _____ Total Encounter Time _____

Signature _____ Date 10, 24, 9

| Amt/Complexity Data | Diagnosis/Mgt Options | Risk of Complications | Type of Decision-Making |
|---|---|---|---|
| Minimal ≤ 1 | Minimal ≤ 1 | Minimal | I & II. Straight-forward |
| Limited 2 | Limited 2 | Low | III. Low Complexity |
| Moderate 3 | Multiple 3 | Moderate | IV. Moderate Complexity |
| Extensive ≥ 4 | Extensive ≥ 4 | High | V. High Complexity |



# TEXAS VASCULAR ASSOCIATES, PA

Vascular Diagnosis
Vascular Surgery
Endovascular Therapy
Vascular Medicine
Arterial & Venous Disorders



# TEXAS VASCULAR ASSOCIATES, PA

Vascular Diagnosis
Vascular Surgery
Endovascular Therapy
Vascular Medicine
Arterial & Venous Disorders

Wilson V. Garrett, M.D., F.A.C.S.*
Bertram L. Smith, M.D., F.A.C.S.*
Gregory J. Pearl, M.D., F.A.C.S.*
William P. Shutze, M.D., F.A.C.S.*
Dennis R. Gable, M.D., R.V.T.*
Bradley R. Grimsley, M.D.
* Board Certified in Vascular Surgery

3707 Gaston Ave.
Suite 500
Dallas, Texas 75246
(214) 821-9600
Fax (214) 823-5290

**Date of Study: 01/21/2002**

## LOWER EXTREMITY PERIPHERAL ARTERIAL EXAMINATION

Chief Complaint:  Right lower extremity claudication.

Femoral pulses are palpable. Femoral artery waveforms are biphasic. Peak arm pressure is 140 mmHg on the left. Peak ankle pressure is 130 mmHg on the right for an index of 0.93. Peak ankle pressure on the left is 136 mmHg for an index of 0.97.

**IMPRESSION:**      **Very minimal decrease in peripheral arterial perfusion at rest.**

ARTERIAL STUDIES
DOPPLER PRESSURES

| | R | L |
|---|---|---|
| Brachial | 128 | 140 |
| Thigh | -- | -- |
| Above Knee | -- | -- |
| Below Knee | -- | -- |
| Ankle | DP12? PT130 | DP130 PT136 |
| Great Toe | 90 | 80 |
| Ankle Ratio | .93 | .97 |



Wilson V. Garrett, MD /dk

DOB:                        07/20/1957

PATIENT:                   COKEFIELD, GLEN

REFERRING PHYSICIAN:      WILLIAM P. SHUTZE, MD
T: 01/23/2002

Greenville (214) 821-9600     ◆     Waxahachie (214) 821-9600     ◆     Ennis (972) 878-4700     ◆     Richardson (972) 235-8950



# TEXAS
# VASCULAR
# ASSOCIATES, PA

Vascular Diagnosis
Vascular Surgery
Endovascular Therapy
Vascular Medicine
Arterial & Venous Disorders

Wilson V. Garrett, M.D., F.A.C.S.*
Bertram L. Smith, M.D., F.A.C.S.*
Gregory J. Pearl, M.D., F.A.C.S.*
William P. Shutze, M.D., F.A.C.S.*
Dennis R. Cable, M.D., R.V.T.*
Bradley R. Grimsley, M.D.
* Board Certified in Vascular Surgery

3707 Gaston Ave.
Suite 500
Dallas, Texas 75246
(214) 821-9600
Fax (214) 823-5290

**Date of Study: 01/21/2002**

**LOWER EXTREMITY VENOUS DOPPLER**
Chief Complaint:   Pain and numbness in right lower extremity for approximately one week.

The deep and superficial veins of the right leg were examined using a combination of real-time B-mode imaging and pulsed wave Doppler.

All deep veins are patent and exhibit spontaneous phasic flow with normal augmentation at all levels. Signals are non-pulsatile and no valvular incompetency is present.

Real-time B-mode imaging shows easy compressibility of all deep veins  without intraluminal thrombi. Color flow imaging is likewise normal.

**IMPRESSION:**   **No evidence of DVT right leg.**

Wilson V. Garrett, MD /dk

DOB:                      07/20/1957

PATIENT:              COKEFIELD, GLEN

REFERRING PHYSICIAN:    WILLIAM P. SHUTZE, MD
T: 01/23/2002

Greenville  (214) 821-9600    ◆    Waxahachie (214) 821-9600    ◆    Ennis (972) 878-4700    ◆    Richardson (972) 235-8950

**BAYLOR/RICHARDSON MEDICAL CENTER**
401 W. CAMPBELL RD., RICHARDSON, TEXAS, 75080
PHONE (972) 498-4730

NAME  **CORNFIELD, GLEN**                     ORD   SHUTZE, WILLIAM P
MRN   (50000)000000-384344                    AGE   44 YRS   SEX   MALE
PT#   17996300    TYPE  O                      LOC   OPT

Accesion          Exam Date/Time        Exam
15-CL-01-00580    09/25/2001  1305      ARTERIO LOWER EXTREM BILAT
15-CL-01-00580    09/25/2001  1305      AORTAGRAM ABDOMINAL

PROCEDURE:                 Iliac femoral arteriogram by a left brachial
                           approach.

SURGEON:                   William Shutze, M.D; Dr. Mark Aguirre, M.D.

ANESTHESIA:                Local with IV sedation.

BLOOD LOSS:                None.

FLUIDS REPLACED:           Less than 500 cc's crystalloid.

COMPLICATIONS:             None.

INDICATIONS:
This is a 44-year-old male with a several month history of progressive severe
limiting short distance bilateral lower extremity claudication from the hips
to the calf combined with findings of absent femoral pulses and a history of
impotence.  The patient has Leriche syndrome and is brought in for
arteriographic evaluation prior to revascularization.

DESCRIPTION OF PROCEDURE:
He was taken to the arteriogram suite.  The left arm and both groins were
prepped and draped in a sterile fashion.  1% plain lidocaine was used for
local infiltration anesthesia.  The left brachial artery was accessed in a
retrograde fashion just above the elbow.  Using the Seldinger technique with a
5-French micropuncture kit, an 035 Bentson wire was advanced into the thoracic
aorta and directed into the intrathoracic and upper abdominal aorta without
difficulty.  This was then exchanged for a 5-French pigtail catheter which was
positioned at the T12 level.  A single AP injection of the abdominal aorta was
then done at 15:30.  We then left the catheter in the same position as it
would not advance beyond the L2 level, and then did a single pelvic and
proximal femoral runoff view at 15:30.  Following this, the diagnostic
catheter was removed over an 035 wire.  Pressure hemostasis was obtained
readily.  The patient was taken back to the day hospital with a palpable left
radial pulse.

FINDINGS:  The patient is seen to have a patent distal thoracic and proximal
abdominal aorta with good filling of the celiac artery and its branches
between the SMA, aorta and its branches, and single patent renal arteries
bilaterally.  The abdominal aorta is occluded several centimeters below the
renal arteries.  There is a tapering-type of stenotic appearance to the
proximal inferior abdominal aorta.  The remaining portion of the abdominal
aorta and common iliac arteries are occluded.  He is seen to recollateralize
and fill the hypergastric and external iliac arteries bilaterally through
epigastric collaterals.  The common femoral arteries, superficial femoral
arteries and profunda femoral arteries are patent bilaterally.  These fill via
collaterals from the pudendal arteries and the lateral circumflex femoral
arteries.  The patient is seen to have a very large superior femoral vessel
filling via collaterals.  The IMA fills retrograde via collaterals but it is
small and atretic.  The external and hypergastric arteries are small and may

PAGE   1                        RADIOLOGY REPORT                     CONTINUED
                                 DOCTOR'S COPY

**BAYLOR/RICHARDSON MEDICAL CENTER**
401 W. CAMPBELL RD., RICHARDSON, TEXAS, 75080
PHONE (972) 498-4730

| | |
|---|---|
| NAME  COKEFIELD, GLEN | ORD   SHUTZE, WILLIAM P |
| MRN   (50000)000000-384344 | AGE   44 YRS  SEX  MALE |
| PT#   17996300     TYPE  O | LOC   OPT |

| Accession | Exam Date/Time | Exam |
|---|---|---|
| 15-CL-01-00580 | 09/25/2001  1305 | ARTERIO LOWER EXTREM BILAT |
| 15-CL-01-00580 | 09/25/2001  1305 | AORTAGRAM ABDOMINAL |

be diffusely diseased.

IMPRESSION:
1.   TOTAL ABDOMINAL AORTIC OCCLUSION.

2.   LERICHE SYNDROME.

WILLIAM P. SHUTZE, M.D.
SIGNED ELECTRONICALLY

DICT: WPS  25SEP2001
TRAN: LDB  25SEP2001  13:43
SIGN: WPS  25SEP2001  16:24

# TEXAS VASCULAR ASSOCIATES
## Vascular Surgery

**214-821-9600**

**10/10/2001**                                              **Discharge Note**

**COKEFIELD, GLEN**

**DIAGNOSIS:**
1. Total abdominal aortic occlusion, Leriche syndrome.


William P. Shutze, MD

WPS:DK

T: 11/09/2001      W)

# TEXAS VASCULAR ASSOCIATES
## Vascular Surgery

214-821-9600

**10/04/2001**

**Procedure Note**

### COKEFIELD, GLEN

PROCEDURE:
1.     Aortobifemoral bypass with 6 x 8 graft

William P. Shutze, M.D.
WPS:MOS:kgm
T:     10/23/01 11:21 AM