# CVS
### pharmacy

Privacy Office
One CVS Drive
Woonsocket, RI 02895

**Private and Confidential**
**Intended for Addressee Only**

1548757
GLEN COKEFIELD
1834 EL CAPITAN 212

DALLAS TX 75218

05/27/2008

Re: GLEN COKEFIELD

Enclosed, please find the patient prescription profile obtained using the information as specified per your request.

To cover the expense of processing these records, please remit a payment of $0.00 to CVS/pharmacy, One CVS Drive, Woonsocket, RI 02895, Attn: Privacy Office. The Federal Tax ID number is 05-03-40626.

If you have questions regarding this report you may contact the Privacy Office at 1-800-287-2414 or e-mail us at PrivacyOffice@cvs.com.

Sincerely,
CVS/pharmacy Privacy Office

---

## INVOICE

**GLEN COKEFIELD**

| Request Nbr | Date | Amount Due: | Payment Amount: |
|---|---|---|---|
| 1548757 | 05/27/2008 | $0.00 | $ |

Payment Due Upon Receipt

Mail payment to:
CVS/pharmacy
Privacy Office
One CVS Drive
Woonsocket, RI 02895

Make Checks Payable to: CVS/pharmacy
Include Request Number and customer name on check





PAGE: 2
RUN DATE: 05/27/2008  TIME: 15:54:44
REQUEST NBR: 1546757

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 04/01/2000 AND 05/27/2008
PHARMACY # 6776

TELEPHONE: 214-000-0000
BIRTHDATE: 07/20/1957

PHARMACY NAME: Eckerd Drug #6776
ADDRESS: 5429 ROSS AVE
CITY, ST, ZIP: DALLAS   TX 75206

PATIENT KEY: 6776538861
PATIENT NAME: COKEFIELD GLEN
ADDRESS: 1634 EL CAPITAN #212
CITY, ST, ZIP: DALLAS TX 75216

SCRIPT COUNT: 2      TOTAL AMOUNT: 14.00      TOTAL PATIENT PAID: 0.00      TOTAL AGENCY PAID: 14.00





CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 06/01/2000 AND 05/27/2008
PHARMACY #: 7413

PAGE: 2
RUN DATE: 05/27/2008  TIME: 16:54:14
REQUEST NBR: 1548757

PHARMACY NAME: Eckerd Drug #7413
ADDRESS: 10014 GARLAND RD
CITY, ST, ZIP: DALLAS TX 75218

PATIENT KEY: 74131019831
PATIENT NAME: COKEFIELD, GLEN
ADDRESS: 1634 EL CAPITAN
CITY, ST, ZIP: DALLAS TX 75218

TELEPHONE: 0 - -
BIRTHDATE: 07/20/1957

SCRIPT COUNT: 12   TOTAL AMOUNT: 304.09   TOTAL PATIENT PAID: 280.00   TOTAL AGENCY PAID: 24.09







CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 04/01/2000 AND 05/27/2008
PHARMACY # 7413

PAGE: 1
RUN DATE: 05/27/2008  TIME: 15:54:44
REQUEST NBR: 1546757

PHARMACY NAME: Eckerd Drug #7413
ADDRESS: 10914 GARLAND RD
CITY, ST, ZIP: DALLAS    TX 76218

PATIENT KEY: 7418225391
PATIENT NAME: COMERFELD GLEN SR
ADDRESS:
CITY, ST, ZIP: 00000

TELEPHONE: 0 - -
BIRTHDATE: 07/20/1957

ALLERGIES/
CONDITIONS: None communicated by the patient.
None communicated by the patient.

| RX NUMBER | REF | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP | TOTAL PRICE | PATIENT PD AMT | PAYER # | PAYER PD AMT | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6864371 | 0 | 00536-4204-02 | CYCLOBENZAPRINE 10MG TABLET | WESTMORELAND, | 08/22/2000 | SSS | 30 | 7.00 | 7.00 | 7701 | 0.00 | |



*(Page rotated 90°; CVS Pharmacy Patient Prescription Record)*

PAGE: 2
RUN DATE: 05/27/2008  TIME: 16:56:44
REQUEST NBR: 1648757

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 04/01/2003 AND 05/27/2008
PHARMACY # 7413

PHARMACY NAME: Eckerd Drug #7413
ADDRESS: 10014 GARLAND RD
CITY, ST, ZIP: DALLAS   TX 75218

PATIENT KEY: 741322351
PATIENT NAME: CONEFIELD GLEN SR
ADDRESS:
CITY, ST, ZIP:       00000

TELEPHONE: 0 - -
BIRTHDATE: 07/20/1957

SCRIPT COUNT: 1    TOTAL AMOUNT: 7.00    TOTAL PATIENT PAID: 7.00    TOTAL AGENCY PAID: 0.00







CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 04/01/2000 AND 05/27/2008
PHARMACY #: 7413

PAGE: 1
RUN DATE: 05/27/2008  TIME: 16:54:44
REQUEST NBR: 1546753

PHARMACY NAME: Eckerd Drug #7413
ADDRESS: 10014 GARLAND RD
CITY, ST, ZIP: DALLAS    TX 75218

PATIENT KEY: 7413309881
PATIENT NAME: COKEFIELD, GLEN
ADDRESS: 1834 EL CAPITAN #212
CITY, ST, ZIP: DALLAS TX 75218
TELEPHONE: 214-585-1917
BIRTHDATE: 07/28/1967

ALLERGIES: None communicated by the patient.
CONDITIONS: None communicated by the patient.

| RX NUMBER | REF | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP | TOTAL PRICE | PATIENT PD AMT | PAYER # | PAYER PD AMT | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5703942 | 0 | 00093049005 | PROPOXY-N/APAP 100-650 TAB | SHUTZE, WILLIAM P. | 04/09/2002 | CD | 30 | 10.00 | 10.00 | 7701 | 0.00 | |



CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 04/01/2008 AND 05/27/2008
PHARMACY # 7413

PAGE: 2
RUN DATE: 05/27/2008  TIME: 16:54:44
REQUEST JOB#: 1546757

PHARMACY NAME: Eckerd Drug #7413
ADDRESS: 10014 GARLAND RD
CITY, ST, ZIP: DALLAS TX 75218

PATIENT KEY: 7413596551
PATIENT NAME: COKEFIELD GLEN
ADDRESS: 1834 EL CAPITAN #212
CITY, ST, ZIP: DALLAS TX 75218

TELEPHONE: 214-585-1817
BIRTHDATE: 07/20/1957

SCRIPT COUNT: 1    TOTAL AMOUNT: 10.00    TOTAL PATIENT PAID: 10.00    TOTAL AGENCY PAID: 0.00



CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 04/01/2000 AND 05/27/2008
PHARMACY # 7430

PAGE: 1
RUN DATE: 05/27/2008 TIME: 15:54:04
REQUEST NBR: 1648757

PHARMACY NAME: Eckerd Drug #7430
ADDRESS: 8868 FERGUSON RD STE 230
CITY, ST, ZIP: DALLAS TX 75228

PATIENT KEY: 7439101039H
PATIENT NAME: COKEFIELD GLENN
ADDRESS: 8860 FERGUSON RD
CITY, ST, ZIP: DALLAS TX 75228

TELEPHONE: 214-315-3384
BIRTHDATE: 07/20/1957

ALLERGIES: None communicated by the patient.
CONDITIONS: None communicated by the patient.

| RX NUMBER | REL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH ENT | QUANT DISP | TOTAL PRICE | PATIENT PD AMT | PAYER # | PAYER PD AMT | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6870867 | 0 | 00456073910 | METOPROLOL 50MG TABLET | GRODIN, JERROLD M | 11/18/2003 | RH | 30 | 20.59 | 10.59 | 1 | 0.00 | |
| 6870898 | 0 | 59651117101 | PLAVIX 75MG TABLET | GRODIN, JERROLD M | 08/18/2003 | RH | 30 | 110.79 | 30.00 | 7701 | 80.79 | |
| 6870859 | 0 | 00003863301 | TRAZODONE 50MG TABLET | GRODIN, JERROLD M | 08/18/2003 | RH | 30 | 10.89 | 10.89 | 7701 | 0.00 | |
| 6870899 | | | TRAZODONE 50MG TABLET | GRODIN, JERROLD M | 11/18/2003 | RH | 30 | 10.89 | 10.89 | 1 | 0.00 | |



PAGE: 2
RUN DATE: 05/27/2008   TIME: 15:54:44
REQUEST NBR: 1548757

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 04/01/2000 AND 05/27/2008
PHARMACY # 7430

TELEPHONE: 214-315-3384
BIRTHDATE: 07/20/1957

PHARMACY NAME: Eckerd Drug 47430
ADDRESS: 8628 FERGUSON RD STE 230
CITY, ST, ZIP: DALLAS    TX 75228

PATIENT KEY: 7430401391
PATIENT NAME: COKEFIELD/GLENN
ADDRESS: 8858 FERGUSON RD
CITY, ST, ZIP: DALLAS TX 75228

SCRIPT COUNT: 4    TOTAL AMOUNT: 142.27    TOTAL PATIENT PAID: 61.48    TOTAL AGENCY PAID: 80.79