JUN-05-2007 17:01     TEXAS VASCULAR ASSOC                    214 823 5290    P.02



TOTAL P.02