UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL Docket No. 1657<br><br>Section L<br>Judge Fallon<br>Magistrate Judge Knowles |
| THIS DOCUMENT RELATES TO ALL CASES | : : : : : | |

## AFFIDAVIT OF COMPLIANCE

**COME NOW** the undersigned Michael J. Miller to notify this Court of his compliance with the Court's Order entered March 5, 2009, which the undersigned first saw on March 26, 2009. The undersigned has fully complied with the Order of this Court by providing a copy of the Order dated December 19, 2008 via U.S. Mail to all Plaintiffs that I represent that are enrolled in the Vioxx Settlement. The undersigned mail this letter to all enrolled clients on March 27, 2009.

Respectfully submitted, this 27th day of March, 2009.

BY: /s/ Michael J. Miller
The Miller Firm, LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960
(P) (540) 672-4224
(F) (540) 672-3055
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann and Russ Herman by U.S. Mail and e-file and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8 (b), and that the foregoing was electronically filed with the Clerk of the Court of The United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on March 27, 2009.

                              /s/ Michael J. Miller
                              Michael J. Miller