**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: VIOXX® ) <br>     PRODUCTS LIABILITY ) <br>     LITIGATION ) <br> ──────────────────────── ) <br> ) <br> THIS RELATES TO: ) <br>     Bob Stephens, ) <br>     Individually, and as the Administrator ) <br>     for the Estate of Johnie Stephens, ) <br>     deceased ) <br> ) <br> v. ) <br> ) <br> Merck & Co., Inc. ) <br> ) <br> Civil Action No: E.D. La 06-CV-1678 ) <br>     ARE 4-06-CV-0259 WRW ) <br> ──────────────────────── ) | MDL NO. 1657 <br><br> Section: L <br> Judge Fallon <br> Magistrate Judge Knowles |

**ORDER ENFORCING ATTORNEY'S LIEN**

The Court having considered the Motion to Enforce Attorney's Lien filed by Gary Eubanks & Associates, P.A.'s (the Firm), **IT IS** hereby **ORDERED** that the Firm's *Motion* is **GRANTED**, as follows:

**IT IS HEREBY ORDERED** that:

1) The Firm has a valid attorney's lien for thirty-two (32) percent on any settlement award due to Plaintiff, Bob Stephens, Individually, and as the Administrator for the Estate of Johnie Stephens, deceased.

2) The Firm's attorney's lien is satisfied upon disbursement of the settlement award due to Plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2009.

                                                                                                 _____
                                                                                                  Honorable Eldon E. Fallon
                                                                                                  U.S. District Court Judge

PREPARED BY:

GARY EUBANKS & ASSOCIATES, P.A.
P.O. BOX 3887
Little Rock, Arkansas 72203
(501) 372-0266
(501) 688-7738

 /s/ Gary L. Eubanks
Gary L. Eubanks
AR Bin 60014
eubanksg@garyeubanks.com