UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY            CIVIL
LITIGATIION

THIS RELATES TO:                            NO: 05-1657
BOB STEPHENS ,

Individually, and as the Administrator for
the Estate of Johnie Stephens, deceased

v.
Merck & Co Inc
Civil Action No. E.D. La 06-1678
              ARE 4-06-259 WRW

                                            SECTION: L (3)


DOCUMENT REMOVED.  SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 18105


    DESCRIPTION: Memorandum

    FILED BY:   Plaintiff

    FILE DATE:   3/27/2009