UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibits A, B, C & D* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

### ORDER TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET

**IT IS ORDERED** that plaintiffs in the cases listed in the attached exhibits show cause on the 15th day of April, 2009, at 9:00 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why they have failed to comply fully with the enrollment requirements of the November 9, 2007 Resolution Program. Plaintiffs shall file and serve upon Liaison Counsel any responses to the Rule on or before the 8th day of April, 2009. Defendant Merck & Co., Inc., shall file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies on or before the 13th day of April, 2009.

**IT IS FURTHER ORDERED** that all plaintiffs and their counsel identified in the attached exhibits *must appear in person in New Orleans at the show cause hearing*. *Failure to appear as required may subject plaintiffs and counsel to contempt proceedings*.

**IT IS FURTHER ORDERED** that curing the noted enrollment deficiencies prior to one day prior to the date of the above noted hearing will obviate the requirement to attend.

970485v.1

NEW ORLEANS, LOUISIANA, this 27th day of March, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

*Fifth OSC Motion re Enrollment Deficiencies*
*Exhibit A – Filed Cases*
*(Notary Issues for Primary Claimants)*

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|
| 1. | Anderson, John H. | Jones, Addie R. | R-15 | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| 2. | Anderson, John H. | Mclaurin, Grace | R-15 | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| 3. | Anderson, John H. | Mclaurin, Grace | R-16 | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| 4. | Andrews & Thornton | Mckee, Willie M. | R-36 | McKee, Willie v. Merck & Co., Inc. | 2:05-cv-04256-EEF-DEK |
| 5. | Blizzard, McCarthy & Nabers, LLP | Van Derel, John F. | R-36 | Gillette, Ronald D. v. Merck & Co., Inc. | 2:05-cv-05442-EEF-DEK |
| 6. | Bonsignore and Brewer | Serpa, Mary C. | R-15 | Eldridge, Bernard v. Merck & Co., Inc. | 2:06-cv-09743-EEF-DEK |
| 7. | Branch Law Firm | Gonzales, Edward T. | R-36 | Koenigsfeld, Tina v. Merck & Co., Inc. | 2:08-cv-00867-EEF-DEK |
| 8. | Branch Law Firm | Griffin, Jean D. | R-36 | Koenigsfeld, Tina v. Merck & Co., Inc. | 2:08-cv-00867-EEF-DEK |
| 9. | Branch Law Firm | Lambert, Judy | R-36 | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK |
| 10. | Branch Law Firm | Morgan, Beverly A. | R-36 | Miller, Kevin L. v. Merck & Co., Inc. | 2:08-cv-00870-EEF-DEK |
| 11. | Brederson Law Center | Van Nieuwenhuize, Maria-Jose | R-36 | Vannieuwenhuize, Marie Jose v. Merck & Co., Inc. | 2:06-cv-02251-EEF-DEK |
| 12. | Brown & Crouppen, PC | Jones, Shirley | R-21 | Chickadel, Ronald v. Merck & Co., Inc. | 2:05-cv-05834-EEF-DEK |
| 13. | Brown & Crouppen, PC | Jones, Shirley | R-36 | Chickadel, Ronald v. Merck & Co., Inc. | 2:05-cv-05834-EEF-DEK |
| 14. | Carey & Danis, LLC | Davis, Yolanda | R-21 | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| 15. | Carey & Danis, LLC | Gossett, Betty J. | R-36 | Dodson, Wanda v. Merck & Co., Inc. | 2:05-cv-06194-EEF-DEK |
| 16. | Carey & Danis, LLC | Howell, Sr., Rudolph | R-36 | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 17. | Carey & Danis, LLC | Jackson, Evelyn | R-36 | Atkins, Stella v. Merck & Co., Inc. | 2:05-cv-04324-EEF-DEK |
| 18. | Carey & Danis, LLC | Lillge, Sharon M. | R-36 | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652-EEF-DEK |
| 19. | Carey & Danis, LLC | Moyer, Hazel | R-36 | Ricketts, Tom v. Merck & Co., Inc. | 2:06-cv-02153-EEF-DEK |
| 20. | Carey & Danis, LLC | Stinnett, Fannie H. | R-36 | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK |
| 21. | Carey & Danis, LLC | Swint, Mona L. | R-36 | Swint, Mona v. Merck & | 2:05-cv-06347- |

|     | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Case Caption** | **Docket Number** |
|-----|---------------------|-------------------|----------------|------------------|-------------------|
|     |                     |                   |                | Co., Inc.        | EEF-DEK           |
| 22. | Cellino & Barnes, P.C. | Francione, Orlando C. | R-16 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 23. | Cellino & Barnes, P.C. | Francione, Orlando C. | R-36 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 24. | Cellino & Barnes, P.C. | Gagliardi, Maria Theresa | R-19 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 25. | Cellino & Barnes, P.C. | Lee, Tracy M. | R-15 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 26. | Cellino & Barnes, P.C. | Lee, Tracy M. | R-16 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 27. | Cellino & Barnes, P.C. | Link, Dorothy M. | R-36 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 28. | Cellino & Barnes, P.C. | Priest, Shirley | R-15 | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 29. | D'Amico, Frank J., Jr., APLC | Jones, Althea | R-19 | Anderson, Harold v. Merck & Co., Inc. | 2:05-cv-04428-EEF-DEK |
| 30. | Driggs Bills & Day PC | Sanchez, Antonio | R-21 | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| 31. | Freese & Goss, PLLC | Brooks, Bert W. | R-15 | Dutlon, Betty v. Merck & Co., Inc. | 2:05-cv-02368-EEF-DEK |
| 32. | Freese & Goss, PLLC | Erby, Roy C. | R-17 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 33. | Freese & Goss, PLLC | Fant, Patricia | R-16 | Dalton, Dianne v. Merck & Co., Inc. | 2:08-cv-00958-EEF-DEK |
| 34. | Freese & Goss, PLLC | Fant, Patricia | R-36 | Dalton, Dianne v. Merck & Co., Inc. | 2:08-cv-00958-EEF-DEK |
| 35. | Freese & Goss, PLLC | Gunn, John F. | R-21 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 36. | Freese & Goss, PLLC | Gunn, John F. | R-36 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 37. | Freese & Goss, PLLC | Lambert, Garland | R-36 | Lambert, Omega v. Merck & Co., Inc. | 2:06-cv-11117-EEF-DEK |
| 38. | Freese & Goss, PLLC | Mariscal, James | R-36 | Mariscal, Debra v. Merck & Co., Inc. | 2:08-cv-01809-EEF-DEK |
| 39. | Freese & Goss, PLLC | Mcarthur, Dee | R-19 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 40. | Freese & Goss, PLLC | Mink, George | R-36 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 41. | Freese & Goss, PLLC | Radtke, William R. | R-16 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 42. | Freese & Goss, PLLC | Wild, Sharon J. | R-15 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 43. | Freese & Goss, PLLC | Wild, Sharon J. | R-16 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 44. | Gallagher Law Firm (TX) | Carnell-Franklin, Fannie | R-36 | Franklin, Fannie C. v. Merck & Co., Inc. | 2:08-cv-00604-EEF-DEK |
| 45. | Gallagher Law Firm (TX) | Griffin, Rosie | R-36 | Griffin, Rosie v. Merck & Co., Inc. | 2:08-cv-00611-EEF-DEK |

|     | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Case Caption** | **Docket Number** |
|-----|---------------------|-------------------|----------------|------------------|-------------------|
| 46. | Gallagher Law Firm (TX) | Hoskins, Kathleen | R-36 | Anderson, Jerry v. Merck & Co., Inc. | 2:06-cv-01902-EEF-DEK |
| 47. | Gallagher Law Firm (TX) | Kazik, Jennifer | R-36 | Kazik, Jennifer v. Merck & Co., Inc. | 2:08-cv-00616-EEF-DEK |
| 48. | Gallagher Law Firm (TX) | Walden, Bernice | R-36 | Anderson, Jerry v. Merck & Co., Inc. | 2:06-cv-01902-EEF-DEK |
| 49. | Harang, Jack W., APLC | Middlemiss, Keith | R-36 | Allen, Carol S. v. Merck & Co., Inc. | 2:06-cv-06437-EEF-DEK |
| 50. | Lamb Firm, LLC, The | Mendez-Cuadrado, Carmen L. | R-21 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 51. | Lamb Firm, LLC, The | Ryan-Guzman, Guillermo | R-15 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 52. | Lamb Firm, LLC, The | Tebenal, Justa | R-16 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 53. | Lamb Firm, LLC, The | Vargas-Cuebas, German | R-19 | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 54. | Matthews & Associates | Brooks, Linda F. | R-21 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 55. | Matthews & Associates | Nolan, Anna L. | R-15 | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| 56. | Matthews & Associates | Orick, Robert E. | R-36 | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| 57. | Matthews & Associates | Pagan Garcia, Nelly | R-15 | Padilla, Rosa M Acosta v. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK |
| 58. | Matthews & Associates | Robertson, Brittany M. | R-15 | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| 59. | Matthews & Associates | Rodriguez Marquez, Manuel | R-19 | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 60. | Matthews & Associates | Simmons-Trepagnier, Vivian | R-15 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 61. | Myers and Perfater | Rose, Patricia A. | R-21 | Hall, Kelli v. Merck & Co., Inc. | 2:06-cv-10367-EEF-DEK |
| 62. | Myers and Perfater | Rose, Patricia A. | R-36 | Hall, Kelli v. Merck & Co., Inc. | 2:06-cv-10367-EEF-DEK |
| 63. | Myler, Brad & Associates | Meeh, Sharlene | R-36 | Adler, Marvin v. Merck & Co., Inc. | 2:06-cv-07082-EEF-DEK |
| 64. | Pro Se | Poole, Louise | R-15 | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |
| 65. | Pro Se | Wiggs, David Franklyn | R-17 | Wiggs, David v. Merck & Co., Inc. | 2:06-cv-06961-EEF-DEK |
| 66. | Stamps & Stamps | Cooper, Joseph L. | R-36 | Bracey, Leola v. Merck & Co., Inc. | 2:08-cv-00145-EEF-DEK |
| 67. | Stamps & Stamps | Lee, Velma L. | R-15 | Hedrick, Doretha v. Merck & Co., Inc. | 2:08-cv-00150-EEF-DEK |
| 68. | Stamps & Stamps | Taylor, Sabrina | R-15 | Clayton, Autry J. v. Merck & Co., Inc. | 2:07-cv-09401-EEF-DEK |

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|
| 69. | Trubitsky, Marina & Associates | Amusyev, Gennady None | R-36 | Gelman, Vadim v. Merck & Co., Inc. | 2:07-cv-01078-EEF-DEK |
| 70. | Weitz & Luxenberg, P.C. | Blankenship, Mary | R-36 | Blankenship, Mary v. Merck & Co., Inc. | ATL-L-5535-05-MT |
| 71. | Weitz & Luxenberg, P.C. | Sherman, Ruby J. | R-21 | Sherman, Ruby J. v. Merck & Co., Inc. | 2:05-cv-04902-EEF-DEK |
| 72. | Weykamp, Paul A., Law Offices of | Biensach, Frederick | R-36 | Biensach, Doris v. Merck & Co., Inc. | 2:05-cv-05115-EEF-DEK |
| 73. | Yosha, Buddy, Law Offices of | Siefert, Thomas W. | R-36 | Rexroat, Virginia v. Merck & Co., Inc. | 2:06-cv-03880-EEF-DEK |
| 74. | Young Firm, The | Ferguson, Linda L. | R-15 | Ferguson, Carolyn v. Merck & Co., Inc. | 2:05-cv-04283-EEF-DEK |
| 75. | Young Firm, The | Mueller, Eike J.w. | R-36 | Mueller, Eike J.W. v. Merck & Co., Inc. | 2:06-cv-06750-EEF-DEK |

*Fifth OSC Motion re Enrollment Deficiencies*
*Exhibit B – Tolling Claimants*
*(Notary Issues for Primary Claimants)*

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **DOB** | **City** | **State** |
|---|---|---|---|---|---|---|
| 1. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Adams, Susan Kay | R-15 | 6/9/47 | Rocky Mount | NC |
| 2. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Franz, Ethel N. | R-15 | 2/25/29 | Gretna | LA |
| 3. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Hill, Catherine N. | R-15 | 12/13/67 | Cass City | MI |
| 4. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Lampkin, Richard | R-21 | 3/8/49 | Akron | OH |
| 5. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Patton, Melanie | R-15 | 12/2/70 | Florence | KY |
| 6. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Ramminger, Margarete Aureala | R-21 | 5/12/16 | Cincinnati | OH |
| 7. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Vysniauskas, Peggy | R-15 | 6/10/57 | Hazel Park | MI |
| 8. | Gallagher Law Firm (TX) | Marquez, Maria C. | R-36 | 4/16/34 | Clovis | NM |
| 9. | Gallagher Law Firm (TX) | Prather, Donna | R-15 | 8/10/51 | Corinth | MS |
| 10. | Gallagher Law Firm (TX) | Turner, Freddie | R-15 |  | Girdler | KY |
| 11. | Gallagher Law Firm (TX) | Turner, Freddie | R-16 |  | Girdler | KY |
| 12. | Gallagher Law Firm (TX) | Wilder, Eugene | R-15 | 04/09/58 | Hyden | KY |
| 13. | Gallagher Law Firm (TX) | Williams, Frank A. | R-21 | 9/9/48 | Belton | SC |
| 14. | Gallagher Law Firm (TX) | Williams, Frank A. | R-36 | 9/9/48 | Belton | SC |
| 15. | Johnson, Charles H. & Associates | Bruce, Herbert B. | R-15 | 2/9/28 | Arkansas City | KS |
| 16. | Johnson, Charles H. & Associates | Chapin, Daniel N. | R-15 | 7/3/21 | Overland Park | KS |
| 17. | Johnson, Charles H. & Associates | English, Constance E. | R-15 | 2/1/50 | Bellevue | PA |
| 18. | Johnson, Charles H. & Associates | Erickson, Sidney J. | R-15 | 3/3/24 | Charlotte | MI |
| 19. | Johnson, Charles H. | Morris, Tena B. | R-15 | 5/20/40 | Green Forest | AR |

|     | Primary Counsel | Claimant Name | Deficiency | DOB | City | State |
| --- | --- | --- | --- | --- | --- | --- |
|     | & Associates |  |  |  |  |  |
| 20. | Johnson, Charles H. & Associates | Morris, Tena B. | R-16 | 5/20/40 | Green Forest | AR |
| 21. | Johnson, Charles H. & Associates | Morris, Tena B. | R-36 | 5/20/40 | Green Forest | AR |
| 22. | Johnson, Charles H. & Associates | Sanders, Norma L. | R-15 | 4/24/45 | Brownsville | KY |
| 23. | Johnson, Charles H. & Associates | Sanders, Norma L. | R-16 | 4/24/45 | Brownsville | KY |
| 24. | Johnson, Charles H. & Associates | Spencer, Joanna M. | R-15 | 7/26/47 | St. Joseph | MO |
| 25. | Johnson, Charles H. & Associates | Turner, Bobby R. | R-15 | 5/1/35 | Cadiz | KY |
| 26. | Johnson, Charles H. & Associates | Vidas, Jamie I. | R-15 | 7/22/21 | Grants Pass | OR |
| 27. | Levensten Law Firm, P.C. | Schemm, Mary | R-15 | 4/14/47 | Randalstown | MD |
| 28. | Levensten Law Firm, P.C. | Schemm, Mary | R-16 | 4/14/47 | Randalstown | MD |
| 29. | Matthews & Associates | Oldaker, Donald E. | R-15 | 5/29/29 | Lake Worth | FL |
| 30. | Pro Se | Abdel Malek, Mounir R. | R-15 | 12/11/37 | Fontana | CA |
| 31. | Pro Se | Borner, Loraine | R-36 | 9/7/26 | Selmer | TN |
| 32. | Pro Se | Ellington, Matilda C. | R-36 | 9/6/36 | Tuskegee | AL |
| 33. | Pro Se | Gee, Arthur Lee | R-15 | 2/15/45 | Inverness | MS |
| 34. | Pro Se | Gee, Arthur Lee | R-16 | 2/15/45 | Inverness | MS |
| 35. | Pro Se | Hurst, Danny K. | R-36 | 6/24/57 | Middlesboro | KY |
| 36. | Pro Se | Johnson, Annie | R-36 | 4/19/10 | Newark | NJ |
| 37. | Pro Se | Miley, Abbieline R. | R-15 | 12/18/38 | Nacogdoches | TX |
| 38. | Pro Se | Miller, George Paul | R-15 |  |  |  |
| 39. | Pro Se | Welke, Leroy Alfred | R-15 | 3/5/27 | Rochester | MN |
| 40. | Pro Se | Woodard, Deloris | R-15 | 6/12/49 | Memphis | TN |
| 41. | Ruiz, John H., PA, Law Firm of | Vengochea, Rosario M. | R-19 | 3/20/29 | Miami | FL |
| 42. | Weitz & Luxenberg, P.C. | Bentley, Darlene | R-21 | 9/11/39 | Union City | CA |
| 43. | Weitz & Luxenberg, P.C. | Coker, Jimmie Joe | R-21 | 6/11/37 | Pauls Valley | OK |
| 44. | Weitz & Luxenberg, P.C. | Hilton, Carl B. | R-19 | 1/10/25 | Picayune | MS |
| 45. | Weitz & Luxenberg, P.C. | Jodry, Sue | R-36 | 5/22/47 | Milford | IN |
| 46. | Weitz & Luxenberg, P.C. | Smith, Margaret | R-36 | 5/11/54 | Fayetteville | NC |
| 47. | Weitz & Luxenberg, P.C. | Steg, Rick P. | R-36 | 5/13/36 | Raleigh | NC |

|     | **Primary Counsel** | **Claimant Name** | **Deficiency** | **DOB** | **City** | **State** |
|---|---|---|---|---|---|---|
| 48. | Weitz & Luxenberg, P.C. | Tate-Smith, Janet | R-36 | 12/13/37 | Waco | KY |
| 49. | Weitz & Luxenberg, P.C. | Townsend, Marilyn L. | R-36 | 2/3/54 | Reidsville | NC |
| 50. | Weitz & Luxenberg, P.C. | Trosper, Valaree J. | R-21 | 7/25/33 | Kokomo | IN |
| 51. | Weitz & Luxenberg, P.C. | Trosper, Valaree J. | R-36 | 7/25/33 | Kokomo | IN |
| 52. | Weitz & Luxenberg, P.C. | Winget, Ronald E. | R-16 | 5/12/42 | Columbus | IN |
| 53. | Weitz & Luxenberg, P.C. | Winget, Ronald E. | R-17 | 5/12/42 | Columbus | IN |

*Fifth OSC Motion re Enrollment Deficiencies*
*Exhibit C – Filed Cases*
*(Notary Issues for Derivative Claimants)*

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Case Caption** | **Docket Number Current** | **Derivative Claimant Name** |
|---|---|---|---|---|---|---|
| 1. | Andrews & Thornton | Mckee, Willie M. | R-24 | McKee, Willie v. Merck & Co., Inc. | 2:05-cv-04256-EEF-DEK | McKee, Willie |
| 2. | Blizzard, McCarthy & Nabers, LLP | Van Derel, John F. | R-24 | Gillette, Ronald D. v. Merck & Co., Inc. | 2:05-cv-05442-EEF-DEK | Van Derel, Michael |
| 3. | Blizzard, McCarthy & Nabers, LLP | Van Derel, John F. | R-24 | Gillette, Ronald D. v. Merck & Co., Inc. | 2:05-cv-05442-EEF-DEK | Kopecky, Jean |
| 4. | Blizzard, McCarthy & Nabers, LLP | Van Derel, John F. | R-24 | Gillette, Ronald D. v. Merck & Co., Inc. | 2:05-cv-05442-EEF-DEK | Van Derel, Andee |
| 5. | Branch Law Firm | Lambert, Judy | R-24 | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK | Lambert, William |
| 6. | Branch Law Firm | Patterson, Hazel | R-22 | Anderson, Clifton v. Merck & Co., Inc. | 2:07-cv-03935-EEF-DEK | Patterson, Jr., Thomas |
| 7. | Carey & Danis, LLC | Howell, Sr., Rudolph | R-24 | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK | Wrenn, Linda |
| 8. | Carey & Danis, LLC | Stinnett, Fannie H. | R-24 | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK | Stinnett, Furman |
| 9. | Carlile Law Firm, The | Wickware, Dec'D., Ravay V. | R-22 | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | Deveraux, Patricia |
| 10. | Carlile Law Firm, The | Wickware, Dec'D., Ravay V. | R-26 | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | Wickware, Rachel |
| 11. | Cellino & Barnes, P.C. | Capasso, Jayne | R-24 | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK | Capasso, Paul |
| 12. | Cellino & Barnes, P.C. | Jankowski, Anthony | R-24 | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK | Jankowski, Judy |
| 13. | Cellino & Barnes, P.C. | Lafollette, Virginia E. | R-24 | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK | Lafollette, James |
| 14. | Cellino & Barnes, P.C. | Priest, Shirley | R-22 | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK | Priest, Wayne |
| 15. | Cellino & Barnes, P.C. | Thrash, Terry L. | R-28 | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK | Thrash, Angie |
| 16. | Cellino & Barnes, P.C. | Umbleby, Logan | R-26 | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | Umbleby, Patricia |
| 17. | Driggs Bills & Day PC | Sanchez, Antonio | R-28 | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK | Cortez, Pamala |
| 18. | Freese & Goss, PLLC | Fatla, Carol | R-24 | Durham v. Merck & Co., | 2:07-cv-09196- | FATLA, |

| | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Case Caption** | **Docket Number Current** | **Derivative Claimant Name** |
|---|---|---|---|---|---|---|
| | | J. | | Inc. | EEF-DEK | PAUL |
| 19. | Freese & Goss, PLLC | Lambert, Garland | R-24 | Lambert, Omega v. Merck & Co., Inc. | 2:06-cv-11117-EEF-DEK | Lambert, Omega |
| 20. | Freese & Goss, PLLC | Radtke, William R. | R-23 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK | Radke, Mary |
| 21. | Gallagher Law Firm (TX) | Kazik, Jennifer | R-24 | Kazik, Jennifer v. Merck & Co., Inc. | 2:08-cv-00616-EEF-DEK | Kazik, Cheryl |
| 22. | Harang, Jack W., APLC | Middlemiss, Keith | R-24 | Allen, Carol S. v. Merck & Co., Inc. | 2:06-cv-06437-EEF-DEK | Middlemiss, Jeffrey |
| 23. | Kline & Specter, PC | Andree, Sonja | R-22 | Ahmed, Alauddin v. Merck & Co., Inc. | 2:06-cv-03639-EEF-DEK | ANDREE, RICHARD |
| 24. | Kline & Specter, PC | Breezee, Glen E. | R-26 | Breezee, Glen v. Merck & Co., Inc. | 2:06-cv-03110-EEF-DEK | BREEZEE, LINDA |
| 25. | Laminack, Pirtle & Martines | Maull, Estate Of Clara | R-24 | Maull, Dizzie D. v. Merck & Co., Inc. | 2:06-cv-07025-EEF-DEK | Maull, Dizzie |
| 26. | Matthews & Associates | Rodriguez Marquez, Manuel | R-26 | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK | Rodriguez Roman, Manuel |
| 27. | Pro Se | Poole, Louise | R-22 | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK | Burr, Brenda |
| 28. | Trubitsky, Marina & Associates | Sadikov, Arcadiy None | R-28 | Gelman, Vadim v. Merck & Co., Inc. | 2:07-cv-01078-EEF-DEK | Satskova, Tatiana |
| 29. | Weitz & Luxenberg, P.C. | Sherman, Ruby J. | R-28 | Sherman, Ruby J. v. Merck & Co., Inc. | 2:05-cv-04902-EEF-DEK | Sherman, Donald |
| 30. | Yosha, Buddy, Law Offices of | Siefert, Thomas W. | R-24 | Rexroat, Virginia v. Merck & Co., Inc. | 2:06-cv-03880-EEF-DEK | Seifert, Scarlett |
| 31. | Young Firm, The | Mueller, Eike J.w. | R-24 | Mueller, Eike J.W. v. Merck & Co., Inc. | 2:06-cv-06750-EEF-DEK | Mueller, Ling |

*Fifth OSC Motion re Enrollment Deficiencies*
*Exhibit D – Tolling Claimants*
*(Notary Issues for Derivative Claimants)*

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **DOB** | **City** | **State Abbrev** | **Derivative Claimant Name** |
|---|---|---|---|---|---|---|---|
| 1. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Groene, Joseph | R-24 | 9/26/30 | Edgewood | KY | Groene, Barbara |
| 2. | Duncan Firm, P.A. | Snellenberger, Theodore Conrad | R-26 | 3/19/35 | Cabot | AR | Halverson, Deanna |
| 3. | Gallagher Law Firm (TX) | Hatten, William | R-24 | 8/5/30 | Havelock | NC | Boone, Pat |
| 4. | Matthews & Associates | Oldaker, Donald E. | R-22 | 5/29/29 | Lake Worth | FL | Jennings, Alicia |
| 5. | Pro Se | Ellington, Matilda C. | R-24 | 9/6/36 | Tuskegee | AL | Ellington, Sr., Ernest |
| 6. | Pro Se | Johnson, Annie | R-24 | 4/19/10 | Newark | NJ | Smith, Jessie |
| 7. | Pro Se | Meadows, Gary Wayne | R-22 | 2/21/52 | Princewick | WV | Meadows, Anna |
| 8. | Pro Se | Woodard, Deloris | R-22 | 6/12/49 | Memphis | TN | Woodard, Willie |
| 9. | Weitz & Luxenberg, P.C. | Trosper, Valaree J. | R-24 | 7/25/33 | Kokomo | IN | Lee, Mark |