## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| See Attached Exhibits A & B | * | KNOWLES |
| | * | |
| | * | |

**************************************************************************

### ORDER TO SHOW CAUSE WHY RESOLUTION PROGRAM
### ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET

**IT IS ORDERED** that plaintiffs in the cases listed in the attached Exhibits A & B

show cause on the 15th day of ___April___, 2009, at ___9:00___ o'clock, at the United States District

Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why they have

failed to comply fully with the enrollment requirements of the November 9, 2007 Resolution

Program.  Plaintiffs shall file and serve upon Liaison Counsel any responses to the Rule on or

before the 8th day of ___April___, 2009.  Defendant Merck & Co., Inc., shall file and serve upon

Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies on or

before the 13th day of ___April___, 2009.

**IT IS FURTHER ORDERED** that all plaintiffs and their counsel identified in

the attached exhibits ***must appear in person in New Orleans at the show cause hearing***.

***Failure to appear as required may subject plaintiffs and counsel to contempt proceedings***.

**IT IS FURTHER ORDERED** that curing the noted enrollment deficiencies prior

to one day prior to the date of the above noted hearing will obviate the requirement to attend.

970451v.1

NEW ORLEANS, LOUISIANA, this 27th day of March, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1
970451v.1

*First OSC re Enrollment Deficiencies*
*Exhibit A – Filed Cases*

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|
| 1. | Ainsworth, Price, P.C., Law Offices of | Murray, Elizabeth | R-1 | Murray, Joseph v. Merck & Co., Inc. | 2:05-cv-05431-EEF-DEK |
| 2. | Anderson, John H. | Mark, Debra K. | R-1 | Nelson, Louis v. Merck & Co., Inc. | 2:08-cv-00880-EEF-DEK |
| 3. | Anderson, John H. | Mark, Debra K. | R-32 | Nelson, Louis v. Merck & Co., Inc. | 2:08-cv-00880-EEF-DEK |
| 4. | Anderson, John H. | Mark, Debra K. | R-6 | Nelson, Louis v. Merck & Co., Inc. | 2:08-cv-00880-EEF-DEK |
| 5. | Anderson, John H. | Mark, Debra K. | R-99a | Nelson, Louis v. Merck & Co., Inc. | 2:08-cv-00880-EEF-DEK |
| 6. | Anderson, John H. | Mclaurin, Grace | R-99a | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| 7. | Arnold & Itkin, LLP | Benedict, Roger | R-1 | Benedict, Roger v. Merck & Co., Inc. | 2:06-cv-07168-EEF-DEK |
| 8. | Arnold & Itkin, LLP | Benedict, Roger | R-32 | Benedict, Roger v. Merck & Co., Inc. | 2:06-cv-07168-EEF-DEK |
| 9. | Arnold & Itkin, LLP | Benedict, Roger | R-5 | Benedict, Roger v. Merck & Co., Inc. | 2:06-cv-07168-EEF-DEK |
| 10. | Ball, John T., Attorney at Law | Wells, John W. | R-1 | Wells, John W. v. Merck & Co., Inc. | 2:07-cv-05904-EEF-DEK |
| 11. | Ball, John T., Attorney at Law | Wells, John W. | R-32 | Wells, John W. v. Merck & Co., Inc. | 2:07-cv-05904-EEF-DEK |
| 12. | Barrett Law Office, PA (MS) | Palmer, Terry | R-1 | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 13. | Barrett Law Office, PA (MS) | Palmer, Terry | R-32 | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 14. | Barrett Law Office, PA (MS) | Sendall, Joy | R-32 | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 15. | Becnel Law Firm, LLC | Curry, Katie | R-1 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 16. | Becnel Law Firm, LLC | Mayo, William | R-1 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 17. | Becnel Law Firm, LLC | Mayo, William | R-32 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 18. | Becnel Law Firm, LLC | Menendez, Belle G. | R-1 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 19. | Becnel Law Firm, LLC | Menendez, Belle G. | R-32 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 20. | Becnel Law Firm, LLC | Menendez, Belle G. | R-5 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 21. | Becnel Law Firm, LLC | Stewart, Donald | R-1 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |

|  | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 22. | Becnel Law Firm, LLC | Stewart, Donald | R-32 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 23. | Boone Law Firm, P.A. | Vence, Estate Of Margrete | R-1 | Vence, Margrete Estate of v. Merck & Co., Inc. | 2:08-cv-00249-EEF-DEK |
| 24. | Boone Law Firm, P.A. | Vence, Estate Of Margrete | R-32 | Vence, Margrete Estate of v. Merck & Co., Inc. | 2:08-cv-00249-EEF-DEK |
| 25. | Boone Law Firm, P.A. | Vence, Estate Of Margrete | R-6 | Vence, Margrete Estate of v. Merck & Co., Inc. | 2:08-cv-00249-EEF-DEK |
| 26. | Branch Law Firm | Morgan, Beverly A. | R-5 | Miller, Kevin L. v. Merck & Co., Inc. | 2:08-cv-00870-EEF-DEK |
| 27. | Branch Law Firm | Smith, Janie | R-5 | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK |
| 28. | Brederson Law Center | Van Nieuwenhuize, Maria-Jose | R-32 | Vannieuwenhuize, Marie Jose v. Merck & Co., Inc. | 2:06-cv-02251-EEF-DEK |
| 29. | Brederson Law Center | Van Nieuwenhuize, Maria-Jose | R-6 | Vannieuwenhuize, Marie Jose v. Merck & Co., Inc. | 2:06-cv-02251-EEF-DEK |
| 30. | Brederson Law Center | Van Nieuwenhuize, Maria-Jose | R-99a | Vannieuwenhuize, Marie Jose v. Merck & Co., Inc. | 2:06-cv-02251-EEF-DEK |
| 31. | Carey & Danis, LLC | Bowman, Bradley | R-32 | Gaston, Wilma v. Merck & Co., Inc. | 2:05-cv-05293-EEF-DEK |
| 32. | Carey & Danis, LLC | Chester, Sylvester | R-32 | Piechoinski, Chris v. Merck & Co., Inc. | 2:05-cv-03807-EEF-DEK |
| 33. | Carey & Danis, LLC | Fletcher, Wilma | R-5 | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| 34. | Carey & Danis, LLC | Giertuga, Joseph J. | R-32 | Jackson, Gloria v. Merck & Co., Inc. | 2:06-cv-01896-EEF-DEK |
| 35. | Carey & Danis, LLC | Gordon, Dolores | R-32 | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 36. | Carey & Danis, LLC | Hamilton, Francis | R-1 | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK |
| 37. | Carey & Danis, LLC | Hamilton, Francis | R-32 | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK |
| 38. | Carey & Danis, LLC | Jackson, Agnes H. | R-5 | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK |
| 39. | Carey & Danis, LLC | Jackson, Sarah | R-99a | Atkins, Stella v. Merck & Co., Inc. | 2:05-cv-04324-EEF-DEK |
| 40. | Carey & Danis, LLC | Knox, Clarence | R-5 | Hopper, Judith v. Merck & Co., Inc. | 2:06-cv-06240-EEF-DEK |
| 41. | Carey & Danis, LLC | Mcbride, Sandra | R-32 | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK |
| 42. | Carey & Danis, LLC | Mitchell, Alexander | R-5 | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK |
| 43. | Carey & Danis, LLC | Pagnotta, Ugo | R-32 | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK |
| 44. | Carey & Danis, LLC | Ridge, Laura | R-32 | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |

|  | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 45. | Carey & Danis, LLC | Tripp, Emigene | R-32 | Raymo, Debra v. Merck & Co., Inc. | 2:05-cv-02568-EEF-DEK |
| 46. | Carey & Danis, LLC | White, Hallard D. | R-5 | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK |
| 47. | Cellino & Barnes, P.C. | Arguelles, Adolfo | R-99a | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK |
| 48. | Cellino & Barnes, P.C. | Blanchard, Doris Elaine | R-5 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 49. | Cellino & Barnes, P.C. | Dyche, John T. | R-5 | Clark, William v. Merck & Co., Inc. | 2:06-cv-01212-EEF-DEK |
| 50. | Cellino & Barnes, P.C. | Hartman, Nereida | R-32 | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 51. | Cellino & Barnes, P.C. | Hensley, Louis | R-6 | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 52. | Cellino & Barnes, P.C. | Holland, William | R-5 | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK |
| 53. | Cellino & Barnes, P.C. | Hummel, Charlene | R-32 | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 54. | Cellino & Barnes, P.C. | Kania, Rachel | R-32 | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |
| 55. | Cellino & Barnes, P.C. | Karpinski, Eleanor | R-5 | Alister, Gene C. v. Merck & Co., Inc. | 2:06-cv-10871-EEF-DEK |
| 56. | Cellino & Barnes, P.C. | Kline, Margaret A. | R-1 | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 57. | Cellino & Barnes, P.C. | Kline, Margaret A. | R-32 | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 58. | Cellino & Barnes, P.C. | Lehmann, Mary | R-1 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 59. | Cellino & Barnes, P.C. | Lehmann, Mary | R-32 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 60. | Cellino & Barnes, P.C. | Lunn, Patricia | R-1 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 61. | Cellino & Barnes, P.C. | Lunn, Patricia | R-32 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 62. | Cellino & Barnes, P.C. | Marineau, Patsie E. | R-32 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 63. | Cellino & Barnes, P.C. | Maxam, Mark | R-5 | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 64. | Cellino & Barnes, P.C. | Mote, Donna | R-5 | Ando, Donald J. v. Merck & Co., Inc. | 2:06-cv-10629-EEF-DEK |
| 65. | Cellino & Barnes, P.C. | Rivera, Helen | R-1 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 66. | Cellino & Barnes, P.C. | Rivera, Helen | R-32 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 67. | Cellino & Barnes, P.C. | Rodo, Angeline | R-1 | Brown, Betty v. Merck & Co., Inc. | 2:06-cv-01186-EEF-DEK |
| 68. | Cox, Cox, Filo, Camel & Wilson | Fusilier, Lula M. | R-1 | Fuselier, Herbert v. Merck & Co., Inc. | 2:06-cv-00988-EEF-DEK |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 69. | Cox, Cox, Filo, Camel & Wilson | Fusilier, Lula M. | R-32 | Fuselier, Herbert v. Merck & Co., Inc. | 2:06-cv-00988-EEF-DEK |
| 70. | Cox, Cox, Filo, Camel & Wilson | Fusilier, Lula M. | R-5 | Fuselier, Herbert v. Merck & Co., Inc. | 2:06-cv-00988-EEF-DEK |
| 71. | Cox, Cox, Filo, Camel & Wilson | Gallo, Anna H. | R-1 | Gallo, Nolan v. Merck & Co., Inc. | 2:06-cv-00989-EEF-DEK |
| 72. | Cox, Cox, Filo, Camel & Wilson | Leday, Sayretha B. | R-1 | Leday, Sayretha v. Merck & Co., Inc. | 2:05-cv-02275-EEF-DEK |
| 73. | Cox, Cox, Filo, Camel & Wilson | Rodgers, Joyce F. | R-1 | Joyce Rodgers v. Merck & Co., Inc. | 2:06-cv-00305-EEF-DEK |
| 74. | Cox, Cox, Filo, Camel & Wilson | Rodgers, Joyce F. | R-32 | Joyce Rodgers v. Merck & Co., Inc. | 2:06-cv-00305-EEF-DEK |
| 75. | Fenner & Boles LLC | Smith, Margie L. | R-1 | Reed, Thelma v. Merck & Co., Inc. | 2:05-cv-05347-EEF-DEK |
| 76. | Freese & Goss, PLLC | Ard, Patricia | R-5 | Gheen, Sherry v. Merck & Co., Inc. | 2:07-cv-03179-EEF-DEK |
| 77. | Freese & Goss, PLLC | Barton, Jerry J. | R-99a | Barton, Jerry v. Merck & Co., Inc. | 2:08-cv-01777-EEF-DEK |
| 78. | Freese & Goss, PLLC | Basaca, Alicia M. | R-5 | Choice, Helen v. Merck & Co., Inc. | 2:07-cv-06690-EEF-DEK |
| 79. | Freese & Goss, PLLC | Bell, Babette | R-99a | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 80. | Freese & Goss, PLLC | Drew, Freddie M. | R-6 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 81. | Freese & Goss, PLLC | Fant, Patricia | R-32 | Dalton, Dianne v. Merck & Co., Inc. | 2:08-cv-00958-EEF-DEK |
| 82. | Freese & Goss, PLLC | Gibilian, Jean | R-5 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 83. | Freese & Goss, PLLC | Jackson, Emanuel | R-1 | Choice, Helen v. Merck & Co., Inc. | 2:07-cv-06690-EEF-DEK |
| 84. | Freese & Goss, PLLC | Jackson, Emanuel | R-32 | Choice, Helen v. Merck & Co., Inc. | 2:07-cv-06690-EEF-DEK |
| 85. | Freese & Goss, PLLC | Kulas, Mark | R-99a | Kulas, Mark v. Merck & Co., Inc. | 2:08-cv-01861-EEF-DEK |
| 86. | Freese & Goss, PLLC | Murfin, Dolores | R-5 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 87. | Freese & Goss, PLLC | Radtke, William R. | R-32 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 88. | Freese & Goss, PLLC | Smith, Barbara A. | R-1 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 89. | Freese & Goss, PLLC | Smith, Barbara A. | R-32 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 90. | Freese & Goss, PLLC | Stewart, Gary | R-1 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 91. | Freese & Goss, PLLC | Stewart, Gary | R-32 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 92. | Freese & Goss, PLLC | Thomas, Ora B. | R-5 | Dalton, Dianne v. Merck & Co., Inc. | 2:08-cv-00958-EEF-DEK |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 93. | Gallagher Law Firm (TX) | Adams, Nona | R-1 | Adams, Nona v. Merck & Company, Inc. | 2:08-cv-00583-EEF-DEK |
| 94. | Gallagher Law Firm (TX) | Adams, Nona | R-32 | Adams, Nona v. Merck & Company, Inc. | 2:08-cv-00583-EEF-DEK |
| 95. | Gallagher Law Firm (TX) | Carnell-Franklin, Fannie | R-99a | Franklin, Fannie C. v. Merck & Co., Inc. | 2:08-cv-00604-EEF-DEK |
| 96. | Gallagher Law Firm (TX) | Dupree, Neta | R-1 | Dupree, Neta v. Merck & Company, Inc. | 2:08-cv-00597-EEF-DEK |
| 97. | Gallagher Law Firm (TX) | Dupree, Neta | R-6 | Dupree, Neta v. Merck & Company, Inc. | 2:08-cv-00597-EEF-DEK |
| 98. | Gallagher Law Firm (TX) | Gherman C/o Rosalie Johnson, Constantino | R-99a | Gherman, Constantino v. Merck & Co., Inc. | 2:08-cv-00607-EEF-DEK |
| 99. | Gallagher Law Firm (TX) | Griffin, Rosie | R-99a | Griffin, Rosie v. Merck & Co., Inc. | 2:08-cv-00611-EEF-DEK |
| 100. | Gallagher Law Firm (TX) | Hebert, Sandra | R-99a | Hebert, Sandra v. Merck & Co., Inc. | 2:08-cv-00613-EEF-DEK |
| 101. | Gallagher Law Firm (TX) | Kaske, Keith | R-99a | Kaske, Keith v. Merck & Co., Inc. | 2:08-cv-00615-EEF-DEK |
| 102. | Gallagher Law Firm (TX) | Kimble, Angela | R-99a | Allemand, Mary v. Merck | 2:05-cv-04510-EEF-DEK |
| 103. | Gallagher Law Firm (TX) | King, Mark | R-99a | King, Mike v. Merck & Co., Inc. | 2:08-cv-00618-EEF-DEK |
| 104. | Gallagher Law Firm (TX) | Mahoney, John | R-99a | Mahoney, John v. Merck & Company, Inc. | 2:08-cv-00624-EEF-DEK |
| 105. | Gallagher Law Firm (TX) | Martinez, Rebecca | R-1 | Anderson Felset, Flora v. Merck & Co., Inc. | 2:07-cv-03742-EEF-DEK |
| 106. | Gallagher Law Firm (TX) | Martinez, Rebecca | R-32 | Anderson Felset, Flora v. Merck & Co., Inc. | 2:07-cv-03742-EEF-DEK |
| 107. | Gallagher Law Firm (TX) | Martinez, Rebecca | R-99a | Anderson Felset, Flora v. Merck & Co., Inc. | 2:07-cv-03742-EEF-DEK |
| 108. | Gallagher Law Firm (TX) | Rippelmeyer, Nadine | R-99a | Rippelmeyer, Nadine v. Merck & Co., Inc. | 2:08-cv-00636-EEF-DEK |
| 109. | Gallagher Law Firm (TX) | Sowles, Verlyn Eugene | R-99a | Sowles, Verlyn E. v. Merck & Co., Inc. | 2:08-cv-00642-EEF-DEK |
| 110. | Gallagher Law Firm (TX) | Stanton, Rosie | R-99a | Stanton, Rosie v. Merck & Co., Inc. | 2:08-cv-00646-EEF-DEK |
| 111. | Gallagher Law Firm (TX) | Washington, Artie | R-99a | Washington, Artie v. Merck & Co., Inc. | 2:08-cv-00651-EEF-DEK |
| 112. | Gallagher Law Firm (TX) | Williams, Sherman | R-99a | Williams, Sherman v. Merck & Co., Inc. | 2:08-cv-00655-EEF-DEK |
| 113. | Jones, Swanson, Huddell & Garrison, L.L.C. | Margin, Deceased, C/o Monique Mcdermott, Cynthia | R-1 | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 114. | Jones, Swanson, Huddell & Garrison, L.L.C. | Margin, Deceased, C/o Monique Mcdermott, Cynthia | R-32 | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 115. | Lamb Firm, LLC, The | Adames De-La-Rosa, Rogelio | R-99a | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 116. | Lamb Firm, LLC, The | Gutierrez-Mendez, Manuel A. | R-99a | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 117. | Lamb Firm, LLC, The | Hernandez, Reina | R-99a | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 118. | Lamb Firm, LLC, The | Lorenzo-Nieves, Felicita | R-1 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 119. | Lamb Firm, LLC, The | Lorenzo-Nieves, Felicita | R-32 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 120. | Lamb Firm, LLC, The | Orta-Perez, Cecilia | R-5 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 121. | Lamb Firm, LLC, The | Pion-Baez, Maria | R-99a | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 122. | Lamb Firm, LLC, The | Ramos-Rodriguez, Rafael | R-99a | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 123. | Matthews & Associates | Brown, Georgia W. | R-5 | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946-EEF-DEK |
| 124. | Matthews & Associates | Crowder, Betty G. | R-99a | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| 125. | Matthews & Associates | Mullins, Christina M. | R-5 | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| 126. | Matthews & Associates | Murthil, Favin P. | R-1 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 127. | Matthews & Associates | Murthil, Favin P. | R-32 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 128. | Matthews & Associates | Nolan, Anna L. | R-29 | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| 129. | Matthews & Associates | Ortiz Bastide, Raul | R-5 | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK |
| 130. | Matthews & Associates | Rodriguez Feliciano, Juana R. | R-5 | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 131. | Matthews & Associates | Rosario Medina, Migdalia | R-32 | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK |
| 132. | Matthews & Associates | Sanders, Ora P. | R-1 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 133. | Matthews & Associates | Sanders, Ora P. | R-32 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 134. | Matthews & Associates | Usry, Robert | R-99a | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| 135. | Matthews & Associates | Zelina, Joyce D. | R-5 | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 136. | McGraw Law Offices | Hinkle, David J. | R-99a | Brumfield, Donald v. Merck & Co., Inc. | 2:07-cv-01407-EEF-DEK |
| 137. | McGraw Law Offices | Quarles, Greta G. | R-99a | Brumfield, Donald v. Merck & Co., Inc. | 2:07-cv-01407-EEF-DEK |
| 138. | Miller Firm, LLC, The (PA) | Cottrell, William D. | R-99a | Ferguson, Bonnie v. Merck & Co., Inc. | 2:07-cv-01827-EEF-DEK |
| 139. | Miller Firm, LLC, The (PA) | Vance, Dean | R-5 | Godfrey, Charles E. v. Merck & Co., Inc. | 2:06-cv-09712-EEF-DEK |
| 140. | Myers and Perfater | Kelly, Norman B. | R-99a | Kelly, Norman v. Merck & Co., Inc. | 2:06-cv-10413-EEF-DEK |
| 141. | Myler, Brad & Associates | Dunham, Elsie J. | R-1 | Evans, Josephine, v. Merck & Co., Inc. | 2:06-cv-06469-EEF-DEK |
| 142. | Myler, Brad & Associates | Dunham, Elsie J. | R-32 | Evans, Josephine, v. Merck & Co., Inc. | 2:06-cv-06469-EEF-DEK |
| 143. | Parks & Crump LLC | Cooper, Juanita | R-6 | Alexander, Glenda v. Merck & Co., Inc. | 2:06-cv-06705-EEF-DEK |
| 144. | Pittman, Dutton, Kirby & Hellums, P.C. | Johnson, Irene J. | R-6 | Woodruff, Charlotte v. Merck & Co., Inc. | 2:05-cv-06383-EEF-DEK |
| 145. | Pro Se | Akyaamaa, Akosua | R-6 | Akyaamaa, Akosua v. Merck & Co., Inc. | 2:07-cv-08080-EEF-DEK |
| 146. | Pro Se | Bell, Adella | R-1 | Bell, Lloyd v. Merck & Co., Inc. | 2:07-cv-02070-EEF-DEK |
| 147. | Pro Se | Bell, Adella | R-32 | Bell, Lloyd v. Merck & Co., Inc. | 2:07-cv-02070-EEF-DEK |
| 148. | Pro Se | Bell, Adella | R-5 | Bell, Lloyd v. Merck & Co., Inc. | 2:07-cv-02070-EEF-DEK |
| 149. | Pro Se | Cheffo, Donald | R-1 | Cheffo, Donald N. v. Merck & Co., Inc. | 2:05-cv-03484-EEF-DEK |
| 150. | Pro Se | Cheffo, Donald | R-32 | Cheffo, Donald N. v. Merck & Co., Inc. | 2:05-cv-03484-EEF-DEK |
| 151. | Pro Se | Cheffo, Donald | R-6 | Cheffo, Donald N. v. Merck & Co., Inc. | 2:05-cv-03484-EEF-DEK |
| 152. | Pro Se | Cheffo, Donald | R-99a | Cheffo, Donald N. v. Merck & Co., Inc. | 2:05-cv-03484-EEF-DEK |
| 153. | Pro Se | Diaz Ramirez, The Estate Of, Trinidad | R-99a | Ramirez, Manuel v. Merck & Co., Inc. | 2:07-cv-00373-EEF-DEK |
| 154. | Pro Se | Feltovich, John Edward | R-1 | Feltovich, John E. v. Merck & Co., Inc. | 2:05-cv-03474-EEF-DEK |
| 155. | Pro Se | Feltovich, John Edward | R-32 | Feltovich, John E. v. Merck & Co., Inc. | 2:05-cv-03474-EEF-DEK |
| 156. | Pro Se | Feltovich, John Edward | R-6 | Feltovich, John E. v. Merck & Co., Inc. | 2:05-cv-03474-EEF-DEK |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 157. | Pro Se | Golden, Deloris | R-1 | Golden, Andrew v. Merck & Co., Inc. | 2:05-cv-06568-EEF-DEK |
| 158. | Pro Se | Golden, Deloris | R-32 | Golden, Andrew v. Merck & Co., Inc. | 2:05-cv-06568-EEF-DEK |
| 159. | Pro Se | Martin, Linda R. | R-6 | Baudry, Allen v. Merck & Co., Inc. | 2:05-cv-04420-EEF-DEK |
| 160. | Pro Se | Ochello, Betty Ann | R-1 | Ochello, Betty v. Merck & Co., Inc. | 2:05-cv-06603-EEF-DEK |
| 161. | Pro Se | Ochello, Betty Ann | R-32 | Ochello, Betty v. Merck & Co., Inc. | 2:05-cv-06603-EEF-DEK |
| 162. | Pro Se | Ochello, Betty Ann | R-6 | Ochello, Betty v. Merck & Co., Inc. | 2:05-cv-06603-EEF-DEK |
| 163. | Pro Se | Schleicher, Linda K. | R-99a | Schleicher, Linda v. Merck & Co., Inc. | 2:05-cv-06025-EEF-DEK |
| 164. | Pro Se | Southard #0382560, Larry Ray | R-6 | Southard, Larry R. v. Merck & Co., Inc. | 2:06-cv-00320-EEF-DEK |
| 165. | Pro Se | Southard #0382560, Larry Ray | R-99a | Southard, Larry R. v. Merck & Co., Inc. | 2:06-cv-00320-EEF-DEK |
| 166. | Pro Se | Stone, Thomas | R-1 | Perry, Eugene v. Merck & Co., Inc. | 2:06-cv-03140-EEF-DEK |
| 167. | Pro Se | Stone, Thomas | R-32 | Perry, Eugene v. Merck & Co., Inc. | 2:06-cv-03140-EEF-DEK |
| 168. | Pro Se | Strujan, Elena | R-6 | Strujan, Elena v. Merck & Co., Inc. | 2:07-cv-00906-EEF-DEK |
| 169. | Pro Se | Williams, Oscar | R-1 | Williams, Oscar v. Merck & Co., Inc. | 2:05-cv-03550-EEF-DEK |
| 170. | Pro Se | Williams, Oscar | R-32 | Williams, Oscar v. Merck & Co., Inc. | 2:05-cv-03550-EEF-DEK |
| 171. | Pro Se | Williams, Oscar | R-6 | Williams, Oscar v. Merck & Co., Inc. | 2:05-cv-03550-EEF-DEK |
| 172. | Rotts & Gibbs, LLC | Lutz, Peggy D. | R-1 | Jobe, Cynthia v. Merck & Co., Inc. | 2:07-cv-01251-EEF-DEK |
| 173. | Rotts & Gibbs, LLC | Lutz, Peggy D. | R-32 | Jobe, Cynthia v. Merck & Co., Inc. | 2:07-cv-01251-EEF-DEK |
| 174. | Schmidt, Douglas M., APLC | Rideau, Joann | R-32 | Rideau, JoAnn v. Merck & Co., Inc. | 2:07-cv-01665-EEF-DEK |
| 175. | Schmidt, Douglas M., APLC | Solomon (poa Shirley Simon Daug), Evelyn | R-32 | Simon, Shirley v. Merck & Co., Inc. | 2:07-cv-01678-EEF-DEK |
| 176. | Schmidt, Douglas M., APLC | Williams, Jean | R-32 | Williams, Jean v. Merck & Co., Inc. | 2:07-cv-01671-EEF-DEK |
| 177. | Silverman & Fodera | Snyder, Erma E. | R-1 | Snyder, Richard E. v. Merck & Co., Inc. | 2:05-cv-01105-EEF-DEK |
| 178. | Silverman & Fodera | Snyder, Erma E. | R-32 | Snyder, Richard E. v. Merck & Co., Inc. | 2:05-cv-01105-EEF-DEK |
| 179. | Simon Passanante PC | Buchholz, Diane L. | R-1 | Bodimer, Dennis v. Merck & Co., Inc. | 2:05-cv-01040-EEF-DEK |

|  | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 180. | Simon Passanante PC | Buchholz, Diane L. | R-32 | Bodimer, Dennis v. Merck & Co., Inc. | 2:05-cv-01040-EEF-DEK |
| 181. | Simon Passanante PC | Devorse, Jr., Earl | R-1 | Hagerman, George v. Merck & Co., Inc. | 2:05-cv-01042-EEF-DEK |
| 182. | Simon Passanante PC | Devorse, Jr., Earl | R-32 | Hagerman, George v. Merck & Co., Inc. | 2:05-cv-01042-EEF-DEK |
| 183. | Simon Passanante PC | Haley, Jr., Alex | R-1 | Spalding, Myrtle v. Merck & Co., Inc. | 2:05-cv-01061-EEF-DEK |
| 184. | Simon Passanante PC | Haley, Jr., Alex | R-32 | Spalding, Myrtle v. Merck & Co., Inc. | 2:05-cv-01061-EEF-DEK |
| 185. | Simon Passanante PC | Hampton, Iii, Clarence | R-1 | Heller, Jacob v. Merck & Co., Inc. | 2:05-cv-01041-EEF-DEK |
| 186. | Simon Passanante PC | Hampton, Iii, Clarence | R-32 | Heller, Jacob v. Merck & Co., Inc. | 2:05-cv-01041-EEF-DEK |
| 187. | Simon Passanante PC | Larson, Dolores M. | R-1 | Politte, Constance v. Merck & Co., Inc. | 2:07-cv-01083-EEF-DEK |
| 188. | Stamps & Stamps | Bracey, Leola | R-99a | Bracey, Leola v. Merck & Co., Inc. | 2:08-cv-00145-EEF-DEK |
| 189. | Stamps & Stamps | Brown, Ardell | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 190. | Stamps & Stamps | Clayton, Autry J. | R-99a | Clayton, Autry J. v. Merck & Co., Inc. | 2:07-cv-09401-EEF-DEK |
| 191. | Stamps & Stamps | Cole, James A. | R-99a | Bracey, Leola v. Merck & Co., Inc. | 2:08-cv-00145-EEF-DEK |
| 192. | Stamps & Stamps | Cooper, Joseph L. | R-99a | Bracey, Leola v. Merck & Co., Inc. | 2:08-cv-00145-EEF-DEK |
| 193. | Stamps & Stamps | Hales, Tommy J. | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 194. | Stamps & Stamps | Hayes, Cleo | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 195. | Stamps & Stamps | Heidelberg, Mae R. | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 196. | Stamps & Stamps | Keenan, Nancy P. | R-1 | Sims, Eleanor K. v. Merck & Co., Inc. | 2:08-cv-00144-EEF-DEK |
| 197. | Stamps & Stamps | Keenan, Nancy P. | R-32 | Sims, Eleanor K. v. Merck & Co., Inc. | 2:08-cv-00144-EEF-DEK |
| 198. | Stamps & Stamps | Keenan, Nancy P. | R-99a | Sims, Eleanor K. v. Merck & Co., Inc. | 2:08-cv-00144-EEF-DEK |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 199. | Stamps & Stamps | Lee, Velma L. | R-99a | Hedrick, Doretha v. Merck & Co., Inc. | 2:08-cv-00150-EEF-DEK |
| 200. | Stamps & Stamps | May, J.b. | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 201. | Stamps & Stamps | Mcgee, William  D. | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 202. | Stamps & Stamps | Milsap, Johnny M. | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 203. | Stamps & Stamps | Roberts, Margaret N. | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 204. | Stamps & Stamps | Taylor, Sabrina | R-99a | Clayton, Autry J. v. Merck & Co., Inc. | 2:07-cv-09401-EEF-DEK |
| 205. | Stamps & Stamps | Ward, Alonzo | R-99a | Hedrick, Doretha v. Merck & Co., Inc. | 2:08-cv-00150-EEF-DEK |
| 206. | Weitz & Luxenberg, P.C. | Mitchell, Yvonne M. | R-5 | Mitchell, Yvonne v. Merck & Co., Inc. | 2:07-cv-02012-EEF-DEK |
| 207. | Weitz & Luxenberg, P.C. | Nardella, Louise | R-99a | Nardella, Louise v. Merck & Co., Inc. | 2:07-cv-09134-EEF-DEK |
| 208. | Weitz & Luxenberg, P.C. | Vasquez, Mary A. | R-32 | Vasquez, Mary v. Merck & Co., Inc. | 2:07-cv-05969-EEF-DEK |
| 209. | Whitehead Law Firm | Ware, Aubrey W. | R-5 | Doyle, Evie v. Merck & Co., Inc. | 2:05-cv-04436-EEF-DEK |
| 210. | Wiggins, Childs, Quinn & Pantazis, LLC | Kinds, Ruthie | R-1 | Blackshire, Jacqueline v. Merck & Co., Inc. | 2:07-cv-03999-EEF-DEK |
| 211. | Wiggins, Childs, Quinn & Pantazis, LLC | Kinds, Ruthie | R-32 | Blackshire, Jacqueline v. Merck & Co., Inc. | 2:07-cv-03999-EEF-DEK |
| 212. | Wilner Block, P.A. | Boyer, Alfred | R-32 | Boyer, Julia v. Merck & Co., Inc. | 2:07-cv-09752-EEF-DEK |
| 213. | Young Firm, The | Gierzadowicz, David B. | R-5 | Gierzadowicz, Mary v. Merck & Co., Inc. | 2:06-cv-06422-EEF-DEK |
| 214. | Young Firm, The | Groce, Bercie A. | R-32 | Upchurch, Betty v. Merck & Co., Inc. | 2:05-cv-04269-EEF-DEK |
| 215. | Young Firm, The | Hay-Arthur, John | R-99a | Hay Arthur, John v. Merck & Co., Inc. | 2:06-cv-05824-EEF-DEK |
| 216. | Young Firm, The | Mueller, Eike J.w. | R-99a | Mueller, Eike J.W. v. Merck & Co., Inc. | 2:06-cv-06750-EEF-DEK |
| 217. | Young Firm, The | Stevens, Bobby R. | R-32 | Stevens, Bobby R. v. Merck & Co., Inc. | 2:06-cv-05844-EEF-DEK |
| 218. | Young Firm, The | Wofford, Doll | R-1 | Wofford, Doll v. Merck & Co., Inc. | 2:06-cv-06361-EEF-DEK |
| 219. | Young Firm, The | Wofford, Doll | R-32 | Wofford, Doll v. Merck & Co., Inc. | 2:06-cv-06361-EEF-DEK |
| 220. | Young Firm, The | Wofford, Doll | R-99a | Wofford, Doll v. Merck & Co., Inc. | 2:06-cv-06361-EEF-DEK |

*First OSC Motion re Enrollment Deficiencies*
*Exhibit B – Tolling Claimants*

| | Primary Counsel | Claimant Name | Deficiency | DOB | City | State |
|---|---|---|---|---|---|---|
| 1. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Adams, Susan Kay | R-32 | 6/9/47 | Rocky Mount | NC |
| 2. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Duff, Eloise T. | R-32 | | Brighton | AL |
| 3. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Franz, Ethel N. | R-32 | 2/25/29 | Gretna | LA |
| 4. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Green, Leilah | R-5 | 4/6/66 | Tuscon | AZ |
| 5. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Groene, Joseph | R-1 | 9/26/30 | Edgewood | KY |
| 6. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Groene, Joseph | R-32 | 9/26/30 | Edgewood | KY |
| 7. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Groene, Joseph | R-5 | 9/26/30 | Edgewood | KY |
| 8. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Kidder, James | R-32 | 1/12/34 | Lafayette | LA |
| 9. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Sisneros, Ray | R-1 | 7/4/57 | Raton | NM |
| 10. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Sisneros, Ray | R-32 | 7/4/57 | Raton | NM |
| 11. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Vysniauskas, Peggy | R-32 | 6/10/57 | Hazel Park | MI |
| 12. | Becnel Law Firm, LLC | Morrow, L Q. | R-99a | 1/22/27 | Purvis | MS |
| 13. | Becnel Law Firm, LLC | Plummer, Shirley | R-1 | 9/20/37 | Coldwater | MS |
| 14. | Becnel Law Firm, LLC | Plummer, Shirley | R-32 | 9/20/37 | Coldwater | MS |
| 15. | Becnel Law Firm, LLC | Thompson, Glenn G. | R-1 | 10/5/36 | Lebanon | TN |
| 16. | Becnel Law Firm, LLC | Thompson, Glenn G. | R-32 | 10/5/36 | Lebanon | TN |
| 17. | Becnel Law Firm, LLC | Williams, William | R-1 | 8/19/15 | Dayton | OH |
| 18. | Becnel Law Firm, LLC | Williams, William | R-32 | 8/19/15 | Dayton | OH |
| 19. | Freese & Goss, PLLC | Bynum, Joseph D. | R-6 | 5/25/35 | Grant | AL |
| 20. | Gallagher Law Firm (TX) | Durall, June | R-1 | 3/12/39 | Grand Chain | IL |
| 21. | Gallagher Law Firm (TX) | Durall, June | R-32 | 3/12/39 | Grand Chain | IL |

| | Primary Counsel | Claimant Name | Deficiency | DOB | City | State |
|---|---|---|---|---|---|---|
| 22. | Gallagher Law Firm (TX) | Hatten, William | R-1 | 8/5/30 | Havelock | NC |
| 23. | Gallagher Law Firm (TX) | Henry, Vanessa | R-99a | 7/14/30 | Vernon | FL |
| 24. | Gallagher Law Firm (TX) | Hughes, Thomas | R-6 | | | |
| 25. | Gallagher Law Firm (TX) | Johnston, William | R-1 | 6/3/23 | Shelburn | IN |
| 26. | Gallagher Law Firm (TX) | Johnston, William | R-32 | 6/3/23 | Shelburn | IN |
| 27. | Gallagher Law Firm (TX) | Moore, Vivian P. | R-6 | 10/11/31 | Baton Rouge | LA |
| 28. | Harang, Jack W., APLC | Luckett, Kathleen | R-32 | 9/2/40 | Little Rock | AR |
| 29. | Hollis, Wright & Harrington | Mcgee, Mary Frances | R-1 | 2/16/47 | Greenville | MS |
| 30. | Hollis, Wright & Harrington | Mcgee, Mary Frances | R-32 | 2/16/47 | Greenville | MS |
| 31. | Hollis, Wright & Harrington | Mcgee, Mary Frances | R-6 | 2/16/47 | Greenville | MS |
| 32. | Johnson, Charles H. & Associates | Morris, Tena B. | R-5 | 5/20/40 | Green Forest | AR |
| 33. | Johnson, Charles H. & Associates | Sanders, Norma L. | R-5 | 4/24/45 | Brownsville | KY |
| 34. | Levensten Law Firm, P.C. | Schemm, Mary | R-32 | 4/14/47 | Randalstown | MD |
| 35. | Lopez, McHugh LLP | Duclos, Raymond J. | R-1 | 8/6/28 | Southwest Ranches | FL |
| 36. | Lopez, McHugh LLP | Duclos, Raymond J. | R-32 | 8/6/28 | Southwest Ranches | FL |
| 37. | Obioha, Pius A., Law Offices of, LLC | Armour, Danielle | R-99a | | | |
| 38. | Obioha, Pius A., Law Offices of, LLC | Brooks, Linconia S. | R-99a | | | |
| 39. | Obioha, Pius A., Law Offices of, LLC | Eli, Wanda M. | R-99a | | | |
| 40. | Obioha, Pius A., Law Offices of, LLC | Encalade, Morris | R-99a | | | |
| 41. | Obioha, Pius A., Law Offices of, LLC | Ifford, Melanie | R-99a | | | |
| 42. | Obioha, Pius A., Law Offices of, LLC | Johnson, Rose M. | R-99a | | | |
| 43. | Obioha, Pius A., Law Offices of, LLC | Knapper, Ann | R-99a | | | |
| 44. | Obioha, Pius A., Law Offices of, LLC | Lewis, Cronwell M. | R-99a | | | |
| 45. | Obioha, Pius A., Law Offices of, LLC | Miller, Joyce V. | R-99a | | | |
| 46. | Obioha, Pius A., Law Offices of, LLC | Saphrey, Gladiston W. | R-99a | | | |
| 47. | Obioha, Pius A., Law Offices of, LLC | Smith, Karen A. | R-99a | | | |

| | Primary Counsel | Claimant Name | Deficiency | DOB | City | State |
|---|---|---|---|---|---|---|
| 48. | Obioha, Pius A., Law Offices of, LLC | Thomas, Carol Y. | R-99a | | | |
| 49. | Obioha, Pius A., Law Offices of, LLC | Ward, Roy | R-99a | | | |
| 50. | Penton, Ronnie G., Law Offices of | Jones, Cleather | R-1 | 8/1/60 | Tallulah | LA |
| 51. | Penton, Ronnie G., Law Offices of | Jones, Cleather | R-32 | 8/1/60 | Tallulah | LA |
| 52. | Penton, Ronnie G., Law Offices of | Jones, Cleather | R-99a | 8/1/60 | Tallulah | LA |
| 53. | Penton, Ronnie G., Law Offices of | Miles, William E. | R-1 | 4/19/24 | MerRouge | LA |
| 54. | Penton, Ronnie G., Law Offices of | Miles, William E. | R-32 | 4/19/24 | MerRouge | LA |
| 55. | Penton, Ronnie G., Law Offices of | Trevathan, Rena R. | R-1 | 11/15/26 | Houma | LA |
| 56. | Penton, Ronnie G., Law Offices of | Trevathan, Rena R. | R-32 | 11/15/26 | Houma | LA |
| 57. | Penton, Ronnie G., Law Offices of | Watson, Michael K. | R-1 | 8/30/56 | Lake Charles | LA |
| 58. | Penton, Ronnie G., Law Offices of | Watson, Michael K. | R-32 | 8/30/56 | Lake Charles | LA |
| 59. | Powell and Majestro, PLLC | Holsinger, Susan | R-5 | 1/18/52 | Stout | OH |
| 60. | Pro Se | Abdel Malek, Mounir R. | R-6 | 12/11/37 | Fontana | CA |
| 61. | Pro Se | Amaya, Petra (patsy) P. | R-6 | 1/20/47 | San Antonio | TX |
| 62. | Pro Se | Balli, Ruben | R-99a | 7/2/52 | Edinburg | TX |
| 63. | Pro Se | Borner, Loraine | R-1 | 9/7/26 | Selmer | TN |
| 64. | Pro Se | Borner, Loraine | R-32 | 9/7/26 | Selmer | TN |
| 65. | Pro Se | Chase, Vivian L. | R-1 | 1/9/29 | Vevay | IN |
| 66. | Pro Se | Chase, Vivian L. | R-6 | 1/9/29 | Vevay | IN |
| 67. | Pro Se | Crawford, Odell Richmond | R-5 | 12/8/39 | Hallsville | TX |
| 68. | Pro Se | Davis, Charles Rondal | R-6 | 5/24/51 | Chattanooga | TN |
| 69. | Pro Se | Essix, Mary Louis | R-6 | | | |
| 70. | Pro Se | Grasley, John Phillip | R-1 | 7/6/54 | Bucyrus | OH |
| 71. | Pro Se | Grasley, John Phillip | R-32 | 7/6/54 | Bucyrus | OH |
| 72. | Pro Se | Grasley, John Phillip | R-6 | 7/6/54 | Bucyrus | OH |
| 73. | Pro Se | Higgins, Onnie M. | R-1 | 3/20/42 | E. Saint Louis | IL |
| 74. | Pro Se | Higgins, Onnie M. | R-32 | 3/20/42 | E. Saint Louis | IL |
| 75. | Pro Se | Higgins, Onnie M. | R-6 | 3/20/42 | E. Saint Louis | IL |
| 76. | Pro Se | Hodge, Althea | R-6 | 3/10/37 | Dallas | TX |
| 77. | Pro Se | Hopkins, Delena Cherrie | R-6 | | | |

|     | Primary Counsel | Claimant Name | Deficiency | DOB | City | State |
|-----|-----------------|---------------|------------|-----|------|-------|
| 78. | Pro Se | Jones, Johnie M. | R-6 | 1/22/22 | Brownsville | TN |
| 79. | Pro Se | Krotik, Alexander Earl | R-1 | 12/26/33 | Atwater | CA |
| 80. | Pro Se | Krotik, Alexander Earl | R-32 | 12/26/33 | Atwater | CA |
| 81. | Pro Se | Krotik, Alexander Earl | R-6 | 12/26/33 | Atwater | CA |
| 82. | Pro Se | Lewis, Vera Lucille | R-1 | 8/13/51 | Garland | TX |
| 83. | Pro Se | Lewis, Vera Lucille | R-32 | 8/13/51 | Garland | TX |
| 84. | Pro Se | Lewis, Vera Lucille | R-6 | 8/13/51 | Garland | TX |
| 85. | Pro Se | Lowe, Steven Earl | R-6 | 3/11/57 | Columbia | MS |
| 86. | Pro Se | Lyons, Betty | R-6 | 7/20/49 | Dallas | TX |
| 87. | Pro Se | Mcalister, Margetart Jean | R-6 | 12/13/51 | Jackson | TN |
| 88. | Pro Se | Meadows, Gary Wayne | R-1 | 2/21/52 | Princewick | WV |
| 89. | Pro Se | Meadows, Gary Wayne | R-32 | 2/21/52 | Princewick | WV |
| 90. | Pro Se | Nagel, Lois B. | R-1 | 8/29/32 | Phoenix | AZ |
| 91. | Pro Se | Nagel, Lois B. | R-32 | 08/29/32 | Phoenix | AZ |
| 92. | Pro Se | Nagel, Lois B. | R-6 | 8/29/32 | Phoenix | AZ |
| 93. | Pro Se | Nelson, Mary Elizabeth | R-6 | 12/13/29 | Covington | TN |
| 94. | Pro Se | Pickrom, James Charles | R-6 | | | |
| 95. | Pro Se | Reed, Darryl | R-1 | | | |
| 96. | Pro Se | Riney, Dorothy Ophelia | R-6 | 4/23/29 | Canton | TX |
| 97. | Pro Se | Savage, Charles Henry | R-6 | 11/2/48 | Memphis | TN |
| 98. | Pro Se | Scott, Julie Lorraine | R-1 | 7/23/45 | Chicago | IL |
| 99. | Pro Se | Scott, Julie Lorraine | R-32 | 07/23/45 | Chicago | IL |
| 100. | Pro Se | Scott, Julie Lorraine | R-6 | 7/23/45 | Chicago | IL |
| 101. | Pro Se | Thompkins, Virginia P. | R-1 | 07/21/47 | Birmingham | AL |
| 102. | Pro Se | Thompkins, Virginia P. | R-32 | 7/21/47 | Birmingham | AL |
| 103. | Pro Se | Thompkins, Virginia P. | R-6 | 7/21/47 | Birmingham | AL |
| 104. | Pro Se | Wagner, Samuel | R-6 | | | |
| 105. | Pro Se | Wells, Kathey A. | R-1 | 7/11/34 | Coats | NC |
| 106. | Pro Se | Wells, Kathey A. | R-32 | 7/11/34 | Coats | NC |
| 107. | Pro Se | Williams, Bennie Mae | R-6 | 3/27/29 | Homer | LA |
| 108. | Pro Se | Williams, Loretta | R-6 | 12/13/49 | Memphis | TN |
| 109. | Pro Se | Woodard, Deloris | R-6 | 6/12/49 | Memphis | TN |
| 110. | Pro Se | Ziemak, Eugeniusz | R-6 | 8/26/39 | Brooklyn | NY |
| 111. | Ruiz, John H., PA, Law Firm of | Diaz, Juana | R-1 | 12/26/37 | Miami | FL |

| | Primary Counsel | Claimant Name | Deficiency | DOB | City | State |
|---|---|---|---|---|---|---|
| 112. | Ruiz, John H., PA, Law Firm of | Diaz, Juana | R-32 | 12/26/37 | Miami | FL |
| 113. | Ruiz, John H., PA, Law Firm of | Garcia, Jose | R-1 | 6/21/58 | Hialeah | FL |
| 114. | Ruiz, John H., PA, Law Firm of | Garcia, Jose | R-32 | 6/21/58 | Hialeah | FL |
| 115. | Ruiz, John H., PA, Law Firm of | Rivera, Maria | R-5 | 11/22/27 | Miami Beach | FL |
| 116. | Ruiz, John H., PA, Law Firm of | Sainz, Olga | R-1 | 7/27/39 | Miami | FL |
| 117. | Ruiz, John H., PA, Law Firm of | Sainz, Olga | R-32 | 7/27/39 | Miami | FL |
| 118. | Ruiz, John H., PA, Law Firm of | Veiras, Elso | R-1 | 12/10/41 | Miami | FL |
| 119. | Ruiz, John H., PA, Law Firm of | Veiras, Elso | R-32 | 12/10/41 | Miami | FL |
| 120. | Silverman & Fodera | Reither, Lorraine | R-1 | 9/23/37 | Lakewood | CO |
| 121. | Silverman & Fodera | Reither, Lorraine | R-32 | 9/23/37 | Lakewood | CO |
| 122. | Stipe, Harper Law Firm | Mcwherter, Lloyd | R-5 | 2/4/51 | Hitchcock | OK |
| 123. | Stipe, Harper Law Firm | Presley Sr., Kenneth D. | R-5 | 6/10/29 | Shawnee | OK |
| 124. | The Law Group, Ltd. | Stuhlman, John D. | R-5 | 12/10/62 | Shawnee | KS |
| 125. | Weitz & Luxenberg, P.C. | Bowers, Melba | R-32 | 6/29/39 | Avon Lake | OH |
| 126. | Weitz & Luxenberg, P.C. | Grady, Catherine | R-32 | 12/19/36 | McComb | MS |
| 127. | Weitz & Luxenberg, P.C. | Knolhoff, Catherine | R-32 | 3/15/47 | Glendale | NY |
| 128. | Weitz & Luxenberg, P.C. | Knolhoff, Catherine | R-99a | 3/15/47 | Glendale | NY |
| 129. | Weitz & Luxenberg, P.C. | Smartt, Linda J. | R-5 | 6/4/42 | Chattanooga | TN |
| 130. | Weitz & Luxenberg, P.C. | Steg, Rick P. | R-32 | 5/13/36 | Raleigh | NC |
| 131. | Weitz & Luxenberg, P.C. | Terrance, Granville | R-32 | 1/7/28 | Baton Rouge | LA |
| 132. | Weitz & Luxenberg, P.C. | Thompson, Lillie | R-32 | 11/2/39 | Baton Rouge | LA |
| 133. | Weitz & Luxenberg, P.C. | Vaughn, A.l. | R-1 | 1/26/31 | Weatherford | TX |
| 134. | Weitz & Luxenberg, P.C. | Vaughn, A.l. | R-32 | 1/26/31 | Weatherford | TX |
| 135. | Weitz & Luxenberg, P.C. | Williams, David E. | R-99a | 1/17/39 | Nashville | TN |
| 136. | Weitz & Luxenberg, P.C. | Winget, Ronald E. | R-32 | 5/12/42 | Columbus | IN |
| 137. | Whitehead Law Firm | Lawson, Earlma | R-5 | 7/26/38 | Marrero | LA |
| 138. | Wilner Block, P.A. | Owens, Lenora | R-5 | 4/4/21 | Jacksonville | FL |