**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

**************************************************************************

**ORDER TO SHOW CAUSE WHY RESOLUTION PROGRAM**
**ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET**

  **IT IS ORDERED** that plaintiffs in the cases listed in the attached exhibit show

cause on the 15th day of  April , 2009, at  9:00  o'clock, at the United States District Court,

Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why they have failed

to comply fully with the enrollment requirements of the November 9, 2007 Resolution Program.

Plaintiffs shall file and serve upon Liaison Counsel any responses to the Rule on or before the

8th  day of  April , 2009.  Defendant Merck & Co., Inc., shall file and serve upon Plaintiffs'

Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies on or before the

13th day of  April , 2009.

  **IT IS FURTHER ORDERED** that all plaintiffs and their counsel identified in

the attached exhibits *must appear in person in New Orleans at the show cause hearing*.

*Failure to appear as required may subject plaintiffs and counsel to contempt proceedings*.

  **IT IS FURTHER ORDERED** that curing the noted enrollment deficiencies prior

to one day prior to the date of the above noted hearing will obviate the requirement to attend.

970460v.1

NEW ORLEANS, LOUISIANA, this  27th  day of March, 2009.

_____

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1
970460v.1

*Third OSC re Enrollment Deficiencies*
*Exhibit A*
*(Special State Releases)*

|  | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | Branch Law Firm | Hubbard, Joretta | R-33b | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK |
| 2. | Branch Law Firm | Robins, David | R-33b | Black, Thomas v. Merck & Co., Inc. | 2:06-cv-06442-EEF-DEK |
| 3. | Cellino & Barnes, P.C. | Cook, Marcella | R-39 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 4. | Cellino & Barnes, P.C. | Dingler, Jimmy | R-33b | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 5. | Cellino & Barnes, P.C. | Hensley, Louis | R-33b | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 6. | Cellino & Barnes, P.C. | Hummel, Charlene | R-33b | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 7. | Cellino & Barnes, P.C. | Mayberry, Fred | R-33b | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 8. | Cellino & Barnes, P.C. | Wallace, Jackie | R-33b | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 9. | Christoff, William Z., Attorney at Law | Kerr, Sr., Kenneth K. | R-33b | Kerr, Sr., Kenneth K. v. Merck & Co., Inc. | 2:06-cv-11113-EEF-DEK |
| 10. | Fears Nachawati Law Firm | Lewis, Josephine J. | R-33b | Carter, Claudia v. Merck & Co., Inc. | 2:07-cv-00732-EEF-DEK |
| 11. | Fears Nachawati Law Firm | Sweeney, Arnold | R-33b | Carter, Claudia v. Merck & Co., Inc. | 2:07-cv-00732-EEF-DEK |
| 12. | Gancedo & Nieves LLP | Murphy, Patrick E. | R-33b | Murphy, Patrick E. v. Merck & Co., Inc. | 2:06-cv-11438-EEF-DEK |
| 13. | Obioha, Pius A., Law Offices of, LLC | Marshall, Mary P. | R-33b | Tillie, Beatrice v. Merck & Co., Inc. | 2:05-cv-05925-EEF-DEK |
| 14. | Pro Se | Bell, Adella | R-33b | Bell, Lloyd v. Merck & Co., Inc. | 2:07-cv-02070-EEF-DEK |
| 15. | Pro Se | Cheffo, Donald | R-39 | Cheffo, Donald N. v. Merck & Co., Inc. | 2:05-cv-03484-EEF-DEK |
| 16. | Pro Se | Diaz, Leonel | R-33b | Diaz, Leonel v. Merck & Co., Inc. | 2:06-cv-11130-EEF-DEK |
| 17. | Pro Se | Feltovich, John Edward | R-33b | Feltovich, John E. v. Merck & Co., Inc. | 2:05-cv-03474-EEF-DEK |
| 18. | Pro Se | Mcclain, John Martin | R-33b | McClain, John v. Merck & Co., Inc. | 2:06-cv-03657-EEF-DEK |
| 19. | Pro Se | Toney, John M. | R-33b | Toney, Wilma L. v. Merck & Co., Inc. | 2:06-cv-11340-EEF-DEK |
| 20. | Pro Se | Watts, Janet Marie | R-33b | Bails, Mary A. v. Merck & Co., Inc. | 2:05-cv-02319-EEF-DEK |
| 21. | Pro Se | Williams, Oscar | R-33b | Williams, Oscar v. Merck & Co., Inc. | 2:05-cv-03550-EEF-DEK |
| 22. | Simon Passanante PC | Norman, Lemuel W. | R-33a | Millis, David v. Merck & Co., Inc. | 2:05-cv-01058-EEF-DEK |

970459v.1