UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibits A & B* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

### ORDER TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET

**IT IS ORDERED** that plaintiffs in the cases listed in the attached exhibits show cause on the 15th day of April, 2009, at 9:00 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why they have failed to comply fully with the enrollment requirements of the November 9, 2007 Resolution Program. Plaintiffs shall file and serve upon Liaison Counsel any responses to the Rule on or before the 8th day of April, 2009. Defendant Merck & Co., Inc., shall file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies on or before the 13th day of April, 2009.

**IT IS FURTHER ORDERED** that all plaintiffs and their counsel identified in the attached exhibits *must appear in person in New Orleans at the show cause hearing*. *Failure to appear as required may subject plaintiffs and counsel to contempt proceedings*.

**IT IS FURTHER ORDERED** that curing the noted enrollment deficiencies prior to one day prior to the date of the above noted hearing will obviate the requirement to attend.

NEW ORLEANS, LOUISIANA, this  27th  day of March, 2009.

 _____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

*Fourth OSC Motion re Enrollment Deficiencies*
*Exhibit A – Filed Cases*
*(Deceased Claimants)*

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Case Caption** | **Docket Number Current** | **Derivative Claimant Name** |
|---|---|---|---|---|---|---|
| 1. | Andrews & Thornton | Mcglothlin, Fredrick | R-37j | Winfree, Lillie v. Merck & Co., Inc. | 2:06-cv-05907-EEF-DEK | |
| 2. | Andrews & Thornton | Mckee, Willie M. | R-30 | McKee, Willie v. Merck & Co., Inc. | 2:05-cv-04256-EEF-DEK | |
| 3. | Barrett Law Office, PA (MS) | Brown, Cynthia A. | R-30 | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK | |
| 4. | Barrett Law Office, PA (MS) | Sendall, Joy | R-30 | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK | |
| 5. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Warren, James Howard | R-37i | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | |
| 6. | Becnel Law Firm, LLC | Bennett, Stella | R-30 | Bennet, Stella W. v. Merck & Co., Inc. | 2:05-cv-04442-EEF-DEK | |
| 7. | Blizzard, McCarthy & Nabers, LLP | Mcdonald, Barbara A. | R-30 | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK | |
| 8. | Blizzard, McCarthy & Nabers, LLP | Thompson, Judy G. | R-30 | Thompson, Judy G. v. Merck & Co., Inc. | 2:06-cv-06892-EEF-DEK | |
| 9. | Branch Law Firm | Bender, Curtis | R-37a | Asante, Azariah v. Merck & Co., Inc. | 2:08-cv-00871-EEF-DEK | |
| 10. | Branch Law Firm | Brooks, Alfred Thomas | R-37c | Wheeler, Dorothy v. Merck & Co., Inc. | 2:07-cv-05251-EEF-DEK | |
| 11. | Branch Law Firm | Brooks, Alfred Thomas | R-37d | Wheeler, Dorothy v. Merck & Co., Inc. | 2:07-cv-05251-EEF-DEK | |
| 12. | Branch Law Firm | Chastine, Delores | R-30 | Battle, Patricia v. Merck & Co., Inc. | 2:06-cv-06445-EEF-DEK | |
| 13. | Branch Law Firm | Cleveland, Robert | R-30 | Bartee, Gretchen v. Merck & Co., Inc. | 2:06-cv-06446-EEF-DEK | |
| 14. | Branch Law Firm | Gibson, Mary | R-37e | Easley, Opal v. M v. Merck & Co., Inc. | 2:07-cv-03785-EEF-DEK | |
| 15. | Branch Law Firm | Hidalgo, Diana | R-30 | Allen, Carol S. v. Merck & Co., Inc. | 2:06-cv-06437-EEF-DEK | |
| 16. | Branch Law Firm | Jaskulski, Edward | R-37a | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK | |
| 17. | Branch Law Firm | Konar, Virginia | R-30 | Cuthbert, Cheryl v. Merck & Co., Inc. | 2:08-cv-00859-EEF-DEK | |
| 18. | Branch Law Firm | Rohde, Ruth | R-30 | Bartee, Gretchen v. Merck & Co., Inc. | 2:06-cv-06446-EEF-DEK | |
| 19. | Branch Law Firm | Wilder, Ruth Marie | R-30 | Cuthbert, Cheryl v. Merck & Co., Inc. | 2:08-cv-00859-EEF-DEK | |

|     | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|-----|---|---|---|---|---|---|
| 20. | Branch Law Firm | Wilkinson, Harold W. | R-30 | Truscott, Shirley v. Merck & Co., Inc. | 2:08-cv-00863-EEF-DEK | |
| 21. | Brown & Crouppen, PC | Morgan, Leroy | R-30 | Morgan, Leroy v. Merck & Co., Inc. | 2:06-cv-02183-EEF-DEK | |
| 22. | Brown & Crouppen, PC | Phounrath, Phone | R-37g | Kaufman, Opal v. Merck & Co., Inc. | 2:05-cv-05835-EEF-DEK | |
| 23. | Carey & Danis, LLC | Bailey, Shirley A. | R-37j | Bailey, Shirley v. Merck & Co., Inc. | 2:05-cv-03414-EEF-DEK | |
| 24. | Carey & Danis, LLC | Blick, Ernest | R-30 | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK | |
| 25. | Carey & Danis, LLC | Bogle, Thomas | R-30 | Wagner, Robyn v. Merck & Co., Inc. | 2:05-cv-03138-EEF-DEK | |
| 26. | Carey & Danis, LLC | Bohizic, Mary | R-30 | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | |
| 27. | Carey & Danis, LLC | Brown, Dianna | R-30 | Helton, Richard v. Merck & Co., Inc. | 2:06-cv-11443-EEF-DEK | |
| 28. | Carey & Danis, LLC | Burnham, James | R-37i | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375-EEF-DEK | |
| 29. | Carey & Danis, LLC | Campbell, Charles | R-30 | McGhee, Edna v. Merck & Co., Inc. | 2:05-cv-02573-EEF-DEK | |
| 30. | Carey & Danis, LLC | Cline, Nick R. | R-37e | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK | |
| 31. | Carey & Danis, LLC | Criglar, Ida B. | R-30 | Criglar, Ida v. Merck & Co., Inc. | 2:06-cv-11082-EEF-DEK | |
| 32. | Carey & Danis, LLC | Friesz, Norma L. | R-37a | Dale, Celestine v. Merck & Co., Inc. | 2:05-cv-02567-EEF-DEK | |
| 33. | Carey & Danis, LLC | Gilbert, Leonard D. | R-30 | Lincoln, Forrest v. Merck & Co., Inc. | 2:07-cv-00899-EEF-DEK | |
| 34. | Carey & Danis, LLC | Grable, Doris A. | R-37a | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | |
| 35. | Carey & Danis, LLC | Howey, Eva P. | R-37d | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK | |
| 36. | Carey & Danis, LLC | Janson, Jr., Franklin | R-30 | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK | |
| 37. | Carey & Danis, LLC | Jones, Charles H. | R-37d | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375-EEF-DEK | |
| 38. | Carey & Danis, LLC | Keith, Hattie | R-30 | Latham, Jane v. Merck & Co., Inc. | 2:06-cv-00793-EEF-DEK | |
| 39. | Carey & Danis, LLC | Klubeck, Frank | R-30 | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | |
| 40. | Carey & Danis, LLC | Kopes, Maria | R-30 | Kopes, Maria v. Merck & Co., Inc. | 2:06-cv-03141-EEF-DEK | |
| 41. | Carey & Danis, LLC | Love, Sandra | R-30 | Love, Jonathan B. v. Merck & Co., Inc. | 2:07-cv-06081-EEF-DEK | |
| 42. | Carey & Danis, LLC | Mann, Georgia | R-30 | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK | |
| 43. | Carey & Danis, LLC | Mcnew, Glenda J. | R-31 | Butler, Samella v. Merck & Co., Inc. | 2:06-cv-01973-EEF-DEK | McNew, Donald |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 44. | Carey & Danis, LLC | Morrison, Alfred L. | R-30 | Kassing, Dorothy v. Merck & Co., Inc. | 2:05-cv-05303-EEF-DEK | |
| 45. | Carey & Danis, LLC | Newcomer, Vera | R-30 | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK | |
| 46. | Carey & Danis, LLC | Payne, Barbara | R-37f | Gustin, Barbara v. Merck & Co., Inc. | 2:06-cv-00795-EEF-DEK | |
| 47. | Carey & Danis, LLC | Poole, John M. | R-30 | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK | |
| 48. | Carey & Danis, LLC | Sanders, Dannie | R-30 | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK | |
| 49. | Carey & Danis, LLC | Short, Elizabeth | R-30 | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK | |
| 50. | Carey & Danis, LLC | Singleton, Glorietta | R-37f | Singleton, Gloria v. Merck & Co., Inc. | 2:05-cv-02576-EEF-DEK | |
| 51. | Carey & Danis, LLC | Smugala, Edward | R-30 | Tribby, Pamela v. Merck & Co., Inc. | 2:07-cv-04118-EEF-DEK | |
| 52. | Carey & Danis, LLC | Stauffer, Ruth | R-30 | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK | |
| 53. | Carey & Danis, LLC | Stokes, Shirley | R-30 | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | |
| 54. | Carey & Danis, LLC | Thomas, Katherine | R-30 | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK | |
| 55. | Carey & Danis, LLC | Tyler, John | R-30 | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375-EEF-DEK | |
| 56. | Carey & Danis, LLC | Williams, Dorothy M. | R-37d | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | |
| 57. | Carey & Danis, LLC | Worsley, Sarah | R-30 | Aldridge, Harriet v. Merck & Co., Inc. | 2:05-cv-06346-EEF-DEK | |
| 58. | Carey & Danis, LLC | Zielinski, Ramond | R-30 | Long, Douglas v. Merck & Co., Inc. | 2:07-cv-01701-EEF-DEK | |
| 59. | Cellino & Barnes, P.C. | Anthon, Jerome C. | R-31 | Anthon, Jerome v. Merck & Co., Inc. | 2:06-cv-01198-EEF-DEK | Anthoon, Bonnie |
| 60. | Cellino & Barnes, P.C. | Beckman, Debra | R-31 | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK | Beckman, Donald |
| 61. | Cellino & Barnes, P.C. | Bennett, Eleanor | R-31 | Bennett, Gregory A. v. Merck & Co., Inc. | 2:06-cv-08383-EEF-DEK | Bennett, Gregory |
| 62. | Cellino & Barnes, P.C. | Bennett, Eleanor | R-37d | Bennett, Gregory A. v. Merck & Co., Inc. | 2:06-cv-08383-EEF-DEK | |
| 63. | Cellino & Barnes, P.C. | Berry, Ruby | R-31 | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK | Berry, Theodoroe |
| 64. | Cellino & Barnes, P.C. | Brand, Cecil | R-37b | Barone, Samuel G. v. Merck & Co., Inc. | 2:06-cv-09754-EEF-DEK | |
| 65. | Cellino & Barnes, P.C. | Briggs, Calvin | R-31 | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK | Briggs, Arleen |
| 66. | Cellino & Barnes, P.C. | Brown, Betty | R-31 | Brown, Betty v. Merck & Co., Inc. | 2:06-cv-01186-EEF-DEK | Brown, Harry |
| 67. | Cellino & Barnes, P.C. | Bruce, Clay | R-31 | Coles, Patti v. Merck & Co., Inc. | 2:07-cv-02936-EEF-DEK | Bruce, Jessie |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 68. | Cellino & Barnes, P.C. | Buckley, Joyce | R-37d | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | |
| 69. | Cellino & Barnes, P.C. | Caico, Josephine | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Caico, Salvatore |
| 70. | Cellino & Barnes, P.C. | Capasso, Jayne | R-31 | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK | Capasso, Paul |
| 71. | Cellino & Barnes, P.C. | Ciesielski, John R. | R-31 | Bagley, Charles v. Merck & Co., Inc. | 2:06-cv-01174-EEF-DEK | Ciesielski, Kathleen |
| 72. | Cellino & Barnes, P.C. | Clark, William | R-30 | Clark, William v. Merck & Co., Inc. | 2:06-cv-01212-EEF-DEK | |
| 73. | Cellino & Barnes, P.C. | Clemons, Fern | R-30 | Nowell, Cameron W. v. Merck & Co., Inc. | 2:06-cv-03628-EEF-DEK | |
| 74. | Cellino & Barnes, P.C. | Clemons, Fern | R-31 | Nowell, Cameron W. v. Merck & Co., Inc. | 2:06-cv-03628-EEF-DEK | Nowell, Cameron |
| 75. | Cellino & Barnes, P.C. | Concepcion, Nelson | R-31 | Critten, Kenneth S. v. Merck & Co., Inc. | 2:06-cv-01199-EEF-DEK | Gartagena, Hipolita |
| 76. | Cellino & Barnes, P.C. | Daignault, Jeanette | R-31 | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK | Daignault, Robert |
| 77. | Cellino & Barnes, P.C. | Dean, Dylan J. | R-31 | Dean, Marianne v. Merck & Co., Inc. | 2:08-cv-00227-EEF-DEK | Dean, Marianne |
| 78. | Cellino & Barnes, P.C. | Dean, Marsha | R-31 | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK | Fay, Carl |
| 79. | Cellino & Barnes, P.C. | Depascale, Evelyn | R-31 | Depascale, Evelyn v. Merck & Co., Inc. | 2:06-cv-01152-EEF-DEK | Greco, Jack |
| 80. | Cellino & Barnes, P.C. | Dickerson, Edrie W. | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Dickerson, Rodney |
| 81. | Cellino & Barnes, P.C. | Didinger, Carol | R-31 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK | Didinger, Gary |
| 82. | Cellino & Barnes, P.C. | Dingler, Jimmy | R-31 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK | Dingler, David |
| 83. | Cellino & Barnes, P.C. | Dodds, Carol S. | R-31 | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK | Dodds, Ted |
| 84. | Cellino & Barnes, P.C. | Francione, Orlando C. | R-31 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK | Francione, Sylvia |
| 85. | Cellino & Barnes, P.C. | Garner, Terrie | R-31 | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK | Garner, Jerome |
| 86. | Cellino & Barnes, P.C. | Gay, Lucille | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Gay, Raymond |
| 87. | Cellino & Barnes, P.C. | Geslin, Arnie R. | R-31 | Austin, James v. Merck & Co., Inc. | 2:06-cv-02211-EEF-DEK | Geslin, Suzanne |
| 88. | Cellino & Barnes, P.C. | Giancotti, Theresa | R-30 | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK | |
| 89. | Cellino & Barnes, P.C. | Giudice, Frank | R-31 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK | Giudice, Catherine |
| 90. | Cellino & Barnes, P.C. | Gorham, Alton | R-37a | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK | |
| 91. | Cellino & Barnes, P.C. | Granica, Virginia | R-31 | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK | Granica, Chester |

|  | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 92. | Cellino & Barnes, P.C. | Greenway, Patricia | R-31 | Greenway, David A. v. Merck & Co., Inc. | 2:06-cv-03624-EEF-DEK | Greenway, David |
| 93. | Cellino & Barnes, P.C. | Harris, Yassah | R-31 | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK | Matadi, Florence |
| 94. | Cellino & Barnes, P.C. | Hassenfratz, Patricia | R-37c | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |  |
| 95. | Cellino & Barnes, P.C. | Haynes, Edward | R-31 | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK | Haynes, B.Powell |
| 96. | Cellino & Barnes, P.C. | Hutchinson, Ken | R-30 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |  |
| 97. | Cellino & Barnes, P.C. | Jankowski, Anthony | R-31 | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK | Jankowski, Judy |
| 98. | Cellino & Barnes, P.C. | Joson, Nemesia | R-31 | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK | Joson, Constancio |
| 99. | Cellino & Barnes, P.C. | Karbowski, Lottie L. | R-37a | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |  |
| 100. | Cellino & Barnes, P.C. | Kuczmarski, Rita | R-31 | Kuczmarski, James A. v. Merck & Co., Inc. | 2:06-cv-03633-EEF-DEK | Kuczmarski, James |
| 101. | Cellino & Barnes, P.C. | Lafollette, Virginia E. | R-31 | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK | Lafollette, James |
| 102. | Cellino & Barnes, P.C. | Lehmann, Mary | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Lehmann, James |
| 103. | Cellino & Barnes, P.C. | Lilienkamp, Betty | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Lilienkamp, Victor |
| 104. | Cellino & Barnes, P.C. | Longley, George | R-31 | Longley, George v. Merck & Co., Inc. | 2:06-cv-01182-EEF-DEK | Longley, Jessie |
| 105. | Cellino & Barnes, P.C. | Luf, Mary | R-31 | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK | Luf, Arthur |
| 106. | Cellino & Barnes, P.C. | Miller, Lloyd | R-31 | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK | Miller, Doris |
| 107. | Cellino & Barnes, P.C. | Miller, Sandra | R-30 | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |  |
| 108. | Cellino & Barnes, P.C. | Miller, Sandra | R-31 | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK | Berry, Kelly |
| 109. | Cellino & Barnes, P.C. | Mobley, Hattie Mae | R-31 | Mobley, Catherine v. Merck & Co., Inc. | 2:08-cv-00352-EEF-DEK | Mobley, Linward |
| 110. | Cellino & Barnes, P.C. | Naheed, Sharifa | R-31 | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK | Raja, Nasar |
| 111. | Cellino & Barnes, P.C. | Newman, Nadine | R-30 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |  |
| 112. | Cellino & Barnes, P.C. | Nistor, Marolee Mae | R-31 | Nistor, William A. Sr. v. Merck & Co., Inc. | 2:06-cv-03634-EEF-DEK | Nistor, William |
| 113. | Cellino & Barnes, P.C. | Nowak, Sophie | R-31 | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK | Nowak, Lucy |
| 114. | Cellino & Barnes, P.C. | O'Brien, Robert | R-31 | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK | Swinehart, Carmen |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 115. | Cellino & Barnes, P.C. | Oliver, Earl | R-31 | Murdie, Deanne v. Merck & Co., Inc. | 2:06-cv-11084-EEF-DEK | Murdie, Deanna |
| 116. | Cellino & Barnes, P.C. | Pellitteri, Anna M. | R-31 | Bamford, Armeda v. Merck & Co., Inc. | 2:06-cv-01168-EEF-DEK | Pellitteri, Paul |
| 117. | Cellino & Barnes, P.C. | Phillips, Ella | R-31 | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK | Phillips, Jerome |
| 118. | Cellino & Barnes, P.C. | Pohl, Dorothy L. | R-31 | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK | Pohl, Phillip |
| 119. | Cellino & Barnes, P.C. | Proietti, Helen A. | R-38a | Bissell, Sophie v. Merck & Co., Inc. | 2:06-cv-01178-EEF-DEK | Proietti, Louis |
| 120. | Cellino & Barnes, P.C. | Pula, Elaine | R-30 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | |
| 121. | Cellino & Barnes, P.C. | Pula, Elaine | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Pula, Joseph |
| 122. | Cellino & Barnes, P.C. | Pulver, William | R-31 | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK | Wheaton, Laurie |
| 123. | Cellino & Barnes, P.C. | Rago, Thomas N. | R-31 | Bielak, Gary T. v. Merck & Co., Inc. | 2:06-cv-01205-EEF-DEK | Rago, Barbara |
| 124. | Cellino & Barnes, P.C. | Renaldo, Nina | R-31 | Chase, Marilyn v. Merck & Co., Inc. | 2:06-cv-01189-EEF-DEK | Renaldo, Kenneth |
| 125. | Cellino & Barnes, P.C. | Roberson, Jack | R-30 | Anthon, Jerome v. Merck & Co., Inc. | 2:06-cv-01198-EEF-DEK | |
| 126. | Cellino & Barnes, P.C. | Rodriguez, Ivan | R-31 | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK | Gillakin, Valerie |
| 127. | Cellino & Barnes, P.C. | Roets, Jacqueline | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Roets, Gerald |
| 128. | Cellino & Barnes, P.C. | Rohn, Deborah | R-37a | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK | |
| 129. | Cellino & Barnes, P.C. | Russell, Julia | R-31 | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK | Russell, Billy |
| 130. | Cellino & Barnes, P.C. | Rutland, Earline | R-31 | Anderson, Marsha v. Merck & Co., Inc. | 2:06-cv-10622-EEF-DEK | Rutland, David |
| 131. | Cellino & Barnes, P.C. | Ryan, Thomas | R-31 | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK | Ryan, Sarah |
| 132. | Cellino & Barnes, P.C. | Ryther, Kathleen | R-30 | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK | |
| 133. | Cellino & Barnes, P.C. | Samluk, Torie | R-31 | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK | Samluk, Joseph |
| 134. | Cellino & Barnes, P.C. | Scuteri, Rose M. | R-31 | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK | Scuteri, Eugene |
| 135. | Cellino & Barnes, P.C. | Sesto, Nick | R-31 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK | Sesto, Josephine |
| 136. | Cellino & Barnes, P.C. | Sexton, Annie | R-30 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK | |
| 137. | Cellino & Barnes, P.C. | Shipley, Elma | R-31 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK | Shipley, Francis |
| 138. | Cellino & Barnes, P.C. | Siegert, Gerhard | R-31 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK | Plaintff's wife., |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 139. | Cellino & Barnes, P.C. | Smalls, Ada | R-31 | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK | Smalls, Dorothy |
| 140. | Cellino & Barnes, P.C. | Smalls, Ada | R-31 | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK | Braxton, Clifford |
| 141. | Cellino & Barnes, P.C. | Smalls, Ada | R-37a | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK | |
| 142. | Cellino & Barnes, P.C. | Smith, Henrietta | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Smith, Clarence |
| 143. | Cellino & Barnes, P.C. | Snopkowski, Margaret | R-30 | DAmore, Jennie v. Merck & Co., Inc. | 2:06-cv-01208-EEF-DEK | |
| 144. | Cellino & Barnes, P.C. | Talarico, Peter | R-31 | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK | Talarico, Elizabeth |
| 145. | Cellino & Barnes, P.C. | Tanker, Dolores | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Tanker, James |
| 146. | Cellino & Barnes, P.C. | Terracciano, Salvatore | R-31 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK | Terracciano, Marilyn |
| 147. | Cellino & Barnes, P.C. | Thomson, Jack | R-37a | Thomson, Jay v. Merck & Co., Inc. | 2:08-cv-00328-EEF-DEK | |
| 148. | Cellino & Barnes, P.C. | Thomson, Jack | R-37b | Thomson, Jay v. Merck & Co., Inc. | 2:08-cv-00328-EEF-DEK | |
| 149. | Cellino & Barnes, P.C. | Thrash, Terry L. | R-31 | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK | Thrash, Angie |
| 150. | Cellino & Barnes, P.C. | Toepper, Orville R. | R-30 | Alister, Gene C. v. Merck & Co., Inc. | 2:06-cv-10871-EEF-DEK | |
| 151. | Cellino & Barnes, P.C. | Tracy, Gertrude J. | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Tracy, Harry |
| 152. | Cellino & Barnes, P.C. | Umbleby, Logan | R-31 | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | Umbleby, Patricia |
| 153. | Cellino & Barnes, P.C. | Unterberger, Olga | R-30 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | |
| 154. | Cellino & Barnes, P.C. | Van Valkenburg, Emma | R-31 | Baron, Brenda v. Merck & Co., Inc. | 2:06-cv-11089-EEF-DEK | Baron, Brenda |
| 155. | Cellino & Barnes, P.C. | Vanpatten, Ruth D. | R-31 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK | VanPatten, John |
| 156. | Cellino & Barnes, P.C. | Wagner, Florence | R-31 | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | Bath, June |
| 157. | Cellino & Barnes, P.C. | Waidl, Lorraine V. | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Waidl, Joesph |
| 158. | Cellino & Barnes, P.C. | Williams, Betty J. | R-30 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK | |
| 159. | Cellino & Barnes, P.C. | Williams, Betty J. | R-31 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK | Pinkston, Jerome |
| 160. | Cellino & Barnes, P.C. | Williams, Joseph | R-31 | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK | Williams, Moyell |
| 161. | Cellino & Barnes, P.C. | Willis, Rachel | R-30 | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK | |
| 162. | Cellino & Barnes, P.C. | Wilson, Arden | R-31 | Austin, James v. Merck & Co., Inc. | 2:06-cv-02211-EEF-DEK | Wilson, Carol |

|  | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 163. | Cellino & Barnes, P.C. | Wilson, Janice | R-31 | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK | Wilson, Marshall |
| 164. | Cox, Cox, Filo, Camel & Wilson | Gallo, Anna H. | R-30 | Gallo, Nolan v. Merck & Co., Inc. | 2:06-cv-00989-EEF-DEK | |
| 165. | Douglas & London, PC | Bailey, Shirley | R-37i | Kohn, Lawrence v. Merck & Co., Inc. | 2:07-cv-06438-EEF-DEK | |
| 166. | Douglas & London, PC | Fullington, David | R-37b | Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK | |
| 167. | Douglas & London, PC | Fullington, David | R-37i | Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK | |
| 168. | Douglas & London, PC | Hopper, Nina | R-37e | Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK | |
| 169. | Douglas & London, PC | Watson, Donald | R-30 | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK | |
| 170. | Driggs Bills & Day PC | Sanchez, Antonio | R-37j | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK | |
| 171. | Fazio, DiSalvo, Cannon, Abers, Podrecca, Fazio & Carroll (Care of Jeff S. Abers) | Grimm, Lillian | R-30 | Grimm, Lillian v. Merck & Co., Inc. | 2:06-cv-00219-EEF-DEK | |
| 172. | Fazio, DiSalvo, Cannon, Abers, Podrecca, Fazio & Carroll (Care of Jeff S. Abers) | Grimm, Lillian | R-38d | Grimm, Lillian v. Merck & Co., Inc. | 2:06-cv-00219-EEF-DEK | Grimm, Clinton |
| 173. | Fenstersheib, Robert J. and Associates, P.A., Law Offices of | Lightsey, Pamela | R-30 | Lightsey, Pamela v. Merck & Co., Inc. | 2:06-cv-03586-EEF-DEK | |
| 174. | Fenstersheib, Robert J. and Associates, P.A., Law Offices of | Noecker, Douglas | R-30 | Noecker, Douglas v. Merck & Co., Inc. | 2:06-cv-02647-EEF-DEK | |
| 175. | Freese & Goss, PLLC | Armstrong, Gracie Etta D. | R-30 | Gheen, Sherry v. Merck & Co., Inc. | 2:07-cv-03179-EEF-DEK | |
| 176. | Freese & Goss, PLLC | Dachs, Jeanette | R-30 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK | |
| 177. | Freese & Goss, PLLC | Dixon, Johnny | R-30 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | |
| 178. | Freese & Goss, PLLC | Gibilian, Jean | R-30 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK | |
| 179. | Freese & Goss, PLLC | Hanneman, Aldred | R-30 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK | |
| 180. | Freese & Goss, PLLC | Radtke, William R. | R-30 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK | |
| 181. | Freese & Goss, PLLC | Shklyar, Riva | R-30 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK | |
| 182. | Freese & Goss, PLLC | Wilks, Mary | R-30 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK | |
| 183. | Gallagher Law Firm (TX) | Couch, Geneva | R-37b | Bush, Juanetta v. Merck & Co., Inc. | 2:06-cv-01904-EEF-DEK | |

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Case Caption** | **Docket Number Current** | **Derivative Claimant Name** |
|---|---|---|---|---|---|---|
| 184. | Gallagher Law Firm (TX) | Dupree, Neta | R-37b | Dupree, Neta v. Merck & Company, Inc. | 2:08-cv-00597-EEF-DEK | |
| 185. | Gallagher Law Firm (TX) | Epler, Patricia | R-30 | Epler, Patricia v. Merck & Company, Inc. | 2:08-cv-00600-EEF-DEK | |
| 186. | Gallagher Law Firm (TX) | Flippo, Johnny M. | R-37e | Flippo, Dorindo v. Merck & Co., Inc. | 2:08-cv-00603-EEF-DEK | |
| 187. | Gallagher Law Firm (TX) | Kazik, Jennifer | R-30 | Kazik, Jennifer v. Merck & Co., Inc. | 2:08-cv-00616-EEF-DEK | |
| 188. | Gallagher Law Firm (TX) | Washington, Artie | R-30 | Washington, Artie v. Merck & Co., Inc. | 2:08-cv-00651-EEF-DEK | |
| 189. | Gancedo & Nieves LLP | Bowie, Samuel | R-37a | Eggleston, Marilyn v. Merck & Co., Inc. | 2:06-cv-07084-EEF-DEK | |
| 190. | Hawkins, Terence S., P.C., Attorney At Law | Viswanathan, Tanjore | R-37b | Viswanathan, Josepha v. Merck & Co., Inc. | 2:05-cv-04673-EEF-DEK | |
| 191. | Herman, Herman, Katz & Cotler, LLP | Cornelius, Howard F. | R-31 | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK | Cornelius, Karolyn |
| 192. | Herman, Herman, Katz & Cotler, LLP | Dantin, Mary | R-30 | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK | |
| 193. | Herman, Herman, Katz & Cotler, LLP | Hubbard, Don C. | R-31 | Hubbard, Don C. v. Merck & Co., Inc. | 2:05-cv-00859-EEF-DEK | Hubbard, Rosetta |
| 194. | Herman, Herman, Katz & Cotler, LLP | Juneau, Nelson | R-31 | Johnson, Harry J. v. Merck & Co., Inc. | 2:05-cv-04422-EEF-DEK | Juneau, Jared |
| 195. | Hingle, Michael and Associates | Beebe, Robert P. | R-37j | Acosta, Ella M. v. Merck & Co., Inc. | 2:05-cv-04457-EEF-DEK | |
| 196. | Hingle, Michael and Associates | Davis, Debra W. | R-37d | Charpentier, Matt D. v. Merck & Co., Inc. | 2:05-cv-04458-EEF-DEK | |
| 197. | Hingle, Michael and Associates | Davis, Debra W. | R-37i | Charpentier, Matt D. v. Merck & Co., Inc. | 2:05-cv-04458-EEF-DEK | |
| 198. | Hingle, Michael and Associates | Faull, James | R-30 | Bailey, Lois v. Merck & Co., Inc. | 2:05-cv-06904-EEF-DEK | |
| 199. | Hingle, Michael and Associates | Mcswain, Mary A. | R-37j | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459-EEF-DEK | |
| 200. | Hingle, Michael and Associates | Tarpley, James | R-37j | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | |
| 201. | Hingle, Michael and Associates | Vicknair, Janet | R-30 | Vicknair, Janet v. Merck & Co., Inc. | 2:05-cv-00643-EEF-DEK | |
| 202. | Hossley Embry, LLP | Helms, Billy | R-30 | Helms, Billy v. Merck & Co., Inc. | 2:06-cv-10286-EEF-DEK | |
| 203. | Hossley Embry, LLP | Webb, Lisa | R-30 | Webb, Lisa v. Merck & Co, Inc. | 2:06-cv-10290-EEF-DEK | |
| 204. | Howard & Reed | Morris, Lillian | R-30 | Adams, Dorothy v. Merck & Co., Inc. | 2:05-cv-04430-EEF-DEK | |
| 205. | Humphrey Farrington & McClain PC | Shipper, Esther | R-37i | Shipper, Esther v. Merck & Co., Inc. | 2:05-cv-06186-EEF-DEK | |
| 206. | Ingram & Associates PLLC | Johnson, Isaac | R-30 | Johnson, Isaac, Sr. v. Merck & Co., Inc. | 2:07-cv-05880-EEF-DEK | |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 207. | Jones, Swanson, Huddell & Garrison, L.L.C. | Margin, Deceased, C/o Monique Mcdermott, Cynthia | R-30 | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK | |
| 208. | Keim Law | Dugas, Ann M. | R-37a | Dugas, Mercedes A. v. Merck & Co., Inc. | 2:05-cv-05781-EEF-DEK | |
| 209. | Kelley & Ferraro, LLP | Karlovic, Almajean | R-37e | Karlovic, Almajean v. Merck & Co., Inc. | 2:05-cv-03592-EEF-DEK | |
| 210. | Kline & Specter, PC | Andree, Sonja | R-38e | Ahmed, Alauddin v. Merck & Co., Inc. | 2:06-cv-03639-EEF-DEK | ANDREE, RICHARD |
| 211. | Kline & Specter, PC | Breezee, Glen E. | R-31 | Breezee, Glen v. Merck & Co., Inc. | 2:06-cv-03110-EEF-DEK | BREEZEE, LINDA |
| 212. | Kline & Specter, PC | Haren, James P. | R-31 | Barrows, Martin R. v. Merck & Co., Inc. | 2:06-cv-10269-EEF-DEK | HAREN, MADONNA |
| 213. | Kline & Specter, PC | Pastor, Annamarie | R-37d | Allahand, Margaret A. v. Merck & Co., Inc. | 2:06-cv-09344-EEF-DEK | |
| 214. | Lamb Firm, LLC, The | Domenech-Williams, Maria | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 215. | Lamb Firm, LLC, The | Gonzalez-Arias, Rafael | R-30 | Arias, Rafael G. v. Merck & Co., Inc. | 2:05-cv-00529-EEF-DEK | |
| 216. | Lamb Firm, LLC, The | Haeussler-Anca, Carlos | R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Rodriguez, Viola |
| 217. | Lamb Firm, LLC, The | Lorenzo-Nieves, Felicita | R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Mendez, Nilda |
| 218. | Lamb Firm, LLC, The | Matos-Gomez, Cruz | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 219. | Lamb Firm, LLC, The | Millan-Gutierrez, Luz D. | R-30 | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK | |
| 220. | Lamb Firm, LLC, The | Morales-Gonzalez, Antonio | R-37a | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 221. | Lamb Firm, LLC, The | Orama-Rovira, Juan E. | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 222. | Lamb Firm, LLC, The | Ortiz, Lydia M. | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 223. | Lamb Firm, LLC, The | Rodriguez-Figueroa, Sonia | R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Vergne-Rodriguez, Barbara |
| 224. | Lamb Firm, LLC, The | Rodriguez-Soto, Esther | R-30 | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK | |
| 225. | Lamb Firm, LLC, The | Salazar-Iglesias, Amparo | R-37j | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 226. | Lamb Firm, LLC, The | Sanchez-Torres, Carmen C. | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 227. | Lamb Firm, LLC, The | Santos-Pacheco, Eduardo | R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Santos-Baez, Brenda |
| 228. | Lamb Firm, LLC, The | Trinidad-Fernandez, Hermenegilda | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 229. | Lamb Firm, LLC, The | Vargas-Cuebas, German | R-37j | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK | |
| 230. | Lamb Firm, LLC, The | Vazquez-Vazquez, Concepcion | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 231. | Lamb Firm, LLC, The | Vazquez-Vazquez, Concepcion | R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Vasquez-Vasquez, Marina |
| 232. | Lamb Firm, LLC, The | Villegas-Rodriguez, Francisca | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 233. | Lamb Firm, LLC, The | Zayas-Zayas, Bernabela | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 234. | Lamb Firm, LLC, The | Zayas-Zayas, Bernabela | R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quintana-Zayas, Jose |
| 235. | Langston & Langston, PLLC | Bibbs, Ella | R-37e | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK | |
| 236. | Langston & Langston, PLLC | Taylor, Willie | R-30 | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK | |
| 237. | Langston & Langston, PLLC | Williams, Geneva | R-30 | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK | |
| 238. | Langston & Langston, PLLC | Wright, Annie | R-30 | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK | |
| 239. | Langston & Langston, PLLC | Young, Louise | R-37e | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK | |
| 240. | Matthews & Associates | Baucham, Pauline R. | R-37a | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK | |
| 241. | Matthews & Associates | Baucham, Pauline R. | R-37i | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK | |
| 242. | Matthews & Associates | Burrell, Ann | R-30 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | |
| 243. | Matthews & Associates | Cross, Ruth L. | R-37c | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | |
| 244. | Matthews & Associates | Deraps, Marilyn E. | R-30 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | |
| 245. | Matthews & Associates | Ducker, Carroll L. | R-30 | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | |
| 246. | Matthews & Associates | Encarnacion Hernandez, Luis A. | R-30 | Cabrera, Antonia Acosta v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK | |
| 247. | Matthews & Associates | Feliciano Vasquez, Jose | R-37j | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK | |
| 248. | Matthews & Associates | Feliciano, Ramonita | R-37h | Cabrera, Antonia Acosta v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK | |

|  | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 249. | Matthews & Associates | Hogan, Joy J. | R-30 | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944-EEF-DEK | |
| 250. | Matthews & Associates | Jimenez Sanabria, Maximina | R-30 | Cabrera, Antonia Acosta v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK | |
| 251. | Matthews & Associates | Kastor, David M. | R-30 | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK | |
| 252. | Matthews & Associates | Liberatore, June | R-30 | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK | |
| 253. | Matthews & Associates | Marshall, Elizabeth L. | R-30 | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK | |
| 254. | Matthews & Associates | Medina Perez, Angela | R-37j | Cabrera, Antonia Acosta v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK | |
| 255. | Matthews & Associates | Murthil, Favin P. | R-30 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | |
| 256. | Matthews & Associates | Nicely, Marilyn J. | R-30 | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | |
| 257. | Matthews & Associates | Nicholson, Bessie M. | R-30 | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | |
| 258. | Matthews & Associates | Ortiz Munoz, Nicolasa | R-30 | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK | |
| 259. | Matthews & Associates | Pizarro Llano, Julian | R-30 | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK | |
| 260. | Matthews & Associates | Ramos Arce, Nereida | R-30 | Padilla, Rosa M Acosta v. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK | |
| 261. | Matthews & Associates | Rivera Olivieri, Julio | R-37h | Marieti, Edgardo R. v. Merck & Co., Inc. | 2:06-CV-07041-EEF-DEK | |
| 262. | Matthews & Associates | Sanders, Ora P. | R-30 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | |
| 263. | Matthews & Associates | Santiago, Constancia | R-30 | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK | |
| 264. | Matthews & Associates | Schexnyder, Louella T. | R-30 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | |
| 265. | Matthews & Associates | Squires, Stephen R. | R-37i | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK | |
| 266. | Matthews & Associates | Velez Rios, Miguel | R-30 | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK | |
| 267. | Meshbesher and Spence, Ltd. | Moore, Karen S. | R-30 | Moore, Karen S. v. Merck & Co., Inc. | 2:06-cv-05783-EEF-DEK | |
| 268. | Miller Firm, LLC, The (PA) | Stone, Douglas H. | R-37j | Russell, Celeste v. Merck & Co., Inc. | 2:06-cv-05986-EEF-DEK | |
| 269. | Motley, Rice LLC | Hensel, Mickey (dec.) C. | R-37d | Brough, Clarence L. v. Merck & Co., Inc. | 2:06-cv-03083-EEF-DEK | |
| 270. | Parks & Crump LLC | Flack, Kenneth | R-37c | England, Cathy v. Merck & Co., Inc. | 2:06-cv-06706-EEF-DEK | |

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Case Caption** | **Docket Number Current** | **Derivative Claimant Name** |
|---|---|---|---|---|---|---|
| 271. | Phillips Law Office L.L.C. | Clasen, Georgia K. | R-30 | Clasen, Georgia K. v. Merck & Co., Inc. | 2:06-cv-01049-EEF-DEK |  |
| 272. | Pro Se | Augillard, John | R-30 | Augillard, John v. Merck & Co., Inc. | 2:06-cv-01610-EEF-DEK |  |
| 273. | Pro Se | Harris, Bettye | R-30 | Harris, Bettye v. Merck & Co., Inc. | 2:05-cv-04799-EEF-DEK |  |
| 274. | Pro Se | Harris, Bettye | R-31 | Harris, Bettye v. Merck & Co., Inc. | 2:05-cv-04799-EEF-DEK | Harris, Frank |
| 275. | Pro Se | Lilak, Safdar N. | R-31 | Lilak, Safdar v. Merck & Co., Inc. | 2:06-cv-08318-EEF-DEK | Lilak, Jessica |
| 276. | Pro Se | Popov, Sava | R-30 | Popov, Jasmina v. Merck & Co., Inc. | 2:05-cv-03170-EEF-DEK |  |
| 277. | Pro Se | Vu, Phong Nang | R-30 | Nguyen, Minh Tam v. Merck & Co., Inc. | 2:07-cv-00812-EEF-DEK |  |
| 278. | Ranier, Gayle & Elliot, L.L.C. (TX) | Chattos, Wilma J. | R-37b | Ivers, Deloris v. Merck & Co., Inc. | 2:05-cv-02946-EEF-DEK |  |
| 279. | Ranier, Gayle & Elliot, L.L.C. (TX) | Parker, Jerry D. | R-30 | Bails, Mary A. v. Merck & Co., Inc. | 2:05-cv-02319-EEF-DEK |  |
| 280. | Ranier, Gayle & Elliot, L.L.C. (TX) | Walker, Billy J. | R-30 | Walker, Kathleen v. Merck & Co., Inc. | 2:05-cv-04124-EEF-DEK |  |
| 281. | Sanders Viener Grossman, LLP | Mcduffie, Edna | R-37d | McDuffie, James v. Merck & Co., Inc. | 2:06-cv-07031-EEF-DEK |  |
| 282. | Sanders Viener Grossman, LLP | Murphy, Patricia | R-30 | Murphy, Eileen v. Merck & Co., Inc. | 2:07-cv-05851-EEF-DEK |  |
| 283. | Sanford Pinedo LLP | Preston, Susan | R-31 | Preston, S. Susan J. v. Merck & Co., Inc. | 2:05-cv-04940-EEF-DEK | St. John, Lee |
| 284. | Schmidt, Douglas M., APLC | Solomon (poa Shirley Simon Daug), Evelyn | R-37e | Simon, Shirley v. Merck & Co., Inc. | 2:07-cv-01678-EEF-DEK |  |
| 285. | Silverman & Fodera | Small, Edward W. | R-37a | Small, Eileen v. Merck & Co., Inc. | 2:06-cv-02717-EEF-DEK |  |
| 286. | Silverman & Fodera | Snyder, Erma E. | R-31 | Snyder, Richard E. v. Merck & Co., Inc. | 2:05-cv-01105-EEF-DEK | Snyder, Richard |
| 287. | Simon Passanante PC | Nutt, Nadine K. | R-30 | Nutt, Nadine K. v. Merck & Co., Inc. | 2:06-cv-00142-EEF-DEK |  |
| 288. | Simon Passanante PC | Sanuskar, Janet L. | R-37b | Schraeder, Mary v. Merck & Co., Inc. | 2:05-cv-01051-EEF-DEK |  |
| 289. | Simon Passanante PC | Watkins, Ann M. | R-37e | Watkins, Ann M. v. Merck & Co., Inc. | 2:06-cv-00145-EEF-DEK |  |
| 290. | Stamps & Stamps | Keenan, Nancy P. | R-30 | Sims, Eleanor K. v. Merck & Co., Inc. | 2:08-cv-00144-EEF-DEK |  |
| 291. | Weykamp, Paul A., Law Offices of | Facenda, Leo V. | R-31 | Facenda, Leo v. Merck & Co., Inc. | 2:05-cv-05103-EEF-DEK | Facenda, Estelle |

*Fourth OSC re Enrollment Deficiencies*
*Exhibit B – Tolling Claimants*
*(Deceased Claimants)*

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **DOB** | **City** | **State** | **Derivative Claimant Name** |
|---|---|---|---|---|---|---|---|
| 1. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Brussard, Jill | R-30 | 3/20/51 | Sacramento | CA | |
| 2. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Canington, Charles Lawrence | R-37i | | Americus | GA | |
| 3. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Gregg, Betty Carolyn | R-30 | 5/22/41 | Newport | TN | |
| 4. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Jackson, Mary Frances | R-37i | 7/27/44 | Broken Bow | OK | |
| 5. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Jigliotti, Olga | R-30 | 6/5/25 | Anchorage | AK | |
| 6. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Jigliotti, Olga | R-31 | 6/5/25 | Anchorage | AK | Jigliotti, John |
| 7. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Knight, Debra | R-30 | 9/19/53 | Canton | OH | |
| 8. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Miley-Mcdaniel, Marilyn B. | R-30 | 9/14/60 | Sheffield | AL | |
| 9. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Mills, Stanley Robert | R-37d | 6/10/31 | East Weymouth | MA | |
| 10. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Odom, Melba | R-37a | 11/6/54 | Sturgis | KY | |
| 11. | Becnel Law Firm, LLC | Ratliff, Cindia | R-37e | 10/4/23 | Shelbiania | KY | |
| 12. | Bruno & Bruno | Perez, Jerry A. | R-30 | 6/7/36 | Lafitte | LA | |
| 13. | Dinkes & Schwitzer, P.C. | Hernandez, Javier | R-30 | 10/28/44 | Jamaica | NY | |
| 14. | Freese & Goss, PLLC | Guillen, Josefina | R-37a | 4/13/27 | Bellflower | CA | |
| 15. | Freese & Goss, PLLC | Hinex, Ricky | R-30 | 7/28/58 | Fort Worth | TX | |
| 16. | Gallagher Law Firm (TX) | Anderson, Mylo | R-30 | 7/12/25 | Lexington | NC | |
| 17. | Gallagher Law Firm (TX) | Boeckner, Joseph | R-30 | 6/25/75 | Las Vegas | NV | |
| 18. | Gallagher Law Firm (TX) | Brown, Jean | R-30 | | | | |
| 19. | Gallagher Law Firm (TX) | Caparino, Milbrun | R-30 | 2/20/51 | LaMorida | CA | |
| 20. | Gallagher Law Firm (TX) | Dougherity, Norma | R-30 | 1/4/49 | Enid | OK | |
| 21. | Gallagher Law Firm (TX) | Foster, Richard | R-30 | 7/15/38 | Lompoc | CA | |

|     | **Primary Counsel** | **Claimant Name** | **Deficiency** | **DOB** | **City** | **State** | **Derivative Claimant Name** |
|-----|---------------------|-------------------|----------------|---------|----------|-----------|------------------------------|
| 22. | Gallagher Law Firm (TX) | Gibson, Annie Ruth | R-30 | 12/16/15 | Cincinnati | OH | |
| 23. | Gallagher Law Firm (TX) | Harlow, Helene | R-30 | 10/4/21 | Beavercreek | OH | |
| 24. | Gallagher Law Firm (TX) | Hughes, Thomas | R-30 | | | | |
| 25. | Gallagher Law Firm (TX) | Johnson, Charleszetta | R-37d | 12/23/39 | Columbia | SC | |
| 26. | Gallagher Law Firm (TX) | Moore, Vivian P. | R-30 | 10/11/31 | Baton Rouge | LA | |
| 27. | Gallagher Law Firm (TX) | Newkirk, Lenora | R-30 | 12/27/19 | Rose Hill | NC | |
| 28. | Gallagher Law Firm (TX) | Payne, Peggy | R-30 | 11/25/33 | Hampton | VA | |
| 29. | Harang, Jack W., APLC | Holcombe, James | R-37d | 8/8/38 | Columbia | SC | |
| 30. | Heninger Garrison Davis, LLC | Thomas (deceased), Herbert C. | R-37a | 6/4/26 | Prattville | AL | |
| 31. | Jensen, Belew & Gonzalez, P.L.L.C. | Moreno, Juan | R-30 | 3/8/11 | Arvada | CO | |
| 32. | Johnson, Charles H. & Associates | Torres, Faustin L. | R-30 | 8/10/46 | Las Vegas | NM | |
| 33. | Langston & Langston, PLLC | Breland, Roxie | R-31 | 12/25/29 | Laurel | MS | Gandy, Linda |
| 34. | Langston & Langston, PLLC | Brooks, George | R-31 | 3/31/47 | West Point | MS | Brooks, Lithonia |
| 35. | Langston & Langston, PLLC | Brooks, George | R-31 | 3/31/47 | West Point | MS | Brooks, Jr., George |
| 36. | Lopez, McHugh LLP | Pierce, Lionel L. | R-37e | 11/10/48 | San Antonio | TX | |
| 37. | Lopez, McHugh LLP | Pierce, Lionel L. | R-37i | 11/10/48 | San Antonio | TX | |
| 38. | Matthews & Associates | Anderson, Ella D. | R-37b | 8/3/30 | Detroit | MI | |
| 39. | Matthews & Associates | Anderson, Ella D. | R-37d | 8/3/30 | Detroit | MI | |
| 40. | Matthews & Associates | Bosarge, Olive W. | R-30 | 12/22/28 | Irvington | AL | |
| 41. | Matthews & Associates | Collier, Sarah A. | R-37e | 2/5/27 | Lenox | GA | |
| 42. | Matthews & Associates | Crozier, Ruth I. | R-37a | 1/26/27 | Fort Collins | CO | |
| 43. | Matthews & Associates | Kern, John A. | R-37a | 6/25/27 | Walbridge | OH | |
| 44. | Matthews & Associates | Lee, Pearlie M. | R-30 | 11/30/28 | Perry | FL | |
| 45. | Matthews & Associates | Rodgers, Arthur L. | R-30 | 3/15/31 | Ludington | MI | |
| 46. | Matthews & Associates | Rodgers, Arthur L. | R-38a | 3/15/31 | Ludington | MI | Rodgers, Jr., Arthur |
| 47. | Matthews & Associates | Williams, Jane B. | R-37j | 5/12/24 | Las Vegas | NV | |
| 48. | Matthews & Associates | Wilson, Joseph F. | R-37a | 01/10/22 | Indianapolis | IN | |
| 49. | Murphy Law Firm | Barnett, Robert L. | R-30 | 11/5/36 | Houston | TX | |
| 50. | Myler, Brad & Associates | Saunders, Ruth M. | R-37a | 10/6/45 | Gallatin | MO | |
| 51. | Obioha, Pius A., Law Offices of, LLC | Knapper, Ann | R-30 | | | | |
| 52. | Pro Se | Bezio, Norman V. | R-30 | 6/18/74 | Baldwinsville | NY | |

|     | **Primary Counsel** | **Claimant Name** | **Deficiency** | **DOB** | **City** | **State** | **Derivative Claimant Name** |
|---|---|---|---|---|---|---|---|
| 53. | Pro Se | Cannady, Andrew | R-31 | 07/29/61 | Aurora | CO | Cannady, Barbara |
| 54. | Pro Se | Crawford, Odell Richmond | R-37j | 12/8/39 | Hallsville | TX | |
| 55. | Pro Se | Irvin, Magaline B. | R-30 | 3/30/36 | Demopolis | AL | |
| 56. | Pro Se | Johnson, Annie | R-30 | 4/19/10 | Newark | NJ | |
| 57. | Pro Se | Johnson, Ozzie Lee | R-37j | 5/28/39 | Jackson | MS | |
| 58. | Pro Se | Jones-Walker, Barbara Jean | R-37a | | | | |
| 59. | Pro Se | Robinson, Mammie Ann | R-30 | 2/27/31 | Montrose | AR | |
| 60. | Pro Se | Thompkins, Virginia P. | R-30 | 7/21/47 | Birmingham | AL | |
| 61. | Pro Se | Ybarra, Florestela | R-37e | 2/8/31 | Edcouch | TX | |
| 62. | Pro Se | Ybarra, Florestela | R-37i | 2/8/31 | Edcouch | TX | |
| 63. | Pro Se | Ybarra, Florestela | R-38d | 2/8/31 | Edcouch | TX | Ybarra, Martha |
| 64. | Ranier, Gayle & Elliot, L.L.C. (TX) | Worden, Eugene C. | R-37b | 1/22/30 | Roanoke | IN | |
| 65. | Ranier, Gayle & Elliot, L.L.C. (TX) | Wright, Leester G. | R-30 | 9/11/20 | Cedar Hill | TX | |
| 66. | Ruiz, John H., PA, Law Firm of | Denis, Deogracia | R-30 | 4/22/31 | Miami | FL | |
| 67. | Ruiz, John H., PA, Law Firm of | Perez, Eufemia | R-30 | 3/20/23 | Ft. Lauderdale | FL | |
| 68. | Ruiz, John H., PA, Law Firm of | Vengochea, Rosario M. | R-30 | 3/20/29 | Miami | FL | |
| 69. | Silverman & Fodera | Craig, Obadiah | R-37i | 10/12/33 | Philadelphia | PA | |
| 70. | Silverman & Fodera | Locklear, Oneder | R-37c | 09/01/31 | Lumberton | NC | |
| 71. | The Law Group, Ltd. | Boston, Betty | R-30 | 8/8/49 | Chicago | IL | |
| 72. | The Law Group, Ltd. | Helms, Lee V. | R-30 | 11/8/57 | Bend | OR | |
| 73. | The Law Group, Ltd. | Kelly, Diann D. | R-37f | 8/9/56 | Columbia | SC | |
| 74. | The Law Group, Ltd. | Lynch, Dustan W. | R-37d | 1/16/19 | Cambridge | OH | |
| 75. | Weitz & Luxenberg, P.C. | Bowers, Melba | R-30 | 6/29/39 | Avon Lake | OH | |
| 76. | Weitz & Luxenberg, P.C. | Carrington, Willie | R-31 | 6/4/31 | Pine Bluff | AR | Carrington, Ethel |
| 77. | Weitz & Luxenberg, P.C. | Combest, Ruby | R-37d | 8/3/27 | Edison | GA | |
| 78. | Weitz & Luxenberg, P.C. | Gill, Nolan W. | R-30 | 3/23/29 | Jackson | LA | |
| 79. | Weitz & Luxenberg, P.C. | Grady, Catherine | R-30 | 12/19/36 | McComb | MS | |
| 80. | Weitz & Luxenberg, P.C. | Hemphill, Emma | R-30 | 5/15/42 | Gary | IN | |
| 81. | Weitz & Luxenberg, P.C. | Odom, Wilbur D. | R-30 | 10/17/25 | Minden | LA | |
| 82. | Weitz & Luxenberg, P.C. | Vaughn, A.l. | R-30 | 1/26/31 | Weatherford | TX | |
| 83. | Weitz & Luxenberg, P.C. | West, Travis | R-30 | 5/7/24 | Lexington | KY | |

|  | Primary Counsel | Claimant Name | Deficiency | DOB | City | State | Derivative Claimant Name |
|---|---|---|---|---|---|---|---|
| 84. | Weitz & Luxenberg, P.C. | Winget, Ronald E. | R-30 | 5/12/42 | Columbus | IN |  |
| 85. | Whitehead Law Firm | Lawson, Earlma | R-30 | 7/26/38 | Marrero | LA |  |