UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibits A & B* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

### ORDER TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET

**IT IS ORDERED** that plaintiffs in the cases listed in the attached exhibits show cause on the 15th day of April, 2009, at 9:00 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why they have failed to comply fully with the enrollment requirements of the November 9, 2007 Resolution Program. Plaintiffs shall file and serve upon Liaison Counsel any responses to the Rule on or before the 8th day of April, 2009. Defendant Merck & Co., Inc., shall file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies on or before the 13th day of April, 2009.

**IT IS FURTHER ORDERED** that all plaintiffs and their counsel identified in the attached exhibits *must appear in person in New Orleans at the show cause hearing*. *Failure to appear as required may subject plaintiffs and counsel to contempt proceedings*.

**IT IS FURTHER ORDERED** that curing the noted enrollment deficiencies prior to one day prior to the date of the above noted hearing will obviate the requirement to attend.

970522v.1

NEW ORLEANS, LOUISIANA, this  27th  day of March, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1
970522v.1

*Sixth OSC Motion re Enrollment Deficiencies*
*Exhibit A – Filed Cases*
*(missing derivative signatures)*

|  | **Primary Counsel** | **Claimant Name** | **Case Caption** | **Docket Number Current** | **Derivative Claimant Name** |
|---|---|---|---|---|---|
| 1. | Angelos, Peter G., Law Offices of | Banach, Geraldine M. | Sittler, Sandra B. v. Merck & Co., Inc. | 2:06-cv-05538-EEF-DEK | Banach, Robert |
| 2. | Ball, John T., Attorney at Law | Wells, John W. | Wells, John W. v. Merck & Co., Inc. | 2:07-cv-05904-EEF-DEK | missing data, |
| 3. | Bice Palermo & Veron, LLC | Guillory, Kevin | Thibodeaux, Geneva v. Merck & Co., Inc. | 2:05-cv-02920-EEF-DEK | Guillory, Jada |
| 4. | Bice Palermo & Veron, LLC | Guillory, Kevin | Thibodeaux, Geneva v. Merck & Co., Inc. | 2:05-cv-02920-EEF-DEK | Guillory, Kavin |
| 5. | Blizzard, McCarthy & Nabers, LLP | Mcdonald, Barbara A. | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK | Hauk, Jacqueline |
| 6. | Blizzard, McCarthy & Nabers, LLP | Mcdonald, Barbara A. | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK | Bordell, Beverly |
| 7. | Blizzard, McCarthy & Nabers, LLP | Mcdonald, Barbara A. | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK | Campbell, Jamie |
| 8. | Blizzard, McCarthy & Nabers, LLP | Mcdonald, Barbara A. | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK | McDonald, Kelly |
| 9. | Blizzard, McCarthy & Nabers, LLP | Mcdonald, Barbara A. | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK | Smith, Pebblea |
| 10. | Blizzard, McCarthy & Nabers, LLP | Washington, Nora | Campbell, Anissa R. v. Merck & Co., Inc. | 2:06-cv-06780-EEF-DEK | Campbell, Anissa |
| 11. | Branch Law Firm | Baxter, Bj | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK | Baxter, Esta |
| 12. | Branch Law Firm | Bender, Curtis | Asante, Azariah v. Merck & Co., Inc. | 2:08-cv-00871-EEF-DEK | Bender, Patsy |
| 13. | Branch Law Firm | Eggers, Betty Jo | Cuthbert, Cheryl v. Merck & Co., Inc. | 2:08-cv-00859-EEF-DEK | Dillon, Marcha |
| 14. | Branch Law Firm | Goss, Wanda | Green, William v. Merck & Co., Inc. | 2:07-cv-05252-EEF-DEK | Goss, Karl |
| 15. | Branch Law Firm | Green, Cumer Leon | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK | GREEN, CLIFFORD |
| 16. | Branch Law Firm | Griffin, Jean D. | Koenigsfeld, Tina v. Merck & Co., Inc. | 2:08-cv-00867-EEF-DEK | Griffin, Donald |
| 17. | Branch Law Firm | Griffin, Willa | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK | Griffin, Anthony |
| 18. | Branch Law Firm | Hoofner Whitfield, Ruby | Ahmad, Fatemeh v. Merck & Co., Inc. | 2:06-cv-06441-EEF-DEK | Hoofner, Alvin |
| 19. | Branch Law Firm | Hum, Edna | Andrews, Lillian v. Merck & Co., Inc. | 2:06-cv-06443-EEF-DEK | Hum, Thomas |

|     | Primary Counsel | Claimant Name | Case Caption | Docket Number Current | Derivative Claimant Name |
| --- | --- | --- | --- | --- | --- |
| 20. | Branch Law Firm | Leist, Gloria B. | Martinez, Lydia v. Merck & Co., Inc. | 2:07-cv-04157-EEF-DEK | Leist, Donald |
| 21. | Branch Law Firm | Luzier, Roxie J. | Apice, Joseph v. Merck & Co., Inc. | 2:06-cv-06439-EEF-DEK | Deyarmin, Linda |
| 22. | Branch Law Firm | Ortega, Stella | Nonies, Ernest v. Merck & Co., Inc. | 2:08-cv-01026-EEF-DEK | Ortega, Brigido |
| 23. | Branch Law Firm | Rager, Sr., Norman | Apice, Joseph v. Merck & Co., Inc. | 2:06-cv-06439-EEF-DEK | Karen, Tina |
| 24. | Branch Law Firm | Reed, Beatrice | Green, William v. Merck & Co., Inc. | 2:07-cv-05252-EEF-DEK | Reed, JB |
| 25. | Branch Law Firm | Soto, Linda | Soto, Linda v. Merck & Co., Inc. | 2:08-cv-01040-EEF-DEK | Soto, Polo |
| 26. | Branch Law Firm | Striggles, Debra Ann Mcallister | Schaefer, Vincent v. Merck & Co., Inc. | 2:07-cv-04042-EEF-DEK | Striggles, Ronnie |
| 27. | Branch Law Firm | Yowell, Belinda Rae | Adams, Chamitra v. Merck & Co., Inc. | 2:06-cv-06243-EEF-DEK | Yowell, Glen |
| 28. | Carey & Danis, LLC | Hall, Patricia E. | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK | Hall, Alton |
| 29. | Carey & Danis, LLC | Jones, Jamesanna | Stewart, Mary v. Merck & Co., Inc. | 2:05-cv-02575-EEF-DEK | Stewart, Mary |
| 30. | Carey & Danis, LLC | Moore, W.t.(ada) | Criglar, Ida v. Merck & Co., Inc. | 2:06-cv-11082-EEF-DEK | Moore, Ada |
| 31. | Carey & Danis, LLC | Scott, Donald | Lockett, Renee v. Merck & Co., Inc. | 2:05-cv-03804-EEF-DEK | Scott, Eloise |
| 32. | Carey & Danis, LLC | Taylor, Oliver | Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK | Taylor, Dora |
| 33. | Carey & Danis, LLC | Wells, Larry | Miles, Mary v. Merck & Co., Inc. | 2:05-cv-03810-EEF-DEK | Scott, Cynthia |
| 34. | Carey & Danis, LLC | Wells, Larry | Miles, Mary v. Merck & Co., Inc. | 2:05-cv-03810-EEF-DEK | Wells, Jason |
| 35. | Carey & Danis, LLC | Westover, Jr., Charles | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK | Westover, Mary |
| 36. | Cellino & Barnes, P.C. | Abbott, Charlotte E. | Phillips, Hope v. Merck & Co., Inc. | 2:08-cv-00238-EEF-DEK | Phillips, Hope |
| 37. | Cellino & Barnes, P.C. | Anderson-Vance, Marcia | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK | Hester, Curtis |
| 38. | Cellino & Barnes, P.C. | Andolina, Annabelle | Andolina, Mamie v. Merck & Co., Inc. | 2:06-cv-09751-EEF-DEK | Andolina, Mamie |
| 39. | Cellino & Barnes, P.C. | Arsena, Vito | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK | Arsena, John |
| 40. | Cellino & Barnes, P.C. | Atkins, Carol J. | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK | Masiuk, Elaine |
| 41. | Cellino & Barnes, P.C. | Bardo, Madeline | Coles, Patti v. Merck & Co., Inc. | 2:07-cv-02936-EEF-DEK | Coles, Patti |
| 42. | Cellino & Barnes, P.C. | Baxter, William | Baxter, Michael v. Merck & Co., Inc. | 2:08-cv-00324-EEF-DEK | Baxter, William |
| 43. | Cellino & Barnes, P.C. | Benner, William | Baxter, Michael v. Merck & Co., Inc. | 2:07-cv-09123-EEF-DEK | Benner, William |
| 44. | Cellino & Barnes, P.C. | Boysel, Erma Louise | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Boysel, Eber |
| 45. | Cellino & Barnes, P.C. | Brean, George R. | Austin, James v. Merck & Co., Inc. | 2:06-cv-02211-EEF-DEK | Brean, Julie |

|  | **Primary Counsel** | **Claimant Name** | **Case Caption** | **Docket Number Current** | **Derivative Claimant Name** |
|---|---|---|---|---|---|
| 46. | Cellino & Barnes, P.C. | Bryant, Isabelle C. | Torella, Dominic J. v. Merck & Co., Inc. | 2:07-cv-06231-EEF-DEK | Torella, Dom |
| 47. | Cellino & Barnes, P.C. | Bryant, John T. | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK | Thomas, June |
| 48. | Cellino & Barnes, P.C. | Byrd, Joyce F. | Titcombe Vickie L. v. Merck & Co., Inc. | 2:07-cv-09127-EEF-DEK | Titcombe, Vicki |
| 49. | Cellino & Barnes, P.C. | Case, Lynn | Phillips, Hope v. Merck & Co., Inc. | 2:07-cv-09125-EEF-DEK | Case,Jr, Lynn |
| 50. | Cellino & Barnes, P.C. | Cavaiuolo, Maria | Anderson, Marsha v. Merck & Co., Inc. | 2:06-cv-10622-EEF-DEK | Cavaiuolo, Vittoria |
| 51. | Cellino & Barnes, P.C. | Charsley, Howard L. | Charsley-Joslin, Pamela v. Merck & Co., Inc. | 2:06-cv-11091-EEF-DEK | Charsley-Joslin, Pamela |
| 52. | Cellino & Barnes, P.C. | Cogar, Donna | Tytka, Barbara M. v. Merck & Co., Inc. | 2:08-cv-00731-EEF-DEK | Tytka, Barbara |
| 53. | Cellino & Barnes, P.C. | Daley, Vivian J. | Baxter, Michael v. Merck & Co., Inc. | 2:07-cv-09123-EEF-DEK | Zair, Christine |
| 54. | Cellino & Barnes, P.C. | Dalton, Charles | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK | Dalton, Chastity |
| 55. | Cellino & Barnes, P.C. | Dixon, Mollie H. | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | Davis, Willie |
| 56. | Cellino & Barnes, P.C. | Doring, Edward J. | Watson, Christina Y. v. Merck & Co., Inc. | 2:06-cv-03625-EEF-DEK | Winston, Christina |
| 57. | Cellino & Barnes, P.C. | Drexler, Shirley | Bamford, Armeda v. Merck & Co., Inc. | 2:06-cv-01168-EEF-DEK | Drexler, Jack |
| 58. | Cellino & Barnes, P.C. | Duiker, Johanness | Duiker, Ernest v. Merck & Co., Inc. | 2:08-cv-00733-EEF-DEK | Duiker, Ernest |
| 59. | Cellino & Barnes, P.C. | Durgala, Louis J. | Durgala, Stephen v. Merck & Co., Inc. | 2:08-cv-00734-EEF-DEK | Durgala, Stephen |
| 60. | Cellino & Barnes, P.C. | Emerson, Carolyn Joy | Reid, James W. v. Merck & Co., Inc. | 2:06-cv-01163-EEF-DEK | Reid, James |
| 61. | Cellino & Barnes, P.C. | Farmer, Bobby | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK | Thomas, Shirley |
| 62. | Cellino & Barnes, P.C. | Ferguson, Jerome E. | Ferguson, Jerome v. Merck & Co., Inc. | 2:06-cv-03627-EEF-DEK | Ferguson,Jr., Jerome |
| 63. | Cellino & Barnes, P.C. | Fiddemon, Willie Mae | Fiddemon, Rev. Calvin W. v. Merck & Co., Inc. | 2:08-cv-00742-EEF-DEK | Fiddemon, Calvin |
| 64. | Cellino & Barnes, P.C. | Finley, Jerome | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK | Finley, Brandy |
| 65. | Cellino & Barnes, P.C. | Fisher, Marvin | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | Lewis, Terri |
| 66. | Cellino & Barnes, P.C. | Freedman, Mary | Andolina, Mamie v. Merck & Co., Inc. | 2:06-cv-09751-EEF-DEK | Faden, Andrea |
| 67. | Cellino & Barnes, P.C. | Frey, George | Frey, Mary L. v. Merck & Co., Inc. | 2:08-cv-00239-EEF-DEK | Frey, Mary |
| 68. | Cellino & Barnes, P.C. | Gallipeau, Virginia | Gallipeau, Ronald v. Merck & Co., Inc. | 2:06-cv-01215-EEF-DEK | Gallipeau, Ronald |
| 69. | Cellino & Barnes, P.C. | Gary, Julia M. | Harvin, Jacqueline v. Merck & Co., Inc. | 2:08-cv-00216-EEF-DEK | Harvin, Jacqueline |

|  | **Primary Counsel** | **Claimant Name** | **Case Caption** | **Docket Number Current** | **Derivative Claimant Name** |
|---|---|---|---|---|---|
| 70. | Cellino & Barnes, P.C. | Gleason, Joann | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | Reynolds, Julie |
| 71. | Cellino & Barnes, P.C. | Hale, Lisa Brown | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK | Hale, Terry |
| 72. | Cellino & Barnes, P.C. | Hand, Richard | Hundley, Debra S. v. Merck & Co., Inc. | 2:08-cv-00235-EEF-DEK | Hundley, Debra |
| 73. | Cellino & Barnes, P.C. | Hardeman, Manuala | Flint, Catherine v. Merck & Co., Inc. | 2:06-cv-01179-EEF-DEK | Hardeman, Bobby |
| 74. | Cellino & Barnes, P.C. | Hensley, Louis | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK | Hensley, Roxy |
| 75. | Cellino & Barnes, P.C. | Horth, Mae | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK | Horth, David |
| 76. | Cellino & Barnes, P.C. | Huch, Susan | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | Huch, Ronald |
| 77. | Cellino & Barnes, P.C. | Kaylor, James | Kaylor, Johnny J. v. Merck & Co., Inc. | 2:08-cv-00356-EEF-DEK | Kaylor, Johnny |
| 78. | Cellino & Barnes, P.C. | Kilgore, Lottie J. | Brewer, Lisa v. Merck & Co., Inc. | 2:08-cv-00741-EEF-DEK | Brewer, Lisa |
| 79. | Cellino & Barnes, P.C. | Kingston, Henry L. | Carone, Carol A. v. Merck & Co., Inc. | 2:08-cv-00229-EEF-DEK | Carone, Carol |
| 80. | Cellino & Barnes, P.C. | Knize, Dorothy | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | Knize, Suzanne |
| 81. | Cellino & Barnes, P.C. | Kobielski, Sophie G. | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK | Kobielski, John |
| 82. | Cellino & Barnes, P.C. | Lafleche, Daniel | Brewer, Walter v. Merck & Co., Inc. | 2:06-cv-01166-EEF-DEK | LaFleche, Kathleen |
| 83. | Cellino & Barnes, P.C. | Lane, Jean D. | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK | Lane, Carla |
| 84. | Cellino & Barnes, P.C. | Laux, Henrietta | Laux, Gary R. v. Merck & Co., Inc. | 2:06-cv-01155-EEF-DEK | Laux, Gary |
| 85. | Cellino & Barnes, P.C. | Laux, Henrietta | Laux, Gary R. v. Merck & Co., Inc. | 2:06-cv-01155-EEF-DEK | Laux, Jr., Fred |
| 86. | Cellino & Barnes, P.C. | Lee, Charles | Baxter, Michael v. Merck & Co., Inc. | 2:07-cv-09123-EEF-DEK | Lee, Kathy |
| 87. | Cellino & Barnes, P.C. | Lee, Lewis | Tucker, Antonia v. Merck & Co., Inc. | 2:07-cv-09129-EEF-DEK | Tucker, Antonia |
| 88. | Cellino & Barnes, P.C. | Lewandowski, Irene E. | Malkiewicz, Marc T. v. Merck & Co., Inc. | 2:06-cv-01158-EEF-DEK | Malkiewicz, Mark |
| 89. | Cellino & Barnes, P.C. | Lighthart, Edith | Lighthart, Edward A. v. Merck & Co., Inc. | 2:06-cv-03622-EEF-DEK | Lighthart, Edward |
| 90. | Cellino & Barnes, P.C. | Ludwig, Laura L. | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK | Ludwig, Richard |
| 91. | Cellino & Barnes, P.C. | Mack, Dorothy | Haskin, Terry L. v. Merck & Co., Inc. | 2:07-cv-01394-EEF-DEK | Billard, Marilou |
| 92. | Cellino & Barnes, P.C. | Malta, Marie | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK | Malta, Charles |
| 93. | Cellino & Barnes, P.C. | Mayes, Joyce | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK | Mayes, Thomas |
| 94. | Cellino & Barnes, P.C. | Mcclellan, Janice M. | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK | McClellan, Ellis |

|     | Primary Counsel | Claimant Name | Case Caption | Docket Number Current | Derivative Claimant Name |
|-----|---|---|---|---|---|
| 95. | Cellino & Barnes, P.C. | Mcinnerney, Helen | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK | McInnerney, Martin |
| 96. | Cellino & Barnes, P.C. | Mendrykowski, Loretta | Benson, Dianne v. Merck & Co., Inc. | 2:06-cv-11090-EEF-DEK | Benson, Diane |
| 97. | Cellino & Barnes, P.C. | Merchant, James | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK | Bauder, Penny |
| 98. | Cellino & Barnes, P.C. | Misko, Evelyn L. | Misko, Sharon v. Merck & Co., Inc. | 2:08-cv-00217-EEF-DEK | Misko, Sharon |
| 99. | Cellino & Barnes, P.C. | Moore, James | Woods, Veda v. Merck & Co., Inc. | 2:08-cv-00327-EEF-DEK | Woods, Veda |
| 100. | Cellino & Barnes, P.C. | Murray, Joanne | Bernard, Luise v. Merck & Co., Inc. | 2:06-cv-01185-EEF-DEK | Murray, Roger |
| 101. | Cellino & Barnes, P.C. | Neal, Roderick | Maracle, Kristie L. v. Merck & Co., Inc. | 2:06-cv-01518-EEF-DEK | Maracle, Christie |
| 102. | Cellino & Barnes, P.C. | Nolan, Helen | Nolan, Robert v. Merck & Co., Inc. | 2:08-cv-00222-EEF-DEK | Nolan, Robert |
| 103. | Cellino & Barnes, P.C. | Pandolfi, Mary | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Pandolfi, James |
| 104. | Cellino & Barnes, P.C. | Reed, Gladys | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Reed, Willie |
| 105. | Cellino & Barnes, P.C. | Rheaume, Louis | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK | Rheaume, Ann |
| 106. | Cellino & Barnes, P.C. | Robbins-Brown, Linda | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK | Brown, Joel |
| 107. | Cellino & Barnes, P.C. | Robinson, Viola L. | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK | Robinson Jr., Ben |
| 108. | Cellino & Barnes, P.C. | Rumfola, Jennie | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK | Mitchum, Debbie |
| 109. | Cellino & Barnes, P.C. | Salas, Barbara | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK | Maldonado, Jose |
| 110. | Cellino & Barnes, P.C. | Sapone, Carmelo V. | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK | Sapone, Delores |
| 111. | Cellino & Barnes, P.C. | Saunders, Georgia | Saunders, Barbara v. Merck & Co., Inc. | 2:08-cv-00218-EEF-DEK | Saunders, Barbara |
| 112. | Cellino & Barnes, P.C. | Schneider, Marie | Andolina, Mamie v. Merck & Co., Inc. | 2:06-cv-09751-EEF-DEK | Schneider, Pamela |
| 113. | Cellino & Barnes, P.C. | Shields, Alfred | Quadd, James J. v. Merck & Co., Inc. | 2:06-cv-01183-EEF-DEK | Shields, Sally |
| 114. | Cellino & Barnes, P.C. | Slominski, Lucas | Harvin, Jaqueline v. Merck & Co., Inc. | 2:07-cv-09124-EEF-DEK | Slominski, Philip |
| 115. | Cellino & Barnes, P.C. | Smaldino, Mary | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK | Smaldino, Thomas |
| 116. | Cellino & Barnes, P.C. | Sobkowiak, Louise | Brown, Sylvia v. Merck & Co., Inc. | 2:06-cv-10128-EEF-DEK | Imiola, Sandra |
| 117. | Cellino & Barnes, P.C. | Sobkowiak, Louise | Brown, Sylvia v. Merck & Co., Inc. | 2:06-cv-10128-EEF-DEK | Sobkowiak, Raymond |
| 118. | Cellino & Barnes, P.C. | Spurlock, Ruth | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK | Spurlock, Richard |
| 119. | Cellino & Barnes, P.C. | St. George, Minnie | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | St. George, Toni |

|  | **Primary Counsel** | **Claimant Name** | **Case Caption** | **Docket Number Current** | **Derivative Claimant Name** |
|---|---|---|---|---|---|
| 120. | Cellino & Barnes, P.C. | St. George, Minnie | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | St. George, Anthony |
| 121. | Cellino & Barnes, P.C. | Strickland, Tommy Lee | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK | Strickland, Tammy |
| 122. | Cellino & Barnes, P.C. | Thomson, Jack | Thomson, Jay v. Merck & Co., Inc. | 2:08-cv-00328-EEF-DEK | Thomson, Jay |
| 123. | Cellino & Barnes, P.C. | Umbleby, Logan | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | Lee, Brenda |
| 124. | Cellino & Barnes, P.C. | Wagner, Dan | Wagner, Tom Jr. v. Merck & Co., Inc. | 2:08-cv-00232-EEF-DEK | Wagner, Jr., Thomas |
| 125. | Cellino & Barnes, P.C. | Wilbern, Willie | Wilbern, David v. Merck & Co., Inc. | 2:08-cv-00737-EEF-DEK | Wilbern, David |
| 126. | Cellino & Barnes, P.C. | Williams, Roosevelt | Williams, Anglo v. Merck & Co., Inc. | 2:08-cv-00738-EEF-DEK | Williams, Maurice |
| 127. | Cellino & Barnes, P.C. | Witkowski, Raymond | Witkowski, Eugene v. Merck & Co., Inc. | 2:08-cv-00355-EEF-DEK | Witkowski, Eugene |
| 128. | Cellino & Barnes, P.C. | Wolfe, Sally | Buchak, Boris v. Merck & Co., Inc. | 2:06-cv-10127-EEF-DEK | Wolfe, David |
| 129. | Cellino & Barnes, P.C. | Young, Michael | Disalvo, Angelo v. Merck & Co., Inc. | 2:06-cv-01194-EEF-DEK | Young, Lutricia |
| 130. | Cellino & Barnes, P.C. | Youngs, Emma | Buchak, Boris v. Merck & Co., Inc. | 2:06-cv-10127-EEF-DEK | Palazolo, Eric |
| 131. | Cellino & Barnes, P.C. | Zemrose, Ann | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK | Zemrose, Michael |
| 132. | Cox, Cox, Filo, Camel & Wilson | Fusilier, Lula M. | Fuselier, Herbert v. Merck & Co., Inc. | 2:06-cv-00988-EEF-DEK | Fusilier, John |
| 133. | Cox, Cox, Filo, Camel & Wilson | Fusilier, Lula M. | Fuselier, Herbert v. Merck & Co., Inc. | 2:06-cv-00988-EEF-DEK | Fusilier, Howard |
| 134. | D'Amico, Frank J., Jr., APLC | Taylor, Bessie H. | Anderson, Harold v. Merck & Co., Inc. | 2:05-cv-04428-EEF-DEK | Hitchens, Willie |
| 135. | Fazio, DiSalvo, Cannon, Abers, Podrecca, Fazio & Carroll (Care of Jeff S. Abers) | Gelin, Moraleme | Dulcio, Mercilia v. Merck & Co., Inc. | 2:06-cv-03019-EEF-DEK | Exalien, Nama |
| 136. | Fazio, DiSalvo, Cannon, Abers, Podrecca, Fazio & Carroll (Care of Jeff S. Abers) | Gelin, Moraleme | Dulcio, Mercilia v. Merck & Co., Inc. | 2:06-cv-03019-EEF-DEK | Gelin, Leonne |
| 137. | Feinman, James B., & Associates | Goodyear, Harry J. | Goodyear, Cheryl S. v. Merck & Co., Inc. | 2:06-cv-10328-EEF-DEK | Goodyear, James |
| 138. | Feinman, James B., & Associates | Goodyear, Harry J. | Goodyear, Cheryl S. v. Merck & Co., Inc. | 2:06-cv-10328-EEF-DEK | Goodyear, III, Harry |
| 139. | Feinman, James B., & Associates | Goodyear, Harry J. | Goodyear, Cheryl S. v. Merck & Co., Inc. | 2:06-cv-10328-EEF-DEK | Goodyear, Jr, Harry |
| 140. | Fenstersheib, Robert J. and Associates, P.A., Law Offices of | Noecker, Douglas | Noecker, Douglas v. Merck & Co., Inc. | 2:06-cv-02647-EEF-DEK | Noecker, Douglas |
| 141. | Freese & Goss, PLLC | Hanneman, Aldred | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK | Hannenman, Elaine |
| 142. | Freese & Goss, PLLC | Jakubowski, Louise S. | Nelson, Nancy v. Merck & Co., Inc. | 2:08-cv-01821-EEF-DEK | Nelson, Nancy |

|  | Primary Counsel | Claimant Name | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|
| 143. | Freese & Goss, PLLC | Santillan, Victor M. | Choice, Helen v. Merck & Co., Inc. | 2:07-cv-06690-EEF-DEK | Santillian, Shirley |
| 144. | Goldberg, Persky & White, PC | Graham, Jr., Donald R. | Graham, Donald v. Merck & Co., Inc. | 2:05-cv-04637-EEF-DEK | Graham Sr., Donald |
| 145. | Ingram & Associates PLLC | Davis, Teresa M. | Simmons, Walter Tate v. Merck & Co., Inc. | 2:07-cv-05246-EEF-DEK | Davis, Haley |
| 146. | Keim Law | Dugas, Ann M. | Dugas, Mercedes A. v. Merck & Co., Inc. | 2:05-cv-05781-EEF-DEK | Dugas, Whitmel |
| 147. | Keim Law | Dugas, Ann M. | Dugas, Mercedes A. v. Merck & Co., Inc. | 2:05-cv-05781-EEF-DEK | Hill, Laurie |
| 148. | Keim Law | Dugas, Ann M. | Dugas, Mercedes A. v. Merck & Co., Inc. | 2:05-cv-05781-EEF-DEK | Lambert, Anna |
| 149. | Keim Law | Dugas, Ann M. | Dugas, Mercedes A. v. Merck & Co., Inc. | 2:05-cv-05781-EEF-DEK | Melancon, Penny |
| 150. | Keim Law | Dugas, Ann M. | Dugas, Mercedes A. v. Merck & Co., Inc. | 2:05-cv-05781-EEF-DEK | Morales, Ferrell Thomas |
| 151. | Kline & Specter, PC | Leonard, Georgia | Ahmed, Alauddin v. Merck & Co., Inc. | 2:06-cv-03639-EEF-DEK | LEONARD, R |
| 152. | Kline & Specter, PC | Potucek, Priscilla E. | Richardson, Janice M. v. Merck & Co., Inc. | 2:05-cv-06771-EEF-DEK | Potucek, John |
| 153. | Kline & Specter, PC | Smith, Helen E. | Bidner, Murray v. Merck & Co., Inc. | 2:06-cv-03915-EEF-DEK | SMITH, JOHN |
| 154. | Lamb Firm, LLC, The | Benjamin-Camilo, Carmen G. | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK | Rodriguez, Ricardo |
| 155. | Lamb Firm, LLC, The | Hidalgo, Juanita | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Puig-Hildalgo, Angel |
| 156. | Lamb Firm, LLC, The | Hidalgo, Juanita | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Puig-Hildalgo, Omar |
| 157. | Lamb Firm, LLC, The | Hidalgo, Juanita | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Puig-Hildalgo, Ivan |
| 158. | Lamb Firm, LLC, The | Mari-Borrero, David E. | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Mari, Barbara |
| 159. | Lamb Firm, LLC, The | Morales-Rodriguez, Ruben | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK | Rivera, Ana |
| 160. | Lamb Firm, LLC, The | Moreira-Fragoso, Carmen | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK | Villafane-Vega, Juan |
| 161. | Lamb Firm, LLC, The | Orama-Rovira, Juan E. | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Roena-Martinez, Laura |
| 162. | Lamb Firm, LLC, The | Ortiz-Ortiz, Maria M. | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | torres hernandez, pedro |
| 163. | Lamb Firm, LLC, The | Reyes-Garcia, Margarita | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Reyes-Reyes, Emerita |
| 164. | Lamb Firm, LLC, The | Rodriguez-Alier, Adela | Amadis-Rosario, Gladys v. Merck & | 2:05-cv-06234-EEF-DEK | Perez Perez, Ruben |

|  | Primary Counsel | Claimant Name | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|
|  |  |  | Co., Inc. |  |  |
| 165. | Lamb Firm, LLC, The | Ryan-Guzman, Guillermo | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Carpozan Guerro, Isidra |
| 166. | Lamb Firm, LLC, The | Villegas-Rodriguez, Francisca | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Matos-Villegas, Eduardo |
| 167. | Lamb Firm, LLC, The | Villegas-Rodriguez, Francisca | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Matos-Villegas, Felix |
| 168. | Lamb Firm, LLC, The | Villegas-Rodriguez, Francisca | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Matos-Villegas, Pedro |
| 169. | Lamb Firm, LLC, The | Zayas-Zayas, Bernabela | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quintana-Zayas, Norma |
| 170. | Langston & Langston, PLLC | Avant, Mae Helen | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK | Avant, Janet |
| 171. | Matthews & Associates | Feliciano Vasquez, Jose | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK | Feliciano, Ramonita |
| 172. | Matthews & Associates | Ferrer Torres, Luis A. | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK | Martinez Ferrer, Ilia |
| 173. | Matthews & Associates | Hogan, Joy J. | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944-EEF-DEK | Hogan, Glen |
| 174. | Matthews & Associates | Mitchell, Dorothy J. | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Scott, Antionette |
| 175. | Matthews & Associates | Mitchell, Ollie M. | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Mitchell, Ned |
| 176. | Matthews & Associates | Ortiz Santana, Carmen | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK | Oliveras Ortiz, Maribel |
| 177. | Matthews & Associates | Rodriguez Marquez, Manuel | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK | Rodriguez Perez, Sheily |
| 178. | Matthews & Associates | Rodriguez Ramirez, Olga | Marieti, Edgardo R. v. Merck & Co., Inc. | 2:06-CV-07041-EEF-DEK | Medina, Victor |
| 179. | Pro Se | Cheffo, Donald | Cheffo, Donald N. v. Merck & Co., Inc. | 2:05-cv-03484-EEF-DEK | Cheffo, Jacqueline |
| 180. | Pro Se | Diaz, Leonel | Diaz, Leonel v. Merck & Co., Inc. | 2:06-cv-11130-EEF-DEK | Diaz, Maria |
| 181. | Pro Se | Feltovich, John Edward | Feltovich, John E. v. Merck & Co., Inc. | 2:05-cv-03474-EEF-DEK | feltovich, mary |
| 182. | Pro Se | Williams, Oscar | Williams, Oscar v. Merck & Co., Inc. | 2:05-cv-03550-EEF-DEK | Williams, Nadine |
| 183. | Schmidt, Douglas M., APLC | Reid, Wallace | Reid, Wallace Jr. v. Merck & Co., Inc. | 2:07-cv-01640-EEF-DEK | Reed, Virgie |
| 184. | Silverman & Fodera | Small, Edward W. | Small, Eileen v. Merck & Co., Inc. | 2:06-cv-02717-EEF-DEK | Small, Jr., Edward |
| 185. | Silverman & Fodera | Snyder, Erma E. | Snyder, Richard E. v. Merck & Co., Inc. | 2:05-cv-01105-EEF-DEK | Thomas, Barbara |

| | **Primary Counsel** | **Claimant Name** | **Case Caption** | **Docket Number Current** | **Derivative Claimant Name** |
|---|---|---|---|---|---|
| 186. | Simon Passanante PC | Barnett, Lillie I. | Anderson, Debra v. Merck & Co., Inc. | 2:05-cv-01045-EEF-DEK | Ross, Tahariah |
| 187. | Simon Passanante PC | Parker, Roberta E. | Noble, Richard v. Merck & Co., Inc. | 2:05-cv-01060-EEF-DEK | Parker, DeAnthony |
| 188. | Weykamp, Paul A., Law Offices of | Biensach, Frederick | Biensach, Doris v. Merck & Co., Inc. | 2:05-cv-05115-EEF-DEK | Biensach, Doris |
| 189. | Wilner Block, P.A. | Carroll, Janet Marie | Carroll, Lisa M. v. Merck & Co., Inc. | 2:05-cv-04441-EEF-DEK | Carroll, Lisa |
| 190. | Young Firm, The | Beyer, Penny S. | Beyer, Penny S. v. Merck & Co., Inc. | 2:06-cv-05831-EEF-DEK | Beyer, Tim |
| 191. | Young Firm, The | Childers, Janette D. | Childers, Janette D. v. Merck & Co., Inc. | 2:06-cv-06754-EEF-DEK | Childers, Sr., James |
| 192. | Young Firm, The | Gifford, Robin | Gifford, Robin v. Merck & Co., Inc. | 2:06-cv-06431-EEF-DEK | Gifford, Gordon |
| 193. | Young Firm, The | Pinegar, Harold D. | Pinegar, Harold v. Merck & Co., Inc. | 2:05-cv-04286-EEF-DEK | Pinegar, Diana |
| 194. | Young Firm, The | Prill, Sandra K. | Prill, Sandra K. v. Merck & Co., Inc. | 2:06-cv-05823-EEF-DEK | Prill, Gregory |

*Sixth OSC Motion re Enrollment Deficiencies*
*Exhibit B – Tolling Claimants*
*(missing derivative signatures)*

|   | **Primary Counsel** | **Claimant Name** | **DOB** | **City** | **State Abbrev** | **Derivative Claimant Name** |
|---|---|---|---|---|---|---|
| 1. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Kidder, James | 01/12/34 | Lafayette | LA | Kidder, Arlene |
| 2. | Becnel Law Firm, LLC | Thompson, Glenn G. | 10/5/36 | Lebanon | TN | Thompson, Allen |
| 3. | Gallagher Law Firm (TX) | Gibson, Annie Ruth | 12/16/15 | Cinncinati | OH | Missing data, |
| 4. | Irwin & Boesen, P.C. | Jabs, Henry H. | 2/10/18 | Littleton | CO | Jabs, Magdalene |
| 5. | Levensten Law Firm, P.C. | Schemm, Mary | 4/14/47 | Randalstown | MD | MISSING DATA, |
| 6. | Levensten Law Firm, P.C. | Young, Louis M. | 9/1/34 | Fenton | MO | no data, |
| 7. | Matthews & Associates | Church, Florine | 12/25/30 | Redding | CA | Allen, Darrell |
| 8. | Matthews & Associates | Lee, Mary N. | 3/6/27 | Lawrenceville | GA | Lee, Willie |
| 9. | Obioha, Pius A., Law Offices of, LLC | Saphrey, Gladiston W |  |  |  | MISSING DATA |
| 10. | Powell and Majestro, PLLC | Kirk, Virginia L. | 7/19/28 | Parkersburg | WV | Kirk, Mason |
| 11. | Pro Se | Amaya, Petra (patsy) P. | 1/20/47 | San Antonio | TX | Missing Data, |
| 12. | Pro Se | Combs, Rita Marga | 2/12/34 | Jacksonville | FL | Missing Data, |
| 13. | Pro Se | Davis, Billy Clent | 10/2/31 | Nederland | TX | missing data, |
| 14. | Pro Se | Elmore, Opal | 8/9/29 | Whitesboro | TX | MISSING DATA, |
| 15. | Pro Se | Ferrell, Janice Faye | 5/25/38 | Granbury | TX | Data Missing, |
| 16. | Pro Se | Hopkins, Delena Cherrie |  |  |  | Data, Missing |
| 17. | Pro Se | Jones, Mary Frances | 1/27/34 | Beaumont | TX | no data, |
| 18. | Pro Se | Lewis, Vera Lucille | 8/13/51 | Garland | TX | Missing Data, |
| 19. | Pro Se | Miller, Claudest M. | 9/24/36 | Tavares | FL | spouse, |
| 20. | Pro Se | Powe, Helen Ann | 5/28/59 | Houston | MS | no data, |
| 21. | Pro Se | Pugliese, Cindy Marie |  |  |  | Spouse, |
| 22. | Pro Se | Riney, Dorothy Ophelia | 4/23/29 | Canton | TX | Missing Data, |
| 23. | Pro Se | Saunders, Ernest Dwight | 9/27/45 | Hazen | AR | Saunders, Cynthia |
| 24. | Pro Se | Thompson, Melody D. | 11/6/66 | Wesley Chapel | FL | Missing Data, |
| 25. | Pro Se | Welke, Leroy Alfred | 3/5/27 | Rochester | MN | Welke, Rose |
| 26. | Pro Se | White, Frank |  |  |  | Missing Data, |
| 27. | Silverman & Fodera | Lindsey, Gerald | 6/9/66 | New Salem | PA | Lindsey, Jane |
| 28. | The Law Group, Ltd. | Lynch, Dustan W. | 1/16/19 | Cambridge | OH | Lynch, Ruth |
| 29. | The Law Group, Ltd. | Peterson, Marie E. | 7/12/22 | Rockford | IL | Peterson, Robert |
| 30. | Weitz & Luxenberg, P.C. | Choice, Arbie | 11/4/45 | Winona | TX | Choice, Althea |
| 31. | Weitz & Luxenberg, P.C. | Hilton, Carl B. | 1/10/25 | Picayune | MS | Hilton, Elizabeth |
| 32. | Weitz & Luxenberg, P.C. | O'Brien, Jr, Lercy | 1/16/43 | Kaplan | LA | Evans-O'Brien, Hazel |
| 33. | Weitz & Luxenberg, P.C. | Weese, Arthur E. | 12/13/33 | Phoenix | AZ | Weese, Verna |

970516v.1