UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| ........................................... | : | |

**THIS DOCUMENT RELATES TO:** *Montgomery v. Merck & Co., Inc., et al.*,
No. 06-5581 (as to James Montgomery)

## ORDER GRANTING MOTION TO WITHDRAW
## AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record (Rec. Doc. 15746),

IT IS ORDERED that the motion IS GRANTED, and Arnold Levin, Fred Longer, Charlie Schaffer, and Michael Weinkowitz are permitted to withdraw from representation of James Montgomery.

New Orleans, Louisiana, this 24th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE

1