UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| Agard, et al. v. Merck & Co. [David Agard, James Demoski, and Edward Henderson] | Case No.: 2:05-cv-01089 |
| Aljibory, et al. v. Merck & Co. [Viola Santacrose] | Case No. 2:05-cv-01090 |
| Cavallo, et al. v. Merck & Co. [Matthew Cavallo] | Case No. 2:05-cv-01513 |
| Core, et al. v. Merck & Co. [Richard Core] | Case No. 2:05-cv-02583 |
| Devincentiis, et al. v. Merck & Co. [Arhtur Pratt] | Case No. 2:05-cv-02297 |
| Gates, et al. v. Merck & Co. [Scott Berthel] | Case No. 2:05-cv-06221 |
| Connolly, et al. v. Merck & Co. [Marjorie Curtis, Kristine Hia, and Maurice Hoyt] | Case No. 2:06-cv-02708 |
| Kurtz v. Merck & Co. [Mary Kurtz] | Case No.: 2:06-cv-05779 |

**THE PLAINTIFFS' STEERING COMMITTEE'S RESPONSE TO PLAINTIFFS' MOTION FOR ISSUANCE BY THIS COURT OF A SUGGESTION OF REMAND**

The Plaintiffs' Steering Committee ("PSC') hereby submits this response to the motion of certain plaintiffs represented by attorney Ronald R. Benjamin for a motion for issuance by this Court of a suggestion of remand.[1] The PSC takes no position on the merits of plaintiffs' motion for

---

[1] The moving plaintiffs are identified as David Agard, James Demoski, Edward Henderson, Viola Santacrose, Matthew Cavallo, Marilyn Core [Richard Core], Arthur Pratt, Scott Berthel, Marjorie Curtis, Kristine Hia, Maurice Hoyt and Mary Kurtz> Hereafter referred to as the "Benjamin plaintiffs".

1

issuance of a suggestion of remand.

The PSC, however, does take issue with the characterization of the Benjamin plaintiffs that the PSC "is not engaging in any additional common discovery or other coordinated pretrial proceedings." Plaintiffs' Motion at 4 ¶6. To the contrary, the PSC is actively engaged in the day to day administration of this complex multi-district litigation. The PSC is still engaged in a variety of matters implicating common discovery, maintenance of the master document depository and other coordinated pretrial proceedings including, but not limited to, development and supplementation of MI and stroke trial packages, maintaining communications with the Court and appearances before the Court at its regularly scheduled status conferences. In addition, the PSC is engaged in various issues relating to the Vioxx Settlement Program, including expediting matters with the Claims Administrator and Special Masters for the Settlement Program. Further, liaison counsel remains actively engaged in its coordinating role in these proceedings. As a result of these frequent and pervasive activities, the PSC and/or liaison counsel remain dedicated to accomplishing the goals of this MDL and the completion of each of the tasks charged to the PSC in Pretrial Order No. 6.

WHEREFORE, the PSC respectfully requests that this Court consider this response when determining the instant motion of the Benjamin plaintiffs.

issuance of a suggestion of remand.

The PSC, however, does take issue with the characterization of the Benjamin plaintiffs that the PSC "is not engaging in any additional common discovery or other coordinated pretrial proceedings." Plaintiffs' Motion at 4 ¶6. To the contrary, the PSC is actively engaged in the day to day administration of this complex multi-district litigation. The PSC is still engaged in a variety of matters implicating common discovery, maintenance of the master document depository and other coordinated pretrial proceedings including, but not limited to, development and supplementation of MI and stroke trial packages, maintaining communications with the Court and appearances before the Court at its regularly scheduled status conferences. In addition, the PSC is engaged in various issues relating to the Vioxx Settlement Program, including expediting matters with the Claims Administrator and Special Masters for the Settlement Program. Further, liaison counsel remains actively engaged in its coordinating role in these proceedings. As a result of these frequent and pervasive activities, the PSC and/or liaison counsel remain dedicated to accomplishing the goals of this MDL and the completion of each of the tasks charged to the PSC in Pretrial Order No. 6.

WHEREFORE, the PSC respectfully requests that this Court consider this response when determining the instant motion of the Benjamin plaintiffs.

Respectfully submitted,

Date:  March 30, 2009                By:___/s/ Leonard A. Davis_____
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA  71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
  MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL  32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008  (telecopier)

3

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire **(on brief)**
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelly A. Sanford, Esquire
Sanford Pinedo LLP
2016 Bissonnet Street
Houston, Texas 77005
(713) 524-6677 (telephone)
(713) 524-6611 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of February, 2009.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:   (504) 581-4892
FAX: (504) 561-6024
ldavis@hhkc.com

4