UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

<u>NOTICE OF CHANGE OF ADDRESS</u>

Please take notice that Bubalo, Hiestand & Rotman, PLC, hereby notifies the Court and all counsel of record of the change of address for their Louisville, Kentucky office to:

BUBALO, HIESTAND & ROTMAN, PLC
9300 Shelbyville Road, Suite 215
Louisville, Kentucky  40222
Telephone: 5028753-1600
Facsimile:  502/753-1601

Respectfully submitted,

  /s/ Gregory J. Bubalo
Gregory J. Bubalo
Leslie M. Cronen
**BUBALO, HIESTAND & ROTMAN, PLC**
9300 Shelbyville Road, Suite 215
Louisville, Kentucky  40222
Telephone:  502/753-1600
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Change of Address has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established MDL 1657, on this 31st day of March, 2009.

    /s/ Gregory J. Bubalo
Gregory J. Bubalo
Leslie M. Cronen
**BUBALO, HIESTAND & ROTMAN, PLC**
9300 Shelbyville Road, Suite 215
Louisville, Kentucky  40202
Telephone:  502/753-1638
*Counsel for Plaintiffs*