UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Buenafe v. Merck & Co., Inc., et al.,*
No. 06-5808 (as to Jeffrey Buenafe)

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record (Rec. Doc. 15284),

IT IS ORDERED that the motion IS GRANTED, and all counsel of record are permitted to withdraw from representation of Jeffrey Buenafe, and Howard A. Snyder of the Law Offices of Howard A. Snyder shall be named as counsel for Plaintiff.

New Orleans, Louisiana, this 24th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE

1