UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                           |     |                      |
|-------------------------------------------|-----|----------------------|
|                                           | :   | MDL NO. 1657         |
| IN RE: VIOXX                              | :   |                      |
|      PRODUCTS LIABILITY LITIGATION        | :   | SECTION:  L          |
|                                           | :   |                      |
|                                           | :   | JUDGE FALLON         |
|                                           | :   | MAG. JUDGE KNOWLES   |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | :   |                      |

**THIS DOCUMENT RELATES TO:**          *Warner, et al. v. Merck & Co., Inc., et al.*,
**No. 05-2309 (as to Azell Warner, individually
and as representative of the estate of Shirlee
Crosby, only)**

## ORDER GRANTING MOTION TO WITHDRAW
## AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record (Rec. Doc. 15293),

IT IS ORDERED that the motion IS GRANTED, and all counsel of record are permitted

to withdraw from representation of Azell Warner, individually and as representative of the estate

of Shirlee Crosby, only.

IT IS FURTHER ORDERED that counsel shall send notification of this withdrawal to

the Plaintiff's last known address, with further instructions that the Plaintiff must either obtain

new counsel or contact the Pro Se Curator's Office within 60 days if the Plaintiff wishes to

proceed with this suit, or else the case may be dismissed with prejudice.  The Pro Se Curator's

Office may be contacted by calling (504) 561-7799, or by writing to Robert M. Johnston,

VIOXX Pro Se Curator, 400 Poydras St., Suite 2450, New Orleans, LA 70130.

New Orleans, Louisiana, this 24th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE