UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

This document relates to All Cases

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

SECTION L

JUDGE ELDON E. FALLON

DIVISION 3

MAGISTRATE DANIEL E. KNOWLES III

**COUNTY OF HARRIS**
**STATE OF TEXAS**

### AFFIDAVIT OF GRANT KAISER

BEFORE ME, the undersigned authority, on this day personally appeared GRANT KAISER, and after having first been duly sworn upon oath, states as follows:

1. My name is Grant Kaiser. I am over the age of eighteen years, of sound mind, and in all respects legally competent and duly authorized to make this affidavit. I have personal knowledge of the factual statements made herein.

2. In my association with the Vioxx Litigation Consortium I had primary responsibility for and supervision of the creation and management of a custom database that captured and managed extensive data on our clients ("the VLC Database"). The information contained in the tables attached to this affidavit consists of summaries of information taken directly from the VLC Database.

3. The VLC Database includes 28,816 entries, which represent each potential client that contacted the VLC about the Vioxx litigation. This database contains information regarding each potential client, including among others demographic characteristics of the potential client, the source of the potential client, whether the potential client executed a fee agreement, and the percentage fee agreed upon by the client. I provided a subset of requested data from this database to the VLC's expert Joshua D. Wright through our attorney Madeleine Fischer. I also provided to Professor Wright, through Ms. Fischer, a subset of this subset, which includes only those claimants who signed a contingent fee agreement with the VLC and for whom the VLC submitted a claims package.

{N1959419.1}                                   - 1 -

4. The VLC has submitted 1,830 claims packages to the Claims Administrator on behalf of clients with injury and wrongful death claims.

5. Almost all VLC clients signed contingent fee contracts at 40%. A few varied from this percentage due to pre-existing arrangements with referral counsel. The attached Table 1 shows the numbers of current VLC cases at various contingent fee levels.

6. The attached Table 2 shows the jurisdictions in which the 1,830 Vioxx cases were originally filed, also noting the number of tolled cases. The attached Table 3 shows the jurisdictions whose law would be applicable to any fee issue as determined by an attorney. In most cases this is the home state of the injured or deceased person, but cases filed in New Jersey (639) are separated because New Jersey applies its fee cap to all cases filed in New Jersey courts, regardless of the law applicable to the plaintiff's product liability claim.

7. Two VLC's Vioxx cases, *Smith* and *Schwaller*, were tried to conclusion. The total expense for these two cases was $1.86 million. The VLC expended more than 8,500 hours of attorney and paraprofessional time for trial preparation and trial alone, and an additional 1,550 hours in case evaluation, pleadings and motions not related to the trials themselves and discovery.

8. At the time of the Vioxx Settlement, the VLC had prepared or was preparing 25 additional cases for trial in New Jersey, and was prepared to nominate another large group of cases for pretrial development and trial. This effort involved the investment of thousands of hours.

9. Of the current 1,830 Vioxx cases, 881 were referred to the VLC by other counsel. Although the usual and customary fee split with referral attorneys is 50-50, due to the high risk involved in the cases, the VLC sought to negotiate a division that reflected the increased risk in most of the referred Vioxx cases. In 95 percent of the referred cases, the VLC will receive more than 50 percent of the fee. In 60 percent of the referred cases, the VLC will receive 75 percent or more of the fee.

11. Of the VLC's 1,830 Vioxx cases, 501 are wrongful death cases and 1,329 are for injured claimants who are living. Our data on the birthdates of our clients who were themselves injured by Vioxx and our clients who derive their claims from a deceased Vioxx victim show the following:

- Considering all 1,830 clients, 25.1 percent of the clients were 70 or older when they signed contracts with the VLC; 14.4 percent were 75 or older;

- Considering only the wrongful death clients, 14.3 percent were 70 or older when they signed contracts with the VLC; 8 percent were 75 or older

- Considering only the clients who were themselves injured by Vioxx and are still living, 28.7 percent were 70 or older when they signed contracts with the VLC; 16.6 percent were 75 or older.

I provided the data regarding the birthdates of our clients, the contract dates, and whether the case was a death case to the VLC's expert Herbert M. Kritzer through our attorney Madeleine Fischer.

12. Of the VLC's 1,830 Vioxx cases, contracts were signed with 94.37 % before March 28, 2006, the date of the fee reduction order in *Zyprexa*. Contracts were signed with 100 % of these clients before March 7, 2008, the date of the fee reduction order in *Guidant*.

13. A serious product liability case, particular one involving pharmaceuticals, easily costs hundreds of thousands of dollars to prepare for trial and to try the case. A major component of this expense is expert testimony. Additionally, such cases require a heavy investment of time in discovery, motion practice, trial preparation, and trial. This is true even if depositions of key defense experts and fact witnesses are available from other trials. Although any individual case has a chance of a multi-million dollar recovery or a complete loss, the average expected value of such a case is not so high as to make it worthwhile to accept representation on only a small number of cases and expect to prepare and try each one. These types of cases are potentially economically viable only when an attorney has a significant number of cases and has a chance for a settlement of all of his or her cases after preparing to try significantly fewer than all of the cases.

15. I would not be willing to undertake representation in a large number of high risk cases that were likely to be coordinated in an MDL if, at the beginning of the representation, I knew there was any possibility that my fee agreements would not be honored and that a court might reduce the agreed upon fees to a percentage that it decided upon after substantially all of the work had been performed.

FURTHER, AFFIANT SAYETH NOT.

*[signature]*

SUBSCRIBED AND SWORN TO BEFORE ME on March 31, 2009.

*[signature: Gerilyn Gordon]*
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

GERILYN GORDON
Notary Public, State of Texas
My Commission Expires
March 14, 2010

{N1959419.1}  - 3 -

Kaise-3

**Table 1**

**Cases by VLC Fee Percentage**

| Fee Percentage | Number of Cases |
|---|---|
| 30 | 15 |
| 33.33 | 88 |
| 35 | 2 |
| 37.5 | 3 |
| 40 | 1653 |
| 42.5 | 3 |
| 45 | 64 |
| 50 | 2 |
| **TOTAL VLC CASES** | **1830** |

**Table 2**

**Jurisdictions Where Cases Were Filed**

| State of Filing | Number of Cases |
|---|---|
| New Jersey | 639 |
| Ohio | 80 |
| California | 72 |
| Tennessee | 42 |
| Minnesota | 41 |
| Texas | 30 |
| Nebraska | 9 |
| Illinois | 6 |
| Iowa | 6 |
| New York | 3 |
| Arkansas | 2 |
| Kentucky | 2 |
| North Carolina | 2 |
| Georgia | 1 |
| Massachusetts | 1 |
| Missouri | 1 |
| Washington | 1 |
| **Filed Directly Into MDL** | **353** |
| **Tolled Cases** | **539** |
| **TOTAL VLC CASES** | **1830** |

{N1959419.1}        4

Kaise-4

**Table 3**

**Cases by Applicable Law**

| State Controlling Law | Number of Cases |
|---|---|
| Alabama | 7 |
| Arkansas | 46 |
| Arizona | 8 |
| California | 81 |
| Colorado | 5 |
| Connecticut | 2 |
| Delaware | 1 |
| Florida | 62 |
| Georgia | 8 |
| Hawaii | 1 |
| Iowa | 12 |
| Idaho | 27 |
| Illinois | 40 |
| Indiana | 76 |
| Kansas | 2 |
| Kentucky | 45 |
| Louisiana | 1 |
| Massachusetts | 18 |
| Maryland | 1 |
| Maine | 1 |
| Michigan | 29 |
| Minnesota | 7 |
| Missouri | 41 |
| Mississippi | 4 |
| Montana | 2 |
| North Carolina | 95 |
| Nebraska | 11 |
| New Hampshire | 1 |
| New Mexico | 4 |
| Nevada | 3 |
| New York | 15 |
| Ohio | 101 |
| Oklahoma | 31 |
| Oregon | 8 |
| Pennsylvania | 17 |
| Rhode Island | 2 |
| South Carolina | 15 |
| South Dakota | 1 |
| Tennessee | 46 |

| State Controlling Law | Number of Cases |
|---|---|
| Texas | 210 |
| Utah | 45 |
| Virginia | 5 |
| Vermont | 1 |
| Washington | 33 |
| Wisconsin | 15 |
| West Virginia | 5 |
| New Jersey filings | 639 |
| **TOTAL VLC CASES** | **1830** |