UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS LIABILITY LITIGATION  This document relates to All Cases | CIVIL ACTION<br>NO. 2:05-MD-01657-EEF-DEK<br>SECTION L<br>JUDGE ELDON E. FALLON<br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**COUNTY OF HARRIS**

**STATE OF TEXAS**

### AFFIDAVIT OF JOHN EDDIE WILLIAMS, JR.

BEFORE ME, the undersigned authority, on this day personally appeared JOHN EDDIE WILLIAMS, JR. and after having first been duly sworn upon oath, states as follows:

1. My name is John Eddie Williams, Jr. I am over the age of 18 years, of sound mind, and in all respects legally competent to make this affidavit. I have personal knowledge of the factual statements made herein. I am an attorney duly licensed in, and in good standing with, the State of Texas.

2. I am the founding and managing partner of the law firm of Williams, Kherkher, Hart and Boundas, LLP, based in Houston, Texas. To briefly summarize my professional

experience and qualifications: I graduated first in my class from the Baylor School of Law, where I served as Editor in Chief of the *Baylor Law Review*. I started my career at the law firm of Fulbright & Jaworski, and left that firm in 1983 to start my own law firm to focus on representing plaintiffs in personal injury litigation, which I have done for more than 25 years. I am board-certified in Personal Injury Trial Law by the Texas Board of Legal Specialization and am a past President of both the Houston Trial Lawyers Association and the Texas Trial Lawyers Association.

3. Since 1983, our firm has represented tens of thousands of clients in a wide variety of cases against many of the biggest names in corporate America (Phillip Morris, BP, Wyeth, Merck, Phillips Petroleum, to name just a few). For example, our firm, with others, represented the State of Texas in its lawsuit against the tobacco industry. We accepted this case at great risk, at a time when most considered such litigation unwinnable and, after extremely difficult litigation, just days before jury selection, we achieved the largest settlement in U.S. history for our home state. For more than 25 years, we consistently have shown our willingness to take on and try tough cases and to stand up for the rights of our clients.

4. While our standard fee agreement in complex cases is 40%, my firm does accept less complex cases at a fee of less than 40 %.

5. Over the years, I have learned that a serious product liability case, particular one involving pharmaceuticals, easily costs hundreds of thousands of dollars to prepare for trial and to try the case. A major component of this expense is expert testimony. Additionally, such cases require a heavy investment of time in discovery, motion practice, trial preparation, and trial. This is true even if depositions of key defense experts and fact witnesses are available from other trials. Although any individual case has a chance of a multi-million dollar recovery or a complete loss, the average expected value of such a case is not so high as to make it worthwhile to accept representation on only a small number of cases and expect to prepare and try each one. These types of cases are potentially economically viable only when an attorney has a significant number of cases and has a chance for a settlement of all of his or her cases after preparing to try significantly fewer than all of the cases.

6. I would not be willing to undertake representation in a large number of high risk cases that were likely to be coordinated in an MDL if, at the beginning of the representation, I knew there was any possibility that my fee agreements would not be honored and that a court might reduce the agreed upon fees to a percentage that it determined after substantially all of the work had been performed.

FURTHER, AFFIANT SAYETH NOT.

{N1960419.1}                                        2

Willi-2

                                                                                                    _____
                                                                                                    JOHN EDDIE WILLIAMS, JR.

Subscribed and sworn to before me on the 31st day of MARCH, 2009.

_____
Notary Public in and for The State of Texas

GERILYN GORDON
Notary Public, State of Texas
My Commission Expires
March 14, 2010

My commission expires: 3/14/10

{N1960419.1}

Willi-3