UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS<br>         LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**THE VIOXX LITIGATION CONSORTIUM'S
MOTION AND INCORPORATED MEMORANDUM
<u>FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT</u>**

This Motion is brought by the Vioxx Litigation Consortium ("VLC") who moves this Court for leave to file its Memorandum In Reply To The Opposition Of The Tulane Law Clinic To Motion For Reconsideration Of Capping Order, which exceeds the page limitations set forth in Local Rule 7.8.1E.

The VLC's memorandum is 56 pages. The Tulane Law Clinic states that it opposes the filing of a memorandum in excess of 30 pages. The VLC submits that in light of the many significant and complex issues raised by the Capping Order, as well as its potential effects on

{N1960553.1}                                                1

future MDLs, it cannot adequately address the Court's Capping Order and Tulane's Opposition, in less than the 56 pages of its memorandum.

In sum, given the significance of the Court's determinations, the VLC should be permitted to file its memorandum of 56 pages in length. The memorandum and an exhibit is attached hereto for the Court's consideration. The VLC will separately file its affidavits and supplementation as permitted by this Court in its Order of February 25, 2009, Rec. Doc. 17882.

Respectfully submitted,

/s/ *Harry S. Hardin III*
HARRY S. HARDIN III (# 6540)
MADELEINE FISCHER (# 5575)
ERIC MICHAEL LIDDICK (# 31237)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8208
Facsimile: (504) 589-8208

*Attorneys for Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser ("Vioxx Litigation Consortium")*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Jane Johnson of the Tulane Civil Litigation Clinic, and upon Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will

send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on March 31, 2009.

                                      /s/ *Eric Michael Liddick*
                                      ERIC MICHAEL LIDDICK