UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**ORDER**

Considering the foregoing motion;

IT IS ORDERED that the Vioxx Litigation Consortium is hereby granted leave to file a brief in excess of the standard page limitation, not to exceed 56 pages.

New Orleans, Louisiana, this ____ day of _____, 2009.

                                                        JUDGE ELDON E. FALLON