## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Melvina Lyons, Individually and as* | * | |
| *Plaintiff Ad Litem on behalf of Earl* | * | CIVIL ACTION NO. 2:05-cv-6202 |
| *Lyons, et al.,* | * | |
| | * | |
| *v.* | * | |
| | * | |
| *Merck & Co., Inc., et al.* | * | |
| | * | |

With regard to:

Melvina Lyons

*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Melvina Lyons and Defendant, Merck & Co., Inc., hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc., in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 27th day of    March   , 2009.

_____
DISTRICT JUDGE

964981v.1