UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| | § | JUDGE FALLON |
| This Document Relates To: | § | |
| | § | MAGISTRATE JUDGE KNOWLES |
| ALL CASES | § | |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared Mikal C. Watts and after having first been duly sworn upon oath, states as follows:

1. My name is Mikal C. Watts. I am over the age of eighteen years, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. On December 19, 2008, this Court appointed the Tulane Civil Litigation Clinic to represent the interests of claimants subject to the Court's 32% Capping Order and the VLC attorneys were ordered to forward a copy of the Court's order to their clients who have enrolled in the settlement.

3. As of this date, the VLC has fully complied with the Court's order.

_____
Mikal C. Watts

SUBSCRIBED AND SWORN TO BEFORE ME on the 12th day of March, 2009.


PAMELA M. FLORES
MY COMMISSION EXPIRES
June 22, 2011

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS