**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | : | CIVIL ACTION |
| LIABILITY LITIGATION | : | |
| | : | NO.  2:05-MD-01657-EEF-DEK |
| | : | |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | DIVISION 3 |
| This document relates to All cases | : | MAG. JUDGE DANIEL E. KNOWLES |

**SUPERVISING ATTORNEYS' INTRODUCTION OF AND MOTION TO ENROLL LAW STUDENTS PURSUANT TO LOCAL RULE 83.2.13**

NOW INTO COURT, comes Jane Johnson, supervising attorney at Tulane Law Clinic, who respectfully represents:

1.

On December 19, 2008, this Court appointed the Tulane Civil Litigation Clinic to represent the interests of claimants subject to the Court's 32% Capping Order of August 27, 2008.  Licensed supervising attorneys Jane L. Johnson and Stacy E. Seicshnaydre have already appeared in this matter, namely, in filing a Memorandum in Opposition to Motion for Reconsideration/Revision of Order Capping Contingency Fees.  (Rec. Doc. 18016).  Pursuant to the Court's appointment order, Attorneys Johnson and Seicshnaydre will continue to appear on behalf of all claimants subject to the Court's 32% Capping Order.

1

2.

The undersigned counsel respectfully introduces law students Joshua K. Chesser, Marshall A. Hevron, Peter J. Kee, and Molly W. Sullivan to this Court pursuant to Local Rule 83.2.13. These students are duly enrolled in Tulane Law School, a law school approved by the American Bar Association. The students have completed four full-time semesters of legal studies and have taken the oath set forth in Local Rule 83.2.13. The certification of the Dean of Tulane Law School relating to the students is attached as Exhibit A.

3.

Several claimants subject to the Court's 32% Capping Order have consented to representation by Tulane Law Clinic Student Attorneys. The undersigned counsel attaches 19 forms entitled Consent for Representation by Tulane Law Clinic Student Attorney[s] as *in globo* Exhibit B.

4.

Johnson and Seicshnaydre are admitted to practice before this Court and have been approved by the Dean of Tulane Law School as supervising lawyer for the Civil Litigation Clinic. Johnson and Seicshnaydre assume personal professional responsibility and liability for the students' guidance in any work undertaken and for supervising the quality of the students' work, and will assist the students in their preparation.

WHEREFORE, undersigned counsel prays that student attorneys Joshua K. Chesser, Marshall A. Hevron, Peter J. Kee, and Molly W. Sullivan be enrolled as co-counsel of record for the following claimants consenting to representation by student attorneys:

Stacey A. Evering
Paul Roth, Special Administrator for the estate of Hildegard Roth (deceased)

Ruby Spencer
Francis Paul
Linda Davis
Mike Wilkes
Harriett Matiak
Geri Huitt
David O. Tritsch
Shirley Worth
James Bush
Robert J. Wozniak
Donald R. Allsup
Timothy M. O'Connor
Diannia Hicks
Herman J. Francois
James Millikan
Yusef K. Ahmed-Lasana, on behalf of Margie Grimes Jewell (deceased)
Norman A. Jester

               Respectfully submitted,

               TULANE LAW CLINIC
               6329 Freret Street
               New Orleans, La. 70118
               (504) 865-5153
               (504) 862-8753

               By:

               /s/ Jane Johnson_____
               JANE JOHNSON, Bar No. 7300
               E-Mail: jjohnso5@tulane.edu
               (504) 865-5157

               Stacy E. Seicshnaydre, Bar No. 22193
               E-mail: sseicshn@tulane.edu
               (504) 865-5158
                     Supervising Attorneys

\

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Counsel for the VLC, Harry S. Hardin III, by e-mail (hhardin@joneswalker.com), and upon Liaison Counsel, Phillip Wittmann and Russ Herman by e-mail (rherman@hhkc.com, pwittmann@stonepigman.com), and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 1657 on April 6, 2009.

Respectfully submitted,

By:

/s/ Jane Johnson_____
JANE JOHNSON, Bar No. 7300
E-Mail: jjohnso5@tulane.edu
TULANE LAW CLINIC
6329 Freret Street
New Orleans, La. 70118
(504) 865-5157
(504) 862-8753