# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

### TULANE LAW SCHOOL DEAN'S CERTIFICATION PURSUANT TO LOCAL RULE 83.2.13

I, Lawrence Ponoroff, am Dean of the Tulane Law School. To the best of my knowledge and belief following reasonable inquiry, Tulane Law Students Joshua K. Chesser, Carolyn K. Depoian, Jessica L. Finan, Michael J. Flynn, Stephen H. Galloway, Marshall A. Hevron, Peter J. Kee, Eric P. Raymond, Molly W. Sullivan, Paul R. Trapani, III are all enrolled in the Civil Litigation Clinic and are of good moral character, possess competent legal ability, and are adequately trained to perform as a legal intern.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/27/08

Lawrence Ponoroff, Dean
Tulane Law School
6329 Freret Street
New Orleans, LA 70118

