# Exhibit B – Consent for Representation by Tulane Law Clinic Student Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:  VIOXX PRODUCTS
        LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Stacey A. Evering_, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _24_ day of _March_____, 2009.

_Stacey A. Evering_
Signature

_Stacey A. Evering_
Name (Printed)

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana. *for estate of Hildegard Roth, dec.*

I, *Paul Roth, Special Administrator* ,   do   hereby   consent   to   being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _23_ day of _March_____, 2009.

_____
Signature

_____
Name (Printed)

PAUL ROTH

Respectfully submitted,

_____
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  | CIVIL ACTION |
|---|---|
|  | NO. 2:05-MD-01657-EEF-DEK |
| In re:  VIOXX PRODUCTS |  |
| LIABILITY LITIGATION | SECTION L |
|  | JUDGE ELDON E. FALLON |
| This document relates to All Cases |  |
|  | DIVISION 3 |
|  | MAGISTRATE DANIEL E. KNOWLES III |

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule 83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Ruby Spencer_, do hereby consent to being represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys are senior law students at Tulane University School of Law and have special permission to practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in the Order of August 27, 2008.   On every other matter in this case, I continue to be represented by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case, including appearing in court proceedings, under the supervision of a licensed attorney, through the Tulane Law Clinic.

Read and signed this _2 H_ day of _March_, 2009.

_Ruby Spencer_
**Signature**

_RUBY SPENCER_
**Name (Printed)**

Respectfully submitted,

_Jane Johnson_

JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:  VIOXX PRODUCTS
         LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule 83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _FRANCIS PAUL_____, do hereby consent to being represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys are senior law students at Tulane University School of Law and have special permission to practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in the Order of August 27, 2008.   On every other matter in this case, I continue to be represented by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case, including appearing in court proceedings, under the supervision of a licensed attorney, through the Tulane Law Clinic.

Read and signed this ___21___ day of ___MARCH_____, 2009.

_Signature

FRANCIS PAUL_____
Name (Printed)

Respectfully submitted,

JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

This document relates to All Cases

SECTION L
JUDGE ELDON E. FALLON

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _____LINDA J DAVIS_____, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this ___22___ day of _____MARCH_____, 2009.

_____
Signature

_____
Name (Printed)

                                        Respectfully submitted,

                                        _____
                                        JANE JOHNSON, LSBN 7300
                                        Tulane Law Clinic
                                        6329 Freret Street, Suite 130
                                        New Orleans, LA 70118
                                        504-865-5153
                                        Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION                      SECTION L
                                                   JUDGE ELDON E. FALLON
This document relates to All Cases

                                                   DIVISION 3
                                                   MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Mike Willis_, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _24_ day of _Mar_____, 2009.

_Mike Wilkes_
Signature

_Mike Wilkes_
Name (Printed)

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Harriett Matial_ do   hereby   consent   to   being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _25_ day of _March_ , 2009.

_Harriett Matiak_
Signature

_HARRieH Matiak_
Name (Printed)

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

This document relates to All Cases

SECTION L
JUDGE ELDON E. FALLON

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Geri Hewitt_____, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _23rd_ day of _March_ , 2009.

_Geri Huitt_
Signature

_Geri Huitt_
Name (Printed)

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

This document relates to All Cases

SECTION L
JUDGE ELDON E. FALLON

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, DAVID O. TRITSCH, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _19TH_ day of _____MAY_____, 2009.

_____
Signature

DAVID O. TRITSCH
_____
Name (Printed)


                    Respectfully submitted,


                    _____
                    JANE JOHNSON, LSBN 7300
                    Tulane Law Clinic
                    6329 Freret Street, Suite 130
                    New Orleans, LA 70118
                    504-865-5153
                    Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:  VIOXX PRODUCTS
      LIABILITY LITIGATION

This document relates to All Cases

SECTION L
JUDGE ELDON E. FALLON

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule 83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _SHIRLEY WORTH_, do hereby consent to being represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys are senior law students at Tulane University School of Law and have special permission to practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in the Order of August 27, 2008.   On every other matter in this case, I continue to be represented by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case, including appearing in court proceedings, under the supervision of a licensed attorney, through the Tulane Law Clinic.

Read and signed this _21_ day of ___March___, 2009.

_Shirley Worth_
Signature

_SHIRLEY WORTH_
Name (Printed)


Respectfully submitted,

_Jane Johnson_

JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:  VIOXX PRODUCTS
        LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, ____James Bush____, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this __25__ day of __march_____, 2009.

_____
Signature

_____
Name (Printed)

James Bush

Respectfully submitted,

_____
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
          LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Robert J. Wozniak_, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _24th_ day of _MARCH_____, 2009.

_Robert J Wozniak_
Signature

_Robert J. WOZNIAK_
Name (Printed)

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule 83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Donald A Allday_, do hereby consent to being represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys are senior law students at Tulane University School of Law and have special permission to practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in the Order of August 27, 2008.   On every other matter in this case, I continue to be represented by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case, including appearing in court proceedings, under the supervision of a licensed attorney, through the Tulane Law Clinic.

Read and signed this  _23_  day of  _February_  , 2009.

_Donald R Allsup_
Signature

_Donald R Allsup_
Name (Printed)

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _____, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this 21st day of March, 2009.

_Timothy M. O'Connor_
Signature

_Timothy M. O'Connor_
Name (Printed)

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

This document relates to All Cases

SECTION L
JUDGE ELDON E. FALLON

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Dianna Hicks_____, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _24_ day of _March_____, 2009.

_Dianna Hicks_____
Signature

_Dianna Hicks_____
Name (Printed)

Respectfully submitted,

_Jane Johnson_____
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, *Herman J. Francois*, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _23_ day of _MARCH_____, 2009.

_Herman J Francis_
Signature

_HERMAN J. FRANCIS_
Name (Printed)

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
            LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _James Millikan_, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _21st_ day of _March_, 2009.

_____ _James Millikan_
Signature

_____ _James Millikan_
Name (Printed)

Respectfully submitted,

_____
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:  VIOXX PRODUCTS
        LIABILITY LITIGATION                    SECTION L
                                                JUDGE ELDON E. FALLON
This document relates to All Cases

                                                DIVISION 3
                                                MAGISTRATE DANIEL E. KNOWLES III


**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Yusef K. AHMED-LASANA_ , do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.  On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _20th_ day of _MARCH_, 2009.

*Yusef K Ahmed-Lasana* on Behalf of the late,
Signature   *Margie Grimes Jewell*

YUSEF K. AHMED-LASANA   ON BEHALF OF THE LATE,
Name (Printed)   MARGIE GRIMES JEWELL

Respectfully submitted,

*Jane Johnson*

JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION                    SECTION L
                                                 JUDGE ELDON E. FALLON
This document relates to All Cases

                                                 DIVISION 3
                                                 MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I,   NORMAN A. JESTER                    , do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _21st_ day of _MARCH_____, 2009.

_Norman A Jester_____
Signature

NORMAN A. JESTER_____
Name (Printed)

Respectfully submitted,

_Jane Johnson_____
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753