MINUTE ENTRY
FALLON, J.
APRIL 7, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                    CIVIL ACTION
      LIABILITY LITIGATION

NO. 05-MD-1657

This document relates to All Cases

SECTION: L

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Karen Ibos

Appearances: Harry Hardin, Esq. For Vioxx Litigation Consortium
          Stacy Schexnaydre, Esq., Marshall Hevron, Esq., Molly Sullivan, Esq.,
          Peter Kee, Esq., Joshua Chesser, Esq., Jane Johnson, Esq. For
          Tulane Law Clinic

Motion of Vioxx Litigation Consortium for Reconsideration/Revision of Order (15722) Capping Contingent Fees and alternatively, Motion for Entry of Judgment (17395)

Argument - TAKEN UNDER SUBMISSION.


JS10:   1:55