UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This document relates to All Cases | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

## VIOXX LITIGATION CONSORTIUM'S EXHIBIT LIST



*All Admitted 4-9-09*

| | |
|---|---|
| VLC #1 | December 9, 2008 – Affidavit of Walter Umphrey |
| VLC #2 | December 10, 2008 – Affidavit of John Eddie Williams, Jr. |
| VLC #3 | December 10, 2008 – Affidavit of Drew Ranier |
| VLC #4 | December 9, 2008 – Affidavit of Mikal C. Watts |
| VLC #5 | December 9, 2008 – Affidavit of Grant Kaiser |
| VLC #6 | March 31, 2009 – Affidavit of Herbert M. Kritzer |
| VLC #7 | March 30, 2009 – Affidavit of Geoffrey P. Miller |
| VLC #8 | March 30, 2009 – Affidavit of Joshua D. Wright |
| VLC #9 | March 31, 2009 – Affidavit of Grant Kaiser |

{N1963760.1}

MDL-1657

VLC #10     March 31, 2009 – Affidavit of Drew Ranier

VLC #11     March 31, 2009 – Affidavit of John Eddie Williams, Jr.

VLC #12     April 7, 2009 – Affidavit of Grant Kaiser

*All Admitted 4-9-09*

Respectfully submitted,

*Harry S Hardin*
HARRY S. HARDIN (# 6540)
MADELEINE FISCHER (# 5575)
ERIC MICHAEL LIDDICK (# 31237)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone:   (504) 582-8208
Facsimile:    (504) 589-8208

*Attorneys for John Eddie Williams, Jr.,
Drew Ranier, Walter Umphrey, and Mikal
Watts (the "Vioxx Litigation Consortium")*

{N1963760.1}