UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX

PRODUCTS LIABILITY LITIGATION


This document relates to
    Roger Benedict, Docket No. 06-7168

MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

**Plaintiff's Response and Showing of Good Cause to Defendant Merck & Co., Inc.'s**
**First Motion, Rule and Incorporated Memorandum to Show Cause**
**Why Resolution Program Enrollment Requirements have Not Been Met**

On March 25, 2009, Defendant Merck filed a motion requesting that an order to show cause issue as to why resolution program requirements have not been met.  The plaintiffs targeted in Merck's motion included Plaintiff Roger Benedict, represented by Arnold & Itkin, LLP.  Counsel respectfully shows cause that:

1.       On February 6, 2009, Counsel filed Document 17740 its Motion to Withdraw as Counsel.  (Exhibit A).  The basis for Counsel's motion was the continuous failure of Mr. Benedict to communicate with Counsel.  In support of Counsel's motion, Counsel attached its Certification in Support of Motion to Withdraw as Counsel, in compliance with PTO No. 36, as well as a verified copy of the written notice placed in Mr. Benedict's local newspaper in an attempt to ascertain his whereabouts.

2.       The Court has yet to enter an Order on Counsel's Motion to Withdraw.  Insofar as Counsel has complied with PTO No. 36 in withdrawing from its representation of Mr. Benedict, Counsel believes it has shown this Court good cause as to why resolution program requirements have not been met.

3.      Counsel provided Plaintiff Roger Benedict a copy of Defendant Merck & Co., Inc.'s Motion along with the court's resulting order to show cause by sending the documents to his last known address by Federal Expresss.  Accordingly, this court should discharge its Order requiring Counsel to appear and show cause and any further efforts should be directed to Mr. Benedict as a pro se plaintiff.

## Conclusion

Arnold & Itkin, LLP respectfully requests that the Court Discharge its Order to show cause; and grant Counsel's previously filed Motion to Withdraw as Counsel.

Respectfully submitted,

Lisa Sechelski
**ARNOLD & ITKIN, LLP**
1401 McKinney, Suite 2550
Houston, TX 77010
713-222-3800
713-222-3850 (fax)
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. mail and upon all parties by electronically uploading same to LexisNexis File and Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 7th day of April, 2009.

_____
Lisa Sechelski