UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>    Roger Benedict, Docket No. 06-7168 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.II, and in accordance with Pretrial Order 36, the law firm of Arnold & Itkin LLP, counsel of record Roger Benedict, moves the court for an Order granting leave for Counsel to Withdraw as Counsel of record in the above-styled case.

1. Numerous attempts at contacting Mr. Benedict both by phone and in writing have been unsuccessful. Mr. Benedict has failed to respond to communications and cannot be found.

2. Written notice of the filing of this Motion was sent via certified mail to Mr. Benedict's last known mailing address. His last known address is 314 Louden Road, Box 132, Saratoga, NY 12866.

3. PTO 36 will be complied with in all other respects, including providing a copy of said Order to Mr. Benedict.

4. Counsel will rely upon the Certification attached hereto.

V:\Vioxx-Celebrex Cases\Vioxx\Benedict, Roger\Motion to Withdraw.doc



For these reasons, Arnold & Itkin LLP urges the Court to grant their motion to withdraw as Counsel of Record in this matter.

*Lisa Sechelski*
**ARNOLD & ITKIN, LLP**
1401 McKinney, Suite 2550
Houston, TX 77010
713-222-3800
713-222-3850 (fax)
**ATTORNEY FOR PLAINTIFF**

V:\Vioxx-Celebrex Cases\Vioxx\Benedict, Roger\Motion to Withdraw.doc

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. mail and upon all parties by electronically uploading same to LexisNexis File and Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the ____ day of February, 2009.

_____
Lisa Sechelski

V:\Vioxx-Celebrex Cases\Vioxx\Benedict, Roger\Motion to Withdraw.doc

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Lisa | First: L. | Middle: Sechelski |
| **Name of Law Firm** | Arnold & Itkin LLP | | |
| **Current Address** | Street: 1401 McKinney, Suite 2550 | | |
| | City: Houston | State: TX  Zip: 77010 | Country: Harris |
| **Telephone Number** | 713-222-3800 | **Facsimile** 713-222-3850 | **Email** lsechelski@arnolditkin.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Roger | First: | Middle: Benedict |
| **Plaintiff Address** | Street: 314 Louden Road, Box 132 | | |
| | City: Saratoga | State: NY  Zip: 12866 | Country: Saratoga |
| **Telephone Number** | 518-583-8963 | **Facsimile** | **Email** |
| **Case Caption** | Roger Benedict v. Merk & Co., Inc. | | |
| **Case Number** | CV-06-7168 | | |
| **Court Where Case is Pending** | United States District Court, Eastern District of Louisiana | | |


EXHIBIT A

#344083

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |
|---|
| (Paragraph I.B of PTO No. 36) |

### C. COMPLIANCE WITH PTO NO. 36

☒ I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

☒ I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

a. The Motion to Withdraw;

b. A copy of PTO No. 36;

c. A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

### D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 2 / 6 / 09 (Month/Day/Year) | [signature] Counsel |

#344083

2

STATE OF NEW YORK, COUNTY OF SARATOGA

Anyone knowing the whereabouts of Roger Benedict, last known address 314 Louden Road, Box 132, Saratoga, NY 12866, please contact Chris Alexander, Arnold & Itkin LLP, 1401 McKinney, Houston, TX 77010, 866-222-2606.
9/23, 24, 25, 3x/834460

ELAINE PEARSON BEING DULY SWORN, DEPOSES AND SAYS: THAT SHE THE PRINCIPLE CLERK OF THE SARATOGIAN, THE OFFICIAL NEWSPAPER THAT THE FORGOING LEGAL ADVERTISING WAS PUBLISHED IN SAID NEWSPAPER ON

_September 23 24 & 25 2008_

SUBSCRIBED AND SWORN TO BEFORE ME:

_Elaine Pearson_

THIS _30th_ DAY OF _September_, 2008

_Linda M Harsha_
NOTARY

LINDA M. HARSHA
Notary Public, State of New York
No. 01HA6075930
Qualified in Saratoga County
Commission Expires 6/10/2010

EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Roger Benedict, Docket No. 06-7168 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### ORDER

Considering the Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Arnold & Itkin LLP, is hereby withdrawn as counsel of record for Roger Benedict.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.

_____
JUDGE ELDON E. FALLON
UNITED STATES DISTRICT COURT

V:\Vioxx-Celebrex Cases\Vioxx\Benedict, Roger\Motion to Withdraw.doc