**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | : | CIVIL ACTION |
| LIABILITY LITIGATION | : | |
| | : | NO.  2:05-MD-01657-EEF-DEK |
| | : | |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | DIVISION 3 |
| This document relates to All cases | : | MAG. JUDGE DANIEL E. KNOWLES |

**O R D E R**

Considering the introduction and motion of Plaintiffs' counsel,

IT IS ORDERED that student attorneys Joshua K. Chesser, Marshall A. Hevron, Peter J. Kee, and Molly W. Sullivan, be and they are hereby ENROLLED as co-counsel of record for the following claimants consenting to their representation in the above captioned matter:

Stacey A. Evering
Paul Roth, Special Administrator for the estate of Hildegard Roth (deceased)
Ruby Spencer
Francis Paul
Linda Davis
Mike Wilkes
Harriett Matiak
Geri Huitt
David O. Tritsch
Shirley Worth
James Bush
Robert J. Wozniak
Donald R. Allsup
Timothy M. O'Connor
Diannia Hicks
Herman J. Francois

James Millikan
Yusef K. Ahmed-Lasana, on behalf of Margie Grimes Jewell (deceased)
Norman A. Jester

New Orleans, Louisiana this  6th  day of        April       , 2009.

_____
**U.S. DISTRICT JUDGE**