UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| Thompson, Glenn | * | MAG. JUDGE KNOWLES |

## RESPONSE TO RULE TO SHOW CAUSE

Now into Court through undersigned counsel, come Plaintiffs, Allen Thompson and Windell Thompson on behalf of Glenn Thompson, who alleges that he has complied with all requirements set forth in the Resolution Program as set forth in further detail below.

Glenn Thompson passed away on July 20, 2004 and was survived by his Allen Thompson and Windell Thompson as the executors of his estate. (See Exhibit A). Windell Thompson signed the Release of all Claims on February 23, 2008 (See Exhibit B) which was thereafter sent to the Claims Administrator. On October 22, 2008, Allen Thompson executed a CAP 2008-1 Releases of All Claims. (See Exhibit C) The original was thereafter sent to the Claims Administration. Plaintiffs received a deficiency notice that Allen Thompson had not signed the release and a copy of the original was re-submitted on December 2008. (See Exhibit D). Finally on March 4, 2009, out of an abundance of caution, Plaintiff filed a V2031 Form to ensure that this claim would be able to proceed forward through the settlement process. (See Exhibit E).

Plaintiffs Allen Thompson and Windell Thompson pray that this Honorable Court rule that their enrollment documents are completed and that Glenn Thompson's claim are allowed to move forward through the settlement process.

1

Respectfully submitted,

/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr., (La Bar #2926)
Becnel Law Firm, L.L. C.
106 W. Seventh St.
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186 (phone)
(985) 536-6445 (fax)
dbecnel@becnellaw.com
COUNSEL FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response to Rule to Show Cause has been served upon all parties by facsimile and U.S. First Class Mail to Plaintiff and Defendant's Liaison Counsel.

On this 8th day of April 2008,

/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.
Becnel Law Firm, L.L. C.
La. State Bar # 2926
106 W. Seventh St.
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186 (phone)
(985) 536-6445 (fax)
dbecnel@becnellaw.com