# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DANIEL E. BECNEL, III*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
BRADLEY D. BECNEL
WILLIAM A. PERCY, III
JUANITA R. MARINO
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
TONI S. BECNEL
*Of Counsel:*
JUDGE RUCHE J. MARINO (RETIRED)

*Also Admitted in Colorado*

*Please Reply To:*
☑ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104
E-MAIL: becket@becnellaw.com

Kay K. Serven
 *Office Administrator*
Susan B. Williams
 *Nurse*

December 8, 2008

Scott Monroe
Brown Greer-Vioxx Claims
P.O. Box 85031
Richmond, VA 23285

RE:   VIOXX SETTLEMENT:    THOMPSON GLENN        1088366[

Dear Mr. Monroe,

Please find enclosed the Letters Testamentary from the State of Tennessee, Probate Court of Wilson County at Lebanon appointing Allen Thompson and Windell Thompson Representatives of the Estate of Glenn Thompson.

Please inform as to whether this will correct the deficiency.

Sincerely,

Salvadore Christina, Jr.



Letters Testamentary
STATE OF TENNESSEE
PROBATE COURT OF WILSON COUNTY
AT LEBANON

TO: WINDELL E. THOMPSON AND ALLEN DALE THOMPSON
a residents of WILSON County, Tennessee                Probate Case #04P161

    It appearing to the Court that GLENN G. THOMPSON, has died, leaving a written will, in which you are appointed CO-EXECUTORS which has been duly approved in open Court; and you having been qualified according to law, and it having been ordered by said Court that Letters Testamentary issue to you.
    These are, therefore, to empower you, the said Personal Representative to enter upon the execution of said will, and take into your possession all the property, and to make, within thirty days from this date, inventory being waived, and make due collection of all debts, and after paying all the just demands against the Testator, and settling up the business according to law, you will pay over and deliver the property and effects that may remain in your hands, and do all other things that may be required, according to the provision of the said will and the laws of the land.
    WITNESS, BARBARA WEBB, Clerk of said Court, at office, this 27th day of JULY, 2004.

BARBARA WEBB, PROBATE CLERK

By: _Susan K. Haney_
DEPUTY CLERK

STATE OF TENNESSEE
WILSON COUNTY

    I do solemnly swear that I will honestly and faithfully discharge the duties of Personal Representative of the last will and testament of the above named deceased in accordance with its terms and provisions, to the best of my knowledge and ability, so help me God

_Windell E Thompson_     _Allen Dale Thompson_

Subscribed and sworn to before me this 27th day of JULY, 2004.

_Susan K. Haney_
DEPUTY CLERK

STATE OF TENNESSEE
WILSON COUNTY

    I, Barbara Webb, Clerk of the Probate Court of said County, do hereby certify that the foregoing is a full, true and perfect copy of LETTERS TESTAMENTARY, issued to the above named Personal REPRESENTATIVES of the estate of GLENN G. THOMPSON, deceased and I do further certify that he is still acting Personal Representative of the estate and his acts as such are entitled to full faith and credit, as appears from the records of my office at Lebanon, Tennessee.
    Witness my hand and official seal, at office this 27th day of JULY, 2004.

_Susan K. Haney_
Deputy Clerk