UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| ************************************ | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| ELSIE HOTY | * | MAG. JUDGE KNOWLES |

## RESPONSE TO RULE TO SHOW CAUSE

Now into Court comes undersigned counsel, who alleges that both he and the plaintiff Elsie Hoyt have complied with all requirements set forth in the Resolution Program as set forth in further detail below.

The Motion claims that a Certification of Counsel for Deriviative Claimant Donald Mashon was not filed. However, this Certification was completed and mailed via United States Postal Service Express Mail on March 2, 2009. (See Exhibit A). Undersigned counsel contends this filing was timely and therefore the Plaintiff's claim should be allowed to proceed through the settlement process.

Undersigned Counsel and Plaintiff pray that this Honorable Court will rule that the Certification of Counsel was timely filed and that Plaintiff's claim be allowed to proceed through the settlement process.

                                                      Respectfully submitted,
                                                      /s/ Daniel E. Becnel, Jr.
                                                      Daniel E. Becnel, Jr., (La Bar #2926)
                                                      Becnel Law Firm, L.L.C.
                                                      P.O. Drawer H
                                                      Reserve, LA 70084
                                                      (985) 536-1186 (phone)
                                                      (985) 536-6445 (fax)
                                                      dbecnel@becnellaw.com
                                                      COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response to Rule to Show Cause has been served upon all parties by email and U.S. First Class Mail to Plaintiff and Defendant's Liaison Counsel.

On this 8th day of April 2008,

/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.
Becnel Law Firm, L.L.C.
La. State Bar # 2926
106 W. Seventh St.
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186 (phone)
(985) 536-6445 (fax)
dbecnel@becnellaw.com