# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DANIEL E. BECNEL, III*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
WILLIAM A. PERCY, III
JUANITA R. MARINO
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
KELLY M. MORTON
*Of Counsel:*
JUDGE RUCHE J. MARINO (RETIRED)

*Also Admitted in Colorado*

Please Reply To:
☒ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104
E-MAIL: becket@becnellaw.com

Kay K. Serven
*Office Administrator*
Susan B. Williams
*Nurse*

March 4, 2009

Scott Monroe
Brown Greer-Vioxx Claims
P.O. Box 85031
Richmond, VA 23285

Via Express Mail:

RE:   VIOXX ENROLLMENT CORRECTIONS

Dear Mr. Monroe,

Please find enclosed corrective documents for the clients listed below:

| Last Name | First Name | VCN | Document |
|---|---|---|---|
| Avery | Medius | 1088502 | V2031 |
| Bates | Farriel | 1088289 | V2031 |
| Bennett | Stella | 1088385 | V2035 |
| Bounds | Marlin | 1088464 | V2031<br>Judgment of Possession |
| Click | Jean | 1088392 | V2031 |
| Endley | Ronald | 1088310 | V2031<br>Administrator appointment |
| Escobar | Luisa | 1088406 | V2031<br>Claimant Identity Form |
| Gilliam | Ruby | 1088315 | V2031 |
| Holliday | Robert | 1088397 | V2031 |
| Hoyt | Elise | 1088399 | V2031<br>Certifications of Counsel |
| Johnston | Eugene | 1088437 | V2031 |
| Mayo | William | 1088449 | Release<br>Certification of Counsel |
| Miller | Michael | 1088340 | Release |
| Morrow | LQ | 1088489 | V2031 |



EXHIBIT A

|  |  |  | Death Certificate |
|---|---|---|---|
| Racca | Maria | 1088479 | V2031 |
| Raker | Calvin | 1088355 | V2031 |
| Ratliff | Cindia | 1088356 | V2035<br>Ms. Ratliff is not deceased so I do not understand why the POA needs to give permission to settle for all heirs as there are no heirs at the current time. |
| Savage | Clifton | 1088441 | V2031<br>Judgment of Possession |
| Selmon | Victoria | 1088457 | V2031 |
| Sumner | JoEleen | 1088512 | V2031<br>Last Will |
| Thibodaux | Mary | 1088498 | V2031<br>Will<br>Succession Papers from Court |
| Thompson | Glen | 1088366 | V2031<br>Release-Copy of original that was previously submitted. |
| Untoria | George | 1088367 | V2031<br>Letters of Administration |

Sincerely,

Salvadore Christina, Jr.

## CERTIFICATION OF COUNSEL

### (COUNSEL FOR DERIVATIVE CLAIMANT)

I, *Daniel Becnel*, hereby represent and declare that *Donald Mashon* ("Derivative Claimant") has at all relevant times been represented by the undersigned counsel. I have provided Derivative Claimant a copy of the Release to which this Certification of Counsel is attached and have made available to Derivative Claimant a copy of the Settlement Agreement referred to in the Release (which copies include all attachments). I have discussed with Derivative Claimant the terms and legal effect of all of the foregoing documents and I answered any and all questions Derivative Claimant may have had. I hereby certify that, having had a full opportunity to read, understand, and inquire of counsel about the terms and conditions of the foregoing documents, Derivative Claimant does not have, and I do not have, any objection to the terms of this Release or any of the other foregoing documents. I further agree to be bound by the "Confidentiality" section of this Release and my joint and several obligations to provide representations and warranties regarding the satisfaction of, and indemnification with respect to, Liens set forth under "Liens and Other Third-Party Payor Claims".

BY COUNSEL FOR DERIVATIVE CLAIMANT:

By _____
Name: *Daniel Becnel*
Title: *Attorney*
Dated: *3/2/09*

| CLAIMANT NAME | Hoyt, Elsie J. |
|---|---|
| CLAIMANT VCN | 1088399 |

As counsel to the claimant referenced above, I submit this document to be included in the Release of All Claims executed by or on behalf of this Claimant, and certify that it is to be included in such Release and considered to be a part of such executed Release.

Hoyt, Elsie J.     1088399