UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
VIOXX PRODUCT LIABILITY LITIGATION   )   MDL NO. 1657
                                      )
                                      )   SECTION: L
                                      )
                                      )   JUDGE FALLON
                                      )   MAG. JUDGE KNOWLES
                                      )
                                      )
***THIS DOCUMENT RELATES TO:***       )
Cellino & Barnes, P.C. Plaintiffs Identified in )
Defendant's Motion, Document 18051, Exh. A  )
[Gorgan, Lois, 2:06-cv-02207]         )
                                      )

**PLAINTIFF'S RETURN TO DEFENDANT MERCK & CO., INC.'S *SECOND* MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET (*Deficiencies in Certification of Counsel*)**

On March 25, 2009, defendant Merck & Co., Inc. ("Merck") filed its above-entitled motion requesting that an order to show cause issue as to why certain plaintiffs' individual claims should not be dismissed with prejudice. On March 27, 2009, this Court filed the requested order to show cause and ordered oppositions filed on or before April 8, 2009. The basis for this motion, in relevant part, was the absence of a Certification of Claimant's Counsel filed on behalf of Ms. Lois Gorgan. Counsel for Ms. Gorgan hereby responds pursuant to this Court's order.

On March 27, 2009, counsel filed with the Claims Administrator the required Certification of Claimant's Counsel. (Exhibit A.) Counsel had previously uploaded a Certification dated October 21, 2008. (Exhibit B.) Counsel has uploaded in excess of 1800 claims packets and, insofar as any error occurred on his part, regrets the omission as to this single claimant.

1

As of the date of this opposition, counsel has further noted that the correction has not been noted on the Claims Administrator's website. Accordingly, out of an abundance of caution, counsel has sent a hard copy correction to the Claims Administrator on this date as well. As the deficiency has been cured by re-uploading and secondarily mailing the required Certification, counsel respectfully requests that this Court discharge the order to show cause as to claimant Lois Gorgan.

## CONCLUSION

Based upon the foregoing, counsel respectfully requests that this Court discharge the order to show cause as to Ms. Lois Gorgan.

DATED:     April 8, 2009

Respectfully submitted,

**CELLINO & BARNES, P.C.**

By: _____
Brian A. Goldstein
Main Place Towers
350 Main Street, 25th Floor
Buffalo, NY 14202
(716) 854-2020