## Certification of Claimant's Counsel

Pursuant to Exhibit 1.3.1 of the Settlement Agreement, Counsel certifies to the following in regard to the required PME records contained in the Claimant's Claims Package:

1. That Counsel requested a complete set of records as kept in the ordinary course of business from the healthcare providers whose records are included in the Claims Package;

2. That the initial request to healthcare providers for the records was made before November 9, 2007; and

3. That the produced records are the true and correct copies of the complete set of records received and that Counsel has not withheld or otherwise failed to provide any required record in his or her possession relating to the Enrolled Program Claimant.

Respectfully submitted this 27th day of March, 2008. 9

_____
Claimant's Counsel

V4041v.1
4/3/08
340785v.1