UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
VIOXX PRODUCT LIABILITY LITIGATION    )    MDL NO. 1657
                                      )
                                      )    SECTION: L
                                      )
                                      )    JUDGE FALLON
                                      )    MAG. JUDGE KNOWLES
                                      )
                                      )
***THIS DOCUMENT RELATES TO:***       )
Cellino & Barnes, P.C. Plaintiffs Identified in )
Defendant's Motion, Document 18058, Exh. A )
                                      )

**PLAINTIFF'S RETURN TO DEFENDANT MERCK & CO., INC.'S *SIXTH* MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET (*Deficiencies as to Missing Derivative Claimants*)**

On March 25, 2009, defendant Merck & Co., Inc. ("Merck") filed its above-entitled motion requesting that an order to show cause issue as to why certain plaintiffs' individual claims should not be dismissed with prejudice. On March 27, 2009, this Court filed the requested order to show cause and ordered oppositions filed on or before April 8, 2009. The basis for this motion was that certain derivative claimants, including Cellino & Barnes, P.C. derivative claimants, had failed to provide releases (also known R-7 or R-34 deficiencies). The Cellino & Barnes, P.C. claimants and their derivative claimants hereby respond to this Court's order.

As evidenced in the attached e-mail exchange with Merck counsel and Case Coordinator Juliana MacPherson, these deficiencies are to be resolved by stipulation of dismissal signed by the parties and presented to this Court. (Exhibit A.)

1

The overwhelming majority of these deficiencies resulted from a dispute between the parties where the claimants asserted that only derivative claimants named in a filed complaint were required to release derivative claims while Merck maintained that persons identified through the Plaintiff Profile Form or serving in an administrative capacity were also required to sign releases. Plaintiffs attempted to resolve these deficiencies as directed by the Claims Administrator's representative through a process of notifying Merck of their reasoning for Merck's review. Merck's unilateral rejection of plaintiffs' positions resulted in their being named in the above-captioned motion and subjected to the order to show cause.

As all claimants have entered into a settlement process that provides for no independent value for derivative claims, the derivative claimants have agreed to dismiss their claims so that the primary claimant may proceed to resolution. As Exhibit A indicates, the parties still submit dismissal stipulations to this Court for resolution. Alternatively, should this Court decline to dismiss the claims of persons not named in any civil action, the parties will resolve the deficiency by submitting the stipulations to the Claims Administrator.

To date, plaintiffs have not received the stipulations from Merck. However, the parties have resolved numerous claims by analogous stipulations in the past and plaintiffs anticipate no issues arising between the parties as to completing this process. As the parties have stipulated to a process that cures the identified deficiencies, subject to Merck completing the process and this Court's approval or the Claims Administrator's administrative action, counsel respectfully requests that this Court discharge the order to show cause as to all Cellino & Barnes, P.C. claimants.

## CONCLUSION

Based upon the foregoing, counsel respectfully requests that this Court discharge the order to show cause as to all Cellino & Barnes, P.C. claimants.

DATED:    April 9, 2009

                                        Respectfully submitted,

                                        **CELLINO & BARNES, P.C.**

                            By:    _____
                                        Brian A. Goldstein
                                        Main Place Towers
                                        350 Main Street, 25th Floor
                                        Buffalo, NY 14202
                                        (716) 854-2020