## Michael Williams

| | |
|---|---|
| From: | MacPherson, Juliana [macphers@hugheshubbard.com] |
| Sent: | Wednesday, April 01, 2009 10:57 AM |
| To: | Michael Williams |
| Cc: | DiCesare, Steven; Harper, Richard; Stipulations of Dismissal |
| Subject: | RE: Stipulations to Dismiss Derivative Claimants |
| Attachments: | SIXTH OSC re Enrollment Deficiencies Exh A.pdf; FOURTH OSC re Enrollment Deficiencies Exh A.pdf |

We will start to work on these.

Juliana MacPherson
Case Coordinator, Litigation
Hughes Hubbard & Reed LLP
1 Battery Park Plaza
New York, NY 10004
Telephone: (212) 837-6728
Email: macphers@hugheshubbard.com

---

**From:** Michael Williams [mailto:michael.williams@cellinoandbarnes.com]
**Sent:** Wednesday, April 01, 2009 10:11 AM
**To:** MacPherson, Juliana
**Cc:** Cohen, Charles
**Subject:** Stipulations to Dismiss Derivative Claimants

Juliana, per our conversation on Friday, enrollment counsel Brian A. Goldstein will sign Stipulations of Dismissal for all Cellino & Barnes, P.C. derivative claimants identified as deficient in the two attachments. As we discussed, these include persons identified as deficient derivative claimants who have not been named in any complaint. I understand that the signed Stipulations of Dismissal will be submitted to the Court and, should the Court decline to order "dismissal," that the Stipulations will be tendered to the Claims Administrator to resolve these deficiencies.

The first of the two attachments is Exhibit A to the Sixth OSC re Enrollment Deficiencies. Brian will sign Stipulations of Dismissal to dismiss the derivative claims for each of the Cellino & Barnes, P.C. derivatives identified in this attachment in order to cure all R-7 and/or R-34 deficiencies.

The second of the two attachments is Exhibit A to the Fourth OSC re enrollment Deficiencies. Brian will sign Stipulations of Dismissal to dismiss the derivative claims for each of the Cellino & Barnes, P.C. derivatives identified in this attachment in order to cure all R-31 and R-38 deficiencies.

As the Court requires an immediate response as to the resolution of these deficiencies, would you kindly confirm receipt of this e-mail? Thank you in advance and, as always, for your assistance in resolving these issues.
Mike

4/1/2009

Michael J. Williams, Esq.
Cellino & Barnes, P.C.
350 Main Street, 25th Floor
2500 Main Place Tower
Buffalo, NY 14202
1-800-483-2050
michael.williams@cellinoandbarnes.com

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.
If you have received this e-mail in error please notify the originator of the message.

The views expressed in this message are those of the individual sender, except where and to the extent the sender specifies and, with proper authority, states them to be the views of Cellino & Barnes, P.C.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

4/1/2009