IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®
PRODUCTS LIABILITY LITIGATION

This Document Relates To:
The Vioxx claimants identified herein

MDL Docket No. 1657
SECTION L
JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

## MEMORANDUM TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE BEEN MET

The enrollment deficiency has been removed by Merck for the following claimants: (1) Grable, Doris VCN 1094931; (2) Jones, Jamesanna VCN, 1095260; (3) Scott, Donald, VCN 1096141; (4) Taylor, Oliver VCN 1096322; (5) Wells, Larry VCN 1096512; (6) Jackson, Evelyn VCN 1095192; (7) Moyer, Hazel VCN 1095723; and (8) Swint, Mona VCN 1096306.

Plaintiffs have submitted the releases for the following claimants and, therefore, the deficiency should be removed: (1) Bowman, Bradley, VCN 1094293; (2) Jones, Charles H, VCN 1095256; (3) Keith, Hattie, VCN 1095256; (4) Giertuga, Joseph, VCN 1095256; (5) Gordon, Dolores, VCN 1096207; (6) Pagnotta, Ugo, VCN 1095829; (7) Edward Smugala, VCN 1096227; (9) Short, Elizabeth, VCN 1096170; (10) Stinnett, Fanny, VCN 1096274; (11) Howell, Sr., Rudolph, VCN 1095143; (12) Gossett, J. Betty, VCN 1094928; (13) Tripp, Imogene, VCN 1096378; (14) Lillge, Sharon (as well as V-2031) VCN 1095425; (15) Thomas, Katherine VCN 1096345 ; (16) Poole, John -- the release signed by Tim Poole (also under Missouri law only one of

the deceased son's need to have signed, see *infra*), VCN 1095914; (17) Jansen, Franklin -- Deborah Abramek (under Pennsylvania law, only the daughter need to have signed the release), VCN 1095212; (18) Hamilton, Ronnie, VCN 1095003; (19) Cline, Nick, VCN 1094486; (20) Criglar, Ida VCN 1094575

Plaintiffs have submitted the required materials for the following claimants and, therefore, the deficiency should be removed: (1) Jackson, Agnes (photo id), VCN 1095188; (2) Jackson, Sarah (photo id), VCN 1095200; (3) Knox, Clarence (photo id), VCN 1095337; (4) Alexander Mitchell (death certificate, identification information for Nadine Mitchell), VCN 1095668; (5) Love, Sandra (appointment papers), VCN 1095462; (6) McNew, Glenda (submitted the power of attorney papers), VCN 1095612; (7) Williams, Dorothy (turned over the power of attorney) for Eddie Williams, VCN 1096555; (8) Westover, Charles, VCN 1096518 (alas Mary Westover is deceased; the estate successor, Norman Williams, has submitted a release; we are submitting a stipulation for dismissal for Mary Westover only, per Merck's request); (9) Blick, Ernest, VCN 1094268 (we submitted a durable power of attorney, which according to Wikipedia.com, is a general power of attorney; therefore, this should be sufficient); (10) Friesz, Norma VCN 1094858 (turned over power of attorney and as well did a V-2031; (11) White, Hallard VCN 1096522, (obtained photocopy of identification).

Plaintiffs have submitted V-2031 for the following claimants and, therefore, the deficiency should be removed: (1) Kopes, Maria, VCN 1095344; (2) Worsley, Sarah, VCN 1096609; (3) Mann, Georgia, VCN 1111909; (4) Payne, Barbara, VCN 1095851; (5) Stauffer, Ruth, VCN 1096254; (6) Stokes, Shirley, VCN 1096279; (7) Newcomer, Vera, VCN 1095764; (7) Howey, Eva, VCN 1095144; (8) Bailey, Shirley, VCN

1094174;  (8) Bohizic, Mary VCN 1094279 (turned over the will to correct the deficiency); (9) Burnham, James VCN 1094373;  Campbell, Charles VCN 1094401 (turned over will to correct deficiency).

Plaintiffs have provided a sufficient release for the following claimants:  (1) Zielinski, Ramond, VCN 1096640; Klubeck, Frank, VCN 1095335; and Janson, Franklin, VCN 1095212;

For the case of Zielinski, Ramond, his daughter, Mary Zielinski, signed the release, and this is sufficient for her to both bring and settle a wrongful death action in Missouri.

Merck has previously removed deficiencies for decedent claimants from Missouri.

For the case of Klubeck, Frank, his daughter, Leah Johnston signed the release, and this is sufficient for her to both bring and settle a wrongful death action in Kansas. See K.S.A. §60-1902 ("The [wrongful death] action may be commenced by any one of the heirs at law of the deceased who has sustained a loss by reason of the death. Any heir who does not join as a party plaintiff in the original action but who claims to have been damaged by reason of the death shall be permitted to intervene therein. The action shall be for the exclusive benefit of all of the heirs who has sustained a loss regardless or whether they all join or intervene therein, but the amounts of their respective recoveries shall be in accordance with the subsequent provisions of this article.") See also Lewis v. BHS College Meadows, 2004 U.S. Dist. LEXIS 6983 at *13 (D. Kan. 2004) ("In Kansas, a wrongful death action may be brought only by the decedent's heirs at law for damages suffered by all heirs as a result of the wrongful death.") (emphasis added) (citing Marler v. Heibert, 960 F.Supp. 253, 254 (D. Kan. 1997)

For the case of Jansen, Franklin, his daughter, Deborah Abramek signed the release, and this is sufficient for her to both bring and settle a wrongful death action in Pennsylvania. See 42 Pa.C.S. §8301 (emphasis added) ("(a) GENERAL RULE – An action may be brought…to recover damages for the death of an individual caused by the wrongful act or neglect or unlawful violence or negligence of another if no recovery for the same damages claimed in the wrongful death action was obtained by the injured individual during his lifetime and any prior actions for the same injuries are consolidated with the wrongful death claim so as to avoid a duplicate recovery. (b) BENEFICIARIES – Except as provided in subsection (d), **the right of action created by this section shall exist only for the benefit of the spouse, children or parents of the deceased, whether or not citizens or residents of this Commonwealth or elsewhere**. The damages recovered shall be distributed to the beneficiaries in the proportion they would take the personal estate of the decedent in the case of intestacy and without liability to creditors of the deceased person under the statutes of this Commonwealth)).

Merck has previously removed deficiencies for decedent claimant from Pennsylvania. Plaintiffs have turned over the release for Deborah Abramek, the daughter of Jansen, Franklin.

Finally, plaintiffs are still working on obtaining the releases and/or materials to cure the following deficiencies for the following claimants: (1) Davis, Yolanda VCN 1094637 (claimants missing, attempting to track down); (2) Singleton, Glorietta (representative missing, attempting to track down) VCN 1095189; (3) Tyler, John (waiting on will to complete V-2031), VCN 1096398; (4) Ridge, Laura (attempting to get release back), VCN 1094427; (5) Chester, Sylvester, (attempting to get release

back), VCN 1094460; (6) Fletcher, Wilma, (attempting to get release back), VCN 1094607; (7) McBride, Sandra (attempting to get release back), VCN 1095558; ; (9) Morrison, Alfred, (attempting to track down representative), VCN 1095713; and (10) Moore, Ada (attempting to get release back), VCN 1095688; (11) Bogle, Thomas, VCN 1094277 (attempting to get release back); (12) Brown, Dianna VCN 1094334 (attempting to get release back); (14) Gilbert, Leonard VCN 1094907 (attempting to get release back); (15) Sanders, Dannie VCN 1096104 (attempting to get release back)

Accordingly, plaintiffs have made a proper showing that their releases have met the criteria of the Vioxx Settlement Program. Furthermore, plaintiffs have demonstrated that they are making a good faith effort to cure the deficiencies with the plaintiffs as indicated herein. As a result, plaintiffs' attorney should not be required to show up for the show cause hearing set for April 15 before Judge Fallon.

By: _____
Jeffrey J. Lowe
Francis J. "Casey" Flynn
THE LOWE LAW FIRM
Attorney for Plaintiffs
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401

John Carey
Joseph P. Danis
Sarah Hale
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.

5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117
314-725-9595
Fax: 314-725-9597

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann and Russ Herman, by U. S. Mail on April 8, 2009 and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established.

_____