# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DANIEL E. BECNEL, III*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
WILLIAM A. PERCY, III
JUANITA R. MARINO
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
KELLY M. MORTON
Of Counsel:
JUDGE RUCHE J. MARINO (RETIRED)

*Also Admitted in Colorado

Please Reply To:
☑ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104
E-MAIL: becket@becnellaw.com

Kay K. Serven
 *Office Administrator*
Susan B. Williams
 *Nurse*

March 4, 2009

Scott Monroe
Brown Greer-Vioxx Claims
P.O. Box 85031
Richmond, VA 23285

Via Express Mail:

RE:   VIOXX ENROLLMENT CORRECTIONS

Dear Mr. Monroe,

Please find enclosed corrective documents for the clients listed below:

| Last Name | First Name | VCN | Document |
|---|---|---|---|
| Avery | Medius | 1088502 | V2031 |
| Bates | Farriel | 1088289 | V2031 |
| Bennett | Stella | 1088385 | V2035 |
| Bounds | Marlin | 1088464 | V2031<br>Judgment of Possession |
| Click | Jean | 1088392 | V2031 |
| Endley | Ronald | 1088310 | V2031<br>Administrator appointment |
| Escobar | Luisa | 1088406 | V2031<br>Claimant Identity Form |
| Gilliam | Ruby | 1088315 | V2031 |
| Holliday | Robert | 1088397 | V2031 |
| Hoyt | Elise | 1088399 | V2031<br>Certifications of Counsel |
| Johnston | Eugene | 1088437 | V2031 |
| Mayo | William | 1088449 | Release<br>Certification of Counsel |
| Miller | Michael | 1088340 | Release |
| Morrow | LQ | 1088489 | V2031 |


EXHIBIT A

|           |          |         | Death Certificate |
|-----------|----------|---------|-------------------|
| Racca     | Maria    | 1088479 | V2031 |
| Raker     | Calvin   | 1088355 | V2031 |
| Ratliff   | Cindia   | 1088356 | V2035<br>Ms. Ratliff is not deceased so I do not understand why the POA needs to give permission to settle for all heirs as there are no heirs at the current time. |
| Savage    | Clifton  | 1088441 | V2031<br>Judgment of Possession |
| Selmon    | Victoria | 1088457 | V2031 |
| Sumner    | JoEleen  | 1088512 | V2031<br>Last Will |
| Thibodaux | Mary     | 1088498 | V2031<br>Will<br>Succession Papers from Court |
| Thompson  | Glen     | 1088366 | V2031<br>Release-Copy of original that was previously submitted. |
| Untoria   | George   | 1088367 | V2031<br>Letters of Administration |

Sincerely,

Salvadore Christina, Jr.