# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW

NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DANIEL E. BECNEL, III*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
WILLIAM A. PERCY, III
JUANITA R. MARINO
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
KELLY M. MORTON
*Of Counsel:*
JUDGE RUCHE J. MARINO (RETIRED)

*Also Admitted in Colorado*

*Please Reply To:*
☑ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104
E-MAIL: becket@becnellaw.com

Kay K. Serven
  *Office Administrator*
Susan B. Williams
  *Nurse*

March 30, 2009

Scott Monroe
Vioxx Claims Administrator
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209

RE:   Stella Bennett (1088385) Last Will and Testament

Dear Mr. Monroe,

Please find enclosed another copy of the Last Will and Testament of Stella Bennett. This document consists of three pages.

Sincerely,

Salvadore Christina, Jr.



Succession                  Number 88541   Div. Sec. 8

of                         19th Judicial District Court

STELLA WHITE BENNETT     Parish of East Baton Rouge

                                 State of Louisiana

## JUDGMENT OF POSSESSION

CONSIDERING the Petition for Possession and the record of this proceeding, and that copies of the Petition for Possession, Affidavit of Death, Domicile, and Hiership, and Detailed Descriptive Lists, have been filed as required by law, and that there is no necessity for an administration of this succession, the law and the evidence entitling Petitioner to the relief prayed for, the Court hereby rendered judgment as follows:

IT IS ORDERED, ADJUDGED, AND DECREED that the Last Will and Testament of the decedent Stella White Bennett is hereby declared proven and ordered to be filed and executed in accordance with law pursuant to LaCCP 2891.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, Carolyn Faye Bennett Comeaux, general and special legatee of the decedent's last will and testament is hereby placed in possession and full ownership of all the remaining property belonging to the estate of the decedent, all subject to the benefit of inventory provisions of LaRS 9:1421, said property is more particularly described, to include, but not be limited, the following:

A)     Any and all rights owned by the decedent, or in which decedent had an interest, in and to any pending or potential lawsuits or litigation at the time of her death, including any rights owned by the decedent and now being represented by the law firm of Daniel Becnel who represents Stella White Bennett, or her estate, in any and all claims that she has or might have had arising out of her prior use of the drug Vioxx, and such representation includes but is not limited to any interest she has in and to litigation now pending in the federal district court for the Eastern District of Louisiana entitled "*Stella Bennett versus Merck & Co., Inc*", and bearing docket # 05-4442, and which litigation is being administered under a Multi-District Litigation proceeding in the same court entitled "In re Vioxx Product Liability Litigation", proceeding MDL #1657.

B)     One (1) certain check, No. 4494, in the full sum of $1,954.95, dated July 15, 2008, made payable to "The Estate of Stella Bennett"

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all banks, trust companies, insurance companies, and all other persons, partnerships, unincorporated associations or corporations, having on deposit or in their possession, or under their control, any money, credits, stocks, dividends, bonds, or other property depending upon or belonging to the successions of the decedent Stella White Bennett, are hereby required to

Certified A True Copy
ROBERT L. RABORN
ATTORNEY AT LAW & NOTARY PUBLIC

deliver them to the petitioner Carolyn Faye Bennett Comeaux herein in accordance with this judgment.

JUDGMENT RENDERED READ, AND SIGNED in Chambers in _Baton Rouge_, Louisiana, on _____, 2008.

_____
Judge, 19th Judicial District Court

CERTIFIED TRUE COPY
016168
DEPUTY CLERK OF COURT

19TH JUDICIAL DISTRICT
EAST BATON ROUGE PARISH
FILED
2008 AUG 25 AM 8:40
DEPUTY CLERK & RECORDER FOR
DOUG WELBORN
CLERK OF COURT E.B.R. PARISH

CERTIFIED
TRUE COPY
AUG 29 2008
BY _____
DEPUTY CLERK

*Stella Abye White Bennett*
Stella Abye White Bennett

## LAST WILL AND TESTAMENT
## OF
## STELLA WHITE BENNETT

United States of America                    State of Louisiana

Parish of East Baton Rouge

----------------------------------------------------------------

BE IT KNOWN, that I, the undersigned Notary Public, duly commissioned and qualified in and for the Parish of East Baton Rouge, Louisiana, have prepared the following Last Will and Testament of Stella White Bennett, a widow, formerly married to Archie Elwood Bennett, Sr., who died on December 4, 1985. Affiant is now living at 12968 Pernicia Avenue, Greenwell Springs, LA 70739. This Last Will and Testament is prepared at her direction and in accordance with all applicable laws, and especially Sections 2442 and 2443 of Title 9 of the Louisiana Revised Statutes of 1950, as amended, and LaCCP 3396 et. seq if applicable, said Will being in the following words, to-wit:

I, Stella Abye White Bennett, being of sound mind and body do hereby make this my Last Will and Testament, hereby revoking any and all prior wills that I have, or might have, made. My Social Security Number is 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. I was born on July 15, 1922, in the community of Watson, Livingston Parish, Louisiana.

I have been married but once and then on February 2, 1940, in Baton Rouge, Louisiana to Archie Elwood Bennett, Sr. Archie Elwood Bennett, Sr. died on December 4, 1985. I am now living with my daughter, Carolyn Faye Bennett Comeaux, at 16829 Pernicia Avenue, Greenwell Springs, LA 70739.

Of my marriage to Archie Elwood Bennett, three (3) children were born, namely: Archie Elwood Bennett, Jr., born December 22, 1940, Raymond L. Bennett, born November 28, 1946, and Carolyn Faye Bennett Comeaux, born Bennett, on February 6, 1948. All of the above named children are above 23 years of age.

*Stella Abye White Bennett*
Stella Abye White Bennett

I have not given birth to any other children, nor have I ever adopted any children.

I hereby give and bequeath to my daughter Carolyn Faye Bennett Comeaux the entirety of my estate upon my death, of every nature and kind, and wherever located, including any and all rights I have or might have in and to any actions or lawsuits or otherwise. I specifically give to her any rights I have or might have in and to any pending lawsuits.

During my lifetime I have on many occasions helped my children as their specific needs might have required, and have from time to time given them money, property, and other things, in some cases perhaps more to some than others. This was done out of a deep love and devotion in my heart toward my children, and was not meant in any manner to favor one above the other. Nevertheless, to avoid any questions which might arise after my death concerning donations made to my children during my lifetime, I hereby declare each and every said donation to have been an extra portion above and beyond their fair share of any inheritance which might be due them upon my death. Accordingly, no one child shall in any event owe an accounting to any other child for things received by them from me during my lifetime whether by sale, donation, exchange, or otherwise. My daughter Carolyn Faye Bennett Comeaux shall not owe an accounting to anyone whatsoever for any actions she has done on my behalf during my lifetime.

I name and appoint my daughter Carolyn Faye Bennett Comeaux as executrix of my estate, with seizin and without bond. I name and appoint my son-in-law, John Preston Comeaux, as alternate executor of my estate, with seizin and without bond. I name and appoint Robert L. Raborn as the attorney for my estate.

I do not consider that an administration of my estate will be necessary. If circumstances exist at the time of my death which might require an administration of my estate, my daughter, Carolyn

*Stella Abye White Bennett*

Faye Bennett Comeaux, as Executrix of my estate, shall have the authority to administer my estate pursuant to the independent administration laws of the State of Louisiana, free from court supervision, publication and notice requirements, and legal delays, to the fullest extent permitted under law.

IN WITNESS WHEREOF I have signed this my Last Will and Testament by affixing my signature in the presence of the notary and the two witnesses hereinafter named and undersigned after a reading by the notary of the whole and my verbal declaration in the presence of the notary and the witnesses that I understood the will, that it was indeed my last will and testament, and that I desired to execute it at this time.

*Stella Abye White Bennett*

SIGNED (on each page) and declared by Stella Abye White Bennett, testator named above, in our presence to be her Last Will and Testament, and in the presence of the testator, and each other, we have hereunto subscribed our names on this ___ day of _____, 2003, in East Baton Rouge Parish, Louisiana.

WITNESSES:

1. _____  *Stella Abye White Bennett*
2. _____

Robert L. Raborn, Notary Public
Robert L. Raborn
Notary Public
Parish of East Baton Rouge, LA
My commission is for life

**THIS RECORD IS VALID FOR DEATH ONLY**

IMPORTANT: 1240448
FILE No. 117

BIRTH No. 5857983

| | | | |
|---|---|---|---|
| 1a. LAST NAME | 1b. FIRST NAME | 1c. MIDDLE NAME | 2a. DATE OF DEATH |
| BENNETT | STELLA | ABYE | Jul. 11, 2008 |

| HOUR OF DEATH | SEX | RACE | MARITAL STATUS | SURVIVING SPOUSE |
|---|---|---|---|---|
| 1940 | FEMALE | WHITE | WIDOWED | NONE |

| DATE OF BIRTH | AGE | | | BIRTHPLACE |
|---|---|---|---|---|
| JULY 15, 1922 | 85 | | | LIVINGSTON PARISH, LA |

| USUAL OCCUPATION | KIND OF BUSINESS | |
|---|---|---|
| HOME MAKER | OWN HOME | NO |

| DEATH IN U.S. ARMED FORCES | SOCIAL SECURITY NUMBER | |
|---|---|---|
| NO | 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 | 8 |

**PLACE OF DEATH**

HOSPITAL / NON HOSPITAL / NURSING HOME [X]

| FACILITY | PLACE OF DEATH IN CITY LIMITS |
|---|---|
| THE CARE CENTER | YES |

| CITY OF DEATH | PARISH OF DEATH |
|---|---|
| BATON ROUGE | EAST BATON ROUGE |

**RESIDENCE**

| STREET ADDRESS | PARISH OF RESIDENCE | STATE |
|---|---|---|
| 8134 SULLIVAN ROAD | EAST BATON ROUGE | LOUISIANA |

| CITY | ZIP CODE | INSIDE CITY LIMITS |
|---|---|---|
| BATON ROUGE | 70818 | NO |

**PARENTS**

| FATHER'S LAST NAME | FIRST | MIDDLE | FATHER'S PLACE OF BIRTH | STATE |
|---|---|---|---|---|
| WHITE | JOHN | ALVIN | EAST BATON ROUGE | LA |

| MOTHER'S MAIDEN NAME | FIRST | MIDDLE | MOTHER'S PLACE OF BIRTH | STATE |
|---|---|---|---|---|
| THAMES | SARAH | IDELL | EAST BATON ROUGE | LA |

**INFORMANT**

| NAME | ADDRESS | DATE |
|---|---|---|
| CAROLYN COMEAUX | 16829 PERNECIA AVE. GREENWELL SPRINGS, LA 70739 | 07/11/2008 |

**DISPOSITION**

Method: [X] BURIAL

| DATE | PLACE |
|---|---|
| 07/13/2008 | AMITE BAPTIST CHURCH CEMETERY, DENHAM SPRINGS, LA 70726 |

SEALE FUNERAL SERVICE, INC.
1720 SOUTH RANGE AVE.
DENHAM SPRINGS, LA 70726

FACILITY NUMBER: 885
LICENSE NUMBER: 4144

**REGISTRAR**

| BURIAL TRANSIT PERMIT | PERSON ISSUED TO | DATE OF ISSUE | SIGNATURE OF LOCAL REGISTRAR |
|---|---|---|---|
| 954258 | E. Baton Rouge | 07-12-08 | Jennifer Fagan |

**MANNER OF DEATH**: [X] NATURAL

**CERTIFIER**

Coroner's Case

E. Shannon Cooper, MD, Coroner
4030 TB Hearndon Ave., Baton Rouge, LA 70807
7/28/08

**CAUSE OF DEATH**

a. Stroke

IN ACCORDANCE WITH LSA-R.S. 40:50(C) I CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF A DEATH CERTIFICATE IN MY CUSTODY

JENNIFER FAGAN
LOCAL REGISTRAR

AUG 1 5 2008



I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA — R.S.40:32, ET SEQ.

Darlene W. Smith
STATE REGISTRAR