THE LAW OFFICES OF
# DANIEL E. BECNEL, JR.
ATTORNEYS AND COUNSELORS AT LAW

DANIEL E. BECNEL, JR.*  
DANIEL E. BECNEL, III *  
HIGHWAY  
DARRYL J. BECNEL  
MATTHEW B. MORELAND  
LOUISIANA 70068  
KEVIN P. KLIBERT  
SALVADORE CHRISTINA, JR.  
WILL PERCY  
CHRISTOPHER D. BECNEL  
CHANCE WHITE  
TONI BECNEL  
KATHRYN BECNEL*  
KRISTIE HOLM  
MARISHA H. FRAAZA  
*ALSO ADMITTED IN COLORADO

106 WEST SEVENTH STREET  
P. O. DRAWER H

RESERVE, LA 70084  
(985)-536-1186

FAX No. 536-6445  
WWW.BECNELLAW.COM

LAPLACE OFFICE  
425 W. AIRLINE

SUITE B  
LAPLACE,

(985) 651-6101  
FAX No. 651-6104

April 4, 2009

Scott Monroe  
Vioxx Claims Administration  
P.O. Box 85031  
Richmond, VA 23285

    RE:    Ratliff, Cindia    1088356

Dear Scott:

    Please find enclosed a copy of Ms. Ratfliff's will and her daughter's appointment as executor of the estate. Please advise if this will cure the deficiency of her brothers not signing the release. As you will see from the will, Ms. Ratliff excluded her sons from her estate except for a specific allocation from her life insurance proceeds.

    Sincerely,  
    Salvadore Christina, Jr.



I, Cindia Justice Ratliff of P.O. Box 2136 Pikeville, Ky. 41501, do hereby make, publish and declare this to by my last will and testament, and I do hereby revoke all former wills and codicils thereto by me at any time made.

First: I appoint as executrix of my will my daughter, Lucille Ratliff to serve without bond. I desire that my just debts, including the expenses of my last illness and funeral, be paid as soon as practicable after my death.

Second: I devise and bequeath my home and contents located at 54 Justiceville Addition, Pikeville, Ky. 41501 to my daughter Lucille Ratliff, to be used at her discretion, during her lifetime. After her death the home is to go to my grand-daughter, Tara Ratliff.

Third: I devise and bequeath my life insurance policies to be divided equally between my two sons, Gary and Jeff Ratliff.

Fourth: I devise and bequeath the remainder of my property, real and personal, of every kind whatever and wheresoever situated, and whether now owned or hereafter acquired, to my daughter, Lucille Ratliff for her own use and benefit forever.

In Witness Whereof, I have hereunto subscribed my name this 22 day of July, 1983.      *Cindia Ratliff*

On the date last above written, Cindia Ratliff, in our presence, subscribed the foregoing instrument and declared it to be his last will and testament, and requested us to witness it, whereupon we, still in his presence and in the presence of each other, have signed our names below. And we declare that at the time of this execution of said instrument said testator, according to our best knowledge and belief, was of sound mind and memory and under no constraint.      *Angela Robertson*     *Margaret Justice*
*Arson Justice*

Dated at Justiceville, Kentucky, this 22 day of July, 1983

AOC-805
Rev. 10-05
Page 3 of 3

Case No. 08-P-123

IN RE: Estate of _Cindia Ratliff_

## ORDER

[ ] Petition filed this ____ day of _____, 2____.

[✓] Will tendered this ____ day of N._____, 2____.

Upon hearing, the Will offered was proven by _____

and ORDERED PROBATED as the Last Will and Testament of Decedent this ____ day of _____, 2____.

The Court appoints: _Lucille Ratliff_ as

[✓] Executor/Executrix OR [ ] Administrator/Administratrix of said estate and fixes bond in the sum of

$ _____ [ ] with surety OR [✓] without surety.

Date: __11/6__, 2008

_____
Judge's Signature

Distribution:
  Case File
  Revenue Cabinet

ENTERED
PIKE CIRCUIT/DISTRICT COURT

NOV - 6 2008

DAVID DESKINS, CLERK
BY: _____ D.C.