## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:
VIOXX PRODUCT LIABILITY LITIGATION    )    MDL NO. 1657
                                      )
                                      )    SECTION: L
                                      )
                                      )    JUDGE FALLON
                                      )    MAG. JUDGE KNOWLES
                                      )
                                      )
***THIS DOCUMENT RELATES TO:***        )
Cellino & Barnes, P.C. Plaintiffs Identified in    )
Defendant's Motion, Document 18052, Exh. A    )
_____ )_____

**PLAINTIFF'S RETURN TO DEFENDANT MERCK & CO., INC.'S *THIRD* MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET (*Deficiencies as to Special Releases Required By Certain States*)**

On March 25, 2009, defendant Merck & Co., Inc. ("Merck") filed its above-entitled motion requesting that an order to show cause issue as to why certain plaintiffs' individual claims should not be dismissed with prejudice. On March 27, 2009, this Court filed the requested order to show cause and ordered oppositions filed on or before April 8, 2009. The basis for this motion was that certain plaintiffs, including six Cellino & Barnes, P.C. claimants, had failed to provide a special state release (also known as an "Attachment 1" or an R-33(b) deficiency). The six Cellino & Barnes, P.C. claimants hereby respond to this Court's order.

As evidenced in the attached e-mail exchange with the Claims Administrator, all special release R-33(b) deficiencies have been addressed either through submitting the required special release or by responding directly to the Claims Administrator by e-mail exchange. (Exhibit A, Exhibit B.)

1

As of the date of this filing, the Claims Administrator's website indicates that all R-33(b) deficiencies remain cured. (Exhibit C.) While the Claims Administrator has now identified new deficiencies for two of these claimants, these are not the R-33(b) deficiencies at issue in this order to show cause and counsel will promptly act to remedy these latest perceived deficiencies. As the R-33(b) deficiencies at issue have now been cured, counsel respectfully requests that this Court discharge the order to show cause as to all Cellino & Barnes, P.C. claimants.

<strong>CONCLUSION</strong>

Based upon the foregoing, counsel respectfully requests that this Court discharge the order to show cause as to all Cellino & Barnes, P.C. claimants.

DATED:          April 9, 2009

Respectfully submitted,

**CELLINO & BARNES, P.C.**

By:          _____

Brian A. Goldstein
Main Place Towers
350 Main Street, 25th Floor
Buffalo, NY 14202
(716) 854-2020