## Michael Williams

| | |
|---|---|
| From: | Elliott Neal [eneal@browngreer.com] |
| Sent: | Wednesday, April 01, 2009 11:32 AM |
| To: | Michael Williams; Brian Goldstein |
| Cc: | Bill Atkinson |
| Subject: | RE: Vioxx Claimant Marcella Cook 1075367 |

Mike:

Thank you for the authorization to replace the regular Release for Marcella Cook with a Special State Release. We will process this cure today.

Currently, the following Claimants represented by your firm have R-33(b) Deficiencies:

Jimmy Dingler (1075486)
Charlene Hummel (1075885)
Fred Mayberry (1076261)
Jackie Wallace (1077166)

We received Attachment 1's for all four of these Claimants on 3/30 that can cure the R-33(b) Deficiencies. After the documents have been reviewed by Merck's counsel, the R-33(b) Deficiencies will likely be removed. You do not need to take further action at this time.

Please let me know if you have any additional questions. Thank you.

Elliott

**Elliott Neal**
Analyst
**BROWNGREER PLC**
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Telephone: (804) 521-7236
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

---

**From:** Michael Williams [mailto:michael.williams@cellinoandbarnes.com]
**Sent:** Wednesday, April 01, 2009 11:04 AM
**To:** Elliott Neal; Brian Goldstein
**Cc:** Bill Atkinson
**Subject:** RE: Vioxx Claimant Marcella Cook 1075367

4/1/2009

Dear Mr. Neal,
Thank you for the curative option.

I confirm that you are authorized to swap the Special State Release for the previously submitted "regular" Release.

Merck has identified five additional Cellino & Barnes, P.C. claimants as having an R-33b deficiency of this sort in Exhibit A to its Third OSC re Enrollment Deficiencies. A copy is attached for your convenience.

This e-mail addresses Marcella Cook and we addressed claimant Louis Hensley through an e-mail exchange earlier today. May we address the remaining four claimants in the same manner to fully resolve all Cellino & Barnes, P.C. R-33b issues?

Thank you in advance for any information as to curing these remaining deficiencies and, as always, your assistance in resolving these issues.
Mike

Michael J. Williams, Esq.
Cellino & Barnes, P.C.
350 Main Street, 25th Floor
2500 Main Place Tower
Buffalo, NY 14202
1-800-483-2050
michael.williams@cellinoandbarnes.com

---

**From:** Elliott Neal [mailto:eneal@browngreer.com]
**Sent:** Monday, March 30, 2009 10:38 AM
**To:** Michael Williams; Brian Goldstein
**Cc:** Bill Atkinson
**Subject:** Vioxx Claimant Marcella Cook 1075367

Marcella Cook, 1075367

The above Claimant currently has an R-39 Deficiency. This Deficiency was awarded because the Claimant requires a Special State Release but submitted a "regular" Release. The difference between a "regular" Release and a Special State Release is the text in paragraph 1(b) of the Release.

Attached below is the "regular" Release submitted for Marcella Cook:

<<Cook Release.pdf>>

A Special State Release contains an additional sentence added to the end of paragraph 1(b). The added sentence reads: "Without limitation of the foregoing, the Released Parties include the parties listed on Attachment 1 hereto."

In order to resolve the R-39 Deficiency, you can either have your client re-execute a Special State Release or you can take the following steps to "swap" the terms of the "regular" Release that you previously submitted with the terms of a Special State Release:

1. Contact your client and explain the proposed change in the terms of the Release by adding the sentence, "Without limitation of the foregoing, the Released Parties include the parties listed on Attachment 1 hereto." to paragraph 1(b) in the text of the "regular" Release to create a Special State

4/1/2009

Release.

2. If she agrees to this change in terms, please send me an email affirming that you contacted her and that she has approved the "swap" of the Special State Release for the "regular" Release.

3. Upon receipt of your email, we will perform the "swap" and the R-39 Deficiency will be resolved.

Please let me know if you have any questions. Thank you.

**Elliott Neal**
Analyst
BROWNGREER PLC
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Telephone: (804) 521-7236
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

---

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.
If you have received this e-mail in error please notify the originator of the message.

The views expressed in this message are those of the individual sender, except where and to the extent the sender specifies and, with proper authority, states them to be the views of Cellino & Barnes, P.C.

4/1/2009