## Michael Williams

**From:** Elliott Neal [eneal@browngreer.com]
**Sent:** Wednesday, April 01, 2009 10:46 AM
**To:** Michael Williams
**Subject:** RE: Vioxx Claimant Louis Hensley 1075820

Mike,

It's no problem. We will process this immediately. Thanks again.

Elliott

**Elliott Neal**
Analyst
BROWNGREER PLC
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Telephone: (804) 521-7236
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

---

**From:** Michael Williams [mailto:michael.williams@cellinoandbarnes.com]
**Sent:** Wednesday, April 01, 2009 10:44 AM
**To:** Elliott Neal
**Subject:** RE: Vioxx Claimant Louis Hensley 1075820

Elliott, my apologies for misunderstanding. Please find the Attachment 1 attached to this e-mail.
Mike

---

**From:** Elliott Neal [mailto:eneal@browngreer.com]
**Sent:** Wednesday, April 01, 2009 10:31 AM
**To:** Michael Williams
**Subject:** RE: Vioxx Claimant Louis Hensley 1075820

Mr. Williams:

Thank you for your email. We will process your responses today and hopefully Mr. Hensley's Enrollment Deficiencies will soon be resolved. In order to cure the R-33(b) properly, however, we need you to attach the approved Attachment 1 to an email and send it to me. I apologize for the formality, and thank you again for your response.

4/1/2009

Elliott

**Elliott Neal**
Analyst
**BROWNGREER PLC**
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Telephone: (804) 521-7236
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

---

**From:** Michael Williams [mailto:michael.williams@cellinoandbarnes.com]
**Sent:** Wednesday, April 01, 2009 10:23 AM
**To:** Elliott Neal; Brian Goldstein
**Cc:** Bill Atkinson; Karen Byrns; Robin Crowley
**Subject:** RE: Vioxx Claimant Louis Hensley 1075820

Dear Mr. Neal,
Thank you for these curative options.

With regard to the R-7 deficiency, this will be cured by Stipulation of Dismissal. Merck Counsel Charles Cohen, Esq. and Case Coordinator Julia MacPherson were e-mailed this request earlier this morning. In the event that you are tracking these matters administratively, please also be advised that Stipulations of Dismissal will be filed for all derivative claimant deficiencies as identified in Exhibit A to the Fourth OSC re enrollment Deficiencies and in Exhibit A to the Sixth OSC re Enrollment Deficiencies. Copies of these Exhibits are attached for your convenience.

With regard to the R-33(b) deficiency, the Attachment 1 is approved for processing. Thank you for preparing it.

With regard to the R-6 deficiency:

I previously submitted a Release for the Claimant(s) identified above. Then I submitted a new Releasor Signature Page for the Claimant, but did not attach it to a copy of the Release when I did so. I now authorize the Claims Administrator to combine the new Releasor Signature Page for the Claimant, the Release submitted previously for this Claimant, and any Derivative Claimant Signature Pages, Certifications of Counsel and Attachment 1 (if applicable) that I have submitted previously in connection with this claim, into one complete Release. I represent and warrant that the person who signed the Releasor Signature Page was familiar with and agreed to all the terms of the Release before and at the time of signature. I agree on behalf of each Claimant that the complete Release resulting from the authorization provided in this email shall be binding and enforceable to the same extent as if all the components of the Release had been submitted simultaneously.

Please advise if you require anything further to resolve all deficiencies with regard to Vioxx Claimant Louis Hensley, VCN 1075820. As always, thank you for your assistance in resolving these issues.
Mike

Michael J. Williams, Esq.

4/1/2009

Cellino & Barnes, P.C.
350 Main Street, 25th Floor
2500 Main Place Tower
Buffalo, NY 14202
1-800-483-2050
michael.williams@cellinoandbarnes.com

---

**From:** Elliott Neal [mailto:eneal@browngreer.com]
**Sent:** Monday, March 30, 2009 9:17 AM
**To:** Michael Williams; Brian Goldstein
**Cc:** Bill Atkinson
**Subject:** Vioxx Claimant Louis Hensley 1075820

Louis Hensley, 1075820

The above Claimant has an R-6, R-7, and R-33(b) Deficiency. Please note that the deadline to cure Enrollment Deficiencies has passed. Please try to cure these Deficiencies immediately. Merck is filing motions with the federal MDL Court as to any Claimant with any Deficiency in a Release, asking the Claimant's Primary Counsel to show cause as to why the Claimant's claim should not be dismissed or closed for failure to Enroll fully. You should act now to cure these Deficiencies to place the Claimant in the best position possible before the Court on such motions.

This Claimant received the R-6 Deficiency because a Releasor's signature page was submitted alone, without the full text of the Release. This Deficiency can be cured by sending me an email with the Claimant's name and the following paragraph, authorizing the Claims Administrator to combine the lone Releasor's signature page with the full text of the Release you previously submitted:

> I previously submitted a Release for the Claimant(s) identified above. Then I submitted a new Releasor Signature Page for the Claimant, but did not attach it to a copy of the Release when I did so. I now authorize the Claims Administrator to combine the new Releasor Signature Page for the Claimant, the Release submitted previously for this Claimant, and any Derivative Claimant Signature Pages, Certifications of Counsel and Attachment 1 (if applicable) that I have submitted previously in connection with this claim, into one complete Release. I represent and warrant that the person who signed the Releasor Signature Page was familiar with and agreed to all the terms of the Release before and at the time of signature. I agree on behalf of each Claimant that the complete Release resulting from the authorization provided in this email shall be binding and enforceable to the same extent as if all the components of the Release had been submitted simultaneously.

The R-7 Deficiency was awarded because we never received a Derivative Claimant signature page for Derivative Claimant Roxy Hensley. In order to resolve this Deficiency, please send in a properly notarized Derivative Claimant signature page with an original signature and Certification of Counsel page for Roxy Hensley.

The R-33(b) Deficiency was awarded because the Attachment 1 previously submitted was left blank. We have generated a new Attachment 1 for you to aid in curing this Deficiency. Please review the attached document and, if you approve, email it back to us for processing.

<<Hensley Attachment 1.pdf>>

4/1/2009

Please let me know if you have any questions. Thank you.

**Elliott Neal**
Analyst
**BROWNGREER PLC**
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Telephone: (804) 521-7236
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

---

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.
If you have received this e-mail in error please notify the originator of the message.

The views expressed in this message are those of the individual sender, except where and to the extent the sender specifies and, with proper authority, states them to be the views of Cellino & Barnes, P.C.

---

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.
If you have received this e-mail in error please notify the originator of the message.

The views expressed in this message are those of the individual sender, except where and to the extent the sender specifies and, with proper authority, states them to be the views of Cellino & Barnes, P.C.

4/1/2009