# BROWNGREER ‖ PLC - VIOXX SETTLEMENT

- Home
- News and Developments
- Primary Counsel Profile
- Upload Files
- Download Files
- Claimant Search
- Extraordinary Injury Program
- Enrollment
- Claims
- Liens
- Overlap Claimants
- FAQ
- Sign Out

## Enrollment Status

This section provides information on the Enrollment Status on each of your Claimants and behalf.

To see this information, execute one of the Search types below. Use Specific Claimant S Name. To move to a portion of your Claimant list by alphabetical order, you may search by search for "S" will take you to the first Last Name beginning with "S". Click Search All Status Search to pull up documents that are NCD, Deficient or Pending. Use ALL to retri can limit the search to Releases, Stipulations, MA or EA, or select All to see all of them for which you received notice from the Claims Administrator of a posting. Click on the Calenda

[Back To Enrollment Main Page]

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed or posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive should try to cure it by sending us whatever Cure Action is required immediately. We wil your Vioxx Portal any findings we receive from Merck on cure materials you submitte Because the deadline itself has not been moved, that date will still appear as the deadline the Deficiency after March 6, 2009, because of when the materials were submitted. Merck i to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking the cause as to why the Claimant's claim should not be dismissed or closed for failure to Enr cure any Deficiencies outstanding as to any Claimants, regardless of when the Deficiency i be removed from the motions.

○ **Search All Claimants**

⦿ **Specific Claimant Search By Name or VCN**

VCN: [        ]
Last Name: [cook]

○ **Document Status**

[Search]

A list of the Claimants matching your search criteria appears below.

**Enrollment Status.** The column labeled "Status" shows you the current Enrollment Status **Interim Payment Enrolled** (shown as "IP Enrolled"), **Enrolled**, **Not Enrolled** or **Ineligib** place your cursor over the status you wish to learn more about.

The status determinations posted here are not final. They are subject to all the terms submission of a timely Certification of Final Enrollment, Merck's right under Section 1.2.6 all Enrollment Forms submitted by counsel, and review of all Enrollment Documents for co

Enrollment Documents. The four types of Claimant Enrollment Documents are listed be
Medical Record Authorization ("MA"); and Employment Record Authorization ("EA"). Th

If the space for a document is blank, the Claims Administrator has not received that docume
will have one of the following statuses:
**Received** , **Deficiency** , **Pending** , **NCD** , **CAP 2008-1 Compliant** or Not Required.

For any Deficiencies shown for a Document as to which you previously received notice of
in an attempt to cure the Deficiency, the current status of **Deficiency** shown below mea
reviewed and did not correct the problem. As a result, read the Cure Action provided and try

Click **Print Options** to specify the criteria to include in a printed report on Deficienc
individual Deficiency Notices when viewing them on screen.

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed on
posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive no
should try to cure it by sending us whatever Cure Action is required immediately. We will
your Vioxx Portal any findings we receive from Merck on cure materials you submitted
Because the deadline itself has not been moved, that date will still appear as the deadline t
the Deficiency after March 6, 2009, because of when the materials were submitted. Merck
as to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking
show cause as to why the Claimant's claim should not be dismissed or closed for failur
possible to cure any Deficiencies outstanding as to any Claimants, regardless of when th
Deficiencies will be removed from the motions.

Search Results:- You may sort each column by clicking on the header for that column

| VCN | Name | Enroll. Status | Release | Stipulat |
|---|---|---|---|---|
| 1075365 | Cook, Beatrice | Enrolled | NCD | NCD |
| 1075362 | Cook, Gerard | IP Enrolled | NCD | NCD |
| 1075364 | Cook, James | Enrolled | NCD | NCD |
| 1075366 | Cook, Joseph | Enrolled | NCD | NCD |
| 1075367 | Cook, Marcella | IP Enrolled | NCD | NCD |
| 1075368 | Cooke, Rosemarie | Enrolled | NCD | NCD |
| 1075369 | Cooksey, Lillie | Ineligible | | |

# BROWNGREER PLC - VIOXX SETTLEMENT

- Home
- News and Developments
- Primary Counsel Profile
- Upload Files
- Download Files
- Claimant Search
- Extraordinary Injury Program
- Enrollment
- Claims
- Liens
- Overlap Claimants
- FAQ
- Sign Out

## Enrollment Status

This section provides information on the Enrollment Status on each of your Claimants and behalf.

To see this information, execute one of the Search types below. Use Specific Claimant S Name. To move to a portion of your Claimant list by alphabetical order, you may search by search for "S" will take you to the first Last Name beginning with "S". Click Search All Status Search to pull up documents that are NCD, Deficient or Pending. Use ALL to retri can limit the search to Releases, Stipulations, MA or EA, or select All to see all of them for which you received notice from the Claims Administrator of a posting. Click on the Calend:

[Back To Enrollment Main Page]

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed or posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive should try to cure it by sending us whatever Cure Action is required immediately. We wil your Vioxx Portal any findings we receive from Merck on cure materials you submitte Because the deadline itself has not been moved, that date will still appear as the deadline the Deficiency after March 6, 2009, because of when the materials were submitted. Merck i to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking the cause as to why the Claimant's claim should not be dismissed or closed for failure to Enr cure any Deficiencies outstanding as to any Claimants, regardless of when the Deficiency i be removed from the motions.

○ **Search All Claimants**

⊙ **Specific Claimant Search By Name or VCN**

VCN: [          ]
Last Name: [dingl]

○ **Document Status**

[Search]

A list of the Claimants matching your search criteria appears below.

**Enrollment Status.** The column labeled "Status" shows you the current Enrollment Status **Interim Payment Enrolled** (shown as "IP Enrolled"), **Enrolled**, **Not Enrolled** or **Ineligib** place your cursor over the status you wish to learn more about.

The status determinations posted here are not final. They are subject to all the terms submission of a timely Certification of Final Enrollment, Merck's right under Section 1.2.6 all Enrollment Forms submitted by counsel, and review of all Enrollment Documents for co

**Enrollment Documents.** The four types of Claimant Enrollment Documents are listed be Medical Record Authorization ("MA"); and Employment Record Authorization ("EA"). Th

If the space for a document is blank, the Claims Administrator has not received that docume will have one of the following statuses:
**Received , Deficiency , Pending , NCD , CAP 2008-1 Compliant** or Not Required.

For any Deficiencies shown for a Document as to which you previously received notice of in an attempt to cure the Deficiency, the current status of **Deficiency** shown below mea reviewed and did not correct the problem. As a result, read the Cure Action provided and try

Click **Print Options** to specify the criteria to include in a printed report on Deficienc individual Deficiency Notices when viewing them on screen.

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed on posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive n should try to cure it by sending us whatever Cure Action is required immediately. We will your Vioxx Portal any findings we receive from Merck on cure materials you submitted Because the deadline itself has not been moved, that date will still appear as the deadline t the Deficiency after March 6, 2009, because of when the materials were submitted. Merck as to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking show cause as to why the Claimant's claim should not be dismissed or closed for failur possible to cure any Deficiencies outstanding as to any Claimants, regardless of when tl Deficiencies will be removed from the motions.

| Search Results:- You may sort each column by clicking on the header for that column |||||
|---|---|---|---|---|
| VCN | Name | Enroll. Status | Release | Stipulat |
| 1075486 | Dingler, Jimmy | Enrolled | Deficiency | NCD |

Confidential Information

# Forms Deficiency Report
## (As of 4/8/09)

VCN: 1075486  
Form Type: Release  
Claimant: Dingler, Jimmy

| Row | Deficiency Report | Deficiency | Cure |
|---|---|---|---|
| 1. | R-31 | A Representative Claimant signed for the Deceased or Incompetent Derivative Claimant identified below, but either: (1) no documentation supporting the authority of the Representative to sign the Release on behalf of the Derivative Claimant has been submitted; or (2) you submitted some document(s) attempting to prove the authority of the person who signed to act in a Representative Claimant capacity, but it is not sufficient because the paperwork does not show that a Court has approved this person as the representative to act on behalf of the Derivative Claimant: Dingler, David | Before you can receive a Notice of Points Award on this claim (if it is found payable), you must submit the documentation showing the authority of the Representative Claimant to act in a representative capacity for the Derivative Claimant, which generally requires a document showing that a court with jurisdiction appointed the Representative Claimant to act. You can keep the claim moving through the claims evaluation process, however, by following the steps prescribed in CAP 2008-1, found on the settlement website, www.browngreer.com/vioxx settlement, under the Deceased Claimants section. If this Derivative Claimant is a party to a pending lawsuit, you can also cure this Deficiency by filing with the court where the case is pending a Stipulation of Dismissal (or such other document necessary under the law and procedural rules applicable to the case) to dismiss this person's claims with prejudice. Contact Merck counsel Charles Cohen at Hughes Hubbard & Reed, cohen@hugheshubbard.com, to send these Stipulations of Dismissal, to obtain a dismissal form, or with any questions on preparing and filing these dismissals. This Deficiency will continue to be posted as "Pending" until Merck's counsel has informed us that the dismissal is complete. If this Derivative Claimant: (a) was referred to in connection with a Tolling Agreement and/or a Claimant Profile Form relating to a Tolling Agreement; (b) is now deceased; (c) no authorized Representative Claimant has been appointed to act for the deceased person; and (d) you do not wish to open an estate to have a representative appointed now, then contact your CA Contact to discuss an alternative method to cure this Deficiency for that person. The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed on March 6, 2009. You should try to cure this Deficiency by sending us the required Cure Action immediately. Merck is filing motions with the federal MDL Court as to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking the Claimant/Claimant's Primary Counsel to show cause as to why the Claimant's claim should not be dismissed or closed for failure to Enroll fully. You should act now to cure this Deficiency to place the Claimant in the best position possible before the Court on such motions. Anyone who cures all Deficiencies will be removed from the motions. |

# BROWNGREER PLC - VIOXX SETTLEMENT

- Home
- News and Developments
- Primary Counsel Profile
- Upload Files
- Download Files
- Claimant Search
- Extraordinary Injury Program
- Enrollment
- Claims
- Liens
- Overlap Claimants
- FAQ
- Sign Out

## Enrollment Status

This section provides information on the Enrollment Status on each of your Claimants and behalf.

To see this information, execute one of the Search types below. Use Specific Claimant S Name. To move to a portion of your Claimant list by alphabetical order, you may search by search for "S" will take you to the first Last Name beginning with "S". Click Search All Status Search to pull up documents that are NCD, Deficient or Pending. Use ALL to retri can limit the search to Releases, Stipulations, MA or EA, or select All to see all of them for which you received notice from the Claims Administrator of a posting. Click on the Calenda

[Back To Enrollment Main Page]

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed or posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive should try to cure it by sending us whatever Cure Action is required immediately. We wil your Vioxx Portal any findings we receive from Merck on cure materials you submitted Because the deadline itself has not been moved, that date will still appear as the deadline the Deficiency after March 6, 2009, because of when the materials were submitted. Merck i to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking the cause as to why the Claimant's claim should not be dismissed or closed for failure to Enre cure any Deficiencies outstanding as to any Claimants, regardless of when the Deficiency i be removed from the motions.

○ **Search All Claimants**

⦿ **Specific Claimant Search By Name or VCN**

VCN : [          ]
Last Name : [hens]

○ **Document Status**

[Search]

A list of the Claimants matching your search criteria appears below.

**Enrollment Status.** The column labeled "Status" shows you the current Enrollment Status **Interim Payment Enrolled** (shown as "IP Enrolled"), **Enrolled**, **Not Enrolled** or **Ineligib** place your cursor over the status you wish to learn more about.

The status determinations posted here are not final. They are subject to all the terms submission of a timely Certification of Final Enrollment, Merck's right under Section 1.2.6 all Enrollment Forms submitted by counsel, and review of all Enrollment Documents for co

**Enrollment Documents.** The four types of Claimant Enrollment Documents are listed be Medical Record Authorization ("MA"); and Employment Record Authorization ("EA"). Th

If the space for a document is blank, the Claims Administrator has not received that docume will have one of the following statuses:
**Received** , **Deficiency** , **Pending** , **NCD** , **CAP 2008-1 Compliant** or Not Required.

For any Deficiencies shown for a Document as to which you previously received notice of in an attempt to cure the Deficiency, the current status of **Deficiency** shown below mea reviewed and did not correct the problem. As a result, read the Cure Action provided and try

Click **Print Options** to specify the criteria to include in a printed report on Deficienc individual Deficiency Notices when viewing them on screen.

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed on posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive no should try to cure it by sending us whatever Cure Action is required immediately. We will your Vioxx Portal any findings we receive from Merck on cure materials you submitted Because the deadline itself has not been moved, that date will still appear as the deadline to the Deficiency after March 6, 2009, because of when the materials were submitted. Merck as to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking show cause as to why the Claimant's claim should not be dismissed or closed for failur possible to cure any Deficiencies outstanding as to any Claimants, regardless of when th Deficiencies will be removed from the motions.

| Search Results:- You may sort each column by clicking on the header for that column |||||
|---|---|---|---|---|
| VCN | Name | Enroll. Status | Release | Stipulat |
| 1075820 | Hensley, Louis | Enrolled | Received | NCD |
| 1075821 | Henson, Ruth | IP Enrolled | NCD | NCD |

# BROWNGREER ‖ PLC - VIOXX SETTLEMENT

- Home
- News and Developments
- Primary Counsel Profile
- Upload Files
- Download Files
- Claimant Search
- Extraordinary Injury Program
- Enrollment
- Claims
- Liens
- Overlap Claimants
- FAQ
- Sign Out

## Enrollment Status

This section provides information on the Enrollment Status on each of your Claimants and behalf.

To see this information, execute one of the Search types below. Use Specific Claimant S Name. To move to a portion of your Claimant list by alphabetical order, you may search by search for "S" will take you to the first Last Name beginning with "S". Click Search All Status Search to pull up documents that are NCD, Deficient or Pending. Use ALL to retri can limit the search to Releases, Stipulations, MA or EA, or select All to see all of them for which you received notice from the Claims Administrator of a posting. Click on the Calenda

[Back To Enrollment Main Page]

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed or posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive should try to cure it by sending us whatever Cure Action is required immediately. We wil your Vioxx Portal any findings we receive from Merck on cure materials you submitte Because the deadline itself has not been moved, that date will still appear as the deadline the Deficiency after March 6, 2009, because of when the materials were submitted. Merck i to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking th cause as to why the Claimant's claim should not be dismissed or closed for failure to Enr cure any Deficiencies outstanding as to any Claimants, regardless of when the Deficiency i be removed from the motions.

○ **Search All Claimants**

⦿ **Specific Claimant Search By Name or VCN**

VCN: [          ]
Last Name: [humm]

○ **Document Status**

[Search]

A list of the Claimants matching your search criteria appears below.

**Enrollment Status.** The column labeled "Status" shows you the current Enrollment Status **Interim Payment Enrolled** (shown as "IP Enrolled"), **Enrolled**, **Not Enrolled** or **Ineligib** place your cursor over the status you wish to learn more about.

The status determinations posted here are not final. They are subject to all the terms submission of a timely Certification of Final Enrollment, Merck's right under Section 1.2.6 all Enrollment Forms submitted by counsel, and review of all Enrollment Documents for co

**Enrollment Documents.** The four types of Claimant Enrollment Documents are listed be Medical Record Authorization ("MA"); and Employment Record Authorization ("EA"). Th

If the space for a document is blank, the Claims Administrator has not received that docume will have one of the following statuses:
**Received**, **Deficiency**, **Pending**, **NCD**, **CAP 2008-1 Compliant** or **Not Required**.

For any Deficiencies shown for a Document as to which you previously received notice of in an attempt to cure the Deficiency, the current status of **Deficiency** shown below mea reviewed and did not correct the problem. As a result, read the Cure Action provided and try

Click **Print Options** to specify the criteria to include in a printed report on Deficiency individual Deficiency Notices when viewing them on screen.

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed on posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive n should try to cure it by sending us whatever Cure Action is required immediately. We will your Vioxx Portal any findings we receive from Merck on cure materials you submitted Because the deadline itself has not been moved, that date will still appear as the deadline to the Deficiency after March 6, 2009, because of when the materials were submitted. Merck as to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking show cause as to why the Claimant's claim should not be dismissed or closed for failure possible to cure any Deficiencies outstanding as to any Claimants, regardless of when t Deficiencies will be removed from the motions.

**Search Results:-** You may sort each column by clicking on the header for that column

| VCN | Name | Enroll. Status | Release | Stipulat |
|---|---|---|---|---|
| 1075885 | Hummel, Charlene | Enrolled | Deficiency | NCD |
| 1075886 | Hummel, Kenneth | Enrolled | NCD | NCD |

*Confidential Information*

| | Forms Deficiency Report (As of 4/8/09) | |
|---|---|---|
| VCN: 1075885  Form Type: Release | Claimant: Hummel, Charlene | |

| Row | Deficiency Report | Deficiency | Cure |
|---|---|---|---|
| 1. | R-32 | You submitted only a faxed or electronic pdf of this document and no hard copy, or you submitted a hard copy but the Releasor signature page was a fax or photocopy and not an original signature. | Mail or deliver the original hard copy of the document, or of the Releasor signature page with the entire Release, to the Claims Administrator. The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed on March 6, 2009. You should try to cure this Deficiency by sending us the required Cure Action immediately. Merck is filing motions with the federal MDL Court as to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking the Claimant/Claimant's Primary Counsel to show cause as to why the Claimant's claim should not be dismissed or closed for failure to Enroll fully. You should act now to cure this Deficiency to place the Claimant in the best position possible before the Court on such motions. Anyone who cures all Deficiencies will be removed from the motions. |

# BROWNGREER ‖ PLC - VIOXX SETTLEMENT

- Home
- News and Developments
- Primary Counsel Profile
- Upload Files
- Download Files
- Claimant Search
- Extraordinary Injury Program
- Enrollment
- Claims
- Liens
- Overlap Claimants
- FAQ
- Sign Out

## Enrollment Status

This section provides information on the Enrollment Status on each of your Claimants and behalf.

To see this information, execute one of the Search types below. Use Specific Claimant S Name. To move to a portion of your Claimant list by alphabetical order, you may search by search for "S" will take you to the first Last Name beginning with "S". Click Search All Status Search to pull up documents that are NCD, Deficient or Pending. Use ALL to retri can limit the search to Releases, Stipulations, MA or EA, or select All to see all of them for which you received notice from the Claims Administrator of a posting. Click on the Calend:

[Back To Enrollment Main Page]

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed or posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive should try to cure it by sending us whatever Cure Action is required immediately. We wil your Vioxx Portal any findings we receive from Merck on cure materials you submitte Because the deadline itself has not been moved, that date will still appear as the deadline the Deficiency after March 6, 2009, because of when the materials were submitted. Merck i to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking the cause as to why the Claimant's claim should not be dismissed or closed for failure to Enro cure any Deficiencies outstanding as to any Claimants, regardless of when the Deficiency i be removed from the motions.

○ **Search All Claimants**

⦿ **Specific Claimant Search By Name or VCN**

VCN : [              ]
Last Name : [mayb          ]

○ **Document Status**

[Search]

A list of the Claimants matching your search criteria appears below.

**Enrollment Status.** The column labeled "Status" shows you the current Enrollment Status **Interim Payment Enrolled** (shown as "IP Enrolled"), **Enrolled**, **Not Enrolled** or **Ineligib** place your cursor over the status you wish to learn more about.

The status determinations posted here are not final. They are subject to all the terms submission of a timely Certification of Final Enrollment, Merck's right under Section 1.2.6 all Enrollment Forms submitted by counsel, and review of all Enrollment Documents for co

**Enrollment Documents.** The four types of Claimant Enrollment Documents are listed be
Medical Record Authorization ("MA"); and Employment Record Authorization ("EA"). Th

If the space for a document is blank, the Claims Administrator has not received that docume
will have one of the following statuses:
**Received** , **Deficiency** , **Pending** , **NCD** , **CAP 2008-1 Compliant** or Not Required.

For any Deficiencies shown for a Document as to which you previously received notice of
in an attempt to cure the Deficiency, the current status of **Deficiency** shown below mea
reviewed and did not correct the problem. As a result, read the Cure Action provided and try

Click **Print Options** to specify the criteria to include in a printed report on Deficienc
individual Deficiency Notices when viewing them on screen.

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed on
posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive no
should try to cure it by sending us whatever Cure Action is required immediately. We will
your Vioxx Portal any findings we receive from Merck on cure materials you submitted
Because the deadline itself has not been moved, that date will still appear as the deadline to
the Deficiency after March 6, 2009, because of when the materials were submitted. Merck
as to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking
show cause as to why the Claimant's claim should not be dismissed or closed for failur
possible to cure any Deficiencies outstanding as to any Claimants, regardless of when th
Deficiencies will be removed from the motions.

| Search Results:- You may sort each column by clicking on the header for that column |
|---|

| VCN | Name | Enroll. Status | Release | Stipulat |
|---|---|---|---|---|
| 1076261 | Mayberry, Fred | Enrolled | NCD | NCD |

# BROWNGREER ‖ PLC - VIOXX SETTLEMENT

- Home
- News and Developments
- Primary Counsel Profile
- Upload Files
- Download Files
- Claimant Search
- Extraordinary Injury Program
- Enrollment
- Claims
- Liens
- Overlap Claimants
- FAQ
- Sign Out

## Enrollment Status

This section provides information on the Enrollment Status on each of your Claimants and behalf.

To see this information, execute one of the Search types below. Use Specific Claimant S Name. To move to a portion of your Claimant list by alphabetical order, you may search by search for "S" will take you to the first Last Name beginning with "S". Click Search All Status Search to pull up documents that are NCD, Deficient or Pending. Use ALL to retri can limit the search to Releases, Stipulations, MA or EA, or select All to see all of them for which you received notice from the Claims Administrator of a posting. Click on the Calend

[Back To Enrollment Main Page]

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed or posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive should try to cure it by sending us whatever Cure Action is required immediately. We wil your Vioxx Portal any findings we receive from Merck on cure materials you submitte Because the deadline itself has not been moved, that date will still appear as the deadline the Deficiency after March 6, 2009, because of when the materials were submitted. Merck i to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking the cause as to why the Claimant's claim should not be dismissed or closed for failure to Enr cure any Deficiencies outstanding as to any Claimants, regardless of when the Deficiency i be removed from the motions.

○ **Search All Claimants**

⊙ **Specific Claimant Search By Name or VCN**

VCN: [        ]
Last Name: [wallace]

○ **Document Status**

[Search]

A list of the Claimants matching your search criteria appears below.

**Enrollment Status.** The column labeled "Status" shows you the current Enrollment Status **Interim Payment Enrolled** (shown as "IP Enrolled"), **Enrolled**, **Not Enrolled** or **Ineligib** place your cursor over the status you wish to learn more about.

The status determinations posted here are not final. They are subject to all the terms submission of a timely Certification of Final Enrollment, Merck's right under Section 1.2.6 all Enrollment Forms submitted by counsel, and review of all Enrollment Documents for co

**Enrollment Documents.** The four types of Claimant Enrollment Documents are listed be Medical Record Authorization ("MA"); and Employment Record Authorization ("EA"). Th

If the space for a document is blank, the Claims Administrator has not received that docume will have one of the following statuses:
**Received** , **Deficiency** , **Pending** , **NCD** , **CAP 2008-1 Compliant** or Not Required.

For any Deficiencies shown for a Document as to which you previously received notice of in an attempt to cure the Deficiency, the current status of **Deficiency** shown below mea reviewed and did not correct the problem. As a result, read the Cure Action provided and try

Click **Print Options** to specify the criteria to include in a printed report on Deficienc individual Deficiency Notices when viewing them on screen.

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed on posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive n should try to cure it by sending us whatever Cure Action is required immediately. We will your Vioxx Portal any findings we receive from Merck on cure materials you submitted Because the deadline itself has not been moved, that date will still appear as the deadline t the Deficiency after March 6, 2009, because of when the materials were submitted. Merck as to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal askin show cause as to why the Claimant's claim should not be dismissed or closed for failur possible to cure any Deficiencies outstanding as to any Claimants, regardless of when t Deficiencies will be removed from the motions.

Search Results:- You may sort each column by clicking on the header for that column

| VCN | Name | Enroll. Status | Release | Stipulat |
|---|---|---|---|---|
| 1077166 | Wallace, Jackie | Enrolled | NCD | NCD |