## Michael Williams

To: MacPherson, Juliana
Cc: cohen@hugheshubbard.com
Attachments: FIFTH OSC re Enrollment Deficiencies Exh C.pdf

Juliana,

Cellino & Barnes, P.C. is identified as having six additional derivative claimants who are impeding resolution of their primary claimant's claims due to R-22, R-24, R-26 and R-28 notary deficiencies rather than having been specifically categorized as derivative deficiencies. These derivative claimants are identified on Exhibit C to the Fifth OSC Motion re Enrollment Deficiencies attached to this e-mail.

Enrollment counsel Brian A. Goldstein will sign Stipulations of Dismissal to resolve these deficiency issues. As with the derivative issues in our e-mails earlier today, Exhibit C includes persons identified as deficient derivative claimants who have not been named in any complaint. Accordingly, I understand that the signed Stipulations of Dismissal will be submitted to the Court and, should the Court decline to order "dismissal," that the Stipulations will be tendered to the Claims Administrator to resolve these derivative deficiencies.

As the Court requires an immediate response as to the resolution of these deficiencies, would you kindly confirm receipt of this e-mail? Thank you in advance and, as always, for your assistance in resolving these issues.

Mike

Michael J. Williams, Esq.
Cellino & Barnes, P.C.
350 Main Street, 25th Floor
2500 Main Place Tower
Buffalo, NY 14202
1-800-483-2050
michael.williams@cellinoandbarnes.com

4/1/2009

Case 2:05-md-01657-EEF-DEK   Document 18054-4   Filed 03/25/2009   Page 1 of



### Fifth OSC Motion re Enrollment Deficiencies
### Exhibit C – Filed Cases
### (Notary Issues for Derivative Claimants)

|  | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 1. | Andrews & Thornton | Mckee, Willie M. | R-24 | McKee, Willie v. Merck & Co., Inc. | 2:05-cv-04256-EEF-DEK | McKee, Willie |
| 2. | Blizzard, McCarthy & Nabers, LLP | Van Derel, John F. | R-24 | Gillette, Ronald D. v. Merck & Co., Inc. | 2:05-cv-05442-EEF-DEK | Van Derel, Michael |
| 3. | Blizzard, McCarthy & Nabers, LLP | Van Derel, John F. | R-24 | Gillette, Ronald D. v. Merck & Co., Inc. | 2:05-cv-05442-EEF-DEK | Kopecky, Jean |
| 4. | Blizzard, McCarthy & Nabers, LLP | Van Derel, John F. | R-24 | Gillette, Ronald D. v. Merck & Co., Inc. | 2:05-cv-05442-EEF-DEK | Van Derel, Andee |
| 5. | Branch Law Firm | Lambert, Judy | R-24 | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK | Lambert, William |
| 6. | Branch Law Firm | Patterson, Hazel | R-22 | Anderson, Clifton v. Merck & Co., Inc. | 2:07-cv-03935-EEF-DEK | Patterson, Jr., Thomas |
| 7. | Carey & Danis, LLC | Howell, Sr., Rudolph | R-24 | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK | Wrenn, Linda |
| 8. | Carey & Danis, LLC | Stinnett, Fannie H. | R-24 | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK | Stinnett, Furman |
| 9. | Carlile Law Firm, The | Wickware, Dec'D., Ravay V. | R-22 | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | Deveraux, Patricia |
| 10. | Carlile Law Firm, The | Wickware, Dec'D., Ravay V. | R-26 | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | Wickware, Rachel |
| 11. | Cellino & Barnes, P.C. | Capasso, Jayne | R-24 | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK | Capasso, Paul |
| 12. | Cellino & Barnes, P.C. | Jankowski, Anthony | R-24 | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK | Jankowski, Judy |
| 13. | Cellino & Barnes, P.C. | Lafollette, Virginia E. | R-24 | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK | Lafollette, James |
| 14. | Cellino & Barnes, P.C. | Priest, Shirley | R-22 | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK | Priest, Wayne |
| 15. | Cellino & Barnes, P.C. | Thrash, Terry L. | R-28 | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK | Thrash, Angie |
| 16. | Cellino & Barnes, P.C. | Umbleby, Logan | R-26 | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | Umbleby, Patricia |
| 17. | Driggs Bills & Day PC | Sanchez, Antonio | R-28 | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK | Cortez, Pamala |
| 18. | Freese & Goss, PLLC | Fatla, Carol | R-24 | Durham v. Merck & Co., | 2:07-cv-09196- | FATLA, |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| | | J. | | Inc. | EEF-DEK | PAUL |
| 19. | Freese & Goss, PLLC | Lambert, Garland | R-24 | Lambert, Omega v. Merck & Co., Inc. | 2:06-cv-11117-EEF-DEK | Lambert, Omega |
| 20. | Freese & Goss, PLLC | Radtke, William R. | R-23 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK | Radke, Mary |
| 21. | Gallagher Law Firm (TX) | Kazik, Jennifer | R-24 | Kazik, Jennifer v. Merck & Co., Inc. | 2:08-cv-00616-EEF-DEK | Kazik, Cheryl |
| 22. | Harang, Jack W., APLC | Middlemiss, Keith | R-24 | Allen, Carol S. v. Merck & Co., Inc. | 2:06-cv-06437-EEF-DEK | Middlemiss, Jeffrey |
| 23. | Kline & Specter, PC | Andree, Sonja | R-22 | Ahmed, Alauddin v. Merck & Co., Inc. | 2:06-cv-03639-EEF-DEK | ANDREE, RICHARD |
| 24. | Kline & Specter, PC | Breezee, Glen E. | R-26 | Breezee, Glen v. Merck & Co., Inc. | 2:06-cv-03110-EEF-DEK | BREEZEE, LINDA |
| 25. | Laminack, Pirtle & Martines | Maull, Estate Of Clara | R-24 | Maull, Dizzie D. v. Merck & Co., Inc. | 2:06-cv-07025-EEF-DEK | Maull, Dizzie |
| 26. | Matthews & Associates | Rodriguez Marquez, Manuel | R-26 | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK | Rodriguez Roman, Manuel |
| 27. | Pro Se | Poole, Louise | R-22 | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK | Burr, Brenda |
| 28. | Trubitsky, Marina & Associates | Sadikov, Arcadiy None | R-28 | Gelman, Vadim v. Merck & Co., Inc. | 2:07-cv-01078-EEF-DEK | Satskova, Tatiana |
| 29. | Weitz & Luxenberg, P.C. | Sherman, Ruby J. | R-28 | Sherman, Ruby J. v. Merck & Co., Inc. | 2:05-cv-04902-EEF-DEK | Sherman, Donald |
| 30. | Yosha, Buddy, Law Offices of | Siefert, Thomas W. | R-24 | Rexroat, Virginia v. Merck & Co., Inc. | 2:06-cv-03880-EEF-DEK | Seifert, Scarlett |
| 31. | Young Firm, The | Mueller, Eike J.w. | R-24 | Mueller, Eike J.W. v. Merck & Co., Inc. | 2:06-cv-06750-EEF-DEK | Mueller, Ling |