UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
VIOXX PRODUCT LIABILITY LITIGATION  )   MDL NO. 1657
                                    )
                                    )   SECTION: L
                                    )
                                    )   JUDGE FALLON
                                    )   MAG. JUDGE KNOWLES
                                    )
                                    )
*THIS DOCUMENT RELATES TO:*         )
Cellino & Barnes, P.C. Plaintiffs Identified in  )
Defendant's Motion, Document 18053, Exh. A  )
                                    )

**PLAINTIFF'S RETURN TO DEFENDANT MERCK & CO., INC.'S *FOURTH* MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET (*Deficiencies as to Deceased Claimants*)**

On March 25, 2009, defendant Merck & Co., Inc. ("Merck") filed its above-entitled motion requesting that an order to show cause issue as to why certain plaintiffs' individual claims should not be dismissed with prejudice. On March 27, 2009, this Court filed the requested order to show cause and ordered that oppositions be filed on or before April 8, 2009. The basis for this motion was that certain deceased claimants' estates had failed to complete the enrollment process.

As to the deficiencies identified on Merck's Motion at Exhibit A regarding R-31 derivative claimant deficiencies, counsel intends to dismiss these derivative claims in the same manner as all pending derivative claimant deficiencies. The attached e-mail exchange with Merck counsel and Case Coordinator Juliana MacPherson, documents the parties' intention to resolve derivative issues by stipulations of dismissal signed by the parties and presented to this Court. (Exhibit A.) As all claimants have entered into a

1

settlement process that provides for no independent value for derivative claims, the derivative claimants have agreed to dismiss their claims so that the primary claimant may proceed unimpeded to resolution.

To date, plaintiffs have not received the stipulations from Merck. However, the parties have resolved numerous claims by analogous stipulations in the past and plaintiffs anticipate no issues arising between the parties as to completing this process. As the parties have stipulated to a process that cures the identified deficiencies, subject to Merck completing the process and this Court's approval or the Claims Administrator's administrative action, counsel respectfully requests that this Court discharge the order to show cause as to all Cellino & Barnes, P.C. claimants identified at Exhibit A to the above-captioned motion for R-31 deficiencies.

As to the remaining claimants, the Claims Administrator's website reflects the curative submissions for Cecil Brand, Lottie Karbowski, Helen Proietti and Olga Unterberger. (Exhibit B.) Counsel respectfully requests that this Court discharge the order to show cause as to these claimants.

Finally, with regard to all remaining claimants, counsel has complied with the CAP 2008-1 process and submitted form V2031 documentation for each claimant. Counsel will continue reviewing the Claims Administrator's website daily to identify and resolve perceived deficiencies that remain in need of additional information or to address any newly-identified deficiency that may be posted. As the required process has been completed for each of these claimants, and any newly identified or perceived continuing deficiency will be promptly resolved, counsel respectfully requests that this Court discharge the order to show cause as to these claimants.

## CONCLUSION

Based upon the forgoing, Counsel respectfully requests that this Court discharge the order to show cause (1) as to all R-31 derivative claimants pursuant to the parties' intended stipulations of dismissal, (2) as to Cecil Brand, Lottie Karbowski, Helen Proietti and Olga Unterberger as having been cured and (3) as to all remaining claimants based on completion of the required responsive process subject to supplemented submissions based upon any further direction from the Claims Administrator.

DATED:    April 9, 2009

                                  Respectfully submitted,

                                  CELLINO & BARNES, P.C.

By: _____
Brian A. Goldstein
Main Place Towers
350 Main Street, 25th Floor
Buffalo, NY 14202
(716) 854-2020