# BROWNGREER ‖ PLC - VIOXX SETTLEMENT

- Home
- News and Developments
- Primary Counsel Profile
- Upload Files
- Download Files
- Claimant Search
- Extraordinary Injury Program
- Enrollment
- Claims
- Liens
- Overlap Claimants
- FAQ
- Sign Out

## Enrollment Status

This section provides information on the Enrollment Status on each of your Claimants and behalf.

To see this information, execute one of the Search types below. Use Specific Claimant S Name. To move to a portion of your Claimant list by alphabetical order, you may search by search for "S" will take you to the first Last Name beginning with "S". Click Search All Status Search to pull up documents that are NCD, Deficient or Pending. Use ALL to retri can limit the search to Releases, Stipulations, MA or EA, or select All to see all of them for which you received notice from the Claims Administrator of a posting. Click on the Calenda

[Back To Enrollment Main Page]

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed or posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive should try to cure it by sending us whatever Cure Action is required immediately. We wil your Vioxx Portal any findings we receive from Merck on cure materials you submitte Because the deadline itself has not been moved, that date will still appear as the deadline the Deficiency after March 6, 2009, because of when the materials were submitted. Merck i to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking the cause as to why the Claimant's claim should not be dismissed or closed for failure to Enro cure any Deficiencies outstanding as to any Claimants, regardless of when the Deficiency i be removed from the motions.

○ **Search All Claimants**

⦿ **Specific Claimant Search By Name or VCN**

VCN : [          ]
Last Name : [brand     ]

○ **Document Status**

[Search]

A list of the Claimants matching your search criteria appears below.

**Enrollment Status.** The column labeled "Status" shows you the current Enrollment Status **Interim Payment Enrolled** (shown as "IP Enrolled"), **Enrolled** , **Not Enrolled** or **Ineligib** place your cursor over the status you wish to learn more about.

The status determinations posted here are not final. They are subject to all the terms submission of a timely Certification of Final Enrollment, Merck's right under Section 1.2.6 all Enrollment Forms submitted by counsel, and review of all Enrollment Documents for co

**Enrollment Documents.** The four types of Claimant Enrollment Documents are listed be Medical Record Authorization ("MA"); and Employment Record Authorization ("EA"). Th

If the space for a document is blank, the Claims Administrator has not received that docume will have one of the following statuses:
**Received**, **Deficiency**, **Pending**, **NCD**, **CAP 2008-1 Compliant** or **Not Required**.

For any Deficiencies shown for a Document as to which you previously received notice of in an attempt to cure the Deficiency, the current status of **Deficiency** shown below mea reviewed and did not correct the problem. As a result, read the Cure Action provided and try

Click **Print Options** to specify the criteria to include in a printed report on Deficienc individual Deficiency Notices when viewing them on screen.

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed on posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive n should try to cure it by sending us whatever Cure Action is required immediately. We will your Vioxx Portal any findings we receive from Merck on cure materials you submitted Because the deadline itself has not been moved, that date will still appear as the deadline to the Deficiency after March 6, 2009, because of when the materials were submitted. Merck as to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking show cause as to why the Claimant's claim should not be dismissed or closed for failur possible to cure any Deficiencies outstanding as to any Claimants, regardless of when th Deficiencies will be removed from the motions.

| Search Results:- You may sort each column by clicking on the header for that column |
| --- |

| VCN | Name | Enroll. Status | Release | Stipulat |
| --- | --- | --- | --- | --- |
| 1075167 | Brand, Cecil | IP Enrolled | Pending | NCD |

# BROWNGREER ‖ PLC - VIOXX SETTLEMENT

- Home
- News and Developments
- Primary Counsel Profile
- Upload Files
- Download Files
- Claimant Search
- Extraordinary Injury Program
- Enrollment
- Claims
- Liens
- Overlap Claimants
- FAQ
- Sign Out

## Enrollment Status

This section provides information on the Enrollment Status on each of your Claimants and behalf.

To see this information, execute one of the Search types below. Use Specific Claimant S Name. To move to a portion of your Claimant list by alphabetical order, you may search by search for "S" will take you to the first Last Name beginning with "S". Click Search All Status Search to pull up documents that are NCD, Deficient or Pending. Use ALL to retri can limit the search to Releases, Stipulations, MA or EA, or select All to see all of them for which you received notice from the Claims Administrator of a posting. Click on the Calenda

[Back To Enrollment Main Page]

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed or posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive should try to cure it by sending us whatever Cure Action is required immediately. We wil your Vioxx Portal any findings we receive from Merck on cure materials you submitte Because the deadline itself has not been moved, that date will still appear as the deadline the Deficiency after March 6, 2009, because of when the materials were submitted. Merck i to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking the cause as to why the Claimant's claim should not be dismissed or closed for failure to Enr cure any Deficiencies outstanding as to any Claimants, regardless of when the Deficiency i be removed from the motions.

○ **Search All Claimants**

◉ **Specific Claimant Search By Name or VCN**

VCN: [            ]
Last Name: [karbowski]

○ **Document Status**

[Search]

A list of the Claimants matching your search criteria appears below.

**Enrollment Status.** The column labeled "Status" shows you the current Enrollment Status **Interim Payment Enrolled** (shown as "IP Enrolled"), **Enrolled**, **Not Enrolled** or **Ineligib** place your cursor over the status you wish to learn more about.

The status determinations posted here are not final. They are subject to all the terms submission of a timely Certification of Final Enrollment, Merck's right under Section 1.2.6 all Enrollment Forms submitted by counsel, and review of all Enrollment Documents for co

**Enrollment Documents.** The four types of Claimant Enrollment Documents are listed be Medical Record Authorization ("MA"); and Employment Record Authorization ("EA"). Th

If the space for a document is blank, the Claims Administrator has not received that docume will have one of the following statuses:
**Received** , **Deficiency** , **Pending** , **NCD** , **CAP 2008-1 Compliant** or **Not Required**.

For any Deficiencies shown for a Document as to which you previously received notice of in an attempt to cure the Deficiency, the current status of **Deficiency** shown below mea reviewed and did not correct the problem. As a result, read the Cure Action provided and try

Click **Print Options** to specify the criteria to include in a printed report on Deficienc individual Deficiency Notices when viewing them on screen.

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed on posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive n should try to cure it by sending us whatever Cure Action is required immediately. We will your Vioxx Portal any findings we receive from Merck on cure materials you submitted Because the deadline itself has not been moved, that date will still appear as the deadline t the Deficiency after March 6, 2009, because of when the materials were submitted. Merck as to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking show cause as to why the Claimant's claim should not be dismissed or closed for failur possible to cure any Deficiencies outstanding as to any Claimants, regardless of when t Deficiencies will be removed from the motions.

Search Results:- You may sort each column by clicking on the header for that column

| VCN | Name | Enroll. Status | Release | Stipulat |
|---|---|---|---|---|
| 1075999 | Karbowski, Lottie | IP Enrolled | Pending | NCD |

# BROWNGREER ‖ PLC - VIOXX SETTLEMENT

- Home
- News and Developments
- Primary Counsel Profile
- Upload Files
- Download Files
- Claimant Search
- Extraordinary Injury Program
- Enrollment
- Claims
- Liens
- Overlap Claimants
- FAQ
- Sign Out

## Enrollment Status

This section provides information on the Enrollment Status on each of your Claimants and behalf.

To see this information, execute one of the Search types below. Use Specific Claimant S Name. To move to a portion of your Claimant list by alphabetical order, you may search b search for "S" will take you to the first Last Name beginning with "S". Click Search All Status Search to pull up documents that are NCD, Deficient or Pending. Use ALL to retri can limit the search to Releases, Stipulations, MA or EA, or select All to see all of them for which you received notice from the Claims Administrator of a posting. Click on the Calend

[Back To Enrollment Main Page]

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed or posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive should try to cure it by sending us whatever Cure Action is required immediately. We wil your Vioxx Portal any findings we receive from Merck on cure materials you submitte Because the deadline itself has not been moved, that date will still appear as the deadline the Deficiency after March 6, 2009, because of when the materials were submitted. Merck to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking the cause as to why the Claimant's claim should not be dismissed or closed for failure to Enr cure any Deficiencies outstanding as to any Claimants, regardless of when the Deficiency i be removed from the motions.

○ **Search All Claimants**

⦿ **Specific Claimant Search By Name or VCN**

VCN: [      ]
Last Name: [proi]

○ **Document Status**

[Search]

A list of the Claimants matching your search criteria appears below.

**Enrollment Status.** The column labeled "Status" shows you the current Enrollment Status **Interim Payment Enrolled** (shown as "IP Enrolled"), **Enrolled**, **Not Enrolled** or **Ineligib** place your cursor over the status you wish to learn more about.

The status determinations posted here are not final. They are subject to all the terms submission of a timely Certification of Final Enrollment, Merck's right under Section 1.2.6 all Enrollment Forms submitted by counsel, and review of all Enrollment Documents for co

**Enrollment Documents.** The four types of Claimant Enrollment Documents are listed be Medical Record Authorization ("MA"); and Employment Record Authorization ("EA"). Th

If the space for a document is blank, the Claims Administrator has not received that docume will have one of the following statuses:
**Received** , **Deficiency** , **Pending** , **NCD** , **CAP 2008-1 Compliant** or **Not Required**.

For any Deficiencies shown for a Document as to which you previously received notice of in an attempt to cure the Deficiency, the current status of **Deficiency** shown below mea reviewed and did not correct the problem. As a result, read the Cure Action provided and try

Click **Print Options** to specify the criteria to include in a printed report on Deficienc individual Deficiency Notices when viewing them on screen.

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed on posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive n should try to cure it by sending us whatever Cure Action is required immediately. We will your Vioxx Portal any findings we receive from Merck on cure materials you submitted Because the deadline itself has not been moved, that date will still appear as the deadline t the Deficiency after March 6, 2009, because of when the materials were submitted. Merck as to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking show cause as to why the Claimant's claim should not be dismissed or closed for failur possible to cure any Deficiencies outstanding as to any Claimants, regardless of when tl Deficiencies will be removed from the motions.

| Search Results:- You may sort each column by clicking on the header for that column |
|---|

| VCN | Name | Enroll. Status | Release | Stipulat |
|---|---|---|---|---|
| 1076607 | Proietti, Helen | IP Enrolled | Pending | NCD |

# BROWNGREER ‖ PLC - VIOXX SETTLEMENT

- Home
- News and Developments
- Primary Counsel Profile
- Upload Files
- Download Files
- Claimant Search
- Extraordinary Injury Program
- Enrollment
- Claims
- Liens
- Overlap Claimants
- FAQ
- Sign Out

## Enrollment Status

This section provides information on the Enrollment Status on each of your Claimants and behalf.

To see this information, execute one of the Search types below. Use Specific Claimant S Name. To move to a portion of your Claimant list by alphabetical order, you may search b search for "S" will take you to the first Last Name beginning with "S". Click Search All Status Search to pull up documents that are NCD, Deficient or Pending. Use ALL to retri can limit the search to Releases, Stipulations, MA or EA, or select All to see all of them for which you received notice from the Claims Administrator of a posting. Click on the Calend

[Back To Enrollment Main Page]

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed or posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive should try to cure it by sending us whatever Cure Action is required immediately. We wil your Vioxx Portal any findings we receive from Merck on cure materials you submitte Because the deadline itself has not been moved, that date will still appear as the deadline the Deficiency after March 6, 2009, because of when the materials were submitted. Merck i to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking th cause as to why the Claimant's claim should not be dismissed or closed for failure to Enr cure any Deficiencies outstanding as to any Claimants, regardless of when the Deficiency i be removed from the motions.

○ **Search All Claimants**

◉ **Specific Claimant Search By Name or VCN**

VCN: [          ]
Last Name: [unterberger]

○ **Document Status**

[Search]

A list of the Claimants matching your search criteria appears below.

**Enrollment Status.** The column labeled "Status" shows you the current Enrollment Status **Interim Payment Enrolled** (shown as "IP Enrolled"), **Enrolled**, **Not Enrolled** or **Ineligib** place your cursor over the status you wish to learn more about.

The status determinations posted here are not final. They are subject to all the terms submission of a timely Certification of Final Enrollment, Merck's right under Section 1.2.6 all Enrollment Forms submitted by counsel, and review of all Enrollment Documents for co

Case 2:05-md-01657-EEF-DEK   Document 18194-2   Filed 04/08/09   Page 8 of 8

**Enrollment Documents.** The four types of Claimant Enrollment Documents are listed be Medical Record Authorization ("MA"); and Employment Record Authorization ("EA"). Th

If the space for a document is blank, the Claims Administrator has not received that docume will have one of the following statuses:
**Received** , **Deficiency** , **Pending** , **NCD** , **CAP 2008-1 Compliant** or **Not Required**.

For any Deficiencies shown for a Document as to which you previously received notice of in an attempt to cure the Deficiency, the current status of **Deficiency** shown below mea reviewed and did not correct the problem. As a result, read the Cure Action provided and try

Click **Print Options** to specify the criteria to include in a printed report on Deficienc individual Deficiency Notices when viewing them on screen.

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed on posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive n should try to cure it by sending us whatever Cure Action is required immediately. We will your Vioxx Portal any findings we receive from Merck on cure materials you submitted Because the deadline itself has not been moved, that date will still appear as the deadline to the Deficiency after March 6, 2009, because of when the materials were submitted. Merck as to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking show cause as to why the Claimant's claim should not be dismissed or closed for failur possible to cure any Deficiencies outstanding as to any Claimants, regardless of when th Deficiencies will be removed from the motions.

| Search Results:- You may sort each column by clicking on the header for that column |||||
|---|---|---|---|---|
| VCN | Name | Enroll. Status | Release | Stipulat |
| 1077109 | Unterberger, Olga | Enrolled | NCD | NCD |