## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:

VIOXX PRODUCT LIABILITY LITIGATION   )    MDL NO. 1657

  )

  )    SECTION: L

  )

  )    JUDGE FALLON

  )    MAG. JUDGE KNOWLES

  )

  )

***THIS DOCUMENT RELATES TO:***    )

Cellino & Barnes, P.C. Plaintiffs Identified in    )

Defendant's Motion, Document 18049, Exh. A    )

_____ )

**PLAINTIFF'S RETURN TO DEFENDANT MERCK & CO., INC.'S *FIRST* MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET (*Fundamental Flaws in Releases*)**

On March 25, 2009, defendant Merck & Co., Inc. ("Merck") filed its above-entitled motion requesting that an order to show cause issue as to why certain plaintiffs' individual claims should not be dismissed with prejudice. On March 27, 2009, this Court filed the requested order to show cause and ordered oppositions filed on or before April 8, 2009. The basis for this motion was various perceived release form deficiencies termed "fundamental" by Merck's motion.

The Claims Administrator identifies no current deficiencies for claimants Nereida Hartman, Rachel Kania, Patsie Marineau, Mark Maxam, Donna Mote and Angeline Rodo (Exhibit A.) Counsel respectfully requests that this Court discharge the order to show cause as to these claimants.

As to claimant Adolfo Arguelles, counsel submitted the required identification to cure the R-99a deficiency to the Claims Administrator on April 1, 2009. Counsel

respectfully notes that this is the same documentation that Merck previously accepted to reinstate this claimant to the settlement process when he was previously subject to the *forum non conveniens* motion that dismissed his civil action.  As Merck previously accepted this same proof of identity to establish Mr. Arguelles' qualification to proceed in the settlement program, counsel respectfully requests that this Court discharge the order to show cause to as his perceived deficiency.

Counsel remains in the process of resolving deficiencies as to the following claimants:  Doris Blanchard, John Dyche, Louis Hensley, William Holland, Charlene Hummel, Eleanor Karpinski, Margaret Kline, Mary Lehman, Patricia Lunn and the estate of Helen Rivera.  Counsel has directed an investigator to locate and gain compliance with all outstanding deficiencies for these claimants.  However, this individualized investigation and contact process has taken greater time than was permitted under this Court's order.  Counsel respectfully requests that this Court grant these claimants an additional 30 days to file their curative documents with the Claims Administrator.

DATED:      April 8, 2009

Respectfully submitted,

CELLINO & BARNES, P.C.

By:

Brian A. Goldstein
Main Place Towers
350 Main Street, 25th Floor
Buffalo, NY 14202
(716) 854-2020

2