UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| Katie Curry; William Mayo; | * | MAG. JUDGE KNOWLES |
| Belle Menendez; Donald Stewart; | * | |
| LQ Morrow; Shirley Plummer; | * | |
| Glenn Thompson and William Williams | * | |

## RESPONSE TO RULE TO SHOW CAUSE

Now into Court come Plaintiffs, through undersigned counsel, who responds to the Rule to Show Cause as follows:

Plaintiffs Katie Curry, Belle Menendez, Donald Stewart and Shirley Plummer have not returned the documents send to them nor have they responded to our correspondence. Undersigned Counsel has no option but to agree that these clients have not meet requirements of the settlement procedure in a timely manner.

Plaintiff, Glenn Thompson was also listed in an additional Rule to Show Cause for derivative claimants and we hereby adopt and rely upon the Response to Rule to Show Cause filed therein.

Plaintiff William Mayo is alleged to be deficient because he did not sign the release and the release was not an original. Mr. Mayo's wife, Ruby Mayo first completed a CAP 2008-1 Release of Claims on October 20, 2008. (See Exhibit A). Due to the deficiency alleging an original was not received another CAP 2008-1 Claim form was completed by Mrs. Mayo on February 25, 2009. (See Exhibit A). In both cases, undersigned counsel remitted the original documents to the claims administration.

1

Plaintiff William Williams is represented by his niece, Betty Britain. Ms. Britain's original release was deficient as she only signed as the derivative claimant. On January 24, 2009, Ms. Britain signed another release. Undersigned counsel received this release and submitted it to the Claims Administration on February 2, 2009. On March 5, 2009, undersigned counsel submitted a V2031 on behalf of Ms. Britain. (See Exhibit B).

Plaintiff LQ Morrow was deemed deficient due to lack of identification. Mr. Morrow passed away in March 2006 and his wife has been unable to locate any of his former identification cards. Plaintiffs have submitted a V2053 on behalf of Mr. Morrow. All of Mr. Morrow required documents have been deemed to have been timely filed with the claims administrator. (See Exhibit C).

Undersigned Counsel and Plaintiffs pray that this Honorable Court will rule that the Plaintiffs, Glenn Thompson, LQ Morrow, William May and William Williams, timely completed all enrollment documents and that Plaintiffs' claim be allowed to proceed through the settlement process.

Respectfully submitted,
/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr., (La Bar #2926)
Salvadore Christina, Jr. (LA Bar #27198)
Becnel Law Firm, L.L. C.
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186 (phone)
(985) 536-6445 (fax)
dbecnel@becnellaw.com
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response to Rule to Show Cause has been served upon all parties by email and U.S. First Class Mail to Plaintiff and Defendant's Liaison Counsel.

On this 8th day of  April 2008,

/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.