# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DANIEL E. BECNEL, III *
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
WILLIAM A. PERCY, III
JUANITA R. MARINO
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
KELLY M. MORTON
*Of Counsel:*
JUDGE RUCHE J. MARINO (RETIRED)

*Also Admitted in Colorado*

Please Reply To:
☐ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104
E-MAIL: becket@becnellaw.com

Kay K. Serven
*Office Administrator*
Susan B. Williams
*Nurse*

April 8, 2009

Scott Monroe
Brown Greer-Vioxx Claims
P.O. Box 85031
Richmond, VA 23285

RE:   V2053        LQ Morrow   1088489

Dear Mr. Monroe,

Please find enclosed an executed C2053 form for Claimant identity Confirmation on the behalf of LQ Morrow.

Sincerely,

Salvadore Christina, Jr.



| V2053 | CLAIMANT IDENTITY CONFIRMATION FORM |
|---|---|

## A. PRIMARY COUNSEL INFORMATION

| Attorney Name | Last: Becnel | First: Daniel | Middle: E |
|---|---|---|---|

| Primary Counsel | Law Firm: Becnel Law Firm |
|---|---|

| Current Address | Street: P.O. Drawer H |
|---|---|
| | City: Reserve   State: La   Zip: 70084   Country: USA |

| Telephone Number: 985-536-1186 | Facsimile: 985-536-6445 | Email: dbecnel@becnellaw.com |
|---|---|---|

## B. CONFIRMATION OF CLAIMANT IDENTITY

I am counsel for the party or parties listed on Attachment A to this Form, who were registered with the Claims Administrator for the Vioxx Settlement Program, and each of whom has also submitted Enrollment Materials for the Program.

I hereby certify and attest to the identity of each of these clients as follows: The individual now executing and submitting Enrollment materials to the Settlement Program with respect to each registered party so listed is either (1) the same individual identified as the Vioxx user in the Registration information provided to the Claims Administrator as to their name, date of birth, address and Social Security Number, or (2) is the legal representative of the person identified in the Registration materials as the Vioxx user, either as a representative of their estate, or by Power of Attorney.

I represent that the identity of each of the individuals referenced above is either personally known to me, or that I have undertaken the steps necessary to verify their identity. I understand that a false representation in this regard may subject me to penalties for fraud under the terms of Article 10 of the Settlement Agreement.

## C. SIGNATURE BY PRIMARY COUNSEL

| Signature: [signed] | Date: 4/9/09 (month/day/year) |
|---|---|
| Printed Name | First: Daniel   MI: E   Last: Becnel |

V2053
#347953
10/1/08

1

| EXHIBIT A | | |
|---|---|---|
| Law Firm Name | BECNEL LAW FIRM, LLC | |
| ☐ No Claimants to list on Exhibit A | | |
| Claimant Information | | |
| Row | VCN | Name |
| 1. | 1088489 | L.Q. Morrow |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |