UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibits A* | § | KNOWLES |
| *and B* | § | |

**PLAINTIFFS' RESPONSE TO MERCK & CO., INC.'S *FIRST* MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET (*Fundamental Flaws in Releases*)**

On March 25, 2009, defendant Merck & Co., Inc. ("Merck") filed its above-entitled motion requesting that an order to show cause issue certain Plaintiffs' to appear in person for the show cause hearing. On March 27, 2009, this Court filed the requested order to show cause and ordered oppositions on or before April 8, 2009. The basis for this motion was that certain Plaintiffs have failed to provide releases. The Plaintiffs represented by the undersigned hereby respond pursuant to this Court's order.

Counsel has worked diligently toward completing enrollment requirements for the settlement program. However, Plaintiffs never willfully refused to comply with their enrollment requirements.

Plaintiffs can be separated into three distinct responsive groups: Plaintiffs that have cured their enrollment deficiencies with the Claims Administrator; Plaintiffs for whom Counsel has been unable to locate; and Plaintiffs that will cure their enrollment deficiencies by the hearing scheduled on April 15, 2009.

I.  **Plaintiffs that have cured their enrollment deficiencies with the Claims Administrator**

Certain Plaintiffs represented by Matthews & Associates timely oppose Defendant's motion. Very recently these certain Plaintiffs have cured their enrollment deficiencies with the Claims Administrator. Of the Plaintiffs identified on Exhibit A to Merck's motion, the following enrollment deficiencies have been cured:

| VCN | LastName | FirstName | Deficiency | Case Caption | Docket # |
|---|---|---|---|---|---|
| 1084012 | Brown | Georgia W. | R-5 | Curtis, Thelma L. v. Merck & Co., Inc. | 06-6946 |
| 1083821 | Crowder | Betty G. | R-99a | Clark, Clara E. v. Merck & Co., Inc. | 06-06942 |
| 1083672 | Mullins | Christina M. | R-5 | Cable, Linda M. v. Merck & Co., Inc. | 05-04759 |
| 1083490 | Ortiz Bastide | Raul | R-5 | Velez, Ruben M. v. Merck & Co., Inc. | 05-04591 |
| 1083283 | Rodriguez Feliciano | Juana R. | R-5 | Ortiz, Idalia M. v. Merck & Co., Inc. | 05-04591 |
| 1084191 | Zelina | Joyce D. | R-5 | Rockingham, Valerie v. Merck & Co., Inc. | 06-07115 |
| 1082691 | Usry | Robert | R-99a | Jenkins, Kenneth v. Merck & Co., Inc. | 06-07116 |

These Plaintiffs have cured their enrollment deficiencies with the Claims Administrator. Thus, these Plaintiffs respectfully request that this Court discharge the order to show cause and deny Merck's motion.

**II.     Plaintiffs that Counsel has been unable to locate**

Counsel has been unable to locate the following Plaintiffs listed on Exhibit A:

| VCN | LastName | FirstName | Deficiency | Case Caption | Docket # |
|---|---|---|---|---|---|
| 1084210 | Nolan | Anna L. | R-29 | Montalto, Karen A. v. Merck & Co., Inc. | 06-06945 |
| 1083515 | Sanders | Ora | R-1, R-32 | Anderson, Johnny E. v. Merck & Co., Inc | 05-04762 |

Plaintiffs' counsel intends to follow Pretrial Order 36 with regard to these unlocatable Plaintiffs.

**III.    Plaintiffs that will cure their enrollment deficiencies prior to April 15, 2009 hearing**

| VCN | LastName | FirstName | Deficiency | Case Caption | Docket # |
|---|---|---|---|---|---|
| 1083583 | Murthil | Favin P. | R-1, R-32 | Anderson, Johnny E. v. Merck & Co., Inc. | 05-04762 |
| 1083379 | Rosario Medina | Migdalia | R-32 | Velez, Ruben M. v. Merck & Co., Inc. | 05-04590 |

These Plaintiffs will cure their enrollment deficiencies with the Claims Administrator prior to the April 15, 2009 hearing.  Thus, these Plaintiffs respectfully request that this Court discharge the order to show cause and deny Merck's motion.

## CONCLUSION

As indicated above, Plaintiffs have either cured their enrollment requirements, have been unable to be located, or will have cured their enrollment deficiencies by the date of the hearing April 15, 2009.  None have willfully failed to comply or impeded individualized litigation of their claims.  In order to balance the interest of the parties and

efficiently resolve these issues without unduly harsh results, Plaintiffs respectfully request that this Court discharge the order to show cause and not be required to appear in person at the hearing on April 15, 2009.  Plaintiffs respectfully submit a proposed order incorporating these requests for this Court's convenience and consideration.

DATED:     April 8, 2009.

Respectfully submitted,

MATTHEWS & ASSOCIATES

s/David P. Matthews
David P. Matthews
2905 Sackett
Houston, TX  77098
(713) 222-8080
(713) 535-7184 fax
dmatthews@thematthewslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Plaintiffs' Response to Merck & Co., Inc.'s First Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met* and *Proposed Order* have been served on Liaison Counsel Russ Herman and Phillip Wittman, by U.S. Mail and/or e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with PTO 28, and that the foregoing was electronically filed with the Clerk of the court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 8th day of April, 2009.

s/David P. Matthews
David P. Matthews
Matthews & Associates
2905 Sackett

Houston, TX  77098
(713) 222-8080
(713) 535-7184 fax
dmatthews@thematthewslawfirm.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibit A* | § | KNOWLES |
| *and B* | § | |

## [PROPOSED] ORDER

Considering the foregoing, Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Resolution Program Enrollment Requirements Have Not Been Met (*Fundamental Flaws in Releases*).  On March 27, 2009, this Court filed the requested, and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that:

(1)  the Order to Show Cause is discharged for the following Plaintiffs:

| VCN | LastName | FirstName | Deficiency | Case Caption | Docket # |
|---|---|---|---|---|---|
| 1084012 | Brown | Georgia W. | R-5 | Curtis, Thelma L. v. Merck & Co., Inc. | 06-6946 |
| 1083821 | Crowder | Betty G. | R-99a | Clark, Clara E. v. Merck & Co., Inc. | 06-06942 |
| 1083672 | Mullins | Christina M. | R-5 | Cable, Linda M. v. Merck & Co., Inc. | 05-04759 |
| 1083490 | Ortiz Bastide | Raul | R-5 | Velez, Ruben M. v. Merck & Co., Inc. | 05-04591 |
| 1083283 | Rodriguez | Juana R. | R-5 | Ortiz, Idalia M. v. Merck & | 05-04591 |

|         | Feliciano     |           |          | Co., Inc.                              |          |
|---------|---------------|-----------|----------|----------------------------------------|----------|
| 1084191 | Zelina        | Joyce D.  | R-5      | Rockingham, Valerie v. Merck & Co., Inc. | 06-07115 |
| 1082691 | Usry          | Robert    | R-99a    | Jenkins, Kenneth v. Merck & Co., Inc.  | 06-07116 |

(2)   the Order to Show Cause is discharged, allowing Plaintiffs' counsel to comply with Pretrial Order 36 for the following Plaintiffs:

| VCN     | LastName | FirstName | Deficiency | Case Caption                        | Docket # |
|---------|----------|-----------|------------|-------------------------------------|----------|
| 1084210 | Nolan    | Anna L.   | R-29       | Montalto, Karen A. v. Merck & Co., Inc. | 06-06945 |
| 1083515 | Sanders  | Ora       | R-1, R-32  | Anderson, Johnny E. v. Merck & Co., Inc | 05-04762 |

(3)   the Order to Show Cause is discharged for the following Plaintiffs:

| VCN     | LastName        | FirstName | Deficiency | Case Caption                          | Docket # |
|---------|-----------------|-----------|------------|---------------------------------------|----------|
| 1083583 | Murthil         | Favin P.  | R-1, R-32  | Anderson, Johnny E. v. Merck & Co., Inc. | 05-04762 |
| 1083379 | Rosario Medina  | Migdalia  | R-32       | Velez, Ruben M. v. Merck & Co., Inc.  | 05-04590 |

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

                                                      Daniel E. Knowles, III
                                                     United States Magistrate Judge