UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL Docket no. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *Pertains to:* | * | |
| *Katharine Berry, representing Dustan* | * | |
| *W.P. Lynch; Lanzaddy Smith, representing* | * | MAGISTRATE JUDGE |
| *Diann D. Kelly; Sohn Green, representing* | * | KNOWLES |
| *Betty Boston; Shaneka Helms, representing* | * | |
| *Lee Vern Helms* | * | |

## PLAINTIFFS' RESPONSES TO DEFENDANT'S MOTIONS TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET WITH ATTACHED EXHIBITS A-F

NOW COMES PLAINTIFF, KATHARINE W. BERRY, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF DUSTAN W.P. LYNCH; LANZADDY J. SMITH, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF DIANN D. KELLY; SOHN GREEN, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF BETTY BOSTON; SHANEKA D. HELMS, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF LEE VERN HELMS, by and through their attorney, Pamela G. Sotoodeh with THE LAW GROUP, INC., and file this Response to Defendant's Motion to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met with Attached Exhibits A-F and would respectfully show as follows:

I. <u>KATHARINE W. BERRY, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF DUSTAN W.P. LYNCH'S RESPONSE</u>

    a.    Deficiencies/Signature of Derivative Claimant, Ruth B. Lynch's Release, and Copy Of Will/Trust.

Ruth B. Lynch is deceased claimant's second wife, whose last known address is 8794 Cedar Hills Rd., Cambridge, Ohio. She has Alzheimers and her son, Tedford Rose is her Guardian. Katharine Willoughby Berry and Nancy Lee Abbey ("The Representatives") are the representatives of the Estate of Dustan W.P. Lynch, and two of decedent's daughter's from his first marriage. See attached Exhibit "A", Declaration of Katharine W. Berry. After claimant's death, the relationship between Ruth Lynch and the Representatives deteriorated in part due to Ruth Lynch's Alzheimers and in part due to strained relationship between the opposing step-children, including the Representatives, and Tedford Rose, Ruth Lynch's Guardian and biological son. The Representatives have been instructed by Ruth Lynch's Guardian, Tedford Rose, not to communicate with Mrs. Lynch. As a result of these conflicts, the Representatives lost contact with Mrs. Lynch and no longer have a current address. See attached Exhibit "A", the Declaration of Katharine W. Berry.

    b.    Due Diligence To Locate

The undersigned has made numerous attempts to locate Ruth B. Lynch including overnight letters to her last known address. See attached Exhibit "B", the Declaration of attorney Pamela G. Sotoodeh. At the time of this filing there

has been no response. Since there is no known address for Tedford Rose, except that he resides in California, the undersigned conducted an internet search and located a Tedford Rose living in Glendora, California, and recently overnighted correspondence to him at 6048 North Barranca Ave., Glendora, California. See attached Exhibit "B", the Declaration of attorney Pamela G. Sotoodeh. At this time, there has been no response. Finally, Ruth B. Lynch has a biological daughter Linda Green residing in Horton, Oregon. An internet search for Linda Green, Oregon results in over 20 similar names. See attached Exhibit "B", the Declaration of attorney Pamela G. Sotoodeh.

    c.    Deficiency/The Will and Trust Of Dustan W.P. Lynch

The Representatives do not have a copy of Dustan W.P. Lynch's Will and Trust. The probate attorney has informed the Representatives that Tedford Rose, Ruth Lynch's Guardian and biological son, picked up the will from his office several years ago, and his office did not make a copy of same. See attached Exhibit "A", the Declaration of Katharine W. Berry. As shown above, efforts to locate Tedford Rose have been unsuccessful.

In summary, the undersigned has performed due diligence in attempts to locate derivative claimant, Ruth B Lynch. Efforts to obtain a copy of claimant's Will/Trust are unsuccessful since the location of the last person to possess the will, Tedford Rose, is unknown.

Respondent respectfully requests additional time to locate Ruth B. Lynch and/or her Guardian, Tedford Rose to cure Enrollment Deficiencies.

II. <u>LANZADDY J. SMITH, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF DIANN D. KELLY RESPONSE.</u>

    a. Deficiencies/Missing Signatures for Estate Successors, Terry Ross, Amenda Kelly, and Naomi James

Lanzaddy J. Smith is the brother of decedent claimant, Diann D. Kelly. Kelly's husband passed before she did. Terry Ross and Amenda Kelly are the children of decedent claimant, and Naomi James is decedent's mother. Our office has diligently tried to cure said deficiencies since July of 2008. Numerous telephone calls have been made to a work number and home number for Lanzaddy Smith. Numerous emails have been forwarded as well. Several letters sent by U.S.P.S., along with overnight letters have been sent to the last known address for Lanzaddy Smith. Based on these efforts, Mr. Lanzaddy from time to time responds by telephone. He confirms that he has no other phone numbers and explains he must contact us. My last communication with him was on April 3, 2009, after our office overnighted a copy of Defendant's Fourth Motion to Show Cause to his last known address. At that time he stated he would obtain the signatures. At the time of this filing, there has been no response from Mr. Lanzaddy and we have not received the signatures of Terry Ross, Amenda Kelly, or Naomi James. See attached Exhibit "C", the Declaration of Pamela G. Sotoodeh.

Respondent respectfully requests additional time to obtain said signatures of Terry Ross, Amenda Kelly, and Naomi James to cure Enrollment Deficiencies.

III.  <u>SOHN GREEN, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF BETTY BOSTON RESPONSE.</u>

    a.    Deficiency/Signature of Ralph Pugh

Betty Green was a beloved Cook County courtroom clerk for approximately 19 years. In September of 2004 she sustained a myocardial infarction after ingesting Vioxx. Shortly after her event, she enlisted the underlying firm to pursue an action against Merck. Her Tolling Agreement was finalized in April 2006 and she died on or about January 25, 2008.

Sohn Green is a son of Betty Boston. It has recently been brought to our attention that Sohn Green has been incarcerated. Further, Estate Successor Richard Pugh, also a son of Betty Boston, had been, up until recently, incarcerated. Although we are still working on confirming this information and locating Richard Pugh, it might be a logical explanation of why our letters (sent via U.S.P.S. and via overnight mail) have been unanswered by both men, and phone numbers disconnected.

To further complicate matters, we have been recently contacted by an attorney, who advises us that she represents an incarcerated man, James Luckes, who claims to have been married to Mrs. Boston at the time of her death. On April 7, 2009 there was a hearing in Cook County, Presiding Judge Henry A. Budzinksi of the Circuit Court of Cook County, on a Petition to Remove Sohn Green as Administrator and to appoint an independent trustee for the Estate to resolve the Estate issues. It is my understanding that the attorney representing the

Estate was unable to timely serve Sohn Green, and the Judge has rescheduled the hearing until service is perfected.

In a nutshell, the attorneys representing Mr. Green (son and person holding letters of office) and Mr. Luckes (putative husband) are working on removing Sohn Green, and getting an attorney appointed Trustee of the Estate.

Respondents, therefore, respectfully request additional time to locate Richard Pugh and resolve underlying probate matters.

Respondents, therefore, respectfully request additional time to locate Richard Pugh and resolve underlying probate matters.

## IV. SHANEKA D. HELMS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LEE VERN HELMS RESPONSE

a. Deficiency/Signatures of Salomon Helms and Sharita Towne.

Plaintiffs would show these deficiencies were recently cured. On March 6, 2009, the undersigned submitted to Brown Greer a release for minor Salomon Helms, executed and notarized by his mother, Donna Forrest. See attached Exhibit "D". On April 3, 2009, the undersigned emailed to the Claims Administrator a copy of the executed and notarized release for Sharita Towne. See attached Exhibit "E". On April 7, 2009 the original release executed by Sharita Towne was overnighted to the Claims Administrator. See attached Exhibit "F". At this time, all deficiencies should be cured.

Respondent respectfully requests that Order to Show Cause be denied.

## CONCLUSION

WHEREFORE, PLAINTIFF, KATHARINE W. BERRY, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF DUSTAN W.P. LYNCH; LANZADDY J. SMITH, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF DIANN D. KELLY; SOHN GREEN, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF BETTY BOSTON; SHANEKA D. HELMS, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF LEE VERN HELMS, respectfully request that Defendants' Motion to Show Cause be denied. In the alternative, Plaintiffs' respectfully request that Defendants' Motions to Show Cause be continued to allow Plaintiffs additional time to cure deficiencies, and for such relief to which they may be entitled.

Submitted this 8th day of April, 2009.

By: /s/ Pamela G. Sotoodeh
Pamela G. Sotoodeh, #6284622
THE LAW GROUP, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Responses to Defendant's Motions to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met with Attached Exhibits A-F has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern Division of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of April, 2009.

/s/ Pamela G. Sotoodeh
Pamela G. Sotoodeh, #6284622
THE LAW GROUP, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
