UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL Docket no. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| Katharine Berry, representing Dustan | * | |
| W.P. Lynch | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| v. | * | |
| Merck & Co., Inc., | * | |
| Defendant | * | |

## DECLARATION OF KATHARINE W. BERRY IN SUPPORT OF PLAINTIFF, KATHARINE BERRY, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF DUSTAN W.P. LYNCH'S RESPONSE TO DEFENDANT'S SIXTH MOTION TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET

I, KATHARINE W. BERRY, hereby declare as follows:

1. I am a Representative of my father's Estate, along with my sister, Nancy Lee Abbey. I live at 7 Coventry Drive, Guernsey County, Cambridge, Ohio. I make this Declaration in support of Plaintiff, Katharine W. Berry, Individually, and on Behalf of the Estate of Dustan W.P. Lynch's Response to Defendant's Sixth Motion to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met.

2. Ruth B. Lynch is my father, Dustan W.P. Lynch's, second wife. Ruth B. Lynch is not my biological mother. Her last known address is 8794 Cedar Hills Rd., Cambridge, Ohio. When my father died, Mrs. Lynch had the beginning stages of Alzheimers. Since his death, the disease has become progressively worse.


EXHIBIT A

Her son, Tedford Rose is her Guardian. His last known address is somewhere near Los Angeles, California.

3. After our father's death, the relationship between Ruth B. Lynch and my side of the family including me and my sisters has, unfortunately, deteriorated in part due to Ruth Lynch's Alzheimers and in part due to the strained relationship between my side of the family and Mrs. Lynch's biological children, Tedford Rose and his sister, Linda Green.

4. In one of my last communications with Tedford Rose, he instructed me not to communicate with Mrs. Lynch. A few years ago I tried to visit Mrs. Lynch and was turned away at the door by a caregiver. As a result of these conflicts, my side of the family, including my sisters, have lost contact with Mrs. Lynch and no longer have a current address.

5. The last information we have regarding Ruth Lynch's daughter, Linda Green is that she is living in Horton, Oregon.

6. Regarding my father's will and trust, I have been advised by the probate attorney that Tedford Rose picked up the will and trust a couple of years ago from his office, and the attorney failed to keep a copy of same. None of my side of the family has a copy of the will and trust.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of April, 2009 at Cambridge, Ohio.

KATHARINE W. BERRY