## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL Docket no. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *Pertains to:* | * | |
| *Katharine Berry, representing Dustan* | * | |
| *W.P. Lynch; Lanzaddy Smith, representing* | * | MAGISTRATE JUDGE |
| *Diann D. Kelly; Sohn Green, representing* | * | KNOWLES |
| *Betty Boston; Shaneka Helms, representing* | * | |
| *Lee Vern Helms* | * | |

### DECLARATION OF PAMELA G. SOTOODEH IN SUPPORT OF PLAINTIFF, PLAINTIFF, KATHARINE W. BERRY, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF DUSTAN W.P. LYNCH

I, PAMELA G. SOTOODEH, hereby declare as follows:

1. I am a Partner with The Law Group, Inc. in Chicago, Illinois, am a member in good standing of the bar of the State of Illinois and Texas, and am admitted to practice before this Court. I made this Declaration in support of PLAINTIFF, KATHARINE W. BERRY, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF DUSTAN W.P. LYNCH Enrollment Requirements Have Not Been Met.

2. I have made numerous attempts to locate Ruth B. Lynch including sending overnight letters to her last known address. At the time of this filing there has been no response.

3. It is my understanding from Katherine W. Berry and Nancy L. Abbey ("the Representatives") that Guardian and son of Ruth B. Berry resides



somewhere near Los Angeles, California. I conducted an internet search and located a Tedford Rose living in Glendora, California, and recently overnighted correspondence to him at 6048 North Barranca Ave., Glendora, California. At this time, there has been no response.

3. It is my understanding from the Representatives that Ruth B. Lynch has a biological daughter Linda Green residing in Horton, Oregon. An internet search for Linda Green, Oregon results in over 20 similar names. My paralegal has called all known telephone numbers and has either left a general message, has reached a non-working number, or has been advised it was the wrong Linda Green.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of April, 2009 at Chicago, Illinois.

_____
PAMELA G. SOTOODEH