UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL Docket no. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *Pertains to:* | * | |
| *Katharine Berry, representing Dustan* | * | |
| *W.P. Lynch; Lanzaddy Smith, representing* | * | MAGISTRATE JUDGE |
| *Diann D. Kelly; Sohn Green, representing* | * | KNOWLES |
| *Betty Boston; Shaneka Helms, representing* | * | |
| *Lee Vern Helms* | * | |

## DECLARATION OF PAMELA G. SOTOODEH IN SUPPORT OF PLAINTIFF, LANZADDY J. SMITH, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DIANN D. KELLY'S RESPONSE TO DEFENDANT'S FOURTH MOTION TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET

I, PAMELA G. SOTOODEH, hereby declare as follows:

1.   I am a Partner with The Law Group, Inc. in Chicago, Illinois, am a member in good standing of the bar of the State of Illinois and Texas, and am admitted to practice before this Court.  I made this Declaration in support of PLAINTIFF, LANZADDY J. SMITH, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF DIANN D. KELLY'S Response to Defendant's Fourth Motion to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met.

2.   Our office has diligently tried to cure said deficiencies since July of 2008.  Numerous telephone calls have been made to a work number and home number for Lanzaddy Smith.  Numerous emails have been forwarded as well.


EXHIBIT "C"

Several letters sent by U.S.P.S., along with overnight letters have been sent to the last known address for Lanzaddy Smith. Mr. Lanzaddy from time to time responds by telephone. It is my understanding he is a truck driver. He confirms that he has no other phone numbers and explains he must contact us. My last communication with him was on April 3, 2009, after our office overnighted a copy of Defendant's Fourth Motion to Show Cause to his last known address. At that time he stated he would obtain the signatures. At the time of this filing, there has been no response from Mr. Lanzaddy and we have not received the signatures of Terry Ross, Amenda Kelly, or Naomi James.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of April, 2009 at Chicago, Illinois.

_____
PAMELA G. SOTOODEH