IN THE UNITED STATES DISTRICT COURT, IN AND FOR THE EASTERN DISTRICT OF LOUISIANA

CASE NO.: 2:08-cv-05056-EEF-DEK
MDL DOCKET NO.: 1657
SECTION: L

Oliver J. Johnson
    *Plaintiff*,
v.

MERCK & CO., INC.,
a foreign corporation, and
John Doe,
    *Defendants*.

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

The undersigned attorney, Sean A. Espenship, is the attorney of record for the Plaintiff in this action, and now that the case at bar has been removed to Louisiana; representation of Plaintiff is beyond the scope of employment as contemplated by the parties.

Moreover, Sean A. Espenship has accepted a Director's position with the Jacksonville Public Defenders' Office ("Office"), and having accepted, is prohibited by the new administration from representing retained cases outside the scope employment of the Office. Further, the firm of Espenship, Niemczyk & Weldon, P.A., has disbanded.

Therefore, the undersigned counsel, and after discussing same with Plaintiff, and without objection, respectfully moves this Honorable Court *ex parte* to grant permission allowing Plaintiff's attorney to withdraw in this action.

Motion to Withdraw
as Attorney of Record

Case No.: 2:08-cv-05056-EEF-DEK

Page 2
_____

**Respectfully submitted**, this 9th day of April 2009.

/s/ Sean A. Espenship
_____
Sean A. Espenship, Esquire
Florida Bar No.: 128340
1619 6th Street South
Jacksonville Beach, Florida 32250
Tel: (904) 591-6790
Fax: (386) 755-1174
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing "Motion to Withdraw as Attorney of Record" has been furnished to Defendant's Attorney, and the Plaintiff, by fax and mail, this 9th day of April 2009.

/s/ Sean A. Espenship
_____
Sean A. Espenship, Esquire