IN THE UNITED STATES DISTRICT COURT, IN AND FOR THE EASTERN DISTRICT OF LOUISIANA

CASE NO.: 2:08-cv-05056-EEF-DEK
MDL DOCKET NO.: 1657
SECTION: L

Oliver J. Johnson
    *Plaintiff*,
v.

MERCK & CO., INC.,
a foreign corporation, and
John Doe,
    *Defendants*.

## ORDER ON ATTORNEY'S MOTION TO WITHDRAW

This cause, having been presented *ex parte* to the Honorable Eldon E. Fallon for his consideration, this Court on Attorney Sean A. Espenship's Motion to Withdraw, and this Court, having heard, and having fully considered the record, including the pleadings, transcripts, and otherwise being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Attorney Sean A. Espenship is permitted to withdraw from aforesaid captioned case. Moreover, if the Court and counsel for Defendants are not notified within ten (10) days of the date of this Order of other counsel Plaintiff may retain, all future pleadings and correspondence will be mailed to Plaintiff's last known address as set forth in the record.

**DONE AND ORDERED** in Chambers, in New Orleans, Louisiana, this _____ day of April 2009.

**HONORABLE ELDON E. FALLON**