UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| 2:05-cv-0143 (Norman) | * | |
| 2:05-cv-1046 (Hubbard) | * | |
| 2:05-cv-1051 (Sanuskar) | * | |
| 2:06-cv-0142 | * | MAGISTRATE JUDGE |
| 2:05-cv-1060 (Parker) | * | KNOWLES |
| 2:05-cv-0145 | * | |
| 2:05-cv-1045 (Barnett) | * | |
| 2:05-cv-1042 (DeVorse) | * | |
| 2:05-cv-1061 (Haley) | * | |
| 2:05-cv-1041 (Hampton) | * | |
| 2:05-cv-1040 (Buchholtz) | * | |

*****************************************************************************

### REQUEST FOR EXTENSION OF TIME REGARDING ORDER TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET

COMES NOW Plaintiffs, by and through their attorney of record, and file their Motion for Extension of Time Regarding Order to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met for Plaintiffs to comply with the Court's Show Cause Order dated March 27, 2009 , and states as follows:

1. Defendant Merck & Co., Inc. served an Order to Show Cause Why Resolution Requirements Have Not Been Met upon Counsel on March 27, 2009 with a Hearing date of April 15, 2009.

2. Plaintiffs require additional time in order to comply with the Court's Show Cause Order, and hereby request an extension of thirty (30) days from the date of the hearing, to and including May 15, 2009, in order to comply with the Court's Show Cause Order dated March 27, 2009.

3. Counsel for Plaintiffs, Todd S. Hageman, has corresponded with counsel for Defendant Merck & Co., Inc., Stefan A. Mallen, in an attempt to seek consent for the extension requested herein.

4. As set forth more fully in Plaintiffs' Response to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met filed April 8, 2009, good cause exists to show that Plaintiffs have cured, or have made good efforts to cure, all alleged deficiencies.

WHEREFORE, Plaintiffs hereby request that this Court grant a Motion for Extension of Time Regarding Order to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met for Plaintiffs to comply with the Court's Show Cause Order dated March 27, 2009, to and including May 15, 2009.

Dated: April 8, 2009                               SIMON LAW FIRM, PC


                                                    /s/ Todd S. Hageman
                                                   Todd S. Hageman, Missouri Bar No. 44770
                                                   701 Market Street, Suite 1450
                                                   Saint Louis, Missouri 63101
                                                   Telephone: (314) 241-2929
                                                   Facsimile: (314) 241-2029


                                                   ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that the above and foregoing Motion for Extension of Time has been served on Liaison Counsel, Phillip A. Whitman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the *CM/ECF* system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

SIMON LAW FIRM, PC

/s/ Todd S. Hageman
Todd S. Hageman, Missouri Bar No. 44770
701 Market Street, Suite 1450
Saint Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029

ATTORNEY FOR PLAINTIFFS