UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| 2:05-cv-0143 (Norman) | * | |
| 2:05-cv-1046 (Hubbard) | * | |
| 2:05-cv-1051 (Sanuskar) | * | |
| 2:06-cv-0142 | * | |
| 2:05-cv1060 (Parker) | * | |
| 2:05-cv-0145 | * | |
| 2:05-cv-1045 (Barnett) | * | |
| 2:05-cv-1042 (DeVorse) | * | |
| 2:05-cv-1061 (Haley) | * | |
| 2:05-cv-1041 (Hampton) | * | |
| 2;05-cv-1040 (Buchholtz) | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |

******************************************************************************

## ORDER

Plaintiffs filed a Motion for Extension of Time to comply with the Court's Show Cause Order dated March 27, 2009, is ruled on as follows:

Having considered the motion, and good cause appearing, Plaintiffs' motion is GRANTED. It is therefore ORDERED that Plaintiffs have to and including May 15, 2009 to comply with Court's Show Cause Order dated March 27, 2009.

Dated:_____          _____
                                     ELDON E. FALLON
                                     UNITED STATES DISTRICT
                                     COURT