BRADFORD D. MYLER, ESQ.
SHERI R. COURSEY, ESQ.
The Law Offices of Bradford D. Myler and Associates
P.O. Box 127
170 South Interstate Plaza Drive Ste. 150
Lehi, Utah 84043
sheric@mylerdisabilty.com
Utah Bar No. 7089 (Mr. Myler)
Utah Bar No. 11356 (Ms. Coursey)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

In Re:  Vioxx Products Liability Litigation

| | | |
|---|---|---|
| | : | MDL Docket No. 1657 06-6469 |
| | : | Section L |
| *This document relates to:* | | |
| Myler Law Vioxx Claimant VCN 1024728 | : | Judge Fallon |
| **Elsie Dunham,** *identified in Court's Order* | : | Mag. Judge Knowles |
| *To Show Cause of 3/27/2009* : | | |
| | : | |
| DEFENDANT. | : | |

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE WHY
PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET
And
MOTION TO FILE RESPONSE OUT OF TIME**

On March 27, 2009 this Court issued an order to show cause why resolution program enrollment requirements have not been met. The reason for this Order was that claimant Elsie Dunham (deceased), VCN 1024728, had failed to provide the required Release. On behalf of Ms. Dunham's heirs, I hereby respond to the Court's order and move the Court to accept this Response today, one day beyond the Court-ordered deadline to respond of April 8, 2009.

As evidenced by the attached e-mail exchange with the Claims Administrator, I notified Brown Greer on February 17, 2009 that Ms. Dunham's heirs had chosen not to continue with enrollment because they could not find proof that she had taken Vioxx near the time of her injury and death. (Exhibit A). April 3, 2009 I uploaded to the Claims Administrator Form V2056 *Withdraw of Claims*, executed by Todd Mosley, executor of Ms. Dunham's estate (Exhibit B). I was notified by the Claims Administrator that I would receive a response once the Withdraw of Claims document had been reviewed by Merck's attorney's (See Exh. A). In waiting for this response, I inadvertently missed the Court's deadline for Responding to the order to show cause. I apologize for this oversight and respectfully move the Court to accept this Response out-of-time. I have not yet received a response from Merck, but based on the affirmative evidence of V2056 (Exh. B) that Ms. Dunham's heirs have completed the necessary requirements to withdraw the claim, I respectfully request that the Court discharge the order to show cause as to Ms. Dunham.

## CONCLUSION

I respectfully ask that the Court accept this Response out of time. Based on the attached evidence that Ms. Dunham's heirs have withdrawn her claim, I ask that the Court discharge the order to show cause as to Ms. Dunham.

Dated: April 9, 2009

                Respectfully submitted,

                By: /s/ Sheri Coursey
                   Sheri Coursey
                   Utah Bar No. 11356

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 9th day of April, 2009, the foregoing PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE WHY PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET and MOTION TO FILE RESPONSE OUT OF TIME was served on Liason Counsel, Russ Herman and Phillip Wittman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with PreTrial Order No. 8A and 28.

I further certify that copies have been served on defense counsel via electronic mail to Ellen M. Gregg, Esq., at MDL@wcsr.com, Womble, Carlyly, Sandridge & Rice, PLLC, 301 North Main Street, Sutie 300, Winston-Salem, NC 27101, in accordance with PreTrial Order No. 15.  The e-mail address for return confirmation is Sherim@mylerdisability.com.

I further certify that this day the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657.

By: /s/ Sheri Coursey
Sheri Coursey