## Sheri Coursey

**From:** Scott Monroe [SMonroe@browngreer.com]
**Sent:** Friday, April 03, 2009 11:56 AM
**To:** Sheri Coursey
**Subject:** RE: Outstanding_Enrollment_Deficiencies.xls

You will receive a response from us after it has been reviewed and decided upon.

---

**From:** Sheri Coursey [mailto:sheric@mylerdisability.com]
**Sent:** Friday, April 03, 2009 1:44 PM
**To:** Scott Monroe
**Subject:** RE: Outstanding_Enrollment_Deficiencies.xls

Thank you. I uploaded the executed V2056 Withdraw of Claims just now. Will you be able to let me know when it is accepted by Merck?

>   -----Original Message-----
>   **From:** Scott Monroe [mailto:SMonroe@browngreer.com]
>   **Sent:** Wednesday, April 01, 2009 3:00 PM
>   **To:** Sheri Coursey
>   **Subject:** RE: Outstanding_Enrollment_Deficiencies.xls
>
>   Sheri - Does Elsie Dunham's representatives want to just withdraw the claim from the Settlement? If so, attached are the procedures and the V2056 Form for Withdrawal of Claims.
>
>   I think if she is not going forward with her claim, and she officially withdraws, then that would be a sufficient response regarding why the Enrollment deficiencies are not cleared up.
>
>   ---
>
>   **From:** Sheri Coursey [mailto:sheric@mylerdisability.com]
>   **Sent:** Monday, March 30, 2009 1:30 PM
>   **To:** Scott Monroe
>   **Subject:** FW: Outstanding_Enrollment_Deficiencies.xls
>
>   Hi Scott, Judge Fallon has ordered that I personally appear to show cause why I haven't cured enrollment deficiencies for Elsie Dunham. As I explained in the attached spreadsheet, I have not cured the deficiencies for Elsie because we do not have proof of use near the time of her passing so the family has decided not to pursue the claim. Is there a process, other than appearing to explain this to the judge, that I can use to remove Elsie from the list of deficient enrollment claimants?
>
>   Thanks.
>   -----Original Message-----
>   **From:** Sheri Coursey [mailto:sheric@mylerdisability.com]
>   **Sent:** Tuesday, February 17, 2009 11:37 AM
>   **To:** 'Scott Monroe'
>   **Subject:** Outstanding_Enrollment_Deficiencies.xls
>
>   Hi Scott, Attached is the V4061B spreadsheet. It explains that I will not be correcting the deficiencies for Claimant Elsie Dunham. The reason I selected is "Not eligible--no drug proof." I actually do have some proof of use, by the usage was pretty far removed from the time of injury (death) so the relatives have chosen not to continue with enrollment since Elsie is not eligible.

4/9/2009

I am working on cures for the following: Hughlon McMillan (obtaining Release from representative Richard McMillan); Sharlene Meeh (obtaining Release and Power of Attorney from representative Sherry Scara). I have received notice that Claimant Sharon Hamner is ineligible, so there's no reason to cure her enrollment deficiencies. I believe that all of the remaining deficiencies are representative capacity issues that I can address once I know if the claimant is eligible.

Hopefully that takes care of enrollment issues.

Thanks, Sheri


Internal Virus Database is out-of-date.
Checked by AVG.
Version: 7.5.524 / Virus Database: 270.5.12/1592 - Release Date: 8/5/2008 6:03 AM


Internal Virus Database is out-of-date.
Checked by AVG.
Version: 7.5.524 / Virus Database: 270.5.12/1592 - Release Date: 8/5/2008 6:03 AM


Internal Virus Database is out-of-date.
Checked by AVG.
Version: 7.5.524 / Virus Database: 270.5.12/1592 - Release Date: 8/5/2008 6:03 AM

Internal Virus Database is out-of-date.
Checked by AVG.
Version: 7.5.524 / Virus Database: 270.5.12/1592 - Release Date: 8/5/2008 6:03 AM

Internal Virus Database is out-of-date.
Checked by AVG.
Version: 7.5.524 / Virus Database: 270.5.12/1592 - Release Date: 8/5/2008 6:03 AM

Internal Virus Database is out-of-date.
Checked by AVG.
Version: 7.5.524 / Virus Database: 270.5.12/1592 - Release Date: 8/5/2008 6:03 AM

# Sheri Coursey

**From:** Scott Monroe [SMonroe@browngreer.com]
**Sent:** Tuesday, February 17, 2009 12:00 PM
**To:** Sheri Coursey
**Subject:** RE: Outstanding_Enrollment_Deficiencies.xls

Ok, thanks Sheri.

---

**From:** Sheri Coursey [mailto:sheric@mylerdisability.com]
**Sent:** Tuesday, February 17, 2009 1:37 PM
**To:** Scott Monroe
**Subject:** Outstanding_Enrollment_Deficiencies.xls

Hi Scott, Attached is the V4061B spreadsheet. It explains that I will not be correcting the deficiencies for Claimant Elsie Dunham. The reason I selected is "Not eligible--no drug proof." I actually do have some proof of use, by the usage was pretty far removed from the time of injury (death) so the relatives have chosen not to continue with enrollment since Elsie is not eligible.

I am working on cures for the following: Hughlon McMillan (obtaining Release from representative Richard McMillan); Sharlene Meeh (obtaining Release and Power of Attorney from representative Sherry Scara). I have received notice that Claimant Sharon Hamner is ineligible, so there's no reason to cure her enrollment deficiencies. I believe that all of the remaining deficiencies are representative capacity issues that I can address once I know if the claimant is eligible.

Hopefully that takes care of enrollment issues.

Thanks, Sheri

Internal Virus Database is out-of-date.
Checked by AVG.
Version: 7.5.524 / Virus Database: 270.5.12/1592 - Release Date: 8/5/2008 6:03 AM


Internal Virus Database is out-of-date.
Checked by AVG.
Version: 7.5.524 / Virus Database: 270.5.12/1592 - Release Date: 8/5/2008 6:03 AM