UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   ALL CASES

## ORDER

The Court is in receipt of several motions for remand/transfer of cases not participating in the global settlement program. *See* Rec. Docs. 17685, 17797, 17833, 17948. IT IS ORDERED that these motions shall be set for hearing at the next monthly status conference on April 29, 2009, at 9:00 a.m.

New Orleans, Louisiana, this 8th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

1