BRADFORD D. MYLER, ESQ.
SHERI R. COURSEY, ESQ.
The Law Offices of Bradford D. Myler and Associates
P.O. Box 127
170 South Interstate Plaza Drive Ste. 150
Lehi, Utah 84043
sheric@mylerdisabilty.com
Utah Bar No. 7089 (Mr. Myler)
Utah Bar No. 11356 (Ms. Coursey)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

In Re: Vioxx Products Liability Litigation

| | | |
|---|---|---|
| | : | MDL Docket No. 1657 06-6469 |
| | : | Section L |
| *This document relates to:* | | |
| Myler Law Vioxx Claimant VCN 1024728 | : | Judge Fallon |
| **Elsie Dunham**, *identified in Court's Order* | : | Mag. Judge Knowles |
| *To Show Cause of 3/27/2009* : | | |
| | : | |
| DEFENDANT. | : | |

**(Proposed) Order to Grant Plaintiff's Motion to File Response to
Order to Show Cause Out-of-Time**

Good cause having been shown, Plaintiff's Motion to File Response to Order to Show Cause Out-of-Time is hereby granted.

The Honorable Judge Fallon
