| V2056 | **WITHDRAWAL OF CLAIM AND AGREEMENT ON DELIVERY OF DOCUMENTS TO MERCK** |
|---|---|

### INSTRUCTIONS

(1) Fill out every space in this Agreement that pertains to the circumstances of the claim. If a space or section does not apply to you, mark it "N/A." Any space or section left blank and not marked "N/A" will cause your Agreement to be rejected.

(2) The Vioxx User Claimant or the person acting as the Representative Claimant of a Deceased or legally Incompetent Vioxx User Claimant must sign this Agreement. The Primary Counsel for a claimant who is represented must also sign. Any Agreement without the required signatures will be rejected.

(3) Each signature must be dated on the date it was signed. A signature without a date will be rejected.

(4) Do not strike through, add to or otherwise alter anything in this Agreement. Any such attempted changes will cause the Agreement to be rejected.

(5) If an Agreement is rejected, you will have to do a new one to replace it within 30 days after the first notice of rejection is sent to you.

### A. VIOXX USER CLAIMANT INFORMATION
(The Vioxx User Claimant or a person acting for a Deceased or Incompetent Vioxx User Claimant must complete this Section)

| **Name** | First: Elsie | MI: J. | Last: Dunham |
|---|---|---|---|
| **SSN** | 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 | **VCN** | 1024728 |
| **Primary Counsel** | Myler Law | | |

### B. REPRESENTATIVE CLAIMANT INFORMATION
(A person acting for a Deceased or Incompetent Vioxx User Claimant also must complete this Section)

| **Name of Personal Representative, Administrator, or Executor** | First Name: James | MI: T. | Last Name: Mosley | | |
|---|---|---|---|---|---|
| **Address** | Street/P.O. Box: P.O. Box 800 | | | | |
| | City: Philadelphia | | | State: MS | Zip: 39350 |
| **Relationship to Vioxx User Claimant** | ☐ Spouse  ☐ Administrator | ☐ Parent  ☒ Executor | ☐ Child  ☐ Other | ☐ Sibling _____ (specify) | |

### C. AGREEMENT

This Agreement pertains to the Settlement Agreement ("the Settlement Agreement") dated November 9, 2007, incorporated herein by reference, including but not limited to the program for resolution of claims relating to the use of Vioxx described there in (generally and collectively referred to in this Agreement as the "Resolution Program").

I hereby stipulate and agree to the following:

1. I am the Vioxx User Claimant identified in Section A or am the authorized Representative Claimant of such Vioxx User Claimant and am authorized to execute this Agreement on behalf of the Vioxx User Claimant and all heirs, beneficiaries, or other Derivative claimant associated with such Vioxx User Claimant.

2. I wish to withdraw this claim from the Resolution Program.

3. I understand and agree that I will be a Non-Program Submitting Claimant under Exhibit 1.5 of the Settlement Agreement and that as a result the Claims Administrator may deliver to Merck as legally binding the Release of All Clams and any Stipulation of Dismissal with Prejudice previously submitted to the Claims Administrator on this Claim, as well as any other document relating to the Claim requested by Merck, and that Merck may file the Stipulation of Dismissal with Prejudice to end any lawsuit in which I am a party.

4. I understand and agree that this Agreement is irrevocable and that I cannot change my mind after I sign it.

### D. SIGNATURE BY CLAIMANT OR REPRESENTATIVE CLAIMANT

| Signature | *amy Todd Ply* | Date | 4 / 2 / 09 (month) (day) (year) |
|---|---|---|---|

### E. PRIMARY COUNSEL SIGNATURE
(If the Vioxx User Claimant or Representative Claimant is represented by counsel, such counsel must complete this Section)

I am counsel for the Vioxx User Claimant or Representative Claimant identified in this Agreement. I certify that: (a) I have discussed with the Vioxx User Claimant or Representative Claimant the terms and legal effect of this Agreement and the decision to withdraw from the Resolution Program, and I answered any and all questions the Vioxx User Claimant or Representative Claimant may have had; and (b) having had a full opportunity to read, understand, and inquire of counsel about the terms and conditions of this Agreement, the Vioxx User Claimant or Representative Claimant agrees to all such terms and conditions and to be bound in full by this Agreement.

| Signature | *[signature]* | | Date | 4 / 2 / 09 (month) (day) (year) |
|---|---|---|---|---|
| Name (printed or typed) | First: Sheri | MI: R. | Last: Coursey | |
| Law Firm Name | Myler Law | | | |

# BROWNGREER PLC - VIOXX SETTLEMENT

- Home
- News and Developments
- Primary Counsel Profile
- Upload Files
- Download Files
- Claimant Search
- Extraordinary Injury Program
- Enrollment
- Claims
- Liens
- Overlap Claimants
- FAQ
- Sign Out

## Upload Files

The Upload File screen provides you the ability to send large amounts of data or documents to the Claims Administrator. Click on the Browse button to navigate to the file location on your local network. You can upload any file that is in Excel, Adobe PDF or a ZIP file, but not other kinds of files.

To send the entire contents of a folder you have created, zip up the folder prior to transmission. To do that, right click on the folder and select "Send To"--> Compressed (zip) Folder. Once this compression is complete, verify that the resulting zipped folder has been selected and click the Upload File button.



[ Browse... ]

[ Upload File ]

**Uploaded Files:**

| File Name | Uploaded Date | Uploaded By |
|---|---|---|
| 10234747 McMulin, Christene Affidavits of Heirship.pdf | 4/6/2009 | Myler, Brad |
| 1024728 Dunham Withdraw of Claims.pdf | 4/3/2009 | Myler, Brad |
| 1024758 Deficiency Cure--better copy of death certificate.pdf | 3/31/2009 | Myler, Brad |
| Deficiency Cure-Certification of Counsel, McKnight, Thomas.pdf | 3/30/2009 | Myler, Brad |
| Scott & White Memorial Hospital.zip | 3/26/2009 | Myler, Brad |
| 1024758 Deficiency Cure--Death Certificate.pdf | 3/26/2009 | Myler, Brad |
| 1024743 Mathieson Third Request for Relief from Deadline.pdf | 3/25/2009 | Myler, Brad |
| Evans, Willie--Deficiency Cure--Event Record (PCP Records).pdf | 3/25/2009 | Myler, Brad |
| 1024726 Dazet, Henrietta Memorandum to Claims Administrator.pdf | 3/23/2009 | Myler, Brad |
| 1024767 Ticali, Antionette, Second Request for Relief from Deadline.pdf | 3/20/2009 | Myler, Brad |
| 1024710--Baxter, Martha V2033 Request for Relief from Deadline.pdf | 3/18/2009 | Myler, Brad |
| 1024761 Scott, Helen Appeal to Claims Administrator.pdf | 3/12/2009 | Myler, Brad |
| 1024743 Mathieson Second Request for Relief from Deadline.pdf | 3/10/2009 | Myler, Brad |
| 1024712 Broadway, Sarah V2033 Request for Relief From Deadline.pdf | 3/6/2009 | Myler, Brad |
| 1024717 Carter, Lorna V2033 Request for Relief from Deadline.pdf | 3/6/2009 | Myler, Brad |
| 1024757 Russo, John Mem to Gates Committee.pdf | 3/3/2009 | Myler, Brad |
| 1024737 Jacobs, Patsy V2031 with will and memo attached.pdf | 3/3/2009 | Myler, Brad |
| 1024759 Saunders, Ruth Letters Testamentary.pdf | 2/27/2009 | Myler, Brad |
| Deficiency Cure-Certification of Counsel, Davis, Shirley.pdf | 2/20/2009 | Myler, Brad |
| 1024739-Records from Dr. Popovich.zip | 2/19/2009 | Myler, Brad |
| 1024739-Kaskie, Kurt Second Memo to Gates Committee.pdf | 2/19/2009 | Myler, Brad |
| 1024767 Ticali, Antionette Request for Relief from Deadline.pdf | 2/17/2009 | Myler, Brad |
| Deficiency Cure-Certification of Counsel, Rutschow, Robert.pdf | 2/17/2009 | Myler, Brad |
| Deficiency Cure-Certification of Counsel, Howell, Carol.pdf | 2/11/2009 | Myler, Brad |
| Deficiency Cure-Certification of Counsel, Adler, Marvin.pdf | 2/11/2009 | Myler, Brad |
| 1024743 Mathieson Request for relief from deadline.pdf | 1/28/2009 | Myler, Brad |
| Russo 1024757--Request for Relief from Deadline.pdf | 1/27/2009 | Myler, Brad |
| VCN No. 1024739--Memo to Gates Comm..pdf | 1/23/2009 | Myler, Brad |
| 1024729 Erickson Appeal.pdf | 1/23/2009 | Myler, Brad |
| Deficiency Cure-Certification of Counsel, Smith, Joel.pdf | 12/12/2008 | Myler, Brad |
| 1024730 Evans, Willie Deficiency Cure--Certification of Counsel.pdf | 12/3/2008 | Myler, Brad |
| 1024750 Mize, Charles.zip | 11/24/2008 | Myler, Brad |
| 1024729-Erickson, Karen.zip | 11/19/2008 | Myler, Brad |
| 1024733-Harding Kent.zip | 11/18/2008 | Myler, Brad |
| 1024734-Hill Bobby.zip | 11/17/2008 | Myler, Brad |
| Deficiency Cure-Certification of Claimant's Counsel for Ponce, Edelia.pdf | 11/14/2008 | Myler, Brad |
| Wellborn Clinic.pdf | 10/21/2008 | Myler, Brad |
| Proof of Use.zip | 10/15/2008 | Myler, Brad |