UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL Docket no. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *Pertains to:* | * | |
| *Katharine Berry, representing Dustan* | * | |
| *W.P. Lynch; Lanzaddy Smith, representing* | * | MAGISTRATE JUDGE |
| *Diann D. Kelly; Sohn Green, representing* | * | KNOWLES |
| *Betty Boston; Shaneka Helms, representing* | * | |
| *Lee Vern Helms* | * | |

PLAINTIFFS' SUPPLMENTAL RESPONSES TO DEFENDANT'S MOTIONS
TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT
REQUIREMENTS HAVE NOT BEEN MET
WITH ATTACHED EXHIBITS G-H

NOW COMES PLAINTIFF, KATHARINE W. BERRY, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF DUSTAN W.P. LYNCH; LANZADDY J. SMITH, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF DIANN D. KELLY; SOHN GREEN, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF BETTY BOSTON; SHANEKA D. HELMS, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF LEE VERN HELMS, by and through their attorney, Pamela G. Sotoodeh with THE LAW GROUP, INC., and file this Supplemental Response to Defendant's Sixth Motion to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met with Attached Exhibits G and H and would respectfully show as follows:

I..   SOHN GREEN, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF BETTY BOSTON RESPONSE.

a.   Deficiency Cure

In support of Plaintiff's response we attach hereto, Exhibit "G", May 29, 2008 Letters of Office for Sohn Green.  Although no longer needed, but in an abundance of caution, we are attaching April 8, 2009 correspondence from the Estate Attorney, Geraldine C. Simmons, clarifying the need for additional time to name a Special Administrator since Sohn Green is currently incarcerated. See attached Exhibit "H".

In conclusion, based on the submission today of Sohn Green's letters of office and the April 8, 2009 letter from Estate Attorney Simmons, Respondents argue enrollment issues are cured for Betty Boston.  In the alternative, if necessary, Respondents respectfully request additional time to resolve underlying probate matters.

Submitted this 9th day of April, 2009.

By: /s/ Pamela G. Sotoodeh
Pamela G. Sotoodeh, #6284622
THE LAW GROUP, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112

2

Pltsrsptoshowcause

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Responses to Defendant's Motions to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met with Attached Exhibits A-F has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern Division of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of April, 2009.

/s/ Pamela G. Sotoodeh
Pamela G. Sotoodeh, #6284622
THE LAW GROUP, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112

4