LETTERS OF OFFICE - DECEDENT'S ESTATE                                    (Rev. 12/23/03) CCP 0415

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, PROBATE DIVISION

Estate of

**BETTY GREEN - BOSTON**

Deceased

No.  **2008 P 001245**

Docket

Page

## LETTERS OF OFFICE - DECEDENT'S ESTATE

**SOHN GREEN** _____  has been appointed

**Independent** _____ **Administrator** _____  of the estate of

**BETTY GREEN - BOSTON** _____ , deceased,

who died **Friday, January 25, 2008** _____ , and is authorized to to take possession of and collect the

estate of the decedent and to do all acts required by law.

LS

WITNESS, __May 29, 2008_____

**Dorothy Brown**
**Clerk of the Circuit Court**

## CERTIFICATE

I certify that this is a copy of the letters of office now in force in this estate.

**EXHIBIT**

tabbies* A G ᵭ

WITNESS, __June 06, 2008_____

JMT

_____
- Clerk of Court

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS



*Law Offices of*
# GERALDINE C. SIMMONS

April 8, 2009

VIA FAX: 312-558-1112

Ms. Pamela Sotoodeh
The Law Group Ltd.

RE: Estate of Betty Green Boston
2008 P 1245

Dear Ms. Sotoodeh:

This letter comes to confirm our phone conversation regarding the Estate of Betty Green Boston. We have had some trouble handling the administration of the estate because Sohn Green, the administrator, was not cooperative. Now, that Sohn Green has been incarcerated, he is no longer eligible to serve as administrator. We filed a petition to remove him as administrator, the petition must be served with summons, and the summons will be returnable on May 12, 2009. We will seek to have a special administrator appointed after we have complied with the service requirements. Richard Pugh, a son of Betty, has been incarcerated for several years. He was eligible for release last month, but I am not certain that he was released. Richard has not communicated with me since December when he wrote inquiring about the real estate. Because of his record, Richard would not be eligible to serve as administrator of the estate. As you know, under Illinois law, the legal representative for the estate must handle the settlement and/or prosecution of any litigation that the Decedent was a party to. So, I hope that you will be successful in explaining to the claims administrator why it is important that we have a special administrator in place to handle your settlement.

Very truly yours,

Geraldine C. Simmons

GCS:gg
Enclosure - copy of Letters of Office for Sohn Green

**EXHIBIT**
*tabbies*

*7316 S. Cottage Grove, Chicago, Illinios 60619 - Phone: 773.994.2600  Fax: 773.994.2606*
*Email: Geresimmon@aol.com*