UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | : MDL NO. 1657<br>:<br>: SECTION: L<br>:<br>: JUDGE FALLON<br>: MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Lisa Tuggle, Trustee for the Heirs and next of kin of William James Benjamin, Sr., Deceased, v. Merck & Co., Inc.*, No. 05-6530

## ORDER

The Court is in receipt of the attached Proposed Distribution of Award for the Estate of William Benjamin, Sr., which shall be entered into the record UNDER SEAL.

The Court approves of the proposed distribution and authorizes counsel to distribute the award as set forth therein.

New Orleans, Louisiana, this 8th day of April, 2009.

UNITED STATES DISTRICT JUDGE

1