UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                           :   MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION     :   SECTION: L
                                       :
                                       :   JUDGE FALLON
                                       :   MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:   *Bridget Elaine Michaud, Individually and as Personal Representative of Andre Michaud, Deceased, v. Merck & Co., Inc.*, No. 05-530

### ORDER

The Court is in receipt of the attached Proposed Distribution of Award for the Estate of Andre Michaud, which shall be entered into the record UNDER SEAL.

The Court approves of the proposed distribution and authorizes counsel to distribute the award as set forth therein.

New Orleans, Louisiana, this 8th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

1