UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT C. FOSSEEN,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant. | MDL Docket No. 1657<br>DOCKET NO. E.D.La. #08-3863<br>D.Minn. #08-1294<br><br>**PLAINTIFF'S MOTION TO PRESENT ORAL ARGUMENT ON HIS PENDING MOTION FOR SUGGESTION OF REMAND ORDER** |

On February 2, 2009, Plaintiff filed his Motion for a Suggestion of Remand Order, together with supporting documents. As set forth therein, Plaintiff Robert Fosseen suffered a massive heart attack while on Vioxx. He was, however, excluded from the settlement program because his case had not been filed by the time the settlement was announced. He did file his case within the time allowed under the statute of limitations of his home state, Minnesota.

Plaintiff understands the Court may address the subject of remanding cases not eligible for participation in the nationwide settlement program during the status conference on April 29, 2009. Plaintiff respectfully moves this Court for leave to present brief oral argument on his Motion for a Suggestion of Remand Order.

80713759.1

                                          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

Dated:__4/9/09_____         By:  __/s/ Tara D. Sutton_____
                                                      Tara D. Sutton (MN 23199X)
                                                      Gary L. Wilson (MN 179012)
                                                      Genevieve M. Zimmerman (MN 330292)

                                                      2800 LaSalle Plaza
                                                      800 LaSalle Avenue
                                                      Minneapolis, MN 55402-2015
                                                      (612) 349-8500

                                                      **ATTORNEYS FOR PLAINTIFF**
                                                      **ROBERT C. FOSSEEN**

80713759.1