UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT C. FOSSEEN,<br><br>            Plaintiff,<br>v.<br><br>MERCK & CO., INC.,<br><br>           Defendant. | MDL Docket No. 1657<br><br>DOCKET NO.  E.D.La. #08-3863<br><br>D.Minn. #08-1294<br><br>**CERTIFICATE OF SERVICE –<br>PLAINTIFF'S MOTION TO PRESENT<br>ORAL ARGUMENT ON HIS MOTION<br>FOR SUGGESTION OF REMAND<br>ORDER** |

      I hereby certify that Plaintiff's Motion to Present Oral Argument on his Pending Motion for Suggestion of Remand Order was filed electronically by ECF on February 2, 2009.

      I further certify that copies of the above-referenced documents have been served upon Liaison Counsel Wilfred P. Coronato at Hughes Hubbard & Reed LLP, Amanda Cialkowski at Halleland, Lewis, Nilan & Johnson P.A., and Eva Petko Esber at Williams & Connolly LLP by U.S. Mail; and upon Liaison Counsel, Wilfred P. Coronato at Hughes Hubbard & Reed LLP, Phillip Wittmann at Stone Pigman Walther Wittmann L.L.C., Dimitrios Mavroudis at Dechert LLP, Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC, Eva Petko Esber at Williams & Connolly LLP, Amanda Cialkowski at Halleland, Lewis, Nilan & Johnson P.A., and Russ Herman by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order Nos. 29, 8A and 18C, on this 10th day of April, 2009.

                                                            Respectfully Submitted,

Dated: ___4/10/09_____          _/s/ Genevieve M. Zimmerman_____
                                  Tara D. Sutton (MN #23199X)
                                  Gary L. Wilson (MN #179012)
                                  Genevieve M. Zimmerman (MN #330292)

                                  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
                                  2800 LaSalle Plaza
                                  800 LaSalle Avenue
                                  Minneapolis, MN 55402
                                  (612) 349-8500

                                  **ATTORNEYS FOR PLAINTIFF**
                                  **ROBERT C. FOSSEEN**

80716344.1