UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| **All Cases Listed on Exhibit "A"** | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |

**************************************************************************

### CERTAIN PLAINTIFFS' MOTION TO WITHDRAW THEIR MOTION TO SHOW CAUSE AGAINST CERTAIN MEDICAL PROVIDERS

Certain Plaintiffs, that are listed below on Exhibit A, filed their Motion to Show Cause Why Certain Medical Providers Should Not Be Held in Contempt of Court For Failing To Comply With Pretrial Orders Nos. 35 and/or 35A on January 23, 2009. Contained in Plaintiffs' Motion to Show Cause were allegations that certain providers listed on Exhibit "A", and had failed to respond to Plaintiffs request for medical and/or pharmacy records. Based on events that have occurred since the filing of said Motion, Plaintiffs now seek to withdraw their Motion to Show Cause against these specific healthcare providers and in support thereof shows as follows:

1.  Plaintiffs Listed on Exhibit "A" filed their Motion to Show Cause against several healthcare providers, including those listed on Exhibit "A" on January 23, 2009.  Following the filing of their Motion, counsel for healthcare providers listed on Exhibit "A", contacted plaintiffs' counsel and an agreement has been reached between the parties with regard to the production of plaintiffs' records and/or the medical providers have sent the requested records. Therefore, the plaintiffs listed below request that their

Motion to Show Cause against the listed healthcare providers be withdraw.

WHEREFORE, the Plaintiffs identified below pray that this Motion to Withdraw their Motion to Show Cause against healthcare providers listed on Exhibit "A" be granted.

Respectfully submitted, this 10th day of April, 2009.

Respectfully submitted,

/s/ Kathryn S. Harrington_____
Kathryn S. Harrington, Sum 002
Hollis, Wright & Harrington
505 North 20th Street, Suite 1500
Birmingham, Al 35203
Tel: 205-324-3600/ Fax 205-324-3636
kharrington@hollis-wright.com
Counsel for Plaintiffs

## CERTIFICATION OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

    __/s/ Kathryn S. Harrington_____
Kathryn S. Harrington, Sum 002
Hollis, Wright & Harrington
505 North 20th Street
Financial Center, Suite 1500
Birmingham, Al 35203
Tel: 205-324-3600/ Fax 205-324-3636
kharrington@hollis-wright.com
Counsel for Plaintiffs

EXHIBIT A

| CLAIMANT | PROVIDER |
|---|---|
| Batts, Anthony | Dr. Shi Chi Cheng<br>2424 Danville Rd SW Heart Centers Suite L<br>Decatur, AL 35603<br><br>Rite-Aid<br>P.O. Box 3165<br>Harrisburg, PA 17105 |
| Carroll, John E. | Dr. Ahmad Ismail<br>110 E Byrd Ave, Bonifay, FL 32425 |
| Chisholm, Ethel | Rehab Works E. AL. Med Ctr.<br>2000 Pepperell Parkway, Opelika, AL 36849 |
| Condrey, Ralph E. | Dr. Christopher Byard<br>4300 West Main Street Suite 102<br>Dothan, AL 36305<br><br>Healthsouth Rehab<br>1736 East Main Street, Dothan, AL 36301 |
| Curseen, Ronald | Dr. Eva Magiros<br>1720 Medical Parks Drive Suite 340 Biloxi, MS 39532 |
| Dace, Dorothy | Thomas Pharmacy<br>170 Beacon Street<br>Laurel, MS 39440 |
| Davis, Edna | Medco<br>E. 23102 Appleway Avenue, Liberty Lake, WA 99019 |
| Drake, Lawrence | Athens Family Care<br>707 W Market St Athens AL 35611 |
| Eden, Gary Allen | Dr. Nicholas Pantaleone<br>872 Gillespie Street Prattville, AL 36067 |
| Ezell, Sheldon | Eckerd Drugs/Rite Aid<br>P.O. Box 3165 Harrisburg, PA 17105 |
| Frederick, Steve | Dr. Jeffrey Long |

|  |  |
|---|---|
|  | 42320 Hwy 195 Haleyville, AL 35565 |
|  | Cardiology PC Jasper<br>3400 Hwy 78 E.  Suite #311 Jasper, AL 35501 |
| Gladden, Chester | Miller Drugs<br>212 1st Avenue E, Oneonta, AL 35121-1734 |
| Hagood, Nettie | East Carroll Parish Hospital<br>336 North Hood Street, Lake Providence, LA 71254 |
| Hardin, Rebecca Wynn for Reba | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Harris, Dora | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Harris, Sadie | Dr. Michael Salvia<br>1400 Narrow Lane Parkway, Montgomery, AL 36111 |
| Hayes, Delores | Dr. Jeff Hawkins<br>1528 Carraway Blvd., Birmingham, AL 35234 |
| Hunt, Myrtle | Woods Pharmacy<br>149 Buck Creek Plaza, Alabaster, AL 35007 |
| King, Lillie | Dr. Nate Brown<br>Highway 61 & Ruby Street Cleveland, MS 38732 |
| Knight, Luella | Dr. Reed Cooper<br>832 Stage Road, Auburn, AL 36830 |
| Manis, Jack | Dr. Mark Murphy<br>909 – N. 5th Avenue, Rome, GA 30165 |
|  | Dr. Cindy Shumpert<br>1105 North 5th Avenue, Rome, GA 30165 |
| Nance, William | Dr. Charles Jordan<br>115 W. Grand Ave. Rainbow City, AL 35906 |
| Osburn, Inez | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Parker, Windell | Dr. James Lee<br>2021 Alabama Hwy 157, Cullman Alabama |

|  |  |
|---|---|
|  | UAB<br>619 19th Street, Birmingham, AL |
| Payne, Noble | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Peters, Catherine L. | Stringfellow Memorial Hospital<br>310 E. 18th. Street Anniston, AL 36207<br><br>Millennium Health Clinic/Dr. Louis Stokes<br>1713 Hamric Drive E #2  Oxford, AL 36203 |
| Richardson, Sherroll | Dr. Sean Orr<br>513 Brookwood Blvd. Birmingham, AL 35209 |
| Taylor, Ricky | Dr. Charles Goodman<br>1110 Eastdall Mall Montgomery, AL 36117 |
| Thomas, Yvonne | Dr. Das Subramonium<br>1013 Medical Center Parkway Selma, AL 36701<br><br>Dr. Meredith Drummond<br>833 St. Vincent's Dr. Ste. 300 B'ham, AL 35209 |
| Wilson, Dixie Thomas | People RX<br>1320 State Rte. 7 Champlain, NY 12915<br><br>Redmond Regional<br>PO Box 107001 Rome, GA 30165<br><br>Dr. Frank Hampton<br>5470 Martha Berry Highway NE Armuchee, GA 30105 |
| Wilson, Louchrisher | Dr. James Harrow<br>125 Alison Drive #7 Alexander, City 35010 |
| York, Bennie | Dr. James Lee<br>2021 Alabama Hwy 157, Cullman Alabama<br><br>Dr. Martin Salmon<br>3800 Ridgeway Dr,    Birmingham, AL 35209 |