**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| All Cases Listed on Exhibit "A" | * | **MAGISTRATE JUDGE** |
| | * | **KNOWLES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDERS TO WITHDRAW MOTION TO SHOW CAUSE AGAINST
CERTAIN MEDICAL PROVIDERS**

The Court today considered Certain Plaintiffs' Motion to Withdraw Motion to Show Cause Why Certain Medical Providers Should Not Be Held In Contempt For Failing To Comply With Pre-Trial Orders Nos. 35 and/or 35A, those medical providers being identified in Exhibit "A" hereto.  The Court finds that the motion to withdraw should be **GRANTED** as to the Plaintiffs listed on Exhibit "A".

Dated this _____ day of _____, 2009.

_____
**ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**

# EXHIBIT A

| CLAIMANT | PROVIDER |
|---|---|
| Batts, Anthony | Dr. Shi Chi Cheng<br>2424 Danville Rd SW Heart Centers Suite L<br>Decatur, AL 35603 |
| | Rite-Aid<br>P.O. Box 3165<br>Harrisburg, PA 17105 |
| Carroll, John E. | Dr. Ahmad Ismail<br>110 E Byrd Ave, Bonifay, FL 32425 |
| Chisholm, Ethel | Rehab Works E. AL. Med Ctr.<br>2000 Pepperell Parkway, Opelika, AL 36849 |
| Condrey, Ralph E. | Dr. Christopher Byard<br>4300 West Main Street Suite 102<br>Dothan, AL 36305 |
| | Healthsouth Rehab<br>1736 East Main Street, Dothan, AL 36301 |
| Curseen, Ronald | Dr. Eva Magiros<br>1720 Medical Parks Drive Suite 340 Biloxi, MS 39532 |
| Dace, Dorothy | Thomas Pharmacy<br>170 Beacon Street<br>Laurel, MS 39440 |
| Davis, Edna | Medco<br>E. 23102 Appleway Avenue, Liberty Lake, WA 99019 |
| Drake, Lawrence | Athens Family Care<br>707 W Market St Athens AL 35611 |
| Eden, Gary Allen | Dr. Nicholas Pantaleone<br>872 Gillespie Street Prattville, AL 36067 |
| Ezell, Sheldon | Eckerd Drugs/Rite Aid<br>P.O. Box 3165 Harrisburg, PA 17105 |

| | |
|---|---|
| Frederick, Steve | Dr. Jeffrey Long<br>42320 Hwy 195 Haleyville, AL 35565<br><br>Cardiology PC Jasper<br>3400 Hwy 78 E.  Suite #311 Jasper, AL 35501 |
| Gladden, Chester | Miller Drugs<br>212 1st Avenue E, Oneonta, AL 35121-1734 |
| Hagood, Nettie | East Carroll Parish Hospital<br>336 North Hood Street, Lake Providence, LA 71254 |
| Hardin, Rebecca Wynn for Reba | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Harris, Dora | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Harris, Sadie | Dr. Michael Salvia<br>1400 Narrow Lane Parkway, Montgomery, AL 36111 |
| Hayes, Delores | Dr. Jeff Hawkins<br>1528 Carraway Blvd., Birmingham, AL 35234 |
| Hunt, Myrtle | Woods Pharmacy<br>149 Buck Creek Plaza, Alabaster, AL 35007 |
| King, Lillie | Dr. Nate Brown<br>Highway 61 & Ruby Street Cleveland, MS 38732 |
| Knight, Luella | Dr. Reed Cooper<br>832 Stage Road, Auburn, AL 36830 |
| Manis, Jack | Dr. Mark Murphy<br>909 – N. 5th Avenue, Rome, GA 30165<br><br>Dr. Cindy Shumpert<br>1105 North 5th Avenue, Rome, GA 30165 |
| Nance, William | Dr. Charles Jordan<br>115 W. Grand Ave. Rainbow City, AL 35906 |
| Osburn, Inez | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Parker, Windell | Dr. James Lee |

|  |  |
|---|---|
|  | 2021 Alabama Hwy 157, Cullman Alabama |
|  | UAB<br>619 19th Street, Birmingham, AL |
| Payne, Noble | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Peters, Catherine L. | Stringfellow Memorial Hospital<br>310 E. 18th. Street Anniston, AL 36207 |
|  | Millennium Health Clinic/Dr. Louis Stokes<br>1713 Hamric Drive E #2  Oxford, AL 36203 |
| Richardson, Sherroll | Dr. Sean Orr<br>513 Brookwood Blvd. Birmingham, AL 35209 |
| Taylor, Ricky | Dr. Charles Goodman<br>1110 Eastdall Mall Montgomery, AL 36117 |
| Thomas, Yvonne | Dr. Das Subramonium<br>1013 Medical Center Parkway Selma, AL 36701 |
|  | Dr. Meredith Drummond<br>833 St. Vincent's Dr. Ste. 300 B'ham, AL 35209 |
| Wilson, Dixie Thomas | People RX<br>1320 State Rte. 7 Champlain, NY 12915 |
|  | Redmond Regional<br>PO Box 107001 Rome, GA 30165 |
|  | Dr. Frank Hampton<br>5470 Martha Berry Highway NE Armuchee, GA 30105 |
| Wilson, Louchrisher | Dr. James Harrow<br>125 Alison Drive #7 Alexander, City 35010 |
| York, Bennie | Dr. James Lee<br>2021 Alabama Hwy 157, Cullman Alabama |
|  | Dr. Martin Salmon<br>3800 Ridgeway Dr,    Birmingham, AL 35209 |