UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL Docket no. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *Pertains to:* | * | |
| *Katharine Berry, representing Dustan* | * | |
| *W.P. Lynch; Lanzaddy Smith, representing* | * | MAGISTRATE JUDGE |
| *Diann D. Kelly; Sohn Green, representing* | * | KNOWLES |
| *Betty Boston; Shaneka Helms, representing* | * | |
| *Lee Vern Helms* | * | |

PLAINTIFFS' SECOND SUPPLMENTAL RESPONSE TO DEFENDANT'S
MOTION TO SHOW CAUSE WHY RESOLUTION PROGRAM
ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET
WITH ATTACHED EXHIBIT "I"

NOW COMES PLAINTIFFS, KATHARINE W. BERRY, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF DUSTAN W.P. LYNCH; LANZADDY J. SMITH, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF DIANN D. KELLY; SOHN GREEN, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF BETTY BOSTON; SHANEKA D. HELMS, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF LEE VERN HELMS, by and through their attorney, Pamela G. Sotoodeh with THE LAW GROUP, INC., and file this Second Supplemental Response to Defendant's Fourth Motion to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met with Attached Exhibit I, and would respectfully show as follows:

I..     <u>LANZADDY SMITH, REPRESENTING DIANN D. KELLY'S RESPONSE</u>

a.      Enrollment Deficiency Cure

In support of Plaintiff's response we attach hereto, Exhibit "I", executed and notarized Estate Successor Releases pertaining to Naomi James, Terry Ross, and Amanda Kelly. Originals will be forwarded to Brown Greer upon receipt

In conclusion, based on the submission today of the executed and notarized Estate Successor Releases pertaining to Naomi James, Terry Ross, and Amanda Kelly, Respondents would show that all enrollment issues are cured for DIANN D. KELLY and request she be removed from Defendant's Fourth Motion to Show Cause.

Submitted this 13th day of April, 2009.

By: <u>/s/ Pamela G. Sotoodeh</u>
Pamela G. Sotoodeh, #6284622
THE LAW GROUP, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Plaintiffs' Responses to Defendant's Fourth Motion to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met with Attached Exhibits I has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern Division of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13th day of April, 2009.

/s/ Pamela G. Sotoodeh
Pamela G. Sotoodeh, #6284622
THE LAW GROUP, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112

4

Pltsrsptoshowcause