UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                                                         MDL NO. 1657
PRODUCTS LIABILITY LITIGATION:
                                                                                 SECTION:  L

                                                                                 JUDGE FALLON
…………………………………………………..                      MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
Leroy Morgan v. Merck & Co., Inc.,
No. 2:06cv2183 (previously  USDC SDIL 3:06cv210)

## NOTICE OF CURING DEFICIENCY

COMES NOW Plaintiff and notifies this Court, that in response to this Court's March 27, 2009 Order to Show Cause, Plaintiff has cured his deficiency.  On April 8, 2009, he complied with CAP 2008-1 and mailed his release signed by a representative for claimant with acceptable proof of representative capacity, via Federal Express overnight service, to the Claims Administrator at 115 S. 15th Street, Suite 400, Richmond, Virginia  23219-4209.  Accordingly, Plaintiff has cured the deficiency and should not be required to appear for the April 15, 2009 show cause hearing before Judge Fallon.

Dated: April 14, 2009                         RESPECTFULLY SUBMITTED,

                                                           BROWN AND CROUPPEN

                                                           /s/ Seth S. Webb
                                                           Seth S. Webb, MO #505666
                                                           Brown & Crouppen, P.C.
                                                           720 Olive Street, Ste. 1800
                                                           St. Louis, MO 63101
                                                           (314) 421-0216
                                                           (314) 421-0359 fax
                                                           swebb@brownandcrouppen.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Curing Deficiency has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was filed electronically with the Clerk of Court, Eastern District of Louisiana on this 14th day of April, 2009.

                                 By:     /s/ Seth S. Webb
                                                Seth S. Webb, MO #505666