IN RE:  VIOXX     &ast;  MDL DOCKET NO. 1657
           &ast;
PRODUCTS LIABILITY LITIGATION&ast;  SECTION L
           &ast;
This Document Relates to:  &ast;  JUDGE FALLON
Loy Cryer      &ast;
Cleather Jones    &ast;  MAG. JUDGE KNOWLES
William E. Miles   &ast;
Rena R. Trevathan   &ast;
Michael K. Watson   &ast;
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE OF COURT TO
## FILE RESPONSE AND REQUEST FOR EXTENSION OF TIME REGARDING
## ORDER TO SHOW CAUSE WHY RESOLUTION
## PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET

   NOW INTO COURT, through undersigned counsel, come Plaintiffs, LOY

CRYER, CLEATHER JONES, deceased, who appears herein through his Court-

Appointed heir, Patricia Jones, WILLIAM E. MILES, RENA R. TREVATHAN, and

MICHAEL K. WATSON, who do request Leave of Court to file their response and

request for an extension of time regarding the Order to Show Cause Why Resolution

Program Enrollment Requirements Have Not Been Met, all as more fully outlined in the

attached Memorandum in Support of Motion for Leave of Court to File Response and

Request for Extension of Time Regarding Order to Show Cause Why Resolution

Program Enrollment Requirements Have Not Been Met.

   WHEREFORE, Plaintiffs pray that they be granted Leave of Court to file their

Response and Request for Extension of Time Regarding Order to Show Cause Why

Resolution Program Enrollment Requirements Have Not Been Met.

LAW OFFICES OF RONNIE G. PENTON
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE         :        (985) 732-5651
TELECOPIER:        (985) 735-5579
E-MAIL         :        rgp@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiffs
Louisiana Bar Roll Number 10462

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

April 14, 2009.

s/Ronnie G. Penton
Ronnie G. Penton