| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL DOCKET NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to: | * | JUDGE FALLON |
| Loy Cryer | * | |
| Cleather Jones | * | MAG. JUDGE KNOWLES |
| William E. Miles | * | |
| Rena R. Trevathan | * | |
| Michael K. Watson | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE RESPONSE AND REQUEST FOR EXTENSION OF TIME REGARDING ORDER TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET

**MAY IT PLEASE THE COURT:**

An Order to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met was executed by this Honorable Court on March 27, 2009, concerning Plaintiffs, CLEATHER JONES, WILLIAM E. MILES, RENA R. TREVATHAN, and MICHAEL K. WATSON.

An Order to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met was executed by this Honorable Court on March 27, 2009, concerning Plaintiff, LOY CRYER.

Plaintiffs desire to file their Response but require additional time to cure the deficiencies outlined in the Order to Show Cause.

Based upon the Orders executed by this Honorable Court, it was counsel's good faith belief that four (4) out of five (5) cases outlined on the Orders could have been cured timely without a response being necessary.  Counsel has made numerous telephone calls and forwarded correspondence to Plaintiffs since the inception of the settlement

program, and counsel has forwarded the information and documents immediately upon receipt, but has been unable to cure all deficiencies to comply with the Orders of the Court and the claims protocol, all as more particularly outlined in the attached Response

Counsel has been working daily with Claims Administrator, John Bates, in an effort to cure the enrollment deficiencies, but requires a short extension to April 29, 2009 to cure the remaining deficiencies, all as more fully outlined in the attached Response and Request for Extension.

Counsel has also made contact with Stefan Mallen with Bryan, Cave law firm, counsel for Defendant-Merck, who has requested that this Response be filed and who has received this Response via e-mail, as requested.

```
LAW OFFICES OF RONNIE G. PENTON
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE      :     (985) 732-5651
TELECOPIER:      (985) 735-5579
E-MAIL     :     rgp@rgplaw.com
```

s/Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiffs
Louisiana Bar Roll Number 10462