| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL DOCKET NO. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| **This Document Relates to:** | * | JUDGE FALLON |
| Loy Cryer | * | |
| Cleather Jones | * | MAG. JUDGE KNOWLES |
| William E. Miles | * | |
| Rena R. Trevathan | * | |
| Michael K. Watson | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# O R D E R

CONSIDERING THE FOREGOING:

IT IS ORDERED that Plaintiffs be granted Leave of Court to file their Response and Request for Extension of Time Regarding Order to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met.

Signed in New Orleans, Louisiana, this the _____ day of April, 2009.

_____
J U D G E