| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL DOCKET NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to: | * | JUDGE FALLON |
| Loy Cryer | * | |
| Cleather Jones | * | MAG. JUDGE KNOWLES |
| William E. Miles | * | |
| Rena R. Trevathan | * | |
| Michael K. Watson | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION FOR ADDITIONAL TIME REGARDING ORDER TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET

COMES NOW Plaintiffs, by and through their attorney of record, who requests additional time to cure the enrollment requirement deficiencies, as follows:

**1.**

Counsel requires a short extension to April 29, 2009 to obtain the signature of Patricia Jones, on behalf of **CLEATHER JONES,** deceased.

**2.**

Counsel requires a short extension to April 29, 2009 to obtain the signature of the **RENA R. TREVATHAN**, through her daughter-in-law, who has power of attorney. Counsel has been in contact with her and she is willing to cooperate and execute the required Release, which has been forwarded to her.

**3.**

Counsel requests an extension to April 29, 2009 to obtain the signature of **MICHAEL K. WATSON**, who has not responded as he recently had major surgery,

1

requiring a leg amputation and is just recovering and is in a wheelchair.  Counsel has been in contact with him and expects to have this deficiency cured by April 29, 2009.

WHEREFORE, counsel requests an extension to the April 29, 2009 hearing to cure the above described deficiencies.

LAW OFFICES OF RONNIE G. PENTON  
209 HOPPEN PLACE  
BOGALUSA, LOUISIANA  70427  
PHONE        :        (985) 732-5651  
TELECOPIER:        (985) 735-5579  
E-MAIL        :        rgp@rgplaw.com

s/Ronnie G. Penton  
Ronnie G. Penton  
Trial Counsel for Plaintiffs  
Louisiana Bar Roll Number 10462