| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL DOCKET NO. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| **This Document Relates to:** | * | JUDGE FALLON |
| **Loy Cryer** | * | |
| **Cleather Jones** | * | MAG. JUDGE KNOWLES |
| **William E. Miles** | * | |
| **Rena R. Trevathan** | * | |
| **Michael K. Watson** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## O R D E R

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED** that the Plaintiffs, LOY CRYER, CLEATHER JONES, RENA R. TREVATHAN, and MICHAEL K. WATSON, be allowed additional time, to April 24, 2009, to cure the remaining deficiencies.

Signed in New Orleans, Louisiana this the _____ day of April, 2009.

_____
J U D G E

1