UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| **This document relates to:** | * | MAGISTRATE JUDGE |
| | * | |
| *All Plaintiffs on Exhibits A & B* | * | KNOWLES |
| | * | |

******************************************************************************

## PROPOSED ORDER

Considering the foregoing, Defendant Merck & Co., Inc.'s ("Merck") Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met, and the Court considering the same and found good cause:

IT IS ORDERED BY THE COURT that:

1. The Order to Show Cause is discharged as to the following Plaintiffs on Exhibits A & B:

| | | |
|---|---|---|
| Erby, Roy | R-17 | Jackson v. Merck & Co., Inc. 2:07-cv-09138 EEF-DEK |
| Fant, Patricia | R-16/32 | Dalton v. Merck & Co., Inc. 2:08-cv-00958 EEF-DEK |
| Lambert, Garland | R-36 | Lambert v. Merck & Co., Inc. 2:06-cv-11117 EEF-DEK |
| Mariscal, James | R36 | Mariscal v. Merck & Co., Inc. 2:08-cv-01809 EEF-DEK |
| Wild, Sharon | R-15/16 | Durham v. Merck & Co., Inc. 2:07-cv-09196 EEF-DEK |

2. The Order to Show Cause is discharged to allow Counsel to locate the Plaintiffs

in the next 2 weeks or comply with Pretrial Order 36 for the following:

McArthur, Dee        R-19            Jackson v. Merck & Co., Inc. 2:07-cv-09138 EEF-DEK

    3.    The Order to Show Cause is discharged as to the following Plaintiff on Exhibits A & B:

Gunn, John           R-21/R-36       Durham v. Merck & Co., Inc. 2:07-cv-09196 EEF-DEK

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.

    Daniel E. Knowles, III
    United States Magistrate Judge