UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | MAGISTRATE JUDGE |
| | * | |
| *All Plaintiffs on Exhibits A & B* | * | KNOWLES |
| | * | |

******************************************************************************

**PROPOSED ORDER**

Considering the foregoing, Defendant Merck & Co., Inc.'s ("Merck") First Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met, and the Court considering the same and found good cause:

IT IS ORDERED BY THE COURT that:

1. The Order to Show Cause is discharged as to the following Plaintiffs on Exhibits A & B:

| | | |
|---|---|---|
| Ard, Patricia | R-5 | Gheen v. Merck & Co., Inc. 2:07-cv-03179 EEF-DEK |
| Barton, Jerry | R-99a | Barton v. Merck & Co., Inc. 2:08-cv-01777 EEF-DEK |
| Basaca, Alicia | R-5 | Choice v. Merck & Co., Inc. 2:07-cv-06690 EEF-DEK |
| Bell, Babette | R-99a | Durham v. Merck & Co., Inc. 2:07-cv-09196 EEF-DEK |
| Drew Freddie | R-6 | Durham v. Merck & Co., Inc. 2:07-cv-09196 EEF-DEK |
| Fant, Patricia | R-32 | Dalton v.  Merck & Co., Inc. 2:08-cv-00958 EEF-DEK |
| Gibilian, Jean | R-5 | Durham v. Merck & Co., Inc. 2:07-cv-09196 EEF-DEK |

Kulas, Mark         R-99a        Kulas v. Merck & Co., Inc. 2:08-cv-01861 EEF-DEK

Murfin, Delores     R-5          Durham v. Merck & Co., Inc. 2:07-cv-09196 EEF-DEK

Radtke, William     R-32         Durham v. Merck & Co., Inc. 2:07-cv-09196 EEF-DEK

Thomas, Ora         R-5          Dalton v.  Merck & Co., Inc. 2:08-cv-00958 EEF-DEK

Bynum, Joseph       R-6          Tolled

      2.    The Order to Show Cause is discharged to allow Counsel to locate the Plaintiffs in the next 2 weeks or comply with Pretrial Order 36 for the following:

Jackson, Emanuel    R-1/R-32     Choice v. Merck & Co., Inc. 2:07-cv-06690 EEF-DEK

Stewart, Gary       R-1/R-32     Jackson v. Merck & Co., Inc. 2:07-cv-09138 EEF-DEK

      3.    The Order to Show Cause is discharged as to the following Plaintiff on

      Exhibits A & B:

Smith Barbara       R-1/R-32     Jackson v. Merck & Co., Inc. 2:07-cv-09138 EEF-DEK

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.


                                                 _____
                                             Daniel E. Knowles, III
                                             United States Magistrate Judge