UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| **This document relates to:** | * | MAGISTRATE JUDGE |
| | * | |
| *All Plaintiffs on Exhibits A & B* | * | KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' RESPONSE TO MERCK & CO. INC.'S SECOND MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET**
*Deficiencies in Certification of Counsel*

On March 25, 2009, defendant Merck & Co., Inc. ("Merck") filed its above entitled motion requesting that an order to show cause issue certain Plaintiffs' to appear in person for the show cause hearing. On March 27, 2009, this Court filed the requested order to show cause.  The basis for this motion was that certain Plaintiffs have Releases in which Counsel Certification is deficient. The Plaintiffs represented by the undersigned hereby respond as follows.

Counsel has worked diligently toward completing enrollment requirements for the settlement program and all deficiencies have been cured.

I. **Plaintiffs that have cured their enrollment deficiencies with the Claims Administrator**

The following Plaintiffs oppose Defendant's motion because they have cured their enrollment deficiencies with the Claims Administrator.

Rogers, Cora              R-12              Dalton v.  Merck & Co., Inc. 2:08-cv-00958 EEF-DEK

Guillen, Josefina       R-12           Tolled

These Plaintiffs have cured their enrollment deficiencies with the Claims Administrator. Thus, these Plaintiffs respectfully request that this Court discharge the order to show cause and deny Merck's motion.

## CONCLUSION

As indicated above, Plaintiffs have cured their enrollment requirements, In order to balance the interest of the parties and efficiently resolve these issues without unduly harsh results, Plaintiffs respectfully request that this Court discharge the order to show cause and not be required to appear in person at the hearing on April 15, 2009. Plaintiffs respectfully submit a proposed order incorporating these requests for this Court's convenience and consideration.

Dated: April 14, 2009                           FREESE & GOSS, PLLC


                                                 /s/ Tim K. Goss
                                                Tim K. Goss
                                                3031 Allen Street, Suite 100
                                                Dallas, TX 75204
                                                Telephone: (214)761-6610
                                                Facsimile: (214) 761-6688
                                                Goss39587@aol.com

                                                ATTORNEY FOR PLAINTIFFS


**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs' Response to Merck & Co.,Inc.'s Second Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met and Proposed Order have been served on Liaison Counsel Russ Herman and Phillip Wittman, by U.S. Mail and/or e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with PTO 28, and that the foregoing was electronically filed with the Clerk of the court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 14th day of April, 2009.

        FREESE & GOSS, PLLC

        /s/ Tim K. Goss
        Tim K. Goss
        3031 Allen Street, Suite 100
        Dallas, TX 75204
        Telephone: (214)761-6610
        Facsimile: (214) 761-6688
        Goss39587@aol.com

        ATTORNEY FOR PLAINTIFFS