UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | |
| This document relates to: | * | **MAGISTRATE JUDGE** |
| | * | |
| *All Plaintiffs on Exhibits A & B* | * | **KNOWLES** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PROPOSED ORDER

Considering the foregoing, Defendant Merck & Co., Inc.'s ("Merck") Second Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met, and the Court considering the same and found good cause as follows:

IT IS ORDERED BY THE COURT that:

1. The Order to Show Cause is discharged as to the following Plaintiffs on Exhibits A & B:

The following Plaintiffs oppose Defendant's motion because they have cured their enrollment deficiencies with the Claims Administrator.

Rogers, Cora          R-12          Dalton v.  Merck & Co., Inc. 2:08-cv-00958 EEF-DEK

Guillen, Jospfina     R-12          Tolled

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

                                                            _____
                                                            Daniel E. Knowles, III
                                                            United States Magistrate Judge