UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| **This document relates to:** | * | MAGISTRATE JUDGE |
| | * | |
| *All Plaintiffs on Exhibits A & B* | * | KNOWLES |
| | * | |

******************************************************************************

## PROPOSED ORDER

Considering the foregoing, Defendant Merck & Co., Inc.'s ("Merck") Fourth Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met, and the Court considering the same and found good cause:

IT IS ORDERED BY THE COURT that:

1. The Order to Show Cause is discharged as to the following Plaintiffs on Exhibits A & B:

| | | |
|---|---|---|
| Armstrong, Gracie Etta | R-30 | Gheen v. Merck & Co., Inc. 2:07-cv-03179 EEF-DEK |
| Gibilian, Jean | R-30 | Durham v. Merck & Co., Inc. 2:07-cv-09196 EEF-DEK |
| Hanneman, Alfred | R-30 | Durham v. Merck & Co., Inc. 2:07-cv-09196 EEF-DEK |
| Radtke, William | R-30 | Durham v. Merck & Co., Inc. 2:07-cv-09196 EEF-DEK |
| Wilkes, Mary | R-30 | Durham v. Merck & Co., Inc. 2:07-cv-09196 EEF-DEK |

2. The Order to Show Cause is discharged to allow Counsel to locate the Plaintiffs

in the next 2 weeks or comply with Pretrial Order 36 for the following:

| | | |
|---|---|---|
| Dachs, Jeanette | R-30 | Durham v. Merck & Co., Inc. 2:07-cv-09196 EEF-DEK |
| Dixon Johnny | R-30 | Jackson v. Merck & Co., Inc. 2:07-cv-09138 EEF-DEK |
| Hinex, Ricky | R-30 | tolled |

    3.    The Order to Show Cause is discharged as to the following Plaintiffs on Exhibits A & B:

| | | |
|---|---|---|
| Shyklar, Riva | R-30 | Durham v. Merck & Co., Inc. 2:07-cv-09196 EEF-DEK |
| Guillen, Josefina | R-30 | tolled |

NEW ORLEANS, LOUISIANA, this \_\_\_\_ day of _____, 2009.

                                                            Daniel E. Knowles, III
United States Magistrate Judge