UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to:** | * | **MAGISTRATE JUDGE** |
| | * | |
| *All Plaintiffs on Exhibits A & B* | * | **KNOWLES** |
| | * | |

**************************************************************************

## PROPOSED ORDER

Considering the foregoing, Defendant Merck & Co., Inc.'s ("Merck") Sixth Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met, and the Court considering the same and found good cause:

IT IS ORDERED BY THE COURT that:

1. The Order to Show Cause is discharged as to the following Plaintiffs on Exhibits A & B:

| | |
|---|---|
| Hanneman, Alfred | Durham v. Merck & Co., Inc. 2:07-cv-09196 EEF-DEK |
| Jakubowski, Louise | Nelson v. Merck & Co., Inc. 2:08-cv-01821 EEF-DEK |

2. The Order to Show Cause is discharged to allow Counsel to locate the Plaintiffs in the next 2 weeks or comply with Pretrial Order 36 for the following:

| | |
|---|---|
| Santillan, Victor | Choice v. Merck & Co., Inc. 2:07-cv-06690 EEF-DEK |

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.


                                                                               _____
                                                                               Daniel E. Knowles, III
                                                                              United States Magistrate Judge