## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Vioxx** | § | **MDL Docket No. 1657** |
| | § | |
| **PRODUCTS LIABILITY** | § | **SECTION L** |
| **LITIGATION** | § | |
| | § | **JUDGE FALLON** |
| **This document relates to:** | § | |
| | § | **MAGISTRATE JUDGE** |
| ***All Plaintiffs on Attached Exhibits A*** | § | **KNOWLES** |
| ***and B*** | § | |

---

### PLAINTIFFS' RESPONSE TO MERCK & CO., INC.'S *FIRST* MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET (*Fundamental Flaws in Releases*)

---

Plaintiffs can be separated into three distinct responsive groups: Plaintiffs that have cured their enrollment deficiencies with the Claims Administrator; Plaintiffs for whom Counsel has been unable to locate; and Plaintiffs that will cure their enrollment deficiencies by the hearing scheduled on April 15, 2009, or soon thereafter.

### I.   Plaintiffs that have cured their enrollment deficiencies with the Claims Administrator

Certain Plaintiffs represented by The Gallagher Law Firm recently cured their enrollment deficiencies with the Claims Administrator. Of the Plaintiffs identified on Exhibit A to Merck's motion, the following enrollment deficiencies have been cured:

| VCN | LastName | FirstName | Deficiency | Docket # |
|---|---|---|---|---|
| 1104511 | Gherman | Rosalie | R-99a | 2:08cv00607 |
| 1104525 | Griffin | Rosie | R-99a | 2:08cv00611 |

| 1104542 | Hebert | Sandra | R-99a | 2:08cv00613 |
| 1104574 | Kaske | Keith | R-99a | 2:08cv00615 |
| 1104583 | Kimble | Angela | R-99a | 2:05cv04510 |
| 1104584 | King | Mark | R-99a | 2:08cv00618 |
| 1104764 | Sowles | Verlyn Eugene | R-99a | 2:08cv00642 |
| 1104380 | Hatten | William | R-1 | Tolled |
| 1104543 | Henry | Vanessa | R-99a | Tolled |
| 1104601 | Hughes | Thomas | R-6 | Tolled |
| 1104571 | Johnston | William | R-1, R-32 | Tolled |
| 1104651 | Moore | Vivian P. | R-6 | Tolled |

These Plaintiffs have cured their enrollment deficiencies with the Claims Administrator. Thus, these Plaintiffs respectfully request that this Court discharge the order to show cause and deny Merck's motion.

## II.    Plaintiffs that Counsel has been unable to locate

Counsel has been unable to locate the following Plaintiffs listed on Exhibit A:

| VCN | LastName | FirstName | Deficiency | Docket # |
| --- | --- | --- | --- | --- |
| 1104421 | Carnell-Franklin | Fannie | R-99a and R-36 | 2:08cv00604 |
| 1104622 | Martinez | Rebecca | R-1 | 2:07cv03742 |
| 1104771 | Stanton | Rosie | R-99a | 2:08cv00646 |
| 1104810 | Washington | Artie | R-30, R-99a | 2:0800651 |

Plaintiffs' counsel intends to follow Pretrial Order 36 with regard to these unlocatable Plaintiffs.

## III.    Plaintiffs that will cure their enrollment deficiencies within the next week:

| VCN | LastName | FirstName | Deficiency | Specific Curing Steps | Docket # |
| --- | --- | --- | --- | --- | --- |
| 1104470 | Dupree | Neta | R-1, R-6 | The new release was received on April 14, | 2:08cv00597 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 2009 and is being sent over night delivery to the Claims Administrator. It will be received by the CA on April 15, 2009. | |
| 1104343 | Adams | Nona | R-1, R-32 | The Gallagher Law Firm found a living relative on April 13th and sent via over night delivery the necessary documents. They will be received by The Gallagher Law Firm on or about April 16th and then sent over night delivery to the Claims Administrator. | 2:08cv00583 |
| 1104615 | Mahoney | John | R-99a | The passport of this claimant was provided to the Claims Administrator and Merck denied it. The client is sending a copy of his social security card and That Gallagher Law Firm should receive it by April 15, 2009. It will be sent over night delivery to the claims administrator. | 2:08cv00624 |
| 1104713 | Rippelmeyer | Nadine | R-99a | The Gallagher Law Firm was able to locate this client on Monday, April 13, 2009 and she is mailing a copy of her I.D. It should be received by April 16, 2009 and will be sent over night delivery to the Claims Administrator. | 2:08cv00636 |
| 1104826 | Williams | Sherman | R-99a | The Gallagher Law Firm is sending the ID to the Claims Administrator and it will be received by them on April 15, 2008. | 2:08cv05204 |
| 1104471 | Durall | June | R-1, R-32 | This document has been | Tolled |

| | | | | sent to the Claims Administrator and as of the filing of this motion it is listed as "pending". This should cure immediately | |
|---|---|---|---|---|---|
| | | | | | |

These Plaintiffs will cure their enrollment deficiencies with the Claims Administrator prior to the April 15, 2009 hearing or within days of the hearing. Thus, these Plaintiffs respectfully request that this Court discharge the order to show cause and deny Merck's motion.

## CONCLUSION

As indicated above, Plaintiffs have either cured their enrollment requirements, have been unable to be located, or will have cured their enrollment deficiencies by the date of the hearing April 15, 2009. None have willfully failed to comply or impeded individualized litigation of their claims. In order to balance the interest of the parties and efficiently resolve these issues without unduly harsh results, Plaintiffs respectfully request that this Court discharge the order to show cause and not be required to appear in person at the hearing on April 15, 2009. Plaintiffs respectfully submit a proposed order incorporating these requests for this Court's convenience and consideration.

DATED:      April 14, 2009.

Respectfully submitted,

THE GALLAGHER LAW FIRM

s/Michael T. Gallagher
_____

Michael T. Gallagher
2905 Sackett
Houston, TX  77098
(713) 222-8080
(713) 222-0066 fax


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing *Plaintiffs' Response to Merck & Co., Inc.'s First Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met* and *Proposed Order* have been served on Liaison Counsel Russ Herman and Phillip Wittman, by U.S. Mail and/or e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with PTO 28, and that the foregoing was electronically filed with the Clerk of the court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 14th day of April, 2009.


s/Michael T. Gallagher
Michael T. Gallagher
The Gallagher Law Firm
2905 Sackett
Houston, TX  77098
(713) 222-8080
(713) 222-0066 fax

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| **PRODUCTS LIABILITY** | § | **SECTION L** |
| **LITIGATION** | § | |
| | § | **JUDGE FALLON** |
| **This document relates to:** | § | |
| | § | **MAGISTRATE JUDGE** |
| *All Plaintiffs on Attached Exhibit A* | § | **KNOWLES** |
| *and B* | § | |

---

## [PROPOSED] ORDER

---

Considering the foregoing, Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Resolution Program Enrollment Requirements Have Not Been Met (*Fundamental Flaws in Releases*).  On March 27, 2009, this Court filed the requested, and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that:

(1)    the Order to Show Cause is discharged for the following Plaintiffs:

| VCN | LastName | FirstName | Deficiency | Docket # |
|---|---|---|---|---|
| 1104511 | Gherman | Rosalie | R-99a | 2:08cv00607 |
| 1104525 | Griffin | Rosie | R-99a | 2:08cv00611 |
| 1104542 | Hebert | Sandra | R-99a | 2:08cv00613 |
| 1104574 | Kaske | Keith | R-99a | 2:08cv00615 |
| 1104583 | Kimble | Angela | R-99a | 2:05cv04510 |
| 1104584 | King | Mark | R-99a | 2:08cv00618 |
| 1104764 | Sowles | Verlyn Eugene | R-99a | 2:08cv00642 |

| 1104380 | Hatten | William | R-1 | Tolled |
|---|---|---|---|---|
| 1104543 | Henry | Vanessa | R-99a | Tolled |
| 1104601 | Hughes | Thomas | R-6 | Tolled |
| 1104571 | Johnston | William | R-1, R-32 | Tolled |
| 1104651 | Moore | Vivian P. | R-6 | Tolled |

(2)     the Order to Show Cause is discharged, allowing Plaintiffs' counsel to comply with Pretrial Order 36 for the following Plaintiffs:

| VCN | LastName | FirstName | Deficiency | Docket # |
|---|---|---|---|---|
| 1104421 | Carnell-Franklin | Fannie | R-99a and R-36 | 2:08cv00604 |
| 1104622 | Martinez | Rebecca | R-1 | 2:07cv03742 |
| 1104771 | Stanton | Rosie | R-99a | 2:08cv00646 |
| 1104810 | Washington | Artie | R-30, R-99a | 2:08cv00651 |

(3)     the Order to Show Cause is discharged for the following Plaintiffs:

| VCN | LastName | FirstName | Deficiency | Specific Curing Steps | Docket # |
|---|---|---|---|---|---|
| 1104470 | Dupree | Neta | R-1, R-6 | The new release was received on April 14, 2009 and is being sent over night delivery to the Claims Administrator.  It will be received by the CA on April 15, 2009. | 2:08cv00597 |
| 1104343 | Adams | Nona | R-1, R-32 | The Gallagher Law Firm found a living relative on April 13th and sent via over night delivery the necessary documents. They will be received by The Gallagher Law Firm on or about April 16th and then sent over night delivery to the Claims | 2:08cv00583 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Administrator. | |
| 1104615 | Mahoney | John | R-99a | The passport of this claimant was provided to the Claims Administrator and Merck denied it.  The client is sending a copy of his social security card and That Gallagher Law Firm should receive it by April 15, 2009.  It will be sent over night delivery to the claims administrator. | 2:08cv00624 |
| 1104713 | Rippelmeyer | Nadine | R-99a | The Gallagher Law Firm was able to locate this client on Monday, April 13, 2009 and she is mailing a copy of her I.D.  It should be received by April 16, 2009 and will be sent over night delivery to the Claims Administrator. | 2:08cv00636 |

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.


_____
Daniel E. Knowles, III
United States Magistrate Judge

- 4 -