

24381607
Mar 25 2009
3:56PM

## First OSC re Enrollment Deficiencies
### Exhibit A – Filed Cases

|  | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | Ainsworth, Price, P.C., Law Offices of | Murray, Elizabeth | R-1 | Murray, Joseph v. Merck & Co., Inc. | 2:05-cv-05431-EEF-DEK |
| 2. | Anderson, John H. | Mark, Debra K. | R-1 | Nelson, Louis v. Merck & Co., Inc. | 2:08-cv-00880-EEF-DEK |
| 3. | Anderson, John H. | Mark, Debra K. | R-32 | Nelson, Louis v. Merck & Co., Inc. | 2:08-cv-00880-EEF-DEK |
| 4. | Anderson, John H. | Mark, Debra K. | R-6 | Nelson, Louis v. Merck & Co., Inc. | 2:08-cv-00880-EEF-DEK |
| 5. | Anderson, John H. | Mark, Debra K. | R-99a | Nelson, Louis v. Merck & Co., Inc. | 2:08-cv-00880-EEF-DEK |
| 6. | Anderson, John H. | Mclaurin, Grace | R-99a | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| 7. | Arnold & Itkin, LLP | Benedict, Roger | R-1 | Benedict, Roger v. Merck & Co., Inc. | 2:06-cv-07168-EEF-DEK |
| 8. | Arnold & Itkin, LLP | Benedict, Roger | R-32 | Benedict, Roger v. Merck & Co., Inc. | 2:06-cv-07168-EEF-DEK |
| 9. | Arnold & Itkin, LLP | Benedict, Roger | R-5 | Benedict, Roger v. Merck & Co., Inc. | 2:06-cv-07168-EEF-DEK |
| 10. | Ball, John T., Attorney at Law | Wells, John W. | R-1 | Wells, John W. v. Merck & Co., Inc. | 2:07-cv-05904-EEF-DEK |
| 11. | Ball, John T., Attorney at Law | Wells, John W. | R-32 | Wells, John W. v. Merck & Co., Inc. | 2:07-cv-05904-EEF-DEK |
| 12. | Barrett Law Office, PA (MS) | Palmer, Terry | R-1 | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 13. | Barrett Law Office, PA (MS) | Palmer, Terry | R-32 | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 14. | Barrett Law Office, PA (MS) | Sendall, Joy | R-32 | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 15. | Becnel Law Firm, LLC | Curry, Katie | R-1 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 16. | Becnel Law Firm, LLC | Mayo, William | R-1 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 17. | Becnel Law Firm, LLC | Mayo, William | R-32 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 18. | Becnel Law Firm, LLC | Menendez, Belle G. | R-1 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 19. | Becnel Law Firm, LLC | Menendez, Belle G. | R-32 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 20. | Becnel Law Firm, LLC | Menendez, Belle G. | R-5 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 21. | Becnel Law Firm, LLC | Stewart, Donald | R-1 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |

|     | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number |
| --- | --- | --- | --- | --- | --- |
| 22. | Becnel Law Firm, LLC | Stewart, Donald | R-32 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 23. | Boone Law Firm, P.A. | Vence, Estate Of Margrete | R-1 | Vence, Margrete Estate of v. Merck & Co., Inc. | 2:08-cv-00249-EEF-DEK |
| 24. | Boone Law Firm, P.A. | Vence, Estate Of Margrete | R-32 | Vence, Margrete Estate of v. Merck & Co., Inc. | 2:08-cv-00249-EEF-DEK |
| 25. | Boone Law Firm, P.A. | Vence, Estate Of Margrete | R-6 | Vence, Margrete Estate of v. Merck & Co., Inc. | 2:08-cv-00249-EEF-DEK |
| 26. | Branch Law Firm | Morgan, Beverly A. | R-5 | Miller, Kevin L. v. Merck & Co., Inc. | 2:08-cv-00870-EEF-DEK |
| 27. | Branch Law Firm | Smith, Janie | R-5 | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK |
| 28. | Brederson Law Center | Van Nieuwenhuize, Maria-Jose | R-32 | Vannieuwenhuize, Marie Jose v. Merck & Co., Inc. | 2:06-cv-02251-EEF-DEK |
| 29. | Brederson Law Center | Van Nieuwenhuize, Maria-Jose | R-6 | Vannieuwenhuize, Marie Jose v. Merck & Co., Inc. | 2:06-cv-02251-EEF-DEK |
| 30. | Brederson Law Center | Van Nieuwenhuize, Maria-Jose | R-99a | Vannieuwenhuize, Marie Jose v. Merck & Co., Inc. | 2:06-cv-02251-EEF-DEK |
| 31. | Carey & Danis, LLC | Bowman, Bradley | R-32 | Gaston, Wilma v. Merck & Co., Inc. | 2:05-cv-05293-EEF-DEK |
| 32. | Carey & Danis, LLC | Chester, Sylvester | R-32 | Piechoinski, Chris v. Merck & Co., Inc. | 2:05-cv-03807-EEF-DEK |
| 33. | Carey & Danis, LLC | Fletcher, Wilma | R-5 | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| 34. | Carey & Danis, LLC | Giertuga, Joseph J. | R-32 | Jackson, Gloria v. Merck & Co., Inc. | 2:06-cv-01896-EEF-DEK |
| 35. | Carey & Danis, LLC | Gordon, Dolores | R-32 | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 36. | Carey & Danis, LLC | Hamilton, Francis | R-1 | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK |
| 37. | Carey & Danis, LLC | Hamilton, Francis | R-32 | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK |
| 38. | Carey & Danis, LLC | Jackson, Agnes H. | R-5 | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK |
| 39. | Carey & Danis, LLC | Jackson, Sarah | R-99a | Atkins, Stella v. Merck & Co., Inc. | 2:05-cv-04324-EEF-DEK |
| 40. | Carey & Danis, LLC | Knox, Clarence | R-5 | Hopper, Judith v. Merck & Co., Inc. | 2:06-cv-06240-EEF-DEK |
| 41. | Carey & Danis, LLC | Mcbride, Sandra | R-32 | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK |
| 42. | Carey & Danis, LLC | Mitchell, Alexander | R-5 | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK |
| 43. | Carey & Danis, LLC | Pagnotta, Ugo | R-32 | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK |
| 44. | Carey & Danis, LLC | Ridge, Laura | R-32 | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|
| 45. | Carey & Danis, LLC | Tripp, Emigene | R-32 | Raymo, Debra v. Merck & Co., Inc. | 2:05-cv-02568-EEF-DEK |
| 46. | Carey & Danis, LLC | White, Hallard D. | R-5 | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK |
| 47. | Cellino & Barnes, P.C. | Arguelles, Adolfo | R-99a | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK |
| 48. | Cellino & Barnes, P.C. | Blanchard, Doris Elaine | R-5 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 49. | Cellino & Barnes, P.C. | Dyche, John T. | R-5 | Clark, William v. Merck & Co., Inc. | 2:06-cv-01212-EEF-DEK |
| 50. | Cellino & Barnes, P.C. | Hartman, Nereida | R-32 | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 51. | Cellino & Barnes, P.C. | Hensley, Louis | R-6 | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 52. | Cellino & Barnes, P.C. | Holland, William | R-5 | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK |
| 53. | Cellino & Barnes, P.C. | Hummel, Charlene | R-32 | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 54. | Cellino & Barnes, P.C. | Kania, Rachel | R-32 | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |
| 55. | Cellino & Barnes, P.C. | Karpinski, Eleanor | R-5 | Alister, Gene C. v. Merck & Co., Inc. | 2:06-cv-10871-EEF-DEK |
| 56. | Cellino & Barnes, P.C. | Kline, Margaret A. | R-1 | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 57. | Cellino & Barnes, P.C. | Kline, Margaret A. | R-32 | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 58. | Cellino & Barnes, P.C. | Lehmann, Mary | R-1 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 59. | Cellino & Barnes, P.C. | Lehmann, Mary | R-32 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 60. | Cellino & Barnes, P.C. | Lunn, Patricia | R-1 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 61. | Cellino & Barnes, P.C. | Lunn, Patricia | R-32 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 62. | Cellino & Barnes, P.C. | Marineau, Patsie E. | R-32 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 63. | Cellino & Barnes, P.C. | Maxam, Mark | R-5 | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 64. | Cellino & Barnes, P.C. | Mote, Donna | R-5 | Ando, Donald J. v. Merck & Co., Inc. | 2:06-cv-10629-EEF-DEK |
| 65. | Cellino & Barnes, P.C. | Rivera, Helen | R-1 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 66. | Cellino & Barnes, P.C. | Rivera, Helen | R-32 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 67. | Cellino & Barnes, P.C. | Rodo, Angeline | R-1 | Brown, Betty v. Merck & Co., Inc. | 2:06-cv-01186-EEF-DEK |
| 68. | Cox, Cox, Filo, Camel & Wilson | Fusilier, Lula M. | R-1 | Fuselier, Herbert v. Merck & Co., Inc. | 2:06-cv-00988-EEF-DEK |

|     | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Case Caption** | **Docket Number** |
| --- | --- | --- | --- | --- | --- |
| 69. | Cox, Cox, Filo, Camel & Wilson | Fusilier, Lula M. | R-32 | Fuselier, Herbert v. Merck & Co., Inc. | 2:06-cv-00988-EEF-DEK |
| 70. | Cox, Cox, Filo, Camel & Wilson | Fusilier, Lula M. | R-5 | Fuselier, Herbert v. Merck & Co., Inc. | 2:06-cv-00988-EEF-DEK |
| 71. | Cox, Cox, Filo, Camel & Wilson | Gallo, Anna H. | R-1 | Gallo, Nolan v. Merck & Co., Inc. | 2:06-cv-00989-EEF-DEK |
| 72. | Cox, Cox, Filo, Camel & Wilson | Leday, Sayretha B. | R-1 | Leday, Sayretha v. Merck & Co., Inc. | 2:05-cv-02275-EEF-DEK |
| 73. | Cox, Cox, Filo, Camel & Wilson | Rodgers, Joyce F. | R-1 | Joyce Rodgers v. Merck & Co., Inc. | 2:06-cv-00305-EEF-DEK |
| 74. | Cox, Cox, Filo, Camel & Wilson | Rodgers, Joyce F. | R-32 | Joyce Rodgers v. Merck & Co., Inc. | 2:06-cv-00305-EEF-DEK |
| 75. | Fenner & Boles LLC | Smith, Margie L. | R-1 | Reed, Thelma v. Merck & Co., Inc. | 2:05-cv-05347-EEF-DEK |
| 76. | Freese & Goss, PLLC | Ard, Patricia | R-5 | Gheen, Sherry v. Merck & Co., Inc. | 2:07-cv-03179-EEF-DEK |
| 77. | Freese & Goss, PLLC | Barton, Jerry J. | R-99a | Barton, Jerry v. Merck & Co., Inc. | 2:08-cv-01777-EEF-DEK |
| 78. | Freese & Goss, PLLC | Basaca, Alicia M. | R-5 | Choice, Helen v. Merck & Co., Inc. | 2:07-cv-06690-EEF-DEK |
| 79. | Freese & Goss, PLLC | Bell, Babette | R-99a | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 80. | Freese & Goss, PLLC | Drew, Freddie M. | R-6 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 81. | Freese & Goss, PLLC | Fant, Patricia | R-32 | Dalton, Dianne v. Merck & Co., Inc. | 2:08-cv-00958-EEF-DEK |
| 82. | Freese & Goss, PLLC | Gibilian, Jean | R-5 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 83. | Freese & Goss, PLLC | Jackson, Emanuel | R-1 | Choice, Helen v. Merck & Co., Inc. | 2:07-cv-06690-EEF-DEK |
| 84. | Freese & Goss, PLLC | Jackson, Emanuel | R-32 | Choice, Helen v. Merck & Co., Inc. | 2:07-cv-06690-EEF-DEK |
| 85. | Freese & Goss, PLLC | Kulas, Mark | R-99a | Kulas, Mark v. Merck & Co., Inc. | 2:08-cv-01861-EEF-DEK |
| 86. | Freese & Goss, PLLC | Murfin, Dolores | R-5 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 87. | Freese & Goss, PLLC | Radtke, William R. | R-32 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 88. | Freese & Goss, PLLC | Smith, Barbara A. | R-1 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 89. | Freese & Goss, PLLC | Smith, Barbara A. | R-32 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 90. | Freese & Goss, PLLC | Stewart, Gary | R-1 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 91. | Freese & Goss, PLLC | Stewart, Gary | R-32 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 92. | Freese & Goss, PLLC | Thomas, Ora B. | R-5 | Dalton, Dianne v. Merck & Co., Inc. | 2:08-cv-00958-EEF-DEK |

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|
| 93. | Gallagher Law Firm (TX) | Adams, Nona | R-1 | Adams, Nona v. Merck & Company, Inc. | 2:08-cv-00583-EEF-DEK |
| 94. | Gallagher Law Firm (TX) | Adams, Nona | R-32 | Adams, Nona v. Merck & Company, Inc. | 2:08-cv-00583-EEF-DEK |
| 95. | Gallagher Law Firm (TX) | Carnell-Franklin, Fannie | R-99a | Franklin, Fannie C. v. Merck & Co., Inc. | 2:08-cv-00604-EEF-DEK |
| 96. | Gallagher Law Firm (TX) | Dupree, Neta | R-1 | Dupree, Neta v. Merck & Company, Inc. | 2:08-cv-00597-EEF-DEK |
| 97. | Gallagher Law Firm (TX) | Dupree, Neta | R-6 | Dupree, Neta v. Merck & Company, Inc. | 2:08-cv-00597-EEF-DEK |
| 98. | Gallagher Law Firm (TX) | Gherman C/o Rosalie Johnson, Constantino | R-99a | Gherman, Constantino v. Merck & Co., Inc. | 2:08-cv-00607-EEF-DEK |
| 99. | Gallagher Law Firm (TX) | Griffin, Rosie | R-99a | Griffin, Rosie v. Merck & Co., Inc. | 2:08-cv-00611-EEF-DEK |
| 100. | Gallagher Law Firm (TX) | Hebert, Sandra | R-99a | Hebert, Sandra v. Merck & Co., Inc. | 2:08-cv-00613-EEF-DEK |
| 101. | Gallagher Law Firm (TX) | Kaske, Keith | R-99a | Kaske, Keith v. Merck & Co., Inc. | 2:08-cv-00615-EEF-DEK |
| 102. | Gallagher Law Firm (TX) | Kimble, Angela | R-99a | Allemand, Mary v. Merck | 2:05-cv-04510-EEF-DEK |
| 103. | Gallagher Law Firm (TX) | King, Mark | R-99a | King, Mike v. Merck & Co., Inc. | 2:08-cv-00618-EEF-DEK |
| 104. | Gallagher Law Firm (TX) | Mahoney, John | R-99a | Mahoney, John v. Merck & Company, Inc. | 2:08-cv-00624-EEF-DEK |
| 105. | Gallagher Law Firm (TX) | Martinez, Rebecca | R-1 | Anderson Felstet, Flora v. Merck & Co., Inc. | 2:07-cv-03742-EEF-DEK |
| 106. | Gallagher Law Firm (TX) | Martinez, Rebecca | R-32 | Anderson Felstet, Flora v. Merck & Co., Inc. | 2:07-cv-03742-EEF-DEK |
| 107. | Gallagher Law Firm (TX) | Martinez, Rebecca | R-99a | Anderson Felstet, Flora v. Merck & Co., Inc. | 2:07-cv-03742-EEF-DEK |
| 108. | Gallagher Law Firm (TX) | Rippelmeyer, Nadine | R-99a | Rippelmyer, Nadine v. Merck & Co., Inc. | 2:08-cv-00636-EEF-DEK |
| 109. | Gallagher Law Firm (TX) | Sowles, Verlyn Eugene | R-99a | Sowles, Verlyn E. v. Merck & Co., Inc. | 2:08-cv-00642-EEF-DEK |
| 110. | Gallagher Law Firm (TX) | Stanton, Rosie | R-99a | Stanton, Rosie v. Merck & Co., Inc. | 2:08-cv-00646-EEF-DEK |
| 111. | Gallagher Law Firm (TX) | Washington, Artie | R-99a | Washington, Artie v. Merck & Co., Inc. | 2:08-cv-00651-EEF-DEK |
| 112. | Gallagher Law Firm (TX) | Williams, Sherman | R-99a | Williams, Sherman v. Merck & Co., Inc. | 2:08-cv-00655-EEF-DEK |
| 113. | Jones, Swanson, Huddell & Garrison, L.L.C. | Margin, Deceased, C/o Monique Mcdermott, Cynthia | R-1 | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|
| 114. | Jones, Swanson, Huddell & Garrison, L.L.C. | Margin, Deceased, C/o Monique Mcdermott, Cynthia | R-32 | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 115. | Lamb Firm, LLC, The | Adames De-La-Rosa, Rogelio | R-99a | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 116. | Lamb Firm, LLC, The | Gutierrez-Mendez, Manuel A. | R-99a | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 117. | Lamb Firm, LLC, The | Hernandez, Reina | R-99a | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 118. | Lamb Firm, LLC, The | Lorenzo-Nieves, Felicita | R-1 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 119. | Lamb Firm, LLC, The | Lorenzo-Nieves, Felicita | R-32 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 120. | Lamb Firm, LLC, The | Orta-Perez, Cecilia | R-5 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 121. | Lamb Firm, LLC, The | Pion-Baez, Maria | R-99a | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 122. | Lamb Firm, LLC, The | Ramos-Rodriguez, Rafael | R-99a | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 123. | Matthews & Associates | Brown, Georgia W. | R-5 | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946-EEF-DEK |
| 124. | Matthews & Associates | Crowder, Betty G. | R-99a | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| 125. | Matthews & Associates | Mullins, Christina M. | R-5 | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| 126. | Matthews & Associates | Murthil, Favin P. | R-1 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 127. | Matthews & Associates | Murthil, Favin P. | R-32 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 128. | Matthews & Associates | Nolan, Anna L. | R-29 | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| 129. | Matthews & Associates | Ortiz Bastide, Raul | R-5 | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK |
| 130. | Matthews & Associates | Rodriguez Feliciano, Juana R. | R-5 | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 131. | Matthews & Associates | Rosario Medina, Migdalia | R-32 | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK |
| 132. | Matthews & Associates | Sanders, Ora P. | R-1 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 133. | Matthews & Associates | Sanders, Ora P. | R-32 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|
| 134. | Matthews & Associates | Usry, Robert | R-99a | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| 135. | Matthews & Associates | Zelina, Joyce D. | R-5 | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 136. | McGraw Law Offices | Hinkle, David J. | R-99a | Brumfield, Donald v. Merck & Co., Inc. | 2:07-cv-01407-EEF-DEK |
| 137. | McGraw Law Offices | Quarles, Greta G. | R-99a | Brumfield, Donald v. Merck & Co., Inc. | 2:07-cv-01407-EEF-DEK |
| 138. | Miller Firm, LLC, The (PA) | Cottrell, William D. | R-99a | Ferguson, Bonnie v. Merck & Co., Inc. | 2:07-cv-01827-EEF-DEK |
| 139. | Miller Firm, LLC, The (PA) | Vance, Dean | R-5 | Godfrey, Charles E. v. Merck & Co., Inc. | 2:06-cv-09712-EEF-DEK |
| 140. | Myers and Perfater | Kelly, Norman B. | R-99a | Kelly, Norman v. Merck & Co., Inc. | 2:06-cv-10413-EEF-DEK |
| 141. | Myler, Brad & Associates | Dunham, Elsie J. | R-1 | Evans, Josephine, v. Merck & Co., Inc. | 2:06-cv-06469-EEF-DEK |
| 142. | Myler, Brad & Associates | Dunham, Elsie J. | R-32 | Evans, Josephine, v. Merck & Co., Inc. | 2:06-cv-06469-EEF-DEK |
| 143. | Parks & Crump LLC | Cooper, Juanita | R-6 | Alexander, Glenda v. Merck & Co., Inc. | 2:06-cv-06705-EEF-DEK |
| 144. | Pittman, Dutton, Kirby & Hellums, P.C. | Johnson, Irene J. | R-6 | Woodruff, Charlotte v. Merck & Co., Inc. | 2:05-cv-06383-EEF-DEK |
| 145. | Pro Se | Akyaamaa, Akosua | R-6 | Akyaamaa, Akosua v. Merck & Co., Inc. | 2:07-cv-08080-EEF-DEK |
| 146. | Pro Se | Bell, Adella | R-1 | Bell, Lloyd v. Merck & Co., Inc. | 2:07-cv-02070-EEF-DEK |
| 147. | Pro Se | Bell, Adella | R-32 | Bell, Lloyd v. Merck & Co., Inc. | 2:07-cv-02070-EEF-DEK |
| 148. | Pro Se | Bell, Adella | R-5 | Bell, Lloyd v. Merck & Co., Inc. | 2:07-cv-02070-EEF-DEK |
| 149. | Pro Se | Cheffo, Donald | R-1 | Cheffo, Donald N. v. Merck & Co., Inc. | 2:05-cv-03484-EEF-DEK |
| 150. | Pro Se | Cheffo, Donald | R-32 | Cheffo, Donald N. v. Merck & Co., Inc. | 2:05-cv-03484-EEF-DEK |
| 151. | Pro Se | Cheffo, Donald | R-6 | Cheffo, Donald N. v. Merck & Co., Inc. | 2:05-cv-03484-EEF-DEK |
| 152. | Pro Se | Cheffo, Donald | R-99a | Cheffo, Donald N. v. Merck & Co., Inc. | 2:05-cv-03484-EEF-DEK |
| 153. | Pro Se | Diaz Ramirez, The Estate Of, Trinidad | R-99a | Ramirez, Manuel v. Merck & Co., Inc. | 2:07-cv-00373-EEF-DEK |
| 154. | Pro Se | Feltovich, John Edward | R-1 | Feltovich, John E. v. Merck & Co., Inc. | 2:05-cv-03474-EEF-DEK |
| 155. | Pro Se | Feltovich, John Edward | R-32 | Feltovich, John E. v. Merck & Co., Inc. | 2:05-cv-03474-EEF-DEK |
| 156. | Pro Se | Feltovich, John Edward | R-6 | Feltovich, John E. v. Merck & Co., Inc. | 2:05-cv-03474-EEF-DEK |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 157. | Pro Se | Golden, Deloris | R-1 | Golden, Andrew v. Merck & Co., Inc. | 2:05-cv-06568-EEF-DEK |
| 158. | Pro Se | Golden, Deloris | R-32 | Golden, Andrew v. Merck & Co., Inc. | 2:05-cv-06568-EEF-DEK |
| 159. | Pro Se | Martin, Linda R. | R-6 | Baudry, Allen v. Merck & Co., Inc. | 2:05-cv-04420-EEF-DEK |
| 160. | Pro Se | Ochello, Betty Ann | R-1 | Ochello, Betty v. Merck & Co., Inc. | 2:05-cv-06603-EEF-DEK |
| 161. | Pro Se | Ochello, Betty Ann | R-32 | Ochello, Betty v. Merck & Co., Inc. | 2:05-cv-06603-EEF-DEK |
| 162. | Pro Se | Ochello, Betty Ann | R-6 | Ochello, Betty v. Merck & Co., Inc. | 2:05-cv-06603-EEF-DEK |
| 163. | Pro Se | Schleicher, Linda K. | R-99a | Schleicher, Linda v. Merck & Co., Inc. | 2:05-cv-06025-EEF-DEK |
| 164. | Pro Se | Southard #0382560, Larry Ray | R-6 | Southard, Larry R. v. Merck & Co., Inc. | 2:06-cv-00320-EEF-DEK |
| 165. | Pro Se | Southard #0382560, Larry Ray | R-99a | Southard, Larry R. v. Merck & Co., Inc. | 2:06-cv-00320-EEF-DEK |
| 166. | Pro Se | Stone, Thomas | R-1 | Perry, Eugene v. Merck & Co., Inc. | 2:06-cv-03140-EEF-DEK |
| 167. | Pro Se | Stone, Thomas | R-32 | Perry, Eugene v. Merck & Co., Inc. | 2:06-cv-03140-EEF-DEK |
| 168. | Pro Se | Strujan, Elena | R-6 | Strujan, Elena v. Merck & Co., Inc. | 2:07-cv-00906-EEF-DEK |
| 169. | Pro Se | Williams, Oscar | R-1 | Williams, Oscar v. Merck & Co., Inc. | 2:05-cv-03550-EEF-DEK |
| 170. | Pro Se | Williams, Oscar | R-32 | Williams, Oscar v. Merck & Co., Inc. | 2:05-cv-03550-EEF-DEK |
| 171. | Pro Se | Williams, Oscar | R-6 | Williams, Oscar v. Merck & Co., Inc. | 2:05-cv-03550-EEF-DEK |
| 172. | Rotts & Gibbs, LLC | Lutz, Peggy D. | R-1 | Jobe, Cynthia v. Merck & Co., Inc. | 2:07-cv-01251-EEF-DEK |
| 173. | Rotts & Gibbs, LLC | Lutz, Peggy D. | R-32 | Jobe, Cynthia v. Merck & Co., Inc. | 2:07-cv-01251-EEF-DEK |
| 174. | Schmidt, Douglas M., APLC | Rideau, Joann | R-32 | Rideau, JoAnn v. Merck & Co., Inc. | 2:07-cv-01665-EEF-DEK |
| 175. | Schmidt, Douglas M., APLC | Solomon (poa Shirley Simon Daug), Evelyn | R-32 | Simon, Shirley v. Merck & Co., Inc. | 2:07-cv-01678-EEF-DEK |
| 176. | Schmidt, Douglas M., APLC | Williams, Jean | R-32 | Williams, Jean v. Merck & Co., Inc. | 2:07-cv-01671-EEF-DEK |
| 177. | Silverman & Fodera | Snyder, Erma E. | R-1 | Snyder, Richard E. v. Merck & Co., Inc. | 2:05-cv-01105-EEF-DEK |
| 178. | Silverman & Fodera | Snyder, Erma E. | R-32 | Snyder, Richard E. v. Merck & Co., Inc. | 2:05-cv-01105-EEF-DEK |
| 179. | Simon Passanante PC | Buchholz, Diane L. | R-1 | Bodimer, Dennis v. Merck & Co., Inc. | 2:05-cv-01040-EEF-DEK |

|  | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 180. | Simon Passanante PC | Buchholz, Diane L. | R-32 | Bodimer, Dennis v. Merck & Co., Inc. | 2:05-cv-01040-EEF-DEK |
| 181. | Simon Passanante PC | Devorse, Jr., Earl | R-1 | Hagerman, George v. Merck & Co., Inc. | 2:05-cv-01042-EEF-DEK |
| 182. | Simon Passanante PC | Devorse, Jr., Earl | R-32 | Hagerman, George v. Merck & Co., Inc. | 2:05-cv-01042-EEF-DEK |
| 183. | Simon Passanante PC | Haley, Jr., Alex | R-1 | Spalding, Myrtle v. Merck & Co., Inc. | 2:05-cv-01061-EEF-DEK |
| 184. | Simon Passanante PC | Haley, Jr., Alex | R-32 | Spalding, Myrtle v. Merck & Co., Inc. | 2:05-cv-01061-EEF-DEK |
| 185. | Simon Passanante PC | Hampton, Iii, Clarence | R-1 | Heller, Jacob v. Merck & Co., Inc. | 2:05-cv-01041-EEF-DEK |
| 186. | Simon Passanante PC | Hampton, Iii, Clarence | R-32 | Heller, Jacob v. Merck & Co., Inc. | 2:05-cv-01041-EEF-DEK |
| 187. | Simon Passanante PC | Larson, Dolores M. | R-1 | Politte, Constance v. Merck & Co., Inc. | 2:07-cv-01083-EEF-DEK |
| 188. | Stamps & Stamps | Bracey, Leola | R-99a | Bracey, Leola v. Merck & Co., Inc. | 2:08-cv-00145-EEF-DEK |
| 189. | Stamps & Stamps | Brown, Ardell | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 190. | Stamps & Stamps | Clayton, Autry J. | R-99a | Clayton, Autry J. v. Merck & Co., Inc. | 2:07-cv-09401-EEF-DEK |
| 191. | Stamps & Stamps | Cole, James A. | R-99a | Bracey, Leola v. Merck & Co., Inc. | 2:08-cv-00145-EEF-DEK |
| 192. | Stamps & Stamps | Cooper, Joseph L. | R-99a | Bracey, Leola v. Merck & Co., Inc. | 2:08-cv-00145-EEF-DEK |
| 193. | Stamps & Stamps | Hales, Tommy J. | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 194. | Stamps & Stamps | Hayes, Cleo | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 195. | Stamps & Stamps | Heidelberg, Mae R. | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 196. | Stamps & Stamps | Keenan, Nancy P. | R-1 | Sims, Eleanor K. v. Merck & Co., Inc. | 2:08-cv-00144-EEF-DEK |
| 197. | Stamps & Stamps | Keenan, Nancy P. | R-32 | Sims, Eleanor K. v. Merck & Co., Inc. | 2:08-cv-00144-EEF-DEK |
| 198. | Stamps & Stamps | Keenan, Nancy P. | R-99a | Sims, Eleanor K. v. Merck & Co., Inc. | 2:08-cv-00144-EEF-DEK |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 199. | Stamps & Stamps | Lee, Velma L. | R-99a | Hedrick, Doretha v. Merck & Co., Inc. | 2:08-cv-00150-EEF-DEK |
| 200. | Stamps & Stamps | May, J.b. | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 201. | Stamps & Stamps | Mcgee, William D. | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 202. | Stamps & Stamps | Milsap, Johnny M. | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 203. | Stamps & Stamps | Roberts, Margaret N. | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 204. | Stamps & Stamps | Taylor, Sabrina | R-99a | Clayton, Autry J. v. Merck & Co., Inc. | 2:07-cv-09401-EEF-DEK |
| 205. | Stamps & Stamps | Ward, Alonzo | R-99a | Hedrick, Doretha v. Merck & Co., Inc. | 2:08-cv-00150-EEF-DEK |
| 206. | Weitz & Luxenberg, P.C. | Mitchell, Yvonne M. | R-5 | Mitchell, Yvonne v. Merck & Co., Inc. | 2:07-cv-02012-EEF-DEK |
| 207. | Weitz & Luxenberg, P.C. | Nardella, Louise | R-99a | Nardella, Louise v. Merck & Co., Inc. | 2:07-cv-09134-EEF-DEK |
| 208. | Weitz & Luxenberg, P.C. | Vasquez, Mary A. | R-32 | Vasquez, Mary v. Merck & Co., Inc. | 2:07-cv-05969-EEF-DEK |
| 209. | Whitehead Law Firm | Ware, Aubrey W. | R-5 | Doyle, Evie v. Merck & Co., Inc. | 2:05-cv-04436-EEF-DEK |
| 210. | Wiggins, Childs, Quinn & Pantazis, LLC | Kinds, Ruthie | R-1 | Blackshire, Jacqueline v. Merck & Co., Inc. | 2:07-cv-03999-EEF-DEK |
| 211. | Wiggins, Childs, Quinn & Pantazis, LLC | Kinds, Ruthie | R-32 | Blackshire, Jacqueline v. Merck & Co., Inc. | 2:07-cv-03999-EEF-DEK |
| 212. | Wilner Block, P.A. | Boyer, Alfred | R-32 | Boyer, Julia v. Merck & Co., Inc. | 2:07-cv-09752-EEF-DEK |
| 213. | Young Firm, The | Gierzadowicz, David B. | R-5 | Gierzadowicz, Mary v. Merck & Co., Inc. | 2:06-cv-06422-EEF-DEK |
| 214. | Young Firm, The | Groce, Bercie A. | R-32 | Upchurch, Betty v. Merck & Co., Inc. | 2:05-cv-04269-EEF-DEK |
| 215. | Young Firm, The | Hay-Arthur, John | R-99a | Hay Arthur, John v. Merck & Co., Inc. | 2:06-cv-05824-EEF-DEK |
| 216. | Young Firm, The | Mueller, Eike J.w. | R-99a | Mueller, Eike J.W. v. Merck & Co., Inc. | 2:06-cv-06750-EEF-DEK |
| 217. | Young Firm, The | Stevens, Bobby R. | R-32 | Stevens, Bobby R. v. Merck & Co., Inc. | 2:06-cv-05844-EEF-DEK |
| 218. | Young Firm, The | Wofford, Doll | R-1 | Wofford, Doll v. Merck & Co., Inc. | 2:06-cv-06361-EEF-DEK |
| 219. | Young Firm, The | Wofford, Doll | R-32 | Wofford, Doll v. Merck & Co., Inc. | 2:06-cv-06361-EEF-DEK |
| 220. | Young Firm, The | Wofford, Doll | R-99a | Wofford, Doll v. Merck & Co., Inc. | 2:06-cv-06361-EEF-DEK |