

Mar 25 2009
3:56PM

## First OSC Motion re Enrollment Deficiencies
### Exhibit B – Tolling Claimants

|  | Primary Counsel | Claimant Name | Deficiency | DOB | City | State |
|---|---|---|---|---|---|---|
| 1. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Adams, Susan Kay | R-32 | 6/9/47 | Rocky Mount | NC |
| 2. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Duff, Eloise T. | R-32 |  | Brighton | AL |
| 3. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Franz, Ethel N. | R-32 | 2/25/29 | Gretna | LA |
| 4. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Green, Leilah | R-5 | 4/6/66 | Tuscon | AZ |
| 5. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Groene, Joseph | R-1 | 9/26/30 | Edgewood | KY |
| 6. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Groene, Joseph | R-32 | 9/26/30 | Edgewood | KY |
| 7. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Groene, Joseph | R-5 | 9/26/30 | Edgewood | KY |
| 8. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Kidder, James | R-32 | 1/12/34 | Lafayette | LA |
| 9. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Sisneros, Ray | R-1 | 7/4/57 | Raton | NM |
| 10. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Sisneros, Ray | R-32 | 7/4/57 | Raton | NM |
| 11. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Vysniauskas, Peggy | R-32 | 6/10/57 | Hazel Park | MI |
| 12. | Becnel Law Firm, LLC | Morrow, L Q. | R-99a | 1/22/27 | Purvis | MS |
| 13. | Becnel Law Firm, LLC | Plummer, Shirley | R-1 | 9/20/37 | Coldwater | MS |
| 14. | Becnel Law Firm, LLC | Plummer, Shirley | R-32 | 9/20/37 | Coldwater | MS |
| 15. | Becnel Law Firm, LLC | Thompson, Glenn G. | R-1 | 10/5/36 | Lebanon | TN |
| 16. | Becnel Law Firm, LLC | Thompson, Glenn G. | R-32 | 10/5/36 | Lebanon | TN |
| 17. | Becnel Law Firm, LLC | Williams, William | R-1 | 8/19/15 | Dayton | OH |
| 18. | Becnel Law Firm, LLC | Williams, William | R-32 | 8/19/15 | Dayton | OH |
| 19. | Freese & Goss, PLLC | Bynum, Joseph D. | R-6 | 5/25/35 | Grant | AL |
| 20. | Gallagher Law Firm (TX) | Durall, June | R-1 | 3/12/39 | Grand Chain | IL |
| 21. | Gallagher Law Firm (TX) | Durall, June | R-32 | 3/12/39 | Grand Chain | IL |

|     | Primary Counsel | Claimant Name | Deficiency | DOB | City | State |
| --- | --- | --- | --- | --- | --- | --- |
| 22. | Gallagher Law Firm (TX) | Hatten, William | R-1 | 8/5/30 | Havelock | NC |
| 23. | Gallagher Law Firm (TX) | Henry, Vanessa | R-99a | 7/14/30 | Vernon | FL |
| 24. | Gallagher Law Firm (TX) | Hughes, Thomas | R-6 | | | |
| 25. | Gallagher Law Firm (TX) | Johnston, William | R-1 | 6/3/23 | Shelburn | IN |
| 26. | Gallagher Law Firm (TX) | Johnston, William | R-32 | 6/3/23 | Shelburn | IN |
| 27. | Gallagher Law Firm (TX) | Moore, Vivian P. | R-6 | 10/11/31 | Baton Rouge | LA |
| 28. | Harang, Jack W., APLC | Luckett, Kathleen | R-32 | 9/2/40 | Little Rock | AR |
| 29. | Hollis, Wright & Harrington | Mcgee, Mary Frances | R-1 | 2/16/47 | Greenville | MS |
| 30. | Hollis, Wright & Harrington | Mcgee, Mary Frances | R-32 | 2/16/47 | Greenville | MS |
| 31. | Hollis, Wright & Harrington | Mcgee, Mary Frances | R-6 | 2/16/47 | Greenville | MS |
| 32. | Johnson, Charles H. & Associates | Morris, Tena B. | R-5 | 5/20/40 | Green Forest | AR |
| 33. | Johnson, Charles H. & Associates | Sanders, Norma L. | R-5 | 4/24/45 | Brownsville | KY |
| 34. | Levensten Law Firm, P.C. | Schemm, Mary | R-32 | 4/14/47 | Randalstown | MD |
| 35. | Lopez, McHugh LLP | Duclos, Raymond J. | R-1 | 8/6/28 | Southwest Ranches | FL |
| 36. | Lopez, McHugh LLP | Duclos, Raymond J. | R-32 | 8/6/28 | Southwest Ranches | FL |
| 37. | Obioha, Pius A., Law Offices of, LLC | Armour, Danielle | R-99a | | | |
| 38. | Obioha, Pius A., Law Offices of, LLC | Brooks, Linconia S. | R-99a | | | |
| 39. | Obioha, Pius A., Law Offices of, LLC | Eli, Wanda M. | R-99a | | | |
| 40. | Obioha, Pius A., Law Offices of, LLC | Encalade, Morris | R-99a | | | |
| 41. | Obioha, Pius A., Law Offices of, LLC | Ifford, Melanie | R-99a | | | |
| 42. | Obioha, Pius A., Law Offices of, LLC | Johnson, Rose M. | R-99a | | | |
| 43. | Obioha, Pius A., Law Offices of, LLC | Knapper, Ann | R-99a | | | |
| 44. | Obioha, Pius A., Law Offices of, LLC | Lewis, Cronwell M. | R-99a | | | |
| 45. | Obioha, Pius A., Law Offices of, LLC | Miller, Joyce V. | R-99a | | | |
| 46. | Obioha, Pius A., Law Offices of, LLC | Saphrey, Gladiston W. | R-99a | | | |
| 47. | Obioha, Pius A., Law Offices of, LLC | Smith, Karen A. | R-99a | | | |

|  | Primary Counsel | Claimant Name | Deficiency | DOB | City | State |
|---|---|---|---|---|---|---|
| 48. | Obioha, Pius A., Law Offices of, LLC | Thomas, Carol Y. | R-99a |  |  |  |
| 49. | Obioha, Pius A., Law Offices of, LLC | Ward, Roy | R-99a |  |  |  |
| 50. | Penton, Ronnie G., Law Offices of | Jones, Cleather | R-1 | 8/1/60 | Tallulah | LA |
| 51. | Penton, Ronnie G., Law Offices of | Jones, Cleather | R-32 | 8/1/60 | Tallulah | LA |
| 52. | Penton, Ronnie G., Law Offices of | Jones, Cleather | R-99a | 8/1/60 | Tallulah | LA |
| 53. | Penton, Ronnie G., Law Offices of | Miles, William E. | R-1 | 4/19/24 | MerRouge | LA |
| 54. | Penton, Ronnie G., Law Offices of | Miles, William E. | R-32 | 4/19/24 | MerRouge | LA |
| 55. | Penton, Ronnie G., Law Offices of | Trevathan, Rena R. | R-1 | 11/15/26 | Houma | LA |
| 56. | Penton, Ronnie G., Law Offices of | Trevathan, Rena R. | R-32 | 11/15/26 | Houma | LA |
| 57. | Penton, Ronnie G., Law Offices of | Watson, Michael K. | R-1 | 8/30/56 | Lake Charles | LA |
| 58. | Penton, Ronnie G., Law Offices of | Watson, Michael K. | R-32 | 8/30/56 | Lake Charles | LA |
| 59. | Powell and Majestro, PLLC | Holsinger, Susan | R-5 | 1/18/52 | Stout | OH |
| 60. | Pro Se | Abdel Malek, Mounir R. | R-6 | 12/11/37 | Fontana | CA |
| 61. | Pro Se | Amaya, Petra (patsy) P. | R-6 | 1/20/47 | San Antonio | TX |
| 62. | Pro Se | Balli, Ruben | R-99a | 7/2/52 | Edinburg | TX |
| 63. | Pro Se | Borner, Loraine | R-1 | 9/7/26 | Selmer | TN |
| 64. | Pro Se | Borner, Loraine | R-32 | 9/7/26 | Selmer | TN |
| 65. | Pro Se | Chase, Vivian L. | R-1 | 1/9/29 | Vevay | IN |
| 66. | Pro Se | Chase, Vivian L. | R-6 | 1/9/29 | Vevay | IN |
| 67. | Pro Se | Crawford, Odell Richmond | R-5 | 12/8/39 | Hallsville | TX |
| 68. | Pro Se | Davis, Charles Rondal | R-6 | 5/24/51 | Chattanooga | TN |
| 69. | Pro Se | Essix, Mary Louis | R-6 |  |  |  |
| 70. | Pro Se | Grasley, John Phillip | R-1 | 7/6/54 | Bucyrus | OH |
| 71. | Pro Se | Grasley, John Phillip | R-32 | 7/6/54 | Bucyrus | OH |
| 72. | Pro Se | Grasley, John Phillip | R-6 | 7/6/54 | Bucyrus | OH |
| 73. | Pro Se | Higgins, Onnie M. | R-1 | 3/20/42 | E. Saint Louis | IL |
| 74. | Pro Se | Higgins, Onnie M. | R-32 | 3/20/42 | E. Saint Louis | IL |
| 75. | Pro Se | Higgins, Onnie M. | R-6 | 3/20/42 | E. Saint Louis | IL |
| 76. | Pro Se | Hodge, Althea | R-6 | 3/10/37 | Dallas | TX |
| 77. | Pro Se | Hopkins, Delena Cherrie | R-6 |  |  |  |

|      | **Primary Counsel**                  | **Claimant Name**            | **Deficiency** | **DOB**  | **City**    | **State** |
|------|--------------------------------------|------------------------------|----------------|----------|-------------|-----------|
| 78.  | Pro Se                               | Jones, Johnie M.             | R-6            | 1/22/22  | Brownsville | TN        |
| 79.  | Pro Se                               | Krotik, Alexander Earl       | R-1            | 12/26/33 | Atwater     | CA        |
| 80.  | Pro Se                               | Krotik, Alexander Earl       | R-32           | 12/26/33 | Atwater     | CA        |
| 81.  | Pro Se                               | Krotik, Alexander Earl       | R-6            | 12/26/33 | Atwater     | CA        |
| 82.  | Pro Se                               | Lewis, Vera Lucille          | R-1            | 8/13/51  | Garland     | TX        |
| 83.  | Pro Se                               | Lewis, Vera Lucille          | R-32           | 8/13/51  | Garland     | TX        |
| 84.  | Pro Se                               | Lewis, Vera Lucille          | R-6            | 8/13/51  | Garland     | TX        |
| 85.  | Pro Se                               | Lowe, Steven Earl            | R-6            | 3/11/57  | Columbia    | MS        |
| 86.  | Pro Se                               | Lyons, Betty                 | R-6            | 7/20/49  | Dallas      | TX        |
| 87.  | Pro Se                               | Mcalister, Margetart Jean    | R-6            | 12/13/51 | Jackson     | TN        |
| 88.  | Pro Se                               | Meadows, Gary Wayne          | R-1            | 2/21/52  | Princewick  | WV        |
| 89.  | Pro Se                               | Meadows, Gary Wayne          | R-32           | 2/21/52  | Princewick  | WV        |
| 90.  | Pro Se                               | Nagel, Lois B.               | R-1            | 8/29/32  | Phoenix     | AZ        |
| 91.  | Pro Se                               | Nagel, Lois B.               | R-32           | 08/29/32 | Phoenix     | AZ        |
| 92.  | Pro Se                               | Nagel, Lois B.               | R-6            | 8/29/32  | Phoenix     | AZ        |
| 93.  | Pro Se                               | Nelson, Mary Elizabeth       | R-6            | 12/13/29 | Covington   | TN        |
| 94.  | Pro Se                               | Pickrom, James Charles       | R-6            |          |             |           |
| 95.  | Pro Se                               | Reed, Darryl                 | R-1            |          |             |           |
| 96.  | Pro Se                               | Riney, Dorothy Ophelia       | R-6            | 4/23/29  | Canton      | TX        |
| 97.  | Pro Se                               | Savage, Charles Henry        | R-6            | 11/2/48  | Memphis     | TN        |
| 98.  | Pro Se                               | Scott, Julie Lorraine        | R-1            | 7/23/45  | Chicago     | IL        |
| 99.  | Pro Se                               | Scott, Julie Lorraine        | R-32           | 07/23/45 | Chicago     | IL        |
| 100. | Pro Se                               | Scott, Julie Lorraine        | R-6            | 7/23/45  | Chicago     | IL        |
| 101. | Pro Se                               | Thompkins, Virginia P.       | R-1            | 07/21/47 | Birmingham  | AL        |
| 102. | Pro Se                               | Thompkins, Virginia P.       | R-32           | 7/21/47  | Birmingham  | AL        |
| 103. | Pro Se                               | Thompkins, Virginia P.       | R-6            | 7/21/47  | Birmingham  | AL        |
| 104. | Pro Se                               | Wagner, Samuel               | R-6            |          |             |           |
| 105. | Pro Se                               | Wells, Kathey A.             | R-1            | 7/11/34  | Coats       | NC        |
| 106. | Pro Se                               | Wells, Kathey A.             | R-32           | 7/11/34  | Coats       | NC        |
| 107. | Pro Se                               | Williams, Bennie Mae         | R-6            | 3/27/29  | Homer       | LA        |
| 108. | Pro Se                               | Williams, Loretta            | R-6            | 12/13/49 | Memphis     | TN        |
| 109. | Pro Se                               | Woodard, Deloris             | R-6            | 6/12/49  | Memphis     | TN        |
| 110. | Pro Se                               | Ziemak, Eugeniusz            | R-6            | 8/26/39  | Brooklyn    | NY        |
| 111. | Ruiz, John H., PA, Law Firm of       | Diaz, Juana                  | R-1            | 12/26/37 | Miami       | FL        |

|  | Primary Counsel | Claimant Name | Deficiency | DOB | City | State |
|---|---|---|---|---|---|---|
| 112. | Ruiz, John H., PA, Law Firm of | Diaz, Juana | R-32 | 12/26/37 | Miami | FL |
| 113. | Ruiz, John H., PA, Law Firm of | Garcia, Jose | R-1 | 6/21/58 | Hialeah | FL |
| 114. | Ruiz, John H., PA, Law Firm of | Garcia, Jose | R-32 | 6/21/58 | Hialeah | FL |
| 115. | Ruiz, John H., PA, Law Firm of | Rivera, Maria | R-5 | 11/22/27 | Miami Beach | FL |
| 116. | Ruiz, John H., PA, Law Firm of | Sainz, Olga | R-1 | 7/27/39 | Miami | FL |
| 117. | Ruiz, John H., PA, Law Firm of | Sainz, Olga | R-32 | 7/27/39 | Miami | FL |
| 118. | Ruiz, John H., PA, Law Firm of | Veiras, Elso | R-1 | 12/10/41 | Miami | FL |
| 119. | Ruiz, John H., PA, Law Firm of | Veiras, Elso | R-32 | 12/10/41 | Miami | FL |
| 120. | Silverman & Fodera | Reither, Lorraine | R-1 | 9/23/37 | Lakewood | CO |
| 121. | Silverman & Fodera | Reither, Lorraine | R-32 | 9/23/37 | Lakewood | CO |
| 122. | Stipe, Harper Law Firm | Mcwherter, Lloyd | R-5 | 2/4/51 | Hitchcock | OK |
| 123. | Stipe, Harper Law Firm | Presley Sr., Kenneth D. | R-5 | 6/10/29 | Shawnee | OK |
| 124. | The Law Group, Ltd. | Stuhlman, John D. | R-5 | 12/10/62 | Shawnee | KS |
| 125. | Weitz & Luxenberg, P.C. | Bowers, Melba | R-32 | 6/29/39 | Avon Lake | OH |
| 126. | Weitz & Luxenberg, P.C. | Grady, Catherine | R-32 | 12/19/36 | McComb | MS |
| 127. | Weitz & Luxenberg, P.C. | Knolhoff, Catherine | R-32 | 3/15/47 | Glendale | NY |
| 128. | Weitz & Luxenberg, P.C. | Knolhoff, Catherine | R-99a | 3/15/47 | Glendale | NY |
| 129. | Weitz & Luxenberg, P.C. | Smartt, Linda J. | R-5 | 6/4/42 | Chattanooga | TN |
| 130. | Weitz & Luxenberg, P.C. | Steg, Rick P. | R-32 | 5/13/36 | Raleigh | NC |
| 131. | Weitz & Luxenberg, P.C. | Terrance, Granville | R-32 | 1/7/28 | Baton Rouge | LA |
| 132. | Weitz & Luxenberg, P.C. | Thompson, Lillie | R-32 | 11/2/39 | Baton Rouge | LA |
| 133. | Weitz & Luxenberg, P.C. | Vaughn, A.l. | R-1 | 1/26/31 | Weatherford | TX |
| 134. | Weitz & Luxenberg, P.C. | Vaughn, A.l. | R-32 | 1/26/31 | Weatherford | TX |
| 135. | Weitz & Luxenberg, P.C. | Williams, David E. | R-99a | 1/17/39 | Nashville | TN |
| 136. | Weitz & Luxenberg, P.C. | Winget, Ronald E. | R-32 | 5/12/42 | Columbus | IN |
| 137. | Whitehead Law Firm | Lawson, Earlma | R-5 | 7/26/38 | Marrero | LA |
| 138. | Wilner Block, P.A. | Owens, Lenora | R-5 | 4/4/21 | Jacksonville | FL |