## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| **PRODUCTS LIABILITY** | § | **SECTION L** |
| **LITIGATION** | § | |
| | § | **JUDGE FALLON** |
| **This document relates to:** | § | |
| | § | **MAGISTRATE JUDGE** |
| ***All Plaintiffs on Attached Exhibits A*** | § | **KNOWLES** |
| ***and B*** | § | |

---

### PLAINTIFFS' RESPONSE TO MERCK & CO., INC.'S *FOURTH* MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET (*Deficiencies as to Deceased Claimants*)

---

Counsel has worked diligently toward completing enrollment requirements for the settlement program.

Plaintiffs can be separated into three distinct responsive groups: Plaintiffs that have cured their enrollment deficiencies with the Claims Administrator; Plaintiffs for whom Counsel has been unable to locate; and Plaintiffs that will cure their enrollment deficiencies by the hearing scheduled on April 15, 2009.

I.    **Plaintiffs that have cured their enrollment deficiencies with the Claims Administrator**

Certain Plaintiffs represented by The Gallagher Law Firm have cured their enrollment deficiencies with the Claims Administrator. Of the Plaintiffs identified on

---

Exhibit A/Exhibit B to Merck's motion, the following enrollment deficiencies have been cured:

| VCN | Name | Deficiency | Case No. |
|---|---|---|---|
| 1104347 | Mylo Anderson | R-30 | Tolled |
| 1104727 | Joseph Boeckner | R-30 | Tolled |
| 1104394 | Jean Brown | R-30 | Tolled |
| 1104463 | Norma Dougherity | R-30 | Tolled |
| 1104630 | Ruth Gibson | R-30 | Tolled |
| 1104733 | Helen Harlow | R-30 | Tolled |
| 1104596 | Charleszetta Johnson | R-30 | Tolled |
| 1104651 | Vivian P. Moore | R-30 | Tolled |
| 1104676 | Peggy Payne | R-30 | Tolled |

These Plaintiffs have cured their enrollment deficiencies with the Claims Administrator.  Thus, these Plaintiffs respectfully request that this Court discharge the order to show cause and deny Merck's motion.

**II.**     **Plaintiffs that Counsel has been unable to locate**

Counsel has been unable to locate the following Plaintiff listed on Exhibit A to Merck's motion:

| VCN | LastName | FirstName | Deficiency | Docket # |
|---|---|---|---|---|
| 1104575 | Kazik | Jennifer | R-30 | 2:08cv00616 |
| 1104810 | Washington | Artie | R-30 | 2:08cv00651 |

Plaintiff's counsel intends to follow Pretrial Order 36 with regard to this unlocatable Plaintiff.

**III.**    **Plaintiffs that will cure their enrollment deficiencies prior to April 15, 2009 hearing**

Certain Plaintiffs represented by The Gallagher Law Firm will be cured before the hearing scheduled for April 15, 2009.  The necessary documents have been sent in but as

of this filing the Claims Administrator has not registered their arrival/approval on the Vioxx portal:

| VCN | Plaintiff | Deficiency | Case No. |
|-----|-----------|------------|----------|
| 1104470 | Neta Dupree | R-37b | 2:08cv00597 |
| 1104480 | Patricia Epler | R-30 | 2:08cv00600 |
| 1104489 | Johnny Flippo | R-37e | 2:08cv00603 |
| 1104418 | Milburn Caparino | R-30 | Tolled |
| 1104431 | Richard Foster | R-30 | Tolled |
| 1104665 | Lenora Newkirk | R-30 | Tolled |

These Plaintiffs will cure their enrollment deficiencies with the Claims Administrator prior to the April 15, 2009 hearing. Thus, these Plaintiffs respectfully request that this Court discharge the order to show cause and deny Merck's motion.

With regard to *#183, Geneva Couch*, the clients/heirs have all agreed to dismiss this matter and Dorothy Wimberly has stated she will prepare such dismissal for the approval of Plaintiffs' counsel and then file same.

## CONCLUSION

As indicated above, Plaintiffs have either cured their enrollment requirements, have been unable to be located, or will have cured their enrollment deficiencies by the

date of the hearing April 15, 2009.  None have willfully failed to comply or impeded

individualized litigation of their claims.  Plaintiffs respectfully submit a proposed order

incorporating these requests for this Court's convenience and consideration.

DATED:      April 14, 2009.

Respectfully submitted,

THE GALLAGHER LAW FIRM

s/Michael T. Gallagher
Michael T. Gallagher
2905 Sackett
Houston, TX  77098
(713) 222-8080
(713) 222-0066 fax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Plaintiffs' Response to Merck & Co.,
Inc.'s Fourth Motion, Rule and Incorporated Memorandum to Show Cause Why
Resolution Program Enrollment Requirements Have Not Been Met* and *Proposed Order*
have been served on Liaison Counsel Russ Herman and Phillip Wittman, by U.S. Mail
and/or e-mail and upon all parties by electronically uploading the same to Lexis Nexis
File & Serve Advanced in accordance with PTO 28, and that the foregoing was
electronically filed with the Clerk of the court of the United States District Court for the
Eastern District of Louisiana by using the CM/ECF system which will send a Notice of
Electronic Filing in accordance with the procedures established in MDL 1657 on this 8th
day of April, 2009.

s/Michael T. Gallagher
Michael T. Gallagher
The Gallagher Law Firm
2905 Sackett
Houston, TX  77098
(713) 222-8080
(713) 222-0066 fax

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Vioxx** | § | **MDL Docket No. 1657** |
| | § | |
| **PRODUCTS LIABILITY** | § | **SECTION L** |
| **LITIGATION** | § | |
| | § | **JUDGE FALLON** |
| **This document relates to:** | § | |
| | § | **MAGISTRATE JUDGE** |
| ***All Plaintiffs on Attached Exhibit A*** | § | **KNOWLES** |
| ***and B*** | § | |

---

### [PROPOSED] ORDER

---

Considering the foregoing, Defendant Merck & Co., Inc.'s *Fourth* Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Resolution Program Enrollment Requirements Have Not Been Met (*Deficiencies as to Deceased Claimants* and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that:

(1)   the Order to Show Cause is discharged for the following Plaintiffs on Exhibit A/B to Merck's motion:

| VCN | Name | Deficiency | Case No. |
|---|---|---|---|
| 1104347 | Mylo Anderson | R-30 | Tolled |
| 1104727 | Joseph Boeckner | R-30 | Tolled |
| 1104394 | Jean Brown | R-30 | Tolled |
| 1104463 | Norma Dougherity | R-30 | Tolled |
| 1104630 | Ruth Gibson | R-30 | Tolled |
| 1104733 | Helen Harlow | R-30 | Tolled |
| 1104596 | Charleszetta Johnson | R-30 | Tolled |
| 1104651 | Vivian P. Moore | R-30 | Tolled |

| 1104676 | Peggy Payne | R-30 | Tolled |
|---------|-------------|------|--------|

    (2)    the Order to Show Cause is discharged, allowing Plaintiffs' counsel to comply with Pretrial Order 36 for the following Plaintiffs:

| VCN | LastName | FirstName | Deficiency | Docket # |
|-----|----------|-----------|------------|----------|
| 1104575 | Kazik | Jennifer | R-30 | 2:08cv00616 |
| 1104810 | Washington | Artie | R-30 | 2:08cv00651 |

    (3)    the Order to Show Cause is discharged for the following Plaintiffs on Exhibit A to Merck's motion:

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.


_____
Daniel E. Knowles, III
United States Magistrate Judge

- 3 -