**Fourth OSC Motion re Enrollment Deficiencies**
**Exhibit A – Filed Cases**
**(Deceased Claimants)**

|  | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 1. | Andrews & Thornton | Mcglothlin, Fredrick | R-37j | Winfree, Lillie v. Merck & Co., Inc. | 2:06-cv-05907-EEF-DEK |  |
| 2. | Andrews & Thornton | Mckee, Willie M. | R-30 | McKee, Willie v. Merck & Co., Inc. | 2:05-cv-04256-EEF-DEK |  |
| 3. | Barrett Law Office, PA (MS) | Brown, Cynthia A. | R-30 | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |  |
| 4. | Barrett Law Office, PA (MS) | Sendall, Joy | R-30 | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |  |
| 5. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Warren, James Howard | R-37i | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK |  |
| 6. | Becnel Law Firm, LLC | Bennett, Stella | R-30 | Bennet, Stella W. v. Merck & Co., Inc. | 2:05-cv-04442-EEF-DEK |  |
| 7. | Blizzard, McCarthy & Nabers, LLP | Mcdonald, Barbara A. | R-30 | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK |  |
| 8. | Blizzard, McCarthy & Nabers, LLP | Thompson, Judy G. | R-30 | Thompson, Judy G. v. Merck & Co., Inc. | 2:06-cv-06892-EEF-DEK |  |
| 9. | Branch Law Firm | Bender, Curtis | R-37a | Asante, Azariah v. Merck & Co., Inc. | 2:08-cv-00871-EEF-DEK |  |
| 10. | Branch Law Firm | Brooks, Alfred Thomas | R-37c | Wheeler, Dorothy v. Merck & Co., Inc. | 2:07-cv-05251-EEF-DEK |  |
| 11. | Branch Law Firm | Brooks, Alfred Thomas | R-37d | Wheeler, Dorothy v. Merck & Co., Inc. | 2:07-cv-05251-EEF-DEK |  |
| 12. | Branch Law Firm | Chastine, Delores | R-30 | Battle, Patricia v. Merck & Co., Inc. | 2:06-cv-06445-EEF-DEK |  |
| 13. | Branch Law Firm | Cleveland, Robert | R-30 | Bartee, Gretchen v. Merck & Co., Inc. | 2:06-cv-06446-EEF-DEK |  |
| 14. | Branch Law Firm | Gibson, Mary | R-37e | Easley, Opal v. M v. Merck & Co., Inc. | 2:07-cv-03785-EEF-DEK |  |
| 15. | Branch Law Firm | Hidalgo, Diana | R-30 | Allen, Carol S. v. Merck & Co., Inc. | 2:06-cv-06437-EEF-DEK |  |
| 16. | Branch Law Firm | Jaskulski, Edward | R-37a | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK |  |
| 17. | Branch Law Firm | Konar, Virginia | R-30 | Cuthbert, Cheryl v. Merck & Co., Inc. | 2:08-cv-00859-EEF-DEK |  |
| 18. | Branch Law Firm | Rohde, Ruth | R-30 | Bartee, Gretchen v. Merck & Co., Inc. | 2:06-cv-06446-EEF-DEK |  |
| 19. | Branch Law Firm | Wilder, Ruth Marie | R-30 | Cuthbert, Cheryl v. Merck & Co., Inc. | 2:08-cv-00859-EEF-DEK |  |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 20. | Branch Law Firm | Wilkinson, Harold W. | R-30 | Truscott, Shirley v. Merck & Co., Inc. | 2:08-cv-00863-EEF-DEK | |
| 21. | Brown & Crouppen, PC | Morgan, Leroy | R-30 | Morgan, Leroy v. Merck & Co., Inc. | 2:06-cv-02183-EEF-DEK | |
| 22. | Brown & Crouppen, PC | Phounrath, Phone | R-37g | Kaufman, Opal v. Merck & Co., Inc. | 2:05-cv-05835-EEF-DEK | |
| 23. | Carey & Danis, LLC | Bailey, Shirley A. | R-37j | Bailey, Shirley v. Merck & Co., Inc. | 2:05-cv-03414-EEF-DEK | |
| 24. | Carey & Danis, LLC | Blick, Ernest | R-30 | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK | |
| 25. | Carey & Danis, LLC | Bogle, Thomas | R-30 | Wagner, Robyn v. Merck & Co., Inc. | 2:05-cv-03138-EEF-DEK | |
| 26. | Carey & Danis, LLC | Bohizic, Mary | R-30 | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | |
| 27. | Carey & Danis, LLC | Brown, Dianna | R-30 | Helton, Richard v. Merck & Co., Inc. | 2:06-cv-11443-EEF-DEK | |
| 28. | Carey & Danis, LLC | Burnham, James | R-37i | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375-EEF-DEK | |
| 29. | Carey & Danis, LLC | Campbell, Charles | R-30 | McGhee, Edna v. Merck & Co., Inc. | 2:05-cv-02573-EEF-DEK | |
| 30. | Carey & Danis, LLC | Cline, Nick R. | R-37e | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK | |
| 31. | Carey & Danis, LLC | Criglar, Ida B. | R-30 | Criglar, Ida v. Merck & Co., Inc. | 2:06-cv-11082-EEF-DEK | |
| 32. | Carey & Danis, LLC | Friesz, Norma L. | R-37a | Dale, Celestine v. Merck & Co., Inc. | 2:05-cv-02567-EEF-DEK | |
| 33. | Carey & Danis, LLC | Gilbert, Leonard D. | R-30 | Lincoln, Forrest v. Merck & Co., Inc. | 2:07-cv-00899-EEF-DEK | |
| 34. | Carey & Danis, LLC | Grable, Doris A. | R-37a | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | |
| 35. | Carey & Danis, LLC | Howey, Eva P. | R-37d | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK | |
| 36. | Carey & Danis, LLC | Janson, Jr., Franklin | R-30 | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK | |
| 37. | Carey & Danis, LLC | Jones, Charles H. | R-37d | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375-EEF-DEK | |
| 38. | Carey & Danis, LLC | Keith, Hattie | R-30 | Latham, Jane v. Merck & Co., Inc. | 2:06-cv-00793-EEF-DEK | |
| 39. | Carey & Danis, LLC | Klubeck, Frank | R-30 | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | |
| 40. | Carey & Danis, LLC | Kopes, Maria | R-30 | Kopes, Maria v. Merck & Co., Inc. | 2:06-cv-03141-EEF-DEK | |
| 41. | Carey & Danis, LLC | Love, Sandra | R-30 | Love, Jonathan B. v. Merck & Co., Inc. | 2:07-cv-06081-EEF-DEK | |
| 42. | Carey & Danis, LLC | Mann, Georgia | R-30 | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK | |
| 43. | Carey & Danis, LLC | Mcnew, Glenda J. | R-31 | Butler, Samella v. Merck & Co., Inc. | 2:06-cv-01973-EEF-DEK | McNew, Donald |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 44. | Carey & Danis, LLC | Morrison, Alfred L. | R-30 | Kassing, Dorothy v. Merck & Co., Inc. | 2:05-cv-05303-EEF-DEK | |
| 45. | Carey & Danis, LLC | Newcomer, Vera | R-30 | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK | |
| 46. | Carey & Danis, LLC | Payne, Barbara | R-37f | Gustin, Barbara v. Merck & Co., Inc. | 2:06-cv-00795-EEF-DEK | |
| 47. | Carey & Danis, LLC | Poole, John M. | R-30 | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK | |
| 48. | Carey & Danis, LLC | Sanders, Dannie | R-30 | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK | |
| 49. | Carey & Danis, LLC | Short, Elizabeth | R-30 | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK | |
| 50. | Carey & Danis, LLC | Singleton, Glorietta | R-37f | Singleton, Gloria v. Merck & Co., Inc. | 2:05-cv-02576-EEF-DEK | |
| 51. | Carey & Danis, LLC | Smugala, Edward | R-30 | Tribby, Pamela v. Merck & Co., Inc. | 2:07-cv-04118-EEF-DEK | |
| 52. | Carey & Danis, LLC | Stauffer, Ruth | R-30 | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK | |
| 53. | Carey & Danis, LLC | Stokes, Shirley | R-30 | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | |
| 54. | Carey & Danis, LLC | Thomas, Katherine | R-30 | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK | |
| 55. | Carey & Danis, LLC | Tyler, John | R-30 | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375-EEF-DEK | |
| 56. | Carey & Danis, LLC | Williams, Dorothy M. | R-37d | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | |
| 57. | Carey & Danis, LLC | Worsley, Sarah | R-30 | Aldridge, Harriet v. Merck & Co., Inc. | 2:05-cv-06346-EEF-DEK | |
| 58. | Carey & Danis, LLC | Zielinski, Ramond | R-30 | Long, Douglas v. Merck & Co., Inc. | 2:07-cv-01701-EEF-DEK | |
| 59. | Cellino & Barnes, P.C. | Anthon, Jerome C. | R-31 | Anthon, Jerome v. Merck & Co., Inc. | 2:06-cv-01198-EEF-DEK | Anthoon, Bonnie |
| 60. | Cellino & Barnes, P.C. | Beckman, Debra | R-31 | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK | Beckman, Donald |
| 61. | Cellino & Barnes, P.C. | Bennett, Eleanor | R-31 | Bennett, Gregory A. v. Merck & Co., Inc. | 2:06-cv-08383-EEF-DEK | Bennett, Gregory |
| 62. | Cellino & Barnes, P.C. | Bennett, Eleanor | R-37d | Bennett, Gregory A. v. Merck & Co., Inc. | 2:06-cv-08383-EEF-DEK | |
| 63. | Cellino & Barnes, P.C. | Berry, Ruby | R-31 | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK | Berry, Theodoroe |
| 64. | Cellino & Barnes, P.C. | Brand, Cecil | R-37b | Barone, Samuel G. v. Merck & Co., Inc. | 2:06-cv-09754-EEF-DEK | |
| 65. | Cellino & Barnes, P.C. | Briggs, Calvin | R-31 | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK | Briggs, Arleen |
| 66. | Cellino & Barnes, P.C. | Brown, Betty | R-31 | Brown, Betty v. Merck & Co., Inc. | 2:06-cv-01186-EEF-DEK | Brown, Harry |
| 67. | Cellino & Barnes, P.C. | Bruce, Clay | R-31 | Coles, Patti v. Merck & Co., Inc. | 2:07-cv-02936-EEF-DEK | Bruce, Jessie |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 68. | Cellino & Barnes, P.C. | Buckley, Joyce | R-37d | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | |
| 69. | Cellino & Barnes, P.C. | Caico, Josephine | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Caico, Salvatore |
| 70. | Cellino & Barnes, P.C. | Capasso, Jayne | R-31 | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK | Capasso, Paul |
| 71. | Cellino & Barnes, P.C. | Ciesielski, John R. | R-31 | Bagley, Charles v. Merck & Co., Inc. | 2:06-cv-01174-EEF-DEK | Ciesielski, Kathleen |
| 72. | Cellino & Barnes, P.C. | Clark, William | R-30 | Clark, William v. Merck & Co., Inc. | 2:06-cv-01212-EEF-DEK | |
| 73. | Cellino & Barnes, P.C. | Clemons, Fern | R-30 | Nowell, Cameron W. v. Merck & Co., Inc. | 2:06-cv-03628-EEF-DEK | |
| 74. | Cellino & Barnes, P.C. | Clemons, Fern | R-31 | Nowell, Cameron W. v. Merck & Co., Inc. | 2:06-cv-03628-EEF-DEK | Nowell, Cameron |
| 75. | Cellino & Barnes, P.C. | Concepcion, Nelson | R-31 | Critten, Kenneth S. v. Merck & Co., Inc. | 2:06-cv-01199-EEF-DEK | Gartagena, Hipolita |
| 76. | Cellino & Barnes, P.C. | Daignault, Jeanette | R-31 | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK | Daignault, Robert |
| 77. | Cellino & Barnes, P.C. | Dean, Dylan J. | R-31 | Dean, Marianne v. Merck & Co., Inc. | 2:08-cv-00227-EEF-DEK | Dean, Marianne |
| 78. | Cellino & Barnes, P.C. | Dean, Marsha | R-31 | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK | Fay, Carl |
| 79. | Cellino & Barnes, P.C. | Depascale, Evelyn | R-31 | Depascale, Evelyn v. Merck & Co., Inc. | 2:06-cv-01152-EEF-DEK | Greco, Jack |
| 80. | Cellino & Barnes, P.C. | Dickerson, Edrie W. | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Dickerson, Rodney |
| 81. | Cellino & Barnes, P.C. | Didinger, Carol | R-31 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK | Didinger, Gary |
| 82. | Cellino & Barnes, P.C. | Dingler, Jimmy | R-31 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK | Dingler, David |
| 83. | Cellino & Barnes, P.C. | Dodds, Carol S. | R-31 | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK | Dodds, Ted |
| 84. | Cellino & Barnes, P.C. | Francione, Orlando C. | R-31 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK | Francione, Sylvia |
| 85. | Cellino & Barnes, P.C. | Garner, Terrie | R-31 | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK | Garner, Jerome |
| 86. | Cellino & Barnes, P.C. | Gay, Lucille | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Gay, Raymond |
| 87. | Cellino & Barnes, P.C. | Geslin, Arnie R. | R-31 | Austin, James v. Merck & Co., Inc. | 2:06-cv-02211-EEF-DEK | Geslin, Suzanne |
| 88. | Cellino & Barnes, P.C. | Giancotti, Theresa | R-30 | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK | |
| 89. | Cellino & Barnes, P.C. | Giudice, Frank | R-31 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK | Giudice, Catherine |
| 90. | Cellino & Barnes, P.C. | Gorham, Alton | R-37a | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK | |
| 91. | Cellino & Barnes, P.C. | Granica, Virginia | R-31 | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK | Granica, Chester |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 92. | Cellino & Barnes, P.C. | Greenway, Patricia | R-31 | Greenway, David A. v. Merck & Co., Inc. | 2:06-cv-03624-EEF-DEK | Greenway, David |
| 93. | Cellino & Barnes, P.C. | Harris, Yassah | R-31 | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK | Matadi, Florence |
| 94. | Cellino & Barnes, P.C. | Hassenfratz, Patricia | R-37c | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | |
| 95. | Cellino & Barnes, P.C. | Haynes, Edward | R-31 | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK | Haynes, B.Powell |
| 96. | Cellino & Barnes, P.C. | Hutchinson, Ken | R-30 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK | |
| 97. | Cellino & Barnes, P.C. | Jankowski, Anthony | R-31 | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK | Jankowski, Judy |
| 98. | Cellino & Barnes, P.C. | Joson, Nemesia | R-31 | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK | Joson, Constancio |
| 99. | Cellino & Barnes, P.C. | Karbowski, Lottie L. | R-37a | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | |
| 100. | Cellino & Barnes, P.C. | Kuczmarski, Rita | R-31 | Kuczmarski, James A. v. Merck & Co., Inc. | 2:06-cv-03633-EEF-DEK | Kuczmarski, James |
| 101. | Cellino & Barnes, P.C. | Lafollette, Virginia E. | R-31 | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK | Lafollette, James |
| 102. | Cellino & Barnes, P.C. | Lehmann, Mary | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Lehmann, James |
| 103. | Cellino & Barnes, P.C. | Lilienkamp, Betty | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Lilienkamp, Victor |
| 104. | Cellino & Barnes, P.C. | Longley, George | R-31 | Longley, George v. Merck & Co., Inc. | 2:06-cv-01182-EEF-DEK | Longley, Jessie |
| 105. | Cellino & Barnes, P.C. | Luf, Mary | R-31 | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK | Luf, Arthur |
| 106. | Cellino & Barnes, P.C. | Miller, Lloyd | R-31 | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK | Miller, Doris |
| 107. | Cellino & Barnes, P.C. | Miller, Sandra | R-30 | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK | |
| 108. | Cellino & Barnes, P.C. | Miller, Sandra | R-31 | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK | Berry, Kelly |
| 109. | Cellino & Barnes, P.C. | Mobley, Hattie Mae | R-31 | Mobley, Catherine v. Merck & Co., Inc. | 2:08-cv-00352-EEF-DEK | Mobley, Linward |
| 110. | Cellino & Barnes, P.C. | Naheed, Sharifa | R-31 | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK | Raja, Nasar |
| 111. | Cellino & Barnes, P.C. | Newman, Nadine | R-30 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK | |
| 112. | Cellino & Barnes, P.C. | Nistor, Marolee Mae | R-31 | Nistor, William A. Sr. v. Merck & Co., Inc. | 2:06-cv-03634-EEF-DEK | Nistor, William |
| 113. | Cellino & Barnes, P.C. | Nowak, Sophie | R-31 | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK | Nowak, Lucy |
| 114. | Cellino & Barnes, P.C. | O'Brien, Robert | R-31 | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK | Swinehart, Carmen |

|  | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 115. | Cellino & Barnes, P.C. | Oliver, Earl | R-31 | Murdie, Deanne v. Merck & Co., Inc. | 2:06-cv-11084-EEF-DEK | Murdie, Deanna |
| 116. | Cellino & Barnes, P.C. | Pellitteri, Anna M. | R-31 | Bamford, Armeda v. Merck & Co., Inc. | 2:06-cv-01168-EEF-DEK | Pellitteri, Paul |
| 117. | Cellino & Barnes, P.C. | Phillips, Ella | R-31 | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK | Phillips, Jerome |
| 118. | Cellino & Barnes, P.C. | Pohl, Dorothy L. | R-31 | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK | Pohl, Phillip |
| 119. | Cellino & Barnes, P.C. | Proietti, Helen A. | R-38a | Bissell, Sophie v. Merck & Co., Inc. | 2:06-cv-01178-EEF-DEK | Proietti, Louis |
| 120. | Cellino & Barnes, P.C. | Pula, Elaine | R-30 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |  |
| 121. | Cellino & Barnes, P.C. | Pula, Elaine | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Pula, Joseph |
| 122. | Cellino & Barnes, P.C. | Pulver, William | R-31 | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK | Wheaton, Laurie |
| 123. | Cellino & Barnes, P.C. | Rago, Thomas N. | R-31 | Bielak, Gary T. v. Merck & Co., Inc. | 2:06-cv-01205-EEF-DEK | Rago, Barbara |
| 124. | Cellino & Barnes, P.C. | Renaldo, Nina | R-31 | Chase, Marilyn v. Merck & Co., Inc. | 2:06-cv-01189-EEF-DEK | Renaldo, Kenneth |
| 125. | Cellino & Barnes, P.C. | Roberson, Jack | R-30 | Anthon, Jerome v. Merck & Co., Inc. | 2:06-cv-01198-EEF-DEK |  |
| 126. | Cellino & Barnes, P.C. | Rodriguez, Ivan | R-31 | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK | Gillakin, Valerie |
| 127. | Cellino & Barnes, P.C. | Roets, Jacqueline | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Roets, Gerald |
| 128. | Cellino & Barnes, P.C. | Rohn, Deborah | R-37a | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |  |
| 129. | Cellino & Barnes, P.C. | Russell, Julia | R-31 | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK | Russell, Billy |
| 130. | Cellino & Barnes, P.C. | Rutland, Earline | R-31 | Anderson, Marsha v. Merck & Co., Inc. | 2:06-cv-10622-EEF-DEK | Rutland, David |
| 131. | Cellino & Barnes, P.C. | Ryan, Thomas | R-31 | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK | Ryan, Sarah |
| 132. | Cellino & Barnes, P.C. | Ryther, Kathleen | R-30 | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |  |
| 133. | Cellino & Barnes, P.C. | Samluk, Torie | R-31 | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK | Samluk, Joseph |
| 134. | Cellino & Barnes, P.C. | Scuteri, Rose M. | R-31 | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK | Scuteri, Eugene |
| 135. | Cellino & Barnes, P.C. | Sesto, Nick | R-31 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK | Sesto, Josephine |
| 136. | Cellino & Barnes, P.C. | Sexton, Annie | R-30 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |  |
| 137. | Cellino & Barnes, P.C. | Shipley, Elma | R-31 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK | Shipley, Francis |
| 138. | Cellino & Barnes, P.C. | Siegert, Gerhard | R-31 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK | Plaintff's wife., |

|  | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 139. | Cellino & Barnes, P.C. | Smalls, Ada | R-31 | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK | Smalls, Dorothy |
| 140. | Cellino & Barnes, P.C. | Smalls, Ada | R-31 | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK | Braxton, Clifford |
| 141. | Cellino & Barnes, P.C. | Smalls, Ada | R-37a | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |  |
| 142. | Cellino & Barnes, P.C. | Smith, Henrietta | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Smith, Clarence |
| 143. | Cellino & Barnes, P.C. | Snopkowski, Margaret | R-30 | DAmore, Jennie v. Merck & Co., Inc. | 2:06-cv-01208-EEF-DEK |  |
| 144. | Cellino & Barnes, P.C. | Talarico, Peter | R-31 | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK | Talarico, Elizabeth |
| 145. | Cellino & Barnes, P.C. | Tanker, Dolores | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Tanker, James |
| 146. | Cellino & Barnes, P.C. | Terracciano, Salvatore | R-31 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK | Terracciano, Marilyn |
| 147. | Cellino & Barnes, P.C. | Thomson, Jack | R-37a | Thomson, Jay v. Merck & Co., Inc. | 2:08-cv-00328-EEF-DEK |  |
| 148. | Cellino & Barnes, P.C. | Thomson, Jack | R-37b | Thomson, Jay v. Merck & Co., Inc. | 2:08-cv-00328-EEF-DEK |  |
| 149. | Cellino & Barnes, P.C. | Thrash, Terry L. | R-31 | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK | Thrash, Angie |
| 150. | Cellino & Barnes, P.C. | Toepper, Orville R. | R-30 | Alister, Gene C. v. Merck & Co., Inc. | 2:06-cv-10871-EEF-DEK |  |
| 151. | Cellino & Barnes, P.C. | Tracy, Gertrude J. | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Tracy, Harry |
| 152. | Cellino & Barnes, P.C. | Umbleby, Logan | R-31 | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | Umbleby, Patricia |
| 153. | Cellino & Barnes, P.C. | Unterberger, Olga | R-30 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |  |
| 154. | Cellino & Barnes, P.C. | Van Valkenburg, Emma | R-31 | Baron, Brenda v. Merck & Co., Inc. | 2:06-cv-11089-EEF-DEK | Baron, Brenda |
| 155. | Cellino & Barnes, P.C. | Vanpatten, Ruth D. | R-31 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK | VanPatten, John |
| 156. | Cellino & Barnes, P.C. | Wagner, Florence | R-31 | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK | Bath, June |
| 157. | Cellino & Barnes, P.C. | Waidl, Lorraine V. | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | Waidl, Joesph |
| 158. | Cellino & Barnes, P.C. | Williams, Betty J. | R-30 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |  |
| 159. | Cellino & Barnes, P.C. | Williams, Betty J. | R-31 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK | Pinkston, Jerome |
| 160. | Cellino & Barnes, P.C. | Williams, Joseph | R-31 | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK | Williams, Moyell |
| 161. | Cellino & Barnes, P.C. | Willis, Rachel | R-30 | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |  |
| 162. | Cellino & Barnes, P.C. | Wilson, Arden | R-31 | Austin, James v. Merck & Co., Inc. | 2:06-cv-02211-EEF-DEK | Wilson, Carol |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 163. | Cellino & Barnes, P.C. | Wilson, Janice | R-31 | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK | Wilson, Marshall |
| 164. | Cox, Cox, Filo, Camel & Wilson | Gallo, Anna H. | R-30 | Gallo, Nolan v. Merck & Co., Inc. | 2:06-cv-00989-EEF-DEK | |
| 165. | Douglas & London, PC | Bailey, Shirley | R-37i | Kohn, Lawrence v. Merck & Co., Inc. | 2:07-cv-06438-EEF-DEK | |
| 166. | Douglas & London, PC | Fullington, David | R-37b | Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK | |
| 167. | Douglas & London, PC | Fullington, David | R-37i | Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK | |
| 168. | Douglas & London, PC | Hopper, Nina | R-37e | Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK | |
| 169. | Douglas & London, PC | Watson, Donald | R-30 | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK | |
| 170. | Driggs Bills & Day PC | Sanchez, Antonio | R-37j | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK | |
| 171. | Fazio, DiSalvo, Cannon, Abers, Podrecca, Fazio & Carroll (Care of Jeff S. Abers) | Grimm, Lillian | R-30 | Grimm, Lillian v. Merck & Co., Inc. | 2:06-cv-00219-EEF-DEK | |
| 172. | Fazio, DiSalvo, Cannon, Abers, Podrecca, Fazio & Carroll (Care of Jeff S. Abers) | Grimm, Lillian | R-38d | Grimm, Lillian v. Merck & Co., Inc. | 2:06-cv-00219-EEF-DEK | Grimm, Clinton |
| 173. | Fenstersheib, Robert J. and Associates, P.A., Law Offices of | Lightsey, Pamela | R-30 | Lightsey, Pamela v. Merck & Co., Inc. | 2:06-cv-03586-EEF-DEK | |
| 174. | Fenstersheib, Robert J. and Associates, P.A., Law Offices of | Noecker, Douglas | R-30 | Noecker, Douglas v. Merck & Co., Inc. | 2:06-cv-02647-EEF-DEK | |
| 175. | Freese & Goss, PLLC | Armstrong, Gracie Etta D. | R-30 | Gheen, Sherry v. Merck & Co., Inc. | 2:07-cv-03179-EEF-DEK | |
| 176. | Freese & Goss, PLLC | Dachs, Jeanette | R-30 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK | |
| 177. | Freese & Goss, PLLC | Dixon, Johnny | R-30 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | |
| 178. | Freese & Goss, PLLC | Gibilian, Jean | R-30 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK | |
| 179. | Freese & Goss, PLLC | Hanneman, Aldred | R-30 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK | |
| 180. | Freese & Goss, PLLC | Radtke, William R. | R-30 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK | |
| 181. | Freese & Goss, PLLC | Shklyar, Riva | R-30 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK | |
| 182. | Freese & Goss, PLLC | Wilks, Mary | R-30 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK | |
| 183. | Gallagher Law Firm (TX) | Couch, Geneva | R-37b | Bush, Juanetta v. Merck & Co., Inc. | 2:06-cv-01904-EEF-DEK | |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 184. | Gallagher Law Firm (TX) | Dupree, Neta | R-37b | Dupree, Neta v. Merck & Company, Inc. | 2:08-cv-00597-EEF-DEK | |
| 185. | Gallagher Law Firm (TX) | Epler, Patricia | R-30 | Epler, Patricia v. Merck & Company, Inc. | 2:08-cv-00600-EEF-DEK | |
| 186. | Gallagher Law Firm (TX) | Flippo, Johnny M. | R-37e | Flippo, Dorindo v. Merck & Co., Inc. | 2:08-cv-00603-EEF-DEK | |
| 187. | Gallagher Law Firm (TX) | Kazik, Jennifer | R-30 | Kazik, Jennifer v. Merck & Co., Inc. | 2:08-cv-00616-EEF-DEK | |
| 188. | Gallagher Law Firm (TX) | Washington, Artie | R-30 | Washington, Artie v. Merck & Co., Inc. | 2:08-cv-00651-EEF-DEK | |
| 189. | Gancedo & Nieves LLP | Bowie, Samuel | R-37a | Eggleston, Marilyn v. Merck & Co., Inc. | 2:06-cv-07084-EEF-DEK | |
| 190. | Hawkins, Terence S., P.C., Attorney At Law | Viswanathan, Tanjore | R-37b | Viswanathan, Josepha v. Merck & Co., Inc. | 2:05-cv-04673-EEF-DEK | |
| 191. | Herman, Herman, Katz & Cotler, LLP | Cornelius, Howard F. | R-31 | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK | Cornelius, Karolyn |
| 192. | Herman, Herman, Katz & Cotler, LLP | Dantin, Mary | R-30 | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK | |
| 193. | Herman, Herman, Katz & Cotler, LLP | Hubbard, Don C. | R-31 | Hubbard, Don C. v. Merck & Co., Inc. | 2:05-cv-00859-EEF-DEK | Hubbard, Rosetta |
| 194. | Herman, Herman, Katz & Cotler, LLP | Juneau, Nelson | R-31 | Johnson, Harry J. v. Merck & Co., Inc. | 2:05-cv-04422-EEF-DEK | Juneau, Jared |
| 195. | Hingle, Michael and Associates | Beebe, Robert P. | R-37j | Acosta, Ella M. v. Merck & Co., Inc. | 2:05-cv-04457-EEF-DEK | |
| 196. | Hingle, Michael and Associates | Davis, Debra W. | R-37d | Charpentier, Matt D. v. Merck & Co., Inc. | 2:05-cv-04458-EEF-DEK | |
| 197. | Hingle, Michael and Associates | Davis, Debra W. | R-37i | Charpentier, Matt D. v. Merck & Co., Inc. | 2:05-cv-04458-EEF-DEK | |
| 198. | Hingle, Michael and Associates | Faull, James | R-30 | Bailey, Lois v. Merck & Co., Inc. | 2:05-cv-06904-EEF-DEK | |
| 199. | Hingle, Michael and Associates | Mcswain, Mary A. | R-37j | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459-EEF-DEK | |
| 200. | Hingle, Michael and Associates | Tarpley, James | R-37j | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | |
| 201. | Hingle, Michael and Associates | Vicknair, Janet | R-30 | Vicknair, Janet v. Merck & Co., Inc. | 2:05-cv-00643-EEF-DEK | |
| 202. | Hossley Embry, LLP | Helms, Billy | R-30 | Helms, Billy v. Merck & Co., Inc. | 2:06-cv-10286-EEF-DEK | |
| 203. | Hossley Embry, LLP | Webb, Lisa | R-30 | Webb, Lisa v. Merck & Co, Inc. | 2:06-cv-10290-EEF-DEK | |
| 204. | Howard & Reed | Morris, Lillian | R-30 | Adams, Dorothy v. Merck & Co., Inc. | 2:05-cv-04430-EEF-DEK | |
| 205. | Humphrey Farrington & McClain PC | Shipper, Esther | R-37i | Shipper, Esther v. Merck & Co., Inc. | 2:05-cv-06186-EEF-DEK | |
| 206. | Ingram & Associates PLLC | Johnson, Isaac | R-30 | Johnson, Isaac, Sr. v. Merck & Co., Inc. | 2:07-cv-05880-EEF-DEK | |

|  | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 207. | Jones, Swanson, Huddell & Garrison, L.L.C. | Margin, Deceased, C/o Monique Mcdermott, Cynthia | R-30 | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK | |
| 208. | Keim Law | Dugas, Ann M. | R-37a | Dugas, Mercedes A. v. Merck & Co., Inc. | 2:05-cv-05781-EEF-DEK | |
| 209. | Kelley & Ferraro, LLP | Karlovic, Almajean | R-37e | Karlovic, Almajean v. Merck & Co., Inc. | 2:05-cv-03592-EEF-DEK | |
| 210. | Kline & Specter, PC | Andree, Sonja | R-38e | Ahmed, Alauddin v. Merck & Co., Inc. | 2:06-cv-03639-EEF-DEK | ANDREE, RICHARD |
| 211. | Kline & Specter, PC | Breezee, Glen E. | R-31 | Breezee, Glen v. Merck & Co., Inc. | 2:06-cv-03110-EEF-DEK | BREEZEE, LINDA |
| 212. | Kline & Specter, PC | Haren, James P. | R-31 | Barrows, Martin R. v. Merck & Co., Inc. | 2:06-cv-10269-EEF-DEK | HAREN, MADONNA |
| 213. | Kline & Specter, PC | Pastor, Annamarie | R-37d | Allahand, Margaret A. v. Merck & Co., Inc. | 2:06-cv-09344-EEF-DEK | |
| 214. | Lamb Firm, LLC, The | Domenech-Williams, Maria | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 215. | Lamb Firm, LLC, The | Gonzalez-Arias, Rafael | R-30 | Arias, Rafael G. v. Merck & Co., Inc. | 2:05-cv-00529-EEF-DEK | |
| 216. | Lamb Firm, LLC, The | Haeussler-Anca, Carlos | R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Rodriguez, Viola |
| 217. | Lamb Firm, LLC, The | Lorenzo-Nieves, Felicita | R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Mendez, Nilda |
| 218. | Lamb Firm, LLC, The | Matos-Gomez, Cruz | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 219. | Lamb Firm, LLC, The | Millan-Gutierrez, Luz D. | R-30 | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK | |
| 220. | Lamb Firm, LLC, The | Morales-Gonzalez, Antonio | R-37a | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 221. | Lamb Firm, LLC, The | Orama-Rovira, Juan E. | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 222. | Lamb Firm, LLC, The | Ortiz, Lydia M. | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 223. | Lamb Firm, LLC, The | Rodriguez-Figueroa, Sonia | R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Vergne-Rodriguez, Barbara |
| 224. | Lamb Firm, LLC, The | Rodriguez-Soto, Esther | R-30 | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK | |
| 225. | Lamb Firm, LLC, The | Salazar-Iglesias, Amparo | R-37j | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 226. | Lamb Firm, LLC, The | Sanchez-Torres, Carmen C. | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 227. | Lamb Firm, LLC, The | Santos-Pacheco, Eduardo | R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Santos-Baez, Brenda |
| 228. | Lamb Firm, LLC, The | Trinidad-Fernandez, Hermenegilda | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 229. | Lamb Firm, LLC, The | Vargas-Cuebas, German | R-37j | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK | |
| 230. | Lamb Firm, LLC, The | Vazquez-Vazquez, Concepcion | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 231. | Lamb Firm, LLC, The | Vazquez-Vazquez, Concepcion | R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Vasquez-Vasquez, Marina |
| 232. | Lamb Firm, LLC, The | Villegas-Rodriguez, Francisca | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 233. | Lamb Firm, LLC, The | Zayas-Zayas, Bernabela | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | |
| 234. | Lamb Firm, LLC, The | Zayas-Zayas, Bernabela | R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK | Quintana-Zayas, Jose |
| 235. | Langston & Langston, PLLC | Bibbs, Ella | R-37e | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK | |
| 236. | Langston & Langston, PLLC | Taylor, Willie | R-30 | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK | |
| 237. | Langston & Langston, PLLC | Williams, Geneva | R-30 | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK | |
| 238. | Langston & Langston, PLLC | Wright, Annie | R-30 | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK | |
| 239. | Langston & Langston, PLLC | Young, Louise | R-37e | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK | |
| 240. | Matthews & Associates | Baucham, Pauline R. | R-37a | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK | |
| 241. | Matthews & Associates | Baucham, Pauline R. | R-37i | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK | |
| 242. | Matthews & Associates | Burrell, Ann | R-30 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | |
| 243. | Matthews & Associates | Cross, Ruth L. | R-37c | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | |
| 244. | Matthews & Associates | Deraps, Marilyn E. | R-30 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | |
| 245. | Matthews & Associates | Ducker, Carroll L. | R-30 | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | |
| 246. | Matthews & Associates | Encarnacion Hernandez, Luis A. | R-30 | Cabrera, Antonia Acosta v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK | |
| 247. | Matthews & Associates | Feliciano Vasquez, Jose | R-37j | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK | |
| 248. | Matthews & Associates | Feliciano, Ramonita | R-37h | Cabrera, Antonia Acosta v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK | |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 249. | Matthews & Associates | Hogan, Joy J. | R-30 | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944-EEF-DEK | |
| 250. | Matthews & Associates | Jimenez Sanabria, Maximina | R-30 | Cabrera, Antonia Acosta v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK | |
| 251. | Matthews & Associates | Kastor, David M. | R-30 | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK | |
| 252. | Matthews & Associates | Liberatore, June | R-30 | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK | |
| 253. | Matthews & Associates | Marshall, Elizabeth L. | R-30 | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK | |
| 254. | Matthews & Associates | Medina Perez, Angela | R-37j | Cabrera, Antonia Acosta v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK | |
| 255. | Matthews & Associates | Murthil, Favin P. | R-30 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | |
| 256. | Matthews & Associates | Nicely, Marilyn J. | R-30 | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | |
| 257. | Matthews & Associates | Nicholson, Bessie M. | R-30 | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | |
| 258. | Matthews & Associates | Ortiz Munoz, Nicolasa | R-30 | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK | |
| 259. | Matthews & Associates | Pizarro Llano, Julian | R-30 | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK | |
| 260. | Matthews & Associates | Ramos Arce, Nereida | R-30 | Padilla, Rosa M Acosta v. Merck & Co., Inc. | 2:06-cv-07042-EEF-DEK | |
| 261. | Matthews & Associates | Rivera Olivieri, Julio | R-37h | Marieti, Edgardo R. v. Merck & Co., Inc. | 2:06-CV-07041-EEF-DEK | |
| 262. | Matthews & Associates | Sanders, Ora P. | R-30 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | |
| 263. | Matthews & Associates | Santiago, Constancia | R-30 | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK | |
| 264. | Matthews & Associates | Schexnyder, Louella T. | R-30 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | |
| 265. | Matthews & Associates | Squires, Stephen R. | R-37i | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK | |
| 266. | Matthews & Associates | Velez Rios, Miguel | R-30 | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK | |
| 267. | Meshbesher and Spence, Ltd. | Moore, Karen S. | R-30 | Moore, Karen S. v. Merck & Co., Inc. | 2:06-cv-05783-EEF-DEK | |
| 268. | Miller Firm, LLC, The (PA) | Stone, Douglas H. | R-37j | Russell, Celeste v. Merck & Co., Inc. | 2:06-cv-05986-EEF-DEK | |
| 269. | Motley, Rice LLC | Hensel, Mickey (dec.) C. | R-37d | Brough, Clarence L. v. Merck & Co., Inc. | 2:06-cv-03083-EEF-DEK | |
| 270. | Parks & Crump LLC | Flack, Kenneth | R-37c | England, Cathy v. Merck & Co., Inc. | 2:06-cv-06706-EEF-DEK | |

| | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number Current | Derivative Claimant Name |
|---|---|---|---|---|---|---|
| 271. | Phillips Law Office L.L.C. | Clasen, Georgia K. | R-30 | Clasen, Georgia K. v. Merck & Co., Inc. | 2:06-cv-01049-EEF-DEK | |
| 272. | Pro Se | Augillard, John | R-30 | Augillard, John v. Merck & Co., Inc. | 2:06-cv-01610-EEF-DEK | |
| 273. | Pro Se | Harris, Bettye | R-30 | Harris, Bettye v. Merck & Co., Inc. | 2:05-cv-04799-EEF-DEK | |
| 274. | Pro Se | Harris, Bettye | R-31 | Harris, Bettye v. Merck & Co., Inc. | 2:05-cv-04799-EEF-DEK | Harris, Frank |
| 275. | Pro Se | Lilak, Safdar N. | R-31 | Lilak, Safdar v. Merck & Co., Inc. | 2:06-cv-08318-EEF-DEK | Lilak, Jessica |
| 276. | Pro Se | Popov, Sava | R-30 | Popov, Jasmina v. Merck & Co., Inc. | 2:05-cv-03170-EEF-DEK | |
| 277. | Pro Se | Vu, Phong Nang | R-30 | Nguyen, Minh Tam v. Merck & Co., Inc. | 2:07-cv-00812-EEF-DEK | |
| 278. | Ranier, Gayle & Elliot, L.L.C. (TX) | Chattos, Wilma J. | R-37b | Ivers, Deloris v. Merck & Co., Inc. | 2:05-cv-02946-EEF-DEK | |
| 279. | Ranier, Gayle & Elliot, L.L.C. (TX) | Parker, Jerry D. | R-30 | Bails, Mary A. v. Merck & Co., Inc. | 2:05-cv-02319-EEF-DEK | |
| 280. | Ranier, Gayle & Elliot, L.L.C. (TX) | Walker, Billy J. | R-30 | Walker, Kathleen v. Merck & Co., Inc. | 2:05-cv-04124-EEF-DEK | |
| 281. | Sanders Viener Grossman, LLP | Mcduffie, Edna | R-37d | McDuffie, James v. Merck & Co., Inc. | 2:06-cv-07031-EEF-DEK | |
| 282. | Sanders Viener Grossman, LLP | Murphy, Patricia | R-30 | Murphy, Eileen v. Merck & Co., Inc. | 2:07-cv-05851-EEF-DEK | |
| 283. | Sanford Pinedo LLP | Preston, Susan | R-31 | Preston, S. Susan J. v. Merck & Co., Inc. | 2:05-cv-04940-EEF-DEK | St. John, Lee |
| 284. | Schmidt, Douglas M., APLC | Solomon (poa Shirley Simon Daug), Evelyn | R-37e | Simon, Shirley v. Merck & Co., Inc. | 2:07-cv-01678-EEF-DEK | |
| 285. | Silverman & Fodera | Small, Edward W. | R-37a | Small, Eileen v. Merck & Co., Inc. | 2:06-cv-02717-EEF-DEK | |
| 286. | Silverman & Fodera | Snyder, Erma E. | R-31 | Snyder, Richard E. v. Merck & Co., Inc. | 2:05-cv-01105-EEF-DEK | Snyder, Richard |
| 287. | Simon Passanante PC | Nutt, Nadine K. | R-30 | Nutt, Nadine K. v. Merck & Co., Inc. | 2:06-cv-00142-EEF-DEK | |
| 288. | Simon Passanante PC | Sanuskar, Janet L. | R-37b | Schraeder, Mary v. Merck & Co., Inc. | 2:05-cv-01051-EEF-DEK | |
| 289. | Simon Passanante PC | Watkins, Ann M. | R-37e | Watkins, Ann M. v. Merck & Co., Inc. | 2:06-cv-00145-EEF-DEK | |
| 290. | Stamps & Stamps | Keenan, Nancy P. | R-30 | Sims, Eleanor K. v. Merck & Co., Inc. | 2:08-cv-00144-EEF-DEK | |
| 291. | Weykamp, Paul A., Law Offices of | Facenda, Leo V. | R-31 | Facenda, Leo v. Merck & Co., Inc. | 2:05-cv-05103-EEF-DEK | Facenda, Estelle |

*Fourth OSC re Enrollment Deficiencies*
*Exhibit B – Tolling Claimants*
*(Deceased Claimants)*

|  | Primary Counsel | Claimant Name | Deficiency | DOB | City | State | Derivative Claimant Name |
|---|---|---|---|---|---|---|---|
| 1. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Brussard, Jill | R-30 | 3/20/51 | Sacramento | CA | |
| 2. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Canington, Charles Lawrence | R-37i | | Americus | GA | |
| 3. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Gregg, Betty Carolyn | R-30 | 5/22/41 | Newport | TN | |
| 4. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Jackson, Mary Frances | R-37i | 7/27/44 | Broken Bow | OK | |
| 5. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Jigliotti, Olga | R-30 | 6/5/25 | Anchorage | AK | |
| 6. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Jigliotti, Olga | R-31 | 6/5/25 | Anchorage | AK | Jigliotti, John |
| 7. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Knight, Debra | R-30 | 9/19/53 | Canton | OH | |
| 8. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Miley-Mcdaniel, Marilyn B. | R-30 | 9/14/60 | Sheffield | AL | |
| 9. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Mills, Stanley Robert | R-37d | 6/10/31 | East Weymouth | MA | |
| 10. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Odom, Melba | R-37a | 11/6/54 | Sturgis | KY | |
| 11. | Becnel Law Firm, LLC | Ratliff, Cindia | R-37e | 10/4/23 | Shelbiania | KY | |
| 12. | Bruno & Bruno | Perez, Jerry A. | R-30 | 6/7/36 | Lafitte | LA | |
| 13. | Dinkes & Schwitzer, P.C. | Hernandez, Javier | R-30 | 10/28/44 | Jamaica | NY | |
| 14. | Freese & Goss, PLLC | Guillen, Josefina | R-37a | 4/13/27 | Bellflower | CA | |
| 15. | Freese & Goss, PLLC | Hinex, Ricky | R-30 | 7/28/58 | Fort Worth | TX | |
| 16. | Gallagher Law Firm (TX) | Anderson, Mylo | R-30 | 7/12/25 | Lexington | NC | |
| 17. | Gallagher Law Firm (TX) | Boeckner, Joseph | R-30 | 6/25/75 | Las Vegas | NV | |
| 18. | Gallagher Law Firm (TX) | Brown, Jean | R-30 | | | | |
| 19. | Gallagher Law Firm (TX) | Caparino, Milbrun | R-30 | 2/20/51 | LaMorida | CA | |
| 20. | Gallagher Law Firm (TX) | Dougherity, Norma | R-30 | 1/4/49 | Enid | OK | |
| 21. | Gallagher Law Firm (TX) | Foster, Richard | R-30 | 7/15/38 | Lompoc | CA | |

*Fourth Enrollment OSC, Exh B. (tolling)*
*Page 1 of 4*
970468v.1

| | Primary Counsel | Claimant Name | Deficiency | DOB | City | State | Derivative Claimant Name |
|---|---|---|---|---|---|---|---|
| 22. | Gallagher Law Firm (TX) | Gibson, Annie Ruth | R-30 | 12/16/15 | Cincinnati | OH | |
| 23. | Gallagher Law Firm (TX) | Harlow, Helene | R-30 | 10/4/21 | Beavercreek | OH | |
| 24. | Gallagher Law Firm (TX) | Hughes, Thomas | R-30 | | | | |
| 25. | Gallagher Law Firm (TX) | Johnson, Charleszetta | R-37d | 12/23/39 | Columbia | SC | |
| 26. | Gallagher Law Firm (TX) | Moore, Vivian P. | R-30 | 10/11/31 | Baton Rouge | LA | |
| 27. | Gallagher Law Firm (TX) | Newkirk, Lenora | R-30 | 12/27/19 | Rose Hill | NC | |
| 28. | Gallagher Law Firm (TX) | Payne, Peggy | R-30 | 11/25/33 | Hampton | VA | |
| 29. | Harang, Jack W., APLC | Holcombe, James | R-37d | 8/8/38 | Columbia | SC | |
| 30. | Heninger Garrison Davis, LLC | Thomas (deceased), Herbert C. | R-37a | 6/4/26 | Prattville | AL | |
| 31. | Jensen, Belew & Gonzalez, P.L.L.C. | Moreno, Juan | R-30 | 3/8/11 | Arvada | CO | |
| 32. | Johnson, Charles H. & Associates | Torres, Faustin L. | R-30 | 8/10/46 | Las Vegas | NM | |
| 33. | Langston & Langston, PLLC | Breland, Roxie | R-31 | 12/25/29 | Laurel | MS | Gandy, Linda |
| 34. | Langston & Langston, PLLC | Brooks, George | R-31 | 3/31/47 | West Point | MS | Brooks, Lithonia |
| 35. | Langston & Langston, PLLC | Brooks, George | R-31 | 3/31/47 | West Point | MS | Brooks, Jr., George |
| 36. | Lopez, McHugh LLP | Pierce, Lionel L. | R-37e | 11/10/48 | San Antonio | TX | |
| 37. | Lopez, McHugh LLP | Pierce, Lionel L. | R-37i | 11/10/48 | San Antonio | TX | |
| 38. | Matthews & Associates | Anderson, Ella D. | R-37b | 8/3/30 | Detroit | MI | |
| 39. | Matthews & Associates | Anderson, Ella D. | R-37d | 8/3/30 | Detroit | MI | |
| 40. | Matthews & Associates | Bosarge, Olive W. | R-30 | 12/22/28 | Irvington | AL | |
| 41. | Matthews & Associates | Collier, Sarah A. | R-37e | 2/5/27 | Lenox | GA | |
| 42. | Matthews & Associates | Crozier, Ruth I. | R-37a | 1/26/27 | Fort Collins | CO | |
| 43. | Matthews & Associates | Kern, John A. | R-37a | 6/25/27 | Walbridge | OH | |
| 44. | Matthews & Associates | Lee, Pearlie M. | R-30 | 11/30/28 | Perry | FL | |
| 45. | Matthews & Associates | Rodgers, Arthur L. | R-30 | 3/15/31 | Ludington | MI | |
| 46. | Matthews & Associates | Rodgers, Arthur L. | R-38a | 3/15/31 | Ludington | MI | Rodgers, Jr., Arthur |
| 47. | Matthews & Associates | Williams, Jane B. | R-37j | 5/12/24 | Las Vegas | NV | |
| 48. | Matthews & Associates | Wilson, Joseph F. | R-37a | 01/10/22 | Indianapolis | IN | |
| 49. | Murphy Law Firm | Barnett, Robert L. | R-30 | 11/5/36 | Houston | TX | |
| 50. | Myler, Brad & Associates | Saunders, Ruth M. | R-37a | 10/6/45 | Gallatin | MO | |
| 51. | Obioha, Pius A., Law Offices of, LLC | Knapper, Ann | R-30 | | | | |
| 52. | Pro Se | Bezio, Norman V. | R-30 | 6/18/74 | Baldwinsville | NY | |

|  | Primary Counsel | Claimant Name | Deficiency | DOB | City | State | Derivative Claimant Name |
|---|---|---|---|---|---|---|---|
| 53. | Pro Se | Cannady, Andrew | R-31 | 07/29/61 | Aurora | CO | Cannady, Barbara |
| 54. | Pro Se | Crawford, Odell Richmond | R-37j | 12/8/39 | Hallsville | TX | |
| 55. | Pro Se | Irvin, Magaline B. | R-30 | 3/30/36 | Demopolis | AL | |
| 56. | Pro Se | Johnson, Annie | R-30 | 4/19/10 | Newark | NJ | |
| 57. | Pro Se | Johnson, Ozzie Lee | R-37j | 5/28/39 | Jackson | MS | |
| 58. | Pro Se | Jones-Walker, Barbara Jean | R-37a | | | | |
| 59. | Pro Se | Robinson, Mammie Ann | R-30 | 2/27/31 | Montrose | AR | |
| 60. | Pro Se | Thompkins, Virginia P. | R-30 | 7/21/47 | Birmingham | AL | |
| 61. | Pro Se | Ybarra, Florestela | R-37e | 2/8/31 | Edcouch | TX | |
| 62. | Pro Se | Ybarra, Florestela | R-37i | 2/8/31 | Edcouch | TX | |
| 63. | Pro Se | Ybarra, Florestela | R-38d | 2/8/31 | Edcouch | TX | Ybarra, Martha |
| 64. | Ranier, Gayle & Elliot, L.L.C. (TX) | Worden, Eugene C. | R-37b | 1/22/30 | Roanoke | IN | |
| 65. | Ranier, Gayle & Elliot, L.L.C. (TX) | Wright, Leester G. | R-30 | 9/11/20 | Cedar Hill | TX | |
| 66. | Ruiz, John H., PA, Law Firm of | Denis, Deogracia | R-30 | 4/22/31 | Miami | FL | |
| 67. | Ruiz, John H., PA, Law Firm of | Perez, Eufemia | R-30 | 3/20/23 | Ft. Lauderdale | FL | |
| 68. | Ruiz, John H., PA, Law Firm of | Vengochea, Rosario M. | R-30 | 3/20/29 | Miami | FL | |
| 69. | Silverman & Fodera | Craig, Obadiah | R-37i | 10/12/33 | Philadelphia | PA | |
| 70. | Silverman & Fodera | Locklear, Oneder | R-37c | 09/01/31 | Lumberton | NC | |
| 71. | The Law Group, Ltd. | Boston, Betty | R-30 | 8/8/49 | Chicago | IL | |
| 72. | The Law Group, Ltd. | Helms, Lee V. | R-30 | 11/8/57 | Bend | OR | |
| 73. | The Law Group, Ltd. | Kelly, Diann D. | R-37f | 8/9/56 | Columbia | SC | |
| 74. | The Law Group, Ltd. | Lynch, Dustan W. | R-37d | 1/16/19 | Cambridge | OH | |
| 75. | Weitz & Luxenberg, P.C. | Bowers, Melba | R-30 | 6/29/39 | Avon Lake | OH | |
| 76. | Weitz & Luxenberg, P.C. | Carrington, Willie | R-31 | 6/4/31 | Pine Bluff | AR | Carrington, Ethel |
| 77. | Weitz & Luxenberg, P.C. | Combest, Ruby | R-37d | 8/3/27 | Edison | GA | |
| 78. | Weitz & Luxenberg, P.C. | Gill, Nolan W. | R-30 | 3/23/29 | Jackson | LA | |
| 79. | Weitz & Luxenberg, P.C. | Grady, Catherine | R-30 | 12/19/36 | McComb | MS | |
| 80. | Weitz & Luxenberg, P.C. | Hemphill, Emma | R-30 | 5/15/42 | Gary | IN | |
| 81. | Weitz & Luxenberg, P.C. | Odom, Wilbur D. | R-30 | 10/17/25 | Minden | LA | |
| 82. | Weitz & Luxenberg, P.C. | Vaughn, A.l. | R-30 | 1/26/31 | Weatherford | TX | |
| 83. | Weitz & Luxenberg, P.C. | West, Travis | R-30 | 5/7/24 | Lexington | KY | |

|     | Primary Counsel | Claimant Name | Deficiency | DOB | City | State | Derivative Claimant Name |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 84. | Weitz & Luxenberg, P.C. | Winget, Ronald E. | R-30 | 5/12/42 | Columbus | IN | |
| 85. | Whitehead Law Firm | Lawson, Earlma | R-30 | 7/26/38 | Marrero | LA | |