UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibits A* | § | KNOWLES |
| *and B* | § | |

**PLAINTIFFS' RESPONSE TO MERCK & CO., INC.'S *FIFTH* MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET (*Deficiencies as to Notarization*)**

Counsel has worked diligently toward completing enrollment requirements for the settlement program.

Plaintiffs can be separated into two distinct responsive groups: Plaintiffs that have cured their enrollment deficiencies with the Claims Administrator and Plaintiffs whom Counsel has been unable to locate.

I.  **Plaintiffs that have cured their enrollment deficiencies with the Claims Administrator**

Certain Plaintiffs represented by The Gallagher Law Firm recently cured their enrollment deficiencies with the Claims Administrator. Of the Plaintiffs identified on Exhibit A/ B/C/D to Merck's motion, the following enrollment deficiencies have been cured:

| VCN | Plaintiff | Deficiency | Case No. |
|---|---|---|---|
| 1104525 | Griffin, Rosie | R-99a | 2:08cv00611 |
| 1104555 | Hoskins, Kathleen | R-36 | 2:06cv01902 |
| 1104575 | Kazik, Jennifer (derivative Cherly Kazik) | R-36 (Releasor) R-24 (derivative) | 2:08cv00616 |
| 1104802 | Walden, Bernice | R-36 | 2:06cv01902 |
| 1104621 | Marquez, Maria | R-36 | Tolled |
| 1104791 | Turner, Freddie | R-15, R-16 | Tolled |
| 1104820 | Wilder, Eugene | R-15 | Tolled |
| 1104822 | Williams, Frank | R-21, R-36 | Tolled |
| 1104380 | Hatten, William (as to derivative Pat Boone) | R-24 | Tolled |

These Plaintiffs have cured their enrollment deficiencies with the Claims Administrator. Thus, these Plaintiffs respectfully request that this Court discharge the order to show cause and deny Merck's motion.

## II.   Plaintiffs that Counsel has been unable to locate

Counsel has been unable to locate the following Plaintiff listed on Exhibit A/B/C/D to Merck's motion:

| VCN | Plaintiff | Deficiency | Case No. |
|---|---|---|---|

| 1104421 | Carnell-Franklin, Fannie | R-99a and R-36 | 2:08cv00604 |
|---|---|---|---|
| 1104696 | Prather, Donna | R-15 | Tolled |

Plaintiff's counsel intends to follow Pretrial Order 36 with regard to these unlocatable Plaintiffs.

## CONCLUSION

As indicated above, Plaintiffs have either cured their enrollment requirements, or have been unable to be located, or will have cured their enrollment deficiencies by the date of the hearing April 15, 2009. Plaintiffs respectfully request that this Court discharge the order to show cause as to those claimants above who have complied and allow Counsel to withdraw as to those claimants who cannot be located.

DATED:     April 14, 2009.

Respectfully submitted,

THE GALLAGHER LAW FIRM

s/Michael T. Gallagher
Michael T. Gallagher
2905 Sackett
Houston, TX  77098
(713) 222-8080
(713) 222-8080 fax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Plaintiffs' Response to Merck & Co., Inc.'s Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met* and *Proposed Order* have been served on Liaison Counsel Russ Herman and Phillip Wittman, by U.S. Mail and/or e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with PTO 28, and that the foregoing was electronically filed with the Clerk of the court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 14th day of April, 2009.

        s/Michael T. Gallagher
        Michael T. Gallagher
        The Gallagher Law Firm
        2905 Sackett
        Houston, TX  77098
        (713) 222-8080
        (713) 222-8080 fax

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx § | | MDL Docket No. 1657 |
| § | | |
| PRODUCTS LIABILITY § | | SECTION L |
| LITIGATION § | | |
| § | | JUDGE FALLON |
| This document relates to: § | | |
| § | | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibit A* § | | KNOWLES |
| *and B* § | | |

## [PROPOSED] ORDER

Considering the foregoing, Defendant Merck & Co., Inc.'s *Fifth* Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Resolution Program Enrollment Requirements Have Not Been Met (*Deficiencies as to Notarization) a*nd the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that:

(1)    the Order to Show Cause is discharged for the following Plaintiffs on Exhibit A/B/C/D to Merck's motion:

| VCN | Plaintiff | Deficiency | Case No. |
|---|---|---|---|
| 1104525 | Griffin, Rosie | R-99a | 2:08cv00611 |
| 1104555 | Hoskins, Kathleen | R-36 | 2:06cv01902 |
| 1104575 | Kazik, Jennifer (derivative Cherly Kazik ) | R-36 (Releasor) R-24 | 2:08cv00616 |

- 2 -

| VCN | Plaintiff | Deficiency | Case No. |
|---|---|---|---|
| | | (derivative) | |
| 1104802 | Walden, Bernice | R-36 | 2:06cv01902 |
| 1104621 | Marquez, Maria | R-36 | Tolled |
| 1104791 | Turner, Freddie | R-15, R-16 | Tolled |
| 1104820 | Wilder, Eugene | R-15 | Tolled |
| 1104822 | Williams, Frank | R-21, R-36 | Tolled |
| 1104380 | Hatten, William (as to derivative Pat Boone) | R-24 | Tolled |

(2) the Order to Show Cause is discharged, allowing Plaintiffs' counsel to comply with Pretrial Order 36 for the following Plaintiffs on Exhibit A/B/C/D to Merck's motion:

| VCN | Plaintiff | Deficiency | Case No. |
|---|---|---|---|
| 1104421 | Carnell-Franklin, Fannie | R-99a and R-36 | 2:08cv00604 |
| 1104696 | Prather, Donna | R-15 | Tolled |

- 3 -

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
Daniel E. Knowles, III
United States Magistrate Judge