

24382385
Mar 25 2009
4:15PM

## Fifth OSC Motion re Enrollment Deficiencies
### Exhibit A – Filed Cases
*(Notary Issues for Primary Claimants)*

|  | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | Anderson, John H. | Jones, Addie R. | R-15 | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| 2. | Anderson, John H. | Mclaurin, Grace | R-15 | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| 3. | Anderson, John H. | Mclaurin, Grace | R-16 | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| 4. | Andrews & Thornton | Mckee, Willie M. | R-36 | McKee, Willie v. Merck & Co., Inc. | 2:05-cv-04256-EEF-DEK |
| 5. | Blizzard, McCarthy & Nabers, LLP | Van Derel, John F. | R-36 | Gillette, Ronald D. v. Merck & Co., Inc. | 2:05-cv-05442-EEF-DEK |
| 6. | Bonsignore and Brewer | Serpa, Mary C. | R-15 | Eldridge, Bernard v. Merck & Co., Inc. | 2:06-cv-09743-EEF-DEK |
| 7. | Branch Law Firm | Gonzales, Edward T. | R-36 | Koenigsfeld, Tina v. Merck & Co., Inc. | 2:08-cv-00867-EEF-DEK |
| 8. | Branch Law Firm | Griffin, Jean D. | R-36 | Koenigsfeld, Tina v. Merck & Co., Inc. | 2:08-cv-00867-EEF-DEK |
| 9. | Branch Law Firm | Lambert, Judy | R-36 | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK |
| 10. | Branch Law Firm | Morgan, Beverly A. | R-36 | Miller, Kevin L. v. Merck & Co., Inc. | 2:08-cv-00870-EEF-DEK |
| 11. | Brederson Law Center | Van Nieuwenhuize, Maria-Jose | R-36 | Vannieuwenhuize, Marie Jose v. Merck & Co., Inc. | 2:06-cv-02251-EEF-DEK |
| 12. | Brown & Crouppen, PC | Jones, Shirley | R-21 | Chickadel, Ronald v. Merck & Co., Inc. | 2:05-cv-05834-EEF-DEK |
| 13. | Brown & Crouppen, PC | Jones, Shirley | R-36 | Chickadel, Ronald v. Merck & Co., Inc. | 2:05-cv-05834-EEF-DEK |
| 14. | Carey & Danis, LLC | Davis, Yolanda | R-21 | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| 15. | Carey & Danis, LLC | Gossett, Betty J. | R-36 | Dodson, Wanda v. Merck & Co., Inc. | 2:05-cv-06194-EEF-DEK |
| 16. | Carey & Danis, LLC | Howell, Sr., Rudolph | R-36 | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 17. | Carey & Danis, LLC | Jackson, Evelyn | R-36 | Atkins, Stella v. Merck & Co., Inc. | 2:05-cv-04324-EEF-DEK |
| 18. | Carey & Danis, LLC | Lillge, Sharon M. | R-36 | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652-EEF-DEK |
| 19. | Carey & Danis, LLC | Moyer, Hazel | R-36 | Ricketts, Tom v. Merck & Co., Inc. | 2:06-cv-02153-EEF-DEK |
| 20. | Carey & Danis, LLC | Stinnett, Fannie H. | R-36 | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK |
| 21. | Carey & Danis, LLC | Swint, Mona L. | R-36 | Swint, Mona v. Merck & | 2:05-cv-06347- |

|  | Primary Counsel | Claimant Name | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|
|  |  |  |  | Co., Inc. | EEF-DEK |
| 22. | Cellino & Barnes, P.C. | Francione, Orlando C. | R-16 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 23. | Cellino & Barnes, P.C. | Francione, Orlando C. | R-36 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 24. | Cellino & Barnes, P.C. | Gagliardi, Maria Theresa | R-19 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 25. | Cellino & Barnes, P.C. | Lee, Tracy M. | R-15 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 26. | Cellino & Barnes, P.C. | Lee, Tracy M. | R-16 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 27. | Cellino & Barnes, P.C. | Link, Dorothy M. | R-36 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 28. | Cellino & Barnes, P.C. | Priest, Shirley | R-15 | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 29. | D'Amico, Frank J., Jr., APLC | Jones, Althea | R-19 | Anderson, Harold v. Merck & Co., Inc. | 2:05-cv-04428-EEF-DEK |
| 30. | Driggs Bills & Day PC | Sanchez, Antonio | R-21 | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| 31. | Freese & Goss, PLLC | Brooks, Bert W. | R-15 | Dutlon, Betty v. Merck & Co., Inc. | 2:05-cv-02368-EEF-DEK |
| 32. | Freese & Goss, PLLC | Erby, Roy C. | R-17 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 33. | Freese & Goss, PLLC | Fant, Patricia | R-16 | Dalton, Dianne v. Merck & Co., Inc. | 2:08-cv-00958-EEF-DEK |
| 34. | Freese & Goss, PLLC | Fant, Patricia | R-36 | Dalton, Dianne v. Merck & Co., Inc. | 2:08-cv-00958-EEF-DEK |
| 35. | Freese & Goss, PLLC | Gunn, John F. | R-21 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 36. | Freese & Goss, PLLC | Gunn, John F. | R-36 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 37. | Freese & Goss, PLLC | Lambert, Garland | R-36 | Lambert, Omega v. Merck & Co., Inc. | 2:06-cv-11117-EEF-DEK |
| 38. | Freese & Goss, PLLC | Mariscal, James | R-36 | Mariscal, Debra v. Merck & Co., Inc. | 2:08-cv-01809-EEF-DEK |
| 39. | Freese & Goss, PLLC | Mcarthur, Dee | R-19 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 40. | Freese & Goss, PLLC | Mink, George | R-36 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 41. | Freese & Goss, PLLC | Radtke, William R. | R-16 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 42. | Freese & Goss, PLLC | Wild, Sharon J. | R-15 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 43. | Freese & Goss, PLLC | Wild, Sharon J. | R-16 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 44. | Gallagher Law Firm (TX) | Carnell-Franklin, Fannie | R-36 | Franklin, Fannie C. v. Merck & Co., Inc. | 2:08-cv-00604-EEF-DEK |
| 45. | Gallagher Law Firm (TX) | Griffin, Rosie | R-36 | Griffin, Rosie v. Merck & Co., Inc. | 2:08-cv-00611-EEF-DEK |

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|
| 46. | Gallagher Law Firm (TX) | Hoskins, Kathleen | R-36 | Anderson, Jerry v. Merck & Co., Inc. | 2:06-cv-01902-EEF-DEK |
| 47. | Gallagher Law Firm (TX) | Kazik, Jennifer | R-36 | Kazik, Jennifer v. Merck & Co., Inc. | 2:08-cv-00616-EEF-DEK |
| 48. | Gallagher Law Firm (TX) | Walden, Bernice | R-36 | Anderson, Jerry v. Merck & Co., Inc. | 2:06-cv-01902-EEF-DEK |
| 49. | Harang, Jack W., APLC | Middlemiss, Keith | R-36 | Allen, Carol S. v. Merck & Co., Inc. | 2:06-cv-06437-EEF-DEK |
| 50. | Lamb Firm, LLC, The | Mendez-Cuadrado, Carmen L. | R-21 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 51. | Lamb Firm, LLC, The | Ryan-Guzman, Guillermo | R-15 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 52. | Lamb Firm, LLC, The | Tebenal, Justa | R-16 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 53. | Lamb Firm, LLC, The | Vargas-Cuebas, German | R-19 | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 54. | Matthews & Associates | Brooks, Linda F. | R-21 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 55. | Matthews & Associates | Nolan, Anna L. | R-15 | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| 56. | Matthews & Associates | Orick, Robert E. | R-36 | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| 57. | Matthews & Associates | Pagan Garcia, Nelly | R-15 | Padilla, Rosa M Acosta v. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK |
| 58. | Matthews & Associates | Robertson, Brittany M. | R-15 | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| 59. | Matthews & Associates | Rodriguez Marquez, Manuel | R-19 | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 60. | Matthews & Associates | Simmons-Trepagnier, Vivian | R-15 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 61. | Myers and Perfater | Rose, Patricia A. | R-21 | Hall, Kelli v. Merck & Co., Inc. | 2:06-cv-10367-EEF-DEK |
| 62. | Myers and Perfater | Rose, Patricia A. | R-36 | Hall, Kelli v. Merck & Co., Inc. | 2:06-cv-10367-EEF-DEK |
| 63. | Myler, Brad & Associates | Meeh, Sharlene | R-36 | Adler, Marvin v. Merck & Co., Inc. | 2:06-cv-07082-EEF-DEK |
| 64. | Pro Se | Poole, Louise | R-15 | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |
| 65. | Pro Se | Wiggs, David Franklyn | R-17 | Wiggs, David v. Merck & Co., Inc. | 2:06-cv-06961-EEF-DEK |
| 66. | Stamps & Stamps | Cooper, Joseph L. | R-36 | Bracey, Leola v. Merck & Co., Inc. | 2:08-cv-00145-EEF-DEK |
| 67. | Stamps & Stamps | Lee, Velma L. | R-15 | Hedrick, Doretha v. Merck & Co., Inc. | 2:08-cv-00150-EEF-DEK |
| 68. | Stamps & Stamps | Taylor, Sabrina | R-15 | Clayton, Autry J. v. Merck & Co., Inc. | 2:07-cv-09401-EEF-DEK |

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|
| 69. | Trubitsky, Marina & Associates | Amusyev, Gennady None | R-36 | Gelman, Vadim v. Merck & Co., Inc. | 2:07-cv-01078-EEF-DEK |
| 70. | Weitz & Luxenberg, P.C. | Blankenship, Mary | R-36 | Blankenship, Mary v. Merck & Co., Inc. | ATL-L-5535-05-MT |
| 71. | Weitz & Luxenberg, P.C. | Sherman, Ruby J. | R-21 | Sherman, Ruby J. v. Merck & Co., Inc. | 2:05-cv-04902-EEF-DEK |
| 72. | Weykamp, Paul A., Law Offices of | Biensach, Frederick | R-36 | Biensach, Doris v. Merck & Co., Inc. | 2:05-cv-05115-EEF-DEK |
| 73. | Yosha, Buddy, Law Offices of | Siefert, Thomas W. | R-36 | Rexroat, Virginia v. Merck & Co., Inc. | 2:06-cv-03880-EEF-DEK |
| 74. | Young Firm, The | Ferguson, Linda L. | R-15 | Ferguson, Carolyn v. Merck & Co., Inc. | 2:05-cv-04283-EEF-DEK |
| 75. | Young Firm, The | Mueller, Eike J.w. | R-36 | Mueller, Eike J.W. v. Merck & Co., Inc. | 2:06-cv-06750-EEF-DEK |