

24382385
Mar 25 2009
4:15PM

## Fifth OSC Motion re Enrollment Deficiencies
### Exhibit B – Tolling Claimants
*(Notary Issues for Primary Claimants)*

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **DOB** | **City** | **State** |
|---|---|---|---|---|---|---|
| 1. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Adams, Susan Kay | R-15 | 6/9/47 | Rocky Mount | NC |
| 2. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Franz, Ethel N. | R-15 | 2/25/29 | Gretna | LA |
| 3. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Hill, Catherine N. | R-15 | 12/13/67 | Cass City | MI |
| 4. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Lampkin, Richard | R-21 | 3/8/49 | Akron | OH |
| 5. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Patton, Melanie | R-15 | 12/2/70 | Florence | KY |
| 6. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Ramminger, Margarete Aureala | R-21 | 5/12/16 | Cincinnati | OH |
| 7. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Vysniauskas, Peggy | R-15 | 6/10/57 | Hazel Park | MI |
| 8. | Gallagher Law Firm (TX) | Marquez, Maria C. | R-36 | 4/16/34 | Clovis | NM |
| 9. | Gallagher Law Firm (TX) | Prather, Donna | R-15 | 8/10/51 | Corinth | MS |
| 10. | Gallagher Law Firm (TX) | Turner, Freddie | R-15 |  | Girdler | KY |
| 11. | Gallagher Law Firm (TX) | Turner, Freddie | R-16 |  | Girdler | KY |
| 12. | Gallagher Law Firm (TX) | Wilder, Eugene | R-15 | 04/09/58 | Hyden | KY |
| 13. | Gallagher Law Firm (TX) | Williams, Frank A. | R-21 | 9/9/48 | Belton | SC |
| 14. | Gallagher Law Firm (TX) | Williams, Frank A. | R-36 | 9/9/48 | Belton | SC |
| 15. | Johnson, Charles H. & Associates | Bruce, Herbert B. | R-15 | 2/9/28 | Arkansas City | KS |
| 16. | Johnson, Charles H. & Associates | Chapin, Daniel N. | R-15 | 7/3/21 | Overland Park | KS |
| 17. | Johnson, Charles H. & Associates | English, Constance E. | R-15 | 2/1/50 | Bellevue | PA |
| 18. | Johnson, Charles H. & Associates | Erickson, Sidney J. | R-15 | 3/3/24 | Charlotte | MI |
| 19. | Johnson, Charles H. | Morris, Tena B. | R-15 | 5/20/40 | Green Forest | AR |

|  | Primary Counsel | Claimant Name | Deficiency | DOB | City | State |
|---|---|---|---|---|---|---|
| 20. | Johnson, Charles H. & Associates | Morris, Tena B. | R-16 | 5/20/40 | Green Forest | AR |
| 21. | Johnson, Charles H. & Associates | Morris, Tena B. | R-36 | 5/20/40 | Green Forest | AR |
| 22. | Johnson, Charles H. & Associates | Sanders, Norma L. | R-15 | 4/24/45 | Brownsville | KY |
| 23. | Johnson, Charles H. & Associates | Sanders, Norma L. | R-16 | 4/24/45 | Brownsville | KY |
| 24. | Johnson, Charles H. & Associates | Spencer, Joanna M. | R-15 | 7/26/47 | St. Joseph | MO |
| 25. | Johnson, Charles H. & Associates | Turner, Bobby R. | R-15 | 5/1/35 | Cadiz | KY |
| 26. | Johnson, Charles H. & Associates | Vidas, Jamie I. | R-15 | 7/22/21 | Grants Pass | OR |
| 27. | Levensten Law Firm, P.C. | Schemm, Mary | R-15 | 4/14/47 | Randalstown | MD |
| 28. | Levensten Law Firm, P.C. | Schemm, Mary | R-16 | 4/14/47 | Randalstown | MD |
| 29. | Matthews & Associates | Oldaker, Donald E. | R-15 | 5/29/29 | Lake Worth | FL |
| 30. | Pro Se | Abdel Malek, Mounir R. | R-15 | 12/11/37 | Fontana | CA |
| 31. | Pro Se | Borner, Loraine | R-36 | 9/7/26 | Selmer | TN |
| 32. | Pro Se | Ellington, Matilda C. | R-36 | 9/6/36 | Tuskegee | AL |
| 33. | Pro Se | Gee, Arthur Lee | R-15 | 2/15/45 | Inverness | MS |
| 34. | Pro Se | Gee, Arthur Lee | R-16 | 2/15/45 | Inverness | MS |
| 35. | Pro Se | Hurst, Danny K. | R-36 | 6/24/57 | Middlesboro | KY |
| 36. | Pro Se | Johnson, Annie | R-36 | 4/19/10 | Newark | NJ |
| 37. | Pro Se | Miley, Abbieline R. | R-15 | 12/18/38 | Nacogdoches | TX |
| 38. | Pro Se | Miller, George Paul | R-15 |  |  |  |
| 39. | Pro Se | Welke, Leroy Alfred | R-15 | 3/5/27 | Rochester | MN |
| 40. | Pro Se | Woodard, Deloris | R-15 | 6/12/49 | Memphis | TN |
| 41. | Ruiz, John H., PA, Law Firm of | Vengochea, Rosario M. | R-19 | 3/20/29 | Miami | FL |
| 42. | Weitz & Luxenberg, P.C. | Bentley, Darlene | R-21 | 9/11/39 | Union City | CA |
| 43. | Weitz & Luxenberg, P.C. | Coker, Jimmie Joe | R-21 | 6/11/37 | Pauls Valley | OK |
| 44. | Weitz & Luxenberg, P.C. | Hilton, Carl B. | R-19 | 1/10/25 | Picayune | MS |
| 45. | Weitz & Luxenberg, P.C. | Jodry, Sue | R-36 | 5/22/47 | Milford | IN |
| 46. | Weitz & Luxenberg, P.C. | Smith, Margaret | R-36 | 5/11/54 | Fayetteville | NC |
| 47. | Weitz & Luxenberg, P.C. | Steg, Rick P. | R-36 | 5/13/36 | Raleigh | NC |

*Fifth Enrollment OSC, Exh. B*
*(tolling – primary claimants)*
*Page 2 of 3*

970481v.1

|  | **Primary Counsel** | **Claimant Name** | **Deficiency** | **DOB** | **City** | **State** |
|---|---|---|---|---|---|---|
| 48. | Weitz & Luxenberg, P.C. | Tate-Smith, Janet | R-36 | 12/13/37 | Waco | KY |
| 49. | Weitz & Luxenberg, P.C. | Townsend, Marilyn L. | R-36 | 2/3/54 | Reidsville | NC |
| 50. | Weitz & Luxenberg, P.C. | Trosper, Valaree J. | R-21 | 7/25/33 | Kokomo | IN |
| 51. | Weitz & Luxenberg, P.C. | Trosper, Valaree J. | R-36 | 7/25/33 | Kokomo | IN |
| 52. | Weitz & Luxenberg, P.C. | Winget, Ronald E. | R-16 | 5/12/42 | Columbus | IN |
| 53. | Weitz & Luxenberg, P.C. | Winget, Ronald E. | R-17 | 5/12/42 | Columbus | IN |