

24382385
Mar 25 2009
4:15PM

## Fifth OSC Motion re Enrollment Deficiencies
### Exhibit D – Tolling Claimants
*(Notary Issues for Derivative Claimants)*

|  | Primary Counsel | Claimant Name | Deficiency | DOB | City | State Abbrev | Derivative Claimant Name |
|---|---|---|---|---|---|---|---|
| 1. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Groene, Joseph | R-24 | 9/26/30 | Edgewood | KY | Groene, Barbara |
| 2. | Duncan Firm, P.A. | Snellenberger, Theodore Conrad | R-26 | 3/19/35 | Cabot | AR | Halverson, Deanna |
| 3. | Gallagher Law Firm (TX) | Hatten, William | R-24 | 8/5/30 | Havelock | NC | Boone, Pat |
| 4. | Matthews & Associates | Oldaker, Donald E. | R-22 | 5/29/29 | Lake Worth | FL | Jennings, Alicia |
| 5. | Pro Se | Ellington, Matilda C. | R-24 | 9/6/36 | Tuskegee | AL | Ellington, Sr., Ernest |
| 6. | Pro Se | Johnson, Annie | R-24 | 4/19/10 | Newark | NJ | Smith, Jessie |
| 7. | Pro Se | Meadows, Gary Wayne | R-22 | 2/21/52 | Princewick | WV | Meadows, Anna |
| 8. | Pro Se | Woodard, Deloris | R-22 | 6/12/49 | Memphis | TN | Woodard, Willie |
| 9. | Weitz & Luxenberg, P.C. | Trosper, Valaree J. | R-24 | 7/25/33 | Kokomo | IN | Lee, Mark |

970484v.1