UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| All Cases Listed on Exhibit "A" | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

**************************************************************************

### ORDERS TO WITHDRAW MOTION TO SHOW CAUSE AGAINST CERTAIN MEDICAL PROVIDERS

The Court today considered Certain Plaintiffs' Motion to Withdraw Motion to Show Cause Why Certain Medical Providers Should Not Be Held In Contempt For Failing To Comply With Pre-Trial Orders Nos. 35 and/or 35A, those medical providers being identified in Exhibit "A" hereto.  The Court finds that the motion to withdraw should be **GRANTED** as to the Plaintiffs listed on Exhibit "A".

Dated this  13th  day of        April        , 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| CLAIMANT | PROVIDER |
|---|---|
| Batts, Anthony | Dr. Shi Chi Cheng<br>2424 Danville Rd SW Heart Centers Suite L<br>Decatur, AL 35603<br><br>Rite-Aid<br>P.O. Box 3165<br>Harrisburg, PA 17105 |
| Carroll, John E. | Dr. Ahmad Ismail<br>110 E Byrd Ave, Bonifay, FL 32425 |
| Chisholm, Ethel | Rehab Works E. AL. Med Ctr.<br>2000 Pepperell Parkway, Opelika, AL 36849 |
| Condrey, Ralph E. | Dr. Christopher Byard<br>4300 West Main Street Suite 102<br>Dothan, AL 36305<br><br>Healthsouth Rehab<br>1736 East Main Street, Dothan, AL 36301 |
| Curseen, Ronald | Dr. Eva Magiros<br>1720 Medical Parks Drive Suite 340 Biloxi, MS 39532 |
| Dace, Dorothy | Thomas Pharmacy<br>170 Beacon Street<br>Laurel, MS 39440 |
| Davis, Edna | Medco<br>E. 23102 Appleway Avenue, Liberty Lake, WA 99019 |
| Drake, Lawrence | Athens Family Care<br>707 W Market St Athens AL 35611 |
| Eden, Gary Allen | Dr. Nicholas Pantaleone<br>872 Gillespie Street Prattville, AL 36067 |
| Ezell, Sheldon | Eckerd Drugs/Rite Aid<br>P.O. Box 3165 Harrisburg, PA 17105 |

| | |
|---|---|
| Frederick, Steve | Dr. Jeffrey Long<br>42320 Hwy 195 Haleyville, AL 35565<br><br>Cardiology PC Jasper<br>3400 Hwy 78 E.  Suite #311 Jasper, AL 35501 |
| Gladden, Chester | Miller Drugs<br>212 1st Avenue E, Oneonta, AL 35121-1734 |
| Hagood, Nettie | East Carroll Parish Hospital<br>336 North Hood Street, Lake Providence, LA 71254 |
| Hardin, Rebecca Wynn for Reba | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Harris, Dora | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Harris, Sadie | Dr. Michael Salvia<br>1400 Narrow Lane Parkway, Montgomery, AL 36111 |
| Hayes, Delores | Dr. Jeff Hawkins<br>1528 Carraway Blvd., Birmingham, AL 35234 |
| Hunt, Myrtle | Woods Pharmacy<br>149 Buck Creek Plaza, Alabaster, AL 35007 |
| King, Lillie | Dr. Nate Brown<br>Highway 61 & Ruby Street Cleveland, MS 38732 |
| Knight, Luella | Dr. Reed Cooper<br>832 Stage Road, Auburn, AL 36830 |
| Manis, Jack | Dr. Mark Murphy<br>909 – N. 5th Avenue, Rome, GA 30165<br><br>Dr. Cindy Shumpert<br>1105 North 5th Avenue, Rome, GA 30165 |
| Nance, William | Dr. Charles Jordan<br>115 W. Grand Ave. Rainbow City, AL 35906 |
| Osburn, Inez | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Parker, Windell | Dr. James Lee |

|  |  |
|---|---|
|  | 2021 Alabama Hwy 157, Cullman Alabama |
|  | UAB<br>619 19th Street, Birmingham, AL |
| Payne, Noble | Medco<br>E. 23102 Appleway Ave. Liberty Lake, WA 99019 |
| Peters, Catherine L. | Stringfellow Memorial Hospital<br>310 E. 18th. Street Anniston, AL 36207 |
|  | Millennium Health Clinic/Dr. Louis Stokes<br>1713 Hamric Drive E #2  Oxford, AL 36203 |
| Richardson, Sherroll | Dr. Sean Orr<br>513 Brookwood Blvd. Birmingham, AL 35209 |
| Taylor, Ricky | Dr. Charles Goodman<br>1110 Eastdall Mall Montgomery, AL 36117 |
| Thomas, Yvonne | Dr. Das Subramonium<br>1013 Medical Center Parkway Selma, AL 36701 |
|  | Dr. Meredith Drummond<br>833 St. Vincent's Dr. Ste. 300 B'ham, AL 35209 |
| Wilson, Dixie Thomas | People RX<br>1320 State Rte. 7 Champlain, NY 12915 |
|  | Redmond Regional<br>PO Box 107001 Rome, GA 30165 |
|  | Dr. Frank Hampton<br>5470 Martha Berry Highway NE Armuchee, GA 30105 |
| Wilson, Louchrisher | Dr. James Harrow<br>125 Alison Drive #7 Alexander, City 35010 |
| York, Bennie | Dr. James Lee<br>2021 Alabama Hwy 157, Cullman Alabama |
|  | Dr. Martin Salmon<br>3800 Ridgeway Dr,    Birmingham, AL 35209 |