# EXHIBIT 1-A

## CONTRACT FOR LEGAL SERVICES: PHARMACEUTICAL

**READ CAREFULLY:** THIS IS YOUR CONTRACT. IT PROTECTS BOTH YOU AND YOUR ATTORNEYS AND WILL PREVENT MISUNDERSTANDING. IF YOU DO NOT UNDERSTAND IT, PLEASE CALL IT TO OUR ATTENTION.

I HEREBY EMPLOY THE LAW FIRM OF **GARY EUBANKS & ASSOCIATES** TO REPRESENT ME IN MY CLAIM FOR PERSONAL INJURY AGAINST THE MANUFACTURERS, DISTRIBUTORS, AND SUPPLIERS OF MEDICATIONS WHICH I HAVE TAKEN. I AGREE TO PAY MY ATTORNEYS, **GARY EUBANKS & ASSOCIATES**, A FEE AS FOLLOWS: IN THE EVENT OF SETTLEMENT, 33 1/3% OF ANY AND ALL SUMS RECOVERED IF THE CASE IS SETTLED PRIOR TO THE INSTITUTING OF SUIT; 45% OF ANY AND ALL SUMS RECOVERED IF SUIT IS INSTITUTED; OR A FEE OF $ N/A PER HOUR FOR LEGAL SERVICES RENDERED IN THIS MATTER WITH AN INITIAL RETAINER OF $ N/A. I HEREBY EMPOWER SAID ATTORNEYS TO FILE SUIT IN WHATEVER COURT THEY THINK NECESSARY. I UNDERSTAND THAT IT IS MY DECISION WHETHER TO SETTLE MY CASE. MY ATTORNEY WILL ADVISE ME, BUT THE RIGHT AND RESPONSIBILITY OF MAKING ANY FINAL DECISION WHETHER TO ACCEPT OR REJECT ANY SETTLEMENT OFFER IS MINE.

**EXPENSES IN PURSUING MY CLAIM:** I FURTHER AGREE THAT, IN ADDITION TO THE ABOVE ATTORNEY FEES, ALL COURT COSTS, SUBPOENA COSTS, PHOTOGRAPHS, MOVIES, VIDEO TAPES, PHOTO COPIES, POSTAGE, DEPOSITIONS, COURT REPORTER COSTS, REPORTS, WITNESS STATEMENTS, INVESTIGATION EXPENSES, NECESSARY TRAVEL EXPENSES, EXPERT AND LAY WITNESS EXPENSES AND ALL OTHER EXPENSES INCURRED IN INVESTIGATING AND/OR LITIGATING THIS CLAIM SHALL BE PAID OFF THE TOP FROM THE TOTAL RECOVERY AND THAT SAID EXPENSES, AND ATTORNEY FEES MAY BE DEDUCTED FROM THE PROCEEDS OF ANY RECOVERY. IN THE EVENT MY CASE BECOMES INVOLVED IN MULTI-DISTRICT LITIGATION, I UNDERSTAND THAT ANY CHARGES ASSESSED BY THE COURT SHALL BE CONSIDERED PART OF THE COSTS OF MY CASE.

IF NO RECOVERY IS OBTAINED, NO FEE SHALL BE PAYABLE TO THE ATTORNEYS. I UNDERSTAND THAT MY ATTORNEYS ARE TAKING THIS CASE FOR INVESTIGATION. ASSOCIATE COUNSEL MAY BE EMPLOYED AT THE DISCRETION AND EXPENSE OF THE ATTORNEYS. THE DECISION TO APPEAL TO THE SUPREME COURT OR THE COURT OF APPEALS SHALL BE MADE IN THE SOLE DISCRETION OF THE ATTORNEYS. ALL COSTS OF APPEAL, INCLUDING TRANSCRIPTS AND PRINTING COSTS, SHALL BE DEDUCTED FROM THE RECOVERY.

NO REPRESENTATION HAS BEEN MADE AS TO WHAT AMOUNT, IF ANY, I MAY BE ENTITLED TO RECOVER IN THIS CASE.

I AGREE TO KEEP THE LAW OFFICES OF **GARY EUBANKS & ASSOCIATES** ADVISED OF MY WHEREABOUTS AT ALL TIMES; TO COOPERATE IN THE PREPARATION AND TRIAL OF MY CASE. I UNDERSTAND THAT MY FAILURE TO COOPERATE COMPLETELY WITH MY ATTORNEYS WILL BE A GROUND FOR MY ATTORNEYS TO WITHDRAW FROM REPRESENTING ME. IN THE EVENT MY ATTORNEYS ARE ABLE TO MAKE A RECOVERY FOR ME ON MY CASE AND ARE UNABLE TO LOCATE ME AFTER MAKING ALL REASONABLE EFFORTS TO DO SO, I HEREBY AUTHORIZE THEM TO ENDORSE THE SETTLEMENT DRAFTS FOR ME AND ON MY BEHALF TO HOLD MY PORTION IN TRUST FOR ME UNTIL I CAN BE LOCATED. I FURTHER AGREE THAT IF THE LAW OFFICES OF **GARY EUBANKS & ASSOCIATES** IS UNABLE TO LOCATE ME WITHIN ONE (1) YEAR OF PLACING MY PORTION OF ANY SETTLEMENT IN TRUST, A **DORMANCY FEE** OF $100 PER MONTH WILL BE CHARGED AGAINST MY TRUST BALANCE SO LONG AS SUCH BALANCE IS GREATER THAN $0.

_____    8/1/05        _____    _____
CLIENT                        DATE          CLIENT                       DATE
Admin of Estate of Johnie Stephens

THE ABOVE EMPLOYMENT IS HEREBY ACCEPTED ON THE TERMS STATED AND WE AGREE TO MAKE NO CHARGE FOR SERVICES UNLESS RECOVERY IS HAD IN THIS MATTER.

**GARY EUBANKS & ASSOCIATES**

BY: _Robert L Rountree_
ATTORNEY AT LAW

"A"