# EXHIBIT 1-B

BAPTIST MEDICAL CENTER
LITTLE ROCK        AR 72205

REPORT #: 002061648   EMERGENCY ROOM HISTORY AND PHYSICAL          PAGE    1

NAME: JOHNIE STEPHENS              ATT.PHY: FRANK H. MA
UNIT #:       64-70-34             ADMISSION DATE:  11/26/00  CASE  51141-15
TR.DATE/BY: 11/27/00  0250/2540    DISCHARGE DATE:  11/26/00  ROOM: 9000    ER
DICTATED:   11/26/00  1919         DICTATED BY: FRANK H. MA


DATE OF SERVICE:  11/26/2000

CHIEF COMPLAINT:
LOW BACK PAIN.

HISTORY OF PRESENT ILLNESS:
THIS IS AN 86-YEAR-OLD WHITE MALE PRESENTING TO THE EMERGENCY DEPARTMENT
COMPLAINING OF LOW BACK PAIN SINCE THURSDAY.  NO HISTORY OF TRAUMA.  NO COUGH
OR SHORTNESS OF BREATH.  NO NAUSEA OR VOMITING.  NO URINARY FREQUENCY, URGENCY,
DYSURIA, OR HEMATURIA.  NO PARESTHESIAS OR PARALYSIS.  TAKING SOME
OVER-THE-COUNTER MEDICINE WITHOUT ANY RELIEF.  NO PREVIOUS BACK PROBLEMS.

REVIEW OF SYSTEMS:
NO FEVER, CHILLS, RHINORRHEA, CONGESTION, OR POST NASAL DRIP.  NO COUGH,
SHORTNESS OF BREATH, CHEST PAIN, PALPITATIONS.  NO SYNCOPAL EPISODE.  NO
NAUSEA,  VOMITING, DIARRHEA, MELENA, OR HEMATOCHEZIA.  DENIES ANY URINARY
FREQUENCY, URGENCY, DYSURIA, OR HEMATURIA.  HAS HAD KIDNEY STONES IN THE PAST
ALTHOUGH DOES NOT FEEL LIKE THIS IT THAT.  PAIN IS AGGRAVATED BY MOTION.  NO
PARESTHESIAS OR PARALYSIS.

PAST MEDICAL HISTORY:
POSITIVE FOR KIDNEY STONES, OTHERWISE UNREMARKABLE.

SOCIAL HISTORY:
THE PATIENT CHEWS.  HE DOES NOT SMOKE.  HE LIVES IN NORTH LITTLE ROCK.

CURRENT MEDICATIONS:
VITAMIN.

ALLERGIES:
NONE.

PHYSICAL EXAMINATION:

GENERAL:  A WELL-DEVELOPED, WELL-NOURISHED WHITE MALE, ALERT AND ORIENTED X 3.

VITAL SIGNS:
BLOOD PRESSURE 140/65.
PULSE 82.
RESPIRATIONS 20.
TEMPERATURE 96.7.
O2 SATURATION 97% ON ROOM AIR.

HEENT: THE PATIENT IS NORMOCEPHALIC.  THE PUPILS ARE EQUAL AND REACTIVE.  FULL
EXTRAOCULAR MOTION.   NOSE AND THROAT ARE UNREMARKABLE.

NECK:  SUPPLE.  CAROTID PULSES WERE EQUAL.  NO CAROTID BRUITS.  NO NECK VEIN

"B"

DISTENTION.   NO NUCHAL RIGIDITY.

LUNGS:   CLEAR WITH GOOD BREATH SOUNDS BILATERALLY.

HEART:   REGULAR RHYTHM WITHOUT MURMURS.

ABDOMEN:   SOFT, NONTENDER.

EXTREMITIES:   GOOD RANGE OF MOTION WITHOUT ANY TENDERNESS OR DEFORMITY.
PALPATION OF HIS BACK SHOWS HIM TO HAVE TENDERNESS OVER THE L5-S1 AND THE
SACROILIAC JOINTS TO PALPATION WITH DECREASED RANGE OF MOTION.   NEGATIVE
STRAIGHT-LEG RAISING TEST.

LABORATORY:
NORMAL URINALYSIS.   LUMBAR SPINE X-RAY DEMONSTRATES MARKED OSTEOPHYTE
FORMATION.   ALSO SPONDYLOLISTHESIS OF THE L4-5 REGION.

FINAL DIAGNOSIS:
LOW BACK PAIN.

DISPOSITION:
1.   THE PATIENT AND FAMILY WERE TOLD THE RESULTS OF THE EVALUATION.
2.   HE WAS STARTED ON VIOXX 50 MG DAILY, #10.
3.   HE WILL ALSO USE SOME HEAT OVER THE AREA.
4.   HE IS TO SEE HIS OWN PHYSICIAN, DR. KEITH DIXON, FOR FOLLOWUP THIS COMING
     WEEK AND TO RECHECK IF HE GETS WORSE.


FRANK H. MA, M.D./ 113267 /LY
EMERGENCY ROOM HISTORY AND PHYSICAL

CC: FRANK H. MA, M.D.
    144
    (ER)

"B"