# EXHIBIT 1-C

02-Oct-04                                                                                                          Page    1

Patient Medical Expenses Report

JOHNIE        STEPHENS                                        KROGER PHARMACY 02500639
4801 NORTH HILLS                                              2509 McCain Boulevard
N LITTLE ROCK    AR                                           No. Little Rock AR 72116

PATLST2A

| Date | Rx # | Qty Unit | Product Name | NDC | Prescriber Name | T/P Authorization | Total | Patient Pays | Insurer Pays |
|---|---|---|---|---|---|---|---|---|---|
| 07/08/02 | 6724826 | 30TAB | VIOXX TAB 25MG | 00006-0110-68 | Dr.CHURCH | 160809 | 74.32 | 74.32 | 0.00 |
| 08/10/02 | 6724826 | 30TAB | VIOXX TAB 25MG | 00006-0110-68 | Dr.CHURCH | 581623 | 74.32 | 74.32 | 0.00 |
| 09/13/02 | 6729594 | 30TAB | VIOXX TAB 25MG | 00006-0110-68 | Dr.HENSON | 009430 | 74.32 | 74.32 | 0.00 |
| 10/14/02 | 6729594 | 30TAB | VIOXX TAB 25MG | 00006-0110-68 | Dr.HENSON | 608388 | 77.55 | 77.55 | 0.00 |
| 10/23/02 | 4425702 | 1TAB | LORAZEPAM TAB 0.5MG | 00228-2057-50 | Dr.CHURCH | 041621 | 2.88 | 2.88 | 0.00 |
| 11/13/02 | 6729594 | 30TAB | VIOXX TAB 25MG | 00006-0110-68 | Dr.HENSON | 627764 | 77.55 | 77.55 | 0.00 |
| 11/26/02 | 6735186 | 30CAP | HYDROXYZINE PAM CAP 25MG | 00172-2911-60 | Dr.CHURCH | 993529 | 5.81 | 5.81 | 0.00 |
| 12/12/02 | 6729594 | 30TAB | VIOXX TAB 25MG | 00006-0110-68 | Dr.HENSON | 597990 | 77.55 | 77.55 | 0.00 |
| 12/23/02 | 6737438 | 30CAP | HYDROXYZINE PAM CAP 25MG | 00172-2911-60 | Dr.CHURCH | 460235 | 5.81 | 5.81 | 0.00 |
| 01/10/03 | 6729594 | 30TAB | VIOXX TAB 25MG | 00006-0110-68 | Dr.HENSON | 487671 | 77.55 | 77.55 | 0.00 |
| 01/21/03 | 6739513 | 30CAP | HYDROXYZINE PAM CAP 25MG | 00172-2911-60 | Dr.CHURCH | 294588 | 5.81 | 5.81 | 0.00 |
| 02/08/03 | 6729594 | 30TAB | VIOXX TAB 25MG | 00006-0110-68 | Dr.HENSON | 778299 | 77.55 | 77.55 | 0.00 |
| 02/19/03 | 6742106 | 60TAB | RISPERDAL TAB 0.5MG | 50458-0302-06 | Dr.HENSON | 402889 | 169.31 | 169.31 | 0.00 |
| 03/12/03 | 6743784 | 30TAB | VIOXX TAB 25MG | 00006-0110-68 | Dr.HENSON | 472919 | 77.55 | 77.55 | 0.00 |

Page totals for JOHNIE     STEPHENS     Date: 02-Oct-04                            $877.88    $877.88    $0.00

Pharmacist Signature: _____

\*\*\*\*\*   D U P L I C A T E     R E C E I P T   \*\*\*\*\*