# EXHIBIT 1-D



October 3, 2005

Bobby J. Stephens
4005 Royal Oak Drive
North Little Rock, AR 72116

  RE: Preservation of Pharmaceutical Records for
     Johnie Stephens, SSN 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

Dear Mr. Stephens:

  Please find enclosed the letter which was sent to Kroger Pharmacy on behalf of your father's estate.

  Should you have any questions, please feel free to contact us.

Sincerely yours,

Ashley Ohlde
Trial Assistant to
Robert L. Rountree, JD, DABT
Attorney at Law
Board-Certified Toxicologist

/ao

enclosure

"D"

708 West Second Street ◆ P.O. Box 3887 ◆ Little Rock, Arkansas 72203-3887
(501) 372-0266 ◆ (800) 522-5260 ◆ FAX (501) 688-7741 ◆ Website: www.giroirbanks.lawoffice.com
622 Malvern Ave. ◆ Hot Springs, Arkansas 71901 ◆ (501) 623-2234 ◆ FAX (501) 623-4596



October 3, 2005

Susan Clayton
Kroger Division Office
Via Fax: (901)765-4213

    RE:    Preservation of Pharmaceutical Records for
            Johnie Stephens, SSN 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

Dear Ms. Clayton:

    Please consider this letter as a formal request that Kroger Pharmacy 02500639, located at 2509 McCain Blvd., North Little Rock, AR 72116, and that Kroger's Legal Department, take all necessary affirmative steps to preserve discoverable evidence. In this regard, it is requested that Kroger Pharmacy immediately place its document retention policy on hold. It is further requested that Kroger Pharmacy not destroy or modify any documents, software, logs, e-mail or other paper, digital or electronic records pertaining to the Pharmaceutical records for the above indicated individual, for the period of 1999 to present.

    In this regard it should be noted that a mere backup of computer hard drives is not adequate for preservation. Hard drives must be imaged in bit stream copies whereby all areas used and unused are copied. It is requested that all deleted files that are reasonably recoverable be immediately un-deleted and preserved.

    The materials described in this letter are discoverable pursuant to the Rules of Civil Procedure and it is the intention of Plaintiff's counsel to pursue such discovery.

                                Sincerely yours,

                                Robert L. Rountree, JD, DABT
                                Attorney at Law
                                Board-Certified Toxicologist

RLR/ao

cc:    Bobby J. Stephens
        4005 Royal Oak Drive
        North Little Rock, AR 72116

"D"

705 West Second Street ◆ P.O. Box 3887 ◆ Little Rock, Arkansas 72203-3887
(501) 372-0206 ◆ (800) 522-5260 ◆ FAX (501) 688-7741 ◆ Web site: www.garyeubanks.lawoffice.com
622 Malvern Ave. ◆ Hot Springs, Arkansas 71901 ◆ (501) 623-2234 ◆ FAX (501) 623-4596