# EXHIBIT 1-F

Stephens, Mr. Johnie (D)          **Case Type:** VIOXX          **DOI:** 3/14/2003          **LIM Date:** Not Set
**Case #:** 213867  ( )          **Class:**          **Assigned:** JEFF          **Date Opened:** 8/30/2005

1/15/2008  11:35 AM

Page 1 of 2

## Case Note - Page 91 of 92

**Date:** 01/10/2008 05:04 PM   **Staff:** ANGI          **Topic:** E-mail Received

----Original Message-----
From: susan.clayton@kroger.com [mailto:susan.clayton@kroger.com]
Sent: January 08, 2008 3:30 PM
To: Angi
Subject: File No.: GE&A 213867 - Johnie Stephens


Hi Angie,

Just a quick follow up to our telephone conversation today.  Listed below
is a breakdown of events that took place with respect to the above
referenced file.

October 2005:  Received a letter from Robert Roundtree with Gary Eubanks
office requesting we take all necessary steps to preserve discoverable
evidence on Johnie Stephens, until further notice.

Within 3 weeks of receipt of the letter, I had all electronic purges put on
hold until further notice as requested.

February 7, 2006:  I contacted Robert Roundtree's office to obtain an
estimated time when we could start our purge process again.  Ashley
informed me that all motions would be filed by 5/1/06 and we could enable
our process after that date.

May 1, 2006:  I contacted Ashley in Robert Roundtree's office to confirm
the ability to begin the purge process and was told all motions had been
filed and we could reinstate the purge process - which we did immediately.

December 14, 2007:  Until this date, there was no other communication
between Robert Roundtree's office and Kroger.  On 12/14/07 I received a
letter from Gary Eubanks requesting records from 2000 to 2002.

I had the pharmacy pull all of their daily signature logs from 2000 to 2002
to see if we could locate any prescriptions prior to 9/13/02 and we had no
evidence of a prescription being filled at this pharmacy during that
period.

The only information I can offer you that may be helpful is that you should
be able to contact the insurance company that processed the prescription
claims for Mr. Stephens, and have them release their records to you.  Their
data would show everything about every prescription that they paid for with
regard to this patient.  It would give you the prescription #, pharmacy
address, prescriber info., date the rx was written and dispensed, as well
as any refill information.  Hope that helps some.

If you have any questions, please don't hesitate to call me.  I'll be glad
to help in any way I can.

Thanks,
Susan Clayton
Pharmacy HIPAA Privacy Coordinator
 Special Projects Mgr.
The Kroger Company - Delta Division
Phone:  (901) 765-4157
Email:  susan.clayton@kroger.com

This communication and any file transmitted with it contain information
which is confidential and may be privileged and exempt from disclosure
under applicable law.  It is intended solely for the use of the individual
entity to which it is addressed.  If you are not the intended recipient

Stephens, Mr. Johnie (D)
Case #: 213867  (  )

**Case Type:** VIOXX
**Class:**

**DOI:** 3/14/2003
**Assigned:** JEFF

**LIM Date:** Not Set
**Date Opened:** 8/30/2005

1/15/2008   11:35 AM

Page 2 of 2

## Case Note - Page 91 of 92

or entity to which it is addressed. If you are not the intended recipient,
you are hereby notified that any use, dissemination or copying of this
communication is strictly prohibited. If you received this communication
in error, please notify the sender. Thank you for your cooperation.

"F"