# EXHIBIT 1-J



Attorneys at Law

December 11, 2008

Bob Stephens
4005 Royal Oak
North Little Rock, AR  72116

Re:   Our File:      GE&A 213867
      D/Accident:    03/14/2003

Dear Mr. Stephens:

Enclosed for your records, please find a copy of the affidavit executed by Mr. Woodrow Hill on December 3, 2008. As we discussed yesterday on the telephone, the Points Award appeal was lodged with the Claims Administrator on December 4, 2008.

Per your request, I am also enclosing copies of three Points Calculators. The first is a replica of the calculator as it was initially completed in 2007. As we have discussed, this calculator was inaccurate as it did not include the hypertension or the cerebrovascular disease that were later discovered in your father's records.

The second calculator is the breakdown of the Points Award that was actually issued. This calculator correctly takes into account the hypertension and cerebrovascular disease, but it only allows ingestion for the period of time covered on the Kroger Pharmacy records, therefore changing the category to "6-18 months" as well as changing the timeframe to "use commenced after 4/13/02 and event occurred after 4/13/02".

The third calculator is what we are hoping to achieve from filing the appeal. It still takes into account the hypertension and cerebrovascular disease, but it credits the entire ingestion period of 11/2000 to 3/2003, making it a period of 18-30 months as well as changing the timeframe to "use occurreed before 4/13/02 and eligible event occurred after 4/12/02".

As you can see, the difference in the Points Award that was issued last month and the Points Award we are attempting to get via the Appeal is $77,900. We will keep you posted as we hear anything new on your claim.

Sincerely yours,

Angi Flournoy
Legal Assistant

/af

708 West Second Street ♦ P.O. Box 3887 ♦ Little Rock, Arkansas 72203-3887
(501) 372-0266 ♦ (800) 522-5260 ♦ FAX (501) 688-7741 ♦ Web site: www.garyeubanks.com
622 Malvern Ave. ♦ Hot Springs, Arkansas 71901 ♦ (501) 623-2234 ♦ FAX (501) 623-4596