# EXHIBIT 1-N

*Dupecopy*

F 3/15

*Libby OK lige*

VOID

**Prescription Request for:** G. HENSON
Voice Line: (501) 833-8400
2215 WILDWOOD, SHERWOOD, AR, 72120

DEA: BH1470816   PI: V

Fax Number: (501) 833-0266

**This request is from:**
Kroger Pharmacy # 00639
2509 McCain Boulevard
No. Little Rock, AR, 72116

Date: 03/12/2003  Time: TIME_STAMP
**Fax Line: (501) 758-9308**
Voice Line: (501) 758-9307

Rx Number: **6729594**    Last Date Dispensed: **02/08/2003**
Patient: **JOHNIE STEPHENS**
Address: 4801 NORTH HILLS N LITTLE ROCK, AR,

Original Date Written: **09/13/2002**
Date of Birth: 06/27/1914

Drug Dispensed: **VIOXX TAB 25MG**
Last Quantity: **30.000**
Directions:   Take one (1) tablet(s) daily

NDC: 00006-01

Original refills authorized:

5 refills

**Authorized:**            **Once** ____ **plus additional refills authorized  1**

Denied: ____

Message to Patient:

Comments:

Print name if authorized by a different Prescriber:

Prescriber DEA # if authorized by a different Prescriber:

**Authorized by:**

Please note: **Unless DAW is written on this prescription, a generic drug may be used.**

Signature: ____                DAW

Signature: ____

---

NEW

NDC: 00006-0110-68
Mfg: MERCK
**VIOXX TAB 25MG**
Ord:
Order Qty: 30   Disp Qty: 30

Take one (1) tablet(s)
daily

**RX# 6743784**
RPH: WOODY HILL
**JOHNIE STEPHENS**
4801 NORTH HILLS N LITTLE ROCK AR
Written: 03/12/03  Orig: 03/12/03
FILLS: 99.0  DAW: 0
(000) 771-0850
DOB: 06/27/1914
**DEA#: BH1470816**
F: (501) 833-0266
**G HENSON MD**
2215 WILDWOOD
SHERWOOD AR 72120
V (501) 833-8400

03/12/03 TX: 03789988



Photoxepy

VOID

Name _____  Date _____

Address _____  9-13-02

R̥

RX# 6729594  09/13/02  TX: 0336042  Last Filled 09/13/02  Orig: 09/13/02
RPH: JILL M FRAZIER                    FILLS: 5.0  DAW: 0
JOHNIE STEPHENS                                DOB: 06/27/1914
4801 NORTH HILLS N LITTLE ROCK AR                (000) 771-0650
Ord:
VIOXX TAB 25MG                         G HENSON MD
Mfg: MERCK                             DEA#: BH1470816
NDC: 00006-0110-68                     F: (501) 833-0266
Order Qty: 30    Disp Qty: 30          NLR
                                       NORTH LITTLE ROCK AR 72116
Take one (1) tablet(s)                 V (501) 833-8400
daily

KLN-6153

DEA # _____

MICHAEL C. CHURCH, M.D.          GREG HENSON, M.D.
ROBERT L. STANLEY, M.D.          JACK T. FENDLEY, M.D.
                T. BEN WILSON, M.D.
                2215 WILDWOOD AVENUE
                      SUITE 201
                SHERWOOD, AR 72120-5074
              501-833-8400   501-833-8900

NAME _Johnie Stephens_____

ADDRESS _____ DATE 7-8-02

℞  (Please Print)

Vioxx 25 ₇

T.l.O. q D ₇

# 30

PC
A1442
6171
#0697037

☐ LABEL
REFILL ___1___ TIMES     PRN     NR
☐ PRODUCT SUBSTITUTION PERMITTED
☐ DO NOT SUBSTITUTE        _Michael Church_____ M.D.

19-OCT-99                          01-100138880-5-11807_0026

**PRESCRIPTION TAG**
RX# 6724826 07/08/02 TX# 0321328
CASH: ZZ
RPH: JILL M FRAZIER  TECH:
JOHNIE  STEPHENS
4801 NORTH HILLS
N LITTLE ROCK AR  (000) 71-0650
VIOXX TAB 25MG
Mfg: MERCK
NDC: 00006-0110-68 DAW: 0
T/1/T/QD/
QTY:30 REFILL:1 DOB:06/27/1914
PRICE: $86.29
M CHURCH
DEA#: BC0680199 F: (501) 833-0268
2215 WILDWOOD AVE #202
SHERWOOD AR 72120   V: (501) 833-8400

photocopy  VOID