# EXHIBIT 1-Q

February 19, 2009

Gary Eubanks & Associates
Attn: Gary Eubanks
P. O. Box 3887
Little Rock, Arkansas 72203

Re: Bob Stephens, individually and as Administrator for the Estate of Johnie Stephens, Deceased v Merck & Co., Inc., a New Jersey Corporation;

Civil Action No. 4-06-CV-0259; In the United States District Court for the Eastern District of Arkansas, Western Division 4

Dear Mr. Eubanks: — REVISED LEGAL OPINION

Based on your legal opinion that ~~an appeal of the~~ **POST-APPEAL NOTICE OF POINTS AWARD**, issued on February 13, 2009, by the Claims Administrator to the Special Master ~~would not be successful, I am agreeing to forego any further appeal and instruct you to proceed with the acceptance procedures you explained to me in your letter of February 17, 2009 to put me in line for payment in the February Batch, which should process on February 27, 2009.~~

I REQUEST THAT YOU APPEAL
THE DECISION OF THE CLAIMS ADM DATED 2-13-20c
TO THE SPECIAL MASTER

Respectfully,

Bob Stephens

Bob Stephens