# EXHIBIT 1-S



Attorneys at Law

December 14, 2007

Ms. Susan Clayton  
Kroger Division Office

<u>Via Facsimile (901) 765-4213</u>

RE: Johnie Stephens  
SSN #: 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  
File No.: GE&A 213867

Dear Ms. Clayton:

I am enclosing a copy of a letter which you received from my associate, Robert Rountree, on October 3, 2005, regarding preservation of the pharmaceutical records of Johnie Stephens.

Since that time, Mr. Stephens has become deceased and it is my understanding that you have been furnished a copy of Order of Administration of his son, Bobby Stephens, as administrator of his estate.

This firm represents Mr. Stephens' estate in regard to his claim against Merck, Inc. for the ingestion of VIOXX. We have received from your company a copy of Mr. Stephens' prescriptions as far back as July of 2002. Mr. Stephens commenced his prescription of VIOXX shortly after his hospitalization on November 26, 2000, and according to his son, has had a regular prescription of VIOXX since that time which was purchased at your pharmacy. This information is needed for the current VIOXX settlement and it is very important that I have this information prior to January 15th. I would appreciate your prompt attention to this matter and will pay you for any inconvenience that it might cause.

Sincerely yours,

Gary L. Eubanks

GLE:jd

Enclosure

708 West Second Street ♦ P.O. Box 3887 ♦ Little Rock, Arkansas 72203-3887  
(501) 372-0266 ♦ (800) 522-5260 ♦ FAX (501) 688-7741 ♦ Web site: www.garyeubanks.com  
622 Malvern Ave. ♦ Hot Springs, Arkansas 71901 ♦ (501) 623-2234 ♦ FAX (501) 623-4596