# EXHIBIT 1-T



January 8, 2008

Bob Stephens
4005 Royal Oak
North Little Rock, AR  72116

    SUBJ:    Information on your case

Dear Bob:

    I am writing to let you know that I am leaving the law firm. It has been my pleasure to represent you in this case and I wish you the best in the future. Very soon you will receive a letter informing you which attorney has been assigned to continue with your case. Until then, please feel free to call if you have any questions. Thank you for allowing me and this firm to represent you.

Sincerely,

Jeff Weber
Attorney at Law

JAW/af

"T"

708 West Second Street ♦ P.O. Box 3887 ♦ Little Rock, Arkansas 72203-3887
(501) 372-0266 ♦ (800) 522-5260 ♦ FAX (501) 688-7741 ♦ Web site: www.garyeubanks.com
622 Malvern Ave. ♦ Hot Springs, Arkansas 71901 ♦ (501) 623-2234 ♦ FAX (501) 623-4596