# EXHIBIT 1-X

## GENERAL AFFIDAVIT

Before the undersigned, an officer duly commissioned by the laws of the State of Arkansas, on this 3rd day of December, 2008, personally appeared Woodrow Hill who swears, deposes, and states that:

1) My name is Woodrow Hill.
2) My telephone number is (870) 255-3578
3) I affirm that all information that I give in this statement is true.

I was a pharmacist at the Kroger Store at 2509 McCain Boulevard, and was so employed during the period of May 1997 until June 2007.

I am familiar with Bob Stephens and was well acquainted with his mother, Rosie Stephens. While I have no specific recollection of any particular drug, I specifically remember both Bob and his mother coming to the store to pick up prescriptions for Bob's dad, Johnie Stephens, during the period from late 2000 to Mr. Stephens death, which I understand was March 15, 2003.

When a prescription was presented to our office which required the doctor's approval, it was our policy to fax the request to the doctor's office. We would then receive the approval or rejection by fax. If the request for a refill was approved, we would fill the prescription. We would not personally talk to the doctor unless there was a special circumstance which we felt needed verification.

Kroger's drug records are destroyed after a certain period of time and the records which we had on Johnie Stephens only went back to July 8, 2002.

_____
Woodrow Hill

## ACKNOWLEDGMENT

STATE OF ARKANSAS         )
                          )SS
COUNTY OF Pulaski         )

Subscribed to and sworn before me, a Notary Public, this 3rd day of December, 2008.

_____
Notary Public

My Commission Expires:

8/31/2015

OFFICIAL SEAL
ANGELA M. FLOURNOY
NOTARY PUBLIC-ARKANSAS
PULASKI COUNTY
MY COMMISSION EXPIRES: 08-31-15