# EXHIBIT 1-Y

## GENERAL AFFIDAVIT

Before the undersigned, an officer duly commissioned by the laws of the State of Arkansas, on this 3rd day of December, 2008, personally appeared Bob Stephens who swears, deposes, and states that:

1) My name is Bob Stephens.
2) My mailing address is 4005 Royal Oak, North Little Rock, AR 72116
3) My telephone number is (501) 771-2178
4) I affirm that all information that I give in this statement is true.

I, Bob Stephens, am the natural son of Johnie Stephens who was born on June 27, 1914 and died on March 15, 2003. I was the primary caregiver in our family to my father during the last several years of his life.

On April 17, 1996, I took my father to see Dr. Michael Church in order to establish a primary care physician for my father, as he did not often seek the services of a doctor and therefore did not have an established PCP. [Exhibit 1]. After the April 17, 1996 visit with Dr. Church, my father did not return to the doctor until October 5, 2000. [Exhibit 2]. In his October, 2000 visit with Dr. Church, my father complained of generalized stiffness and muscle aches, but did not wish to take any prescription medication for his pains.

On November 26, 2000, we took my father to Baptist Hospital for complaints of severe low back pain. [Exhibit 3]. The ER doctor, Frank Ma, diagnosed the pain as arthritis and prescribed 50mg Vioxx. Since my father had just seen Dr. Church the previous month for his arthritis pain, we called Dr. Church's office and requested that he issue a monthly renewal of the prescription since it seemed to help my father's pain. Dr. Church wrote the prescription, though he reduced it from 50mg to 25mg. [Exhibit 4]. My father began regularly taking Vioxx in November of 2000, and continued to take it through the date of his death. Whenever the prescription was in need of renewal, the Kroger Pharmacy would fax Dr. Church's office and they would authorize the renewal. I personally picked up the medication from the pharmacy for him on several occasions throughout that 2 ½ year period of time.

On September 18, 2002, I took my father back to Dr. Church as he was having trouble with his balance. [Exhibit 5]. At that time, Dr. Church noted that he had not seen my father in two years, and that he had begun taking Vioxx since his last office visit. However, the Kroger Pharmacy records [Exhibit 4] indicate that two months prior to this office visit, there were Vioxx prescriptions–written by Dr. Church–filled for my father. I have seen the Caremark affidavit [Exhibit 6] that was given to Gary Eubanks & Associates advising that they do show there were prior records for my father, but that they were no longer available due to their age. I am aware that Caremark had the responsibility for the records from the Kroger Pharmacy that we used, and I believe their affidavit accounts for the period of time from November of 2000 to July of 2002, when the Kroger Pharmacy records begin recording Dr. Church's monthly prescriptions. As it is noted by Dr. Church on October 23, 2002 [Exhibit 7] and on the Baptist Memorial Medical Center's Emergency Room History and Physical report on March 15, 2003, [Exhibit 8] my father continued to take Vioxx daily until his death.

_____
Bob Stephens

Page 1 of 2

## ACKNOWLEDGMENT

STATE OF ARKANSAS )
                                          )SS
COUNTY OF PULASKI )

Subscribed to and sworn before me, a Notary Public, this 3rd day of December, 2008.

_____
Notary Public

My Commission Expires:

3-25-18

```
OFFICIAL SEAL - NO. 12365383
JANIE D. DOZIER
NOTARY PUBLIC - ARKANSAS
PULASKI COUNTY
MY COMMISSION EXPIRES: 03-25-18
```

Page 2 of 2

"y"



Nov 27 2006 12:02PM

CENTRAL ARKANSAS INTERNAL MEDICINE, P.A.
INITIAL HISTORY AND PHYSICAL EXAMINATION:
DATE: 04/17/96
PATIENT NAME: JOHNIE STEPHENS

### CHIEF COMPLAINT:

1. SOB.
2. Hoarseness.

### HISTORY OF PRESENT ILLNESS:

Mr. Stephens is an 81 year old white male who has been in relatively good health without any major problems. His family has just noticed that with exertion, he has increasing difficulty with SOB. He does not describe any chest pain, tightness in his chest, swelling in his lower extremity, no PND or orthopnea and no swelling or joints that are bothering and he has not had any fever or chills. He has not had any sputum production and he has had some minor sinus problems but nothing major.

### PAST MEDICAL HISTORY: Kidney stones.

### PAST SURGICAL HISTORY:

He had surgery on his kidney for stones in 1978.
He has had a cholecystectomy and an appendectomy.

### CURRENT MEDICATIONS: VITAMINS.

### ALLERGIES: None.

### HABITS:

He quit smoking years ago but he has heavily used chewing tobacco. He does not drink alcohol.

### FAMILY HISTORY:

Both of his parents according to him died of old age in their 80's and 90's.

### SOCIAL HISTORY: He was a farmer, mechanic and is married.

CONTINUED ON FOLLOWING PAGE..........

EXHIBIT 1

INITIAL HISTORY AND PHYSICAL EXAMINATION: (CONT.)
DATE: 04/17/96
PATIENT NAME: JOHNIE STEPHENS

### REVIEW OF SYSTEMS:

Weight: Stable.
Eyes and Ears: No problems.
Head and Face: He does have a very hoarse voice which apparently has been present for some time.
Skin: No complaints.
Sinuses: No complaints.
Neck: No pain, stiffness, or swelling in his neck.
Lungs: No pneumonia, bronchitis, or asthma.
Heart: No chest pain, palpitations, PND, or orthopnea.
GI: He has some problems with constipation.
GU: No complaints.
Musculoskeletal: He has mild degenerative arthritis.
Neurological: No blackouts, seizures, or strokes.

### PHYSICAL EXAMINATION:

BP: 140/80.
Head and Face: Normocephalic. Atraumatic. EOMI. PERLA. Sclerae: Nonicteric. Funduscopic Exam: Benign.
Neck: Supple without adenopathy. No murmurs, bruits, or JVD. No thyromegaly.
Lungs: Clear to auscultation.
Heart: RRR, without murmur, rub, or gallop.
Abdomen: Soft. Nontender. Nondistended. Bowel sounds are present. Liver and spleen are not palpable. No masses or organomegaly.
Extremities: Warm and dry. No cyanosis, clubbing, or edema.
Neurological: Awake, alert, and oriented X 3. Cranial nerves, 2-12, are grossly intact. DTRs are 2+, symmetrical, and equal.

### PLAN:

1. We will draw a Chem 20, CBC.
2. We will set him up to see Dr. Potts for his hoarseness.
3. We will give him a PROVENTIL INHALER to use for SOB.
4. He is to return to the clinic in one month.

MICHAEL C. CHURCH, M.D., A.B.I.M.
MC/law
04/18/96

"y"

## North Pulaski Diagnostic Clinic
### Michael Church M.D.

Patient: Johnie Stephens
Date: October 05, 2000

**Chief complaint:**
Mr. Stevens is a patient that we have not seen for more than four years. His only complaint today is generalized stiffness and muscle aches. He also brought in a form to be filled out to allow him to continue driving. He does not described any particular joints that her painful and certainly has not had any problems with any swelling of his joints but just describes generalized stiffness. He really is not interested in taking any medications for his joint problems but it would be willing to take Tylenol PRN.

**Review of systems:**
HEENT: denies any sinus or allergy problems.
Pulmonary: denies shortness of breath or cough.
Cardiac: denies chest pain, palpitations, PND or orthopnea.
GI: denies nausea, vomiting, diarrha.
*******

The remainder of the review of systems was negative.
**Physical Exam:**     B/P: 148/82                 HR:   7 8 and regular
General: well-developed , well nourished, no acute distress.
HEENT: Pupils are equal and reactive to light. Extraocular movements are intact. Sclera is nonicteric. TMs not visualized due to cerumen impaction. Oral pharynx is clear.
Neck : supple without adenopathy, no murmurs or bruits or JVD.
    Thyroid is not enlarged.
Lungs: clear to auscultation , no labored respirations.
Heart : regular rate and rhythm without  murmur rub or gallop.
Abdomen : soft and nontender nondistended , liver and spleen are not palpable, there are no palpable abdominal masses or bruits. Bowel sounds are present.
Extremities : warm and dry. There are no acute joints ,effusions or cellulitis. No edema.
Neurologically: Cranial nerves 2 through 12 are grossly intact. Deep tendon reflexes are 2 plus and
symmetrical. Grip strength is 5/5 bilaterally.

**Impression:**
No. 1: Mild Arthritis
No. 2: to cerumen impaction of the left ear.
**Plan:**
No. 1: we will send him downstairs for basic blood work.
No. 2: we will remove the lacks from his ears.
                    wax
_____
Michael C. Church, MD

EXHIBIT
2

StephensJ-PPR-    00173

**TREATMENT RECORD**

Baptist Health
A-15

Time:   Tetanus:   Allergies:

History & Physical Exam:

STEPHENS, JOHNIE
51141 15 64-70-34
11-26-00 9000 BMC ER
GRP, MEDICAL SERV
06-27-14 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 086

Lab & X-Ray: UA - wnl
LS spine f-ray - [illegible] osteolytic [illegible] lvrs.

Medications / IV's: Hd [illegible]
# 113267

L - Back   R - Front    R - Back   L - Front

Discharge Plan / Instructions: ① Vioxx 50mg #10
② Heat
③ Call your doctor for followup. Recheck of wors

Diagnosis: low back pain

Consult:   Time:

Dictated:
Physician's Signature: _____  Admit: [ ]   Observation Status:
Emergency Room / Outpatient Treatment Record

MEDICAL RECORDS COPY

**EXHIBIT 3**

StephensJ-PPR- 00095

................   NO NUCHAL RIGIDITY.

LUNGS: CLEAR WITH GOOD BREATH SOUNDS BILATERALLY.

HEART: REGULAR RHYTHM WITHOUT MURMURS.

ABDOMEN: SOFT, NONTENDER.

EXTREMITIES: GOOD RANGE OF MOTION WITHOUT ANY TENDERNESS OR DEFORMITY. PALPATION OF HIS BACK SHOWS HIM TO HAVE TENDERNESS OVER THE L5-S1 AND THE SACROILIAC JOINTS TO PALPATION WITH DECREASED RANGE OF MOTION. NEGATIVE STRAIGHT-LEG RAISING TEST.

LABORATORY:
NORMAL URINALYSIS. LUMBAR SPINE X-RAY DEMONSTRATES MARKED OSTEOPHYTE FORMATION. ALSO SPONDYLOLISTHESIS OF THE L4-5 REGION.

FINAL DIAGNOSIS:
LOW BACK PAIN.

DISPOSITION:
1. THE PATIENT AND FAMILY WERE TOLD THE RESULTS OF THE EVALUATION.
2. HE WAS STARTED ON VIOXX 50 MG DAILY, #10.
3. HE WILL ALSO USE SOME HEAT OVER THE AREA.
4. HE IS TO SEE HIS OWN PHYSICIAN, DR. KEITH DIXON, FOR FOLLOWUP THIS COMING WEEK AND TO RECHECK IF HE GETS WORSE.

_____
FRANK H. MA, M.D./ 113267 /LY
EMERGENCY ROOM HISTORY AND PHYSICAL

CC: FRANK H. MA, M.D.
    144
    (ER)

12-Nov-04                                                                                                    Page   1

Patient Medical Expenses Report

JOHNIE       STEPHENS                                    KROGER PHARMACY 02500639
4801 NORTH HILLS                                         2509 McCain Boulevard
N LITTLE ROCK     AR                                     No. Little Rock AR 72116

PATLST2A

| Date | Rx # | Qty Unit Product Name | NDC | Prescriber Name | T/P Authorization | Total | Patient Pays | Insurer Pays |
|---|---|---|---|---|---|---|---|---|
| 07/08/02 | 6724826 | 30TAB VIOXX TAB 25MG | 00006-0110-68 | Dr.CHURCH | 160809 | 74.32 | 74.32 | 0.00 |
| 08/10/02 | 6724826 | 30TAB VIOXX TAB 25MG | 00006-0110-68 | Dr.CHURCH | 581623 | 74.32 | 74.32 | 0.00 |
| 09/13/02 | 6729594 | 30TAB VIOXX TAB 25MG | 00006-0110-68 | Dr.HENSON | 009430 | 74.32 | 74.32 | 0.00 |
| 10/14/02 | 6729594 | 30TAB VIOXX TAB 25MG | 00006-0110-68 | Dr.HENSON | 608388 | 77.55 | 77.55 | 0.00 |
| 10/23/02 | 4425702 | 1TAB LORAZEPAM TAB 0.5MG | 00228-2057-50 | Dr.CHURCH | 041621 | 2.88 | 2.88 | 0.00 |
| 11/13/02 | 6729594 | 30TAB VIOXX TAB 25MG | 00006-0110-68 | Dr.HENSON | 627764 | 77.55 | 77.55 | 0.00 |
| 11/26/02 | 6735186 | 30CAP HYDROXYZINE PAM CAP 25MG | 00172-2911-60 | Dr.CHURCH | 993529 | 5.81 | 5.81 | 0.00 |
| 12/12/02 | 6729594 | 30TAB VIOXX TAB 25MG | 00006-0110-68 | Dr.HENSON | 597990 | 77.55 | 77.55 | 0.00 |
| 12/23/02 | 6737438 | 30CAP HYDROXYZINE PAM CAP 25MG | 00172-2911-60 | Dr.CHURCH | 460235 | 5.81 | 5.81 | 0.00 |
| 01/10/03 | 6729594 | 30TAB VIOXX TAB 25MG | 00006-0110-68 | Dr.HENSON | 487671 | 77.55 | 77.55 | 0.00 |
| 01/21/03 | 6739513 | 30CAP HYDROXYZINE PAM CAP 25MG | 00172-2911-60 | Dr.CHURCH | 294588 | 5.81 | 5.81 | 0.00 |
| 02/08/03 | 6729594 | 30TAB VIOXX TAB 25MG | 00006-0110-68 | Dr.HENSON | 778299 | 77.55 | 77.55 | 0.00 |
| 02/19/03 | 6742106 | 60TAB RISPERDAL TAB 0.5MG | 50458-0302-06 | Dr.HENSON | 402889 | 169.31 | 169.31 | 0.00 |
| 03/12/03 | 6743784 | 30TAB VIOXX TAB 25MG | 00006-0110-68 | Dr.HENSON | 472919 | 77.55 | 77.55 | 0.00 |

Page totals for JOHNIE     STEPHENS      Date: 12-Nov-04                    $877.88    $877.88    $0.00
                           Pharmacist Signature: _____

***** D U P L I C A T E    R E C E I P T *****

EXHIBIT
4

StephensJ-PPR-   00383

## North Pulaski Diagnostic Clinic
### Michael Church M.D.

Patient: Johnie Stephens
Chart #: 633317
Date: September 18, 2002

**History of Present Illness:**
Mr. Stephens is a patient we follow that we have not seen in over two years. He has been doing fairly well but continues to have problems with degenerative arthritis of his hips. He is now taking Fosamax 25 mg daily for the pain in his hips and that does seem to help somewhat. He has been having more problems with his balance and has fallen several times at home. He has multiple contusions on his elbows and forearms that I suspect are from running into doorways. He has fallen outside of his home last week and hit his head. He has not had any neurological problems from that. The family has not noticed any specific weakness on one side toward the other. He is not complain of any palpitations or dizziness. He does complain of some blurred vision but does not have polyuria or polydipsia.

**Review of systems:**
HEENT: denies any sinus or allergy problems.
Pulmonary: denies shortness of breath or cough.
Cardiac: denies any chest pain, palpitations, PND orthopnea.
GI: denies any nausea or vomiting or diarrhea.
*******

The remainder of the review of systems was negative.
**Physical Exam:**   B/P: 140/78          HR:   72 and regular
General: well-developed, well nourished, no acute distress.
HEENT: Pupils are equal and reactive to light. Extraocular movements are intact. Sclera is nonicteric. TMs are clear. Oral pharynx is clear.
Neck: supple without adenopathy, no murmurs or bruits or JVD.
        Thyroid is not enlarged.
Lungs: clear to auscultation   . No labored respirations.
Heart: regular rate and rhythm without murmur rub or gallop.
Abdomen: soft and nontender nondistended, liver and spleen are not palpable, there are no palpable abdominal masses or bruits. Bowel sounds are present.
Extremities: warm and dry. There are no acute joints, effusions or cellulitis. No edema. He has multiple contusions on his arms and elbows.
Neurologically: Cranial nerves 2 through 12 are grossly intact. Deep tendon reflexes are 2 plus and
symmetrical. Grip strength is 5/5 bilaterally.

**Impression:**
No. 1: Frequent Falls
No. 2: Blurred Vision
No. 3: Bruising
Plan:

(continued)

EXHIBIT 5

StephensJ-PPR-    00176

Stephens, Johnie  
633317

Page 2 of 2  
September 18, 2002

No. 1: we will do a metabolic workup for generalized weakness and blurred vision.  
No. 2: we will arrange for him to have physical therapy at home.  
No. 3: he is to return to the clinic in six months.

---

Michael C. Church, MD

DICTATED BUT NOT READ



7034 Alamo Downs Parkway | San Antonio, Texas 78238

April 18, 2008

Mr. Gary Eubanks & Associates
Attn: Ms. Peggy Anstey
P.O. Box 3887
Little Rock, AR 72203

RE: Request for Pharmacy Records – Johnnie Stephens

Dear Ms. Anstey:

On behalf of CVS Caremark I would like to thank you for the patience you displayed as we searched our databases for records pertaining to Johnnie Stephens. Please be advised that we have been unable to retrieve any information. We were indeed able to identify an account for Mr. Stephens; unfortunately, ADVANCE Systems only maintain records for 36 rolling months. I wish I could have provided you with better results.

If you should require additional assistance, please do not hesitate to contact me.

Sincerely,

*Alex Hunter*

Alex Hunter
CVS Caremark
Privacy Specialist
7034 Alamo Downs Parkway
San Antonio, TX
78238

State of Texas
County of Bexar
   Subscribed and sworn to before me
this 23 day of June 2008.

*[signature]*

MELISSA A. CONKRIGHT
Notary Public,
State of Texas
Comm. Exp. 12-20-11

"y"

EXHIBIT
6

** TOTAL PAGE.02 **

# North Pulaski Diagnostic Clinic
## Michael Church M.D.

Patient:   Johnie Stephens
Chart #:   633317
Date:      October 23, 2002

**History of Present Illness:**
Mr. Stephens is a patient we follow last time he was here they were complaining of frequent falling at home. It has been unclear as to whether or not he suffered a stroke or TIA. His men patient has improved dramatically and I suspect that he may in fact has had a small stroke therefore we will get an MRI scan of his brain. He is taking aspirin 325 mg daily and is tolerating that well. He was having more problems with pain and stiffness as well and he is now taking Vioxx 25 mg daily. That seems to have helped his arthritis considerably. He also had physical therapy at home and is having less falls. His blood pressure is still slightly elevated but I am afraid that if I lower his blood pressure to much then he will develop more problems with orthostatic dizziness.

**Review of systems:**
HEENT: denies any sinus or allergy problems.
Pulmonary: denies shortness of breath or cough.
Cardiac: denies any chest pain, palpitations, PND orthopnea.
GI: denies any nausea or vomiting or diarrhea.
*******

The remainder of the review of systems was negative.
**Physical Exam:**   B/P: 170/78                    HR:   83 and regular
General: well-developed, well nourished, no acute distress.
HEENT: Pupils are equal and reactive to light. Extraocular movements are intact. Sclera is nonicteric. TMs are clear. Oral pharynx is clear.
Neck: supple without adenopathy, no murmurs or bruits or JVD.
  Thyroid is not enlarged.
Lungs: clear to auscultation. No labored respirations.
Heart: regular rate and rhythm without murmur rub or gallop.
Abdomen: soft and nontender nondistended, liver and spleen are not palpable, there are no palpable abdominal masses or bruits. Bowel sounds are present.
Extremities: warm and dry. There are no acute joints, effusions or cellulitis. No edema.
Neurologically: Cranial nerves 2 through 12 are grossly intact. Deep tendon reflexes are 2 plus and
symmetrical. Grip strength is 5/5 bilaterally.

**Impression:**
No. 1: Cerebrovascular Disease
No. 2: Degenerative Arthritis
No. 3: Hypertension
**Plan:**
No. 1: we will schedule an MRI scan of his brain to determine whether or not he has had a

(continued)

DICTATED BUT NOT READ

EXHIBIT 7

Stephens, Johnie  
633317

Page 2 of 2  
October 23, 2002

stroke.  
No. 2: he is to continue all of his current medications including an aspirin a day.  
No. 3: he can return to the clinic in three months.

_____  /W/  
Michael C. Church, MD

DICTATED  
BUT NOT READ

```
                        BAPTIST MEMORIAL MED CTR
                        N LITTLE ROCK     AR 72116

REPORT #: 003499051    EMERGENCY ROOM HISTORY AND PHYSICAL          PAGE    1

NAME: JOHNIE STEPHENS            ATT.PHY: GREGORY N. HENSON
MPI #:       00143615            ADMISSION DATE: 03/15/03  CASE  51567-28
TR.DATE/BY:  03/18/03  1840/2561 DISCHARGE DATE: 03/16/03  ROOM: 0232    IP
DICTATED:    03/15/03  1440      DICTATED BY: DAVID A. SCHMIDT
```

DATE OF SERVICE: 03/15/2003
TIME OF SERVICE: 1033

CHIEF COMPLAINT:
DECREASED LEVEL OF CONSCIOUSNESS.

HISTORY OF PRESENT ILLNESS:
THE PATIENT IS AN 88-YEAR-OLD MALE WHO PRESENTS TO THE EMERGENCY DEPARTMENT WITH ALTERED LEVEL OF CONSCIOUSNESS PER FAMILY MEMBERS WHO STATE HE FELL OR SLUMPED OVER IN A CHAIR TODAY, AND DOES NOT RESPOND LIKE HE NORMALLY DOES.

PAST MEDICAL HISTORY:
SIGNIFICANT FOR PREVIOUS CEREBROVASCULAR ACCIDENT, ALZHEIMER DISEASE, SUBSEQUENT DEMENTIA. PREVIOUS HISTORY OF ARTHRITIS AND SOME TYPE OF CORONARY ARTERY DISEASE.

PAST SURGICAL HISTORY:
SURGICAL REMOVAL OF KIDNEY STONES AND CHOLECYSTECTOMY.

REVIEW OF SYSTEMS:
NEGATIVE FOR PRECEDING HEAD TRAUMA, SYNCOPE, NECK PAIN, PARESTHESIAS. NEGATIVE FOR CHEST PAIN. NEGATIVE FOR DYSPNEA OR HEMOPTYSIS. NEGATIVE FOR ABDOMINAL TRAUMA, NAUSEA OR VOMITING. NEGATIVE FOR DYSPEPSIA OR REFLUX. NEGATIVE FOR HEMATEMESIS, MELENA, OR HEMATOCHEZIA. NEGATIVE FOR DYSURIA OR HEMATURIA. NEGATIVE FOR ARTHRALGIAS, MYALGIAS, OR RASH.

HABITS:
NEGATIVE FOR ALCOHOL OR TOBACCO.

SOCIAL HISTORY:
RESIDENT OF NORTH LITTLE ROCK, MARRIED, AND RETIRED.

CURRENT MEDICATIONS:
1. VIOXX.
2. RISPERDAL.
3. ASPIRIN.

ALLERGIES:
NO KNOWN DRUG ALLERGIES.

PHYSICAL EXAMINATION:

VITAL SIGNS:
BLOOD PRESSURE 91/53 WITHOUT TILT.
HEART RATE 117.
RESPIRATORY RATE 20 AND UNLABORED.
AFEBRILE.
O2 SATURATION 93% ON ROOM AIR.

EXHIBIT 8