# EXHIBIT 1-Z2

March 3, 2009

Gary Eubanks & Associates
Attn: Gary Eubanks
P. O. Box 3887
Little Rock, Arkansas 72203

Re; Bob Stephens, individually and as Administrator for the Estate of Johnie Stephens, Deceased v Merck & Co., Inc., a New Jersey Corporation;

Civil Action No. 4-06-CV-0259; In the United States District Court for the Eastern District of Arkansas, Western Division 4

Dear Mr. Eubanks:

In response to your letter dated February 24, 2009, wherein you stated... " At the time you went to Kroger in November of 2004 and requested copies of all of their prescriptions for Vioxx, you actually obtained all that were available at that time..", is not true. I obtained a computer printout of prescriptions that had been filled by the Kroger Pharmacy 02500639 located at 2509 McCain Boulevard, North Little Rock, Arkansas 72116 showing that Vioxx had been filled on the following dates, (1) 07/08/2002; (2) 08/10/2002; (3) 09/13/2002; (4) 10/14/2002; (5) 11/13/2002; (6) 12/12/2002; (7) 01/10/2003; (8) 02/08/2003 and (9) 03/12/2003, which where all the prescriptions that were recorded in the computer at that time but were not all of the prescriptions for Vioxx that were available at that time. As I told Robert L. Rountree, an attorney at Gary Eubanks and Associates on August 29, 2005, while I was visiting with him about taking the case for my deceased father who had been taking Vioxx for approximately 27 months, the computer printout only contained the latest 8 months of Vioxx use but that the Pharmacy Manager Jill Frazier told me that their written prescription records for my father was available from when he began taking Vioxx on or about November 26, 2000 until the date of his death from a heart attack on March 15, 2003, but they were filed away in boxes and that I would have to go through the legal department to get access to them.

After I received your letter I contacted **CAREMARK**, the insurance company that acquired Advance PCS to see what their retention policy was with Kroger concerning the preservation of written prescription records and was told that it was 7 years. I then contacted Jill Frazier who is still the manager at the Kroger Pharmacy located at 2509 McCain Boulevard, North Little Rock, Arkansas and she confirmed that their retention period for written prescription records was 7 years and that the records are stored upstairs at the Kroger Store there at 2509 McCain Boulevard, North Little Rock.

Further, a Kroger Pharmacist also informed my attorney that she believed that Kroger actually keeps hard copies of the written prescription records in their storeroom for 10 years. I don't really know what the actual retention policy for Kroger Pharmacy is, but if it is 10 years, then you should be able to get all of my father's prescription records going back to 2000 right now. I urge you to do so immediately so that you can provide that information to the special master immediately. Hopefully, the special master would increase the award accordingly.

"Z-2"

Respectfully,

*Bob Stephens*
Bob Stephens