# EXHIBIT 1-Z3



Attorneys at Law

March 6, 2009

Mr. Bob Stephens
4005 Royal Oak
North Little Rock, AR 72116

Dear Bob,

    To the best of my knowledge, this firm has exhausted all efforts to obtain additional VIOXX records from Kroger. If you have any information to the contrary, please feel free to obtain it.

Sincerely yours,

Gary L. Eubanks

GLE:jd

1"
Z-3"

708 West Second Street ♦ P.O. Box 3887 ♦ Little Rock, Arkansas 72203-3887
(501) 372-0266 ♦ (800) 522-5260 ♦ FAX (501) 688-7741 ♦ Web site: www.garyeubanks.com
622 Malvern Ave. ♦ Hot Springs, Arkansas 71901 ♦ (501) 623-2234 • FAX (501) 623-4596