# EXHIBIT 1-Z4



Attorneys at Law

March 16, 2009

**Via Facsimile: (501)771-2178**
Bob Stephens
4005 Royal Oak
North Little Rock, AR  72116

      Re: Vioxx Settlement program

Dear Mr. Stephens:

      As you requested, I am enclosing a copy of the screen print from the BrownGreer website showing that the Notice of Appeal to the Special Master regarding the Points Award on your father's claim was sent on February 19, 2009.

      Should you need anything further, please let us know.

                        Sincerely yours,

                        Angi Flournoy
                        Legal Assistant

/af

708 West Second Street ◆ P.O. Box 3887 ◆ Little Rock, Arkansas 72203-3887
(501) 372-0266 ◆ (800) 522-5260 ◆ FAX (501) 688-7741 ◆ Web site: www.garyeubanks.com
622 Malvern Ave ◆ Hot Springs, Arkansas 71901 ◆ (501) 623-2234 ◆ FAX (501) 623-4596

# BROWNGREER ‖ PLC - VIOXX SETTLEMENT

Home

News and Developments

Primary Counsel Profile

Upload Files

Download Files

Claimant Search

Extraordinary Injury
Program

Enrollment

Claims

Lien

Overlap Claimants

FAQ

Sign Out

## Claimant Event Details

[ << Back to Search Results ]                                              [ Print Claims Event ]

**VCN :**        1062642

**Name :**       Stephens, Johnie

| Event | Event Date | |
|---|---|---|
| Notice of Appeal to Special Master- Points Award | 2/19/2009 | - |
| Post-Appeal Notice of Points Award | 2/13/2009 | - |
| Points Award Appealed | 12/4/2008 | - |
| Notice of Points Award | 11/20/2008 | - |
| CA Notice of Eligibility | 11/18/2008 | View |
| Enrollment Deficiencies Removed | 11/17/2008 | - |
| Notice of Claims Result Held up by Enrollment Deficiency | 10/11/2008 | - |
| No Holds: Ready for Reviews | 7/10/2008 | - |
| Gates Review Pending | 7/10/2008 | - |
| Completed Claims Form Received | 6/23/2008 | - |
| Claims Material Received - In Process | 6/23/2008 | - |
| Claims Material Ready for Gate Review | 6/23/2008 | - |
| Claims Form Submitted | 6/23/2008 | - |

"Z-4"