# EXHIBIT 1-Z5

March 18, 2009

Gary Eubanks & Associates
Attn: Gary Eubanks
P. O. Box 3887
Little Rock, Arkansas 72203

      Re: Bob Stephens, individually and as Administrator for the Estate of Johnie Stephens, Deceased v Merck & Co., Inc., a New Jersey Corporation;

      Civil Action No. 4-06-CV-0259; In the United States District Court for the Eastern District of Arkansas, Western Division 4

**VCN:1062642**

Dear Mr. Eubanks:

    In response to your letter dated March 6, 2009, it appears that you have no intentions of trying to obtain the hard copies of the written prescription records for my father that are filed away in boxes at the Kroger Pharmacy 02500639 located at 2509 McCain Boulevard, North Little Rock, Arkansas 72116.

    As you know from our conversation on November 24, 2008, I (individually and in all representative capacities) intend to sue you, your law firm, your former associates, Robert L. Rountree, Jeff Weber and Ashley Ohlde, Trial Assistant to former associate Robert L. Rountree (collectively "you") for legal malpractice in connection with the handling of the above-referenced case. The basis of the claim is that you allowed Kroger Pharmacy to destroy its records of my father's Vioxx use without obtaining copies for use in the above-referenced case. As you know, my father began taking Vioxx in November of 2000 and took it on a continuos daily basis until his death on March 15, 2003. These records were available and would have conclusively documented at least 24 months of use. Your failure to obtain these records and present them to the Claims Administrator has resulted in the Overall Duration of Vioxx Use in the **NOTICE OF POINTS AWARD** issued by the Claims Administrator on November 20, 2008, showing 6-18M. Had you obtained the records as I instructed and as you should have done, the points award and the corresponding settlement amount would have been much larger. Even after the appeal of the points award, which would not have been necessary had you obtained the records the **POST-APPEAL NOTICE OF POINTS AWARD**, issued on February 13, 2009, did not change the overall duration Vioxx use from 6-18M.

    Based on the above reasons, I am firing you and your firm as the attorney representing me, individually and as Administrator for the Estate of Johnie Stephens, Deceased. I request that you forward the case file to me at my home address and that you notify the **Claims Administrator** that you are withdrawing as counsel of record in the **Vioxx Settlement Program** by completing form V2070. I will forward a copy of this letter to the **Claims Administrator** and then wait for the **Claims Administrator** to notify me that I will be listed as **Pro Se** (Unrepresented) in the Vioxx Claims Database.

"Z5"

Respectfully,

*Bob Stephens*

Bob Stephens
4005 Royal Oak Drive
North Little Rock, Arkansas 72116
(501)771-2178
E-mail bobstephenss@gmail.com

c.c: Claims Administrator
P. O. Box 85031
Richmond, Virginia 23285-5031