UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®

PRODUCTS LIABILITY LITIGATION

---

| | |
|---|---|
| CAROL ADELBERG et ux, ARTHUR ADELBERG and ANTONIO AMENDOEIRA, et ux, MARIA AMENDOEIRA<br><br>Plaintiffs,<br><br>PFIZER, INC., PHARMACIA CORPORATION, a wholly-owned subsidiary of PFIZER, INC., and PHARMACIA & UPJOHN COMPANY, a wholly-owned subsidiary of PHARMACIA CORPORATION, and MERCK & CO., INC.,<br><br>Defendants. | MDL Docket No. 1657<br>SECTION L<br>Judge Eldon E. Fallon<br>Magistrate Judge Knowles<br><br><br><br>Docket No.: 08-cv-4173 |

---

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiffs, Antonio Amendoeira and Maria Amoendoeira ("Plaintiffs"), and Defendants, Pfizer Inc., Pharmacia Corporation, and Pharmacia & Upjohn Company ("Pfizer Defendants"), by and through their undersigned attorneys, that Plaintiffs no longer seek to prosecute their claims against Pfizer Defendants in the above-styled cause. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, Antonio Amendoeira and Maria Amoendoeira, respectfully move this

Court to enter an Order dismissing their claims against Defendants, Pfizer Inc., Pharmacia Corporation, and Pharmacia & Upjohn Company, with prejudice, all parties to bear their own costs.

Respectfully submitted,

_____
RONALD R. BENJAMIN
**Law Office of Ronald R. Benjamin**
126 Riverside Drive, P.O. Box 607
Binghamton, NY 13902-0607
Telephone: (607) 772-1442
**COUNSEL FOR PLAINTIFFS**

_____
QUENTIN F. URQUHART, JR. (No. 14475)
CAMALA E. CAPODICE (No. 29117)
**Irwin Fritchie Urquhart & Moore LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100

LOREN H. BROWN
**DLA Piper**
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
**COUNSEL FOR PFIZER DEFENDANTS**

_____
VILIA B. HAYES
**Hughes Hubbard & Reed LLP**
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6839
**COUNSEL FOR DEFENDANT, MERCK & CO., INC.**

_____
Phillip A. Wittmann
Dorothy H. Wimberly
**Stone Pigman Walther Wittmann, LLC**
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy of same to all counsel of record in this case.

_____
Camala E. Capodice