UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®

PRODUCTS LIABILITY LITIGATION

---

CAROL ADELBERG et ux, ARTHUR
ADELBERG and ANTONIO AMENDOEIRA,
et ux, MARIA AMENDOEIRA

MDL Docket No. 1657
SECTION L
Judge Eldon E. Fallon
Magistrate Judge Knowles

Plaintiffs,

PFIZER, INC., PHARMACIA CORPORATION,
a wholly-owned subsidiary of PFIZER, INC.,
and PHARMACIA & UPJOHN COMPANY,
a wholly-owned subsidiary of PHARMACIA
CORPORATION, and MERCK & CO., INC.,

Docket No.: 08-cv-4173

Defendants.

---

## ORDER

Considering the foregoing Stipulation of Dismissal;

IT IS ORDERED, ADJUDGED, AND DECREED that the claims of Plaintiffs, Antonio Amendoeira and Maria Amoendoeira, against Defendants, Pfizer Inc., Pharmacia Corporation, and Pharmacia & Upjohn Company, be and are hereby dismissed with prejudice, all parties to bear their own costs.

New Orleans, Louisiana this ___ day of _____, 2009.

JUDGE ELDON E. FALLON