UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®

PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| HELEN BILIK, ELIZABETH BOONE, MARY J. MAHAR, CAROLYN S. CROFT, GERALDINE M. ALAPECK, DEAN SANTACROSE, and STASIA SIMMONS, | MDL Docket No. 1657<br>SECTION L<br>Judge Eldon E. Fallon<br>Magistrate Judge Knowles |
| Plaintiffs, | |
| PFIZER, INC., PHARMACIA CORPORATION, a wholly-owned subsidiary of PFIZER, INC., and PHARMACIA & UPJOHN COMPANY, a wholly-owned subsidiary of PHARMACIA CORPORATION, and MERCK & CO., INC., | Docket No.: 08-cv-4172 |
| Defendants. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiffs, Mary J. Mahar, Carolyn S. Croft, Geraldine M. Alapeck, Dean Santacrose, and Stasia Simmons ("Plaintiffs"), and Defendants, Pfizer Inc., Pharmacia Corporation, and Pharmacia & Upjohn Company ("Pfizer Defendants"), by and through their undersigned attorneys, that Plaintiffs no longer seek to prosecute their claims against Pfizer Defendants in the above-styled cause. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, Mary J. Mahar, Carolyn S.

Croft, Geraldine M. Alapeck, Dean Santacrose, and Stasia Simmons, respectfully move this Court to enter an Order dismissing their claims against Defendants, Pfizer Inc., Pharmacia Corporation, and Pharmacia & Upjohn Company, with prejudice, all parties to bear their own costs.

Respectfully submitted,

RONALD R. BENJAMIN
Law Office of Ronald R. Benjamin
126 Riverside Drive, P.O. Box 607
Binghamton, NY 13902-0607
Telephone: (607) 772-1442
**COUNSEL FOR PLAINTIFFS**

VILIA B. HAYES
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6839
**COUNSEL FOR DEFENDANT, MERCK & CO., INC.**

QUENTIN F. URQUHART, JR. (No. 14475)
CAMALA E. CAPODICE (No. 29117)
**Irwin Fritchie Urquhart & Moore LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100

Phillip A. Wittmann
Dorothy H. Wimberly
**Stone Pigman Walther Wittmann, LLC**
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200

CHRISTOPHER M. STRONGOSKY
TIFFANY L. CHRISTIAN
**DLA Piper**
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
**COUNSEL FOR PFIZER DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy of same to all counsel of record in this case.

Camala E. Capodice