UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®

PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| HELEN BILIK, ELIZABETH BOONE, MARY J. MAHAR, CAROLYN S. CROFT, GERALDINE M. ALAPECK, DEAN SANTACROSE, and STASIA SIMMONS, | MDL Docket No. 1657<br>SECTION L<br>Judge Eldon E. Fallon<br>Magistrate Judge Knowles |
| Plaintiffs, | |
| PFIZER, INC., PHARMACIA CORPORATION, a wholly-owned subsidiary of PFIZER, INC., and PHARMACIA & UPJOHN COMPANY, a wholly-owned subsidiary of PHARMACIA CORPORATION, and MERCK & CO., INC., | Docket No.: 08-cv-4172 |
| Defendants. | |

## ORDER

Considering the foregoing Stipulation of Dismissal;

IT IS ORDERED, ADJUGED, AND DECREED that the claims of Plaintiffs, Mary J. Mahar, Carolyn S. Croft, Geraldine M. Alapeck, Dean Santacrose, and Stasia Simmons, against Defendants, Pfizer Inc., Pharmacia Corporation, and Pharmacia & Upjohn Company, be and are hereby dismissed with prejudice, all parties to bear their own costs.

New Orleans, Louisiana this ___ day of _____, 2009.

_____
JUDGE ELDON E. FALLON