UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This document relates to: | § | JUDGE ELDON FALLON |
| | § | |
| *George Hervey, Norma Baker, Beatriz* | § | |
| *Guzman, and Trina Robinson Baker v.* | § | |
| *Merck & Co., Inc., et al.* | § | MAGISTRATE JUDGE |
| Docket Number: 05-0546 | § | DANIEL E. KNOWLES III |

### MOTION BY CO-COUNSEL TO JOIN EXISTING MOTIONS FOR WITHDRAW AS COUNSEL FOR PLAINTIFFS GEORGE HERVEY, NORMA BAKER, BEATRIZ GUZMAN AND TRINA ROBINSON

Pursuant to Local Rule 83.2.11, and in accordance to Pretrial Order 36, on August 12, 2008, Lanier Law Firm, PC motioned this Honorable Court to withdraw as counsel of record (see Exhibits A-D). Such motion was granted. For the same reasons stated in that motion, Shelly A. Sanford seeks to join in said motion to be removed as co-counsel of record.

Pursuant to Judge Fallon's Order, Lexis Nexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office upon the Order on this motion being granted.

Dated this 16th day of April, 2009.

SANFORD PINEDO LLP

By: /s/ShellyA.Sanford
Shelly A. Sanford
Federal Bar No. 19105
Texas Bar No. 00784904
2016 Bissonnet St.
Houston, Texas  77005
Tel: (713) 524-6677
Fax: (713) 524-6611
ssanford@sanfordpinedo.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion by Co-Counsel to Join Preexisting Motion to Withdraw as Counsel of Record for Plaintiffs George Hervey, Norma Baker, Beatriz Guzman and Trina Robinson* has been served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of April 2009.

/s/ShellyA.Sanford
Shelly A. Sanford