UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| This document relates to: | § | JUDGE ELDON FALLON |
| *George Hervey, Norma Baker, Beatriz Guzman, and Trina Robinson Baker v. Merck & Co., Inc., et al.* Docket Number: 05-0546 | § | MAGISTRATE JUDGE DANIEL E. KNOWLES III |

## ORDER

On April 16, 2009, Shelly A. Sanford of SANFORD PINEDO LLP, co-counsel of record for Plaintiffs George Hervey, Norma Baker, Beatriz Guzman and Trina Robinson, filed a *Motion by Co-Counsel to Join Preexisting Motion to Withdraw as Counsel of Record for Plaintiffs George Hervey, Norma Baker, Beatriz Guzman and Trina Robinson*. After having read and considered said motion, the Court finds the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Shelly A. Sanford's motion is hereby joined with the motions to withdraw as counsel of record filed by The Lanier Law Firm on August 12, 2008.

_____       _____
Date                                                                Judge Eldon E. Fallon
                                                                          United States District Court Judge