EXHIBIT
D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| Trina Royston v. Merck & Co., | § | |
| Inc., Docket No. 05-0546 | § | KNOWLES |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order 36, the law firm of The Lanier Law Firm, P.C., Counsel of Record for Trina Royston, moves the Court for an order granting leave for Counsel to withdraw as Counsel of Record in the above-styled case. In support of this motion, the undersigned states as follows:

1. Plaintiff may have suffered an injury while taking Vioxx other than a heart attack or stroke.

2. Rule 1.16(b)(4) of the Model Rules of Professional Conduct states that a lawyer may withdraw from representing a client if: "the client insists upon taking an action...with which the lawyer has a fundamental disagreement."

3. Given Plaintiff's failure, as of this date, to consent to Counsel's withdrawal, it appears that Counsel and Plaintiff have a fundamental disagreement as to the most prudent and effective way to proceed with the above-styled case. Therefore, Counsel moves the Court for an Order allowing them to withdraw from this case.

4. Counsel has communicated to the Plaintiff in writing their intent to file a motion to withdraw and their reasons for filing the motion to withdraw. Counsel sought Plaintiff's

consent to withdraw but, as of this date, has been unable to obtain it. In addition, Counsel will send to Plaintiff a copy of the present motion and proposed order via certified mail.

5. Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address. Plaintiffs' last known address is 5911 Longancrest Lane, Houston, Texas 77086.

6. PTO 36 will be complied with in all other respects, including providing a copy of said Order to Plaintiff.

7. Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

For these reasons, The Lanier Law Firm, P.C. urges the Court to grant it's motion to withdraw as Counsel of record in this matter.

Respectfully submitted this the 12th day of August, 2008.

THE LANIER LAW FIRM

BY: *Maura Kolb*
W. Mark Lanier
TSB# 11934600
Kenneth S. Soh
TSB# 00794670
Patrick N. Haines
TSB# 00784191
Maura Kolb
TSB# 00794113
6810 FM 1960 West
Houston, Texas 77069
(713) 659-5200
(713) 659-2204 (facsimile)

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 21039116 |
| **Submitted by:** | Rhonda Harshbarger, Lanier Law Firm-Houston |
| **Authorized by:** | Maura Kolb, Lanier Law Firm-Houston |
| **Authorize and file on:** | Aug 12 2008 3:01PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical(5) |
| **Case Number:** | 2:05cv00546 |
| **Case Name:** | Bell et al vs Merck & Co Inc et al |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Private |
| **Billing Reference:** | 1026-207 |

**Documents List**
**1 Document(s)**
**Attached Document, 6 Pages   Document ID: 16501129**          PDF Format  |  Original Format
**Document Type:**              **Access:**                      **Statutory Fee:**     **Linked:**
Motion                          Sealed, electronic               $0.00
**Document title:**
Motion to Withdraw as Counsel

Expand All

☐ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Royston, Trina | Plaintiff | Lanier, W Mark | Lanier Law Firm-Houston | Attorney in Charge |

☐ **Recipients (7)**

  ☒ Service List (7)

  ☐ Additional Recipients (0)

☒ **Case Parties**



 About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2008 LexisNexis®. All rights reserved.

LAED CM/ECF - Live                                              Page 1 of 2

**Motions**
2:05-md-01657-EEF-DEK In Re: Vioxx Products Liability Litigation
APPEAL, MAG-3, MASTER, PROTO, VIOXX

## U. S. District Court

### Eastern District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered by Kolb, Maura on 8/13/2008 at 1:43 PM CDT and filed on 8/13/2008
**Case Name:**       In Re: Vioxx Products Liability Litigation
**Case Number:**     2:05-md-1657
**Filer:**           Plaintiff
**Document Number:** 15518

**Docket Text:**
**EXPARTE/CONSENT MOTION to Withdraw The Lanier Law Firm as Attorney by Plaintiff. (Attachments: # (1) Proposed Order)(Reference: 05-0546)(Kolb, Maura)**

**2:05-md-1657 Notice has been electronically mailed to:**

Orran L. Brown       obrown@browngreer.com, mmeador@browngreer.com

Thomas P. Cartmell   tcartmell@wcllp.com

Leonard A. Davis     ldavis@hhkc.com, hlaborde@hhkc.com, lflemming@hhkc.com

Roger C. Denton      rdenton@uselaws.com, cleapley@uselaws.com, jscales@uselaws.com, sparmley@uselaws.com

Russ M. Herman       rwestenfeld@hhkc.com

Robert Murray Johnston   rmj@ahhelaw.com, gwh@ahhelaw.com

Patrick A. Juneau    paj@juneaulaw.com, propulsid@bellsouth.net

Maura Kolb           mck@lanierlawfirm.com, rkh@lanierlawfirm.com

Thomas O'Connor Plouff   tom@alabama-attorney.net, slacy03@yahoo.com

Phillip A. Wittmann   pwittmann@stonepigman.com, cmolony@stonepigman.com,

LAED CM/ECF - Live                                                                                          Page 2 of 2

npaskert@stonepigman.com

**2:05-md-1657 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=8/13/2008] [FileNumber=2741626-0
] [14df73f06660a25235b1e3e0469bb3b01c6b7610317e90d130d931ccd22f895127b
0831965767eacc46bb74da6b8e19b59840bc7ada5c4c545f4e2f8bb11bd2b]]
**Document description:** Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=8/13/2008] [FileNumber=2741626-1
] [126640431875491f5f3bc2f838d9c2c7794c135b9614df342264f3f6af254b21a71
eac8da1bf09a9e72889cd116b8cc77c3f5acecdef7348c9adc5bfcfd30d15]]