U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    APR 1 3 2009

LORETTA G. WHYTE
CLERK

UNITED SATES DISTRICT COURT
EATERN DISTRICT OF LOUISIANA

In re: VIOXX                              MDL Docket No: 1657

HONORABLE JUDGE FALLON
MAGISTRATE JUDGE KNOWLES
*********************************************************************

ELENA STRUJAN

v.

MERCK & Co., Inc

*********************************************************************
=====================================================================

AFFIRMATION IN OPPOSITION

=====================================================================

Elena Strujan, hereby affirms the following to be true under the penalties of perjury:

I, Elena Strujan, I am Plaintiff - pro se in the above entitled action, and

respectfully move this court to issue an <u>Order to Dismiss</u> "Defendant Merck & Co.,

Inc.'s *FIRST MOTION* , Rule and Incorporated Memorandum to Show cause why

Resolution Program Enrolment Requirements have not been met " as a following  and for

such and further relief as to this Court deems just and proper.

**First Reason**: I consider it <u>is a fraud to</u> force somebody to sign  a "

STIPULATION OF DISMISAL WITH PREJUDICE AS TO ALL

DEFENDANTS" ( Exhibit 1), since I do not know for what

I have  to sign, what is the settlement?

**Second Reason**: " STIPULATION OF DISMISAL WITH PREJUDICE AS TO ALL

DEFENDANTS", requested by Attorney for Merck, finally

TENDERED FOR FILING

APR 1 3 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

could find me guilty because from 1999 until 2004, I was a

constant patient under Vioxx treatment( **Exhibit 2 to 6**), only a few.

**Third Reasons:**     Defendant Merck & Co., Inc., is not my friend, my lawyer, why I

have to trust them to sign papers in white?

**Forth Reason:**     I am a very ill person, and I consider the Merck Co., is the

principal factor in my poor health. I submit a few daily prescription

of a few of my medications in **Exhibit 7**

**WHEREFORE**, I submit this Affirmation in Opposition at Defendant

Merck & Co., Inc.'s *FIRST MOTION* , Rule and Incorporated Memorandum to Show

cause why Resolution Program Enrolment Requirements have not been met, and I pledge

for an Order to Stop Defendant Merck, to request signed and notarized consent for

dismissal with prejudice since do not present any offer, and to dismiss with prejudice the

defendant First Motion.

True thanks just can't be put in words; it loses in translation. But hope Your Honor know

the feeling is one of real appreciation!

Respectfully submitted,

Elena Strujan-Plaintiff Pro Se

By: *Elena Strujan*

Dated: New York, New York
      April 10, 2009

**Elena Strujan**
Scientific Researcher in
    Zootechny & Vet. Medicine
Certified Per Diem HS Sub.
    Teacher for Biology & General
           Science

P.O. Box 20632
New York, NY 10021
212-861-4565

To:    Dorothy H. Wimberly
       Stone Pigman Walther Wittman L.L.C.
       546 Corondelet Street
       New Orleans, Louisiana 70130

           And

       Douglas R. Marvin Et.
       Williams& Connolly LLP
       725 Tweltfth& Connolly LLP
       Washington, D. C. 20005

       And Vioxx Claims Administrator
       PO Box 85031
       Richmond, VA 23285-5031

ELENA STRUJAN,                               )    IN THE UNITED STATES
                                             )    DISTRICT COURT FOR THE
                                             )    EASTERN DISTRICT OF
              Plaintiff,                      )    LOUISIANA
                                             )
v.                                           )    CASE NO. 2:07-cv-00906-EEF-DEK
                                             )
MERCK & CO., INC., et al.,                   )    STIPULATION OF DISMISSAL
                                             )    WITH PREJUDICE AS TO
              Defendants.                     )    ALL DEFENDANTS
                                             )

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby stipulate that all

claims of plaintiff, **ELENA STRUJAN**, against defendant Merck & Co., Inc. and all other

named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____              _____
ELENA STRUJAN                                 Attorney for Merck & Co., Inc.
P.O. Box 20632
New York, NY 10021
(210) 861-4565
Pro Se Plaintiff

Dated: _____              Dated: _____

# Enrique Ergas, M.D., P.C.

Patient: _Chitoiu, Elena_

12-27-00

Elena Chitoiu - 12/27/00 - #20116
Ms. Chitoiu continues with pain in the right knee and low back. EXAM: The right knee is tender at the patellofemoral joint. The lumbosacral spine presented with tenderness over the mid-line and paralumbar muscles with limitation of flexion and extension motions. Straight leg raising test was 75° at right and 75° at left. She was instructed to continue physical therapy, **Vioxx 25mg OD** and Skelaxin 400mg BID and we will check her again in six weeks. BO:rli

2/7/01  POSTCARD SENT OUT TO PATIENT
TO CALL FOR A NEW APPOINTMENT  D.N.K.A.

2/27/01  C/RSh  **POSTCARD SENT OUT TO PATIENT
TO CALL FOR A NEW APPOINTMENT**

●-26-01  C. Rsch

3|

Elena Chitou - 3/27/01 - #20116
Ms. Chitou continues with pain in the low back and the right knee. EXAM: The lumbosacral spine presented with tenderness over the mid-line and paralumbar muscles with limitation of flexion and extension motions. Straight leg raising test was 75° at right and 75° at left. The right knee is tender at the patellofemoral joint and the medial joint line. She was instructed to continue exercises, **Celebrex 200mg** BID and we will check her again in six weeks. BO:rli

5-8-01 c/wc.

Elena Chitoiu - 7/17/01 - #20116
Ms. Chitoiu is progressing better from the low back and the right knee. EXAM: The lumbosacral spine presented with tenderness over the mid-line and paralumbar muscles with limitation of flexion and extension motions. Straight leg raising test was 75°. The right knee was tender at the medial joint line and the patellofemoral joint area. She was instructed to continue exercises, **Vioxx 25mg OD** and Skelaxin 400mg BID. We will check her again in six weeks. BO:rli



OP17010  ELENA   02/09/2000

c/o still has low back pain

(R) knee pain

(2) ultrasound 1st

(3) electric stimulations 1st

Paravertebral block with...

Flexeril 10 qd
Vioxx 25 qd
Tylenol #4 prn
...



**A Bright Idea**
When you want high single-agent efficacy...**Prescribe**

Constipation, which is easily managed in most patients,
is the most commonly reported side effect of Calan SR.
Please see last pages for complete prescribing information.
© 1990, G.D. Searle & Co.   10/90-C90CA4421T

**SEARLE**   G.D. Searle & Co.
Box 5110, Chicago, IL 60680


180mg
Calan SR
verapamil HCl
SUSTAINED-RELEASE CAPLETS

3



CHITOIU ELENA   02/11/2000

c/o still has low back pain

(lumbar area)

— pain ® knee

① ultrasound x7

② electric stimulations x7

Paravertebral heat left & ... lumbar about
Active medication Flexibility th.
Tylenol #4
Vioxx.

Aspirin 1 a day
Prozac 20 on ...



**A Bright Idea**
When you want high single-agent efficacy... **Prescribe**
Constipation, which is easily managed in most patients,
is the most commonly reported side effect of Calan SR.
Please see last pages for complete prescribing information.
© 1990. G.D. Searle & Co.      10/90-C90CA4421T
**SEARLE** G.D. Searle & Co. Box 5110, Chicago, IL 60680


**180**mg **Calan SR** verapamil HCl

| Name | Date of birth |
|---|---|



(180)

**A Bright Idea**
When you want high single-agent efficacy... Prescribe

Constipation, which is easily managed in most patients,
is the most commonly reported side effect of Calan SR.
Please see last pages for complete prescribing information.
© 1990, G.D. Searle & Co.        10/90-C90CA4421T

**SEARLE**  G.D. Searle & Co.
Box 5110, Chicago, IL 60680

**180**mg
**Calan SR**
verapamil HCl 180 mg
SUSTAINED-RELEASE CAPLETS

© CliniForms, Inc 1990

CHITOCH GUEN A

Date of birth

| DATE | NOTES |
|---|---|

2·29·00

*Patient back pain better.*

*Continue therapy*

*Ultrasound*

*Physical therapy*

*E. Studet,*

4·5·00

*Physical therapy*
*Ultrasound*
*Electric stim.*

*Paravertebral like a*

*Continue medication*

*Continue medication*

*Flexeril 10×QH*
*Vioxx 25*
*Tylenol #3*
*Vicodin ES*



## A Bright Idea

When you want high single-agent efficacy... **Prescribe**

Constipation, which is easily managed in most patients,
Is the most commonly reported side effect of Calan SR.
Please see last pages for complete prescribing information.

© 1990. G D. Searle & Co.   10/90·C90CA4421T

**SEARLE**   G.D. Searle & Co.
Box 5110, Chicago, IL 60680





**HEALTH WISE PHARMACY, Inc.**
1494 YORK AVE.    NEW YORK, N.Y. 10075
212-472-5600    FREE DELIVERY

Rx:738826                     Filled:02/09/09
STRUJAN, ELENA
1413 YORK AVE #4
NEW YORK NY 10021                    LW
IBUPROFEN 600MG
Qty:60            NDC:53746013205
3 Refills                     (MM)
        Copay:$1.00

**HEALTH WISE PHARMACY, Inc.**
1494 YORK AVE.    NEW YORK, N.Y. 10075
212-472-5600    FREE DELIVERY

Rx:741326                     Filled:03/02/09
STRUJAN, ELENA
1413 YORK AVE #4
NEW YORK NY 10021                    LW
BUPROPION XL 300MG
Qty:30            NDC:00093535156
3 Refills                     (MM)
        Copay:$0.00



**HEALTH WISE PHARMACY, Inc.**
1494 YORK AVE.    NEW YORK, N.Y. 10075
212-472-5600    FREE DELIVERY

Rx:739535                     Filled:02/14/09
STRUJAN, ELENA
1413 YORK AVE #4
NEW YORK NY 10021                    LW
FUROSEMIDE 20MG
Qty:10            NDC:00054429725
No Refills                    (MM)
        Copay:$1.00

**HEALTH WISE PHARMACY, Inc.**
1494 YORK AVE.    NEW YORK, N.Y. 10075
212-472-5600    FREE DELIVERY

Rx:741270                     Filled:03/02/09
STRUJAN, ELENA
1413 YORK AVE #4
NEW YORK NY 10021                    JV
ATENOLOL 25MG
Qty:30            NDC:00781107810
No Refills                    (MM)
        Copay:$1.00

**HEALTH WISE PHARMACY, Inc.**
1494 YORK AVE.    NEW YORK, N.Y. 10075
212-472-5600    FREE DELIVERY

Rx:739534                     Filled:02/14/09
STRUJAN, ELENA
1413 YORK AVE #4
NEW YORK NY 10021                    LW
NITRO PATCH 0.2MG(5MG PAT 0.2MG(5
Qty:30            NDC:49730011130
Refills                       (MM)
        Copay:$1.00

**HEALTH WISE PHARMACY, Inc.**
1494 YORK AVE.    NEW YORK, N.Y. 10075
212-472-5600    FREE DELIVERY

Rx:741271                     Filled:03/02/09
STRUJAN, ELENA
1413 YORK AVE #4
NEW YORK NY 10021                    JV
RAMIPRIL 2.5MG
Qty:30            NDC:16252057101
5 Refills                     (MM)
        Copay:$1.00



**HEALTH WISE PHARMA**
1494 YORK AVE.    NEW Y
212-472-5600

Rx:739534          Filled:02/14/09 Will
STRUJAN, ELENA          (M
1413 YORK AVE #2, NEW YORK NY 10021
AS DIRECTED
for 12 hours
DAILY
NO ALCOHOL WITH THIS RX

30 PAT NITRO PATCH 0.2MG(5MG PAT 0.2MG(5 for NITRO P
0.2MG/HR
DSUP:30   SFT...
DR.AIVAZI, ZAZA          2 Refills Remain until 08/1

**HEALTH WISE PHARMACY, Inc.**
1494 YORK AVE.    NEW YORK, N.Y. 10075
212-472-5600    FREE DELIVERY

Rx:724201RC                   Filled:02/03/09
STRUJAN, ELENA
1413 YORK AVE #4
NEW YORK NY 10021                    LW
UNESTA 3MG
Qty:30            NDC:63402019310
Refills                       (MM)
        Copay:$0.00



**- GUIDE-**   (Complete bottom half of form)

State of New York, County of   N.Y. (?)  ss:  (County in which Affidavit is notarized)

I,   _name of friend_                       Being sworn, say: I am not a party to the action, am over 18 years of age and reside at   _address of friend_

On   _Date mailed_       I served the within   _type of document_ (notice of motion & affidavit etc.)

☐   Service by Mail - by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postel Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

☐   **Personal Service on Individual** - by delivering a true copy thereof personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as a party therein or the attorney for said party:

| Note: Type or print the name of the individual or law firm served with address | Name of opposition or their attorney  Address |
|---|---|

_Signature of Friend_

Sworn to before me on _____ (Notary)

---

☞ **COMPLETE THIS PART** ☜

*AFFIDAVIT OF SERVICE (PROOF OF SERVICE)*

State of New York, County of *New York* (County in which Affidavit is notarized)

I, *Eleva Struijan*                       being sworn, say, I am not a party to the action, am over 18 years of age and reside at *P. O. Box 20632, New York, NY 10021*

On *4/10/09*       I served the within *Affirmation in Opposition*

☑   Service by Mail - by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postel Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

☐   **Personal Service on Individual** - by delivering a true copy thereof personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as a party therein or the attorney for said party:

| Note: Type or print the name of the individual or law firm served with address | Dorothy Wilmuthly and  18509 Stone Pignav  Walthnie Wilimpw LLC  546 Carondelet Street  New Orleans, Louisiana  70130 | Douglas R. Marvin  William & Carmolly LLP  725 Twel fth Street N.W  Washington, D.C. 2005 |
|---|---|---|

Sworn to before me on *4/10/09* (Notary)

CHUISHAN ANNIE HO
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN QUEENS COUNTY
NO. 01HO6103144
MY COMMISSION EXPIRES DEC. 15, 2011

Signature of Friend (in front of notary)

*Eleva Struijan*