UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX  
PRODUCTS LIABILITY LITIGATION:

MDL NO. 1657

SECTION:  L

JUDGE FALLON  
MAG. JUDGE KNOWLES

……………………………………………………..

**THIS DOCUMENT RELATES TO:**  
**Chickadel et al v. Merck & Co Inc., 2:05-cv-05834-EEF-DEK**  
**Plaintiff Shirley Jones**

## ORDER

Upon due consideration of Plaintiff's Counsel's Motion to Withdraw as Counsel of Record for Plaintiff Shirley Jones, and for good cause shown, the Court finds the motion to be well taken, and that same should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that Seth S. Webb and the law firm of Brown and Crouppen is withdrawn as attorneys for Plaintiff Shirley Jones.

IT IS SO ORDERED.

DATED: April  15th , 2009

_____  
Honorable Eldon E. Fallon/Judge  
United States District Court Judge  
Eastern District of Louisiana