UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**IN RE:  VIOXX**                                    MDL NO. 1657
**PRODUCTS LIABILITY LITIGATION:**

SECTION:  L

JUDGE FALLON
…………………………………………….. MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
**Opal Kaufman, et. al.  v. Merck & Co., Inc., No. 2:05cv5835 (previously  USDC EDMO**
**4:05-cv-01595)**
**Plaintiff Phone Phounrath**

<u>**ORDER**</u>

Upon due consideration of Plaintiff's Counsel's Motion to Withdraw as Counsel of
Record for Plaintiff Phone Phounrath, and for good cause shown, the Court finds the motion to
be well taken, and that same should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that Seth S. Webb and the law firm of
Brown and Crouppen are withdrawn as attorneys for Plaintiff Phone Phounrath.

IT IS SO ORDERED.

DATED: ___April___15th___, 2009

Honorable Eldon E. Fallon/Judge
United States District Court Judge
Eastern District of Louisiana