UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to<br>Joyce Denet, Docket No. 05-4428 | MAGISTRATE JUDGE KNOWLES |

### ORDER

Considering the Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Frank J. D'Amico, Jr., APLC, is hereby withdrawn as counsel of record for Joyce Denet.

NEW ORLEANS, LOUISIANA, this __8th__ day of __April__, 2009

_____
JUDGE ELDON E. FALLON
UNITED STATES DISTRICT COURT