UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>       PRODUCTS LIABILITY<br>       LITIGATION<br><br>THIS RELATES TO:<br>       Bob Stephens,<br>       Individually, and as the<br>       Administrator for the Estate of<br>       Johnie Stephens, deceased<br><br>       v.<br><br>Merck & Co., Inc.<br><br>Civil Action No. E.D. La. 06-CV-1678<br>                      ARE 4-06-CV-0259 WRW | MDL NO. 1657<br><br>Section: L<br><br>Judge Fallon<br>Magistrate Judge Knowles |

## MOTION TO SUBSTITUTE COUNSEL
## FOR BOB STEPHENS, INDIVIDUALLY, AND AS THE
## ADMINISTRATOR FOR THE ESTATE OF JOHNIE STEPHENS, DECEASED

Comes now Bob Stephens, Individually and as the Administrator for the Estate of Johnie Stephens, Deceased ("Stephens") and moves to withdraw Gary Eubanks and all other attorneys with Gary Eubanks & Associates, P.A. (collectively "Eubanks") as counsel for Stephens in this case and to substitute the following counsel in its place:

    E. Glenn Thames, Jr.
    Texas Bar No. 00785097
    POTTER MINTON
    A Professional Corporation
    500 Plaza Tower
    110 North College Avenue
    Tyler, TX  75702
    (903) 597-8311 (Telephone)
    (903) 593-0846 (Fax)
    glennthames@potterminton.com

1

Substituting counsel is licensed to practice law in Texas and admitted to practice before the Supreme Court of the United States, the United States Courts of Appeal for the Fifth and Federal Circuits, and the United States District Courts for the Eastern and Northern Districts of Texas. Counsel's license and admissions are in good standing. Therefore, pursuant to Pretrial Order No. 1, counsel is admitted *pro hac vice* in this litigation and exempted from the requirement of Local Rules 83.2.6E and 83.2.7.

This substitution of counsel is being made at the request of the client and substituting counsel is aware the only remaining aspects of Stephens' case are the determination of his appeal by the Special Master and disbursement of the resulting settlement award. Furthermore, this substitution of counsel shall have no effect on the outcome of the current dispute between Stephens and Eubanks or the pending motion by Eubanks to Enforce Attorney's Lien.

This withdrawal and substitution will not delay any proceedings. It is filed not for purposes of delay, but so that justice may be done.

WHEREFORE, Stephens prays that Eubanks be withdrawn as his counsel of record and that the counsel listed above be substituted as his counsel of record.

Respectfully submitted,

/s/ E. Glenn Thames, Jr.
E. Glenn Thames, Jr.
Texas Bar No. 00785097
POTTER MINTON
A Professional Corporation
500 Plaza Tower
110 North College Avenue
Tyler, TX  75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Fax)
glennthames@potterminton.com

2

       /s/ Gary L. Eubanks
Gary L. Eubanks
AR Bar No. 60014
Gary Eubanks & Associates, P.A.
P.O. Box 3887
Little Rock, AR 72203
(501) 372-0266
**eubanksg@garyeubanks.com**

CERTIFICATE OF SERVICE

    I, E. Glenn Thames, Jr., hereby certify that the above and foregoing Motion to Substitute Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to the LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of April, 2009.

    I further certify that the above and foregoing was served via U.S. Mail upon the following:

    Gary Eubanks
    Gary Eubanks & Associates, P.A.
    P.O. Box 3887
    Little Rock, AR 72203

       /s/ E. Glenn Thames, Jr.
E. Glenn Thames, Jr.
Texas Bar No. 00785097
POTTER MINTON
A Professional Corporation
500 Plaza Tower
110 North College Avenue
Tyler, TX  75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Fax)
**glennthames@potterminton.com**