UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS RELATES TO:<br>Bob Stephens,<br>Individually, and as the<br>Administrator for the Estate of<br>Johnie Stephens, deceased<br><br>v.<br><br>Merck & Co., Inc.<br><br>Civil Action No. E.D. La. 06-CV-1678<br>                   ARE 4-06-CV-0259 WRW | MDL NO. 1657<br><br>Section: L<br><br>Judge Fallon<br>Magistrate Judge Knowles |

ORDER GRANTING
MOTION TO SUBSTITUTE COUNSEL
FOR BOB STEPHENS, INDIVIDUALLY, AND AS THE
ADMINISTRATOR FOR THE ESTATE OF JOHNIE STEPHENS, DECEASED

On this day the Court considered the Motion to Substitute Counsel for Bob

Stephens, Individually and as the Administrator for the Estate of Johnie Stephens,

Deceased ("Stephens").  After careful consideration, the motion is GRANTED. It is

therefore,

ORDERED that the following attorney is hereby substituted as primary counsel

for Stephens:

>E. Glenn Thames, Jr.
>Texas Bar No. 00785097
>POTTER MINTON
>A Professional Corporation
>500 Plaza Tower
>110 North College Avenue

1

2

    Tyler, TX  75702
    (903) 597-8311 (Telephone)
    (903) 593-0846 (Fax)
    glennthames@potterminton.com

  It is, further, ORDERED that Gary Eubanks and all other attorneys with Gary Eubanks & Associates, P.A. are hereby WITHDRAWN as counsel for Stephens.

  SO ORDERED.

  New Orleans, Louisiana, this _____ day of _____, 2009.


               _____
               United States District Judge

2