UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
   PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:    ALL CASES**

## ORDER

The Court is in receipt of the Plaintiff Steering Committee's Motion for Award of 8% of the Settlement Proceeds as Common Benefit Fees. (Rec. Doc. 17642). Any award of common benefit fees will be deducted from the fees of the principal attorneys. A copy of the motion shall be posted on the Court's website.

Any parties who wish to object to the motion shall file a notice of objection and serve it on Plaintiff's Liaison Counsel on or before May 8, 2009. Shortly thereafter, the Court will convene a status conference with any objectors and representatives of the PSC to discuss an appropriate schedule for discovery, briefing, and argument.

New Orleans, Louisiana, this 16th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

1