UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIRGINIA OLLER, ET AL<br>Plaintiffs | * * * | MDL Docket No. 1657 |
| | * | Section L |
| v. | * * | Judge Fallon |
| MERCK & CO., INC.<br>Defendants | * * * | Magistrate Judge Knowles |
| Case No. 2:05-CV-01102 | * | |

ORDER GRANTING MOTION TO WITHDRAW BASED ON THE GROUND
THAT PLAINTIFF, KAREN LEE CARNEY, CANNOT BE FOUND OR FAILS
TO RESPOND TO COMMUNICATIONS FROM COUNSEL

Before this Court is Counsel's Motion to Withdraw as counsel for Karen Lee Carney. After consideration of the matter, the Court finds the motion well taken. Accordingly, the Court grants the Motion and orders that David McMullan of BARRETT LAW OFFICE P.A., is no longer attorney for the Plaintiff, Karen Lee Carney, and has no further responsibilities in that regard.

All future notices to the Plaintiff, Karen Lee Carney, shall be sent to 13216 SE 31st Street, Oklahoma City, OK 73020.

IT IS SO ORDERED.

_Eldon C. Fallon_
Judge Fallon
United States District Court Judge

Date: April 8th 2009