UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIRGINIA OLLER, ET AL<br>Plaintiffs | * | MDL Docket No. 1657 |
| | * | Section L |
| v. | * | Judge Fallon |
| MERCK & CO., INC.<br>Defendants | * | Magistrate Judge Knowles |
| Case No. 2:05-CV-01102 | * | |

ORDER GRANTING MOTION TO WITHDRAW BASED ON THE GROUND THAT PLAINTIFF, MARCHELL CHAPEL, CANNOT BE FOUND OR FAILS TO RESPOND TO COMMUNICATIONS FROM COUNSEL

Before this Court is Counsel's Motion to Withdraw as counsel for Marchell Chapel. After consideration of the matter, the Court finds the motion well taken. Accordingly, the Court grants the Motion and orders that David McMullan of BARRETT LAW OFFICE P.A., is no longer attorney for the Plaintiff, Marchell Chapel, and has no further responsibilities in that regard.

All future notices to the Plaintiff, Marchell Chapel, shall be sent to P. O. Box 751, El Reno, OK 73036.

IT IS SO ORDERED.

_____
Judge Fallon
United States District Court Judge

Date: April 8th 2009