**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| VIRGINIA OLLER, ET AL | * | MDL Docket No. 1657 |
| Plaintiffs | * | |
| | * | Section L |
| v. | * | |
| | * | Judge Fallon |
| MERCK & CO., INC. | * | |
| Defendants | * | |
| | * | Magistrate Judge Knowles |
| Case No. 2:05-CV-01102 | * | |

**ORDER GRANTING MOTION TO WITHDRAW BASED ON THE GROUND
THAT PLAINTIFF, FRED CLARK, CANNOT BE FOUND OR FAILS
TO RESPOND TO COMMUNICATIONS FROM COUNSEL**

Before this Court is Counsel's Motion to Withdraw as counsel for Fred Clark.

After consideration of the matter, the Court finds the motion well taken. Accordingly,

the Court grants the Motion and orders that David McMullan of BARRETT LAW

OFFICE P.A., is no longer attorney for the Plaintiff, Fred Clark, and has no further

responsibilities in that regard.

All future notices to the Plaintiff, Fred Clark, shall be sent to 145 Sieber Road,

Newalla, OK 74857.

IT IS SO ORDERED.

_Eldon C Fallon_

Judge Fallon
United States District Court Judge

Date: April 8th 2009