# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIRGINIA OLLER, ET AL<br>Plaintiffs | * * * | MDL Docket No. 1657 |
| | * | Section L |
| v. | * * | Judge Fallon |
| MERCK & CO., INC.<br>Defendants | * * * | |
| | * | Magistrate Judge Knowles |
| Case No. 2:05-CV-01102 | * | |

## ORDER GRANTING MOTION TO WITHDRAW BASED ON THE GROUND THAT PLAINTIFF, JANICE FAYE MORRELL, CANNOT BE FOUND OR FAILS TO RESPOND TO COMMUNICATIONS FROM COUNSEL

Before this Court is Counsel's Motion to Withdraw as counsel for Janice Faye Morrell. After consideration of the matter, the Court finds the motion well taken. Accordingly, the Court grants the Motion and orders that David McMullan of BARRETT LAW OFFICE P.A., is no longer attorney for the Plaintiff, Janice Faye Morrell, and has no further responsibilities in that regard.

All future notices to the Plaintiff, Janice Faye Morrell, shall be sent to 9800 NE 31st Street, Lot 3, Oklahoma City, OK 73141.

IT IS SO ORDERED.

_____
Judge Fallon
United States District Court Judge

Date: April 8th  2009