UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| | § | JUDGE ELDON FALLON |
| | § | |
| *Anthony J. Mallet v.* | § | |
| *Merck & Co., Inc., et al.* | § | |
| Docket Number: 2:05cv00470 | § | |

## MOTION TO PREVENT ANDRY LAW FIRM L.L.P. LIEN FROM PREVENTING PAYMENT, UPON AWARD, TO ANTHONY J. MALLET

This motion comes as Anthony J. Mallet, whose claim has been deemed eligible for payment in the Vioxx settlement program (see Exhibit A), has received a Notice of Attempted Third Party Lien, from the VIOXX Claims Administrator, of a lien from the Andry Law Firm, L.L.C.. [Exhibit B] The Andry Law Firm is neither a governmental entity with a statutory right of recovery, nor is it a provider of medical services or financial coverage for medical services. The Andry Law Firm is not seeking recovery of medical expenses incurred on behalf of Anthony J. Mallet. The Andry Law Firm is, instead, a law firm attempting by the imposition of a lien to recover costs it claims it expended on behalf of Anthon J. Mallet (see Exhibit C for lien letter and a very general assessment of costs), who is neither a client of the Andry Law Firm nor in privity with the Andry Law Firm.

### Article 12 of the Settlement Agreement is Inapplicable

The Claims Administrator has sent Anthony J. Mallet a Notice of Attempted Third Party Lien, noting without objection by the Andry Law Firm that the Andry Law Firm is not a "Governmental Authority Third Party Provider/Payor. As a result, it is not

being resolved by the Lien Resolution Administrator under Article 12 of the Settlement Agreement."

### The Attempted Lien is Not Subject to the Vioxx Private Lien Resolution Program

The Vioxx Private Lien Resolution Program was established to provide assistance to claimants when faced by attempts by "Private Health Insurance Providers" to recover monies paid on behalf of claimants who were "covered by certain private health insurance providers or certain private benefit plans." The Andry Law Firm is neither a private health insurance provider nor a private benefit plan—nor has it provided any evidence of a contractual relationship with Anthony J. Mallet in any way.

Dated this 16th day of April, 2009.

**SANFORD PINEDO LLP**

By: /s/ Shelly A. Sanford
Shelly A. Sanford
Federal Bar No. 19105
Texas Bar No. 00784904
2016 Bissonnet St.
Houston, Texas 77005
Tel: (713) 524-6677
Fax: (713) 524-6611
ssanford@sanfordpinedo.com
**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Prevent Andry Law Firm LLP Lien from preventing payment, upon award, to Anthony J. Mallet, was served on April 3, 2009, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of April, 2009.

/s/ Shelly A. Sanford
Shelly A. Sanford