## UNITED STATES DISTRICT COURT
## THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| | § | JUDGE ELDON FALLON |
| | § | |
| *Anthony J. Mallet v.* | § | |
| *Merck & Co., Inc., et al.* | § | |
| **Docket Number: 2:05cv00470** | § | |

### ORDER

On April 16 2009, Shelly A. Sanford of SANFORD PINEDO LLP, co-counsel of record for Plaintiffs George Hervey, Norma Baker, Beatriz Guzman and Trina Robinson, filed a *Motion to Prevent Andry Law Firm LLP Lien from preventing payment, upon award, to Anthony J. Mallet.* After having read and considered said motion, the Court finds the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the attempted private lien of the Andrey Law Firm, LLP, shall not prevent payment, upon award in the Vioxx settlement program, to Anthony J. Mallet.

_____     _____
Date                                            Judge Eldon E. Fallon
                                                    United States District Court Judge