EXHIBIT A

*Confidential Information*

| V2016 | CLAIMS ADMINISTRATOR NOTICE OF ELIGIBILTY (Date of Notice: 12/3/08) |||||
|---|---|---|---|---|---|
| **I. CLAIMANT INFORMATION** ||||||
| Claimant Name | Mallett, Anthony J. ||| VCN | 1074601 |
| Law Firm | Sanford Pinedo LLP |||||
| **Primary Injury:** IS | **Date of Event:** 7/3/01 || **Secondary Injury:** N/A | **Date of Event:** | N/A |
| **II. CLAIMS ADMINISTRATOR DETERMINATION** ||||||
| This is an official Notice from BrownGreer PLC, the Vioxx Claims Administrator. This claim satisfies the Eligibility Requirements set forth in the Settlement Agreement because it passes the Injury, Duration, and Proximity Gates. When reviewing the claim for eligibility, the Claims Administrator did not review the Claims Package to determine whether it is complete under Section 1.3 of the Settlement Agreement, nor was any assessment made regarding an Injury Level under Exhibit 3.2.1. The Claims Administrator will now conduct this completeness review. If the Claims Package is deficient, you will receive a Deficiency Notice. If the Claims Package is complete, the Claims Administrator will then review the claim for Points Assessment and will issue you a Notice of Points Award. The Notice of Points Award may be subject to governmental lien obligations under Article 12 of the Settlement Agreement and/or an audit pursuant to Article 10 of the Settlement Agreement. ||||||