| V2038 | NOTICE OF ATTEMPTED LIEN |
|---|---|
| | (Date of Notice: 1/27/2009) EXHIBIT B |

Pursuant to instructions from the Parties and Article 12 of the Master Settlement Agreement ("MSA"), this Notice is in response to the attempted assertion of a Lien or other claim by a third party relating to the Program Claim of a Vioxx Program Claimant. This Notice of Attempted Lien is being sent to the third party claimant and to the Primary Counsel representing the Vioxx Program Claimant(s) indicated below, or to a *Pro Se* Claimant directly.

## A. THIRD PARTY CLAIMANT

**Notice to the Third Party Claimant:** Within **30 days** from the date of this Notice, complete and return this Form to the Claims Administrator. Make sure you:

a) Fill out everything you can in this Section A and in Section B that has not been pre-filled. If any pre-filled information requires correction, make those corrections on this Form.
b) Identify the specific claim or group of claims as to whom the Lien is asserted against (**Questions 5-11**);
c) Quantify the amount sought in the claim as to each Vioxx Program Claimant (**Question 12**);
d) State the basis of the claim and provide a copy of the policy or document on which it is based; and
e) Attach to this Form a copy of the insurance policy, contract, or other document that you rely upon as the basis of the lien or claim.

**WARNING:** If no response is made to this Notice within 30-days, or if an incomplete response is made, the Claims Administrator will disallow the attempted Lien and not take any other action relating to the attempted Lien.

| 1. | Name of Third Party Claimant | The Andry Law Firm L.L.C. | | |
|---|---|---|---|---|
| 2. | Primary Contact | Jonathan B. Andry | | |
| 3. | Mailing Address | Street/P.O. Box 610 Baronne Street | | |
| | | City New Orleans | State LA | Zip 70113 |
| 4. | Date Claims Administrator Received Attempted Lien | | 1/26/2009 | |

## B. VIOXX PROGRAM CLAIMANT

| 5. Claimant Name (attach separate Excel list if more than one Claimant) | Last Mallett | First Anthony | Middle J. |
|---|---|---|---|
| 6. Social Security Number | 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 | **7. Date of Birth** | 8/11/1942 |
| 8. Primary Counsel (if applicable) | Sanford Pinedo LLP | | |
| 9. Attorney Name (if applicable) | Shelly Sanford | | |
| 10. Primary Counsel Address (if applicable) | Street/P.O. Box 2016 Bissonnet Street | | |
| | City Houston | State TX | Zip 77005 |

V2038v4
#344950v.4
9/8/08

| | |
|---|---|
| **V2038** | **NOTICE OF ATTEMPTED LIEN** <br><br> (Date of Notice:   1/27/2009) |

| | |
|---|---|
| 11. Check here if this attempted Lien is for an interest in the entire group of claims of the Primary Counsel identified in Question 8: ☐ | |
| 12. Specify the amount claimed as to this Program Claimant or group of Claimants. <br><br>(If individual amounts are sought against a group of Claimants, indicate the amount as to each Claimant in the Excel list attached in response to Question 5.) | $12,269.63 |

### C. NOTICE TO PRIMARY COUNSEL OR *PRO SE* CLAIMANT

Within **30 days** from the date of this Notice, complete and return this Form to the Claims Administrator, stating:

☐   **No objection is made to the Lien or claim asserted by this Third Party Claimant and described in this Notice.**

☐   **Primary Counsel and/or the Affected Claimant(s) object(s) to the Lien or claim asserted by this Third Party Claimant and described in this Notice.**

**WARNING:** If no objection is timely made, the Claims Administrator will withhold from Settlement payments the amount claimed by the Third Party Claimant and will pay such amounts to the Third Party Claimant.