GILBERT V. ANDRY, IV†
JONATHAN B. ANDRY*

†Also admitted in Colorado & Texas
*LLM in Energy and Environmental Law

# THE ANDRY LAW FIRM, L.L.C.

EXHIBIT C

TOLL FREE 1.877.526.8899

CHALMETTE 504.276.8899

BELLE CHASSE 504.366.8899

610 BARONNE STREET  |  NEW ORLEANS  |  LOUISIANA 70113  |  TELEPHONE 504.586.8899  |  FAX 504.586.8911

January 19, 2009


JAN 2 6 2009
BrownGreer PLC
Richmond

Mr. Olin Brown, Claims Administrator
Brown Greer, PLC – Vioxx Settlement
115 South 15th Street, Suite 400
Richmond, VA 23219-4209

Re:  *Dispute Notice Regarding Attorney's Fees for Vioxx Claimant*
     *Anthony J. Mallett & Priscilla G. Mallett*

Dear Mr. Brown:

This letter will serve as formal notice of this firm's attorneys' fee and costs interests in the Vioxx claims of Anthony J. Mallett and Priscilla G. Mallett. I have enclosed our expense ledger evidencing that our expenses in this matter are $12,269.63. Additionally, The Cartwright Law Firm is asserting an interest for their fees and costs.

Please contact me so that we may amicably resolve this matter. Due to this dispute, I request that if the claim is paid, all attorneys' fees and expenses be held in trust until such time as the dispute is resolved.

Kindly acknowledge and advise.

Yours very truly,

Jonathan B. Andry, Esq.

JBA/glh
Encls.

12:51 PM
10/26/08
Accrual Basis

# The Andry Law Firm, L.L.C.
## Custom Transaction Detail Report
### All Transactions

| Type | Date | Name | Source Name | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| Check | 04/09/2002 | Mass. Tort/VIOXX:Mallett | Sourcecorp Healthserve | Mallett, R Inv 1-UC-65852 | JBA | | Bank One Operating Account | 38.51 |
| Check | 04/19/2002 | Mallett, Anthony v. Merck & Co. | Scientific Evidence | Abrusley | JBA | | Bank One Operating Account | 1,000.00 |
| Invoice | 09/03/2002 | Mallett, Anthony v. Merck & Co. | | | Accounts Receivable | | Postage | 0.37 |
| Invoice | 09/17/2002 | Mallett, Anthony v. Merck & Co. | Mallett, Anthony v. Merck & Co. | | Accounts Receivable | | Postage | 0.37 |
| Check | 10/25/2002 | Mallett, Anthony v. Merck & Co. | Federal Express | COC USDC Lake Charles | JBA | | Bank One Operating Account | 15.63 |
| Check | 01/07/2003 | Mass. Tort/VIOXX:Mallett | American Express | c/d 11/24/02 Houston TX 11/07/02 | JBA | | Bank One Operating Account | 229.50 |
| Check | 01/07/2003 | Mass. Tort/VIOXX:Mallett | American Express | c/d 11/24/02 St. Regis Hotel | JBA | | Bank One Operating Account | 27.90 |
| Check | 01/07/2003 | Mass. Tort/VIOXX:Mallett | American Express | c/d 11/24/02 St. Regis Hotel | JBA | | Bank One Operating Account | 436.14 |
| Check | 01/07/2003 | Mass. Tort/VIOXX:Mallett | Federal Express | from Scott at Cal Express | JBA | | Bank One Operating Account | 74.10 |
| Check | 01/14/2003 | Mass. Tort/VIOXX:Mallett | Cal Express | USDC | JBA | | Bank One Operating Account | 134.62 |
| Check | 01/14/2003 | Mass. Tort/VIOXX:Mallett | Cal Express | SD Superior Court | JBA | | Bank One Operating Account | 545.88 |
| Check | 01/23/2003 | Mallett, Anthony v. Merck & Co. | Steven Myers | Mallet | JBA | | Bank One Operating Account | 2,500.00 |
| Check | 01/27/2003 | Mass. Tort/VIOXX:Mallett | Docusource | Mallet | JBA | | Bank One Operating Account | 212.10 |
| Invoice | 02/10/2003 | Mallett, Anthony v. Merck & Co. | | | Accounts Receivable | | -SPLIT- | 2.31 |
| Check | 03/07/2003 | Mallett, Anthony v. Merck & Co. | David Dobbins, M.D. | Medical Services for Anthony Mallette | JBA | | Bank One Operating Account | 200.00 |
| Deposit | 03/17/2003 | Mallett, Anthony v. Merck & Co. | | cost reimb 2/24/03-3/17/03 | Mallett | | Bank One Operating Account | -200.00 |
| Check | 03/18/2003 | Mallett, Anthony v. Merck & Co. | Airborne Express | | JBA | | Bank One Operating Account | 10.93 |
| Check | 03/18/2003 | Mallett, Anthony v. Merck & Co. | Federal Express | Mr. & Mrs Anthony Mallett | JBA | | Bank One Operating Account | 18.04 |
| Invoice | 03/20/2003 | Mallett, Anthony v. Merck & Co. | Mallett, Anthony v. Merck & Co. | | Accounts Receivable | | Postage | 1.52 |
| Invoice | 03/24/2003 | Mallett, Anthony v. Merck & Co. | Mallett, Anthony v. Merck & Co. | | Accounts Receivable | | Postage | 1.20 |
| Invoice | 04/10/2003 | Mallett, Anthony v. Merck & Co. | Mallett, Anthony v. Merck & Co. | | Accounts Receivable | | -SPLIT- | 14.39 |
| Invoice | 04/10/2003 | Mallett, Anthony v. Merck & Co. | Mallett, Anthony v. Merck & Co. | Charge for postage Incurred on behalf of customer - Postage | JBA | | Accounts Receivable | 0.00 |
| Check | 04/14/2003 | Mallett, Anthony v. Merck & Co. | Zack Le | Mallett v. Merck - Service Fees | JBA | | Bank One Operating Account | 100.00 |
| Invoice | 04/23/2003 | Mallett, Anthony v. Merck & Co. | Mallett, Anthony v. Merck & Co. | | Accounts Receivable | | Postage | 0.50 |
| Check | 04/25/2003 | Mallett, Anthony v. Merck & Co. | Mallett, Anthony v. Merck & Co. | Monthly hosting fees Dec 2002 - March 2003 | JBA | | Bank One Operating Account | 2,333.92 |
| Check | 04/25/2003 | Mallett, Anthony v. Merck & Co. | Ranier, Gayle & Elliot | Filing fee! - Calcasieu Parish COC | JBA | | Bank One Operating Account | 200.00 |
| Check | 04/28/2003 | Mallett, Anthony v. Merck & Co. | Federal Express | COC USDC Western Dist | JBA | | Bank One Operating Account | 16.62 |
| Check | 04/28/2003 | Mallett, Anthony v. Merck & Co. | Federal Express | Zack Le | JBA | | Bank One Operating Account | 19.78 |
| Check | 04/28/2003 | Mallett, Anthony v. Merck & Co. | Federal Express | David Dobbins MD | JBA | | Bank One Operating Account | 19.59 |
| Check | 04/28/2003 | Mallett, Anthony v. Merck & Co. | Airborne Express | Hughes, Hubbard | JBA | | Bank One Operating Account | 17.43 |
| Invoice | 04/28/2003 | Mallett, Anthony v. Merck & Co. | Mallett, Anthony v. Merck & Co. | | Postage and Delivery | | Postage | 0.37 |
| Invoice | 05/09/2003 | Mallett, Anthony v. Merck & Co. | Mallett, Anthony v. Merck & Co. | | Accounts Receivable | | Postage | 3.00 |

12:51 PM
10/28/08
Accrual Basis

# The Andry Law Firm, L.L.C.
## Custom Transaction Detail Report

Delivery to: All Transactions

| Type | Date | Name | Memo | Account | Amount |
|---|---|---|---|---|---|
| Check | 05/19/2003 | Mallett, Anthony v. Merck & Co. | Federal Express | JBA | Bank One Operating Account | 16.88 |
| Invoice | 05/19/2003 | Mallett, Anthony v. Merck & Co. | | Accounts Receivable | Postage | 1.85 |
| Invoice | 05/20/2003 | Mallett, Anthony v. Merck & Co. | | Accounts Receivable | Postage | 5.16 |
| Invoice | 05/27/2003 | Mallett, Anthony v. Merck & Co. | | Accounts Receivable | Postage | 4.15 |
| Check | 06/03/2003 | Mallett, Anthony v. Merck & Co. | Steven Myers | JBA | Bank One Operating Account | 4,000.00 |
| Invoice | 08/06/2003 | Mallett, Anthony v. Merck & Co. | Mallett | Accounts Receivable | Postage | 0.37 |
| Check | 07/07/2003 | Mallett, Anthony v. Merck & Co. | Federal Express | JBA | Bank One Operating Account | 16.54 |
| Check | 07/07/2003 | Mallett, Anthony v. Merck & Co. | Airborne Express | COC USDC Western District | JBA | Bank One Operating Account | 17.24 |
| Check | 07/07/2003 | Mallett, Anthony v. Merck & Co. | Airborne Express | University of Louisville | JBA | Bank One Operating Account | 20.01 |
| Invoice | 09/16/2003 | Mallett, Anthony v. Merck & Co. | | USDC Western District | Postage and Delivery | 3.32 |
| Invoice | 09/24/2003 | Mallett, Anthony v. Merck & Co. | Mallett, Anthony v. Merck & Co. | Accounts Receivable | Postage | 0.60 |
| Check | 10/18/2004 | Mallett, Anthony v. Merck & Co. | Federal Express | anthony mallett | JBA | Bank One Operating Account | 50.60 |
| Check | 10/21/2004 | Mallett, Anthony v. Merck & Co. | PSR Copy Center | Inv #108752 | JBA | Bank One Operating Account | 158.09 |

12,269.63