**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| MARY THOMPSON, ET AL<br>**Plaintiffs** | * | MDL Docket No. 1657 |
| | * | |
| | * | Section L |
| v. | * | |
| | * | Judge Fallon |
| MERCK & CO., INC.<br>**Defendants** | * | |
| | * | |
| | * | Magistrate Judge Knowles |
| Case No. 2:06-CV-00433 | * | |

ORDER GRANTING MOTION TO WITHDRAW BASED ON THE GROUND
THAT PLAINTIFF, BEVERLY JO THOMPSON , CANNOT BE FOUND OR FAILS
TO RESPOND TO COMMUNICATIONS FROM COUNSEL

Before this Court is Counsel's Motion to Withdraw as counsel for Beverly Jo

Thompson.  After consideration of the matter, the Court finds the motion well taken.

Accordingly, the Court grants the Motion and orders that David McMullan of BARRETT

LAW OFFICE P.A., is no longer attorney for the Plaintiff, Beverly Jo Thompson, and

has no further responsibilities in that regard.

All future notices to the Plaintiff, Beverly Jo Thompson, shall be sent to 12231

South May Avenue, Oklahoma City, OK 73189.


IT IS SO ORDERED.

_____
Judge Fallon
United States District Court Judge


Date:___April 8th  2009_____