# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All plaintiffs on attached Exhibits A, B, C, D, & E* | * | KNOWLES |
| | * | |

**************************************************************************

## ORDER

      Defendant Merck & Co., Inc.'s Sixth Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 17840, came on for hearing on the 27th day of March, 2009. For the reasons orally assigned, the Court hereby rules as follows:

      **IT IS ORDERED** that the claims of all plaintiffs listed in the attached **Exhibit A** be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 28.

      **IT IS FURTHER ORDERED** that the claims of all plaintiffs on Exhibit B be and they hereby are dismissed with prejudice for failure to comply this Court's Order entered February 25, 2009 (R. Doc. 17857). Pursuant to that Order, plaintiffs' counsel seeking to withdraw were required to deliver a copy of Merck's motion to dismiss the plaintiff's claim with prejudice along with a copy of the February 25, 2009 Order; and plaintiffs intending to proceed with their claim were directed to notify the Curator by March 13 2009 as to whether they intended to proceed with their claims and whether they would be retaining new counsel or proceeding *pro se,* but none of the plaintiffs on the attached Exhibit B notified the Curator as

directed or otherwise complied with the Court's February 25, 2009 Order.  Thus, the claims listed on Exhibit B are dismissed for failure of the plaintiffs to comply with the Order or otherwise contact the Curator.

**IT IS FURTHER ORDERED** that the motion be and it hereby is deferred until April 29, 2009, at 9:00 a.m., as to all plaintiffs listed on Exhibit C.  Further, as to *pro se* plaintiff Dennis Harrison, it is ordered that he produce his case-specific expert report by that date.

**IT IS FURTHER ORDERED** that the Gregory S. Bubalo, counsel for plaintiffs on Exhibit D, be and he hereby is ordered to appear on April 29, 2009, at 9:00 a.m., to show cause why he should not be held in contempt for failure to comply with this Court's Order of February 25, 2009.  Pursuant to that Order, counsel was required to serve a copy of the Order on his clients by March 4, 2009.  Rather than complying with that Order, counsel filed a response objecting to any further obligation with respect to these cases.

**IT IS FURTHER ORDERED** that the motion be and it hereby is withdrawn as to all plaintiffs on Exhibit E.  This plaintiffs have previously submitted stipulations of dismissal.

**NEW ORLEANS, LOUISIANA,** this 9th day of April, 2009.

_____
DISTRICT JUDGE

2

823840v.1
972030v.1

## Exhibit A -- Dismissed With Prejudice
**(Failure to Comply With PTO 28)**

|    | Firm Name | Docket Number | Case Name | Plaintiff Name |
|----|-----------|---------------|-----------|----------------|
| 1  | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Abrams, Clarence |
| 2  | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Blanton, David |
| 3  | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Bourgeois, Veronica |
| 4  | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Clennon, Elvina (deceased, c/o Grace Clennon) |
| 5  | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Duffie, Sr., Joe (deceased, c/o Katina Duffie) |
| 6  | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Gabbard, Birdie Catherine (deceased) |
| 7  | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Green, Leslie (deceased, c/o Cynthia Taylor-Green) |
| 8  | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Isaacs, Gerald |
| 9  | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Johnson, Jr., Avie (deceased, c/o Annie Johnson) |
| 10 | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Marse, Betty |
| 11 | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Vernon, Maggie (deceased) |
| 12 | Kennedy, Michael E., Esq. | 2:06-cv-01529-EEF-DEK | Schuckman, Drew v. Merck & Co., Inc. | Schuckman, Drew |

# Exhibit B -- Dismissed With Prejudice
### (Failure to Comply with PTO 28 and Court's Order of Feb. 25, 2009)

|   | Firm Name | Docket Number | Case Name | Plaintiff Name |
|---|---|---|---|---|
| 1 | D'Amico, Frank J. Jr., APLC | 2:05-cv-4428-EEF-DEK | Anderson, Harold v. Merck & Co., Inc. | Denet, Joyce |
| 2 | Grey & Grey, L.L.P. | 2:06-cv-01509-EEF-DEK | Padova, Karen v. Merck & Co., Inc. | Padova, Karen |
| 3 | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Baker, Tywanna |
| 4 | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Crawford, Timothy |
| 5 | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Crowell, Lorine (deceased, c/o Mildred Winters) |
| 6 | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Despenza, Sylvester (deceased, c/o Stephanie Young) |
| 7 | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Dillon, Shirley |
| 8 | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Harrell, Queen Victoria (deceased) |
| 9 | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Howard, Carmel |
| 10 | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Lewis, Larry (deceased) |
| 11 | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Price, Judy |
| 12 | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Thompson, Jerry |
| 13 | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Warren, Herman |
| 14 | Jones, Swanson, Huddell & Garrison, L.L.C. | 2:05-cv-04434-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Young, Catherine (deceased, c/o Stephanie Young) |
| 15 | Keller Rohrback, L.L.P. | 2:07-cv-00740-EEF-DEK | Jones, Nicholas v. Merck & Co., Inc. | Jones, Nicholas |
| 16 | Keller Rohrback, L.L.P. | 2:06-cv-05606-EEF-DEK | Matthews, John v. Merck & Co., Inc. | Matthews, John |
| 17 | Keller Rohrback, L.L.P. | 2:06-cv-10330-EEF-DEK | Steward, John v. Merck & Co., Inc. | Steward, John |
| 18 | O'Quinn Law Firm | 2:05-cv-06021-EEF-DEK | Pierre, Lucille v. Merck & Co., Inc. | Pierre, Lucille |
| 19 | O'Quinn Law Firm | 2:05-cv-06022-EEF-DEK | Pomier, Mary v. Merck & Co., Inc. | Pomier, Mary |
| 20 | Schlichter, Bogard & Denton | 2:05-cv-05139-EEF-DEK | Batt, Flossie v. Merck & Co., Inc. | Cooper, Vanita |
| 21 | Schlichter, Bogard & Denton | 2:05-cv-05139-EEF-DEK | Batt, Flossie v. Merck & Co., Inc. | Hall, Teresa |
| 22 | Schlichter, Bogard & Denton | 2:06-cv-03084-EEF-DEK | Wagner, Don v. Merck & Co., Inc. | James, Donald |
| 23 | Schlichter, Bogard & Denton | 2:05-cv-05353-EEF-DEK | Meysami, Glenda v. Merck & Co., Inc. | Lawrie, Thomas |
| 24 | Schlichter, Bogard & Denton | 2:06-cv-03084-EEF-DEK | Wagner, Don v. Merck & Co., Inc. | Lively, Roland |

972040v.1

|    |                            |                      |                                    |                |
|----|----------------------------|----------------------|------------------------------------|----------------|
| 25 | Schlichter, Bogard & Denton | 2:05-cv-05353-EEF-DEK | Meysami, Glenda v. Merck & Co., Inc. | Shelby, Mary |
| 26 | Schlichter, Bogard & Denton | 2:06-cv-03084-EEF-DEK | Wagner, Don v. Merck & Co., Inc.   | Tindall, Joseph |
| 27 | Schlichter, Bogard & Denton | 2:05-cv-06022-EEF-DEK | Pomier, Mary v. Merck & Co., Inc.  | Tucker, Billy  |

# Exhibit C -- Deferred Until April 29, 2009

|    | Firm Name | Docket Number | Case Name | Plaintiff Name |
|----|-----------|---------------|-----------|----------------|
| 1  | Cellino & Barnes, P.C. | 2:06-cv-2210-EEF-DEK | Blodgett, Don v. Merck & Co., Inc. | Lawson, Lawrence |
| 2  | Cellino & Barnes, P.C. | 2:05-cv-3543-EEF-DEK | Roberts, Sarah v. Merck & Co., Inc. | Roberts, Sarah |
| 3  | Grey & Grey, L.L.P. | 2:06-cv-1510-EEF-DEK | Reinhardt, Joan v. Merck & Co., Inc. | Reinhardt, Joan |
| 4  | McCormick, Patrick F., Atty. at Law | 2:07-cv-1058-EEF-DEK | Stremba, Lawrence v. Merck & Co., Inc. | Heintzelman, Ann |
| 5  | McCormick, Patrick F., Atty. at Law | 2:07-cv-1058-EEF-DEK | Stremba, Lawrence v. Merck & Co., Inc. | Hine, Allen |
| 6  | McCormick, Patrick F., Atty. at Law | 2:07-cv-1058-EEF-DEK | Stremba, Lawrence v. Merck & Co., Inc. | McCarroll, Jeffrey |
| 7  | McCormick, Patrick F., Atty. at Law | 2:07-cv-1058-EEF-DEK | Stremba, Lawrence v. Merck & Co., Inc. | Rumbel, Ralph |
| 8  | McCormick, Patrick F., Atty. at Law | 2:07-cv-1058-EEF-DEK | Stremba, Lawrence v. Merck & Co., Inc. | Stremba, Larry |
| 9  | McCormick, Patrick F., Atty. at Law | 2:07-cv-1058-EEF-DEK | Stremba, Lawrence v. Merck & Co., Inc. | Yunevage, John |
| 10 | Pro Se | 2:06-cv-2195-EEF-DEK | Ballantyne, Arthur W. v. Merck & Co., Inc. | Collins, Nathaniel |
| 11 | Pro Se | 2:07-cv-00905-EEF-DEK | Harrison, Dennis R. v. Merck & Co., Inc. | Harrison, Dennis |

# Exhibit D -- Counsel Order to Appear and Show Cause on April 29, 2009

|   | Firm Name | Docket Number | Case Name | Plaintiff Name |
|---|---|---|---|---|
| 1 | Bubalo, Hiestand & Rotman, PLC | 2:06-cv-01920-EEF-DEK | Allen, Richard W., Jr. v. Merck & Co., Inc. | Allen, Sr., Richard |
| 2 | Bubalo, Hiestand & Rotman, PLC | 2:06-cv-01901-EEF-DEK | Butcher, Lawrence K. v. Merck & Co., Inc. | Butcher, Lawrence |
| 3 | Bubalo, Hiestand & Rotman, PLC | 2:06-cv-00782-EEF-DEK | Rakes, Delbert v. Merck & Co., Inc. | Rakes, Delbert |
| 4 | Bubalo, Hiestand & Rotman, PLC | 2:06-cv-00779-EEF-DEK | Ward, Carolyn A. v. Merck & Co., Inc. | Ward, Carolyn |

972047v.1

## Exhibit E -- Motion Withdrawn

|   | Firm Name | Docket Number | Case Name | Plaintiff Name |
|---|---|---|---|---|
| 1 | Bubalo, Hiestand & Rotman, PLC | 2:06-cv-02064-EEF-DEK | Overstree, Rhoda v. Merck & Co., Inc. | Overstreet, Rhoda |
| 2 | Bubalo, Hiestand & Rotman, PLC | 2:06-cv-02069-EEF-DEK | Thomas, Harold v. Merck & Co., Inc. | Thomas, Harold |
| 3 | Matthews & Associates | 2:05-cv-01147-EEF-DEK | Ward, Teresa B. v. Merck & Co., Inc. | Ward, Teresa B. |

972067v.1