UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All plaintiffs on attached Exhibits A, B, & C* | * | KNOWLES |
| | * | |

*************************************************************************

### ORDER

Defendant Merck & Co., Inc.'s Motion and Rule to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the Registration Requirements of Pre-Trial Order 31, R. Doc. 17888, came on for hearing on the 27th day of March, 2009.  For the reasons orally assigned, the Court hereby rules as follows:

**IT IS ORDERED** that the claims of all plaintiffs listed in the attached **Exhibit A** be and they hereby are dismissed with prejudice for failure to comply with this Court's Order entered March 3, 2009 (R.Doc. 17907).  Merck delivered a copy of its motion to dismiss the plaintiffs' claims with prejudice along with a copy of the March 3, 2009 Order to all plaintiffs on Exhibit A.  Plaintiffs intending to proceed with their claim were directed to notify the Curator by March 6, 2009 as to whether they intended to proceed with their claims and whether they would be retaining new counsel or proceeding *pro se*, but none of the plaintiffs on the attached Exhibit A notified the Curator as directed or otherwise complied with the Court's March 3, 2009 Order.  Thus, the claims listed on Exhibit A are dismissed for failure of the plaintiffs to comply with the Order or otherwise contact the Curator.

972075v.1

**IT IS FURTHER ORDERED** that the claims of all plaintiffs listed in the attached **Exhibit B** be and they hereby are dismissed without prejudice for failure to comply with Pre-Trial Order 31.

**IT IS FURTHER ORDERED** that the motion is deferred until April 29, 2009, at 9:00 a.m., as to the claims of all plaintiffs on **Exhibit C.** In compliance with the March 3, 2009 Order, these *pro se* plaintiffs contacted the Curator to advise that they intend to proceed with their cases. As set forth in the March 3, 2009 Order, these plaintiffs must comply with Pre-Trial Order 31. Failure to comply with Pre-Trial Order 31, may result in dismissal of their claims with prejudice at the April 29, 2009 hearing.

**NEW ORLEANS, LOUISIANA,** this 9th day of April, 2009.

_____
DISTRICT JUDGE

# Exhibit A -- Dismissed With Prejudice

|    | Docket Number | Case Name | Plaintiff Name |
|----|---------------|-----------|----------------|
| 1  | 2:05-cv-04742-EEF-DEK | Acevedo, Rogelio | Acevedo, Rogelio |
| 2  | 2:05-cv-03183-EEF-DEK | Baisden, Freddie K | Baisden, Freddie K |
| 3  | 2:06-cv-00802-EEF-DEK | Banda, Sulema L | Banda, Sulema L |
| 4  | 2:06-cv-00802-EEF-DEK | Banda, Sulema L | Gomez, Erminia |
| 5  | 2:06-cv-08389-EEF-DEK | Bruckner, Markus | Bruckner, Markus |
| 6  | 2:05-cv-06587-EEF-DEK | Callahan, Kevin J | Callahan, Kevin J |
| 7  | 2:05-cv-01526-EEF-DEK | Denney, Sandra | Denney, Sandra R |
| 8  | 2:05-cv-03483-EEF-DEK | Gilroy, Byron | Gilroy, Dorothy |
| 9  | 2:06-cv-01480-EEF-DEK | Gonzalez, Francisco | Gonzalez, Maria |
| 10 | 2:07-cv-02120-EEF-DEK | Gonzalez, Juan R | Gonzalez, Juan R |
| 11 | 2:06-cv-03879-EEF-DEK | Haefner, Jeanne | Haefner, Jeanne |
| 12 | 2:05-cv-03501-EEF-DEK | Hall, Mary L | Hall, Garnest |
| 13 | 2:05-cv-03202-EEF-DEK | Hunt, George | Hunt, George |
| 14 | 2:06-cv-11131-EEF-DEK | Lassen, Mable | Lassen, Mable |
| 15 | 2:05-cv-02938-EEF-DEK | Mahon, Denzil | Mahon, Denzil |
| 16 | 2:05-cv-03199-EEF-DEK | March, Edward | March, Edward |
| 17 | 2:05-cv-03513-EEF-DEK | Moore, James Jr | Moore, James Jr |
| 18 | 2:05-cv-03461-EEF-DEK | Mundo, Paul Jr | Mundo, Paul Jr |
| 19 | 2:07-cv-02136-EEF-DEK | Negrete, Adriana | Negrete, Adriana |
| 22 | 2:06-cv-11132-EEF-DEK | Pangburn, James | Pangburn, James |
| 21 | 2:07-cv-00914-EEF-DEK | Robinson, Olivia | Robinson, Olivia |
| 22 | 2:06-cv-00917-EEF-DEK | Smith, Elaine | Groce, Robert Sr |
| 23 | 2:07-cv-02109-EEF-DEK | Lejia, San Juanita Mares | Solis, Santa Anita Mares |
| 24 | 2:05-cv-06038-EEF-DEK | Wright, Ethel | Wright, Ethel Herbert |
| 25 | 2:07-cv-00937-EEF-DEK | Ybarra, Maria Gloria | Ybarra, Maria Gloria |
| 26 | 2:07-cv-00932-EEF-DEK | Ybarra, Petra | Ybarra, Petra |
| 27 | 2:06-cv-09792-EEF-DEK | Zingale, Vincent | Zingale, Vincent S Sr. |
| 28 | 2:07-cv-02124-EEF-DEK | Zuniga, Jose | Zuniga, Jose |

970979v.1

# Exhibit B -- Dismissed Without Prejudice

|    | Docket Number         | Case Name         | Plaintiff Name     |
|----|-----------------------|-------------------|--------------------|
| 1  | 2:06-cv-00802-EEF-DEK | Banda, Sulema L   | Canales, Violeto   |
| 2  | 2:06-cv-00802-EEF-DEK | Banda, Sulema L   | Ramirez, Esther Z  |
| 3  | 2:06-cv-01970-EEF-DEK | Coleman, James    | Anderson, Keith    |
| 4  | 2:05-cv-05986-EEF-DEK | Dauzat, Russell   | Dauzat, Russell    |
| 5  | 2:05-cv-02289-EEF-DEK | Dineen, Gavin     | Dineen, Gavin      |
| 6  | 2:05-cv-04832-EEF-DEK | Evans, Edward     | Evans, Edward      |
| 7  | 2:07-cv-02108-EEF-DEK | Gonzalez, Maria G | Gonzalez, Maria G  |
| 8  | 2:05-cv-03526-EEF-DEK | Kasony, Mary      | Kasony, Mary       |
| 9  | 2:05-cv-04149-EEF-DEK | Pratt, Dwight L   | Pratt, Dwight L    |
| 10 | 2:06-cv-00917-EEF-DEK | Smith, Elaine     | Randolph, Lola     |

# Exhibit C -- Deferred Until April 29, 2009

|   | Docket Number | Case Name | Plaintiff Name |
|---|---|---|---|
| 1 | 2:05-cv-03398-EEF-DEK | Stanaland, Billy W. | Stanaland, Billy W. |
| 2 | 2:05-cv-03537-EEF-DEK | Stevenson, Rodney Sr. | Stevenson, Rodney Sr. |

972086v.1