# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| This document relates to: | * |
| | * MAGISTRATE JUDGE |
| *Hugo Bua v. Merck & Co., Inc., No. 05-1552* | * KNOWLES |
| | * |

*************************************************************************

## ORDER

      Defendant Merck & Co., Inc.'s First Motion for an Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 16032, came on for hearing on the 10th day of October, 2008. At that time, the Court order plaintiff Hugo Bua to appear at one of the Court's conferences for plaintiffs eligible for the Vioxx Settlement Program, but who had not enrolled in the program. The Court issued a separate Order, R. Doc. 16420, regarding the conferences.

      In accordance with the scheduling order, plaintiff, appeared, but declined to enroll in the Vioxx Settlement Program. Defendant Merck & Co., Inc.'s First Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28 is still pending as to plaintiff. The Court next ordered plaintiff Hugo Bua to appear and show cause, on the 10th day of February, 2009, immediately following the monthly status conference scheduled for 2:00 p.m., why his case should not be dismissed with prejudice.

      At the hearing on February 10, 2009, pursuant to the request of plaintiff's counsel, and with Merck's consent, the Court rescheduled the motion for hearing on March 27, 2009, immediately following the monthly status conference scheduled for 9:00 a.m.

The motion came on for hearing on March 27, 2009.  For the reasons orally assigned, the Court hereby rules as follows:

**IT IS ORDERED** that all claims of plaintiff Hugo Bua be and they hereby are dismissed with prejudice for failure to comply with Pre-Trial Order 28.

**NEW ORLEANS, LOUISIANA,** this 9th day of April, 2009.

_____
DISTRICT JUDGE