UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Wagner, et al. v. Merck & Co., Inc., et al.*,
No. 06-3084 (as to Joseph Tindall only)

### ORDER GRANTING MOTION TO WITHDRAW
### AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record (Rec. Doc. 15467),

IT IS ORDERED that the motion IS GRANTED, and all counsel of record are permitted to withdraw from representation of Joseph Tindall.

New Orleans, Louisiana, this 8th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

1