UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL Docket no. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| Jo Anne Sager, | * | |
| Plaintiff | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| v. | * | |
| Merck & Co., Inc., | * | |
| Defendant | * | |

**PLAINTIFF, JO ANNE SAGER'S, MOTION TO WITHDRAW HER MOTION TO SHOW CAUSE WHY CVS AND LONGS DRUGS SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILING TO COMPLY WITH PRETRIAL ORDER NO. 35**

NOW COMES Plaintiff, Jo Anne Sager, by and through her attorneys, THE LAW GROUP, LTD., to file this Motion to Withdraw her Motion to Show Cause Why CVS and Longs Drugs Should Not Be Held in Contempt of Court for Failing to Comply with Pretrial Order No. 35.  In support thereof show as follows:

1. Plaintiff, by and through her attorneys, filed her Motion to Show Cause on March 19, 2009.  A hearing is scheduled for Wednesday April 22, 2009 at 9:00am.

2. Since that time, the parties have resolved their differences.

3. Plaintiff hereby requests that Plaintiff's Motion to Show Cause Why CVS and Longs Drugs Should Not be Held in Contempt of Court For Failing to Comply with Pretrial Order No. 35 is no longer necessary,

and respectfully requests, therefore, that Plaintiff's Motion to Withdraw the previously filed Motion to Show Cause be granted.

4. Plaintiff respectfully requests an Order on this motion as soon as the Court allows, due to the fact that the hearing date is set for Wednesday April 22, 2009.

## CONCLUSION

WHEREFORE, the Plaintiff, Jo Anne Sager, respectfully requests that Plaintiff's Motion to Withdraw her Motion to Show Cause Why CVS and Longs Drugs Should Not Be Held in Contempt of Court for Failing to Comply with Pretrial Order No. 35 be granted and that the Court order that CVS and Longs Drugs or appropriate representatives are no longer required to appear before the Court to explain why they should not be held in contempt for failing to comply with PTO 35 and for such relief to which Plaintiff may be entitled.

Submitted this 20th day of April, 2009.

Respectfully Submitted,

By: /s/ Pamela G. Sotoodeh
Pamela G. Sotoodeh, #6284622
THE LAW GROUP, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Motion to Withdraw Plaintiffs' Motion to Show Cause Why CVS and Longs Drugs Should Not Be Held in Contempt of Court for Failing to Comply with Pretrial Order No. 35 and Proposed Order has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern Division of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of April, 2009.

/s/ Pamela G. Sotoodeh
Pamela G. Sotoodeh, #6284622
THE LAW GROUP, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112