UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL Docket no. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| Jo Anne Sager, | * | |
| Plaintiff | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| v. | * | |
| Merck & Co., Inc., | * | |
| Defendant | * | |

PROPOSED ORDER TO WITHDRAW MOTION TO SHOW CAUSE

The Court has considered Plaintiff, Jo Anne Sager's, Motion to Withdraw her Motion to Show Cause Why CVS and Longs Drugs Should Not be Held in Contempt of Court for Failing to Comply with Pretrial Order No. 35. Accordingly, **IT IS ORDERED** that the motion is **GRANTED**. It is further,

ORDERED, that Plaintiff's Motion to Show Cause Why CVS and Longs Drugs Should Not be Held in Contempt for Failing to Comply with Pretrial Order No. 35 is WITHDRAWN.

New Orleans, Louisiana, this _____ day of April, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE