UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF
2009 APR 21  AM 8:20
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| VIRGINIA OLLER, ET AL | * | MDL Docket No. 1657 |
| MARY THOMPSON, ET AL | * | |
| Plaintiffs | * | |
| | * | Section L |
| v. | * | |
| | * | Judge Fallon |
| MERCK & CO., INC. | * | |
| Defendants | * | |
| | * | |
| All Plaintiffs on Attached Exhibit A; | * | Magistrate Judge Knowles |
| Case No. 2:05-CV-01102 and | * | |
| Case No. 2:06-CV-00433 | * | |

**MOTION TO WITHDRAW BASED ON THE GROUND
THAT PLAINTIFFS, IDENTIFIED ON ATTACHED EXHIBIT A, CANNOT BE FOUND
OR FAIL TO RESPOND TO COMMUNICATIONS FROM COUNSEL**

Comes now, Foshee & Yaffe, associated counsel for Plaintiffs identified in attached Exhibit A, and files this Motion to Withdraw, and states as follows:

1. Counsel for Plaintiffs seeks to withdraw from representation from Plaintiffs who cannot be found or fail to respond to communications from counsel.

2. Counsel has undertaken all reasonable efforts to locate these Plaintiffs to confer regarding the Vioxx settlement program, but counsel has been unsuccessful.

3. Attached hereto is Exhibit A, counsel's listing of Plaintiffs on which they wish to be withdrawn as counsel.

Wherefore, counsel prays that the Court grants counsel's Motion To Withdraw as counsel for Plaintiffs identified in attached Exhibit A.

Respectfully submitted,

s/M. Blake Yaffe
M. Blake Yaffe
Jerry Foshee
Alex Yaffe
Foshee & Yaffe
12231 South May
Oklahoma City, OK 73170
(405) 632-6668; (405) 632-3036

## CERTIFICATE OF SERVICE

I, M. Blake Yaffe, hereby certify that on April 20, 2009, a true copy of the foregoing was filed electronically, and notice was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ M. Blake Yaffe
Attorney for Plaintiff
