UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIRGINIA OLLER, ET AL * | |
| MARY THOMPSON, ET AL * | MDL Docket No. 1657 |
| Plaintiffs * | |
| * | Section L |
| v. * | |
| * | Judge Fallon |
| MERCK & CO., INC. * | |
| Defendants * | |
| * | Magistrate Judge Knowles |
| Case No. 2:05-CV-01102 and | |
| Case No. 2:06-CV-00433 * | |

ORDER GRANTING MOTION TO WITHDRAW BASED ON THE GROUND
THAT PLAINTIFFS, IDENTIFIED ON ATTACHED EXHIBIT A, CANNOT BE FOUND
OR FAILS TO RESPOND TO COMMUNICATIONS FROM COUNSEL

Before this Court is Counsel's Motion to Withdraw as counsel for Plaintiffs identified in attached Exhibit A to the Motion to Withdraw. After consideration of the matter, the Court finds the motion well taken. Accordingly, the Court grants the Motion and orders that FOSHEE & YAFFE, is no longer attorney for the Plaintiffs, identified in Exhibit A of the Motion to Withdraw, and has no further responsibilities in that regard.

IT IS SO ORDERED.

_____
Judge Fallon
United States District Court Judge

Date:_____