**EXHIBIT A**

| Last Name | First Name | Case Caption | Docket # |
|---|---|---|---|
| Carney | Karen Lee | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Chapel | Marchell | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Clark | Fred | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Fischer | Michael | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Gaines | William | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Hale | Julia | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Hammon | Jan | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Huff | Michele | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Johnson | Reba | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Killman | Brian | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Messenger | Raymond | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Morrell | Janice Faye | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Petrash | Barbara | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Porter | Tammantha | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Smith | Lavoid | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Starks | Lula | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| Fortune | Carol | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |
| Thompson | Beverly Jo | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |
| Trimble | Sandinia | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |