

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L
2009 APR 21  AM 8: 20
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

MARY THOMPSON, ET AL

**PLAINTIFF**

V.                                                   CASE NO. 2:06-cv-00433-EEF-DEK

MERCK & CO., INC.                                    **DEFENDANT**

## NOTICE OF APPEARANCE

**COMES NOW**, David McMullan, Don Barrett, and Walter Hagedorn, of Barrett Law Office, P.A., 404 Court Square North, Lexington, Mississippi 39095, and provides notice of their appearances as additional counsel of record for Plaintiffs in the above-captioned case.

Respectfully submitted, on this 20th day of April, 2009

PLAINTIFF: Mary Thompson, et al

BY:   s/David McMullan
      David McMullan **(MS Bar #99109)**
      BARRETT LAW OFFICE, P.A.
      P.O. Box 987
      Lexington, Mississippi 39095

**OF COUNSEL:**
Don Barrett **(MSB # 2063)**
Walter Hadedorn **(MSB # 99108)**
BARRETT LAW OFFICE, P.A.
P.O. Box 987
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

    I, David McMullan, hereby certify that on April 20, 2009, a true copy of the foregoing was filed electronically, and notice was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                    By: s/David McMullan
                                         David McMullan Bar No. **99109**
                                         Attorney for Plaintiffs
                                         Barrett Law Office. P. A.
                                         P.O. Box 987
                                         Lexington, MS 39095
                                         Telephone: 662.834.2376
                                         Facsimile:   662.834.2628