UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**   *Wagner, et al. v. Merck & Co., Inc., et al.,*
                                          **No. 06-3084 (as to Donald James only)**

<u>**ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL OF RECORD**</u>

Considering the foregoing Motion to Withdraw as Counsel of Record (Rec. Doc. 15464),

IT IS ORDERED that the motion IS GRANTED, and all counsel of record are permitted

to withdraw from representation of Donald James.

New Orleans, Louisiana, this 8th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

1