UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Fosseen v. Merck & Co., Inc.*,
MDL No. 1657, Civil Action No. 08-3863

**ORDER**

The Court has set the Plaintiff's Motion to Remand (Rec. Doc. 17685) for hearing on April 29, 2009. Accordingly, the Court directs the Defendant, Merck & Co., Inc., to file a response to the Plaintiff's motion on or before Wednesday, April 22, 2009.

New Orleans, Louisiana, this 16th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

1