IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>          Products Liability Litigation | MDL No. 1657<br><br>Section L<br><br>Eldon E. Fallon, U. S. District Judge<br>Daniel E. Knowles, III, U. S. Magistrate Judge |
| THIS DOCUMENT RELATES TO: | |
| JOHN MATTHEWS,<br>                              Plaintiff,<br>and<br><br>WISCONSIN PHYSICIANS SERVICE INSURANCE CORPORATION,<br><br>                    Involuntary Plaintiff,<br>      v.<br><br>MERCK & CO., INC.,<br>                              Defendant. | Civil Action No: 2:06-cv-5606 |

**ORDER**

Upon due consideration of Plaintiffs' counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well taken, and that same should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that the law firms of Williamson & Williams; Keller Rohrback L.L.P.; and Lawton & Cates, S.C.; and their attorneys are withdrawn as attorneys for Plaintiffs.

IT IS SO ORDERED.

DATED: __April    8th_____, 2009

_____
Honorable Eldon E. Fallon
United States District Court Judge
Eastern District of Louisiana

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing proposed Order has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand-delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8th day of December, 2008.

By /s/ Amy Hanson
Amy N.L. Hanson
WSBA No. 28589
Attorneys for Plaintiffs John Matthews
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98104
Telephone: 206-623-1900
Facsimile: 206-623-3384
ahanson@kellerrohrrback.com