## Exhibit A
First Supplemental Enrollment OSC

|  | Counsel | Claimant | VCN | Current Deficiencies[1] | O. CAP 2008-1 Compliance | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Duff, Eloise T. | 1001689 | ** | CAP Compliant | Tolling Claimant | |
| 2. | Becnel Law Firm, LLC | Mayo, William | 1088449 | R-32 | CAP Compliant | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 3. | Becnel Law Firm, LLC | Thompson, Glenn G. | 1088366 | R-32 | CAP Compliant | Tolling Claimant | |
| 4. | Becnel Law Firm, LLC | Williams, William | 1088374 | R-32 | CAP Compliant | Tolling Claimant | |
| 5. | Bice Palermo & Veron, LLC | Guillory, Kevin | 1081596 | R-7 | Did Not Try CAP | Thibodeaux, Geneva v. Merck & Co., Inc. | 2:05-cv-02920-EEF-DEK |
| 6. | Carey & Danis, LLC | Criglar, Ida B. | 1094575 | ** | CAP Compliant | Criglar, Ida v. Merck & Co., Inc. | 2:06-cv-11082-EEF-DEK |
| 7. | Carey & Danis, LLC | Hall, Patricia E. | 1094995 | R-7 | Did Not Try CAP | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK |
| 8. | Carey & Danis, LLC | Howell, Sr., Rudolph | 1095143 | R-32 | CAP Compliant | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 9. | Carey & Danis, LLC | Mann, Georgia | 1111909 | ** | CAP Compliant | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 10. | Cellino & Barnes, P.C. | Dingler, Jimmy | 1075486 | R-31 | Did Not Try CAP | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |

---

[1] An "**" means that Claimant has recently submitted additional supplemental cure materials that are being reviewed. Claimant should confer with the Claims Administrator to confirm whether this recently submitted material is non-deficient.

| | Counsel | Claimant | VCN | Current Deficiencies[1] | O. CAP 2008-1 Compliance | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 11. | Cellino & Barnes, P.C. | Hensley, Louis | 1075820 | ** | CAP Compliant | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 12. | Cellino & Barnes, P.C. | Mack, Dorothy | 1076207 | ** | CAP Compliant | Haskin, Terry L. v. Merck & Co., Inc. | 2:07-cv-01394-EEF-DEK |
| 13. | Cellino & Barnes, P.C. | Moore, James | 1076399 | ** | CAP Compliant | Woods, Veda v. Merck & Co., Inc. | 2:08-cv-00327-EEF-DEK |
| 14. | D'Amico, Frank J., Jr., APLC | Taylor, Bessie H. | 1100274 | R-7 | CAP Compliant | Anderson, Harold v. Merck & Co., Inc. | 2:05-cv-04428-EEF-DEK |
| 15. | Fenstersheib, Robert J. and Associates, P.A., Law Offices of | Noecker, Douglas | 1080079 | ** | Did Not Try CAP | Noecker, Douglas v. Merck & Co., Inc. | 2:06-cv-02647-EEF-DEK |
| 16. | Freese & Goss, PLLC | Bynum, Joseph D. | 1067478 | ** | Did Not Try CAP | Tolling Claimant | |
| 17. | Freese & Goss, PLLC | Guillen, Josefina | 1067598 | R-37a | Did Not Try CAP | Tolling Claimant | |
| 18. | Freese & Goss, PLLC | Radtke, William R. | 1067776 | R-16; R-23; R-32 | CAP Compliant | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 19. | Gallagher Law Firm (TX) | Anderson, Mylo | 1104347 | R-12 | CAP Compliant | Tolling Claimant | |
| 20. | Gallagher Law Firm (TX) | Boeckner, Joseph | 1104727 | ** | CAP Compliant | Tolling Claimant | |
| 21. | Gallagher Law Firm (TX) | Carnell-Franklin, Fannie | 1104421 | ** | Did Not Try CAP | Franklin, Fannie C. v. Merck & Co., Inc. | 2:08-cv-00604-EEF-DEK |
| 22. | Gallagher Law Firm (TX) | Couch, Geneva | 1104846 | ** | Did Not Try CAP | Bush, Juanetta v. Merck & Co., Inc. | 2:06-cv-01904-EEF-DEK |

|     | Counsel | Claimant | VCN | Current Deficiencies[1] | O. CAP 2008-1 Compliance | Case Caption | Docket Number |
|-----|---------|----------|-----|------------------------|--------------------------|--------------|---------------|
| 23. | Gallagher Law Firm (TX) | Durall, June | 1104471 | R-37e | Did Not Try CAP | Tolling Claimant | |
| 24. | Gallagher Law Firm (TX) | Gibson, Annie Ruth | 1104630 | ** | CAP Compliant | Tolling Claimant | |
| 25. | Gallagher Law Firm (TX) | Hatten, William | 1104380 | ** | Did Not Try CAP | Tolling Claimant | |
| 26. | Gallagher Law Firm (TX) | Henry, Vanessa | 1104543 | ** | Did Not Try CAP | Tolling Claimant | |
| 27. | Gallagher Law Firm (TX) | Hoskins, Kathleen | 1104555 | ** | Did Not Try CAP | Anderson, Jerry v. Merck & Co., Inc. | 2:06-cv-01902-EEF-DEK |
| 28. | Gallagher Law Firm (TX) | Johnston, William | 1104571 | ** | Did Not Try CAP | Tolling Claimant | |
| 29. | Gallagher Law Firm (TX) | Kaske, Keith | 1104574 | ** | Did Not Try CAP | Kaske, Keith v. Merck & Co., Inc. | 2:08-cv-00615-EEF-DEK |
| 30. | Gallagher Law Firm (TX) | Kazik, Jennifer | 1104575 | R-30 | Did Not Try CAP | Kazik, Jennifer v. Merck & Co., Inc. | 2:08-cv-00616-EEF-DEK |
| 31. | Gallagher Law Firm (TX) | Moore, Vivian P. | 1104651 | ** | CAP Compliant | Tolling Claimant | |
| 32. | Gallagher Law Firm (TX) | Payne, Peggy | 1104676 | ** | Not CAP Compliant | Tolling Claimant | |
| 33. | Gallagher Law Firm (TX) | Rippelmeyer, Nadine | 1104713 | ** | Did Not Try CAP | Rippelmeyer, Nadine v. Merck & Co., Inc. | 2:08-cv-00636-EEF-DEK |
| 34. | Gallagher Law Firm (TX) | Sowles, Verlyn Eugene | 1104764 | ** | Did Not Try CAP | Sowles, Verlyn E. v. Merck & Co., Inc. | 2:08-cv-00642-EEF-DEK |
| 35. | Gallagher Law Firm (TX) | Washington, Artie | 1104810 | R-30 | Did Not Try CAP | Washington, Artie v. Merck & Co., Inc. | 2:08-cv-00651-EEF-DEK |

| | Counsel | Claimant | VCN | Current Deficiencies[1] | O. CAP 2008-1 Compliance | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 36. | Goldberg, Persky & White, PC | Graham, Jr., Donald R. | 1073574 | R-7 | CAP Compliant | Graham, Donald v. Merck & Co., Inc. | 2:05-cv-04637-EEF-DEK |
| 37. | Herman, Herman, Katz & Cotler, LLP | Kern, Nettie H. | 1081131 | R-7 | Did Not Try CAP | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| 38. | Irwin & Boesen, P.C. | Jabs, Henry H. | 1080395 | R-7 | Did Not Try CAP | Tolling Claimant | |
| 39. | Lamb Firm, LLC, The | Lorenzo-Nieves, Felicita | 1050972 | R-31 | Not CAP Compliant | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 40. | Lamb Firm, LLC, The | Ortiz-Ortiz, Maria M. | 1051052 | R-12 | Did Not Try CAP | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 41. | Lamb Firm, LLC, The | Ryan-Guzman, Guillermo | 1051174 | R-15 | Did Not Try CAP | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 42. | Lamb Firm, LLC, The | Villegas-Rodriguez, Francisca | 1051254 | R-30 | Not CAP Compliant | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 43. | Lamb Firm, LLC, The | Zayas-Zayas, Bernabela | 1051259 | R-30; R-31 | Not CAP Compliant | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 44. | Langston & Langston, PLLC | Young, Louise | 1097516 | ** | CAP Compliant | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK |
| 45. | Levensten Law Firm, P.C. | Young, Louis M. | 1111954 | R-7 | Did Not Try CAP | Tolling Claimant | |
| 46. | Matthews & Associates | Murthil, Favin P. | 1083583 | R-32 | CAP Compliant | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |

| | Counsel | Claimant | VCN | Current Deficiencies[1] | O. CAP 2008-1 Compliance | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 47. | McGraw Law Offices | Hinkle, David J. | 1108361 | ** | Did Not Try CAP | Brumfield, Donald v. Merck & Co., Inc. | 2:07-cv-01407-EEF-DEK |
| 48. | McGraw Law Offices | Quarles, Greta G. | 1108374 | ** | Did Not Try CAP | Brumfield, Donald v. Merck & Co., Inc. | 2:07-cv-01407-EEF-DEK |
| 49. | Obioha, Pius A., Law Offices of, LLC | Knapper, Ann | 1118708 | R-30 | Not CAP Compliant | Tolling Claimant | |
| 50. | Penton, Ronnie G., Law Offices of | Watson, Michael K. | 1105634 | ** | Did Not Try CAP | Tolling Claimant | |
| 51. | Pittman, Dutton, Kirby & Hellums, P.C. | Johnson, Irene J. | 1038654 | R-6 | CAP Compliant | Woodruff, Charlotte v. Merck & Co., Inc. | 2:05-cv-06383-EEF-DEK |
| 52. | Pro Se | Abdel Malek, Mounir R. | 1058866 | ** | Did Not Try CAP | Tolling Claimant | |
| 53. | Pro Se | Chase, Vivian L. | 1113358 | ** | Did Not Try CAP | Tolling Claimant | |
| 54. | Pro Se | Crawford, Odell Richmond | 1120988 | ** | Did Not Try CAP | Tolling Claimant | |
| 55. | Pro Se | Ferrell, Janice Faye | 1080399 | ** | Did Not Try CAP | Tolling Claimant | |
| 56. | Pro Se | Grasley, John Phillip | 1113780 | ** | Did Not Try CAP | Tolling Claimant | |
| 57. | Pro Se | Hodge, Althea | 1114052 | ** | Did Not Try CAP | Tolling Claimant | |
| 58. | Pro Se | Jones, Johnie M. | 1082519 | R-6 | CAP Compliant | Tolling Claimant | |

| | Counsel | Claimant | VCN | Current Deficiencies[1] | O. CAP 2008-1 Compliance | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 59. | Pro Se | Jones, Mary Frances | 1108571 | R-7 | Did Not Try CAP | Tolling Claimant | |
| 60. | Pro Se | Mcalister, Margetart Jean | 1107614 | ** | Did Not Try CAP | Tolling Claimant | |
| 61. | Pro Se | Miley, Abbieline R. | 1113499 | ** | Did Not Try CAP | Tolling Claimant | |
| 62. | Pro Se | Miller, Claudest M. | 1059134 | R-7 | Did Not Try CAP | Tolling Claimant | |
| 63. | Pro Se | Nagel, Lois B. | 1058861 | ** | Did Not Try CAP | Tolling Claimant | |
| 64. | Pro Se | Pickrom, James Charles | 1058004 | R-6 | CAP Compliant | Tolling Claimant | |
| 65. | Pro Se | Powe, Helen Ann | 1113225 | R-7 | Did Not Try CAP | Tolling Claimant | |
| 66. | Pro Se | Pugliese, Cindy Marie | 1113545 | R-7 | Did Not Try CAP | Tolling Claimant | |
| 67. | Pro Se | Riney, Dorothy Ophelia | 1111074 | ** | Did Not Try CAP | Tolling Claimant | |
| 68. | Pro Se | Southard #0382560, Larry Ray | 1080691 | ** | Did Not Try CAP | Southard, Larry R. v. Merck & Co., Inc. | 2:06-cv-00320-EEF-DEK |
| 69. | Pro Se | Thompkins, Virginia P. | 1113807 | ** | Not CAP Compliant | Tolling Claimant | |
| 70. | Pro Se | Thompson, Melody D. | 1113239 | ** | Did Not Try CAP | Tolling Claimant | |
| 71. | Pro Se | Welke, Leroy Alfred | 1056214 | R-15; R-7 | Did Not Try CAP | Tolling Claimant | |

| | Counsel | Claimant | VCN | Current Deficiencies[1] | O. CAP 2008-1 Compliance | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 72. | Pro Se | White, Frank | 1069237 | ** | Did Not Try CAP | Tolling Claimant | |
| 73. | Pro Se | Williams, Loretta | 1107613 | ** | Did Not Try CAP | Tolling Claimant | |
| 74. | Pro Se | Woodard, Deloris | 1082619 | ** | CAP Compliant | Tolling Claimant | |
| 75. | Pro Se | Ziemak, Eugeniusz | 1087525 | ** | CAP Compliant | Tolling Claimant | |
| 76. | Schmidt, Douglas M., APLC | Reid, Wallace | 1061732 | R-7 | Did Not Try CAP | Reid, Wallace Jr. v. Merck & Co., Inc. | 2:07-cv-01640-EEF-DEK |
| 77. | Silverman & Fodera | Lindsey, Gerald | 1073482 | R-12 | Did Not Try CAP | Tolling Claimant | |
| 78. | Weitz & Luxenberg, P.C. | Choice, Arbie | 1030789 | R-7 | Did Not Try CAP | Tolling Claimant | |
| 79. | Weitz & Luxenberg, P.C. | Winget, Ronald E. | 1035648 | R-16; R-17; R-32; | CAP Compliant | Tolling Claimant | |
| 80. | Weykamp, Paul A., Law Offices of | Biensach, Frederick | 1108893 | R-36; R-7 | Did Not Try CAP | Biensach, Doris v. Merck & Co., Inc. | 2:05-cv-05115-EEF-DEK |
| 81. | Whitehead Law Firm | Lawson, Earlma | 1081872 | R-30 | Did Not Try CAP | Tolling Claimant | |
| 82. | Wilner Block, P.A. | Carroll, Janet Marie | 1093487 | R-7 | CAP Compliant | Carroll, Lisa M. v. Merck & Co., Inc. | 2:05-cv-04441-EEF-DEK |
| 83. | Young Firm, The | Gifford, Robin | 1078769 | R-7 | Did Not Try CAP | Gifford, Robin v. Merck & Co., Inc. | 2:06-cv-06431-EEF-DEK |
| 84. | Young Firm, The | Pinegar, Harold D. | 1078722 | R-7 | Did Not Try CAP | Pinegar, Harold v. Merck & Co., Inc. | 2:05-cv-04286-EEF-DEK |

| | Counsel | Claimant | VCN | Current Deficiencies[1] | O. CAP 2008-1 Compliance | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 85. | Young Firm, The | Prill, Sandra K. | 1078725 | R-7 | Did Not Try CAP | Prill, Sandra K. v. Merck & Co., Inc. | 2:06-cv-05823-EEF-DEK |