*Exhibit A*
*Second Supplemental Enrollment OSC*
*(Fundamental Flaws)*

|  | Cousnel | Claimant | VCN | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | Becnel Law Firm, LLC | Cianni, Beatrice A. | 1025295 | R-1 | Accord, Vern v. Merck & Co., Inc. | 2:05-cv-04448-EEF-DEK |
| 2. | Becnel Law Firm, LLC | Harris, Tracy L. | 1025316 | R-1 | Arthur, Byron v. Merck & Co., Inc. | 2:05-cv-04445-EEF-DEK |
| 3. | Becnel Law Firm, LLC | Stephens, Jomayne R. | 1025352 | R-1, R-32 | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK |
| 4. | Bowersox Law Firm, P.C. | Moody, Richard A. | 1025335 | R-1, R-6 | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK |
| 5. | Carey & Danis, LLC | Howell, Sr., Rudolph | 1095143 | R-32 | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 6. | Cellino & Barnes, P.C. | Zimmerman, Rose | 1077318 | R-32 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 7. | Hingle, Michael and Associates | Davis, Debra W. | 1072010 | R-1 | Charpentier, Matt D. v. Merck & Co., Inc. | 2:05-cv-04458-EEF-DEK |
| 8. | Lamb Firm, LLC, The | Arroyo-Crespo, Alejandrina | 1050759 | R-1, R-6, R-32 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 9. | Matthews & Associates | Skipper, Bobby L. | 1082830 | R-32 | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 10 | Phillips & Associates | Brown, Robert | 1010946 | R-1, R-32 | Brown, Robert A. v. Merck & Co., Inc. | 2:07-cv-00833-EEF-DEK |
| 11 | Phillips & Associates | Joseph, Irma | 1011026 | R-1, R-32 | Joseph, Judy v. Merck & Co., Inc. | 2:07-cv-00758-EEF-DEK |
| 12 | Pro Se | Bobo, Barbara A. | 1113389 | R-1 | MDL Claimant v. Merck & Co., Inc. | Tolling |

|    | Cousnel | Claimant | VCN | Deficiency | Case Caption | Docket Number |
|----|---------|----------|-----|------------|--------------|---------------|
| 13 | Pro Se | Corbett, Mary D. | 1113323 | R-6 | MDL Claimant v. Merck & Co., Inc. | Tolling |
| 14 | Pro Se | Faniel, Lawrence | 1054901 | R-6 | MDL Claimant v. Merck & Co., Inc. | Tolling |
| 15 | Pro Se | Fitzhugh, Kenneth Ray | 1109117 | R-6 | MDL Claimant v. Merck & Co., Inc. | Tolling |
| 16 | Pro Se | Hutton, Judy A. | 1065338 | R-6 | MDL Claimant v. Merck & Co., Inc. | Tolling |
| 17 | Pro Se | Jackson, Alvin Leonard | 1062935 | R-6 | Bradford, Annie v. Merck & Co., Inc. | 2:05-cv-02328-EEF-DEK |
| 18 | Pro Se | Jones, Homer | 1069884 | R-6 | Jones, Homer v. Merck & Co., Inc. | 2:06-cv-09803-EEF-DEK |
| 19 | Pro Se | Perkins, Lucille | 1122405 | R-6, R-32 | Aaron, Caffie v. Merck & Co., Inc. | 2:07-cv-08076-EEF-DEK |
| 20 | Schmidt, Douglas M., APLC | Frank, Barbara | 1061701 | R-32 | Frank, Barbara v. Merck & Co., Inc. | 2:07-cv-01645-EEF-DEK |
| 21 | Schmidt, Douglas M., APLC | Gordon, Margaret | 1061707 | R-32 | Gordon, Margaret v. Merck & Co., Inc. | 2:07-cv-01655-EEF-DEK |
| 22 | Weitz & Luxenberg, P.C. | Thomas, Lula | 1035309 | R-32 | MDL Claimant v. Merck & Co., Inc. | Tolling |