*Exhibit B*
*Second Supplemental Enrollment OSC*
*(Counsel Certifications)*

| | **Counsel** | **Claimant** | **VCN** | **Deficiency** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|---|
| 1. | Becnel Law Firm, LLC | Cianni, Beatrice A. | 1025295 | R-9 | Accord, Vern v. Merck & Co., Inc. | 2:05-cv-04448-EEF-DEK |
| 2. | Becnel Law Firm, LLC | Harris, Tracy L. | 1025316 | R-9 | Arthur, Byron v. Merck & Co., Inc. | 2:05-cv-04445-EEF-DEK |
| 3. | Becnel Law Firm, LLC | Stephens, Jomayne R. | 1025352 | R-9 | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK |
| 4. | Berke & Lubell, P.A. | Kovack, Joseph T. | 1121366 | R-41 | Kovack, Joseph T. v. Merck & Co., Inc. | 2:08-cv-01405-EEF-DEK |
| 5. | Bowersox Law Firm, P.C. | Moody, Richard A. | 1025335 | R-12 | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK |
| 6. | Cellino & Barnes, P.C. | Anderson, Ernest F. | 1075019 | R-11, R-12 | Anderson, Cindy v. Merck & Co., Inc. | 2:06-cv-03621-EEF-DEK |
| 7. | Cellino & Barnes, P.C. | Becker, Donald | 1075089 | R-12 | Becker, Mark D. v. Merck & Co., Inc. | 2:08-cv-01120-EEF-DEK |
| 8. | Foley & Small | Weissmann, Roger J. | 1058991 | R-41 | Weissmann, Roger v. Merck & Co., Inc. | 2:05-cv-04802-EEF-DEK |
| 9. | Gallagher Law Firm (TX) | Anderson, Mylo | 1104347 | R-12 | MDL Claimant v. Merck & Co., Inc. | Tolling |
| 10. | Lamb Firm, LLC, The | Ortiz-Ortiz, Maria M. | 1051052 | R-12 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 11. | Silverman & Fodera | Lindsey, Gerald | 1073482 | R-12 | MDL Claimant v. Merck & Co., Inc. | Tolling |