<u>*Exhibit C*</u>
*Second Supplemental Enrollment OSC*
*(Special State Releases)*

| Counsel | Claimant | VCN | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|
| Pro Se | Jackson, Alvin Leonard | 1062935 | R-33b | Bradford, Annie v. Merck & Co., Inc. | 2:05-cv-02328-EEF-DEK |
| Pro Se | Jones, Homer | 1069884 | R-39 | Jones, Homer v. Merck & Co., Inc. | 2:06-cv-09803-EEF-DEK |