*Exhibit D*
*Second Supplemental Enrollment OSC*
*(Deceased Claimants)*

|  | Counsel | Claimant | VCN | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | Andrews & Thornton | Mcglothlin, Fredrick | 1104960 | R-37a | Winfree, Lillie v. Merck & Co., Inc. | 2:06-cv-05907-EEF-DEK |
| 2. | Bowersox Law Firm, P.C. | Moody, Richard A. | 1025335 | R-37b | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK |
| 3. | Carey & Danis, LLC | Blick, Ernest | 1094268 | R-37i | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 4. | Carey & Danis, LLC | Bogle, Thomas | 1094277 | R-37j | Wagner, Robyn v. Merck & Co., Inc. | 2:05-cv-03138-EEF-DEK |
| 5. | Carey & Danis, LLC | Short, Elizabeth | 1096170 | R-37i | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK |
| 6. | Cellino & Barnes, P.C. | Anderson, Ernest F. | 1075019 | R-30 | Anderson, Cindy v. Merck & Co., Inc. | 2:06-cv-03621-EEF-DEK |
| 7. | Cellino & Barnes, P.C. | Becker, Donald | 1075089 | R-30 | Becker, Mark D. v. Merck & Co., Inc. | 2:08-cv-01120-EEF-DEK |
| 8. | Cellino & Barnes, P.C. | Hassenfratz, Patricia | 1075791 | R-37d | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 9. | Cellino & Barnes, P.C. | Stempowski, Bertha | 1076984 | R-31 | Hunt, Mattie v. Merck & Co., Inc. | 2:06-cv-01165-EEF-DEK |
| 10. | Driggs Bills & Day PC | Friesz, Betty G. | 1058940 | R-30 | Allred, Terry v. Merck & Co., Inc. | 2:06-cv-04050-EEF-DEK |
| 11. | Dumas & Associates Law Firm, LLC | Duplechin, Joseph Whitney | 1105825 | R-37b; R-37c | NA | Tolling |
| 12. | Freese & Goss, PLLC | Hanneman, Aldred | 1067610 | R-37i | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |

|  | Counsel | Claimant | VCN | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 13. | Gallagher Law Firm (TX) | Brown, Jean | 1104394 | R-37i | MDL Claimant v. Merck & Co., Inc. | Tolling |
| 14. | Gallagher Law Firm (TX) | Durall, June | 1104471 | R-37e | MDL Claimant v. Merck & Co., Inc. | Tolling |
| 15. | Gallagher Law Firm (TX) | Jones, Lottie | 1104558 | R-30 | MDL Claimant v. Merck & Co., Inc. | Tolling |
| 16. | Gallagher Law Firm (TX) | Lindsey, Deanna | 1104415 | R-30 | Calcavecchia, Leo v. Merck & Co., Inc. | 2:06-cv-07081-EEF-DEK |
| 17. | Herman, Herman, Katz & Cotler, LLP | Washington, David | 1081190 | R-30 | Washington, Rose v. Merck & Co., Inc. | 2:07-cv-07077-EEF-DEK |
| 18. | Hossley Embry, LLP | Woj, Chester | 1081479 | R-30 | Woj, Chester v. Merck & Co., Inc. | 2:05-cv-01139-EEF-DEK |
| 19. | Lamb Firm, LLC, The | Zayas-Zayas, Bernabela | 1051259 | R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 20. | Matthews & Associates | Collier, Sarah A. | 1084127 | R-37c | MDL Claimant v. Merck & Co., Inc. | Tolling |
| 21. | Matthews & Associates | Johnson, Linda F. | 1082955 | R-30 | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| 22. | Matthews & Associates | Mitchell, Dorothy J. | 1082989 | R-30 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 23. | Matthews & Associates | Mitchell, Ollie M. | 1083735 | R-30 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 24. | Matthews & Associates | Ortiz Munoz, Nicolasa | 1082662 | R-37h | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 25. | Matthews & Associates | Santiago, Constancia | 1082818 | R-37h | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK |

| | Counsel | Claimant | VCN | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 26. | Phillips & Associates | Brown, Robert | 1010946 | R-30 | Brown, Robert A. v. Merck & Co., Inc. | 2:07-cv-00833-EEF-DEK |
| 27. | Phillips & Associates | Joseph, Irma | 1011026 | R-30 | Joseph, Judy v. Merck & Co., Inc. | 2:07-cv-00758-EEF-DEK |
| 28. | Pro Se | Fitzhugh, Kenneth Ray | 1109117 | R-30 | MDL Claimant v. Merck & Co., Inc. | Tolling |
| 29. | Pro Se | Perkins, Lucille | 1122405 | R-30 | Aaron, Caffie v. Merck & Co., Inc. | 2:07-cv-08076-EEF-DEK |
| 30. | Pro Se | Popov, Sava | 1056078 | R-37i | Popov, Jasmina v. Merck & Co., Inc. | 2:05-cv-03170-EEF-DEK |
| 31. | Robinson, Calcagnie & Robinson | Rutledge, Nancy | 1037329 | R-30 | Regan, Sean v. Merck & Co., Inc. | 2:05-cv-06354-EEF-DEK |