*Exhibit E*
**Second Supplemental Enrollment OSC**
*(Notarization Issues)*

|   | Counsel | Claimant | VCN | Deficiency | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | Berke & Lubell, P.A. | Kovack, Joseph T. | 1121366 | R-19 | Kovack, Joseph T. v. Merck & Co., Inc. | 2:08-cv-01405-EEF-DEK |
| 2. | Bowersox Law Firm, P.C. | Nichols, Nancy E. | 1025339 | R-21 | Nichols, Nancy E. v. Merck & Co., Inc. | 2:06-cv-03737-EEF-DEK |
| 3. | Branch Law Firm | Fortner, Larry | 1052305 | R-36 | Fortner, Larry v. Merck & Co., Inc. | 2:08-cv-01020-EEF-DEK |
| 4. | Branch Law Firm | Gallegos, Reynaldo | 1052341 | R-36 | Fortner, Larry v. Merck & Co., Inc. | 2:08-cv-01020-EEF-DEK |
| 5. | Cellino & Barnes, P.C. | Grochowiak, Camille | 1075731 | R-28 | Brown, Betty v. Merck & Co., Inc. | 2:06-cv-01186-EEF-DEK |
| 6. | Foley & Small | Licini, Richard A. | 1058995 | R-26 | Licini, Richard v. Merck & Co., Inc. | 2:06-cv-05754-EEF-DEK |
| 7. | Levin Fishbein Sedran & Berman | Mclaughlin, Richard F. | 1009100 | R-24; R-36 | McLaughlin, Richard F. v. Merck & Co., Inc. | 2:06-cv-03911-EEF-DEK |
| 8. | Pro Se | Bell, Danny Louis | 1058986 | R-15 | Bell, Danny v. Merck & Co., Inc. | 2:05-cv-01243-EEF-DEK |
| 9. | Pro Se | Fitzhugh, Kenneth Ray | 1109117 | R-36, R-24 | MDL Claimant v. Merck & Co., Inc. | Tolling |
| 10. | Pro Se | Jones, Homer | 1069884 | R-36 | Jones, Homer v. Merck & Co., Inc. | 2:06-cv-09803-EEF-DEK |
| 11. | Pro Se | Leanos, Juan D. | 1011048 | R-15 | Leanos, Juan v. Merck & Co., Inc. | 2:07-cv-00831-EEF-DEK |
| 12. | Pro Se | Perkins, Lucille | 1122405 | R-15, R-22 | Aaron, Caffie v. Merck & Co., Inc. | 2:07-cv-08076-EEF-DEK |