*Exhibit F*
*Second Supplemental Enrollment OSC*
*(Derivative Claims)*

|  | Counsel | Claimant | VCN | Case Caption | Docket Number Current |
|---|---|---|---|---|---|
| 1. | Becnel Law Firm, LLC | Stephens, Jomayne R. | 1025352 | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK |
| 2. | Branch Law Firm | Archuleta, Fabiola | 1051624 | Alarid, JoAnne v. Merck & Co., Inc. | 2:08-cv-01019-EEF-DEK |
| 3. | Branch Law Firm | Gonzales, Stella | 1052408 | Gonzales, Stella v. Merck & Co., Inc. | 2:08-cv-01021-EEF-DEK |
| 4. | Branch Law Firm | Gonzales, Teresa | 1052409 | Fortner, Larry v. Merck & Co., Inc. | 2:08-cv-01020-EEF-DEK |
| 5. | Branch Law Firm | Grahn, Colleen Kay | 1052425 | Gonzales, Stella v. Merck & Co., Inc. | 2:08-cv-01021-EEF-DEK |
| 6. | Branch Law Firm | Gutierrez, Mary D. | 1052472 | Gonzales, Stella v. Merck & Co., Inc. | 2:08-cv-01021-EEF-DEK |
| 7. | Branch Law Firm | Nolan, Robert | 1053179 | Koenig, Denise E. v. Merck & Co., Inc. | 2:08-cv-00862-EEF-DEK |
| 8. | Cellino & Barnes, P.C. | Becker, Donald | 1075089 | Becker, Mark D. v. Merck & Co., Inc. | 2:08-cv-01120-EEF-DEK |
| 9. | Cellino & Barnes, P.C. | Drapkin, Beatrice | 1075520 | Chalmers, Stephen v. Merck & Co., Inc. | 2:08-cv-00357-EEF-DEK |
| 10 | Coon, Brent & Associates | Holmes, Irene | 1023310 | Thompson, Heather M. v. Merck & Co., Inc. | 2:08-cv-00131-EEF-DEK |
| 11 | Lamb Firm, LLC, The | Arroyo-Crespo, Alejandrina | 1050759 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 12 | Matthews & Associates | Rodriguez Marquez, Manuel | 1082929 | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |

|  | Counsel | Claimant | VCN | Case Caption | Docket Number Current |
|---|---|---|---|---|---|
| 13 | Phillips & Associates | Dimond, Tina A. | 1010973 | Dimond, Tina v. Merck & Co., Inc. | 2:07-cv-00797-EEF-DEK |
| 14 | Pro Se | Morocco, Anne | 1062459 | Morocco, Anne v. Merck & Co., Inc. | 2:05-cv-02707-EEF-DEK |
| 15 | Tyner Law Firm, P.A. | Harvey, Alfonzia | 1099493 | Aaron, Caffie v. Merck & Co., Inc. | 2:07-cv-08076-EEF-DEK |
| 16 | Tyner Law Firm, P.A. | Lee, Kenneth | 1099513 | Aaron, Caffie v. Merck & Co., Inc. | 2:07-cv-08076-EEF-DEK |
| 17 | Weitz & Luxenberg, P.C. | Roman Velez, Rafaela | 1032936 | Roman Velez, Rafaela v. Merck & Co., Inc. | 2:06-cv-00109-EEF-DEK |