UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *See Attached Exhibits A, B, C, D, E & F* | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

*******************************************************************

### ORDER TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET
*(Second Supplemental OSC)*

**IT IS ORDERED** that plaintiffs in the cases listed in the attached Exhibits show A, B, C, D, E & F cause on the 8th day of May 2009, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why they have failed to comply fully with the enrollment requirements of the November 9, 2007 Resolution Program. Plaintiffs shall file and serve upon Liaison Counsel any responses to the Rule on or before the 4th Day of May, 2009.

**IT IS FURTHER ORDERED** that plaintiffs on the attached Exhibits A, B, C, D, E & F have until 6:00 p.m. Eastern time, May 4, 2009 to provide non-deficient enrollment materials, or to show good cause why such non-deficient materials cannot be provided. If the deficiencies are not cured by May 4, 2009 and/or plaintiff fails to show good cause why the deficiency cannot be cured, these claims may be subject to dismissal with prejudice and/or any Tolling Agreement rights voided and extinguished, as applicable, or such other relief as the Court deems just and proper.

**IT IS FURTHER ORDERED** that all plaintiffs and their counsel identified in the attached Exhibits A, B, C, D, E & F ***must appear in person in New Orleans at the show***

973412v.1

*cause hearing*. **Failure to appear as required may subject plaintiffs and counsel to contempt proceedings**. Curing the noted enrollment deficiencies by May 4, 2009 will obviate the requirement to attend.

NEW ORLEANS, LOUISIANA, this _____ day of April, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

2

973412v.1