**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Vioxx | *   MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| This document relates to the plaintiffs | * |
| listed on Exhibits 1.1 through 1.7. | *   MAGISTRATE JUDGE |
| | *   KNOWLES |
| | * |
| | * |

*******************************************************************************

## <u>ORDER</u>

Defendant Merck & Co., Inc.'s First Motion, Rule and Incorporated

Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not

Been Met (R. Doc. 18049) came on for hearing on the 15th day of April, 2009.  For the reasons

orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as to all plaintiffs on Exhibits

1.1, 1.2, and 1.3.

**IT IS FURTHER ORDERED** that the motion is deferred as to the plaintiffs on

Exhibit 1.4 until April 29, 2009 at 9:00 a.m.  The plaintiffs on Exhibit 1.4 have until 6:00 p.m.

Eastern time, April 24, 2009 to provide non-deficient enrollment materials.  If the deficiencies

are not cured by April 24, 2009, these claims will be dismissed with prejudice and/or any Tolling

Agreement rights voided and extinguished, as applicable.

**IT IS FURTHER ORDERED** that the claims of all plaintiffs on Exhibit 1.5 be

and they hereby are dismissed with prejudice.

**IT IS FURTHER ORDERED** the claims of all tolling claimants on Exhibit 1.6 be and they hereby are extinguished, and the Tolling Agreement (Notice filed in the MDL Court on June 9, 2005) is hereby voided as to those claimants.

**IT IS FURTHER ORDERED** that plaintiffs on Exhibit 1.7 have been granted a limited extension of time to cure their enrollment deficiencies up to and including May 1, 2009. Accordingly, the motion is deferred as to the plaintiffs on Exhibit 1.7 until May 8, 2009 at 9:00 a.m.  Curing the noted enrollment deficiencies by 6:00 p.m. Eastern time, May 1, 2009 will obviate the requirement to attend the hearing.

NEW ORLEANS, LOUISIANA, this <u>17th</u> day of April, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1

# Exhibit 1.1
## (Motion Withdrawn)

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1058095 | Barrett Law Office, PA (MS) | Sendall, Joy | R-30 | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 2. | 1001689 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Duff, Eloise T. | R-30; R-32 | Tolling Claimant | |
| 3. | 1005192 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Green, Leilah | | Tolling Claimant | |
| 4. | 1002819 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Groene, Joseph | | Tolling Claimant | |
| 5. | 1002819 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Groene, Joseph | | Tolling Claimant | |
| 6. | 1002819 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Groene, Joseph | | Tolling Claimant | |
| 7. | 1004469 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Kidder, James | | Tolling Claimant | |
| 8. | 1088449 | Becnel Law Firm, LLC | Mayo, William | R-32 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 9. | 1088449 | Becnel Law Firm, LLC | Mayo, William | R-32 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 10. | 1088489 | Becnel Law Firm, LLC | Morrow, L Q. | R-30 | Tolling Claimant | |
| 11. | 1088366 | Becnel Law Firm, LLC | Thompson, Glenn G. | R-32 | Tolling Claimant | |
| 12. | 1088366 | Becnel Law Firm, LLC | Thompson, Glenn G. | R-32 | Tolling Claimant | |
| 13. | 1088374 | Becnel Law Firm, LLC | Williams, William | R-32 | Tolling Claimant | |
| 14. | 1088374 | Becnel Law Firm, LLC | Williams, William | R-32 | Tolling Claimant | |
| 15. | 1053614 | Branch Law Firm | Smith, Janie | R-30; R-5 | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK |
| 16. | 1094293 | Carey & Danis, LLC | Bowman, Bradley | | Gaston, Wilma v. Merck & Co., Inc. | 2:05-cv-05293-EEF-DEK |
| 17. | 1094460 | Carey & Danis, LLC | Chester, Sylvester | | Piechoinski, Chris v. Merck & Co., Inc. | 2:05-cv-03807-EEF-DEK |
| 18. | 1094607 | Carey & Danis, LLC | Fletcher, Wilma | R-30; R-5 | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| 19. | 1094905 | Carey & Danis, LLC | Giertuga, Joseph J. | R-37i | Jackson, Gloria v. Merck & Co., Inc. | 2:06-cv-01896-EEF-DEK |
| 20. | 1096207 | Carey & Danis, LLC | Gordon, Dolores | | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 21. | 1095003 | Carey & Danis, LLC | Hamilton, Francis | | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK |

Exhibit 1.1
Page 1 of 6

| 22. | 1095003 | Carey & Danis, LLC | Hamilton, Francis | | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK |
|---|---|---|---|---|---|---|
| 23. | 1095188 | Carey & Danis, LLC | Jackson, Agnes H. | | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK |
| 24. | 1095200 | Carey & Danis, LLC | Jackson, Sarah | | Atkins, Stella v. Merck & Co., Inc. | 2:05-cv-04324-EEF-DEK |
| 25. | 1095337 | Carey & Danis, LLC | Knox, Clarence | R-30 | Hopper, Judith v. Merck & Co., Inc. | 2:06-cv-06240-EEF-DEK |
| 26. | 1095668 | Carey & Danis, LLC | Mitchell, Alexander | R-30 | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK |
| 27. | 1095829 | Carey & Danis, LLC | Pagnotta, Ugo | | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK |
| 28. | 1094427 | Carey & Danis, LLC | Ridge, Laura | | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 29. | 1096378 | Carey & Danis, LLC | Tripp, Emigene | | Raymo, Debra v. Merck & Co., Inc. | 2:05-cv-02568-EEF-DEK |
| 30. | 1096522 | Carey & Danis, LLC | White, Hallard D. | | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK |
| 31. | 1075133 | Cellino & Barnes, P.C. | Blanchard, Doris Elaine | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 32. | 1075540 | Cellino & Barnes, P.C. | Dyche, John T. | | Clark, William v. Merck & Co., Inc. | 2:06-cv-01212-EEF-DEK |
| 33. | 1075786 | Cellino & Barnes, P.C. | Hartman, Nereida | | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 34. | 1075820 | Cellino & Barnes, P.C. | Hensley, Louis | R-33b; R-7 | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 35. | 1075885 | Cellino & Barnes, P.C. | Hummel, Charlene | | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 36. | 1075996 | Cellino & Barnes, P.C. | Kania, Rachel | | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |
| 37. | 1076231 | Cellino & Barnes, P.C. | Marineau, Patsie E. | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 38. | 1076260 | Cellino & Barnes, P.C. | Maxam, Mark | | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 39. | 1076415 | Cellino & Barnes, P.C. | Mote, Donna | | Ando, Donald J. v. Merck & Co., Inc. | 2:06-cv-10629-EEF-DEK |
| 40. | 1076725 | Cellino & Barnes, P.C. | Rodo, Angeline | | Brown, Betty v. Merck & Co., Inc. | 2:06-cv-01186-EEF-DEK |
| 41. | 1111593 | Cox, Cox, Filo, Camel & Wilson | Gallo, Anna H. | | Gallo, Nolan v. Merck & Co., Inc. | 2:06-cv-00989-EEF-DEK |
| 42. | 1029214 | Fenner & Boles LLC | Smith, Margie L. | R-30 | Reed, Thelma v. Merck & Co., Inc. | 2:05-cv-05347-EEF-DEK |
| 43. | 1067431 | Freese & Goss, PLLC | Ard, Patricia | | Gheen, Sherry v. Merck & Co., Inc. | 2:07-cv-03179-EEF-DEK |
| 44. | 1067442 | Freese & Goss, PLLC | Barton, Jerry J. | | Barton, Jerry v. Merck & Co., Inc. | 2:08-cv-01777-EEF-DEK |
| 45. | 1067443 | Freese & Goss, PLLC | Basaca, Alicia M. | | Choice, Helen v. Merck & Co., Inc. | 2:07-cv-06690-EEF-DEK |
| 46. | 1067448 | Freese & Goss, PLLC | Bell, Babette | | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |

Exhibit 1.1
Page 2 of 6

| | | | | | | |
|---|---|---|---|---|---|---|
| 47. | 1067552 | Freese & Goss, PLLC | Fant, Patricia | | Dalton, Dianne v. Merck & Co., Inc. | 2:08-cv-00958-EEF-DEK |
| 48. | 1067578 | Freese & Goss, PLLC | Gibilian, Jean | R-37i; R-37j | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 49. | 1067667 | Freese & Goss, PLLC | Kulas, Mark | | Kulas, Mark v. Merck & Co., Inc. | 2:08-cv-01861-EEF-DEK |
| 50. | 1067738 | Freese & Goss, PLLC | Murfin, Dolores | | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 51. | 1067862 | Freese & Goss, PLLC | Thomas, Ora B. | | Dalton, Dianne v. Merck & Co., Inc. | 2:08-cv-00958-EEF-DEK |
| 52. | 1104471 | Gallagher Law Firm (TX) | Durall, June | R-37e | Tolling Claimant | |
| 53. | 1104471 | Gallagher Law Firm (TX) | Durall, June | R-37e | Tolling Claimant | |
| 54. | 1104511 | Gallagher Law Firm (TX) | Gherman C/o Rosalie Johnson, Constantino | | Gherman, Constantino v. Merck & Co., Inc. | 2:08-cv-00607-EEF-DEK |
| 55. | 1104542 | Gallagher Law Firm (TX) | Hebert, Sandra | | Hebert, Sandra v. Merck & Co., Inc. | 2:08-cv-00613-EEF-DEK |
| 56. | 1104601 | Gallagher Law Firm (TX) | Hughes, Thomas | R-37a | Tolling Claimant | |
| 57. | 1104571 | Gallagher Law Firm (TX) | Johnston, William | R-30 | Tolling Claimant | |
| 58. | 1104571 | Gallagher Law Firm (TX) | Johnston, William | R-30 | Tolling Claimant | |
| 59. | 1104583 | Gallagher Law Firm (TX) | Kimble, Angela | | Allemand, Mary v. Merck | 2:05-cv-04510-EEF-DEK |
| 60. | 1104584 | Gallagher Law Firm (TX) | King, Mark | | King, Mike v. Merck & Co., Inc. | 2:08-cv-00618-EEF-DEK |
| 61. | 1104810 | Gallagher Law Firm (TX) | Washington, Artie | R-30; R-99a | Washington, Artie v. Merck & Co., Inc. | 2:08-cv-00651-EEF-DEK |
| 62. | 1067018 | Hollis, Wright & Harrington | Mcgee, Mary Frances | | Tolling Claimant | |
| 63. | 1067018 | Hollis, Wright & Harrington | Mcgee, Mary Frances | | Tolling Claimant | |
| 64. | 1067018 | Hollis, Wright & Harrington | Mcgee, Mary Frances | | Tolling Claimant | |
| 65. | 1105391 | Jones, Swanson, Huddell & Garrison, L.L.C. | Margin, Deceased, C/o Monique Mcdermott, Cynthia | R-30 | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 66. | 1105391 | Jones, Swanson, Huddell & Garrison, L.L.C. | Margin, Deceased, C/o Monique Mcdermott, Cynthia | R-30 | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 67. | 1051260 | Lamb Firm, LLC, The | Adames De-La-Rosa, Rogelio | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 68. | 1050921 | Lamb Firm, LLC, The | Gutierrez-Mendez, Manuel A. | R-30 | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 69. | 1050927 | Lamb Firm, LLC, The | Hernandez, Reina | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 70. | 1050972 | Lamb Firm, LLC, The | Lorenzo-Nieves, Felicita | R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

Exhibit 1.1
Page 3 of 6

| | | | | | | |
|---|---|---|---|---|---|---|
| 71. | 1050972 | Lamb Firm, LLC, The | Lorenzo-Nieves, Felicita | R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 72. | 1051270 | Lamb Firm, LLC, The | Pion-Baez, Maria | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 73. | 1051271 | Lamb Firm, LLC, The | Ramos-Rodriguez, Rafael | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 74. | 1092421 | Lopez, McHugh LLP | Duclos, Raymond J. | R-37i | Tolling Claimant | |
| 75. | 1092421 | Lopez, McHugh LLP | Duclos, Raymond J. | R-37i | Tolling Claimant | |
| 76. | 1084012 | Matthews & Associates | Brown, Georgia W. | R-30 | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946-EEF-DEK |
| 77. | 1083821 | Matthews & Associates | Crowder, Betty G. | R-30 | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| 78. | 1083672 | Matthews & Associates | Mullins, Christina M. | | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| 79. | 1083583 | Matthews & Associates | Murthil, Favin P. | R-1; R-30; R-32 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 80. | 1083583 | Matthews & Associates | Murthil, Favin P. | R-1; R-30; R-32 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 81. | 1083490 | Matthews & Associates | Ortiz Bastide, Raul | R-30 | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK |
| 82. | 1083283 | Matthews & Associates | Rodriguez Feliciano, Juana R. | | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 83. | 1083379 | Matthews & Associates | Rosario Medina, Migdalia | | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK |
| 84. | 1082691 | Matthews & Associates | Usry, Robert | | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| 85. | 1084191 | Matthews & Associates | Zelina, Joyce D. | R-30 | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 86. | 1098049 | Miller Firm, LLC, The (PA) | Cottrell, William D. | | Ferguson, Bonnie v. Merck & Co., Inc. | 2:07-cv-01827-EEF-DEK |
| 87. | 1098390 | Miller Firm, LLC, The (PA) | Vance, Dean | | Godfrey, Charles E. v. Merck & Co., Inc. | 2:06-cv-09712-EEF-DEK |
| 88. | 1090788 | Myers and Perfater | Kelly, Norman B. | | Kelly, Norman v. Merck & Co., Inc. | 2:06-cv-10413-EEF-DEK |
| 89. | 1118688 | Obioha, Pius A., Law Offices of, LLC | Johnson, Rose M. | | Tolling Claimant | |
| 90. | 1118708 | Obioha, Pius A., Law Offices of, LLC | Knapper, Ann | R-30; R-99a | Tolling Claimant | |
| 91. | 1118711 | Obioha, Pius A., Law Offices of, LLC | Lewis, Cronwell M. | | Tolling Claimant | |
| 92. | 1118693 | Obioha, Pius A., Law Offices of, LLC | Ward, Roy | | Tolling Claimant | |
| 93. | 1038654 | Pittman, Dutton, Kirby & Hellums, P.C. | Johnson, Irene J. | R-37b; R-6 | Woodruff, Charlotte v. Merck & Co., Inc. | 2:05-cv-06383-EEF-DEK |

Exhibit 1.1
Page 4 of 6

| | | | | | | |
|---|---|---|---|---|---|---|
| 94. | 1093242 | Powell and Majestro, PLLC | Holsinger, Susan | | Tolling Claimant | |
| 95. | 1111939 | Pro Se | Akyaamaa, Akosua | | Akyaamaa, Akosua v. Merck & Co., Inc. | 2:07-cv-08080-EEF-DEK |
| 96. | 1118738 | Pro Se | Balli, Ruben | | Tolling Claimant | |
| 97. | 1101188 | Pro Se | Diaz Ramirez, The Estate Of, Trinidad | R-30 | Ramirez, Manuel v. Merck & Co., Inc. | 2:07-cv-00373-EEF-DEK |
| 98. | 1120018 | Pro Se | Essix, Mary Louis | R-30 | Tolling Claimant | |
| 99. | 1082519 | Pro Se | Jones, Johnie M. | R-37i; R-6 | Tolling Claimant | |
| 100 | 1058004 | Pro Se | Pickrom, James Charles | R-30; R-6 | Tolling Claimant | |
| 101 | 1113228 | Pro Se | Reed, Darryl | R-37j | Tolling Claimant | |
| 102 | 1056336 | Pro Se | Strujan, Elena | | Strujan, Elena v. Merck & Co., Inc. | 2:07-cv-00906-EEF-DEK |
| 103 | 1073477 | Silverman & Fodera | Snyder, Erma E. | | Snyder, Richard E. v. Merck & Co., Inc. | 2:05-cv-01105-EEF-DEK |
| 104 | 1073477 | Silverman & Fodera | Snyder, Erma E. | | Snyder, Richard E. v. Merck & Co., Inc. | 2:05-cv-01105-EEF-DEK |
| 105 | 1070024 | Simon Passanante PC | Haley, Jr., Alex | | Spalding, Myrtle v. Merck & Co., Inc. | 2:05-cv-01061-EEF-DEK |
| 106 | 1070024 | Simon Passanante PC | Haley, Jr., Alex | | Spalding, Myrtle v. Merck & Co., Inc. | 2:05-cv-01061-EEF-DEK |
| 107 | 1070028 | Simon Passanante PC | Hampton, Iii, Clarence | R-1; R-32 | Heller, Jacob v. Merck & Co., Inc. | 2:05-cv-01041-EEF-DEK |
| 108 | 1070028 | Simon Passanante PC | Hampton, Iii, Clarence | R-1; R-32 | Heller, Jacob v. Merck & Co., Inc. | 2:05-cv-01041-EEF-DEK |
| 109 | 1070101 | Simon Passanante PC | Larson, Dolores M. | | Politte, Constance v. Merck & Co., Inc. | 2:07-cv-01083-EEF-DEK |
| 110 | 1113727 | Stamps & Stamps | Bracey, Leola | | Bracey, Leola v. Merck & Co., Inc. | 2:08-cv-00145-EEF-DEK |
| 111 | 1113737 | Stamps & Stamps | Brown, Ardell | | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 112 | 1113720 | Stamps & Stamps | Clayton, Autry J. | | Clayton, Autry J. v. Merck & Co., Inc. | 2:07-cv-09401-EEF-DEK |
| 113 | 1113728 | Stamps & Stamps | Cole, James A. | | Bracey, Leola v. Merck & Co., Inc. | 2:08-cv-00145-EEF-DEK |
| 114 | 1113738 | Stamps & Stamps | Hales, Tommy J. | | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 115 | 1113740 | Stamps & Stamps | Heidelberg, Mae R. | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 116 | 1113750 | Stamps & Stamps | Roberts, Margaret N. | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 117 | 1113735 | Stamps & Stamps | Ward, Alonzo | R-99a | Hedrick, Doretha v. Merck & Co., Inc. | 2:08-cv-00150-EEF-DEK |
| 118 | 1079921 | Stipe, Harper Law Firm | Mcwherter, Lloyd | | Tolling Claimant | |

Exhibit 1.1
Page 5 of 6

| 119 | 1079937 | Stipe, Harper Law Firm | Presley Sr., Kenneth D. | | Tolling Claimant | |
|---|---|---|---|---|---|---|
| 120 | 1070776 | The Law Group, Ltd. | Stuhlman, John D. | | Tolling Claimant | |
| 121 | 1032456 | Weitz & Luxenberg, P.C. | Nardella, Louise | | Nardella, Louise v. Merck & Co., Inc. | 2:07-cv-09134-EEF-DEK |
| 122 | 1035297 | Weitz & Luxenberg, P.C. | Terrance, Granville | | Tolling Claimant | |
| 123 | 1035318 | Weitz & Luxenberg, P.C. | Thompson, Lillie | R-30; R-32 | Tolling Claimant | |
| 124 | 1035413 | Weitz & Luxenberg, P.C. | Vaughn, A.l. | | Tolling Claimant | |
| 125 | 1035413 | Weitz & Luxenberg, P.C. | Vaughn, A.l. | | Tolling Claimant | |
| 126 | 1035586 | Weitz & Luxenberg, P.C. | Williams, David E. | | Tolling Claimant | |
| 127 | 1035648 | Weitz & Luxenberg, P.C. | Winget, Ronald E. | R-16; R-17; R-30; R-32; R-99 | Tolling Claimant | |
| 128 | 1081872 | Whitehead Law Firm | Lawson, Earlma | R-30; R-5 | Tolling Claimant | |
| 129 | 1078697 | Young Firm, The | Gierzadowicz, David B. | R-37e; R-37i; R-5 | Gierzadowicz, Mary v. Merck & Co., Inc. | 2:06-cv-06422-EEF-DEK |
| 130 | 1078698 | Young Firm, The | Groce, Bercie A. | | Upchurch, Betty v. Merck & Co., Inc. | 2:05-cv-04269-EEF-DEK |
| 131 | 1078729 | Young Firm, The | Hay-Arthur, John | | Hay Arthur, John v. Merck & Co., Inc. | 2:06-cv-05824-EEF-DEK |

Exhibit 1.1
Page 6 of 6

## Exhibit 1.2
### (Withdrawn to Pursue Other Remedies)

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1075035 | Cellino & Barnes, P.C. | Arguelles, Adolfo | R-99a | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK |
| 2. | 1075840 | Cellino & Barnes, P.C. | Holland, William | R-5 | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK |
| 3. | 1076001 | Cellino & Barnes, P.C. | Karpinski, Eleanor | R-5 | Alister, Gene C. v. Merck & Co., Inc. | 2:06-cv-10871-EEF-DEK |
| 4. | 1104525 | Gallagher Law Firm (TX) | Griffin, Rosie | R-99a | Griffin, Rosie v. Merck & Co., Inc. | 2:08-cv-00611-EEF-DEK |
| 5. | 1104615 | Gallagher Law Firm (TX) | Mahoney, John | R-99a | Mahoney, John v. Merck & Company, Inc. | 2:08-cv-00624-EEF-DEK |
| 6. | 1104771 | Gallagher Law Firm (TX) | Stanton, Rosie | R-99a | Stanton, Rosie v. Merck & Co., Inc. | 2:08-cv-00646-EEF-DEK |
| 7. | 1104826 | Gallagher Law Firm (TX) | Williams, Sherman | R-99a | Williams, Sherman v. Merck & Co., Inc. | 2:08-cv-00655-EEF-DEK |
| 8. | 1051041 | Lamb Firm, LLC, The | Orta-Perez, Cecilia | R-5 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 9. | 1118695 | Obioha, Pius A., Law Offices of, LLC | Armour, Danielle | R-99a | Tolling Claimant | |
| 10. | 1118713 | Obioha, Pius A., Law Offices of, LLC | Brooks, Linconia S. | R-99a | Tolling Claimant | |
| 11. | 1118704 | Obioha, Pius A., Law Offices of, LLC | Eli, Wanda M. | R-99a | Tolling Claimant | |
| 12. | 1118699 | Obioha, Pius A., Law Offices of, LLC | Encalade, Morris | R-99a | Tolling Claimant | |
| 13. | 1118702 | Obioha, Pius A., Law Offices of, LLC | Ifford, Melanie | R-99a | Tolling Claimant | |
| 14. | 1118692 | Obioha, Pius A., Law Offices of, LLC | Miller, Joyce V. | R-99a | Tolling Claimant | |
| 15. | 1118694 | Obioha, Pius A., Law Offices of, LLC | Smith, Karen A. | R-99a | Tolling Claimant | |
| 16. | 1118701 | Obioha, Pius A., Law Offices of, LLC | Thomas, Carol Y. | R-99a | Tolling Claimant | |
| 17. | 1121929 | Pro Se | Schleicher, Linda K. | R-99a | Schleicher, Linda v. Merck & Co., Inc. | 2:05-cv-06025-EEF-DEK |
| 18. | 1069709 | Ruiz, John H., PA, Law Firm of | Rivera, Maria | R-5 | Tolling Claimant | |

Exhibit 1.2
Page 1 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 19. | 1113739 | Stamps & Stamps | Hayes, Cleo | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 20. | 1113741 | Stamps & Stamps | May, J.b. | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 21. | 1113743 | Stamps & Stamps | Mcgee, William D. | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 22. | 1113744 | Stamps & Stamps | Milsap, Johnny M. | R-99a | Altman, Sandra v. Merck & Co., Inc. | 2:08-cv-00148-EEF-DEK |
| 23. | 1032366 | Weitz & Luxenberg, P.C. | Mitchell, Yvonne M. | R-5 | Mitchell, Yvonne v. Merck & Co., Inc. | 2:07-cv-02012-EEF-DEK |
| 24. | 1033179 | Weitz & Luxenberg, P.C. | Smartt, Linda J. | R-5 | Tolling Claimant | |
| 25. | 1081976 | Whitehead Law Firm | Ware, Aubrey W. | R-5 | Doyle, Evie v. Merck & Co., Inc. | 2:05-cv-04436-EEF-DEK |
| 26. | 1093651 | Wilner Block, P.A. | Owens, Lenora | R-5 | Tolling Claimant | |

Exhibit 1.2
Page 2 of 2

# Exhibit 1.3
## (Withdrawn – Case Closed or Moot)

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1067478 | Freese & Goss, PLLC | Bynum, Joseph D. | | Tolling Claimant | |
| 2. | 1104421 | Gallagher Law Firm (TX) | Carnell-Franklin, Fannie | | Franklin, Fannie C. v. Merck & Co., Inc. | 2:08-cv-00604-EEF-DEK |
| 3. | 1104380 | Gallagher Law Firm (TX) | Hatten, William | | Tolling Claimant | |
| 4. | 1104543 | Gallagher Law Firm (TX) | Henry, Vanessa | | Tolling Claimant | |
| 5. | 1104574 | Gallagher Law Firm (TX) | Kaske, Keith | | Kaske, Keith v. Merck & Co., Inc. | 2:08-cv-00615-EEF-DEK |
| 6. | 1104651 | Gallagher Law Firm (TX) | Moore, Vivian P. | | Tolling Claimant | |
| 7. | 1104713 | Gallagher Law Firm (TX) | Rippelmeyer, Nadine | | Rippelmeyer, Nadine v. Merck & Co., Inc. | 2:08-cv-00636-EEF-DEK |
| 8. | 1104764 | Gallagher Law Firm (TX) | Sowles, Verlyn Eugene | | Sowles, Verlyn E. v. Merck & Co., Inc. | 2:08-cv-00642-EEF-DEK |
| 9. | 1108361 | McGraw Law Offices | Hinkle, David J. | | Brumfield, Donald v. Merck & Co., Inc. | 2:07-cv-01407-EEF-DEK |
| 10. | 1108374 | McGraw Law Offices | Quarles, Greta G. | | Brumfield, Donald v. Merck & Co., Inc. | 2:07-cv-01407-EEF-DEK |
| 11. | 1105634 | Penton, Ronnie G., Law Offices of | Watson, Michael K. | | Tolling Claimant | |
| 12. | 1105634 | Penton, Ronnie G., Law Offices of | Watson, Michael K. | | Tolling Claimant | |
| 13. | 1058866 | Pro Se | Abdel Malek, Mounir R. | | Tolling Claimant | |
| 14. | 1113358 | Pro Se | Chase, Vivian L. | | Tolling Claimant | |
| 15. | 1113358 | Pro Se | Chase, Vivian L. | | Tolling Claimant | |
| 16. | 1120988 | Pro Se | Crawford, Odell Richmond | R-37j; R-5 | Tolling Claimant | |
| 17. | 1113780 | Pro Se | Grasley, John Phillip | R-1; R-32; R-6 | Tolling Claimant | |
| 18. | 1113780 | Pro Se | Grasley, John Phillip | R-1; R-32; R-6 | Tolling Claimant | |
| 19. | 1113780 | Pro Se | Grasley, John Phillip | R-1; R-32; R-6 | Tolling Claimant | |
| 20. | 1114052 | Pro Se | Hodge, Althea | | Tolling Claimant | |
| 21. | 1107614 | Pro Se | Mcalister, Margetart Jean | | Tolling Claimant | |
| 22. | 1058861 | Pro Se | Nagel, Lois B. | | Tolling Claimant | |
| 23. | 1058861 | Pro Se | Nagel, Lois B. | | Tolling Claimant | |

Exhibit 1.3
Page 1 of 2

| 24. | 1058861 | Pro Se | Nagel, Lois B. | | Tolling Claimant | |
|-----|---------|--------|----------------|---|------------------|---|
| 25. | 1111074 | Pro Se | Riney, Dorothy Ophelia | R-6; R-7 | Tolling Claimant | |
| 26. | 1080691 | Pro Se | Southard #0382560, Larry Ray | | Southard, Larry R. v. Merck & Co., Inc. | 2:06-cv-00320-EEF-DEK |
| 27. | 1080691 | Pro Se | Southard #0382560, Larry Ray | | Southard, Larry R. v. Merck & Co., Inc. | 2:06-cv-00320-EEF-DEK |
| 28. | 1113807 | Pro Se | Thompkins, Virginia P. | | Tolling Claimant | |
| 29. | 1113807 | Pro Se | Thompkins, Virginia P. | | Tolling Claimant | |
| 30. | 1113807 | Pro Se | Thompkins, Virginia P. | | Tolling Claimant | |
| 31. | 1107613 | Pro Se | Williams, Loretta | | Tolling Claimant | |
| 32. | 1082619 | Pro Se | Woodard, Deloris | R-15; R-22; R-6 | Tolling Claimant | |
| 33. | 1087525 | Pro Se | Ziemak, Eugeniusz | | Tolling Claimant | |

Exhibit 1.3
Page 2 of 2

## Exhibit 1.4
### (Pending – Deferred Until April 29, 2009)

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1090993 | Anderson, John H. | Mclaurin, Grace | R-15; R-16; R-9; R-99a | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| 2. | 1071785 | Barrett Law Office, PA (MS) | Palmer, Terry | R-1; R-32 | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 3. | 1071785 | Barrett Law Office, PA (MS) | Palmer, Terry | R-1; R-32 | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 4. | 1088398 | Becnel Law Firm, LLC | Curry, Katie | R-1 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 5. | 1088460 | Becnel Law Firm, LLC | Menendez, Belle G. | R-1; R-32; R-5 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 6. | 1088460 | Becnel Law Firm, LLC | Menendez, Belle G. | R-1; R-32; R-5 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 7. | 1088460 | Becnel Law Firm, LLC | Menendez, Belle G. | R-1; R-32; R-5 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 8. | 1088352 | Becnel Law Firm, LLC | Plummer, Shirley | R-1; R-32 | Tolling Claimant | |
| 9. | 1088352 | Becnel Law Firm, LLC | Plummer, Shirley | R-1; R-32 | Tolling Claimant | |
| 10. | 1088430 | Becnel Law Firm, LLC | Stewart, Donald | R-1; R-32 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 11. | 1088430 | Becnel Law Firm, LLC | Stewart, Donald | R-1; R-32 | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 12. | 1053118 | Branch Law Firm | Morgan, Beverly A. | R-36; R-5 | Miller, Kevin L. v. Merck & Co., Inc. | 2:08-cv-00870-EEF-DEK |
| 13. | 1106362 | Brederson Law Center | Van Nieuwenhuize, Maria-Jose | R-32; R-36; R-6; R-99a | Vannieuwenhuize, Marie Jose v. Merck & Co., Inc. | 2:06-cv-02251-EEF-DEK |
| 14. | 1106362 | Brederson Law Center | Van Nieuwenhuize, Maria-Jose | R-32; R-36; R-6; R-99a | Vannieuwenhuize, Marie Jose v. Merck & Co., Inc. | 2:06-cv-02251-EEF-DEK |
| 15. | 1106362 | Brederson Law Center | Van Nieuwenhuize, Maria-Jose | R-32; R-36; R-6; R-99a | Vannieuwenhuize, Marie Jose v. Merck & Co., Inc. | 2:06-cv-02251-EEF-DEK |
| 16. | 1076041 | Cellino & Barnes, P.C. | Kline, Margaret A. | R-1; R-32 | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 17. | 1076041 | Cellino & Barnes, P.C. | Kline, Margaret A. | R-1; R-32 | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 18. | 1076134 | Cellino & Barnes, P.C. | Lehmann, Mary | R-1; R-31; R-32 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 19. | 1076134 | Cellino & Barnes, P.C. | Lehmann, Mary | R-1; R-31; R-32 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 20. | 1076190 | Cellino & Barnes, P.C. | Lunn, Patricia | R-1; R-32 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 21. | 1076190 | Cellino & Barnes, P.C. | Lunn, Patricia | R-1; R-32 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 22. | 1076699 | Cellino & Barnes, P.C. | Rivera, Helen | R-1; R-32 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 23. | 1076699 | Cellino & Barnes, P.C. | Rivera, Helen | R-1; R-32 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |

Exhibit 1.4
Page 1 of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 24. | 1067534 | Freese & Goss, PLLC | Drew, Freddie M. | R-6 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 25. | 1067633 | Freese & Goss, PLLC | Jackson, Emanuel | R-1; R-32 | Choice, Helen v. Merck & Co., Inc. | 2:07-cv-06690-EEF-DEK |
| 26. | 1067633 | Freese & Goss, PLLC | Jackson, Emanuel | R-1; R-32 | Choice, Helen v. Merck & Co., Inc. | 2:07-cv-06690-EEF-DEK |
| 27. | 1067776 | Freese & Goss, PLLC | Radtke, William R. | R-16; R-23; R-32; R-37i | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 28. | 1067833 | Freese & Goss, PLLC | Smith, Barbara A. | R-1; R-32 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 29. | 1067833 | Freese & Goss, PLLC | Smith, Barbara A. | R-1; R-32 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 30. | 1067848 | Freese & Goss, PLLC | Stewart, Gary | R-1; R-32 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 31. | 1067848 | Freese & Goss, PLLC | Stewart, Gary | R-1; R-32 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 32. | 1104343 | Gallagher Law Firm (TX) | Adams, Nona | R-1; R-32 | Adams, Nona v. Merck & Company, Inc. | 2:08-cv-00583-EEF-DEK |
| 33. | 1104343 | Gallagher Law Firm (TX) | Adams, Nona | R-1; R-32 | Adams, Nona v. Merck & Company, Inc. | 2:08-cv-00583-EEF-DEK |
| 34. | 1104470 | Gallagher Law Firm (TX) | Dupree, Neta | R-1; R-37b; R-6 | Dupree, Neta v. Merck & Company, Inc. | 2:08-cv-00597-EEF-DEK |
| 35. | 1104470 | Gallagher Law Firm (TX) | Dupree, Neta | R-1; R-37b; R-6 | Dupree, Neta v. Merck & Company, Inc. | 2:08-cv-00597-EEF-DEK |
| 36. | 1104622 | Gallagher Law Firm (TX) | Martinez, Rebecca | R-1; R-32; R-99a | Anderson Felstet, Flora v. Merck & Co., Inc. | 2:07-cv-03742-EEF-DEK |
| 37. | 1104622 | Gallagher Law Firm (TX) | Martinez, Rebecca | R-1; R-32; R-99a | Anderson Felstet, Flora v. Merck & Co., Inc. | 2:07-cv-03742-EEF-DEK |
| 38. | 1104622 | Gallagher Law Firm (TX) | Martinez, Rebecca | R-1; R-32; R-99a | Anderson Felstet, Flora v. Merck & Co., Inc. | 2:07-cv-03742-EEF-DEK |
| 39. | 1084210 | Matthews & Associates | Nolan, Anna L. | R-15; R-29 | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| 40. | 1083515 | Matthews & Associates | Sanders, Ora P. | R-1; R-30; R-32 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 41. | 1083515 | Matthews & Associates | Sanders, Ora P. | R-1; R-30; R-32 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 42. | 1058330 | Parks & Crump LLC | Cooper, Juanita | R-6 | Alexander, Glenda v. Merck & Co., Inc. | 2:06-cv-06705-EEF-DEK |
| 43. | 1105635 | Penton, Ronnie G., Law Offices of | Jones, Cleather | R-1; R-32; R-99a | Tolling Claimant | |
| 44. | 1105635 | Penton, Ronnie G., Law Offices of | Jones, Cleather | R-1; R-32; R-99a | Tolling Claimant | |
| 45. | 1105635 | Penton, Ronnie G., Law Offices of | Jones, Cleather | R-1; R-32; R-99a | Tolling Claimant | |

Exhibit 1.4
Page 2 of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 46. | 1105632 | Penton, Ronnie G., Law Offices of | Trevathan, Rena R. | R-1; R-32 | Tolling Claimant | |
| 47. | 1105632 | Penton, Ronnie G., Law Offices of | Trevathan, Rena R. | R-1; R-32 | Tolling Claimant | |
| 48. | 1105844 | Pro Se | Davis, Charles Rondal | | Tolling Claimant | |
| 49. | 1065341 | Pro Se | Feltovich, John Edward | R-1; R-32; R-33b; R-6; R-7 | Feltovich, John E. v. Merck & Co., Inc. | 2:05-cv-03474-EEF-DEK |
| 50. | 1065341 | Pro Se | Feltovich, John Edward | R-1; R-32; R-33b; R-6; R-7 | Feltovich, John E. v. Merck & Co., Inc. | 2:05-cv-03474-EEF-DEK |
| 51. | 1065341 | Pro Se | Feltovich, John Edward | R-1; R-32; R-33b; R-6; R-7 | Feltovich, John E. v. Merck & Co., Inc. | 2:05-cv-03474-EEF-DEK |
| 52. | 1113215 | Pro Se | Lowe, Steven Earl | R-6 | Tolling Claimant | |
| 53. | 1061733 | Schmidt, Douglas M., APLC | Rideau, Joann | | Rideau, JoAnn v. Merck & Co., Inc. | 2:07-cv-01665-EEF-DEK |
| 54. | 1069953 | Simon Passanante PC | Buchholz, Diane L. | R-1; R-32 | Bodimer, Dennis v. Merck & Co., Inc. | 2:05-cv-01040-EEF-DEK |
| 55. | 1069953 | Simon Passanante PC | Buchholz, Diane L. | R-1; R-32 | Bodimer, Dennis v. Merck & Co., Inc. | 2:05-cv-01040-EEF-DEK |
| 56. | 1069988 | Simon Passanante PC | Devorse, Jr., Earl | R-1; R-32 | Hagerman, George v. Merck & Co., Inc. | 2:05-cv-01042-EEF-DEK |
| 57. | 1069988 | Simon Passanante PC | Devorse, Jr., Earl | R-1; R-32 | Hagerman, George v. Merck & Co., Inc. | 2:05-cv-01042-EEF-DEK |
| 58. | 1113747 | Stamps & Stamps | Keenan, Nancy P. | R-1; R-30; R-32; R-99a | Sims, Eleanor K. v. Merck & Co., Inc. | 2:08-cv-00144-EEF-DEK |
| 59. | 1113747 | Stamps & Stamps | Keenan, Nancy P. | R-1; R-30; R-32; R-99a | Sims, Eleanor K. v. Merck & Co., Inc. | 2:08-cv-00144-EEF-DEK |
| 60. | 1113747 | Stamps & Stamps | Keenan, Nancy P. | R-1; R-30; R-32; R-99a | Sims, Eleanor K. v. Merck & Co., Inc. | 2:08-cv-00144-EEF-DEK |

Exhibit 1.4
Page 3 of 3

**Exhibit 1.5**
**(Dismissals – Filed Cases)**

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1082123 | Ainsworth, Price, P.C., Law Offices of | Murray, Elizabeth | R-1 | Murray, Joseph v. Merck & Co., Inc. | 2:05-cv-05431-EEF-DEK |
| 2. | 1090978 | Anderson, John H. | Mark, Debra K. | R-1; R-32; R-6; R-99a | Nelson, Louis v. Merck & Co., Inc. | 2:08-cv-00880-EEF-DEK |
| 3. | 1090978 | Anderson, John H. | Mark, Debra K. | R-1; R-32; R-6; R-99a | Nelson, Louis v. Merck & Co., Inc. | 2:08-cv-00880-EEF-DEK |
| 4. | 1090978 | Anderson, John H. | Mark, Debra K. | R-1; R-32; R-6; R-99a | Nelson, Louis v. Merck & Co., Inc. | 2:08-cv-00880-EEF-DEK |
| 5. | 1090978 | Anderson, John H. | Mark, Debra K. | R-1; R-32; R-6; R-99a | Nelson, Louis v. Merck & Co., Inc. | 2:08-cv-00880-EEF-DEK |
| 6. | 1087148 | Arnold & Itkin, LLP | Benedict, Roger | R-1; R-32; R-5 | Benedict, Roger v. Merck & Co., Inc. | 2:06-cv-07168-EEF-DEK |
| 7. | 1087148 | Arnold & Itkin, LLP | Benedict, Roger | R-1; R-32; R-5 | Benedict, Roger v. Merck & Co., Inc. | 2:06-cv-07168-EEF-DEK |
| 8. | 1087148 | Arnold & Itkin, LLP | Benedict, Roger | R-1; R-32; R-5 | Benedict, Roger v. Merck & Co., Inc. | 2:06-cv-07168-EEF-DEK |
| 9. | 1113950 | Ball, John T., Attorney at Law | Wells, John W. | R-1; R-32; R-7 | Wells, John W. v. Merck & Co., Inc. | 2:07-cv-05904-EEF-DEK |
| 10. | 1113950 | Ball, John T., Attorney at Law | Wells, John W. | R-1; R-32; R-7 | Wells, John W. v. Merck & Co., Inc. | 2:07-cv-05904-EEF-DEK |
| 11. | 1088880 | Boone Law Firm, P.A. | Vence, Estate Of Margrete | R-1; R-32; R-6 | Vence, Margrete Estate of v. Merck & Co., Inc. | 2:08-cv-00249-EEF-DEK |
| 12. | 1088880 | Boone Law Firm, P.A. | Vence, Estate Of Margrete | R-1; R-32; R-6 | Vence, Margrete Estate of v. Merck & Co., Inc. | 2:08-cv-00249-EEF-DEK |
| 13. | 1088880 | Boone Law Firm, P.A. | Vence, Estate Of Margrete | R-1; R-32; R-6 | Vence, Margrete Estate of v. Merck & Co., Inc. | 2:08-cv-00249-EEF-DEK |
| 14. | 1111592 | Cox, Cox, Filo, Camel & Wilson | Fusilier, Lula M. | R-1; R-32; R-5 | Fusilier, Herbert v. Merck & Co., Inc. | 2:06-cv-00988-EEF-DEK |
| 15. | 1111592 | Cox, Cox, Filo, Camel & Wilson | Fusilier, Lula M. | R-1; R-32; R-5 | Fusilier, Herbert v. Merck & Co., Inc. | 2:06-cv-00988-EEF-DEK |

Exhibit 1.5
Page 1 of 4

| 16. | 1111592 | Cox, Cox, Filo, Camel & Wilson | Fusilier, Lula M. | R-1; R-32; R-5 | Fuselier, Herbert v. Merck & Co., Inc. | 2:06-cv-00988-EEF-DEK |
| 17. | 1111597 | Cox, Cox, Filo, Camel & Wilson | Leday, Sayretha B. | R-30 | Leday, Sayretha v. Merck & Co., Inc. | 2:05-cv-02275-EEF-DEK |
| 18. | 1111600 | Cox, Cox, Filo, Camel & Wilson | Rodgers, Joyce F. | R-30 | Joyce Rodgers v. Merck & Co., Inc. | 2:06-cv-00305-EEF-DEK |
| 19. | 1111600 | Cox, Cox, Filo, Camel & Wilson | Rodgers, Joyce F. | R-30 | Joyce Rodgers v. Merck & Co., Inc. | 2:06-cv-00305-EEF-DEK |
| 20. | 1024728 | Myler, Brad & Associates | Dunham, Elsie J. | R-1; R-32 | Evans, Josephine, v. Merck & Co., Inc. | 2:06-cv-06469-EEF-DEK |
| 21. | 1024728 | Myler, Brad & Associates | Dunham, Elsie J. | R-1; R-32 | Evans, Josephine, v. Merck & Co., Inc. | 2:06-cv-06469-EEF-DEK |
| 22. | 1011154 | Pro Se | Bell, Adella | R-1; R-30; R-32; R-5 | Bell, Lloyd v. Merck & Co., Inc. | 2:07-cv-02070-EEF-DEK |
| 23. | 1011154 | Pro Se | Bell, Adella | R-1; R-30; R-32; R-5 | Bell, Lloyd v. Merck & Co., Inc. | 2:07-cv-02070-EEF-DEK |
| 24. | 1011154 | Pro Se | Bell, Adella | R-1; R-30; R-32; R-5 | Bell, Lloyd v. Merck & Co., Inc. | 2:07-cv-02070-EEF-DEK |
| 25. | 1056426 | Pro Se | Cheffo, Donald | R-1; R-32; R-6; R-7 | Cheffo, Donald N. v. Merck & Co., Inc. | 2:05-cv-03484-EEF-DEK |
| 26. | 1056426 | Pro Se | Cheffo, Donald | R-1; R-32; R-6; R-7 | Cheffo, Donald N. v. Merck & Co., Inc. | 2:05-cv-03484-EEF-DEK |
| 27. | 1056426 | Pro Se | Cheffo, Donald | R-1; R-32; R-6; R-7 | Cheffo, Donald N. v. Merck & Co., Inc. | 2:05-cv-03484-EEF-DEK |
| 28. | 1056426 | Pro Se | Cheffo, Donald | R-1; R-32; R-6; R-7 | Cheffo, Donald N. v. Merck & Co., Inc. | 2:05-cv-03484-EEF-DEK |
| 29. | 1067249 | Pro Se | Golden, Deloris | R-1; R-32 | Golden, Andrew v. Merck & Co., Inc. | 2:05-cv-06568-EEF-DEK |
| 30. | 1067249 | Pro Se | Golden, Deloris | R-1; R-32 | Golden, Andrew v. Merck & Co., Inc. | 2:05-cv-06568-EEF-DEK |
| 31. | 1080795 | Pro Se | Martin, Linda R. | R-6 | Baudry, Allen v. Merck & Co., Inc. | 2:05-cv-04420-EEF-DEK |
| 32. | 1058005 | Pro Se | Ochello, Betty Ann | R-1; R-32; R-6 | Ochello, Betty v. Merck & Co., Inc. | 2:05-cv-06603-EEF-DEK |

Exhibit 1.5
Page 2 of 4

| 33. | 1058005 | Pro Se | Ochello, Betty Ann | R-1; R-32; R-6 | Ochello, Betty v. Merck & Co., Inc. | 2:05-cv-06603-EEF-DEK |
|---|---|---|---|---|---|---|
| 34. | 1058005 | Pro Se | Ochello, Betty Ann | R-1; R-32; R-6 | Ochello, Betty v. Merck & Co., Inc. | 2:05-cv-06603-EEF-DEK |
| 35. | 1122380 | Pro Se | Stone, Thomas | R-1; R-32 | Perry, Eugene v. Merck & Co., Inc. | 2:06-cv-03140-EEF-DEK |
| 36. | 1122380 | Pro Se | Stone, Thomas | R-1; R-32 | Perry, Eugene v. Merck & Co., Inc. | 2:06-cv-03140-EEF-DEK |
| 37. | 1056337 | Pro Se | Williams, Oscar | R-1; R-32; R-33b; R-6; R-7 | Williams, Oscar v. Merck & Co., Inc. | 2:05-cv-03550-EEF-DEK |
| 38. | 1056337 | Pro Se | Williams, Oscar | R-1; R-32; R-33b; R-6; R-7 | Williams, Oscar v. Merck & Co., Inc. | 2:05-cv-03550-EEF-DEK |
| 39. | 1056337 | Pro Se | Williams, Oscar | R-1; R-32; R-33b; R-6; R-7 | Williams, Oscar v. Merck & Co., Inc. | 2:05-cv-03550-EEF-DEK |
| 40. | 1109218 | Rotts & Gibbs, LLC | Lutz, Peggy D. | R-1; R-32 | Jobe, Cynthia v. Merck & Co., Inc. | 2:07-cv-01251-EEF-DEK |
| 41. | 1109218 | Rotts & Gibbs, LLC | Lutz, Peggy D. | R-1; R-32 | Jobe, Cynthia v. Merck & Co., Inc. | 2:07-cv-01251-EEF-DEK |
| 42. | 1061740 | Schmidt, Douglas M., APLC | Solomon (poa Shirley Simon Daug), Evelyn | R-32; R-37e; R-99 | Simon, Shirley v. Merck & Co., Inc. | 2:07-cv-01678-EEF-DEK |
| 43. | 1061744 | Schmidt, Douglas M., APLC | Williams, Jean | R-32 | Williams, Jean v. Merck & Co., Inc. | 2:07-cv-01671-EEF-DEK |
| 44. | 1113729 | Stamps & Stamps | Cooper, Joseph L. | R-36; R-99a | Bracey, Leola v. Merck & Co., Inc. | 2:08-cv-00145-EEF-DEK |
| 45. | 1113733 | Stamps & Stamps | Lee, Velma L. | R-15; R-99a | Hedrick, Doretha v. Merck & Co., Inc. | 2:08-cv-00150-EEF-DEK |
| 46. | 1113724 | Stamps & Stamps | Taylor, Sabrina | R-15; R-99a | Clayton, Autry J. v. Merck & Co., Inc. | 2:07-cv-09401-EEF-DEK |
| 47. | 1035411 | Weitz & Luxenberg, P.C. | Vasquez, Mary A. | R-32 | Vasquez, Mary v. Merck & Co., Inc. | 2:07-cv-05969-EEF-DEK |
| 48. | 1107685 | Wiggins, Childs, Quinn & Pantazis, LLC | Kinds, Ruthie | R-1; R-32 | Blackshire, Jacqueline v. Merck & Co., Inc. | 2:07-cv-03999-EEF-DEK |
| 49. | 1107685 | Wiggins, Childs, Quinn & Pantazis, LLC | Kinds, Ruthie | R-1; R-32 | Blackshire, Jacqueline v. Merck & Co., Inc. | 2:07-cv-03999-EEF-DEK |

Exhibit 1.5
Page 3 of 4

| 50. | 1093474 | Wilner Block, P.A. | Boyer, Alfred | R-32 | Boyer, Julia v. Merck & Co., Inc. | 2:07-cv-09752-EEF-DEK |
| 51. | 1078727 | Young Firm, The | Mueller, Eike J.w. | R-24; R-36 | Mueller, Eike J.W. v. Merck & Co., Inc. | 2:06-cv-06750-EEF-DEK |
| 52. | 1078731 | Young Firm, The | Stevens, Bobby R. | R-32 | Stevens, Bobby R. v. Merck & Co., Inc. | 2:06-cv-05844-EEF-DEK |
| 53. | 1078743 | Young Firm, The | Wofford, Doll | R-1; R-32; R-99a | Wofford, Doll v. Merck & Co., Inc. | 2:06-cv-06361-EEF-DEK |
| 54. | 1078743 | Young Firm, The | Wofford, Doll | R-1; R-32; R-99a | Wofford, Doll v. Merck & Co., Inc. | 2:06-cv-06361-EEF-DEK |
| 55. | 1078743 | Young Firm, The | Wofford, Doll | R-1; R-32; R-99a | Wofford, Doll v. Merck & Co., Inc. | 2:06-cv-06361-EEF-DEK |

Exhibit 1.5
Page 4 of 4

# Exhibit 1.6
## (Tolling – Rights Extinguished & Tolling Void)

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1000652 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Adams, Susan Kay | R-15; R-32 | Tolling Claimant | |
| 2. | 1004421 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Franz, Ethel N. | R-15; R-32 | Tolling Claimant | |
| 3. | 1005237 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Sisneros, Ray | R-1; R-32 | Tolling Claimant | |
| 4. | 1005237 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Sisneros, Ray | R-1; R-32 | Tolling Claimant | |
| 5. | 1003560 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Vysniauskas, Peggy | R-15; R-32 | Tolling Claimant | |
| 6. | 1082185 | Harang, Jack W., APLC | Luckett, Kathleen | R-32 | Tolling Claimant | |
| 7. | 1024967 | Johnson, Charles H. & Associates | Morris, Tena B. | R-15; R-16; R-36; R-5 | Tolling Claimant | |
| 8. | 1024985 | Johnson, Charles H. & Associates | Sanders, Norma L. | R-15; R-16; R-5 | Tolling Claimant | |
| 9. | 1111952 | Levensten Law Firm, P.C. | Schemm, Mary | R-15; R-16; R-32; R-7; R-99 | Tolling Claimant | |
| 10. | 1118687 | Obioha, Pius A., Law Offices of, LLC | Saphrey, Gladiston W. | R-7; R-99a | Tolling Claimant | |
| 11. | 1105628 | Penton, Ronnie G., Law Offices of | Miles, William E. | R-1; R-32 | Tolling Claimant | |
| 12. | 1105628 | Penton, Ronnie G., Law Offices of | Miles, William E. | R-1; R-32 | Tolling Claimant | |
| 13. | 1081043 | Pro Se | Amaya, Petra (patsy) P. | R-6; R-7 | Tolling Claimant | |
| 14. | 1058876 | Pro Se | Borner, Loraine | R-1; R-32; R-36 | Tolling Claimant | |
| 15. | 1058876 | Pro Se | Borner, Loraine | R-1; R-32; R-36 | Tolling Claimant | |
| 16. | 1118719 | Pro Se | Higgins, Onnie M. | R-1; R-32 | Tolling Claimant | |
| 17. | 1118719 | Pro Se | Higgins, Onnie M. | R-1; R-32 | Tolling Claimant | |
| 18. | 1118719 | Pro Se | Higgins, Onnie M. | R-1; R-32 | Tolling Claimant | |
| 19. | 1113263 | Pro Se | Hopkins, Delena Cherrie | R-7 | Tolling Claimant | |
| 20. | 1080797 | Pro Se | Krotik, Alexander Earl | R-1; R-32; R-6 | Tolling Claimant | |
| 21. | 1080797 | Pro Se | Krotik, Alexander Earl | R-1; R-32; R-6 | Tolling Claimant | |
| 22. | 1080797 | Pro Se | Krotik, Alexander Earl | R-1; R-32; R-6 | Tolling Claimant | |
| 23. | 1059834 | Pro Se | Lewis, Vera Lucille | R-1; R-32; R-6 | Tolling Claimant | |

Exhibit 1.6
Page 1 of 3

| 24. | 1059834 | Pro Se | Lewis, Vera Lucille | R-1; R-32; R-6 | Tolling Claimant |
|---|---|---|---|---|---|
| 25. | 1059834 | Pro Se | Lewis, Vera Lucille | R-1; R-32; R-6 | Tolling Claimant |
| 26. | 1055978 | Pro Se | Lyons, Betty | R-6 | Tolling Claimant |
| 27. | 1113473 | Pro Se | Meadows, Gary Wayne | R-1; R-22; R-32 | Tolling Claimant |
| 28. | 1113473 | Pro Se | Meadows, Gary Wayne | R-1; R-22; R-32 | Tolling Claimant |
| 29. | 1115419 | Pro Se | Nelson, Mary Elizabeth | R-6 | Tolling Claimant |
| 30. | 1054906 | Pro Se | Savage, Charles Henry | R-6 | Tolling Claimant |
| 31. | 1056254 | Pro Se | Scott, Julie Lorraine | R-1; R-32; R-6 | Tolling Claimant |
| 32. | 1056254 | Pro Se | Scott, Julie Lorraine | R-1; R-32; R-6 | Tolling Claimant |
| 33. | 1056254 | Pro Se | Scott, Julie Lorraine | R-1; R-32; R-6 | Tolling Claimant |
| 34. | 1113130 | Pro Se | Wagner, Samuel | R-6 | Tolling Claimant |
| 35. | 1062466 | Pro Se | Wells, Kathey A. | R-1; R-32 | Tolling Claimant |
| 36. | 1062466 | Pro Se | Wells, Kathey A. | R-1; R-32 | Tolling Claimant |
| 37. | 1113244 | Pro Se | Williams, Bennie Mae | R-6 | Tolling Claimant |
| 38. | 1069395 | Ruiz, John H., PA, Law Firm of | Diaz, Juana | R-1; R-32 | Tolling Claimant |
| 39. | 1069395 | Ruiz, John H., PA, Law Firm of | Diaz, Juana | R-1; R-32 | Tolling Claimant |
| 40. | 1069457 | Ruiz, John H., PA, Law Firm of | Garcia, Jose | R-1; R-32 | Tolling Claimant |
| 41. | 1069457 | Ruiz, John H., PA, Law Firm of | Garcia, Jose | R-1; R-32 | Tolling Claimant |
| 42. | 1069752 | Ruiz, John H., PA, Law Firm of | Sainz, Olga | R-1; R-32 | Tolling Claimant |
| 43. | 1069752 | Ruiz, John H., PA, Law Firm of | Sainz, Olga | R-1; R-32 | Tolling Claimant |
| 44. | 1069824 | Ruiz, John H., PA, Law Firm of | Veiras, Elso | R-1; R-32 | Tolling Claimant |
| 45. | 1069824 | Ruiz, John H., PA, Law Firm of | Veiras, Elso | R-1; R-32 | Tolling Claimant |
| 46. | 1073499 | Silverman & Fodera | Reither, Lorraine | R-30 | Tolling Claimant |
| 47. | 1073499 | Silverman & Fodera | Reither, Lorraine | R-30 | Tolling Claimant |
| 48. | 1030553 | Weitz & Luxenberg, P.C. | Bowers, Melba | R-30; R-32; R-99 | Tolling Claimant |
| 49. | 1031390 | Weitz & Luxenberg, P.C. | Grady, Catherine | R-30; R-32; R-99 | Tolling Claimant |
| 50. | 1031942 | Weitz & Luxenberg, P.C. | Knolhoff, Catherine | R-32; R-99a | Tolling Claimant |
| 51. | 1031942 | Weitz & Luxenberg, P.C. | Knolhoff, Catherine | R-32; R-99a | Tolling Claimant |

Exhibit 1.6
Page 2 of 3

| 52. | 1035196 | Weitz & Luxenberg, P.C. | Steg, Rick P. | R-32; R-36; R-99 | Tolling Claimant | |

Exhibit 1.6
Page 3 of 3

## Exhibit 1.7
### (Court Granted Extensions)

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1095558 | Carey & Danis, LLC | Mcbride, Sandra | R-32 | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK |

Exhibit 1.7
Page 1 of 1