UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibits 2.1 and 2.2. | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

**************************************************************************

# ORDER

Defendant Merck & Co., Inc.'s Second Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met (R. Doc. 18051) came on for hearing on the 15th day of April, 2009. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as to plaintiffs on Exhibits 2.1.

**IT IS FURTHER ORDERED** that the motion is deferred as to the plaintiffs on Exhibit 2.2 until April 29, 2009 at 9:00 a.m.

**IT IS FURTHER ORDERED** that *Counsel* for the plaintiffs on Exhibit 2.2 must provide a non-deficient Certification of Counsel as required by 6:00 p.m. Eastern time, April 24, 2009. *The failure to do so will subject Counsel to a sanction of $1,000 per day until the noted deficiency is cured.*

NEW ORLEANS, LOUISIANA, this  17th  day of April, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

## Exhibit 2.1
### (Motion Withdrawn)

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1088399 | Becnel Law Firm, LLC | Hoyt, Elsie J. | R-37a | Bennet, Stella W. v. Merck & Co., Inc. | 2:05-cv-04442-EEF-DEK |
| 2. | 1052103 | Branch Law Firm | Daniels, Jacqueline M. | R-37i | Allen, Lonnie Jr. v. Merck & Co., Inc. | 2:06-cv-06633-EEF-DEK |
| 3. | 1052173 | Branch Law Firm | Dolling, Melvin | | Adams, Chamitra v. Merck & Co., Inc. | 2:06-cv-06243-EEF-DEK |
| 4. | 1052635 | Branch Law Firm | Hubbard, Joretta | R-33b | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK |
| 5. | 1052680 | Branch Law Firm | Jaskulski, Edward | | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK |
| 6. | 1052680 | Branch Law Firm | Jaskulski, Edward | | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK |
| 7. | 1052680 | Branch Law Firm | Jaskulski, Edward | | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK |
| 8. | 1052680 | Branch Law Firm | Jaskulski, Edward | | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK |
| 9. | 1075704 | Cellino & Barnes, P.C. | Gorgan, Lois | | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |
| 10. | 1029214 | Fenner & Boles LLC | Smith, Margie L. | R-30 | Reed, Thelma v. Merck & Co., Inc. | 2:05-cv-05347-EEF-DEK |
| 11. | 1067598 | Freese & Goss, PLLC | Guillen, Josefina | R-37a | Tolling Claimant | |
| 12. | 1067793 | Freese & Goss, PLLC | Rogers, Cora | | Dalton, Dianne v. Merck & Co., Inc. | 2:08-cv-00958-EEF-DEK |
| 13. | 1068505 | Ingram & Associates PLLC | Davis, Teresa M. | R-30; R-31; R-43; R-7 | Simmons, Walter Tate v. Merck & Co., Inc. | 2:07-cv-05246-EEF-DEK |
| 14. | 1051065 | Lamb Firm, LLC, The | Pena-Quinones, Margarita | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 15. | 1092421 | Lopez, McHugh LLP | Duclos, Raymond J. | R-37i | Tolling Claimant | |
| 16. | 1105638 | Penton, Ronnie G., Law Offices of | Cryer, Loy | | Tolling Claimant | |
| 17. | 1069382 | Ruiz, John H., PA, Law Firm of | Decespedes-Narganes, Gelcy | R-30 | Tolling Claimant | |

Exhibit 2.1
Page 1 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 18. | 1069717 | Ruiz, John H., PA, Law Firm of | Rodriguez, Antonia | R-30 | Tolling Claimant | |
| 19. | 1070056 | Simon Passanante PC | Hubbard, Joy C. | | Crouter, Donny v. Merck & Co., Inc. | 2:05-cv-01046-EEF-DEK |
| 20. | 1085694 | Trubitsky, Marina & Associates | Sadikov, Arcadiy None | | Gelman, Vadim v. Merck & Co., Inc. | 2:07-cv-01078-EEF-DEK |
| 21. | 1087991 | Wiggins, Childs, Quinn & Pantazis, LLC | Chatfield, Lora | | Lindsey, Charles E. v. Merck & Co., Inc. | 2:06-cv-00675-EEF-DEK |
| 22. | 1087992 | Wiggins, Childs, Quinn & Pantazis, LLC | Cole, Gloria | | Cole, Gloria D. v. Merck & Co., Inc. | 2:06-cv-00977-EEF-DEK |
| 23. | 1088016 | Wiggins, Childs, Quinn & Pantazis, LLC | Lancaster, Daphyne E. | | Baker, Martha S. v. Merck & Co., Inc. | 2:05-cv-03127-EEF-DEK |
| 24. | 1088022 | Wiggins, Childs, Quinn & Pantazis, LLC | Mathis, Anna B. | | Lindsey, Charles E. v. Merck & Co., Inc. | 2:06-cv-00675-EEF-DEK |
| 25. | 1088037 | Wiggins, Childs, Quinn & Pantazis, LLC | Tennyson, Catherine | | Baker, Martha S. v. Merck & Co., Inc. | 2:05-cv-03127-EEF-DEK |
| 26. | 1078738 | Young Firm, The | Childers, Janette D. | R-12; R-7 | Childers, Janette D. v. Merck & Co., Inc. | 2:06-cv-06754-EEF-DEK |

Exhibit 2.1
Page 2 of 2

## Exhibit 2.2
### (Pending – Deferred Until April 29, 2009)

|    | VCN     | Primary Counsel                | Claimant Name            | Current Deficiencies  | Case Caption                        | Docket Number            |
|----|---------|--------------------------------|--------------------------|-----------------------|-------------------------------------|--------------------------|
| 1. | 1090974 | Anderson, John H.              | Easterling-Brooks, Doris | R-11                  | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| 2. | 1090972 | Anderson, John H.              | Heard, Shirley           | R-9                   | Heard, Shirley v. Merck & Co., Inc.  | 2:08-cv-03577-EEF-DEK   |
| 3. | 1090975 | Anderson, John H.              | Jones, Addie R.          | R-15; R-9             | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| 4. | 1090993 | Anderson, John H.              | Mclaurin, Grace          | R-15; R-16; R-9; R-99a | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| 5. | 1081350 | Federman & Sherwood            | Wedlow, Evie M.          | R-9                   | Moore, Tommy v. Merck & Co., Inc.   | 2:07-cv-00718-EEF-DEK   |
| 6. | 1069312 | Ruiz, John H., PA, Law Firm of | Brindis, Luisa           | R-30; R-9             | Tolling Claimant                    |                          |
| 7. | 1069312 | Ruiz, John H., PA, Law Firm of | Brindis, Luisa           | R-30; R-9             | Tolling Claimant                    |                          |
| 8. | 1061733 | Schmidt, Douglas M., APLC      | Rideau, Joann            |                       | Rideau, JoAnn v. Merck & Co., Inc.  | 2:07-cv-01665-EEF-DEK   |
| 9. | 1085686 | Trubitsky, Marina & Associates | Amusyev, Gennady None    | R-36; R-99            | Gelman, Vadim v. Merck & Co., Inc.  | 2:07-cv-01078-EEF-DEK   |

Exhibit 2.2
Page 1 of 1