# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *  MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | *  SECTION L |
| LITIGATION | * |
| | *  JUDGE FALLON |
| This document relates to the plaintiffs | * |
| listed on Exhibits 3.1 and 3.2. | *  MAGISTRATE JUDGE |
| | *  KNOWLES |
| | * |
| | * |

*****************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Third Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met (R. Doc. 18052) came on for hearing on the 15th day of April, 2009. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as to plaintiffs on Exhibits 3.1.

**IT IS FURTHER ORDERED** that the motion is deferred as to the plaintiffs on Exhibit 3.2 until April 29, 2009 at 9:00 a.m. The plaintiffs on Exhibit 3.2 have until 6:00 p.m. Eastern time, April 24, 2009 to provide non-deficient enrollment materials. If the deficiencies are not cured by April 24, 2009, these claims will be dismissed with prejudice and/or any Tolling Agreement rights voided and extinguished, as applicable.

NEW ORLEANS, LOUISIANA, this __17th__ day of April, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

## Exhibit 3.1
### (Motion Withdrawn)

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1053416 | Branch Law Firm | Robins, David |  | Black, Thomas v. Merck & Co., Inc. | 2:06-cv-06442-EEF-DEK |
| 2. | 1075367 | Cellino & Barnes, P.C. | Cook, Marcella |  | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 3. | 1075486 | Cellino & Barnes, P.C. | Dingler, Jimmy | R-31 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 4. | 1075885 | Cellino & Barnes, P.C. | Hummel, Charlene |  | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 5. | 1076261 | Cellino & Barnes, P.C. | Mayberry, Fred |  | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 6. | 1077166 | Cellino & Barnes, P.C. | Wallace, Jackie |  | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 7. | 1100361 | Fears Nachawati Law Firm | Sweeney, Arnold | R-33b | Carter, Claudia v. Merck & Co., Inc. | 2:07-cv-00732-EEF-DEK |
| 8. | 1026363 | Gancedo & Nieves LLP | Murphy, Patrick E. |  | Murphy, Patrick E. v. Merck & Co., Inc. | 2:06-cv-11438-EEF-DEK |
| 9. | 1118686 | Obioha, Pius A., Law Offices of, LLC | Marshall, Mary P. | R-33b | Tillie, Beatrice v. Merck & Co., Inc. | 2:05-cv-05925-EEF-DEK |
| 10. | 1011154 | Pro Se | Bell, Adella | R-1; R-30; R-32; R-5 | Bell, Lloyd v. Merck & Co., Inc. | 2:07-cv-02070-EEF-DEK |
| 11. | 1056426 | Pro Se | Cheffo, Donald | R-1; R-32; R-6; R-7 | Cheffo, Donald N. v. Merck & Co., Inc. | 2:05-cv-03484-EEF-DEK |
| 12. | 1057592 | Pro Se | Diaz, Leonel |  | Diaz, Leonel v. Merck & Co., Inc. | 2:06-cv-11130-EEF-DEK |
| 13. | 1057997 | Pro Se | Watts, Janet Marie |  | Bails, Mary A. v. Merck & Co., Inc. | 2:05-cv-02319-EEF-DEK |
| 14. | 1070151 | Simon Passanante PC | Norman, Lemuel W. | R-33b | Millis, David v. Merck & Co., Inc. | 2:05-cv-01058-EEF-DEK |

Exhibit 3.1
Page 1 of 1

## Exhibit 3.2
### (Pending – Deferred Until April 29, 2009)

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1052635 | Branch Law Firm | Hubbard, Joretta | R-33b | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK |
| 2. | 1075820 | Cellino & Barnes, P.C. | Hensley, Louis | R-33b; R-7 | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 3. | 1119207 | Christoff, William Z., Attorney at Law | Kerr, Sr., Kenneth K. | R-33b | Kerr, Sr., Kenneth K. v. Merck & Co., Inc. | 2:06-cv-11113-EEF-DEK |
| 4. | 1100358 | Fears Nachawati Law Firm | Lewis, Josephine J. | R-33b | Carter, Claudia v. Merck & Co., Inc. | 2:07-cv-00732-EEF-DEK |
| 5. | 1065341 | Pro Se | Feltovich, John Edward | R-1; R-32; R-33b; R-6; R-7 | Feltovich, John E. v. Merck & Co., Inc. | 2:05-cv-03474-EEF-DEK |
| 6. | 1058870 | Pro Se | Mcclain, John Martin | R-33b | McClain, John v. Merck & Co., Inc. | 2:06-cv-03657-EEF-DEK |
| 7. | 1068590 | Pro Se | Toney, John M. | R-33b | Toney, Wilma L. v. Merck & Co., Inc. | 2:06-cv-11340-EEF-DEK |
| 8. | 1056337 | Pro Se | Williams, Oscar | R-1; R-32; R-33b; R-6; R-7 | Williams, Oscar v. Merck & Co., Inc. | 2:05-cv-03550-EEF-DEK |

Exhibit 3.2
Page 1 of 1