**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibits 4.1 – 4.7. | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

**************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Fourth Motion, Rule and Incorporated

Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not

Been Met (R. Doc. 18053) came on for hearing on the 15th day of April, 2009.  For the reasons

orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as to all plaintiffs on Exhibits

4.1, 4.2, and 4.3.

**IT IS FURTHER ORDERED** that the motion is deferred as to the plaintiffs on

Exhibit 4.4 until April 29, 2009 at 9:00 a.m.  The plaintiffs on Exhibit 4.4 have until 6:00 p.m.

Eastern time, April 24, 2009 to provide non-deficient enrollment materials.  If the deficiencies

are not cured by April 24, 2009, these claims will be dismissed with prejudice and/or any Tolling

Agreement rights voided and extinguished, as applicable.

**IT IS FURTHER ORDERED** that the claims of all plaintiffs on Exhibit 4.5 be

and they hereby are dismissed with prejudice.

**IT IS FURTHER ORDERED** the claims of all tolling claimants on Exhibit 4.6 be and they hereby are extinguished, and the Tolling Agreement (Notice filed in the MDL Court on June 9, 2005) is hereby voided as to those claimants.

**IT IS FURTHER ORDERED** that plaintiffs on Exhibit 4.7 have been granted a limited extension of time to cure their enrollment deficiencies up to and including May 1, 2009. Accordingly, the motion is deferred as to the plaintiffs on Exhibit 4.7 until May 8, 2009 at 9:00 a.m.  Curing the noted enrollment deficiencies by 6:00 p.m. Eastern time, May 1, 2009 will obviate the requirement to attend the hearing.

NEW ORLEANS, LOUISIANA, this  17th  day of April, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1

**Exhibit 4.1**
**(Motion Withdrawn)**

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1001416 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Canington, Charles Lawrence | | Tolling Claimant | |
| 2. | 1004789 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Jackson, Mary Frances | | Tolling Claimant | |
| 3. | 1000317 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Mills, Stanley Robert | | Tolling Claimant | |
| 4. | 1002912 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Odom, Melba | | Tolling Claimant | |
| 5. | 1088385 | Becnel Law Firm, LLC | Bennett, Stella | | Bennet, Stella W. v. Merck & Co., Inc. | 2:05-cv-04442-EEF-DEK |
| 6. | 1088356 | Becnel Law Firm, LLC | Ratliff, Cindia | | Tolling Claimant | |
| 7. | 1015339 | Blizzard, McCarthy & Nabers, LLP | Thompson, Judy G. | | Thompson, Judy G. v. Merck & Co., Inc. | 2:06-cv-06892-EEF-DEK |
| 8. | 1053441 | Branch Law Firm | Rohde, Ruth | | Bartee, Gretchen v. Merck & Co., Inc. | 2:06-cv-06446-EEF-DEK |
| 9. | 1053928 | Branch Law Firm | Wilkinson, Harold W. | | Truscott, Shirley v. Merck & Co., Inc. | 2:08-cv-00863-EEF-DEK |
| 10. | 1091183 | Bruno & Bruno | Perez, Jerry A. | | Tolling Claimant | |
| 11. | 1094486 | Carey & Danis, LLC | Cline, Nick R. | | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK |
| 12. | 1094931 | Carey & Danis, LLC | Grable, Doris A. | | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK |
| 13. | 1095144 | Carey & Danis, LLC | Howey, Eva P. | | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK |
| 14. | 1095297 | Carey & Danis, LLC | Keith, Hattie | | Latham, Jane v. Merck & Co., Inc. | 2:06-cv-00793-EEF-DEK |
| 15. | 1095462 | Carey & Danis, LLC | Love, Sandra | | Love, Jonathan B. v. Merck & Co., Inc. | 2:07-cv-06081-EEF-DEK |
| 16. | 1096345 | Carey & Danis, LLC | Thomas, Katherine | | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK |
| 17. | 1096640 | Carey & Danis, LLC | Zielinski, Ramond | | Long, Douglas v. Merck & Co., Inc. | 2:07-cv-01701-EEF-DEK |
| 18. | 1075026 | Cellino & Barnes, P.C. | Anthon, Jerome C. | | Anthon, Jerome v. Merck & Co., Inc. | 2:06-cv-01198-EEF-DEK |
| 19. | 1075114 | Cellino & Barnes, P.C. | Berry, Ruby | | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 20. | 1075167 | Cellino & Barnes, P.C. | Brand, Cecil | | Barone, Samuel G. v. Merck & Co., Inc. | 2:06-cv-09754-EEF-DEK |
| 21. | 1075183 | Cellino & Barnes, P.C. | Briggs, Calvin | | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK |

Exhibit 4.1
Page 1 of 5

| 22. | 1075240 | Cellino & Barnes, P.C. | Caico, Josephine | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 23. | 1075311 | Cellino & Barnes, P.C. | Ciesielski, John R. | | Bagley, Charles v. Merck & Co., Inc. | 2:06-cv-01174-EEF-DEK |
| 24. | 1075419 | Cellino & Barnes, P.C. | Daignault, Jeanette | | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 25. | 1075478 | Cellino & Barnes, P.C. | Dickerson, Edrie W. | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 26. | 1075480 | Cellino & Barnes, P.C. | Didinger, Carol | | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 27. | 1075497 | Cellino & Barnes, P.C. | Dodds, Carol S. | | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |
| 28. | 1075624 | Cellino & Barnes, P.C. | Francione, Orlando C. | | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 29. | 1075672 | Cellino & Barnes, P.C. | Gay, Lucille | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 30. | 1075678 | Cellino & Barnes, P.C. | Geslin, Arnie R. | | Austin, James v. Merck & Co., Inc. | 2:06-cv-02211-EEF-DEK |
| 31. | 1075691 | Cellino & Barnes, P.C. | Giudice, Frank | | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 32. | 1075713 | Cellino & Barnes, P.C. | Granica, Virginia | | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 33. | 1075903 | Cellino & Barnes, P.C. | Hutchinson, Ken | | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 34. | 1075933 | Cellino & Barnes, P.C. | Jankowski, Anthony | | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK |
| 35. | 1075989 | Cellino & Barnes, P.C. | Joson, Nemesia | | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 36. | 1076086 | Cellino & Barnes, P.C. | Lafollette, Virginia E. | | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 37. | 1076150 | Cellino & Barnes, P.C. | Lilienkamp, Betty | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 38. | 1076173 | Cellino & Barnes, P.C. | Longley, George | | Longley, George v. Merck & Co., Inc. | 2:06-cv-01182-EEF-DEK |
| 39. | 1076188 | Cellino & Barnes, P.C. | Luf, Mary | | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |
| 40. | 1076342 | Cellino & Barnes, P.C. | Miller, Lloyd | | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 41. | 1076545 | Cellino & Barnes, P.C. | Pellitteri, Anna M. | | Bamford, Armeda v. Merck & Co., Inc. | 2:06-cv-01168-EEF-DEK |
| 42. | 1076582 | Cellino & Barnes, P.C. | Pohl, Dorothy L. | | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 43. | 1076607 | Cellino & Barnes, P.C. | Proietti, Helen A. | | Bissell, Sophie v. Merck & Co., Inc. | 2:06-cv-01178-EEF-DEK |
| 44. | 1076734 | Cellino & Barnes, P.C. | Roets, Jacqueline | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |

Exhibit 4.1
Page 2 of 5

| 45. | 1076772 | Cellino & Barnes, P.C. | Rutland, Earline | | Anderson, Marsha v. Merck & Co., Inc. | 2:06-cv-10622-EEF-DEK |
|---|---|---|---|---|---|---|
| 46. | 1076850 | Cellino & Barnes, P.C. | Scuteri, Rose M. | | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |
| 47. | 1076862 | Cellino & Barnes, P.C. | Sesto, Nick | | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 48. | 1076887 | Cellino & Barnes, P.C. | Siegert, Gerhard | | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 49. | 1076925 | Cellino & Barnes, P.C. | Smith, Henrietta | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 50. | 1077024 | Cellino & Barnes, P.C. | Talarico, Peter | | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK |
| 51. | 1077027 | Cellino & Barnes, P.C. | Tanker, Dolores | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 52. | 1077045 | Cellino & Barnes, P.C. | Terracciano, Salvatore | | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 53. | 1077069 | Cellino & Barnes, P.C. | Thrash, Terry L. | | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK |
| 54. | 1077081 | Cellino & Barnes, P.C. | Toepper, Orville R. | | Alister, Gene C. v. Merck & Co., Inc. | 2:06-cv-10871-EEF-DEK |
| 55. | 1077088 | Cellino & Barnes, P.C. | Tracy, Gertrude J. | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 56. | 1077109 | Cellino & Barnes, P.C. | Unterberger, Olga | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 57. | 1077157 | Cellino & Barnes, P.C. | Waidl, Lorraine V. | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 58. | 1077244 | Cellino & Barnes, P.C. | Williams, Joseph | | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 59. | 1077266 | Cellino & Barnes, P.C. | Wilson, Arden | | Austin, James v. Merck & Co., Inc. | 2:06-cv-02211-EEF-DEK |
| 60. | 1077263 | Cellino & Barnes, P.C. | Wilson, Janice | | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 61. | 1111593 | Cox, Cox, Filo, Camel & Wilson | Gallo, Anna H. | | Gallo, Nolan v. Merck & Co., Inc. | 2:06-cv-00989-EEF-DEK |
| 62. | 1081092 | Herman, Herman, Katz & Cotler, LLP | Dantin, Mary | | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| 63. | 1112442 | Hingle, Michael and Associates | Faull, James | | Bailey, Lois v. Merck & Co., Inc. | 2:05-cv-06904-EEF-DEK |
| 64. | 1072141 | Hingle, Michael and Associates | Tarpley, James | | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK |
| 65. | 1089256 | Kline & Specter, PC | Andree, Sonja | | Ahmed, Alauddin v. Merck & Co., Inc. | 2:06-cv-03639-EEF-DEK |
| 66. | 1089290 | Kline & Specter, PC | Breezee, Glen E. | | Breezee, Glen v. Merck & Co., Inc. | 2:06-cv-03110-EEF-DEK |
| 67. | 1089400 | Kline & Specter, PC | Haren, James P. | | Barrows, Martin R. v. Merck & Co., Inc. | 2:06-cv-10269-EEF-DEK |

Exhibit 4.1
Page 3 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| 68. | 1089497 | Kline & Specter, PC | Pastor, Annamarie | | Allahand, Margaret A. v. Merck & Co., Inc. | 2:06-cv-09344-EEF-DEK |
| 69. | 1050864 | Lamb Firm, LLC, The | Domenech-Williams, Maria | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 70. | 1051138 | Lamb Firm, LLC, The | Rodriguez-Figueroa, Sonia | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 71. | 1051196 | Lamb Firm, LLC, The | Santos-Pacheco, Eduardo | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 72. | 1097525 | Langston & Langston, PLLC | Bibbs, Ella | | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK |
| 73. | 1097530 | Langston & Langston, PLLC | Breland, Roxie | | Tolling Claimant | |
| 74. | 1097531 | Langston & Langston, PLLC | Brooks, George | | Tolling Claimant | |
| 75. | 1097531 | Langston & Langston, PLLC | Brooks, George | | Tolling Claimant | |
| 76. | 1084475 | Matthews & Associates | Cross, Ruth L. | | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| 77. | 1082876 | Matthews & Associates | Deraps, Marilyn E. | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 78. | 1083849 | Matthews & Associates | Ducker, Carroll L. | | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| 79. | 1082934 | Matthews & Associates | Feliciano Vasquez, Jose | | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 80. | 1082970 | Matthews & Associates | Feliciano, Ramonita | | Cabrera, Antonia Acosta v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK |
| 81. | 1082749 | Matthews & Associates | Hogan, Joy J. | R-7 | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944-EEF-DEK |
| 82. | 1083820 | Matthews & Associates | Jimenez Sanabria, Maximina | | Cabrera, Antonia Acosta v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK |
| 83. | 1083629 | Matthews & Associates | Lee, Pearlie M. | | Tolling Claimant | |
| 84. | 1083976 | Matthews & Associates | Liberatore, June | | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| 85. | 1084080 | Matthews & Associates | Marshall, Elizabeth L. | | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK |
| 86. | 1084255 | Matthews & Associates | Nicholson, Bessie M. | | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| 87. | 1084167 | Matthews & Associates | Ramos Arce, Nereida | | Padilla, Rosa M Acostav. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK |
| 88. | 1083873 | Matthews & Associates | Rivera Olivieri , Julio | | Marieti, Edgardo R. v. Merck & Co., Inc. | 2:06-CV-07041-EEF-DEK |
| 89. | 1083655 | Matthews & Associates | Williams, Jane B. | | Tolling Claimant | |

Exhibit 4.1
Page 4 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| 90. | 1083872 | Matthews & Associates | Wilson, Joseph F. | R-37a | Tolling Claimant | |
| 91. | 1098352 | Miller Firm, LLC, The (PA) | Stone, Douglas  H. | | Russell, Celeste v. Merck & Co., Inc. | 2:06-cv-05986-EEF-DEK |
| 92. | 1026594 | Motley, Rice LLC | Hensel, Mickey (dec.) C. | R-37d | Brough, Clarence L. v. Merck & Co., Inc. | 2:06-cv-03083-EEF-DEK |
| 93. | 1024759 | Myler, Brad & Associates | Saunders, Ruth M. | | Tolling Claimant | |
| 94. | 1113035 | Pro Se | Lilak, Safdar N. | | Lilak, Safdar v. Merck & Co., Inc. | 2:06-cv-08318-EEF-DEK |
| 95. | 1058003 | Pro Se | Ybarra, Florestela | | Tolling Claimant | |
| 96. | 1058003 | Pro Se | Ybarra, Florestela | | Tolling Claimant | |
| 97. | 1058003 | Pro Se | Ybarra, Florestela | | Tolling Claimant | |
| 98. | 1102897 | Ranier, Gayle & Elliot, L.L.C. (TX) | Wright, Leester G. | | Tolling Claimant | |
| 99. | 1074574 | Sanford Pinedo LLP | Preston, Susan | | Preston, S. Susan J. v. Merck & Co., Inc. | 2:05-cv-04940-EEF-DEK |
| 100. | 1073507 | Silverman & Fodera | Locklear, Oneder | | Tolling Claimant | |
| 101. | 1073474 | Silverman & Fodera | Small, Edward W. | | Small, Eileen v. Merck & Co., Inc. | 2:06-cv-02717-EEF-DEK |
| 102. | 1073477 | Silverman & Fodera | Snyder, Erma E. | | Snyder, Richard E. v. Merck & Co., Inc. | 2:05-cv-01105-EEF-DEK |
| 103. | 1070153 | Simon Passanante PC | Nutt, Nadine K. | | Nutt, Nadine K. v. Merck & Co., Inc. | 2:06-cv-00142-EEF-DEK |
| 104. | 1070196 | Simon Passanante PC | Sanuskar, Janet L. | | Schraeder, Mary v. Merck & Co., Inc. | 2:05-cv-01051-EEF-DEK |
| 105. | 1070247 | Simon Passanante PC | Watkins, Ann M. | | Watkins, Ann M. v. Merck & Co., Inc. | 2:06-cv-00145-EEF-DEK |
| 106. | 1070425 | The Law Group, Ltd. | Boston, Betty | | Tolling Claimant | |
| 107. | 1030737 | Weitz & Luxenberg, P.C. | Carrington, Willie | | Tolling Claimant | |
| 108. | 1030852 | Weitz & Luxenberg, P.C. | Combest, Ruby | | Tolling Claimant | |
| 109. | 1031336 | Weitz & Luxenberg, P.C. | Gill, Nolan W. | | Tolling Claimant | |
| 110. | 1035413 | Weitz & Luxenberg, P.C. | Vaughn, A.l. | | Tolling Claimant | |
| 111. | 1108899 | Weykamp, Paul A., Law Offices of | Facenda, Leo V. | | Facenda, Leo v. Merck & Co., Inc. | 2:05-cv-05103-EEF-DEK |

Exhibit 4.1
Page 5 of 5

# Exhibit 4.2
## (Withdrawn – CAP Compliant)

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1058062 | Barrett Law Office, PA (MS) | Brown, Cynthia A. | R-30 | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |
| 2. | 1058095 | Barrett Law Office, PA (MS) | Sendall, Joy | R-30 | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 3. | 1005439 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Brussard, Jill | R-30 | Tolling Claimant | |
| 4. | 1003102 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Knight, Debra | R-30 | Tolling Claimant | |
| 5. | 1001861 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Miley-Mcdaniel, Marilyn B. | R-30 | Tolling Claimant | |
| 6. | 1002622 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Warren, James Howard | R-37i | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK |
| 7. | 1052680 | Branch Law Firm | Jaskulski, Edward | | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK |
| 8. | 1016544 | Brown & Crouppen, PC | Morgan, Leroy | R-37j | Morgan, Leroy v. Merck & Co., Inc. | 2:06-cv-02183-EEF-DEK |
| 9. | 1094174 | Carey & Danis, LLC | Bailey, Shirley A. | R-37j | Bailey, Shirley v. Merck & Co., Inc. | 2:05-cv-03414-EEF-DEK |
| 10. | 1094279 | Carey & Danis, LLC | Bohizic, Mary | R-37i | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 11. | 1094373 | Carey & Danis, LLC | Burnham, James | R-37i | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375-EEF-DEK |
| 12. | 1094401 | Carey & Danis, LLC | Campbell, Charles | R-37i | McGhee, Edna v. Merck & Co., Inc. | 2:05-cv-02573-EEF-DEK |
| 13. | 1094575 | Carey & Danis, LLC | Criglar, Ida B. | R-30 | Criglar, Ida v. Merck & Co., Inc. | 2:06-cv-11082-EEF-DEK |
| 14. | 1095256 | Carey & Danis, LLC | Jones, Charles H. | R-37d | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375-EEF-DEK |
| 15. | 1095335 | Carey & Danis, LLC | Klubeck, Frank | R-30 | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK |
| 16. | 1095344 | Carey & Danis, LLC | Kopes, Maria | R-30 | Kopes, Maria v. Merck & Co., Inc. | 2:06-cv-03141-EEF-DEK |

Exhibit 4.2
Page 1 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| 17. | 1111909 | Carey & Danis, LLC | Mann, Georgia | | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 18. | 1095764 | Carey & Danis, LLC | Newcomer, Vera | R-30 | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK |
| 19. | 1095914 | Carey & Danis, LLC | Poole, John M. | R-30 | Smith, Minnie v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK |
| 20. | 1096227 | Carey & Danis, LLC | Smugala, Edward | R-30 | Tribby, Pamela v. Merck & Co., Inc. | 2:07-cv-04118-EEF-DEK |
| 21. | 1096279 | Carey & Danis, LLC | Stokes, Shirley | R-30 | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 22. | 1096609 | Carey & Danis, LLC | Worsley, Sarah | R-30 | Aldridge, Harriet v. Merck & Co., Inc. | 2:05-cv-06346-EEF-DEK |
| 23. | 1075217 | Cellino & Barnes, P.C. | Buckley, Joyce | R-37d | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 24. | 1075317 | Cellino & Barnes, P.C. | Clark, William | R-30 | Clark, William v. Merck & Co., Inc. | 2:06-cv-01212-EEF-DEK |
| 25. | 1075325 | Cellino & Barnes, P.C. | Clemons, Fern | R-31 | Nowell, Cameron W. v. Merck & Co., Inc. | 2:06-cv-03628-EEF-DEK |
| 26. | 1075325 | Cellino & Barnes, P.C. | Clemons, Fern | R-31 | Nowell, Cameron W. v. Merck & Co., Inc. | 2:06-cv-03628-EEF-DEK |
| 27. | 1075680 | Cellino & Barnes, P.C. | Giancotti, Theresa | R-30 | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 28. | 1076351 | Cellino & Barnes, P.C. | Miller, Sandra | R-31 | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 29. | 1076351 | Cellino & Barnes, P.C. | Miller, Sandra | R-31 | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 30. | 1076451 | Cellino & Barnes, P.C. | Newman, Nadine | R-30 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 31. | 1076613 | Cellino & Barnes, P.C. | Pula, Elaine | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 32. | 1076613 | Cellino & Barnes, P.C. | Pula, Elaine | R-31 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 33. | 1076707 | Cellino & Barnes, P.C. | Roberson, Jack | R-30 | Anthon, Jerome v. Merck & Co., Inc. | 2:06-cv-01198-EEF-DEK |

Exhibit 4.2
Page 2 of 5

| 34. | 1076776 | Cellino & Barnes, P.C. | Ryther, Kathleen | R-30 | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 35. | 1097411 | Douglas & London, PC | Hopper, Nina | R-37e | Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK |
| 36. | 1067578 | Freese & Goss, PLLC | Gibilian, Jean | R-37i; R-37j | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 37. | 1067776 | Freese & Goss, PLLC | Radtke, William R. | R-16; R-23; R-32; R-37i | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 38. | 1104347 | Gallagher Law Firm (TX) | Anderson, Mylo | R-12; R-37e | Tolling Claimant | |
| 39. | 1104727 | Gallagher Law Firm (TX) | Boeckner, Joseph | | Tolling Claimant | |
| 40. | 1104480 | Gallagher Law Firm (TX) | Epler, Patricia | R-30; R-99b | Epler, Patricia v. Merck & Company, Inc. | 2:08-cv-00600-EEF-DEK |
| 41. | 1104489 | Gallagher Law Firm (TX) | Flippo, Johnny M. | R-37e | Flippo, Dorindo v. Merck & Co., Inc. | 2:08-cv-00603-EEF-DEK |
| 42. | 1104431 | Gallagher Law Firm (TX) | Foster, Richard | R-30 | Tolling Claimant | |
| 43. | 1104630 | Gallagher Law Firm (TX) | Gibson, Annie Ruth | | Tolling Claimant | |
| 44. | 1104733 | Gallagher Law Firm (TX) | Harlow, Helene | R-30; R-37i | Tolling Claimant | |
| 45. | 1104601 | Gallagher Law Firm (TX) | Hughes, Thomas | R-37a | Tolling Claimant | |
| 46. | 1104651 | Gallagher Law Firm (TX) | Moore, Vivian P. | | Tolling Claimant | |
| 47. | 1104665 | Gallagher Law Firm (TX) | Newkirk, Lenora | R-30 | Tolling Claimant | |
| 48. | 1082253 | Harang, Jack W., APLC | Holcombe, James | R-37d | Tolling Claimant | |
| 49. | 1092020 | Heninger Garrison Davis, LLC | Thomas (deceased), Herbert C. | R-37a | Tolling Claimant | |
| 50. | 1081088 | Herman, Herman, Katz & Cotler, LLP | Cornelius, Howard F. | R-31 | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| 51. | 1081202 | Herman, Herman, Katz & Cotler, LLP | Hubbard, Don C. | R-31 | Hubbard, Don C. v. Merck & Co., Inc. | 2:05-cv-00859-EEF-DEK |
| 52. | 1071986 | Hingle, Michael and Associates | Beebe, Robert P. | R-37i; R-37j | Acosta, Ella M. v. Merck & Co., Inc. | 2:05-cv-04457-EEF-DEK |
| 53. | 1072010 | Hingle, Michael and Associates | Davis, Debra W. | R-1 | Charpentier, Matt D. v. Merck & Co., Inc. | 2:05-cv-04458-EEF-DEK |
| 54. | 1072010 | Hingle, Michael and Associates | Davis, Debra W. | R-1 | Charpentier, Matt D. v. Merck & Co., Inc. | 2:05-cv-04458-EEF-DEK |

Exhibit 4.2
Page 3 of 5

| 55. | 1108724 | Humphrey Farrington & McClain PC | Shipper, Esther | R-37i | Shipper, Esther v. Merck & Co., Inc. | 2:05-cv-06186-EEF-DEK |
|---|---|---|---|---|---|---|
| 56. | 1068514 | Ingram & Associates PLLC | Johnson, Isaac | R-30 | Johnson, Isaac, Sr. v. Merck & Co., Inc. | 2:07-cv-05880-EEF-DEK |
| 57. | 1024996 | Johnson, Charles H. & Associates | Torres, Faustin L. | R-30 | Tolling Claimant | |
| 58. | 1105391 | Jones, Swanson, Huddell & Garrison, L.L.C. | Margin, Deceased, C/o Monique Mcdermott, Cynthia | R-30 | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 59. | 1097618 | Langston & Langston, PLLC | Taylor, Willie | R-30 | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK |
| 60. | 1097631 | Langston & Langston, PLLC | Williams, Geneva | R-30 | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK |
| 61. | 1097639 | Langston & Langston, PLLC | Wright, Annie | R-30 | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK |
| 62. | 1097516 | Langston & Langston, PLLC | Young, Louise | R-37e | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK |
| 63. | 1092627 | Lopez, McHugh LLP | Pierce, Lionel L. | R-37e; R-37i | Tolling Claimant | |
| 64. | 1092627 | Lopez, McHugh LLP | Pierce, Lionel L. | R-37e; R-37i | Tolling Claimant | |
| 65. | 1084339 | Matthews & Associates | Baucham, Pauline R. | R-37d | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK |
| 66. | 1084339 | Matthews & Associates | Baucham, Pauline R. | R-37d | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK |
| 67. | 1084334 | Matthews & Associates | Bosarge, Olive W. | R-37i | Tolling Claimant | |
| 68. | 1083256 | Matthews & Associates | Burrell, Ann | R-30 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 69. | 1083023 | Matthews & Associates | Crozier, Ruth I. | R-37a | Tolling Claimant | |
| 70. | 1082822 | Matthews & Associates | Encarnacion Hernandez, Luis A. | R-30 | Cabrera, Antonia Acosta v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK |
| 71. | 1084052 | Matthews & Associates | Kastor, David M. | R-30 | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| 72. | 1084414 | Matthews & Associates | Kern, John A. | R-37a; R-37i | Tolling Claimant | |
| 73. | 1083583 | Matthews & Associates | Murthil, Favin P. | R-1; R-30; R-32 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |

Exhibit 4.2
Page 4 of 5

| 74. | 1083544 | Matthews & Associates | Nicely, Marilyn J. | R-37i | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
|---|---|---|---|---|---|---|
| 75. | 1083598 | Matthews & Associates | Pizarro Llano, Julian | R-30 | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 76. | 1084009 | Matthews & Associates | Rodgers, Arthur L. | R-30; R-38a | Tolling Claimant | |
| 77. | 1084009 | Matthews & Associates | Rodgers, Arthur L. | R-30; R-38a | Tolling Claimant | |
| 78. | 1083121 | Matthews & Associates | Schexnyder, Louella T. | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 79. | 1084447 | Matthews & Associates | Squires, Stephen R. | R-37i | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 80. | 1101632 | Ranier, Gayle & Elliot, L.L.C. (TX) | Chattos, Wilma J. | R-37b | Ivers, Deloris v. Merck & Co., Inc. | 2:05-cv-02946-EEF-DEK |
| 81. | 1070549 | The Law Group, Ltd. | Helms, Lee V. | R-30 | Tolling Claimant | |
| 82. | 1031568 | Weitz & Luxenberg, P.C. | Hemphill, Emma | R-30 | Tolling Claimant | |
| 83. | 1035527 | Weitz & Luxenberg, P.C. | West, Travis | R-30 | Tolling Claimant | |
| 84. | 1035648 | Weitz & Luxenberg, P.C. | Winget, Ronald E. | R-16; R-17; R-30; R-32; R-99 | Tolling Claimant | |

Exhibit 4.2
Page 5 of 5

## Exhibit 4.3
### (Withdrawn – Case Closed or Moot)

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1080079 | Fenstersheib, Robert J. and Associates, P.A., Law Offices of | Noecker, Douglas |  | Noecker, Douglas v. Merck & Co., Inc. | 2:06-cv-02647-EEF-DEK |
| 2. | 1104846 | Gallagher Law Firm (TX) | Couch, Geneva |  | Bush, Juanetta v. Merck & Co., Inc. | 2:06-cv-01904-EEF-DEK |
| 3. | 1104676 | Gallagher Law Firm (TX) | Payne, Peggy |  | Tolling Claimant |  |
| 4. | 1120988 | Pro Se | Crawford, Odell Richmond | R-37j; R-5 | Tolling Claimant |  |
| 5. | 1113807 | Pro Se | Thompkins, Virginia P. |  | Tolling Claimant |  |

Exhibit 4.3
Page 1 of 1

# Exhibit 4.4
## (Pending – Deferred Until April 29, 2009)

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1104960 | Andrews & Thornton | Mcglothlin, Fredrick | R-37a | Winfree, Lillie v. Merck & Co., Inc. | 2:06-cv-05907-EEF-DEK |
| 2. | 1104947 | Andrews & Thornton | Mckee, Willie M. | R-24; R-30 | McKee, Willie v. Merck & Co., Inc. | 2:05-cv-04256-EEF-DEK |
| 3. | 1005548 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Jigliotti, Olga | R-37i | Tolling Claimant | |
| 4. | 1005548 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Jigliotti, Olga | R-37i | Tolling Claimant | |
| 5. | 1051725 | Branch Law Firm | Bender, Curtis | R-37a; R-7 | Asante, Azariah v. Merck & Co., Inc. | 2:08-cv-00871-EEF-DEK |
| 6. | 1051825 | Branch Law Firm | Brooks, Alfred Thomas | R-37c; R-37d | Wheeler, Dorothy v. Merck & Co., Inc. | 2:07-cv-05251-EEF-DEK |
| 7. | 1051825 | Branch Law Firm | Brooks, Alfred Thomas | R-37c; R-37d | Wheeler, Dorothy v. Merck & Co., Inc. | 2:07-cv-05251-EEF-DEK |
| 8. | 1051951 | Branch Law Firm | Chastine, Delores | R-30 | Battle, Patricia v. Merck & Co., Inc. | 2:06-cv-06445-EEF-DEK |
| 9. | 1051995 | Branch Law Firm | Cleveland, Robert | R-30 | Bartee, Gretchen v. Merck & Co., Inc. | 2:06-cv-06446-EEF-DEK |
| 10. | 1052383 | Branch Law Firm | Gibson, Mary | R-37e | Easley, Opal v. M v. Merck & Co., Inc. | 2:07-cv-03785-EEF-DEK |
| 11. | 1052569 | Branch Law Firm | Hidalgo, Diana | R-30 | Allen, Carol S. v. Merck & Co., Inc. | 2:06-cv-06437-EEF-DEK |
| 12. | 1052797 | Branch Law Firm | Konar, Virginia | R-30 | Cuthbert, Cheryl v. Merck & Co., Inc. | 2:08-cv-00859-EEF-DEK |
| 13. | 1053923 | Branch Law Firm | Wilder, Ruth Marie | R-30 | Cuthbert, Cheryl v. Merck & Co., Inc. | 2:08-cv-00859-EEF-DEK |
| 14. | 1094268 | Carey & Danis, LLC | Blick, Ernest | R-37i | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 15. | 1094334 | Carey & Danis, LLC | Brown, Dianna | R-30 | Helton, Richard v. Merck & Co., Inc. | 2:06-cv-11443-EEF-DEK |

Exhibit 4.4
Page 1 of 8

| 16. | 1094858 | Carey & Danis, LLC | Friesz, Norma L. | R-37a | Dale, Celestine v. Merck & Co., Inc. | 2:05-cv-02567-EEF-DEK |
| 17. | 1094907 | Carey & Danis, LLC | Gilbert, Leonard D. | R-30 | Lincoln, Forrest v. Merck & Co., Inc. | 2:07-cv-00899-EEF-DEK |
| 18. | 1095212 | Carey & Danis, LLC | Janson, Jr., Franklin | R-30 | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 19. | 1095612 | Carey & Danis, LLC | Mcnew, Glenda J. | R-31 | Butler, Samella v. Merck & Co., Inc. | 2:06-cv-01973-EEF-DEK |
| 20. | 1095713 | Carey & Danis, LLC | Morrison, Alfred L. | R-30 | Kassing, Dorothy v. Merck & Co., Inc. | 2:05-cv-05303-EEF-DEK |
| 21. | 1095851 | Carey & Danis, LLC | Payne, Barbara | R-37f | Gustin, Barbara v. Merck & Co., Inc. | 2:06-cv-00795-EEF-DEK |
| 22. | 1096104 | Carey & Danis, LLC | Sanders, Dannie | R-30 | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| 23. | 1096170 | Carey & Danis, LLC | Short, Elizabeth | R-37i | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK |
| 24. | 1095189 | Carey & Danis, LLC | Singleton, Glorietta | R-37f | Singleton, Gloria v. Merck & Co., Inc. | 2:05-cv-02576-EEF-DEK |
| 25. | 1096254 | Carey & Danis, LLC | Stauffer, Ruth | R-30 | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 26. | 1096398 | Carey & Danis, LLC | Tyler, John | R-30 | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375-EEF-DEK |
| 27. | 1096555 | Carey & Danis, LLC | Williams, Dorothy M. | R-37d | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK |
| 28. | 1075090 | Cellino & Barnes, P.C. | Beckman, Debra | R-31 | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 29. | 1075107 | Cellino & Barnes, P.C. | Bennett, Eleanor | R-31; R-37d | Bennett, Gregory A. v. Merck & Co., Inc. | 2:06-cv-08383-EEF-DEK |
| 30. | 1075107 | Cellino & Barnes, P.C. | Bennett, Eleanor | R-31; R-37d | Bennett, Gregory A. v. Merck & Co., Inc. | 2:06-cv-08383-EEF-DEK |
| 31. | 1075193 | Cellino & Barnes, P.C. | Brown, Betty | R-31 | Brown, Betty v. Merck & Co., Inc. | 2:06-cv-01186-EEF-DEK |
| 32. | 1075207 | Cellino & Barnes, P.C. | Bruce, Clay | R-31 | Coles, Patti v. Merck & Co., Inc. | 2:07-cv-02936-EEF-DEK |

Exhibit 4.4
Page 2 of 8

| 33. | 1075256 | Cellino & Barnes, P.C. | Capasso, Jayne | R-24; R-31 | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 34. | 1075356 | Cellino & Barnes, P.C. | Concepcion, Nelson | R-31 | Critten, Kenneth S. v. Merck & Co., Inc. | 2:06-cv-01199-EEF-DEK |
| 35. | 1075453 | Cellino & Barnes, P.C. | Dean, Dylan J. | R-31 | Dean, Marianne v. Merck & Co., Inc. | 2:08-cv-00227-EEF-DEK |
| 36. | 1075452 | Cellino & Barnes, P.C. | Dean, Marsha | R-31 | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 37. | 1075472 | Cellino & Barnes, P.C. | Depascale, Evelyn | R-31 | Depascale, Evelyn v. Merck & Co., Inc. | 2:06-cv-01152-EEF-DEK |
| 38. | 1075486 | Cellino & Barnes, P.C. | Dingler, Jimmy | R-31 | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 39. | 1075663 | Cellino & Barnes, P.C. | Garner, Terrie | R-31 | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 40. | 1075705 | Cellino & Barnes, P.C. | Gorham, Alton | R-37a | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 41. | 1075725 | Cellino & Barnes, P.C. | Greenway, Patricia | R-31 | Greenway, David A. v. Merck & Co., Inc. | 2:06-cv-03624-EEF-DEK |
| 42. | 1075781 | Cellino & Barnes, P.C. | Harris, Yassah | R-31 | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 43. | 1075791 | Cellino & Barnes, P.C. | Hassenfratz, Patricia | R-37d | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 44. | 1075805 | Cellino & Barnes, P.C. | Haynes, Edward | R-31 | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 45. | 1075999 | Cellino & Barnes, P.C. | Karbowski, Lottie L. | R-37a | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 46. | 1076074 | Cellino & Barnes, P.C. | Kuczmarski, Rita | R-31 | Kuczmarski, James A. v. Merck & Co., Inc. | 2:06-cv-03633-EEF-DEK |
| 47. | 1076134 | Cellino & Barnes, P.C. | Lehmann, Mary | R-1; R-31; R-32 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 48. | 1076368 | Cellino & Barnes, P.C. | Mobley, Hattie Mae | R-31 | Mobley, Catherine v. Merck & Co., Inc. | 2:08-cv-00352-EEF-DEK |

Exhibit 4.4
Page 3 of 8

| 49. | 1076433 | Cellino & Barnes, P.C. | Naheed, Sharifa | R-31 | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 50. | 1076462 | Cellino & Barnes, P.C. | Nistor, Marolee Mae | R-31 | Nistor, William A. Sr. v. Merck & Co., Inc. | 2:06-cv-03634-EEF-DEK |
| 51. | 1076471 | Cellino & Barnes, P.C. | Nowak, Sophie | R-31 | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 52. | 1076483 | Cellino & Barnes, P.C. | O'Brien, Robert | R-31 | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK |
| 53. | 1076491 | Cellino & Barnes, P.C. | Oliver, Earl | R-31 | Murdie, Deanne v. Merck & Co., Inc. | 2:06-cv-11084-EEF-DEK |
| 54. | 1076565 | Cellino & Barnes, P.C. | Phillips, Ella | R-31 | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 55. | 1076615 | Cellino & Barnes, P.C. | Pulver, William | R-31 | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 56. | 1076631 | Cellino & Barnes, P.C. | Rago, Thomas N. | R-31 | Bielak, Gary T. v. Merck & Co., Inc. | 2:06-cv-01205-EEF-DEK |
| 57. | 1076664 | Cellino & Barnes, P.C. | Renaldo, Nina | R-31 | Chase, Marilyn v. Merck & Co., Inc. | 2:06-cv-01189-EEF-DEK |
| 58. | 1076729 | Cellino & Barnes, P.C. | Rodriguez, Ivan | R-31 | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 59. | 1076738 | Cellino & Barnes, P.C. | Rohn, Deborah | R-37a | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 60. | 1076769 | Cellino & Barnes, P.C. | Russell, Julia | R-31 | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 61. | 1076774 | Cellino & Barnes, P.C. | Ryan, Thomas | R-31 | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK |
| 62. | 1076784 | Cellino & Barnes, P.C. | Samluk, Torie | R-31 | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 63. | 1076864 | Cellino & Barnes, P.C. | Sexton, Annie | R-30 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 64. | 1076880 | Cellino & Barnes, P.C. | Shipley, Elma | R-31 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |

Exhibit 4.4
Page 4 of 8

| 65. | 1076908 | Cellino & Barnes, P.C. | Smalls, Ada | R-31; R-37a | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 66. | 1076908 | Cellino & Barnes, P.C. | Smalls, Ada | R-31; R-37a | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 67. | 1076908 | Cellino & Barnes, P.C. | Smalls, Ada | R-31; R-37a | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 68. | 1076934 | Cellino & Barnes, P.C. | Snopkowski, Margaret | R-30 | DAmore, Jennie v. Merck & Co., Inc. | 2:06-cv-01208-EEF-DEK |
| 69. | 1077066 | Cellino & Barnes, P.C. | Thomson, Jack | R-37a; R-37b; R-7 | Thomson, Jay v. Merck & Co., Inc. | 2:08-cv-00328-EEF-DEK |
| 70. | 1077066 | Cellino & Barnes, P.C. | Thomson, Jack | R-37a; R-37b; R-7 | Thomson, Jay v. Merck & Co., Inc. | 2:08-cv-00328-EEF-DEK |
| 71. | 1077107 | Cellino & Barnes, P.C. | Umbleby, Logan | R-26; R-31; R-7 | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 72. | 1077120 | Cellino & Barnes, P.C. | Van Valkenburg, Emma | R-31 | Baron, Brenda v. Merck & Co., Inc. | 2:06-cv-11089-EEF-DEK |
| 73. | 1077125 | Cellino & Barnes, P.C. | Vanpatten, Ruth D. | R-31 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 74. | 1077153 | Cellino & Barnes, P.C. | Wagner, Florence | R-31 | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 75. | 1077242 | Cellino & Barnes, P.C. | Williams, Betty J. | R-30; R-31 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 76. | 1077242 | Cellino & Barnes, P.C. | Williams, Betty J. | R-30; R-31 | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 77. | 1077260 | Cellino & Barnes, P.C. | Willis, Rachel | R-30 | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |
| 78. | 1089139 | Dinkes & Schwitzer, P.C. | Hernandez, Javier | R-30 | Tolling Claimant | |
| 79. | 1097220 | Douglas & London, PC | Bailey, Shirley | R-37i | Kohn, Lawrence v. Merck & Co., Inc. | 2:07-cv-06438-EEF-DEK |
| 80. | 1097269 | Douglas & London, PC | Fullington, David | R-37b; R-37i | Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK |
| 81. | 1097269 | Douglas & London, PC | Fullington, David | R-37b; R-37i | Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK |
| 82. | 1097400 | Douglas & London, PC | Watson, Donald | R-30 | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |

Exhibit 4.4
Page 5 of 8

| 83. | 1013823 | Fazio, DiSalvo, Cannon, Abers, Podrecca, Fazio & Carroll (Care of Jeff S. Abers) | Grimm, Lillian | R-30; R-38d | Grimm, Lillian v. Merck & Co., Inc. | 2:06-cv-00219-EEF-DEK |
| 84. | 1013823 | Fazio, DiSalvo, Cannon, Abers, Podrecca, Fazio & Carroll (Care of Jeff S. Abers) | Grimm, Lillian | R-30; R-38d | Grimm, Lillian v. Merck & Co., Inc. | 2:06-cv-00219-EEF-DEK |
| 85. | 1080054 | Fenstersheib, Robert J. and Associates, P.A., Law Offices of | Lightsey, Pamela | R-30 | Lightsey, Pamela v. Merck & Co., Inc. | 2:06-cv-03586-EEF-DEK |
| 86. | 1067432 | Freese & Goss, PLLC | Armstrong, Gracie Etta D. | R-30 | Gheen, Sherry v. Merck & Co., Inc. | 2:07-cv-03179-EEF-DEK |
| 87. | 1067610 | Freese & Goss, PLLC | Hanneman, Aldred | R-37i; R-7 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 88. | 1067821 | Freese & Goss, PLLC | Shklyar, Riva | R-30 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 89. | 1067903 | Freese & Goss, PLLC | Wilks, Mary | R-30 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 90. | 1104394 | Gallagher Law Firm (TX) | Brown, Jean | R-37i | Tolling Claimant | |
| 91. | 1104418 | Gallagher Law Firm (TX) | Caparino, Milbrun | R-30 | Tolling Claimant | |
| 92. | 1104463 | Gallagher Law Firm (TX) | Dougherity, Norma | R-30 | Tolling Claimant | |
| 93. | 1104470 | Gallagher Law Firm (TX) | Dupree, Neta | R-1; R-37b; R-6 | Dupree, Neta v. Merck & Company, Inc. | 2:08-cv-00597-EEF-DEK |
| 94. | 1104596 | Gallagher Law Firm (TX) | Johnson, Charleszetta | R-37d | Tolling Claimant | |
| 95. | 1104575 | Gallagher Law Firm (TX) | Kazik, Jennifer | R-30 | Kazik, Jennifer v. Merck & Co., Inc. | 2:08-cv-00616-EEF-DEK |
| 96. | 1104810 | Gallagher Law Firm (TX) | Washington, Artie | R-30; R-99a | Washington, Artie v. Merck & Co., Inc. | 2:08-cv-00651-EEF-DEK |
| 97. | 1026303 | Gancedo & Nieves LLP | Bowie, Samuel | R-37a | Eggleston, Marilyn v. Merck & Co., Inc. | 2:06-cv-07084-EEF-DEK |
| 98. | 1091344 | Hawkins, Terence S., P.C., Attorney At Law | Viswanathan, Tanjore | R-37b | Viswanathan, Josepha v. Merck & Co., Inc. | 2:05-cv-04673-EEF-DEK |
| 99. | 1081129 | Herman, Herman, Katz & Cotler, LLP | Juneau, Nelson | R-31 | Johnson, Harry J. v. Merck & Co., Inc. | 2:05-cv-04422-EEF-DEK |

Exhibit 4.4
Page 6 of 8

| | | | | | | |
|---|---|---|---|---|---|---|
| 100. | 1072067 | Hingle, Michael and Associates | Mcswain, Mary A. | R-37j | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459-EEF-DEK |
| 101. | 1072104 | Hingle, Michael and Associates | Vicknair, Janet | | Vicknair, Janet v. Merck & Co., Inc. | 2:05-cv-00643-EEF-DEK |
| 102. | 1081433 | Hossley Embry, LLP | Helms, Billy | R-30 | Helms, Billy v. Merck & Co., Inc. | 2:06-cv-10286-EEF-DEK |
| 103. | 1081475 | Hossley Embry, LLP | Webb, Lisa | R-30 | Webb, Lisa v. Merck & Co, Inc. | 2:06-cv-10290-EEF-DEK |
| 104. | 1086335 | Jensen, Belew & Gonzalez, P.L.L.C. | Moreno, Juan | R-30 | Tolling Claimant | |
| 105. | 1084287 | Matthews & Associates | Anderson, Ella D. | R-37d | Tolling Claimant | |
| 106. | 1084287 | Matthews & Associates | Anderson, Ella D. | R-37d | Tolling Claimant | |
| 107. | 1084127 | Matthews & Associates | Collier, Sarah A. | R-37c | Tolling Claimant | |
| 108. | 1083565 | Matthews & Associates | Medina Perez, Angela | R-37j | Cabrera, Antonia Acosta v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK |
| 109. | 1082662 | Matthews & Associates | Ortiz Munoz, Nicolasa | R-37h | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 110. | 1083515 | Matthews & Associates | Sanders, Ora P. | R-1; R-30; R-32 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 111. | 1082818 | Matthews & Associates | Santiago, Constancia | R-30 | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK |
| 112. | 1083432 | Matthews & Associates | Velez Rios, Miguel | R-30 | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK |
| 113. | 1056117 | Meshbesher and Spence, Ltd. | Moore, Karen S. | R-30 | Moore, Karen S. v. Merck & Co., Inc. | 2:06-cv-05783-EEF-DEK |
| 114. | 1105602 | Murphy Law Firm | Barnett, Robert L. | R-30 | Tolling Claimant | |
| 115. | 1118708 | Obioha, Pius A., Law Offices of, LLC | Knapper, Ann | R-30; R-99a | Tolling Claimant | |
| 116. | 1113935 | Pro Se | Bezio, Norman V. | R-30 | Tolling Claimant | |
| 117. | 1016424 | Pro Se | Harris, Bettye | R-30; R-31 | Harris, Bettye v. Merck & Co., Inc. | 2:05-cv-04799-EEF-DEK |
| 118. | 1016424 | Pro Se | Harris, Bettye | R-30; R-31 | Harris, Bettye v. Merck & Co., Inc. | 2:05-cv-04799-EEF-DEK |
| 119. | 1121624 | Pro Se | Irvin, Magaline B. | R-30 | Tolling Claimant | |
| 120. | 1121373 | Pro Se | Johnson, Annie | R-24; R-30; R-36 | Tolling Claimant | |
| 121. | 1113533 | Pro Se | Johnson, Ozzie Lee | R-37j | Tolling Claimant | |

Exhibit 4.4
Page 7 of 8

| | | | | | | |
|---|---|---|---|---|---|---|
| 122. | 1056078 | Pro Se | Popov, Sava | R-37i | Popov, Jasmina v. Merck & Co., Inc. | 2:05-cv-03170-EEF-DEK |
| 123. | 1011164 | Pro Se | Vu, Phong Nang | R-30 | Nguyen, Minh Tam v. Merck & Co., Inc. | 2:07-cv-00812-EEF-DEK |
| 124. | 1061740 | Schmidt, Douglas M., APLC | Solomon (poa Shirley Simon Daug), Evelyn | R-32; R-37e; R-99 | Simon, Shirley v. Merck & Co., Inc. | 2:07-cv-01678-EEF-DEK |
| 125. | 1113747 | Stamps & Stamps | Keenan, Nancy P. | R-1; R-30; R-32; R-99a | Sims, Eleanor K. v. Merck & Co., Inc. | 2:08-cv-00144-EEF-DEK |
| 126. | 1070583 | The Law Group, Ltd. | Kelly, Diann D. | R-37f | Tolling Claimant | |
| 127. | 1070622 | The Law Group, Ltd. | Lynch, Dustan W. | R-37d; R-7 | Tolling Claimant | |
| 128. | 1030553 | Weitz & Luxenberg, P.C. | Bowers, Melba | R-30; R-32; R-99 | Tolling Claimant | |
| 129. | 1031390 | Weitz & Luxenberg, P.C. | Grady, Catherine | R-30; R-32; R-99 | Tolling Claimant | |
| 130. | 1032542 | Weitz & Luxenberg, P.C. | Odom, Wilbur D. | R-30 | Tolling Claimant | |
| 131. | 1081872 | Whitehead Law Firm | Lawson, Earlma | R-30; R-5 | Tolling Claimant | |

Exhibit 4.4
Page 8 of 8

**Exhibit 4.5**
**(Dismissals – Filed Cases)**

|   | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1015285 | Blizzard, McCarthy & Nabers, LLP | Mcdonald, Barbara A. | R-30; R-7 | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK |
| 2. | 1016567 | Brown & Crouppen, PC | Phounrath, Phone | R-37g | Kaufman, Opal v. Merck & Co., Inc. | 2:05-cv-05835-EEF-DEK |
| 3. | 1058957 | Driggs Bills & Day PC | Sanchez, Antonio | R-21; R-28; R-37j | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| 4. | 1085232 | Keim Law | Dugas, Ann M. | R-37a; R-7 | Dugas, Mercedes A. v. Merck & Co., Inc. | 2:05-cv-05781-EEF-DEK |
| 5. | 1106512 | Kelley & Ferraro, LLP | Karlovic, Almajean | R-37e | Karlovic, Almajean v. Merck & Co., Inc. | 2:05-cv-03592-EEF-DEK |
| 6. | 1058388 | Parks & Crump LLC | Flack, Kenneth | R-37c | England, Cathy v. Merck & Co., Inc. | 2:06-cv-06706-EEF-DEK |
| 7. | 1113865 | Phillips Law Office L.L.C. | Clasen, Georgia K. | R-30 | Clasen, Georgia K. v. Merck & Co., Inc. | 2:06-cv-01049-EEF-DEK |
| 8. | 1094046 | Pro Se | Augillard, John | R-30 | Augillard, John v. Merck & Co., Inc. | 2:06-cv-01610-EEF-DEK |
| 9. | 1101732 | Ranier, Gayle & Elliot, L.L.C. (TX) | Parker, Jerry D. |  | Bails, Mary A. v. Merck & Co., Inc. | 2:05-cv-02319-EEF-DEK |
| 10. | 1103151 | Ranier, Gayle & Elliot, L.L.C. (TX) | Walker, Billy J. | R-30 | Walker, Kathleen v. Merck & Co., Inc. | 2:05-cv-04124-EEF-DEK |
| 11. | 1024279 | Sanders Viener Grossman, LLP | Mcduffie, Edna | R-37d | McDuffie, James v. Merck & Co., Inc. | 2:06-cv-07031-EEF-DEK |
| 12. | 1024461 | Sanders Viener Grossman, LLP | Murphy, Patricia | R-30 | Murphy, Eileen v. Merck & Co., Inc. | 2:07-cv-05851-EEF-DEK |

Exhibit 4.5
Page 1 of 1

## Exhibit 4.6
### (Tolling – Rights Extinguished & Tolling Void)

|     | VCN     | Primary Counsel                                       | Claimant Name              | Current Deficiencies | Case Caption     | Docket Number |
| --- | ------- | ----------------------------------------------------- | -------------------------- | -------------------- | ---------------- | ------------- |
| 1.  | 1002412 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.   | Gregg, Betty Carolyn       | R-30                 | Tolling Claimant |               |
| 2.  | 1113480 | Pro Se                                                | Cannady, Andrew            | R-31                 | Tolling Claimant |               |
| 3.  | 1100347 | Pro Se                                                | Jones-Walker, Barbara Jean | R-37a                | Tolling Claimant |               |
| 4.  | 1058844 | Pro Se                                                | Robinson, Mammie Ann       | R-30                 | Tolling Claimant |               |
| 5.  | 1102717 | Ranier, Gayle & Elliot, L.L.C. (TX)                   | Worden, Eugene C.          | R-37b                | Tolling Claimant |               |
| 6.  | 1069386 | Ruiz, John H., PA, Law Firm of                        | Denis, Deogracia           | R-30                 | Tolling Claimant |               |
| 7.  | 1069651 | Ruiz, John H., PA, Law Firm of                        | Perez, Eufemia             | R-30                 | Tolling Claimant |               |
| 8.  | 1069829 | Ruiz, John H., PA, Law Firm of                        | Vengochea, Rosario M.      | R-19; R-30           | Tolling Claimant |               |
| 9.  | 1073506 | Silverman & Fodera                                    | Craig, Obadiah             | R-37d                | Tolling Claimant |               |

Exhibit 4.6
Page 1 of 1

## Exhibit 4.7
### (Court Granted Extensions)

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1094277 | Carey & Danis, LLC | Bogle, Thomas | R-37j | Wagner, Robyn v. Merck & Co., Inc. | 2:05-cv-03138-EEF-DEK |
| 2. | 1067508 | Freese & Goss, PLLC | Dachs, Jeanette | R-30 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 3. | 1067527 | Freese & Goss, PLLC | Dixon, Johnny | R-30 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 4. | 1067598 | Freese & Goss, PLLC | Guillen, Josefina | R-37a | Tolling Claimant | |
| 5. | 1067621 | Freese & Goss, PLLC | Hinex, Ricky | R-30 | Tolling Claimant | |
| 6. | 1110628 | Howard & Reed | Morris, Lillian | | Adams, Dorothy v. Merck & Co., Inc. | 2:05-cv-04430-EEF-DEK |
| 7. | 1050907 | Lamb Firm, LLC, The | Gonzalez-Arias, Rafael | R-30 | Arias, Rafael G. v. Merck & Co., Inc. | 2:05-cv-00529-EEF-DEK |
| 8. | 1050925 | Lamb Firm, LLC, The | Haeussler-Anca, Carlos | R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 9. | 1050972 | Lamb Firm, LLC, The | Lorenzo-Nieves, Felicita | R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 10. | 1050998 | Lamb Firm, LLC, The | Matos-Gomez, Cruz | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 11. | 1051016 | Lamb Firm, LLC, The | Millan-Gutierrez, Luz D. | R-30 | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 12. | 1051024 | Lamb Firm, LLC, The | Morales-Gonzalez, Antonio | R-37a | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 13. | 1051039 | Lamb Firm, LLC, The | Orama-Rovira, Juan E. | R-30; R-7 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 14. | 1051044 | Lamb Firm, LLC, The | Ortiz, Lydia M. | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 15. | 1051178 | Lamb Firm, LLC, The | Rodriguez-Soto, Esther | R-30 | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 16. | 1051176 | Lamb Firm, LLC, The | Salazar-Iglesias, Amparo | R-37j | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 17. | 1051184 | Lamb Firm, LLC, The | Sanchez-Torres, Carmen C. | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 18. | 1051233 | Lamb Firm, LLC, The | Trinidad-Fernandez, Hermenegilda | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 19. | 1051238 | Lamb Firm, LLC, The | Vargas-Cuebas, German | R-19 | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 20. | 1051243 | Lamb Firm, LLC, The | Vazquez-Vazquez, Concepcion | R-30; R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

Exhibit 4.7
Page 1 of 2

| 21. | 1051243 | Lamb Firm, LLC, The | Vazquez-Vazquez, Concepcion | R-30; R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 22. | 1051254 | Lamb Firm, LLC, The | Villegas-Rodriguez, Francisca | R-30 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 23. | 1051259 | Lamb Firm, LLC, The | Zayas-Zayas, Bernabela | R-30; R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 24. | 1051259 | Lamb Firm, LLC, The | Zayas-Zayas, Bernabela | R-30; R-31 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

Exhibit 4.7
Page 2 of 2