UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs listed on Exhibits 5.1 – 5.5. | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |

*****************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met (R. Doc. 18054) came on for hearing on the 15th day of April, 2009. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as to all plaintiffs on Exhibits 5.1 and 5.2.

**IT IS FURTHER ORDERED** that the motion is deferred as to the plaintiffs on Exhibit 5.3 until April 29, 2009 at 9:00 a.m. The plaintiffs on Exhibit 5.3 have until 6:00 p.m. Eastern time, April 24, 2009 to provide non-deficient enrollment materials. If the deficiencies are not cured by April 24, 2009, these claims may be subject to dismissal with prejudice and/or any Tolling Agreement rights voided and extinguished, as applicable.

**IT IS FURTHER ORDERED** that as to the plaintiffs and claimants on Exhibit 5.4, the releases that have been submitted to the Claims Administrator are deemed valid and enforceable for all purposes, and those plaintiffs and claimants and all other persons affiliated

with such claim are estopped from contesting the validity of those releases in any future proceedings.

**IT IS FURTHER ORDERED** that the motion is deferred as to the plaintiffs on Exhibit 5.5 until April 29, 2009 at 9:00 a.m. These plaintiffs have failed to provide any notarization at all.  The plaintiffs on Exhibit 5.5 have until 6:00 p.m. Eastern time, April 24, 2009 to provide non-deficient enrollment materials, or to show good cause why such non-deficient materials cannot be provided.  If the deficiencies are not cured by April 24, 2009 and/or plaintiff fails to show good cause why the deficiency cannot be cured, these claims may be subject to dismissal with prejudice and/or any Tolling Agreement rights voided and extinguished, as applicable.

NEW ORLEANS, LOUISIANA, this __17th__ day of April, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1

## Exhibit 5.1
### (Motion Withdrawn)

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1002819 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Groene, Joseph | | Tolling Claimant | |
| 2. | 1015345 | Blizzard, McCarthy & Nabers, LLP | Van Derel, John F. | R-37i | Gillette, Ronald D. v. Merck & Co., Inc. | 2:05-cv-05442-EEF-DEK |
| 3. | 1015345 | Blizzard, McCarthy & Nabers, LLP | Van Derel, John F. | R-37i | Gillette, Ronald D. v. Merck & Co., Inc. | 2:05-cv-05442-EEF-DEK |
| 4. | 1015345 | Blizzard, McCarthy & Nabers, LLP | Van Derel, John F. | R-37i | Gillette, Ronald D. v. Merck & Co., Inc. | 2:05-cv-05442-EEF-DEK |
| 5. | 1015345 | Blizzard, McCarthy & Nabers, LLP | Van Derel, John F. | R-37i | Gillette, Ronald D. v. Merck & Co., Inc. | 2:05-cv-05442-EEF-DEK |
| 6. | 1052813 | Branch Law Firm | Lambert, Judy | R-30 | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK |
| 7. | 1052813 | Branch Law Firm | Lambert, Judy | R-30 | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK |
| 8. | 1053262 | Branch Law Firm | Patterson, Hazel | R-31 | Anderson, Clifton v. Merck & Co., Inc. | 2:07-cv-03935-EEF-DEK |
| 9. | 1094928 | Carey & Danis, LLC | Gossett, Betty J. | | Dodson, Wanda v. Merck & Co., Inc. | 2:05-cv-06194-EEF-DEK |
| 10. | 1095143 | Carey & Danis, LLC | Howell, Sr., Rudolph | R-32 | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 11. | 1095143 | Carey & Danis, LLC | Howell, Sr., Rudolph | R-32 | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 12. | 1095192 | Carey & Danis, LLC | Jackson, Evelyn | | Atkins, Stella v. Merck & Co., Inc. | 2:05-cv-04324-EEF-DEK |
| 13. | 1095425 | Carey & Danis, LLC | Lillge, Sharon M. | R-37i | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652-EEF-DEK |
| 14. | 1095723 | Carey & Danis, LLC | Moyer, Hazel | | Ricketts, Tom v. Merck & Co., Inc. | 2:06-cv-02153-EEF-DEK |
| 15. | 1096306 | Carey & Danis, LLC | Swint, Mona L. | | Swint, Mona v. Merck & Co., Inc. | 2:05-cv-06347-EEF-DEK |
| 16. | 1075624 | Cellino & Barnes, P.C. | Francione, Orlando C. | | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 17. | 1075624 | Cellino & Barnes, P.C. | Francione, Orlando C. | | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 18. | 1075654 | Cellino & Barnes, P.C. | Gagliardi, Maria Theresa | | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 19. | 1075933 | Cellino & Barnes, P.C. | Jankowski, Anthony | | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK |

Exhibit 5.1
Page 1 of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 20. | 1076086 | Cellino & Barnes, P.C. | Lafollette, Virginia E. | | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 21. | 1077069 | Cellino & Barnes, P.C. | Thrash, Terry L. | | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK |
| 22. | 1067552 | Freese & Goss, PLLC | Fant, Patricia | | Dalton, Dianne v. Merck & Co., Inc. | 2:08-cv-00958-EEF-DEK |
| 23. | 1067552 | Freese & Goss, PLLC | Fant, Patricia | | Dalton, Dianne v. Merck & Co., Inc. | 2:08-cv-00958-EEF-DEK |
| 24. | 1067671 | Freese & Goss, PLLC | Lambert, Garland | | Lambert, Omega v. Merck & Co., Inc. | 2:06-cv-11117-EEF-DEK |
| 25. | 1067671 | Freese & Goss, PLLC | Lambert, Garland | | Lambert, Omega v. Merck & Co., Inc. | 2:06-cv-11117-EEF-DEK |
| 26. | 1067708 | Freese & Goss, PLLC | Mcarthur, Dee | | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 27. | 1067727 | Freese & Goss, PLLC | Mink, George | R-36 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 28. | 1067901 | Freese & Goss, PLLC | Wild, Sharon J. | | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 29. | 1067901 | Freese & Goss, PLLC | Wild, Sharon J. | | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 30. | 1104525 | Gallagher Law Firm (TX) | Griffin, Rosie | R-99a | Griffin, Rosie v. Merck & Co., Inc. | 2:08-cv-00611-EEF-DEK |
| 31. | 1104575 | Gallagher Law Firm (TX) | Kazik, Jennifer | R-30 | Kazik, Jennifer v. Merck & Co., Inc. | 2:08-cv-00616-EEF-DEK |
| 32. | 1104575 | Gallagher Law Firm (TX) | Kazik, Jennifer | R-30 | Kazik, Jennifer v. Merck & Co., Inc. | 2:08-cv-00616-EEF-DEK |
| 33. | 1104621 | Gallagher Law Firm (TX) | Marquez, Maria C. | | Tolling Claimant | |
| 34. | 1104791 | Gallagher Law Firm (TX) | Turner, Freddie | | Tolling Claimant | |
| 35. | 1104791 | Gallagher Law Firm (TX) | Turner, Freddie | | Tolling Claimant | |
| 36. | 1104802 | Gallagher Law Firm (TX) | Walden, Bernice | | Anderson, Jerry v. Merck & Co., Inc. | 2:06-cv-01902-EEF-DEK |
| 37. | 1104820 | Gallagher Law Firm (TX) | Wilder, Eugene | | Tolling Claimant | |
| 38. | 1104822 | Gallagher Law Firm (TX) | Williams, Frank A. | | Tolling Claimant | |
| 39. | 1104822 | Gallagher Law Firm (TX) | Williams, Frank A. | | Tolling Claimant | |
| 40. | 1082363 | Harang, Jack W., APLC | Middlemiss, Keith | | Allen, Carol S. v. Merck & Co., Inc. | 2:06-cv-06437-EEF-DEK |
| 41. | 1082363 | Harang, Jack W., APLC | Middlemiss, Keith | | Allen, Carol S. v. Merck & Co., Inc. | 2:06-cv-06437-EEF-DEK |
| 42. | 1089256 | Kline & Specter, PC | Andree, Sonja | | Ahmed, Alauddin v. Merck & Co., Inc. | 2:06-cv-03639-EEF-DEK |
| 43. | 1089290 | Kline & Specter, PC | Breezee, Glen E. | | Breezee, Glen v. Merck & Co., Inc. | 2:06-cv-03110-EEF-DEK |

Exhibit 5.1
Page 2 of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 44. | 1051222 | Lamb Firm, LLC, The | Tebenal, Justa | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 45. | 1056173 | Pro Se | Ellington, Matilda C. | | Tolling Claimant | |
| 46. | 1056173 | Pro Se | Ellington, Matilda C. | | Tolling Claimant | |
| 47. | 1055984 | Pro Se | Gee, Arthur Lee | R-37a | Tolling Claimant | |
| 48. | 1055984 | Pro Se | Gee, Arthur Lee | R-37a | Tolling Claimant | |
| 49. | 1056199 | Pro Se | Hurst, Danny K. | | Tolling Claimant | |
| 50. | 1085694 | Trubitsky, Marina & Associates | Sadikov, Arcadiy None | | Gelman, Vadim v. Merck & Co., Inc. | 2:07-cv-01078-EEF-DEK |
| 51. | 1030491 | Weitz & Luxenberg, P.C. | Bentley, Darlene | | Tolling Claimant | |
| 52. | 1031621 | Weitz & Luxenberg, P.C. | Hilton, Carl B. | | Tolling Claimant | |
| 53. | 1033181 | Weitz & Luxenberg, P.C. | Smith, Margaret | | Tolling Claimant | |
| 54. | 1035278 | Weitz & Luxenberg, P.C. | Tate-Smith, Janet | | Tolling Claimant | |
| 55. | 1035349 | Weitz & Luxenberg, P.C. | Townsend, Marilyn L. | | Tolling Claimant | |
| 56. | 1078700 | Young Firm, The | Ferguson, Linda L. | R-15 | Ferguson, Carolyn v. Merck & Co., Inc. | 2:05-cv-04283-EEF-DEK |

Exhibit 5.1
Page 3 of 3

## Exhibit 5.2
### (Withdrawn – Case Closed or Moot)

|   | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1104421 | Gallagher Law Firm (TX) | Carnell-Franklin, Fannie | | Franklin, Fannie C. v. Merck & Co., Inc. | 2:08-cv-00604-EEF-DEK |
| 2. | 1104380 | Gallagher Law Firm (TX) | Hatten, William | | Tolling Claimant | |
| 3. | 1104555 | Gallagher Law Firm (TX) | Hoskins, Kathleen | | Anderson, Jerry v. Merck & Co., Inc. | 2:06-cv-01902-EEF-DEK |
| 4. | 1058866 | Pro Se | Abdel Malek, Mounir R. | | Tolling Claimant | |
| 5. | 1113499 | Pro Se | Miley, Abbieline R. | | Tolling Claimant | |
| 6. | 1082619 | Pro Se | Woodard, Deloris | R-15; R-22; R-6 | Tolling Claimant | |
| 7. | 1082619 | Pro Se | Woodard, Deloris | R-15; R-22; R-6 | Tolling Claimant | |

Exhibit 5.2
Page 1 of 1

## Exhibit 5.3
### (Pending – Deferred Until April 29, 2009)

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1090993 | Anderson, John H. | Mclaurin, Grace | R-15; R-16; R-9; R-99a | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| 2. | 1090993 | Anderson, John H. | Mclaurin, Grace | R-15; R-16; R-9; R-99a | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| 3. | 1003686 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Hill, Catherine N. | R-15 | Tolling Claimant |  |
| 4. | 1052403 | Branch Law Firm | Gonzales, Edward T. | R-36 | Koenigsfeld, Tina v. Merck & Co., Inc. | 2:08-cv-00867-EEF-DEK |
| 5. | 1052453 | Branch Law Firm | Griffin, Jean D. | R-36; R-7 | Koenigsfeld, Tina v. Merck & Co., Inc. | 2:08-cv-00867-EEF-DEK |
| 6. | 1053118 | Branch Law Firm | Morgan, Beverly A. | R-36; R-5 | Miller, Kevin L. v. Merck & Co., Inc. | 2:08-cv-00870-EEF-DEK |
| 7. | 1094637 | Carey & Danis, LLC | Davis, Yolanda | R-21 | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| 8. | 1096274 | Carey & Danis, LLC | Stinnett, Fannie H. | R-24; R-37i | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK |
| 9. | 1096274 | Carey & Danis, LLC | Stinnett, Fannie H. | R-24; R-37i | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK |
| 10. | 1100252 | Carlile Law Firm, The | Wickware, Dec'D., Ravay V. | R-22; R-26 | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK |
| 11. | 1100252 | Carlile Law Firm, The | Wickware, Dec'D., Ravay V. | R-22; R-26 | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK |
| 12. | 1075256 | Cellino & Barnes, P.C. | Capasso, Jayne | R-24; R-31 | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 13. | 1076130 | Cellino & Barnes, P.C. | Lee, Tracy M. | R-15; R-16 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 14. | 1076130 | Cellino & Barnes, P.C. | Lee, Tracy M. | R-15; R-16 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 15. | 1076155 | Cellino & Barnes, P.C. | Link, Dorothy M. | R-36 | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 16. | 1076603 | Cellino & Barnes, P.C. | Priest, Shirley | R-15; R-22 | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 17. | 1076603 | Cellino & Barnes, P.C. | Priest, Shirley | R-15; R-22 | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 18. | 1077107 | Cellino & Barnes, P.C. | Umbleby, Logan | R-26; R-31; R-7 | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 19. | 1067466 | Freese & Goss, PLLC | Brooks, Bert W. | R-15 | Dutlon, Betty v. Merck & Co., Inc. | 2:05-cv-02368-EEF-DEK |
| 20. | 1067547 | Freese & Goss, PLLC | Erby, Roy C. | R-17 | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 21. | 1067554 | Freese & Goss, PLLC | Fatla, Carol J. | R-24 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 22. | 1067601 | Freese & Goss, PLLC | Gunn, John F. | R-21; R-36 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 23. | 1067601 | Freese & Goss, PLLC | Gunn, John F. | R-21; R-36 | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 24. | 1067698 | Freese & Goss, PLLC | Mariscal, James | R-36 | Mariscal, Debra v. Merck & Co., Inc. | 2:08-cv-01809-EEF-DEK |

Exhibit 5.3
Page 1 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 25. | 1067776 | Freese & Goss, PLLC | Radtke, William R. | R-16; R-23; R-32; R-37i | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 26. | 1067776 | Freese & Goss, PLLC | Radtke, William R. | R-16; R-23; R-32; R-37i | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 27. | 1104696 | Gallagher Law Firm (TX) | Prather, Donna | R-15 | Tolling Claimant | |
| 28. | 1083847 | Matthews & Associates | Brooks, Linda F. | R-21 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 29. | 1084210 | Matthews & Associates | Nolan, Anna L. | R-15; R-29 | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| 30. | 1084014 | Matthews & Associates | Oldaker, Donald E. | R-15; R-22; R-30 | Tolling Claimant | |
| 31. | 1084014 | Matthews & Associates | Oldaker, Donald E. | R-15; R-22; R-30 | Tolling Claimant | |
| 32. | 1083404 | Matthews & Associates | Orick, Robert E. | R-36 | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| 33. | 1084123 | Matthews & Associates | Pagan Garcia, Nelly | R-15 | Padilla, Rosa M Acostav. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK |
| 34. | 1083600 | Matthews & Associates | Robertson, Brittany M. | R-15 | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| 35. | 1082929 | Matthews & Associates | Rodriguez Marquez, Manuel | R-19; R-26; R-7 | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 36. | 1082929 | Matthews & Associates | Rodriguez Marquez, Manuel | R-19; R-26; R-7 | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 37. | 1083686 | Matthews & Associates | Simmons-Trepagnier, Vivian | R-15 | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 38. | 1070372 | Pro Se | Wiggs, David Franklyn | | Wiggs, David v. Merck & Co., Inc. | 2:06-cv-06961-EEF-DEK |

Exhibit 5.3
Page 2 of 2

## Exhibit 5.4
### (Estopped)

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1104947 | Andrews & Thornton | Mckee, Willie M. | R-24; R-30 | McKee, Willie v. Merck & Co., Inc. | 2:05-cv-04256-EEF-DEK |
| 2. | 1104947 | Andrews & Thornton | Mckee, Willie M. | R-24; R-30 | McKee, Willie v. Merck & Co., Inc. | 2:05-cv-04256-EEF-DEK |
| 3. | 1003065 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Lampkin, Richard | R-21 | Tolling Claimant | |
| 4. | 1003184 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Ramminger, Margarete Aureala | R-21 | Tolling Claimant | |
| 5. | 1106362 | Brederson Law Center | Van Nieuwenhuize, Maria-Jose | R-32; R-36; R-6; R-99a | Vannieuwenhuize, Marie Jose v. Merck & Co., Inc. | 2:06-cv-02251-EEF-DEK |
| 6. | 1016467 | Brown & Crouppen, PC | Jones, Shirley | R-21; R-36 | Chickadel, Ronald v. Merck & Co., Inc. | 2:05-cv-05834-EEF-DEK |
| 7. | 1016467 | Brown & Crouppen, PC | Jones, Shirley | R-21; R-36 | Chickadel, Ronald v. Merck & Co., Inc. | 2:05-cv-05834-EEF-DEK |
| 8. | 1100290 | D'Amico, Frank J., Jr., APLC | Jones, Althea | R-19 | Anderson, Harold v. Merck & Co., Inc. | 2:05-cv-04428-EEF-DEK |
| 9. | 1058957 | Driggs Bills & Day PC | Sanchez, Antonio | R-21; R-28; R-37j | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| 10. | 1058957 | Driggs Bills & Day PC | Sanchez, Antonio | R-21; R-28; R-37j | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| 11. | 1107615 | Duncan Firm, P.A. | Snellenberger, Theodore Conrad | R-26; R-30 | Tolling Claimant | |
| 12. | 1051010 | Lamb Firm, LLC, The | Mendez-Cuadrado, Carmen L. | R-21 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 13. | 1051238 | Lamb Firm, LLC, The | Vargas-Cuebas, German | R-19 | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 14. | 1064616 | Laminack, Pirtle & Martines | Maull, Estate Of Clara | R-24 | Maull, Dizzie D. v. Merck & Co., Inc. | 2:06-cv-07025-EEF-DEK |
| 15. | 1090764 | Myers and Perfater | Rose, Patricia A. | R-21; R-36 | Hall, Kelli v. Merck & Co., Inc. | 2:06-cv-10367-EEF-DEK |
| 16. | 1090764 | Myers and Perfater | Rose, Patricia A. | R-21; R-36 | Hall, Kelli v. Merck & Co., Inc. | 2:06-cv-10367-EEF-DEK |
| 17. | 1024748 | Myler, Brad & Associates | Meeh, Sharlene | R-36 | Adler, Marvin v. Merck & Co., Inc. | 2:06-cv-07082-EEF-DEK |
| 18. | 1058876 | Pro Se | Borner, Loraine | R-1; R-32; R-36 | Tolling Claimant | |
| 19. | 1121373 | Pro Se | Johnson, Annie | R-24; R-30; R-36 | Tolling Claimant | |
| 20. | 1121373 | Pro Se | Johnson, Annie | R-24; R-30; R-36 | Tolling Claimant | |

Exhibit 5.4
Page 1 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 21. | 1069829 | Ruiz, John H., PA, Law Firm of | Vengochea, Rosario M. | R-19; R-30 | Tolling Claimant | |
| 22. | 1113729 | Stamps & Stamps | Cooper, Joseph L. | R-36; R-99a | Bracey, Leola v. Merck & Co., Inc. | 2:08-cv-00145-EEF-DEK |
| 23. | 1085686 | Trubitsky, Marina & Associates | Amusyev, Gennady None | R-36; R-99 | Gelman, Vadim v. Merck & Co., Inc. | 2:07-cv-01078-EEF-DEK |
| 24. | 1030825 | Weitz & Luxenberg, P.C. | Coker, Jimmie Joe | R-21 | Tolling Claimant | |
| 25. | 1031767 | Weitz & Luxenberg, P.C. | Jodry, Sue | R-36 | Tolling Claimant | |
| 26. | 1033108 | Weitz & Luxenberg, P.C. | Sherman, Ruby J. | R-21; R-28; R-30 | Sherman, Ruby J. v. Merck & Co., Inc. | 2:05-cv-04902-EEF-DEK |
| 27. | 1033108 | Weitz & Luxenberg, P.C. | Sherman, Ruby J. | R-21; R-28; R-30 | Sherman, Ruby J. v. Merck & Co., Inc. | 2:05-cv-04902-EEF-DEK |
| 28. | 1035196 | Weitz & Luxenberg, P.C. | Steg, Rick P. | R-32; R-36; R-99 | Tolling Claimant | |
| 29. | 1035364 | Weitz & Luxenberg, P.C. | Trosper, Valaree J. | R-21; R-24; R-36 | Tolling Claimant | |
| 30. | 1035364 | Weitz & Luxenberg, P.C. | Trosper, Valaree J. | R-21; R-24; R-36 | Tolling Claimant | |
| 31. | 1035364 | Weitz & Luxenberg, P.C. | Trosper, Valaree J. | R-21; R-24; R-36 | Tolling Claimant | |
| 32. | 1035648 | Weitz & Luxenberg, P.C. | Winget, Ronald E. | R-16; R-17; R-30; R-32; R-99 | Tolling Claimant | |
| 33. | 1035648 | Weitz & Luxenberg, P.C. | Winget, Ronald E. | R-16; R-17; R-30; R-32; R-99 | Tolling Claimant | |
| 34. | 1108893 | Weykamp, Paul A., Law Offices of | Biensach, Frederick | R-36; R-7 | Biensach, Doris v. Merck & Co., Inc. | 2:05-cv-05115-EEF-DEK |
| 35. | 1021132 | Yosha, Buddy, Law Offices of | Siefert, Thomas W. | R-24; R-36 | Rexroat, Virginia v. Merck & Co., Inc. | 2:06-cv-03880-EEF-DEK |
| 36. | 1021132 | Yosha, Buddy, Law Offices of | Siefert, Thomas W. | R-24; R-36 | Rexroat, Virginia v. Merck & Co., Inc. | 2:06-cv-03880-EEF-DEK |
| 37. | 1078727 | Young Firm, The | Mueller, Eike J.w. | R-24; R-36 | Mueller, Eike J.W. v. Merck & Co., Inc. | 2:06-cv-06750-EEF-DEK |
| 38. | 1078727 | Young Firm, The | Mueller, Eike J.w. | R-24; R-36 | Mueller, Eike J.W. v. Merck & Co., Inc. | 2:06-cv-06750-EEF-DEK |

Exhibit 5.4
Page 2 of 2

## Exhibit 5.5
**(No Notary – Deferred Until April 29, 2009)**

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1090975 | Anderson, John H. | Jones, Addie R. | R-15; R-9 | Easterling, Doris v. Merck & Co., Inc. | 2:08-cv-00881-EEF-DEK |
| 2. | 1000652 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Adams, Susan Kay | R-15; R-32 | Tolling Claimant | |
| 3. | 1004421 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Franz, Ethel N. | R-15; R-32 | Tolling Claimant | |
| 4. | 1003503 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Patton, Melanie | R-15 | Tolling Claimant | |
| 5. | 1003560 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Vysniauskas, Peggy | R-15; R-32 | Tolling Claimant | |
| 6. | 1108483 | Bonsignore and Brewer | Serpa, Mary C. | R-15 | Eldridge, Bernard v. Merck & Co., Inc. | 2:06-cv-09743-EEF-DEK |
| 7. | 1024895 | Johnson, Charles H. & Associates | Bruce, Herbert B. | R-15 | Tolling Claimant | |
| 8. | 1024807 | Johnson, Charles H. & Associates | Chapin, Daniel N. | R-15 | Tolling Claimant | |
| 9. | 1024922 | Johnson, Charles H. & Associates | English, Constance E. | R-15 | Tolling Claimant | |
| 10. | 1024923 | Johnson, Charles H. & Associates | Erickson, Sidney J. | R-15 | Tolling Claimant | |
| 11. | 1024967 | Johnson, Charles H. & Associates | Morris, Tena B. | R-15; R-16; R-36; R-5 | Tolling Claimant | |
| 12. | 1024967 | Johnson, Charles H. & Associates | Morris, Tena B. | R-15; R-16; R-36; R-5 | Tolling Claimant | |
| 13. | 1024967 | Johnson, Charles H. & Associates | Morris, Tena B. | R-15; R-16; R-36; R-5 | Tolling Claimant | |
| 14. | 1024985 | Johnson, Charles H. & Associates | Sanders, Norma L. | R-15; R-16; R-5 | Tolling Claimant | |
| 15. | 1024985 | Johnson, Charles H. & Associates | Sanders, Norma L. | R-15; R-16; R-5 | Tolling Claimant | |
| 16. | 1024993 | Johnson, Charles H. & Associates | Spencer, Joanna M. | R-15 | Tolling Claimant | |
| 17. | 1025001 | Johnson, Charles H. & Associates | Turner, Bobby R. | R-15 | Tolling Claimant | |
| 18. | 1024876 | Johnson, Charles H. & Associates | Vidas, Jamie I. | R-15 | Tolling Claimant | |
| 19. | 1051174 | Lamb Firm, LLC, The | Ryan-Guzman, Guillermo | R-15 | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 20. | 1111952 | Levensten Law Firm, P.C. | Schemm, Mary | R-15; R-16; R-32; R-7; R-99 | Tolling Claimant | |

Exhibit 5.5
Page 1 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 21. | 1111952 | Levensten Law Firm, P.C. | Schemm, Mary | R-15; R-16; R-32; R-7; R-99 | Tolling Claimant | |
| 22. | 1113473 | Pro Se | Meadows, Gary Wayne | R-1; R-22; R-32 | Tolling Claimant | |
| 23. | 1113396 | Pro Se | Miller, George Paul | R-15 | Tolling Claimant | |
| 24. | 1001053 | Pro Se | Poole, Louise | R-15; R-22 | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |
| 25. | 1001053 | Pro Se | Poole, Louise | R-15; R-22 | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |
| 26. | 1056214 | Pro Se | Welke, Leroy Alfred | R-15; R-7 | Tolling Claimant | |
| 27. | 1113733 | Stamps & Stamps | Lee, Velma L. | R-15; R-99a | Hedrick, Doretha v. Merck & Co., Inc. | 2:08-cv-00150-EEF-DEK |
| 28. | 1113724 | Stamps & Stamps | Taylor, Sabrina | R-15; R-99a | Clayton, Autry J. v. Merck & Co., Inc. | 2:07-cv-09401-EEF-DEK |

Exhibit 5.5
Page 2 of 2