## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibits 6.1 – 6.6. | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

Defendant Merck & Co., Inc.'s Sixth Motion, Rule and Incorporated

Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not

Been Met (R. Doc. 18058) came on for hearing on the 15th day of April, 2009.  For the reasons

orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as to all plaintiffs on Exhibits 6.1

and 6.2.

**IT IS FURTHER ORDERED** that the motion is deferred as to the plaintiffs on

Exhibit 6.3 until April 29, 2009 at 9:00 a.m.  The plaintiffs on Exhibit 6.3 have until 6:00 p.m.

Eastern time, April 24, 2009 to provide non-deficient enrollment materials.  If the deficiencies

are not cured by April 24, 2009, these derivative claims will be dismissed with prejudice and/or

any Tolling Agreement rights voided and extinguished, as applicable.

**IT IS FURTHER ORDERED** that the claims of all derivative claimants on

Exhibit 6.4 be and they hereby are dismissed with prejudice.

**IT IS FURTHER ORDERED** the claims of all derivative tolling claimants on Exhibit 6.5 be and they hereby are extinguished, and the Tolling Agreement (Notice filed in the MDL Court on June 9, 2005) is hereby voided as to those derivative claimants.

**IT IS FURTHER ORDERED** that plaintiffs on Exhibit 6.6 have been granted a limited extension of time to cure their enrollment deficiencies up to and including May 1, 2009. Accordingly, the motion is deferred as to the plaintiffs on Exhibit 6.6 until May 8, 2009 at 9:00 a.m.  Curing the noted enrollment deficiencies by 6:00 p.m. Eastern time, May 1, 2009 will obviate the requirement to attend the hearing.

NEW ORLEANS, LOUISIANA, this __17th__ day of April, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

# Exhibit 6.1
## (Motion Withdrawn)

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1. | 1063075 | Angelos, Peter G., Law Offices of | Banach, Geraldine M. | | Banach, Robert | Sittler, Sandra B. v. Merck & Co., Inc. | 2:06-cv-05538-EEF-DEK |
| 2. | 1004469 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Kidder, James | | Kidder, Arlene | Tolling Claimant | |
| 3. | 1088366 | Becnel Law Firm, LLC | Thompson, Glenn G. | R-32 | Thompson, Allen | Tolling Claimant | |
| 4. | 1015348 | Blizzard, McCarthy & Nabers, LLP | Washington, Nora | R-30 | Campbell, Anissa | Campbell, Anissa R. v. Merck & Co., Inc. | 2:06-cv-06780-EEF-DEK |
| 5. | 1052216 | Branch Law Firm | Eggers, Betty Jo | | Dillon, Marcha | Cuthbert, Cheryl v. Merck & Co., Inc. | 2:08-cv-00859-EEF-DEK |
| 6. | 1052419 | Branch Law Firm | Goss, Wanda | | Goss, Karl | Green, William v. Merck & Co., Inc. | 2:07-cv-05252-EEF-DEK |
| 7. | 1052911 | Branch Law Firm | Luzier, Roxie J. | R-7 | Deyarmin, Linda | Apice, Joseph v. Merck & Co., Inc. | 2:06-cv-06439-EEF-DEK |
| 8. | 1053358 | Branch Law Firm | Rager, Sr., Norman | | Karen, Tina | Apice, Joseph v. Merck & Co., Inc. | 2:06-cv-06439-EEF-DEK |
| 9. | 1095260 | Carey & Danis, LLC | Jones, Jamesanna | | Stewart, Mary | Stewart, Mary v. Merck & Co., Inc. | 2:05-cv-02575-EEF-DEK |
| 10. | 1095689 | Carey & Danis, LLC | Moore, W.t.(ada) | R-7 | Moore, Ada | Criglar, Ida v. Merck & Co., Inc. | 2:06-cv-11082-EEF-DEK |
| 11. | 1096141 | Carey & Danis, LLC | Scott, Donald | R-30 | Scott, Eloise | Lockett, Renee v. Merck & Co., Inc. | 2:05-cv-03804-EEF-DEK |
| 12. | 1096322 | Carey & Danis, LLC | Taylor, Oliver | | Taylor, Dora | Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK |
| 13. | 1096512 | Carey & Danis, LLC | Wells, Larry | | Wells, Jason | Miles, Mary v. Merck & Co., Inc. | 2:05-cv-03810-EEF-DEK |
| 14. | 1096512 | Carey & Danis, LLC | Wells, Larry | | Scott, Cynthia | Miles, Mary v. Merck & Co., Inc. | 2:05-cv-03810-EEF-DEK |
| 15. | 1096518 | Carey & Danis, LLC | Westover, Jr., Charles | R-7 | Westover, Mary | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |

Exhibit 6.1
Page 1 of 5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16. | 1075161 | Cellino & Barnes, P.C. | Boysel, Erma Louise | | Boysel, Eber | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 17. | 1075523 | Cellino & Barnes, P.C. | Drexler, Shirley | | Drexler, Jack | Bamford, Armeda v. Merck & Co., Inc. | 2:06-cv-01168-EEF-DEK |
| 18. | 1076187 | Cellino & Barnes, P.C. | Ludwig, Laura L. | | Ludwig, Richard | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 19. | 1076222 | Cellino & Barnes, P.C. | Malta, Marie | | Malta, Charles | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |
| 20. | 1076290 | Cellino & Barnes, P.C. | Mcinnerney, Helen | | McInnerney, Martin | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 21. | 1076429 | Cellino & Barnes, P.C. | Murray, Joanne | | Murray, Roger | Bernard, Luise v. Merck & Co., Inc. | 2:06-cv-01185-EEF-DEK |
| 22. | 1076706 | Cellino & Barnes, P.C. | Robbins-Brown, Linda | | Brown, Joel | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 23. | 1076907 | Cellino & Barnes, P.C. | Smaldino, Mary | R-7 | Smaldino, Thomas | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK |
| 24. | 1077003 | Cellino & Barnes, P.C. | Strickland, Tommy Lee | | Strickland, Tammy | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK |
| 25. | 1111592 | Cox, Cox, Filo, Camel & Wilson | Fusilier, Lula M. | R-1; R-32; R-5 | Fusilier, John | Fuselier, Herbert v. Merck & Co., Inc. | 2:06-cv-00988-EEF-DEK |
| 26. | 1111592 | Cox, Cox, Filo, Camel & Wilson | Fusilier, Lula M. | R-1; R-32; R-5 | Fusilier, Howard | Fuselier, Herbert v. Merck & Co., Inc. | 2:06-cv-00988-EEF-DEK |
| 27. | 1121370 | Feinman, James B., & Associates | Goodyear, Harry J. | | Goodyear, III, Harry | Goodyear, Cheryl S. v. Merck & Co., Inc. | 2:06-cv-10328-EEF-DEK |
| 28. | 1121370 | Feinman, James B., & Associates | Goodyear, Harry J. | | Goodyear, Jr, Harry | Goodyear, Cheryl S. v. Merck & Co., Inc. | 2:06-cv-10328-EEF-DEK |
| 29. | 1121370 | Feinman, James B., & Associates | Goodyear, Harry J. | | Goodyear, James | Goodyear, Cheryl S. v. Merck & Co., Inc. | 2:06-cv-10328-EEF-DEK |
| 30. | 1089447 | Kline & Specter, PC | Leonard, Georgia | | LEONARD, R | Ahmed, Alauddin v. Merck & Co., Inc. | 2:06-cv-03639-EEF-DEK |

Exhibit 6.1
Page 2 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| 31. | 1089513 | Kline & Specter, PC | Potucek, Priscilla E. | | Potucek, John | Richardson, Janice M. v. Merck & Co., Inc. | 2:05-cv-06771-EEF-DEK |
| 32. | 1089554 | Kline & Specter, PC | Smith, Helen E. | | SMITH, JOHN | Bidner, Murray v. Merck & Co., Inc. | 2:06-cv-03915-EEF-DEK |
| 33. | 1050774 | Lamb Firm, LLC, The | Benjamin-Camilo, Carmen G. | | Rodriguez, Ricardo | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 34. | 1051027 | Lamb Firm, LLC, The | Morales-Rodriguez, Ruben | | Rivera, Ana | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 35. | 1051030 | Lamb Firm, LLC, The | Moreira-Fragoso, Carmen | | Villafane-Vega, Juan | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 36. | 1051052 | Lamb Firm, LLC, The | Ortiz-Ortiz, Maria M. | R-12 | torres hernandez, pedro | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 37. | 1051137 | Lamb Firm, LLC, The | Rodriguez-Alier, Adela | | Perez Perez, Ruben | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 38. | 1051174 | Lamb Firm, LLC, The | Ryan-Guzman, Guillermo | R-15 | Carpozan Guerro, Isidra | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 39. | 1051254 | Lamb Firm, LLC, The | Villegas-Rodriguez, Francisca | R-30 | Matos-Villegas, Felix | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 40. | 1051254 | Lamb Firm, LLC, The | Villegas-Rodriguez, Francisca | R-30 | Matos-Villegas, Eduardo | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 41. | 1051254 | Lamb Firm, LLC, The | Villegas-Rodriguez, Francisca | R-30 | Matos-Villegas, Pedro | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 42. | 1051259 | Lamb Firm, LLC, The | Zayas-Zayas, Bernabela | R-30; R-31 | Quintana-Zayas, Norma | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

Exhibit 6.1
Page 3 of 5

| 43. | 1097522 | Langston & Langston, PLLC | Avant, Mae Helen | R-30 | Avant, Janet | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK |
|---|---|---|---|---|---|---|---|
| 44. | 1082934 | Matthews & Associates | Feliciano Vasquez, Jose | | Feliciano, Ramonita | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 45. | 1082749 | Matthews & Associates | Hogan, Joy J. | R-7 | Hogan, Glen | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944-EEF-DEK |
| 46. | 1083309 | Matthews & Associates | Ortiz Santana, Carmen | | Oliveras Ortiz, Maribel | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK |
| 47. | 1084199 | Matthews & Associates | Rodriguez Ramirez, Olga | | Medina, Victor | Marieti, Edgardo R. v. Merck & Co., Inc. | 2:06-CV-07041-EEF-DEK |
| 48. | 1093249 | Powell and Majestro, PLLC | Kirk, Virginia L. | | Kirk, Mason | Tolling Claimant | |
| 49. | 1120393 | Pro Se | Combs, Rita Marga | | Missing Data, | Tolling Claimant | |
| 50. | 1054904 | Pro Se | Davis, Billy Clent | | missing data, | Tolling Claimant | |
| 51. | 1057592 | Pro Se | Diaz, Leonel | | Diaz, Maria | Diaz, Leonel v. Merck & Co., Inc. | 2:06-cv-11130-EEF-DEK |
| 52. | 1122127 | Pro Se | Elmore, Opal | | MISSING DATA, | Tolling Claimant | |
| 53. | 1059834 | Pro Se | Lewis, Vera Lucille | R-1; R-32; R-6 | Missing Data, | Tolling Claimant | |
| 54. | 1113232 | Pro Se | Saunders, Ernest Dwight | | Saunders, Cynthia | Tolling Claimant | |
| 55. | 1073482 | Silverman & Fodera | Lindsey, Gerald | R-12 | Lindsey, Jane | Tolling Claimant | |
| 56. | 1073474 | Silverman & Fodera | Small, Edward W. | | Small, Jr., Edward | Small, Eileen v. Merck & Co., Inc. | 2:06-cv-02717-EEF-DEK |
| 57. | 1073477 | Silverman & Fodera | Snyder, Erma E. | | Thomas, Barbara | Snyder, Richard E. v. Merck & Co., Inc. | 2:05-cv-01105-EEF-DEK |
| 58. | 1070693 | The Law Group, Ltd. | Peterson, Marie E. | | Peterson, Robert | Tolling Claimant | |
| 59. | 1031621 | Weitz & Luxenberg, P.C. | Hilton, Carl B. | | Hilton, Elizabeth | Tolling Claimant | |
| 60. | 1032527 | Weitz & Luxenberg, P.C. | O'Brien, Jr, Lercy | | Evans-O'Brien, Hazel | Tolling Claimant | |
| 61. | 1032574 | Weitz & Luxenberg, P.C. | Perez Otero, Jorge L. | | Serrano, Gloria | Santiago Serrano, Gloria P. v. Merck & Co., Inc. | 2:05-cv-06407-EEF-DEK |
| 62. | 1035509 | Weitz & Luxenberg, P.C. | Weese, Arthur E. | | Weese, Verna | Tolling Claimant | |

Exhibit 6.1
Page 4 of 5

| 63. | 1078714 | Young Firm, The | Beyer, Penny S. | | Beyer, Tim | Beyer, Penny S. v. Merck & Co., Inc. | 2:06-cv-05831-EEF-DEK |
|---|---|---|---|---|---|---|---|
| 64. | 1078738 | Young Firm, The | Childers, Janette D. | R-12; R-7 | Childers, Sr., James | Childers, Janette D. v. Merck & Co., Inc. | 2:06-cv-06754-EEF-DEK |

Exhibit 6.1
Page 5 of 5

## Exhibit 6.2
### (Withdrawn – Case Closed or Moot)

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1. | 1076207 | Cellino & Barnes, P.C. | Mack, Dorothy | | Billard, Marilou | Haskin, Terry L. v. Merck & Co., Inc. | 2:07-cv-01394-EEF-DEK |
| 2. | 1076399 | Cellino & Barnes, P.C. | Moore, James | | Woods, Veda | Woods, Veda v. Merck & Co., Inc. | 2:08-cv-00327-EEF-DEK |
| 3. | 1080079 | Fenstersheib, Robert J. and Associates, P.A., Law Offices of | Noecker, Douglas | | Noecker, Douglas | Noecker, Douglas v. Merck & Co., Inc. | 2:06-cv-02647-EEF-DEK |
| 4. | 1104630 | Gallagher Law Firm (TX) | Gibson, Annie Ruth | | Missing data, | Tolling Claimant | |
| 5. | 1080399 | Pro Se | Ferrell, Janice Faye | | Data Missing, | Tolling Claimant | |
| 6. | 1111074 | Pro Se | Riney, Dorothy Ophelia | R-6; R-7 | Missing Data, | Tolling Claimant | |
| 7. | 1113239 | Pro Se | Thompson, Melody D. | | Missing Data, | Tolling Claimant | |
| 8. | 1069237 | Pro Se | White, Frank | | Missing Data, | Tolling Claimant | |

Exhibit 6.2
Page 1 of 1

## Exhibit 6.3
### (Pending -- Deferred Until April 29, 2009)

|     | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|-----|-----|-----------------|---------------|---------------------|--------------------------|--------------|---------------|
| 1.  | 1051703 | Branch Law Firm | Baxter, Bj | R-7 | Baxter, Esta | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK |
| 2.  | 1051725 | Branch Law Firm | Bender, Curtis | R-37a; R-7 | Bender, Patsy | Asante, Azariah v. Merck & Co., Inc. | 2:08-cv-00871-EEF-DEK |
| 3.  | 1052441 | Branch Law Firm | Green, Cumer Leon | R-7 | GREEN, CLIFFORD | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK |
| 4.  | 1052453 | Branch Law Firm | Griffin, Jean D. | R-36; R-7 | Griffin, Donald | Koenigsfeld, Tina v. Merck & Co., Inc. | 2:08-cv-00867-EEF-DEK |
| 5.  | 1052455 | Branch Law Firm | Griffin, Willa | R-7 | Griffin, Anthony | Robles, Carmen v. Merck & Co., Inc. | 2:06-cv-06963-EEF-DEK |
| 6.  | 1052613 | Branch Law Firm | Hoofner Whitfield, Ruby | R-7 | Hoofner, Alvin | Ahmad, Fatemeh v. Merck & Co., Inc. | 2:06-cv-06441-EEF-DEK |
| 7.  | 1052645 | Branch Law Firm | Hum, Edna | R-7 | Hum, Thomas | Andrews, Lillian v. Merck & Co., Inc. | 2:06-cv-06443-EEF-DEK |
| 8.  | 1052837 | Branch Law Firm | Leist, Gloria B. | R-7 | Leist, Donald | Martinez, Lydia v. Merck & Co., Inc. | 2:07-cv-04157-EEF-DEK |
| 9.  | 1053212 | Branch Law Firm | Ortega, Stella | R-7 | Ortega, Brigido | Nonies, Ernest v. Merck & Co., Inc. | 2:08-cv-01026-EEF-DEK |
| 10. | 1053377 | Branch Law Firm | Reed, Beatrice | R-7 | Reed, JB | Green, William v. Merck & Co., Inc. | 2:07-cv-05252-EEF-DEK |
| 11. | 1053632 | Branch Law Firm | Soto, Linda | R-7 | Soto, Polo | Soto, Linda v. Merck & Co., Inc. | 2:08-cv-01040-EEF-DEK |
| 12. | 1053682 | Branch Law Firm | Striggles, Debra Ann Mcallister | R-7 | Striggles, Ronnie | Schaefer, Vincent v. Merck & Co., Inc. | 2:07-cv-04042-EEF-DEK |
| 13. | 1053998 | Branch Law Firm | Yowell, Belinda Rae | R-7 | Yowell, Glen | Adams, Chamitra v. Merck & Co., Inc. | 2:06-cv-06243-EEF-DEK |

Exhibit 6.3
Page 1 of 8

| 14. | 1074985 | Cellino & Barnes, P.C. | Abbott, Charlotte E. | R-7 | Phillips, Hope | Phillips, Hope v. Merck & Co., Inc. | 2:08-cv-00238-EEF-DEK |
|---|---|---|---|---|---|---|---|
| 15. | 1075020 | Cellino & Barnes, P.C. | Anderson-Vance, Marcia | R-7 | Hester, Curtis | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 16. | 1075022 | Cellino & Barnes, P.C. | Andolina, Annabelle | R-7 | Andolina, Mamie | Andolina, Mamie v. Merck & Co., Inc. | 2:06-cv-09751-EEF-DEK |
| 17. | 1075041 | Cellino & Barnes, P.C. | Arsena, Vito | R-7 | Arsena, John | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 18. | 1075045 | Cellino & Barnes, P.C. | Atkins, Carol J. | R-7 | Masiuk, Elaine | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK |
| 19. | 1075068 | Cellino & Barnes, P.C. | Bardo, Madeline | R-7 | Coles, Patti | Coles, Patti v. Merck & Co., Inc. | 2:07-cv-02936-EEF-DEK |
| 20. | 1075084 | Cellino & Barnes, P.C. | Baxter, William | R-7 | Baxter, William | Baxter, Michael v. Merck & Co., Inc. | 2:08-cv-00324-EEF-DEK |
| 21. | 1075104 | Cellino & Barnes, P.C. | Benner, William | R-7 | Benner, William | Baxter, Michael v. Merck & Co., Inc. | 2:07-cv-09123-EEF-DEK |
| 22. | 1075172 | Cellino & Barnes, P.C. | Brean, George R. | R-7 | Brean, Julie | Austin, James v. Merck & Co., Inc. | 2:06-cv-02211-EEF-DEK |
| 23. | 1075214 | Cellino & Barnes, P.C. | Bryant, Isabelle C. | R-7 | Torella, Dom | Torella, Dominic J. v. Merck & Co., Inc. | 2:07-cv-06231-EEF-DEK |
| 24. | 1075210 | Cellino & Barnes, P.C. | Bryant, John T. | R-7 | Thomas, June | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK |
| 25. | 1075237 | Cellino & Barnes, P.C. | Byrd, Joyce F. | R-37d; R-7 | Titcombe, Vicki | Titcombe Vickie L. v. Merck & Co., Inc. | 2:07-cv-09127-EEF-DEK |
| 26. | 1075282 | Cellino & Barnes, P.C. | Case, Lynn | R-7 | Case,Jr, Lynn | Phillips, Hope v. Merck & Co., Inc. | 2:07-cv-09125-EEF-DEK |
| 27. | 1075293 | Cellino & Barnes, P.C. | Cavaiuolo, Maria | R-7 | Cavaiuolo, Vittoria | Anderson, Marsha v. Merck & Co., Inc. | 2:06-cv-10622-EEF-DEK |
| 28. | 1075299 | Cellino & Barnes, P.C. | Charsley, Howard L. | R-7 | Charsley-Joslin, Pamela | Charsley-Joslin, Pamela v. Merck & Co., Inc. | 2:06-cv-11091-EEF-DEK |

Exhibit 6.3
Page 2 of 8

| 29. | 1075336 | Cellino & Barnes, P.C. | Cogar, Donna | R-7 | Tytka, Barbara | Tytka, Barbara M. v. Merck & Co., Inc. | 2:08-cv-00731-EEF-DEK |
| 30. | 1075422 | Cellino & Barnes, P.C. | Daley, Vivian J. | R-7 | Zair, Christine | Baxter, Michael v. Merck & Co., Inc. | 2:07-cv-09123-EEF-DEK |
| 31. | 1075423 | Cellino & Barnes, P.C. | Dalton, Charles | R-7 | Dalton, Chastity | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 32. | 1075495 | Cellino & Barnes, P.C. | Dixon, Mollie H. | R-7 | Davis, Willie | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 33. | 1075508 | Cellino & Barnes, P.C. | Doring, Edward J. | R-7 | Winston, Christina | Watson, Christina Y. v. Merck & Co., Inc. | 2:06-cv-03625-EEF-DEK |
| 34. | 1075532 | Cellino & Barnes, P.C. | Duiker, Johanness | R-7 | Duiker, Ernest | Duiker, Ernest v. Merck & Co., Inc. | 2:08-cv-00733-EEF-DEK |
| 35. | 1075537 | Cellino & Barnes, P.C. | Durgala, Louis J. | R-37b; R-7 | Durgala, Stephen | Durgala, Stephen v. Merck & Co., Inc. | 2:08-cv-00734-EEF-DEK |
| 36. | 1075564 | Cellino & Barnes, P.C. | Emerson, Carolyn Joy | R-7 | Reid, James | Reid, James W. v. Merck & Co., Inc. | 2:06-cv-01163-EEF-DEK |
| 37. | 1075580 | Cellino & Barnes, P.C. | Farmer, Bobby | R-7 | Thomas, Shirley | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK |
| 38. | 1075592 | Cellino & Barnes, P.C. | Ferguson, Jerome E. | R-7 | Ferguson,Jr., Jerome | Ferguson, Jerome v. Merck & Co., Inc. | 2:06-cv-03627-EEF-DEK |
| 39. | 1075599 | Cellino & Barnes, P.C. | Fiddemon, Willie Mae | R-7 | Fiddemon, Calvin | Fiddemon, Rev. Calvin W. v. Merck & Co., Inc. | 2:08-cv-00742-EEF-DEK |
| 40. | 1075600 | Cellino & Barnes, P.C. | Finley, Jerome | R-7 | Finley, Brandy | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 41. | 1075607 | Cellino & Barnes, P.C. | Fisher, Marvin | R-7 | Lewis, Terri | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 42. | 1075634 | Cellino & Barnes, P.C. | Freedman, Mary | R-7 | Faden, Andrea | Andolina, Mamie v. Merck & Co., Inc. | 2:06-cv-09751-EEF-DEK |

Exhibit 6.3
Page 3 of 8

| 43. | 1075639 | Cellino & Barnes, P.C. | Frey, George | R-7 | Frey, Mary | Frey, Mary L. v. Merck & Co., Inc. | 2:08-cv-00239-EEF-DEK |
| 44. | 1075658 | Cellino & Barnes, P.C. | Gallipeau, Virginia | R-7 | Gallipeau, Ronald | Gallipeau, Ronald v. Merck & Co., Inc. | 2:06-cv-01215-EEF-DEK |
| 45. | 1075666 | Cellino & Barnes, P.C. | Gary, Julia M. | R-7 | Harvin, Jacqueline | Harvin, Jacqueline v. Merck & Co., Inc. | 2:08-cv-00216-EEF-DEK |
| 46. | 1075695 | Cellino & Barnes, P.C. | Gleason, Joann | R-7 | Reynolds, Julie | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 47. | 1075749 | Cellino & Barnes, P.C. | Hale, Lisa Brown | R-7 | Hale, Terry | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 48. | 1075758 | Cellino & Barnes, P.C. | Hand, Richard | R-7 | Hundley, Debra | Hundley, Debra S. v. Merck & Co., Inc. | 2:08-cv-00235-EEF-DEK |
| 49. | 1075765 | Cellino & Barnes, P.C. | Hardeman, Manuala | R-7 | Hardeman, Bobby | Flint, Catherine v. Merck & Co., Inc. | 2:06-cv-01179-EEF-DEK |
| 50. | 1075820 | Cellino & Barnes, P.C. | Hensley, Louis | R-33b; R-7 | Hensley, Roxy | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 51. | 1075859 | Cellino & Barnes, P.C. | Horth, Mae | R-7 | Horth, David | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 52. | 1075874 | Cellino & Barnes, P.C. | Huch, Susan | R-7 | Huch, Ronald | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 53. | 1076003 | Cellino & Barnes, P.C. | Kaylor, James | R-7 | Kaylor, Johnny | Kaylor, Johnny J. v. Merck & Co., Inc. | 2:08-cv-00356-EEF-DEK |
| 54. | 1076023 | Cellino & Barnes, P.C. | Kilgore, Lottie J. | R-7 | Brewer, Lisa | Brewer, Lisa v. Merck & Co., Inc. | 2:08-cv-00741-EEF-DEK |
| 55. | 1076029 | Cellino & Barnes, P.C. | Kingston, Henry L. | R-7 | Carone, Carol | Carone, Carol A. v. Merck & Co., Inc. | 2:08-cv-00229-EEF-DEK |
| 56. | 1076048 | Cellino & Barnes, P.C. | Knize, Dorothy | R-7 | Knize, Suzanne | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 57. | 1076051 | Cellino & Barnes, P.C. | Kobielski, Sophie G. | R-7 | Kobielski, John | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK |

Exhibit 6.3
Page 4 of 8

| 58. | 1076085 | Cellino & Barnes, P.C. | Lafleche, Daniel | R-7 | LaFleche, Kathleen | Brewer, Walter v. Merck & Co., Inc. | 2:06-cv-01166-EEF-DEK |
|---|---|---|---|---|---|---|---|
| 59. | 1076098 | Cellino & Barnes, P.C. | Lane, Jean D. | R-7 | Lane, Carla | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 60. | 1076114 | Cellino & Barnes, P.C. | Laux, Henrietta | R-7 | Laux, Jr., Fred | Laux, Gary R. v. Merck & Co., Inc. | 2:06-cv-01155-EEF-DEK |
| 61. | 1076114 | Cellino & Barnes, P.C. | Laux, Henrietta | R-7 | Laux, Gary | Laux, Gary R. v. Merck & Co., Inc. | 2:06-cv-01155-EEF-DEK |
| 62. | 1076131 | Cellino & Barnes, P.C. | Lee, Charles | R-7 | Lee, Kathy | Baxter, Michael v. Merck & Co., Inc. | 2:07-cv-09123-EEF-DEK |
| 63. | 1076132 | Cellino & Barnes, P.C. | Lee, Lewis | R-7 | Tucker, Antonia | Tucker, Antonia v. Merck & Co., Inc. | 2:07-cv-09129-EEF-DEK |
| 64. | 1076142 | Cellino & Barnes, P.C. | Lewandowski, Irene E. | R-7 | Malkiewicz, Mark | Malkiewicz, Marc T. v. Merck & Co., Inc. | 2:06-cv-01158-EEF-DEK |
| 65. | 1076149 | Cellino & Barnes, P.C. | Lighthart, Edith | R-7 | Lighthart, Edward | Lighthart, Edward A. v. Merck & Co., Inc. | 2:06-cv-03622-EEF-DEK |
| 66. | 1076262 | Cellino & Barnes, P.C. | Mayes, Joyce | R-7 | Mayes, Thomas | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK |
| 67. | 1076272 | Cellino & Barnes, P.C. | Mcclellan, Janice M. | R-7 | McClellan, Ellis | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 68. | 1076314 | Cellino & Barnes, P.C. | Mendrykowski, Loretta | R-7 | Benson, Diane | Benson, Dianne v. Merck & Co., Inc. | 2:06-cv-11090-EEF-DEK |
| 69. | 1076317 | Cellino & Barnes, P.C. | Merchant, James | R-7 | Bauder, Penny | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK |
| 70. | 1076362 | Cellino & Barnes, P.C. | Misko, Evelyn L. | R-7 | Misko, Sharon | Misko, Sharon v. Merck & Co., Inc. | 2:08-cv-00217-EEF-DEK |
| 71. | 1076437 | Cellino & Barnes, P.C. | Neal, Roderick | R-7 | Maracle, Christie | Maracle, Kristie L. v. Merck & Co., Inc. | 2:06-cv-01518-EEF-DEK |
| 72. | 1076465 | Cellino & Barnes, P.C. | Nolan, Helen | R-7 | Nolan, Robert | Nolan, Robert v. Merck & Co., Inc. | 2:08-cv-00222-EEF-DEK |

Exhibit 6.3
Page 5 of 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 73. | 1076520 | Cellino & Barnes, P.C. | Pandolfi, Mary | R-7 | Pandolfi, James | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 74. | 1076652 | Cellino & Barnes, P.C. | Reed, Gladys | R-7 | Reed, Willie | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 75. | 1076677 | Cellino & Barnes, P.C. | Rheaume, Louis | R-7 | Rheaume, Ann | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK |
| 76. | 1076719 | Cellino & Barnes, P.C. | Robinson, Viola L. | R-7 | Robinson Jr., Ben | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 77. | 1076764 | Cellino & Barnes, P.C. | Rumfola, Jennie | R-37d; R-7 | Mitchum, Debbie | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK |
| 78. | 1076782 | Cellino & Barnes, P.C. | Salas, Barbara | R-7 | Maldonado, Jose | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 79. | 1076796 | Cellino & Barnes, P.C. | Sapone, Carmelo V. | R-7 | Sapone, Delores | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK |
| 80. | 1076806 | Cellino & Barnes, P.C. | Saunders, Georgia | R-7 | Saunders, Barbara | Saunders, Barbara v. Merck & Co., Inc. | 2:08-cv-00218-EEF-DEK |
| 81. | 1076823 | Cellino & Barnes, P.C. | Schneider, Marie | R-7 | Schneider, Pamela | Andolina, Mamie v. Merck & Co., Inc. | 2:06-cv-09751-EEF-DEK |
| 82. | 1076878 | Cellino & Barnes, P.C. | Shields, Alfred | R-7 | Shields, Sally | Quadd, James J. v. Merck & Co., Inc. | 2:06-cv-01183-EEF-DEK |
| 83. | 1076906 | Cellino & Barnes, P.C. | Slominski, Lucas | R-7 | Slominski, Philip | Harvin, Jaqueline v. Merck & Co., Inc. | 2:07-cv-09124-EEF-DEK |
| 84. | 1076938 | Cellino & Barnes, P.C. | Sobkowiak, Louise | R-7 | Sobkowiak, Raymond | Brown, Sylvia v. Merck & Co., Inc. | 2:06-cv-10128-EEF-DEK |
| 85. | 1076938 | Cellino & Barnes, P.C. | Sobkowiak, Louise | R-7 | Imiola, Sandra | Brown, Sylvia v. Merck & Co., Inc. | 2:06-cv-10128-EEF-DEK |
| 86. | 1076963 | Cellino & Barnes, P.C. | Spurlock, Ruth | R-7 | Spurlock, Richard | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK |
| 87. | 1076965 | Cellino & Barnes, P.C. | St. George, Minnie | R-37a; R-7 | St. George, Anthony | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |

Exhibit 6.3
Page 6 of 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 88. | 1076965 | Cellino & Barnes, P.C. | St. George, Minnie | R-37a; R-7 | St. George, Toni | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 89. | 1077066 | Cellino & Barnes, P.C. | Thomson, Jack | R-37a; R-37b; R-7 | Thomson, Jay | Thomson, Jay v. Merck & Co., Inc. | 2:08-cv-00328-EEF-DEK |
| 90. | 1077107 | Cellino & Barnes, P.C. | Umbleby, Logan | R-26; R-31; R-7 | Lee, Brenda | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 91. | 1077155 | Cellino & Barnes, P.C. | Wagner, Dan | R-30; R-7 | Wagner, Jr., Thomas | Wagner, Tom Jr. v. Merck & Co., Inc. | 2:08-cv-00232-EEF-DEK |
| 92. | 1077235 | Cellino & Barnes, P.C. | Wilbern, Willie | R-7 | Wilbern, David | Wilbern, David v. Merck & Co., Inc. | 2:08-cv-00737-EEF-DEK |
| 93. | 1077257 | Cellino & Barnes, P.C. | Williams, Roosevelt | R-7 | Williams, Maurice | Williams, Anglo v. Merck & Co., Inc. | 2:08-cv-00738-EEF-DEK |
| 94. | 1077274 | Cellino & Barnes, P.C. | Witkowski, Raymond | R-7 | Witkowski, Eugene | Witkowski, Eugene v. Merck & Co., Inc. | 2:08-cv-00355-EEF-DEK |
| 95. | 1077279 | Cellino & Barnes, P.C. | Wolfe, Sally | R-7 | Wolfe, David | Buchak, Boris v. Merck & Co., Inc. | 2:06-cv-10127-EEF-DEK |
| 96. | 1077299 | Cellino & Barnes, P.C. | Young, Michael | R-7 | Young, Lutricia | Disalvo, Angelo v. Merck & Co., Inc. | 2:06-cv-01194-EEF-DEK |
| 97. | 1077304 | Cellino & Barnes, P.C. | Youngs, Emma | R-7 | Palazolo, Eric | Buchak, Boris v. Merck & Co., Inc. | 2:06-cv-10127-EEF-DEK |
| 98. | 1077312 | Cellino & Barnes, P.C. | Zemrose, Ann | R-7 | Zemrose, Michael | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 99. | 1067610 | Freese & Goss, PLLC | Hanneman, Aldred | R-37i; R-7 | Hannenman, Elaine | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 100. | 1081056 | Herman, Herman, Katz & Cotler, LLP | Balkin, Howard | R-30; R-7 | Balkin, Mark | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| 101. | 1081068 | Herman, Herman, Katz & Cotler, LLP | Brinkman, Marilyn | R-7 | Helm, Bridget | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| 102. | 1081172 | Herman, Herman, Katz & Cotler, LLP | Smith, Ben R. | R-7 | Savoy, Jennifer | Johnson, Harry J. v. Merck & Co., Inc. | 2:05-cv-04422-EEF-DEK |
| 103. | 1081172 | Herman, Herman, Katz & Cotler, LLP | Smith, Ben R. | R-7 | Smith, Emily | Johnson, Harry J. v. Merck & Co., Inc. | 2:05-cv-04422-EEF-DEK |

Exhibit 6.3
Page 7 of 8

| 104. | 1081172 | Herman, Herman, Katz & Cotler, LLP | Smith, Ben R. | R-7 | Smith, Lindsey | Johnson, Harry J. v. Merck & Co., Inc. | 2:05-cv-04422-EEF-DEK |
|---|---|---|---|---|---|---|---|
| 105. | 1081172 | Herman, Herman, Katz & Cotler, LLP | Smith, Ben R. | R-7 | Smith, Harley | Johnson, Harry J. v. Merck & Co., Inc. | 2:05-cv-04422-EEF-DEK |
| 106. | 1081172 | Herman, Herman, Katz & Cotler, LLP | Smith, Ben R. | R-7 | Smith, Payton | Johnson, Harry J. v. Merck & Co., Inc. | 2:05-cv-04422-EEF-DEK |
| 107. | 1083010 | Matthews & Associates | Church, Florine | R-7 | Allen, Darrell | Tolling Claimant | |
| 108. | 1083258 | Matthews & Associates | Ferrer Torres, Luis A. | R-30; R-7 | Martinez Ferrer, Ilia | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 109. | 1084228 | Matthews & Associates | Lee, Mary N. | R-7 | Lee, Willie | Tolling Claimant | |
| 110. | 1082989 | Matthews & Associates | Mitchell, Dorothy J. | R-30; R-7 | Scott, Antionette | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 111. | 1083735 | Matthews & Associates | Mitchell, Ollie M. | R-30; R-7 | Mitchell, Ned | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 112. | 1082929 | Matthews & Associates | Rodriguez Marquez, Manuel | R-19; R-26; R-7 | Rodriguez Perez, Sheily | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 113. | 1065341 | Pro Se | Feltovich, John Edward | R-1; R-32; R-33b; R-6; R-7 | feltovich, mary | Feltovich, John E. v. Merck & Co., Inc. | 2:05-cv-03474-EEF-DEK |
| 114. | 1069926 | Simon Passanante PC | Barnett, Lillie I. | | Ross, Tahariah | Anderson, Debra v. Merck & Co., Inc. | 2:05-cv-01045-EEF-DEK |
| 115. | 1070160 | Simon Passanante PC | Parker, Roberta E. | R-7 | Parker, DeAnthony | Noble, Richard v. Merck & Co., Inc. | 2:05-cv-01060-EEF-DEK |
| 116. | 1070622 | The Law Group, Ltd. | Lynch, Dustan W. | R-37d; R-7 | Lynch, Ruth | Tolling Claimant | |

Exhibit 6.3
Page 8 of 8

## Exhibit 6.4
### (Dismissals -- Filed Cases)

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1. | 1113950 | Ball, John T., Attorney at Law | Wells, John W. | R-1; R-32; R-7 | missing data, | Wells, John W. v. Merck & Co., Inc. | 2:07-cv-05904-EEF-DEK |
| 2. | 1081596 | Bice Palermo & Veron, LLC | Guillory, Kevin | R-7 | Guillory, Kavin | Thibodeaux, Geneva v. Merck & Co., Inc. | 2:05-cv-02920-EEF-DEK |
| 3. | 1081596 | Bice Palermo & Veron, LLC | Guillory, Kevin | R-7 | Guillory, Jada | Thibodeaux, Geneva v. Merck & Co., Inc. | 2:05-cv-02920-EEF-DEK |
| 4. | 1015285 | Blizzard, McCarthy & Nabers, LLP | Mcdonald, Barbara A. | R-30; R-7 | McDonald, Kelly | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK |
| 5. | 1015285 | Blizzard, McCarthy & Nabers, LLP | Mcdonald, Barbara A. | R-30; R-7 | Campbell, Jamie | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK |
| 6. | 1015285 | Blizzard, McCarthy & Nabers, LLP | Mcdonald, Barbara A. | R-30; R-7 | Smith, Pebblea | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK |
| 7. | 1015285 | Blizzard, McCarthy & Nabers, LLP | Mcdonald, Barbara A. | R-30; R-7 | Hauk, Jacqueline | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK |
| 8. | 1015285 | Blizzard, McCarthy & Nabers, LLP | Mcdonald, Barbara A. | R-30; R-7 | Bordell, Beverly | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK |
| 9. | 1094995 | Carey & Danis, LLC | Hall, Patricia E. | R-7 | Hall, Alton | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK |
| 10. | 1100274 | D'Amico, Frank J., Jr., APLC | Taylor, Bessie H. | | Hitchens, Willie | Anderson, Harold v. Merck & Co., Inc. | 2:05-cv-04428-EEF-DEK |
| 11. | 1013821 | Fazio, DiSalvo, Cannon, Abers, Podrecca, Fazio & Carroll (Care of Jeff S. Abers) | Gelin, Moraleme | R-30; R-31; R-7 | Gelin, Leonne | Dulcio, Mercilia v. Merck & Co., Inc. | 2:06-cv-03019-EEF-DEK |
| 12. | 1013821 | Fazio, DiSalvo, Cannon, Abers, Podrecca, Fazio & Carroll (Care of Jeff S. Abers) | Gelin, Moraleme | R-30; R-31; R-7 | Exalien, Nama | Dulcio, Mercilia v. Merck & Co., Inc. | 2:06-cv-03019-EEF-DEK |

Exhibit 6.4
Page 1 of 3

| 13. | 1073574 | Goldberg, Persky & White, PC | Graham, Jr., Donald R. | R-7 | Graham Sr., Donald | Graham, Donald v. Merck & Co., Inc. | 2:05-cv-04637-EEF-DEK |
| 14. | 1081131 | Herman, Herman, Katz & Cotler, LLP | Kern, Nettie H. | R-7 | Kern, Jay | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| 15. | 1068505 | Ingram & Associates PLLC | Davis, Teresa M. | R-30; R-31; R-43; R-7 | Davis, Haley | Simmons, Walter Tate v. Merck & Co., Inc. | 2:07-cv-05246-EEF-DEK |
| 16. | 1085232 | Keim Law | Dugas, Ann M. | R-37a; R-7 | Morales, Ferrell Thomas | Dugas, Mercedes A. v. Merck & Co., Inc. | 2:05-cv-05781-EEF-DEK |
| 17. | 1085232 | Keim Law | Dugas, Ann M. | R-37a; R-7 | Hill, Laurie | Dugas, Mercedes A. v. Merck & Co., Inc. | 2:05-cv-05781-EEF-DEK |
| 18. | 1085232 | Keim Law | Dugas, Ann M. | R-37a; R-7 | Dugas, Whitmel | Dugas, Mercedes A. v. Merck & Co., Inc. | 2:05-cv-05781-EEF-DEK |
| 19. | 1085232 | Keim Law | Dugas, Ann M. | R-37a; R-7 | Melancon, Penny | Dugas, Mercedes A. v. Merck & Co., Inc. | 2:05-cv-05781-EEF-DEK |
| 20. | 1085232 | Keim Law | Dugas, Ann M. | R-37a; R-7 | Lambert, Anna | Dugas, Mercedes A. v. Merck & Co., Inc. | 2:05-cv-05781-EEF-DEK |
| 21. | 1056426 | Pro Se | Cheffo, Donald | R-1; R-32; R-6; R-7 | Cheffo, Jacqueline | Cheffo, Donald N. v. Merck & Co., Inc. | 2:05-cv-03484-EEF-DEK |
| 22. | 1056337 | Pro Se | Williams, Oscar | R-1; R-32; R-33b; R-6; R-7 | Williams, Nadine | Williams, Oscar v. Merck & Co., Inc. | 2:05-cv-03550-EEF-DEK |
| 23. | 1061732 | Schmidt, Douglas M., APLC | Reid, Wallace | R-7 | Reed, Virgie | Reid, Wallace Jr. v. Merck & Co., Inc. | 2:07-cv-01640-EEF-DEK |
| 24. | 1108893 | Weykamp, Paul A., Law Offices of | Biensach, Frederick | R-36; R-7 | Biensach, Doris | Biensach, Doris v. Merck & Co., Inc. | 2:05-cv-05115-EEF-DEK |
| 25. | 1093487 | Wilner Block, P.A. | Carroll, Janet Marie | R-37a; R-7 | Carroll, Lisa | Carroll, Lisa M. v. Merck & Co., Inc. | 2:05-cv-04441-EEF-DEK |
| 26. | 1078769 | Young Firm, The | Gifford, Robin | R-7 | Gifford, Gordon | Gifford, Robin v. Merck & Co., Inc. | 2:06-cv-06431-EEF-DEK |
| 27. | 1078722 | Young Firm, The | Pinegar, Harold D. | R-7 | Pinegar, Diana | Pinegar, Harold v. Merck & Co., Inc. | 2:05-cv-04286-EEF-DEK |

Exhibit 6.4
Page 2 of 3

| 28. | 1078725 | Young Firm, The | Prill, Sandra K. | R-7 | Prill, Gregory | Prill, Sandra K. v. Merck & Co., Inc. | 2:06-cv-05823-EEF-DEK |

Exhibit 6.4
Page 3 of 3

# Exhibit 6.5
### (Tolling -- Rights Extinguished & Tolling Void)

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1. | 1080395 | Irwin & Boesen, P.C. | Jabs, Henry H. | R-7 | Jabs, Magdalene | Tolling Claimant | |
| 2. | 1111952 | Levensten Law Firm, P.C. | Schemm, Mary | R-15; R-16; R-32; R-7; R-99 | MISSING DATA, | Tolling Claimant | |
| 3. | 1111954 | Levensten Law Firm, P.C. | Young, Louis M. | R-7 | no data, | Tolling Claimant | |
| 4. | 1118687 | Obioha, Pius A., Law Offices of, LLC | Saphrey, Gladiston W. | R-7; R-99a | MISSING DATA, | Tolling Claimant | |
| 5. | 1081043 | Pro Se | Amaya, Petra (patsy) P. | R-6; R-7 | Missing Data, | Tolling Claimant | |
| 6. | 1113263 | Pro Se | Hopkins, Delena Cherrie | R-7 | Data, Missing | Tolling Claimant | |
| 7. | 1108571 | Pro Se | Jones, Mary Frances | R-7 | no data, | Tolling Claimant | |
| 8. | 1059134 | Pro Se | Miller, Claudest M. | R-7 | spouse, | Tolling Claimant | |
| 9. | 1113225 | Pro Se | Powe, Helen Ann | R-7 | no data, | Tolling Claimant | |
| 10. | 1113545 | Pro Se | Pugliese, Cindy Marie | R-7 | Spouse, | Tolling Claimant | |
| 11. | 1056214 | Pro Se | Welke, Leroy Alfred | R-15; R-7 | Welke, Rose | Tolling Claimant | |
| 12. | 1030789 | Weitz & Luxenberg, P.C. | Choice, Arbie | R-7 | Choice, Althea | Tolling Claimant | |

Exhibit 6.5
Page 1 of 1

## Exhibit 6.6
### (Court Granted Extensions)

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1. | 1067636 | Freese & Goss, PLLC | Jakubowski, Louise S. | R-30; R-7 | Nelson, Nancy | Nelson, Nancy v. Merck & Co., Inc. | 2:08-cv-01821-EEF-DEK |
| 2. | 1067806 | Freese & Goss, PLLC | Santillan, Victor M. | R-7 | Santillian, Shirley | Choice, Helen v. Merck & Co., Inc. | 2:07-cv-06690-EEF-DEK |
| 3. | 1050936 | Lamb Firm, LLC, The | Hidalgo, Juanita | R-7 | Puig-Hildalgo, Angel | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 4. | 1050936 | Lamb Firm, LLC, The | Hidalgo, Juanita | R-7 | Puig-Hildalgo, Omar | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 5. | 1050936 | Lamb Firm, LLC, The | Hidalgo, Juanita | R-7 | Puig-Hildalgo, Ivan | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 6. | 1050986 | Lamb Firm, LLC, The | Mari-Borrero, David E. | R-7 | Mari, Barbara | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 7. | 1051039 | Lamb Firm, LLC, The | Orama-Rovira, Juan E. | R-30; R-7 | Roena-Martinez, Laura | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 8. | 1051095 | Lamb Firm, LLC, The | Reyes-Garcia, Margarita | R-7 | Reyes-Reyes, Emerita | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

Exhibit 6.6
Page 1 of 1