UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** CASES LISTED ON EXHIBIT A

## ORDER

IT IS ORDERED that a case management conference shall be scheduled to discuss options for moving forward with the governmental cases listed on Exhibit A. The conference shall take place on Wednesday, April 29, 2009, immediately following the monthly status conference. The Court expects that at least one trial counsel for each of the plaintiffs in the cases listed on Exhibit A shall attend the conference in person. State Liaison Counsel is directed to provide notice of the conference to counsel of record for the cases subject to this Order.

New Orleans, Louisiana, this 17th day of April, 2009.

_Eldon E. Fallon_
UNITED STATES DISTRICT JUDGE

1

**EXHIBIT A**

| No | Case Name | MDL Docket No. | Attorney 1 | Attorney 2 | Attorney 3 | Attorney 4 |
|---|---|---|---|---|---|---|
| 1 | Caldwell, James and State of LA & LA Dept of Health & Hospitals v. Merck & Co, Inc. | 05-3700 | James R. Dugan Dugan & Browne PLC 504-648-0180 jdugan@dugan-lawfirm.com | James D. Caldwell LA Atty General's Office 225-326-6300 | | |
| 2 | Franklin, James o/b/o State of Colorado v. Merck & Co., Inc. | 07-2073 | Stuart A. Kritzer Law Offices of Stuart A. Kritzer, P.C 303-393-1111 stuart@kritzer.com | Rick Meadow The Lanier Law Firm 212-421-2800 rdm@lanierlawfirm.com | Mark Lanier The Lanier Law Firm 212-421-2800 wml@lanierlawfirm.com | |
| 3 | Hood, Jim, Attorney General of the State of Mississippi v. Merck | 05-6755 | Sheila Bossier Bossier & Associates, PLLC 601-352-5450 sbossier@bossier-law.com | Rickey T. Moore Office of the Attorney General 601-359-3680 rmoore@ago.state.ms.us | Geoffrey C. Morgan Office of the Attorney General 601-359-3680 gmorg@ago.state.ms.us | |
| 4 | People of the State of NY and The City of New York v. Merck & Co, Inc. | 08-960 | Randall M. Fox Office of the Attorney General Medicaid Fraud Unit 212- 417-5390 RANDALL.FOX@OAG.STATE.NY.US | John Low-Beer Affirmative Litigation Division New York City Law Department 212-788-1007 JLowBeer@law.nyc.gov | | |
| 5 | State of Alaska v. Merck | 06-3132 | Rick Meadow The Lanier Law Firm 212-421-2800 rdm@lanierlawfirm.com | Mark Lanier The Lanier Law Firm 212-421-2800 wml@lanierlawfirm.com | James E. Fosler Fosler Law Group, Inc. jfosler@foslerlawgroup.com | |
| 6 | State of Utah v. Merck, Inc. | 06-09336 | Kenneth D. Lougee Siegfried & Jensen 801-266-0999 kennethlougee@att.net | David R. Stallard Utah Special Assistant AG 435-649-7622 or 435-640-8731 drstallard@msn.com | Joe W. Steele Steele & Biggs jwsteele5@att.net | Mark Lanier The Lanier Law Firm 212-421-2800 wml@lanierlawfirm.com |

| No | Case Name | MDL Docket No. | Attorney 1 | Attorney 2 | Attorney 3 | Attorney 4 |
|---|---|---|---|---|---|---|
| 7 | The State of Montana, ex rel Mike McGrath, Attorney General v. Merck & Co., Inc. | 06-04302 | Michael J. Miller The Miller Firm, LLC 540-672-4224 miller809@aol.com | Bill Rossbach Rossbach Hart Bechtold, PC 406- 543-5156 bill@rossbachlaw.com | Attorney General Mike McGrath (406) 444-2026 | E. Craig Daue Buxbaum, Dix & Daue 406-327-8677 |
| 8 | District of Columbia ex rel. Kenneth Walker v. Merck | 08-4148 | H. Vincent McKnight Ashcraft & Gerel LLP 202-783-6400 vmcknight@ashcraftlaw.com | Chris Tisi Ashcraft & Gerel LLP 202-783-6400 ctisi@ashcraftlaw.com cvtisi@aol.com | Robert J. Spagnoletti Attorney General, DC | |
| 9 | State of Florida, Office of the Attorney General, Department of Legal Affairs v. Merck | 08-5057 | James D. Young Special Counsel Office of the Attorney General 904-348-2720 james.young@myfloridalegal.com | | | |
| 10 | County of Santa Clara o/b/o itself and others similarly situated v. Merck & Co., Inc. | 06-09382 | Seth R. Lesser Klafter Olsen & Lesser slesser@klafterolsen.com | Patrick J. Coughlin Coughlin Stoia 619-231-1058 patc@csgrr.com | Steve Berman Hagans Berman (206) 268-9320 steve@hbsslaw.com | |
| 11 | Erie County, New York v. Merck | 08-1517 | Diane Paolicelli Levy Phillips & Konigsberg, LLP 212-605-6250 dpaolicelli@lpklaw.com | Melissa Stewart Levy Phillips & Konigsberg, LLP 212-605-6250 mstewart@lpklaw.com | Roxanne DeFrancesco Levy Phillips & Konigsberg, LLP 212-605-6250 rdefrancesco@lpklaw.com | Steven J. Phillips Levy Phillips & Konigsberg, LLP 212-605-6250 |
| 12 | Chautauqua County, New York v. Merck | 08-1642 | Diane Paolicelli Levy Phillips & Konigsberg, LLP 212-605-6250 dpaolicelli@lpklaw.com | Melissa Stewart Levy Phillips & Konigsberg, LLP 212-605-6250 mstewart@lpklaw.com | Roxanne DeFrancesco Levy Phillips & Konigsberg, LLP 212-605-6250 rdefrancesco@lpklaw.com | Steven J. Phillips Levy Phillips & Konigsberg, LLP 212-605-6250 |

| No | Case Name | MDL Docket No. | Attorney 1 | Attorney 2 | Attorney 3 | Attorney 4 |
|---|---|---|---|---|---|---|
| 13 | Orange County, New York v. Merck | 08-5215 | Diane Paolicelli<br>Levy Phillips & Konigsberg, LLP<br>212-605-6250<br>dpaolicelli@lpklaw.com | Melissa Stewart<br>Levy Phillips & Konigsberg, LLP<br>212-605-6250<br>mstewart@lpklaw.com | Roxanne DeFrancesco<br>Levy Phillips & Konigsberg, LLP<br>212-605-6250<br>rdefrancesco@lpklaw.com. | Steven J. Phillips<br>Levy Phillips & Konigsberg, LLP<br>212-605-6250 |
| 14 | Commonwealth of Pennsylvania v. Merck | 09-2861 | Mark C. Schultz<br>Cohen, Placitella & Roth<br>215-567-3500<br>mschultz@cprlaw.com | | | |