UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:     CASES LISTED ON EXHIBIT A**

## ORDER

IT IS ORDERED that a case management conference shall be scheduled to discuss options for moving forward with the third-party payor cases listed on Exhibit A. The conference shall take place on Wednesday, April 29, 2009, immediately following the monthly status conference. The Court expects that at least one trial counsel for each of the plaintiffs in the cases listed on Exhibit A shall attend the conference in person. State Liaison Counsel is directed to provide notice of the conference to counsel of record for the cases subject to this Order.

New Orleans, Louisiana, this 17th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

1

**EXHIBIT A**

| CASE NAME | CASE NO. | PLAINTIFF'S COUNSEL |
|---|---|---|
| Seitz, Christine , American Federation of State & Federal Employees, et al v. Merck | 05-0749 and Purchase Claims Master Class Action Complaint | James R. Dugan, II<br>504-648-0180<br>jdugan@dugan-lawfirm.com |
| Blue Cross of Northeastern Pennsylvania, individually and on behalf of all others similarly situated v. Merck | 05-03115 | Kimberly R. West<br>Wallace, Jordan, Ratliff & Brandt<br>205-870-0555<br>kw@wallacejordan.com |
| Frankenmuth Financial Group and Linda Watters v. Merck | 05-2280 and Purchase Claims Master Class Action Complaint | Jason J. Thompson<br>248-436-8448<br>jthompson@jta-law.com |
| Health Plus of Louisiana v. Merck | 05-01644 | Sheila M. Bossier<br>601-352-5450<br>sbossier@bossier-law.com |
| The County of Suffolk NY v. Merck | 05-02294 and Purchase Claims Master Class Action Complaint | Christopher J. McDonald<br>212-907-0861<br>cmcdonald@labaton.com |
| Sheet Metal Workers Local No. 20 Welfare | 05-2269 | William N. Riley<br>317-633-8787<br>wriley@price-law.com |
| Sheet Metal Workers Local No. 20 Welfare | 05-2269 | William N. Riley<br>317-633-8787<br>wriley@price-law.com |
| Teamsters Local 237 Health & Welfare Fund, et al v. Merck | 05-516 and Purchase Claims Master Class Action Complaint | Christopher J. McDonald<br>212-907-0861<br>cmcdonald@labaton.com |
| Teamsters Local 237 Health & Welfare Fund, et al v. Merck | 05-516 and Purchase Claims Master Class Action Complaint | Christopher J. McDonald<br>212-907-0861<br>cmcdonald@labaton.com |
| Sheet Metal Workers Local No. 20 Welfare | 05-2269 | William N. Riley<br>317-633-8787<br>wriley@price-law.com |
| Caldwell, James and State of LA & LA Dept of Health & Hospitals v. Merck & Co, Inc. | 05-3700 | James R. Dugan, II<br>504-648-0180<br>jdugan@dugan-lawfirm.com |

| | | |
|---|---|---|
| Louisiana Health Service Indemnity Co d/b/a BlueCross/BlueShield of Louisiana on behalf of itself and others similarly situated v. Merck | 05-0713 | James R. Dugan, II<br>504-648-0180<br>jdugan@dugan-lawfirm.com |
| Alexander, Betty and Allied Services Division Welfare Fund, on behalf of themselves and other similarly situated Representative Plaintiffs v. Merck | 05-0059 | James R. Dugan, II<br>504-648-0180<br>jdugan@dugan-lawfirm.com |
| Cavalier Homes, Inc. v. Merck | 05-1075, 05-04850 and Purchase Claims Master Class Action Complaint | Thomas M. Sobol<br>617-482-3700<br>tom@hbsslaw.com |
| Frankenmuth Financial Group and Linda Watters v. Merck | 05-2280 and Purchase Claims Master Class Action Complaint | Jason J. Thompson<br>248-436-8448<br>jthompson@jta-law.com |
| Frankenmuth Financial Group and Linda Watters v. Merck | 05-2280 and Purchase Claims Master Class Action Complaint | Jason J. Thompson<br>248-436-8448<br>jthompson@jta-law.com |
| Frankenmuth Financial Group and Linda Watters v. Merck | 05-2280 and Purchase Claims Master Class Action Complaint | Jason J. Thompson<br>248-436-8448<br>jthompson@jta-law.com |
| UFCW 1776 and Participating Employers Health & Welfare Fund & Painters District Council No. 30 Health & Welfare Fund v. Merck | 05-1111 and Purchase Claims Master Class Action Complaint | Marvin A. Miller (reps Painters District Counsel only)<br>312-676-2665<br>Mmiller@millerlawllc.com |
| HMO of Louisiana v. Merck | 09-3116 | James R. Dugan, II<br>504-648-0180<br>jdugan@dugan-lawfirm.com |
| Health Plan of San Mateo v. Merck | 09-3115 | Thomas M. Sobol<br>617-482-3700<br>tom@hbsslaw.com |