# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

VIRGINIA OLLER, ET AL      *
MARY THOMPSON, ET AL      *     MDL Docket No. 1657
      Plaintiffs      *
       *     Section L
v.      *
       *     Judge Fallon
MERCK & CO., INC.      *
      Defendants      *
       *     Magistrate Judge Knowles
Case No. 2:05-CV-01102 and
Case No. 2:06-CV-00433      *

## ORDER GRANTING MOTION TO WITHDRAW BASED ON THE GROUND THAT PLAINTIFFS, IDENTIFIED ON ATTACHED EXHIBIT A, CANNOT BE FOUND OR FAILS TO RESPOND TO COMMUNICATIONS FROM COUNSEL

Before this Court is Counsel's Motion to Withdraw as counsel for Plaintiffs identified in attached Exhibit A to the Motion to Withdraw.  After consideration of the matter, the Court finds the motion well taken.  Accordingly, the Court grants the Motion and orders that FOSHEE & YAFFE, is no longer attorney for the Plaintiffs, identified in Exhibit A of the Motion to Withdraw, and has no further responsibilities in that regard.

IT IS SO ORDERED.

_____
Judge Fallon
United States District Court Judge

Date: __April 21st   2009____