UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LOUISIANA

George Willie Buford, III,

    Plaintiff, Pro Se,

-v-

    Case No.: _____
    The Honorable Mr. Eldon Fallon
    United States District Judge

MERCK & CO., INC.,

    Defendants.

PLAINTIFF'S SWORN AFFIDAVIT

State of Indiana    )
                     ) -SS-    SWORN AFFIDAVIT
County of Vigo     )

    COMES NOW the Plaintiff in the above-captioned cause of action, George Willie Buford, III, proceeding before this Honorable Court pro se, and humbly attests to the following facts relative thereto.

    I, George Willie Buford, III, first being duly sworn in accordance with the laws of these United States of America, hereby deposes and says:

    1) That I am George Willie Buford, III;

    2) That I am not at this time represented by counsel;

    3) That I have attained the lawful age;

TENDERED FOR FILING

APR 1 6 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

- 1 -

4) That I am neither soldier nor sailor in any branch of the United States Armed Forces;

5) That this action was originally filed in the United States District Court for the District of New Jersey;

6) That the United States Judicial Panel on Multi-District Litigation ( MDL ) transferred this cause of action to The United States District Court for the Eastern District of Louisiana;

7) That the Plaintiff has not requested from either Court any certification as a member of any Plaintiff class for the purpose of inclusion in any class action suit previously before the United States District Court for the Eastern District of Louisiana;

8) That the United States District Court for the Eastern District of Louisiana has not NOTIFIED Plaintiff of any consideration for placement as a member of any class with regard to any class action previously or currently before the United States District Court for the Eastern District of Louisiana;

9) That Plaintiff has not been given any opportunity to be heard, either in a reasonable time or meaningful manner, on why the United States District Court for the Eastern District of Louisiana should not include the Plaintiff as a member of any class for purposes of any class action lawsuit currently or previously before this Honorable Court;

10) That Plaintiff does NOT consent to inclusion in any class of Plaintiffs relative to any action involving the defendant Merck & Co., Inc.;

11) That as Plaintiff in the above-captioned cause of action, Plaintiff is competent to state the facts of this cause and makes this Affidavit of his own free will, without having been subjected to either threat or promise and hereby CERTIFIES under the penalty of perjury that the foregoing is true and correct to the best of Plaintiff's information, knowledge and belief.

Further Affiant Sayeth Naught,

_____
Mr. George Willie Buford, III
Without Prejudice, UCC §1-207.4
Without Recourse, UCC §§ 3-415 & 3-501 et seq.

My Commission Expires _____

_____
Notary Signature

- 2 -

Notarized this 2 day of April, 2009
Brian K. English, Notary Public
Clay County, Indiana
Commission Expires July 18, 2013.

```
                                        Mr. George Willie Buford, III
                                        P.O. Box 33
                                        Terre Haute, Indiana 47808
```

Attn.: Mrs. Eva Petko Esber
      Williams & Connolly, LLP
      725 Twelfth Street, NW
      Washington, D.C. 20005-5901

    re: George Willie Buford, III, v. Merck & Co., Inc.

01 April 2009

Dear Mrs. Esber,

    Good day, Ma'am. Enclosed please find one Sworn Affidavit of george Willie Buford, III, relating to my position with regard to the above-captioned cause of action.

    Additionally, I previously made your client a firm offer to settle this action. Whether or not you advised your client of my offer I cannot know. However, the offer to settle is now rescinded and will not be made again.

    Williams & Connolly is now hereby formally NOTICED that any future communications with Mr. Buford involving the above cause must be made in accordance with the Federal Rules of Civil Procedure. No longer will direct communication without the United States District Court be accepted. All communications between the parties must now be made by motion or other lawful pleading.

    Thank you for your time and attention in this matter.

                                            Sincerely,

                                            Mr. George Willie Buford, III
                                            Without Prejudice, UCC §1-207.4
                                            Without Recourse, UCC §§ 3-415
                                            3-501 et seq.

xc: gwb,iii
    clerk, usdc   edla
    file

enclosures: Plaintiff's Sworn Affidavit