UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® ) <br>    PRODUCTS LIABILITY ) <br>    LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS RELATES TO: ) <br>    Bob Stephens, ) <br>    Individually, and as the Administrator ) <br>    for the Estate of Johnie Stephens, ) <br>    deceased ) <br> ) <br>    v. ) <br> ) <br>    Merck & Co., Inc. ) <br> ) <br>    Civil Action No: E.D. La 06-CV-1678 ) <br>                 ARE 4-06-CV-0259 WRW ) <br> ) <br> _____ ) | MDL NO. 1657 <br><br> Section: L <br><br> Judge Fallon <br> Magistrate Judge Knowles |

**REPLY TO RESPONSE TO
MOTION TO ENFORCE ATTORNEY'S LIEN**

      Comes now, Gary Eubanks & Associates, P.A. (hereinafter "the Firm"), and for its Reply to Response to Motion to Enforce Attorney's Lien states:

      1.     The Firm respectfully requests that the Court enforce its attorney's lien upon any settlement proceeds due to Plaintiff, Bob Stephens, Individually and as the Administrator for the Estate of Johnie Stephens, deceased.

      2.     The Firm was <u>not</u> fired for cause.

      3.     The Firm did not breach its fiduciary duty or commit legal malpractice.

      4.     Under Arkansas law, the Firm is entitled to its attorney's fee for work performed in

this case for Stephens.

5.	A memorandum in support of this reply, and referenced exhibits, are attached hereto and incorporated by reference as if set forth herein.  The Firm also incorporates by reference its Brief in Support of Motion to Enforce Attorney's Lien (Doc. 18106).

WHEREFORE, Gary Eubanks & Associates, P.A., respectfully requests that this Court enforce its attorney's lien upon the settlement award due to Plaintiff, Bob Stephens, Individually and as Administrator for the Estate of Johnie Stephens, deceased, and issue an order to that effect requiring satisfaction of this lien upon disbursement of the settlement award.

> Respectfully submitted,
>
> GARY EUBANKS & ASSOCIATES, P.A.
> P.O. Box 3887
> Little Rock, Arkansas 72203
> (501) 372-0266
> eubanksg@garyeubanks.com
>
> /s/ Gary L. Eubanks
> Gary L. Eubanks, 60014

**CERTIFICATE OF SERVICE**

  I, Gary L. Eubanks, hereby certify that the above and foregoing Notice of Attorney's Lien has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of April, 2009.

  I further certify that the above and foregoing was served via U.S. Mail upon the following:


E. Glenn Thames, Jr.
POTTER MINTON, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702

Jennifer Goodwin
Vioxx Claims Administrator
115 S. 15th Street, Suite 400
Richmond, Virginia 23219


            /s/ Gary L. Eubanks
            Gary L. Eubanks
            AR BIN 60014
            GARY EUBANKS & ASSOCIATES, P.A.
            P.O. BOX 3887
            LITTLE ROCK, ARKANSAS 72203-3887
            PHONE: (501) 372-0266
            FAX: (501) 688-7738
            eubanksg@garyeubanks.com