UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VIOXX PRODUCTS LIABILITY LITIGATION** | **NO: MDL 1657** |
| | **EDLA 06-1678** |
| **THIS RELATES TO:** | |
| Bob Stephens, Individually, and as the Administrator for the Estate of Johnie Stephens deceased | **SECTION: L (3)** |
| **VERSUS** | |
| **MERCK & CO INC** | |

**DOCUMENT REMOVED. SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 18336**

    **DESCRIPTION:** Memorandum in Support

    **FILED BY:**   Plaintiff

    **FILE DATE:**   4/22/2009