UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | Judge Eldon E. Fallon<br>Magistrate Judge Knowles |

THIS DOCUMENT RELATES TO:

Gene Weeks v. Merck & Co., Inc.,    Case No. 2:05-cv-4578-EEF-DEK

---

### PLAINTIFFS' MOTION TO VACATE, RESCIND OR DECLARE THE RELEASE OF ALL CLAIMS AND OTHER CONSENT HE GAVE TO ACCEPT THE TERMS OF THE MASTER SETTLEMENT AGREEMENT NULL, VOID AND UNENFORCEABLE, AND, IN THE EVENT THE STIPULATION OF DISCONTINUANCE IS FILED BY THE DEFENDANT, THAT THE SAME BE VACATED OR STRICKEN AND PLAINTIFF'S ACTION RESTORED TO THE COURT'S DOCKET WITHOUT PREJUDICE, AND FOR THE COURT TO RECUSE ITSELF AND REFER THE INSTANT MOTIONS TO ANOTHER JUDGE FOR DETERMINATION.

Plaintiff in the above-captioned action, by and through his attorneys, the Law Office of Ronald R. Benjamin, hereby moves this Honorable Court, for good cause shown, for the following relief:

(a) An order vacating, rescinding and/or declaring null, void and unenforceable, the Release and other consent papers plaintiff Weeks signed with respect to the Master Settlement Agreement and that resulted in his participating in the settlement program under that agreement;

(b) An order vacating or striking any stipulation for dismissal of plaintiff's action against the defendant that resulted from the aforesaid release and other consent papers, and

(c) An order recusing this Court and referring the aforesaid motions to another Judge in this district for determination,

along with such other and further relief as is just and proper under the circumstances.

In support of the relief requested in this motion, plaintiff state the following matters:

1. Based on the factual matters set forth in the Affidavit of Gene Weeks, submitted in support of this motion, the release and other papers in which he agreed to participate in the settlement program were the result of fraud and duress on the part of his retained attorneys and a product of their failure to use independent professional judgment in advising him because of improper considerations and conflicts stemming from the Master Settlement Agreement terms.

2. Based on the factual matters set forth in the Affidavit of Gene Weeks, submitted in support of this motion, Merck is unjustly enriched and benefits from plaintiff's detrimental reliance on the advice of his retained counsel that was adversely and improperly influenced and induced by the interference with his attorney-client relationship under the terms of the Master Settlement Agreement, and Merck should not be allowed to benefit from the same.

WHEREFORE, plaintiff Gene Weeks respectfully moves the Court, and the Judge to whom the same is referred, if applicable, to grant the relief sought in the instant motion.

Respectfully submitted,

RONALD R. BENJAMIN Fed. No. 110131
LAW OFFICE OF RONALD R. BENJAMIN
126 Riverside Drive, P O. Box 607
Binghamton, New York 13902-0607
607/772-1442

Attorneys for Plaintiff in Above-Captioned
Individual Action