UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | | SECTION L |
| This Document Relates to | : | |
| | | JUDGE FALLON |
| Gene Weeks v. Merck & Co., Inc 2:05-cv-4578 | : | MAG. JUDGE KNOWLES |

---

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Motion to Vacate, Memorandum of Law in Support and Plaintiffs' Affidavit in Support have been served on Phillip Wittmann, Esq. and Russ Herman, Esq., by ECF and U.S. mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on April 22, 2009.

Dated: April 22, 2009
Binghamton, New York

/s/ Ronald R. Benjamin