UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®                                      MDL Docket No.  1657

PRODUCTS LIABILITY LITIGATION                      SECTION L
-----------------------------------------------------------
                                                   Judge Eldon E. Fallon

                                                   Magistrate Judge Knowles

-------------------------------------------------------------------------------------------------------------

THIS DOCUMENT RELATES TO:


   Gene Weeks v. Merck & Co., Inc.,       Case No. 2:05-cv-4578-EEF-DEK

-------------------------------------------------------------------------------------------------------------


PROPOSED ORDER


   Considering the foregoing Motion to Vacate, Rescind or Declare the Release of All Claims and Other Consent He Gave to  Accept the Terms of the Master Settlement Agreement Null, Void and Unenforceable, And, in the Event the Stipulation of Discontinuance Is Filed by the Defendant, That the Same Be Vacated or Stricken and Plaintiff's Action Restored to the Court's Docket Without Prejudice, And for the Court to Recuse Itself and Refer the Instant Motions to Another Judge for Determination,

   IT IS ORDERED that the motion for recusal of the Honorable Eldon E. Fallon and referral of the instant motions remaining to another Judge in this district for determination be, and hereby is, granted.

IT IS FURTHER ORDERED that the plaintiff's motion to rescind, vacate and declare null, void and unenforceable the Release of All Claims and other consent he gave to accept the terms of the Master Settlement Agreement and participate in the settlement program, be and the same hereby is, granted, and the Stipulation of Dismissal With Prejudice As to All Defendants is hereby striken and vacated, and, if filed, the plaintiff's action restored to the docket of this Court.

NEW ORLEANS, LOUISIANA, this _____ Day of_____, 2009.

_____
DISTRICT JUDGE