UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX

PRODUCTS LIABILITY LITIGATION    ]

**This document relates to**
**Ava Williams, Docket #06-1508**    ]

]  MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

---

### ORDER

Considering the Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Weiner, Carroll & Strauss, Esqs., is hereby withdrawn as Counsel of Record for Ava Williams.

NEW ORLEANS, LOUISIANA, this 17th day of April, 2009

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE