UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Debra Pitts v. Merck & Co., Inc.*, 2:08-cv-04560 (Clarence Pitts only) | * | KNOWLES |
| | * | |
| And | * | |
| | * | |
| *Maurice Robinson v. Merck & Co., Inc.*, 2:08-cv-01417 (Bobbie Robinson only) | * | |
| | * | |

**************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Third Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With Requirements of PTO 29 (R. Doc. 17639) came on for hearing on the 5th day of March, 2009. At that time, the motion was deferred for 30 days as to plaintiffs Clarence Pitts and Maurice Robinson. More than 30 days have passed since the hearing. Accordingly, it is ordered that the motion is rescheduled for hearing and will now be heard on the 29th day of April, 2009, immediately following the conclusion of the monthly status conference that commences at 9:00 a.m.

**NEW ORLEANS, LOUISIANA**, this  21st  day of    April    , 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

973304v.1