UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All Plaintiffs On Attached Exhibits 1 & 2* | * | KNOWLES |
| | * | |

**********************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Fifth Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 17653, came on for hearing on the 5th day of March, 2009. At that time, the motion was deferred for 30 days as to plaintiffs on the attached Exhibits 1 and 2. More than 30 days have passed since the hearing. Accordingly, it is ordered that the motion is rescheduled for hearing as to all plaintiffs on the attached Exhibits 1 and 2 and will now be heard on the 29th day of April, 2009, immediately following conclusion of the monthly status conference that commences at 9:00 a.m.

**NEW ORLEANS, LOUISIANA,** this  21st  day of    April   , 2009.

_____
DISTRICT JUDGE

973307v.1

**Exhibit 1 -- Deferred Until April 29, 2009**

| FirmName | LastName | FirstName | Middle Initial | Case Caption | Docket # |
|---|---|---|---|---|---|
| Barrett Law Office (PA) | Ault | John | | Ault, John v. Merck & Co., Inc. | 2:07-cv-04082-EEF-DEK |
| Ramey & Hailey | Higgins | Ronald | A. | Higgins, Ronald v. Merck & Co., Inc. | 2:05-cv-06131-EEF-DEK |

**Exhibit 2 -- Pro Se Plaintiffs Deferred Until April 29, 2009**

| LastName | FirstName | Middle Initial | Case Caption | Docket # |
|---|---|---|---|---|
| Chepilko | Sergei | | Chepilko, Sergei v. Merck & Co., Inc. | 2:08-cv-00959-EEF-DEK |
| Hamilton | Shirley [S. Anne] | A. | Hamilton, S. Anne v. Merck & Co., Inc. | 2:07-cv-00883-EEF-DEK |
| Westmoreland | Joyce | | Hanners, Tina v. Merck & Co., Inc. | 2:06-cv-10154-EEF-DEK |

973310v.1