# EXHIBIT 1-E



Gary Eubanks
& Associates

Attorneys at Law

February 23, 2006

Bobby J. Stephens
4005 Royal Oak Drive
North Little Rock, AR 72116

RE:   Estate of Johnie Stephens, Deceased, et al  V. Merck & Co., Inc
      Case No.   EDAR  4-06-CV-0259 WRW

Dear Mr. Stephens:

Pursuant to our telephone conversation, please find enclosed a copy of the
Complaint that was filed today in United States District Court on behalf of your father's
Estate.

Should you have any questions, please feel free to contact me or Mr. Rountree.


Sincerely yours,

Ashley Ohlde
Trial Assistant to
Robert L. Rountree, JD, DABT
Attorney at Law
Board-Certified Toxicologist

/ao

Enclosure

" E "

708 West Second Street ◆ P.O. Box 3887 ◆ Little Rock, Arkansas 72203-3887
(501) 372-0266 ◆ (800) 522-5260 ◆ FAX (501) 688-7741 ◆ Web site: www.garyeubanks.com
622 Malvern Ave. ◆ Hot Springs, Arkansas 71901 ◆ (501) 623-2234 ◆ FAX (501) 623-4596