# EXHIBIT 1-F

| | | | |
|---|---|---|---|
| Stephens, Mr. Johnie (D) | Case Type: VIOXX | DOI: 3/14/2003 | LIM Date: Not Set |
| Case #: 213867 ( ) | Class: | Assigned: JEFF | Date Opened: 8/30/2005 |

1/15/2008  11:35 AM

Page 1 of 2

## Case Note - Page 91 of 92

Date: 01/10/2008  05:04 PM    Staff: ANGI             Topic: E-mail Received

-----Original Message-----
From: susan.clayton@kroger.com [mailto:susan.clayton@kroger.com]
Sent: January 08, 2008 3:30 PM
To: Angi
Subject: File No.: GE&A 213867 - Johnie Stephens

Hi Angie,

Just a quick follow up to our telephone conversation today. Listed below is a breakdown of events that took place with respect to the above referenced file.

October 2005: Received a letter from Robert Roundtree with Gary Eubanks office requesting we take all necessary steps to preserve discoverable evidence on Johnie Stephens, until further notice.

Within 3 weeks of receipt of the letter, I had all electronic purges put on hold until further notice as requested.

February 7, 2006: I contacted Robert Roundtree's office to obtain an estimated time when we could start our purge process again. Ashley informed me that all motions would be filed by 5/1/06 and we could enable our process after that date.

May 1, 2006: I contacted Ashley in Robert Roundtree's office to confirm the ability to begin the purge process and was told all motions had been filed and we could reinstate the purge process - which we did immediately.

December 14, 2007: Until this date, there was no other communication between Robert Roundtree's office and Kroger. On 12/14/07 I received a letter from Gary Eubanks requesting records from 2000 to 2002.

I had the pharmacy pull all of their daily signature logs from 2000 to 2002 to see if we could locate any prescriptions prior to 9/13/02 and we had no evidence of a prescription being filled at this pharmacy during that period.

The only information I can offer you that may be helpful is that you should be able to contact the insurance company that processed the prescription claims for Mr. Stephens, and have them release their records to you. Their data would show everything about every prescription that they paid for with regard to this patient. It would give you the prescription #, pharmacy address, prescriber Info., date the rx was written and dispensed, as well as any refill information. Hope that helps some.

If you have any questions, please don't hesitate to call me. I'll be glad to help in any way I can.

Thanks,
Susan Clayton
Pharmacy HIPAA Privacy Coordinator
 Special Projects Mgr.
The Kroger Company - Delta Division
Phone: (901) 765-4157
Email: susan.clayton@kroger.com

This communication and any file transmitted with it contain information which is confidential and may be privileged and exempt from disclosure under applicable law. It is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient

| Stephens, Mr. Johnie (D) | **Case Type:** VIOXX | **DOI:** 3/14/2003 | **LIM Date:** Not Set |
|---|---|---|---|
| **Case #:** 213867 ( ) | **Class:** | **Assigned:** JEFF | **Date Opened:** 8/30/2005 |

1/15/2008   11:35 AM

Page 2 of 2

## Case Note - Page 91 of 92

~~or entity to which it is addressed. If you are not the intended recipient,~~
you are hereby notified that any use, dissemination or copying of this
communication is strictly prohibited. If you received this communication
in error, please notify the sender. Thank you for your cooperation.

"F"