# EXHIBIT 1-I



Attorneys at Law

November 24, 2008

Gary Eubanks & Associates
Attn: Gary Eubanks
P. O. Box 3887
Little Rock, AR 72203

Re:   Johnie (D) Stephens Vioxx Settlement Information

Dear Gary,

I, Bob Stephens, have received a copy of the Notice of Points Award issued by the Claims Administrator in the Vioxx Settlement Program. I have reviewed the Points Award, and my decision regarding the Award is indicated below.

_____   I accept the Points Award and authorize Gary Eubanks & Associates to notify the Claims Administrator of my acceptance.

___X___   I do not accept the Points Award and instruct Gary Eubanks & Associates to Appeal the Points Award. I understand that if I appeal, there is a possibility that, upon review, the Claims Administrator could lower the Points Award, or deny the claim entirely. I also understand that upon appeal, this claim will go to the "back of the line" for re-evaluation.

Bob Stephens                                     12-2-08
Bob Stephens                                      Date

I acknowledge receipt of this on 12-02-08.

"I"

708 West Second Street ♦ P.O. Box 3887 ♦ Little Rock, Arkansas 72203-3887
(501) 372-0266 ♦ (800) 522-5260 ♦ FAX (501) 688-7741 ♦ Web site: www.garyeubanks.com
622 Malvern Ave. ♦ Hot Springs, Arkansas 71901 ♦ (501) 623-2234 ♦ FAX (501) 623-4596