# EXHIBIT 1-N

Photocopy

F 3/12

Libby OK lydse

VOID

**Prescription Request for:** G HENSON  
Voice Line: (501) 833-8400  
2215 WILDWOOD, SHERWOOD, AR, 72120  

DEA: BH1470816   PI: V  
Fax Number: (501) 833-0266  

**This request is from:**  
Kroger Pharmacy # 00639  
2509 McCain Boulevard  
No. Little Rock, AR, 72116  

Date: 03/12/2003  Time: TIME_STAMP  
Fax Line: (501) 758-9308  
Voice Line: (501) 758-9307  

Rx Number: 6729594   Last Date Dispensed: 02/08/2003  
Patient: **JOHNIE STEPHENS**  
Address: 4801 NORTH HILLS N LITTLE ROCK, AR,  

Original Date Written: 09/13/2002  
Date of Birth: 06/27/1914  

Drug Dispensed: **VIOXX TAB 25MG**  
Last Quantity: **30.000**  
Directions: Take one (1) tablet(s) daily  

NDC: 00006-01

Original refills authorized:  
Authorized: _____ Once _____ plus additional refills authorized  1   5 refills  
Denied:  
Message to Patient:  
Comments:  
Print name if authorized by a different Prescriber:  
Prescriber DEA # if authorized by a different Prescriber:  
Authorized by:  
Please note: Unless DAW is written on this prescription, a generic drug may be used.  

Signature: _____ DAW

Signature: _____

---

RX# 6743784   03/12/03 TX: 0378988  
RPH: WOODY HILL  
JOHNIE STEPHENS  
4801 NORTH HILLS N LITTLE ROCK AR  
Ord:  
**VIOXX TAB 25MG**  
Mfg: MERCK  
NDC: 00006-0110-68  
Order Qty: 30   Disp Qty: 30  

Take one (1) tablet(s) daily

G HENSON MD  
(000) 771-0650  
DOB: 06/27/1914  
FILLS: 99.0   DAW: 0  
Written: 03/12/03   Orig: 03/12/03  
DEA#: BH1470816  
F: (501) 833-0266  
2215 WILDWOOD  
SHERWOOD AR 72120  
V (501) 833-8400  

NEW



photocopy   VOID

Name _____  Date  9-13-02
Address _____

R  Donna Eddenser
Johnn. Steph
8-27-14  25
Viox QD 30 x 5

RX# 6729594  09/13/02  TX: 0336042   Last Filled: 09/13/02  Orig: 09/13/02
RPH: JILL M FRAZIER                   FILLS: 5.0  DAW: 0
JOHNIE STEPHENS
4801 NORTH HILLS N LITTLE ROCK AR                 DOB: 06/27/1914
Ord:                                              (000) 771-0650
VIOXX TAB 25MG                        G HENSON MD
Mfg: MERCK                            DEA#: BH1470816
NDC: 00006-0110-68                    F: (501) 833-0266
Order Qty: 30  Disp Qty: 30           NLR
                                      NORTH LITTLE ROCK AR 72116
Take one (1) tablet(s)                V (501) 833-8400
daily

**PRESCRIPTION TAG**
RX# 6724826  07/08/02  TX# 0321328
CASH: ZZ
RPH: JILL M FRAZIER  TECH:
JOHNIE STEPHENS
4801 NORTH HILLS
N LITTLE ROCK AR  (000) 771-0650
VIOXX TAB 25MG
Mfg: MERCK
NDC: 00006-0110-68  DAW: 0
T/1/T/QD/
QTY:30  REFILL:1  DOB:06/27/1914
PRICE: $86.29
M CHURCH
DEA#: BC0680199  F: (501) 833-0266
2215 WILDWOOD AVE #202
SHERWOOD AR 72120  V: (501) 833-8400

---

DEA # _____

MICHAEL C. CHURCH, M.D.          GREG HENSON, M.D.
ROBERT L. STANLEY, M.D.          JACK T. FENDLEY, M.D.
              T. BEN WILSON, M.D.
              2215 WILDWOOD AVENUE
                   SUITE 201
              SHERWOOD, AR 72120-5074
              501-833-8400  501-833-8900

NAME  Johnie Stephens
ADDRESS _____  DATE 7-8-02

℞ (Please Print)

Vioxx 25
T.P.O. q.D.
# 30

☐ LABEL
REFILL ___ TIMES  PRN  NR
☐ PRODUCT SUBSTITUTION PERMITTED
☐ DO NOT SUBSTITUTE
                                    _____ M.D.
19-OCT-99                          01-100138880-5-11807_0026

photocopy VOID