# EXHIBIT 1-O



Attorneys at Law

February 17, 2009

Bob Stephens
4005 Royal Oak
North Little Rock, AR 72116

Re: Vioxx Settlement information

Dear Mr. Stephens:

Enclosed is a copy of the Post-Appeal Notice of Points Award which was posted to the BrownGreer website late Friday night.

I have also enclosed for your review a screen print of the Post-Appeal Notice on the website and the comments section, both from the firm to the Claims Administrator at the time of appeal and from the Claims Administrator to the firm upon rendering their decision on the appeal. We could not get the Comments pop-up box to print properly for you, so I also copied & pasted those comments to a separate document for easier viewing.

We need to let them know our decision no later than Friday, February 27, 2009, otherwise they will deem the Post-Appeal Points Award as accepted and there will be no further opportunity to appeal their decision.

I also wanted to give you the information I have on their payment time frames in case you decide to accept the Points Award. According to the email I received last week, any Points Awards accepted by close of business on Thursday, February 19, 2009 are to be put in line for payment in the February batch, which should process on February 27, 2009. Any Points Awards accepted after February 19 will go in with the March payments.

If you have any further questions about any of this, please let us know.

Sincerely yours,

Angi Flournoy
Legal Assistant

/af

708 West Second Street ◆ P.O. Box 3887 ◆ Little Rock, Arkansas 72203-3887
(501) 372-0266 ◆ (800) 522-5260 ◆ FAX (501) 688-7741 ◆ Web site: www.garyeubanks.com
622 Malvern Ave. ◆ Hot Springs, Arkansas 71901 ◆ (501) 623-2234 ◆ FAX (501) 623-4596