# EXHIBIT 1-U



Attorneys at Law

January 18, 2008

Bob Stephens
4005 Royal Oak
North Little Rock, AR 72116

Re:   Our File:   GE&A 213867

Dear Mr. Stephens:

    I first want to take the time to thank you again for allowing us the opportunity to handle your case. As you are aware, Mr. Jeff Weber has left our firm. As a result, your case has been reassigned. I will now be personally handling your claim.

    Please be sure you keep my office updated concerning the status of your health. Also, please feel free to call me or my assistant, Janie, if you have any questions or concerns about your case. If we are not available, Peggy and Angi will be glad to answer any questions you may have as well.

    Thank you again for choosing our firm.

Sincerely yours,

*Gary L. Eubanks*

Gary L. Eubanks
Attorney at Law

"U"