# EXHIBIT 1-V



7034 Alamo Downs Parkway | San Antonio, Texas 78238

April 18, 2008

Mr. Gary Eubanks & Associates
Attn: Ms. Peggy Anstey
P.O. Box 3887
Little Rock, AR 72203

RE: Request for Pharmacy Records – Johnnie Stephens

Dear Ms. Anstey:

On behalf of CVS Caremark I would like to thank you for the patience you displayed as we searched our databases for records pertaining to Johnnie Stephens. Please be advised that we have been unable to retrieve any information. We were indeed able to identify an account for Mr. Stephens; unfortunately, ADVANCE Systems only maintain records for 36 rolling months. I wish I could have provided you with better results.

If you should require additional assistance, please do not hesitate to contact me.

Sincerely,

*Alex Hunter*

Alex Hunter
CVS Caremark
Privacy Specialist
7034 Alamo Downs Parkway
San Antonio, TX
78238

State of Texas
County of Bexar
  Subscribed and sworn to before me this 23 day of June 2008.

MELISSA A. CONKRIGHT
Notary Public,
State of Texas
Comm. Exp. 12-20-11