# EXHIBIT 1-W



June 19, 2008

Caremark
ATTN: Alex Hunter
Privacy Specialist
7034 Alamo Downs Parkway
San Antonio, TX 72203

Fax: 800 378 0323

RE:   Our Client:      Estate of Johnie Stephens, Deceased
      Your Patient:    Johnie Stephens, Deceased
      SSN:             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
      DOB:             06/27/1914
      Our File:        GE&A 213867

Dear Alex:

This is a follow up for the letter I sent on June 9, 2008 requesting a notarized affidavit from you. The affidavit is to state that the requested pharmacy records could not be retrieved.

We are not able to file a claim until this affidavit is received. Please let me know if there is anything I can do to expedite this. You can fax it to me at 800 844 7746.

Thank you for your time and assistance in this matter.

Sincerely,

Peggy Anstey

/pa

708 West Second Street ♦ P.O. Box 3887 ♦ Little Rock, Arkansas 72203-3887
(501) 372-0266 ♦ (800) 522-5260 ♦ FAX (501) 688-7741 ♦ Web site: www.garyeubanks.com
622 Malvern Ave. ♦ Hot Springs, Arkansas 71901 ♦ (501) 623-2234 ♦ FAX (501) 623-4596