## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Patti Coles, Individually, as Trustee of* | * | MAGISTRATE JUDGE KNOWLES |
| *the Estate of Madeline Bardo, et al.* | * | |
| | * | CIVIL ACTION NO. 2:07-cv-2936 |
| *v.* | * | |
| | * | |
| *Merck & Co., Inc.* | * | |
| | * | |
| *Only with regard to:* | * | |
| | * | |
| *Patti Coles and Jessie Bruce* | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Patti Coles and Jessie Bruce and Defendant, Merck & Co., Inc.,  hereby

stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims

against Merck & Co., Inc., in the above-styled lawsuit, each party to bear its own costs.


NEW ORLEANS, LOUISIANA, this \_\_\_\_ day of _____, 2009.


_____
                                            DISTRICT JUDGE

964981v.1