UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *See Attached Exhibit A* | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

*********************************************************************

### ORDER TO SHOW CAUSE WHY RESOLUTION PROGRAM ENROLLMENT REQUIREMENTS HAVE NOT BEEN MET
*(First Supplemental OSC)*

**IT IS ORDERED** that plaintiffs in the cases listed in the attached Exhibit A show cause on the 8th day of May 2009, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why they have failed to comply fully with the enrollment requirements of the November 9, 2007 Resolution Program. Plaintiffs shall file and serve upon Liaison Counsel any responses to the Rule on or before the 5th Day of May, 2009.

**IT IS FURTHER ORDERED** that plaintiffs on the attached Exhibit A have until 6:00 p.m. Eastern time, May 5, 2009 to provide non-deficient enrollment materials, or to show good cause why such non-deficient materials cannot be provided. If the deficiencies are not cured by May 5, 2009 and/or plaintiff fails to show good cause why the deficiency cannot be cured, these claims may be subject to dismissal with prejudice and/or any Tolling Agreement rights voided and extinguished, as applicable, or such other relief as the Court deems just and proper.

**IT IS FURTHER ORDERED** that all plaintiffs and their counsel identified in the attached Exhibit A *must appear in person in New Orleans at the show cause hearing*.

973400v.1

*Failure to appear as required may subject plaintiffs and counsel to contempt proceedings*.

Curing the noted enrollment deficiencies by May 5, 2009 will obviate the requirement to attend.

NEW ORLEANS, LOUISIANA, this  22nd  day of April, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

**Exhibit A**
First Supplemental Enrollment OSC

|  | Counsel | Claimant | VCN | Current Deficiencies[1] | O. CAP 2008-1 Compliance | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Duff, Eloise T. | 1001689 | ** | CAP Compliant | Tolling Claimant | |
| 2. | Becnel Law Firm, LLC | Mayo, William | 1088449 | R-32 | CAP Compliant | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 3. | Becnel Law Firm, LLC | Thompson, Glenn G. | 1088366 | R-32 | CAP Compliant | Tolling Claimant | |
| 4. | Becnel Law Firm, LLC | Williams, William | 1088374 | R-32 | CAP Compliant | Tolling Claimant | |
| 5. | Bice Palermo & Veron, LLC | Guillory, Kevin | 1081596 | R-7 | Did Not Try CAP | Thibodeaux, Geneva v. Merck & Co., Inc. | 2:05-cv-02920-EEF-DEK |
| 6. | Carey & Danis, LLC | Criglar, Ida B. | 1094575 | ** | CAP Compliant | Criglar, Ida v. Merck & Co., Inc. | 2:06-cv-11082-EEF-DEK |
| 7. | Carey & Danis, LLC | Hall, Patricia E. | 1094995 | R-7 | Did Not Try CAP | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK |
| 8. | Carey & Danis, LLC | Howell, Sr., Rudolph | 1095143 | R-32 | CAP Compliant | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 9. | Carey & Danis, LLC | Mann, Georgia | 1111909 | ** | CAP Compliant | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 10. | Cellino & Barnes, P.C. | Dingler, Jimmy | 1075486 | R-31 | Did Not Try CAP | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |

---

[1] An "**" means that Claimant has recently submitted additional supplemental cure materials that are being reviewed. Claimant should confer with the Claims Administrator to confirm whether this recently submitted material is non-deficient.

*Exhibit A – First Supplemental Enrollment OSC*
*Page 1 of 8*

973398v.1

|  | Counsel | Claimant | VCN | Current Deficiencies[1] | O. CAP 2008-1 Compliance | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 11. | Cellino & Barnes, P.C. | Hensley, Louis | 1075820 | ** | CAP Compliant | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 12. | Cellino & Barnes, P.C. | Mack, Dorothy | 1076207 | ** | CAP Compliant | Haskin, Terry L. v. Merck & Co., Inc. | 2:07-cv-01394-EEF-DEK |
| 13. | Cellino & Barnes, P.C. | Moore, James | 1076399 | ** | CAP Compliant | Woods, Veda v. Merck & Co., Inc. | 2:08-cv-00327-EEF-DEK |
| 14. | D'Amico, Frank J., Jr., APLC | Taylor, Bessie H. | 1100274 | R-7 | CAP Compliant | Anderson, Harold v. Merck & Co., Inc. | 2:05-cv-04428-EEF-DEK |
| 15. | Fenstersheib, Robert J. and Associates, P.A., Law Offices of | Noecker, Douglas | 1080079 | ** | Did Not Try CAP | Noecker, Douglas v. Merck & Co., Inc. | 2:06-cv-02647-EEF-DEK |
| 16. | Freese & Goss, PLLC | Bynum, Joseph D. | 1067478 | ** | Did Not Try CAP | Tolling Claimant |  |
| 17. | Freese & Goss, PLLC | Guillen, Josefina | 1067598 | R-37a | Did Not Try CAP | Tolling Claimant |  |
| 18. | Freese & Goss, PLLC | Radtke, William R. | 1067776 | R-16; R-23; R-32 | CAP Compliant | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 19. | Gallagher Law Firm (TX) | Anderson, Mylo | 1104347 | R-12 | CAP Compliant | Tolling Claimant |  |
| 20. | Gallagher Law Firm (TX) | Boeckner, Joseph | 1104727 | ** | CAP Compliant | Tolling Claimant |  |
| 21. | Gallagher Law Firm (TX) | Carnell-Franklin, Fannie | 1104421 | ** | Did Not Try CAP | Franklin, Fannie C. v. Merck & Co., Inc. | 2:08-cv-00604-EEF-DEK |
| 22. | Gallagher Law Firm (TX) | Couch, Geneva | 1104846 | ** | Did Not Try CAP | Bush, Juanetta v. Merck & Co., Inc. | 2:06-cv-01904-EEF-DEK |

*Exhibit A – First Supplemental Enrollment OSC*
*Page 2 of 8*

973398v.1

| | Counsel | Claimant | VCN | Current Deficiencies[1] | O. CAP 2008-1 Compliance | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 23. | Gallagher Law Firm (TX) | Durall, June | 1104471 | R-37e | Did Not Try CAP | Tolling Claimant | |
| 24. | Gallagher Law Firm (TX) | Gibson, Annie Ruth | 1104630 | ** | CAP Compliant | Tolling Claimant | |
| 25. | Gallagher Law Firm (TX) | Hatten, William | 1104380 | ** | Did Not Try CAP | Tolling Claimant | |
| 26. | Gallagher Law Firm (TX) | Henry, Vanessa | 1104543 | ** | Did Not Try CAP | Tolling Claimant | |
| 27. | Gallagher Law Firm (TX) | Hoskins, Kathleen | 1104555 | ** | Did Not Try CAP | Anderson, Jerry v. Merck & Co., Inc. | 2:06-cv-01902-EEF-DEK |
| 28. | Gallagher Law Firm (TX) | Johnston, William | 1104571 | ** | Did Not Try CAP | Tolling Claimant | |
| 29. | Gallagher Law Firm (TX) | Kaske, Keith | 1104574 | ** | Did Not Try CAP | Kaske, Keith v. Merck & Co., Inc. | 2:08-cv-00615-EEF-DEK |
| 30. | Gallagher Law Firm (TX) | Kazik, Jennifer | 1104575 | R-30 | Did Not Try CAP | Kazik, Jennifer v. Merck & Co., Inc. | 2:08-cv-00616-EEF-DEK |
| 31. | Gallagher Law Firm (TX) | Moore, Vivian P. | 1104651 | ** | CAP Compliant | Tolling Claimant | |
| 32. | Gallagher Law Firm (TX) | Payne, Peggy | 1104676 | ** | Not CAP Compliant | Tolling Claimant | |
| 33. | Gallagher Law Firm (TX) | Rippelmeyer, Nadine | 1104713 | ** | Did Not Try CAP | Rippelmeyer, Nadine v. Merck & Co., Inc. | 2:08-cv-00636-EEF-DEK |
| 34. | Gallagher Law Firm (TX) | Sowles, Verlyn Eugene | 1104764 | ** | Did Not Try CAP | Sowles, Verlyn E. v. Merck & Co., Inc. | 2:08-cv-00642-EEF-DEK |
| 35. | Gallagher Law Firm (TX) | Washington, Artie | 1104810 | R-30 | Did Not Try CAP | Washington, Artie v. Merck & Co., Inc. | 2:08-cv-00651-EEF-DEK |

*Exhibit A – First Supplemental Enrollment OSC*
*Page 3 of 8*

973398v.1

| | Counsel | Claimant | VCN | Current Deficiencies[1] | O. CAP 2008-1 Compliance | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 36. | Goldberg, Persky & White, PC | Graham, Jr., Donald R. | 1073574 | R-7 | CAP Compliant | Graham, Donald v. Merck & Co., Inc. | 2:05-cv-04637-EEF-DEK |
| 37. | Herman, Herman, Katz & Cotler, LLP | Kern, Nettie H. | 1081131 | R-7 | Did Not Try CAP | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| 38. | Irwin & Boesen, P.C. | Jabs, Henry H. | 1080395 | R-7 | Did Not Try CAP | Tolling Claimant | |
| 39. | Lamb Firm, LLC, The | Lorenzo-Nieves, Felicita | 1050972 | R-31 | Not CAP Compliant | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 40. | Lamb Firm, LLC, The | Ortiz-Ortiz, Maria M. | 1051052 | R-12 | Did Not Try CAP | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 41. | Lamb Firm, LLC, The | Ryan-Guzman, Guillermo | 1051174 | R-15 | Did Not Try CAP | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 42. | Lamb Firm, LLC, The | Villegas-Rodriguez, Francisca | 1051254 | R-30 | Not CAP Compliant | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 43. | Lamb Firm, LLC, The | Zayas-Zayas, Bernabela | 1051259 | R-30; R-31 | Not CAP Compliant | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 44. | Langston & Langston, PLLC | Young, Louise | 1097516 | ** | CAP Compliant | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK |
| 45. | Levensten Law Firm, P.C. | Young, Louis M. | 1111954 | R-7 | Did Not Try CAP | Tolling Claimant | |
| 46. | Matthews & Associates | Murthil, Favin P. | 1083583 | R-32 | CAP Compliant | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |

*Exhibit A – First Supplemental Enrollment OSC*
*Page 4 of 8*

973398v.1

| | Counsel | Claimant | VCN | Current Deficiencies[1] | O. CAP 2008-1 Compliance | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 47. | McGraw Law Offices | Hinkle, David J. | 1108361 | ** | Did Not Try CAP | Brumfield, Donald v. Merck & Co., Inc. | 2:07-cv-01407-EEF-DEK |
| 48. | McGraw Law Offices | Quarles, Greta G. | 1108374 | ** | Did Not Try CAP | Brumfield, Donald v. Merck & Co., Inc. | 2:07-cv-01407-EEF-DEK |
| 49. | Obioha, Pius A., Law Offices of, LLC | Knapper, Ann | 1118708 | R-30 | Not CAP Compliant | Tolling Claimant | |
| 50. | Penton, Ronnie G., Law Offices of | Watson, Michael K. | 1105634 | ** | Did Not Try CAP | Tolling Claimant | |
| 51. | Pittman, Dutton, Kirby & Hellums, P.C. | Johnson, Irene J. | 1038654 | R-6 | CAP Compliant | Woodruff, Charlotte v. Merck & Co., Inc. | 2:05-cv-06383-EEF-DEK |
| 52. | Pro Se | Abdel Malek, Mounir R. | 1058866 | ** | Did Not Try CAP | Tolling Claimant | |
| 53. | Pro Se | Chase, Vivian L. | 1113358 | ** | Did Not Try CAP | Tolling Claimant | |
| 54. | Pro Se | Crawford, Odell Richmond | 1120988 | ** | Did Not Try CAP | Tolling Claimant | |
| 55. | Pro Se | Ferrell, Janice Faye | 1080399 | ** | Did Not Try CAP | Tolling Claimant | |
| 56. | Pro Se | Grasley, John Phillip | 1113780 | ** | Did Not Try CAP | Tolling Claimant | |
| 57. | Pro Se | Hodge, Althea | 1114052 | ** | Did Not Try CAP | Tolling Claimant | |
| 58. | Pro Se | Jones, Johnie M. | 1082519 | R-6 | CAP Compliant | Tolling Claimant | |

*Exhibit A – First Supplemental Enrollment OSC*
*Page 5 of 8*

973398v.1

|  | Counsel | Claimant | VCN | Current Deficiencies[1] | O. CAP 2008-1 Compliance | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 59. | Pro Se | Jones, Mary Frances | 1108571 | R-7 | Did Not Try CAP | Tolling Claimant | |
| 60. | Pro Se | Mcalister, Margetart Jean | 1107614 | ** | Did Not Try CAP | Tolling Claimant | |
| 61. | Pro Se | Miley, Abbieline R. | 1113499 | ** | Did Not Try CAP | Tolling Claimant | |
| 62. | Pro Se | Miller, Claudest M. | 1059134 | R-7 | Did Not Try CAP | Tolling Claimant | |
| 63. | Pro Se | Nagel, Lois B. | 1058861 | ** | Did Not Try CAP | Tolling Claimant | |
| 64. | Pro Se | Pickrom, James Charles | 1058004 | R-6 | CAP Compliant | Tolling Claimant | |
| 65. | Pro Se | Powe, Helen Ann | 1113225 | R-7 | Did Not Try CAP | Tolling Claimant | |
| 66. | Pro Se | Pugliese, Cindy Marie | 1113545 | R-7 | Did Not Try CAP | Tolling Claimant | |
| 67. | Pro Se | Riney, Dorothy Ophelia | 1111074 | ** | Did Not Try CAP | Tolling Claimant | |
| 68. | Pro Se | Southard #0382560, Larry Ray | 1080691 | ** | Did Not Try CAP | Southard, Larry R. v. Merck & Co., Inc. | 2:06-cv-00320-EEF-DEK |
| 69. | Pro Se | Thompkins, Virginia P. | 1113807 | ** | Not CAP Compliant | Tolling Claimant | |
| 70. | Pro Se | Thompson, Melody D. | 1113239 | ** | Did Not Try CAP | Tolling Claimant | |
| 71. | Pro Se | Welke, Leroy Alfred | 1056214 | R-15; R-7 | Did Not Try CAP | Tolling Claimant | |

*Exhibit A – First Supplemental Enrollment OSC*
*Page 6 of 8*

973398v.1

| | Counsel | Claimant | VCN | Current Deficiencies[1] | O. CAP 2008-1 Compliance | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 72. | Pro Se | White, Frank | 1069237 | ** | Did Not Try CAP | Tolling Claimant | |
| 73. | Pro Se | Williams, Loretta | 1107613 | ** | Did Not Try CAP | Tolling Claimant | |
| 74. | Pro Se | Woodard, Deloris | 1082619 | ** | CAP Compliant | Tolling Claimant | |
| 75. | Pro Se | Ziemak, Eugeniusz | 1087525 | ** | CAP Compliant | Tolling Claimant | |
| 76. | Schmidt, Douglas M., APLC | Reid, Wallace | 1061732 | R-7 | Did Not Try CAP | Reid, Wallace Jr. v. Merck & Co., Inc. | 2:07-cv-01640-EEF-DEK |
| 77. | Silverman & Fodera | Lindsey, Gerald | 1073482 | R-12 | Did Not Try CAP | Tolling Claimant | |
| 78. | Weitz & Luxenberg, P.C. | Choice, Arbie | 1030789 | R-7 | Did Not Try CAP | Tolling Claimant | |
| 79. | Weitz & Luxenberg, P.C. | Winget, Ronald E. | 1035648 | R-16; R-17; R-32; | CAP Compliant | Tolling Claimant | |
| 80. | Weykamp, Paul A., Law Offices of | Biensach, Frederick | 1108893 | R-36; R-7 | Did Not Try CAP | Biensach, Doris v. Merck & Co., Inc. | 2:05-cv-05115-EEF-DEK |
| 81. | Whitehead Law Firm | Lawson, Earlma | 1081872 | R-30 | Did Not Try CAP | Tolling Claimant | |
| 82. | Wilner Block, P.A. | Carroll, Janet Marie | 1093487 | R-7 | CAP Compliant | Carroll, Lisa M. v. Merck & Co., Inc. | 2:05-cv-04441-EEF-DEK |
| 83. | Young Firm, The | Gifford, Robin | 1078769 | R-7 | Did Not Try CAP | Gifford, Robin v. Merck & Co., Inc. | 2:06-cv-06431-EEF-DEK |
| 84. | Young Firm, The | Pinegar, Harold D. | 1078722 | R-7 | Did Not Try CAP | Pinegar, Harold v. Merck & Co., Inc. | 2:05-cv-04286-EEF-DEK |

*Exhibit A – First Supplemental Enrollment OSC*
*Page 7 of 8*

973398v.1

| | Counsel | Claimant | VCN | Current Deficiencies[1] | O. CAP 2008-1 Compliance | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 85. | Young Firm, The | Prill, Sandra K. | 1078725 | R-7 | Did Not Try CAP | Prill, Sandra K. v. Merck & Co., Inc. | 2:06-cv-05823-EEF-DEK |