# Document Cover Page

| | |
|---|---|
| **VCN** | 1056191 |
| **Claimant** | Bethea, Stanley |
| **SSN** | 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 |
| **Received Date** | 12/19/2007 |
| **Postmark Date** | 12/17/2007 |
| **Document Type ID** | 8 |
| **Document Type** | Pro Se Registration Affidavit |
| **Primary Firm ID** | |
| **Primary Firm** | |



*1056191-008-01*

# PRO SE REGISTRATION AFFIDAVIT

By completing and signing this Registration Affidavit, I certify pursuant to 28 U.S.C. § 1746 to all the information in this Affidavit. I make this certification pursuant to the November 9, 2007 Order regarding registration of plaintiffs.

## A. PLAINTIFF INFORMATION

**Name**: Last: BETHEA   First: STANLEY   Middle:

**Date of Birth**: 8/20/48 (Month/Day/Year)

**Social Security Number**: 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

**Current Address**:
- Street: P.O. BOX 704
- City: HBG
- State: PA
- Zip: 17108
- Country: DAUPHIN

**Telephone Number**: Daytime: —   Evening: —   Email: —

## B. LAWSUIT INFORMATION

I represent myself in the following lawsuit:

**Case Caption**: STANLEY BETHEA VS. MERK + CO. INC.

**Docket Number**: 05-6775 EASTERN DISTRICT OF LOUISIANA

**Date Filed**: 9/30/05 (Month/Day/Year)

## C. INJURY INFORMATION

I claim that I sustained a personal injury as a result of taking Vioxx®. I have marked the category of my injury and specified the date and place of my injury below:

☐ Myocardial Infarction or Sudden Cardiac Death

☐ Ischemic Stroke (not a hemorrhagic stroke or a transient ischemic attack)

☒ All other Injuries   HEART ATTACK (I'm LEFT WITH A BAD HEART)

**Date of Specified Injury**: 3/1/04 (Month/Day/Year)

**Place of Injury**: 533 CURTIAN Street HBG, PA

## D. USE OF VIOXX®

I took Vioxx before my claimed injury. I have specifically checked the category below that corresponds to my duration of Vioxx® use.

Check One:

☐ Duration of use up until the specified injury of 12 months or less

☒ Duration of use up until the specified injury of more than 12 months

RECEIVED DEC 19 2007 BrownGreer PLC Richmond

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**: 12/19/07 (Month/Day/Year)

Signature: Stanley Bethea, Pro Se Claimant (I'm ASKing FOR $2 million DOLLARS)

VR101