RUSSELL A. BADDERS
MARY JANE BASS
ELIZABETH C. CALLAHAN
JAMES S. CAMPBELL
JODI D. COOKE
J. NIXON DANIEL III
JOHN P. DANIEL
TERRIE L. DIDIER
THOMAS F. GONZALEZ
STEVEN R. GRIFFIN
BRET M. KANIS
GARY B. LEUCHTMAN
JACK W. LURTON III
DAVID L. McGEE
GREGORY R. MILLER
WILLIAM H. MITCHEM
RALPH A. PETERSON
JEFFREY A. STONE
DAVID B. TAYLOR III
RUSSELL F. VAN SICKLE
MATTHEW D. VINSON
JAMES M. WEBER
CHARLES T. WIGGINS
JOHN F. WINDHAM
JOHN R. ZOESCH III

# BEGGS & LANE

A REGISTERED LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AND COUNSELLORS AT LAW
POST OFFICE BOX 12950
PENSACOLA, FLORIDA 32591-2950

501 COMMENDENCIA STREET
PENSACOLA, FLORIDA 32502-5953
TELEPHONE (850) 432-2451
TELECOPIER (850) 469-3331

W. SPENCER MITCHEM
OF COUNSEL

E. DIXIE BEGGS
1908 – 2001

BERT H. LANE
1917 - 1981

April 24, 2009

**VIA ELECTRONIC FILING**

The Honorable Eldon E. Fallon
United States District Judge
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

  RE: Laurenson v. Raymond James et al
     Case No.: e:0x-cv-0412-EEF-JCW
     Beggs & Lane Matter No. 12699-50761

Dear Judge Fallon:

  I am writing to apprise you of the status of the Laurenson case as required in your pre-trial order. At this point the parties are engaged in the discovery process. That process is proceeding appropriately and within the schedule established by this Court. As yet, no significant issues have arisen that would require the Court's attention. I expect that the case will be ready for trial as per your previously established schedule.

  Finally, as permitted by your Order, my desire would be to attend the status conference by telephone. I will confirm your acceptance of this proposal with your office.

               Sincerely,

               /s/ David L. McGee
               David L. McGee
               For the Firm

cc: John C. Anjier, Esq.