UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT C. FOSSEEN,<br><br>    Plaintiff,<br><br>v.<br><br><br>MERCK & CO., INC.,<br><br>    Defendant. | MDL Docket No. 1657<br><br>DOCKET NO. E.D.La. #08-3863<br><br>D.Minn. #08-1294<br><br>**CERTIFICATE OF SERVICE – PLAINTIFF'S REPLY MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION FOR SUGGESTION OF REMAND ORDER** |

    I hereby certify that Plaintiff's Reply Memorandum Of Law In Support Of His Motion For Suggestion Of Remand Order was filed electronically by ECF on April 26, 2009.

    I further certify that copies of the above-referenced documents have been served upon Liaison Counsel Wilfred P. Coronato at Hughes Hubbard & Reed LLP, Amanda Cialkowski at Halleland, Lewis, Nilan & Johnson P.A., and Eva Petko Esber at Williams & Connolly LLP by U.S. Mail; and upon Liaison Counsel, Wilfred P. Coronato at Hughes Hubbard & Reed LLP, Phillip Wittmann at Stone Pigman Walther Wittmann L.L.C., Dimitrios Mavroudis at Dechert LLP, Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC, Eva Petko Esber at Williams & Connolly LLP, Amanda Cialkowski at Halleland, Lewis, Nilan & Johnson P.A., and Russ Herman by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order Nos. 29, 8A and 18C, on this 26th day of April, 2009.

    Respectfully Submitted,

80716344.1

Dated: ___4/26/09_____                    _/s/ Genevieve M. Zimmerman_____
                                            Tara D. Sutton (MN #23199X)
                                            Gary L. Wilson (MN #179012)
                                            Genevieve M. Zimmerman (MN #330292)

                                            **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
                                            2800 LaSalle Plaza
                                            800 LaSalle Avenue
                                            Minneapolis, MN 55402
                                            (612) 349-8500

                                            **ATTORNEYS FOR PLAINTIFF**
                                            **ROBERT C. FOSSEEN**

80716344.1