## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Elaine Masiuk, et al.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *v.* | * | CIVIL ACTION NO. 2:06-cv-10625 |
| | * | |
| *Merck & Co., Inc., et al.* | * | |
| | * | |
| *Only with regard to:* | * | |
| | * | |
| *Elaine Masiuk, John Kobielski,* | * | |
| *Thomas Mayes, Debbie Mitchum,* | | |
| *Richard Spurlock* | | |

*******************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Elaine Masiuk, John Kobielski, Thomas Mayes, Debbie Mitchum and

Richard Spurlock and Defendant, Merck & Co., Inc.,  hereby stipulate, pursuant to Fed. R. Civ.

Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc., in the

above-styled lawsuit, each party to bear its own costs.


NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.


_____
DISTRICT JUDGE

964981v.1