*Lone Pine No. 7*
*Exhibit A*
*(Represented Plaintiffs)*

|  | **Counsel** | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|---|---|---|---|---|---|
| 1. | Anderson, John H. | Fortenberry | Annette | Graham, Cassie v. Merck & Co., Inc. | 2:08-cv-00879-EEF-DEK |
| 2. | Andrews & Thornton | Freeman | Barbara | Freeman, Barbara v. Merck & Co., Inc. | 2:05-cv-04250-EEF-DEK |
| 3. | Branch Law Firm | Cole | Fred | Aleamoni, Nancy v. Merck & Co., Inc. | 2:06-cv-06438-EEF-DEK |
| 4. | Carey & Danis, LLC | Dorrell Rudd [Dorrell] | Stacy | Horn, Dennis v. Merck & Co., Inc. | 2:06-cv-03367-EEF-DEK |
| 5. | Carey & Danis, LLC | Hubbard | Kimberly | Scott, Jeff v. Merck & Co., Inc. | 2:07-cv-02933-EEF-DEK |
| 6. | Carey & Danis, LLC | Lewis | Jacquline | Adams, Eva Lucille v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 7. | Carey & Danis, LLC | Whittington | Ethel | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK |
| 8. | Cellino & Barnes, P.C. | Arnold | Leonard | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 9. | Cellino & Barnes, P.C. | Dickerman | Brenda | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 10. | Cellino & Barnes, P.C. | Harris | Darlene | Blackmon, Syrrita v. Merck & Co., Inc. | 2:06-cv-01210-EEF-DEK |
| 11. | Cellino & Barnes, P.C. | Holt | Catherine | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 12. | Cellino & Barnes, P.C. | Nelson | James | Anderson, Geraldine v. Merck & Co., Inc. | 2:07-cv-03631-EEF-DEK |

|     | Counsel | Last Name | First Name | Case Caption | Docket # |
|-----|---------|-----------|------------|--------------|----------|
| 13. | Cellino & Barnes, P.C. | Rhoades [Rhodes] | Dawn | Davis, Catherine v. Merck & Co., Inc. | 2:06-cv-01209-EEF-DEK |
| 14. | D'Amico, Frank J., Jr., APLC | Torres | Olga | Anderson, Harold v. Merck & Co., Inc. | 2:05-cv-04428-EEF-DEK |
| 15. | Dougherty, Hildre & Haklar | Martinez | Joseph | Martinez, Laura v. Merck & Co., Inc. | 2:05-cv-05279-EEF-DEK |
| 16. | Driggs Bills & Day PC | Hilliar | Tom | Allred, Terry v. Merck & Co., Inc. | 2:06-cv-04050-EEF-DEK |
| 17. | Fichera & Miller | Prado | Carmen | Gomez, Gabriel v. Merck & Co., Inc. | 2:05-cv-01003-EEF-DEK |
| 18. | Fitzhugh, Edward O., Law Office of | Amarillas | Mary | Amarillas, Mary Lou v. Merck & Co., Inc. | 2:06-cv-10088-EEF-DEK |
| 19. | Gancedo & Nieves LLP | Duncan | Lewis | Eggleston, Marilyn v. Merck & Co., Inc. | 2:06-cv-07084-EEF-DEK |
| 20. | Griffin & Associates | Bee | Willie | Bee, Willie v. Merck & Co., Inc. | 2:05-cv-06754-EEF-DEK |
| 21. | Griffin & Associates | Bee | Kay | Bee, Kay v. Merck & Co., Inc. | 2:06-cv-02700-EEF-DEK |
| 22. | Griffin & Associates | Bland | Elizabeth | Bland, Elizabeth v. Merck & Co., Inc. | 2:06-cv-02696-EEF-DEK |
| 23. | Griffin & Associates | Green | Tekonsha [Tekonsa] | Green, Tekonsa v. Merck & Co., Inc. | 2:05-cv-06752-EEF-DEK |
| 24. | Griffin & Associates | Hall | Annie | Hall, Annie v. Merck & Co., Inc. | 2:06-cv-02697-EEF-DEK |
| 25. | Griffin & Associates | Hickman | Nevary | Hickman, Nevary v. Merck & Co., Inc. | 2:06-cv-00318-EEF-DEK |

|     | Counsel | Last Name | First Name | Case Caption | Docket # |
| --- | --- | --- | --- | --- | --- |
| 26. | Griffin & Associates | James | Lionel | James, Lionel v. Merck & Co., Inc. | 2:05-cv-06751-EEF-DEK |
| 27. | Griffin & Associates | Matthews | Lee | Matthews, Lee B. v. Merck & Co., Inc. | 2:05-cv-01547-EEF-DEK |
| 28. | Griffin & Associates | Meeks | Charlene | Meeks, Charlene v. Merck & Co., Inc. | 2:05-cv-06753-EEF-DEK |
| 29. | Griffin & Associates | Moore | Elmire [Elmira] | Moore, Elmira v. Merck & Co., Inc. | 2:06-cv-02702-EEF-DEK |
| 30. | Griffin & Associates | Parris [Paris] | Carlone | Paris, Carlone v. Merck & Co., Inc. | 2:05-cv-06750-EEF-DEK |
| 31. | Griffin & Associates | Perry | Syetha | Perry, Syetha v. Merck & Co., Inc. | 2:06-cv-02237-EEF-DEK |
| 32. | Griffin & Associates | Roberts | Rose | Roberts, Rose v. Merck & Co., Inc. | 2:06-cv-00317-EEF-DEK |
| 33. | Griffin & Associates | Sparks | Lorene | Sparks, Lorene v. Merck & Co., Inc. | 2:05-cv-04838-EEF-DEK |
| 34. | Hill, Dianne, Attorney at Law | Britton | Nealy | Britton, Nealy J. v. Merck & Co., Inc. | 2:05-cv-06169-EEF-DEK |
| 35. | Hingle, Michael and Associates | Jones | Yolanda | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459-EEF-DEK |
| 36. | Hingle, Michael and Associates | Loverde | Eugenia | Bailey, Lois v. Merck & Co., Inc. | 2:05-cv-06904-EEF-DEK |
| 37. | Hingle, Michael and Associates | Sparks | Pearl | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK |
| 38. | Hingle, Michael and Associates | Stevenson | Saralyn | Bailey, Lois v. Merck & Co., Inc. | 2:05-cv-06904-EEF-DEK |

|     | **Counsel** | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
| --- | --- | --- | --- | --- | --- |
| 39. | Hingle, Michael and Associates | Thomas | Pamela | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK |
| 40. | Jones, Jeffrey W., PLLC, Attorney at Law | Harney | Christine | Harney, Christine v. Merck & Co., Inc. | 2:05-cv-06145-EEF-DEK |
| 41. | Jones, Swanson, Huddell & Garrison, L.L.C. | ABRAMS | CLARENCE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 42. | Jones, Swanson, Huddell & Garrison, L.L.C. | BELL | ANN MARIE | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 43. | Jones, Swanson, Huddell & Garrison, L.L.C. | BOURGEOIS | VERONICA | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 44. | Jones, Swanson, Huddell & Garrison, L.L.C. | CLENNON, DECEASED, C/O GRACE CLENNON | ELVINA | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 45. | Jones, Swanson, Huddell & Garrison, L.L.C. | DABNEY | GLORIA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 46. | Jones, Swanson, Huddell & Garrison, L.L.C. | DORSEY | KIRBY | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 47. | Jones, Swanson, Huddell & Garrison, L.L.C. | DUFFIE, SR., DECEASED, C/O KATINA DUFFIE | JOE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 48. | Jones, Swanson, Huddell & Garrison, L.L.C. | GABBARD, DECEASED | BIRDIE CATHERINE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 49. | Jones, Swanson, Huddell & Garrison, L.L.C. | GREEN, DECEASED, C/O CYNTHIA TAYLOR-GREEN | LESLIE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 50. | Jones, Swanson, Huddell & Garrison, L.L.C. | ISAACS | GERALD | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 51. | Jones, Swanson, Huddell & Garrison, L.L.C. | JOHNSON, JR., DECEASED, C/O ANNIE JOHNSON | AVIE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |

|     | Counsel | Last Name | First Name | Case Caption | Docket # |
| --- | --- | --- | --- | --- | --- |
| 52. | Jones, Swanson, Huddell & Garrison, L.L.C. | MARSE | BETTY | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 53. | Jones, Swanson, Huddell & Garrison, L.L.C. | MCCRAINE | JELONDA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 54. | Jones, Swanson, Huddell & Garrison, L.L.C. | TROSCLAIR | FELICIA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 55. | Jones, Swanson, Huddell & Garrison, L.L.C. | VERNON, DECEASED | MAGGIE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 56. | Kelley & Ferraro, LLP | Burge | Barb | Burge, Barb v. Merck & Co., Inc. | 2:06-cv-06136-EEF-DEK |
| 57. | Kelley & Ferraro, LLP | Sanko | William | Sanko, William v. Merck & Co., Inc. | 2:05-cv-03587-EEF-DEK |
| 58. | Kelley & Ferraro, LLP | Tillery | Claude | Tillery, Claude v. Merck & Co., Inc. | 2:05-cv-03596-EEF-DEK |
| 59. | Lamb Firm, LLC, The | Martinez-Velazquez | Nilda | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 60. | Masters Law Firm, LC | Jividen | Jane | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 61. | McAfee Law Firm, P.C. | Canter | Deloris | Booher, Bonnie v. Merck & Co., Inc. | 2:05-cv-02385-EEF-DEK |
| 62. | Miller Firm, LLC, The (PA) | Cline | Bobbie | Godfrey, Charles E. v. Merck & Co., Inc. | 2:06-cv-09712-EEF-DEK |
| 63. | Murray Law Firm 1 | JAQUES | JOSEPH | Jaques, Virginia L. v. Merck & Co., Inc. | 2:05-cv-03780-EEF-DEK |
| 64. | Shelton & Associates, P.A. | Thompson | Herron | Thompson, Herron v. Merck & Co., Inc | 2:07-cv-09611-EEF-DEK |

|  | **Counsel** | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|---|---|---|---|---|---|
| 65. | Singleton Law Firm | Black | Annie | Franklin Spates, Joyce v. Merck & Co., Inc. | 2:06-cv-02662-EEF-DEK |
| 66. | Singleton Law Firm | Butler [Butler Thumb] | Beatrice | Franklin Spates, Joyce v. Merck & Co., Inc. | 2:06-cv-02662-EEF-DEK |
| 67. | Wiggins, Childs, Quinn & Pantazis, LLC | Ero | Morgan | Edwards, Thelma v. Merck & Co., Inc. | 2:07-cv-04001-EEF-DEK |