*Lone Pine No. 7*
*Exhibit B*
*(Counsel Motions to Withdraw Pending)*

|  | **Counsel** | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|---|---|---|---|---|---|
| 1. | Bartimus, Frickleton, Robertson & Gorny | Occhipinto | Louisa | Occhipinto, Louisa v. Merck & Co., Inc. | 2:05-cv-05364-EEF-DEK |
| 2. | Bennett & Albright, P.A. | Mass [Maas] | Peter | Golder, Sandra v. Merck & Co., Inc. | 2:07-cv-06434-EEF-DEK |
| 3. | Brown & Crouppen, PC | Ventura | Corinne | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| 4. | Cellino & Barnes, P.C. | Rickard | Amanda | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| 5. | Cellino & Barnes, P.C. | Thomas | Hattie | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 6. | Fears Nachawati Law Firm | Monroe | Weslyn | Carter, Claudia v. Merck & Co., Inc. | 2:07-cv-00732-EEF-DEK |
| 7. | Feinberg & Silva | Pierson | Robert | Pierson, Robert E. v. Merck & Co., Inc. | 2:05-cv-02953-EEF-DEK |
| 8. | Jackson & Tucker, P. C. | Harvey | Carol | Harvey, Carol K. v. Merck & Co., Inc. | 2:06-cv-06584-EEF-DEK |
| 9. | Jones, Swanson, Huddell & Garrison, L.L.C. | BAKER | TYWANNA | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 10. | Jones, Swanson, Huddell & Garrison, L.L.C. | BAKER | CHEABERT | Abrams, Clarence v. Merck & Co., Inc. (LA2) | 2:05-cv-04434-EEF-DEK |
| 11. | Jones, Swanson, Huddell & Garrison, L.L.C. | BLANCHARD | LINDA | Abrams, Clarence v. Merck & Co., Inc. (LA2) | 2:05-cv-04434-EEF-DEK |
| 12. | Jones, Swanson, Huddell & Garrison, L.L.C. | BLANTON | DAVID | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |

|     | Counsel | Last Name | First Name | Case Caption | Docket # |
|-----|---------|-----------|------------|--------------|----------|
| 13. | Jones, Swanson, Huddell & Garrison, L.L.C. | DESPENZA, DECEASED, C/O STEPHANIE YOUNG | SYLVESTER | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 14. | Jones, Swanson, Huddell & Garrison, L.L.C. | JOHNSON | MARY LEE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 15. | Jones, Swanson, Huddell & Garrison, L.L.C. | JOHNSON | MARY LEE | Abrams, Clarence v. Merck & Co., Inc.(LA2) | 2:05-cv-04434-EEF-DEK |
| 16. | Jones, Swanson, Huddell & Garrison, L.L.C. | LAZURE | IDA | Abrams, Clarence v. Merck & Co., Inc. (LA2) | 2:05-cv-04434-EEF-DEK |
| 17. | Jones, Swanson, Huddell & Garrison, L.L.C. | NAQUIN, DECEASED, C/O ELIZABETH BILLIOT | ELDA ANNIE | Abrams, Clarence v. Merck & Co., Inc. (LA2) | 2:05-cv-04434-EEF-DEK |
| 18. | Jones, Swanson, Huddell & Garrison, L.L.C. | SMITH | FRANKIE | Abrams, Clarence v. Merck & Co., Inc.(LA2) | 2:05-cv-04434-EEF-DEK |
| 19. | Rice & Sanes | Valenti | Dominick | Valenti, Dominick v. Merck & Co., Inc. | 2:06-cv-10300-EEF-DEK |
| 20. | Simon Passanante PC | Lewis | Deborah | Lewis, Deborah A. v. Merck & Co., Inc. | 2:06-cv-00143-EEF-DEK |
| 21. | Simon Passanante PC | Zornada [Del Zornada] | Victor | Del Zornada, Victor v. Merck & Co., Inc. | 2:06-cv-00138-EEF-DEK |