*Lone Pine No. 7*
*Exhibit C*
*(Pro Se Plaintiffs)*

|     | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|-----|---------------|----------------|------------------|--------------|
| 1.  | Amaya         | Estella        | Amaya, Estella v. Merck & Co., Inc. | 2:06-cv-00571-EEF-DEK |
| 2.  | Anderson      | Lea            | Anderson, Joseph v. Merck & Co., Inc. | 2:05-cv-06843-EEF-DEK |
| 3.  | Appenzeller   | Peter          | Appenzeller, Peter v. Merck & Co., Inc. | 2:06-cv-08317-EEF-DEK |
| 4.  | Armstrong     | Elizabeth      | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 5.  | Baker         | Norma          | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 6.  | Ballew        | Barbara        | Connors, Kelly A. v. Merck & Co., Inc. | 2:05-cv-03387-EEF-DEK |
| 7.  | Bannister     | Clarence       | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEF-DEK |
| 8.  | Barrow        | Verdell        | Barrow, Edward L. v. Merck & Co., Inc. | 2:05-cv-02913-EEF-DEK |
| 9.  | Berkley       | Author [Author Andrew Eugene] | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 10. | Bonnet        | Naomi          | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 11. | Briggs        | Gerald         | Barrell, Patricia v. Merck & Co., Inc. | 2:06-cv-10175-EEF-DEK |
| 12. | Brown         | Charles [Thomas] | Anderson, Paul v. Merck & Co., Inc. | 2:06-cv-01193-EEF-DEK |

|     | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|-----|---------------|----------------|------------------|--------------|
| 13. | Bufkin | Olivia | Fuller, Willis v. Merck & Co., Inc. | 2:06-cv-03138-EEF-DEK |
| 14. | Calloway | Earl | Calloway, Joyce v. Merck & Co., Inc. | 2:06-cv-09335-EEF-DEK |
| 15. | Celestin | Diann | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEF-DEK |
| 16. | Chastain | Tom | Barrell, Patricia v. Merck & Co., Inc. | 2:06-cv-10175-EEF-DEK |
| 17. | De Los Reyes | Roxanne | De Los Reyes, Roxanne v. Merck & Co., Inc. | 2:05-cv-06710-EEF-DEK |
| 18. | Dreher | Thomas | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 19. | Eatmon | Stephanie | Eatmon, Stephanie v. Merck & Co., Inc. | 2:06-cv-03860-EEF-DEK |
| 20. | Flournoy [Flourney] | Frances | Perry, Eugene v. Merck & Co., Inc. | 2:06-cv-03140-EEF-DEK |
| 21. | Flunder [Jones] | Arabella | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 22. | Gamble | Janet | Bails, Mary A. v. Merck & Co., Inc. | 2:05-cv-02319-EEF-DEK |
| 23. | Graham | Lonnie | Graham, Maria v. Merck & Co., Inc. | 2:07-cv-02068-EEF-DEK |
| 24. | Grant | Collins | Grant, James M. v. Merck & Co., Inc. | 2:06-cv-00994-EEF-DEK |
| 25. | Guidry | Susan | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |

|     | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|-----|---------------|----------------|------------------|--------------|
| 26. | Guzman | Beatriz | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 27. | Hanson | Pam | Hanson, Pam v. Merck & Co., Inc. | 2:05-cv-02350-EEF-DEK |
| 28. | Hervey | George | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 29. | Hughes | Tiffany | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| 30. | Jackson | David | Jackson, David Jr. v. Merck & Co., Inc. | 2:06-cv-02822-EEF-DEK |
| 31. | Jackson | Gloria | Jackson, Gloria v. Merck & Co., Inc. | 2:05-cv-05124-EEF-DEK |
| 32. | Johnson | Glenda | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 33. | Julian [Julien] | Leroy | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 34. | Knowles | Myrtle | Knowles, Myrtle v. Merck & Co., Inc. | 2:07-cv-05695-EEF-DEK |
| 35. | Lasky | Jeannette | Lasky, Jeanette v. Merck & Co., Inc. | 2:06-cv-02086-EEF-DEK |
| 36. | Melton | Dorothy | Grove, Sherrill v. Merck & Co., Inc. | 2:06-cv-10160-EEF-DEK |
| 37. | Norris [Noris] | Erwin | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |
| 38. | Onishea | Lydia | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |

|     | **Last Name**   | **First Name** | **Case Caption**                              | **Docket #**              |
| --- | --------------- | -------------- | --------------------------------------------- | ------------------------- |
| 39. | Pena            | Ludivina       | Pena, Ludivina v. Merck & Co., Inc.           | 2:07-cv-02126-EEF-DEK     |
| 40. | Reitzell        | Jessie         | Cormier, Melvin v. Merck & Co., Inc.          | 2:05-cv-04991-EEF-DEK     |
| 41. | Roderick        | Janet          | Roderick, Janet D. v. Merck & Co., Inc.       | 2:05-cv-06573-EEF-DEK     |
| 42. | Royston         | Trina          | Bell, Myrtle L. v. Merck & Co., Inc.          | 2:05-cv-00546-EEF-DEK     |
| 43. | Saucer          | Roy            | Allen, William E. v. Merck & Co., Inc.        | 2:05-cv-04421-EEF-DEK     |
| 44. | Schneller       | Marjorie       | Schneller, James D. v. Merck & Co., Inc.      | 2:05-cv-05382-EEF-DEK     |
| 45. | Segall          | Shirley        | Segall, Shirley v. Merck & Co., Inc.          | 2:07-cv-08070-EEF-DEK     |
| 46. | Shoultz         | Judith         | Myatt, Bobby W. v. Merck & Co., Inc.          | 2:06-cv-10158-EEF-DEK     |
| 47. | Simpson         | Richard        | Ballantyne, Arthur W. v. Merck & Co., Inc.    | 2:06-cv-02195-EEF-DEK     |
| 48. | Street          | John           | Street, John v. Merck & Co., Inc.             | 2:06-cv-11076-EEF-DEK     |
| 49. | Sullivan        | Ruth           | Allen, William E. v. Merck & Co., Inc.        | 2:05-cv-04421-EEF-DEK     |
| 50. | Valencia-Bernal | Susana         | Valencia Bernal, Susana v. Merck & Co., Inc.  | 2:07-cv-01049-EEF-DEK     |
| 51. | Wellbrock       | Doris          | Black, Bill v. Merck & Co., Inc.              | 2:05-cv-04452-EEF-DEK     |

|     | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|-----|---------------|----------------|------------------|--------------|
| 52. | Wells | Beverly | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 53. | Welsh | Donald | Bradford, Annie v. Merck & Co., Inc. | 2:05-cv-02328-EEF-DEK |
| 54. | Wilson | Gregory | Wilson, Gregory L. v. Merck & Co., Inc. | 2:06-cv-02683-EEF-DEK |
| 55. | Wilson | Margaret | Bails, Mary A. v. Merck & Co., Inc. | 2:05-cv-02319-EEF-DEK |