UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: Vioxx ®

PRODUCTS LIABILITY LITIGATION

This document relates to:

*Jay Thomson, Individually and as Trustee for the Estate of Jack Thomson,*

*v.*

*Merck & Co., Inc., et al.*

Only with regard to:

Jay Thomson

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:08-cv-00328

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE, AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. Pro. 41(a), the undersigned counsel hereby stipulate that all claims of plaintiff Jay Thomson, ONLY, against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

The parties agree, as to defendants who have not answered, the plaintiff gives notice of dismissal pursuant to Fed. R. Civ. Pro. 41(a)(1).

_____
Brian A. Goldstein, Esq.
Cellino & Barnes, P.C.
17 Court Street, 7th Floor
Buffalo, New York 14202

Counsel for Plaintiffs

Dated: 4/20/09

_____
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

Counsel for Defendant Merck & Co., Inc

Dated: 4/24/09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Stipulation of Dismissal With Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th of April, 2009.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

866478v.1