UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:   L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
|  | : |  |
|  | : |  |
| THIS DOCUMENT RELATES TO: | : |  |
|  | : |  |

Sheet Metal Workers Local No. 20 Welfare and Benefit Fund;
Indiana Electrical Workers Benefit Trust;
Bricklayers of Indiana Welfare Fund;
Michiana Area Electrical Workers Health and Welfare Fund;
Indiana State Council of Roofers Health and Welfare Fund;
Indiana State District Council of Laborers and Hod Carriers Welfare Fund;
Painters Local No. 469 Health and Welfare Fund;
Plumbers and Steamfitters Local No. 166 Health and Welfare Plan;
Southern Ohio Painters Health and Welfare Fund;
Pipe Trades Industry Health and Welfare Plan;
IBEW 673 Fringe Benefit Funds;
IBEW Local 129 Fringe Benefit Funds;
Plumbers and Steamfitters Local 42 Health and Welfare Plan;
Painting Industry Insurance and Annuity Funds;
Service Employee International Union Local No. 3 Health and Welfare Fund;
IBEW Local 32 Health and Welfare Fund;
IBEW Local 683 Fringe Benefit Funds;
Indiana State Council of Carpenters Health and Welfare Fund;
Plumbers Local No. 210 Health and Welfare Fund;
Indiana Carpenters Health and Welfare Fund;
Plumbers and Steamfitters Local 440 Health and Welfare Plan;
Indiana Bricklayers Local No. 6 Welfare Trust Fund;
Motion Picture Laboratory Technicians and Film Editors Local 780 Welfare Fund;
Dealers-Unions Insurance Fund; and,
United Food and Commercial Workers Union-Employer Health and Welfare Fund, On Behalf of Themselves and All Others Similarly Situated, currently filed as 05-CV-0349-DFH-VSS; S.D. Ind. and MDL No. 05-2269

**MOTION TO DISMISS CERTAIN PLAINTIFF**

The above-captioned Plaintiffs, by counsel, hereby move the Court to grant the dismissal, without prejudice, of IBEW 673 Fringe Benefit Funds as a named Plaintiff in this matter. In support, the Plaintiffs state the following:

1. Plaintiff IBEW 673 Fringe Benefit Funds has recently merged into the IBEW Family Medical Care Plan. IBEW Family Medical Care Plan does not wish to participate in the action against the Defendant that was originally instituted by the IBEW 673 Fringe Benefit Funds.

2. Counsel for the above-captioned Plaintiffs attempted to contact Defendant's counsel, Ellen M. Gregg, Esq., of the law firm Womble Carlyle Sandridge & Rice, PLLC, to discuss the contents of this motion. As of the filing of this motion, counsel for the Plaintiffs have not heard from Defendant's counsel.

WHEREFORE, the above-captioned Plaintiffs, by counsel, respectfully request that the Court dismiss, without prejudice, IBEW 673 Fringe Benefit Funds.

Respectfully submitted,

**PRICE WAICUKAUSKI & RILEY, LLC**

By /s/ William N. Riley
Henry J. Price, Bar No. 8522-49
William N. Riley, Bar No. 14941-49
Jana K. Strain, Bar No. 20677-49
Jamie R. Kendall, Bar No. 25124-49A

The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone: (317) 633-8787
Fax: (317) 633-8797

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No. 8 on this __27th__ day of __April__, 2009.  Copies have also been sent via U.S. Mail and e-mail to:

George M. Plews, Esq.
Brett E. Nelson, Esq.
David L. Pippen, Esq.
PLEWS SHADLEY RACHER & BRAUN
1346 North Delaware Street
Indianapolis, Indiana 46202

E-Mail:  gplews@psrb.com
      bnelson@psrb.com
      dpippen@psrb.com

Ellen M. Gregg, Esq.
Womble Carlyle Sandridge & Rice, PLLC
301 North Main Street, Suite 300
Winston-Salem, North Carolina 27101

E-Mail:  MDL@wcsr.com

                /s/ William N. Riley_____
                William N. Riley