FILED '09 APR 28 08:22 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |
| | ) | MAG. JUDGE KNOWLES |
| | ) | |

THIS DOCUMENT RELATES TO:
Plaintiffs Name:   Caroline N. Seigler and James Q. Seigler
Case Name:         Seigler, et. al. v. Merck & Co. Inc.
Case Number:       2:06-cv-01532-EEF-DEK

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE THAT John R. Alphin, with Strom Law Firm, L.L.C., is hereby entering his appearance in the above captioned action.

Respectfully submitted this 27th day of April 2009

/s/ John R. Alphin
John R. Alphin
South Carolina Fed. Id. 9923
STROM LAW FIRM, L.L.C.
2110 Beltline Blvd., Suite A
Columbia, SC 29204
Telephone:   (803) 252-4800
Facsimile:    (803) 252-4801

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____