## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *David A. Greenway, Individually and* | * | MAGISTRATE JUDGE KNOWLES |
| *as Trustee of the Estate of Patricia G.* | * | |
| *Greenway* | * | CIVIL ACTION NO. 2:06-cv-03624 |
| | * | |
| *v.* | * | |
| | * | |
| *Merck & Co., Inc., et al.* | * | |
| | * | |
| *Only with regard to:* | * | |
| | | |
| *David A. Greenway* | | |

*******************************

## ORDER OF DISMISSAL WITH PREJUDICE

       Plaintiff David A. Greenway and Defendant, Merck & Co., Inc.,  hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc., in the above-styled lawsuit, each party to bear its own costs.


       NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.


                             _____

                             DISTRICT JUDGE

964981v.1