# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| This document relates to the plaintiffs | * |
| listed on attached Exhibits A-C. | * MAGISTRATE JUDGE |
| | * KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the cases listed in the attached **Exhibit A** show cause on the 21st day of May, 2009, at 9:00 a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b). Plaintiffs shall file and serve upon Liaison Counsel any oppositions to the Rule on or before the 15th day of May, 2009. Defendant Merck & Co., Inc., shall file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies to the oppositions on or before the 19th day of May, 2009.

**IT IS FURTHER ORDERED** that, as to the cases listed in the attached **Exhibit B,** as follows**:**

- Plaintiffs' counsel seeking to withdraw must deliver to the plaintiff by May 4, 2009, a copy of Merck's motion to dismiss the plaintiff's claim with prejudice and a copy of this Order;

- By no later than May 18, 2009, plaintiff shall contact the Pro Se Curator and notify the Curator as to whether or not the plaintiff intends, to pursue his or her claim;

- Plaintiffs who notify the Curator of their intention to proceed with their claim shall, no later than May 29, 2009, either (a) file a Notice with the Court advising the Court of the name and address of the attorney who will represent them in this action and have counsel enter an appearance or (b) if plaintiff intends to proceed *pro se*, serve all materials required by PTO 28, including a case-specific expert report; and

- Failure to notify the Curator as noted above by May 18, 2009, or, if plaintiff notifies the Curator of his or her intent to proceed with the claim, failure to notify the Court of the name and address of the attorney who will be representing the plaintiff or, if proceeding *pro se*, failure to comply with PTO 28 shall constitute grounds for dismissal of the claim.

**IT IS FURTHER ORDERED** that, as to the cases listed in the attached **Exhibit C,** as follows**:**

- By no later than May 18, 2009, plaintiff shall notify the Pro Se Curator whether or not plaintiff intends to pursue his or her claim;

- By no later than May 29, 2009, plaintiffs who intend to pursue their claims must either (a) have new counsel enter an appearance in this litigation, or (b) if proceeding *pro se*, serve all materials required by PTO 28, including a case-specific expert report; and

974195v.1

- Failure to notify the Curator as noted above by May 18, 2009, or, if plaintiff notifies the Curator of his or her intent to proceed with the claim, failure to notify the Court of the name and address of the attorney who will be representing the plaintiff or, if proceeding *pro se*, failure to comply with PTO 28 shall constitute grounds for dismissal of the claim.

NEW ORLEANS, LOUISIANA, this  27th  day of April, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

974195v.1

*Lone Pine No. 7*
*Exhibit A*
*(Represented Plaintiffs)*

|  | **Counsel** | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|---|---|---|---|---|---|
| 1. | Anderson, John H. | Fortenberry | Annette | Graham, Cassie v. Merck & Co., Inc. | 2:08-cv-00879-EEF-DEK |
| 2. | Andrews & Thornton | Freeman | Barbara | Freeman, Barbara v. Merck & Co., Inc. | 2:05-cv-04250-EEF-DEK |
| 3. | Branch Law Firm | Cole | Fred | Aleamoni, Nancy v. Merck & Co., Inc. | 2:06-cv-06438-EEF-DEK |
| 4. | Carey & Danis, LLC | Dorrell Rudd [Dorrell] | Stacy | Horn, Dennis v. Merck & Co., Inc. | 2:06-cv-03367-EEF-DEK |
| 5. | Carey & Danis, LLC | Hubbard | Kimberly | Scott, Jeff v. Merck & Co., Inc. | 2:07-cv-02933-EEF-DEK |
| 6. | Carey & Danis, LLC | Lewis | Jacquline | Adams, Eva Lucille v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 7. | Carey & Danis, LLC | Whittington | Ethel | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK |
| 8. | Cellino & Barnes, P.C. | Arnold | Leonard | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 9. | Cellino & Barnes, P.C. | Dickerman | Brenda | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 10. | Cellino & Barnes, P.C. | Harris | Darlene | Blackmon, Syrrita v. Merck & Co., Inc. | 2:06-cv-01210-EEF-DEK |
| 11. | Cellino & Barnes, P.C. | Holt | Catherine | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 12. | Cellino & Barnes, P.C. | Nelson | James | Anderson, Geraldine v. Merck & Co., Inc. | 2:07-cv-03631-EEF-DEK |

|  | **Counsel** | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|---|---|---|---|---|---|
| 13. | Cellino & Barnes, P.C. | Rhoades [Rhodes] | Dawn | Davis, Catherine v. Merck & Co., Inc. | 2:06-cv-01209-EEF-DEK |
| 14. | D'Amico, Frank J., Jr., APLC | Torres | Olga | Anderson, Harold v. Merck & Co., Inc. | 2:05-cv-04428-EEF-DEK |
| 15. | Dougherty, Hildre & Haklar | Martinez | Joseph | Martinez, Laura v. Merck & Co., Inc. | 2:05-cv-05279-EEF-DEK |
| 16. | Driggs Bills & Day PC | Hilliar | Tom | Allred, Terry v. Merck & Co., Inc. | 2:06-cv-04050-EEF-DEK |
| 17. | Fichera & Miller | Prado | Carmen | Gomez, Gabriel v. Merck & Co., Inc. | 2:05-cv-01003-EEF-DEK |
| 18. | Fitzhugh, Edward O., Law Office of | Amarillas | Mary | Amarillas, Mary Lou v. Merck & Co., Inc. | 2:06-cv-10088-EEF-DEK |
| 19. | Gancedo & Nieves LLP | Duncan | Lewis | Eggleston, Marilyn v. Merck & Co., Inc. | 2:06-cv-07084-EEF-DEK |
| 20. | Griffin & Associates | Bee | Willie | Bee, Willie v. Merck & Co., Inc. | 2:05-cv-06754-EEF-DEK |
| 21. | Griffin & Associates | Bee | Kay | Bee, Kay v. Merck & Co., Inc. | 2:06-cv-02700-EEF-DEK |
| 22. | Griffin & Associates | Bland | Elizabeth | Bland, Elizabeth v. Merck & Co., Inc. | 2:06-cv-02696-EEF-DEK |
| 23. | Griffin & Associates | Green | Tekonsha [Tekonsa] | Green, Tekonsa v. Merck & Co., Inc. | 2:05-cv-06752-EEF-DEK |
| 24. | Griffin & Associates | Hall | Annie | Hall, Annie v. Merck & Co., Inc. | 2:06-cv-02697-EEF-DEK |
| 25. | Griffin & Associates | Hickman | Nevary | Hickman, Nevary v. Merck & Co., Inc. | 2:06-cv-00318-EEF-DEK |

|  | **Counsel** | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|---|---|---|---|---|---|
| 26. | Griffin & Associates | James | Lionel | James, Lionel v. Merck & Co., Inc. | 2:05-cv-06751-EEF-DEK |
| 27. | Griffin & Associates | Matthews | Lee | Matthews, Lee B. v. Merck & Co., Inc. | 2:05-cv-01547-EEF-DEK |
| 28. | Griffin & Associates | Meeks | Charlene | Meeks, Charlene v. Merck & Co., Inc. | 2:05-cv-06753-EEF-DEK |
| 29. | Griffin & Associates | Moore | Elmire [Elmira] | Moore, Elmira v. Merck & Co., Inc. | 2:06-cv-02702-EEF-DEK |
| 30. | Griffin & Associates | Parris [Paris] | Carlone | Paris, Carlone v. Merck & Co., Inc. | 2:05-cv-06750-EEF-DEK |
| 31. | Griffin & Associates | Perry | Syetha | Perry, Syetha v. Merck & Co., Inc. | 2:06-cv-02237-EEF-DEK |
| 32. | Griffin & Associates | Roberts | Rose | Roberts, Rose v. Merck & Co., Inc. | 2:06-cv-00317-EEF-DEK |
| 33. | Griffin & Associates | Sparks | Lorene | Sparks, Lorene v. Merck & Co., Inc. | 2:05-cv-04838-EEF-DEK |
| 34. | Hill, Dianne, Attorney at Law | Britton | Nealy | Britton, Nealy J. v. Merck & Co., Inc. | 2:05-cv-06169-EEF-DEK |
| 35. | Hingle, Michael and Associates | Jones | Yolanda | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459-EEF-DEK |
| 36. | Hingle, Michael and Associates | Loverde | Eugenia | Bailey, Lois v. Merck & Co., Inc. | 2:05-cv-06904-EEF-DEK |
| 37. | Hingle, Michael and Associates | Sparks | Pearl | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK |
| 38. | Hingle, Michael and Associates | Stevenson | Saralyn | Bailey, Lois v. Merck & Co., Inc. | 2:05-cv-06904-EEF-DEK |

|     | **Counsel** | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
| --- | --- | --- | --- | --- | --- |
| 39. | Hingle, Michael and Associates | Thomas | Pamela | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK |
| 40. | Jones, Jeffrey W., PLLC, Attorney at Law | Harney | Christine | Harney, Christine v. Merck & Co., Inc. | 2:05-cv-06145-EEF-DEK |
| 41. | Jones, Swanson, Huddell & Garrison, L.L.C. | ABRAMS | CLARENCE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 42. | Jones, Swanson, Huddell & Garrison, L.L.C. | BELL | ANN MARIE | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 43. | Jones, Swanson, Huddell & Garrison, L.L.C. | BOURGEOIS | VERONICA | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 44. | Jones, Swanson, Huddell & Garrison, L.L.C. | CLENNON, DECEASED, C/O GRACE CLENNON | ELVINA | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 45. | Jones, Swanson, Huddell & Garrison, L.L.C. | DABNEY | GLORIA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 46. | Jones, Swanson, Huddell & Garrison, L.L.C. | DORSEY | KIRBY | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 47. | Jones, Swanson, Huddell & Garrison, L.L.C. | DUFFIE, SR., DECEASED, C/O KATINA DUFFIE | JOE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 48. | Jones, Swanson, Huddell & Garrison, L.L.C. | GABBARD, DECEASED | BIRDIE CATHERINE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 49. | Jones, Swanson, Huddell & Garrison, L.L.C. | GREEN, DECEASED, C/O CYNTHIA TAYLOR-GREEN | LESLIE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 50. | Jones, Swanson, Huddell & Garrison, L.L.C. | ISAACS | GERALD | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 51. | Jones, Swanson, Huddell & Garrison, L.L.C. | JOHNSON, JR., DECEASED, C/O ANNIE JOHNSON | AVIE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |

|     | **Counsel** | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
| --- | --- | --- | --- | --- | --- |
| 52. | Jones, Swanson, Huddell & Garrison, L.L.C. | MARSE | BETTY | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 53. | Jones, Swanson, Huddell & Garrison, L.L.C. | MCCRAINE | JELONDA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 54. | Jones, Swanson, Huddell & Garrison, L.L.C. | TROSCLAIR | FELICIA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 55. | Jones, Swanson, Huddell & Garrison, L.L.C. | VERNON, DECEASED | MAGGIE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 56. | Kelley & Ferraro, LLP | Burge | Barb | Burge, Barb v. Merck & Co., Inc. | 2:06-cv-06136-EEF-DEK |
| 57. | Kelley & Ferraro, LLP | Sanko | William | Sanko, William v. Merck & Co., Inc. | 2:05-cv-03587-EEF-DEK |
| 58. | Kelley & Ferraro, LLP | Tillery | Claude | Tillery, Claude v. Merck & Co., Inc. | 2:05-cv-03596-EEF-DEK |
| 59. | Lamb Firm, LLC, The | Martinez-Velazquez | Nilda | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 60. | Masters Law Firm, LC | Jividen | Jane | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 61. | McAfee Law Firm, P.C. | Canter | Deloris | Booher, Bonnie v. Merck & Co., Inc. | 2:05-cv-02385-EEF-DEK |
| 62. | Miller Firm, LLC, The (PA) | Cline | Bobbie | Godfrey, Charles E. v. Merck & Co., Inc. | 2:06-cv-09712-EEF-DEK |
| 63. | Murray Law Firm 1 | JAQUES | JOSEPH | Jaques, Virginia L. v. Merck & Co., Inc. | 2:05-cv-03780-EEF-DEK |
| 64. | Shelton & Associates, P.A. | Thompson | Herron | Thompson, Herron v. Merck & Co., Inc | 2:07-cv-09611-EEF-DEK |

|  | **Counsel** | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|---|---|---|---|---|---|
| 65. | Singleton Law Firm | Black | Annie | Franklin Spates, Joyce v. Merck & Co., Inc. | 2:06-cv-02662-EEF-DEK |
| 66. | Singleton Law Firm | Butler [Butler Thumb] | Beatrice | Franklin Spates, Joyce v. Merck & Co., Inc. | 2:06-cv-02662-EEF-DEK |
| 67. | Wiggins, Childs, Quinn & Pantazis, LLC | Ero | Morgan | Edwards, Thelma v. Merck & Co., Inc. | 2:07-cv-04001-EEF-DEK |

*Lone Pine No. 7*
*Exhibit B*
*(Counsel Motions to Withdraw Pending)*

|  | **Counsel** | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|---|---|---|---|---|---|
| 1. | Bartimus, Frickleton, Robertson & Gorny | Occhipinto | Louisa | Occhipinto, Louisa v. Merck & Co., Inc. | 2:05-cv-05364-EEF-DEK |
| 2. | Bennett & Albright, P.A. | Mass (Maas] | Peter | Golder, Sandra v. Merck & Co., Inc. | 2:07-cv-06434-EEF-DEK |
| 3. | Brown & Crouppen, PC | Ventura | Corinne | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| 4. | Cellino & Barnes, P.C. | Rickard | Amanda | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| 5. | Cellino & Barnes, P.C. | Thomas | Hattie | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 6. | Fears Nachawati Law Firm | Monroe | Weslyn | Carter, Claudia v. Merck & Co., Inc. | 2:07-cv-00732-EEF-DEK |
| 7. | Feinberg & Silva | Pierson | Robert | Pierson, Robert E. v. Merck & Co., Inc. | 2:05-cv-02953-EEF-DEK |
| 8. | Jackson & Tucker, P. C. | Harvey | Carol | Harvey, Carol K. v. Merck & Co., Inc. | 2:06-cv-06584-EEF-DEK |
| 9. | Jones, Swanson, Huddell & Garrison, L.L.C. | BAKER | TYWANNA | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 10. | Jones, Swanson, Huddell & Garrison, L.L.C. | BAKER | CHEABERT | Abrams, Clarence v. Merck & Co., Inc. (LA2) | 2:05-cv-04434-EEF-DEK |
| 11. | Jones, Swanson, Huddell & Garrison, L.L.C. | BLANCHARD | LINDA | Abrams, Clarence v. Merck & Co., Inc. (LA2) | 2:05-cv-04434-EEF-DEK |
| 12. | Jones, Swanson, Huddell & Garrison, L.L.C. | BLANTON | DAVID | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |

|  | **Counsel** | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|---|---|---|---|---|---|
| 13. | Jones, Swanson, Huddell & Garrison, L.L.C. | DESPENZA, DECEASED, C/O STEPHANIE YOUNG | SYLVESTER | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 14. | Jones, Swanson, Huddell & Garrison, L.L.C. | JOHNSON | MARY LEE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 15. | Jones, Swanson, Huddell & Garrison, L.L.C. | JOHNSON | MARY LEE | Abrams, Clarence v. Merck & Co., Inc.(LA2) | 2:05-cv-04434-EEF-DEK |
| 16. | Jones, Swanson, Huddell & Garrison, L.L.C. | LAZURE | IDA | Abrams, Clarence v. Merck & Co., Inc. (LA2) | 2:05-cv-04434-EEF-DEK |
| 17. | Jones, Swanson, Huddell & Garrison, L.L.C. | NAQUIN, DECEASED, C/O ELIZABETH BILLIOT | ELDA ANNIE | Abrams, Clarence v. Merck & Co., Inc. (LA2) | 2:05-cv-04434-EEF-DEK |
| 18. | Jones, Swanson, Huddell & Garrison, L.L.C. | SMITH | FRANKIE | Abrams, Clarence v. Merck & Co., Inc.(LA2) | 2:05-cv-04434-EEF-DEK |
| 19. | Rice & Sanes | Valenti | Dominick | Valenti, Dominick v. Merck & Co., Inc. | 2:06-cv-10300-EEF-DEK |
| 20. | Simon Passanante PC | Lewis | Deborah | Lewis, Deborah A. v. Merck & Co., Inc. | 2:06-cv-00143-EEF-DEK |
| 21. | Simon Passanante PC | Zornada [Del Zornada] | Victor | Del Zornada, Victor v. Merck & Co., Inc. | 2:06-cv-00138-EEF-DEK |

974187v.1

*Lone Pine No. 7*
*Exhibit C*
*(Pro Se Plaintiffs)*

|  | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|---|---|---|---|---|
| 1. | Amaya | Estella | Amaya, Estella v. Merck & Co., Inc. | 2:06-cv-00571-EEF-DEK |
| 2. | Anderson | Lea | Anderson, Joseph v. Merck & Co., Inc. | 2:05-cv-06843-EEF-DEK |
| 3. | Appenzeller | Peter | Appenzeller, Peter v. Merck & Co., Inc. | 2:06-cv-08317-EEF-DEK |
| 4. | Armstrong | Elizabeth | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 5. | Baker | Norma | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 6. | Ballew | Barbara | Connors, Kelly A. v. Merck & Co., Inc. | 2:05-cv-03387-EEF-DEK |
| 7. | Bannister | Clarence | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEF-DEK |
| 8. | Barrow | Verdell | Barrow, Edward L. v. Merck & Co., Inc. | 2:05-cv-02913-EEF-DEK |
| 9. | Berkley | Author [Author Andrew Eugene] | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 10. | Bonnet | Naomi | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 11. | Briggs | Gerald | Barrell, Patricia v. Merck & Co., Inc. | 2:06-cv-10175-EEF-DEK |
| 12. | Brown | Charles [Thomas] | Anderson, Paul v. Merck & Co., Inc. | 2:06-cv-01193-EEF-DEK |

|  | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|---|---|---|---|---|
| 13. | Bufkin | Olivia | Fuller, Willis v. Merck & Co., Inc. | 2:06-cv-03138-EEF-DEK |
| 14. | Calloway | Earl | Calloway, Joyce v. Merck & Co., Inc. | 2:06-cv-09335-EEF-DEK |
| 15. | Celestin | Diann | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEF-DEK |
| 16. | Chastain | Tom | Barrell, Patricia v. Merck & Co., Inc. | 2:06-cv-10175-EEF-DEK |
| 17. | De Los Reyes | Roxanne | De Los Reyes, Roxanne v. Merck & Co., Inc. | 2:05-cv-06710-EEF-DEK |
| 18. | Dreher | Thomas | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 19. | Eatmon | Stephanie | Eatmon, Stephanie v. Merck & Co., Inc. | 2:06-cv-03860-EEF-DEK |
| 20. | Flournoy [Flourney] | Frances | Perry, Eugene v. Merck & Co., Inc. | 2:06-cv-03140-EEF-DEK |
| 21. | Flunder [Jones] | Arabella | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 22. | Gamble | Janet | Bails, Mary A. v. Merck & Co., Inc. | 2:05-cv-02319-EEF-DEK |
| 23. | Graham | Lonnie | Graham, Maria v. Merck & Co., Inc. | 2:07-cv-02068-EEF-DEK |
| 24. | Grant | Collins | Grant, James M. v. Merck & Co., Inc. | 2:06-cv-00994-EEF-DEK |
| 25. | Guidry | Susan | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |

|     | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
| --- | --- | --- | --- | --- |
| 26. | Guzman | Beatriz | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 27. | Hanson | Pam | Hanson, Pam v. Merck & Co., Inc. | 2:05-cv-02350-EEF-DEK |
| 28. | Hervey | George | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 29. | Hughes | Tiffany | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| 30. | Jackson | David | Jackson, David Jr. v. Merck & Co., Inc. | 2:06-cv-02822-EEF-DEK |
| 31. | Jackson | Gloria | Jackson, Gloria v. Merck & Co., Inc. | 2:05-cv-05124-EEF-DEK |
| 32. | Johnson | Glenda | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 33. | Julian [Julien] | Leroy | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 34. | Knowles | Myrtle | Knowles, Myrtle v. Merck & Co., Inc. | 2:07-cv-05695-EEF-DEK |
| 35. | Lasky | Jeannette | Lasky, Jeanette v. Merck & Co., Inc. | 2:06-cv-02086-EEF-DEK |
| 36. | Melton | Dorothy | Grove, Sherrill v. Merck & Co., Inc. | 2:06-cv-10160-EEF-DEK |
| 37. | Norris [Noris] | Erwin | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |
| 38. | Onishea | Lydia | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |

|     | **Last Name**    | **First Name** | **Case Caption**                                  | **Docket #**              |
| --- | ---------------- | -------------- | ------------------------------------------------- | ------------------------- |
| 39. | Pena             | Ludivina       | Pena, Ludivina v. Merck & Co., Inc.               | 2:07-cv-02126-EEF-DEK     |
| 40. | Reitzell         | Jessie         | Cormier, Melvin v. Merck & Co., Inc.              | 2:05-cv-04991-EEF-DEK     |
| 41. | Roderick         | Janet          | Roderick, Janet D. v. Merck & Co., Inc.           | 2:05-cv-06573-EEF-DEK     |
| 42. | Royston          | Trina          | Bell, Myrtle L. v. Merck & Co., Inc.              | 2:05-cv-00546-EEF-DEK     |
| 43. | Saucer           | Roy            | Allen, William E. v. Merck & Co., Inc.            | 2:05-cv-04421-EEF-DEK     |
| 44. | Schneller        | Marjorie       | Schneller, James D. v. Merck & Co., Inc.          | 2:05-cv-05382-EEF-DEK     |
| 45. | Segall           | Shirley        | Segall, Shirley v. Merck & Co., Inc.              | 2:07-cv-08070-EEF-DEK     |
| 46. | Shoultz          | Judith         | Myatt, Bobby W. v. Merck & Co., Inc.              | 2:06-cv-10158-EEF-DEK     |
| 47. | Simpson          | Richard        | Ballantyne, Arthur W. v. Merck & Co., Inc.        | 2:06-cv-02195-EEF-DEK     |
| 48. | Street           | John           | Street, John v. Merck & Co., Inc.                 | 2:06-cv-11076-EEF-DEK     |
| 49. | Sullivan         | Ruth           | Allen, William E. v. Merck & Co., Inc.            | 2:05-cv-04421-EEF-DEK     |
| 50. | Valencia-Bernal  | Susana         | Valencia Bernal, Susana v. Merck & Co., Inc.      | 2:07-cv-01049-EEF-DEK     |
| 51. | Wellbrock        | Doris          | Black, Bill v. Merck & Co., Inc.                  | 2:05-cv-04452-EEF-DEK     |

|     | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|-----|---------------|----------------|------------------|--------------|
| 52. | Wells | Beverly | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 53. | Welsh | Donald | Bradford, Annie v. Merck & Co., Inc. | 2:05-cv-02328-EEF-DEK |
| 54. | Wilson | Gregory | Wilson, Gregory L. v. Merck & Co., Inc. | 2:06-cv-02683-EEF-DEK |
| 55. | Wilson | Margaret | Bails, Mary A. v. Merck & Co., Inc. | 2:05-cv-02319-EEF-DEK |