

Dec 5 2008
3:04PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | CIVIL ACTION NO. 2:05-cv-5204 |
| *Clarence Abrams, et al.* | JUDGE FALLON |
| *v.* | MAGISTRATE JUDGE KNOWLES |
| *Merck & Co., Inc.,* | |
| **Only as to Nicole Dorsey** | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Nicole Dorsey in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this <u>27th</u> day of <u>     April     </u>, 2008.

_____
DISTRICT JUDGE
