## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Joanne A. Carrigan, et al.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *v.* | * | CIVIL ACTION NO. 2:06-cv-9752 |
| | * | |
| *Merck & Co., Inc.* | * | |
| | * | |
| Only with regard to: | * | |
| | * | |
| Willie Davis, Terri Lewis, Julie Reynolds, Ronald Huch, Suzanne Knize, Toni St. George, Anthony St. George, Brenda Lee, Patricia Umbleby, June Bath | * | |

*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Willie Davis, Terri Lewis, Julie Reynolds, Ronald Huch, Suzanne Knize, Toni St. George, Anthony St. George, Brenda Lee, Patricia Umbelby, June Bath and Defendant, Merck & Co., Inc., hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc., in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 27th day of April, 2009.

_____
DISTRICT JUDGE

964981v.1