IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | Section L |
| | * | |
| **(This document relates to all cases)** | * | Judge Fallon |
| | * | Mag. Judge Knowles |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF TAKING VIDEOTAPED DEPOSITION OF RONALD BENJAMIN

TO:   ALL KNOWN COUNSEL OF RECORD

Pursuant to the Federal Rules of Civil Procedure, Rule 30, Plaintiffs' Liaison Counsel will depose the following individual:

**Ronald Benjamin on June 9, 2009 at 10:00 a.m.**

This deposition will be taken at the offices of Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, Louisiana 70113. The deposition will be reported by a certified court reporter, and shall be recorded stenographically and on both audiotape and videotape. This deposition will continue from day to day until completed.

Respectfully submitted,

/s/Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:    (504) 581-4892
FAX:  (504) 561-6024
**Plaintiffs' Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Phillip Wittmann, by U.S. Mail and/or e-mail and/or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this 28th day of April, 2009.

/s/ Leonard A. Davis
Leonard A. Davis, #14190
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
ldavis@hhkc.com