UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   Robert Fosseen v. Merck & Co., Inc.,
Civil Action No. 08-3863

**ORDER**

IT IS ORDERED that the Plaintiff's Request for Oral Argument (Rec. Doc. 18225) IS DENIED. The Court is familiar with the issues and will hear the Plaintiff's Motion for Suggestion of Remand (Rec. Doc. 17685) on the briefs.

New Orleans, Louisiana, this 27th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

1