UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Kristie L. Maracle, Individually and* | * | MAGISTRATE JUDGE KNOWLES |
| *as Andministratrix of the Estate of* | * | |
| *Roderick R. Neal, Deceased* | * | CIVIL ACTION NO. 2:06-cv-01518 |
| | * | |
| *v.* | * | |
| | * | |
| *Merck & Co., Inc., et al.* | * | |
| | * | |
| *Only with regard to:* | * | |

*Kristie L. Maracle*

*******************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Kristie L. Maracle and Defendant, Merck & Co., Inc., hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc., in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE

964981v.1