# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *William A. Nistor, Sr., Individually* | * | MAGISTRATE JUDGE KNOWLES |
| *and as Administrator of the Estate of* | * | |
| *Marolee M. Nistor, Deceased* | * | CIVIL ACTION NO. 2:06-cv-03634 |
| | * | |
| *v.* | * | |
| | * | |
| *Merck & Co., Inc., et al.* | * | |
| | * | |
| *Only with regard to:* | * | |
| | | |
| *William A. Nistor* | | |

*******************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff William A. Nistor and Defendant, Merck & Co., Inc.,  hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc., in the above-styled lawsuit, each party to bear its own costs.


NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.


_____
DISTRICT JUDGE


964981v.1