**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220
Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Cameron W. Nowell, Individually and as Administrator of the Estate of Fern N. Clemons, Deceased,*<br>v.<br>*Merck & Co., Inc., et al*<br><br>**Only with regard to:**<br>**Cameron W. Nowell** | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-03628<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff Cameron W. Nowell, ONLY, against all defendants, be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____
Brian A. Goldstein, Esq.
Cellino & Barnes, P.C.
17 Court Street, 7th Floor
Buffalo, New York 14202

*Counsel for Plaintiffs*

Dated: 4/30/09

_____
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck & Co., Inc*

Dated: 4/27/09

_____
Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-6000
(212) 837-6000

*Counsel for Defendants William G. Bowen, PhD, William N. Kelley, M.D., Lawrence A. Bossidy, Samuel O. Thier, M.D., Johnetta B. Cole, PhD, Raymond V. Gilmartin, MBA, William B. Harrison, Jr., Anne M. Tatlock, M.A., Heidi G. Miller, PhD, Thomas E. Shenk, PhD, William M. Daley, J.D., Peter C. Wendell, MBA, Wendell P. Weeks, MBA, Shelly Lazarus, H. Brewster Atwater, Jr., Dennis Weatherstone, Charles E. Exley, Jr., Lloyd C. Elam, Erskine B. Bowles, and Rosemary Soluri*

Dated: _____

_____
Catherine A. Armentano
William H. Gussman, Jr.
Schulte, Roth, & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M. Scolnick*

Dated: _____

Brian A. Goldstein, Esq.  
Cellino & Barnes, P.C.  
17 Court Street, 7th Floor  
Buffalo, New York 14202  

*Counsel for Plaintiffs*

Dated: _____

*/s/ Vilia B. Hayes*  
Vilia B. Hayes  
Hughes, Hubbard & Reed, LLP  
One Battery Park Plaza  
New York, NY 10004-6000  
(212) 837-6000  

*Counsel for Defendants William G. Bowen, PhD, William N. Kelley, M.D., Lawrence A. Bossidy, Samuel O. Thier, M.D., Johnetta B. Cole, PhD, Raymond V. Gilmartin, MBA, William B. Harrison, Jr., Anne M. Tatlock, M.A., Heidi G. Miller, PhD, Thomas E. Shenk, PhD, William M. Daley, J.D., Peter C. Wendell, MBA, Wendell P. Weeks, MBA, Shelly Lazarus, H. Brewster Atwater, Jr., Dennis Weatherstone, Charles E. Exley, Jr., Lloyd C. Elam, Erskine B. Bowles, and Rosemary Soluri*

Dated: 4/16/09

Phillip A. Wittmann  
Dorothy H. Wimberly  
546 Carondelet Street  
New Orleans, Louisiana 70130  
(504) 581-3200  

*Counsel for Defendant Merck & Co., Inc*

Dated: _____

Catherine A. Armentano  
William H. Gussman, Jr.  
Schulte, Roth, & Zabel LLP  
919 Third Avenue  
New York, NY 10022  
(212) 756-2000  

*Counsel for Defendant Edward M. Scolnick*

Dated: _____

Brian A. Goldstein, Esq.
Cellino & Barnes, P.C.
17 Court Street, 7th Floor
Buffalo, New York 14202

*Counsel for Plaintiffs*

Dated: _____


Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-6000
(212) 837-6000

*Counsel for Defendants William G. Bowen,
PhD, William N. Kelley, M.D., Lawrence A.
Bossidy, Samuel O. Thier, M.D., Johnetta B.
Cole, PhD, Raymond V. Gilmartin, MBA,
William B. Harrison, Jr., Anne M. Tatlock,
M.A., Heidi G. Miller, PhD, Thomas E.
Shenk, PhD, William M. Daley, J.D., Peter C.
Wendell, MBA, Wendell P. Weeks, MBA,
Shelly Lazarus, H. Brewster Atwater, Jr.,
Dennis Weatherstone, Charles E. Exley, Jr.,
Lloyd C. Elam, Erskine B. Bowles, and
Rosemary Soluri*

Dated: _____

Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck & Co., Inc*

Dated: _____

/s/ _____
Catherine A. Armentano
William H. Gussman, Jr.
Schulte, Roth, & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Counsel for Defendant Edward M. Scolnick*

Dated: 4/20/09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Stipulation of Dismissal With Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th of April, 2009.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel