# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | MDL NO. 1657 |
|     Products Liability Litigation | ) | |
| | ) | SECTION: L |
| This Document Relates to: | ) | |
| | ) | HON. ELDON E. FALLON |
| All Third Party Payor Cases | ) | MAGISTRATE JUDGE |
| | ) | DANIEL E. KNOWLES, III |

PLEASE TAKE NOTICE THAT Murray Law Firm, hereby enters the appearance of the following additional counsel for Plaintiffs in the above-captioned litigation:

Justin Bloom
Email: bloomesq1@gmail.com
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Dated: April 30, 2009

Respectfully submitted,

MURRAY LAW FIRM

_____
Justin Bloom
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181