UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Tom Wagner, Jr. Individually and as* | * | MAGISTRATE JUDGE KNOWLES |
| *Trustee for the Estate of Dan Wagner* | * | |
| | * | CIVIL ACTION NO. 2:08-cv-00232 |
| *v.* | * | |
| | * | |
| *Merck & Co., Inc., et al.* | * | |
| | * | |
| *Only with regard to:* | * | |
| | * | |
| *Tom Wagner, Jr.* | | |

*********************************

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Tom Wagner, Jr. and Defendant, Merck & Co., Inc., hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc., in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 29th day of _____April_____, 2009.

_____
DISTRICT JUDGE

964981v.1