UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *James A. Kuczmarski, Individually* | * | MAGISTRATE JUDGE KNOWLES |
| *and as Trustee of the Estate of Rita A.* | * | |
| *Kuczmarski* | * | CIVIL ACTION NO. 2:06-cv-03633 |
| | * | |
| *v.* | * | |
| | * | |
| *Merck & Co., Inc., et al.* | * | |

*Only with regard to:*

*James A. Kuczmarski*

*******************************

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff James A. Kuczmarski and Defendant, Merck & Co., Inc., hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc., in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 29th day of April, 2009.

_____
DISTRICT JUDGE

964981v.1