## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Cameron W. Nowell, Individually and* | * | MAGISTRATE JUDGE KNOWLES |
| *as Administrator of the Estate of Fern* | * | |
| *N. Clemons, Deceased* | * | CIVIL ACTION NO. 2:06-cv-03628 |
| | * | |
| *v.* | * | |
| | * | |
| *Merck & Co., Inc., et al.* | * | |
| | * | |
| *Only with regard to:* | * | |

Cameron W. Nowell

*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Cameron W. Nowell and Defendant, Merck & Co., Inc., hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc., in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 30th day of April, 2009.

_____
DISTRICT JUDGE

964981v.1