UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *William Anton v. Merck & Co., Inc.*, 08-1016; | * | **KNOWLES** |
| | * | |
| *Marilyn Baldwin v. Merck & Co., Inc.*, 08-1117; | * | |
| | * | |
| *Edward Evans v. Merck & Co., Inc.*, 08-1118; and, | * | |
| | * | |
| *Robert Haywood v. Merck & Co., Inc.*, 08-1116. | * | |

**************************************************************************

### ORDER

The matters deferred from Defendant Merck & Co., Inc.'s First Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With Requirements of PTO 29 (R. Doc. 16944) came on for hearing on the 29th day of April, 2009. For the reasons orally assigned, the Court entered judgment as follows:

**IT IS ORDERED** that all claims of plaintiffs Marilyn Baldwin, Edward Evans, and Robert Haywood be and they hereby are dismissed with prejudice for failure to comply with Pre-Trial Order 29.

974708v.1

2

**IT IS FURTHER ORDERED** that the motion be and it hereby is withdrawn as to plaintiff William Anton.

**NEW ORLEANS, LOUISIANA**, this 30th day of April, 20089

*[signature: Eldon E. Fallon]*
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

2

823840v.1
974708v.1