UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Debra Pitts v. Merck & Co., Inc., 2:08-cv-04560 (Clarence Pitts only)* | * | KNOWLES |
| | * | |
| And | * | |
| | * | |
| *Maurice Robinson v. Merck & Co., Inc., 2:08-cv-01417 (Bobbie Robinson only)* | * | |
| | * | |
| | * | |

*************************************************************************

## ORDER

The matters deferred from defendant Merck & Co., Inc.'s Third Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With Requirements of PTO 29 (R. Doc. 17639) came on for hearing on the 29th day of April, 2009. For the reasons orally assigned, the Court entered judgment as follows:

**IT IS ORDERED** that all claims of the plaintiffs Clarence Pitts and Bobbie Robinson be and they hereby are dismissed with prejudice for failure of the plaintiff to comply with Pre-Trial Order 29.

**NEW ORLEANS, LOUISIANA**, this 30th day of April, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

974710v.1