## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *John Ault v. Merck & Co., Inc., 07-4082;* | * | KNOWLES |
| | * | |
| *Sergei Chepilko v. Merck & Co., Inc., 08-959;* | * | |
| | * | |
| *Shirley A. Hamilton v. Merck & Co., Inc., 07-883;* | * | |
| | * | |
| *Ronald A. Higgins v. Merck & Co., Inc., 05-6131; and,* | * | |
| | * | |
| *Tina Hanners, et. al. v. Merck & Co., Inc., 06-10154* | * | |
| *(only as to Joyce Westmoreland)* | * | |
| | * | |

********************************************************************************

## ORDER

The matters deferred from defendant Merck & Co., Inc.'s Fifth Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 17653, came on for hearing on the 29th day of April, 2009. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that all claims of plaintiffs John Ault, Sergei Chepilko, Shirley A. Hamilton, Ronald A. Higgins, and Joyce Westmoreland be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 28.

**NEW ORLEANS, LOUISIANA,** this  30th  day of     April    , 2009.

_____
DISTRICT JUDGE

974714v.1