# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *All plaintiffs on attached Exhibits A, B and C* | * | |
| | * | |

*************************************************************************

## ORDER

The matters deferred from Defendant Merck & Co., Inc.'s Sixth Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 17840, came on for hearing on the 29th day of April, 2009. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that the claims of all plaintiffs listed in the attached **Exhibit A** be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 28.

**IT IS FURTHER ORDERED** that the motion be and it hereby is withdrawn as to the plaintiff on Exhibit B.

**IT IS FURTHER ORDERED** that the motion be and it hereby is deferred as to all plaintiffs on Exhibit C. The motion will now be heard on May 21, 2009, at 9:00 a.m., as to all plaintiffs on Exhibit C.

**NEW ORLEANS, LOUISIANA,** this __30th__ day of _____April_____, 2009.

_____
DISTRICT JUDGE

974719v.1

# Exhibit A -- Dismissed With Prejudice

|    | Firm Name | Docket Number | Case Name | Plaintiff Name |
|----|-----------|---------------|-----------|----------------|
| 1  | Cellino & Barnes, P.C. | 2:06-cv-2210-EEF-DEK | Blodgett, Don v. Merck & Co., Inc. | Lawson, Lawrence |
| 2  | Cellino & Barnes, P.C. | 2:05-cv-3543-EEF-DEK | Roberts, Sarah v. Merck & Co., Inc. | Roberts, Sarah |
| 3  | Grey & Grey, L.L.P. | 2:06-cv-1510-EEF-DEK | Reinhardt, Joan v. Merck & Co., Inc. | Reinhardt, Joan |
| 4  | McCormick, Patrick F., Atty. at Law | 2:07-cv-1058-EEF-DEK | Stremba, Lawrence v. Merck & Co., Inc. | Heintzelman, Ann |
| 5  | McCormick, Patrick F., Atty. at Law | 2:07-cv-1058-EEF-DEK | Stremba, Lawrence v. Merck & Co., Inc. | Hine, Allen |
| 6  | McCormick, Patrick F., Atty. at Law | 2:07-cv-1058-EEF-DEK | Stremba, Lawrence v. Merck & Co., Inc. | McCarroll, Jeffrey |
| 7  | McCormick, Patrick F., Atty. at Law | 2:07-cv-1058-EEF-DEK | Stremba, Lawrence v. Merck & Co., Inc. | Rumbel, Ralph |
| 8  | McCormick, Patrick F., Atty. at Law | 2:07-cv-1058-EEF-DEK | Stremba, Lawrence v. Merck & Co., Inc. | Stremba, Larry |
| 9  | McCormick, Patrick F., Atty. at Law | 2:07-cv-1058-EEF-DEK | Stremba, Lawrence v. Merck & Co., Inc. | Yunevage, John |
| 10 | Pro Se | 2:06-cv-2195-EEF-DEK | Ballantyne, Arthur W. v. Merck & Co., Inc. | Collins, Nathaniel |

974724v.1

# Exhibit B -- Motion Withdrawn

|   | Firm Name | Docket Number | Case Name | Plaintiff Name |
|---|-----------|---------------|-----------|----------------|
| 1 | Pro Se | 2:07-cv-00905-EEF-DEK | Harrison, Dennis R. v. Merck & Co., Inc. | Harrison, Dennis |

## Exhibit C -- Deferred Until May 21, 2009

|   | Firm Name | Docket Number | Case Name | Plaintiff Name |
|---|---|---|---|---|
| 1 | Bubalo, Hiestand & Rotman, PLC | 2:06-cv-01920-EEF-DEK | Allen, Richard W., Jr. v. Merck & Co., Inc. | Allen, Sr., Richard |
| 2 | Bubalo, Hiestand & Rotman, PLC | 2:06-cv-01901-EEF-DEK | Butcher, Lawrence K. v. Merck & Co., Inc. | Butcher, Lawrence |
| 3 | Bubalo, Hiestand & Rotman, PLC | 2:06-cv-00782-EEF-DEK | Rakes, Delbert v. Merck & Co., Inc. | Rakes, Delbert |
| 4 | Bubalo, Hiestand & Rotman, PLC | 2:06-cv-00779-EEF-DEK | Ward, Carolyn A. v. Merck & Co., Inc. | Ward, Carolyn |

974726v.1