HUGHES HUBBARD & REED LLP
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220

Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Helen Choice et al.,* <br><br> v. <br><br> *Merck & Co., Inc.* <br><br><br> **Only with regard to:** <br><br> **Emanuel Jackson** | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:07-cv-6690 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br><br> **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff Emanuel Jackson against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

Tamara L. Banno
Freese & Goss, PLLC
3031 Allen Street, suite 100
Dallas, Texas 75204
(214) 761-6610

Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Plaintiffs*

*Counsel for Defendant Merck & Co., Inc*

Dated: _4-27-09_

Dated: _5/4/09_