## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| ************************************ | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| Beatrice Cianni | * | MAG. JUDGE KNOWLES |
| Accord et al v. Merck 05-4448 | | |

### RESPONSE TO RULE TO SHOW CAUSE

Now into Court come Plaintiff, through undersigned counsel, who responds to the Rule to Show Cause as follows:

Ms. Cianni previously gave her permission for her case to be dismissed and a Motion to Dismiss was filed with this Honorable Court on the 10th of July 2008. Undersigned counsel and plaintiff have no objection to a dismissal of this matter.

                                                  Respectfully submitted,
                                                  /s/ Daniel E. Becnel, Jr._____
                                                  Daniel E. Becnel, Jr., (La Bar #2926)
                                                  Salvadore Christina, Jr. (LA Bar #27198)
                                                  Becnel Law Firm, L.L. C.
                                                  P.O. Drawer H
                                                  Reserve, LA 70084
                                                  (985) 536-1186 (phone)
                                                  (985) 536-6445 (fax)
                                                  dbecnel@becnellaw.com
                                                   COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Response to Rule to Show Cause has been served upon all parties by email to Plaintiff and Defendant's Liaison Counsel.

On this 4th day of  May 2008,

                                                /s/ Daniel E. Becnel, Jr._____
                                                Daniel E. Becnel, Jr.