**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220

Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Ronald Rester, et al.*<br><br>*v.*<br><br>*Merck & Co., Inc.*<br><br>**Only with regard to:**<br><br>**Pamela Thomas**<br><br>**Yolanda Johnson, Individually and on behalf of decedent Pearl Sparks** | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:05-cv-04460<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs Pamela Thomas and Yolanda Johnson, Individually and on behalf of decedent Pearl Sparks, against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

|  |  |
|---|---|
| _____ | _____ |
| Bryan Pfleeger | Phillip A. Wittmann |
| Michael Hingle & Associates | Dorothy H. Wimberly |
| 220 Gause Boulevard, Suite 200 | 546 Carondelet Street |
| P.O. Box 1129 | New Orleans, Louisiana 70130 |
| Slidell, Louisiana 70459 | (504) 581-3200 |
| (985) 641-6800 |  |
|  |  |
| *Counsel for Plaintiffs* | *Counsel for Defendant Merck & Co., Inc* |
|  |  |
| Dated: _____ | Dated: 5/4/09 |