UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| *Ronald Rester, et al.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| v. | * | CIVIL ACTION NO. 2:05-cv-04460 |
| | * | |
| *Merck & Co., Inc.,* | * | |
| | * | |
| Only with regard to: | * | |
| | * | |
| Pamela Thomas | * | |

*Yolanda Johnson, Individually and on behalf of decedent Pearl Sparks*

*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Yolanda Johnson, Individually and on behalf of decedent Pearl Sparks and Pamela Thomas and Defendant, Merck & Co., Inc., hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc., in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE

964981v.1