# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All plaintiffs on attached Exhibit A* | * | KNOWLES |
| | * | |

*************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s First Motion for an Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Material Non-Compliance With the Discovery Requirements of Pre-Trial Order 28, R. Doc. 17841, came on for hearing on the 29th day of April, 2009. For the reasons orally assigned, the Court hereby rules as follows:

**IT IS ORDERED** that the claims of all plaintiffs listed in the attached **Exhibit A** be and they hereby are deferred until May 21, 2009, at 9:00 a.m.

**NEW ORLEANS, LOUISIANA,** this 30th day of April, 2009.

_____
DISTRICT JUDGE

974728v.1

# Exhibit A
**(Deferred Until May 21, 2009)**

|     | **Last Name** | **First Name** | **Primary Counsel** | **Short Caption** | **Docket Number** |
| --- | --- | --- | --- | --- | --- |
| 1.  | Adams | Mary | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 2.  | Albright | Ann | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 3.  | Allen | Marie | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 4.  | Blankenship | Donald | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 5.  | Blodgett | Don | Cellino & Barnes, P.C. | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| 6.  | Brown | Dianne | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 7.  | Butterfield | Myrtle | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 8.  | Byrd | Deborah | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 9.  | Carmen | Joan | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 10. | Carrigan | Georgia | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 11. | Carroll | John | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 12. | Desormeau | Margaret | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 13. | DeSouza | William | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 14. | Eddy | Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| 15. | Edwards | June | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 16. | Estep | John | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 17. | Farnsworth | Wilson | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 18. | Greeley | Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 19. | Habecker | Linda | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 20. | Kingsley | Ella | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 21. | Mayeu | Michael | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 22. | McDaniels | Asa | Cellino & Barnes, P.C. | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| 23. | McMurray | Scott | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 24. | McPhaden | Arleen | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 25. | Melton | Roberta | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 26. | Negron | Myriam | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 27. | Pierre | Edele | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 28. | Rarick | Kenneth | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 29. | Scherf | Frank | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 30. | Schultz | Barbara | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |

|     |          |         |                        |                                       |                          |
| --- | -------- | ------- | ---------------------- | ------------------------------------- | ------------------------ |
| 31. | Shahid   | Marge   | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc.   | 2:06-cv-02200-EEF-DEK    |
| 32. | Steerman | Gladys  | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 33. | Tydus    | Kathryn | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc.      | 2:06-cv-02214-EEF-DEK    |
| 34. | Walker   | Renee   | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc.   | 2:06-cv-02200-EEF-DEK    |
| 35. | Webb     | Carol   | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc.      | 2:06-cv-02214-EEF-DEK    |
| 36. | Weese    | Roxana  | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc.      | 2:06-cv-02214-EEF-DEK    |