UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| ************************************ | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| Tracey Harris | * | MAG. JUDGE KNOWLES |
| Arthur et al v. Merck 05-4445 | * | |

### RESPONSE TO RULE TO SHOW CAUSE

Now into Court comes Plaintiff, through undersigned counsel, who responds to the Rule to Show Cause as follows:

Plaintiff previously gave his permission for his case to be dismissed and a Motion to Dismiss was filed with this Honorable Court on the 10th of July 2008. Undersigned counsel and plaintiff have no objection to a dismissal of this matter.

Respectfully submitted,
/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr., (La Bar #2926)
Salvadore Christina, Jr. (LA Bar #27198)
Becnel Law Firm, L.L. C.
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186 (phone)
(985) 536-6445 (fax)
dbecnel@becnellaw.com
COUNSEL FOR PLAINTIFF

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Response to Rule to Show Cause has been served upon all parties by email to Plaintiff and Defendant's Liaison Counsel.

On this 4<u>th</u> day of <u>May 2008</u>,

                                                /s/ Daniel E. Becnel, Jr.
                                                Daniel E. Becnel, Jr.