UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Billy W. Stanaland v. Merck & Co., Inc., 05-3398*; and, | * | KNOWLES |
| | * | |
| *Rodney Stevenson, Jr. v. Merck & Co., Inc., 05-3537* | * | |
| | * | |

*******************************************************************************

## ORDER

The matters deferred from defendant Merck & Co., Inc.'s Motion and Rule to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the Registration Requirements of Pre-Trial Order 31, R. Doc. 17888, came on for hearing on the 29th day of April, 2009. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that all claims of plaintiffs Billy W. Stanaland and Rodney Stevenson, Jr. be and they hereby are dismissed with prejudice for failure to comply with this Court's Orders entered March 3, 2009 (R.Doc. 17907) and April 9, 2009 (R.Doc. 18290) and Pre-Trial Order 31. Merck delivered a copy of its motion to dismiss the plaintiffs' claims with prejudice along with a copy of the March 3, 2009 Order to plaintiffs. Plaintiffs intending to proceed with their claims were directed to notify the Curator by March 6, 2009 as to whether they intended to proceed with their claims and whether they would be retaining new counsel or proceeding *pro se*. In compliance with the March 3, 2009 Order, these *pro se* plaintiffs contacted the Curator or Merck's counsel to advise that they intended to proceed with their cases.

972075v.1

They did not thereafter comply with the Pre-Trial Order 31. Accordingly, the claims are dismissed for failure to comply with Pre-Trial Order 31.

**NEW ORLEANS, LOUISIANA,** this  30th  day of      April     , 2009.

_____
DISTRICT JUDGE