**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| ************************************ | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| Tracey Harris | * | MAG. JUDGE KNOWLES |
| Arthur et al v. Merck 05-4445 | * | |

**RESPONSE TO RULE TO SHOW CAUSE**

Now into Court comes Plaintiff, through undersigned counsel, who responds to the Rule to Show Cause as follows:

Plaintiff previously gave his permission for his case to be dismissed and a Motion to Dismiss was filed with this Honorable Court on the 10th of July 2008.  Undersigned counsel and plaintiff have no objection to a dismissal of this matter.

> Respectfully submitted,
> /s/ Daniel E. Becnel, Jr._____
> Daniel E. Becnel, Jr., (La Bar #2926)
> Salvadore Christina, Jr. (LA Bar #27198)
> Becnel Law Firm, L.L. C.
> P.O. Drawer H
> Reserve, LA 70084
> (985) 536-1186 (phone)
> (985) 536-6445 (fax)
> dbecnel@becnellaw.com
>  COUNSEL FOR PLAINTIFF

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Response to Rule to Show Cause has been served upon all parties by email to Plaintiff and Defendant's Liaison Counsel.

On this 4th day of May 2008,

/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.