UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibit 1* | * | KNOWLES |
| | * | |
| | * | |

**************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Third Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With Requirements of PTO 29 (R. Doc. 17639) came on for hearing on the 5th day of March, 2009.  At that time, the motion was deferred for 60 days as to plaintiffs on the attached Exhibit 1.  Other matters in this proceeding are scheduled for hearing on May 21, 2009, which is a date more than 60 days since the March 5, 2009 hearing.  Accordingly, it is ordered that the motion is rescheduled for hearing as to all plaintiffs on the attached Exhibit 1 and will now be heard on the 21st day of May, 2009, at 9:00 a.m.

**NEW ORLEANS, LOUISIANA**, this  30th  day of _____April_____, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

968998v.1

## **EXHIBIT 1**

|   | **Counsel:** | **Pertaining to:** | **Case Name:** | **Docket Number** |
|---|---|---|---|---|
| 1. | Bergman and Frockt | Purcell, Angela | Cunningham, Lisa v. Merck & Co., Inc. | 2:08-cv-04400-EEF-DEK |
| 2. | Weitz and Luxenberg PC | Gifford, Ralph | Gifford, Ralph v. Merck & Co., Inc. | 2:07-cv-09805-EEF-DEK |
| 3. | Weitz and Luxenberg PC | Johnson, Sandra | Johnson, Sandra v. Merck & Co., Inc. | 2:07-cv-09803-EEF-DEK |
| 4. | Weitz and Luxenberg PC | Mullins, Sylvia | Mullins, Sylvia v. Merck & Co., Inc. | 2:07-cv-09808-EEF-DEK |
| 5. | Weitz and Luxenberg PC | Parks El, Reginald | Parks El, Reginald v. Merck & Co., Inc. | 2:07-cv-09804-EEF-DEK |
| 6. | Weitz and Luxenberg PC | Stilley, Gladys | Stilley, Gladys v. Merck & Co., Inc. | 2:07-cv-09807-EEF-DEK |

969004v.1