# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Marie Allen, et al. v. Merck & Co., Inc., 06-2220 (only as to* | * | KNOWLES |
| *plaintiff Doris Marsico [Maresico])* | * | |

**********************************************************************

## ORDER

      Defendant Merck & Co., Inc.'s Fifth Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 17653, came on for hearing on the 5th day of March, 2009. At that time, the motion was deferred for 60 days as to plaintiff Doris Marisco. Other matters in this proceeding are scheduled for hearing on May 21, 2009, which is a date more than 60 days since the March 5, 2009 hearing. Accordingly, it is ordered that the motion is rescheduled for hearing as to plaintiff Doris Marisco and will now be heard on the 21st day of May, 2009, at 9:00 a.m.

      **NEW ORLEANS, LOUISIANA,** this  30th  day of      April     , 2009.

                                                        DISTRICT JUDGE

973307v.1