UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX  PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 1657  SECTION: L  JUDGE FALLON  MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:     *Curl, et al. v. Merck & Co., Inc., et al.*,
                                No. 05-5295

## ORDER GRANTING MOTION TO WITHDRAW
## AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record (Rec. Doc. 17200),

IT IS ORDERED that the motion IS GRANTED, and attorneys Tyler Thompson, D. Brian Rattliff, Ann Oldfather, and Gregory Bubalo, and the law firms of Dolt, Thompson, Shepherd, Kinney & Wilt, Oldfather Law Firm, and Bubalo, Hiestand & Rotman are permitted to withdraw from representation of William & Tonya Curl.

IT IS FURTHER ORDERED that counsel shall send notification of this withdrawal to the Plaintiff's last known address, with further instructions regarding any applicable dates and/or pending motions. Ronald Benjamin and Beverly Glascock will remain as counsel of record for the plaintiffs.

New Orleans, Louisiana, this 30th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

1