UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX PRODUCTS<br>            LIABILITY LITIGATION<br><br>This document relates to All Cases | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**THE VIOXX LITIGATION CONSORTIUM'S NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES**

Walter Umphrey,[1] John Eddie Williams, Jr.,[2] Drew Ranier,[3] Mikal Watts,[4] and Grant Kaiser[5] (the "Vioxx Litigation Consortium" or "VLC"), consistent with this Court's Order of April 16, 2009 (*Rec. Doc. 18264*), file this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses. The VLC objects to the motion for reasons that will be set forth in detail in briefing filed in accordance with a schedule to be established by this Court.

---

[1] Provost Umphrey Law Firm, LLP.
[2] Williams Kherkher Hart Boundas, LLP.
[3] Ranier, Gayle & Elliot, LLC.
[4] The Watts Law Firm, LLP.
[5] The Kaiser Firm LLP.

{N1971350.1}                                1

Respectfully submitted,

/s/ *Harry S. Hardin III*
HARRY S. HARDIN III (# 6540)
MADELEINE FISCHER (# 5575)
ERIC MICHAEL LIDDICK (# 31237)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone:     (504) 582-8208
Facsimile:     (504) 589-8208

*Attorneys for Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser ("Vioxx Litigation Consortium")*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on May 4, 2009.

/s/ *Eric Michael Liddick*
ERIC MICHAEL LIDDICK