UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
  PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Allen, et al. v. Merck & Co., Inc., et al.*
              No. 06-1920

## ORDER GRANTING MOTION TO WITHDRAW
## AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record (Rec. Doc. 17203),

IT IS ORDERED that the motion IS GRANTED, and attorneys Tyler Thompson, D. Brian Rattliff, Ann Oldfather, and Gregory Bubalo, and the law firms of Dolt, Thompson, Shepherd, Kinney & Wilt, Oldfather Law Firm, and Bubalo, Hiestand & Rotman are permitted to withdraw from representation of Richard W. Allen, Sr., and Delilah Allen.

IT IS FURTHER ORDERED that counsel shall send notification of this withdrawal to the Plaintiff's last known address, with further instructions regarding any applicable dates and/or pending motions. The Plaintiff may contact the Pro Se Curator's Office with any questions by calling (504) 561-7799, or by writing to Robert M. Johnston, VIOXX Pro Se Curator, 400 Poydras St., Suite 2450, New Orleans, LA 70130.

New Orleans, Louisiana, this 30th day of April, 2009.

                     _____
                     UNITED STATES DISTRICT JUDGE