IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THELMA GREAVES,                                    MDL Docket No. 1657

      Plaintiffs,

vs.

MERCK & COMPANY, INC., a
Foreign Corporation, BREE CARLIN,
A Florida Resident, and YVONNE
MORROW, a Florida Resident,

      Defendants.

_____/

## ORDER

THIS MATTER having come before the Court and the Court having been apprised in the

premises it is hereupon

ORDERED AND ADJUDGED:

1.    The Court hereby orders this action remanded to the Circuit Court of the Twentieth

Judicial Circuit in and for the State of Florida.

DONE AND ORDERED in Chambers, in New Orleans, Louisiana, this ___ day of

_____, 2009.


                                    _____
                                    HONORABLE ELDON E. FALLON
                                    District Court Judge

Copies to:    Russ Herman, Esquire
                Phillip Whittman, Esquire
                Wilfred P. Coronato, Esquire
                Williams and Connolly, LLP