In re:  VIOXX PRODUCT LIABILITY LITIGATION
U.S. District Court, Eastern District of Louisiana
Case No.  MDL 1657

This document relates to:
Ailer, et al.  v.  Merck, etc.
Case No.  2:06-CV-10099

*on file with the Clerk of this Court*.