IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARCIA ROSS,　　　　　　　　　　　MDL Docket No. 1657

    Plaintiffs,

vs.

MERCK & COMPANY, INC., a
Foreign Corporation, BREE CARLIN,
A Florida Resident, and YVONNE
MORROW, a Florida Resident,

    Defendants.
_____/

### ORDER

THIS MATTER having come before the Court and the Court having been apprised in the premises it is hereupon

ORDERED AND ADJUDGED:

1.    The Court hereby orders this action remanded to the Circuit Court of the Twentieth Judicial Circuit in and for the State of Florida.

DONE AND ORDERED in Chambers, in New Orleans, Louisiana, this ___ day of _____, 2009.

                                                                            HONORABLE ELDON E. FALLON
                                                                            District Court Judge

Copies to:    Russ Herman, Esquire
                    Phillip Whittman, Esquire
                    Wilfred P. Coronato, Esquire
                    Williams and Connolly, LLP