UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **MDL No. 05-1657** |
| | * | **SECTION L** |
| **AIDA CAMEJO,** an individual, | * | **JUDGE FALLON** |
| Plaintiff, | | |
| v. | * | **MAG. JUDGE KNOWLES** |
| **MERCK & CO., INC.,** | * | **CASE NO.: 2:08-CV4378** |
| Defendant. | * | |

*********************************************************

## LAW OFFICES CYTRYN & VELAZQUEZ, P.A.'S EX PARTE MOTION TO WITHDRAW

Law Offices Cytryn and Velazquez, P.A., hereby files this Ex Parte Motion to Withdraw as counsel for Plaintiff, **AIDA CAMEJO,** and as grounds therefore states as follows:

1. Irreconcilable differences of opinion have arisen between attorney and client, necessitating the withdrawal of the Law Offices Cytryn and Velazquez, P.A.

2. The undersigned's office has communicated with the Plaintiff, **AIDA CAMEJO,** via regular mail, certified mail and telephone, and has explained the reason for seeking to withdraw from representation.

3. On December 8, 2008, the undersigned sent a letter to the Plaintiff via regular and certified mail stating that they would withdraw from representation of the Plaintiff.

4. On December 13, 2008, the undersigned's office received the certified return receipt for the aforementioned letter as proof that Plaintiff received letter.

5. On February 11, 2009, the undersigned's office placed a follow up telephone call to the Plaintiff, **AIDA CAMEJO,** and the Plaintiff stated that she understood the reason that the undersigned was withdrawing representation and verbally gave her consent to the withdrawal of representation.

**WHEREFORE**, Law Offices Cytryn and Velazquez, P.A., respectfully requests that this Court enter an Order that the law firm be relieved of its duties, be allowed to withdraw, deeming the withdrawal immediately as of the date of the entrance of an Order, and allowing the Plaintiff 60 days to attempt to obtain new counsel.

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was mailed via regular mail AND VIA Lexis Nexis File and Serve to: Wilfred P. Coronato at Hughes Hubbard & Reed LLP, Phillip A. Wittmann at Stone Pigman Walther Wittmann L.L.C., State National Bldg., 263 3rd Street, Fifth Floor, Baton Rouge, LA 70801, Aretha Delight at Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808, Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC, 301 N. Main Street, Suite #300, Winston-Salem, NC 27101, and via regular and certified mail #7008 0500 0000 2669 7969 to Aida Camejo, 2111 Northwest North River Drive Apt.

#C-110, Miami, FL 33125 this \_\_5th\_\_ day of \_\_\_\_\_May\_\_\_\_\_, 2009.

                                      Law Offices Cytryn & Velazquez, P.A.
                                      1401 N. University Drive
                                      Suite 401
                                      Coral Springs, Florida  33071
                                      Tel. No. (954) 255-7000
                                      E-mail dancytrynlaw@yahoo.com

                                      _____
                                      Dan Cytryn, Esquire
                                      Florida Bar No. 318558

ah:vioxx.spanish.camejo.withdraw.mtn.doc