UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibits 1.4A, 1.4B, and 1.4C | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

By Order entered April 17, 2009, the Court deferred until April 29, 2009 consideration of Defendant Merck & Co., Inc.'s First Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met (R. Doc. 18049)as to those claimants on Exhibit 1.4.  That further hearing having now been held, and for the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as to all plaintiffs and claimants on the attached Exhibit 1.4A.

**IT IS FURTHER ORDERED** that the claims of all plaintiffs on Exhibit 1.4B be and they hereby are dismissed with prejudice.

**IT IS FURTHER ORDERED** the claims of all claimants listed as "tolling claimants" on Exhibit 1.4B be and they hereby are extinguished, and the Tolling Agreement (Notice filed in the MDL Court on June 9, 2005) is hereby voided as to those claimants.

**IT IS FURTHER ORDERED** that the motion is deferred as to all plaintiffs on Exhibit 1.4C until May 8, 2009 at 9:00 a.m.  The plaintiffs on Exhibit 1.4C have until 6:00 p.m. Eastern time, May 5, 2009 to provide non-deficient enrollment materials.  If the deficiencies are

not cured by May 5, 2009 these claims will be dismissed with prejudice and/or any Tolling Agreement rights voided and extinguished, as applicable, on May 8.

**NEW ORLEANS, LOUISIANA**, this  30th  day of   April  , 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1

| | | **Exhibit 1.4 A** (Fundamental Flaws/Primary Claimant Release - Motion Withdrawn) | | | | | |
|---|---|---|---|---|---|---|---|
| | **VCN** | **Primary Counsel** | **Claimant Name** | **Current Deficiencies** | **Derivative Claimant Name** | **Case Caption** | **Docket Number** |
| 1. | 1090993 | Anderson, John H. | Mclaurin, Grace | R-15; R-16; R-99a | | Easterling, Doris v. Merck & Co., | 2:08-cv-00881-EEF-DEK |
| 2. | 1071785 | Barrett Law Office, PA (MS) | Palmer, Terry | | | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 3. | 1053118 | Branch Law Firm | Morgan, Beverly A. | R-36; R-5 | | Miller, Kevin L. v. Merck & Co., Inc. | 2:08-cv-00870-EEF-DEK |
| 4. | 1076699 | Cellino & Barnes, P.C. | Rivera, Helen | | | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 5. | 1067534 | Freese & Goss, PLLC | Drew, Freddie M. | | | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 6. | 1067776 | Freese & Goss, PLLC | Radtke, William R. | R-37i | | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 7. | 1067833 | Freese & Goss, PLLC | Smith, Barbara A. | R-30 | | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 8. | 1104470 | Gallagher Law Firm (TX) | Dupree, Neta | R-37b; R-9 | | Dupree, Neta v. Merck & Company, Inc. | 2:08-cv-00597-EEF-DEK |
| 9. | 1084210 | Matthews & Associates | Nolan, Anna L. | R-15; R-29 | | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| 10. | 1105844 | Pro Se | Davis, Charles Rondal | | | Tolling Claimant | |
| 11. | 1065341 | Pro Se | Feltovich, John Edward | | | Feltovich, John E. v. Merck & Co., Inc. | 2:05-cv-03474-EEF-DEK |
| 12. | 1113215 | Pro Se | Lowe, Steven Earl | | | Tolling Claimant | |

| | | | **Exhibit 1.4 B**<br>(Fundamental Flaws/Primary Claimant Release -<br>Dismissal of Lawsuits; Extinguishment of Tolling Agreement) | | | | |
|---|---|---|---|---|---|---|---|
| | **VCN** | **Primary Counsel** | **Claimant Name** | **Current Deficiencies** | **Derivative Claimant Name** | **Case Caption** | **Docket Number** |
| 1. | 1088398 | Becnel Law Firm, LLC | Curry, Katie | R-1 | | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 2. | 1088460 | Becnel Law Firm, LLC | Menendez, Belle G. | R-1; R-32; R-5 | | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 3. | 1088352 | Becnel Law Firm, LLC | Plummer, Shirley | R-1; R-32 | | Tolling Claimant | |
| 4. | 1088430 | Becnel Law Firm, LLC | Stewart, Donald | R-1; R-32 | | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 5. | 1106362 | Brederson Law Center | Van Nieuwenhuize, Maria-Jose | R-32; R-36; R-6; R-99a | | Vannieuwenhuize, Marie Jose v. Merck & Co., Inc. | 2:06-cv-02251-EEF-DEK |
| 6. | 1067633 | Freese & Goss, PLLC | Jackson, Emanuel | R-1; R-32 | | Choice, Helen v. Merck & Co., Inc. | 2:07-cv-06690-EEF-DEK |
| 7. | 1067848 | Freese & Goss, PLLC | Stewart, Gary | R-1; R-32 | | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 8. | 1058330 | Parks & Crump LLC | Cooper, Juanita | R-6 | | Alexander, Glenda v. Merck & Co., Inc. | 2:06-cv-06705-EEF-DEK |
| 9. | 1061733 | Schmidt, Douglas M., APLC | Rideau, Joann | | | Rideau, JoAnn v. Merck & Co., Inc. | 2:07-cv-01665-EEF-DEK |
| 10. | 1069953 | Simon Passanante PC | Buchholz, Diane L. | R-1; R-32 | | Bodimer, Dennis v. Merck & Co., | 2:05-cv-01040-EEF-DEK |
| 11. | 1069988 | Simon Passanante PC | Devorse, Jr., Earl | R-1; R-32 | | Hagerman, George v. Merck & Co., Inc. | 2:05-cv-01042-EEF-DEK |
| 12. | 1113747 | Stamps & Stamps | Keenan, Nancy P. | R-1; R-32 | | Sims, Eleanor K. v. Merck & Co., Inc. | 2:08-cv-00144-EEF-DEK |

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
|  | **Exhibit 1.4 C** (Fundamental Flaws/Primary Claimant Release - Defer until 5/8/09) | | | | | | |
| 1. | 1076041 | Cellino & Barnes, P.C. | Kline, Margaret A. | R-1; R-32 | | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 2. | 1076134 | Cellino & Barnes, P.C. | Lehmann, Mary | R-1; R-32 | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 3. | 1076190 | Cellino & Barnes, P.C. | Lunn, Patricia | R-1; R-32 | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 4. | 1104343 | Gallagher Law Firm (TX) | Adams, Nona | R-1; R-32 | | Adams, Nona v. Merck & Company, Inc. | 2:08-cv-00583-EEF-DEK |
| 5. | 1104622 | Gallagher Law Firm (TX) | Martinez, Rebecca | R-1; R-32; R-99a | | Anderson Felstet, Flora v. Merck & Co., Inc. | 2:07-cv-03742-EEF-DEK |
| 6. | 1083515 | Matthews & Associates | Sanders, Ora P. | R-1; R-30; R-32 | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 7. | 1105635 | Penton, Ronnie G., Law Offices of | Jones, Cleather | R-1; R-32; R-99a | | Tolling Claimant | |
| 8. | 1105632 | Penton, Ronnie G., Law Offices of | Trevathan, Rena R. | | | Tolling Claimant | |