UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibit 2.2A | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

*****************************************************************************

## ORDER

By Order entered April 17, 2009, the Court deferred until April 29, 2009 consideration of Defendant Merck & Co., Inc.'s Second Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met (R. Doc. 18051) as to those claimants on Exhibit 2.2. That further hearing having now been held, and for the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as to all plaintiffs and claimants on Exhibit 2.2A.

**NEW ORLEANS, LOUISIANA**, this __30th__ day of __April__, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| | | | | **Exhibit 2.2 A** (Certification of Counsel - Motion Withdrawn) | | | |
| 1. | 1090974 | Anderson, John H. | Easterling-Brooks, Doris | | | Easterling, Doris v. Merck & Co., | 2:08-cv-00881-EEF-DEK |
| 2. | 1090972 | Anderson, John H. | Heard, Shirley | | | Heard, Shirley v. Merck & Co., Inc. | 2:08-cv-03577-EEF-DEK |
| 3. | 1090975 | Anderson, John H. | Jones, Addie R. | R-15 | | Easterling, Doris v. Merck & Co., | 2:08-cv-00881-EEF-DEK |
| 4. | 1090993 | Anderson, John H. | Mclaurin, Grace | R-15; R-16; R-99a | | Easterling, Doris v. Merck & Co., | 2:08-cv-00881-EEF-DEK |
| 5. | 1081350 | Federman & Sherwood | Wedlow, Evie M. | | | Moore, Tommy v. Merck & Co., Inc. | 2:07-cv-00718-EEF-DEK |
| 6. | 1069312 | Ruiz, John H., PA, Law Firm of | Brindis, Luisa | R-30; R-9 | Zuniga, Barbara | Tolling Claimant | |
| 7. | 1061733 | Schmidt, Douglas M., APLC | Rideau, Joann | | | Rideau, JoAnn v. Merck & Co., Inc. | 2:07-cv-01665-EEF-DEK |
| 8. | 1085686 | Trubitsky, Marina & Associates | Amusyev, Gennady None | R-36; R-99 | Skrlpchenko, Tatiana | Gelman, Vadim v. Merck & Co., Inc. | 2:07-cv-01078-EEF-DEK |