UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | * |
| **PRODUCTS LIABILITY LITIGATION** | *  **MDL No. 05-1657** |
| | *  **SECTION L** |
| **ABIGAIL ALTU**, an individual, | * **JUDGE FALLON** |
| Plaintiff, | |
| v. | * **MAG. JUDGE KNOWLES** |
| **MERCK & CO., INC.,** | * **CASE NO.: 2:05-CV02900** |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER ON LAW OFFICES CYTRYN AND VELAZQUEZ P.A.'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The Law Offices Cytryn and Velazquez, P.A., having been permitted to withdraw as counsel for Plaintiff, **ABIGAIL ALTU,** and being otherwise duly advised in the premises files this Motion to Withdraw:

It is **ORDERED AND ADJUDGED**:

1. That Law Offices Cytryn and Velazquez, P.A.'s, Motion to Withdraw is hereby GRANTED, and Law Offices Cytryn and Velazquez, P.A.., is hereby relieved of its duties and obligations in this cause.

2. That Plaintiff has 60 days to obtain new counsel.

3.      All further papers, pleadings, and materials in this case shall be sent directly to the Plaintiff, Abigail Altu, 95 Congress St. Apt. #8, Saratoga Springs, New York 12866.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

c:    Dan Cytryn, Esquire
      Wilfred P. Coronato, Esquire
      Phillip A. Wittmann, Esquire
      Aretha Delight, Esquire
      Susan Giamportone, Esquire
      Ms. Abigail Altu

ah\vioxx.altu.withdraw.order.2.doc