IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIAM YEARY,　　　　　　　　　　MDL Docket No. 1657

  Plaintiffs,

vs.

MERCK & COMPANY, INC., a
Foreign Corporation, BREE CARLIN,
A Florida Resident, and YVONNE
MORROW, a Florida Resident,

  Defendants.
_____/

## ORDER

  THIS MATTER having come before the Court and the Court having been apprised in the premises it is hereupon

  ORDERED AND ADJUDGED:

1. The Court hereby orders this action remanded to the Circuit Court of the Twentieth Judicial Circuit in and for the State of Florida.

  DONE AND ORDERED in Chambers, in New Orleans, Louisiana, this ___ day of _____, 2009.

              _____
              HONORABLE ELDON E. FALLON
              District Court Judge

Copies to: Russ Herman, Esquire
     Phillip Whittman, Esquire
     Wilfred P. Coronato, Esquire
     Williams and Connolly, LLP