UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | MDL No. 05-1657 |
| | * | SECTION L |
| **FELIPE DEL ROSARIO,** an individual, | * | JUDGE FALLON |
| Plaintiff, | | |
| v. | * | MAG. JUDGE KNOWLES |
| **MERCK & CO., INC.,** | * | CASE NO.: 2:08-CV4377 |
| Defendant. | * | |

**************************************************

## LAW OFFICES CYTRYN & VELAZQUEZ, P.A.'S EX PARTE MOTION TO WITHDRAW

Law Offices Cytryn and Velazquez, P.A., hereby files this Ex Parte Motion to Withdraw as counsel for Plaintiff, **FELIPE DEL ROSARIO,** and as grounds therefore states as follows:

1. Irreconcilable differences of opinion have arisen between attorney and client, necessitating the withdrawal of the Law Offices Cytryn and Velazquez, P.A.

2. The undersigned's office has communicated with the Plaintiff, **FELIPE DEL ROSARIO**, via regular mail, certified mail and telephone, and has explained the reasons for seeking to withdraw from representation.

3.  On December 8, 2008, the undersigned sent a letter to the Plaintiff via regular and certified mail stating that they would withdraw from representation of the Plaintiff.

4.  On February 11, 2009, the undersigned's office placed a follow up telephone call to the Plaintiff, **FELIPE DEL ROSARIO**, and the Plaintiff stated that he received the aforementioned letter, understood the reason that the undersigned was withdrawing representation, and verbally gave his consent to the withdrawal of representation.

**WHEREFORE**, Law Offices Cytryn and Velazquez, P.A., respectfully requests that this Court enter an Order that the law firm be relieved of its duties, be allowed to withdraw, deeming the withdrawal immediately as of the date of the entrance of an Order, and allowing the Plaintiff 60 days to attempt to obtain new counsel.

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was mailed via regular mail AND VIA Lexis Nexis File and Serve to: Wilfred P. Coronato at Hughes Hubbard & Reed LLP, Phillip A. Wittmann at Stone Pigman Walther Wittmann L.L.C., State National Bldg., 263 3rd Street, Fifth Floor, Baton Rouge, LA 70801, Aretha Delight at Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808, Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC, 301 N.

Main Street, Suite #300, Winston-Salem, NC 27101, and regular and certified mail #7008 0500 0000 2669 7945 to Felipe Del Rosario, 5795 W. 12th Lane, Hialeah, FL 33012 this 5th day of May, 2009.

        Law Offices Cytryn & Velazquez, P.A.
        1401 N. University Drive
        Suite 401
        Coral Springs, Florida 33071
        Tel. No. (954) 255-7000
        E-mail dancytrynlaw@yahoo.com

        _____
        Dan Cytryn, Esquire
        Florida Bar No. 318558

ah:vioxx.spanish.delrosario.withdraw.mtn.doc