UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | * |
| **PRODUCTS LIABILITY LITIGATION** | * MDL No. 05-1657 |
| | * SECTION L |
| **FELIPE DEL ROSARIO**, an individual, | * JUDGE FALLON |
| Plaintiff, | |
| v. | * MAG. JUDGE KNOWLES |
| **MERCK & CO., INC.,** | * CASE NO.: 2:08-CV4377 |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER ON LAW OFFICES CYTRYN AND VELAZQUEZ, P.A.'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The Law Offices Cytryn and Velazquez, P.A., having been permitted to withdraw as counsel for Plaintiff, **FELIPE DEL ROSARIO,** and being otherwise duly advised in the premises files this Motion to Withdraw:

It is **ORDERED AND ADJUDGED**:

1. That Law Offices Cytryn and Velazquez, P.A.'s, Motion to Withdraw is hereby GRANTED, and Law Offices Cytryn and Velazquez, P.A.., is hereby relieved of its duties and obligations in this cause.

2. That Plaintiff has 60 days to obtain new counsel.

3.  All further papers, pleadings, and materials in this case shall be sent directly to the Plaintiff, Felipe Del Rosario, 5795 West 12th Lane, Hialeah, Florida 33012.

New Orleans, Louisiana, this _____ day of _____, 2009.

                                                ELDON E. FALLON
                                                UNITED STATES DISTRICT JUDGE

c:  Dan Cytryn, Esquire
    Wilfred P. Coronato, Esquire
    Phillip A. Wittmann, Esquire
    Aretha Delight, Esquire
    Susan Giamportone, Esquire
    Mr. Felipe Del Rosario

ah\vioxx.spanish.delrosario.withdraw.order.doc