UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| ************************************ | | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| William Mayo (06-3162); | * | MAG. JUDGE KNOWLES |
| Glenn Thompson (Tolling); and | * | |
| William Williams (Tolling) | * | |
| ************************************ | | |

## RESPONSE TO RULE TO SHOW CAUSE

Now into Court come Plaintiffs, through undersigned counsel, who responds to the Rule to Show Cause as follows:

Plaintiff, Glenn Thompson Glenn Thompson passed away on July 20, 2004 and was survived by Allen Thompson and Windell Thompson.  Windell Thompson signed the Release of all Claims on February 23, 2008 (See Exhibit A) which was thereafter sent to the Claims Administrator.  On October 22, 2008, Allen Thompson executed a CAP 2008-1 Releases of All Claims. (See Exhibit B)   The original was thereafter sent to the Claims Administration.  Plaintiffs received a deficiency notice that Allen Thompson had not signed the release and a copy of the original was re-submitted on December 2008.  (See Exhibit C).  Finally on March 4, 2009, out of an abundance of caution, Plaintiff filed a V2031 Form to ensure that this claim would be able to proceed forward through the settlement process. (See Exhibit D).

Plaintiff William Mayo is alleged to be deficient because the release sent to the Claims Administration was not an original.  Mr. Mayo's wife, Ruby Mayo first completed a CAP 2008-1 Release of Claims on October 20, 2008. (See Exhibit E).  Due to the deficiency alleging an original was not received, another CAP 2008-1 Claim form was

1

completed by Mrs. Mayo on February 25, 2009. (See Exhibit E).  In both cases, undersigned counsel remitted the original documents to the claims administration.

Plaintiff William Williams is represented by his niece, Betty Britain.  Ms. Britain's original release was deficient as she only signed as the derivative claimant.  On January 24, 2009, Ms. Britain signed another release.  Undersigned counsel received this release and submitted it to the Claims Administration on February 2, 2009.  On March 5, 2009, undersigned counsel submitted a V2031 on behalf of Ms. Britain.  (See Exhibit F).

Undersigned Counsel and Plaintiffs pray that this Honorable Court will rule that the Claimants, Glenn Thompson, William Mayo and William Williams, timely completed all enrollment documents and that Plaintiffs' claim be allowed to proceed through the settlement process or in the alternative that they be given an extension to execute the Releases again and re-submit new originals to the Claims administration.

    Respectfully submitted,
    /s/ Daniel E. Becnel, Jr._____
    Daniel E. Becnel, Jr., (La Bar #2926)
    Salvadore Christina, Jr. (LA Bar #27198)
    Becnel Law Firm, L.L. C.
    P.O. Drawer H
    Reserve, LA 70084
    (985) 536-1186 (phone)
    (985) 536-6445 (fax)
    dbecnel@becnellaw.com
     COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Response to Rule to Show Cause has been served upon all parties by Lexis Nexus File Server, and email to Plaintiff and Defendant's Liaison Counsel.

On this 5th day of  May 2008,

                                        /s/ Daniel E. Becnel, Jr.
                                        Daniel E. Becnel, Jr.