# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DANIEL E. BECNEL, III*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
BRADLEY D. BECNEL
WILLIAM A. PERCY, III
JUANITA R. MARINO
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
TONI S. BECNEL
*Of Counsel:*
JUDGE RUCHE J. MARINO (RETIRED)
*Also Admitted in Colorado*

*Please Reply To:*
☑ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104
E-MAIL: becket@becnellaw.com

Kay K. Serven
 *Office Administrator*
Susan B. Williams
 *Nurse*

December 5, 2008

Scott Monroe
Brown Greer-Vioxx Claims
P.O. Box 85031
Richmond, VA 23285

RE:   VIOXX SETTLEMENT:   THOMPSON GLENN   1088366[

Dear Mr. Monroe,

    We sent in a Cap2008-1 Release of claims executed by Allen Thompson, please let me know if that was sufficient to correct deficiencies R1, R32 and R7 in the release. I have enclosed a copy of what was sent in for your convenience.

    Please inform as to whether this will correct the deficiency.

Sincerely,

Salvadore Christina, Jr.


EXHIBIT C