UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX PRODUCTS<br>            LIABILITY LITIGATION<br><br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

### NOTICE OF OBJECTION TO PLAINTIFF STEERING COMMITTEE'S MOTION FOR AWARD OF 8% OF THE SETTLEMENT PROCEEDS AS COMMON BENEFIT FEES (REC. DOC. 17642).

Pursuant to Order of the Court entered on April 16, 2009 (Rec. Doc. 18264) The Miller Firm, LLC, on behalf of its Vioxx Clients, files this Notice of Objection to the Plaintiffs Steering Committee's Motion for an Award of 8% of the Settlement Proceeds as Common Benefit Fee. These parties object for the following reasons:

1. The Plaintiffs Steering Committee ("PSC") is bound by contract to an assessment of 3% of settlement proceeds from Full Participating Attorneys ("FPA"), including The Miller Firm, LLC.

2. The Master Settlement Agreement does not change or preclude the PSC from honoring its contract with the FPA

3. The PSC has failed to prove the necessary elements of consideration in order to justify an extraordinary increase in common benefit fees.

4. Fee awards in unrelated class action litigation do no affect or alter a freely negotiated contract entered into between the PSC and the FPA.

1

5.  The PSCs attempt to modify the terms of its contract with the FPA creates a conflict of interest between the FPA and its clients.

6.  The undersigned reserves the right to specify more particular areas of objection once appropriate discovery is completed.

Dated: May 5, 2009

> Respectfully submitted,
>
> /s/ Michael J. Miller
> Michael J. Miller, Esq.
> THE MILLER FIRM, LLC
> 108 Railroad Avenue
> Orange, VA 22960
> Tel: (540) 672-4224
> Fax: (540) 672-3055

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on January 22, 2009.

                                                  Respectfully submitted,

                                                  /s/ Michael J. Miller
                                                  Michael J. Miller