UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibits 3.2A and 3.2C | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

**********************************************************************

## ORDER

By Order entered April 17, 2009, the Court deferred until April 29, 2009 consideration of Defendant Merck & Co., Inc.'s Third Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met (R. Doc. 18052) as to those claimants on Exhibit 3.2.  That further hearing having now been held, and for the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as to all plaintiffs on the attached Exhibit 3.2A.

**IT IS FURTHER ORDERED** that the motion is deferred as to all plaintiffs and claimants on the attached Exhibit 3.2 C until May 8, 2009 at 9:00 a.m.  The plaintiffs and claimants on Exhibit 3.2 C have until 6:00 p.m. Eastern time, May 5, 2009 to provide non-deficient enrollment materials.  If the deficiencies are not cured by May 5, 2009, these claims will be dismissed with prejudice and/or any Tolling Agreement rights voided and extinguished, as applicable.

**NEW ORLEANS, LOUISIANA**, this __30th__ day of __April__, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1

| | | | **Exhibit 3.2 A** <br> (Special State Release/List of Defendants - Motion Withdrawn) | | | | |
|---|---|---|---|---|---|---|---|
| | **VCN** | **Primary Counsel** | **Claimant Name** | **Current Deficiencies** | **Derivative Claimant Name** | **Case Caption** | **Docket Number** |
| 1. | 1052635 | Branch Law Firm | Hubbard, Joretta | | | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK |
| 2. | 1075820 | Cellino & Barnes, P.C. | Hensley, Louis | | | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 3. | 1065341 | Pro Se | Feltovich, John Edward | | | Feltovich, John E. v. Merck & Co., Inc. | 2:05-cv-03474-EEF-DEK |
| 4. | 1068590 | Pro Se | Toney, John M. | | | Toney, Wilma L. v. Merck & Co., | 2:06-cv-11340-EEF-DEK |
| 5. | 1056337 | Pro Se | Williams, Oscar | | | Williams, Oscar v. Merck & Co., Inc. | 2:05-cv-03550-EEF-DEK |

### Exhibit 3.2 C
**(Special State Release/List of Defendants - Defer until 5/8/09)**

|    | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|----|-----|-----------------|---------------|----------------------|--------------------------|--------------|---------------|
| 1. | 1119207 | Christoff, William Z., Attorney at Law | Kerr, Sr., Kenneth K. | R-33b | | Kerr, Sr., Kenneth K. v. Merck & Co., Inc. | 2:06-cv-11113-EEF-DEK |
| 2. | 1100358 | Fears Nachawati Law Firm | Lewis, Josephine J. | R-33b | | Carter, Claudia v. Merck & Co., Inc. | 2:07-cv-00732-EEF-DEK |
| 3. | 1058870 | Pro Se | Mcclain, John Martin | R-33b | | McClain, John v. Merck & Co., Inc. | 2:06-cv-03657-EEF-DEK |