UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibits 4.4A, 4.4B and 4.4C | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

By Order entered April 17, 2009, the Court deferred until April 29, 2009 consideration of Defendant Merck & Co., Inc.'s Fourth Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met (R. Doc. 18053) as to those claimants listed on Exhibit 4.4. That further hearing having now been held, and for the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as to all plaintiffs and claimants on Exhibit 4.4A.

**IT IS FURTHER ORDERED** that the claims of all plaintiffs on Exhibit 4.4B be and they hereby are dismissed with prejudice.

**IT IS FURTHER ORDERED** the claims of all claimants listed as "tolling claimants" Exhibit 4.4B be and they hereby are extinguished, and the Tolling Agreement (Notice filed in the MDL Court on June 9, 2005) is hereby voided as to those claimants.

**IT IS FURTHER ORDERED** that the motion is deferred as to all plaintiffs and claimants on Exhibit 4.4C until May 8 at 9:00 a.m. The plaintiffs and claimants on Exhibit 4.4 have until 6:00 p.m. Eastern time, May 5, 2009 to provide non-deficient enrollment materials. If

the deficiencies are not cured by May 5, 2009, these claims will be dismissed with prejudice and/or any Tolling Agreement rights voided and extinguished, as applicable.   Curing the noted enrollment deficiencies by 6:00 p.m. Eastern time, May 5, 2009 will obviate the requirement to attend the hearing.

**NEW ORLEANS, LOUISIANA**, this __30th__ day of __April__, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1

| | | | **Exhibit 4.4 A** <br> **(Representative Capacity Documentation - Motion Withdrawn)** | | | | |
|---|---|---|---|---|---|---|---|
| | **VCN** | **Primary Counsel** | **Claimant Name** | **Current Deficiencies** | **Derivative Claimant Name** | **Case Caption** | **Docket Number** |
| 1. | 1104947 | Andrews & Thornton | Mckee, Willie M. | R-30 | | McKee, Willie v. Merck & Co., Inc. | 2:05-cv-04256-EEF-DEK |
| 2. | 1005548 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Jigliotti, Olga | R-37i | Jigliotti, John | Tolling Claimant | |
| 3. | 1051725 | Branch Law Firm | Bender, Curtis | R-37a | | Asante, Azariah v. Merck & Co., Inc. | 2:08-cv-00871-EEF-DEK |
| 4. | 1051951 | Branch Law Firm | Chastine, Delores | R-30 | | Battle, Patricia v. Merck & Co., Inc. | 2:06-cv-06445-EEF-DEK |
| 5. | 1051995 | Branch Law Firm | Cleveland, Robert | R-30 | | Bartee, Gretchen v. Merck & Co., Inc. | 2:06-cv-06446-EEF-DEK |
| 6. | 1052569 | Branch Law Firm | Hidalgo, Diana | R-30 | | Allen, Carol S. v. Merck & Co., Inc. | 2:06-cv-06437-EEF-DEK |
| 7. | 1052797 | Branch Law Firm | Konar, Virginia | R-30 | | Cuthbert, Cheryl v. Merck & Co., | 2:08-cv-00859-EEF-DEK |
| 8. | 1094268 | Carey & Danis, LLC | Blick, Ernest | | | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 9. | 1094334 | Carey & Danis, LLC | Brown, Dianna | | | Helton, Richard v. Merck & Co., Inc. | 2:06-cv-11443-EEF-DEK |
| 10. | 1094858 | Carey & Danis, LLC | Friesz, Norma L. | | | Dale, Celestine v. Merck & Co., Inc. | 2:05-cv-02567-EEF-DEK |
| 11. | 1094907 | Carey & Danis, LLC | Gilbert, Leonard D. | R-30 | | Lincoln, Forrest v. Merck & Co., Inc. | 2:07-cv-00899-EEF-DEK |
| 12. | 1095212 | Carey & Danis, LLC | Janson, Jr., Franklin | R-30 | | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 13. | 1095612 | Carey & Danis, LLC | Mcnew, Glenda J. | | McNew, Donald | Butler, Samella v. Merck & Co., Inc. | 2:06-cv-01973-EEF-DEK |
| 14. | 1095713 | Carey & Danis, LLC | Morrison, Alfred L. | R-30 | | Kassing, Dorothy v. Merck & Co., Inc. | 2:05-cv-05303-EEF-DEK |
| 15. | 1095851 | Carey & Danis, LLC | Payne, Barbara | R-37f | | Gustin, Barbara v. Merck & Co., Inc. | 2:06-cv-00795-EEF-DEK |
| 16. | 1096104 | Carey & Danis, LLC | Sanders, Dannie | R-30 | | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| 17. | 1096170 | Carey & Danis, LLC | Short, Elizabeth | R-37i | | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK |
| 18. | 1095189 | Carey & Danis, LLC | Singleton, Glorietta | R-37f | | Singleton, Gloria v. Merck & Co., | 2:05-cv-02576-EEF-DEK |
| 19. | 1096254 | Carey & Danis, LLC | Stauffer, Ruth | R-30 | | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 20. | 1096398 | Carey & Danis, LLC | Tyler, John | R-30 | | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375-EEF-DEK |

| | | | **Exhibit 4.4 A** (Representative Capacity Documentation - Motion Withdrawn) | | | | |
|---|---|---|---|---|---|---|---|
| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
| 21. | 1075090 | Cellino & Barnes, P.C. | Beckman, Debra | | Beckman, Donald | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 22. | 1075193 | Cellino & Barnes, P.C. | Brown, Betty | | Brown, Harry | Brown, Betty v. Merck & Co., Inc. | 2:06-cv-01186-EEF-DEK |
| 23. | 1075207 | Cellino & Barnes, P.C. | Bruce, Clay | | Bruce, Jessie | Coles, Patti v. Merck & Co., Inc. | 2:07-cv-02936-EEF-DEK |
| 24. | 1075256 | Cellino & Barnes, P.C. | Capasso, Jayne | | Capasso, Paul | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 25. | 1075356 | Cellino & Barnes, P.C. | Concepcion, Nelson | | Gartagena, Hipolita | Critten, Kenneth S. v. Merck & Co., Inc. | 2:06-cv-01199-EEF-DEK |
| 26. | 1075453 | Cellino & Barnes, P.C. | Dean, Dylan J. | | Dean, Marianne | Dean, Marianne v. Merck & Co., Inc. | 2:08-cv-00227-EEF-DEK |
| 27. | 1075452 | Cellino & Barnes, P.C. | Dean, Marsha | | Fay, Carl | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 28. | 1075472 | Cellino & Barnes, P.C. | Depascale, Evelyn | | Greco, Jack | Depascale, Evelyn v. Merck & Co., Inc. | 2:06-cv-01152-EEF-DEK |
| 29. | 1075486 | Cellino & Barnes, P.C. | Dingler, Jimmy | | Dingler, David | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 30. | 1075663 | Cellino & Barnes, P.C. | Garner, Terrie | | Garner, Jerome | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 31. | 1075705 | Cellino & Barnes, P.C. | Gorham, Alton | | | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 32. | 1075725 | Cellino & Barnes, P.C. | Greenway, Patricia | | Greenway, David | Greenway, David A. v. Merck & Co., Inc. | 2:06-cv-03624-EEF-DEK |
| 33. | 1075781 | Cellino & Barnes, P.C. | Harris, Yassah | | Matadi, Florence | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 34. | 1075791 | Cellino & Barnes, P.C. | Hassenfratz, Patricia | | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 35. | 1075805 | Cellino & Barnes, P.C. | Haynes, Edward | | Haynes, B.Powell | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 36. | 1075999 | Cellino & Barnes, P.C. | Karbowski, Lottie L. | | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 37. | 1076074 | Cellino & Barnes, P.C. | Kuczmarski, Rita | | Kuczmarski, James | Kuczmarski, James A. v. Merck & Co., Inc. | 2:06-cv-03633-EEF-DEK |
| 38. | 1076134 | Cellino & Barnes, P.C. | Lehmann, Mary | R-1; R-32 | Lehmann, James | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 39. | 1076368 | Cellino & Barnes, P.C. | Mobley, Hattie Mae | | Mobley, Linward | Mobley, Catherine v. Merck & Co., Inc. | 2:08-cv-00352-EEF-DEK |

| | | | **Exhibit 4.4 A** (Representative Capacity Documentation - Motion Withdrawn) | | | | |
|---|---|---|---|---|---|---|---|
| | **VCN** | **Primary Counsel** | **Claimant Name** | **Current Deficiencies** | **Derivative Claimant Name** | **Case Caption** | **Docket Number** |
| 40. | 1076433 | Cellino & Barnes, P.C. | Naheed, Sharifa | | Raja, Nasar | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 41. | 1076462 | Cellino & Barnes, P.C. | Nistor, Marolee Mae | | Nistor, William | Nistor, William A. Sr. v. Merck & Co., Inc. | 2:06-cv-03634-EEF-DEK |
| 42. | 1076471 | Cellino & Barnes, P.C. | Nowak, Sophie | | Nowak, Lucy | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 43. | 1076483 | Cellino & Barnes, P.C. | O'Brien, Robert | | Swinehart, Carmen | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK |
| 44. | 1076491 | Cellino & Barnes, P.C. | Oliver, Earl | | Murdie, Deanna | Murdie, Deanne v. Merck & Co., Inc. | 2:06-cv-11084-EEF-DEK |
| 45. | 1076565 | Cellino & Barnes, P.C. | Phillips, Ella | | Phillips, Jerome | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 46. | 1076615 | Cellino & Barnes, P.C. | Pulver, William | | Wheaton, Laurie | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 47. | 1076631 | Cellino & Barnes, P.C. | Rago, Thomas N. | | Rago, Barbara | Bielak, Gary T. v. Merck & Co., Inc. | 2:06-cv-01205-EEF-DEK |
| 48. | 1076664 | Cellino & Barnes, P.C. | Renaldo, Nina | | Renaldo, Kenneth | Chase, Marilyn v. Merck & Co., Inc. | 2:06-cv-01189-EEF-DEK |
| 49. | 1076729 | Cellino & Barnes, P.C. | Rodriguez, Ivan | | Gillakin, Valerie | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 50. | 1076738 | Cellino & Barnes, P.C. | Rohn, Deborah | | | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 51. | 1076769 | Cellino & Barnes, P.C. | Russell, Julia | | Russell, Billy | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 52. | 1076774 | Cellino & Barnes, P.C. | Ryan, Thomas | | Ryan, Sarah | Andrews, Michael v. Merck & Co., Inc. | 2:06-cv-02208-EEF-DEK |
| 53. | 1076784 | Cellino & Barnes, P.C. | Samluk, Torie | | Samluk, Joseph | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 54. | 1076864 | Cellino & Barnes, P.C. | Sexton, Annie | | | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 55. | 1076880 | Cellino & Barnes, P.C. | Shipley, Elma | | Shipley, Francis | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 56. | 1076908 | Cellino & Barnes, P.C. | Smalls, Ada | | | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 57. | 1076934 | Cellino & Barnes, P.C. | Snopkowski, Margaret | | | DAmore, Jennie v. Merck & Co., Inc. | 2:06-cv-01208-EEF-DEK |
| 58. | 1077066 | Cellino & Barnes, P.C. | Thomson, Jack | | | Thomson, Jay v. Merck & Co., Inc. | 2:08-cv-00328-EEF-DEK |

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| | | | **Exhibit 4.4 A** (Representative Capacity Documentation - Motion Withdrawn) | | | | |
| 59. | 1077107 | Cellino & Barnes, P.C. | Umbleby, Logan | R-33b | Umbleby, Patricia | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 60. | 1077120 | Cellino & Barnes, P.C. | Van Valkenburg, Emma | | Baron, Brenda | Baron, Brenda v. Merck & Co., Inc. | 2:06-cv-11089-EEF-DEK |
| 61. | 1077125 | Cellino & Barnes, P.C. | Vanpatten, Ruth D. | | VanPatten, John | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 62. | 1077153 | Cellino & Barnes, P.C. | Wagner, Florence | | Bath, June | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 63. | 1077242 | Cellino & Barnes, P.C. | Williams, Betty J. | R-30 | Pinkston, Jerome | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 64. | 1077260 | Cellino & Barnes, P.C. | Willis, Rachel | | | Albanese, Marie v. Merck & Co., | 2:06-cv-02207-EEF-DEK |
| 65. | 1089139 | Dinkes & Schwitzer, P.C. | Hernandez, Javier | R-37a | | Tolling Claimant | |
| 66. | 1097220 | Douglas & London, PC | Bailey, Shirley | R-37i | | Kohn, Lawrence v. Merck & Co., | 2:07-cv-06438-EEF-DEK |
| 67. | 1097269 | Douglas & London, PC | Fullington, David | R-37b; R-37i | | Fullington, David v. Merck & Co., | 2:05-cv-05164-EEF-DEK |
| 68. | 1097400 | Douglas & London, PC | Watson, Donald | R-30 | | Boyd, Rutha v. Merck & Co., Inc. | 2:05-cv-05370-EEF-DEK |
| 69. | 1013823 | Fazio, DiSalvo, Cannon, Abers, Podrecca, Fazio & Carroll (Care of Jeff S. Abers) | Grimm, Lillian | R-30; R-38d | Grimm, Clinton | Grimm, Lillian v. Merck & Co., Inc. | 2:06-cv-00219-EEF-DEK |
| 70. | 1080054 | Fenstersheib, Robert J. and Associates, P.A., Law Offices of | Lightsey, Pamela | R-30 | | Lightsey, Pamela v. Merck & Co., Inc. | 2:06-cv-03586-EEF-DEK |
| 71. | 1067903 | Freese & Goss, PLLC | Wilks, Mary | R-30 | | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 72. | 1104470 | Gallagher Law Firm (TX) | Dupree, Neta | R-37b; R-9 | | Dupree, Neta v. Merck & Company, Inc. | 2:08-cv-00597-EEF-DEK |
| 73. | 1026303 | Gancedo & Nieves LLP | Bowie, Samuel | R-37a | | Eggleston, Marilyn v. Merck & Co., Inc. | 2:06-cv-07084-EEF-DEK |
| 74. | 1081129 | Herman, Herman, Katz & Cotler, LLP | Juneau, Nelson | | Juneau, Jared | Johnson, Harry J. v. Merck & Co., Inc. | 2:05-cv-04422-EEF-DEK |
| 75. | 1072067 | Hingle, Michael and Associates | Mcswain, Mary A. | | | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459-EEF-DEK |

| | **Exhibit 4.4 A** <br> **(Representative Capacity Documentation - Motion Withdrawn)** | | | | | | |
|---|---|---|---|---|---|---|---|
| | **VCN** | **Primary Counsel** | **Claimant Name** | **Current Deficiencies** | **Derivative Claimant Name** | **Case Caption** | **Docket Number** |
| 76. | 1084287 | Matthews & Associates | Anderson, Ella D. | | | Tolling Claimant | |
| 77. | 1084127 | Matthews & Associates | Collier, Sarah A. | | | Tolling Claimant | |
| 78. | 1082818 | Matthews & Associates | Santiago, Constancia | | | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK |
| 79. | 1056117 | Meshbesher and Spence, Ltd. | Moore, Karen S. | R-30 | | Moore, Karen S. v. Merck & Co., Inc. | 2:06-cv-05783-EEF-DEK |
| 80. | 1118708 | Obioha, Pius A., Law Offices of, LLC | Knapper, Ann | R-30; R-99a | | Tolling Claimant | |
| 81. | 1113935 | Pro Se | Bezio, Norman V. | | | Tolling Claimant | |
| 82. | 1016424 | Pro Se | Harris, Bettye | R-30; R-31 | Harris, Frank | Harris, Bettye v. Merck & Co., Inc. | 2:05-cv-04799-EEF-DEK |
| 83. | 1121624 | Pro Se | Irvin, Magaline B. | R-30 | | Tolling Claimant | |
| 84. | 1121373 | Pro Se | Johnson, Annie | | | Tolling Claimant | |
| 85. | 1113533 | Pro Se | Johnson, Ozzie Lee | R-37j | | Tolling Claimant | |
| 86. | 1056078 | Pro Se | Popov, Sava | R-37i | | Popov, Jasmina v. Merck & Co., Inc. | 2:05-cv-03170-EEF-DEK |
| 87. | 1011164 | Pro Se | Vu, Phong Nang | R-30 | | Nguyen, Minh Tam v. Merck & Co., Inc. | 2:07-cv-00812-EEF-DEK |
| 88. | 1061740 | Schmidt, Douglas M., APLC | Solomon (poa Shirley Simon Daug), Evelyn | | | Simon, Shirley v. Merck & Co., Inc. | 2:07-cv-01678-EEF-DEK |
| 89. | 1113747 | Stamps & Stamps | Keenan, Nancy P. | R-1; R-32 | | Sims, Eleanor K. v. Merck & Co., Inc. | 2:08-cv-00144-EEF-DEK |
| 90. | 1070583 | The Law Group, Ltd. | Kelly, Diann D. | | | Tolling Claimant | |
| 91. | 1030553 | Weitz & Luxenberg, P.C. | Bowers, Melba | | | Tolling Claimant | |
| 92. | 1031390 | Weitz & Luxenberg, P.C. | Grady, Catherine | | | Tolling Claimant | |
| 93. | 1032542 | Weitz & Luxenberg, P.C. | Odom, Wilbur D. | R-30 | | Tolling Claimant | |

**Exhibit 4.4 B**
(Representative Capacity Documentation -
Dismissal of Lawsuits; Extinguishment of Tolling Agreement)

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1. | 1104960 | Andrews & Thornton | Mcglothlin, Fredrick | R-37a | | Winfree, Lillie v. Merck & Co., Inc. | 2:06-cv-05907-EEF-DEK |
| 2. | 1091344 | Hawkins, Terence S., P.C., Attorney At Law | Viswanathan, Tanjore | R-37b | | Viswanathan, Josepha v. Merck & Co., Inc. | 2:05-cv-04673-EEF-DEK |
| 3. | 1072104 | Hingle, Michael and Associates | Vicknair, Janet | R-30 | | Vicknair, Janet v. Merck & Co., Inc. | 2:05-cv-00643-EEF-DEK |
| 4. | 1081433 | Hossley Embry, LLP | Helms, Billy | R-30 | | Helms, Billy v. Merck & Co., Inc. | 2:06-cv-10286-EEF-DEK |
| 5. | 1081475 | Hossley Embry, LLP | Webb, Lisa | R-30 | | Webb, Lisa v. Merck & Co, Inc. | 2:06-cv-10290-EEF-DEK |
| 6. | 1086335 | Jensen, Belew & Gonzalez, | Moreno, Juan | R-30 | | Tolling Claimant | |
| 7. | 1105602 | Murphy Law Firm | Barnett, Robert L. | R-30 | | Tolling Claimant | |
| 8. | 1070622 | The Law Group, Ltd. | Lynch, Dustan W. | R-37d; R-7 | | Tolling Claimant | |
| 9. | 1081872 | Whitehead Law Firm | Lawson, Earlma | R-30; R-5 | | Tolling Claimant | |

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| | \multicolumn{7}{l}{**Exhibit 4.4 C** (Representative Capacity Documentation - Defer until 5/8/09)} | |
| 1. | 1051825 | Branch Law Firm | Brooks, Alfred Thomas | R-37c; R-37d | | Wheeler, Dorothy v. Merck & Co., Inc. | 2:07-cv-05251-EEF-DEK |
| 2. | 1052383 | Branch Law Firm | Gibson, Mary | R-37e | | Easley, Opal v. M v. Merck & Co., Inc. | 2:07-cv-03785-EEF-DEK |
| 3. | 1053923 | Branch Law Firm | Wilder, Ruth Marie | R-30 | | Cuthbert, Cheryl v. Merck & Co., | 2:08-cv-00859-EEF-DEK |
| 4. | 1096555 | Carey & Danis, LLC | Williams, Dorothy M. | R-37d | | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK |
| 5. | 1075107 | Cellino & Barnes, P.C. | Bennett, Eleanor | | Bennett, Gregory | Bennett, Gregory A. v. Merck & Co., Inc. | 2:06-cv-08383-EEF-DEK |
| 6. | 1067432 | Freese & Goss, PLLC | Armstrong, Gracie Etta D. | R-30 | | Gheen, Sherry v. Merck & Co., Inc. | 2:07-cv-03179-EEF-DEK |
| 7. | 1067610 | Freese & Goss, PLLC | Hanneman, Aldred | R-37i | | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 8. | 1067821 | Freese & Goss, PLLC | Shklyar, Riva | R-30 | | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 9. | 1104394 | Gallagher Law Firm (TX) | Brown, Jean | R-37i | | Tolling Claimant | |
| 10. | 1104418 | Gallagher Law Firm (TX) | Caparino, Milbrun | R-30 | | Tolling Claimant | |
| 11. | 1104463 | Gallagher Law Firm (TX) | Dougherity, Norma | R-30 | | Tolling Claimant | |
| 12. | 1104596 | Gallagher Law Firm (TX) | Johnson, Charleszetta | R-37d | | Tolling Claimant | |
| 13. | 1104575 | Gallagher Law Firm (TX) | Kazik, Jennifer | R-30 | | Kazik, Jennifer v. Merck & Co., Inc. | 2:08-cv-00616-EEF-DEK |
| 14. | 1104810 | Gallagher Law Firm (TX) | Washington, Artie | R-30; R-99a | | Washington, Artie v. Merck & Co., Inc. | 2:08-cv-00651-EEF-DEK |
| 15. | 1083565 | Matthews & Associates | Medina Perez, Angela | R-37j | | Cabrera, Antonia Acosta v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK |
| 16. | 1082662 | Matthews & Associates | Ortiz Munoz, Nicolasa | R-37h | | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 17. | 1083515 | Matthews & Associates | Sanders, Ora P. | R-1; R-30; R-32 | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 18. | 1083432 | Matthews & Associates | Velez Rios, Miguel | R-30 | | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK |