UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on the attached Exhibits 5.3A, 5.3C, 5.3D, | * | MAGISTRATE JUDGE |
| 5.5A, 5.5B, and 5.5C. | * | KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

By Order entered April 17, 2009, the Court deferred until April 29, 2009 consideration of Defendant Merck & Co., Inc.'s Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met (R. Doc. 18054) as to those claimants listed on Exhibit 5.3 and Exhibit 5.5.  That further hearing having now been held, and for the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as to all plaintiffs and tolling claimants on Exhibits 5.3A and 5.5A.

**IT IS FURTHER ORDERED** that the claims of all derivative plaintiffs on Exhibit 5.5B be and they hereby are dismissed with prejudice.

**IT IS FURTHER ORDERED** the claims of all claimants listed as "tolling claimants" Exhibit 5.5B be and they hereby are extinguished, and the Tolling Agreement (Notice filed in the MDL Court on June 9, 2005) is hereby voided as to those claimants.

**IT IS FURTHER ORDERED** that the motion is deferred as to all plaintiffs on Exhibit 5.3C and 5.5C until May 8 at 9:00 a.m.  The plaintiffs on Exhibit 5.3C and 5.5C have until 6:00 p.m. Eastern time, May 5, 2009 to provide non-deficient enrollment materials.  If the deficiencies are not cured by May 5, 2009, these claims will be dismissed with prejudice and/or any Tolling Agreement rights voided and extinguished, as applicable.   Curing the noted enrollment deficiencies by 6:00 p.m. Eastern time, May 5, 2009 will obviate the requirement to attend the hearing.

**IT IS FURTHER ORDERED** that as to all plaintiffs on Exhibit 5.3D, the releases that have been submitted to the Claims Administrator are deemed valid and enforceable for all purposes, and those plaintiffs and all other persons affiliated with such claim are estopped from contesting the validity of those releases in any future proceedings.

**NEW ORLEANS, LOUISIANA**, this  30th  day of     April    , 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1

## Exhibit 5.3 A
### (No Notarization - Motion Withdrawn)

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1. | 1003686 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Hill, Catherine N. | | | Tolling Claimant | |
| 2. | 1096274 | Carey & Danis, LLC | Stinnett, Fannie H. | R-37i | Stinnett, Furman | Stinnett, Furman v. Merck & Co., | 2:06-cv-00548-EEF-DEK |
| 3. | 1100252 | Carlile Law Firm, The | Wickware, Dec'D., Ravay V. | R-22; R-26 | Wickware, Rachel | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK |
| 4. | 1075256 | Cellino & Barnes, P.C. | Capasso, Jayne | | Capasso, Paul | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 5. | 1076603 | Cellino & Barnes, P.C. | Priest, Shirley | | Priest, Wayne | Allen, Mary v. Merck & Co., Inc. | 2:06-cv-02197-EEF-DEK |
| 6. | 1077107 | Cellino & Barnes, P.C. | Umbleby, Logan | R-33b | Umbleby, Patricia | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 7. | 1067547 | Freese & Goss, PLLC | Erby, Roy C. | | | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 8. | 1067554 | Freese & Goss, PLLC | Fatla, Carol J. | | FATLA, PAUL | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 9. | 1067698 | Freese & Goss, PLLC | Mariscal, James | | | Mariscal, Debra v. Merck & Co., Inc. | 2:08-cv-01809-EEF-DEK |
| 10. | 1067776 | Freese & Goss, PLLC | Radtke, William R. | R-37i | Radke, Mary | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 11. | 1084014 | Matthews & Associates | Oldaker, Donald E. | R-15; R-22; R-30 | Jennings, Alicia | Tolling Claimant | |
| 12. | 1083600 | Matthews & Associates | Robertson, Brittany M. | | | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| 13. | 1082929 | Matthews & Associates | Rodriguez Marquez, Manuel | R-19; R-26; R-7 | Rodriguez Roman, Manuel | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 14. | 1070372 | Pro Se | Wiggs, David Franklyn | | | Wiggs, David v. Merck & Co., Inc. | 2:06-cv-06961-EEF-DEK |

# Exhibit 5.3 C
**(No Notarization - Defer until 5/8/09)**

|   | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1. | 1090993 | Anderson, John H. | Mclaurin, Grace | R-15; R-16; R-99a | | Easterling, Doris v. Merck & Co., | 2:08-cv-00881-EEF-DEK |
| 2. | 1067466 | Freese & Goss, PLLC | Brooks, Bert W. | R-15 | | Dutlon, Betty v. Merck & Co., Inc. | 2:05-cv-02368-EEF-DEK |
| 3. | 1104696 | Gallagher Law Firm (TX) | Prather, Donna | R-15 | | Tolling Claimant | |
| 4. | 1084210 | Matthews & Associates | Nolan, Anna L. | R-15; R-29 | | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| 5. | 1084123 | Matthews & Associates | Pagan Garcia, Nelly | R-15 | | Padilla, Rosa M Acosta v. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK |
| 6. | 1083686 | Matthews & Associates | Simmons-Trepagnier, Vivian | R-15 | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |

## Exhibit 5.3 D
**(Notarization Deficiencies; Estoppel)**

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1. | 1052403 | Branch Law Firm | Gonzales, Edward T. | R-36 | | Koenigsfeld, Tina v. Merck & Co., Inc. | 2:08-cv-00867-EEF-DEK |
| 2. | 1052453 | Branch Law Firm | Griffin, Jean D. | R-36; R-7 | | Koenigsfeld, Tina v. Merck & Co., Inc. | 2:08-cv-00867-EEF-DEK |
| 3. | 1053118 | Branch Law Firm | Morgan, Beverly A. | R-36; R-5 | | Miller, Kevin L. v. Merck & Co., Inc. | 2:08-cv-00870-EEF-DEK |
| 4. | 1094637 | Carey & Danis, LLC | Davis, Yolanda | R-21 | | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| 5. | 1076130 | Cellino & Barnes, P.C. | Lee, Tracy M. | | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 6. | 1076155 | Cellino & Barnes, P.C. | Link, Dorothy M. | R-36 | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 7. | 1067601 | Freese & Goss, PLLC | Gunn, John F. | R-21 | | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 8. | 1083847 | Matthews & Associates | Brooks, Linda F. | R-21 | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 9. | 1083404 | Matthews & Associates | Orick, Robert E. | R-36 | | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| | | | **Exhibit 5.5 A** (No Notarization - Motion Withdrawn) | | | | |
| 1. | 1090975 | Anderson, John H. | Jones, Addie R. | R-15 | | Easterling, Doris v. Merck & Co., | 2:08-cv-00881-EEF-DEK |
| 2. | 1000652 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Adams, Susan Kay | | | Tolling Claimant | |
| 3. | 1004421 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Franz, Ethel N. | | | Tolling Claimant | |
| 4. | 1003560 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Vysniauskas, Peggy | | | Tolling Claimant | |
| 5. | 1024967 | Johnson, Charles H. & Associates | Morris, Tena B. | | | Tolling Claimant | |
| 6. | 1024985 | Johnson, Charles H. & Associates | Sanders, Norma L. | | | Tolling Claimant | |
| 7. | 1051174 | Lamb Firm, LLC, The | Ryan-Guzman, Guillermo | | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 8. | 1111952 | Levensten Law Firm, P.C. | Schemm, Mary | | | Tolling Claimant | |
| 9. | 1113473 | Pro Se | Meadows, Gary Wayne | | Meadows, Anna | Tolling Claimant | |
| 10. | 1113396 | Pro Se | Miller, George Paul | R-15 | | Tolling Claimant | |
| 11. | 1113733 | Stamps & Stamps | Lee, Velma L. | | | Hedrick, Doretha v. Merck & Co., Inc. | 2:08-cv-00150-EEF-DEK |
| 12. | 1113724 | Stamps & Stamps | Taylor, Sabrina | | | Clayton, Autry J. v. Merck & Co., Inc. | 2:07-cv-09401-EEF-DEK |

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
|  | **Exhibit 5.5 B** (No Notarization of Primary Claimant Release - Dismissal of Lawsuits; Extinguishment of Tolling) | | | | | | |
| 1. | 1003503 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Patton, Melanie | R-15 | | Tolling Claimant | |
| 2. | 1108483 | Bonsignore and Brewer | Serpa, Mary C. | R-15 | | Eldridge, Bernard v. Merck & Co., Inc. | 2:06-cv-09743-EEF-DEK |
| 3. | 1024807 | Johnson, Charles H. & Associates | Chapin, Daniel N. | R-15 | | Tolling Claimant | |
| 4. | 1024922 | Johnson, Charles H. & Associates | English, Constance E. | R-15 | | Tolling Claimant | |
| 5. | 1024993 | Johnson, Charles H. & Associates | Spencer, Joanna M. | R-15 | | Tolling Claimant | |
| 6. | 1025001 | Johnson, Charles H. & Associates | Turner, Bobby R. | R-15 | | Tolling Claimant | |
| 7. | 1024876 | Johnson, Charles H. & Associates | Vidas, Jamie I. | R-15 | | Tolling Claimant | |

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| | | | **Exhibit 5.5 C** *(No Notarization - Defer until 5/8/09)* | | | | |
| 1. | 1024895 | Johnson, Charles H. & Associates | Bruce, Herbert B. | R-15 | | Tolling Claimant | |
| 2. | 1024923 | Johnson, Charles H. & Associates | Erickson, Sidney J. | R-15 | | Tolling Claimant | |
| 3. | 1001053 | Pro Se | Poole, Louise | R-15; R-22 | Burr, Brenda | Garry, Robert L. v. Merck & Co., | 2:06-cv-10155-EEF-DEK |
| 4. | 1001053 | Pro Se | Poole, Louise | R-15; R-22 | | Garry, Robert L. v. Merck & Co., | 2:06-cv-10155-EEF-DEK |
| 5. | 1056214 | Pro Se | Welke, Leroy Alfred | R-15; R-7 | | Tolling Claimant | |