UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibits 6.3A and 6.3B | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

By Order entered April 17, 2009, the Court deferred until April 29, 2009 consideration of Defendant Merck & Co., Inc.'s Sixth Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met (R. Doc. 18058) as to those claimants listed on Exhibit 6.3. That further hearing having now been held, and for the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as to all plaintiffs listed on the attached Exhibit 6.3A.

**IT IS FURTHER ORDERED** that the claims of all derivative plaintiffs listed on the attached Exhibit 6.3B be and they hereby are dismissed with prejudice.

**IT IS FURTHER ORDERED** the claims of all derivative claimants listed as "tolling claimants" on Exhibit 6.3B be and they hereby are extinguished, and the Tolling Agreement (Notice filed in the MDL Court on June 9, 2005) is hereby voided as to those claimants.

**NEW ORLEANS, LOUISIANA**, this  30th  day of        April        , 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1

# Exhibit 6.3 A
**(Deficiencies in Derivative Releases - Motion Withdrawn)**

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1. | 1051703 | Branch Law Firm | Baxter, Bj | | Baxter, Esta | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK |
| 2. | 1051725 | Branch Law Firm | Bender, Curtis | R-37a | Bender, Patsy | Asante, Azariah v. Merck & Co., Inc. | 2:08-cv-00871-EEF-DEK |
| 3. | 1052441 | Branch Law Firm | Green, Cumer Leon | | GREEN, CLIFFORD | Baxter, B.J. v. Merck & Co., Inc. | 2:06-cv-06440-EEF-DEK |
| 4. | 1052455 | Branch Law Firm | Griffin, Willa | | Griffin, Anthony | Robles, Carmen v. Merck & Co., | 2:06-cv-06963-EEF-DEK |
| 5. | 1053377 | Branch Law Firm | Reed, Beatrice | | Reed, JB | Green, William v. Merck & Co., Inc. | 2:07-cv-05252-EEF-DEK |
| 6. | 1053682 | Branch Law Firm | Striggles, Debra Ann Mcallister | | Striggles, Ronnie | Schaefer, Vincent v. Merck & Co., Inc. | 2:07-cv-04042-EEF-DEK |
| 7. | 1053998 | Branch Law Firm | Yowell, Belinda Rae | | Yowell, Glen | Adams, Chamitra v. Merck & Co., Inc. | 2:06-cv-06243-EEF-DEK |
| 8. | 1074985 | Cellino & Barnes, P.C. | Abbott, Charlotte E. | | Phillips, Hope | Phillips, Hope v. Merck & Co., Inc. | 2:08-cv-00238-EEF-DEK |
| 9. | 1075020 | Cellino & Barnes, P.C. | Anderson-Vance, Marcia | R-7 | Hester, Curtis | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 10. | 1075022 | Cellino & Barnes, P.C. | Andolina, Annabelle | | Andolina, Mamie | Andolina, Mamie v. Merck & Co., Inc. | 2:06-cv-09751-EEF-DEK |
| 11. | 1075041 | Cellino & Barnes, P.C. | Arsena, Vito | | Arsena, John | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 12. | 1075045 | Cellino & Barnes, P.C. | Atkins, Carol J. | | Masiuk, Elaine | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK |
| 13. | 1075068 | Cellino & Barnes, P.C. | Bardo, Madeline | | Coles, Patti | Coles, Patti v. Merck & Co., Inc. | 2:07-cv-02936-EEF-DEK |
| 14. | 1075084 | Cellino & Barnes, P.C. | Baxter, William | | Baxter, William | Baxter, Michael v. Merck & Co., Inc. | 2:08-cv-00324-EEF-DEK |
| 15. | 1075104 | Cellino & Barnes, P.C. | Benner, William | | Benner, William | Baxter, Michael v. Merck & Co., Inc. | 2:07-cv-09123-EEF-DEK |
| 16. | 1075172 | Cellino & Barnes, P.C. | Brean, George R. | | Brean, Julie | Austin, James v. Merck & Co., Inc. | 2:06-cv-02211-EEF-DEK |
| 17. | 1075214 | Cellino & Barnes, P.C. | Bryant, Isabelle C. | | Torella, Dom | Torella, Dominic J. v. Merck & Co., Inc. | 2:07-cv-06231-EEF-DEK |
| 18. | 1075210 | Cellino & Barnes, P.C. | Bryant, John T. | | Thomas, June | Bartley, Samuel v. Merck & Co., Inc. | 2:06-cv-02196-EEF-DEK |
| 19. | 1075237 | Cellino & Barnes, P.C. | Byrd, Joyce F. | | Titcombe, Vicki | Titcombe Vickie L. v. Merck & Co., Inc. | 2:07-cv-09127-EEF-DEK |
| 20. | 1075282 | Cellino & Barnes, P.C. | Case, Lynn | | Case,Jr, Lynn | Phillips, Hope v. Merck & Co., Inc. | 2:07-cv-09125-EEF-DEK |

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| | | | | **Exhibit 6.3 A** (Deficiencies in Derivative Releases - Motion Withdrawn) | | | |
| 21. | 1075293 | Cellino & Barnes, P.C. | Cavaiuolo, Maria | | Cavaiuolo, Vittoria | Anderson, Marsha v. Merck & Co., Inc. | 2:06-cv-10622-EEF-DEK |
| 22. | 1075299 | Cellino & Barnes, P.C. | Charsley, Howard L. | | Charsley-Joslin, Pamela | Charsley-Joslin, Pamela v. Merck & Co., Inc. | 2:06-cv-11091-EEF-DEK |
| 23. | 1075336 | Cellino & Barnes, P.C. | Cogar, Donna | | Tytka, Barbara | Tytka, Barbara M. v. Merck & Co., Inc. | 2:08-cv-00731-EEF-DEK |
| 24. | 1075422 | Cellino & Barnes, P.C. | Daley, Vivian J. | | Zair, Christine | Baxter, Michael v. Merck & Co., Inc. | 2:07-cv-09123-EEF-DEK |
| 25. | 1075423 | Cellino & Barnes, P.C. | Dalton, Charles | | Dalton, Chastity | Abdalle Lassan, Mohamoud v. Merck & Co., Inc. | 2:06-cv-02202-EEF-DEK |
| 26. | 1075495 | Cellino & Barnes, P.C. | Dixon, Mollie H. | | Davis, Willie | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 27. | 1075508 | Cellino & Barnes, P.C. | Doring, Edward J. | | Winston, Christina | Watson, Christina Y. v. Merck & Co., Inc. | 2:06-cv-03625-EEF-DEK |
| 28. | 1075532 | Cellino & Barnes, P.C. | Duiker, Johanness | | Duiker, Ernest | Duiker, Ernest v. Merck & Co., Inc. | 2:08-cv-00733-EEF-DEK |
| 29. | 1075537 | Cellino & Barnes, P.C. | Durgala, Louis J. | | Durgala, Stephen | Durgala, Stephen v. Merck & Co., Inc. | 2:08-cv-00734-EEF-DEK |
| 30. | 1075564 | Cellino & Barnes, P.C. | Emerson, Carolyn Joy | | Reid, James | Reid, James W. v. Merck & Co., Inc. | 2:06-cv-01163-EEF-DEK |
| 31. | 1075580 | Cellino & Barnes, P.C. | Farmer, Bobby | | Thomas, Shirley | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK |
| 32. | 1075592 | Cellino & Barnes, P.C. | Ferguson, Jerome E. | | Ferguson,Jr., Jerome | Ferguson, Jerome v. Merck & Co., Inc. | 2:06-cv-03627-EEF-DEK |
| 33. | 1075599 | Cellino & Barnes, P.C. | Fiddemon, Willie Mae | | Fiddemon, Calvin | Fiddemon, Rev. Calvin W. v. Merck & Co., Inc. | 2:08-cv-00742-EEF-DEK |
| 34. | 1075600 | Cellino & Barnes, P.C. | Finley, Jerome | | Finley, Brandy | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 35. | 1075607 | Cellino & Barnes, P.C. | Fisher, Marvin | | Lewis, Terri | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 36. | 1075634 | Cellino & Barnes, P.C. | Freedman, Mary | | Faden, Andrea | Andolina, Mamie v. Merck & Co., Inc. | 2:06-cv-09751-EEF-DEK |
| 37. | 1075639 | Cellino & Barnes, P.C. | Frey, George | | Frey, Mary | Frey, Mary L. v. Merck & Co., Inc. | 2:08-cv-00239-EEF-DEK |

## Exhibit 6.3 A
### (Deficiencies in Derivative Releases - Motion Withdrawn)

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 38. | 1075658 | Cellino & Barnes, P.C. | Gallipeau, Virginia | | Gallipeau, Ronald | Gallipeau, Ronald v. Merck & Co., Inc. | 2:06-cv-01215-EEF-DEK |
| 39. | 1075666 | Cellino & Barnes, P.C. | Gary, Julia M. | | Harvin, Jacqueline | Harvin, Jacqueline v. Merck & Co., Inc. | 2:08-cv-00216-EEF-DEK |
| 40. | 1075695 | Cellino & Barnes, P.C. | Gleason, Joann | | Reynolds, Julie | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 41. | 1075749 | Cellino & Barnes, P.C. | Hale, Lisa Brown | | Hale, Terry | Alwine, Sandra v. Merck & Co., Inc. | 2:06-cv-02201-EEF-DEK |
| 42. | 1075758 | Cellino & Barnes, P.C. | Hand, Richard | | Hundley, Debra | Hundley, Debra S. v. Merck & Co., Inc. | 2:08-cv-00235-EEF-DEK |
| 43. | 1075765 | Cellino & Barnes, P.C. | Hardeman, Manuala | | Hardeman, Bobby | Flint, Catherine v. Merck & Co., Inc. | 2:06-cv-01179-EEF-DEK |
| 44. | 1075820 | Cellino & Barnes, P.C. | Hensley, Louis | | Hensley, Roxy | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 45. | 1075859 | Cellino & Barnes, P.C. | Horth, Mae | | Horth, David | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK |
| 46. | 1075874 | Cellino & Barnes, P.C. | Huch, Susan | | Huch, Ronald | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 47. | 1076003 | Cellino & Barnes, P.C. | Kaylor, James | | Kaylor, Johnny | Kaylor, Johnny J. v. Merck & Co., Inc. | 2:08-cv-00356-EEF-DEK |
| 48. | 1076023 | Cellino & Barnes, P.C. | Kilgore, Lottie J. | | Brewer, Lisa | Brewer, Lisa v. Merck & Co., Inc. | 2:08-cv-00741-EEF-DEK |
| 49. | 1076029 | Cellino & Barnes, P.C. | Kingston, Henry L. | | Carone, Carol | Carone, Carol A. v. Merck & Co., Inc. | 2:08-cv-00229-EEF-DEK |
| 50. | 1076048 | Cellino & Barnes, P.C. | Knize, Dorothy | | Knize, Suzanne | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 51. | 1076051 | Cellino & Barnes, P.C. | Kobielski, Sophie G. | | Kobielski, John | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK |
| 52. | 1076085 | Cellino & Barnes, P.C. | Lafleche, Daniel | | LaFleche, Kathleen | Brewer, Walter v. Merck & Co., Inc. | 2:06-cv-01166-EEF-DEK |
| 53. | 1076098 | Cellino & Barnes, P.C. | Lane, Jean D. | | Lane, Carla | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 54. | 1076114 | Cellino & Barnes, P.C. | Laux, Henrietta | | Laux, Jr., Fred | Laux, Gary R. v. Merck & Co., Inc. | 2:06-cv-01155-EEF-DEK |
| 55. | 1076114 | Cellino & Barnes, P.C. | Laux, Henrietta | | Laux, Gary | Laux, Gary R. v. Merck & Co., Inc. | 2:06-cv-01155-EEF-DEK |

**Exhibit 6.3 A**
**(Deficiencies in Derivative Releases - Motion Withdrawn)**

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 56. | 1076131 | Cellino & Barnes, P.C. | Lee, Charles | R-7 | Lee, Kathy | Baxter, Michael v. Merck & Co., Inc. | 2:07-cv-09123-EEF-DEK |
| 57. | 1076132 | Cellino & Barnes, P.C. | Lee, Lewis | | Tucker, Antonia | Tucker, Antonia v. Merck & Co., Inc. | 2:07-cv-09129-EEF-DEK |
| 58. | 1076142 | Cellino & Barnes, P.C. | Lewandowski, Irene E. | | Malkiewicz, Mark | Malkiewicz, Marc T. v. Merck & Co., Inc. | 2:06-cv-01158-EEF-DEK |
| 59. | 1076149 | Cellino & Barnes, P.C. | Lighthart, Edith | | Lighthart, Edward | Lighthart, Edward A. v. Merck & Co., Inc. | 2:06-cv-03622-EEF-DEK |
| 60. | 1076262 | Cellino & Barnes, P.C. | Mayes, Joyce | | Mayes, Thomas | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK |
| 61. | 1076272 | Cellino & Barnes, P.C. | Mcclellan, Janice M. | | McClellan, Ellis | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 62. | 1076314 | Cellino & Barnes, P.C. | Mendrykowski, Loretta | | Benson, Diane | Benson, Dianne v. Merck & Co., Inc. | 2:06-cv-11090-EEF-DEK |
| 63. | 1076317 | Cellino & Barnes, P.C. | Merchant, James | | Bauder, Penny | Aponte, Miguel G. v. Merck & Co., Inc. | 2:06-cv-02215-EEF-DEK |
| 64. | 1076362 | Cellino & Barnes, P.C. | Misko, Evelyn L. | | Misko, Sharon | Misko, Sharon v. Merck & Co., Inc. | 2:08-cv-00217-EEF-DEK |
| 65. | 1076437 | Cellino & Barnes, P.C. | Neal, Roderick | | Maracle, Christie | Maracle, Kristie L. v. Merck & Co., Inc. | 2:06-cv-01518-EEF-DEK |
| 66. | 1076465 | Cellino & Barnes, P.C. | Nolan, Helen | | Nolan, Robert | Nolan, Robert v. Merck & Co., Inc. | 2:08-cv-00222-EEF-DEK |
| 67. | 1076520 | Cellino & Barnes, P.C. | Pandolfi, Mary | | Pandolfi, James | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 68. | 1076652 | Cellino & Barnes, P.C. | Reed, Gladys | | Reed, Willie | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 69. | 1076677 | Cellino & Barnes, P.C. | Rheaume, Louis | | Rheaume, Ann | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK |
| 70. | 1076719 | Cellino & Barnes, P.C. | Robinson, Viola L. | | Robinson Jr., Ben | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK |
| 71. | 1076764 | Cellino & Barnes, P.C. | Rumfola, Jennie | R-37d | Mitchum, Debbie | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK |
| 72. | 1076782 | Cellino & Barnes, P.C. | Salas, Barbara | | Maldonado, Jose | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 73. | 1076796 | Cellino & Barnes, P.C. | Sapone, Carmelo V. | | Sapone, Delores | Andrews, Louis v. Merck & Co., Inc. | 2:06-cv-02218-EEF-DEK |
| 74. | 1076806 | Cellino & Barnes, P.C. | Saunders, Georgia | | Saunders, Barbara | Saunders, Barbara v. Merck & Co., Inc. | 2:08-cv-00218-EEF-DEK |
| 75. | 1076823 | Cellino & Barnes, P.C. | Schneider, Marie | | Schneider, Pamela | Andolina, Mamie v. Merck & Co., Inc. | 2:06-cv-09751-EEF-DEK |

## Exhibit 6.3 A
### (Deficiencies in Derivative Releases - Motion Withdrawn)

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 76. | 1076878 | Cellino & Barnes, P.C. | Shields, Alfred | | Shields, Sally | Quadd, James J. v. Merck & Co., Inc. | 2:06-cv-01183-EEF-DEK |
| 77. | 1076906 | Cellino & Barnes, P.C. | Slominski, Lucas | | Slominski, Philip | Harvin, Jaqueline v. Merck & Co., Inc. | 2:07-cv-09124-EEF-DEK |
| 78. | 1076938 | Cellino & Barnes, P.C. | Sobkowiak, Louise | | Sobkowiak, Raymond | Brown, Sylvia v. Merck & Co., Inc. | 2:06-cv-10128-EEF-DEK |
| 79. | 1076938 | Cellino & Barnes, P.C. | Sobkowiak, Louise | | Imiola, Sandra | Brown, Sylvia v. Merck & Co., Inc. | 2:06-cv-10128-EEF-DEK |
| 80. | 1076963 | Cellino & Barnes, P.C. | Spurlock, Ruth | | Spurlock, Richard | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK |
| 81. | 1076965 | Cellino & Barnes, P.C. | St. George, Minnie | R-37a | St. George, Anthony | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 82. | 1076965 | Cellino & Barnes, P.C. | St. George, Minnie | R-37a | St. George, Toni | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 83. | 1077066 | Cellino & Barnes, P.C. | Thomson, Jack | | Thomson, Jay | Thomson, Jay v. Merck & Co., Inc. | 2:08-cv-00328-EEF-DEK |
| 84. | 1077107 | Cellino & Barnes, P.C. | Umbleby, Logan | R-33b | Lee, Brenda | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 85. | 1077155 | Cellino & Barnes, P.C. | Wagner, Dan | R-30 | Wagner, Jr., Thomas | Wagner, Tom Jr. v. Merck & Co., Inc. | 2:08-cv-00232-EEF-DEK |
| 86. | 1077235 | Cellino & Barnes, P.C. | Wilbern, Willie | | Wilbern, David | Wilbern, David v. Merck & Co., Inc. | 2:08-cv-00737-EEF-DEK |
| 87. | 1077257 | Cellino & Barnes, P.C. | Williams, Roosevelt | | Williams, Maurice | Williams, Anglo v. Merck & Co., | 2:08-cv-00738-EEF-DEK |
| 88. | 1077274 | Cellino & Barnes, P.C. | Witkowski, Raymond | | Witkowski, Eugene | Witkowski, Eugene v. Merck & Co., Inc. | 2:08-cv-00355-EEF-DEK |
| 89. | 1077279 | Cellino & Barnes, P.C. | Wolfe, Sally | | Wolfe, David | Buchak, Boris v. Merck & Co., Inc. | 2:06-cv-10127-EEF-DEK |
| 90. | 1077299 | Cellino & Barnes, P.C. | Young, Michael | | Young, Lutricia | Disalvo, Angelo v. Merck & Co., Inc. | 2:06-cv-01194-EEF-DEK |
| 91. | 1077304 | Cellino & Barnes, P.C. | Youngs, Emma | | Palazolo, Eric | Buchak, Boris v. Merck & Co., Inc. | 2:06-cv-10127-EEF-DEK |
| 92. | 1077312 | Cellino & Barnes, P.C. | Zemrose, Ann | | Zemrose, Michael | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 93. | 1067610 | Freese & Goss, PLLC | Hanneman, Aldred | R-37i | Hannenman, Elaine | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 94. | 1081056 | Herman, Herman, Katz & Cotler, LLP | Balkin, Howard | R-30 | Balkin, Mark | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |

## Exhibit 6.3 A
### (Deficiencies in Derivative Releases - Motion Withdrawn)

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 95. | 1081068 | Herman, Herman, Katz & Cotler, LLP | Brinkman, Marilyn |  | Helm, Bridget | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| 96. | 1081172 | Herman, Herman, Katz & Cotler, LLP | Smith, Ben R. |  | Savoy, Jennifer | Johnson, Harry J. v. Merck & Co., Inc. | 2:05-cv-04422-EEF-DEK |
| 97. | 1081172 | Herman, Herman, Katz & Cotler, LLP | Smith, Ben R. |  | Smith, Harley | Johnson, Harry J. v. Merck & Co., Inc. | 2:05-cv-04422-EEF-DEK |
| 98. | 1081172 | Herman, Herman, Katz & Cotler, LLP | Smith, Ben R. |  | Smith, Payton | Johnson, Harry J. v. Merck & Co., Inc. | 2:05-cv-04422-EEF-DEK |
| 99. | 1081172 | Herman, Herman, Katz & Cotler, LLP | Smith, Ben R. |  | Smith, Emily | Johnson, Harry J. v. Merck & Co., Inc. | 2:05-cv-04422-EEF-DEK |
| 100. | 1081172 | Herman, Herman, Katz & Cotler, LLP | Smith, Ben R. |  | Smith, Lindsey | Johnson, Harry J. v. Merck & Co., Inc. | 2:05-cv-04422-EEF-DEK |
| 101. | 1084228 | Matthews & Associates | Lee, Mary N. |  | Lee, Willie | Tolling Claimant |  |
| 102. | 1082989 | Matthews & Associates | Mitchell, Dorothy J. | R-30 | Scott, Antionette | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 103. | 1083735 | Matthews & Associates | Mitchell, Ollie M. |  | Mitchell, Ned | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 104. | 1065341 | Pro Se | Feltovich, John Edward |  | feltovich, mary | Feltovich, John E. v. Merck & Co., Inc. | 2:05-cv-03474-EEF-DEK |
| 105. | 1069926 | Simon Passanante PC | Barnett, Lillie I. |  | Ross, Tahariah | Anderson, Debra v. Merck & Co., Inc. | 2:05-cv-01045-EEF-DEK |

| | | | **Exhibit 6.3 B** <br> (Deficiencies in Derivative Releases - <br> Dismissal of Derivative Claim Only; Extinguishment of Derivative Tolling Agreement Only) | | | | |
|---|---|---|---|---|---|---|---|
| | **VCN** | **Primary Counsel** | **Claimant Name** | **Current Deficiencies** | **Derivative Claimant Name** | **Case Caption** | **Docket Number** |
| 1. | 1052453 | Branch Law Firm | Griffin, Jean D. | R-36; R-7 | Griffin, Donald | Koenigsfeld, Tina v. Merck & Co., Inc. | 2:08-cv-00867-EEF-DEK |
| 2. | 1052613 | Branch Law Firm | Hoofner Whitfield, Ruby | R-7 | Hoofner, Alvin | Ahmad, Fatemeh v. Merck & Co., Inc. | 2:06-cv-06441-EEF-DEK |
| 3. | 1052645 | Branch Law Firm | Hum, Edna | R-7 | Hum, Thomas | Andrews, Lillian v. Merck & Co., | 2:06-cv-06443-EEF-DEK |
| 4. | 1052837 | Branch Law Firm | Leist, Gloria B. | R-7 | Leist, Donald | Martinez, Lydia v. Merck & Co., Inc. | 2:07-cv-04157-EEF-DEK |
| 5. | 1053212 | Branch Law Firm | Ortega, Stella | R-7 | Ortega, Brigido | Nonies, Ernest v. Merck & Co., Inc. | 2:08-cv-01026-EEF-DEK |
| 6. | 1053632 | Branch Law Firm | Soto, Linda | R-7 | Soto, Polo | Soto, Linda v. Merck & Co., Inc. | 2:08-cv-01040-EEF-DEK |
| 7. | 1083010 | Matthews & Associates | Church, Florine | R-7 | Allen, Darrell | Tolling Claimant | |
| 8. | 1083258 | Matthews & Associates | Ferrer Torres, Luis A. | R-30; R-7 | Martinez Ferrer, Ilia | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 9. | 1082929 | Matthews & Associates | Rodriguez Marquez, Manuel | R-19; R-26; R-7 | Rodriguez Perez, Sheily | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 10. | 1070160 | Simon Passanante PC | Parker, Roberta E. | R-7 | Parker, DeAnthony | Noble, Richard v. Merck & Co., Inc. | 2:05-cv-01060-EEF-DEK |
| 11. | 1070622 | The Law Group, Ltd. | Lynch, Dustan W. | R-37d; R-7 | Lynch, Ruth | Tolling Claimant | |