UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

In Re: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to all cases

---

]  CIVIL ACTION MDL-1657

]  JUDGE ELDON E. FALLON

]  MAGISTRATE DANIEL E. KNOWLES, III

### WEINER, CARROLL & STRAUSS' NOTICE OF OBJECTION TO THE PSC FEE REQUEST

In accordance with this Court's Order, the undersigned files this notice of objection to the PSC fee request.

While this Court did not require briefing on the objection, a Memorandum and Affidavits accompany this objection in hopes that it will frame the debate and issues to be discussed at the status conference.

Dated: May 6, 2009

RICHARD J. WEINER, ESQ. #9015
Weiner, Carroll & Strauss
136 Summit Avenue
Montvale, New Jersey   07645
Ph. (201) 930-0400
Fax: (201) 930-0066
rjweiner@optonline.net

Plaintiff's Counsel