UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

In Re: VIOXX

PRODUCT LIABILITY LITIGATION

This document relates to ALL ACTIONS

---

MDL-Docket No. 1657

Section L
JUDGE ELDON E. FALLON

MAGISTRATE DANIEL E. KNOWLES, III

**AFFIDAVIT**

**STATE OF NEW JERSEY:**
                                ss
**COUNTY OF BERGEN:**

CYNTHIA ANSELMO of full age upon her oath deposes and states:

1.      I am a paralegal with the law firm of Weiner, Carroll & Strauss, representing various plaintiffs in this Vioxx Product Liability Litigation.

2.      I became involved with the Vioxx cases in our office in September 2005. Since that date my duties have entailed obtaining medical, hospital and pharmaceutical records as well as corresponding and contacting counsel on the Steering Committee with regard to the inclusion of our cases among the list of Lexis Nexis cases, inquiries concerning the "MDL Package", procurement of non-case specific exhibits and documents, and inquiries into obtaining a copy of the "Agreement" executed by this firm with regard to the "Litigation expense fund and the assessment of the monetary recovery".

3.      When the issue arose with regard to settlement, at the direction of Mr. Weiner, I e-mailed the attached, Exhibit A, to counsel on March 18, 2008 requesting clarification of the financial arrangement and the proposed percentage sought by the Committee. No reply was ever

received. In addition thereto, I contacted the law firm that I was led to believe had the responsibility of compiling and organizing the Agreements that counsel signed with respect to the litigation expense fund established by Pretrial Order No. 19 dated August 4, 2005. The purpose of the contact was to obtain a copy of the Agreement that was entered into by this firm as Mr. Weiner had no recollection of ever signing such document. I was informed that no signed Agreement by this firm could be located.

4.  Initially, when notified by the Court that we had to include our cases among the list of cases on Lexis Nexis, I contacted counsel on the Steering Committee to inquire into the procedure to include our firm and cases on Lexis Nexis. It was only after numerous e-mails (Exhibit B) and ultimately telephone contact directly with Lexis Nexis that this firm's cases were finally included in the service.

5.  I was informed by Mr. Weiner that our firm was entitled to receive the "MDL Package". It was my understanding that this package included discovery and documents pertinent to all Vioxx litigation. Despite numerous inquiries into where and how the same could be obtained, we were never provided with the name of the specific individual designated as the person to contact for a copy of the "MDL Package". Since there was never a definitive response as to who was responsible for the circulation of this package to plaintiffs' counsel, needless to say, our firm never received any "MDL Package".

6.  Attached as Exhibit C is a copy of an April 12, 2007 e-mail seeking copies of exhibits and/or information on how the same can be obtained. No response was ever received.

7.  In substance, each and every time that I attempted to obtain any documents or information, I was never provided with any information that was useful and/or would facilitate our firm in obtaining copies of documents and/or discovery which the PSC and PLC claimed was readily available to counsel.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: May 6, 2009

_____
CYNTHIA ANSELMO

Sworn to and subscribed before
me this 6th day of May, 2009

_____
LESLIE ZISKIS

LESLIE ZISKIS
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES DEC 17 2009

# EXHIBIT A

Mr. Seeger:                                          March 18, 2008

    Please explain to me if you will what you understand to be the financial arrangement between the steering committee and those of us with multiple Vioxx cases. Specifically, please advise whether the proposed 8% for settling the case is in place of and in stead of the sums that would have been charged if discovery had proceeded.

    It is very important to my clients and myself that we know whether the negotiating committee will be seeking only the 8% or whether the attorneys will be charged an additional 3% for the "MDL Package" which was never received by this office.

    Your prompt response will be most appreciated.

                                  Very truly yours,

                                  RICHARD J. WEINER

cc: Russ Herman, Esq.

# EXHIBIT B

| | |
|---|---|
| Subject | **NJ Vioxx cases** |
| From | <rjweiner@optonline.net> |
| Date | Friday, April 27, 2007 5:19 pm |
| To | lngcl-efile-di@lexisnexis.com, |

Our firm represents each of the plaintiffs in the attachment - Vioxx cases v. Merck. I was instructed by Chris of LexisNexis to e-mail this list over so that these cases can be put into the Lexis Nexis system of Vioxx cases in New Jersey. Please include these cases in the listing ASAP as Judge Higbee has requested that we accomplish this promptly.

| | |
|---|---|
| Subject | Listing with LexisNexis |
| From | <rjweiner@optonline.net> |
| Date | Tuesday, April 24, 2007 4:14 pm |
| To | Poulos@hugheshubbard.com, |

Mr. Poulos:

Can you confirm that the list of cases which we e-mailed to you last week has been added to Lexis Nexis?  Without a transaction number, I hav not been able to locate our files

Thank you!

| | |
|---|---|
| Subject | adding files to File & Serve |
| From | <rjweiner@optonline.net> |
| Date | Friday, April 20, 2007 3:14 pm |
| To | Poulos@hugheshubbard.com, |

Dear Mr. Poulos,

I spoke with you yesterday about this firm's NJ Vioxx cases and adding them to LexisNexis File & Serve. I have attached our list of cases with name, docket number and date of service. Please advise what our next step is to getting these cases in the system.

Thank you!

| | |
|---|---|
| Subject | LexisNexis Service |
| From | <rjweiner@optonline.net> |
| Date | Monday, April 9, 2007 1:25 pm |
| To | sweiss@anapolschwartz.com, |

Will you kindly provide information with regard to the file and serve services provided by LexisNexis - We do not subscribe as yet and would like to know the cost involved for the FILE AND SERVE

Thank you for an early reply

| | |
|---|---|
| Subject | [Fwd: Vioxx Cases] |
| From | "Richard J. Weiner" <rjweiner@optonline.net> |
| Date | Wednesday, April 4, 2007 9:34 am |
| To | vioxxqueen@optonline.net |

-------- Original Message --------
Subject: Vioxx Cases
Date: Tue, 03 Apr 2007 16:36:27 -0400
From: Carmen.Mangual@judiciary.state.nj.us
To: rjweiner@optonline.net
CC: michelangelo.troisi@dechert.com

Counsel: I am, once again, unable to find your cases on Lexis Nexis File & Serve in the Vioxx Litigation. I am attaching, as a courtesy, Orders to amend complaint. Please make sure that any Vioxx, Case No. 619 cases that your office has filed in this court are added to File & Serve asap. Thank you.

Carmen Mangual
Secretary to Judge Carol E. Higbee
Carmen.Mangual@judiciary.state.nj.us
(609) 343-2190

# EXHIBIT C

| | |
|---|---|
| Subject | Re: RE: Trial Selection Form - exhibits |
| From | <vioxxqueen@optonline.net> |
| Date | Thursday, April 12, 2007 5:54 pm |
| To | "Wagner, Michael" <MWagner@seegerweiss.com>, |

Mr. Wagner:

I am a paralegal with the firm of Weiner, Carroll & Strauss - certainly not a Vioxxqueen - although that is the name that I was given when I hired on with the firm as a result of their involvement with Vioxx clients.

I have sent again the attachments - hopefully this time they will not be corrupt. I have forwarded these summaries to Mr. Galpern as well.

Lasly, the exhibits that I am looking for are the exhibits concerning Merck's advertising campaign and other issues with the FDA - exhibits that are not case specific. Are you able to tell us now    how we can get copies of them?

Thanks!