## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Objection has been served on Liaison Counsels, Phillip A. Whittman and Russ Herman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced, in accordance with Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisisana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 6th day of May, 2009.

WEINER, CARROLL & STRAUSS
136 Summit Avenue
Montvale, New Jersey 07645
Plaintiffs' Counsel

RICHARD J. WEINER, ESQ. #9015