DANNY BELL # K-68611
F.S.P.   5-AB2-40
P.O. Box 950
Folsom, CA 95763

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED   MAY - 4 2009  WP

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ORIGINAL**

| | |
|---|---|
| IN re: VIOXX<br>Products Liability Litigation<br><br>This document relates to:<br>Danny Bell 2:05-CV-01243-EEF<br>DEK | MDL Docket No. 1657<br>Section L<br>Judge Fallon<br>Magistrate Judge Knowles |

Plaintiff Danny Bell Response To Defendant's Motion To Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met

Plaintiff Danny Bell, (Pro Se) in response to defendant Merck & Co., Inc., request to Show Cause Order," Why have plaintiff failed to fully comply with the enrollment requirements of the "Master Settlement Agreement (MSA or "Agreement"). Bell states as follows:

Defendant argues that Plaintiff Bell failed to fully comply with the enrollment requirements of the "MSA" in that Bell has failed to cure the Notarization issue.

TENDERED FOR FILING
MAY 04 2009
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee_____
Process_____
X Dktd_____
X CtRmDep_____
Doc No._____

Plaintiff Bell is a Pro Se, Indigent, Incarcerated in the California Department of Corrections And Rehabilitation overcrowded prison system. As so, plaintiff Bell must depend on the Notary services of M. Michaud Corrections Counselor. Also, to date Bell has received no copy of the "MSA."

As a indigent, Counselor Michaud has informed that, "their is no fee waiver for persons seeking Notary services. Notary/Counselor Michaud has informed plaintiff Bell that, in order for Notary services to be performed plaintiff would need to pay a $10.00 (ten dollar) service fee, and the money would had to be deposited in plaintiff's trust Account as available for withdrawl. To date plaintiff Bell's received no trust Account or fees available for withdrawl, so Notary services were denied.

Being so, plaintiff sought the witness of other available staff as to the date of and witness to plaintiff' signature.

Plaintiff's Derivative Minor Claimant's signature were also witnessed by available means on the same date of Plaintiff's. The Legal Mail Postal Officer signed and sealed the Release as filed on January 28, 2008, per Mailbox Rule.

2

For the foregoing reasons, Plaintiff Bell has no speedy or adequate remedy exempt the due dilligence sought to meet the deadline santioned by the Claims Administrator.

The foregoing information is true and to the best of my knowledge and understanding.

Date April 29, 2009

Respectfully Submitted By:

*Danny Bell*

DANNY BELL (Pro Se)
PLAINTIFF.

Further, to date, Plaintiff Bell has not received a copy of the Master Settlement Agreement. Bell has written the Claims Administrator several inquiries as to plaintiff receiving a copy of the MSA, all of which to no avail. The only information I've attained pursuant to the MSA, were a "Discription of Settlement Agreement" mailed to me by Liaison Counsel on the date of December 12, 2007.

Again, "Would you please send me a copy of the "MSA."

Thank You!

*Danny Bell*

3

(C.C.P. §§446; 2015.5;
28 U.S.C. §1746)

I, __Danny Bell__, declare under the penalty of perjury that:

I am the __Plaintiff__ in the attached matter; I have read the foregoing document(s) and know the contents thereof; and the same is true of my own personal knowledge, or upon information and belief therein that they are true; that if called to testify as to the contents hereof I could do so competently as a sworn witness.

Executed this __29th__ day of __April__, __2009__, at California State Prison / Represa, California 95671.

(Signature) __Danny Bell__
Declarant

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DECLARATION OF SERVICE BY MAIL

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, __Danny Bell__, declare: That I am a resident of California State Prison, State of California; I am over the age of 18 years; I am/am not a party to the above entitled action; My address is P.O. Box 290066, Represa, California 95671-0066; I served the attached document(s) entitled:

__Notice And Motion For Relief From Judgment__
__Response To Defendant's Show Cause Request__

on the persons/parties specified below by placing a true and duplicated copy of said documents into a sealed envelope with appropriate First Class Postage affixed thereto and prepaid, and placing said envelope(s) into the United States Mail in a deposit box provided at the California State Prison / _____, Represa, California, addressed as follows:

Clerk Of Court
United States District Court
Eastern District Of Louisiana
500 Poydras St. Rm. C-151
New Orleans, LA 70131

STONE PIGMAN WALTER WITTMAN LLC
(Dorothy H. Wimberly, Attorney At Law)
546 Carondelet St.
New Orleans, LA 70130-3588

HERMAN, HERMAN, KATZ & COTLAR L.L.P.
(Attorneys At Law)
820 O'Keefe Avenue,
New Orleans, LA 70113-1116

There is First Class mail delivery service by United States Mail at the places so addressed and/or regular communication by mail between the place of mailing and the addresses above. I declare under the penalty of perjury that the foregoing is true and correct and that I executed this service on this __29th__ day of __April__, __2009__ at California State Prison / _____, Represa, California 95671.

4

(Signature) __Danny Bell__
Declarant



## STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

DOROTHY H. WIMBERLY
A PROFESSIONAL CORPORATION
DIRECT DIAL: (504) 593-0849
DIRECT FAX: (504) 596-0849
E-Mail: dwimberly@stonepigman.com

OUR FILE NUMBER

66,000

April 24, 2009

**VIA EXPRESS MAIL**

Danny Louis Bell
F.S.P.
P.O. Box 950
Folsom, CA  95763

Re:     Vioxx Settlement Program

Dear Mr. Bell:

I enclose a copy of Defendant Merck & Co., Inc.'s Second Supplemental Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met (Additional Deficient Claimants) and Order setting the motion for hearing on May 8, 2009 at 9:00 a.m.  The motion was filed with the Court on April 21, 2009 and served via Lexis Nexis File & Serve at that time.  However, since you do not have an attorney and are proceeding *pro se*, you are not eligible to register for Lexis Nexis File & Serve.  Please note than any response is due on or before May 5, 2009.

If you have any questions about this matter, please contact the *Pro Se* Curator's office by phone at 504-561-7799, via email to cps@ahhelaw.com, or via facsimile at 504-525-1488.  When contacting the Curator, please have this letter and enclosure(s) available and identify yourself as inquiring about the Vioxx matter so that your inquiry can be forwarded to the appropriate person.

Sincerely,

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly

DHW/jad
Enclosures

cc:     Russ Herman, Esq./Lenny Davis, Esq. (via e-mail)
        Robert M. Johnston, Esq./Claudia Santoyo, Esq. (via e-mail)

973994v.1

Danny Bell #K-68611
F.S.P.  5-AB3-40
P.O. Box 950
Folsom, CA 95763

—CONFIDENTIAL—
LEGAL-MAIL

CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 Poydras St. Rm. C-151