UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx Products Liability Litigation | * * * | MDL No. 05-1657 |
| This Document Relates To: | * * | JUDGE FALLON |
| *Lois Bailey, et al.,* | * * | MAGISTRATE JUDGE KNOWLES |
| v. | * * | CIVIL ACTION NO. 2:05-cv-06904 |
| *Merck & Co., Inc.,* | * * | |
| Only with regard to: | * * * | |
| *Vivian Loverde on behalf of Eugenia Loverde* | * | |
| *Christshell M. Nicholas on behalf of Saralyn Ann Stevenson* | | |

*********************************

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Vivian Loverde on behalf of Eugenia Loverde and Christshell M. Nicholas on behalf of Saralyn Ann Stevenson and Defendant, Merck & Co., Inc., hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc., in the above-styled lawsuit, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this  5th  day of _____May_____, 2009.

_____
DISTRICT JUDGE

964981v.1