### Exhibit A - No PTO 29 Discovery Materials

| Counsel | Pertaining to: | Case Name | Docket Number |
|---|---|---|---|
| Janet Jenner and Suggs LLC; Khorrami Pollard and Abir LLP; Kabateck Brown Kellner | Parker, Jeff | Parker, Jeff v. Merck & Co., Inc. | 2:08-cv-05058-EEF-DEK |
| Jeffrey J. Lowe PC; Carey and Danis LLC; Schaffer and Lamere PC; Walther Glenn Law | Thomas, Billie Joe | Thomas, Billie Joe v. Merck & Co., Inc. | 2:09-cv-00125-EEF-DEK |
| Mayfield and Ogle PA | Alimena, Louis | Alimena, Louis v. Merck & Co., Inc. | 2:08-cv-05212-EEF-DEK |
| Pearson Randall and Schumacher PA; Bourdette and Partners | Peirce, Val | Peirce, Val v. Merck & Co., Inc. | 2:08-cv-04149-EEF-DEK |
| Pro Se | Buford, George Willie III | Buford, George Willie III v. Merck & Co., Inc. | 2:08-cv-05059-EEF-DEK |