## Exhibit B - Some PTO 29 Discovery Materials, No Expert Report

| Counsel | Pertaining to: | Case Name | Docket Number |
|---|---|---|---|
| Robert J. Burford and Associates PLLC | Bowers, Patsy | Bowers, Patsy v. Merck & Co., Inc. | 2:09-cv-00126-EEF-DEK |
| Robert J. Fenstersheib and Associates PA | Gonzalez, Mario | Gonzalez, Mario v. Merck & Co., Inc. | 2:08-cv-04911-EEF-DEK |
| Robert J. Fenstersheib and Associates PA | King, Bryan | King, Bryan v. Merck & Co., Inc. | 2:08-cv-04898-EEF-DEK |
| Robert J. Fenstersheib and Associates PA | Straughn, Freda Joyce | Straughn, Freda Joyce v. Merck & Co., Inc. | 2:08-cv-04900-EEF-DEK |
| Winder and Counsel PC | Ito, Robert K | Ito, Robert K v. Merck & Co., Inc. | 2:08-cv-04934-EEF-DEK |