UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibits A & B* | * | KNOWLES |
| | * | |

**************************************************************************

## ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 10th day of June, 2009, at 9:00 o'clock a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 2nd day of June, 2009.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 8th day of June, 2009.

**IT IS FURTHER ORDERED** that, as to pro se plaintiff George Willie Buford, III**,** as follows**:**

975827v.1

- By no later than June 5, 2009, plaintiff George Willie Buford, III shall contact the Pro Se Curator and notify the Curator as to whether or not he intends to pursue his claim;

- If plaintiff George Willie Buford, III notifies the Curator of his intention to proceed with his claim, he shall also, no later than June 17, 2009, either (a) file a Notice with the Court advising the Court of the name and address of the attorney who will represent him in this action and have counsel enter an appearance or (b) if he intends to proceed *pro se*, serve all materials required by PTO 29, including a case-specific expert report; and

- Failure to notify the Curator as noted above by June 5, 2009, or, if plaintiff notifies the Curator of his intent to proceed with the claim, failure to notify the Court of the name and address of the attorney who will be representing the plaintiff or, if proceeding *pro se*, failure to comply with PTO 29 shall constitute grounds for dismissal of the claim.

**NEW ORLEANS, LOUISIANA**, this ____ day of _____, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

2