UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This document relates to All Cases | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

### CELLINO & BARNES, P.C.'S NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES

Cellino & Barnes, P.C., pursuant to this Court's Order of April 16, 2009 (Doc. No. 18264), files this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses. Cellino & Barnes, P.C., a signatory who executed and duly relied upon the Full Participation Option contract written and vigorously advocated for by the Plaintiff's Steering Committee and approved by this Court in Pretrial Order 19 (Doc. No. 786), objects to the motion for reasons that will be more fully briefed and filed in accordance with any schedule to be established by this Court.

Respectfully submitted,

CELLINO & BARNES, P.C.

By: _____
Brian A. Goldstein
Main Place Towers
350 Main Street, 25th Floor
Buffalo, NY 14202
(716) 854-2020
Attorneys for Plaintiffs

1