UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX PRODUCTS<br>              LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DISTRICT 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**MILLER, CURTIS & WEISBROD'S NOTICE OF OBJECTION TO
PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS'
COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES**

Miller, Curtis & Weisbrod, consistent with this Court's Order of April 16, 2009 *(Rec. Doc. 18264)*, file this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses. Miller, Curtis & Weisbrod objects to the motion for reasons that will be set forth in detail in briefing filed in accordance with a schedule to be established by this Court.

Respectfully submitted,

/s/ Les Weisbrod_____
**LES WEISBROD**
State Bar No. 21104900
**ALEXANDRA V. BOONE**
State Bar No. 00795259
**MILLER, CURTIS & WEISBROD, L.L.P.**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone: (214) 987-0005
Fax: (214) 987-2545

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman by e-mail, or by hand-delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of The United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on May 8, 2009.

        ___/s/ Les Weisbrod_____
        LES WEISBROD