UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

## BECNEL LAW FIRM'S NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES

The Becnel Law Firm, consistent with this Court's Order of April 16, 2009 (*Rec. Doc. 18264*), file this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses. The Becnel Law Firm objects to the motion as the 8% assessment should not be levied against the Becnel Law Firm since the firm signed a fee agreement with the PSC, reducing the fee to 2% and performed substantial common benefit work as well as originating the MDL pleadings and filings. The Becnel Law Firm's argument against such an assessment will be set forth in a more detail briefing filed in accordance with a schedule to be established by this Court.

1

Respectfully submitted,

/s/ Daniel E. Becnel, Jr.
_____
DANIEL E. BECNEL, JR. (# 2926)
MATTHEW MORELAND (# 24567)
SALVADORE CHRISTINA, JR. (27198)
Becnel Law Firm, L.L.C.
P.O. Drawer H
Reserve, Louisiana 70808
Telephone:   985.536.1186
Facsimile:    985.536.6445

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on May 8, 2009.

/s/ Daniel E. Becnel, Jr.
_____
Daniel E. Becnel, Jr.