UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
| | * | CIVIL ACTION MDL-1657 |
| In re: VIOXX PRODUCTS | * | |
| LIABILITY LITIGATION | * | NO.: 2:05-md-01657-EEF-DEK |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | DIVISION 3 |
| | * | MAGISTRATE DANIEL E. KNOWLES, III |
| This document relates to all cases | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FAYARD & HONEYCUTT'S NOTICE OF OBJECTION TO THE PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF COMMON BENEFIT FEES AND REIMBURSEMENT OF COSTS

Pursuant to the Court's Order dated 4/16/1009 ( Document #18264),  the undersigned file this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses, and adopts the arguments against such fee made by Michael Stratton in the Stratton Faxon memorandum opposing the fee request and urging the Court to uphold the Full Participation Options executed by the undersigned.

Respectfully Submitted:

___/s/   Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (La. Bar Roll No.5486)
D. Blayne Honeycutt (La. Bar Roll No. 18264)
Wanda J. Edwards (La. Bar Roll No. #27448)

**FAYARD & HONEYCUTT, APC**
519 Florida Avenue S.W.
Denham Springs, LA 70726
Telephone: 225-664-4193
Facsimile: 225-664-6925
Email: calvinfayard@fayardlaw.com

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 7th day of May, 2009.

/s/   Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.