UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS<br>           LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**THE LAW GROUP, LTD.'S NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES**

The Law Group, Ltd., consistent with this Court's Order of April 16, 2009 (*Rec. Doc. 18264*), files this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses.  The Law Group, Ltd. objects to the motion for reasons that will be set forth in detail in briefing filed in accordance with a schedule to be established by this Court.

Respectfully submitted,

/s/ Pamela G. Sotoodeh
PAMELA G. SOTOODEH, ESQ.  # 6284622
KURT D. HYZY, ESQ. # 6196871

The Law Group, Ltd.
Three First National Plaza, 50th Floor
Chicago, IL 60602
Telephone: (312) 558-6444
Facsimile: (312) 558-1112

Plaintiff's Counsel

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on May 7, 2009.

/s/ Pamela G. Sotoodeh
PAMELA G. SOTOODEH