UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES, III |
| This document relates to All Cases | | |

## HARRISON DAVIS STEAKLEY, P.C.'S NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES

Harrison Davis Steakley, P.C., consistent with this Court's Order of April 16, 2009 (Rec. Doc. 18264), file this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses.

Harrison Davis Steakley, P.C. objects to the Motion requesting an award of an 8% common benefit fee for reasons that will be set forth in detail in briefing filed in accordance with a schedule to be established by the Court.

Respectfully submitted,

HARRISON DAVIS STEAKLEY, P.C.
Zollie C. Steakley
TX Bar No. 24029848
MS Bar No. 100517
P. O. Drawer 21387
5 Ritchie Rd.
Waco, Texas 76702
(254) 761-3300
(254) 761-3301  (Facsimile)


BY:     /s/ Zollie C. Steakley
        Zollie C. Steakley
        Plaintiffs' Counsel


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Liaison Counsel, Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on May 7, 2009.

/s/ Zollie C. Steakley
Zollie C. Steakley