UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | CIVIL ACTION<br>NO. 2:05-MD-01657-EEF-DEK<br>SECTION L<br>JUDGE ELDON E. FALLON<br>DIVISION 3 |
| **This document relates to ALL CASES** | | MAGISTRATE DANIEL E. KNOWLES, III |

### THE SNAPKA LAW FIRM'S NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES

The Snapka Law Firm, consistent with this Court's Order of April 16, 2009 (*Rec. Doc. 18264*), files this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses. The Snapka Law Firm objects to the motion for reasons that will be set forth in detail in briefing filed in accordance with a schedule to be established by this Court.

Respectfully submitted,

/s/ Kathryn Snapka
Kathryn Snapka (SBOT #18781200)
Anita Shahani (SBOT #24041898)
**THE SNAPKA LAW FIRM**
606 N. Carancahua, Suite 1511 (78476)
P.O. Drawer 23017 (78403)
Corpus Christi, Texas
Telephone:   (361) 888-7676
Facsimile:   (361) 884-8545

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on May 7, 2009.

      /s/ Kathryn Snapka
      Kathryn Snapka