UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL ACTION MDL - 1657 |
| | JUDGE ELDON E. FALLON |
| This document relates to all cases | MAGISTRATE DANIEL E. KNOWLES, III |

**KOPELMAN LAW GROUP, P.C.'S NOTICE OF OBJECTION TO THE PSC/PLAINTIFF LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFF'S COMMON BENEFIT FEES <u>AND REIMBURSEMENT OF EXPENSES</u>**

COMES NOW, KOPELMAN LAW GROUP, P.C., in accordance with this Honorable Court's Order of April 16, 2009 (Doc. No. 18624), and files this Notice of Objection to the PSC/Plaintiff Liaison Counsel's Motion for Award of Common Benefit Fees and Reimbursement of Expenses. While Kopelman Law Group, P.C., expects the PSC to receive reasonable compensation for the work it performed and the costs it incurred, Kopelman Law Group, P.C., objects to the PLC's Motion for the following reasons, and for reasons that will be more fully briefed in accordance with a briefing schedule Kopelman Law Group, P.C., anticipates this Court will implement:

- The Plaintiff Liaison Counsel's request for an 8% common benefit fee is unreasonable and unwarranted;

- The Plaintiff Liaison Counsel's request for an 8% common benefit fee is contrary to the Full Participation Option the PLC prepared, advocated and executed;

- The Plaintiff Liaison Counsel's request for an 8% common benefit fee is disproportionately greater than similar fee awards in similar litigation (e.g., *Sulzer Hip* 4.8%, *Zyprexa* 3%, and *Fen Phen* 6.75%);

- Kopelman Law Group, P.C., whose inventory of Vioxx cases is modest in comparison to many law firms -- particularly those firms who also are part of the PSC – requested medical records and reviewed and otherwise began preparing each individual case for trial long before it was announced that a settlement had been reached in the context of the MDL; and

- Individual counsel, including Kopelman Law Group, P.C., will be unreasonably penalized by having to pay one-quarter (¼) of their fee to the PSC, thereby leaving individual counsel with a 24% fee.

This 7th day of May, 2009.

                 Respectfully submitted,

                 KOPELMAN LAW GROUP, P.C.


                 /s/ Richard Kopelman
                 RICHARD KOPELMAN
                 Georgia State Bar No. 428115
                 950 East Paces Ferry Road
                 Suite 3250

Atlanta, Georgia 30326
Phone: 404-351-5900
Facsimile: 404-266-7459
E-mail: Richard@KopelmanLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Objection has been served on Liaison Counsel, Russ Herman, Esq., and on all counsel by electronically uploading the same to LexisNexis File and Serve, in accordance with Pretrial Order No. 8B, and that the foregoing was electronically filed with the clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657.

This the 7th day of May, 2009.

        Respectfully submitted,

        KOPELMAN LAW GROUP, P.C.


        /s/ Richard Kopelman
        RICHARD KOPELMAN
        Georgia State Bar No. 428115

950 East Paces Ferry Road
Suite 3250
Atlanta, Georgia 30326
Phone: 404-351-5900
Facsimile: 404-266-7459
E-mail: Richard@KopelmanLaw.com