UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * * * | CIVIL ACTION  MDL-1657 <br> NO. 2:05-MD-01657-EEF-DEK <br> JUDGE ELDON E. FALLON <br><br> DIVISION 3 <br> MAGISTRATE DANIEL E. KNOWLES III |
| **This document relates to all cases** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF OBJECTION TO PLAINTIFF STEERING COMMITTEE'S MOTION FOR AWARD OF 8% OF THE SETTLEMENT PROCEEDS AS COMMON BENEFIT FEES (REC. DOC. 17642).**

Pursuant to Order of the Court entered on April 16, 2009 (Rec. Doc. 18264) The Simon Law Firm, PC, on behalf of its Vioxx Clients, files this Notice of Objection to the Plaintiffs Steering Committee's Motion for an Award of 8% of the Settlement Proceeds as Common Benefit Fee.  These parties object for the following reasons:

1. The Plaintiffs Steering Committee ("PSC") is bound by contract to an assessment of 3% of settlement proceeds from Full Participating Attorneys ("FPA"), including The Simon Law Firm, PC.

2. The Master Settlement Agreement does not change or preclude the PSC from honoring its contract with the FPA.

3. The PSC has failed to prove the necessary elements of consideration in order to justify an extraordinary increase in common benefit fees.

4. Fee awards in unrelated class action litigation do not affect or alter a freely negotiated contract entered into between the PSC and the FPA.

5. The PSC's attempt to modify the terms of its contract with the FPA creates a conflict of interest between the FPA and its clients

6. The undersigned reserves the right to specify more particular areas of objection once appropriate discovery is completed.

Dated: May 7, 2009

Respectfully submitted,

SIMON LAW FIRM, PC

_____/s/ Todd S. Hageman_____
Todd S. Hageman, Missouri Bar No. 44770
701 Market Street, Suite 1450
Saint Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip A. Whitman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on May 7, 2009.

SIMON LAW FIRM, PC

_____/s/ Todd S. Hageman_____
Todd S. Hageman, Missouri Bar No. 44770
701 Market Street, Suite 1450
Saint Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029

ATTORNEY FOR PLAINTIFFS