UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

_____
|                                            | :  | CIVIL ACTION |
|--------------------------------------------|----|--------------|
| IN RE: VIOXX PRODUCTS                      | :  |              |
|     LIABILITY LITIGATION | : | NO.  2:05-MD-01657-EEF-DEK |
|                                            | :  |              |
|                                            | :  | SECTION L    |
|                                            | :  | JUDGE EDON E. FALLON |
|                                            | :  |              |
|                                            | :  | DIVISION 3   |
|                                            | :  | MAGISTRATE DANIEL E. |
| **This Document Relates to All Cases**     | :  | KNOWLES, III |
_____

### CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO. LPA'S NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTIONFOR AWARD OF PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES

Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co. LPA ("Climaco"), consistent with this Court's Order of April 16, 2009 (*Rec. Doc*. 18264), files this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses.

Climaco objects to the Motion requesting an award of an 8% common benefit fee for reasons that will be set forth in detail in briefing filed in accordance with a schedule to be established by the Court.

Respectfully submitted,

/s/*John R. Climaco*
John R. Climaco (Ohio #0011456)
Terri A. Lightner (Ohio #0077874)
Dawn M. Chmielewski (Ohio #0077723)
55 Public Square, Suite 1950
Cleveland, Ohio 44113
216/621-8484
216/771-1632 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2009, the above and foregoing has been served upon Liaison Counsel, Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1675 on June 29, 2006.

/s/ *Dawn M. Chmielewski*
Dawn M. Chmielewski (0077723)