IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE EASTERN DISTRICT OF LOUISIANA

DIVISION:  NEW ORLEANS

CASE NO.:   MDL 1657

In Re: VIOXX
     PRODUCT LIABILITY LITIGATION
_____

This document relates to:

AILER, *et al.*, v.  MERCK, etc.,
Case No.  2:06-CV-10099
_____/

**ORDER *GRANTING* PLAINTIFFS'
MOTION FOR CONTEMPT AGAINST
KENNETH JAMES BENJAMIN, M.D.
AND FOR EXTENSION OF TIME**

THIS CAUSE, having come before the Court's attention on the Plaintiffs, ESTATE

OF CLARA F.  BROWN's and CHARLIE BROWN's (as surviving spouse of CLARA F.

BROWN, deceased) Motion for Contempt against KENNETH JAMES BENJAMIN, M.D.

and Motion for Extension of Time, and the Court having reviewed said Motion and being

otherwise duly advised in the premises, it is hereby,

ORDERED AND ADJUDGED, that:

1.    Plaintiffs' Motion for Contempt be, and the same is hereby granted and

KENNETH JAMES BENJAMIN, M.D. is ordered to provide the medical

records of his patient, CLARA F. BROWN, to the Plaintiffs' attorney on or ten

(10) days from the date of this Order and if KENNETH JAMES BENJAMIN,

M.D. does not provide said records, he shall be held in contempt of Court.

2.    Plaintiffs' Motion for Extension of Time, be and the same is hereby granted

and they shall have until March 31, 2009, within which to provide said

In re:  VIOXX PRODUCT LIABILITY LITIGATION
U.S. District Court, Eastern District of Louisiana
Case No.  MDL 1657

This document relates to:
Ailer, et al.  v.  Merck, etc.
Case No.  2:06-CV-10099

records to the Vioxx Claims Administrator, by uploading the same to their

web portal.

DONE AND ORDERED in Chambers at New Orleans, LA, on this _____ of May,

2009.

_____
Hon. Eldon E. Fallon, U.S. Circuit Court
Judge

Copies provided to:

Brian J. Glick, Esquire
Glick Law Firm, P.A.
2255 Glades Rd., #324-A
Boca Raton, FL  33431

Kenneth James Benjamin, M.D - E/R Physi-
cian
c/o Leonard Carter, Administrator's Office
Crisp Regional Hospital
902 N. 7th St.
Cordele, GA  31015

Ms.  Kristi Mullins, Claims Administrator
Brown, Greer, et al.
P.O. Box 85031
Richmond, VA 22285-5031

Liaison Counsel:

Russ M. Herman, Esquire
Herman, Herman, et al.
820 O'Keefe Ave.
New Orleans, LA  70113

Phillip Wittmann, Esquire
Stone, Pigman, et al.
546 Carondelet St.
New Orleans, LA  70130