IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE EASTERN DISTRICT OF LOUISIANA

DIVISION: NEW ORLEANS

CASE NO.: MDL 1657

In Re:    VIOXX
          PRODUCT LIABILITY LITIGATION

This document relates to:

AILER, *et al.*, v. MERCK, etc.,
Case No. 2:06-CV-10099
_____/

## MOTION FOR CONTEMPT AGAINST KENNETH JAMES BENJAMIN, M.D. AND FOR EXTENSION OF TIME

COME NOW, the Plaintiffs, ESTATE OF CLARA F. BROWN and CHARLIE BROWN, as surviving spouse of CLARA F. BROWN, deceased, by and through their undersigned counsel, and respectfully move this Honorable Court for entry of an Order of Contempt against KENNETH JAMES BENJAMIN, M.D., and for an extension of time to provide additional medical records to the Vioxx Claims Settlement Committee and state:

1. On January 24, 2009, Claimants' undersigned counsel served a Subpoena for Records of Plaintiff, CLARA F. BROWN, on her treating physician, KENNETH JAMES BENJAMIN, M.D., at his place of business c/o Leonard Carter, Administrator's Office, Crisp Regional Hospital located at 902 N. 7th St., Cordele, GA 31015

In re: VIOXX PRODUCT LIABILITY LITIGATION
U.S. District Court, Eastern District of Louisiana
Case No. MDL 1657

This document relates to:
Ailer, et al. v. Merck, etc.
Case No. 2:06-CV-10099

which was served on said KENNETH JAMES BENJAMIN, M.D. on January 26, 2009, requesting that KENNETH JAMES BENJAMIN, M.D. produce copies of any and all medical records for said Plaintiff, CLARA F. BROWN, on or before 10:30 a.m. on February 3, 2009, at Claimants' undersigned counsel's satellite office. Copies of said Subpoena and proof of service of process are attached hereto as composite Exhibit "A."

2. Based upon information and belief, it was KENNETH JAMES BENJAMIN, M.D. who either supplied or prescribed Vioxx to CLARA F. BROWN. KENNETH JAMES BENJAMIN, M.D. has not produced the records subpoenaed nor has he contacted Claimants' undersigned counsel in any fashion whatsoever to request an extension and is in willful contempt of the Subpoena for records heretofore issued and served upon him.

3. Further, Plaintiff, CLARA F. BROWN's Personal Representative and her children have attempted to contact KENNETH JAMES BENJAMIN, M.D. numerous times by telephone and in person to

In re: VIOXX PRODUCT LIABILITY LITIGATION
U.S. District Court, Eastern District of Louisiana
Case No. MDL 1657

This document relates to:
Ailer, et al. v. Merck, etc.
Case No. 2:06-CV-10099

obtain these records and he refuses to speak to them or Plaintiffs' undersigned counsel.

4. Plaintiffs' undersigned counsel has been given a deadline of March 6, 2009, by the Vioxx Claims Administrator at Brown Greer to provide additional medical records for said Claimant, CLARA F. BROWN, and without KENNETH JAMES BENJAMIN, M.D.'s compliance, cannot provide these records timely.

5. Plaintiffs, ESTATE OF CLARA F. BROWN and CHARLIE BROWN, as surviving spouse of CLARA F. BROWN, deceased, ask this Honorable Court to compel KENNETH JAMES BENJAMIN, M.D. to provide these records within ten (10) days and grant an extension up to and including March 31, 2009, to provide them to the Vioxx Settlement Claims Administrator. Should KENNETH JAMES BENJAMIN, M.D. not provide said records within ten (10) days, Plaintiffs ask that he be held in contempt of Court.

Plaintiffs respectfully request that this Honorable Court enter an Order compelling KENNETH JAMES BENJAMIN, M.D. to produce any and all of his medical records for Plaintiff, CLARA F. BROWN, by a date certain or to be held

-3-

In re: VIOXX PRODUCT LIABILITY LITIGATION
U.S. District Court, Eastern District of Louisiana
Case No. MDL 1657

This document relates to:
Ailer, et al. v. Merck, etc.
Case No. 2:06-CV-10099

in immediate contempt of Court for the reasons stated hereinabove and his willful failure to comply with the Subpoena heretofore served upon him.

I HEREBY CERTIFY that the above and foregoing Motion for Contempt Against Kenneth James Benjamin, M.D. and For Extension of Time has been provided by U.S. mail, certified/return receipt requested, to Kenneth James Benjamin, M.D., C/R Physician, c/o Leonard Carter, Administrator's Office, Crisp Regional Hospital, 902 N. 7th St., Cordele, GA 31015; and that a true and correct copy of the same has been served on Ms. Kristi Mullins, Claims Administrator, Brown, Greer, et al., P.O. Box 85031, Richmond, VA 22285-5031 by U.S. Mail and email (kmullins@browngreer.com); and has been served on Liaison Counsel, Russ M. Herman, Esquire, Herman, Herman, et al., 820 O'Keefe Ave., New Orleans, LA 70113, and Phillip Wittmann, Esquire, Stone, Pigman, et al., 546 Carondelet St., New Orleans, LA 70130, by U.S. Mail and email (rherman@hhkc.com and pwittmann@stonepigman.com, respectively) and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system

In re: VIOXX PRODUCT LIABILITY LITIGATION
U.S. District Court, Eastern District of Louisiana
Case No. MDL 1657

This document relates to:
Ailer, et al. v. Merck, etc.
Case No. 2:06-CV-10099

which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 5th day of May, 2009, *with the original hereof on file with the Clerk of this Court.*

/s/ Brian J. Glick
Florida Bar No. 328359
GLICK LAW FIRM, P.A.
Counsel for Plaintiffs
2255 Glades Rd., #324-A
Boca Raton, FL 33431
561/391-0448
561/330-3593 Fax
lawboca@aol.com