### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| | \*   CIVIL ACTION MDL-1657 |
| In re: VIOXX PRODUCTS | \* |
| LIABILITY LITIGATION | \*   NO.: 2:05-md-01657-EEF-DEK |
| | \*   JUDGE ELDON E. FALLON |
| | \* |
| | \*   DIVISION 3 |
| | \*   MAGISTRATE DANIEL E. KNOWLES, III |
| This Document Relates To All Cases | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### GODOSKY & GENTILE, P.C.'S NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF COMMON BENEFIT FEES AND REIMBURSEMENTS OF COST

Pursuant to the Court's Order dated April 16, 2009 (Document #18264), the undersigned files this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses.

Respectfully submitted:

_____
Robert E. Godosky, Esq.

GODOSKY & GENTILE, P.C.
61 Broadway - 20th Floor
New York, New York 10006
(212) 742-9700 - Telephone
(212) 742-9706 - Facsimile
reg@godoskygentile.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with pretrial Order No. 8(B), and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 8th day of May, 2009.

Robert E. Godosky