IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | |
| | SECTION L |
| | |
| | Judge Fallon |
| | Mag. Judge Knowles |
| This Document Relates to All Cases | |

## BROWN CHIARI, LLP's NOTICE OF OBJECTION TO PLAINTIFFS' LIASION COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES

Brown Chiari, LLP, consistent with this Court's Order of April 16, 2009 (Rec. Doc. 18264), files this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses.

Brown Chiari, LLP objects to the Motion requesting an award of an 8% common benefit fee for reasons that will be set forth in detail in briefing filed in accordance with a schedule to be established by the Court.

DATED:  May 8, 2009                                    Respectfully submitted,
             Lancaster, New York


                                                                    /S/Theresa M. Walsh
                                                             Theresa M. Walsh, Esq.
                                                             BROWN CHIARI, LLP
                                                             5775 Broadway
                                                             Lancaster, New York  14086
                                                             (716) 681-7190
                                                             twalsh@brownchiari.com

### CERTIFICATE OF SERVICE

 I hereby certify that the above and foregoing has been served upon Liaison Counsel, Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to the LexisNexis File & Serve Advanced in accordance with pretrial No.8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1675 on May 8, 2009.

                /S/Theresa M. Walsh
              Theresa M. Walsh, Esq.
              BROWN CHIARI, LLP
              5775 Broadway
              Lancaster, New York  14086
              (716) 681-7190
              twalsh@brownchiari.com