UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAY -1  PM 3:23

LORETTA G. WHYTE
CLERK

IN RE:  VIOXX
PRODUCT LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

NOTICE OF APPEARANCE

Please enter the appearance of Roxanne DeFrancesco of the firm, Levy Phillips & Konigsberg, LLP, 800 Third Avenue, 13th Floor, New York, NY 10022, Telephone: (212) 605-6200, on behalf of Orange County, New York; Chautauqua County, New York; Erie County, New York; 1199SEIU Greater New York Benefit Fund; and Healthcare Recoveries, Inc.

Respectfully submitted,

Roxanne DeFrancesco
Levy Phillips & Konigsberg, LLP
800 Third Avenue, 13th Floor
New York, NY 10022
(212) 605-6213
rdefrancesco@lpklaw.com

Dated: April 27, 2009

00150313.WPD

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

## CERTIFICATE OF SERVICE

I, SHARON BACCHUS hereby certify that on April 28, 2009, a true and correct copy of the foregoing Notice of Appearance was served by federal express mail upon:

Honorable Eldon Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

and via certified mail upon:

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA. 70113

Phillip Wittmann, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

28th day of April 2009

*Sharon Bacchus* (signature)

00150313.WPD