U.S.,District Court
500 Poydras St.,
New Orleans,LA
70130

Brian Anderson,Pro Se
　　　　Plaintiff

V.

Merck & Co.Inc
　　　　Defendant

**U. S. DISTRICT COURT**
Eastern District of Louisiana

FILED  MAY - 7 2009

**LORETTA G. WHYTE**
Clerk

^ COURT USE ONLY ^

MDL# 1657  L

**Attorney address or unrepresented party:**
Brian Anderson,#64193
S.C.F.,P.O.,Box 6000
Sterling,Co
80751

MOTION FOR 20 DAY EXTENTION OF TIME

　　　　　　On April-24-09, this Honorable Court **entered** the **Order** to **Dissmiss** Plaintiffs Case.

　　　　　　The Plaintiff Motions for 20 Days,extention of time to file a Reconsideration Under Fed.Rl.Civ.Pro.59.This will allow the Plaintiff to consult with,a Doctor.

　　　　　　　　　　　Certificate Of Service

I certify that on May-1-09,I deposited in the U.S.,Mail,this Motion to the Partys below.

U.S.,District Court                    Law Firm Of;Stone Pigman Walther,etc
500 Poydras St.,                       546 Carondelet
New Orleans,LA                         New Orleans,LA
70130                                  70130-3588

**TENDERED FOR FILING**

Respectfully Submitted     B. Anderson

**MAY 0 7 2009**

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee
___ Process
_X_ Dktd
_X_ CtRmDep
___ Doc No.

Colorado Department Of Corrections
Name: Brian Anderson
Register Number: 64193
Unit: 2
Box Number: 6000
City, State, Zip: Sterling, CO 80751

7013 0-9919

DENVER CO 802
04 MAY 2009 PM 6 T



U.S. District Court
500 Poydras St.,
New Orleans, Louisiana
70130