In the United States District Court
Eastern District of Louisiana

No. MDL Docket No. 1657
Section L

STANLEY BETHEA
PLAINTIFF

VS.

MERCK + Co., INC.
DEFENDANT

Civil Action No. 2:05-CV-6775

BRIEF In Support of Plaintiff's Motion to Remand Complaint

Plaintiff filed suit against Merck in September 2005 in State Court in Harrisburg, Pennsylvania. The Defendants' attorney Remand the complaint into federal court in HBG, PA. Then had the case transfer to District Court of Louisiana for Vioxx Settlement Program because of diversity of citizenship.

-1-

PLAINTIFF HAS SUFFER HARDSHIP FOR FOUR YEARS EVERY TIME HE ASK TO HAVE HIS COMPLAINT REMANDED HE GOT NO RESPONSE FROM THE DEFENDANT. DEFENDANT HAD SET A DATE FOR PLAINTIFF TO HAVE PAPER WORK RETURN TO THEM ON NOV 30, 2008 OR HE WOULD NO LONGER BE APART OF THE PROGRAM PLAINTIFF DID NOT RETURN THE PAPERS ON TIME SO HE'S NO LONGER APART OF THE SETTLEMENT PROGRAM. DEFENDANT SAID IF THIS HAPPENS THE COMPLAINT WOULD BE RETURN TO THE COURT SYSTEM. PLAINTIFF WANT THE COMPLAINT RETURN TO FEDERAL COURT IN HBG, PA. AND THERE WILL BE NO DIVERSITY OF CITIZENSHIP NOR NO HARDSHIP ON PLAINTIFF THERE WILL NOT BE NO DUPLICATE OF EACH OTHER WORK BECAUSE THERE WAS NO WORK DONE EXCEPT DEFENDANT KEEP CHANGING THE RULES OVER FOUR YEARS TO QUALIFY FOR SETTLEMENT. PLAINTIFF IS NOT GETTING BACK INTO NO PART OF THIS PROGRAM AND WANT HIS COMPLAINT RETURN TO THE COURT FED HBG, PA.
SEE EXHIBIT - A

-2-

## CONCLUSION

FOR THE FOREGOING REASONS PLAINTIFF REQUEST THAT THIS COURT GRANT A REMAND TO PLAINTIFF'S MOTION.

Respectfully Submitted

Stanley Bethea
STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17108

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE BRIEF HAS BEEN SERVED BY FIRST CLASS MAIL PRE-PAID POSTAGE UPON THE FOLLOWING:

ELIZABETH B A LAKHANI, ESQ
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104-2808

And

DOROTHY H WIMBERLY, 18509
546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130

Stanley Bethea
STANLEY BETHEA
P.O. BOX 704
HBG, PA, 17108

STANLEY BETHEA
P.O. BOX 704
HBG, PA, 17108

CLERK OF COURT
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET Room C-151
NEW ORLEANS, LA 70130