ORIGINAL

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2009 MAY -8  AM 11: 26
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | ) | MDL Docket No.: 1657 |
| | ) | Case No.: 2:06-CV-00408 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| IMOGENE BURSE | ) | MAG. JUDGE KNOWLES |

-----------------------------------------------------------

**THIS RELATES TO: IMOGENE BURSE**

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Plaintiff's counsel, Jonathan W. Johnson and Johnson & Benjamin, LLP and hereby files this Motion to Withdraw as counsel.  Pursuant to Pre-Trial Order 36, Plaintiff represents as follows:

1. Counsel has communicated with the Plaintiff;

2. Counsel has explained the reasons for seeking to withdraw from the representation of the Plaintiff; and

3. Plaintiff has consented to counsel's withdrawal.

Annexed hereto is the Certification required as set forth in paragraph C of Pre-Trial Order 36, and a copy of a certified letter sent to Plaintiff on March 6, 2009 (Exhibit "A").

Respectfully submitted.

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

This \_\_\_\_31st\_\_\_\_ day of March, 2009.

_____
Jonathan W. Johnson
Attorney for Plaintiff
Georgia State Bar No. 394830

JOHNSON & BENJAMIN LLP
567 Ladonna Drive
Decatur, Georgia 30032
(404) 298-8995 (O)
(404) 298-0553 (F)
Johnson@bandblawyers.com

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | ) | MDL Docket No.:  1657 |
| | ) | Case No.: 2:06-CV-00408 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| IMOGENE BURSE | ) | MAG. JUDGE KNOWLES |

---------------------------------------------------------------

CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for Defendants in the above-referenced matter with a copy of the within and foregoing *MOTION TO WITHDRAW* **(IMOGENE BURSE)** by U.S. Mail with adequate postage addressed and electronic copy via LexisNexis File & Serve as follows:

Wilfred P. Coronato
Hughes Hubbard & Reed, LLP
101 Hudson St., Suite 360
Jersey City, NJ  07302-3918

Phillip A. Wittmann
Stone Pigman Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA  70130-3588

Dimitrios Mavroudis
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808

Susan Giamportone
Womble Carlyle Sandridge & Rice, PLLC
1201 W. Peachtree St., NW, Suite 3500
Atlanta, GA  30309-3460

Mrs. Imogene Burse
3000 South Dick Creek Road
Lafayette, Georgia  30728

*(signature on next page)*

This _____ May, 2009.

_____
Jonathan W. Johnson
Attorney for Plaintiff
Georgia State Bar No: 394830

Johnson and Benjamin, LLP
567 Ladonna Drive
Decatur, Georgia 30032
(404) 298-8995 (O)
(404) 298-0553 (F)
Johnson@bandblawyers.com

4