UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL Docket No.: 1657 |
| | ) | Case No.: 2:07-CV-03477 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| ANTOINETTE JENKINS | ) | MAG. JUDGE KNOWLES |

-----------------------------------------------------------------

**THIS RELATES TO: ANTOINETTE JENKINS**

## ORDER

Upon consideration of the following Motion to Withdraw as Counsel, for Plaintiff, by Jonathan W. Johnson and the law firm of Johnson & Benjamin LLP.

Court hereby orders the subject motion hereby approved; and

IT IS HEREBY ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel is granted.


This _____ day of _____, 2009.

_____
PRESIDING JUDGE

1