**ORIGINAL**

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last JOHNSON | First JONATHAN | Middle WESLEY |
|---|---|---|---|

| Name of Law Firm | JOHNSON & BENJAMIN LLP |
|---|---|

| Current Address | Street 567 LADONNA DRIVE | | | |
|---|---|---|---|---|
| | City DECATUR | State GA | Zip 30032 | Country USA |

| Telephone Number | 404-298-8995 | Facsimile 404-298-0553 | Email | johnson@ |
|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last Burse | First Imogene | Middle |
|---|---|---|---|

| Plaintiff Address | Street 3000 South Dick Creek Road | | | |
|---|---|---|---|---|
| | City Lafayette | State GA | Zip 30728 | Country USA |

| Telephone Number | | Facsimile NONE | Email NONE |
|---|---|---|---|

| Case Caption | IN RE: VIOXX |
|---|---|
| Case Number | MDL 1657; case no.; 2:06-CV-00408 |
| Court Where Case is Pending | ED-LA |

### C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☐ Check here if Plaintiff failed to provide an alternative contact

| Name | Last NONE | First | Middle |
|---|---|---|---|

| Address | Street | | | |
|---|---|---|---|---|
| | City | State | Zip | Country |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend  ☐ Relative (specify relationship: ___ NO FRIENDS OR RELATIVES ___ ) |
|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

 I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on ___ / ___ / ___ . (*Record Docket No.* _____ )
    <span>Month   Day   Year</span>

 Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1.  A copy of PTO No. 36;

2.  A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3.  An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4.  A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 3 /31 /.09 <br> (Month/Day/Year) | _____ <br> COUNSEL |
|---|---|---|