ORIGINAL

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last: JOHNSON | First: JONATHAN | Middle: WESLEY |
|---|---|---|---|
| Name of Law Firm | JOHNSON & BENJAMIN LLP | | |
| Current Address | Street: 567 LADONNA DRIVE | | |
| | City: DECATUR | State: GA  Zip: 30032 | Country: USA |
| Telephone Number | 404-298-8995 | Facsimile: 404-298-0553 | Email: johnson@bandblawyers.com |

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last: JENKINS | First: ANTOINETTE | Middle: |
|---|---|---|---|
| Plaintiff Address | Street: 1925 Keswick Place Dr. | | |
| | City: Lawrenceville | State: GA  Zip: 30043 | Country: USA |
| Telephone Number | | Facsimile: NONE | Email: NONE |
| Case Caption | IN RE: VIOXX | | |
| Case Number | MDL 1657; case no.; 2:07-CV-03477 | | |
| Court Where Case is Pending | ED-LA | | |

### C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☐ Check here if Plaintiff failed to provide an alternative contact

| Name | Last: NONE | First: | Middle: |
|---|---|---|---|
| Address | Street: | | |
| | City: | State:  Zip: | Country: |
| Telephone Number | | Facsimile: | Email: |
| Relationship to Plaintiff | ☐ Friend  ☐ Relative (specify relationship: NO FRIENDS OR RELATIVES ) | | |

#343319

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |
|---|
| (Paragraph II.C of PTO No. 36) |

### D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on ___/___/___ . (*Record Docket No.* _____)
   Month  Day  Year

[X] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

   1. A copy of PTO No. 36;

   2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

   3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

   4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

Date Signed: 5/17/09 (Month/Day/Year)

COUNSEL

#343319

2