THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE: ELDON E. FALLON |
| **This Document Relates to All Cases** | DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES, III |

## MICHAELS & MICHAELS P.A.'S NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES

Michaels & Michaels P.A. objects to the Plaintiffs' Liaison Counsel's motion for an award of an 8% fee. Michaels & Michaels P.A. adopts, and urges the Court to agree with, the arguments against such fee made by Weiner, Carrol & Straus in their Memorandum in Opposition to Plaintiffs' Liaison Counsel's Motion for Award of Common Benefit Counsel Fees and Reimbursement of Expenses, particularly the contention that the 3% common benefit fee awarded in *In re Zyprexa Prods. Liab. Litig.*, 424 F.Supp.2d 488, 491 (E.D.N.Y. 2006) represents a common benefit fee that is fair and reasonable in this Vioxx settlement.

This 7th day of May, 2009.

              Respectfully submitted,
              MICHAELS & MICHAELS P.A

        By: /s/ John A. Michaels
           John A. Michaels
           N.C. State Bar # 7905
           107 Glenwood Avenue
           Raleigh, N.C. 27603
           (919) 582-2100
           (919) 582-2141 (Facsimile)
           jmichaels@michaels-law.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Michaels & Michaels P.A.'s Notice of Objection to Plaintiffs' Liaison Counsel's Motion For Award of Plaintiff's Common Benefit Fees and Reimbursement of Expenses has been served upon Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on May 7, 2009.

/s/ John A. Michaels
John A. Michaels
NCSB # 7905
MICHAELS & MICHAELS P.A.
107 Glenwood Avenue
Raleigh, N.C. 27603
(919) 582-2100
(919) 582-2141 – Facsimile
jmichaels@michaels-law.com