UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | \* \* \* \* \* \* \* \* \* \* \* | CIVIL ACTION MDL- 1657<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES, III |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO ALL CASES**

**BURTON LAW FIRM'S NOTICE OF OBJECTION TO PLAINITFFS STEERING COMMITTEE'S MOTION FOR AWARD OF 8% OF THE SETTLEMENT PROCEEDS AS COMMON BENEFIT FEES**

In accordance with this Court's Order of April 16, 2009 (Rec. Doc. 18264), Burton Law Firm files this Notice of Objection to Plaintiffs Steering Committee's Motion for an Award of 8% of the Settlement Proceeds as Common Benefit Fees.

Burton Law Firm objects to the Motion requesting an award of 8% Common Benefit Counsel Fees and Reimbursement of Expenses for the reasons stated by Michael Stratton in the Stratton Faxon's Objection to the PSC Fee Request and for the reasons stated by Richard J. Weiner in Weiner, Carroll & Strauss' Notice of Objection to the PSC Fee Request and their Memorandum in Opposition to Plaintiffs' Liason Counsel's Motion for Award of Common Benefit Counsel Fees and Reimbursement of Expenses, all of which are incorporated by reference as if set forth herein, and for reasons that will be set forth in more detail in briefing filed in accordance with a schedule to be established by this Court.

RESPECTFULLY SUBMITTED,

/s/ Bruce Burton
BRUCE BURTON
MSB NO. 99966
BURTON LAW FIRM
ATTORNEY FOR PLAINTIFF
POST OFFICE BOX 23144
JACKSON, MISSISSIPPI 39225
TELEPHONE: (601) 899-5287
burtonbw@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Objection to Plaintiffs Steering Committee's Motion for an Award of 8% of the Settlement Proceeds as Common Benefit Fees has been served upon Liaison Counsels, Philip Whitman and Russ Herman, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced, in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing in accord with the procedures established in MDL1657 on this the 8th Day of May, 2009.

/s/ Bruce Burton
BRUCE BURTON
MSB NO. 99966
ATTORNEY FOR PLAINTIFF
BURTON LAW FIRM
POST OFFICE BOX 23144
JACKSON, MISSISSIPPI 39225
TELEPHONE: (601) 899-5287
burtonbw@yahoo.com