UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX PRODUCTS | * | CIVIL ACTION |
| LIABILITY LITIGATION | * | |
| | * | MDL Docket No. 1657 |
| | * | |
| This document relates to All Cases | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | DIVISION 3 |
| | * | MAGISTRATE DANIEL E. KNOWLES III |
| * * * * * * * * * * * * * * * * | * | |

**NOTICE OF OBJECTION TO PLAINTIFF STEERING COMMITTEE'S MOTION FOR AWARD OF 8% OF THE SETTLEMENT PROCEEDS AS COMMON BENEFIT FEES (REC. DO. 17642)**

Comes now Mayfield & Ogle, P.A., on behalf of its Vioxx clients and gives notice of its objection to the Plaintiff's Steering Committee's ("PSC") motion for award of 8% of the settlement proceeds as common benefit fees and adopts the legal arguments raised by other objectors.

Dated:  May 8, 2009

Respectfully submitted,

/s/William H. Ogle
William H. Ogle, Esquire
Mayfield & Ogle, P.A.
444 Seabreeze Blvd., St. 750
Daytona Beach, FL  32118
(386) 253-2500 – Telephone
(386) 248-8578