UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | No. 2:05-MD-01657-EEF-DEK |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | DIVISION 3 |
| | * | |
| | * | MAGISTRATE DANIEL E. KNOWLES III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO: ALL CASES

### NOTICE OF OBJECTION TO PSC/PLAINTIFF LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES ON BEHALF OF BERRIGAN LITCHFIELD SCHONEKAS MANN AND TRAINA, LLC AND ARTHUR J. LENTINI, APLC

Berrigan Litchfield Schonekas Mann and Traina, LLC and Arthur J. Lentini APLC, consistent with this Court's Order of April 16, 2009 (Rec. Doc. 18264), file this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses. Berrigan Litchfield Schonekas Mann and Traina, LLC and Arthur J. Lentini APLC object to the motion for reasons that will be set forth in detail in briefing filed in accordance with a schedule to be established by this Court.

Respectfully submitted,

**BERRIGAN LITCHFIELD SCHONEKAS
MANN and TRAINA, LLC**

BY:  s/Carey B. Daste
**E. JOHN LITCHFIELD, T.A. (8622)
CAREY B. DASTE (28330)**
201 St. Charles Avenue, Suite 4204
New Orleans, Louisiana  70170
Telephone:  (504) 568-0541
Fax:  (504) 561-8655

and

**ARTHUR J. LENTINI (8520)
ARTHUR J. LENTINI, APLC**
6620 Riverside Drive, Suite 312
Metairie, Louisiana  70003
Telephone:  (504) 780-8700
Fax:  (504) 780-8770

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Objection to the PSC/Plaintiff Liaison Counsel's Motion for Award of Common Benefit Fees and Reimbursement of Expenses has been served electronically on Liaison Counsel, Russ Herman at Herman Herman Katz & Cotlar, 201 St. Charles Avenue, Suite 4310, New Orleans, Louisiana  70170, and  Phillip Wittman at Stone Pigman Walther Wittman LLC, 546 Carondelet Street, New Orleans, Louisiana  70130, by U.S. Mail and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8(B), and that this document was electronically filed with the Clerk of Court for the United States District Court, Eastern District of Louisiana, by using the CM/ECF system which will send a notice of electronic filing in accordance with the procedures established in MDL 1657 on this 8th day of May, 2009.

  s/Carey B. Daste
**CAREY B. DASTE**