UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re:  VIOXX PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

## NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES

Hissey Kientz, LLP, consistent with this Court's Order of April 16, 2009 (*Rec. Doc. 18264*), hereby files this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses and joins in, adopts and

incorporates by reference *Stratton Faxon's Objection to the PSC Fee Request*, and all attachments thereto, filed with the clerk of this Court on or about May 7, 2009.

Respectfully submitted,

KATHLEEN MCGINN, Esq.
DAVID L. FRIEND, Esq.
ERIK BRETT WALKER, Esq.
Hissey Kientz LLP
9442 Capital of Texas Highway North
Suite 400
Austin, Texas 78759
Telephone: (512) 320-9100
Facsimile: (512) 320-9101

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on May 8, 2009.

KATHLEEN MCGINN, Esq.