UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES, III |
| This document relates to all cases | | |

### LAW OFFICES OF PRICE AINSWORTH, P.C.'S NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINITFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES

Law Offices of Price Ainsworth, P.C., pursuant to this Court's Order of April 16, 2009 (Doc. No. 18264), files this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses. Law Offices of Price Ainsworth, P.C., a signatory who executed and duly relied upon the Full Participation Option contract written and vigorously advocated for by the Plaintiff's Steering Committee and approved by this Court in Pretrial Order 19 (Doc. No. 786), objects to the motion for reasons that will be more fully briefed and filed in accordance with any schedule to be established by this Court.

Respectfully submitted,
LAW OFFICES OF PRICE AINSWORTH, P.C.
48 East Avenue
Austin, Texas 78701
512-474-6061
512-472-9157 fax

By: _____
Price Ainsworth
PLAINTIFFS' COUNSEL

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing had been served upon Liaison Counsel, Russ Herman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana b using the CM\ECF System, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on May 8, 2009.

                                                                                          Price Ainsworth