UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to *All cases* | * | MAGISTRATE JUDGE |
| | * | |
| | * | KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FREESE & GOSS FIRM'S NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES**

Freese & Goss, PLLC, consistent with the Court's Order of April 16, 2009 (Rec. Doc 18264), files this Notice of Objection of Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses. The objections are based upon reason to be set forth in detail in briefing filed in accordance with the schedule to be established by the Court. Said reasons include, but are not limited to, that the Freese & Goss Firm is a required participant in the "Full Participation Option" set forth in Pretrial Order No. 19 and that option should be enforced.

Dated: May 8, 2009                         FREESE & GOSS, PLLC


/s/ Richard A. Freese

Richard A. Freese
2031 2ND AVENUE NORTH
BIRMINGHAM, ALABAMA 35203
TELEPHONE: 205.871.4144

FACSIMILE: 205.871.4104
Richfreese@aol.com
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel Russ Herman and Phillip Wittman, by U.S. Mail and/or e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with PTO 28, and that the foregoing was electronically filed with the Clerk of the court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 8th day of May, 2009.

FREESE & GOSS, PLLC

/s/ Richard A. Freese

Richard A. Freese
2031 2ND AVENUE NORTH
BIRMINGHAM, ALABAMA 35203
TELEPHONE: 205.871.4144
FACSIMILE: 205.871.4104
Richfreese@aol.com
ATTORNEY FOR PLAINTIFFS