UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | VIOXX PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1657 |
| | | | Case No.: 2:07:cv-895 |
| | | * | SECTION: L |
| THIS RELATES TO: | | * | |
| | | * | JUDGE FALLON |
| All Cases | | * | MAG. JUDGE KNOWLES |
| | | * * * | |

## NOTICE OF OBJECTION TO PSC MOTION FOR AWARD OF COMMON BENEFIT FEES AND EXPENSES

Pursuant to the Court's Order dated April 16, 2009 (Document #18264), the undersigned files this Notice of Objection to the Plaintiff Steering Committee's motion for award of Plaintiffs' Common Benefit Fees and Expenses, and adopts the legal arguments raised by other objectors.

DATED: Hilo, Hawaii, May 8, 2009.

Respectfully submitted,

Law Offices of Ian L. Mattoch

By: _/s/ Bruce A. Larson_
Bruce A. Larson
HSBA No. 5688
586 Kanoelehua Avenue, Suite 200
Hilo, Hawaii 96720
(808) 969-3302; Fax (808) 961-5599
bruce@ianmattoch.com

## CERTIFICATE OF SERVICE

        I certify that the foregoing Notice of Objection has been served on Liaison Counsel, Russ Herman, by electronically uploading the same to LexisNexis File & Serve advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in Accord with the procedures established in MDL 1657, on this 8th day of May, 2009.

Law Offices of Ian L. Mattoch

By: _____
Bruce A. Larson
HSBA No. 5688
586 Kanoelehua Avenue, Suite 200
Hilo, Hawaii  96720
(808) 969-3302; Fax (808) 961-5599
bruce@ianmattoch.com