UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re:   VIOXX PRODUCTS<br>          LIABILITY LITIGATION<br><br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**HOSSLEY & EMBRY, L.L.P.'S NOTICE OF OBJECTION TO
PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF
PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES**

Hossley & Embry, L.L.P. (H&E) consistent with this Court's Order of April 16, 2009 (*Rec. Doc. 18264*), file this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses.  H&E objects to the motion, the detailed reasons for this objection will be set forth in more detailed briefing to follow.

Respectfully submitted,


/s/ Jeffrey T. Embry
Jeffrey T. Embry
State Bar No. 24002052
Hossley & Embry, L.L.P.
320 South Broadway, Suite 100
Tyler, Texas 75702
Telephone No.  903-526-1772
Telecopier No.  903-526-1773


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on May 8, 2009.


/s/ Jeffrey T. Embry
Jeffrey T. Embry