IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>          Products Liability Litigation<br><br><br><br><br><br>This Document Relates To: **ALL CASES** | CIVIL ACTION<br><br>No. 2:05-MD-01657<br><br>Section L<br>Judge Eldon E. Fallon<br><br>Division 3<br>Daniel E. Knowles, III |

### KELLER ROHRBACK L.L.P.; KELLER ROHRBACK P.L.C.; WILLIAMSON & WILLIAMS; AND GREENER BURKE SHOEMAKER P.A.'S NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES

Keller Rohrback L.L.P., Keller Rohrback P.L.C., Williamson & Williams, and Greener Burke Shoemaker P.A., consistent with this Court's Order of April 16, 2009 *(Doc. 18264),* file this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses. The above-listed firms, signatories who executed and duly relied upon the Full Participation Option contract written and vigorously advocated for by the Plaintiff's Steering Committee and approved by this Court in Pretrial Order 19 *(Doc. No. 786)*, object to the Motion that requests an award of an 8% common benefit fee for reasons that will be set forth in detail in briefing filed in accordance with a schedule to be established by this Court.

RESPECTFULLY SUBMITTED this 8th day of May 2009.

                KELLER ROHRBACK L.L.P.

                    By  /s/ Amy Hanson
                    Amy N.L. Hanson
                    WSBA No. 28589
                    1201 Third Avenue, Suite 3200
                    Seattle, WA  98104
                    Telephone:  206-623-1900
                    Facsimile:  206-623-3384
                    ahanson@kellerrohrrback.com


KELLER ROHRBACK P.L.C.
        Mark D. Samson
        3101 N. Central Avenue, Suite 1400
        Phoenix, AZ  85012
        Telephone:  (602) 248-0088
        Facsimile:  (602) 248-2822
        msamson@kellerrohrback.com


WILLIAMSON & WILLIAMS
        Kim Williams
        Rob Williamson
        *Attorneys for Plaintiffs Cathey, Kinghorn, Yohe, and Young*
        187 Parfitt Way SW, #250
        Bainbridge Island, WA  98110
        Telephone: 206-780-4447
        Facsimile:  206-780-5557
        kim@williamslaw.com
        roblin@williamslaw.com


GREENER BURKE SHOEMAKER P.A.
        Richard H. Greener
        *Attorney for Plaintiff Kinghorn*
        The Banner Building
        950 W. Bannock Street, Suite 900
        Boise, Idaho  83702
        Telephone: (208) 319-2600
        Facsimile: (208) 319-2601
        rgreener@greenerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice Of Objection To Plaintiffs' Liaison Counsel's Motion For Award Of Plaintiffs' Common Benefit Fees And Reimbursement Of Expenses has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand-delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8th day of May, 2009.

> By /s/ Amy Hanson
> Amy N.L. Hanson
> WSBA No. 28589
> KELLER ROHRBACK L.L.P.
> 1201 Third Avenue, Suite 3200
> Seattle, WA  98104
> Telephone:  206-623-1900
> Facsimile:   206-623-3384
> ahanson@kellerrohrrback.com