IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE VIOXX PRODUCT LIABILITY
LITIGATION
_____

THIS DOCUMENT RELATES TO:

BILLIE JOE THOMAS
2:09-cv-00125

MDL 1657 Section L
Judge Falon
Magistrate Judge Knowles

## DISMISSAL

Comes now plaintiff's counsel, Jeffrey J. Lowe, and hereby dismisses this case without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) in that defendant Merck has neither filed an answer to the complaint nor a motion for summary judgment.

THE LOWE LAW FIRM

By   \s\  Jeffrey J. Lowe
    Jeffrey J. Lowe
    Francis J. "Casey" Flynn
    THE LOWE LAW FIRM
    Attorney for Plaintiffs
    8235 Forsyth, Suite 1100
    St. Louis, Missouri 63105
    (314) 678-3400
    Fax: (314) 678-3401

## Certificate of Service

The undersigned hereby certifies that the foregoing was sent via electronic mail and U.S. Mail May 9, 2009, to: Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., New Orleans, LA 70113.

By   \s\  Jeffrey J. Lowe

529762 / 004128