**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: VIOXX® | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | NO. 2:05-MD-01657-EEF-DEK |
| | ) | Judge Fallon |
| | ) | Magistrate Judge Knowles |

**THIS RELATES TO:         All Cases**

**ZIMMERMAN LAW OFFICES, P.C. NOTICE OF OBJECTION**
**TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF**
**PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES**

Zimmerman Law Offices, P.C., consistent with this Court's Order of April 16, 2009 (Doc. 18264), files this Notice of Objection to the Plaintiffs' Liaison Counsel's Motion for an Award of Plaintiff's Counsel Fees and Reimbursement of Expenses.

Zimmerman Law Offices, P.C. objects to the Motion requesting an award of Eight Percent (8%) common benefit fee for reasons that will be set forth in detail in briefing filed in accordance with a schedule to be established by this Court.

Dated: May 8, 2009                    Respectfully submitted,


        /s/Thomas A. Zimmerman, Jr.
Thomas A. Zimmerman, Jr. (Bar # 6231944)
Adam M. Tamburelli (Bar # 6292017)
ZIMMERMAN LAW OFFICES, P.C.
100 West Monroe Street, Suite 1300
Chicago, Illinois 60603
(312) 440-0020

Counsel for Plaintiffs Joseph Szerbinski and Noah Downs

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Whitman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(A), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 9th day of May, 2009.

        /s/Thomas A. Zimmerman, Jr.
        Thomas A. Zimmerman, Jr.