UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re:  VIOXX PRODUCTS<br>LIABILITY LITIGATION | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON |
| **This document relates to All Cases** | DISTRICT 3<br>MAGISTRATE DANIEL E. KNOWLES III |

### MILLER, CURTIS & WEISBROD'S AMENDED NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES

Miller, Curtis & Weisbrod, consistent with this Court's Order of April 16, 2009 *(Rec. Doc. 18264)*, filed Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses on May 7, 2009. Miller, Curtis & Weisbrod objects to the motion for reasons that will be set forth in detail in briefing filed in accordance with a schedule to be established by this Court, but herein attaches Exhibit A as basis for its objection.

Respectfully submitted,

/s/ Les Weisbrod
**LES WEISBROD**
State Bar No. 21104900
**ALEXANDRA V. BOONE**
State Bar No. 00795259
**MILLER, CURTIS & WEISBROD, L.L.P.**
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone: (214) 987-0005
Fax: (214) 987-2545

### ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman by e-mail, or by hand-delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of The United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on May 8, 2009.

.

          /s/ Les Weisbrod
          LES WEISBROD

# ᐧAGREEMENT
## (FULL PARTICIPATION OPTION)

This Agreement is made this <u>1st</u> day of <u>November</u> , 200 <u>5</u> , by

and between the Plaintiffs' Steering Committee ("PSC") appointed by the United States District

Court for the Eastern District of Louisiana in MDL Docket No. 1657 and [FILL IN THE

NAME OF THE FIRM EXECUTING THE AGREEMENT] (hereinafter "the Participating

Attorneys").

WHEREAS, the United States District Court for the Eastern District of Louisiana has

appointed Russ Herman, Andy D. Birchfield, Jr., Christopher A. Seeger, Richard J. Arsenault,

Elizabeth J. Cabraser, Thomas R. Kline, Arnold Levin, Carlene Rhodes Lewis, Gerald E.

Meunier, Troy A. Rafferty, Drew Ranier, Mark P. Robinson, Jr., and Christopher V. Tisi to

serve as members of the PSC to facilitate the conduct of pretrial proceedings in the federal

actions relating to the use of Vioxx.

WHEREAS, the PSC in association with other attorneys working for the common benefit

of plaintiffs have developed or are in the process of developing work product which will be

valuable in the litigation of state court proceedings involving Vioxx induced injuries (the "PSC

Work Product") and

WHEREAS, the Participating Attorneys are desirous of acquiring the PSC Work Product

and establishing an amicable, working relationship with the PSC for the mutual benefit of their

clients;

NOW, THEREFORE, in consideration of the covenants and promises contained herein,

and intending to be legally bound hereby, the parties agree as follows:

## EXHIBIT "A"

1.      With respect to each client who they represent in connection with a Vioxx related claim, whether currently with a filed claim in state or federal court or unfiled or on a tolling agreement, each of the Participating Attorneys shall deposit or cause to be deposited in an MDL Fee and Cost Account established by the District Court in the MDL a percentage proportion of the gross amount recovered by each such client which is equal to three percent (3%) of the gross amount of recovery of each such client (2% fees; 1% costs).  For purposes of this Agreement, the gross amount of recovery shall include the present value of any fixed and certain payments to be made to the plaintiff or claimant in the future.  It is the intention of the parties that such assessment shall be in full and final satisfaction of any present or future obligation on the part of each Plaintiff and/or Participating Attorney to contribute to any fund for the payment or reimbursement of any legal fees, services or expenses incurred by, or due to, the MDL and/or any Common Benefit Attorneys.

2.      The Participating Attorneys, on behalf of themselves, their affiliated counsel, and their clients, hereby grant and convey to the PSC a lien upon and/or a security interest in any recovery by any client who they represent in connection with any Vioxx induced injury, to the full extent permitted by law, in order to secure payment in accordance with the provisions of paragraph 1 of this Agreement. The Participating Attorneys will undertake all actions and execute all documents which are reasonably necessary to effectuate and/or perfect this lien and/or security interest.

3.      The amounts deposited in the MDL Fee and Cost Account shall be available for distribution to attorneys who have performed professional services or incurred expenses for the benefit of the plaintiffs in MDL 1657 and the coordinated state court litigation pursuant to

2

written authorization from the Liaison counsel of the PSC. Such sums shall be distributed only upon an Order of the Court in MDL 1657 which will be issued in accordance with applicable law governing the award of fees and costs in cases involving the creation of a common benefit. Appropriate consideration will be given to the experience, talent and contribution made by all of those authorized to perform activities for the common benefit, including the Participating Attorneys.

4.      As the litigation progresses and work product of the same type and kind continues to be generated, the PSC will provide Participating Attorneys with such work product and will otherwise cooperate with the Participating Attorneys to coordinate the MDL litigation and the state litigation for the benefit of the plaintiffs.

5.      No assessment will be paid by the Participating Attorneys on any recovery resulting from a medical malpractice claim against a treating physician.

6.      It is understood and agreed that the PSC and Common Benefit Attorneys may also apply to the Court for class action attorneys' fees and reimbursement of expenses, if appropriate, and this Agreement is without prejudice to the amount of fees or costs to which the PSC and Common Benefit Attorneys may be entitled to in such an event.

7.      Upon execution of this Agreement, the PSC will provide to the Participating Attorneys, to the extent developed, the PSC Work Product, including access to the PSC's virtual depository.

8.      The Participating Attorneys shall have the following rights:

        a.      Full participation in discovery matters and appropriate committee
                assignments with full recognition of the participation of the Participating

3

Attorneys;

   b.   Appropriate participation and consultation in settlement negotiations;

   c.   Appropriate participation in trials, class matters, management, fund
        administration and allocation of fees and costs.

9.   Both the PSC and the Participating Attorneys recognized the importance of

individual cases and the relationship between case-specific clients and their attorneys.
Regardless of the type of settlement or conclusion eventually made in either state or federal
matters, the PSC will recommend to Judge Fallon that appropriate consideration will be given to
individual case contracts between attorneys and their clients and to work that has been performed
by attorneys in their individual cases.

10.   The PSC agrees that, should there be a global settlement against any defendant(s),
with the possibility of opt-outs under Rule 23(b)(3), the PSC will complete discovery against any
such defendant(s) and will not agree to or seek a stay of discovery against any such defendant(s).

11.   It is understood that at the conclusion of each MDL deposition, a designee of
Participating Attorneys will be permitted to ask the deponent additional non-duplicative
questions.

12.   The Participating Attorneys represent that the list appended hereto as Exhibit "A"
correctly sets forth the name of each client represented by them who has filed a civil action
arising from the use of Vioxx together with the Court and docket number of each such case and
that the list attached hereto as Exhibit "B" contains the name and social security number of each
client represented by them who has not yet filed a civil action arising from the use of Vioxx.

4

13.    The Participating Attorneys shall supplement the lists appended hereto as Exhibit

"A" and "B" on a quarterly basis.

14.    This Agreement shall apply to each and every claim or action arising from the use

of Vioxx in which the Participating Attorneys have a right to a fee recovery.

PLAINTIFFS' STEERING COMMITTEE

By: _____
       Russ Herman, Esquire
       820 O'Keefe Avenue
       New Orleans, LA 70113
       504-581-4892

AND

       MORGAN & WEISBROD, L.L.P.

By: _____
       LES WEISBROD
       State Bar No. 21104900
       ALEXANDRA V. BOONE
       State Bar No. 00795259
       11551 Forest Central Drive
       Suite 300
       Dallas, Texas 75243
       Phone: (214) 373-3761
       Fax: (214) 739-4732

5

```
HP LaserJet 3100                          SEND CONFIRMATION REPORT for
Printer/Fax/Copier/Scanner                MORGAN&WEISBROD
                                          2147394732
                                          Nov-1-05   5:07PM
```

| Job | Start Time | Usage | Phone Number or ID | Type | Pages | Mode | Status |
|-----|-----------|-------|--------------------|----|-------|------|--------|
| 240 | 11/ 1  5:06PM | 1'42" | 8508378178 | Send......  ...... | 7/ 7 | EC144 | Completed............................ .... |

Total    1'42"    Pages Sent: 7    Pages Printed: 0

## MORGAN & WEISBROD, L.L.P.

ATTORNEYS AND COUNSELLORS AT LAW
11551 FOREST CENTRAL DRIVE · FOREST CENTRAL II, SUITE 300 · DALLAS, TEXAS 75243
MAILING ADDRESS: P.O. BOX 831359 DALLAS, TEXAS 75342
Federal Tax ID 75-2256702
(214) 373-3762
1-800-800-6353    FAX # (214) 739-4732
www.morganweisbrod.com

**FACSIMILE MESSAGE**

November 8, 2004

THE ATTACHED DOCUMENTS WERE THIS DATE TRANSMITTED TO THE FOLLOWING

RECIPIENT(S):  Regina Westenfeld

FROM:                              Liz English

RE:                                Agreement Exhibit "A"  Re: In re: Vioxx Products Liability Litigation,
                                   MDL No. 1657

PAGES (including cover):           7

MESSAGE OR DESCRIPTION             Please see attached.  Thank you.

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

Verbal Confirmation of Recipient Requested: _____ Yes _____ No

The Original will _____ will not _____ be sent

# MORGAN & WEISBROD, L.L.P.

ATTORNEYS AND COUNSELLORS AT LAW
11551 FOREST CENTRAL DRIVE - FOREST CENTRAL II, SUITE 300 - DALLAS, TEXAS 75243
MAILING ADDRESS: P.O. BOX 821329 DALLAS, TEXAS 75382
Federal Tax ID 75-2256782
(214) 373-3761
1-800-800-6353     FAX # (214) 739-4732
www.morganweisbrod.com

## FACSIMILE MESSAGE

November 8, 2004

THE ATTACHED DOCUMENTS WERE THIS DATE TRANSMITTED TO THE FOLLOWING:

RECIPIENT(S):  **Regina Westenfeld**

FROM:                                    Liz English

RE:                                       Agreement Exhibit "A"  Re: In re: Vioxx Products Liability Litigation;
                                          MDL No. 1657

PAGES (including cover):          7

MESSAGE OR DESCRIPTION:      Please see attached.  Thank you.

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

Verbal Confirmation of Recipient Requested: _____ Yes _____ No

The Original will _____ will not _____ be sent.

# MORGAN & WEISBROD, L.L.P.

ATTORNEYS AND COUNSELLORS AT LAW

11551 FOREST CENTRAL DRIVE - FOREST CENTRAL II, SUITE 300 - DALLAS, TEXAS 75243

**MAILING ADDRESS**: P.O. BOX 821329 DALLAS, TEXAS 75382

Federal Tax ID 75-2256782

(214) 373-3761

(800) 800-6353     FAX # (214) 739-4732

www.morganweisbrod.com

CARL M. WEISBROD
*+ LES WEISBROD
DAVID R. NORTON
    LICENSED IN TEXAS AND ARKANSAS
JENNIFER L. FRY
∆ WILLIAM A. NEWMAN
PAUL BURKHALTER
GAL LAHAT
    LICENSED IN TEXAS AND FLORIDA
JOHN M. DRISKILL
*+ SPENCER G. MARKLE

* BOARD CERTIFIED – CIVIL TRIAL LAW
+ BOARD CERTIFIED – PERSONAL INJURY TRIAL LAW
∆ BOARD CERTIFIED – CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

CONNIE S. McNAMIRE, R.N., J.D.
ISOBEL S. THOMAS
    LICENSED IN TEXAS, ILLINOIS AND MASSACHUSETTS
KEVIN L. KORONKA
ALEXANDRA V. BOONE
LEILA A. D'AQUIN

OF COUNSEL
JAMES M. RAUER, M.D., J.D.
CAROLYN BARNES
    (AUSTIN CASES ONLY)
DAVID LANEHART
    (LUBBOCK CASES ONLY)
MELVIN D. MORGAN, M.D., J.D. (DECEASED)

November 1, 2005

*Via Regular Mail*
Leonard Davis
Herman Herman Katz & Cotlar
3411 Richmond, Suite 460
Houston, Texas 77046

Re:     In re:  Vioxx Products Liability Litigation; MDL No. 1657

Dear Mr. Davis:

Enclosed please find *Agreement Exhibit " A"* signed per Pretrial Order No. 19 in relation to the above referenced matter.

Thank you for your courtesies in this matter.

Very truly yours,

*Liz English*

Liz English, Paralegal to
ALEXANDRA V. BOONE

AVB: le
Enclosure
cc: Regina Westenfeld (*Via Facsimile 850/837-8178*)