UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>NO. 2:05-MD-01657 |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | SECTION L<br>JUDGE ELDON L. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL L. KNOWLES, II |

**MARGOL & PENNINGTON, P.A.'S NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES**

Margol & Pennington, P.A., counsel for plaintiff Michael C. Richardson, consistent with this Court's Order of April 16, 2009, files this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses.

Respectfully submitted,

**VOLPE, BAJALIA, WICKES, ROGERSON, GALLOWAY & WACHS**
**Alan S. Wachs, Esq.**
Florida Bar No. 980160
1301 Riverplace Blvd., Suite 1700
Jacksonville, Florida 32207
(904) 355-1700 (Telephone)
(904) 355-1797 (Facsimile)

-and-

MARGOL & PENNINGTON, P.A.

By: _____
C. Rufus Pennington, III
Florida Bar No. 329029
320 N. 1st Street, Suite 609
Jacksonville Beach, Florida 32250
(904) 355-7508
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served on Plaintiffs' Liaison Counsel, Phillip Wittmann, Esq. and Russ Herman, Esq., by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this ___8th___ day of May, 2009

_____
ATTORNEY