UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Vioxx® | * | CIVIL ACTION |
| | * | NO. 2:05-MD-01657-EEF-DEK |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| THIS DOCUMENT | * | DIVISION 3 |
| RELATES TO ALL CASES | * | JUDGE KNOWLES |

### THE DRUG LIABILITY LITIGATION GROUP, PLLC's
### NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION
### FOR AWARD OF PLAINTIFFS' COMMON BENEFIT FEES AND
### REIMBURSEMENT OF EXPENSES

The Drug Liability Litigation Group, PLLC ("DLLG")[1], consistent with this Court's Order of April 16, 2009 (Rec. Doc. 18264), files this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses. The DLLG objects to the motion for reasons that will be set forth in detail in briefing filed in accordance with a schedule to be established by this Court.

Respectfully submitted,

DRUG LIABILITY LITIGATION GROUP PLLC

/s/ C. Victor Welsh, III
C. VICTOR WELSH, III (#7107)
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
P. O. BOX 22985
JACKSON, MS 39225-2985
TELEPHONE: (601) 948-6200
FACSIMILE: (601) 948-6187

---

[1] DLLG consists of PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P., LISTON-LANCASTER, PLLC, AND DAVID NUTT, P.A.

## *CERTIFICATE OF SERVICE*

  I, hereby certify that the above and foregoing has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail upon all parties by electronically uploading the same to LexisNexis File & Service Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedure established in MDL 1657 on May 11, 2009.

                 */s/ C. Victor Welsh, III*

DRUG LITIGATION LIABILITY GROUP, PLLC

C. VICTOR WELSH, III (#7107)
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
POST OFFICE BOX 22985
JACKSON, MS 39225-2985
TELEPHONE: (601) 948-6200
FACSIMILE: (601) 948-6187

WILLIAM H. LISTON
LISTON/LANCASTER, PLLC
126 NORTH QUITMAN AVENUE
POST OFFICE BOX 645
WINONA, MS 38967
TELEPHONE: (662) 283-2132
FACSIMILE: (662)283-3742

DAVID H. NUTT
DAVID H. NUTT, P.A.
605 CRESCENT BLVD., SUITE 200
RIDGELAND, MS 39157
TELEPHONE: (601) 898-7302
FACSIMILE: (601) 898-7304