# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to *Teamsters Local 237 Welfare Fund, et al. v. Merck & Co., Inc.* (05-516 E.D. La.) (C.A. No. 04-9248 S.D.N.Y.) | MAGISTRATE JUDGE KNOWLES |

## CERTIFICATION OF DISCLOSURE

Pursuant to Pretrial Order No. 38, non-bellwether third-party payor plaintiffs Teamsters Local 237 Welfare Fund, Local 237 Teamsters Retirees' Benefit Fund, Local 237 Teamsters-Plainview-Old Bethpage Central School District Health And Welfare Trust Fund, and Local 237 Teamsters-Brentwood School District Health And Welfare Trust Fund (collectively, "Plaintiffs") hereby certify that on May 8, 2009, Plaintiffs disclosed to defense counsel the identity of their pharmacy benefits managers and/or third-party administrators used for the provision of pharmacy benefits to members, beneficiaries or insureds during the time period January 1, 1998 through December 31, 2006.

| | |
|---|---|
| Dated: May 11, 2009 | /s/ Christopher J. McDonald<br>Christopher J. McDonald<br>**Labaton Sucharow LLP**<br>140 Broadway<br>New York, NY 10005<br>212.907.0700<br>cmcdonald@labaton.com<br><br>*Counsel for Teamsters Local 237 Welfare Fund, Local 237 Teamsters Retirees' Benefit Fund, Local 237 Teamsters-Plainview-Old Bethpage Central School District Health And Welfare Trust Fund, and Local 237 Teamsters-Brentwood School District Health And Welfare Trust Fund* |

**CERTIFICATE OF SERVICE**

I, Christopher McDonald, hereby certify that the above and foregoing Certification of Disclosure was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 11th day of May, 2009.

       */s/ Christopher McDonald*
       Christopher McDonald