UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | MDL NO. 1657 |
| Products Liability Litigation | ) | |
| | ) | SECTION: L |
| This Document Relates to: | ) | |
| | ) | HON. ELDON E. FALLON |
| STATE OF LOUISIANA, ex rel. | ) | |
| JAMES D. CALDWELL, | ) | MAG. JUDGE KNOWLES |
| ATTORNEY GENERAL | ) | |
| Plaintiff | ) | |
| | ) | |
| versus | ) | |
| | ) | |
| MERCK & CO., INC., | ) | |
| Defendant | ) | |
| | ) | |
| Case No. 05-3700 | ) | |

**MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT WITH INCORPORATED MEMORANDUM IN SUPPORT THEREOF**

NOW COME PLAINTIFFS, JAMES D. CALDWELL, a person of the full age of majority, and who currently holds the position of Attorney General for the State of Louisiana, as parens patriae on behalf of the State of Louisiana and its citizens, THE STATE OF LOUISIANA (the "State"), and the LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS ("DHH") (hereinafter referred to collectively as "Plaintiffs"), who pursuant to Pre-trial Order No. 39 respectfully seek leave to file their Second Supplemental and Amending Complaint For Injunctive Relief and Damages.

Pre-trial Order No. 39 was entered May 1, 2009, and allows for Plaintiffs to file this motion for leave within 10 days after the entry of that order, or May 11, 2009. A copy of Plaintiffs Second Supplemental and Amending Complaint For Injunctive Relief and Damages is attached as Exhibit A.

1

WHEREFORE, for the reasons set forth above, Plaintiffs prays that their motion for leave be granted and their Second Supplemental and Amending Complaint For Injunctive Relief and Damages be filed.

Respectfully submitted, this 11th day of May, 2009.

        **MURRAY LAW FIRM**

        /s/   Douglas R. Plymale
        James R. Dugan, II,
        Douglas R. Plymale
        Justin Bloom
        Stephen B. Murray, Jr.
        Stephen B. Murray, Sr.
        650 Poydras Street, Suite 2150
        New Orleans, LA 70130
        Telephone:    (504) 648-0180
        Facsimile:     (504) 648-0181

        James D. Caldwell
        Attorney General
        Trey Phillips
        Bryan McMinn
        L. Christopher Styron
        Assistant Attorneys General
        LOUISIANA DEPARTMENT OF JUSTICE
        1885 North Third Street - 6th Floor
        Baton Rouge, Louisiana 70802
        Telephone: (225) 326-6020
        Facsimile: (225) 326-6096

        Francisco H. Perez
        General Counsel
        Louisiana Department of Health and Hospitals
        P.O. Box 3836
        Baton Rouge, Louisiana 70821
        Telephone: (225) 342-1188
        Facsimile: (225) 342-2232

        Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Leave to File Second Supplemental and Amending Complaint for Injunctive Relief and Damages has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U. S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 11th day of May, 2009.

/s/   Douglas R. Plymale