UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to All Private Third-Party Payor Cases | MAGISTRATE JUDGE KNOWLES |

### CERTIFICATION OF DISCLOSURE

Pursuant to Pretrial Order No. 38, Bellwether Third Party Payor Plaintiffs hereby certify;

On April 10, 2009, Plaintiffs disclosed to defense counsel the identity of their pharmacy benefits managers ("PBMs") and/or third-party administrators ("TPAs") used for the provision of pharmacy benefits to members, beneficiaries or insureds during the time period January 1, 1998 through December 31, 2006 for eleven (11) of the eighteen (18) Bellwether Plaintiffs: Louisiana Health Service Indemnity Co d/b/a BlueCross/BlueShield of Louisiana, Allied Services Division Welfare Fund, Cavalier Homes, Inc., Frankenmuth Financial Group, Wellness Plan, OmniCare Health Plan, UFCW Local 1776, HMO Louisiana, Health Plan of San Mateo, Blue Cross of Northeastern Pennsylvania, and Indiana State District Council of Laborers and Hod Carriers Welfare Fund.

On April 27, 2009, Plaintiffs served defendants with supplemental disclosures for five (5) additional Bellwether plaintiffs: American Federation of State County and Municipal Employees, Health Plus of Louisiana, County of Suffolk, NY, Local 237 Teamsters Suffolk Regional Off Track Betting Corporation Health & Welfare Trust Fund, and Local 237 Teamsters North Babylon School District Health & Welfare Trust Fund. Plaintiffs further

clarified the previous disclosure on behalf of UFCW 1776. Plaintiffs also disclosed that Ohio State IBEW Health and Welfare Fund had voluntarily dismissed its complaint in December of 2006, which left a total of seventeen (17) Bellwether Plaintiffs.

On May 8, 2009, Plaintiffs served defendants with a second set of supplemental disclosures for one (1) additional Bellwether plaintiffs: IBEW Local 129 Fringe Benefits Fund.

Bellwether TPP Plaintiffs now certify that they have disclosed the PBM and/or TPA for each of the seventeen (17) Bellwether Plaintiffs. Plaintiffs will supplement these disclosures as appropriate.

Plaintiffs' Liaison Counsel is filing this Certification of Disclosure pursuant to certification and request made by Thomas M. Sokol, Elizabeth J. Cabraser, and James R. Dugan, II.

Respectfully submitted,

/s/ Leonard A. Davis

_____

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:    (504) 581-4892
FAX:  (504) 561-6024
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O.Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA  71309-1190<br>PH:  (318) 487-9874<br>FAX:  (318) 561-2591<br><br>Andy D. Birchfield, Esq. (**Co-Lead Counsel**)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160<br>PH:  (800) 898-2034<br>FAX:  (334) 954-7555<br><br>Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA  94111-3339<br>PH:  (415) 956-1000<br>FAX:  (415-956-1008<br><br>Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA  19102<br>PH:  (215) 772-1000<br>FAX:  (215) 772-1371<br><br>Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106-3875<br>PH:  (215) 592-1500<br>FAX:  (215) 592-4663<br><br>Shelly Sanford, Atty.<br>2016 Bissonnett<br>Houston, TX  77005<br>PH:  (713) 524-6677<br>FAX:  (713) 524-6611 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>FAX:  (504) 528-9973<br><br>Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>PH:  (850) 435-7000<br>FAX:  (850) 497-7059<br><br>Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA  70601<br>PH:  (337) 494-7171<br>FAX:  (337) 494-7218<br><br>Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA  92660<br>PH:  (949) 720-1288<br>FAX:  (949) 720-1292<br><br><br>Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>FAX:  (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC  20036-4914<br>PH:  (202) 783-6400<br>FAX:  (307) 733-0028 |

**PLAINTIFFS' STEERING COMMITTEE**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of May, 2009.

/s/ Leonard A. Davis_____
**Leonard A. Davis** (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Ave.
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
ldavis@hhkc.com