FILED '09 MAY 11 13:21 USDC-LAE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657<br>SECTION L (3)<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE DANIEL E. KNOWLES, III |

THIS RELATES TO ALL CASES.

### THE HORNBUCKLE FIRM'S NOTICE OF OBJECTION PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS' <u>COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES</u>

The Hornbuckle Firm and Stephen Hornbuckle, consistent with this Court's Order of April 16, 2009 (*Rec. Doc. 18264*), file this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses. The Hornbuckle Firm and Stephen Hornbuckle object to the motion for reasons that will be set forth in detail in briefing filed in accordance with a schedule to be established by this Court. The Hornbuckle Firm and Stephen Hornbuckle join in the objections and briefing filed by Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser (the "Vioxx Litigation Consortium" or "VLC").

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep___
___ Doc. No___

Respectfully submitted,

*Stephen Hornbuckle* (signature)

Stephen S. Hornbuckle
BPR: 023189
909 Fannin, Suite 3010
Houston, Texas 77010
Phone: 713/651-1980
FAX: 713/651-1984

**Attorney for George Sklenicka, Robert Vineyard, and Theadore G. Trohanowsky**

### Certificate of Service

I hereby certify that the above and foregoing Statement of Notices Sent Pursuant To Pre-Trial Order No. 28 has been served on Liason Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail or by hand delivery and e-mail, on Wilfred B. Coronato at Hughes Hubbard & Reed, L.L.P., 101 Hudson Street, Suite 3601, Jersey City, New Jersey 37302-3918, by U. S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on the 7th day of May, 2009.

*Stephen Hornbuckle* (signature)

Stephen Hornbuckle
BPR: 023189
909 Fannin, Suite 3010
Houston, Texas 77010
Phone: 713/651-1980
FAX: 713/651-1984