FILED '09 MAY 11 13:24 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section: L |
| This document relates to: | Judge Fallon |
| | Mag. Judge Knowles |
| All Cases | |

### MISERENDINO, SEEGERT & ESTOFF, P.C. NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES

Miserendino, Seegert & Estoff, P.C. consistent with this Court's Order of April 16, 2009 (Doc. 18264), files this Notice of Objection to the Plaintiffs' Liaison Counsel's Motion for an Award of Plaintiff's Counsel Fees and Reimbursement of Expenses.

Miserendino, Seegert & Estoff, P.C. objects to the Motion requesting an award of Eight Percent (8%) common benefit fee for reasons that will be set forth in detail in briefing filed in accordance with a schedule to be established by this Court.

DATED: May 8, 2009
Buffalo, New York

Respectfully submitted,

Joy Ellen Miserendino, Esq.
MISERENDINO, SEEGERT & ESTOFF, P.C.
*Attorneys for Plaintiff, Michael Wodowski*
964 Ellicott Square Building
295 Main Street
Buffalo, New York 14203
(716) 854-1002



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section: L |
| This document relates to: | Judge Fallon |
| | Mag. Judge Knowles |
| All Cases | |

### CERTIFICATE OF SERVICE

This to certify that on the 8th day of May, 2009, I electronically filed the foregoing, Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses, by uploading the same to the LexisNexis File & Serve Advanced in accordance with pretrial No. 8 (B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM.ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1675.

DATED:   May 8, 2009
         Buffalo, New York

_Joy Ellen Miserendino_
Joy Ellen Miserendino, Esq.
MISERENDINO, SEEGERT & ESTOFF, P.C.
*Attorneys for Plaintiff, Michael Wodowski*
964 Ellicott Square Building
295 Main Street
Buffalo, New York 14203
(716) 854-1002