STATE OF NEW YORK, COUNTY OF                                    SS.:

_____  ☐ Certification       The undersigned attorney certifies that the within
Initial         by Attorney         has been compared by the undersigned with the original and found to be a true and complete copy.

_____  ☐ Attorney's
Initial         Affirmation         The undersigned, an attorney admitted to practice in the courts of New York State shows: that deponent is

the attorney(s) of record for
in the within action; that deponent has read the foregoing
and knows the contents thereof; that the same is true to deponent's own knowledge, except as to the matters
therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.
Deponent further says that the reason this verification is made by deponent and not by

The grounds of deponent's belief as to all matters not stated upon deponent's knowledge are as follows:


The undersigned affirms that the foregoing statements are true, under the penalties of perjury.
Dated:
.................................................................................

STATE OF NEW YORK, COUNTY OF                                    SS.:

_____  ☐ Individual                                                      being duly sworn deposes and says that
Initial         Verification          I am the                        in this action; that I have read the foregoing
                                                                   and know the contents thereof; that the same is true
to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to
those matters I believe it to be true.

_____  ☐ Corporate                                                       being duly sworn deposes and says that he/she is the
Initial         Verification                                       of
the corporation named in the within entitled action; that he/she has read the foregoing
                                                            and knows the contents thereof; and that the same is true
to his/her own knowledge, except as to the matters therein stated to be alleged upon information and belief, and
as to those matters he/she believes it to be true.
Deponent further says that the reason this verification is made by deponent and not by
                                                is because the said
is a corporation and the grounds of deponent's belief as to all matters in the said
not stated upon his/her own knowledge, are investigations which deponent has caused to be made concerning the
subject matter of this                                           and information acquired by deponent in the
course of his/her duties as an officer of said
                                        corporation and from the books and papers of said corporation.
Sworn to before me this
day of                      , 20           .................................................................................


STATE OF NEW YORK, COUNTY OF                                    SS.:              **AFFIDAVIT OF PERSONAL SERVICE**
                                                being duly sworn, deposes and says, that deponent is not a party to the action,
is over 18 years of age and resides at
That on the           day of                    , 20     , at approx.           M. at No.
                                        deponent served the within
upon                                                                                    the
herein, by delivering a true copy thereof to him/her personally. Deponent knew the person so served to be the person mentioned and
described as follows:

| ☐ Male   | ☐ White Skin  | ☐ Black Hair  |              | ☐ 14-20 Yrs. | ☐ Under 5'    | ☐ Under 100 lbs. |
|----------|---------------|---------------|--------------|--------------|----------------|------------------|
| ☐ Female | ☐ Black Skin  | ☐ Brown Hair  | ☐ White Hair | ☐ 21-35 Yrs. | ☐ 5'0" - 5'3"  | ☐ 100-130 lbs.   |
|          | ☐ Yellow Skin | ☐ Blond Hair  | ☐ Balding    | ☐ 36-50 Yrs. | ☐ 5'4" - 5'8"  | ☐ 131-160 lbs.   |
|          | ☐ Brown Skin  | ☐ Gray Hair   |              | ☐ 51-65 Yrs. | ☐ 5'9" - 6'0"  | ☐ 161-200 lbs.   |
|          | ☐ Red Skin    | ☐ Red Hair    |              | ☐ Over 65 Yrs.| ☐ Over 6'     | ☐ Over 200 lbs.  |

Other identifying features:

MILITARY    I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capa-
SERVICE     city whatever and received a negative reply. *Defendant wore ordinary civilian clothes and not military uniform.* The source of my informa-
☐           tion and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is
defined in either the State or in the Federal statutes.

Sworn to before me this              day of                     , 20           .................................................................................
                                                                                            Signature of Server

© DAVID F. WILLIAMSON CO., INC., BUFFALO, NEW YORK

| State of New York | Court | County of |
|---|---|---|

Index No.

Year

## MISERENDINO, SEEGERT & ESTOFF, P.C.

*Attorneys for*

*Office, Post Office Address and Telephone*
964 ELLICOTT SQUARE BUILDING
295 MAIN STREET
BUFFALO, NY 14203
(716) 854-1002

Personal Service of the within                                          and of the notice (if any)
hereon endorsed, is admitted this              day of                   , 20

..........................................................................................
Attorney(s) for

Sir:—Please take notice                                                 **NOTICE OF ENTRY**
that an                                        of which the within is a copy, was duly granted in the
within entitled action on the       day of              , 20    , and duly entered in the office of the Clerk
of the County of                     on the            day of                   , 20           .

To                                                                      **MISERENDINO, SEEGERT & ESTOFF, P.C.**
Attorney(s) for                                                         *Attorneys for*

Sir:—Please take notice                                                 **NOTICE OF SETTLEMENT**
that an order

of which the within is a true copy will be presented for settlement to the Hon.
one of the judges of the within named Court, at
on the               day of                       , 20        .

To                                                                      **MISERENDINO, SEEGERT & ESTOFF, P.C.**
Attorney(s) for                                                         *Attorneys for*

STATE OF NEW YORK, COUNTY OF                    SS.:                    **AFFIDAVIT OF SERVICE BY MAIL**

being duly sworn, deposes and says; deponent is not a party to the action,
is over 18 years of age and resides at
On                      , 20        , deponent served the within
upon
attorney(s) for                             in this action, at
                                                        the address, designated by said attorney(s) for that purpose by depositing a
true copy of same enclosed in a post-paid properly addressed wrapper, in—a post office—official depository under the exclusive care and custody
of the United States Postal Service within the State of New York.
Sworn to before me, this           day of                   , 20        .

Notary Public, Commissioner of Deeds