FILED '09 MAY 11 13:24 USDC-LAE

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br><br>Section: L |
| This Document Relates To All Cases | Judge Fallon<br>Magistrate Judge Knowles |

## MICHAEL A. WASH' NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES

Michael A. Wash, consistent with this Court's Order of April 16, 2009 (*Rec. Doc. 18264*), files this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses.

Michael A. Wash objects to the Motion requesting an award of an 8% common benefit fee for reasons that will be set forth in detail in briefing filed in accordance with a schedule to be established by the Court.

Respectfully submitted,

LAW OFFICES OF MICHAEL A. WASH
Suite 1000, One Congress Plaza
111 Congress Avenue
P.O. Box 2291
Austin, Texas 78768
(512) 480-9494  Telephone
(512) 480-9976  Facsimile
mawash@austin.rr.com

*/s/ Michael A. Wash*
MICHAEL A. WASH
State Bar No. 20897000
Plaintiff's Counsel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmD_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion has been served upon Liaison Counsel, Russ Herman, by U.S. Mail and email, in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on May 8, 2009.

                                                                MICHAEL A. WASH