



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS | ) | MDL Docket No.: 1657 |
| | ) | Case No.: 2:05-MD-01657-EEF-DEK |
| PRODUCTS LIABILITY LITIGATION | ) | DIVISION 3 |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| IMOGENE BURSE | ) | MAG. JUDGE KNOWLES, III |

-----------------------------------------------------------------

THIS RELATES TO: ALL CASES

### JOHNSON & BENJAMIN LLP'S NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF COMMON BENEFIT FEES AND REIMBURSEMENTS OF COST

Pursuant to the Court's Order dated April 16, 2009 (Document #18264), the undersigned files this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses.

Respectfully submitted.

This _____ day of May, 2009.

_____
Jonathan W. Johnson
Attorney for Plaintiff
Georgia State Bar No: 394830

JOHNSON & BENJAMIN LLP
567 Ladonna Drive
Decatur, Georgia 30032
(404) 298-8995 (O)
(404) 298-0553 (F)
Johnson@bandblawyers.com

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX PRODUCTS | ) | MDL Docket No.:  1657 |
| | ) | Case No.: 2:05-MD-01657-EEF-DEK |
| PRODUCTS LIABILITY LITIGATION | ) | DIVISION 3 |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| IMOGENE BURSE | ) | MAG. JUDGE KNOWLES, III |

THIS RELATES TO: ALL CASES

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice has been served upon Liaison Counsels, Philip Wittmann and Russ Herman, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve advanced in accordance with pretrial Order No. 8(B), and the sending for filing with the Clerk of court of the United States District Court for the Eastern District of Louisiana by using adequate postage in accordance with the procedures established in MDL 1657 on this 8th day of May, 2009.

_____
Jonathan W. Johnson
Attorney for Plaintiff
Georgia State Bar No: 394830


Wilfred P. Coronato
Hughes Hubbard & Reed, LLP
101 Hudson St., Suite 360
Jersey City, NJ  07302-3918

Phillip A. Wittmann
Stone Pigman Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA  70130-3588

Dimitrios Mavroudis
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808

Susan Giamportone
Womble Carlyle Sandridge & Rice, PLLC
1201 W. Peachtree St., NW, Suite 3500
Atlanta, GA  30309-3460