U.S., DISTRICT COURT, EASTERN DISTRICT OF LOUISANA

**U. S. DISTRICT COURT**
Eastern District of Louisiana

Brian Anderson, Pro Se
    Plaintiff

FILED  MAY - 8 2009 WP

V.

05-MDL#1657 L

Merck & Co., Inc
    Defendant

LORETTA G. WHYTE
Clerk

---

**PLAINTIFF MOTIONS FOR ; GROUNDS FOR RELIEF FROM A FINAL JUDGEMENT, ORDER OR PROCEEDING, UNDER FED.RL.CIV.PRO. 60(b)(1)(4).**

---

    F.R.C.P., **RULE 60(b)**. On motion & just terms, the Court may relieve a party from a Final Judgement, order or proceeding for the folling reasons. **(1) Mistake**, inadvertence, surprise, or excusable neglect. **(4)** The Judgement is void.

    On April 9th, the Honorable Court **Ordered** Plaintiffs case **dismissed**, listing the year **20089**.

    The Plaintiff intends on filing a **Appeal**. And the year **20089**, conveys to the U.S., Appellate Court, the year **2008** or a unknown year.

    The Plaintiff prays that this Honorable Court Grants this Motion.

**Certificate Of Service**

I certify that on May-4-09, I deposited in the U.S., Mail this Motion to the partys below.

U.S., District Court
500 Poydras St.,
New Orleans, LA
70130

Law Firm of; Stone Pigman Walther, etc,
546 Carondelet
New Orleans, LA
70130-3588

Respectfully Submitted    *B. Cullen* (signature)

Brian Anderson #64193
S.C.F., P.O. Box 6000
Sterling, Co 80751

TENDERED FOR FILING
MAY 0 8 2009
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ___
___ Process ___
X Dktd ___
X CtRmDep ___
___ Doc No. ___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibits A, B, & C* | * | KNOWLES |
| | * | |

*********************************************************************

## ORDER

The matters deferred from Defendant Merck & Co., Inc.'s First Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With Requirements of PTO 29 (R. Doc. 16944) came on for hearing on the 27th day of March, 2009. For the reasons orally assigned, the Court entered judgment as follows:

**IT IS ORDERED** that the claims of all plaintiffs on Exhibit A be and they hereby are dismissed with prejudice for failure to comply with Pre-Trial Order 29.

**IT IS FURTHER ORDERED** that motion is deferred as to all plaintiffs on the attached Exhibit B. The motion will now be heard on the 29th day of April, 2009, at 9:00 a.m.

**IT IS FURTHER ORDERED** that the motion be and it hereby is withdrawn as to all plaintiffs on Exhibit C.

NEW ORLEANS, LOUISIANA, this 9th day of _____April_____, 20089

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

972109v.1

**Colorado Department Of Corrections**

Name: Brian Anderson
Register Number: 64193
Unit: 2
Box Number: 6000
City, State, Zip: Sterling, CO 80751

U.S. District Court
500 Poydras Street
New Orleans, Louisana
70130