**MINUTE ENTRY**
**FALLON, J.**
**APRIL 28, 2009**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                          |   |                        |
|------------------------------------------|---|------------------------|
|                                          | : | MDL NO. 1657           |
| IN RE: VIOXX                             | : |                        |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3)        |
|                                          | : |                        |
|                                          | : | JUDGE FALLON           |
|                                          | : | MAG. JUDGE KNOWLES     |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO:        CASES LISTED ON EXHIBIT A**


On this date, the Court held a Case Management Conference with counsel for the cases listed on Exhibit A.  The case management conference was transcribed by Ms. Cathy Pepper, Official Court Reporter.  Counsel may contact Ms. Pepper for a copy of the transcript at (504) 589-7776.  During the conference, the Court discussed with the parties options for moving forward with these cases.  The Court appointed Ann Oldfather to serve as Liaison Counsel for Plaintiffs in these cases and Doug Marvin to serve as Liaison Counsel for the Defendant.  Accordingly, IT IS ORDERED that the Court shall hold an additional status conference with Liaison Counsel, Ms. Oldfather and Mr. Marvin, on Thursday, May 14, 2009, at 9:00 a.m., to further discuss the future course of this litigation.

JS10(00:45)

## EXHIBIT A

| Plaintiff's Name | Law Firm | Case Name | Case Number |
|---|---|---|---|
| Bunch, J.C. | Bartimus, Frickleton, Robertson & Gorny | Bunch, J.C. v. Merck & Co., Inc. | 2:06-cv-08827-EEF-DEK |
| Haynes, James R | Bartimus, Frickleton, Robertson & Gorny | Jenkins, Ruth v. Merck & Co., Inc. | 2:05-cv-04054-EEF-DEK |
| Jensen, Jennifer K | Bartimus, Frickleton, Robertson & Gorny | Jensen, Jennifer v. Merck & Co., Inc. | 2:05-cv-05150-EEF-DEK |
| Agard, David L | Benjamin, Ronald R., Law Office of | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK |
| Berthel, Scott R | Benjamin, Ronald R., Law Office of | Gates, Robert D. v. Merck & Co., Inc. | 2:05-cv-06221-EEF-DEK |
| Bozich, Mary A | Benjamin, Ronald R., Law Office of | Aljibory, Adnan v. Merck & Co., Inc. | 2:05-cv-01090-EEF-DEK |
| Cavallo, Matthew | Benjamin, Ronald R., Law Office of | Cavallo, Matthew v. Merck & Co., Inc. | 2:05-cv-01513-EEF-DEK |
| Core, Richard F | Benjamin, Ronald R., Law Office of | Core, Richard F. v. Merck & Co., Inc. | 2:05-cv-02583-EEF-DEK |
| Curtis, Marjorie H | Benjamin, Ronald R., Law Office of | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK |
| Demoski, James J | Benjamin, Ronald R., Law Office of | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK |
| Henderson, Edward | Benjamin, Ronald R., Law Office of | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK |
| Hia, Kristine S | Benjamin, Ronald R., Law Office of | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK |
| Hoyt, Maurice R | Benjamin, Ronald R., Law Office of | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK |
| Kurtz, Mary | Benjamin, Ronald R., Law Office of | Kurtz, Mary v. Merck & Co., Inc. | 2:06-cv-05779-EEF-DEK |
| Lord, Wilson E | Benjamin, Ronald R., Law Office of | DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK |
| Mack, Timothy F | Benjamin, Ronald R., Law Office of | Dier, Glenn L. v. Merck & Co., Inc. | 2:05-cv-01088-EEF-DEK |
| Mannino, Ann M | Benjamin, Ronald R., Law Office of | Holobosky, Rosemary v. Merck & Co., Inc. | 2:05-cv-01091-EEF-DEK |
| Oakley, James S | Benjamin, Ronald R., Law Office of | Oakley, James S. v. Merck & Co., Inc. | 2:05-cv-05912-EEF-DEK |
| Pratt, Arthur L | Benjamin, Ronald R., Law Office of | DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK |
| Santacrose, Viola | Benjamin, Ronald R., Law Office of | Aljibory, Adnan v. Merck & Co., Inc. | 2:05-cv-01090-EEF-DEK |
| Spencer, Frank | Benjamin, Ronald R., Law Office of | Dufresne, Lori v. Merck & Co., Inc. | 2:08-cv-03220-EEF-DEK |
| Nichols, Sarah G | Bubalo, Hiestand & Rotman, PLC | Nichols, Sarah E. v. Merck & Co., Inc. | 2:06-cv-01951-EEF-DEK |
| Adams, Mary Ellen | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Albright, Ann M | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Allen, Marie | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |

971162v.1

| | | | |
|---|---|---|---|
| Amiss, Louise H | Cellino & Barnes, P.C. | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| Ballantyne, Arthur W | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Barrett, Jacqueline | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Barrett, Janet F | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Blankenship, Donald | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Blodgett, Don | Cellino & Barnes, P.C. | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Brown, Dianne | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Brown, James N | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Burkey, Robert A | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Butterfield, Myrtle | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Byrd, Deborah A | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Carmen, Joan | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Carrigan, Georgia | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Carroll, John | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Carter, James A | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Desormeau, Margaret | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| DeSouza, William | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Donahue, James J | Cellino & Barnes, P.C. | Donahue, James J. v. Merck & Co., Inc. | 2:06-cv-01206-EEF-DEK |
| Eddy, Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Edwards, June D | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Estep, John | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Farnsworth, Wilson | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Greeley, Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Habecker, Linda | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Johnson, Esther M | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Kelly, Patricia A | Cellino & Barnes, P.C. | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| Kingsley, Ella F | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Kollin, Jean M | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Kulesza, Jeff A | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Maiorano, Patricia M | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Marble, Judy A | Cellino & Barnes, P.C. | Czekalski, Cindy v. Merck & Co., Inc. | 2:06-cv-01207-EEF-DEK |

| Matos Cruz, Migdalia | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
|---|---|---|---|
| Mayeu, Michael | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| McDaniels, Asa J | Cellino & Barnes, P.C. | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| McMurray, Scott | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| McPhaden, Arleen | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Melton, Roberta | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Mertz, Charles R | Cellino & Barnes, P.C. | Monte, John v. Merck & Co., Inc. | 2:06-cv-01167-EEF-DEK |
| Mietlowski, Alan D | Cellino & Barnes, P.C. | Coles, Patti v. Merck & Co., Inc. | 2:07-cv-02936-EEF-DEK |
| Miller, Charlene | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Miskho, Brian W | Cellino & Barnes, P.C. | Miskho, Brian v. Merck & Co., Inc. | 2:06-cv-01159-EEF-DEK |
| Negron, Myriam | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Petty, Lee C | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Pierre, Edele | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Plambeck, Richard G | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Rarick, Kenneth L | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Reilly, James A | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Robinson, Deborah | Cellino & Barnes, P.C. | Czekalski, Cindy v. Merck & Co., Inc. | 2:06-cv-01207-EEF-DEK |
| Sackett, Marlo R | Cellino & Barnes, P.C. | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Scherf, Frank | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Schultz, Barbara | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Shahid, Marge A | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Steerman, Gladys | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Tydus, Kathryn | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Vecchio, Teresa M | Cellino & Barnes, P.C. | Daluiso, Anna v. Merck & Co., Inc. | 2:06-cv-01197-EEF-DEK |
| Walker, Renee | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Webb, Carol R | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Webb, Kathleen | Cellino & Barnes, P.C. | Carr, Marie v. Merck & Co., Inc. | 2:06-cv-03612-EEF-DEK |
| Weese, Roxana | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Weiser, Harlan L | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Werner-Vecellio, Paula R | Cellino & Barnes, P.C. | Werner Vecellio, Paula v. Merck & Co., Inc. | 2:06-cv-03900-EEF-DEK |

| Woodock, Christine D | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
|---|---|---|---|
| Albertson, Beverly A | Cory, Watson, Crowder & DeGaris | Albertson, Beverly v. Merck & Co., Inc. | 2:06-cv-06236-EEF-DEK |
| Fulton, Rebeka K | Cory, Watson, Crowder & DeGaris | Fulton, Arthur v. Merck & Co., Inc. | 2:05-cv-00436-EEF-DEK |
| Knifley, Thelma M | Cory, Watson, Crowder & DeGaris | Knifley, Welby R. v. Merck & Co., Inc. | 2:05-cv-05635-EEF-DEK |
| Gasio, Dane B | Federman & Sherwood | Gasio, Dane v. Merck & Co., Inc. | 2:07-cv-01054-EEF-DEK |
| Graham, Larry N | Federman & Sherwood | Graham, Larry v. Merck & Co., Inc. | 2:07-cv-01055-EEF-DEK |
| Laviner, Rebecca | Federman & Sherwood | Laviner, Rebecca v. Merck & Co., Inc. | 2:06-cv-06932-EEF-DEK |
| Gonzalez, Pedro | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Gonzales, Pedro Jr. v. Merck & Co., Inc. | 2:06-cv-09815-EEF-DEK |
| Heisey-DeWolf, Deborah A | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Heisey DeWolf, Deborah v. Merck & Co., Inc. | 2:06-cv-09810-EEF-DEK |
| Hench, Edwin C | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Hench, Edwin C. v. Merck & Co., Inc. | 2:06-cv-09811-EEF-DEK |
| King, LaDonna G | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | King, LaDonna v. Merck & Co.,Inc | 2:06-cv-10270-EEF-DEK |
| Klunk, Nancy A | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Wolfe, Barbara E. v. Merck & Co., Inc. | 2:06-cv-09808-EEF-DEK |
| Osiecki, Marilyn J | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Osiecki, Marilyn J. v. Merck & Co., Inc. | 2:06-cv-09814-EEF-DEK |
| Painter, Gladys R | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Gibson, Kathy v. Merck & Co., Inc. | 2:06-cv-09812-EEF-DEK |
| Slembarski, John C | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Slembarski, John C. v. Merck & Co., Inc. | 2:06-cv-09809-EEF-DEK |
| Carr, Clarence L | Johnson & Benjamin LLP | Carr, Clarence L. v. Merck & Co., Inc. | 2:05-cv-02905-EEF-DEK |
| Cochran, John O | Lopez, McHugh LLP | Cochran, John O. v. Merck & Co., Inc. | 2:05-cv-01795-EEF-DEK |
| Bland, Violet M | Mattingly, Nally-Martin & Fowler, PLLC | Popp, Jennifer M. v. Merck & Co., Inc. | 2:06-cv-01926-EEF-DEK |
| Wagganer, Gerald L | Schuler Halvorson & Weisser | Wagganer, Gerald v. Merck & Co., Inc. | 2:05-cv-03125-EEF-DEK |
| DeRose, Gary A | Stratton Faxon | Whittaker, Denise v. Merck & Co., Inc. | 2:05-cv-01257-EEF-DEK |
| Donaldson, William J | Stratton Faxon | Whittaker, Denise v. Merck & Co., Inc. | 2:05-cv-01257-EEF-DEK |
| Hess, Denise R | Stratton Faxon | Hess, Denise R. v. Merck & Co., Inc. | 2:05-cv-05893-EEF-DEK |
| Lynch, Judith A | Stratton Faxon | Lynch, Judith v. Merck & Co., Inc. | 2:05-cv-05072-EEF-DEK |
| Perry, Samuel C | Stratton Faxon | Chambers, Marianne v. Merck & Co., Inc. | 2:05-cv-01997-EEF-DEK |
| Rodriguez, Marjorie | Stratton Faxon | Whittaker, Denise v. Merck & Co., Inc. | 2:05-cv-01257-EEF-DEK |

| Seigler, Caroline N | Strom Law Firm, LLC | Seigler, Caroline N. v. Merck & Co., Inc. | 2:06-cv-01532-EEF-DEK |
|---|---|---|---|
| Hudnut, Lynn D | | Jenkins, Ruth v. Merck & Co., Inc. | 2:05-cv-04054-EEF-DEK |

971162v.1