UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

George Willie Buford, III,
Plaintiff, Pro Se,

v.

Merck & Co., Inc.,
Defendant.

05-MDL-1657

2:08-cv-05059-EEF-DEK

VERIFIED MOTION

PLAINTIFF'S RULE 55, FRCvP, MOTION FOR DEFAULT

Comes now the Plaintiff George Willie Buford, III, pursuant to Rule 55(a) and (b)(1) and humbly MOVES this Court to enter the defendant's default. In support of his Motion, Plaintiff George Willie Buford, III, states:

State of Indiana )
                 ) -ss-
County of Vigo   )

SWORN STATEMENT

I, George Willie Buford, III, first being duly sworn in accordance with the laws of these United States of America, hereby deposes and says:

That I am the sole plaintiff in this action. This action DOES NOT pertain to any other person/entity or group. Neither the United States District Court for the District of New Jersey, the United States Judicial Panel on Multidistrict Litigation nor the United States District Court for the Eastern District of Louisiana have give Plaintiff any NOTICE of inclusion in any class of plaintiffs, explaining Plaintiff's rights and responsibilities relative to any class inclusion (prior to such inclusion) NOR has Plaintiff been granted ANY opportunity to be heard in a reasonable time or meaningful manner on his reasons for objecting to class certification/inclusion as required by the Due Process of Law clauses of the 5th and 14th Amendments.

That by ORDER of the Honorable Dennis M. Cavannaugh, USDJ, Clerk of Court William T. Walsh summoned Merck & Co., Inc., to defend, answer or otherwise responsibly plead in this matter within 20 days from 31 December 2008. See Summons, Document 4, 31 December 2008.

That as of 05 May 2009 Merck & Co., Inc., has not defended, answered or otherwise responsibly pled in this matter as directed by Judge Cavannaugh.

That Plaintiff gave this Court NOTICE of the Defendant's refusal to defend, answer or otherwise responsibly plead on or about 06 February 2009, as evidenced by Certified Mail No. 7008 1830 0000 2303 1037.

In the face of such NOTICE, this Court chose to stand mute, though Tenders an interest in the outcome of this cause of action that is readily apparent.

TENDERED FOR FILING
MAY 11 2009
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc No. _____

1

The defendant in this action, having already engaged in a pattern of unjust enrichment, since circa 2001, now unfairly benefits from this Court's decision to stand nihil dicit, by being allowed to continue to criminally convert Plaintiff's funds, assets and collateral in the amount of $75 billion and 1/3 Defendant's total global revenues from fiscal year 2001 through fiscal year 2005. That money legally belongs to Plaintiff (see Private Security Agreement MPC-4426-318-474) as evidenced by UCC1 Financing Statement Instrument 20061002000043600 on file in the Hunterdon County, New Jersey Clerk and Recorder's Office.

Empowering the Defendants in this action to continue to convert Plaintiff's funds, assets and collateral to the Defendant's own usage after their failure to responsibly plead in this matter has been made know to this Court through Plaintiff's NOTICE by failing to enter said Defendant's default, or, by including Plaintiff in a class of plaintiffs having no legal commonality with Plaintiff absent any prior Notice or Opportunity to be heard in a reasonable time or meaningful manner is NOT an act of impartiality, does no EQUAL right to the poor and to the rich (See 28 U.S.C. § 453), aids the Defendant in the deprivation of his property interest(s), favors the already rich defendant over the destitute Plaintiff (doing NOTHING to avoid the semblance of impropriety) and serves as a court-sanctioned approval of Defendant's unfair AND unlawful practices.

> When a debtor makes a bare agreement to pay, the obligation to the creditor is unsecured. If the debtor later fails to pay as promised, there is a breach of contract. The creditor has a legal action on the broken promise, but the creditor has no right to move immediately against any of the debtor's assets.
>
> — Guidebook to Security Interests in Personal Property
>   Eldon Reiley, 1982

The Plaintiff in this action has waited long enough. That money is rightfully mine and the Court is wrong to allow Defendant's to continue to use it at the Plaintiff's peril.

WHEREFORE, pursuant to Rule 55(a) and (b)(1), Federal Rules of Civil Procedure, the Plaintiff in this action hereby MOVES this Court to enter the Defendant's default without any further delay and ORDER the Defendant to pay Plaintiff the sum certain of this action plus costs and fees.

Thanking this Court for its valuable time and attention in

this matter.

## JURAT

I, George Willie Buford, III, Secured Party Creditor and Plaintiff in this action, do hereby CERTIFY that the foregoing is true and correct to the best of my information, knowledge and belief.

Further Affiant Sayeth Naught,

05 May 2009
(date)

*George Willie Buford III*
Mr. George Willie Buford, III
[Fed. Reg. # 30024-074]
Apostille No. A2009-5853
Convention de la Haye du 5 Octobre 1961
P.O. Box 33
Terre Haute, Indiana 47808

Sworn to and subscribed this 05th day of May, 2009, pursuant to the Self-Notary Statute of 28 U.S.C. § 1746.

## CERTIFICATE OF SERVICE

I, George Willie Buford, III, do hereby CERTIFY that the foregoing Plaintiff's Motion for Default has been served upon opposing counsel by placing same in FCC Terre Haute Unit A:1 corrections officer's hands per institutional lock-down protocol, First Class postage pre-paid, and addressed to the following:

Ms. Eva Petko Esber
Counsel of Record [?]
Attorney At Law [?]
Williams & Connolly, LLP
Law Offices
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

Attest True,

*George Willie Buford III, sui juris*

05 May 2009
(date)

George Willie Buford, III, sui juris
A2009-5853
Convention de la Haye

-3-

Mr. George Willie Buford, III
United States Penitentiary
[Fed. Reg. # 30084-074]
P.O. Box 33
Terre Haute, Indiana 47808

LEGAL MAIL

Attn.: CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
C-456 U.S. COURTHOUSE
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA
70130

7018033313

TERRE HAUTE
05 MAY 2009

USA 41