UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657

: SECTION: L

: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Sheet Metal Workers Local No. 20 Welfare and Benefit Fund;
Indiana Electrical Workers Benefit Trust;
Bricklayers of Indiana Welfare Fund;
Michiana Area Electrical Workers Health and Welfare Fund;
Indiana State Council of Roofers Health and Welfare Fund;
Indiana State District Council of Laborers and Hod Carriers Welfare Fund;
Painters Local No. 469 Health and Welfare Fund;
Plumbers and Steamfitters Local No. 166 Health and Welfare Plan;
Southern Ohio Painters Health and Welfare Fund;
Pipe Trades Industry Health and Welfare Plan;
IBEW 673 Fringe Benefit Funds;
IBEW Local 129 Fringe Benefit Funds;
Plumbers and Steamfitters Local 42 Health and Welfare Plan;
Painting Industry Insurance and Annuity Funds;
Service Employee International Union Local No. 3 Health and Welfare Fund;
IBEW Local 32 Health and Welfare Fund;
IBEW Local 683 Fringe Benefit Funds;
Indiana State Council of Carpenters Health and Welfare Fund;
Plumbers Local No. 210 Health and Welfare Fund;
Indiana Carpenters Health and Welfare Fund;
Plumbers and Steamfitters Local 440 Health and Welfare Plan;
Indiana Bricklayers Local No. 6 Welfare Trust Fund;
Motion Picture Laboratory Technicians and Film Editors Local 780 Welfare Fund;
Dealers-Unions Insurance Fund; and,
United Food and Commercial Workers Union-Employer Health and Welfare Fund, On Behalf of Themselves and All Others Similarly Situated, currently filed as 05-CV-0349-DFH-VSS; S.D. Ind. and MDL No. 05-2269

## ORDER GRANTING MOTION TO DISMISS CERTAIN PLAINTIFF

This case is before the Court on the Plaintiffs' Motion To Dismiss Certain Plaintiff, IEBW 673 Fringe Benefit Funds, only. The Court has carefully considered Plaintiffs' motion and finds it is made for good cause. Accordingly the Court **GRANTS** Plaintiffs' motion, and **ORDERS** that Plaintiff IEBW 673 Fringe Benefit Funds, only, is hereby **DISMISSED** without Prejudice.

DATED: May 5th, 2009.

Judge Eldon E. Fallon, United States District Court
Eastern District of Louisiana

**Distribution to:**

Henry J. Price
William N. Riley
Price Waicukauski & Riley, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, Indiana 46204

George M. Plews, Esq.
Brett E. Nelson, Esq.
David L. Pippen, Esq.
PLWES SHADLEY RACHER & BRAUN
1346 North Delaware Street
Indianapolis, Indiana 46202

Ellen M. Gregg, Esq.
Womble Carlyle Sandridge & Rice, PLLC
301 North Main Street, Suite 300
Winston-Salem, North Carolina 27101