UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | CIVIL ACTION |
| | * | NO. 2:05-MD-01657-EEF-DEK |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| THIS DOCUMENT | * | DIVISION 3 |
| RELATES TO ALL CASES | * | JUDGE KNOWLES |

## *MOTION TO SHOW CAUSE*

COMES NOW Ruby N. Craft and files this her Motion to Show Cause, as follows:

*1.*

On May 1, 2009, undersigned counsel served Hattiesburg Clinic and Prentiss Family Practice Clinics with a Subpoena to produce the medical records of Ruby N. Craft. A copy of the Subpoena with Proof of Service is attached at Exhibit "1."

*2.*

To date, no responsive pleading or documents have been served on behalf of Hattiesburg Clinic, or Prentiss Family Clinics in response to the Subpoena.

*3.*

WHEREFORE, PREMISES CONSIDERED, Ruby N. Craft, would respectfully request that this Court enter an Order as follows:

1.  An Order holding Hattiesburg Clinic and Prentiss Family Practice Clinics in contempt of court for failure to respond to the Subpoena Duces Tecum served on Hattiesburg Clinic on May 1, 2009.

2.  An Order requiring Hattiesburg Clinic and Prentiss Family Practice Clinics to

immediately produce the records of Ruby N. Craft, at its cost; and

3.      Award attorney's fees and costs to undersigned counsel for having to prosecute this action.

   DATED this the 13th day of May, 2009.

          Respectfully submitted,

          DRUG LIABILITY LITIGATION GROUP PLLC

          */s/ C. Victor Welsh, III*
          C. VICTOR WELSH, III (#7107)
          PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
          P. O. BOX 22985
          JACKSON, MS 39225-2985
          TELEPHONE: (601) 948-6200
          FACSIMILE: (601) 948-6187

DRUG LITIGATION LIABILITY GROUP, PLLC

C. VICTOR WELSH, III (#7107)
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
POST OFFICE BOX 22985
JACKSON, MS 39225-2985
TELEPHONE: (601) 948-6200
FACSIMILE: (601) 948-6187

WILLIAM H. LISTON
LISTON/LANCASTER, PLLC
126 NORTH QUITMAN AVENUE
POST OFFICE BOX 645
WINONA, MS 38967
TELEPHONE: (662) 283-2132
FACSIMILE: (662)283-3742

DAVID H. NUTT
DAVID H. NUTT, P.A.
605 CRESCENT BLVD., SUITE 200
RIDGELAND, MS 39157
TELEPHONE: (601) 898-7302
FACSIMILE: (601) 898-7304

## CERTIFICATE OF SERVICE

I, C. Victor Welsh, III, hereby certify that the above and foregoing has been served by United States Mail, and facsimile transaction to:

Medical Records Custodian
Hattiesburg Clinic and Prentiss Family Practice Clinics
415 S. 28th Avenue
Hattiesburg, MS 39401;

and forwarded to counsel of record:

Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail upon all parties by electronically uploading the same to LexisNexis File & Service Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedure established in MDL 1657 on May 13, 2009.

/s/ C. Victor Welsh, III