AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION  )<br>*Plaintiff*                                )<br>v.                                           )<br>                                             )<br>_____              )<br>*Defendant*                                  ) | Civil Action No.  MDL 1657<br><br>(If the action is pending in another district, state where: |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES

To:   HATTIESBURG CLINIC and PRENTISS FAMILY PRACTICE CLINIC

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Treatment records of Ruby N. Craft from January 1998 through May 2002.

| Place: Pittman, Germany, Roberts & Welsh<br>410 S President Street<br>Jackson, MS  39201 | Date and Time:<br><br>05/08/2009 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

    The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  4/30/09

                CLERK OF COURT                                   OR   *C. Victor Welsh III*
        _____                                _____
        *Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Ruby N. Craft
_____ , who issues or requests this subpoena, are:
C. Victor Welsh, III, Pittman, Germany, Roberts & Welsh, L.L.P., P. O. Box 22985, Jackson, MS  39225-2985; (601) 948-6200; cvw@pgrwlaw.com

**EXHIBIT "1"**

AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* **Barbara Barlow, medical Records Secretary**
was received by me on *(date)* **May 1, 2009**.

☐ I personally served the subpoena on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the subpoena to *(name of individual)* **Barbara Barlow**, who is designated by law to accept service of process on behalf of *(name of organization)* **Hattiesburg Clinic and Prentiss Family Practice** on *(date)* **May 1, 2009**; or

☐ I returned the subpoena unexecuted because _____ ; or

☒ other *(specify)*:  Items served:  Letter - medical authorization
                                      PTO 35 - payment for records
                                      Subpoena

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ **160.00** for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: **May 1, 2009**

_____
Server's Signature

**Mack D. Lofton**
144 West McDowell Road
Jackson, MS 39204

Printed name and title

Server's address

Additional information regarding attempted service, etc: