UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | § | CIVIL ACTION MDL-1657 |
| | § | NO. 2:05-MD-01657-EEF-DEK |
| | | JUDGE ELDON E. FALLON |
| | § | |
| | | DIVISION 3 |
| | § | MAGISTRATE DANIEL E. KNOWLES, III |

This document relates to all cases

## REAUD, MORGAN & QUINN, LLP'S
## NOTICE OF OBJECTION TO THE PSC FEE REQUEST

In accordance with this Court's Order, undersigned files this Notice of Objection to the PSC Fee Request. In particular, as full participating counsel, it is requested that the fee contracts entered into between full participating counsel and the PSC be honored.

Respectfully submitted,

REAUD, MORGAN & QUINN, LLP
P. O. Box 26005
Beaumont, TX   77720-6005
(409) 838-1000
Fax (409) 833-8236

_____
John Werner
State Bar No. 00789720

Plaintiff's Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Objection has been served on Liaison Counsel, Russ Herman and on all counsel by U.S. Mail and e-mail or by hand delivery and e-mail and on all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on May 8, 2009.

REAUD, MORGAN & QUINN, LLP
P. O. Box 26005
Beaumont, TX   77720-6005
(409) 838-1000
Fax (409) 833-8236

_____
John Werner
State Bar No. 00789720

Plaintiff's Counsel