FILED '09 MAY 12 11:35 USDC-LAE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX® PRODUCTS LIABILITY LITIGATION | CIVIL ACTION MDL NO. 1657<br><br>NO. 2:05-MD-01657-EEF-DEK<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III. |
| *This Document Relates To All Cases* | |

### NOTICE OF OBJECTION TO PLAINTIFF STEERING COMMITTEE'S MOTION FOR AWARD OF 8% OF THE SETTLEMENT PROCEEDS AS COMMON BENEFIT FEES (REC. DOC. 17642)

Pursuant to Order of the Court entered on April 16, 2009 (Rec. Doc. 18264) Spangenberg, Shibley & Liber LLP, on behalf of its Vioxx Clients, files this Notice of Objection to the Plaintiffs Steering Committee's Motion for an Award of 8% of the Settlement Proceeds as Common Benefit Fee. These parties object for the following reasons:

1. The Plaintiffs Steering Committee ("PSC") is bound by contract to an assessment of 3% of settlement proceeds from Full Participating Attorneys ("FPA"), including Spangenberg, Shibley & Liber LLP.

2. The Master Settlement Agreement does not change or preclude the PSC from honoring its contract with the FPA.

3. The PSC has failed to prove the necessary elements of consideration in order to justify an extraordinary increase in common benefit fees.

4. Fee awards in unrelated class action litigation do not affect or alter a freely negotiated contract entered into between the PSC and FPA.

5. The PSC's attempt to modify the terms of its contract with the FPA creates a conflict of interest between the FPA and its clients.

6. The undersigned reserves the right to specify more particular area of objection once appropriate discovery is completed.

Dated: May 11, 2009

Respectfully submitted,

/s/Stuart E. Scott
STUART E. SCOTT Ohio Bar No. 0064834
NICHOLAS A. DICELLO Ohio Bar No. 0075745
*Counsel for Plaintiffs*

OF COUNSEL:

**SPANGENBERG, SHIBLEY & LIBER LLP**
1900 East Ninth Street
2400 National City Center
Cleveland, Ohio 44114
(216) 696-3232
(216) 696-3924 (FAX)
*sscott@spanglaw.com*
*ndicello@spanglaw.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Whitman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(A), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8th day of May, 2009.

/s/Stuart E. Scott
STUART E. SCOTT Ohio Bar No. 0064834
NICHOLAS A. DICELLO Ohio Bar No. 0075745
*Counsel for Plaintiffs*

OF COUNSEL:

**SPANGENBERG, SHIBLEY & LIBER LLP**
1900 East Ninth Street
2400 National City Center
Cleveland, Ohio 44114
(216) 696-3232
(216) 696-3924 (FAX)
*sscott@spanglaw.com*
*ndicello@spanglaw.com*



> Return to File & Serve home           Add this page to My Favorite Tasks

| Menu |
|---|
| Drafting Resources |
| Briefs, Pleadings & Motions |
| Docket Number Search |
| **File & Serve Documents** |



**LexisNexis File & Serve**   Spangenberg Shibley & Liber LLP | Resource Center

| Home | Filing & Service | Alerts | Search |
| Start A Transaction | Saved Transactions | Scheduled Transactions |

5/8/09 5:05 PM CDT

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

*TIP:* Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

### LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 25101890 |
| **Submitted by:** | Mary Zupancic, Spangenberg Shibley & Liber LLP |
| **Authorized by:** | Stuart E Scott, Spangenberg Shibley & Liber LLP |
| **Authorize and file on:** | May 8 2009 4:55PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical |
| **Case Number:** | MDL-1657 Master Case |
| **Case Name:** | In Re: VIOXX Products Liability Litigation MDL No 1657 |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Private |
| **Billing Reference:** | Vioxx General |

**Documents List**
**1 Document(s)**

**Attached Document, 3 Pages**   **Document ID: 21612994**   PDF Format | Original Format

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice (Other) | Secure Public | $0.00 | |

**Document title:**
Notice of Objection to Plaintiff Steering Committee's Motion For Award of 8% of the Settlement Proceeds as common Benefit Fees (Rec. Doc. 17642)

Expand All

⊟ **Sending Parties (2)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Plaintiff | Interested Party | DiCello, Nicholas A | Spangenberg Shibley & Liber LLP | Attorney in Charge |
| | Interested | | Spangenberg Shibley & | Attorney in |