UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Vioxx® | * | CIVIL ACTION |
| | * | NO. 2:05-MD-01657-EEF-DEK |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| THIS DOCUMENT | * | DIVISION 3 |
| RELATES TO ALL CASES | * | JUDGE KNOWLES |

## *WITHDRAWAL OF MOTION TO SHOW CAUSE*

COMES NOW Ruby N. Craft and notifies this Court that she is withdrawing her Motion to Show Cause [Document No. 18741] filed in this case on May 13, 2009 for the reason that the medical records subject to the Motion to Show Cause have now been produced by the Hattiesburg Clinic.  Plaintiff, Ruby N. Craft request that her Motion [Document No. 18741] be taken off the active motion docket for this Court, and all hearings scheduled on such Motion be canceled.

DATED this the 15th day of May, 2009.

Respectfully submitted,

DRUG LIABILITY LITIGATION GROUP PLLC

*/s/ C. Victor Welsh, III*
C. VICTOR WELSH, III (#7107)
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
P. O. BOX 22985
JACKSON, MS 39225-2985
TELEPHONE: (601) 948-6200
FACSIMILE: (601) 948-6187

DRUG LITIGATION LIABILITY GROUP, PLLC

C. VICTOR WELSH, III (#7107)
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
POST OFFICE BOX 22985
JACKSON, MS 39225-2985
TELEPHONE: (601) 948-6200
FACSIMILE: (601) 948-6187

WILLIAM H. LISTON
LISTON/LANCASTER, PLLC
126 NORTH QUITMAN AVENUE
POST OFFICE BOX 645
WINONA, MS 38967
TELEPHONE: (662) 283-2132
FACSIMILE: (662)283-3742

DAVID H. NUTT
DAVID H. NUTT, P.A.
605 CRESCENT BLVD., SUITE 200
RIDGELAND, MS 39157
TELEPHONE: (601) 898-7302
FACSIMILE: (601) 898-7304

## *CERTIFICATE OF SERVICE*

I, C. Victor Welsh, III, hereby certify that the above and foregoing has been served by United States Mail, and facsimile transaction to:

Medical Records Custodian
Hattiesburg Clinic and Prentiss Family Practice Clinics
415 S. 28th Avenue
Hattiesburg, MS 39401;

and forwarded to counsel of record:

Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail upon all parties by electronically uploading the same to LexisNexis File & Service Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedure established in MDL 1657 on May 15, 2009.

/s/ C. Victor Welsh, III