UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Vioxx® | * | CIVIL ACTION |
| | * | NO. 2:05-MD-01657-EEF-DEK |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| THIS DOCUMENT | * | DIVISION 3 |
| RELATES TO ALL CASES | * | JUDGE KNOWLES |

### *ORDER GRANTING WITHDRAWAL OF MOTION TO SHOW CAUSE*

Upon due consideration of the Withdrawal of Motion to Show Cause [Document 18746] previously filed by Ruby N. Craft in this case, the Court finds the Withdrawal well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Ruby N. Craft's Withdrawal of Motion to Show Cause [Document No. 18746] is GRANTED, and the Motion to Show Cause is hereby removed from the active motion docket of this Court.

IT IS SO ORDERED.

_____        _____
DATED:                                                                    JUDGE ELDON E. FALLON
                                                                                         UNITED STATES DISTRICT COURT JUDGE