**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

———————————————————
In Re: VIOXX                                    :
                                                :         **MDL Docket NO. 1657**
**PRODUCTS LIABILITY LITIGATION** :
                                                :         **SECTION L**
                                                :
**This document relates to: all actions** :         **JUDGE FALLON**
                                                :         **MAG. JUDGE KNOWLES**
———————————————————:

## MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH THIRD PARTY PAYORS AND TO APPROVE A MATCHING PROTOCOL

Third Party Payor Counsel and the Plaintiffs' Steering Committee hereby move this Court for entry of a Pretrial Order, in the form attached as Exhibit A.

The Plaintiffs' Steering Committee ("PSC") has negotiated with counsel representing the largest segment of private health benefit providers to construct a private healthcare lien and reimbursement resolution program. On January 15, 2009, the PSC and the Negotiating Third Party Payor Counsel ("TPPC") entered into a Settlement Agreement (attached as Exhibit B) that formally established a private lien resolution program for eligible claimants. Counsel has kept the Court apprised of the status of this program and provided updates at monthly status conferences. The PSC and TPPC now ask the Court to approve the Settlement Agreement.

The PSC and TPPC also ask the Court to approve the matching protocol outlined in the Proposed Pretrial Order. The Settlement Agreement provided that "the PSC or Garretson shall provide the TPPC with a count of the total number of [eligible claimants (or "ECs")], with a count of the number of ECs electing to participate in the LRP, and with a count of the number of ECs not participating in the LRP" in order to establish the percentage of eligible claimants participating in

1

the program.  *See* Exhibit A at Part A.1.  The Agreement further contemplated that "the PSC or Garretson shall provide the TPPC with a list of all ECs participating in the LRP… such that TPPC and Garretson will be able to match the EC and TPPC client insurers."  *See* Exhibit A at Part A.2.

The TPPC and the PSC now desire to undertake the contemplated matching process.  The parties propose the mutually agreed upon protocol outlined in the attached Proposed Pretrial Order.  This protocol provides that no identifying data regarding claimants shall be generated or retained during the process.  Should any such data be generated or retained (whether accidentally otherwise), the PSC and TPPC acknowledge that they will be liable for sanctions and other severe penalties the Court may find appropriate.

The PSC and TPPC hereby ask the Court to approve both the private lien resolution program and the matching protocol by entering the Proposed Pretrial Order.

Respectfully submitted,


Date:  May 15, 2009                    By:     /s/ Leonard A. Davis
                                            Russ M. Herman (Bar No. 6819)
                                            Leonard A. Davis (Bar No. 14190)
                                            Stephen J. Herman (Bar No. 23129)
                                            ***Herman, Herman, Katz & Cotlar, L.L.P.***
                                            820 O'Keefe Avenue
                                            New Orleans, Louisiana  70113
                                            Telephone: (504) 581-4892
                                            Facsimile: (504) 561-6024

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O.Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA  71309-1190<br>PH:  (318) 487-9874<br>FAX:  (318) 561-2591 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>FAX:  (504) 528-9973 |
| Andy D. Birchfield, Esq. (**Co-Lead Counsel**)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160<br>PH:  (800) 898-2034<br>FAX:  (334) 954-7555 | Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>PH:  (850) 435-7000<br>FAX:  (850) 497-7059 |
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339<br>PH:  (415) 956-1000<br>FAX:  (415-956-1008 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA  70601<br>PH:  (337) 494-7171<br>FAX:  (337) 494-7218 |
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA  19102<br>PH:  (215) 772-1000<br>FAX:  (215) 772-1371 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA  92660<br>PH:  (949) 720-1288<br>FAX:  (949) 720-1292 |
| Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106-3875<br>PH:  (215) 592-1500<br>FAX:  (215) 592-4663 | Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>FAX:  (212) 584-0799 |
| Shelly Sanford, Atty.<br>2016 Bissonnett<br>Houston, TX  77005<br>PH:  (713) 524-6677<br>FAX: (713) 524-6611 | Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC  20036-4914<br>PH:  (202) 783-6400<br>FAX: (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

By:___/s/ Thomas M. Sobol_____

      Thomas M. Sobol
      *HAGENS BERMAN SOBOL SHAPIRO LLP*
      One Main St., Fourth Floor
      Cambridge, MA 02142
      Telephone: (617) 482-3700
      Facsimile: (617) 482-3003

      **NEGOTIATING THIRD PARTY
      PAYOR COUNSEL**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of May, 2009.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhkc.com