UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES | * | MDL No. 1657 |
| PRACTICES AND PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Fleam Leach v. Merck & Co., Inc.,* **Case No. 2:06-CV-1928**

Comes Plaintiff, by counsel, and for his Motion to Vacate the Order Granting Motion to Withdraw as Counsel of Record (Rec. Doc. 18639) entered on May 1, 2009, states as follows:

Counsel previously filed a Motion to Withdraw and a Renewed Motion to Withdraw, however, before either was granted, counsel filed and was granted the attached Order <u>Remanding</u> the Motion to Withdraw and Renewed Motion to Withdraw from the docket (Order Granting is Rec. Doc. 15355). At all times relevant hereto, both before and since that Order was granted, counsel has continued to represent plaintiff. In fact, Plaintiff is now enrolled in the Merck Resolution Program.

Therefore, Plaintiff respectfully requests that the Order Granting Motion to Withdraw as Counsel of Record be vacated.

Respectfully submitted,

/s/ Gregory J. Bubalo
Gregory J. Bubalo
Leslie M. Cronen
BUBALO, HIESTAND & ROTMAN
9300 Shelbyville Road, Suite 215
Louisville, KY  40222
(502) 753-1600

1

Ann B. Oldfather
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY 40208

Tyler Thompson
Liz Shepherd
DOLT, THOMPSON, SHEPHERD & KINNEY
13800 Lake Point Circle
Louisville, KY 40223
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Vacate has been served upon Liaison Counsel, Phillip Wittman and Russ Herman, by email and U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of May, 2009.

                        s/ Gregory J. Bubalo
                        Gregory J. Bubalo

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1657 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE DANIEL E. KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO:** *Fleam Leach v. Merck & Co., Inc.;* **Case No. 2:06-CV-1928**

### ORDER

Upon due consideration of the motion to vacate the previously-filed Order granting motion to withdraw and renewed motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' counsel's Motion to Vacate the Order Granting Motion to Withdraw as Counsel of Record is GRANTED and the Order granting withdrawal is hereby remanded from the docket.

IT IS SO ORDERED.

DATED:_____   _____

JUDGE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE