FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAR 16  PM 1:43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

2:06-CV-13-EEF-DEK

10300

| | |
|---|---|
| In re: VIOXX | * MDL NO. 1657 |
| | * |
| PRODUCTS LIABILITY LITIGATION | * |
| | * |
| ON VALENTI, DOMINICK | * |
| | * |
| V | * |
| | * |
| MERCK & CO., INC. | * |

## MOTION FOR WITHDRAWAL OF COUNSEL

COMES NOW, ROBERT T. RICE, who is attorney of record for DOMINICK VALENTI. ROBERT T. RICE requests the Court to grant him permission to withdraw as attorney for DOMINICK VALENTI in this case. In support, ROBERT T. RICE shows:

Good cause exists for withdrawal of ROBERT T. RICE as counsel, in that ROBERT T. RICE is not familiar with the law and the procedures in Federal Court to effectively represent DOMINICK VALENTI. RICHARD ALLEN, an attorney with this law firm and who was handling this case and more familiar with law and procedures is no longer with this law firm.

A copy of this motion has been delivered to DOMINICK VALENTI, who is hereby notified in writing of his right to object to this motion. DOMINICK VALENTI has not consented to the motion. The last known address of DOMINICK VALENTI is P. O. Box 3545, Lake Jackson, Texas 77566.

There are no pending settings or deadlines, including discovery deadlines, in this case.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

○ On entry of an order granting this motion and discharging Movant as attorney of record for DOMINICK VALENTI, Movant will provide DOMINICK VALENTI with the originals of all of DOMINICK VALENTI discovery responses and documents DOMINICK VALENTI has produced in response to discovery requests.

ROBERT T. RICE prays that the Court enter an order discharging him as attorney of record for DOMINICK VALENTI.

Respectfully submitted,

RICE & SANES, LLP
100 North Velasco (P. O. Box 1326)
Angleton, TX 77515
Tel: (979) 864-3000  Fax:(979) 849-1124

By: *Robert T. Rice*
ROBERT T. RICE
State Bar No. 16835200
Attorney for DOMINICK VALENTI

**Certificate of Service**

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on __MARCH 13, 2009__.

*Robert T. Rice*
ROBERT T. RICE
Attorney for DOMINICK VALENTI