## DECLARATION

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF BRAZORIA** | § |

ON THIS DAY personally appeared ROBERT T. RICE, who, after being placed under oath, stated the following:

"My name is ROBERT T. RICE and I am the attorney of record for the Plaintiff, DOMINICK VALENTI.

"I have communicated with the Plaintiff on several occasions by mail and by telephone. I have explained to the Plaintiff the reasons for seeking to withdraw from the representation of his case and advised him to seek other counsel."

"Plaintiff has recently picked up the contents of his file."

_____
ROBERT T. RICE

Sworn to and subscribed before me on March 13, 2009

_____
NOTARY PUBLIC

Ludean Weitner
My Commission Expires
10/28/2009