FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAY 15  PM 2: 33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

2:06-CV-13-EEF-DEK

10300

| | |
|---|---|
| In re: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | |
| ON VALENTI, DOMINICK | |
| V | |
| MERCK & CO., INC. | |

### ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL

On **May 14**, 2009 the Court considered the Motion for Withdrawal of Counsel of ROBERT T. RICE.

The Court finds that good cause exists for withdrawal of ROBERT T. RICE as counsel.

The Court finds that a copy of the Motion for Withdrawal of Counsel was delivered to DOMINICK VALENTI, that DOMINICK VALENTI was notified in writing of the right to object to the motion, that DOMINICK VALENTI has not consented to the motion, that the last known address of DOMINICK VALENTI is P. O. BOX 3545 LAKE JACKSON, TEXAS 77566, and that the pending settings and deadlines in the case are as follows:

None.

IT IS THEREFORE ORDERED that ROBERT T. RICE is permitted to withdraw as counsel of record for DOMINICK VALENTI in this case.

The Court finds that the last known mailing address of DOMINICK VALENTI is P. O. BOX

___ Fee_____
___ Process_____
___ Ktd_____
___ mDep_____

3545, LAKE JACKSON, TEXAS 77566 and ORDERS that all notices in this case shall be either delivered to DOMINICK VALENTI in person or sent to DOMINICK VALENTI at that address by both certified and regular first-class mail.

The Court orders that ROBERT T. RICE immediately notify DOMINICK VALENTI in writing of any additional settings or deadlines of which ROBERT T. RICE now has knowledge and has not already notified DOMINICK VALENTI. The Court further orders ROBERT T. RICE to make available to DOMINICK VALENTI, not later than __15__ days after the date of entry of this order, the originals of all of DOMINICK VALENTI's discovery responses and documents DOMINICK VALENTI has produced in response to discovery requests.

SIGNED on __May 14, 2009__.

_____
JUDGE PRESIDING