UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAY 15 PM 2:33

LORETTA G. WHYTE
CLERK

IN RE:
VIOXX PRODUCT LIABILITY LITIGATION   )   MDL NO. 1657
                                     )
                                     )   SECTION: L
                                     )
                                     )   JUDGE FALLON
                                     )   MAG. JUDGE KNOWLES

*THIS DOCUMENT RELATES TO:*
Sarah Roberts, *Sarah Roberts v. Merck & Co., Inc.*, 2:05-cv-03543-EEF-DEK and *Albright, et al., v. Merck & Co., Inc., et al.*, 2:06-cv-02204-EEF-DEK

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rules 7.4 and 83.2.11, Brian A. Goldstein, Esq. of Cellino & Barnes, P.C., primary counsel for the above-identified plaintiff, moves this Court on behalf of himself, his firm and any other affiliated plaintiff's counsel (Michael J. Williams, Esq. of Cellino & Barnes, P.C. and/or James C. MacGillis of Trepanier & MacGillis P.A.) for permission to withdraw from representation of the above-identified plaintiff.

Primary counsel has sent notification of all deadlines and pending court appearances to plaintiff's last known address by certified mail and copied opposing counsel on this correspondence. (Exhibit A, Affidavit of Counsel). Primary counsel's Pretrial Order 36 Certification is attached as Exhibit B. Exhibit B identifies plaintiff's last known address and telephone number as required by Local Rule 83.2.11.

Primary counsel will advise LexisNexis File & Serve of the changed party/counsel status promptly upon receiving this Court's order granting withdrawal.

Based upon the foregoing and the attached Affidavit attesting to the fundamental disagreement as to the continued prosecution of this action, and specifically to the

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep____
____ Doc. No.____

procurement of an expert report setting forth an expert opinion as to causation, counsel respectfully requests that this Court permit withdrawal and grant client permission to proceed with retained substitute counsel or pro se by advising the pro se curator of her intentions.

DATED:      February 27, 2009

                                        Respectfully submitted,

                                        **CELLINO & BARNES, P.C.**

By: _____
                                        Brian A. Goldstein
                                        Main Place Towers
                                        350 Main Street, 25th Floor
                                        Buffalo, NY 14202
                                        (716) 854-2020