Case 2:05-md-01657-EEF-DEK   Document 14322-4   Filed 05/06/2008   Page 1 of 2

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Name** | GOLDSTEIN | BRIAN | A. |

| **Name of Law Firm** | CELLINO & BARNES, P.C. |
|---|---|

| **Current Address** | **Street** 350 Main St., 25th Floor, 2500 Main Place Tower |
|---|---|

| | **City** Buffalo, | **State** NY | **Zip** 14202 | **Country** US |
|---|---|---|---|---|

| **Telephone Number** | ( 716) 854-2020 | **Facsimile** | (716) 854-6291 | **Email** | brian.goldstein@cellinoandbarnes.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | ROBERTS | SARAH | |

| **Plaintiff Address** | **Street** 8980 Chandlersville Road |
|---|---|

| | **City** Chandlersville, | **State** OH | **Zip** 43727 | **Country** US |
|---|---|---|---|---|

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | Sara Roberts and Albright, et al. vs. Merck, et al. |
|---|---|

| **Case Number** | 2:05-cv-03543-EEF/DEK and 2:06-cv-02204-EEF/DEK |
|---|---|

| **Court Where Case is Pending** | USDC Eastern District of Louisiana |
|---|---|

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
### [X]  Check here if Plaintiff failed to provide an alternative contact.

| | Last | First | Middle |
|---|---|---|---|
| **Name** | | | |

| **Address** | **Street** |
|---|---|

| | **City** | **State** | **Zip** | **Country** |
|---|---|---|---|---|

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend   ☐ Relative (specify relationship: _____ ) |
|---|---|

#343319

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

### D.  COMPLIANCE WITH PTO NO. 36

| | |
|---|---|
| [X] | I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __3__ / __6__ / __09__ .  (***Record Docket No.*** _____)<br>  Month  Day  Year |

| | |
|---|---|
| [X] | Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including: |

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| **Date Signed** | __3__ / __6__ / __09__<br>(Month/Day/Year) | _____<br>Counsel |