UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | ) | MDL NO. 1657 |
|     Products Liability Litigation | ) | |
| | ) | SECTION: L |
| This Document Relates to: | ) | |
| | ) | HON. ELDON E. FALLON |
|     STATE OF LOUISIANA, ex rel. | ) | |
|     JAMES D. CALDWELL, | ) | MAG. JUDGE KNOWLES |
|     ATTORNEY GENERAL | ) | |
|         Plaintiff | ) | |
| | ) | |
| versus | ) | |
| | ) | |
| MERCK & CO., INC., | ) | |
|         Defendant | ) | |
| | ) | |
| Case No. 05-3700 | ) | |

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion for Leave to File Second Supplemental and Amending Complaint For Injunctive Relief and Damages, the Court finds the Motion well-taken, and that same should be granted.

IT IS ORDERED, that Plaintiff's Motion for Leave to File Second Supplemental and Amending Complaint For Injunctive Relief and Damages be and hereby is granted.

IT IS SO ORDERED.

NEW ORLEANS, LOUISIANA, this 12th day of May, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1