UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
-------------------------------------------------------------------X

DAVID GOLDNER and LUCIE GOLDNER,

                        Plaintiff,

       - against -

SHELTER ROCK ORTHOPEDIC GROUP, INC.
MICHAEL J. ERRICO, M.D.,
STANLEY E. ASNIS, M.D.,
ROBERT E. SCHWARTZ, M.D. and
MERCH & CO.. INC.,

                        Defendants.
-------------------------------------------------------------------X

Case No. 05CV05685
MDL Docket No. 1657

**STIPULATION OF
DISCONTINUANCE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same hereby is discontinued, with prejudice, without costs and disbursements to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       March 6, 2009

GODOSKY & GENTILE, P.C.
Attorney for Plaintiff
61 Broadway - 20th Floor
New York, New York 10006
(212) 742-9700

GEISLER & GABRIELE, LLP
Attorneys for Defendants
SHELTER ROCK ORTHOPEDIC GROUP, INC.
and MICHAEL J. ERRICO, M.D.
100 Quentin Roosevelt Boulevard
P.O. Box 8022
Garden City, N.Y. 11530
(516) 542-1000

PATRICK F. ADAMS, P.C.
Attorneys for Defendant
ROBERT E. SCHWARTZ, M.D.
30 Vesey Street
New York, New York 10007
(212) 791-9730

LUCIE GOLDNER

DAVID GOLDNER

PATRICK F. ADAMS, P.C.
Attorney for Defendant
STANLEY E. ASNIS, M.D.
49 Fifth Avenue
Bayshore, N.Y. 11706
(631) 666-6200