## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to all plaintiffs** | * | |
| **on attached Exhibits 1A.1, 1A.3, 1A.4, and 1A.5** | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s First Supplemental Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met (R. Doc. 18307) came on for hearing on May 8, 2009.  For the reasons orally assigned, the Court enters judgment as follows:

IT IS ORDERED that the motion is withdrawn as to all plaintiffs and tolling claimants on the attached Exhibit 1A.1.

IT IS FURTHER ORDERED that the claims of all plaintiffs on the attached Exhibit 1A.2 be and they hereby are dismissed with prejudice.

IT IS FURTHER ORDERED the claims of all claimants listed as "tolling claimants" on the attached Exhibit 1A.2 be and they hereby are extinguished, and the Tolling Agreement (Notice filed in the MDL Court on June 9, 2005) is hereby voided as to those claimants.

IT IS FURTHER ORDERED that the motion is deferred as to all plaintiffs and tolling claimants on the attached Exhibit 1A.3 until May 29, 2009, immediately following the monthly status conference scheduled for 9:00 a.m.  The plaintiffs and tolling claimants on

Exhibit 1A.3 have until 6:00 p.m. Eastern time, May 26, 2009 to provide non-deficient enrollment materials.  If the deficiencies are not cured by May 26, 2009 these claims will be dismissed with prejudice and/or any Tolling Agreement rights voided and extinguished, as applicable, on May 29.

        **IT IS FURTHER ORDERED** that the claims of all derivative plaintiffs on the attached Exhibit 1A.4 be and they hereby are dismissed with prejudice.

        **IT IS FURTHER ORDERED** that the claims of all derivative tolling claimants on the attached Exhibit 1A.4 be and they hereby are extinguished, and the Tolling Agreement (Notice filed in the MDL Court on June 9, 2005) is hereby voided as to those claimants.

        **IT IS FURTHER ORDERED** that as to the plaintiff on the attached Exhibit 1A.5, the release that has been submitted to the Claims Administrator is deemed valid and enforceable for all purposes, and that plaintiff and all other persons affiliated with such claim are estopped from contesting the validity of that release in any future proceeding.

        **NEW ORLEANS, LOUISIANA**, this  13th  day of   May  , 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1
976361v.1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **Exhibit 1A.1** **(Motion Withdrawn)** | | | | |
| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
| 1. | 1001689 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Duff, Eloise T. | R-30 | | Tolling Claimant | |
| 2. | 1088449 | Becnel Law Firm, LLC | Mayo, William | R-32 | | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 3. | 1088366 | Becnel Law Firm, LLC | Thompson, Glenn G. | R-32 | Thompson, Allen | Tolling Claimant | |
| 4. | 1088374 | Becnel Law Firm, LLC | Williams, William | R-32 | | Tolling Claimant | |
| 5. | 1094575 | Carey & Danis, LLC | Criglar, Ida B. | R-30 | | Criglar, Ida v. Merck & Co., Inc. | 2:06-cv-11082-EEF-DEK |
| 6. | 1094995 | Carey & Danis, LLC | Hall, Patricia E. | | Hall, Alton | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK |
| 7. | 1095143 | Carey & Danis, LLC | Howell, Sr., Rudolph | | Wrenn, Linda | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 8. | 1111909 | Carey & Danis, LLC | Mann, Georgia | | | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 9. | 1075486 | Cellino & Barnes, P.C. | Dingler, Jimmy | | | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK |
| 10. | 1075820 | Cellino & Barnes, P.C. | Hensley, Louis | | | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 11. | 1076207 | Cellino & Barnes, P.C. | Mack, Dorothy | | Billard, Marilou | Haskin, Terry L. v. Merck & Co., Inc. | 2:07-cv-01394-EEF-DEK |
| 12. | 1076399 | Cellino & Barnes, P.C. | Moore, James | | Woods, Veda | Woods, Veda v. Merck & Co., Inc. | 2:08-cv-00327-EEF-DEK |
| 13. | 1100274 | D'Amico, Frank J., Jr., APLC | Taylor, Bessie H. | R-30; R-7 | Hitchens, Willie | Anderson, Harold v. Merck & Co., Inc. | 2:05-cv-04428-EEF-DEK |
| 14. | 1080079 | Fenstersheib, Robert J. and Associates, P.A., Law Offices of | Noecker, Douglas | | Noecker, Douglas | Noecker, Douglas v. Merck & Co., Inc. | 2:06-cv-02647-EEF-DEK |
| 15. | 1067478 | Freese & Goss, PLLC | Bynum, Joseph D. | | | Tolling Claimant | |
| 16. | 1067598 | Freese & Goss, PLLC | Guillen, Josefina | R-37a | Hutchison, Sylvia | Tolling Claimant | |
| 17. | 1067776 | Freese & Goss, PLLC | Radtke, William R. | R-37i | | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 18. | 1104347 | Gallagher Law Firm (TX) | Anderson, Mylo | | Anderson, Clarence | Tolling Claimant | |
| 19. | 1104727 | Gallagher Law Firm (TX) | Boeckner, Joseph | | | Tolling Claimant | |
| 20. | 1104421 | Gallagher Law Firm (TX) | Carnell-Franklin, Fannie | | | Franklin, Fannie C. v. Merck & Co., Inc. | 2:08-cv-00604-EEF-DEK |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
|  | **Exhibit 1A.1**<br>**(Motion Withdrawn)** |
| | **VCN** | **Primary Counsel** | **Claimant Name** | **Current Deficiencies** | **Derivative Claimant Name** | **Case Caption** | **Docket Number** |
| 21. | 1104846 | Gallagher Law Firm (TX) | Couch, Geneva | | | Bush, Juanetta v. Merck & Co., Inc. | 2:06-cv-01904-EEF-DEK |
| 22. | 1104471 | Gallagher Law Firm (TX) | Durall, June | R-37e | | Tolling Claimant | |
| 23. | 1104630 | Gallagher Law Firm (TX) | Gibson, Annie Ruth | | Missing data, | Tolling Claimant | |
| 24. | 1104380 | Gallagher Law Firm (TX) | Hatten, William | | Boone, Pat | Tolling Claimant | |
| 25. | 1104543 | Gallagher Law Firm (TX) | Henry, Vanessa | | | Tolling Claimant | |
| 26. | 1104555 | Gallagher Law Firm (TX) | Hoskins, Kathleen | | | Anderson, Jerry v. Merck & Co., Inc. | 2:06-cv-01902-EEF-DEK |
| 27. | 1104571 | Gallagher Law Firm (TX) | Johnston, William | R-30 | | Tolling Claimant | |
| 28. | 1104574 | Gallagher Law Firm (TX) | Kaske, Keith | | | Kaske, Keith v. Merck & Co., Inc. | 2:08-cv-00615-EEF-DEK |
| 29. | 1104575 | Gallagher Law Firm (TX) | Kazik, Jennifer | R-30 | Kazik, Cheryl | Kazik, Jennifer v. Merck & Co., Inc. | 2:08-cv-00616-EEF-DEK |
| 30. | 1104651 | Gallagher Law Firm (TX) | Moore, Vivian P. | | | Tolling Claimant | |
| 31. | 1104676 | Gallagher Law Firm (TX) | Payne, Peggy | | | Tolling Claimant | |
| 32. | 1104713 | Gallagher Law Firm (TX) | Rippelmeyer, Nadine | | | Rippelmeyer, Nadine v. Merck & Co., Inc. | 2:08-cv-00636-EEF-DEK |
| 33. | 1104764 | Gallagher Law Firm (TX) | Sowles, Verlyn Eugene | | | Sowles, Verlyn E. v. Merck & Co., Inc. | 2:08-cv-00642-EEF-DEK |
| 34. | 1104810 | Gallagher Law Firm (TX) | Washington, Artie | R-99a | | Washington, Artie v. Merck & Co., Inc. | 2:08-cv-00651-EEF-DEK |
| 35. | 1081131 | Herman, Herman, Katz & Cotler, LLP | Kern, Nettie H. | | Kern, Jay | Jenkins, Jackie v. Merck & Co., Inc. | 2:05-cv-04416-EEF-DEK |
| 36. | 1050972 | Lamb Firm, LLC, The | Lorenzo-Nieves, Felicita | | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 37. | 1051052 | Lamb Firm, LLC, The | Ortiz-Ortiz, Maria M. | | torres hernandez, pedro | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 38. | 1051174 | Lamb Firm, LLC, The | Ryan-Guzman, Guillermo | | Carpozan Guerro, Isidra | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 39. | 1097516 | Langston & Langston, PLLC | Young, Louise | R-37e | | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK |
| 40. | 1083583 | Matthews & Associates | Murthil, Favin P. | R-30 | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| | | | **Exhibit 1A.1** | | | | |
| | | | **(Motion Withdrawn)** | | | | |
| 41. | 1108361 | McGraw Law Offices | Hinkle, David J. | | | Brumfield, Donald v. Merck & Co., Inc. | 2:07-cv-01407-EEF-DEK |
| 42. | 1108374 | McGraw Law Offices | Quarles, Greta G. | | | Brumfield, Donald v. Merck & Co., Inc. | 2:07-cv-01407-EEF-DEK |
| 43. | 1118708 | Obioha, Pius A., Law Offices of, LLC | Knapper, Ann | R-30; R-99a | | Tolling Claimant | |
| 44. | 1105634 | Penton, Ronnie G., Law Offices of | Watson, Michael K. | | | Tolling Claimant | |
| 45. | 1038654 | Pittman, Dutton, Kirby & Hellums, P.C. | Johnson, Irene J. | | | Woodruff, Charlotte v. Merck & Co., Inc. | 2:05-cv-06383-EEF-DEK |
| 46. | 1058866 | Pro Se | Abdel Malek, Mounir R. | | | Tolling Claimant | |
| 47. | 1113358 | Pro Se | Chase, Vivian L. | | | Tolling Claimant | |
| 48. | 1120988 | Pro Se | Crawford, Odell Richmond | | | Tolling Claimant | |
| 49. | 1080399 | Pro Se | Ferrell, Janice Faye | | Data Missing, | Tolling Claimant | |
| 50. | 1113780 | Pro Se | Grasley, John Phillip | | | Tolling Claimant | |
| 51. | 1114052 | Pro Se | Hodge, Althea | | | Tolling Claimant | |
| 52. | 1082519 | Pro Se | Jones, Johnie M. | | | Tolling Claimant | |
| 53. | 1108571 | Pro Se | Jones, Mary Frances | | no data, | Tolling Claimant | |
| 54. | 1107614 | Pro Se | Mcalister, Margetart Jean | | | Tolling Claimant | |
| 55. | 1113499 | Pro Se | Miley, Abbieline | | | Tolling Claimant | |
| 56. | 1059134 | Pro Se | Miller, Claudest M. | | spouse, | Tolling Claimant | |
| 57. | 1058861 | Pro Se | Nagel, Lois B. | | | Tolling Claimant | |
| 58. | 1058004 | Pro Se | Pickrom, James Charles | | | Tolling Claimant | |
| 59. | 1113545 | Pro Se | Pugliese, Cindy Marie | | Spouse, | Tolling Claimant | |
| 60. | 1111074 | Pro Se | Riney, Dorothy Ophelia | | Missing Data, | Tolling Claimant | |
| 61. | 1080691 | Pro Se | Southard, Larry Ray | | | Southard, Larry R. v. Merck & Co., Inc. | 2:06-cv-00320-EEF-DEK |
| 62. | 1113807 | Pro Se | Thompkins, Virginia P. | | | Tolling Claimant | |
| 63. | 1113239 | Pro Se | Thompson, Melody D. | | Missing Data, | Tolling Claimant | |

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
|  | **Exhibit 1A.1**<br>**(Motion Withdrawn)** | | | | | | |
| 64. | 1056214 | Pro Se | Welke, Leroy Alfred | | Welke, Rose | Tolling Claimant | |
| 65. | 1069237 | Pro Se | White, Frank | | Missing Data, | Tolling Claimant | |
| 66. | 1107613 | Pro Se | Williams, Loretta | | | Tolling Claimant | |
| 67. | 1082619 | Pro Se | Woodard, Deloris | | Woodard, Willie | Tolling Claimant | |
| 68. | 1087525 | Pro Se | Ziemak, | | | Tolling Claimant | |
| 69. | 1073482 | Silverman & Fodera | Lindsey, Gerald | | Lindsey, Jane | Tolling Claimant | |
| 70. | 1035648 | Weitz & Luxenberg, P.C. | Winget, Ronald E. | R-30 | | Tolling Claimant | |
| 71. | 1081872 | Whitehead Law Firm | Lawson, Earlma | | | Tolling Claimant | |
| 72. | 1078725 | Young Firm, The | Prill, Sandra K. | | Prill, Gregory | Prill, Sandra K. v. Merck & Co., Inc. | 2:06-cv-05823-EEF-DEK |

| **Exhibit 1A.2** |
| :---: |
| **(Dismissal of Lawsuits; Extinguishment of Tolling Agreement)** |
| **Not Applicable** |

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
|  | **Exhibit 1A.3** <br> **(Defer until 5/29/09)** | | | | | | |
| 1. | 1051254 | Lamb Firm, LLC, The | Villegas-Rodriguez, Francisca | R-30 | Matos-Villegas, Eduardo | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 2. | 1051259 | Lamb Firm, LLC, The | Zayas-Zayas, Bernabela | | Quintana-Zayas, Norma | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| **Exhibit 1A.4** <br> **(Dismissal of Derivative Claim Only; Extinguishment of Derivative Tolling Agreement Only)** | | | | | | | |
| 1. | 1081596 | Bice Palermo & Veron, LLC | Guillory, Kevin | R-7 | Guillory, Kavin | Thibodeaux, Geneva v. Merck & Co., Inc. | 2:05-cv-02920-EEF-DEK |
| 2. | 1081596 | Bice Palermo & Veron, LLC | Guillory, Kevin | R-7 | Guillory, Jada | Thibodeaux, Geneva v. Merck & Co., Inc. | 2:05-cv-02920-EEF-DEK |
| 3. | 1073574 | Goldberg, Persky & White, PC | Graham, Jr., Donald R. | R-7 | Graham Sr., Donald | Graham, Donald v. Merck & Co., | 2:05-cv-04637-EEF-DEK |
| 4. | 1080395 | Irwin & Boesen, P.C. | Jabs, Henry H. | R-7 | Jabs, Magdalene | Tolling Claimant | |
| 5. | 1111954 | Levensten Law Firm, P.C. | Young, Louis M. | R-7 | no data, | Tolling Claimant | |
| 6. | 1113225 | Pro Se | Powe, Helen Ann | R-7 | no data, | Tolling Claimant | |
| 7. | 1061732 | Schmidt, Douglas M., APLC | Reid, Wallace | R-7 | Reed, Virgie | Reid, Wallace Jr. v. Merck & Co., Inc. | 2:07-cv-01640-EEF-DEK |
| 8. | 1030789 | Weitz & Luxenberg, P.C. | Choice, Arbie | R-7 | Choice, Althea | Tolling Claimant | |
| 9. | 1108893 | Weykamp, Paul A., Law Offices of | Biensach, Frederick | R-36; R-7 | Biensach, Doris | Biensach, Doris v. Merck & Co., Inc. | 2:05-cv-05115-EEF-DEK |
| 10. | 1093487 | Wilner Block, P.A. | Carroll, Janet Marie | R-37a; R-7 | Carroll, Lisa | Carroll, Lisa M. v. Merck & Co., Inc. | 2:05-cv-04441-EEF-DEK |
| 11. | 1078769 | Young Firm, The | Gifford, Robin | R-7 | Gifford, Gordon | Gifford, Robin v. Merck & Co., Inc. | 2:06-cv-06431-EEF-DEK |
| 12. | 1078722 | Young Firm, The | Pinegar, Harold D. | R-12; R-7 | Pinegar, Diana | Pinegar, Harold v. Merck & Co., Inc. | 2:05-cv-04286-EEF-DEK |

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| | | | **Exhibit 1A.5** | | | | |
| | | | **(Notarization Deficiencies; Estoppel)** | | | | |
| 1. | 1108893 | Weykamp, Paul A., Law Offices of | Biensach, Frederick | R-36; R-7 | Biensach, Doris | Biensach, Doris v. Merck & Co., Inc. | 2:05-cv-05115-EEF-DEK |