## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to all plaintiffs** | * | |
| **on attached Exhibits 2A, 2B, 2C, 2D, 2E, and 2F** | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Second Supplemental Motion, Rule and Incorporated Memorandum to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met (R. Doc. 18308) came on for hearing on May 8, 2009. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as to all plaintiffs and tolling claimants on the attached Exhibit 2A.

**IT IS FURTHER ORDERED** that the claims of all plaintiffs on the attached Exhibit 2B be and they hereby are dismissed with prejudice.

**IT IS FURTHER ORDERED** the claims of all claimants listed as "tolling claimants" on the attached Exhibit 2B be and they hereby are extinguished, and the Tolling Agreement (Notice filed in the MDL Court on June 9, 2005) is hereby voided as to those claimants.

**IT IS FURTHER ORDERED** that the motion is deferred as to all plaintiffs and tolling claimants on the attached Exhibit 2C until May 29, 2009, immediately following the monthly status conference scheduled for 9:00 a.m. The plaintiffs and tolling claimants on

Exhibit 2C have until 6:00 p.m. Eastern time, May 26, 2009 to provide non-deficient enrollment materials. If the deficiencies are not cured by May 26, 2009 these claims will be dismissed with prejudice and/or any Tolling Agreement rights voided and extinguished, as applicable, on May 29.

**IT IS FURTHER ORDERED** that the claims of all derivative plaintiffs on the attached Exhibit 2D be and they hereby are dismissed with prejudice.

**IT IS FURTHER ORDERED** that as to all plaintiffs on the attached Exhibit 2E, the releases that have been submitted to the Claims Administrator are deemed valid and enforceable for all purposes, and that plaintiffs and all other persons affiliated with such claims are estopped from contesting the validity of those releases in any future proceeding.

**IT IS FURTHER ORDERED** that *Counsel* for the plaintiff on the attached Exhibit 2F must provide a non-deficient Certification of Counsel as required by 6:00 p.m. Eastern time, May 26, 2009. *The failure to do so will subject Counsel to a sanction of $1,000 per day until the noted deficiency is cured.*

**NEW ORLEANS, LOUISIANA**, this 13th day of May, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

2

823840v.1
976366v.1

| | | | Exhibit 2A (Motion Withdrawn) | | | | |
|---|---|---|---|---|---|---|---|
| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
| 1. | 1104960 | Andrews & Thornton | Mcglothlin, Fredrick | | | Winfree, Lillie v. Merck & Co., Inc. | 2:06-cv-05907-EEF-DEK |
| 2. | 1051624 | Branch Law Firm | Archuleta, Fabiola | | | Alarid, JoAnne v. Merck & Co., Inc. | 2:08-cv-01019-EEF-DEK |
| 3. | 1052408 | Branch Law Firm | Gonzales, Stella | | | Gonzales, Stella v. Merck & Co., Inc. | 2:08-cv-01021-EEF-DEK |
| 4. | 1052409 | Branch Law Firm | Gonzales, Teresa | | | Fortner, Larry v. Merck & Co., Inc. | 2:08-cv-01020-EEF-DEK |
| 5. | 1052425 | Branch Law Firm | Grahn, Colleen Kay | | | Gonzales, Stella v. Merck & Co., Inc. | 2:08-cv-01021-EEF-DEK |
| 6. | 1052472 | Branch Law Firm | Gutierrez, Mary D. | | | Gonzales, Stella v. Merck & Co., Inc. | 2:08-cv-01021-EEF-DEK |
| 7. | 1053179 | Branch Law Firm | Nolan, Robert | R-37j | Nolan, Amy | Koenig, Denise E. v. Merck & Co., Inc. | 2:08-cv-00862-EEF-DEK |
| 8. | 1094268 | Carey & Danis, LLC | Blick, Ernest | | | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 9. | 1094277 | Carey & Danis, LLC | Bogle, Thomas | | | Wagner, Robyn v. Merck & Co., Inc. | 2:05-cv-03138-EEF-DEK |
| 10. | 1095143 | Carey & Danis, LLC | Howell, Sr., Rudolph | | | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 11. | 1096170 | Carey & Danis, LLC | Short, Elizabeth | R-37i | | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK |
| 12. | 1075019 | Cellino & Barnes, P.C. | Anderson, Ernest F. | | | Anderson, Cindy v. Merck & Co., Inc. | 2:06-cv-03621-EEF-DEK |
| 13. | 1075089 | Cellino & Barnes, P.C. | Becker, Donald | | Becker, Mark | Becker, Mark D. v. Merck & Co., Inc. | 2:08-cv-01120-EEF-DEK |
| 14. | 1075520 | Cellino & Barnes, P.C. | Drapkin, Beatrice | | Chalmers, Stephen | Chalmers, Stephen v. Merck & Co., Inc. | 2:08-cv-00357-EEF-DEK |
| 15. | 1075731 | Cellino & Barnes, P.C. | Grochowiak, Camille | | Grochowiak, Robert | Brown, Betty v. Merck & Co., Inc. | 2:06-cv-01186-EEF-DEK |
| 16. | 1075791 | Cellino & Barnes, P.C. | Hassenfratz, Patricia | | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 17. | 1077318 | Cellino & Barnes, P.C. | Zimmerman, Rose | | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 18. | 1023310 | Coon, Brent & Associates | Holmes, Irene | | Thompson, Heather | Thompson, Heather M. v. Merck & Co., Inc. | 2:08-cv-00131-EEF-DEK |
| 19. | 1058940 | Driggs Bills & Day PC | Friesz, Betty G. | R-30 | | Allred, Terry v. Merck & Co., Inc. | 2:06-cv-04050-EEF-DEK |
| 20. | 1058995 | Foley & Small | Licini, Richard A. | | Licini, Deborah | Licini, Richard v. Merck & Co., Inc. | 2:06-cv-05754-EEF-DEK |
| 21. | 1058991 | Foley & Small | Weissmann, Roger J. | | | Weissmann, Roger v. Merck & Co., Inc. | 2:05-cv-04802-EEF-DEK |

| | | **Exhibit 2A** (Motion Withdrawn) | | | | | |
|---|---|---|---|---|---|---|---|
| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
| 22. | 1104347 | Gallagher Law Firm (TX) | Anderson, Mylo | | Anderson, Clarence | Tolling Claimant | |
| 23. | 1104394 | Gallagher Law Firm (TX) | Brown, Jean | | | Tolling Claimant | |
| 24. | 1104471 | Gallagher Law Firm (TX) | Durall, June | R-37e | | Tolling Claimant | |
| 25. | 1104558 | Gallagher Law Firm (TX) | Jones, Lottie | | | Tolling Claimant | |
| 26. | 1104415 | Gallagher Law Firm (TX) | Lindsey, Deanna | R-30 | | Calcavecchia, Leo v. Merck & Co., Inc. | 2:06-cv-07081-EEF-DEK |
| 27. | 1081190 | Herman, Herman, Katz & Cotler, LLP | Washington, David | | | Washington, Rose v. Merck & Co., Inc. | 2:07-cv-07077-EEF-DEK |
| 28. | 1072010 | Hingle, Michael and Associates | Davis, Debra W. | R-1 | | Charpentier, Matt D. v. Merck & Co., Inc. | 2:05-cv-04458-EEF-DEK |
| 29. | 1051052 | Lamb Firm, LLC, The | Ortiz-Ortiz, Maria M. | | torres hernandez, pedro | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 30. | 1084127 | Matthews & Associates | Collier, Sarah A. | | | Tolling Claimant | |
| 31. | 1082955 | Matthews & Associates | Johnson, Linda F. | R-30 | | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| 32. | 1083735 | Matthews & Associates | Mitchell, Ollie M. | | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 33. | 1082662 | Matthews & Associates | Ortiz Munoz, Nicolasa | | | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 34. | 1082818 | Matthews & Associates | Santiago, Constancia | | | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK |
| 35. | 1082830 | Matthews & Associates | Skipper, Bobby L. | | | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 36. | 1010946 | Phillips & Associates | Brown, Robert | | | Brown, Robert A. v. Merck & Co., Inc. | 2:07-cv-00833-EEF-DEK |
| 37. | 1010973 | Phillips & Associates | Dimond, Tina A. | | Dimond, Jr., Loren | Dimond, Tina v. Merck & Co., Inc. | 2:07-cv-00797-EEF-DEK |
| 38. | 1011026 | Phillips & Associates | Joseph, Irma | | | Joseph, Judy v. Merck & Co., Inc. | 2:07-cv-00758-EEF-DEK |
| 39. | 1113389 | Pro Se | Bobo, Barbara A. | | | Tolling Claimant | |
| 40. | 1113323 | Pro Se | Corbett, Mary D. | | | Tolling Claimant | |
| 41. | 1054901 | Pro Se | Faniel, Lawrence | | | Tolling Claimant | |
| 42. | 1065338 | Pro Se | Hutton, Judy A. | | | Tolling Claimant | |
| 43. | 1011048 | Pro Se | Leanos, Juan D. | | | Leanos, Juan v. Merck & Co., Inc. | 2:07-cv-00831-EEF-DEK |

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
|  | **Exhibit 2A** (Motion Withdrawn) ||||||||
| 44. | 1056078 | Pro Se | Popov, Sava | R-37i | | Popov, Jasmina v. Merck & Co., Inc. | 2:05-cv-03170-EEF-DEK |
| 45. | 1037329 | Robinson, Calcagnie & Robinson | Rutledge, Nancy | | | Regan, Sean v. Merck & Co., Inc. | 2:05-cv-06354-EEF-DEK |
| 46. | 1061707 | Schmidt, Douglas M., APLC | Gordon, Margaret | | | Gordon, Margaret v. Merck & Co., Inc. | 2:07-cv-01655-EEF-DEK |
| 47. | 1073482 | Silverman & Fodera | Lindsey, Gerald | | Lindsey, Jane | Tolling Claimant | |
| 48. | 1035309 | Weitz & Luxenberg, P.C. | Thomas, Lula | | | Tolling Claimant | |

# Exhibit 2B
### (Dismissal of Lawsuits; Extinguishment of Tolling Agreement)

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1. | 1025295 | Becnel Law Firm, LLC | Cianni, Beatrice A. | | | Accord, Vern v. Merck & Co., Inc. | 2:05-cv-04448-EEF-DEK |
| 2. | 1025316 | Becnel Law Firm, LLC | Harris, Tracy L. | | | Arthur, Byron v. Merck & Co., Inc. | 2:05-cv-04445-EEF-DEK |
| 3. | 1025352 | Becnel Law Firm, LLC | Stephens, Jomayne R. | | | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK |
| 4. | 1025335 | Bowersox Law Firm, P.C. | Moody, Richard A. | R-1; R-12; R-37b; R-6 | Moody, LaDonna | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK |
| 5. | 1105825 | Dumas & Associates Law Firm, LLC | Duplechin, Joseph Whitney | R-37b; R-37c | | Tolling Claimant | |
| 6. | 1067610 | Freese & Goss, PLLC | Hanneman, Aldred | R-37i | | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 7. | 1081479 | Hossley Embry, LLP | Woj, Chester | R-30 | | Woj, Chester v. Merck & Co., Inc. | 2:05-cv-01139-EEF-DEK |
| 8. | 1082989 | Matthews & Associates | Mitchell, Dorothy J. | R-30 | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 9. | 1109117 | Pro Se | Fitzhugh, Kenneth Ray | R-24; R-30; R-36; R-6 | | Tolling Claimant | |

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
|  | **Exhibit 2C** (Defer until 5/29/09) | | | | | | |
| 1. | 1050759 | Lamb Firm, LLC, The | Arroyo-Crespo, Alejandrina | R-1; R-32; R-6; R-7 | Silva-arroyo, Maria | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 2. | 1051259 | Lamb Firm, LLC, The | Zayas-Zayas, Bernabela | | Quintana-Zayas, Norma | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 3. | 1062935 | Pro Se | Jackson, Alvin Leonard | R-33b | | Bradford, Annie v. Merck & Co., Inc. | 2:05-cv-02328-EEF-DEK |
| 4. | 1069884 | Pro Se | Jones, Homer | R-36; R-39; R-6 | | Jones, Homer v. Merck & Co., Inc. | 2:06-cv-09803-EEF-DEK |
| 5. | 1061701 | Schmidt, Douglas M., APLC | Frank, Barbara | R-32; R-99 | | Frank, Barbara v. Merck & Co., Inc. | 2:07-cv-01645-EEF-DEK |
| 6. | 1032936 | Weitz & Luxenberg, P.C. | Roman Velez, Rafaela | R-7 | CRUZ, RICARDO | Roman Velez, Rafaela v. Merck & Co., Inc. | 2:06-cv-00109-EEF-DEK |

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| **Exhibit 2D** | | | | | | | |
| **(Dismissal of Derivative Claim Only; Extinguishment of Derivative Tolling Agreement Only)** | | | | | | | |
| 1. | 1076984 | Cellino & Barnes, P.C. | Stempowski, Bertha | R-31 | Stempowski, Casimer | Hunt, Mattie v. Merck & Co., Inc. | 2:06-cv-01165-EEF-DEK |
| 2. | 1082929 | Matthews & Associates | Rodriguez Marquez, Manuel | R-19; R-26; R-7 | Rodriguez Roman, Wanda | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 3. | 1062459 | Pro Se | Morocco, Anne | R-7 | | Morocco, Anne v. Merck & Co., Inc. | 2:05-cv-02707-EEF-DEK |
| 4. | 1099493 | Tyner Law Firm, P.A. | Harvey, Alfonzia | R-7 | | Aaron, Caffie v. Merck & Co., Inc. | 2:07-cv-08076-EEF-DEK |
| 5. | 1099513 | Tyner Law Firm, P.A. | Lee, Kenneth | R-7 | | Aaron, Caffie v. Merck & Co., Inc. | 2:07-cv-08076-EEF-DEK |

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| | **Exhibit 2E** <br> **(Notarization Deficiencies; Estoppel)** | | | | | | |
| 1. | 1121366 | Berke & Lubell, P.A. | Kovack, Joseph T. | R-19; R-41; R-99a | | Kovack, Joseph T. v. Merck & Co., Inc. | 2:08-cv-01405-EEF-DEK |
| 2. | 1025339 | Bowersox Law Firm, P.C. | Nichols, Nancy E. | R-21 | | Nichols, Nancy E. v. Merck & Co., Inc. | 2:06-cv-03737-EEF-DEK |
| 3. | 1052305 | Branch Law Firm | Fortner, Larry | R-36 | | Fortner, Larry v. Merck & Co., Inc. | 2:08-cv-01020-EEF-DEK |
| 4. | 1052341 | Branch Law Firm | Gallegos, Reynaldo | R-36 | | Fortner, Larry v. Merck & Co., Inc. | 2:08-cv-01020-EEF-DEK |
| 5. | 1009100 | Levin Fishbein Sedran & Berman | Mclaughlin, Richard F. | R-24; R-36 | McLaughlin, Jody | McLaughlin, Richard F. v. Merck & Co., Inc. | 2:06-cv-03911-EEF-DEK |
| 6. | 1058986 | Pro Se | Bell, Danny Louis | R-15 | | Bell, Danny v. Merck & Co., Inc. | 2:05-cv-01243-EEF-DEK |
| 7. | 1069884 | Pro Se | Jones, Homer | R-36; R-39; R-6 | | Jones, Homer v. Merck & Co., Inc. | 2:06-cv-09803-EEF-DEK |
| 8. | 1122405 | Pro Se | Perkins, Lucille | | Perkins, Frednia | Aaron, Caffie v. Merck & Co., Inc. | 2:07-cv-08076-EEF-DEK |

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
|  | **Exhibit 2F** **(Sanctions)** ||||||||
| 1. | 1121366 | Berke & Lubell, P.A. | Kovack, Joseph T. | R-19; R-41; R-99a | | Kovack, Joseph T. v. Merck & Co., Inc. | 2:08-cv-01405-EEF-DEK |