UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>　　　　PRODUCTS LIABILITY<br>　　　　LITIGATION<br><br>_____<br>THIS RELATES TO:<br>　　Bob Stephens,<br>　　Individually, and as the<br>　　Administrator for the Estate of<br>　　Johnie Stephens, deceased<br><br>　　　　v.<br><br>Merck & Co., Inc.<br><br>**Civil Action No. E.D. La. 06-CV-1678**<br>　　　　**ARE 4-06-CV-0259 WRW** | MDL NO. 1657<br><br>Section: L<br><br>Judge Fallon<br>Magistrate Judge Knowles |

## NOTICE OF FILING SUPPLEMENTAL DECLARATION OF BOB STEPHENS IN RESPONSE TO THE AFFIDAVIT OF GARY EUBANKS

Comes now, Bob Stephens, Individually and as the Administrator for the Estate of Johnie Stephens, deceased (hereinafter "Stephens") and files the attached "Supplemental Declaration of Bob Stephens in Response to the Affidavit of Gary Eubanks."

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *E. Glenn Thames, Jr.*
　　　　　　　　　　　　　　　　　　　　E. Glenn Thames, Jr.
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 00785097
　　　　　　　　　　　　　　　　　　　　POTTER MINTON, A Professional Corporation
　　　　　　　　　　　　　　　　　　　　110 North College, Suite 500
　　　　　　　　　　　　　　　　　　　　Tyler, Texas 75702
　　　　　　　　　　　　　　　　　　　　(903) 597-8311 (telephone)
　　　　　　　　　　　　　　　　　　　　(903) 593-0846 (facsimile)
　　　　　　　　　　　　　　　　　　　　glennthames@potterminton.com

　　　　　　　　　　　　　　　　　　　　**Attorneys for Bob Stephens, Individually and as Administrator for the Estate of Johnie Stephens, Deceased**

CERTIFICATE OF SERVICE

      I, E. Glenn Thames, Jr., hereby certify that the above and foregoing Supplemental Declaration of Bob Stephens in Response to the Affidavit of Gary Eubanks has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to the LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 18th day of May, 2009.

      I further certify that pursuant to an agreement between counsel, the above and foregoing was served via electronic mail transmission upon the following:

    Gary Eubanks                                **eubanksg@garyeubanks.com**
    Gary Eubanks & Associates, P.A.
    P.O. Box 3887
    Little Rock, AR 72203

                /s/ *E. Glenn Thames, Jr.*
                E. Glenn Thames, Jr.
                Texas Bar No. 00785097
                POTTER MINTON, A Professional Corporation
                110 North College, Suite 500
                Tyler, Texas 75702
                (903) 597-8311 (telephone)
                (903) 593-0846 (facsimile)
                glennthames@potterminton.com