UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY
LITIGATION

: **NOTICE OF APPEAL**
:
: MDL 1657
: SECTION: L
:
: JUDGE FALLON
:
: MAG. JUDGE KNOWLES

-----------------------------------------------------------  :

THIS DOCUMENT RELATES TO: ALL CASES
LISTED ON EXHIBITS A & B TO JUDGE FALLON'S
ORDER & REASONS FILED ON APRIL 28, 2009
-----------------------------------------------------------

Notice is hereby given that all plaintiffs listed on the attached Exhibits A and B to the April 28, 2009 Order & Reasons filed herein, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order & Reasons issued and filed by the Honorable Eldon E. Fallon on April 28, 2009, and entered April 29, 2009.

Dated: May 18, 2009

Ronald R. Benjamin
LAW OFFICE OF RONALD R. BENJAMIN
Attorney for Plaintiffs
126 Riverside Drive, P.O. Box 607
Binghamton, New York 13902-0607
(607) 772-1442

TO:  COUNSEL ON ATTACHED LIST

### EXHIBIT A: PLAINTIFFS SUBJECT TO PTO 28

| CASE | DOCKET NUMBER | PLAINTIFF LAST NAME | FIRST NAME | MIDDLE |
|---|---|---|---|---|
| Agard v. Merck & Co., Inc. | 2:05-cv-01089 | Darrow | Rodney | |
| Agard v. Merck & Co., Inc. | 2:05-cv-01089 | O'Connor | Ronald | R |
| Aljibory v. Merck & Co., Inc. | 2:05-cv-01090 | Aljibory | Adnan | A |
| Aljibory v. Merck & Co., Inc. | 2:05-cv-01090 | Robinson | Rosanna | |
| Cavallo v. Merck & Co., Inc. | 2:05-cv-01513 | DeRosa | Alphonse | V |
| Cavallo v. Merck & Co., Inc. | 2:05-cv-01513 | Smith | Victoria | |
| Connolly v. Merck & Co., Inc. | 2:06-cv-02708 | Connolly | Marjorie | |
| Connolly v. Merck & Co., Inc. | 2:06-cv-02708 | Donahue | Kristina | |
| Connolly v. Merck & Co., Inc. | 2:06-cv-02708 | Harris, Jr. | Charles | |
| Connolly v. Merck & Co., Inc. | 2:06-cv-02708 | Hickok | Sheila | L |
| Connolly v. Merck & Co., Inc. | 2:06-cv-02708 | Hochrun | Joanne | |
| Connolly v. Merck & Co., Inc. | 2:06-cv-02708 | Holdredge | Suzanne | |
| Connolly v. Merck & Co., Inc. | 2:06-cv-02708 | Kunik | Frank | P |
| Connolly v. Merck & Co., Inc. | 2:06-cv-02708 | Patrick | William | |
| DeVincentiis v. Merck & Co., Inc. | 2:06-cv-02297 | DeVincentiis | Carlo | |
| DeVincentiis v. Merck & Co., Inc. | 2:06-cv-02297 | Lindsey | Kimberly | |
| Dier v. Merck & Co., Inc. | 2:05-cv-01088 | Dier | Glenn | L |
| Gates v. Merck & Co., Inc. | 2:05-cv-06221 | Gates | Robert | |
| Gates v. Merck & Co., Inc. | 2:05-cv-06221 | Gehm | Herbert | |
| Hoffner v. Merck & Co., Inc. | 2:05-cv-02238 | Carniero | Manuel | |
| Hoffner v. Merck & Co., Inc. | 2:05-cv-02238 | Hoffner | Kathleen | |
| Hoffner v. Merck & Co., Inc. | 2:05-cv-02238 | Roman | Thomas | J |
| Holobosky v. Merck & Co., Inc. | 2:05-cv-01091 | Holobosky | Rosemary | T |
| Holobosky v. Merck & Co., Inc. | 2:05-cv-01091 | Smith | Sheila | |
| Holobosky v. Merck & Co., Inc. | 2:05-cv-01091 | Sullivan | Thomas | J |

## EXHIBIT B: PLAINTIFFS SUBJECT TO PTO 29

| CASE | DOCKET NUMBER | PLAINTIFF LAST NAME | FIRST NAME | MIDDLE |
|---|---|---|---|---|
| Adelberg v. Merck & Co., Inc. | 2:08-cv-04173 | Adelberg | Carol | |
| Adelberg v. Merck & Co., Inc. | 2:08-cv-04173 | Amendoeira | Antonio | |
| Alapeck v. Merck & Co., Inc. | 2:08-cv-03221 | Alapeck | Geraldine | M |
| Bilik v. Merck & Co., Inc. | 2:08-cv-04172 | Alapeck | Geraldine | M |
| Bilik v. Merck & Co., Inc. | 2:08-cv-04172 | Bilik | Helen | |
| Bilik v. Merck & Co., Inc. | 2:08-cv-04172 | Boone | Elizabeth | |
| Bilik v. Merck & Co., Inc. | 2:08-cv-04172 | Croft | Carolyn | S |
| Bilik v. Merck & Co., Inc. | 2:08-cv-04172 | Mahar | Mary | J |
| Bilik v. Merck & Co., Inc. | 2:08-cv-04172 | Sanatcrose | Dean | |
| Bilik v. Merck & Co., Inc. | 2:08-cv-04172 | Simmons | Stasia | |
| Cadwell v. Merck & Co., Inc. | 2:08-cv-04167 | Cadwell | Albert | D |
| Cadwell v. Merck & Co., Inc. | 2:08-cv-04167 | Cadwell | Samuella | |
| Cadwell v. Merck & Co., Inc. | 2:08-cv-04167 | Corprew | Wilbert | |
| Cadwell v. Merck & Co., Inc. | 2:08-cv-04167 | Plocek | Elsa | |
| Cadwell v. Merck & Co., Inc. | 2:08-cv-04167 | Schaffer | Ronald | H |
| Croft v. Merck & Co., Inc. | 2:08-cv-04171 | Croft | Caroline | S |
| Mahar v. Merck & Co., Inc. | 2:08-cv-03222 | Mahar | Mary | J |
| Pitcher v. Merck & Co., Inc. | 2:08-cv-04170 | Pitcher | Kevin | |
| Raftis v. Merck & Co., Inc. | 2:08-cv-04166 | Raftis | Marianne | |
| Santacrose v. Merck & Co., Inc. | 2:08-cv-04168 | Santacrose | Dean | |
| Steinhoff v. Merck & Co., Inc. | 2:08-cv-04169 | Steinhoff | Margaret | |

## **SERVICE LIST**

Phillip A. Wittmann, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, Louisiana 70130

Douglas R. Marvin, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005

Theodore V.H. Mayer, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

John H. Beisner, Esq.
O'Melveny & Meyers LLP
1625 Eye Street
Washington, DC 20006

Richard C. Stanley, Esq.
Stanley, Flanagan, & Reuter, LLC
LL&E Tower
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112

Anthony M. DiLeo, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, Louisiana 70130