UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * CIVIL ACTION MDL - 1657 |
| | * NO. 2:05-MD-01657-EEF-DEK |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * DIVISION 3 |
| | * MAGISTRATE DANIEL E. KNOWLES III |
| This document relates to all cases | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The foregoing Objection to the PSC Fee Request, having been heard, it is hereby Ordered:   SUSTAINED / OVERRULED

BY THE COURT,

_____

(JUDGE / CLERK)

V1013