

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE § MDL NO. 05-1657
VIOXX PRODUCTS LIABILITY §
LITIGATION § CASE NO. 06-6406
§

## MOTION FOR WITHDRAWAL OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Plaintiff, Glen Cokefield, Jr. and would show unto the Court as follows:

Attorney of Record for Plaintiff is Pierre T. Williams.

Plaintiff wishes to withdraw the Attorney of Record, and Plaintiff wishes to substitute Plaintiff as Pro Se and Unrepresented Claimant:

On or about April 21, 2009, Vioxx Pro Se Curator informed Plaintiff that the Attorney of Record status with the Texas State Bar Association is unclear and may not be able to fully represent Plaintiff interests.

Glen Cokefield Jr.
2200 Ross Ave., Suite 2200
Dallas, Texas
(214) 740-8221
(214) 740-8800 Fax

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court allow the Substitution of Counsel as set forth herein.

Respectfully submitted,

*/s/ Glen Cokefield*

Glen Cokefield Jr. PRO SE
2200 Ross Ave., Suite 2200
Dallas, Texas
(214) 740-8221
(214) 740-8800 Fax