Glen Cokefield
2200 Ross Avenue
Suite 2200
Dallas, Texas  75201

04/23/2009

Pierre T. Williams
Law Office of Pierre T. Williams
6728 Braeview Drive
Fort Worth, Texas
(817) 658-3307
(909) 740-1665 Fax

Re:  Termination of Attorney-Client Relationship

Mr. Pierre T. Williams,

    Effective today, ( April 23, 2009) this is my official Notice to terminate any and all Attorney-Client relationship matters with you or your law firm.  Therefore, I instruct you to terminate this and all Attorney-Client relationship matters that specifically relate to my Vioxx claim,  MDL or settlement program.
    I have file with the MDL court, a Motion for Withdrawal of Counsel and have forward a copy of this letter with the following Motion to the law firm of Brown & Greer.

Respectfully,

*[signature]*
Glen Cokefield