UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | : | NOTICE OF APPEAL |
| | : | MDL 1657 |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

----------------------------------------------------------------- :

THIS DOCUMENT RELATES TO: ALL CASES
LISTED ON EXHIBITS A & B TO JUDGE FALLON'S
ORDER & REASONS FILED ON APRIL 28, 2009

-----------------------------------------------------------------

### CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2009, the above and foregoing Notice of Appeal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No.8B, and that the foregoing was electronically filed with the Clerk of the District Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a notice of electronic filing in accord with the procedures established in MDL 1657. I further certify that all parties on the attached service list attached have been served by US Mail.

MARYA C. YOUNG