FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAY 18  PM 4:27

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE | MDL NO. 05-1657 |
| VIOXX PRODUCTS LIABILITY | |
| LITIGATION | CASE NO. 06-6406 |

## ORDER SUBSTITUTING COUNSEL

BE IT REMEMBERED, that on the 14th day of May, 2009, came on to be considered the above and foregoing Motion for Substitution of Counsel by Defendant. After consideration of the same, it is the opinion of the Court that the same be Granted

Signed and entered this 14th day of May, 2009.

_____
JUDGE PRESIDING

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____