UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NUMBER: 05 - 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| PERTAINS TO: <u>05–06852, DeBoutte</u> | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Joelle deBautte, and suggests to the court that the above numbered and titled action has been settled as of compromise and further suggests that Plaintiff desires to dismiss this action against all Defendants with prejudice and each party to bear its own costs. Attached hereto as Exhibit "A" is a copy of the executed correspondence mailed to Plaintiff on March 4, 2009.

Respectfully submitted:

THORNHILL LAW FIRM, A PLC

*s/ Tom W. Thornhill*
TOM W. THORNHILL         # 12776
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010
(985) 641-5011 (facsimile)
Tom@thornhilllawfirm.com

*Joelle DeBautte*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2009 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all Counsel of Record by operation of the court's electronic filing system.

*s/ Tom W. Thornhill*