# THORNHILL LAW FIRM, A PLC
### ATTORNEYS & COUNSELORS AT LAW

TOM W. THORNHILL
MITCHELL A. PALMER

CORNER OF GAUSE AND NINTH STREET
1308 NINTH STREET
SLIDELL, LA 70458

☎ (985) 641-5010
FAX: (985) 641-5011
800-989-2707

www.thornhilllawfirm.com
e-mail: office@thornhilllawfirm.com

March 4, 2009

Mrs. Joelle deBautte
304 Dover Street
Slidell, Louisiana 70458

      RE:    Joelle deBautte vs. Merck & Company, Inc
               Our File No.: 12686

Dear Mrs. deBautte:

    This letter is to confirm that you have given Mr. Thornhill permission to dismiss the above claim against Defendant, Merck & Company, Inc. Please sign below and return same to our office at your earliest convenience. Thank you in advance, and should you have any questions, please do not hesitate to contact our office.

Sincerely,

Karen B. Davis, Paralegal

/kbd

_Joelle deBautte_ (signature)
JOELLE DEBAUTTE

EXHIBIT "A"