## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | |
| _____ | : | **MDL 1657** |
| **This document relates to:** | : | **SECTION L** |
| | : | **HONORABLE ELDON FALLON** |
| | : | **MAGISTRATE KNOWLES** |
| **ALL PERSONAL INJURY AND MEDICAL MONITORING CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657** | : | |
| | : | |
| | : | |
| _____ | : | |

## ORDER

Whereas, this Court previously granted the parties' Stipulated Motion To Dismiss Third Amended Master Class Action Complaint (Personal Injury And Wrongful Death) And Second Amended Master Class Action Complaint (Medical Monitoring) And Motion For Order To Show Cause Why All Other Personal Injury And Medical Monitoring Class Action Complaints Should Not Be Dismissed; and

Whereas, no plaintiff has shown cause why his or her personal injury and/or medical monitoring class action claims should not be dismissed;

**IT IS ORDERED** that the personal injury and medical monitoring class action claims in the cases listed on Appendix A are hereby **DISMISSED** without prejudice.

NEW ORLEANS, LOUISIANA, this __5th__ day of ____May____, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

**APPENDIX A**

| Case Name | MDL Docket Number |
|---|---|
| Abraham, Josefa | 2:05-cv-00445-EEF-DEK |
| Adam, Rona | 2:07-cv-01252-EEF-DEK |
| Aguero, Brenda | 2:05-cv-00504-EEF-DEK |
| Akers, D L | 2:04-cv-03517-EEF-DEK |
| Alexander, Angelis | 2:04-cv-02845-EEF-DEK |
| Allen, Carl | 2:06-cv-10354-EEF-DEK |
| Allen, Kevin | 2:05-cv-04842-EEF-DEK |
| Asan, Shirley | 2:05-cv-04638-EEF-DEK |
| Ashman, Charles | 2:05-cv-00437-EEF-DEK |
| Augillard, John | 2:06-cv-01610-EEF-DEK |
| Bailey, Sherry | 2:06-cv-10394-EEF-DEK |
| Balduf, Opal | 2:05-cv-05742-EEF-DEK |
| Baldwin, Lorene | 2:06-cv-10389-EEF-DEK |
| Balfour, Sharon | 2:06-cv-01567-EEF-DEK |
| Barber, Rosaline | 2:06-cv-10390-EEF-DEK |
| Barker, Joseph | 2:06-cv-10353-EEF-DEK |
| Barker, Roger | 2:06-cv-10382-EEF-DEK |
| Barnette, Darrell | 2:06-cv-10383-EEF-DEK |
| Bates, Steven | 2:05-cv-05743-EEF-DEK |
| Bell, Connie S | 2:05-cv-04608-EEF-DEK |
| Bench, Jurhee | 2:05-cv-00500-EEF-DEK |
| Benson, Charles N Jr | 2:05-cv-05750-EEF-DEK |
| Berkshire, Edward | 2:05-cv-05337-EEF-DEK |
| Bernard, Eldridge | 2:06-cv-09743-EEF-DEK |
| Besaw, Patrick | 2:05-cv-00503-EEF-DEK |
| Block, Mose | 2:06-cv-10401-EEF-DEK |
| Brown, Gracie | 2:05-cv-05740-EEF-DEK |
| Bruch, Mary A | 2:05-cv-04858-EEF-DEK |
| Brunkhorst, Jon | 2:05-cv-04845-EEF-DEK |
| Byrd, Cassandra | 2:06-cv-10393-EEF-DEK |
| Cain, Alex | 2:05-cv-00505-EEF-DEK |
| Campbell, Lorn | 2:05-cv-04844-EEF-DEK |
| Canterbury, Donnie | 2:06-cv-10384-EEF-DEK |
| Canterbury, Susan | 2:06-cv-10406-EEF-DEK |
| Carr, Gwendolyn L | 2:05-cv-00526-EEF-DEK |
| Castle, Janine | 2:05-cv-05741-EEF-DEK |
| Cathey, Barbara | 2:05-cv-01126-EEF-DEK |
| Champagne, David | 2:05-cv-04186-EEF-DEK |
| Cheeseman, Sara | 2:05-cv-00565-EEF-DEK |
| Childs, Laura | 2:06-cv-10397-EEF-DEK |
| Christina, Salvadore Sr | 2:04-cv-02726-EEF-DEK |
| Cole, Wanda | 2:05-cv-04847-EEF-DEK |
| Coleman, Fosta | 2:05-cv-05760-EEF-DEK |
| Cook, Billy | 2:06-cv-10375-EEF-DEK |

## APPENDIX A

| Case Name | MDL Docket Number |
|---|---|
| Cook, Dennis | 2:06-cv-10385-EEF-DEK |
| Cooke, Arlene | 2:06-cv-10386-EEF-DEK |
| Cooper, Thomas | 2:06-cv-10414-EEF-DEK |
| Cottrell, Barbara | 2:06-cv-10369-EEF-DEK |
| Couch, Mary Rose | 2:05-cv-02944-EEF-DEK |
| Crowell, Harry | 2:05-cv-02019-EEF-DEK |
| Cummings, Patrick | 2:06-cv-10398-EEF-DEK |
| Daniels, Frances | 2:06-cv-10379-EEF-DEK |
| Deck, John | 2:05-cv-01097-EEF-DEK |
| Declouette, George III | 2:05-cv-00915-EEF-DEK |
| Dement, Sherry | 2:06-cv-10351-EEF-DEK |
| Deriso, Michael | 2:05-cv-05752-EEF-DEK |
| Dickens, John | 2:06-cv-10407-EEF-DEK |
| Ducham, Theresa | 2:05-cv-04848-EEF-DEK |
| Duncan, Gloria | 2:06-cv-10408-EEF-DEK |
| Duncan, Walter | 2:05-cv-05744-EEF-DEK |
| Ebong, Basil | 2:06-cv-01508-EEF-DEK |
| Emler, Rickey | 2:05-cv-05738-EEF-DEK |
| Engle, Shawn | 2:06-cv-10374-EEF-DEK |
| Fairchild, Lowell | 2:05-cv-05759-EEF-DEK |
| Forrest, Ronald | 2:05-cv-04887-EEF-DEK |
| Gaddie, Richard | 2:05-cv-04843-EEF-DEK |
| Gandia, Maria Victoria Vargas | 2:05-cv-00596-EEF-DEK |
| Gerber, Ellen B | 2:05-cv-00444-EEF-DEK |
| Getz, Michael | 2:06-cv-01525-EEF-DEK |
| Gobble, Brandy | 2:05-cv-05762-EEF-DEK |
| Gomez, Camille | 2:06-cv-01512-EEF-DEK |
| Gooch, Donald | 2:06-cv-10666-EEF-DEK |
| Grant, Linda | 2:05-cv-00451-EEF-DEK |
| Gray, Ethel | 2:05-cv-01256-EEF-DEK |
| Gray, Lisa | 2:05-cv-04814-EEF-DEK |
| Guinta, Dennis | 2:05-cv-01246-EEF-DEK |
| Hall, Kelli | 2:06-cv-10367-EEF-DEK |
| Hankins, James C | 2:05-cv-00974-EEF-DEK |
| Hanrahan, Don | 2:05-cv-04783-EEF-DEK |
| Hatfield, Robert | 2:06-cv-10399-EEF-DEK |
| Heavrin, Michael | 2:05-cv-00458-EEF-DEK |
| Herke, Sherrill | 2:05-cv-04785-EEF-DEK |
| Hines, Mikyl | 2:06-cv-10419-EEF-DEK |
| Hively, Otis | 2:06-cv-10391-EEF-DEK |
| Hornik, Josephine | 2:05-cv-01730-EEF-DEK |
| Houston, James | 2:05-cv-01458-EEF-DEK |
| Howard, Christine (WV) | 2:06-cv-10368-EEF-DEK |
| Hubbard, Don | 2:05-cv-00953-EEF-DEK |

## APPENDIX A

| Case Name | MDL Docket Number |
|---|---|
| Hudgins, Paul | 2:06-cv-10387-EEF-DEK |
| Hudson, Ellen | 2:06-cv-10371-EEF-DEK |
| Hunt, Donna | 2:06-cv-10346-EEF-DEK |
| Hunter, Vicky | 2:05-cv-00459-EEF-DEK |
| Ivory, Anita | 2:05-cv-00453-EEF-DEK |
| Jarvis, Kenneth | 2:06-cv-10370-EEF-DEK |
| Jones, Doris A | 2:05-cv-05751-EEF-DEK |
| Jones, John (WV) | 2:06-cv-10350-EEF-DEK |
| Joseph, Martha S | 2:06-cv-04560-EEF-DEK |
| Kaiser, Kimberly | 2:05-cv-03818-EEF-DEK |
| Kelley, Carl Jr (WV) | 2:06-cv-10352-EEF-DEK |
| Kelly, Norman | 2:06-cv-10413-EEF-DEK |
| Kelly, Terry | 2:05-cv-04888-EEF-DEK |
| Kennedy, Paul G | 2:05-cv-01074-EEF-DEK |
| Kibodaux, Maggie | 2:05-cv-00578-EEF-DEK |
| Kinghorn, Calvin | 2:05-cv-02912-EEF-DEK |
| Lagomarsino Burmmett, Gail Janet | 2:05-cv-04782-EEF-DEK |
| Lane, Robert | 2:05-cv-02895-EEF-DEK |
| Lee, Tommy | 2:05-cv-02584-EEF-DEK |
| Leedy, Arthur | 2:05-cv-05761-EEF-DEK |
| Little, Susan | 2:05-cv-05736-EEF-DEK |
| Lough, William David | 2:05-cv-03820-EEF-DEK |
| Lunsford, Wilma | 2:05-cv-05739-EEF-DEK |
| Lutz, Renya | 2:06-cv-10665-EEF-DEK |
| Lykins Stanley, Laura | 2:06-cv-10363-EEF-DEK |
| Mason, Betty | 2:06-cv-11116-EEF-DEK |
| May, Addie | 2:06-cv-10388-EEF-DEK |
| Maynard, Maggie | 2:06-cv-10358-EEF-DEK |
| McCracken, Milton | 2:05-cv-05190-EEF-DEK |
| McEachern, Desiree | 2:06-cv-10410-EEF-DEK |
| McNaughton, Walter | 2:05-cv-00514-EEF-DEK |
| Meade, Crobie | 2:05-cv-05735-EEF-DEK |
| Menninger, Larry | 2:06-cv-10357-EEF-DEK |
| Miller, Clarence | 2:06-cv-10347-EEF-DEK |
| Moreau, Stephen | 2:05-cv-04866-EEF-DEK |
| Mullins, Tina | 2:05-cv-05737-EEF-DEK |
| Muth, Joan Ann | 2:05-cv-05336-EEF-DEK |
| Nethercutt, Sandra | 2:05-cv-05748-EEF-DEK |
| Nevels, Caroline | 2:05-cv-00501-EEF-DEK |
| Nida, Debra | 2:06-cv-10360-EEF-DEK |
| Osborne, Hersey | 2:06-cv-10361-EEF-DEK |

## APPENDIX A

| Case Name | MDL Docket Number |
|---|---|
| Parker, Cynthia | 2:06-cv-10342-EEF-DEK |
| Peltekian, Sam | 2:05-cv-01252-EEF-DEK |
| Person, Douglas M | 2:06-cv-01007-EEF-DEK |
| Petrasek, James | 2:05-cv-05438-EEF-DEK |
| Pickett, Betty | 2:06-cv-11115-EEF-DEK |
| Pierson, Paul | 2:06-cv-10344-EEF-DEK |
| Piper, Barbara | 2:06-cv-10345-EEF-DEK |
| Powell, Linda | 2:05-cv-04882-EEF-DEK |
| Price, Terry | 2:05-cv-04618-EEF-DEK |
| Prince, Dora | 2:05-cv-04614-EEF-DEK |
| Quick, Anna | 2:05-cv-00517-EEF-DEK |
| Rall, Mamie | 2:06-cv-10381-EEF-DEK |
| Randolph, Ralph | 2:06-cv-10355-EEF-DEK |
| Rasnick, Glen Jr | 2:06-cv-10343-EEF-DEK |
| Redden, Nellie | 2:06-cv-10409-EEF-DEK |
| Reedy, James | 2:06-cv-10378-EEF-DEK |
| Reynolds, Alice | 2:05-cv-05749-EEF-DEK |
| Richardson, Paul | 2:06-cv-10348-EEF-DEK |
| Rivers, Patricia | 2:06-cv-10412-EEF-DEK |
| Rogers, Barbara | 2:05-cv-05765-EEF-DEK |
| Rohr, Todd | 2:05-cv-05369-EEF-DEK |
| Ross, Jason | 2:05-cv-04856-EEF-DEK |
| Ross, Larry | 2:05-cv-05747-EEF-DEK |
| Roton, Luther | 2:06-cv-10356-EEF-DEK |
| Saia, Frank R | 2:05-cv-00488-EEF-DEK |
| Sanchez, Maria | 2:05-cv-01100-EEF-DEK |
| Sargent, Martin | 2:06-cv-10411-EEF-DEK |
| Saunders, Janet | 2:06-cv-10366-EEF-DEK |
| Scott, Patricia | 2:06-cv-10359-EEF-DEK |
| Sergent, Rosemary | 2:05-cv-05746-EEF-DEK |
| Shinberg, Vivian | 2:05-cv-04920-EEF-DEK |
| Smallwood, Dan | 2:05-cv-05612-EEF-DEK |
| Smith, Lester | 2:06-cv-10362-EEF-DEK |
| Smith, Victoria L | 2:05-cv-02911-EEF-DEK |
| Stallworth, Sheila Collins | 2:05-cv-00860-EEF-DEK |
| Staton, Charlene | 2:05-cv-05764-EEF-DEK |
| Stroud, Clarence | 2:06-cv-10396-EEF-DEK |
| Stuck, Linda K | 2:05-cv-05338-EEF-DEK |
| Tackett, James | 2:05-cv-05763-EEF-DEK |
| Taylor, Terrie J | 2:05-cv-01099-EEF-DEK |
| Taylor, Zenobia | 2:05-cv-00613-EEF-DEK |
| Tillie, Beatrice | 2:05-cv-05925-EEF-DEK |
| Troye, Kenneth Charles | 2:05-cv-05086-EEF-DEK |
| Turner, Paul Sr | 2:05-cv-00428-EEF-DEK |

## APPENDIX A

| Case Name | MDL Docket Number |
| --- | --- |
| Walton, Stoney | 2:05-cv-04776-EEF-DEK |
| Warner, Carole L | 2:05-cv-05339-EEF-DEK |
| Welch, Sandra | 2:06-cv-10417-EEF-DEK |
| Wells, Eva | 2:06-cv-10364-EEF-DEK |
| Westmoreland, Wilda | 2:05-cv-02104-EEF-DEK |
| White, Claiborne | 2:05-cv-01656-EEF-DEK |
| Wiley, Okey | 2:06-cv-10373-EEF-DEK |
| Williams, Daniel K | 2:05-cv-00461-EEF-DEK |
| Wilson, Barbara A | 2:05-cv-04756-EEF-DEK |
| Wilson, Carol | 2:05-cv-02035-EEF-DEK |
| Wilson, Evelyn | 2:06-cv-10365-EEF-DEK |
| Wright, Edward W | 2:05-cv-00980-EEF-DEK |
| Yohe, Ken | 2:05-cv-01174-EEF-DEK |
| Young, Wayne | 2:05-cv-02560-EEF-DEK |