# EXHIBIT A

| Case Name | Docket Number | Name of Plaintiff Whose Claims Are Being Dismissed |
|---|---|---|
| Mildred Abate, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02209 | McInnerney, Martin |
| Mildred Abate, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02209 | Zair, Christine |
| Mildred Abate, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02209 | Will, Richard |
| Mohamoud Abdalle Lassan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02202 | Dalton, Chastity |
| Mohamoud Abdalle Lassan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02202 | Gillakin, Valerie |
| Mohamoud Abdalle Lassan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02202 | Raja, Nasar |
| Mohamoud Abdalle Lassan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02202 | Wheaton, Laurie |
| Kathleen Ackerman, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02198 | Horth, David |
| Kathleen Ackerman, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02198 | Fay, Carl |
| Kathleen Ackerman, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02198 | Berry, Kelly |
| Jose Acostas, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02203 | Finley, Brandy |
| Jose Acostas, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02203 | Haynes, B. Powell |
| Isabelle Adkins, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02199 | Maldonado, Jose |
| Isabelle Adkins, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02199 | Shipley, Francis |
| Isabelle Adkins, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02199 | VanPatten, John |
| Isabelle Adkins, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02199 | Pinkston, Jerome |
| Irene Ahouse, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02216 | Pandolfi, James |
| Irene Ahouse, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02216 | Reed, Willie |
| Irene Ahouse, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02216 | Lehmann, James |
| Irene Ahouse, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02216 | Pula, Joseph |
| Marie Albanese, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02207 | Smaldino, Thomas |
| Ann M G Albright, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02204 | Titcombe, Vickie |
| Willard Allanson, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02213 | Dingler, David |
| Willard Allanson, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02213 | Francione, Sylvia |
| Mary Allen, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02197 | Samluk, Joseph |
| Mary Allen, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02197 | Priest, Wayne |
| Janie Alston, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02217 | Ludwig, Richard |
| Janie Alston, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02217 | McClellan, Ellis |
| Janie Alston, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02217 | Robinson, Ben Jr. |
| Janie Alston, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02217 | Matadi, Florence |
| Janie Alston, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02217 | Phillips, Jerome |
| Sandra Alwine, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02201 | Hale, Terry |
| Sandra Alwine, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02201 | Beckman, Donald |
| Sandra Alwine, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02201 | Capasso, Paul |

| Case Name | Docket Number | Name of Plaintiff Whose Claims Are Being Dismissed |
|---|---|---|
| Sandra Alwine, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02201 | Garner, Jerome |
| Sandra Alwine, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02201 | Capasso, Paul |
| Marsha Anderson, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10622 | Cavaiuolo, Vittoria |
| Mamie Andolina, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09751 | Andolina, Mamie |
| Mamie Andolina, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09751 | Faden, Andrea |
| Mamie Andolina, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09751 | Schneider, Pamela |
| Louis Andrews, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02218 | Benner, William Robert |
| Louis Andrews, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02218 | Slominski, Agatha |
| Louis Andrews, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02218 | Rheaume, Ann |
| Louis Andrews, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02218 | Sapone, Delores |
| Michael Andrews, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02208 | Jankowski, Judy |
| Michael Andrews, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02208 | Ryan, Sarah |
| Michael Andrews, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02208 | Jankowski, Judy |
| Miguel G. Aponte, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02215 | Thomas, Shirley |
| Miguel G. Aponte, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02215 | Bauder, Penny |
| Miguel G. Aponte, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02215 | Thrash, Angie |
| Miguel G. Aponte, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02215 | Thrash, Angie |
| James Austin, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02211 | Case, Lynn Jr. |
| James Austin, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02211 | Brean, Julie |
| Brenda Baron, et al. v. Merck & Co., Inc., et al. | 2:06-cv-11089 | Baron, Brenda |
| Samuel Bartley, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02196 | Thomas, June |
| Michael Baxter, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00324 | Baxter, William |
| Michael Baxter, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09123 | Benner, William Robert |
| Michael Baxter, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09123 | Zair, Christine |
| Michael Baxter, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09123 | Lee, Kathryn |
| Michael Baxter, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09123 | Benner, William |
| Michael Baxter, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09123 | Zair, Christine |
| Michael Baxter, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09123 | Lee, Kathy |
| William Benner, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00323 | Benner, William Robert |
| Gregory A. Bennett, et al. v. Merck & Co., Inc., et al. | 2:06-cv-08383 | Bennett, Gregory |
| Dianne Benson, et al. v. Merck & Co., Inc., et al. | 2:06-cv-11090 | Benson, Diane |
| Gary T. Bielak, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01205 | Rago, Barbara |
| Sophie Bissell, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01178 | Proietti, Louis |
| Lisa Brewer, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00741 | Brewer, Lisa |

Case 2:05-md-01657-EEF-DEK   Document 18784-1   Filed 05/19/09   Page 3 of 5

3

| Case Name | Docket Number | Name of Plaintiff Whose Claims Are Being Dismissed |
|---|---|---|
| Walter Brewer, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01166 | LaFleche, Kathleen |
| Betty Brown, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01186 | Brown, Harry |
| Sylvia Brown, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10128 | Imiola, Sandra |
| Sylvia Brown, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10128 | Sobkowiak, Raymond |
| Boris Buchak, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10127 | Wolfe, David |
| Boris Buchak, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10127 | Palazolo, Eric |
| Carol A. Carone, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00229 | Carone, Carol |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | Davis, Willie |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | Lewis, Terri |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | Reynolds, Julie |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | Huch, Ronald |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | Knize, Suzanne |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | St. George, Toni |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | St. George, Anthony |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | Lee, Brenda |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | Umbleby, Patricia |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | Bath, June |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | Umbleby, Patricia |
| Lynn Case, Jr, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00236 | Case, Lynn Jr. |
| Pamela Charsley-Joslin, et al. v. Merck & Co., Inc., et al. | 2:06-cv-11091 | Charsley-Joslin, Pamela |
| Marilyn Chase, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01189 | Renaldo, Kenneth |
| Patti Coles, et al. v. Merck & Co., Inc., et al. | 2:07-cv-02936 | Coles, Patti |
| Patti Coles, et al. v. Merck & Co., Inc., et al. | 2:07-cv-02936 | Bruce, Jessie |
| Kenneth S. Critten, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01199 | Gartagena, Hipolita |
| Mary D'Angelo, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09755 | Arsena, John |
| Mary D'Angelo, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09755 | Hensley, Roxy |
| Mary D'Angelo, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09755 | Lane, Carla |
| Mary D'Angelo, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09755 | Zemrose, Michael |
| Mary D'Angelo, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09755 | Nowak, Lucy |

Exhibit for Revised Cellino Order of Dismissal.DOC

977572v.1

| Case Name | Docket Number | Name of Plaintiff Whose Claims Are Being Dismissed |
|---|---|---|
| Mary D'Angelo, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09755 | Russell, Billy |
| Mary D'Angelo, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09755 | Smalls, Dorothy |
| Mary D'Angelo, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09755 | Braxton, Clifford |
| Marianne Dean, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00227 | Dean, Marianne |
| Evelyn Depascale v. Merck & Co., Inc., et al. | 2:06-cv-01152 | Greco, Jack |
| Angelo Disalvo, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01194 | Young, Lutricia |
| Ernest Duiker, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00733 | Duiker, Ernest |
| Stephen Durgala, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00734 | Durgala, Stephen |
| Jerome Ferguson, et al. v. Merck & Co., Inc., et al. | 2:06-cv-03627 | Ferguson, Jr., Jerome |
| Rev. Calvin W. Fiddemon, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00742 | Fiddemon, Calvin |
| Catherine Flint, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01179 | Hardeman, Bobby |
| Mary L. Frey, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00239 | Frey, Mary |
| Ronald Gallipeau, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01215 | Gallipeau, Ronald |
| David A. Greenway, et al. v. Merck & Co., Inc., et al. | 2:06-cv-03624 | Greenway, David |
| Jacqueline Harvin, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00216 | Harvin, Jacqueline |
| Jacqueline Harvin, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09124 | Slominski, Philip |
| Jacqueline Harvin, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09124 | Slominski, Philip |
| Terry L. Haskin, et al. v. Merck & Co., Inc., et al. | 2:07-cv-01394 | Billard, Marilou |
| Debra S. Hundley, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00235 | Hundley, Debra |
| James W. Joy Reid, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01163 | Reid, James |
| Kathy Lee, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00351 | Lee, Kathryn |
| Johnny J. Kaylor, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00356 | Kaylor, Johnny |
| James A. Kuczmarski, et al. v. Merck & Co., Inc., et al. | 2:06-cv-03633 | Kuczmarski, James |
| Gary R. Laux, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01155 | Laux, Gary |
| Gary R. Laux, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01155 | Laux, Jr., Fred |
| Edward A. Lighthart, et al. v. Merck & Co., Inc., et al. | 2:06-cv-03622 | Lighthart, Edward |
| Marc T. Malkiewicz, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01158 | Malkiewicz, Mark |
| Kristie L. Maracle, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01518 | Maracle, Christie |
| Elaine Masiuk, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10625 | Masiuk, Elaine |

| Case Name | Docket Number | Name of Plaintiff Whose Claims Are Being Dismissed |
|---|---|---|
| Elaine Masiuk, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10625 | Kobielski, John |
| Elaine Masiuk, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10625 | Mayes, Thomas |
| Elaine Masiuk, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10625 | Mitchum, Debbie |
| Elaine Masiuk, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10625 | Spurlock, Richard |
| Sharon Misko, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00217 | Misko, Sharon |
| Catherine Mobley, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00352 | Mobley, Linward |
| Deanne Murdie, et al. v. Merck & Co., Inc., et al. | 2:06-cv-11084 | Murdie, Deanne |
| William A. Nistor, Sr., et al. v. Merck & Co., Inc., et al. | 2:06-cv-03634 | Nistor, William |
| Robert Nolan, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00222 | Nolan, Robert |
| Cameron W. Nowell, et al. v. Merck & Co., Inc., et al. | 2:06-cv-03628 | Nowell, Cameron |
| Hope Phillips, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00238 | Phillips, Hope |
| Hope Phillips, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09125 | Case,Jr, Lynn |
| Hope Phillips, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09125 | Lynn Case, Jr. |
| James J. Quadd, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01183 | Shields, Sally |
| Barbara Saunders, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00218 | Saunders, Barbara |
| Philip J Slominski, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00215 | Slominski, Philip |
| Jay Thomson, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00328 | Thomson, Jay |
| Vickie L. Titcombe et al. v. Merck & Co., Inc., et al. | 2:07-cv-09127 | Titcombe, Vicki |
| Vickie L. Titcombe et al. v. Merck & Co., Inc., et al. | 2:07-cv-09127 | Titcombe, Vickie |
| Vickie L. Titcombe et al. v. Merck & Co., Inc., et al. | 2:08-cv-00329 | Titcombe, Vickie |
| Dominic J. Torella, et al. v. Merck & Co., Inc., et al. | 2:07-cv-06231 | Torella, Dom |
| Antonia Tucker, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09129 | Tucker, Antonia |
| Barbara M. Tytka, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00731 | Tytka, Barbara |
| Tom Wagner, Jr., et al. v. Merck & Co., Inc., et al. | 2:08-cv-00232 | Wagner, Jr., Thomas |
| Christina Y. Watson, et al. v. Merck & Co., Inc., et al. | 2:06-cv-03625 | Watson, Christina |
| David Wilbern, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00737 | Wilbern, David |
| Anglo Williams, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00738 | Williams, Maurice |
| Eugene Witkowski, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00355 | Witkowski, Eugene |
| Veda Woods, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00327 | Woods, Veda |
| Christine Zair, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00353 | Zair, Christine |