UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED  MAY 15 2009

LORETTA G. WHYTE
Clerk

---

SERGEI CHEPILKO

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

2:08 Civ. 00959 (EEF)-(DEK)

- against -

MERCK & CO. INC.,

**NOTICE OF APPEAL IN A CIVIL CASE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that PLAINTIFF, SERGEI CHEPILKO
*(party)*

hereby appeals to the United States Court of Appeals for the FIFTH Circuit from the Judgment OF JUDGE E. FALLON DISMISSING WITH PREJUDICE ALL
*(describe the judgment)*
CLAIMS OF PLAINTIFF FOR FAILURE TO COMPLY WITH THE REQUIREMENTS OF PRE-TRIAL ORDER 28

entered in this action on the __1__ day of __MAY__, 20__09__.
*(date)    (month)    (year)*

Signature: S. Chepicko

Address: 501 Surf Ave., Apt. 13 A

City, State & Zip Code: BROOKLYN, NY 11224

Telephone Number: (718) 266-1288

DATED: MAY 12, 20 09

___ Fee _Not Paid_
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc. No. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
-------------------------------------------------
SERGEI CHEPILKO,
     Plaintiff,

  -against-

MERCK & CO., INC.,
     Defendant.
-------------------------------------------------

2: 08-CV- 00959-EEF-DEK
MDL Docket No. 1657
SECTION L

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, __SERGEI CHEPILKO__, declare under penalty of perjury that I have
   *(name)*

served a copy of the attached __NOTICE OF APPEAL__
           *(document you are serving)*

upon __DEFENDANT'S LIASON COUNSEL__ whose address is __546__
  *(name of person served)*

__CARONDELET STREET, NEW ORLEANS, LOUISIANA 70130__
      *(where you served document)*

by __MAIL__
 *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: __NEW YORK__, __NY__
   *(town/city)* *(state)*

__MAY__ __13__, 20__09__
*(month)* *(day)* *(year)*

S. Chepilko
Signature

__501 SURF AVE, APT. 13A__
Address

__BROOKLYN, NY__
City, State

__11224__
Zip Code

__718-266-1288__
Telephone Number

Rev. 05/2007

To: PRO Se CLERK'S OFFICE

Dear Sir or Madam:

PLESE FILE:

1. Notice of Appeal

2. Notice of Motion for Reconcidaration

Please send me stamped copies of front pages in the provided self-addressed envelope.

Sincerely, Sergei Cherpicko
plaintiff Pro Se

TENDERED FOR FILING, 2009,
MAY 15 2009           New York.
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk




USPS POSTAGE PAID
NEW YORK, NY 10021
MAY 13, 09
AMOUNT $4.95
0004917-22

**PRIORITY MAIL®**
UNITED STATES POSTAL SERVICE

Flat Rate Mailing Envelope
For Domestic and International Use
Visit us at usps.com

From/Expéditeur: SERGEI CHEPILKO
501 SURF AVE., APT. 13 A
BROOKLYN, NY 11224

To/Destinataire: PRO SE OFFICE US DISTRICT COURT
500 POYDRAS STREET, ROOM C-151
NEW ORLEANS, LA 70130

Country of Destination/Pays de destination: USA

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.

INTERNATIONAL RESTRICTIONS APPLY:

4-POUND WEIGHT LIMIT ON INTERNATIONAL APPLIES

Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.gov or ask a retail associate for details.

Print postage online - Go to usps.com/postageonline

PLEASE PRESS FIRMLY

Recycled Paper
Please recycle.

082708_PM_EP14F  OCT 2008

EP14F