AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __LOUISIANA__

FILED MAY 15 2009
LORETTA G. WHYTE
Clerk

SERGEI CHEPILKO
Plaintiff

V.

MERCK & Co., INC
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:08-CV-00959-EEF-DEK
MDL DOCKET No 1657
SECTION L

I, __SERGEI CHEPILKO__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   9-30-2001, $3525 per MONTH, CORNELL U-TY medical college, 1300 YORK Ave, NEW YORK, NY, 10021

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends            ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☒ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                           ☐ Yes   ☒ No
   f. Any other sources                               ☒ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

PUBLIC ASSISTANSE AND FOOD STAMPS - $550 per MONTH
$3000 - COURT SETTLEMENT, PAID FOR RENT

____ Fee _____
____ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
____ Doc. No. _____

4. Do you have any cash or checking or savings accounts?     ☑ Yes     ☐ No

   If "Yes," state the total amount. $250

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?     ☐ Yes     ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NONE

I declare under penalty of perjury that the above information is true and correct.

MAY 12, 2009                                S. Chepicko
_____                          _____
Date                                     Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

TO: PRO SE CLERK'S OFFICE:

DEAR SIR OR MADAM:

PLESE FILE:

1. Notice of Appeal

2. Notice of Motion for Reconcidaration

Please send me stamped copies of front pages in the provided self-addressed envelope.

Sincerely, Sergei Chepicko
plaintiff Pro Se.

TENDERED FOR FILING, 2009,

New York.

MAY 15 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



Print postage online - Go to usps.com/postageonline
PLEASE PRESS FIRMLY

# PRIORITY MAIL

UNITED STATES POSTAL SERVICE

## Flat Rate Mailing Envelope
*For Domestic and International Use*

Visit us at usps.com



US POSTAGE PAID
NEW YORK, NY 10021
MAY 13 09
AMOUNT
$4.95
0004791 7-22

From/Expéditeur: SERGEI CHEPILKO
501 SURF AVE, APT. 13 A
BROOKLYN, NY 11224

To/Destinataire:
PRO SE OFFICE   US DISTRICT COURT, ROOM C-151
500 POYDRAS STREET,
NEW ORLEANS, LA 70130

Country of Destination/Pays de destination: USA

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.

INTERNATIONAL RESTRICTIONS APPLY:

4-POUND WEIGHT LIMIT ON INTERNATIONAL APPLIES

Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.gov or ask a retail associate for details.

Recycled Paper

Please recycle.

USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps
Cradle to Cradle Certified℠ is a certification mark of MBDC.

082708_PM_EP14F  OCT 2008

EP14F