Case 2:05-md-01657-EEF-DEK   Document 18799   Filed 05/15/09   Page 1 of 3

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED MAY 15 2009

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

SERGEI CHEPILKO,
                Plaintiff,

-against-

MERCK & CO., INC.,
                Defendant.

---

2: 08-CV- 00959-EEF-DEK
MDL Docket No. 1657
SECTION L

**NOTICE OF MOTION FOR RECONSIDERATION**

PLEASE TAKE NOTICE that upon the annexed affirmation of **SERGEI CHEPILKO** *(name)*, affirmed on **MAY 12**, 20**09** *(date)*, and upon the exhibits attached thereto *(delete if no exhibits)*, ~~the accompanying Memorandum of Law in support of this~~ motion *(delete if there is no Memorandum of Law)*, and the pleadings herein, (**plaintiff**)/~~defendant~~ *(circle one)* will move this Court, before **Judge FALLON** *(Judge's name)*, United States District/Magistrate Judge *(circle one)*, for an order pursuant to Rule _____ of the Federal Rules of Civil Procedure granting *(state what you want the Judge to order)*: **VACATION OF THE DISMISSING ORDER dated APRIL 30, 2009 AND PERMISSION TO CONTINUE SETTLEMENT PROGRAM.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **BROOKLYN**, **NY**
*(city)* *(state)*
**MAY** **12**, 20**09**
*(month)* *(day)* *(year)*

Signature **S. Chepilko**
Address **501 SURF AVE, APT. 13A**
**BROOKLYN, NY 11224**
Telephone Number **718-266-1288**
Fax Number *(if you have one)* _____

*Rev. 05/2007*

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc. No. _____

**WHEREFORE**, I respectfully request that the Court grant this motion, as well as such other and further relief as may be just and proper.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: BROOKLYN, NY  
(city)      (state)  
MAY 12, 20 09  
(month) (day) (year)

Signature S. Chuppino  
Address 501 SURF Ave, Apt. 13A  
BROOKLYN, NY 11224  
Telephone Number 718-266-1288  
Fax Number (if you have one) _____

Rev. 05/2007



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

SERGi Chepciko
501 Surf Avenue, Apt. 13A
Brooklyn, NY 11224

US POSTAGE $00.599
Mailed From 70130
02/27/2009

Exh. A