UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
---------------------------------------------------
SERGEI CHEPILKO,
              Plaintiff,

      -against-

MERCK & CO., INC.,
              Defendant.
---------------------------------------------------

2: 08-CV- 00959-EEF-DEK
MDL Docket No. 1657
SECTION L

**AFFIRMATION IN SUPPORT OF MOTION**

I, Sergei Chepilko, affirm under penalty of perjury that:

1. I, Sergei Chepilko, am plaintiff Pro Se in the above entitled action, and respectfully move this Court to issue an order to vacate order dated April 30, 2009, dismissing plaintiff's claims with prejudice for failure to comply with the requirements of Pre-Trial Order 28, and to permit plaintiff to continue settlement program.

2. The reason why I am entitled to the relief I seek is the following:

3. Plaintiff filed complaint in the Eastern District of New York on September 28, 2007.

4. On February 11, 2008, US Judicial Panel on Multidistrict Litigation Order transferred this action to the Eastern District of Louisiana.

5. Clerk's Office of the Eastern District of Louisiana sent PTO 28 on February 27, 2009 after plaintiff's request by telephone (copy of the dated envelope attached as exhibit A). Before that date plaintiff did not received PTO 28.

6. On June 29, 2008 plaintiff submitted Registration Affidavit to the Vioxx Settlement Program. together with other forms (attached as exhibit B).

7. Plaintiff's Vioxx Claim Number was 1118657.

8. Vioxx Claims Administrator in the letter dated February 11, 2009, stated that plaintiff submitted a Stipulation of Dismissal, but it was deficient (attached as Exhibit B of the Exhibit C).

9. Vioxx Claims Administrator never sent to the plaintiff information regarding PTO 28 requirements.

10. Plaintiff had serious concerns that upfront signing Stipulation of Dismissal without any discussions or offers from Vioxx Claims Administrator or Merck, could be defendant's fraudulent manipulations or deception.

11. Plaintiff addressed that concerns to this Court in his Affirmation in Opposition filed on March 2, 2009 (attached as Exhibit C).

12. Plaintiff also requested an extension of time for good cause shown, and submitted doctor's notes confirming plaintiff's medical disability (Exhibit C).

13. If this Court Considers that defendant's demand for upfront signing by the plaintiff Stipulation of Dismissal is legal, plaintiff agrees to sign that document.

14. Plaintiff asks this Court for permission to correct mistakes or omissions occurred due to the clerical errors and plaintiff's misunderstanding as a Po Se.

15. Plaintiff asks this Court for reconsideration and to vacate order, dated April 30, 2009, and to permit plaintiff to continue his enrollment in Vioxx settlement program.