# PRO SE REGISTRATION AFFIDAVIT

By completing and signing this Registration Affidavit, I certify pursuant to 28 U.S.C. § 1746 to all the information in this Affidavit. I make this certification pursuant to the November 9, 2007 Order regarding registration of plaintiffs.

## A. PLAINTIFF INFORMATION

| Name | Last: Chepilko | First: Sergei | Middle: |
|---|---|---|---|
| Date of Birth | 10/17/1958 (Month/Day/Year) | Social Security Number | 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 |

| Current Address | Street: 501 Surf Avenue, Apt. 13a | | | |
|---|---|---|---|---|
| | City: Brooklyn | State: NY | Zip: 11224- | Country: Usa |

| Telephone Number | Daytime 718-266-1288 | Evening 718-266-1288 | Email | chepilko@aol.com |
|---|---|---|---|---|

## B. LAWSUIT INFORMATION

I represent myself in the following lawsuit:

| Case Caption | SERGEI CHEPILKO V. MERCK & Co., Inc. | | |
|---|---|---|---|
| Docket Number | 07 Cv 4098 (NG) (LB) | Date Filed | 9/28/2007 (Month/Day/Year) |

## C. INJURY INFORMATION

I claim that I sustained a personal injury as a result of taking Vioxx®. I have marked the category of my injury and specified the date and place of my injury below:

☐ Myocardial Infarction or Sudden Cardiac Death

☐ Ischemic Stroke (not a hemorrhagic stroke or a transient ischemic attack)

☒ All other Injuries

| Date of Specified Injury | 12/19/2004 (Month/Day/Year) | Place of Injury | Brooklyn, New York |
|---|---|---|---|

## D. USE OF VIOXX®

I took Vioxx before my claimed injury. I have specifically checked the category below that corresponds to my duration of Vioxx® use.

Check One:

☐ Duration of use up until the specified injury of 12 months or less

☒ Duration of use up until the specified injury of more than 12 months

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 6/29/2008 (Month/Day/Year) | S. Chepilko — Pro Se Claimant |
|---|---|---|

EXH. B