UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------

SERGEI CHEPILKO,
          Plaintiff,

-against-

MERCK & CO., INC.,
          Defendant.

------------------------------------------------

2: 08-CV- 00959-EEF-DEK
MDL Docket No. 1657
SECTION L

**AFFIRMATION IN OPPOSITION**

I, Sergei Chepilko, affirm under penalty of perjury that:

1. I, Sergei Chepilko, am the plaintiff Pro Se in the above entitled action, and respectfully submit this affirmation in opposition to the motion dated January 21, 2009, made by defendant's Liaison Counsel asking the Court to enter an order to show cause why plaintiff's claims should not be dismissed with prejudice for failure to comply with the lone pine requirements of PTO 28.

2. The motion should be denied because extension of time should be granted for good cause shown.

3. Plaintiff was and currently on disability with serious vision, mental and physical problems (doctor's notes attached as Exhibit A).

4. Plaintiff submitted documents to enroll in the Vioxx Settlement Program, but Vioxx Claims Administrator demanded from plaintiff to sign and submit Stipulation of Dismissal no later than February 20, 2009 ( letter from Pro Se Coordinator and Stipulation attached as Exhibit B). Plaintiff has concerns that this demand without any settlement offer or discussions constitute **DECEPTION AND FRAUD, and asks Court to address this problem.**

EXH. C

5. Plaintiff did not receive information about PTO 28 from the Court, and Claims Administrator.

6. Plaintiff considers option to be withdrawn from Vioxx Settlement Program, and needs more time to retain an attorney and to request medical documentation and proofs regarding damage by Vioxx.

9. For reasons stated above, plaintiff respectfully requests Court to grant an extension of time for 3 months to comply with PTO 28.

10. In view of the foregoing, it is respectfully submitted that defendant's motion be denied.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY

February 26, 2009

*S. Chepilko* (signature)
----------------------------------
Sergei Chepilko

501 Surf Avenue, Apt. 13A

Brooklyn, NY, 11224

Tel 718-266-1288

2