**OFFICIAL NEW YORK STATE PRESCRIPTION**

EUGENE KHOTIMSKY, MD
2951 OCEAN AVENUE
STE AA
BROOKLYN, NY 11235
(718) 648-2201
LIC. 210813

9/18/08

To whom it may concern

Re: Mr. Sergy Chepelko

DOB 10/17/52

Please be aware that Mr. Chepelko remains in treatment for a mental disorder (309.28) rendering him disabled — up to the next 3 months.

Mr. comes monthly for supportive counseling & meds management.

8K2LP3 23

EXH. A

**OFFICIAL NEW YORK STATE PRESCRIPTION**

GALINA KLETSMAN DO
520 NEPTUNE AVENUE
BROOKLYN, NY 11224
(718) 333-9070
LIC. 218828

PRACTITIONER DEA NUMBER

Patient Name: Chefelier
Date: 02/21/09
Address: [illegible]
City: [illegible]   State: [illegible]   Zip: [illegible]   Age: [illegible]   Sex: M/F

Rx
mobic 7.5 mg
PO QD #30

Prescriber Signature X [signature]

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW
REFILLS: ☐ None   Refills: ___
PHARMACIST TEST AREA:
0KMJ3Q 31

---

**OFFICIAL NEW YORK STATE PRESCRIPTION**

[stamp: Galina Kletsman, M.D. / Trump Village Medical Plaza / 520 Neptune Avenue / Brooklyn, NY 11...]

GALINA KLETSMAN DO
520 NEPTUNE AVENUE
BROOKLYN, NY 11224
(718) 333-9070
LIC. 218828

PRACTITIONER DEA NUMBER

Patient Name: Iry pt. Chepelev
Date: 02/26/06
Address: [illegible]
City: [illegible]   State: [illegible]   Zip: ___   Age: ___   Sex: M/F

Rx
need for cont.
[illegible] OA.
Beet trocoma[?]
pt unable to
work for med
[illegible] for [illegible]
[illegible]

Prescriber Signature X [signature]

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW
REFILLS: ☐ None   Refills: ___
PHARMACIST TEST AREA:
0KMJ42 31

---

SW CNYRxPadMV340518  P  Pad 16 of 20 1/31/2009 N

**OFFICIAL NEW YORK STATE PRESCRIPTION**

GALINA KLETSMAN DO
520 NEPTUNE AVENUE
BROOKLYN, NY 11224
(718) 333-9070
LIC. 218828

PRACTITIONER DEA NUMBER

Patient Name: Chepelev
Date: [illegible]
Address: ___
City: 02/26/06   State: ___   Zip: ___   Age: 66   Sex: M/F

Rx
mecardis
40 mg over
13k
[signature]

Prescriber Signature X [signature]

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW
REFILLS: ☐ None   Refills: ___
PHARMACIST TEST AREA:
0KMJ42 30

**OFFICIAL NEW YORK STATE PRESCRIPTION** 

GALINA KLETSMAN, DO
520 NEPTUNE AVENUE
BROOKLYN, NY 11224
(718) 333-9070
LIC. 218828

PRACTITIONER DEA NUMBER

Patient Name: Shepitko Sergei    Date: 01/26/09
Address:
City ___ State ___ Zip ___ Age ___ Sex: M

Rx
HCTZ 25mg
#30
Sig 1 tab QD PO

Prescriber Signature X

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW
REFILLS: None

0KGPVS 05

---

**OFFICIAL NEW YORK STATE PRESCRIPTION** 

GALINA KLETSMAN, DO
520 NEPTUNE AVENUE
BROOKLYN, NY 11224
(718) 333-9070
LIC. 218828

PRACTITIONER DEA NUMBER

Patient Name: Shepitko Sergei    Date: 01/26/09
Address:
City ___ State ___ Zip ___ Age ___ Sex: M

Rx
Norvasc 5mg
#30
Sig 1 tab QD PO

Prescriber Signature X

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW
REFILLS: None  Refills: 2

0KGPVS 04

---

**OFFICIAL NEW YORK STATE PRESCRIPTION**

GALINA KLETSMAN, DO
520 NEPTUNE AVENUE
BROOKLYN, NY 11224
(718) 333-9070
LIC. 218828

PRACTITIONER DEA NUMBER

Patient Name: [illegible]    Date: 01/26/09
Address:
City ___ State ___ Zip ___ Age ___ Sex: M

Rx
Tobradex Oph
Susp 5mL
Sig 1 gtt ou [illegible]

Prescriber Signature X

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW
REFILLS: None

0KGPVS 07

---

**OFFICIAL NEW YORK STATE PRESCRIPTION**

GALINA KLETSMAN, DO
520 NEPTUNE AVENUE
BROOKLYN, NY 11224
(718) 333-9070
LIC. 218828

PRACTITIONER DEA NUMBER

Patient Name: [illegible]    Date: 01/26/09
Address:
City ___ State ___ Zip ___ Age ___ Sex:

Rx
Mobic 7.5 mg
PRN

Prescriber Signature X

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW
REFILLS: None

0KGPVS 0[?]

# VIOXX Claims Administrator

Toll-Free Telephone: (866) 866-1729
Facsimile: (804)521-7299
claimsadmin@browngreer.com

| Mailing Address: | Delivery Address: |
|---|---|
| P.O. Box 85031 | 115 South 15th Street, Suite 400 |
| Richmond, Virginia  23285-5031 | Richmond, Virginia  23219-4209 |

February 11, 2009

**By U.S. Mail**

Sergei Chepilko
501 Surf Avenue, Apt. 13A
Brooklyn, NY  11224

Re:  **Pro Se Enrollment Deficiencies**
     **Vioxx Claim Number (VCN): 1118657**

Dear Claimant:

You submitted documents to enroll in the Vioxx Settlement Program. Counsel for Merck and/or the Claims Administrator have reviewed your submissions to determine if they are complete and sufficient to complete your Enrollment in the Settlement Program.

### A. Stipulation of Dismissal

☒  You submitted a Stipulation of Dismissal, but it is deficient. Sign and submit the enclosed Stipulation of Dismissal as soon as possible and no later than **February 20, 2009.**

### B. Deadline Warning

If any Cure Action is required of you, you must submit the required correction by February 20, 2009. Make sure that you postmark your response no later than that date. If you do not respond, you will not be able to participate in the Program.

If you have any questions, please contact me toll free at (866)866-1729 or by email at dbates@browngreer.com, or contact the Pro Se Curator by telephone at (504)561-7799 or by email at cps@ahhelaw.com . Thank you.

Sincerely,

Diann W. Bates

Diann Bates
Pro Se Coordinator

Enclosure

| | |
|---|---|
| SERGEI CHEPILKO,  )<br>)<br>Plaintiff,  )<br>)<br>)<br>v.  )<br>)<br>)<br>MERCK & CO., INC.,  )<br>)<br>Defendant.  )<br>_____ ) | **IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**<br><br>Case Code No: 1657<br>Docket No: 2:08-cv-00959-EEF-DEK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiff **Sergei Chepilko** against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____

Sergei Chepilko
Plaintiff Pro Se
501 Surf Avenue, Apt. 13A
Brooklyn, New York, 11224
Tel. 718-266-1288

_____

Attorney for Merck & Co., Inc.

Dated: _____

Dated: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

SERGEI CHEPILKO,
        Plaintiff,

  -against-

MERCK & CO., INC.,
        Defendant.

---

2: 08-CV- 00959-EEF-DEK
MDL Docket No. 1657
SECTION L

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, __SERGEI CHEPILKO__ *(name)*, declare under penalty of perjury that I have served a copy of the attached __NOTICE OF MOTION__ *(document you are serving)* upon __DEFENDANT'S LIASON COUNSEL__ *(name of person served)* whose address is __546 CARONDELET STREET, NEW ORLEANS, LA 70130__ *(where you served document)* by __MAIL__ *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: __NEW YORK__, __NY__
     *(town/city)*  *(state)*

__MAY__ __13__, 20__09__
*(month)* *(day)* *(year)*

Signature: S. Chepilko
Address: 501 SURF Ave, Apt. 13A
City, State: BROOKLYN, NY
Zip Code: 11224
Telephone Number: 718-266-1288

Rev. 05/2007

To: PRO SE CLERK'S OFFICE:

Dear Sir or Madam:

PLESE FILE:

1. Notice of Appeal

2. Notice of Motion for Reconcidaration

Please send me stamped copies of front pages in the provided self-addressed envelope.

Sincerely, Sergei Chepilko
plaintiff Pro Se.

TENDERED FOR FILING, 2009,

MAY 15 2009

New York.

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008. All rights reserved.

# PRIORITY MAIL

**UNITED STATES POSTAL SERVICE**



US POSTAGE PAID
NEW YORK, NY 10021
MAY 13, 09
AMOUNT
**$4.95**
00047917-22



1004
70130

PLEASE PRESS FIRMLY

Print postage online - Go to usps.com/postageonline

## Flat Rate Mailing Envelope

*For Domestic and International Use*

Visit us at usps.com

**From/Expéditeur:** SERGEI CHEPILKO
501 SURF AVE., APT. 13 A
BROOKLYN, NY 11224

**To/Destinataire:** PRO SE OFFICE   US DISTRICT COURT
500 POYDRAS STREET, ROOM C-151
NEW ORLEANS, LA 70130

**Country of Destination/Pays de destination:** USA

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.

**INTERNATIONAL RESTRICTIONS APPLY:**

**4-POUND WEIGHT LIMIT ON INTERNATIONAL APPLIES**

Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.gov or ask a retail associate for details.

 Recycled Paper

USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps. Cradle to Cradle Certified™ is a certification mark of MBDC.

Please recycle.

082708_PM_EP14F  OCT 2008

EP14F