U.S. DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA

Brian Anderson, Pro Se
Plaintiff

V.

Merck & Co., Inc
Defendant

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED MAY 1 8 2009

LORETTA G. WHYTE
Clerk

05- MDL#1657

**PLAINTIFF MOTIONS FOR RECONSIDERATION, UNDER FED.RL.CIV.PRO.60(b)(1), EXCUSABLE NEGLECT.**

On April-30-09, the Plaintiff received the Courts dismissal of this case, because **case specific expert report** was not provided.

Dr. Goldsmith told the Plaintiff, that the **(7) criterias in PTO 29, page 3#7, & page 4** continued, that the Plaintiff requires, must come **directly** from this Court to him, because **Prison Policy dictates that.** Physician Assistant, Webster told the Plaintiff this also in June 2008. The **Clerk** of this Court has been notified about this.

Within **Defendants** Nov-11-08 Motion To, Show Cause, etc, page 2, footnote #2, they **confirm** that the Plaintiff provided, everything in PTO 29, except the **case-specific expert report.**

Dr. Goldsmiths, Address is; **Sterling Correctional Facility, Medical Dept., P.O. Box 6000, Sterling, Colorado, 80751.**

Certificate Of Service

I certify that on May-13-09, I deposited in the U.S. Mail this Motion to the partys below.

U.S. District Court
500 Poydras St.,
New Orleans, LA
70130

Law Firm Of; Stone Pigman Walther, etc
546 Carondelet
New Orleans, La
70130-3588

Respectfully Submitted  B. Anderson

Brian Anderson, #64193
S.C.F., P.O. Box 6000
Sterling, Colorado 80751

TENDERED FOR FILING

MAY 1 8 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee ___
Process ___
X Dktd ___
X CtRmDep ___
Doc No. ___

Clerk

MDL# 1657

From,Plaintiff,Brian Anderson #64193
   S.C.F.,P.O.Box 6000
   Sterling,Colorado,80751.

   Today,May-12-2009 my Doctor,Dr.Goldsmith told me that **Prison Policy**,**Prohibits** him from receiving **legal documents** from me & **prohibits** a Doctor from giving me **statements** within **Pretrial Trial Order 29**. **Dr.Goldsmith** stated that **Court Orders** must come from a **Attorney** or the **Court**. Due to me being **Pro Se** the documents must be sent from this Court,to **Dr.Goldsmith.**

---

   I've already provided this Court with everything in PTO 29,except the **(7)criterias** on page (3)#7,continued on page(4).
   I NEED YOU TO SEND,Dr.Goldsmith,Address,Sterling Correctional Facility,Medical Dept., P.O.Box 6000,Sterling,Colorado 80751, these **(7) criterias**,ONLY.Dr.Goldsmith,DOES'NT NEED THE ENTIRE PTO 29.
(1).That Brian Anderson #64193 suffered a injury.
(2).That **vioxx** caused the injury.
(3).Provide a explanation of the bases of the attestation that **vioxx** caused Brian Anderson #64193 the injury.
(4).An identification of any other causes that were considered in formulating the opinion.
(5). A decription of the specific injuries Brian Anderson #64193 suffered.
(6).A decription of the specific medical findings that support the diagnosis of those injuries.
(7). A identification of all documents relied on by you Dr.Goldsmith in forming these opinions.

---

   The injuries I suffered were a **Minor Heart Attack**, in April 2003, & **Ulcerative Colitis**.I began bleeding minimaly in January 2002. In October 2008 I began bleeding a lot.Also I have **Arrhythmia**(fast heart beat).

---

   Clerk,tell Dr.Goldsmith to make **(2)copys** of these **(7) criterias** ,when he completes them,& send the **original** to this Court,&**(1)copy** to; **Law Firm Of Stone Pigman Walther,etc**
       546 Carondelet
       New Orleans,Louisiana
       70130-3588

and give Brian Anderson #64193,(1)copy.


                    **THANKS**

CONCLUSIVE


                    B.Anderson, May-12-09                  .

**Colorado Department Of Corrections**

Name: Brian Anderson
Register Number: 64193
Unit: 2
Box Number: 6000
City, State, Zip: Sterling, CO 80751

U.S District Court
500 Poydras Street
New Orleans, Louisiana
70130