UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

This document relates to:   07-2070, Bell v. Merck & Co., Inc.

## ORDER

The Court is in receipt of the attached correspondence from Vioxx plaintiff Lloyd Bell. It appears that Mr. Bell has forwarded to the Court the materials he received from his prior counsel after counsel withdrew from representation. IT IS ORDERED that the correspondence shall be entered into the record for informational purposes as a manual attachment. Mr. Bell should be on notice, however, that the Court is not in a position to file anything on his behalf regarding either the MDL proceeding or the Vioxx settlement.

New Orleans, Louisiana, this 20th day of May, 2009.

*[signature]*
UNITED STATES DISTRICT JUDGE

CC:   Pro Se Curator
      400 Poydras Street, Suite 2450
      New Orleans, LA 70130

Mr. Lloyd Bell
P.O. Box 152861
San Diego, CA 92195

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____

1