*Confidential Information*

# NOTICE OF NON-SUBMITTING PROGRAM CLAIMANT - UNREPRESENTED CLAIMANT
(Date of Notice: 4/22/09)

## I. CLAIMANT INFORMATION

| Claimant Name | Bell, Adella | VCN | 1011154 |
|---|---|---|---|

## II. NON-SUBMITTING PROGRAM CLAIMANT DETERMINATION

This is an official Notification from BrownGreer PLC, the Vioxx Claims Administrator.

You did not submit the required Claims Form and Pharmacy, Medical, and Event Records required by Section 1.3 of the Settlement Agreement on or before the extended Final PME Records Submission Deadline of December 30, 2008. You have not submitted these records; therefore, pursuant to Exhibit 1.5, the Claims Administrator has determined that you are a Non-Submitting Program Claimant.

*If you believe you have submitted the required materials and are receiving this Notice in error, contact the Claims Administrator's Pro Se Coordinator, Diann Bates, immediately.*

## III. RIGHT TO APPEAL

You may appeal this determination to the Special Master by following the procedure described below in Section IV. You must file the appeal on or before the 15th business day following this Notice, which will be **Wednesday, May 13, 2009**. If you fail to file the appeal on or before May 13, 2009, this determination of Non-Submitting Program Claimant status will be final, binding, and Non-Appealable. As a Non-Submitting Program Claimant, you will immediately cease to have further rights under the Program, the Claims Administrator will deliver the Release and Dismissal Stipulation to Merck, and your lawsuit, if any, will be dismissed.

As specified in Exhibit 1.5, the Special Master's determination on appeal is limited to whether the Claimant complied with the requirements of Section 1.3 by the extended Final PME Records Submission Deadline of December 30, 2008. The Special Master will *not* consider or grant requests for extension from the deadline; therefore, any appeal that merely seeks an extension will be denied.

## IV. PROCEDURE FOR RESPONDING TO NOTICE

You have two options for responding to this Notice. You must choose one of the following options on or before 15 business days (which will be May 13, 2009), sign this Notice, and return it to the Claims Administrator by facsimile or postmarked on or before that date. If you do nothing within 15 business days, you will be deemed to have accepted the Claims Administrator's determination of your status as a Non-Submitting Program Claimant, and the Release and Dismissal Stipulation will be delivered to Merck. You must check one box below:

☐ **Accept.** If you accept the Claims Administrator's determination of your status as a Non-Submitting Program Claimant, select this option. *If you select this option, you will lose all rights under the Settlement Program, your lawsuit, if any, will be dismissed, and your Release and Dismissal Stipulation will be delivered to Merck.*

| V2057A | NOTICE OF NON-SUBMITTING PROGRAM CLAIMANT - UNREPRESENTED CLAIMANT |
|---|---|
| | (Date of Notice: 4/22/09) |

☑ **Appeal.** If you disagree with the Claims Administrator's determination of your status as a Non-Submitting Program Claimant, select this option to appeal to the Special Master, and explain in the space provided below (please attach additional pages if necessary) why you believe you have complied with the requirements of Section 1.3 on or before the extended Final PME Records Submission Deadline of December 30, 2008. *If you fail to select this option to Appeal on or before 15 business days from the date of this Notice, or May 13, 2009, the determination will be final, binding, and Non-Appealable.*

ON April 14, 2009 I mail To Judge Eldon Fallon All Information To mother Cadella Bell And my Aunt Maude Marks Confirmation Number 1-800-222-1811 with USPS, Because for 9yrs All The Lies And Confusion About both cases. Now, you can call Micheal Douglas And he can FAX you The Will And my P.O.A. over All matters. Thank you Lloyd Bell 0307 3330 0002 0231 8865   7lbs of Info.

Return this signed Notice with your selection to the Claims Administrator at one of the following addresses:

*Delivery Address:*
Claims Administrator
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209

*Mailing Address:*
Claims Administrator
P.O. Box 85031
Richmond, Virginia 23285-5031

*If you do not submit the required materials by May 13, 2009, you will automatically be deemed to constitute a Non-Submitting Program Claimant. As a Non-Submitting Program Claimant, you will lose all rights under the Settlement Agreement, your lawsuit will be dismissed, and your Release and Dismissal Stipulation will be delivered to Merck.*

If you have any questions, contact the Claims Administrator's Pro Se Coordinator, Diann Bates, at the above mailing address, toll free at (866)866-1729, by direct dial at (804)521-7220, by email at dbates@browngreer.com or by facsimile at (804)521-7299. You may also contact the Pro Se Curator, Robert M. Johnston, at (504)561-7799 or by email at cps@ahhelaw.com. By Order dated February 12, 2008, the Court supervising the Vioxx Settlement Program appointed the Pro Se Curator to provide assistance to Pro Se Claimants in connection with the Settlement Program.

Claimant Signature: *Lloyd D Bell*   Date: 5/14/09

DATE: 10/18/07  PROPERTY ID NUMBER: 011817356
SOURCE: INT



# JOHN CHIANG
## California State Controller

LLOYD D BELL
P.O. BOX 152861
SAN DIEGO CA 92195

This is to inform you that, according to our records, you may be entitled to the money, property or the proceeds from any sale of the property listed below.

The California State Controller's Office has a program to return unclaimed property value to rightful owners or heirs. Unclaimed property turned over to the State, primarily consists of money, securities, or tangible property held by businesses or financial institutions for more than three years without owner contact. California law requires businesses to transfer such property to the state at the close of the dormancy period.

You may claim this property or the proceeds thereof by completing and <u>signing</u> the reverse side of this form. In addition, you **must** provide a copy of your driver's license that shows your current address and some form of verification of your Social Security number, such as a copy of your Social Security card or a tax return showing your name and Social Security number. If you do not have all of the items required, please send as much information as possible to prove this claim. If you are an heir, not a direct owner, provide a certified copy of the owner's Death Certificate and Will or a Final Decree of Distribution. Send these documents to:

CONTROLLER OF CALIFORNIA
BUREAU OF UNCLAIMED PROPERTY
P.O. BOX 942850
SACRAMENTO, CA  94250-5873

Once your <u>signed</u> claim form and required documentation have been received, please allow up to 180 days for processing. For more information regarding this program, including filing instructions, forms, or to inquire about your claim status, visit the State Controller's website at www.sco.ca.gov.

**PLEASE NOTE: Properties recently remitted to the State Controller's Office may not appear on our website.** If you have any questions or want to confirm we have your property, please call the Bureau of Unclaimed Property at (800) 992-4647. Out of state callers may call (916) 323-2827.

| | | |
|---|---|---|
| Type of Property: | MINERAL PROCEEDS | DATE RCD: 11/06/95 |
| Amount Reported: | 150.72 | ACCT BAL: 150.72 |
| Reported By: | CHEVRON U.S.A. INC.<br>PO BOX 9128<br>CONCORD CA 94524 | |
| Owner's Name: | MARKS MAUDE | |
| Reported Address: | 1407 CALIFORNIA AVE<br>LONG BEACH CA 90813 | |
| | RPTD ID NO.: 19860401CA | DLC: 04/01/86 |
| Reference: | | |