| | | |
|---|---|---|
| ROBERT ARENTZ* | **PHILLIPS & ASSOCIATES** | ** ROBERT BEUCLER |
| JEFFREY L. PHILLIPS | ATTORNEYS AT LAW | ROBERT R. TEAGUE |
| JOEL ERIK THOMPSON*‡ | | JOHN A. SCHILL |
| MARTIN A. CREAVEN | | JAMES S. FICKLING |
| DAVID R. MIKA | SUITE 1100 | †ROBERT F. CLARKE |
| GORDON THOMPSON | 3030 NORTH THIRD STREET | ANDREW S. NEMETH |
| LARRY MAGID | PHOENIX, ARIZONA 85012 | LOWELL W. FINSON |
| LAURA A. LEHAN | | TIMOTHY G. TONKIN |
| ALAN R. HOCK | www.PhillipsLaw.com | SONJA M. YURKIW |
| DAVID R. WROBLEWSKI | | ERIC R. THIEROFF |
| RICK POSTER* | TELEPHONE | ALBERTE R. DAYES III |
| MICHAEL S. YUCEVICIUS | (602) 258-8900 | TERESA STARRS |
| JOSE A. MONTAÑO | | KEVIN WESTLAKE |
| DAVID P. DE COSTA | | MELANIE LABOY |
| CINDY CASTILLO | *BOARD CERTIFIED SPECIALIST CRIMINAL LAW | DOUGLAS S. YOUNGLOVE |
| ALLEN F. JACOBS | **CERTIFIED SPECIALIST BANKRUPTCY LAW | WILLIAM H. CRONIN |
| JULIO LABOY | †CERTIFIED SPECIALIST PERSONAL INJURY & | ADAM JOHNSON |
| JOSE A. SALDIVAR | WRONGFUL DEATH LITIGATION | BRIDGET AKIN |
| BASIL G. DIAMOS | ‡OF COUNSEL | |

September 17, 2007

Lloyd Bell
POB 152861
San Diego, CA 92195

Re:   Claim for Wrongful Death of Adella Bell

Dear Mr. Bell:

I have enclosed a letter we received today from a law office attempting to collect a debt you allegedly owe. Please be advised that because we do not represent you in any matters related to your personal debts we will take no action concerning the letter. If you require legal advice concerning this matter you would need to seek the services of a California attorney who handles debtor-creditor issues.

Thank you for you cooperation in this matter. In the event you have questions or concerns, do not hesitate to call.

Sincerely,

PHILLIPS & ASSOCIATES

Lowell W. Finson, Attorney
For the Firm

*[handwritten: Mary O'Brien Property ID NO 11817356]*

/rlf
Enclosure

Law offices of
Richard R. Gutierrez

1521 W. Cameron Ave.

Suite 110

West Covina

California 91790

626•813-6210

Fax 626•813-6215

800 258

7812
482

September 13, 2007

Law Office of Lowell Finson
3030 N 3rd #1100
Phoenix, AZ 85012

RE:  R. M. Galicia, Inc., dba Progressive Management Systems
Facility: Sharp Rees Stealy Medical Center
Patient: Lloyd D Bell
Date of Service: December 7, 2006
Facility Account No: 102203582
Our File No.: 13160184

Principal:   $ 360.00
Interest:    $  27.42
Balance:     $387.42

Dear : Mr. Finson,

This firm represents R. M. Galicia, Inc., dba Progressive Management Systems, assignee of Sharp Rees Stealy Medical Center regarding the above captioned matter.

Should you have any questions, please do not hesitate in calling.

Respectfully,

LAW OFFICES OF RICHARD R. GUTIERREZ

Rich Gallion,
Sr Legal Clerk

**RECEIVED**

SCANNED BY: JC

SEP 1 7 2007

SHRED / PRESERVE

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

Lloyd Bell
P.O. Box 152861
San Diego, CA 92195



SAN DIEGO CA 921
04 MAY 09
USA 42

7013040313

United States District Court Eastern Dist. Of Louisiana
500 Poydras Street
New Orleans, LA 70130
ATTN: Judge Eldon Fallon
Per Se