RECEIVED
APR 16 2009
U.S. ...

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Lloyd Bell v. Merck & Co., Inc.*, et al.; Docket Number: 2:07-cv-2070 | Magistrate Judge Knowles |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Lowell W. Finson, Robert Arentz, and Phillips & Associates, by counsel undersigned, pursuant to Local Rule 83.2.11, move the Court for an order allowing them to withdraw as counsel of record for plaintiff, Lloyd Bell, individually and on behalf of all statutory beneficiaries of Adella Bell, deceased, in the above-captioned multidistrict litigation. There has been a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privilege. Counsel avows that reasonable grounds exist for the Court to grant this motion. Counsel has advised plaintiff of his intent to withdraw and plaintiff has not objected to the withdrawal.

Written notice of the filing of this motion was sent via certified mail to plaintiff's last known mailing address, PO Box 152861, San Diego, California 92195. Plaintiff may be reached by telephone at (619) 252-3105.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

DATED: January 8, 2008

Respectfully submitted,

/s/ *Lowell W. Finson*
Lowell W. Finson (AZ Bar ID 010872)
Phillips & Associates
3030 North Third Street, Suite 1100
Phoenix, AZ 85012
Tel: 602-258-8900 / Fax: 602-288-1632
lowellf@phillipslaw.ws
Counsel for Plaintiff Lloyd Bell

*[Handwritten note top-left:]*
4-3-09
Drop OFF
FBI + Atty.
General OFFice in
Oklahoma
                LB
on Dec 19, 08
FBI wants the Finding
And Respond Report the
                of
For State Okla + Calif.

*[Handwritten note top-right:]*
4-3-09
Jame Johnsto
Office of the
Okla. Dept. of Health
Service Call
405-271-6868
        LB

**Brad Henry**
Office of the Governor
State of Oklahoma

May 20, 2008

Mr. Lloyd D. Bell
PO Box 152861
San Diego, CA  92195

Dear Mr. Bell:

Governor Henry has asked that I thank you for sharing this situation with him.

After reviewing this situation, there is little the Governor's Office can do to assist you and it would be in your best interest to seek legal counsel on this matter. If you cannot afford an attorney, Legal Aid of Oklahoma may be able to help you. That organization's phone number is 888-534-5243.

Thank you again for taking the time to share your situation with our office. I sincerely hope this matter has been, or will be resolved, in a satisfactory manner.

Sincerely,

*Andrea Collum*

Andrea Collum
Agency Liaison and Public Policy Specialist

/ac

*[Handwritten at bottom:]*
June 07-08
Atty Micheal Douglas on May 27, 08 in Okla City. The Law Firm of Mattes + Assoc. Told me To go to Okla. Atty. Gen. Office And Asked them For the Finding + Respond Report of Adella Bell. Still pending case in Okla. Now, For California Atty General Office for Maude C Marks Finding + Respond
                Sincerely
                Lloyd Bell

STATE CAPITOL BUILDING • 2300 N. LINCOLN BOULEVARD, SUITE 212 • OKLAHOMA CITY, OKLAHOMA 73105 • (405) 521-2342 • FAX: (405) 521-3353

9-22-08

*RECEIVED RECEPTIONIST SEP 23 2008 ATTORNEY GENERAL*

FBI
ATTY: Gen Drew Edmondson
ATTN: Don Brown

Hello:

I'm Lloyd Bellbe here in Oklahoma City for Two weeks but Friday Around 4:00 p.m. 9-19-08 I was Chasing my cell phon 619-252-3105 15min later it was gone. So call ATT to stop the service. No service off on my cell phone but Sim ca was put into Another phone which Th call my Brother-in-law cell line And The Number of my cell does show up, 9
I'm Just letting you all if Any illegal Actions goes on that number. Not me because I had A problem like this before on Another phone Two years
Thanks for listening

Text mesgs!

Sincerely
Lloyd Bell

PHILLIPS & ASSOCIATES
ATTORNEYS AT LAW
SUITE 1100
3030 NORTH THIRD STREET
PHOENIX, ARIZONA 85012

ADDRESS CORRECTION REQUESTED

Lloyd Bell
PO Box 152861
San Diego, CA 92195

02 1M
0004214711
MAILED FROM ZIP CODE 85012
UNITED STATES POSTAGE
$ 00.42⁰
DEC 05 2008
PITNEY BOWES

# fies Bush, oil output



no, Ecuador's
ninister,
conference.

week it would be a mistake for OPEC not to raise production, was disappointed by the outcome of yesterday's meeting, according to the White House.

It is the second time this year that OPEC ignored public calls from the United States to boost supplies. In January, Bush traveled to Saudi Arabia and urged producers to open their taps. The plea failed to sway OPEC. When the group met in February, it kept its production level unchanged.

The rally in oil prices yesterday was prompted in part by tensions on the border between Venezuela, a major oil exporter, and Colombia, as well as by government data in the United States showing a drop in stockpiles of oil and some of the fuels made from it.

Oil prices settled at a record of $104.52 a barrel on the New York Mercantile Exchange, a gain of $5. Prices, which have

SEE OPEC, C3

leaves open the possibility that Ambac could be forced to raise more capital in coming months.

"I don't feel that today's announcements by Ambac and the bond raters give me any more comfort that the bond insurance credit crisis is now behind us," wrote Richard Larkin, director for research at Herbert J. Sims.

Under its plan, Ambac, which has a market capitalization of $880 million, will try to raise $1 billion by selling new shares and $500 million more by selling notes that can be converted to common stock in 2011.

The company hopes the offerings

SEE Ambac, C3

# Pacific Law Center gains new partner

## Steigerwalt will hold 51% stake after merger

**By Mike Freeman**
STAFF WRITER

Longtime San Diego criminal defense lawyer Kerry Steigerwalt has taken a majority ownership in Pacific Law Center, which has been the target recently of client complaints.

Steigerwalt will become managing partner of the 30-lawyer firm based in University City. It has been renamed Kerry Steigerwalt's Pacific Law Center.

Steigerwalt, a defense lawyer on several high-profile local cases, will have a 51 percent stake in the firm. Robert Arentz, former managing partner, will retain a 49 percent stake.

Six lawyers have been let go as a result of the merger of Steigerwalt's firm into Pacific Law Center, which Steigerwalt said should help the law firm erase some of its past problems.

The Better Business Bureau has fielded at least 38 complaints against Pacific Law Center — one of the most prolific legal advertisers in San Diego — over the past three years.

Lawsuits filed by former Pacific Law Center attorneys allege the firm gave lawyers too large a caseload for them to provide the type of service that the firm advertises. They also allege that the firm emphasized settling cases

SEE Law firm, C3

---

## orld's richest man


**WARREN BUFFETT**
Berkshire Hathaway
$62 billion
**Notable:** Is now world's richest



**CARLOS SLIM**
Telecoms
$60 billion
**Notable:** Owns Mexican mobile phone company


**BILL GATES**
Microsoft
$58 billion
**Notable:** Had held top spot since 1992

general manager of Davidson Hotel's Kansas City Marriott for the past 12 years.

is often called an online

Send items for this column to: On the Move, The San Diego Union-Tribune, P.O. Box 120191, San Diego, CA 92112-0191, or e-mail them to onthemove@uniontrib.com.

### ▶ LAW FIRM
CONTINUED FROM PAGE C1

## Problems are in the past, lawyer says

quickly.

Steigerwalt said in an interview yesterday that many of the firm's problems are behind it. "I recognize that Pacific Law Center has had issues in the past," he said. "You will not see any more client service complaints."

For Steigerwalt, the move allows him to tap Pacific Law Center's business model for growth. The law firm allows certain criminal defendants to pay legal fees over time instead of requiring large retainers upfront. It has a nationwide clientele.

"It's very successful," Steigerwalt said. "They're providing the service to the common guy who can't come up with a big lump sum payment."

In addition to criminal defense work, the firm provides bankruptcy and personal injury services. In addition to lawyers, the firm will employ 111 support staff.

Arentz formerly was a partner with Jeffrey Phillips, a Phoenix attorney, in Pacific Law Center. Phillips is no longer a partner in the new practice, but Arentz remains a partner with Phillips in an Arizona law firm.

Steigerwalt's mass tort — or class-action lawsuit — practice has been transferred to the Arizona firm in an asset swap as part of the transaction.

In addition, Steigerwalt operates a 22-employee legal marketing company to promote his firm. That company has been merged into Steigerwalt's Pacific Law Center.

"It will market our services locally and nationally, in the larger national markets through the Internet and TV commercials, and locally through TV, magazines and phone books," he said.

**Mike Freeman:** (760) 476-8209; mike.freeman@uniontrib.com

### ▶ OPEC
CONTINUED FROM PAGE C1

## Oil prices set at record hig $104.52 a bar

risen 73 percent this yea settled above the $100-p rel mark for seven of th 12 trading sessions.

While members of tl ganization of the Petrolei porting Countries chose boost supplies, they we entirely oblivious to the cal and economic imp $100 oil.

Gasoline prices have rising rapidly in the l States in recent weeks, hi nationwide average of $ gallon yesterday. That is nickel below the all-time r set last May.

The sharp surge in oil

EVERY SUND
Union-Tribune.
BUSINES

---

**TAX-FREE MUNICIPAL BOND**

# 6.15%
### Federal & State Tax-Free

## Poway Unified School Dist. Special Tax Bond

| Coupon | 5.00% | • | Maturing | 9/01/30 | • | Yield | to | Maturity | 6.15 |
| Priced | at | 86.089 | • | $25,000 | Minimum | • | Non-Rated | • | Callable | 9-01-08 | @ | 1( |

Securities offered are subject to prior sale and/or change in price. Discounted bonds may be subject to taxable gains and tl rates may vary for individual investors. These bonds are not subject to Alternative Minimum Tax. Bonds liquidated prior maturity are subject to price fluctuations and you may receive more or less than you originally paid. Bond prices genera ly decrease as interest rates rise. Insurance provides for the timely payment of principal and interest.

*Call today to place your order!*
### Wyatt Farmer or Steve Farmer Sr. VP
### (800) 765-2222 or (619) 234-2242

Municipal Bonds • Stocks • Mutual Funds • Closed-End Funds
Unit Investment Trusts • Corporate Bonds • Mortgage-Backed
Securities • Annuities • Life Insurance • Money Market Funds
Asset Management • Estate Planning • Retirement/Pension Planning

MLStern
Investment Securities

Member: FINRA & SIPC

www.mlstern.c