Vioxx Claims A
c/o BrownGree
PO Box 85031
Richmond, VA 23285-5031

2-9-09    ATTN: FBI

The Date on Envirlope Feb 4, 2009
Date of Letter Feb 4, 2008
Now Call Judy Bell Jan 14, 2009
She told me about Vioxx had mailed
To Adella Bell    Dated Dec 12, 08
Rt # Box 192
OKemith, Oklahoma

I Received   74859
From Judy Bell
Dated Jan 21, 09  To
The Jan 22, 09 Gave
To Atty Michael Dowsins
Pick-up Feb 1, 09
Now The Problem They Are Trying To dismissed
This case never doing nothing
White Collar Crime!  LB

Adella Bell → Died August 5, 2000
c/o Lloyd Bell
PO Box 152861
San Diego, CA 92195




# Diego Tribune.

$1.75 PLUS TAX
Final



# FBI caught short of staff on financial fraud cases

## Focus goes to national security, not fighting white-collar crime

By Eric Lichtblau, David Johnston and Ron Nixon
NEW YORK TIMES NEWS SERVICE

WASHINGTON — The Federal Bureau of Investigation is struggling to find enough agents and resources to investigate criminal wrongdoing tied to the country's economic crisis, current and former bureau officials said.

The bureau slashed its criminal investigative work force to expand its national security role after the Sept. 11, 2001, terrorist attacks, shifting more than 1,800 agents, or nearly one-third of all agents in criminal programs, to terrorism and intelligence duties. Current and former officials say the cutbacks have left the bureau seriously exposed in areas such as white-collar crime, which has taken on urgent importance in recent weeks because of the nation's economic woes.

The pressure on the FBI has increased recently with the disclosure of criminal investigations into some of the largest players in the financial collapse, including Fannie Mae and Freddie Mac. The FBI is planning to double the number of agents working

SEE **FBI, A12**

**CUTS AT THE BUREAU**

▶ **FBI**
CONTINUED FROM PAGE A1

## Agency worried about staffing to fight crime

financial crimes by reassigning several hundred employees amid a mood of national alarm. But some people in and outside the Justice Department wonder where the agents will come from and whether they will be enough.

So depleted are the ranks of the FBI's white-collar-crime investigators that executives in the private sector say they have had difficulty attracting the bureau's attention in cases involving possible fraud of millions of dollars. Some companies victimized by fraud have begun turning to private investigators and accountants to do the legwork in the cases before turning their work over to the FBI.

Since 2004, FBI officials have warned that mortgage fraud posed a looming threat, and the bureau has repeatedly asked the Bush administration for more money to replenish the ranks of agents handling non-terrorism investigations, according to records and interviews. But each year, the requests have been denied, with no new agents approved for financial crimes, as policymakers focused on counterterrorism as the chief financing priority.

According to previously undisclosed internal FBI data, the cutbacks have been particularly severe in staffing for investigations into white-collar crimes such as mortgage fraud, with a loss of 625 agents, or 36 percent of the 2001 levels.

Overall, the number of criminal cases that the FBI has brought to federal prosecutors — including a wide range of offenses such as drug trafficking and violent crime — dropped 26 percent in the past seven years, going from 11,029 cases to 8,187, Justice Department data showed.

"Clearly, we have felt the effects of moving resources from criminal investigations to national security," said John M er, the FBI's assistant direct "In white-collar crime, while initiated fewer cases overall, targeted the areas where could have the biggest impa We focused on multimillic dollar corporate fraud, whe we could make arrests but al recover money for the frai victims."

But Justice Department dat which include cases from oth agencies such as the Secr Service and U.S. Postal Servic illustrate the impact. Prosec tions of frauds against financi institutions dropped 48 percei from 2000 to 2007, insuranc fraud cases plummeted 75 pe cent, and securities fraud case dropped 17 percent.

In addition to the investig; tions into Fannie Mae an Freddie Mac, the FBI is carry ing out investigations of Amer can International Group an Lehman Bros., and it ha opened more than 1,500 othe mortgage-related investiga tions into companies big an small. Some FBI officials pr vately worry that the massiv federal bailout of the financia

**ATTN: DENTURE WEARERS!**
*(Present or Future)*
Can't chew? Embarrassed? Insecure?
*Eat everything and feel confident again!*

**YOU MUST ATTEND THIS FREE INFORMATION HOUR!**

*Modern technology has changed everything!!!*
**DENTAL IMPLANTS:**
Affordable, quick, NO sutures/NO down time!
**IMPLANTS ELIMINATE:**
• Loose fitting dentures  • Trapped food        • Insecurity
• Messy adhesives        • Denture soreness    • Plastic palate




*"Now I can do this again!"*

**FREE Information Hour!**
Wednesdays, 12 Noon-1pm   and   Thursdays, 7-8pm
*Live Presentation* • *Questions and Answers* • *Refreshments*

Seating is limited...call now to reserve your seat.
**OUR OWN IN-OFFICE LAB SAVES**
Toll Free **1-877-Fit-Snug** 1-877-(348-7684)
mytvdentist.com

Howard B. Feffer D.D.S.



**THE FRONT PAGE** | Sunday, October 19, 2008

Mill-
ector.
le we
ll, we
e we
pact.
illion-
here
also
fraud

data,
other
ecret
vice,
ecu-
ncial
cent
ance
per-
ases

tiga-
and
urry-
neri-
and
has
ther
iga-
and
pri-
sive
cial

industry could itself become a problem because it contains inadequate controls to deter fraud.

No one has suggested that a quicker response would have averted the mortgage meltdown, but some officials said a faster reaction might have deterred more of the early schemes that seized on loose federal lending regulations.

"They were very late to the game," Rep. Zoe Lofgren, D-Calif., who has quarreled with the FBI over its financing priorities, said of the bureau's response to the mortgage crisis. "They were not on top of this, and they're just now starting to really do something."

Republicans and Democrats in Congress are pushing for a more aggressive response by the FBI. Reps. Mark Kirk, R-Ill., a member of the House Appropriations Committee, and Chris Carney, D-Pa., called on Congress to triple the FBI's financing for financial-crime investigations.

"To fix our system and prevent a repeat of the events we now see, we have got to set an example by bringing the full might of federal law enforcement against the people who illegally profited or destroyed companies at the expense of our country," they wrote in a letter last week to FBI Director Robert Mueller.

In public, Mueller has said that the bureau is doing more with less when it comes to criminal prosecutions. And Justice Department officials have repeatedly asserted the administration's commitment to fight violent and white-collar crime even as they have not provided the bureau additional resources.

But current and former officials say Mueller has lost a behind-the-scenes battle with the Justice Department and the Office of Management and Budget to replenish the criminal-prosecution ranks.

Interviews and internal records show that FBI officials realized the growing danger posed by financial fraud in the housing market beginning in 2003 and 2004, but were rebuffed by the Justice Department and the budget office in their attempts to acquire more resources and staffing for nonterrorism areas.

From 2001 to 2007, the FBI sought an increase of more than 1,100 agents for criminal investigations apart from national security. Instead, it suffered a decrease of 132 agents, according to internal FBI figures obtained by *The New York Times*. During these years, the bureau asked for an increase of $800 million but received only $50 million more, which was quickly absorbed into the overall budget. In the 2007 budget cycle, the FBI obtained money for a total of one new agent for criminal investigations.

In 2004, a senior FBI official, Chris Swecker, warned publicly that a flood of fraudulent mortgage deals had the potential to become "an epidemic." Yet the next year, as public warnings about fraud in subprime lending markets gan to approach their hei the FBI had the equivalen only 15 full-time agents devo to mortgage fraud out of a t of about 13,000 agents in bureau.

That number has grown 177 agents, who have oper 1,522 cases. But the staffing el is still hundreds of age below the levels seen in 1980s during the savings-a loan crisis.

FBI officials said they h had no choice but to make t cuts in the criminal divisic which they said were necessa to expand the bureau's nation security in an effort to deter terrorist attack inside the Un ed States, particularly in t wake of criticism of the b reau's performance in failing detect the Sept. 11 plot.

Now, the Justice Departmer is relying more than ever o state and local authorities t pick up the slack through joir task forces. And private invest gators say that companies vic timized by fraud are turning t them in increasing number because they are unable to at tract much attention from the FBI.

In some instances, private investigative and accounting firms are conducting investigations, taking witness statements and even testifying before grand juries, in effect preparing courtroom-ready prosecutions they can take to the FBI or local authorities.



LASER ASSISTED RESULTS WITH SLIM™ LIPO
NEW!
LIMITED TIME LASER STUDY
Before   Actual Patient After Lower Body Liposuction
Four Liposuction Areas $4999. Call for details. Study ends soon.
• Precise body sculpting with tightening • Microscopic instruments and incisions
• Quick recovery • No general anesthesia needed • Results may vary

ADVERTISEMENT
**FREE Solar Power Forever!**
Wanted - ~~18~~ 17 homeowners only to participate in a pecial promotion. Includes: solar ystem professionally installed, added insulation, new energy efficient lighting.

State, Federal and private rebates make this possible. Get All The Facts - you can't afford to miss this limited opportunity brought to you by **Best Windows and Doors.** Voted