# VIOXX Claims Administrator

Toll-Free Telephone: (866) 866-1729
Facsimile: (804)521-7299
claimsadmin@browngreer.com

| Mailing Address: | Delivery Address: |
|---|---|
| P.O. Box 85031 | 115 South 15th Street, Suite 400 |
| Richmond, Virginia 23285-5031 | Richmond, Virginia 23219-4209 |

February 4, 2008 — 09 L B

**By U.S. Mail**

Adella Bell
c/o Lloyd Bell
PO Box 152861
San Diego, CA 92195

      Re:    **Vioxx Claim Number (VCN): 1011154**

Dear Mr. Bell:

      Per our conversation this morning and in the event you did not previously receive them, I enclose copies of the correspondence and documents that the Claims Administrator mailed for Adella Bell on November 20, 2008 and December 12, 2008. Because you mentioned at least the December 12, 2008 letter, it appears that you received these documents; however, we did not receive a response to either mailing by the deadline specified in the letters.

      Please contact me if you have any questions or comments. Thank you.

                                        Sincerely,

                                        Diann W. Bates
                                        Pro Se Coordinator

Enclosures

# Vioxx Claims Administrator

Toll-Free Telephone: (866) 866-1729
Facsimile: (804)521-7299
claimsadmin@browngreer.com

Mailing Address:
P.O. Box 85031
Richmond, Virginia 23285-5031

Delivery Address:
115 South 15th Street, Suite 400
Richmond, Virginia 23219-4209

December 12, 2008

> **WARNING: YOU MUST ACT BY DECEMBER 30, 2008 ON THE MATTERS DESCRIBED IN THIS LETTER!**

*By U.S. Mail*

Adella Bell
Route 4, Box 192
Okemah, OK 74859

Re: Notice of Incomplete Enrollment and Claims Form Submission
Vioxx Claim Number (VCN): 1011154

Dear Claimant:

You submitted documents to begin enrollment in the Vioxx Settlement Program. However, you did not submit all of the required Enrollment Documents by the October 30, 2008 Deadline and are not currently enrolled in the Settlement Program. You must act now to remain in the Settlement Program, for you have to complete the Enrollment process and submit a completed Claims Form and required Pharmacy, Medical and Event ("PME") records to the Claims Administrator. *The final Deadline for submitting your Enrollment Documents, Claims Form and PME Records is December 30, 2008. If you do not complete and return the materials described in this letter by December 30, 2008, you will not be able to participate in the Settlement Program.*

| **A. Release of All Claims** |

☐   If this box is checked, you have not submitted a Release. Sign and return to us the Release enclosed with this letter. Verify any pre-printed information and neatly line through and correct any errors. To avoid receiving a deficiency notice, your completed Release must include: (1) all pages (1 through 11) of the Release; (2) your signature or the signature of the Representative Claimant (if the Vioxx user is deceased or incapacitated) on Page 9; (3) the signature and stamp of a Notary on Page 9; (4) complete information for you and for any Derivative Claimants on Page 1; (5) if applicable, the signature of any Derivative Claimant on Page 11; (6) if applicable, the signature and stamp of a Notary on Page 11; and (7) a completed Page 10. If this box is not checked, then you have sent in a Release and do not need to send another one now.

### B. Authorization for Release of Medical Records

☒ If this box is checked, you have not submitted an Authorization for Release of Medical Records Form. Sign and return to us the Authorization for Release of Medical Records Form enclosed with this letter. You should verify all pre-printed information and neatly line through and correct any errors. To avoid receiving a deficiency notice, your completed form must include: (1) your Litigation Case Number, if any, on Page 1; (2) your signature or the signature of the Representative Claimant on Page 2; (3) your printed name or the printed name of the Representative Claimant on Page 2; and (4) if you are a Representative Claimant, your relationship to the Vioxx user in the box below your printed name on Page 2. Do not fill in the Records Provider line on Page 1 or the Date on Page 2. If this box is not checked, then you have sent in an Authorization for Release of Medical Records Form and do not need to send another one now.

### C. Stipulation of Dismissal

☒ If this box is checked, you had a pending law suit related to your Vioxx claim and have not submitted a Stipulation of Dismissal. Sign and return the enclosed Stipulation of Dismissal. If this box is not checked, then you have sent in a Stipulation of Dismissal and do not need to send another one now.

### D. Claims Package and Required Medical Records

We have enclosed a Claims Form and information related to the required PME records you must submit to the Claims Administrator, if you have not already done so. Your completed Claims Form and related PME ("Pharmacy, Medical and Event") Records **will not** be considered unless you complete and submit all of the missing Enrollment documents noted above.

### E. Deadline Warning

You must submit the required Enrollment documents noted above and your Claims Form and information related to the required PME records *postmarked no later than December 30, 2008. If you do not do so by then, you will not be able to participate in the Program.*

If you have any questions, please contact me toll free at (866)866-1729 or by email at dbates@browngreer.com, or contact the Pro Se Curator by telephone at (504)561-7799 or by email at cps@ahhelaw.com . Thank you.

Sincerely,

*Diann W. Bates*

Diann Bates
Pro Se Coordinator

Enclosures