ATTN: FranceSa    504 816-3306

| Store Addresses | Phone Number | Distance |
|---|---|---|
| 1. AT&T<br>3030 PLAZA BONITA RD<br>NATIONAL CITY, CA 91950<br>AT&T Internet Services<br>Apple iPhone<br>Equipment Recycling Program<br>Prepaid - GoPhone Refills<br>Prepaid - TDMA to GSM Migration<br>Servicio en Espanol<br>Wireless Bill Payments - Cash & Credit<br>Wireless Equipment Upgrade | (619) 267-8147 | 3.64 Miles |
| 2. AT&T<br>555 BROADWAY, SPACE #1070<br>CHULA VISTA, CA 91910<br>AT&T Internet Services<br>Apple iPhone<br>Equipment Recycling Program<br>Prepaid - GoPhone Equipment<br>Prepaid - GoPhone Refills<br>Prepaid - TDMA to GSM Migration<br>Servicio en Espanol<br>Small Business Specialists<br>Wireless Address Book Transfer<br>Wireless Bill Payments - Cash & Credit<br>Wireless Equipment Upgrade | (619) 427-0126 | 5.63 Miles |
| 3. AT&T<br>252 BROADWAY<br>SAN DIEGO, CA 92101<br>AT&T Internet Services<br>Apple iPhone<br>Equipment Recycling Program<br>Prepaid - GoPhone Equipment<br>Prepaid - GoPhone Refills<br>Prepaid - TDMA to GSM Migration<br>Servicio en Espanol<br>Wireless Address Book Transfer<br>Wireless Bill Payments - Cash & Credit<br>Wireless Equipment Upgrade | (619) 238-3638 | 6.24 Miles |
| 4. AT&T<br>878 EASTLAKE PARKWAY, SUITE 1510<br>CHULA VISTA, CA 91914<br>AT&T Internet Services<br>Apple iPhone<br>Equipment Recycling Program<br>Prepaid - GoPhone Refills<br>Servicio en Espanol<br>Wireless Address Book Transfer<br>Wireless Bill Payments - Cash & Credit<br>Wireless Equipment Upgrade | (619) 421-2397 | 6.59 Miles |
| 5. AT&T<br>2011 CAMINO DEL ESTE NORTH<br>SAN DIEGO, CA 92108<br>AT&T Internet Services | (619) 293-4630 | 6.72 Miles |

Oct. 9, 08

ATTN: AT&T Mgr.
#3 This is were the problem is on my cellphone for the past two (2) years. This has been FAX to my ATTYs. Pogust, Braslow, MillRood. This is my needs now. My cellphone bill paid, my son wants a Blackberry Curve to be pick-up in Riverside. That phone I paid for my money back; and ship a phone to my granddaughter in Oklahoma City, but have no Ideal what my Lawyers + FCC And Turn on Telephon. 410 719 2644

Sincerely
Lloyd Bell

P.S. The Budget Bailout Attys Like I said they made $9.5 Billion

http://www.wireless.att.com/find-a-store/results.jsp?_requestid=82533    7/18/2008    43.

**Income limits:** The full rebate would be limited to individuals earning $75,000 or less and couples with incomes of $150,000 or less. A partial rebate would go to individuals earning up to $87,000 and couples earning up to $174,000.

# Gunman kills 5 at City Council meeting in Mo.

**ST. LOUIS POST-DISPATCH and ASSOCIATED PRESS**

KIRKWOOD, Mo. — A gunman with a history of acrimony against city leaders stormed a City Council meeting last night, killing two police officers and three city officials before law enforcers fatally shot him, authorities said. The mayor was critically injured.

Officer Tracy Panus said the man, identified as Charles Lee "Cookie" Thornton, approached Kirkwood City Hall and shot one officer outside, then entered the building and shot and killed another officer.

"He shot three other people who were attending the council meeting. They also are deceased," Panus said.

In addition to Mayor Mike Swoboda, who was in critical condition late last night, at least one other person was wounded.

Panus said the names of the victims would be released today. The *St. Louis Post-Dispatch* has confirmed that one of the dead was Councilwoman Con-

SEE **Shooting, A8**

---

### INSIDE THE U-T

## Merck settles overbilling charges

Merck agrees to pay $650 million to settle claims that it routinely overcharged the government for its most popular drugs.

**STORY, A3**

---

By Elisabeth Bumiller and David D. Kirkpatrick
NEW YORK TIMES NEWS SERVICE

WASHINGTON — Sen. John McCain all but sewed up the Republican presidential nomination yesterday after Mitt Romney withdrew from the race, saying the war in Iraq and the terrorist

and largely lives, Romney fight on bu paign to th in Septem! GOP's cam Rodham C! ma, the tv cratic cont scribed ther security.



The Gambino family's acting underboss, Domenico Cef lower Manhattan yesterday. *Robert Stolarik / New York*

# Raids target Gamb

### Busts in New York coincide with

**By Tom Hays**
ASSOCIATED PRESS

NEW YORK — The Gambinos were once a ruthless crime family whose empire stretched across the city and whose boss was a local celebrity, strutting around town in $2,000 suits and beating case after case.

Although their mystique faded over the years amid a series of convictions and damaging testimony from turncoat mobsters, they still maintained an intimidating presence in the underworld.

Bu nos h yeste Au Mafi up d charg three cour track A

---



| A COPLEY NEWSPAPER 7 sections 56 pages | Bridge | F3 | Crossword | F2 | Horoscope | F4 | Obituaries | B5 |
|---|---|---|---|---|---|---|---|---|
| | Classifieds | F1 | Dear Abby | E11 | Lottery | A2 | Television | E9 |
| | Comics | E10 | Editorials | B8 | Movies | E4 | Weather | C4 |

**1924**

**THIS DAY IN HISTORY**
The first coast-to-coast radio broadcast takes place. Bell Telephone's vice president and chief of research spoke at a meeting of the Bond Men's Club in a Chicago hotel. The speech was broadcast in New York, Washington, Oakland, San Francisco and Providence, R.I., and was heard by some 50 million people.
SOURCE: HISTORY.COM

**MOST E-|**
As of 7 p.m.
1. "Kidnappi|
2. "Toll road
3. "Three chi|
UNIONTRIB.COM

## NATION

# Merck settles Medicaid charges

### Drugmaker agrees to pay $671 million

**By Carrie Johnson**
THE WASHINGTON POST

WASHINGTON — Merck agreed yesterday to pay $671 million to settle charges that it routinely overbilled the government for its most popular medicines, the arthritis drug Vioxx and cholesterol drug Zocor, cheating Medicaid out of millions of dollars in discounts over eight years.

Prosecutors say the drugmaker gave pills to hospitals at virtually no cost to hook poor patients on expensive medicine. When the patients left the hospital, they often continued taking the drugs but with the government footing the bill.

The Merck settlement culminates an investigation that began in 2000 and is one of the first in a series of cases centering on whether drugmakers used unfair pricing practices to bilk the government. The Justice Department is looking into 630 health care whistleblower claims.

H. Dean Steinke, a district sales manager for Merck, set off the probe after he noticed his company was using questionable sales tac-

## WORLD

# Bullet did not kill

### Conclusion backs Pakistan's finding; 2 suspects arrested

**By Eric Schmitt and Salman Masood**
NEW YORK TIMES NEWS SERVICE

WASHINGTON — Investigators from Scotland Yard have concluded that Benazir Bhutto, the Pakistani opposition leader, died after hitting her head as she was tossed by the force of a suicide blast, not from an assassin's bullet, officials who have been briefed on the inquiry said yesterday.

The findings support the Pakistani government's explanation of Bhutto's death in December, an account that had been greeted with disbelief by Bhutto's supporters, other Pakistanis and medical experts.

Also yesterday, the Pakistani government announced the arrest of two more suspects in connection with the assassination plot but gave few other details.

Thousands of Bhutto's supporters gathered in her hometown in southern Pakistan, marking the end of a 40-day mourning period.

It is unclear how the Scotland Yard investigators reached such conclusive findings absent autopsy results or other potentially important evidence that was washed away by cleanup crews in the immediate aftermath of the blast, which killed more than 20 other people.

An X-ray of Bhutto's skull may have been a key piece of evidence.

The British inquiry also determined that a lone gunman, whose image was captured in numerous photographs at the scene, also caused the explosion, said the officials, who spoke on condition of anonymity.

Pakistani authorities originally said there were two assailants, based partly on photographs splashed across the front pages of the nation's leading newspapers.

Scotland Yard investigators verbally relayed their key findings to the government of President Pervez Musharraf yesterday, according to the officials.

The investigators are expected to present a formal report to the Pakistani government today, as well as to Bhutto's widower, Asif Ali Zardari, who has become co-chairman of her Pakistan Peoples Party, and the couple's 19-year-old son, Bilawal Bhutto Zardari, who is a student in London.

Scotland Yard said through a spokesman in London that it would have no comment on the Bhutto report until after it was made public. The British team is to present its report today to the inspector general of police, Abdul Majid, who is leading the Pakistani investigation team.

The findings are certain to be

▶ **MAFIA**
CONTINUED FROM PAGE A1

ures who were strengthening contacts between mob groups in Italy and the United States.

eral authorities. Steinke, 51, will receive about $68 million from the settlement as a whistle-blower reward.

The agreement yesterday, one of the largest health care fraud recoveries, also closes a related case about Merck overcharging for the antacid Pepcid. William St. John LaCorte, a doctor in New Orleans who questioned the Pepcid charges, will receive a share of the settlement proceeds.

Prosecutors said Whitehouse Station, N.J.-based Merck agreed to pay $399 million for improper calculation of Medicaid rebates and bribing doctors. In New Orleans, prosecutors said the drugmaker agreed to pay $250 million for its rebate practices. With interest, that totals $671 million. Merck did not admit wrongdoing, standing by its pricing and marketing strategies.

The case centered on Merck's giving hospitals across the country 92 percent discounts on Vioxx, an arthritis drug later pulled from the market for safety concerns; Zocor, a popular cholesterol-lowering medicine that drew intense competition from rivals; and Pepcid, an antacid tablet now sold over the counter. Merck offered the pills at the discount under a legal loophole, known as nominal pricing, that Congress created years ago to give poor patients access to medicine.

Merck and industry experts had said the pricing strategy fell within the law and helped reduce costs for many government-funded hospitals. But prosecutors said the drugmaker used the discounts to outflank its competition, offering massive markdowns to hospitals that agreed to put its medicines on a list of preferred drugs or to prescribe them for as many as three-quarters of eligible patients. In some cases, hospitals favored Merck's drugs over cheaper generics. This practice conflicted with the law because Merck did not offer Medicaid the same discounts, authorities said. The law requires the government be charged no more than other customers.

## extortion, theft

people, including the three highest-ranking members of the Gambino clan and the brother and nephew of the late John Gotti, the notorious boss who ran the family in its heyday.

State prosecutors separately charged 26 others with running a gambling ring that took nearly $10 million in bets on professional and college sports.

The New York raids coincided with an Italian operation, code-named "Old Bridge" and centered on the Sicilian capital of Palermo, targeting Mafia fig-

tional attempt to disrupt ties to the Gambino family which has been decimated prosecutions since Gotti's f

The U.S. investigation bring "closure to crimes f the past," U.S. Attorney Be Campbell said, including c trafficking, robberies and o crimes dating to the 1970s.

The probe's scope shows mob "still exists in the city the state of New York," N York Attorney General And Cuomo said. "We like to th that it's a vestige of the past. not."

Most of the suspects wer custody after a series of r yesterday, including the re ed acting boss of the Gamb



Play every day with your Cl Card for your chance to win

$25,000 IN C

OR A BEAUTIFUL

2008 Merce SLK280 Ro

Be here for our Lion and Dragon D performance February 7, beginning a



LUNA

THURSDAY, FEBRUA

Visit Clul 30 minutes northeast of downtown San Diego