*I would not settle without the truth of death of my mother.  
4-7-09*  
*Letter*

|  |  |
|---|---|
| LLOYD BELL,<br><br>   Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>   Defendants. | IN THE UNITED STATES<br>DISTRICT COURT FOR THE<br>EASTERN DISTRICT OF<br>LOUISIANA<br><br>CASE NO. 2:07-cv-02070-EEF-DEK<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO<br>ALL DEFENDANTS |

ATTORNEY GENERAL
RECEIVED RECEPTIONIST APR 07 2009

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby stipulate that all claims of plaintiff, **LLOYD BELL**, individually and as representative of the estate of **ADELLA BELL**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

---

LLOYD BELL  
1121 Winston Drive  
San Diego, CA 92114  
(619) ~~292-3105~~ 578-8494  
Pro Se Plaintiff

Attorney for Merck & Co., Inc.

↙ Telephone Number

1-804-521-7200

1-804-521-7299

Dated: _____     Dated: _____

# EXHIBIT A

|    | Name | Case Caption | Docket Number |
|----|------|--------------|---------------|
| 1  | Lindwedel, Ivory | Lindwedel, Ivory v. Merck & Co., Inc. | 2:05-cv-06199-EEF-DEK |
| 2  | Shelor, Thomas | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| 3  | Sansotta-Navarro, Herminia | Sansotta Navarro, Herminia v. Merck & Co., Inc. | 2:05-cv-06403-EEF-DEK |
| 4  | Pickett, Dell W | Pickett, Dell W. v. Merck & Co., Inc. | 2:05-cv-04087-EEF-DEK |
| 5  | Roderick, Janet D | Roderick, Janet D. v. Merck & Co., Inc. | 2:05-cv-06573-EEF-DEK |
| 6  | Odom, Joyce A | Odom, Joyce A. v. Merck & Co., Inc. | 2:05-cv-06790-EEF-DEK |
| 7  | Schneller, Marjorie C | Schneller, James D. v. Merck & Co., Inc. | 2:05-cv-05382-EEF-DEK |
| 8  | De Los Reyes, Roxanne | De Los Reyes, Roxanne v. Merck & Co., Inc. | 2:05-cv-06710-EEF-DEK |
| 9  | Schleicher, Linda | Schleicher, Linda v. Merck & Co., Inc. | 2:05-cv-06025-EEF-DEK |
| 10 | Bufkin, Olivia | Fuller, Willis v. Merck & Co., Inc. | 2:06-cv-03138-EEF-DEK |
| 11 | Fields, Jayn | Fields, Jayn v. Merck & Co., Inc. | 2:07-cv-00762-EEF-DEK |
| 12 | Calloway, Earl | Calloway, Joyce v. Merck & Co., Inc. | 2:06-cv-09335-EEF-DEK |
| 13 | Vu, Phuong Nang | Nguyen, Minh Tam v. Merck & Co., Inc. | 2:07-cv-00812-EEF-DEK |
| 14 | Danek, Constance C | Danek, Carl v. Merck & Co., Inc. | 2:07-cv-00819-EEF-DEK |
| 15 | Farmer, Alice | Farmer, Alice v. Merck & Co., Inc. | 2:07-cv-00785-EEF-DEK |
| 16 | Appenzeller, Peter | Appenzeller, Peter v. Merck & Co., Inc. | 2:06-cv-08317-EEF-DEK |
| 17 | Graham, Lonnie | Graham, Maria v. Merck & Co., Inc. | 2:07-cv-02068-EEF-DEK |
| 18 | Bell, Adella | Bell, Lloyd v. Merck & Co., Inc. | 2:07-cv-02070-EEF-DEK |
| 19 | Cardinal McQuery, Jean | Cardinal McQuery, Jean v. Merck & Co., Inc. | 2:07-cv-00861-EEF-DEK |
| 20 | Berkley, Author Andrew Eugene | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 21 | Jones, Lynn | Jones, Lynn v. Merck & Co., Inc. | 2:06-cv-06778-EEF-DEK |