# CLAIMS FORM FOR UNREPRESENTED CLAIMANTS

The Claims Package, including this Claims Form, must be submitted no later than July 1, 2008, on behalf of all Enrolled Program Claimants, including Unrepresented Enrolled Program Claimants, ("Claimant") in the Resolution Program outlined in the Settlement Agreement of November 9, 2007 (the "Agreement").

## A. INSTRUCTIONS

1. Certain information on this Claim Form has been pre-filled by the Claims Administrator from information you submitted previously as part of the Settlement Program. Review this information carefully. If any of it is inaccurate, cross through it in blue or black ink and write in the correct information as legibly as possible.

2. After you have completed your review of the pre-filled information, complete all sections of the Claims Form that are empty. If a section is not applicable, write "N/A."

3. Complete Attachment A.

4. Sign, print your name, and date the Claims Form on the last page.

5. Send the Claims Form with the rest of your Claims Package materials to the Claims Administrator no later than July 1, 2008. To assist you in completing this Claims Form, see the accompanying letter from the Vioxx Claims Administrator with the subject line, "Claims Package Materials Needing Your Immediate Attention."

## B. VIOXX USER INFORMATION

| 1. Name | Last: Bell | First: Adella | Middle Initial: |
|---|---|---|---|

| 2. Current Address | Street: Route 4, Box 192 | | | |
|---|---|---|---|---|
| | City: Okemah | State: Oklahoma | Zip: 74859 | Country: USA |

| 3. Telephone Number | | 4. Date of Birth | 8 / 14 / 19 (Month/Day/Year) |
|---|---|---|---|

| 5. Social Security Number | 4 4 7 - 1 6 - 2 8 4 3 | 6. Sex | ☐ Male   [X] Female |
|---|---|---|---|

| 7. Date of Death of Product User (if applicable). | 8 / 5 / 2000 (Month/Day/Year) |
|---|---|

| 8. Do you claim Vioxx caused the death? | [X] Yes   ☐ No |
|---|---|

9. Any Other Names Used or by which Vioxx User has been known, including but not limited to maiden name:

## C. REPRESENTATIVE CLAIMANT INFORMATION FOR DECEASED OR INCAPACITATED CLAIMANTS

| 10. Does the Vioxx User have a Representative? | ☐ Yes   [X] No (If Yes, Complete Items 11-14) (If No, Skip to Section C) | 11. Relationship to Vioxx User | Son |
|---|---|---|---|

| 12. Name | Last, First, Middle Initial: Bell Lloyd D |
|---|---|

| 13. Address | Street: P.O. Box 152861 | | | |
|---|---|---|---|---|
| | City: San Diego | State: CA | Zip: 92195 | Country: San Diego |

| 14. Social Security Number | 4 4 5 - 5 6 - 9 0 9 9 |
|---|---|

Bell, Adella    1011154
13006                                                                                    Page 1 of 4

| | | |
|---|---|---|
| | | *Label these: Disability Proof Records.* NOTE: IS Claimants do not have to submit these records, for the Injury Level found on the IS Claimant's underlying claim will control the disability finding. |
| ☐ | ☐ | Documents showing the amount of gross earned income received from any Sources during the Past Measurement Period. *Label these: Records of Earned Income During Past Measurement Period.* |
| ☐ | ☐ | Documents showing payments from Disability Insurer(s) or Other Third Party Payor(s), such as Social Security benefit statements, explanation of benefit forms or other documents showing the amounts the Product User received from any Third Party as Disability insurance payments or other benefits in lieu of earned income during the Past Measurement Period. *Label these: Third Party Income Payment Records.* |

NOTE: These documents must be submitted in support of this type of Extraordinary Injury claim even if all or part of them were previously submitted in connection with the Product User's underlying MI or IS claim or are also being submitted in connection with another type of Extraordinary Injury claim asserted in this Form.

### V. SPECIAL MEDICAL INJURY CLAIM

| | |
|---|---|
| **Basis of Special Medical Injury Claim** | If claiming a Special Medical Injury, check which applies and provide a description of the Special Medical Injury claimed in the space below (attach an additional sheet if necessary):<br><br>☑ The Product User is an MI Claimant who suffered an injury that is not adequately reflected in the MI injury levels in Ex. 3.2.1 to the Vioxx Settlement Agreement.<br><br>☐ The Product User is an IS Claimant who suffered an injury that is not adequately reflected by the Basic Activities of Daily Living or Instrumental Activities of Daily Living as defined in Ex. 3.2.1 to the Vioxx Settlement Agreement. |
| **Description of the Special Medical Injury Claimed** | |

#### Special Medical Injury: Required Documents

| Yes | No | I enclose with this Form true and complete copies of the following records (Check the appropriate box to indicate whether the necessary documentation is enclosed with this Form): |
|---|---|---|
| ☑ | ☐ | Medical Records substantiating the injury on which this Special Medical Injury claim is based and any other documentation which support this claim for Special Medical Injury. *Label these: Special Medical Injury Records.* |
| ☑ | ☐ | Documents substantiating any economic damages and/or other damages resulting from the Special Medical Injury. *Label these: Special Medical Injury Damages Records.* |

NOTE: These documents must be submitted in support of this type of Extraordinary Injury claim even if all or part of them were previously submitted in connection with the Product User's underlying MI or IS claim or are also being submitted in connection with another type of Extraordinary Injury claim asserted in this Form.

### VI. ADDITIONAL EXTRAORDINARY DAMAGES

☑ Check here if the Product User seeks and qualifies for Extraordinary Injury Payments based on $250,000 or more in Past Out-of-Pocket Medical Expenses and/or Past Lost Wages/Income, and/or based on Special Medical Injury, and the Product User claims to have suffered extraordinary damages in addition to the damages claimed elsewhere in this Form.

## C. PRODUCT USAGE

Identify the dates (month, day, and year) that the Vioxx User began to take and stopped taking Vioxx and, for each period, the dosage taken:

| Date Began | Date Stopped | Dosage |
|---|---|---|
| ___ / ___ / ___ (Month/Day/Year) | ___ / ___ / ___ (Month/Day/Year) | |
| ___ / ___ / ___ (Month/Day/Year) | ___ / ___ / ___ (Month/Day/Year) | |
| ___ / ___ / ___ (Month/Day/Year) | ___ / ___ / ___ (Month/Day/Year) | |
| ___ / ___ / ___ (Month/Day/Year) | ___ / ___ / ___ (Month/Day/Year) | |

## CERTIFICATION AND AUTHORIZATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Claims Form is true and correct to the best of my knowledge, information and belief. I also certify that I am providing to the Claims Administrator all of the records and all Certifications provided by any Custodian of Records required by the Settlement Agreement and specified in the accompanying letter from the Claims Administrator with the subject line, "Claims Package Materials Needing Your Immediate Attention." These records include:

- [x] Pharmacy records or other acceptable proof of Vioxx use;
- [ ] Event records, which are records relating to the immediate medical care and treatment of the claimed Injury; and
- [x] Medical records.

In making this certification, I acknowledge that I have neither withheld or changed any information or record obtained by or provided to me.

| Claimant's Signature | *Lloyd D. Bell* | | |
|---|---|---|---|
| Printed Name | Lloyd D Bell | Date | 2 / 11 / 09 (Month/Day/Year) |

Bell, Adella   1011154
13006

Page 4 of 4

# INSTRUCTIONS

This Form is for Unrepresented Claimants seeking Extraordinary Injury Payments. It cannot be used by Claimant who has counsel. Fill out the applicable sections of this Form for your type of Extraordinary Injury Claim, sign it, and send it to the Claims Administrator with a copy of the records requested by this Form. When you put together the supporting documentation, organize them by each category of documentation as required by this Form. Place a cover sheet with the category label as the first page of each category of documentation and bundle (by clip or rubber band) all required documentation together for hard copy submission. If submitting documentation by email, create folders for each category of documentation using the naming conventions in this Form and save PDFs of the documentation in their corresponding folders.

## I. CLAIMANT INFORMATION (Vioxx Product User)

| Claimant Name | Last: Bell | First: Adella | Middle: M |
|---|---|---|---|
| SSN | 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 | VCN | 1011154 |
| Address | Street/P.O. Box: P.O. Box 152861 City: San Diego | | State: CA  Zip: 92195 |
| Telephone Number | 619-578-8494 | Email | |

## II. TYPE OF EXTRAORDINARY INJURY CLAIM

Check the boxes below to indicate what kind(s) of damages you are claiming for which you seek Extraordinary Injury Payments. A blank answer will be treated as a No. If you are claiming Past Out-of-Pocket Medical Expenses and/or Past Lost Wages/Income, identify the amount claimed in the space provided.

| YES | NO | | Amount Claimed |
|---|---|---|---|
| ☐ | ☐ | Past Out-of-Pocket Medical Expenses | $ |
| ☐ | ☐ | Past Lost Wages/Income | $ |
| ☐ | ☐ | Special Medical Injury | |

## III. PAST OUT-OF-POCKET MEDICAL EXPENSES

If you checked YES to claiming Past Out-of-Pocket Medical Expenses in Section II above, complete this Section III by identifying each Service resulting in the Medical Expenses claimed. Complete the table below for each Service using the following instructions. Attach additional sheets using the same format below if you have additional Sources of Income that do not fit in the table below.

A. **Provider:** Identify the name of the provider of each service resulting in the Medical Expenses claimed.
B. **Date(s) of Service:** Each Date of Service must be on or after the date of the Product User's Eligible Event and on or before 11/9/07.
C. **Amount Charged:** Identify the total dollar amount charged by the provider for each service.
D. **Name of Insurer or Other Third Party Coverage.** If there was insurance or other Third Party coverage for any service(s) listed below, identify the name of any Insurer or other Third Party Coverage. Insert "None" in this column for each Provider entry where the Product User had no health insurance, employee plan, Medicare, Medicaid or any other source of coverage or payment by a Third Party for medical expenses for any of the Date(s) of Service shown in this Form.
E. **Amount Reimbursed/ Paid by Third Party (or eligible for such reimbursement):** Specify the amount reimbursed to you or paid by the Third Party to the provider, or the amount eligible for such payments if not yet paid, if any.
F. **Out-Of-Pocket Costs Paid by Claimant:** State the dollar amount of Out-of-Pocket Costs paid by you for each service

| V2033 | REQUEST FOR RELIEF FROM DEADLINE |
|---|---|

## A. REQUESTING PARTY

| Name of Vioxx User Claimant | Last: Adella | First: Bell | Middle: M |
|---|---|---|---|
| VCN | 1011154 | | |
| Name of Representative Claimant, if any | Last: Bell | First: Lloyd | Middle: D |
| Primary Counsel | Law Firm: 619-296-2361 | | |
| Attorney Name | Last: Douglas | First: Micheal | Middle: |

## B. APPLICABLE DEADLINE AND RELIEF REQUESTED

| Deadline Date from which Relief is Sought | 6 / 1 / 09 (month) (day) (year) |
|---|---|
| Subject of the Deadline Date | [x] Enrollment Deadline Date<br>[x] Deadline for Response to an Enrollment Document Deficiency Notice from the Claims Administrator<br>[ ] Submission of Additional Materials Following Claims Administrator Notice of Ineligibility<br>[ ] Deadline to Accept or Appeal Notice of Points Award<br>[ ] Final PME Records Submission Deadline<br>[ ] Other [Specify:           ] |
| Date of this Request | 4 / 7 / 2009 (month) (day) (year) | Date the Need for Relief from this Deadline was Discovered | / / (month) (day) (year) |
| Have Materials for this Deadline Been Submitted to the Claims Administrator? | [ ] Submitted with Request for Relief<br>[x] Not Yet Submitted<br>[ ] Submitted Previously:  / / (month) (day) (year) |
| Relief Requested | [ ] Consider submitted materials timely, if applicable<br>[ ] Additional time for submission [Specify days requested:    ] |

## C. BASIS FOR REQUEST

Attach a written statement of the reasons you feel this Request for Relief should be granted. Include: (a) the reasons for the delay in your submissions, including whether the reason was within your reasonable control; (b) the impact on Merck if the Request for Relief were granted; and (c) the impact on the progress of the Settlement Program and other Claimants if the Request for Relief were granted.

## D. SIGNATURE

I swear under penalty of perjury pursuant to 28 U.S.C. § 1746 that the above information and any information submitted with this Request for Relief are true and correct.

| Signature | Lloyd D Bell | Date | 4 / 7 / 09 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First: Lloyd | MI: D | Last: Bell |

V2033
#344153v3
9/23/08

1

| Description of Additional Extraordinary Damages Sought | |
|---|---|

### Additional Extraordinary Damages: Required Documents

| Yes | No | I enclose with this Form true and complete copies of the following records (Check the appropriate box to indicate whether the necessary documentation is enclosed with this Form): |
|---|---|---|
| ☑ | ☐ | All medical records, financial records, and other materials that support the claim for Additional Extraordinary Damages. If such Additional Extraordinary Damages are sought for future Out-of-Pocket Medical Expenses and/or future Lost Wages/Income, then the same type of documentation required in this Form for Past damages of that kind, including a list or table containing the information required by this Form for each Date of Service for Medical Expenses and each Source of Income for Lost Wages/Income, must be submitted. *Label these: Additional Extraordinary Damages.* |

NOTE: These documents must be submitted in support of this type of Extraordinary Injury claim even if all or part of them were previously submitted in connection with the Product User's underlying MI or IS claim or are also being submitted in connection with another type of Extraordinary Injury claim asserted in this Form.

### VII. SUBMISSION OF CLAIM FORM AND REQUIRED DOCUMENTS

**Required Documents:** When you put together the supporting required documentation, organize the documents by each category of documentation as required by this Form. Place a cover sheet with the category label as the first page of each category of documentation and bundle (by clip or rubber band) all required documentation together for hard copy submission. If submitting documentation by email, create folders for each category of documentation using the naming conventions in this Form, and save PDFs of the documentation in their corresponding folders.

**Submitting Claim Form and Required Documents:** Send hard copies to the Claims Administrator by US Mail or Overnight Delivery as follows:

*Mailing Address:*

Claims Administrator
P.O. Box 85031
Richmond, Virginia 23285-5031

*Delivery Address and Alternate Mailing Address:*

Claims Administrator
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209

### VIII. SIGNATURE BY CLAIMANT

I hereby certify under penalty of perjury that the information in this Form is true and correct and that the copies of the records submitted with this Form are true, correct and complete.

| Signature | *Lloyd D. Bell* | Date | 04/07/09 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First: Lloyd | MI: D | Last: Bell |

V2047A
DM351430v4
2/24/09

6