

# VIOXX Claims Administrator
Toll-Free Telephone: (866) 866-1729
claimsadmin@browngreer.com

Mailing Address:
P.O. Box 85031
Richmond, Virginia  23285-5031

Delivery Address:
115 South 15th Street, Suite 400
Richmond, Virginia  23219-4209

March 2, 2009

Adella  Bell
c/o Lloyd Bell
PO Box 152861
San Diego, CA  92195

**Re:**   **Vioxx Extraordinary Injury Program**

Dear Claimant:

This letter describes another feature of the Vioxx Settlement Agreement, called the Extraordinary Injury Program.  It also explains how you can get further information about the Program and the June 1, 2009 deadline to submit claims seeking Extraordinary Injury Payments, which are called "EI Claims."

Section 4.2 of the Vioxx Settlement Agreement provides for two Extraordinary Injury Funds to allow Vioxx Claimants who qualified for benefits on MI (heart attack) or IS (stroke) claims (and were not $5,000 Special Review Marker Claims) to seek further benefits for extraordinary injuries.  Section 4.2.2 creates a $195,000,000 fund for MI Claimants, while Section 4.2.3 creates a $105,000,000 fund for IS Claimants.

Claimants can seek EI Payments in the Extraordinary Injury Program if they qualified for more than the Special Marker Level on their underlying claim (*i.e.*, had Final Points Awards of ten Points or more on an MI Claim or two Points or more on an IS claim) and if they establish:

(1)     $250,000 or more of Past Out-of-Pocket Medical Expenses and/or Past Lost Wages/Income caused by the Claimant's Eligible Event(s) during the period from the Claimant's earliest Eligible Event through November 9, 2007 (the date of the Settlement Agreement) and not reimbursed or paid by others; or

(2)     A Special Medical Injury not reflected on the MI Injury Levels determined in Ex. 3.2.1 to the Settlement Agreement or not adequately reflected by the Basic

March 2, 2009
Page 2

Activities of Daily Living or Instrumental Activities of Daily Living as defined in Ex. 3.2.1.

The EI Program is now ready to receive EI Claims.  ***WARNING:  The deadline to submit a complete EI Claim Form and all the supporting documents it requires is June 1, 2009.***  If you would like to receive an EI Claim Form and further information on how to submit a Claim, call, email, or write to Ms. Diann Bates as follows and tell her you want more information on the Extraordinary Injury Program:

>Ms. Diann Bates
>Vioxx Settlement Program
>Post Office Box 85031
>Richmond, Virginia  23285-5031
>Telephone:  1-866-866-1729
>Email:  dbates@browngreer.com

Remember that with a June 1, 2009 final deadline to get all of an EI Claim submitted, if you want to seek any such benefits, you must act promptly to ask us to send you an EI Claim Form.  After you get it, you then must complete it in full and send it and all the supporting documents it requires back to us no later than June 1, 2009, or you will not be considered for the Extraordinary Injury Program.

Sincerely,

Vioxx Claims Administrator