State of California
Department of Public Health
Office of Vital Records
(916) 445-2684

Ship To (Recipient):

Lloyd Bell
P.O. Box 152861
San Diego, CA 92195

---

| | |
|---|---|
| Requester: | Lloyd Bell |
| RTN No.: | 2007341201 - A0 |
| Registrant: | Lloyd Bell |
| Number of Copies: | 1 |
| Event Type: | Death |
| Date Received: | 01/02/2008 |
| Amount Received: | $12.00 |
| Postage: | $0.00 |
| Banknote No.: | |

This Is Not a Bill
Requests for Different Certificates are Mailed Separately

**Please Read**

Enclosed is a Certified Copy of the Official Record
Currently on File in the California Office of Vital Records

Effective July 1, 2003, the California Health and Safety Code (Section 103526)
permits only **authorized** persons to receive certified copies of birth and death records.
Those who are not authorized by law will receive a certified copy marked
"**Informational - Not a Valid Document to Establish Identity.**"

# Certificate of No Public Record

This is to certify that a search has been made of the Statewide Index in the Office of Vital Records covering the event shown, and no public record of this event was found based on the information provided.

| | |
|---|---|
| **Name(s):** | LLOYD BELL |
| **Event:** | Death |
| **Period Searched:** | **From** July 1905     **Through** Present |

**Office of Vital Records**

_Christine Johnsen_
Signature

January 14, 2008
Date

VS 1163 (4/02)

ADELLA BELL

- **4a. PLACE OF DEATH** (Check only one): HOSPITAL: ER/Outpatient ☒
- **4b. FACILITY NAME:** SHAWNEE REGIONAL HOSPITAL
- **4c. CITY, TOWN, OR LOCATION OF DEATH:** SHAWNEE
- **4d. INSIDE CITY LIMITS:** YES
- **4e. COUNTY OF DEATH:** POTTAWATOMIE
- **5.** ☒ WIDOWED
- **6. SURVIVING SPOUSE:** NONE
- **7. SOCIAL SECURITY NO.:** 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
- **8a. Age Last Birthday (Years):** 80
- **9. DATE OF BIRTH:** AUGUST 14, 1919
- **10. BIRTHPLACE:** OKFUSKEE COUNTRY
- **11a. DECEDENT'S USUAL OCCUPATION:** HOUSE WIFE
- **11b. KIND OF BUSINESS/INDUSTRY:** DOMESTIC
- **12a. RESIDENCE-STATE:** OKLAHOMA
- **12b. COUNTY:** OKFUSKEE
- **12c. CITY, TOWN, OR LOCATION:** OKEMAH
- **12d. STREET AND NUMBER:** RT.4, BOX 192
- **12e. INSIDE CITY LIMITS?** No
- **12f. ZIP CODE:** 74859
- **13. WAS DECEDENT OF HISPANIC ORIGIN?** NO
- **14. RACE:** BLACK
- **15. DECEDENT'S EDUCATION:** Elementary/Secondary: 8
- **16. FATHER'S NAME:** MONROE McCRIMMON
- **17. MOTHER'S NAME:** SALLY McCRIMMON
- **18a. INFORMANT'S NAME:** JANICE MARSH
- **18b. MAILING ADDRESS:** 5705 S.E. 84th ST., OKLA. CITY, OK 73135
- **19a. METHOD OF DISPOSITION:** ☒ Burial
- **19b. PLACE OF DISPOSITION:** NORTHFORK CEMETERY
- **19c. DATE OF DISPOSITION:** 08/12/2000
- **19d. LOCATION:** CLEARVIEW, OKLAHOMA
- **20a. FUNERAL HOME AND ADDRESS:** KELLER FUNERAL CHAPEL, P.O. BOX 212, BOLEY, OK 74829
- **20b. FUNERAL DIRECTOR:** FRED KELLER, JR.
- **20c. SIGNATURE:** FRED KELLER, JR.

**21a. PART I.**

| | Cause | Approximate interval between onset and death |
|---|---|---|
| a. IMMEDIATE CAUSE | Cardiogenic Shock | |
| b. Due to | Acute Myocardial Infarction | |
| c. Due to | | |
| d. | | |

**24a. CERTIFIER:** ☒ ATTENDING PHYSICIAN

Handwritten margin: Aug 5, 2000 T.O.D 2043

# AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)

| Patient Name | Last<br>Bell | | First<br>Adella | Middle |
|---|---|---|---|---|
| Date of Birth | 8 / 14 / 1919<br>(Month/Day/Year) | Social Security Number | | 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 |
| Litigation Case No. | 2:07-cv-02070   /VCN 1011154 | | | |
| Records Provider(s) | Colonial Park Nursing home And ETC; | | | |

| | |
|---|---|
| 1. | I hereby authorize the Records Provider(s) identified above to release all existing medical records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to BrownGreer PLC, its agents, servants, employees and independent auditors, the medical or other documentation required to consider claims in the settlement Program under the Settlement Agreement dated November 9, 2007 (the "Program"). These records shall be used or disclosed solely in connection with the currently pending Vioxx litigation or the Program involving the person named above. This Authorization shall cease to be effective as of the date on which the above-named person's Vioxx litigation or claim concludes. The Receiving Parties shall return or destroy the protected health information (including all copies made) at the end of the above-named person's litigation or claim. |
| 2. | I understand that the health information being used/disclosed may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders. |
| 3. | This Authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, Forms, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive. |
| 4. | I understand that information disclosed pursuant to this Authorization may be subject to re-disclosure by BrownGreer PLC to the Courts presiding over the Program, Merck & Co., Inc., the Special Master (and any Deputy Special Master), the Chief Administrator, members of the Gate Committee, and the Lien Resolution Administrator for the Program and all other persons provided for under the terms of the Agreement to consider claims in the Program, and their respective attorneys, agents, employees, consultants, independent auditors, and experts (the "Receiving Parties"), and others deemed necessary by the Receiving Parties to assist in this litigation or claim and may no longer be protected by HIPAA. This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above Receiving Parties until the conclusion of the litigation or claim. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has |

Bell, Adella     1011154
13006

Page 1 of 2

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)

| | |
|---|---|
| | taken action in reliance upon this Authorization, or if this Authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this Authorization. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation or claim that is disclosed to the Receiving Parties. |
| 5. | Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of the party sending you this Authorization. |

| Date | 2/11/09 | Signature | *Lloyd D Bell* |
|---|---|---|---|
| 2-11-09 | (Month/Day/Year) | | [PATIENT OR REPRESENTATIVE] |

| Print Name | Lloyd D Bell |
|---|---|

If you are signing this Authorization as a representative on behalf of the patient identified at the top of this Form, describe your relationship to the patient and your authority to act on his/her behalf:

You must attach proper documentation (e.g., Power of Attorney, Letters of Administration) authorizing you to act in this representative capacity.

Bell, Adella   1011154
13006

## D. COUNSEL INFORMATION

**15. Counsel Name**  
Last: Douglas  
First: Micheal  
Middle:

**16. Firm Name**

**17. Current Address**  
Street:  
City: San Diego  
State: CA  
Zip:

**18. Telephone #** 619 296-2361  **19. Fax**  **20. Email**

## E. LAWSUIT INFORMATION

**21. Has a civil action been filed in court alleging injuries as a result of the Product User's use of Vioxx?** ☒ Yes ☐ No

**22. Court/Jurisdiction** USDC Eastern Dist Louisiana  **23. Case Caption**

**24. Docket Number** 1657

**25. Did Claimant seek tolling at any time under the Federal MDL Tolling Agreement for the Product User's injuries allegedly arising from use of Vioxx?** ☐ Yes ☐ No

**26. Date of First Submission under the Federal MDL Tolling Agreement** ___/___/___ (Month/Day/Year)

**27. Date Submitted Claimant Profile Form,** if ever submitted. ___/___/___ (Month/Day/Year)

## F. INJURY INFORMATION

**28.** Check the primary injury Claimant is alleging or has alleged previously in a Complaint or Profile Form from Product User's use of Vioxx and indicate the date of occurrence (select only one Injury Type as the primary injury).

| Primary Injury Types | Date (Month/Day/Year) |
|---|---|
| ☐ Myocardial Infarction ("MI") | 4/24/2000 |
| ☒ Myocardial Infarction, Fatal | 8/15/2000 |
| ☐ Sudden Cardiac Death ("SCD") | ___/___/___ |
| ☐ Ischemic Stroke ("IS") | ___/___/___ |
| ☐ Ischemic Stroke, Fatal | ___/___/___ |

**29.** If applicable, check the secondary injury Claimant is alleging or has alleged previously in a Complaint or Profile Form from Product User's use of Vioxx and indicate the date of occurrence (select only one Injury Type as the secondary injury).

| Secondary Injury Types | Date (Month/Day/Year) |
|---|---|
| ☐ Myocardial Infarction ("MI") | ___/___/___ |
| ☐ Myocardial Infarction, Fatal | ___/___/___ |
| ☐ Sudden Cardiac Death ("SCD") | ___/___/___ |
| ☐ Ischemic Stroke ("IS") | ___/___/___ |
| ☐ Ischemic Stroke, Fatal | ___/___/___ |

**30. Is Claimant applying to receive Extraordinary Injury Payments pursuant to Section 4.2 of the Settlement Agreement?** ☒ Yes ☐ No