UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION** | **CIVIL** |
| **This document relates to:**<br>07-2070 Bell v. Merck & Co Inc | **NO: MDL 1657** |
| | **SECTION: Judge Fallon**<br>**Magistrate Judge Knowles** |

**ATTACHMENTS TO DOCUMENT NO. 18807**

    **DESCRIPTION:** Correspondence

    **FILED BY:** Lloyd Bell

    **FILE DATE:** 5/20/2009

**ARE LOCATED IN THE CLERK'S OFFICE.**