# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®

PRODUCTS LIABILITY LITIGATION

---------------------------------------------------------------

---------------------------------------------------------------

THIS DOCUMENT RELATES TO:

**Gene Weeks v. Merck & Co., Inc.,**

MDL Docket No. 1657

SECTION L

Judge Eldon E. Fallon
Magistrate Judge Knowles

Case No. 2:05-cv-4578-EEF-
DEK

---

## REPLY AFFIDAVIT OF PLAINTIFF

STATE OF _____FLORIDA_____ )
                                                         ) ss:
COUNTY OF __LAKE_____ )

GENE WEEKS, being duly sworn upon oath according to law, states the following matters:

1. I am the plaintiff in the above individual action pending before this Court, and make this affidavit in reply to attorney Maria Tejedor's "Response to Motions Filed by Ronald R. Benjamin to Vacate, Rescind or Declare Releases Null and Void As Well as Motions to Recuse the Court."

2. I think it is very significant that Ms. Tejedor merely says she has "not been notified by Mr. Benjamin" about the fact that he represents me since January 2009, and she does not deny that I, in fact, notified her in January 2009 that I had retained Mr. Benjamin as my new attorney.

3.  In that regard, I sent Ms. Tejedor an e-mail on January 23, 2009 immediately after I received her January 22nd letter, specifically telling her:

> Maria our meeting on the 7th of this month followed by your letter dated January 16th did not include any more work to be done by you.  Now there is your letter of January 22, 09 that basically states there is some unfinished business that may have been over looked.  In any case my new council recommends that there will be no more actions from your firm on my behalf.  If you have any questions regarding same please contact Mr. Ron Benjamin, ESQ. 607-772-1442.  I hope a resolution of this matter can be accomplished. Gene.

*See e-mail annexed hereto as **Exhibit A**.*    Ms. Tejedor does not indicate that she ever tried to call Mr. Benjamin.  Also, I forwarded a copy of the email to Mr. Benjamin after I sent it to Ms. Tejedor, so that he be informed that Ms. Tejedor was informed he was my counsel.  When I sent her the e-mail, the computer confirmed it was successfully sent to her e-mail address.  I think her Response should have admitted to this Court that I made it clear to her that I had a new attorney, and even gave her his name and phone number.

4.  I think it is also significant that, after our meeting on January 7, 2009, at the Orange County Courthouse, Ms. Tejedor turned over the file on my case because she stated her firm was going to withdraw.  I did not request her firm to do anything further on my case after that, and, contrary to her statements in the Response, she does not "still represent[] Mr. Weeks I in this action."  *See Tejedor Response, at para. 4.*

5.  Only about two weeks after this motion was filed in this action by Mr. Benjamin, Ms. Tejedor sent me a letter indicating we had prevailed on an "appeal" of the original ineligibility decision.

6. She also attached a copy of the notice from the Gates Committee that they had found me eligible, although the notice does not explain the reason for the reversal even though I clearly did not meet the proximity gate requirements.

7. In her Response, Ms. Tejedor does not respond to or deny any of the factual matters set forth in my lengthy affidavit; rather, she merely "denies all the allegations made by Mr. Ronald Benjamin" regarding fraud and duress and unethical behavior. *Tejedor Affidavit, at para. 3.* I respectfully ask this Court not to consider her Response in this matter since she clearly avoids addressing any of the factual allegations I swore to in my affidavit and insists she continues to represent me even though she knows she told me to obtain other counsel.

8. I respectfully ask this Court to grant my motion.

GENE A. WEEKS II

SUBSCRIBED AND SWORN TO before me
this 20th day of _May_ , 2009.

Notary Public

Notary Public State of Florida
Marc A Spence
My Commission DD727735
Expires 10/22/2011

-3-

*EXHIBIT A*

*TO*

*REPLY AFFIDAVIT OF PLAINTIFF GENE WEEKS*

☑0006/0006

----- Original Message -----
From: Gene Weeks
To: ronbeniaminlaw@stny.rr.com
Sent: Friday, January 23, 2009 5:45 PM
Subject: Fw: Letter Dated January 22,09

Mr. Benjamin please find my action as requested,Gene.

----- Forwarded Message -----
From: Gene Weeks <zippobuck@yahoo.com>
To: Maria Tejedor <mmdamaria@aol.com>
Sent: Friday, January 23, 2009 5:35:15 PM
Subject: Letter Dated January 22,09

Maria our meeting on the 7th of this month followed by your letter dated January 16th did not include any more work to be done by you.Now there is your letter of January 22,09 that basically states there is some unfinished business that may have been over looked.In any case my new council recommends that there will be no more actions from your firm on my behalf.If you have any questions regarding same please contact Mr. Ron Benjamin,ESQ.607-772-1442.I hope a resolution of this matter can be accomplished,Gene.