UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

---

**THIS DOCUMENT RELATES TO**: Gene Weeks v. Merck & Co., Inc.,
Case No.: 05-CV-4578

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Reply Affidavit of Gene Weeks to Response of Maria Tejedor has been served this date on Liaison Counsel, PhillipWittman, Esq., and Russ Herman, Esq., by ECF and U.S. Mail and upon Maria D. Tejedor, Esq., all parties, by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on February 19, 2009.

Dated: May 20, 2009
   Binghamton, New York

_____
MARYA C. YOUNG, Esq.