IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**

MAY 18 2009

IN RE: VIOXX LITIGATION

CHARLES R. FULBRUGE III
CLERK

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-MD-1657

     The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

     Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

     The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

     The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

_____
CHARLES R. FULBRUGE, III
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana  5/18/09

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 18, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 09-30260    Lillian Adams, et al v. Merck and Company
     USDC No. 2:06-CV-11333
     USDC No. 2:07-CV-395
     USDC No. 2:07-CV-1252
     USDC No. 2:08-CV-1613
     USDC No. 2:08-CV-1614
     USDC No. 2:08-CV-1615
     USDC No. 2:08-CV-1616
     USDC No. 2:08-CV-1617
     USDC No. 2:08-CV-1618
     USDC No. 2:05-MD-1657
```

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAY 1 9 2009

LORETTA G. WHYTE
CLERK

Enclosed is an order entered in this case.

CHARLES R. FULBRUGE III, Clerk

By: _____
Kimberly K. Folse, Deputy Clerk
504-310-7712

Mr. Joseph Charles Blanks
Mr. Jonathan B Skidmore
Ms. Loretta Whyte

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____