UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: **VIOXX** | : | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION L** |
| | : | |
| **This applies to:** | : | **JUDGE FALLON** |
| **All Third Party Payor Cases** | : | **MAGISTRATE JUDGE KNOWLES** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that **Stephen D. Brody,** O'Melveny & Myers, LLP, 1625 Eye Street N.W., Washington, DC 20006, 202-383-5167, sbrody@omm.com, hereby enters his appearance as additional counsel of record for defendant Merck & Co., Inc. in all Third Party Payor cases. Please update and add Mr. Brody to your service and distribution lists in these cases.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN
L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
*Defendants' Liaison Counsel*

-1-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel, Russ Herman by e-mail and upon all Third Party Payor parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, on this 21st day of May, 2009.

*/s/ Dorothy H. Wimberly*

977995v.1