UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL Docket No.: 1657 |
| | ) | Case No.: 2:06-CV-00408 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| IMOGENE BURSE | ) | MAG. JUDGE KNOWLES |

---

THIS RELATES TO: IMOGENE BURSE

## JOHNSON & BENJAMIN, LLP'S NOTICE TO WITHDRAW MOTION TO WITHDRAW AS COUNSEL

COMES NOW Plaintiff's counsel, Jonathan W. Johnson and Johnson & Benjamin, LLP and states as follows:

Plaintiff's counsel had filed a motion to withdraw as counsel for Imogene Burse which is presently pending. Plaintiff's counsel hereby withdraws that Motion and states his intentions to continue as Ms. Burses' counsel.

Respectfully submitted.

This _____ day of May, 2009.

Jonathan W. Johnson
Attorney for Plaintiff
Georgia State Bar No: 394830

JOHNSON & BENJAMIN LLP
567 Ladonna Drive
Decatur, Georgia 30032
(404) 298-8995 (O)
(404) 298-0553 (F)
Johnson@bandblawyers.com

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | ) | MDL Docket No.: 1657 |
| | ) | Case No.: 2:06-CV-00408 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| IMOGENE BURSE | ) | MAG. JUDGE KNOWLES |

------------------------------------------------------------

CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for Defendants in the above-referenced matter with a copy of the within and foregoing **JOHNSON & BENJAMIN, LLP'S NOTICE TO WITHDRAW** *MOTION TO WITHDRAW* **(IMOGENE BURSE)** by U.S. Mail with adequate postage addressed and electronic copy via LexisNexis File & Serve as follows:

Wilfred P. Coronato
Hughes Hubbard & Reed, LLP
101 Hudson St., Suite 360
Jersey City, NJ  07302-3918

Phillip A. Wittmann
Stone Pigman Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA  70130-3588

Dimitrios Mavroudis
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808

Susan Giamportone
Womble Carlyle Sandridge & Rice, PLLC
1201 W. Peachtree St., NW, Suite 3500
Atlanta, GA  30309-3460

Mrs. Imogene Burse
3000 South Dick Creek Road
Lafayette, Georgia  30728

*(signature on next page)*

This __18th__ May, 2009.



_____
Jonathan W. Johnson
Attorney for Plaintiff
Georgia State Bar No: 394830

Johnson and Benjamin, LLP
567 Ladonna Drive
Decatur, Georgia 30032
(404) 298-8995 (O)
(404) 298-0553 (F)
Johnson@bandblawyers.com

3