UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1657 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE DANIEL E. KNOWLES |

*********************************************

**THIS DOCUMENT RELATES TO:** *Fleam Leach v. Merck & Co., Inc.;* **Case No. 2:06-CV-1928**

## ORDER

Upon due consideration of the motion to vacate the previously-filed Order granting motion to withdraw and renewed motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' counsel's Motion to Vacate the Order Granting Motion to Withdraw as Counsel of Record is GRANTED and the Order granting withdrawal is hereby remanded from the docket.

IT IS SO ORDERED.

DATED: May 19th  2009

JUDGE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

4