UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NUMBER: 05 - 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| PERTAINS TO: 05–06852, DeBoutte | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Dismiss,

**IT IS ORDERED, ADJUDGED AND DECREED** that any and all claims of Plaintiff, Joel deBautte, against Defendant, Merck & Co., Inc., a New Jersey Corporation, be and is hereby dismissed, with each party to pay its own costs.

New Orleans, Louisiana, this <u>20th</u> day of May, 2009.

_____
**DISTRICT JUDGE**