UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| **In re: Vioxx ®**<br>**PRODUCTS LIABILITY LITIGATION**<br>**This applies to all cases on the attached Exhibit A** | MDL Docket No. 1657<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES<br>**ORDER GRANTING MOTION FOR ENTRY OF CORRECTED JUDGMENT** |

## ORDER GRANTING MOTION FOR ENTRY OF CORRECTED JUDGMENT

Considering the foregoing Motion for Entry of Corrected Judgment and the Stipulations of Dismissal with Prejudice as to All Defendants previously filed in this matter,

IT IS ORDERED that all claims of all plaintiffs on the attached Exhibit A be and are hereby dismissed with prejudice as to ALL DEFENDANTS, each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 20th day of May, 2009.

_____
DISTRICT JUDGE ELDON E. FALLON

977576v.1

# EXHIBIT A

| Case Name | Docket Number | Name of Plaintiff Whose Claims Are Being Dismissed |
|---|---|---|
| Mildred Abate, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02209 | McInnerney, Martin |
| Mildred Abate, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02209 | Zair, Christine |
| Mildred Abate, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02209 | Will, Richard |
| Mohamoud Abdalle Lassan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02202 | Dalton, Chastity |
| Mohamoud Abdalle Lassan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02202 | Gillakin, Valerie |
| Mohamoud Abdalle Lassan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02202 | Raja, Nasar |
| Mohamoud Abdalle Lassan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02202 | Wheaton, Laurie |
| Kathleen Ackerman, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02198 | Horth, David |
| Kathleen Ackerman, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02198 | Fay, Carl |
| Kathleen Ackerman, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02198 | Berry, Kelly |
| Jose Acostas, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02203 | Finley, Brandy |
| Jose Acostas, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02203 | Haynes, B. Powell |
| Isabelle Adkins, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02199 | Maldonado, Jose |
| Isabelle Adkins, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02199 | Shipley, Francis |
| Isabelle Adkins, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02199 | VanPatten, John |
| Isabelle Adkins, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02199 | Pinkston, Jerome |
| Irene Ahouse, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02216 | Pandolfi, James |
| Irene Ahouse, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02216 | Reed, Willie |
| Irene Ahouse, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02216 | Lehmann, James |
| Irene Ahouse, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02216 | Pula, Joseph |
| Marie Albanese, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02207 | Smaldino, Thomas |
| Ann M G Albright, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02204 | Titcombe, Vickie |
| Willard Allanson, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02213 | Dingler, David |
| Willard Allanson, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02213 | Francione, Sylvia |
| Mary Allen, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02197 | Samluk, Joseph |
| Mary Allen, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02197 | Priest, Wayne |
| Janie Alston, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02217 | Ludwig, Richard |
| Janie Alston, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02217 | McClellan, Ellis |
| Janie Alston, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02217 | Robinson, Ben Jr. |
| Janie Alston, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02217 | Matadi, Florence |
| Janie Alston, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02217 | Phillips, Jerome |
| Sandra Alwine, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02201 | Hale, Terry |
| Sandra Alwine, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02201 | Beckman, Donald |
| Sandra Alwine, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02201 | Capasso, Paul |

Case 2:05-md-01657-EEF-DEK Document 18831 Filed 05/20/09 Page 3 of 6
Case 2:05-md-01657-EEF-DEK Document 18784-21 Filed 05/19/2009 Page 2 of 5

2

| Case Name | Docket Number | Name of Plaintiff Whose Claims Are Being Dismissed |
|---|---|---|
| Sandra Alwine, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02201 | Garner, Jerome |
| Sandra Alwine, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02201 | Capasso, Paul |
| Marsha Anderson, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10622 | Cavaiuolo, Vittoria |
| Mamie Andolina, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09751 | Andolina, Mamie |
| Mamie Andolina, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09751 | Faden, Andrea |
| Mamie Andolina, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09751 | Schneider, Pamela |
| Louis Andrews, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02218 | Benner, William Robert |
| Louis Andrews, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02218 | Slominski, Agatha |
| Louis Andrews, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02218 | Rheaume, Ann |
| Louis Andrews, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02218 | Sapone, Delores |
| Michael Andrews, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02208 | Jankowski, Judy |
| Michael Andrews, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02208 | Ryan, Sarah |
| Michael Andrews, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02208 | Jankowski, Judy |
| Miguel G. Aponte, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02215 | Thomas, Shirley |
| Miguel G. Aponte, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02215 | Bauder, Penny |
| Miguel G. Aponte, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02215 | Thrash, Angie |
| Miguel G. Aponte, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02215 | Thrash, Angie |
| James Austin, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02211 | Case, Lynn Jr. |
| James Austin, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02211 | Brean, Julie |
| Brenda Baron, et al. v. Merck & Co., Inc., et al. | 2:06-cv-11089 | Baron, Brenda |
| Samuel Bartley, et al. v. Merck & Co., Inc., et al. | 2:06-cv-02196 | Thomas, June |
| Michael Baxter, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00324 | Baxter, William |
| Michael Baxter, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09123 | Benner, William Robert |
| Michael Baxter, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09123 | Zair, Christine |
| Michael Baxter, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09123 | Lee, Kathryn |
| Michael Baxter, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09123 | Benner, William |
| Michael Baxter, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09123 | Zair, Christine |
| Michael Baxter, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09123 | Lee, Kathy |
| William Benner, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00323 | Benner, William Robert |
| Gregory A. Bennett, et al. v. Merck & Co., Inc., et al. | 2:06-cv-08383 | Bennett, Gregory |
| Dianne Benson, et al. v. Merck & Co., Inc., et al. | 2:06-cv-11090 | Benson, Diane |
| Gary T. Bielak, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01205 | Rago, Barbara |
| Sophie Bissell, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01178 | Proietti, Louis |
| Lisa Brewer, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00741 | Brewer, Lisa |

Case 2:05-md-01657-EEF-DEK Document 18831 Filed 05/20/09 Page 4 of 6
Case 2:05-md-01657-EEF-DEK Document 18784-2 Filed 05/19/2009 Page 3 of 5

3

| Case Name | Docket Number | Name of Plaintiff Whose Claims Are Being Dismissed |
|---|---|---|
| Walter Brewer, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01166 | LaFleche, Kathleen |
| Betty Brown, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01186 | Brown, Harry |
| Sylvia Brown, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10128 | Imiola, Sandra |
| Sylvia Brown, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10128 | Sobkowiak, Raymond |
| Boris Buchak, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10127 | Wolfe, David |
| Boris Buchak, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10127 | Palazolo, Eric |
| Carol A. Carone, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00229 | Carone, Carol |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | Davis, Willie |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | Lewis, Terri |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | Reynolds, Julie |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | Huch, Ronald |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | Knize, Suzanne |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | St. George, Toni |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | St. George, Anthony |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | Lee, Brenda |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | Umbleby, Patricia |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | Bath, June |
| Joanne A. Carrigan, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09752 | Umbleby, Patricia |
| Lynn Case, Jr, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00236 | Case, Lynn Jr. |
| Pamela Charsley-Joslin, et al. v. Merck & Co., Inc., et al. | 2:06-cv-11091 | Charsley-Joslin, Pamela |
| Marilyn Chase, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01189 | Renaldo, Kenneth |
| Patti Coles, et al. v. Merck & Co., Inc., et al. | 2:07-cv-02936 | Coles, Patti |
| Patti Coles, et al. v. Merck & Co., Inc., et al. | 2:07-cv-02936 | Bruce, Jessie |
| Kenneth S. Critten, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01199 | Gartagena, Hipolita |
| Mary D'Angelo, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09755 | Arsena, John |
| Mary D'Angelo, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09755 | Hensley, Roxy |
| Mary D'Angelo, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09755 | Lane, Carla |
| Mary D'Angelo, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09755 | Zemrose, Michael |
| Mary D'Angelo, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09755 | Nowak, Lucy |

Case 2:05-md-01657-EEF-DEK   Document 18831   Filed 05/20/09   Page 5 of 6
Case 2:05-md-01657-EEF-DEK   Document 18784-2   Filed 05/19/2009   Page 4 of 5

4

| Case Name | Docket Number | Name of Plaintiff Whose Claims Are Being Dismissed |
|---|---|---|
| Mary D'Angelo, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09755 | Russell, Billy |
| Mary D'Angelo, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09755 | Smalls, Dorothy |
| Mary D'Angelo, et al. v. Merck & Co., Inc., et al. | 2:06-cv-09755 | Braxton, Clifford |
| Marianne Dean, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00227 | Dean, Marianne |
| Evelyn Depascale v. Merck & Co., Inc., et al. | 2:06-cv-01152 | Greco, Jack |
| Angelo Disalvo, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01194 | Young, Lutricia |
| Ernest Duiker, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00733 | Duiker, Ernest |
| Stephen Durgala, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00734 | Durgala, Stephen |
| Jerome Ferguson, et al. v. Merck & Co., Inc., et al. | 2:06-cv-03627 | Ferguson, Jr., Jerome |
| Rev. Calvin W. Fiddemon, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00742 | Fiddemon, Calvin |
| Catherine Flint, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01179 | Hardeman, Bobby |
| Mary L. Frey, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00239 | Frey, Mary |
| Ronald Gallipeau, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01215 | Gallipeau, Ronald |
| David A. Greenway, et al. v. Merck & Co., Inc., et al. | 2:06-cv-03624 | Greenway, David |
| Jacqueline Harvin, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00216 | Harvin, Jacqueline |
| Jacqueline Harvin, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09124 | Slominski, Philip |
| Jacqueline Harvin, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09124 | Slominski, Philip |
| Terry L. Haskin, et al. v. Merck & Co., Inc., et al. | 2:07-cv-01394 | Billard, Marilou |
| Debra S. Hundley, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00235 | Hundley, Debra |
| James W. Joy Reid, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01163 | Reid, James |
| Kathy Lee, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00351 | Lee, Kathryn |
| Johnny J. Kaylor, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00356 | Kaylor, Johnny |
| James A. Kuczmarski, et al. v. Merck & Co., Inc., et al. | 2:06-cv-03633 | Kuczmarski, James |
| Gary R. Laux, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01155 | Laux, Gary |
| Gary R. Laux, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01155 | Laux, Jr., Fred |
| Edward A. Lighthart, et al. v. Merck & Co., Inc., et al. | 2:06-cv-03622 | Lighthart, Edward |
| Marc T. Malkiewicz, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01158 | Malkiewicz, Mark |
| Kristie L. Maracle, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01518 | Maracle, Christie |
| Elaine Masiuk, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10625 | Masiuk, Elaine |

Case 2:05-md-01657-EEF-DEK Document 18831 Filed 05/20/09 Page 6 of 6
Case 2:05-md-01657-EEF-DEK Document 18784-2 Filed 05/19/2009 Page 5 of 5

5

| Case Name | Docket Number | Name of Plaintiff Whose Claims Are Being Dismissed |
|---|---|---|
| Elaine Masiuk, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10625 | Kobielski, John |
| Elaine Masiuk, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10625 | Mayes, Thomas |
| Elaine Masiuk, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10625 | Mitchum, Debbie |
| Elaine Masiuk, et al. v. Merck & Co., Inc., et al. | 2:06-cv-10625 | Spurlock, Richard |
| Sharon Misko, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00217 | Misko, Sharon |
| Catherine Mobley, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00352 | Mobley, Linward |
| Deanne Murdie, et al. v. Merck & Co., Inc., et al. | 2:06-cv-11084 | Murdie, Deanne |
| William A. Nistor, Sr., et al. v. Merck & Co., Inc., et al. | 2:06-cv-03634 | Nistor, William |
| Robert Nolan, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00222 | Nolan, Robert |
| Cameron W. Nowell, et al. v. Merck & Co., Inc., et al. | 2:06-cv-03628 | Nowell, Cameron |
| Hope Phillips, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00238 | Phillips, Hope |
| Hope Phillips, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09125 | Case,Jr, Lynn |
| Hope Phillips, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09125 | Lynn Case, Jr. |
| James J. Quadd, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01183 | Shields, Sally |
| Barbara Saunders, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00218 | Saunders, Barbara |
| Philip J Slominski, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00215 | Slominski, Philip |
| Jay Thomson, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00328 | Thomson, Jay |
| Vickie L. Titcombe et al. v. Merck & Co., Inc., et al. | 2:07-cv-09127 | Titcombe, Vicki |
| Vickie L. Titcombe et al. v. Merck & Co., Inc., et al. | 2:07-cv-09127 | Titcombe, Vickie |
| Vickie L. Titcombe et al. v. Merck & Co., Inc., et al. | 2:08-cv-00329 | Titcombe, Vickie |
| Dominic J. Torella, et al. v. Merck & Co., Inc., et al. | 2:07-cv-06231 | Torella, Dom |
| Antonia Tucker, et al. v. Merck & Co., Inc., et al. | 2:07-cv-09129 | Tucker, Antonia |
| Barbara M. Tytka, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00731 | Tytka, Barbara |
| Tom Wagner, Jr., et al. v. Merck & Co., Inc., et al. | 2:08-cv-00232 | Wagner, Jr., Thomas |
| Christina Y. Watson, et al. v. Merck & Co., Inc., et al. | 2:06-cv-03625 | Watson, Christina |
| David Wilbern, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00737 | Wilbern, David |
| Anglo Williams, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00738 | Williams, Maurice |
| Eugene Witkowski, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00355 | Witkowski, Eugene |
| Veda Woods, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00327 | Woods, Veda |
| Christine Zair, et al. v. Merck & Co., Inc., et al. | 2:08-cv-00353 | Zair, Christine |