UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *State of Louisiana, ex rel., James D. Caldwell, Attorney General* | * | KNOWLES |
| | * | |
| | * | |
| *Versus* | * | |
| | * | |
| *Merck & Co., Inc.* | * | |
| | * | |
| Civil Action No. 2:05-cv-3700 | * | |
| | * | |

*****************************************************************************

**UNCONTESTED MOTION FOR EXTENSION OF TIME IN WHICH
TO RESPOND TO PLAINTIFF'S SECOND SUPPLEMENTAL AND
AMENDING COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**

Defendant Merck & Co., Inc., through undersigned counsel, moves for entry of an Order granting it through and including June 9, 2009 in which to respond to Plaintiff's Second Supplemental and Amending Complaint for Injunctive Relief and Damages. Plaintiff's counsel, James Dugan, has agreed to this requested extension.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

978042v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Proposed Order have been served on Liaison Counsel, Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of May, 2009.

　　　　　　　　　　　　　　　　　　　　　　　 _/s/ Dorothy H. Wimberly_____

978042v.1