## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *State of Louisiana, ex rel., James D. Caldwell, Attorney General* | * | |
| | * | |
| *Versus* | * | |
| | * | |
| *Merck & Co., Inc.* | * | |
| | * | |
| Civil Action No. 2:05-cv-3700 | * | |

*************************************************************************

## ORDER

Considering the foregoing Uncontested Motion for Extension of Time in Which to Respond to Plaintiff's Second Supplemental and Amending Complaint for Injunctive Relief and Damages,

**IT IS ORDERED** that Defendant Merck & Co., Inc. be and it hereby is granted an extension of time, through and including June 9, 2009, in which to respond to Plaintiff's Second Supplemental and Amending Complaint for Injunctive Relief and Damages.

**NEW ORLEANS, LOUISIANA**, this ____ day of _____, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

978044v.1