FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAY 18  PM 5:00

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LAWRENCE WILLIAM FITZGERALD Jr          Judge Fallon

v.                                       Civil Action
                                         Case Number 05-6618
MERCK CO., Inc.,
IN RE: VIOXX                             MDL NO. 1657
       PRODUCTION LIABILITY LITIGATION   Section: L

## MOTION TO SHOW CAUSE

**COMES NOW**, the Plaintiff Lawrence W. Fitzgerald Jr being pro se, respectfully requests this Honorable Court to Order a show cause order in Plaintiff's behalf as to the Order of February 3, 2009 and in support of the show cause is as follows:

Plaintiff received an Order by the Court stating in receipt of the attached correspondence from pro se Vioxx plaintiff Lawrence Fitzgerald regarding status of his claim. IT IS ORDERED that the correspondence be entered into the record. In Addition, copies of the letter shall be forwarded to Plaintiff's Liasison Counsel, the Pro Se Curator, and the Claims Administrator so that the appropriate action, if any, may be taken as of this request for motion to show cause respectfully placed before the Court the Plaintiff has written two times and called asking the status of his claims and his letters and calls have been disregarded by those that were Ordered by this Court to review my claims letter included with medical report to show this Honorable Court the irregular heart beat caused by the Vioxx product by Doctor Susan Tiona.

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

Plaintiff being a laymen of the law and a Colorado State Prisoner who was on the Vioxx product which caused his health troubles is requesting the Honorable Court to Order a "Show Cause" why this Courts order of February 3rd 2009 was not followed as this Court can see by the exhibits Plaintiff did everything in his power as an incarcerated inmate to get his claims reviewed in support with even more information and these's letter and information fell on death ears regarding an incarcerated prisoner who has the same right as a freeworld individual seeking relief in this litigation before Honorable Federal District Court in Louisiana.

**Wherefore,** the Plaintiff pray this Court will Order a show cause why this Honorable Courts order is not being followed and why Plaintiff's letter are not being answered regarding the subject matter of this litigation to be placed on the same list would be result in protracted litigation in the settlement program will ensure that those who suffered injuries as my self, as a result of vioxx are compensated fairly and efficiently in the interest of justice.

Date May 10, 2009

Respectfully Submitted

Lawrence W. Fitzgerald #66345
KCCC Unit CC-122 Box 2000
Burlington Colorado 80807

## CERTIFICATE OF MAILING

I, Lawrence William Fitzgerald, place this Motion To Show Cause within the United States Mail, postage was prepaid on this 11th day of May 2009, and addressed to the following bellow: Exhibit letter included

United States District Court
Clerk of Court for:
Honorable Judge
**Eldon F. Fallon**
500 Poydras St
New Orleans, LA 70130

Robert Johnson
Vioxx Pro Se Curator
400 Poydras Street, Suit 2450
New Orleans Colorado 70130

Vioxx Plaintiff's Liaison Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Vioxx Claim Administrator
P.O. Box 85031
Richmond, VA 23285

*Lawrence W. Fitzgerald* (signature)