To: Mr Robert Johnson
VIOXX Pro Se Curator
400 Poydras Street, Suit 2450
New Orleans, LA 70130

VIOXX Plaintiff's Liaison Counsel
Herman, Herman, katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

VIOXX Claim Administrator
P.O. Box 85031
Richmond, VA 23285

From: Lawrence W. Fitzgerald prison number 66345
Kit Carson Correctional Center
P.O. Box 2000 Unit CC-122
Burlington Colorado 80807

Dated March 23, 2009

To whom it may concern,

   On February 3, 2009 United States District Judge Eldon Fallon issued an Order in the case of In Re: Vioxx Case No. MDL No.1657, relating to Case No. 05-6618 and Plaintiff Lawrence Fitzgerald, which were served on you by the Clerk of Court.

   As of this date, I have not heard anything from any of you on the status of my claim or proper actions to be taken. I am therefore now requesting status of my case and information on what you are doing now within my case. If I do not hear back from you within thirty days, I will seek a contempt of court and begin a new legal action against you for denying my access to the court and failure to provide me litigation assistance you were ordered to provide.

   Also, attached is a copy of an Ambalatory Health Record showing the documentation of my continuing irregular heart rhythm as of March 11, 2009 for your records, due to the Vioxx product I was placed on.

   If you have any question regarding this documentation, please Contact Doctor Susan Tiona by calling (719) 346-9450 ext. 2234 or Fax at (719) 346-9458.

   Inclosing, I request your response as soon as possible. On this as ordered to help me and this information being sent you should give the needed support for my claims to be added on the Vioxx Products Liability list of names your offices are handling hopefully there has been some mistake and this matter of your office not contacting me is a over sight which now can be corrected by this letter.

                                                        Sincerely
                                                        Lawrence W. Fitzgerald

CERTIFICATE OF MAILING

I, Lawrence W. Fitzgerald placed the following letters within the United States mail on this 23rd day of March 2009, postage prepaid and addressed to the following offices bellow:

Robert Johnson
Vioxx Pro Se Curator
400 Poydras Street, Suit 2450
New Orleans, LA 70130

Vioxx Plaintiff's liaison Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Vioxx Claims Administrator
P.O. Box 85031
Richmond, VA 23285

Lawrence William Fitzgerald

Order and Medical Record attached

FILED '09 FEB 05 07:59 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                          :    MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION    :    SECTION: L
                                                      :
                                                      :    JUDGE FALLON
                                                      :    MAG. JUDGE KNOWLES

THIS ORDER RELATES TO:    CASE NO. 05-6618

ORDER

The Court has received correspondence from Vioxx plaintiff Lawrence Fitzgerald regarding the status of his claim. IT IS ORDERED that the correspondence be entered into the record. In addition, the correspondence shall be forwarded to Plaintiff's Liaison Counsel, the Pro Se Curator, and the Claims Administrator so that the appropriate actions, if any, may be taken.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Vioxx Plaintiff's Liaison Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Mr. Robert Johnston
Vioxx Pro Se Curator
400 Poydras Street, Suite 2150
New Orleans, LA 70130

Mr. Lawrence Fitzgerald

Claims Administrator

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

**CHRONIC CARE CLINIC** — Page 1 of 3

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

Printed By: TIONA, SUSAN M
Printed at: 03/11/2009 09:22:21
Encounter#: 1898556 @ KF

| 66345 | FITZGERALD, LAWRENCE W | Facility: | KF | LU: | KIT/UNIT C | CC | 1 | 122 | B |
|---|---|---|---|---|---|---|---|---|---|

| Vital | Value | | Value |
|---|---|---|---|
| Temperature: | | Pulse: 60 | Weight: 312 |
| Respiratory: | 16 | BP: 142 / 100 | |

### SUBJECTIVE
Mr. Fitzgerald is here for routine CCC appt.
1. Bilateral arm pain and numbness, and neck pain. He is awaiting his EMG (had to be rescheduled because he had a parole hearing on the day that the test was originally scheduled).
2. BP. High today. Discussed. Will increase his clonidine.
3. Seborrhea. Mr. Fitzgerald asks about getting some Synalar solution (he has used this in the past with good results). Also asks about getting mycolog cream for his face, since the cortisone cream no longer contains aloe and doesn't work as well now.
4. Reports return of folliculitis. He had been given Keflex for 3 months last year for this same problem, and was clear until just a few weeks ago.

### OBJECTIVE
Moves cautiously on and off exam table.
BP noted and discussed.
Heart rhythm is irregular, with 3 beats followed by pause.
Skin with scattered erythematous papules on arms, chest and axillae; some small pustules.
Exam otherwise deferred (see extensive exam last visit)

### ASSESSMENT
723.4 - BRACHIAL NEURITIS/RADICULITIS NOS
278.01 - MORBID OBESITY
847.2 - LUMBAR SPRAIN AND STRAIN
847.0 - NECK SPRAIN AND STRAIN
701.1 - ACQUIRED KERATODERMA
401.1 - ESSENTIAL HYPERTENSION, BENIGN
702.19 - OTHER SEBORRHEIC KERATOSIS
530.81 - ESOPHAGEAL REFLUX
274.9 - GOUT, UNSPECIFIED
070.51 - ACUTE HEP C W/O MENTION HEP COMA
99214 - OFFICE/OUTPATIENT VISIT, EST

### PLANS / ORDERS
Allergies: No Known Allergies

BP callout x 3 months (done)

Mycolog cream: apply to face BID PRN x 30 days, 2 RF's (none given yet)

Synalar solution: apply to scalp QD PRN x 30 days (one bottle only)

Keflex 500mg po BID x 30 days, 2 RF's

Increase Clonidine to 0.1mg po QAM and 0.2mg po QPM x 30 days, 2 RF's

Data Only: Ultram and Neurontin good until early May

Colace 100mg po BID x 30 days, 2 RF's

Fiber tabs 625mg po BID PRN x 30 days, 2 RF's

Phenylgesic 1 po BID x 30 days, 2 RFs

Datetime: 03/11/2009 09:05
Providers: TIONA, SUSAN M

PA/NP/RD _____   PHYSICIAN _____  NURSE _____
Datetime: 03/11/2009 09:05   Provider: TIONA, SUSAN M   DateTime 3/11/09 1100

**Colorado Department Of Corrections**

Name: Oswald Fitzgerald
Register Number: 66345
Unit: RCC CC-102
Box Number: 8000
City, State, Zip: Burlington CO 80807

RECEIVED
MAY 13 2009
LEGAL MAIL

7013 0830 3319 0026

United States District Court
Eastern District of Louisiana
Clerk of Court For
Honorable Judge Eldon E. Fallon
500 Poydras St
New Orleans, LA 70130