UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  :  MDL NO. 1657
PRODUCTS LIABILITY LITIGATION  :  SECTION: L
:
:  JUDGE FALLON
:  MAG. JUDGE KNOWLES

This document relates to:   06-1493, Thomas v. Merck & Co., Inc.

### ORDER

The Court is in receipt of the attached correspondence from Edward Earl Thomas. IT IS ORDERED that the correspondence shall be entered into the record for informational purposes. To the extent that the letters can be interpreted as motions, those motions are DENIED.

New Orleans, Louisiana, this 15th day of May, 2009.

UNITED STATES DISTRICT JUDGE