Supplemental Brief
Appeal De no vo
Emergency

Correspondence letter

Motion On Gateway And Scope

RECEIVED
MAY 11 2009

Case MDL 05-1657
and 06-3674

Dear Judge Eldon E. Fallon

Please send 10 application for appointment of counsel financial affidavit forms, supplemental relief forms, and U.S. personal protection forms (secret service), plus working on habeas corpus petition and government involvement even inmates/prisoners. In corporate disclosure Pfizer and Merck own 70% etc of Dow Chemical in which I filed a Michigan lawsuit to "Reopen."
Now I am told of underground city(s) this is for government to consolidate I am not greedy and the declaration in compliance 28 U.S.C. 1746 has been broken over and over please send certified mail.

RECEIVED
CLERK'S OFFICE
2009 MAY -1 P 2:29
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Signed,
Edward Earl Thomas
04/23/2009

Edward Carl Thomas 081023
208 S. Harrison
Saginaw Michigan
48602

Chief Judge
U.S. Panel on Multidistrict
Litigation - One Columbus
Circle NE Washington DC
20002

FROM INMATE AT THE SAGINAW COUNTY JAIL

SAGINAW MI 486
29 APR 2009 PM 1 L

USA 42

APR 29 2009

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

OFFICIAL BUSINESS

7013 0404 3319

VIOXX Litigation - MDL 1657
United States District Court
C-456 Hale Boggs Federal Building
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

U.S. MARSHALS