Suppl to be correspondence letter
appeal De novo
Emergency

RECEIVED MAY 12 2009 CHAMBERS OF U.S. DISTRICT JUDGE ELDON E. FALLON

Motion to Amend / Correct / Pre-argument

Case MDL 05-1657
and 06-3674

Dear Judge Eldon E. Fallon / Clerks

I have U.S. mail fraud now over 1 year under the declaration in compliance 28 U.S.C. 1746 for appointment of counsel financial affidavit, supplemental review forms and U.S. personal protection office address + phone for me, witnesses, and judges. Also need is a third-party petition.

Signed,
Edward Earl Thomas
04/15/2009

Edward Earl Thomas 091623
208 S. Harrison
Saginaw Michigan 48602

FROM INMATE AT THE
SAGINAW COUNTY JAIL

SAGINAW MI 486
16 APR 2009 PM 1 L

Clerk (s) / Judge Fallon
500 Poydras
New Orleans LA
70130

USA 42