Supplemental Trial
Appeal De novo
Emergency

Correspondence letter

MAY 12 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Motion to Amend / Correct / Pre-argument

Case MDL 05-1657
and 06-3674

Dear Judge Eldon E. Fallon / Clerk

I have U.S. mail fraud now over 1 year under the declaration in compliance 28 U.S.C 1746 etc., please send certified mail then an application for appointment of counsel financial affidavit, supplemental relief forms and U.S. personal protection office address + phone for me, witnesses, and judges. Also need is a third-party petition.

Signed,
Edward Earl Thomas
04-15-2009

Edward Earl Thomas 381023
208 S. Harrison
Saginaw Michigan
48601

FROM INMATE AT THE
SAGINAW COUNTY JAIL

SAGINAW MI 486
16 APR 2009 PM 1 T

Clerk (4) / Judge Fallon
500 Poydras
New Orleans LA
70130