Supplemental Brief
Appeal De novo
Emergency

Correspondence letter

RECEIVED
MAY 12 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Motion to Amend/Correct / Hearing On Pre-Argument

Case MDL 05-1657
and 06-3674

Dear Judge Eldon E. Fallon

I had 1 year U.S. mailing defraud under declaration in compliance 28 U.S.C. 1746 etc, please send "certified mail" application for appointment of counsel financial affidavit, and supplemental brief then U.S. personal protection officer address and phone for me, witnesses, and judge's. Send third-party petition forms. FBI agents, governmental official in coersion with inmates/prisoners and refusing to let me file charges by application while in jail nor up-to-date passport information on hold or bond by Pam Odell and Lt/Captain Gutwiller daily inmates torture me with inducement of bribe talking of an insurance card and daily talk of my family and children which I have many and how and who their with. And the defendant shall not watch plaintiff.
Signed,
Edward Earl Thomas
04/15/2009

Edward Earl Thomas 081023
208 S. Harrison
Saginaw, Michigan 48602

FROM INMATE AT THE
SAGINAW COUNTY JAIL

SAGINAW MI 486
17 APR 2009 PM 2 T

Judge Eldon E. Fallon
500 Poydras
New Orleans, LA
70130

USA 42