Supplemental Brief
Appeal the no to [illegible] / Correspondence letter

Motion to Change Venue

Case MDL 05-1657
and 06-3674

Dear Judge Eldon E. Fallon / Clerk (s)

cause of U.S. mailing defraud under the declaration in compliance 28 U.S.C. § 1746 — no certified mail is here for a date of deposit to state it was prepaid and hate crimes my mail is open and put under door even on door (outside). Over 30 mailings without any response from a judge asking for application for appointment of counsel financial affidavit and supplemental forms then U.S. personal protection office and third party application none yet. And talk daily on hurting my family and how their poisoned etc.

Signed,
Edward Earl Thomas
05-11-2009

Edward Earl Thomas 081623
208 S. Harrison
Saginaw Michigan
48602

SAGINAW MI 486
11 MAY 2009 PM 6 L

Judge Eldon E. Fallon
500 Poydras
New Orleans LA
70130

FROM INMATE AT THE
SAGINAW COUNTY JAIL

USA 42

U.S. MARSHALS

70130+1636