

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to all plaintiffs | * | |
| on attached Exhibits A, B, C & D | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

By Orders entered April 17, 2009 and April 30, 2009, the Court deferred until May 8, 2009 consideration of Defendant Merck & Co., Inc.'s First, Second, Third, Fourth, Fifth, and Sixth Motions, Rules and Incorporated Memoranda to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met (R. Docs. 18049, 18051, 18052, 18503, 18054, and 18058) as to those certain plaintiffs and tolling claimants. These deferred matters came on for hearing on May 8, 2009. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as to all plaintiffs and tolling claimants on the attached Exhibit A.

**IT IS FURTHER ORDERED** that the claims of all plaintiffs on the attached Exhibit B be and they hereby are dismissed with prejudice.

**IT IS FURTHER ORDERED** the claims of all claimants listed as "tolling claimants" on the attached Exhibit B be and they hereby are extinguished, and the Tolling Agreement (Notice filed in the MDL Court on June 9, 2005) is hereby voided as to those claimants.

**IT IS FURTHER ORDERED** that the motion is deferred as to all plaintiffs and tolling claimants on the attached Exhibit C until May 29, 2009, immediately following the monthly status conference scheduled for 9:00 a.m. The plaintiffs and tolling claimants on Exhibit C have until 6:00 p.m. Eastern time, May 26, 2009 to provide non-deficient enrollment materials. If the deficiencies are not cured by May 26, 2009 these claims will be dismissed with prejudice and/or any Tolling Agreement rights voided and extinguished, as applicable, on May 29.

**IT IS FURTHER ORDERED** that the claims of all derivative plaintiffs on the attached Exhibit D be and they hereby are dismissed with prejudice.

**NEW ORLEANS, LOUISIANA**, this  13th  day of   May  , 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

# Exhibit A
### (Motion Withdrawn)

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1. | 1094277 | Carey & Danis, LLC | Bogle, Thomas | | | Wagner, Robyn v. Merck & Co., Inc. | 2:05-cv-03138-EEF-DEK |
| 2. | 1095558 | Carey & Danis, LLC | Mcbride, Sandra | | | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK |
| 3. | 1100358 | Fears Nachawati Law Firm | Lewis, Josephine J. | | | Carter, Claudia v. Merck & Co., Inc. | 2:07-cv-00732-EEF-DEK |
| 4. | 1067432 | Freese & Goss, PLLC | Armstrong, Gracie Etta D. | R-30 | | Gheen, Sherry v. Merck & Co., Inc. | 2:07-cv-03179-EEF-DEK |
| 5. | 1067508 | Freese & Goss, PLLC | Dachs, Jeanette | R-30 | | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 6. | 1067598 | Freese & Goss, PLLC | Guillen, Josefina | R-37a | | Tolling Claimant | |
| 7. | 1067621 | Freese & Goss, PLLC | Hinex, Ricky | R-30 | | Tolling Claimant | |
| 8. | 1067636 | Freese & Goss, PLLC | Jakubowski, Louise S. | R-30 | Nelson, Nancy | Nelson, Nancy v. Merck & Co., Inc. | 2:08-cv-01821-EEF-DEK |
| 9. | 1067806 | Freese & Goss, PLLC | Santillan, Victor M. | | Santillian, Shirley | Choice, Helen v. Merck & Co., Inc. | 2:07-cv-06690-EEF-DEK |
| 10. | 1067821 | Freese & Goss, PLLC | Shklyar, Riva | R-30 | | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 11. | 1104394 | Gallagher Law Firm (TX) | Brown, Jean | | | Tolling Claimant | |
| 12. | 1104575 | Gallagher Law Firm (TX) | Kazik, Jennifer | R-30 | Kazik, Cheryl | Kazik, Jennifer v. Merck & Co., Inc. | 2:08-cv-00616-EEF-DEK |
| 13. | 1104575 | Gallagher Law Firm (TX) | Kazik, Jennifer | R-30 | | Kazik, Jennifer v. Merck & Co., Inc. | 2:08-cv-00616-EEF-DEK |
| 14. | 1104810 | Gallagher Law Firm (TX) | Washington, Artie | R-99a | | Washington, Artie v. Merck & Co., Inc. | 2:08-cv-00651-EEF-DEK |
| 15. | 1050925 | Lamb Firm, LLC, The | Haeussler-Anca, Carlos | | Rodriguez, Viola | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 16. | 1050972 | Lamb Firm, LLC, The | Lorenzo-Nieves, Felicita | | Mendez, Nilda | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 17. | 1050986 | Lamb Firm, LLC, The | Mari-Borrero, David E. | | Mari, Barbara | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 18. | 1051095 | Lamb Firm, LLC, The | Reyes-Garcia, Margarita | | Reyes-Reyes, Emerita | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 19. | 1051178 | Lamb Firm, LLC, The | Rodriguez-Soto, Esther | R-30 | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 20. | 1051176 | Lamb Firm, LLC, The | Salazar-Iglesias, Amparo | R-37j | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 21. | 1051238 | Lamb Firm, LLC, The | Vargas-Cuebas, German | | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |

| | | | **Exhibit A** | | | | |
| | | | (Motion Withdrawn) | | | | |
| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 22. | 1082662 | Matthews & Associates | Ortiz Munoz, Nicolasa | | | Ortiz, Idalia M. v. Merck & Co., Inc. | 2:05-cv-04591-EEF-DEK |
| 23. | 1105635 | Penton, Ronnie G., Law Offices of | Jones, Cleather | R-9 | | Tolling Claimant | |
| 24. | 1105632 | Penton, Ronnie G., Law Offices of | Trevathan, Rena R. | | | Tolling Claimant | |
| 25. | 1058870 | Pro Se | Mcclain, John Martin | | | McClain, John v. Merck & Co., Inc. | 2:06-cv-03657-EEF-DEK |
| 26. | 1056214 | Pro Se | Welke, Leroy Alfred | | | Tolling Claimant | |

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
|  | **Exhibit B** (Dismissal of Lawsuits; Extinguishment of Tolling Agreement) | | | | | | |
| 1. | 1090993 | Anderson, John H. | Mclaurin, Grace | R-15; R-16; R-99a | | Easterling, Doris v. Merck & Co., | 2:08-cv-00881-EEF-DEK |
| 2. | 1051825 | Branch Law Firm | Brooks, Alfred Thomas | R-37c | | Wheeler, Dorothy v. Merck & Co., Inc. | 2:07-cv-05251-EEF-DEK |
| 3. | 1052383 | Branch Law Firm | Gibson, Mary | R-37e | | Easley, Opal v. M v. Merck & Co., Inc. | 2:07-cv-03785-EEF-DEK |
| 4. | 1053923 | Branch Law Firm | Wilder, Ruth Marie | R-30 | | Cuthbert, Cheryl v. Merck & Co., | 2:08-cv-00859-EEF-DEK |
| 5. | 1075107 | Cellino & Barnes, P.C. | Bennett, Eleanor | R-37d | Bennett, Gregory | Bennett, Gregory A. v. Merck & Co., Inc. | 2:06-cv-08383-EEF-DEK |
| 6. | 1076041 | Cellino & Barnes, P.C. | Kline, Margaret A. | R-1; R-32 | | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK |
| 7. | 1076134 | Cellino & Barnes, P.C. | Lehmann, Mary | R-1; R-32 | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 8. | 1076190 | Cellino & Barnes, P.C. | Lunn, Patricia | | | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK |
| 9. | 1067466 | Freese & Goss, PLLC | Brooks, Bert W. | R-15 | | Dutlon, Betty v. Merck & Co., Inc. | 2:05-cv-02368-EEF-DEK |
| 10. | 1067527 | Freese & Goss, PLLC | Dixon, Johnny | R-32; R-99 | | Jackson, Johnny v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK |
| 11. | 1067610 | Freese & Goss, PLLC | Hanneman, Aldred | R-37i | Hannenman, Elaine | Durham v. Merck & Co., Inc. | 2:07-cv-09196-EEF-DEK |
| 12. | 1104343 | Gallagher Law Firm (TX) | Adams, Nona | R-1; R-32 | | Adams, Nona v. Merck & Company, Inc. | 2:08-cv-00583-EEF-DEK |
| 13. | 1104622 | Gallagher Law Firm (TX) | Martinez, Rebecca | R-1; R-32; R-99a | | Anderson Felstet, Flora v. Merck & Co., Inc. | 2:07-cv-03742-EEF-DEK |
| 14. | 1104696 | Gallagher Law Firm (TX) | Prather, Donna | R-15 | | Tolling Claimant | |
| 15. | 1024895 | Johnson, Charles H. & Associates | Bruce, Herbert B. | R-15 | | Tolling Claimant | |
| 16. | 1024923 | Johnson, Charles H. & Associates | Erickson, Sidney J. | R-15 | | Tolling Claimant | |
| 17. | 1083565 | Matthews & Associates | Medina Perez, Angela | R-37j | | Cabrera, Antonia Acosta v. Merck & Co., Inc. | 2:05-cv-04589-EEF-DEK |
| 18. | 1084210 | Matthews & Associates | Nolan, Anna L. | R-15; R-29 | | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| 19. | 1084123 | Matthews & Associates | Pagan Garcia, Nelly | R-15 | | Padilla, Rosa M Acosta v. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK |
| 20. | 1083515 | Matthews & Associates | Sanders, Ora P. | R-1; R-30; R-32 | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |

| | | | **Exhibit B** <br> (Dismissal of Lawsuits; Extinguishment of Tolling Agreement) | | | | |
|---|---|---|---|---|---|---|---|
| | **VCN** | **Primary Counsel** | **Claimant Name** | **Current Deficiencies** | **Derivative Claimant Name** | **Case Caption** | **Docket Number** |
| 21. | 1083686 | Matthews & Associates | Simmons-Trepagnier, Vivian | R-15 | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 22. | 1083432 | Matthews & Associates | Velez Rios, Miguel | R-30 | | Velez, Ruben M. v. Merck & Co., Inc. | 2:05-cv-04590-EEF-DEK |

| | | Exhibit C (Defer until 5/29/09) | | | | | |
|---|---|---|---|---|---|---|---|
| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
| 1. | 1096555 | Carey & Danis, LLC | Williams, Dorothy M. | R-37d | | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK |
| 2. | 1119207 | Christoff, William Z., Attorney at Law | Kerr, Sr., Kenneth K. | R-33b | | Kerr, Sr., Kenneth K. v. Merck & Co., Inc. | 2:06-cv-11113-EEF-DEK |
| 3. | 1104418 | Gallagher Law Firm (TX) | Caparino, Milbrun | R-30 | | Tolling Claimant | |
| 4. | 1104463 | Gallagher Law Firm (TX) | Dougherity, Norma | R-30 | | Tolling Claimant | |
| 5. | 1104596 | Gallagher Law Firm (TX) | Johnson, Charleszetta | R-37d | | Tolling Claimant | |
| 6. | 1110628 | Howard & Reed | Morris, Lillian | R-30 | | Adams, Dorothy v. Merck & Co., | 2:05-cv-04430-EEF-DEK |
| 7. | 1050907 | Lamb Firm, LLC, The | Gonzalez-Arias, Rafael | R-30 | | Arias, Rafael G. v. Merck & Co., Inc. | 2:05-cv-00529-EEF-DEK |
| 8. | 1050998 | Lamb Firm, LLC, The | Matos-Gomez, Cruz | R-30 | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 9. | 1051016 | Lamb Firm, LLC, The | Millan-Gutierrez, Luz D. | R-30 | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 10. | 1051024 | Lamb Firm, LLC, The | Morales-Gonzalez, Antonio | R-37a | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 11. | 1051039 | Lamb Firm, LLC, The | Orama-Rovira, Juan E. | R-30; R-7 | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 12. | 1051044 | Lamb Firm, LLC, The | Ortiz, Lydia M. | R-30 | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 13. | 1051184 | Lamb Firm, LLC, The | Sanchez-Torres, Carmen C. | R-30 | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 14. | 1051233 | Lamb Firm, LLC, The | Trinidad-Fernandez, Hermenegilda | R-30 | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 15. | 1051243 | Lamb Firm, LLC, The | Vazquez-Vazquez, Concepcion | | Vasquez-Vasquez, Marina | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 16. | 1051254 | Lamb Firm, LLC, The | Villegas-Rodriguez, Francisca | R-30 | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 17. | 1051259 | Lamb Firm, LLC, The | Zayas-Zayas, Bernabela | | Quintana-Zayas, Jose | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 18. | 1001053 | Pro Se | Poole, Louise | R-15; R-22 | Burr, Brenda | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |

| | | | **Exhibit D** (Dismissal of Derivative Claim Only; Extinguishment of Derivative Tolling Agreement Only) | | | | |
|---|---|---|---|---|---|---|---|
| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
| 1. | 1050936 | Lamb Firm, LLC, The | Hidalgo, Juanita | R-7 | Puig-Hildalgo, Angel | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 2. | 1050936 | Lamb Firm, LLC, The | Hidalgo, Juanita | R-7 | Puig-Hildalgo, Ivan | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 3. | 1050936 | Lamb Firm, LLC, The | Hidalgo, Juanita | R-7 | Puig-Hildalgo, Omar | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 4. | 1051039 | Lamb Firm, LLC, The | Orama-Rovira, Juan E. | R-30; R-7 | Roena-Martinez, Laura | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |