# Michael Williams

**To:** Bill Atkinson
**Subject:** Bennett, Eleanor (VCN 1075107)
**Attachments:** Bennett.Eleanor.Gary PoA Signature.pdf

Bill, attached is the release page per my prior e-mail. The original in a complete release packet, including a copy of Gregory Bennet's previously submitted signed release, is being sent by overnight mail. Please advise if anything further is required to resolve this deficiency.
Thanks,
Mike

Michael J. Williams, Esq.
Cellino & Barnes, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202
1-800-483-2050
michael.williams@cellinoandbarnes.com

5/6/2009

## Michael Williams

**To:** Bill Atkinson; Brian Goldstein
**Subject:** RE: V2035 Forms Missing Documentation - Eleanor Bennett (VCN 1075107) - Cellino & Barnes, P.C.

Bill, this was inadvertently submitted with Gary's signature on a derivative release page rather than a primary claimant release page. Our investigator obtained Gary's signature on a primary claimant release page this morning and he is expected back in the office shortly. I will e-mail a copy and send the original by overnight mail.

If needed to create a unified release document with both signatures, permission is given to attach Gary's release page to the release signed by Gregory in order to resolve this joint power of attorney issue.
Thanks,
Mike

---

**From:** Bill Atkinson [mailto:WAtkinson@browngreer.com]
**Sent:** Wednesday, May 06, 2009 12:41 PM
**To:** Michael Williams; Brian Goldstein
**Subject:** V2035 Forms Missing Documentation - Eleanor Bennett (VCN 1075107) - Cellino & Barnes, P.C.

This e-mail is in follow up to some V2035 Forms submitted by your firm. For each claim below, the Forms were submitted, but you did not include some documentation requested in CAP 2008-8 for Incompetent and Minor Claimants and Derivative Claimants, and Merck did not accept the V2035 as it was submitted for each Claimant. Please see below for what is requested under CAP 2008-8 and send this as soon as possible.

1075107 - Bennett, Eleanor - the Power of Attorney instrument you submitted lists two representatives (Gary and Gregory Bennett); however, we only have the signature of one (Gregory Bennett) on the Release. We also need the signature of Gary Bennett on the Release. Please submit a complete Release with the signature of Gary Bennett on the Releasor page.

**Please respond with the requested information and materials as soon as possible.** Please let me know if you have any questions.

Thank you.

**William Atkinson**
**BROWNGREER PLC**
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Telephone: (804) 521-7209
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

5/6/2009