UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAY 20  PM 4:51

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**This document relates to:   09-48, Buford v. Merck & Co., Inc.**

### ORDER

The Court is in receipt of the attached "Notice of Commercial Dishonor and Arbitrary Action of Government" from Vioxx plaintiff George Willie Buford.  IT IS ORDERED that the correspondence shall be entered into the record for informational purposes.  To the extent that the correspondence can be interpreted as a motion, IT IS ORDERED that the motion is DENIED.  Mr. Buford is not, as he asserts, a member of a class in this proceeding.  Like all other cases currently pending in this MDL proceeding, Mr. Buford's case is subject to the requirements set forth in the pre-trial orders entered by this Court, including Pre-Trial Order No. 29.

New Orleans, Louisiana, this 20th day of May, 2009.

UNITED STATES DISTRICT JUDGE

1

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____