# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Marie Allen, et al. v. Merck & Co., Inc., 06-2220* (only as to plaintiff Doris Marisco [Maresico]); and, | * | KNOWLES |
| | * | |
| *Karen Rivere v. Merck & Co., Inc., 05-3716* | * | |
| | * | |

*************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Fifth Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 17653, came on for hearing on the 5th day of March, 2009. At that time, the motion was deferred for 60 days as to plaintiffs Doris Marisco and Karen Rivere. The motion came on for hearing on the 21st day of May, 2009. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that all claims of plaintiffs Doris Marisco and Karen Rivere be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 28.

**NEW ORLEANS, LOUISIANA,** this  21st  day of      May      , 2009.

_____
DISTRICT JUDGE

977787v.1