UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All plaintiffs on attached Exhibit A* | * | KNOWLES |
| | * | |

*************************************************************************

### ORDER

The matters deferred from Defendant Merck & Co., Inc.'s Sixth Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With the *Lone Pine* Requirements of Pre-Trial Order 28, R. Doc. 17840, came on for hearing on the 21st day of May, 2009. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that the motion is deferred until June 10, 2009 at 9:00 a.m. as to all plaintiffs listed in the attached **Exhibit A.**

**IT IS FURTHER ORDERED** that:

- By no later than June 5, 2009, plaintiffs on the attached Exhibit A shall contact the Pro Se Curator and notify the Curator as to whether or not they intend to pursue their claims;

- If plaintiffs notify the Curator of their intention to proceed with their claims, they shall also, no later than June 17, 2009, either (a) file a Notice with the Court advising the Court of the name and address of the attorney who will represent them in the action and have counsel enter an

977802v.1

appearance or (b) if they intend to proceed *pro se*, serve all materials required by PTO 29, including a case-specific expert report; and

- Failure to notify the Curator as noted above by June 5, 2009, or, if plaintiffs notify the Curator of their intent to proceed with the claims, subsequent failure to notify the Court of the name and address of the attorney who will be representing the plaintiff or, if proceeding *pro se*, failure to comply with PTO 29 shall constitute grounds for dismissal of the claim.

**NEW ORLEANS, LOUISIANA,** this 21st day of May, 2009.

_____
DISTRICT JUDGE

# Exhibit A -- Deferred Until June 10, 2009

|   | Docket Number | Case Name | Plaintiff Name |
|---|---|---|---|
| 1 | 2:06-cv-01920-EEF-DEK | Allen, Richard W., Jr. v. Merck & Co., Inc. | Allen, Sr., Richard |
| 2 | 2:06-cv-01901-EEF-DEK | Butcher, Lawrence K. v. Merck & Co., Inc. | Butcher, Lawrence |
| 3 | 2:06-cv-00782-EEF-DEK | Rakes, Delbert v. Merck & Co., Inc. | Rakes, Delbert |
| 4 | 2:06-cv-00779-EEF-DEK | Ward, Carolyn A. v. Merck & Co., Inc. | Ward, Carolyn |

977807v.1