**Joseph R. Alexander, Jr., SBN 00995150**
**Richard Warren Mithoff, SBN 14228500**
**MITHOFF LAW FIRM**
**Penthouse, One Allen Center**
**500 Dallas, Suite 3450**
**Houston, Texas 77002**
**(713) 654-1122; Fax (713) 739-8085**
**email: jalexander@mithofflaw.com; cliebergot@mithofflaw.com**
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | § CIVIL ACTION<br>§<br>§ NO. 2:05-MD-01657-EEF-DEK<br>§<br>§ SECTION L<br>§ JUDGE ELDON E. FALLON<br>§<br>§ DIVISION 3<br>§ MAGISTRATE DANIEL E. KNOWLES III<br>§ |
| **This document relates to ALL CASES** | |

### NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES

1. Mithoff Law Firm, consistent with this Court's Order of April 16, 2009 (Rec. Doc. 18264), files this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses.

2. Mithoff Law Firm agrees with the two percent Common benefit fees and reimbursement of expenses initially agreed to by the parties involved.

Respectfully submitted,

MITHOFF LAW FIRM

*/s/ Joseph R. Alexander, Jr.*
RICHARD WARREN MITHOFF
State Bar No. 14228500
S.D. Tex. Bar No.  2101
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No.  1368
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)
**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(b), and that the foregoing was electronically field with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on May 22, 2009.

*/s/ Joseph R. Alexander, Jr.*
JOSEPH R. ALEXANDER, JR.