UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibits A & B* | * | KNOWLES |
| | * | |
| | * | |
| | * | |

**********************************************************************

**ORDER**

Defendant Merck & Co., Inc.'s Third Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With Requirements of PTO 29 (R. Doc. 17639) came on for hearing on the 5th day of March, 2009.  At that time, the motion was deferred for 60 days as to plaintiffs on the attached Exhibits A and B.  The motion came on for hearing as to these plaintiffs on the 21st day of May, 2009.  For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that motion is deferred for 60 days as to the plaintiff on the attached Exhibit A.

**IT IS FURTHER ORDERED** that the all claims of the plaintiffs on Exhibit B be and they hereby are dismissed with prejudice for failure of the plaintiffs to comply with Pre-Trial Order 29.

977790v.1

**NEW ORLEANS, LOUISIANA**, this 21st day of          May         , 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

## **EXHIBIT A -- DEFERRED FOR 60 DAYS**

| Counsel: | Pertaining to: | Case Name: | Docket Number |
|---|---|---|---|
| Bergman and Frockt | Purcell, Angela | Cunningham, Lisa v. Merck & Co., Inc. | 2:08-cv-04400-EEF-DEK |

977795v.1

## EXHIBIT B -- DISMISSED WITH PREJUDICE

| Counsel: | Pertaining to: | Case Name: | Docket Number |
| --- | --- | --- | --- |
| Weitz and Luxenberg PC | Gifford, Ralph | Gifford, Ralph v. Merck & Co., Inc. | 2:07-cv-09805-EEF-DEK |
| Weitz and Luxenberg PC | Johnson, Sandra | Johnson, Sandra v. Merck & Co., Inc. | 2:07-cv-09803-EEF-DEK |
| Weitz and Luxenberg PC | Mullins, Sylvia | Mullins, Sylvia v. Merck & Co., Inc. | 2:07-cv-09808-EEF-DEK |
| Weitz and Luxenberg PC | Parks El, Reginald | Parks El, Reginald v. Merck & Co., Inc. | 2:07-cv-09804-EEF-DEK |
| Weitz and Luxenberg PC | Stilley, Gladys | Stilley, Gladys v. Merck & Co., Inc. | 2:07-cv-09807-EEF-DEK |

977797v.1