## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on attached Exhibits A, B, C & D | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

*************************************************************************

## <u>ORDER</u>

Defendant Merck & Co., Inc.'s Seventh Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Requirements of Pre-Trial Order 28 came on for hearing on the 21st day of May, 2009.  For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that claims of all plaintiffs on Exhibit A be and they hereby are dismissed with prejudice for failure of the plaintiffs to comply with Pre-Trial Order 28.

**IT IS FURTHER ORDERED** that the claims of all plaintiffs on Exhibit B be and they hereby are dismissed with prejudice for failure of the plaintiffs to comply with Pre-Trial Order 28.

**IT IS FURTHER ORDERED** that the motion is deferred until June 10, 2009 at 9:00 a.m. as to all plaintiffs on Exhibit C.

**IT IS FURTHER ORDERED** that the motion is withdrawn without prejudice to the right of Merck to re-urge as to the plaintiff on Exhibit D.

NEW ORLEANS, LOUISIANA, this  21st  day of          May         , 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

*Exhibit A to Judgment on Lone Pine No. 7*
*(Dismissals With Prejudice)*

|  | **Counsel** | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|---|---|---|---|---|---|
| 1. | Anderson, John H. | Fortenberry | Annette | Graham, Cassie v. Merck & Co., Inc. | 2:08-cv-00879-EEF-DEK |
| 2. | Andrews & Thornton | Freeman | Barbara | Freeman, Barbara v. Merck & Co., Inc. | 2:05-cv-04250-EEF-DEK |
| 3. | Bartimus, Frickleton, Robertson & Gorny | Occhipinto | Louisa | Occhipinto, Louisa v. Merck & Co., Inc. | 2:05-cv-05364-EEF-DEK |
| 4. | Bennett & Albright, P.A. | Mass (Maas) | Peter | Golder, Sandra v. Merck & Co., Inc. | 2:07-cv-06434-EEF-DEK |
| 5. | Branch Law Firm | Cole | Fred | Aleamoni, Nancy v. Merck & Co., Inc. | 2:06-cv-06438-EEF-DEK |
| 6. | Brown & Crouppen, PC | Ventura | Corinne | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| 7. | Carey & Danis, LLC | Dorrell Rudd [Dorrell] | Stacy | Horn, Dennis v. Merck & Co., Inc. | 2:06-cv-03367-EEF-DEK |
| 8. | Carey & Danis, LLC | Hubbard | Kimberly | Scott, Jeff v. Merck & Co., Inc. | 2:07-cv-02933-EEF-DEK |
| 9. | Carey & Danis, LLC | Lewis | Jacquline | Adams, Eva Lucille v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 10. | Carey & Danis, LLC | Whittington | Ethel | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK |
| 11. | D'Amico, Frank J., Jr., APLC | Torres | Olga | Anderson, Harold v. Merck & Co., Inc. | 2:05-cv-04428-EEF-DEK |
| 12. | Dougherty, Hildre & Haklar | Martinez | Joseph | Martinez, Laura v. Merck & Co., Inc. | 2:05-cv-05279-EEF-DEK |

|  | Counsel | Last Name | First Name | Case Caption | Docket # |
|---|---|---|---|---|---|
| 13. | Driggs Bills & Day PC | Hilliar | Tom | Allred, Terry v. Merck & Co., Inc. | 2:06-cv-04050-EEF-DEK |
| 14. | Fears Nachawati Law Firm | Monroe | Weslyn | Carter, Claudia v. Merck & Co., Inc. | 2:07-cv-00732-EEF-DEK |
| 15. | Feinberg & Silva | Pierson | Robert | Pierson, Robert E. v. Merck & Co., Inc. | 2:05-cv-02953-EEF-DEK |
| 16. | Fichera & Miller | Prado | Carmen | Gomez, Gabriel v. Merck & Co., Inc. | 2:05-cv-01003-EEF-DEK |
| 17. | Fitzhugh, Edward O., Law Office of | Amarillas | Mary | Amarillas, Mary Lou v. Merck & Co., Inc. | 2:06-cv-10088-EEF-DEK |
| 18. | Gancedo & Nieves LLP | Duncan | Lewis | Eggleston, Marilyn v. Merck & Co., Inc. | 2:06-cv-07084-EEF-DEK |
| 19. | Griffin & Associates | Bee | Willie | Bee, Willie v. Merck & Co., Inc. | 2:05-cv-06754-EEF-DEK |
| 20. | Griffin & Associates | Bee | Kay | Bee, Kay v. Merck & Co., Inc. | 2:06-cv-02700-EEF-DEK |
| 21. | Griffin & Associates | Bland | Elizabeth | Bland, Elizabeth v. Merck & Co., Inc. | 2:06-cv-02696-EEF-DEK |
| 22. | Griffin & Associates | Green | Tekonsha [Tekonsa] | Green, Tekonsa v. Merck & Co., Inc. | 2:05-cv-06752-EEF-DEK |
| 23. | Griffin & Associates | Hall | Annie | Hall, Annie v. Merck & Co., Inc. | 2:06-cv-02697-EEF-DEK |
| 24. | Griffin & Associates | Hickman | Nevary | Hickman, Nevary v. Merck & Co., Inc. | 2:06-cv-00318-EEF-DEK |
| 25. | Griffin & Associates | James | Lionel | James, Lionel v. Merck & Co., Inc. | 2:05-cv-06751-EEF-DEK |

|  | Counsel | Last Name | First Name | Case Caption | Docket # |
|---|---|---|---|---|---|
| 26. | Griffin & Associates | Matthews | Lee | Matthews, Lee B. v. Merck & Co., Inc. | 2:05-cv-01547-EEF-DEK |
| 27. | Griffin & Associates | Meeks | Charlene | Meeks, Charlene v. Merck & Co., Inc. | 2:05-cv-06753-EEF-DEK |
| 28. | Griffin & Associates | Moore | Elmire [Elmira] | Moore, Elmira v. Merck & Co., Inc. | 2:06-cv-02702-EEF-DEK |
| 29. | Griffin & Associates | Parris [Paris] | Carlone | Paris, Carlone v. Merck & Co., Inc. | 2:05-cv-06750-EEF-DEK |
| 30. | Griffin & Associates | Perry | Syetha | Perry, Syetha v. Merck & Co., Inc. | 2:06-cv-02237-EEF-DEK |
| 31. | Griffin & Associates | Roberts | Rose | Roberts, Rose v. Merck & Co., Inc. | 2:06-cv-00317-EEF-DEK |
| 32. | Griffin & Associates | Sparks | Lorene | Sparks, Lorene v. Merck & Co., Inc. | 2:05-cv-04838-EEF-DEK |
| 33. | Hill, Dianne, Attorney at Law | Britton | Nealy | Britton, Nealy J. v. Merck & Co., Inc. | 2:05-cv-06169-EEF-DEK |
| 34. | Hingle, Michael and Associates | Jones | Yolanda | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459-EEF-DEK |
| 35. | Hingle, Michael and Associates | Loverde | Eugenia | Bailey, Lois v. Merck & Co., Inc. | 2:05-cv-06904-EEF-DEK |
| 36. | Hingle, Michael and Associates | Sparks | Pearl | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK |
| 37. | Hingle, Michael and Associates | Stevenson | Saralyn | Bailey, Lois v. Merck & Co., Inc. | 2:05-cv-06904-EEF-DEK |
| 38. | Hingle, Michael and Associates | Thomas | Pamela | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK |

|  | Counsel | Last Name | First Name | Case Caption | Docket # |
|---|---|---|---|---|---|
| 39. | Jackson & Tucker, P. C. | Harvey | Carol | Harvey, Carol K. v. Merck & Co., Inc. | 2:06-cv-06584-EEF-DEK |
| 40. | Jones, Jeffrey W., PLLC, Attorney at Law | Harney | Christine | Harney, Christine v. Merck & Co., Inc. | 2:05-cv-06145-EEF-DEK |
| 41. | Jones, Swanson, Huddell & Garrison, L.L.C. | ABRAMS | CLARENCE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 42. | Jones, Swanson, Huddell & Garrison, L.L.C. | BAKER | TYWANNA | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 43. | Jones, Swanson, Huddell & Garrison, L.L.C. | BAKER | CHEABERT | Abrams, Clarence v. Merck & Co., Inc. (LA2) | 2:05-cv-04434-EEF-DEK |
| 44. | Jones, Swanson, Huddell & Garrison, L.L.C. | BELL | ANN MARIE | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 45. | Jones, Swanson, Huddell & Garrison, L.L.C. | BLANCHARD | LINDA | Abrams, Clarence v. Merck & Co., Inc. (LA2) | 2:05-cv-04434-EEF-DEK |
| 46. | Jones, Swanson, Huddell & Garrison, L.L.C. | BLANTON | DAVID | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 47. | Jones, Swanson, Huddell & Garrison, L.L.C. | BOURGEOIS | VERONICA | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 48. | Jones, Swanson, Huddell & Garrison, L.L.C. | CLENNON, DECEASED, C/O GRACE CLENNON | ELVINA | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 49. | Jones, Swanson, Huddell & Garrison, L.L.C. | DABNEY | GLORIA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 50. | Jones, Swanson, Huddell & Garrison, L.L.C. | DESPENZA, DECEASED, C/O STEPHANIE YOUNG | SYLVESTER | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 51. | Jones, Swanson, Huddell & Garrison, L.L.C. | DORSEY | KIRBY | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |

|  | Counsel | Last Name | First Name | Case Caption | Docket # |
|---|---|---|---|---|---|
| 52. | Jones, Swanson, Huddell & Garrison, L.L.C. | DUFFIE, SR., DECEASED, C/O KATINA DUFFIE | JOE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 53. | Jones, Swanson, Huddell & Garrison, L.L.C. | GABBARD, DECEASED | BIRDIE CATHERINE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 54. | Jones, Swanson, Huddell & Garrison, L.L.C. | GREEN, DECEASED, C/O CYNTHIA TAYLOR-GREEN | LESLIE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 55. | Jones, Swanson, Huddell & Garrison, L.L.C. | ISAACS | GERALD | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 56. | Jones, Swanson, Huddell & Garrison, L.L.C. | JOHNSON, JR., DECEASED, C/O ANNIE JOHNSON | AVIE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 57. | Jones, Swanson, Huddell & Garrison, L.L.C. | JOHNSON | MARY LEE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 58. | Jones, Swanson, Huddell & Garrison, L.L.C. | JOHNSON | MARY LEE | Abrams, Clarence v. Merck & Co., Inc.(LA2) | 2:05-cv-04434-EEF-DEK |
| 59. | Jones, Swanson, Huddell & Garrison, L.L.C. | LAZURE | IDA | Abrams, Clarence v. Merck & Co., Inc. (LA2) | 2:05-cv-04434-EEF-DEK |
| 60. | Jones, Swanson, Huddell & Garrison, L.L.C. | MARSE | BETTY | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 61. | Jones, Swanson, Huddell & Garrison, L.L.C. | MCCRAINE | JELONDA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |
| 62. | Jones, Swanson, Huddell & Garrison, L.L.C. | NAQUIN, DECEASED, C/O ELIZABETH BILLIOT | ELDA ANNIE | Abrams, Clarence v. Merck & Co., Inc. (LA2) | 2:05-cv-04434-EEF-DEK |
| 63. | Jones, Swanson, Huddell & Garrison, L.L.C. | SMITH | FRANKIE | Abrams, Clarence v. Merck & Co., Inc.(LA2) | 2:05-cv-04434-EEF-DEK |
| 64. | Jones, Swanson, Huddell & Garrison, L.L.C. | TROSCLAIR | FELICIA | Allen, Donna v. Merck & Co., Inc. | 2:05-cv-04435-EEF-DEK |

|     | Counsel | Last Name | First Name | Case Caption | Docket # |
|-----|---------|-----------|------------|--------------|----------|
| 65. | Jones, Swanson, Huddell & Garrison, L.L.C. | VERNON, DECEASED | MAGGIE | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-05204-EEF-DEK |
| 66. | Kelley & Ferraro, LLP | Burge | Barb | Burge, Barb v. Merck & Co., Inc. | 2:06-cv-06136-EEF-DEK |
| 67. | Kelley & Ferraro, LLP | Sanko | William | Sanko, William v. Merck & Co., Inc. | 2:05-cv-03587-EEF-DEK |
| 68. | Kelley & Ferraro, LLP | Tillery | Claude | Tillery, Claude v. Merck & Co., Inc. | 2:05-cv-03596-EEF-DEK |
| 69. | Lamb Firm, LLC, The | Martinez-Velazquez | Nilda | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 70. | Masters Law Firm, LC | Jividen | Jane | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 71. | McAfee Law Firm, P.C. | Canter | Deloris | Booher, Bonnie v. Merck & Co., Inc. | 2:05-cv-02385-EEF-DEK |
| 72. | Miller Firm, LLC, The (PA) | Cline | Bobbie | Godfrey, Charles E. v. Merck & Co., Inc. | 2:06-cv-09712-EEF-DEK |
| 73. | Murray Law Firm 1 | JAQUES | JOSEPH | Jaques, Virginia L. v. Merck & Co., Inc. | 2:05-cv-03780-EEF-DEK |
| 74. | Pro Se | Amaya | Estella | Amaya, Estella v. Merck & Co., Inc. | 2:06-cv-00571-EEF-DEK |
| 75. | Pro Se | Appenzeller | Peter | Appenzeller, Peter v. Merck & Co., Inc. | 2:06-cv-08317-EEF-DEK |
| 76. | Pro Se | Ballew | Barbara | Connors, Kelly A. v. Merck & Co., Inc. | 2:05-cv-03387-EEF-DEK |
| 77. | Pro Se | Bannister | Clarence | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEF-DEK |

|     | **Counsel** | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
| --- | --- | --- | --- | --- | --- |
| 78. | Pro Se | Barrow | Verdell | Barrow, Edward L. v. Merck & Co., Inc. | 2:05-cv-02913-EEF-DEK |
| 79. | Pro Se | Berkley | Author [Author Andrew Ernest] | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 80. | Pro Se | Bonnet | Naomi | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 81. | Pro Se | Briggs | Gerald | Barrell, Patricia v. Merck & Co., Inc. | 2:06-cv-10175-EEF-DEK |
| 82. | Pro Se | Chastain | Tom | Barrell, Patricia v. Merck & Co., Inc. | 2:06-cv-10175-EEF-DEK |
| 83. | Pro Se | De Los Reyes | Roxanne | De Los Reyes, Roxanne v. Merck & Co., Inc. | 2:05-cv-06710-EEF-DEK |
| 84. | Pro Se | Flournoy [Flourney] | Frances | Perry, Eugene v. Merck & Co., Inc. | 2:06-cv-03140-EEF-DEK |
| 85. | Pro Se | Gamble | Janet | Bails, Mary A. v. Merck & Co., Inc. | 2:05-cv-02319-EEF-DEK |
| 86. | Pro Se | Grant | Collins | Grant, James M. v. Merck & Co., Inc. | 2:06-cv-00994-EEF-DEK |
| 87. | Pro Se | Guidry | Susan | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| 88. | Pro Se | Guzman | Beatriz | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 89. | Pro Se | Hughes | Tiffany | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| 90. | Pro Se | Jackson | Gloria | Jackson, Gloria v. Merck & Co., Inc. | 2:05-cv-05124-EEF-DEK |

|  | **Counsel** | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|---|---|---|---|---|---|
| 91. | Pro Se | Lasky | Jeannette | Lasky, Jeanette v. Merck & Co., Inc. | 2:06-cv-02086-EEF-DEK |
| 92. | Pro Se | Melton | Dorothy | Grove, Sherrill v. Merck & Co., Inc. | 2:06-cv-10160-EEF-DEK |
| 93. | Pro Se | Onishea | Lydia | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 94. | Pro Se | Pena | Ludivina | Pena, Ludivina v. Merck & Co., Inc. | 2:07-cv-02126-EEF-DEK |
| 95. | Pro Se | Reitzell | Jessie | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| 96. | Pro Se | Saucer | Roy | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 97. | Pro Se | Segall | Shirley | Segall, Shirley v. Merck & Co., Inc. | 2:07-cv-08070-EEF-DEK |
| 98. | Pro Se | Shoultz | Judith | Myatt, Bobby W. v. Merck & Co., Inc. | 2:06-cv-10158-EEF-DEK |
| 99. | Pro Se | Simpson | Richard | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 100. | Pro Se | Street | John | Street, John v. Merck & Co., Inc. | 2:06-cv-11076-EEF-DEK |
| 101. | Pro Se | Valencia-Bernal | Susana | Valencia Bernal, Susana v. Merck & Co., Inc. | 2:07-cv-01049-EEF-DEK |
| 102. | Pro Se | Wellbrock | Doris | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 103. | Pro Se | Wells | Beverly | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |

|      | Counsel | Last Name | First Name | Case Caption | Docket # |
|------|---------|-----------|------------|--------------|----------|
| 104. | Pro Se | Welsh | Donald | Bradford, Annie v. Merck & Co., Inc. | 2:05-cv-02328-EEF-DEK |
| 105. | Pro Se | Wilson | Gregory | Wilson, Gregory L. v. Merck & Co., Inc. | 2:06-cv-02683-EEF-DEK |
| 106. | Rice & Sanes | Valenti | Dominick | Valenti, Dominick v. Merck & Co., Inc. | 2:06-cv-10300-EEF-DEK |
| 107. | Shelton & Associates, P.A. | Thompson | Herron | Thompson, Herron v. Merck & Co., Inc | 2:07-cv-09611-EEF-DEK |
| 108. | Simon Passanante PC | Lewis | Deborah | Lewis, Deborah A. v. Merck & Co., Inc. | 2:06-cv-00143-EEF-DEK |
| 109. | Simon Passanante PC | Zornada [Del Zornada] | Victor | Del Zornada, Victor v. Merck & Co., Inc. | 2:06-cv-00138-EEF-DEK |
| 110. | Singleton Law Firm | Black | Annie | Franklin Spates, Joyce v. Merck & Co., Inc. | 2:06-cv-02662-EEF-DEK |
| 111. | Singleton Law Firm | Butler [Butler Thumb] | Beatrice | Franklin Spates, Joyce v. Merck & Co., Inc. | 2:06-cv-02662-EEF-DEK |
| 112. | Wiggins, Childs, Quinn & Pantazis, LLC | Ero | Morgan | Edwards, Thelma v. Merck & Co., Inc. | 2:07-cv-04001-EEF-DEK |

*Exhibit B to Judgment on 7th Lone Pine*
*(Dismissals Without Prejudice)*

|  | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|---|---|---|---|---|
| 1. | Anderson | Lea | Anderson, Joseph v. Merck & Co., Inc. | 2:05-cv-06843-EEF-DEK |
| 2. | Armstrong | Elizabeth | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 3. | Baker | Norma | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 4. | Brown | Charles [Thomas] | Anderson, Paul v. Merck & Co., Inc. | 2:06-cv-01193-EEF-DEK |
| 5. | Bufkin | Olivia | Fuller, Willis v. Merck & Co., Inc. | 2:06-cv-03138-EEF-DEK |
| 6. | Calloway | Earl | Calloway, Joyce v. Merck & Co., Inc. | 2:06-cv-09335-EEF-DEK |
| 7. | Celestin | Diann | Watson, Polly v. Merck & Co., Inc. | 2:05-cv-04319-EEF-DEK |
| 8. | Dreher | Thomas | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 9. | Eatmon | Stephanie | Eatmon, Stephanie v. Merck & Co., Inc. | 2:06-cv-03860-EEF-DEK |
| 10. | Flunder [Jones] | Arabella | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 11. | Graham | Lonnie | Graham, Maria v. Merck & Co., Inc. | 2:07-cv-02068-EEF-DEK |
| 12. | Hanson | Pam | Hanson, Pam v. Merck & Co., Inc. | 2:05-cv-02350-EEF-DEK |

|     | **Last Name**    | **First Name** | **Case Caption**                          | **Docket #**              |
|-----|------------------|----------------|-------------------------------------------|---------------------------|
| 13. | Hervey           | George         | Bell, Myrtle L. v. Merck & Co., Inc.      | 2:05-cv-00546-EEF-DEK     |
| 14. | Jackson          | David          | Jackson, David Jr. v. Merck & Co., Inc.   | 2:06-cv-02822-EEF-DEK     |
| 15. | Johnson          | Glenda         | Allen, William E. v. Merck & Co., Inc.    | 2:05-cv-04421-EEF-DEK     |
| 16. | Julian [Julien]  | Leroy          | Allen, William E. v. Merck & Co., Inc.    | 2:05-cv-04421-EEF-DEK     |
| 17. | Knowles          | Myrtle         | Knowles, Myrtle v. Merck & Co., Inc.      | 2:07-cv-05695-EEF-DEK     |
| 18. | Norris [Noris]   | Erwin          | Garry, Robert L. v. Merck & Co., Inc.     | 2:06-cv-10155-EEF-DEK     |
| 19. | Roderick         | Janet          | Roderick, Janet D. v. Merck & Co., Inc.   | 2:05-cv-06573-EEF-DEK     |
| 20. | Royston          | Trina          | Bell, Myrtle L. v. Merck & Co., Inc.      | 2:05-cv-00546-EEF-DEK     |
| 21. | Sullivan         | Ruth           | Allen, William E. v. Merck & Co., Inc.    | 2:05-cv-04421-EEF-DEK     |
| 22. | Wilson           | Margaret       | Bails, Mary A. v. Merck & Co., Inc.       | 2:05-cv-02319-EEF-DEK     |

*Exhibit C to Judgment on Lone Pine No. 7*
*(Deferred Until June 10, 2009)*

|   | Counsel | Last Name | First Name | Case Caption | Docket # |
|---|---|---|---|---|---|
| 1. | Cellino & Barnes, P.C. | Arnold | Leonard | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 2. | Cellino & Barnes, P.C. | Dickerman | Brenda | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 3. | Cellino & Barnes, P.C. | Harris | Darlene | Blackmon, Syrrita v. Merck & Co., Inc. | 2:06-cv-01210-EEF-DEK |
| 4. | Cellino & Barnes, P.C. | Holt | Catherine | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 5. | Cellino & Barnes, P.C. | Nelson | James | Anderson, Geraldine v. Merck & Co., Inc. | 2:07-cv-03631-EEF-DEK |
| 6. | Cellino & Barnes, P.C. | Rhoades [Rhodes] | Dawn | Davis, Catherine v. Merck & Co., Inc. | 2:06-cv-01209-EEF-DEK |
| 7. | Cellino & Barnes, P.C. | Rickard | Amanda | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| 8. | Cellino & Barnes, P.C. | Thomas | Hattie | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |

*Exhibit C to Judgment on Lone Pine No. 7*
*Page 1 of 1*

977764v.1

*Exhibit D to Judgment on Lone Pine No. 7*
*(Motion Withdrawn Without Prejudice to Reurge)*

|    | Counsel | Last Name | First Name | Case Caption | Docket # |
|----|---------|-----------|------------|--------------|----------|
| 1. | Pro Se  | Schneller | Marjorie   | Schneller, James D. v. Merck & Co., Inc. | 2:05-cv-05382-EEF-DEK |