UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**This document relates to:**     **ALL CASES**

## ORDER

The Court is in receipt of a Motion for Expedited Relief from Lien (Rec. Doc. 18818). IT IS ORDERED that the motion shall be set for hearing at the next monthly status conference, which is scheduled for May 29, 2009.

The Court notes that the motion is representative of other correspondence and motions the Court has recently received regarding the resolution of attorney's liens and the effect those liens have on the distribution of claimants' settlement awards. Liaison counsel are directed to place the matter on the agenda for discussion at the next monthly status conference.

New Orleans, Louisiana, this 22nd day of May, 2009.

_/s/ Eldon E. Fallon_
UNITED STATES DISTRICT JUDGE

1