UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: Vioxx ®

PRODUCTS LIABILITY
LITIGATION

This document relates to:

*Mattie Hunt, et al.*

*v.*

*Merck & Co., Inc., et al.*

**Only with regard to:**

**Casimer Stempowski**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:06-cv-1165

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Casimer Stempowski in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 21st day of _____ May _____, 2009.

_____
DISTRICT JUDGE

950103v.1