UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: Vioxx ®

PRODUCTS LIABILITY LITIGATION

This document relates to:

*Lynn C. Schiedel, Individually and as Administratrix of the Estate of Shelby L. Catherwood*

*v.*

*Merck & Co., Inc., et al.*

**Only with regard to:**

**Lynn Schiedel**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:06-cv-1220

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff Lynn Schiedel in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 21st day of May, 2009.

_____
DISTRICT JUDGE

950103v.1