UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: Vioxx ®

PRODUCTS LIABILITY LITIGATION

This document relates to:

*William L. Matthews, Individually and as Administrator of the Estate of Olivia L. Miller-Herndon,*

*v.*

*Merck & Co., Inc.*

**Only with regard to:**

**William Matthews**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:06-cv-3902

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff William Matthews in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 21st day of May, 2009.

_____
DISTRICT JUDGE

950103v.1