IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BLUE CROSS OF NORTHEASTERN PENNSYLVANIA, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | MDL: No. 1657 |
| vs. | ) ) | E.D. La.: 2:05cv03115 |
| MERCK & CO, INC., | ) ) ) | (transferred from the N.D. Ala.: 05-1070) |
| Defendant. | ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed.R.Civ.Pro. 41(a)(1)(A) and Rule 23(e), Plaintiff Blue Cross of Northeastern Pennsylvania, by and through its undersigned counsel of record, stipulates that this action be dismissed without prejudice. Plaintiff notes that this dismissal is before Merck & Co., Inc. has answered the Complaint, and that no class has been certified in this action. Each party to bear its own costs.

/s/ *Kimberly R. West*
Kimberly R. West
Wallace, Jordan, Ratliff & Brandt, LLC
P.O. Box 530910
Birmingham, Alabama 35253
(205) 874-0352
kwest@wallacejordan.com
*Counsel for Plaintiff*s

Dated:        May 26, 2009

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Dismissal Without Prejudice has been served upon Liason Counsel, Russ Herman and Phillip Whitmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, on this 26th day of May, 2009.

/s/ *Kimberly R. West*
Kimberly R. West
Wallace, Jordan, Ratliff & Brandt, LLC
P.O. Box 530910
Birmingham, Alabama 35253
(205) 874-0352
kwest@wallacejordan.com

*Counsel for Plaintiff*s