UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MONTHLY STATUS CONFERENCE
MAY 29, 2009
SUGGESTED AGENDA

I.    Settlement Agreement

II.   Registration and Enrollment of Claims in the Settlement Program

III.  Lien Administrator

IV.   Special Master and Deputy Special Masters

V.    State Court Trial Settings

VI.   Class Actions

VII.  State/Federal Coordination -- State Liaison Committee

VIII. *Pro Se* Claimants

IX.   PSC MDL Trial Package

X.    Third Party Payor Cases

XI.   Government Actions

- 1 -

XII.    Discovery Issues and Other Issues In Connection With Third Party Payor and Government Actions

XIII.   Pending Personal Injury Cases in Which Lone Pine Expert Reports Have Been Served

XIV.    Third Party Payors' Motions

XV.     Merck's Motions and Rules on PTO 28 Non-Compliance

XVI.    Fee Allocation Committee

XVII.   Motion for Reconsideration of Order Capping Contingent Fees

XVIII.  Merck's Motions and Rules on PTO 29 Non-Compliance

XIX.    Merck's Motion on PTO 31 Non-Compliance

XX.     Other Motions

XXI.    Next Status Conference