<u>**UNITED STATES DISTRICT COURT**</u>
<u>**EASTERN DISTRICT OF LOUISIANA**</u>

| | | |
|---|---|---|
| IN RE:<br>VIOXX PRODUCT LIABILITY LITIGATION | ) | MDL NO. 1657 |
| | ) | SECTION: L |
| | ) | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| ***THIS DOCUMENT RELATES TO:***<br>*Delanese v. Merck & Co., Inc.*, 2:06-cv-01170 with regard to Amanda Rickard only and<br>*Albright v. Merck & Co., Inc.*, 2:06-cv-02204 with regard to Hattie Thomas only | ) | Fed. R. Civ. P. 60(a) |

**PLAINTIFFS' NOTICE OF MOTION, MOTION TO CORRECT ORDER AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES**

On May 21, 2009, this Court filed its order deferring judgment on certain plaintiffs identified in defendant Merck & Co., Inc.'s seventh *Lone Pine* motion. (Documents 18407 and 18853.) The seventh *Lone Pine* motion identified six plaintiffs represented by Cellino & Barnes, P.C. (Exhibit A, Doc. 18407 at Exh A.). This Court's May 21, 2009 order, however, identified eight Cellino & Barnes, P.C. plaintiffs as part of the seventh *Lone Pine* motion. (Exhibit B, Doc. 18853 at Exh. C.) Although counsel previously moved to withdraw from representing these two additional plaintiffs, Ms. Amanda Rickard (Doc. 15021) and Ms. Hattie Thomas (Doc. 14994), counsel seeks correction of this Court's order to preserve these plaintiffs' right to proceed *pro se* if they so desire. Insofar as this Court desires counsel to appear regarding this matter, counsel respectfully requests that this motion be calendared for resolution on June 10, 2009, in conjunction with other matters for which counsel intends to appear.

1

## MEMORANDUM OF POINTS AND AUTHORITIES

Rule 60(a) permits this Court to "correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a). As indicated above, the May 21, 2009 order identifies Ms. Amanda Rickard and Ms. Hattie Thomas as plaintiffs subject to the seventh *Lone Pine* motion while they are in fact not identified in that motion. (*Compare* Exh. A nos. 8-13 *with* Exh. B nos. 1-8.) Counsel is unaware of any basis for their inclusion in the order other than an oversight and asks that this oversight be corrected.

Insofar as a response to the seventh *Lone Pine* motion is necessary based on these plaintiffs having been newly identified in the May 21, 2009 order, counsel respectfully reasserts his fundamental disagreement with the ongoing prosecution of these Vioxx actions that is the basis for the pending motions to withdraw. (*See* PTO 36.) This Court has previously granted substantively identical motions to withdraw and permitted similarly situated plaintiffs the opportunity to proceed *pro se* or to retain substitute counsel who might proceed without the fundamental disagreement. Counsel accordingly requests that Ms. Rickard and Ms. Thomas receive the same opportunity by this Court granting counsel's motion to withdraw and ordering the plaintiffs to advise the *Pro Se* Curator of their intentions by a date certain.

Finally, in the event that counsel is mistaken in understanding the intent of this Court's order, counsel affirmatively states his willingness, to the extent possible, to resolve these matters informally with Merck counsel in order to present a stipulated resolution prior to the June 10, 2009 hearing date.

## CONCLUSION

Based upon the foregoing, plaintiffs Ms. Amanda Rickard and Ms. Hattie Thomas respectfully request that this Court correct the May 21, 2009 order to omit their inclusion in the deferred seventh *Lone Pine* motion. Insofar as this Court desires counsel to appear regarding this matter, counsel further respectfully requests that this motion be calendared for resolution on June 10, 2009, in conjunction with other matters for which counsel intends to appear.

DATED:     May 27, 2009

                                                  Respectfully submitted,

                                                  **CELLINO & BARNES, P.C.**

By: _____
                                                  Brian A. Goldstein
                                                  Main Place Towers
                                                  350 Main Street, 25th Floor
                                                  Buffalo, NY 14202
                                                  (716) 854-2020