## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing **PLAINTIFFS' NOTICE OF MOTION, MOTION TO CORRECT ORDER AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES** has been served on Liaison Counsel Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with PTO 28, and that the foregoing was electronically filed with the Clerk of the court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 27th day of May, 2009.

                                               /s/ Brian A. Goldstein  
                                               Brian A. Goldstein, Esq.  
                                               Cellino & Barnes, P.C.  
                                               Attorneys for Plaintiffs  
                                               350 Main St., 25th Floor  
                                               2500 Main Place Tower  
                                               Buffalo, New York 14202-3725  
                                               Ph: (716) 854-2020  
                                               Fax: (716) 854-6291  
                                               brian.goldstein@cellinoandbarnes.com