



Apr 27 2009
1:20PM

## Lone Pine No. 7
### Exhibit A
### (Represented Plaintiffs)

|    | Counsel | Last Name | First Name | Case Caption | Docket # |
|----|---------|-----------|------------|--------------|----------|
| 1. | Anderson, John H. | Fortenberry | Annette | Graham, Cassie v. Merck & Co., Inc. | 2:08-cv-00879-EEF-DEK |
| 2. | Andrews & Thornton | Freeman | Barbara | Freeman, Barbara v. Merck & Co., Inc. | 2:05-cv-04250-EEF-DEK |
| 3. | Branch Law Firm | Cole | Fred | Aleamoni, Nancy v. Merck & Co., Inc. | 2:06-cv-06438-EEF-DEK |
| 4. | Carey & Danis, LLC | Dorrell Rudd [Dorrell] | Stacy | Horn, Dennis v. Merck & Co., Inc. | 2:06-cv-03367-EEF-DEK |
| 5. | Carey & Danis, LLC | Hubbard | Kimberly | Scott, Jeff v. Merck & Co., Inc. | 2:07-cv-02933-EEF-DEK |
| 6. | Carey & Danis, LLC | Lewis | Jacquline | Adams, Eva Lucille v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 7. | Carey & Danis, LLC | Whittington | Ethel | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK |
| 8. | Cellino & Barnes, P.C. | Arnold | Leonard | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 9. | Cellino & Barnes, P.C. | Dickerman | Brenda | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 10. | Cellino & Barnes, P.C. | Harris | Darlene | Blackmon, Syrrita v. Merck & Co., Inc. | 2:06-cv-01210-EEF-DEK |
| 11. | Cellino & Barnes, P.C. | Holt | Catherine | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 12. | Cellino & Barnes, P.C. | Nelson | James | Anderson, Geraldine v. Merck & Co., Inc. | 2:07-cv-03631-EEF-DEK |

|  | Counsel | Last Name | First Name | Case Caption | Docket # |
|---|---|---|---|---|---|
| 13. | Cellino & Barnes, P.C. | Rhoades [Rhodes] | Dawn | Davis, Catherine v. Merck & Co., Inc. | 2:06-cv-01209-EEF-DEK |
| 14. | D'Amico, Frank J., Jr., APLC | Torres | Olga | Anderson, Harold v. Merck & Co., Inc. | 2:05-cv-04428-EEF-DEK |
| 15. | Dougherty, Hildre & Haklar | Martinez | Joseph | Martinez, Laura v. Merck & Co., Inc. | 2:05-cv-05279-EEF-DEK |
| 16. | Driggs Bills & Day PC | Hilliar | Tom | Allred, Terry v. Merck & Co., Inc. | 2:06-cv-04050-EEF-DEK |
| 17. | Fichera & Miller | Prado | Carmen | Gomez, Gabriel v. Merck & Co., Inc. | 2:05-cv-01003-EEF-DEK |
| 18. | Fitzhugh, Edward O., Law Office of | Amarillas | Mary | Amarillas, Mary Lou v. Merck & Co., Inc. | 2:06-cv-10088-EEF-DEK |
| 19. | Gancedo & Nieves LLP | Duncan | Lewis | Eggleston, Marilyn v. Merck & Co., Inc. | 2:06-cv-07084-EEF-DEK |
| 20. | Griffin & Associates | Bee | Willie | Bee, Willie v. Merck & Co., Inc. | 2:05-cv-06754-EEF-DEK |
| 21. | Griffin & Associates | Bee | Kay | Bee, Kay v. Merck & Co., Inc. | 2:06-cv-02700-EEF-DEK |
| 22. | Griffin & Associates | Bland | Elizabeth | Bland, Elizabeth v. Merck & Co., Inc. | 2:06-cv-02696-EEF-DEK |
| 23. | Griffin & Associates | Green | Tekonsha [Tekonsa] | Green, Tekonsa v. Merck & Co., Inc. | 2:05-cv-06752-EEF-DEK |
| 24. | Griffin & Associates | Hall | Annie | Hall, Annie v. Merck & Co., Inc. | 2:06-cv-02697-EEF-DEK |
| 25. | Griffin & Associates | Hickman | Nevary | Hickman, Nevary v. Merck & Co., Inc. | 2:06-cv-00318-EEF-DEK |