UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|             PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:    06-8383, Bennet v. Merck & Co., Inc.**
**                                          06-2212, Ahouse v. Merck & Co., Inc. (as to Patricia Lunn only)**


**<u>ORDER</u>**

    The Court is in receipt of the Plaintiff's Motion to Alter Judgment (Rec. Doc. 18841).  IT

IS ORDERED that the motion shall be set for hearing on Wednesday, June 10, 2009, at 9:00 a.m.

    New Orleans, Louisiana, this 26th day of May, 2009.


_____
UNITED STATES DISTRICT JUDGE

1