UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Claimant Vivian Ross. IT IS ORDERED that the correspondence be entered into the record. In addition, copies of the correspondence shall be forwarded to liaison counsel, counsel of record, and the claims administrator, to take whatever action they deem necessary.

New Orleans, Louisiana, this 20th day of May, 2009.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Thomas Girardi
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017

Ms. Vivian Ross
13900 Panay Way
Unit SR 302
Marina Del Ray, CA 90292

Vioxx Claims Administrator
PO Box 85031
Richmond, VA 23285-5031