LEXISNEXIS' FILE & SERVE
21983353
E-SERVICE
Oct 15 2008
6:15PM

1   Jeffrey A. Bowersox, OSB # 81442
    Email: Jeffrey@BLFpc.com
2   Bowersox Law Firm, p.c.
    111 S.W. Columbia St., Suite 1000
3   Portland, Oregon 97201
    Telephone: (503) 452-5858
4   Facsimile: (503) 525-4833

5   Daniel E. Becnel, Jr., LA Bar #2929
    Matthew B. Moreland, LA Bar #24567
    Kevin P. Klibert, LA Bar #26954
6   LAW OFFICES OF DANIEL E. BECNEL, JR.
    106 W. Seventh Street
7   Post Office Drawer H
    Reserve, LA 70084
8   Telephone: (985) 536-1186
    Facsimile: (985) 536-6445
9   Attorneys for Plaintiff

10

11

12                  IN UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF LOUISIANA
13                        NEW ORLEANS DIVISION

| 14 | IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CASE NO. 2:05-cv-04448-EEF-DEK |
|---|---|---|
| 15 | | LEAD CASE NO.: 05-cv-01657-EEF |
| 16 | *ACCORD, et al., vs. Merck & Co., Inc.* | Judge Eldon E. Fallon |
| 17 | **Plaintiff Shirley Howcroft, only** | **EXPEDITED MOTION TO ALLOW PLAINTIFF'S COUNSEL TO WITHDRAW AS ATTORNEYS OF RECORD AS TO DECEASED PLAINTIFF SHIRLEY HOWCROFT ONLY** |
| 18 | | |
| 19 | | |

20         Plaintiff's counsel hereby moves the court for an Order allowing all plaintiff's counsel to

21   withdraw as attorneys of record for deceased plaintiff Shirley Howcroft.  Shirley Howcroft

22   signed appropriate fee agreement documents with the Bowersox Law Firm, PC in December of

23   2004.  Ms. Howcroft has since died which, under Oregon law, results in an immediate

24   termination of the attorney-client relationship.  Bowersox Law Firm, P.C. has no authority to act

25   on behalf of Ms. Howcroft's estate because we have not been retained as attorneys by the

26   Personal Representative of the Estate of Ms. Howcroft.

27

28

Page 1 - EXPEDITED MOTION ALLOWING PLAINTIFF'S COUNSEL TO WITHDRAW

We have contacted Ms. Howcroft's son and daughter-in-law numerous times by telephone and at least five times by correspondence since we learned of Ms. Howcroft's death. The first correspondence was to advise of the settlement Merck had reached with the Vioxx claimants. The second correspondence was asking whether her next of kin wanted to have Ms. Howcroft's estate opt in to the settlement.  Subsequently, our office had numerous phone calls (followed by correspondence) with Ms. Howcroft's son and daughter-in-law requesting copies of their appointment papers designating one of them as the personal representative of her estate and completion of the settlement paperwork.

**We have been told by Ms. Howcroft's son and daughter-in-law that they do not want to retain our firm and they do not want to proceed in the Vioxx settlement.  (See attached Exhibit A confirming phone conversation to that effect.)**

We have no authority to act on behalf of Ms. Howcroft's estate, nor are we able to submit the necessary paperwork to enroll her claim in the settlement.  Despite our providing Ms. Howcroft's son and daughter-in-law a stipulated dismissal for their signature, we have been unable to obtain their consent to dismiss or withdraw from this matter.

The contact information for plaintiff's next of kin for future notices from the court and/or opposing counsel is:

> Jim Howcroft (son)
> Mary Joe Howcroft (daughter-in-law)
> 20240 S. Ferguson Rd.
> Oregon City, OR 97045

// // // //

Page 2 - EXPEDITED MOTION ALLOWING PLAINTIFF'S COUNSEL TO WITHDRAW

1

2          Because we have no authority under Oregon law to act for the deceased, Shirley

3     Howcroft, we respectfully request that the court grant our motion to withdraw as counsel for Ms.

4     Howcroft.

5
                                        Respectfully Submitted,
6

7
      Dated: October 15, 2008                 By:    s/s Jeffrey A. Bowersox
8                                                    Jeffrey A. Bowersox, OSB # 81442
                                                     BOWERSOX LAW FIRM, P.C.
9                                                    111 SW Columbia St., Ste. 1000
                                                     Portland, OR 97201
10                                                   Telephone: (503) 452-5858
                                                     Facsimile: (503) 525-4833
11
                                                     Daniel E. Becnel, Jr., LA Bar #2929
12                                                   Matthew B. Moreland, LA Bar #24567
                                                     Kevin P. Klibert, LA Bar #26954
13                                                   LAW OFFICES OF DANIEL E. BECNEL, JR.
                                                     106 W. Seventh Street
14                                                   Post Office Drawer H
                                                     Reserve, LA 70084
15                                                   Telephone: (985) 536-1186
                                                     Facsimile: (985) 536-6445
16
                                                     Attorneys for Plaintiff
17

18

19

20

21

22

23

24

25

26

27

28



# BOWERSOX LAW FIRM
### A PROFESSIONAL CORPORATION
#### SUITE 1000
111 S.W. Columbia St.
#### PORTLAND, OREGON 97201
503.452.5858

Jeffrey Alan Bowersox

Facsimile:   503.525.4833

January 29, 2008

Jim Howcroft
20240 S. Ferguson Rd.
Oregon City, OR 97045

    *Re: Vern Acord, Shirley Howcroft, et al. v. Merck & Co., Inc.*
    *US District Court, Eastern District of Louisiana, New Orleans Division*
    *MDL 1657 Case No. 05-4448*

Dear Mr. Howcroft:

    I have been trying to reach you over the past two or three months to discuss the status of your mother's Vioxx case. I have been in contact with your wife, Mary Joe, over that time period. We have asked that you provide us with copies of your appointment papers as personal representative of your mother's estate. We have not received that paperwork. We have also mailed paper work required by the court to be submitted in order to qualify for the settlement. We have not received that paper work either. I then spoke to your wife to follow up on the status of these request. She told me that you were not interested in pursuing the case any further. On January 11, 2008, I sent a stipulated dismissal for your signature so that we can file it with the court and dismiss your mother's case. We have not received that either.

    At this point, our hands are tied. **WE NEED YOUR COOPERATION IN ORDER TO PROCEED WITH, OR DISMISS THE CASE. IF YOU DO NOT RESPOND, THE COURT WILL DISMISS THE CASE AND YOU MAY BE LIABLE TO MERCK FOR ATTORNEY FEES FOR FAILURE TO PROSECUTE THE CASE. PLEASE CONTACT ME IMMEDIATELY UPON RECEIPT OF THIS LETTER.**

                    Sincerely,
                    BOWERSOX LAW FIRM, P.C.

                    Carlos A. Rasch

CAR: ms

EXHIBIT    A
PAGE    1