Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
Bowersox Law Firm, p.c.
111 S.W. Columbia St., Suite 1000
Portland, Oregon 97201
Telephone: (503) 452-5858
Facsimile: (503) 525-4833


Daniel E. Becnel, Jr., LA Bar #2929
Matthew B. Moreland, LA Bar #24567
Kevin P. Klibert, LA Bar #26954
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 W. Seventh Street
Post Office Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

Attorneys for Plaintiff

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CASE NO. 2:05-cv-04448-EEF-DEK |
| | LEAD CASE NO.: 05-cv-01657-EEF |
| | JUDGE FALLON |
| *ACCORD, et al., vs. Merck & Co., Inc.* | DECLARATION OF COUNSEL IN SUPPORT OF EXPEDITED MOTION TO ALLOW PLAINTIFF'S COUNSEL TO WITHDRAW AS ATTORNEYS OF RECORD AS TO DECEASED PLAINTIFF SHIRLEY HOWCROFT ONLY |
| **Plaintiff Shirley Howcroft, only** | |

I, Jeffrey A. Bowersox, hereby declare:

1. My name is Jeffrey A. Bowersox. I am attorney of record for plaintiff in the above-referenced matter.

2.  My firm was retained on in December, 2004 by Shirley Howcroft to represent her related to her Vioxx claim.

3.  Ms. Howcroft died during the course of my representation of her, which, in turn results in an immediate termination of the attorney-client relationship. We have never been retained by the personal representative of the estate of Ms. Howcroft and under Oregon law we have no authority to act on behalf of Ms. Howcroft, her estate or any potential person related to Ms. Howcroft who may claim an interest in her estate.

4.  On December 3, 2007 a letter was sent to Ms. Howcroft's son, Jim Howcroft, advising that Merck had agreed to a settlement program and recommended they opt-into the settlement.

5.  On January 4, 2008 a letter was sent to Jim Howcroft providing the settlement paperwork for him to complete and return in order to participate in the settlement program.

6.  On January 11, 2008 a letter was sent to Jim Howcroft confirming conversations with him and his wife, Mary Joe Howcroft, and asking for their appointment papers designating one of them as the personal representative of her estate and completion of the settlement paperwork

7.  On January 29, 2008 a letter was sent to Jim Howcroft confirming a conversation with his wife wherein the Howcrofts informed my firm that they were not interested in pursuing Shirley Howcroft's Vioxx claim. In that same letter, we again requested that the Howcrofts return the previously provided stipulated dismissal for filing with the court.

// // // //

8. February 13, 2008 a letter was sent to Jim Howcroft asking him to contact our office or return the signed dismissal.

9. Numerous phone calls have been made by my office to Jim and Mary Joe Howcroft asking them to return the settlement paperwork along with appointment papers. Numerous calls were made by my office to Jim and Mary Joe Howcroft asking them to sign and return the dismissal after Mary Joe Howcroft asked we not pursue Shirley Howcroft's Vioxx claim.

10. We have no authority to act on behalf of Ms. Howcroft's estate, nor any of the potential beneficiaries of the estate. We have no authority to submit the necessary paperwork to enroll her claim in the settlement.

11. Because Ms. Howcroft has died and we have not been retained by anyone with authority to represent the estate, I ask the court to grant plaintiff's counsel's expedited motion to withdraw as attorneys of record for deceased plaintiff, Shirley Howcroft.

// // // //

Page 3 - DECLARATION OF COUNSEL IN SUPPORT OF EXPEDITED MOTION TO ALLOW PLAINTIFF'S COUNSEL TO WITHDRAW AS ATTORNEYS OF RECORD AS TO DECEASED PLAINTIFF SHIRLEY HOWCROFT ONLY

I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Respectfully Submitted,

Dated: October 15, 2008         By:    s/s Jeffrey A. Bowersox
                                       Jeffrey A. Bowersox, OSB #81442
                                       BOWERSOX LAW FIRM, P.C.
                                       111 SW Columbia St., Ste. 1000
                                       Portland, OR 97201
                                       Telephone: (503) 452-5858
                                       Facsimile: (503) 525-4833

                                       Daniel E. Becnel, Jr., LA Bar #2929
                                       Matthew B. Moreland, LA Bar #24567
                                       Kevin P. Klibert, LA Bar #26954
                                       LAW OFFICES OF DANIEL E. BECNEL, JR.
                                       106 W. Seventh Street
                                       Post Office Drawer H
                                       Reserve, LA 70084
                                       Telephone: (985) 536-1186
                                       Facsimile: (985) 536-6445

                                       Attorneys for Plaintiff