21983353
Oct 15 2008
6:15PM

1  Jeffrey A. Bowersox, OSB # 81442
   Email: Jeffrey@BLFpc.com
2  Bowersox Law Firm, p.c.
   111 S.W. Columbia St., Suite 1000
3  Portland, Oregon 97201
   Telephone: (503) 452-5858
4  Facsimile: (503) 525-4833

5  Daniel E. Becnel, Jr., LA Bar #2929
   Matthew B. Moreland, LA Bar #24567
6  Kevin P. Klibert, LA Bar #26954
   LAW OFFICES OF DANIEL E. BECNEL, JR.
7  106 W. Seventh Street
   Post Office Drawer H
8  Reserve, LA 70084
   Telephone: (985) 536-1186
   Facsimile: (985) 536-6445

9  Attorneys for Plaintiff

10

11

12              IN UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF LOUISIANA
13                  NEW ORLEANS DIVISION

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CASE NO. 2:05-cv-04448-EEF-DEK |
|---|---|
| | LEAD CASE NO.: 05-cv-01657-EEF |
| *ACCORD, et al., vs. Merck & Co., Inc.* | Judge Eldon E. Fallon |
| **Plaintiff Shirley Howcroft, only** | **ORDER ALLOWING PLAINTIFF'S COUNSEL TO WITHDRAW AS ATTORNEYS OF RECORD AS TO DECEASED PLAINTIFF SHIRLEY HOWCROFT ONLY** |

   **IT IS HEREBY ORDERED THAT** the Expedited Motion Allowing Plaintiff's Counsel to Withdraw filed by Jeffrey A. Bowersox of the law firm of Bowersox Law Firm, P.C., and Daniel E. Becnel, Jr., Matthew Moreland and Kevin Klibert of the law firm of Becnel Law Firm, LLC be **GRANTED** and counsel be permitted to withdraw as counsel of record for Shirley Howcroft only.

   // // // //

| | |
|---|---|
| 1 | |
| 2 | Plaintiff's next of kin shall hereafter be served with pleadings and other documents |
| 3 | related to this case at the following address unless and until plaintiff's next of kin shall provide |
| 4 | the court with a new address and/or other counsel appears on behalf of plaintiff: |

Jim Howcroft (son)
Mary Joe Howcroft (daughter-in-law)
20240 S. Ferguson Rd.
Oregon City, OR 97045

Dated: October ___, 2008.    By:_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ALLOWING PLAINTIFF'S COUNSEL TO WITHDRAW