UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAY 27  AM 10: 42

LORETTA G. WHYTE
        CLERK

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Accord v. Merck & Co., Inc., et al.,*
No. 05-4448 (as to Shirley Howcroft only)

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record,

IT IS ORDERED that the motion IS GRANTED, and all counsel of record are permitted to withdraw from representation of Shirley Howcroft.

IT IS FURTHER ORDERED that counsel shall send notification of this withdrawal to the Plaintiff's last known address, with further instructions that the Plaintiff must either obtain new counsel or contact the Pro Se Curator's Office within 60 days if the Plaintiff wishes to proceed with this suit, or else the case may be dismissed with prejudice. The Pro Se Curator's Office may be contacted by calling (504) 561-7799, or by writing to Robert M. Johnston, VIOXX Pro Se Curator, 400 Poydras St., Suite 2450, New Orleans, LA 70130.

IT IS FURTHER ORDERED that Plaintiff's next of kin shall hereafter be served with all future pleadings and documents related to this case at the following address unless and until plaintiff's next of kin provide the Court with a new address and/or other counsel appears on behalf of plaintiff:

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ No._____

Jim & Mary Joe Howcroft
20240 S. Ferguson Road
Oregon City, OR 97045

New Orleans, Louisiana, this 20th day of May, 2009.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE