UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAY 27  AM 10: 36

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                    :     MDL NO. 1657
   PRODUCTS LIABILITY LITIGATION   :     SECTION: L
                                :
                                :     JUDGE FALLON
                                :     MAG. JUDGE KNOWLES

This document relates to: 05-cv-6587, Callahan v. Merck & Co., Inc.

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Kevin Callahan. IT IS ORDERED that the correspondence be entered into the record for informational purposes. In addition, copies of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, counsel deems necessary.

New Orleans, Louisiana, this 20th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Kevin Callahan
411 E. Forest Park Drive
Dickson, TN 37055

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

1