Re: Case 2:05-md-01657-EEF-DEK

Kevin Callahan
411 East Forest Park Dr
Dickson, TN 37055
April 27, 2009

Dear Judge Fallon,

I was surprised to get the recent Vioxx letter reguarding failure to comply with registration. I not only called & left a message on a voice mail but I also sent a letter immediately. The letter arrived only 2 days before the deadline, so please check your mail to see if our letter arrived after the 6th, it may have arrived on the 7th or 8th depending on the mail.

But it is not right that Vioxx to give such short notice. Vioxx delibertly made the time so short to get the number of plaintiffs down to a smaller number. Isn't it funny that there use to be a lot of plaintiffs know there are only 2 left.

I think that once you enter a complaint that, that should be enough, with no further action required. This constent asking if you still want to continue is silley. It is just a ploy to get the number of plaintiffs down so they wont have to pay out so much money.

The phone number that was given to call, the lady that answered told me to call another number. I did call that number and got a voice mail & left a message. I continued to call & call and never got a answer. Someone should be answering that line knowing that there is a deadline for people to call in.

Please reinstate me as a plaintiff against Vioxx.

Yours Truly,

Kevin J. Callahan

Steven Zottarose
Mr. Robert Sigatose
411 E. Forest Park Dr.
Dickson, TN 37055

Clerks Office
U.S. District Court
Eastern District of Louisiana
New Orleans, LA 70130