FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAY 27  AM 10: 36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to: 06-cv-10161, Hertig, et al. v. Merck & Co., Inc.**

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Claimant Mary Kostera. IT IS ORDERED that the correspondence be entered into the record. In addition, copies of the correspondence shall be forwarded to liaison counsel, counsel of record, and the Vioxx Claims Administrator to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 20th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Christopher A. Seeger
Seeger Weiss
One William Street
New York, NY 10004

Mary Kostera
29219 Elwood Court
St. Clair Shores, MI 48081

Vioxx Claims Administrator
PO Box 85031
Richmond, VA 23285-5031

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

1