

April 22, 2009

Hon. Eldon E. Fallon
500 Poydras Street Room C-456
New Orleans, LA  70130
(504) 589-7545
Fax: (504) 589-6966

Regarding:  Vioxx case

Dear Judge Fallon:

I am writing this letter to you hoping that you can help me by guiding me with some kind of advice or action that I may take to get my case handled correctly.  I have done a great deal of research online looking for alternative solutions to my problems but have reached a dead end.  I was told that I could email you with any problems.  If this is not correct then I sincerely apologize.

A few years ago I was contacted by several attorneys regarding a heart attack that I had sustained in September 2000.  I was told repeatedly by each attorney that I had a great case and could they please represent me.  I wanted to take some time and think long and hard about whether or not I wanted to join in the lawsuit.  After careful consideration I decided to go ahead and let one of the lawyers represent me.  I did not have any medical insurance when the "event" happened and if I was able to get some of the hospital bills paid at least then that would be a great help.

I have been represented by Seeger Weiss LLP for over the last 2 years.  I informed Seeger Weiss that I had a very hard time obtaining documentation from the hospital that took care of me during and after my "event".  After several requests in person, by letter and telephone I was told that the hospital somehow "misplaced" my records.  I was assured by Seeger Weiss that they had "ways" to get my records and for me not to worry, it would all be handled.  I was assured by Seeger Weiss that they had all the paperwork from the hospital including the ones I told them I was unable to get.

I received a letter of ineligibility in December of 2008.  I was deemed ineligible because of missing paperwork indicating that I had indeed suffered a massive heart attack and was on Vioxx medication.  I called Seeger Weiss and was very upset because I was assured this was handled by them.  I went to my family physician for a routine visit and explained the difficulty in obtaining my hospital records,  He made a few calls and by the next morning I had the records.

I immediately sent the paperwork to Seeger Weiss and they were then resubmitted and I was then deemed eligible.  I was advised by Seeger Weiss that I should withdraw my claim for my second event.  So I did.

On Friday, April 17th, I received a Fedex package with a letter from Seeger Weiss indicating that the Vioxx Claims Administrator had determined that I was a Qualifying Claimant and I qualified for a settlement payment.  Attached to the letter was a Notice of Points Award which I was told to review carefully.  I was totally shocked when I reviewed the Notice of Points Award which stated that I was being awarded **1.79** points after a massive amount of deductions for a variety of reasons.  I have been deducted points for reasons that do not apply to me.  I had no prior MI (which I had been deducted 55%)  I had not been treated with High Cholesterol medication (which I had been deducted 20%) and then I was deducted for Accelerators (indicating a prior MI which I never had at another 90%)..  I decided to appeal.  I called my attorneys' office and asked to speak to an attorney so I could appeal.  I was told they would have an attorney call me back.

On the late afternoon of Monday, April 20th, 2009 I received a call back by a **Mr. Rick Barreca with Seeger Weiss LLP**.  He was very rude to me and treated me very hastily.   Mr. Barreca, in addition to his callous rudeness, even laughed at me over the phone.  He told me that there was no way that I could prove that I never had a heart attack **prior** to the "qualifying event".   I asked him how they could prove <u>I did</u> have one because I never had.  I was so humiliated by the way that he treated me and by the fact that I was being so wrongly penalized in points that I literally cried the remainder of the day.  My daughter had called on several occasions that night to see if I was ok and I told her how I was treated by my attorney and how depressed I was about the entire situation.

Late that night my daughter went online and researched the master agreement and reviewed the MI Risk Factors.  She emailed me several things that strongly support my case in being wrongfully deducted points.  According to the agreement I can only be deducted for a Prior MI if there is a **<u>documented MI prior to the initiation of Vioxx</u>**   There would not be any documented MI because there was never a prior MI so that would  mean I am not suspect to this deduction.

Also, in terms of the Cholesterol deduction:  The agreement indicates that to be deducted for controlled cholesterol I would have had to have a history or diagnosis of hypercholesterolemia within 3 years to the eligible event, at the time of the event, or within 2 weeks after the event, or if there were a presence of statin use in medical records or pharmacy records during the same time periods.  I had not been treated with any cholesterol medication at all.  I was only placed on a low cholesterol diet as a preventative action but was not prescribed or given any medication.

My daughter called Mr. Rick Barreca the next day to discuss what she had found online and the receptionist left a message for him to call her back.  She asked the receptionist and Mr. Rick Barreca if they would need a signed Power of Attorney for my daughter to discuss my case with them and they said no and discussed my case and medical records with my daughter.  How can they discuss my case with anyone???  How do they know that was my daughter on the phone?  It could have been anyone.  They never confirmed her identity in any way.  They never called me to make sure it was ok with me to discuss my case with her.  I cannot believe that a lot of this is allowed or acceptable considering the strict HIPAA laws as well as the attorney-client privilege clause.

I am not sure how I can handle my case and trust that my attorney is acting in my best interests any longer.  I have a brother-in-law that is under the same lawsuit and he was awarded final points of 38 and he had 6 prior heart attacks and a heart bypass.  I have not had any heart attacks at all and I am offered 1.79 points.  My brother-in-law appeared to have an attorney that cared about their client instead of laughing at them and treating them like the dirt on the bottom of their shoes.

I was hoping that you could give me some advice as to what my options are.
I can be reached via email at pauluka96@gmail.com, or via telephone at (home) 586.777.6908, (cell) 586-770-9380 or via mail at: Mary E. Kostera, 29219 Elwood Court, St. Clair Shores, MI 48081.


Thank you so much for taking the time to read this.  I have heard that you are such a fair judge and that you are taking this lawsuit very seriously and making sure that the claimants are treated fairly.

Sincerely,

*Mary E. Kostera*

Mary E. Kostera

Mary Kostera
29219 Elmwood Ct.
St. Cl. Shores, MI 48081

Hon. Eldon E. Fallon
500 Poydras Street Room C-456
New Orleans, La 70130

METROPLEX MI 480
28 APR 2009 PM