UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAY 27   AM 10: 36

LORETTA G. WHYTE
CLERK

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Claimant Kerry Smith.

IT IS ORDERED that the correspondence be entered into the record.  In addition, copies of the

correspondence shall be forwarded to liaison counsel to take whatever action, if any, counsel

deems necessary.

IT IS FURTHER ORDERED that the Branch Law Firm shall respond to the

correspondence by sending a letter to the Court within seven days of receipt of this order.

New Orleans, Louisiana, this 20th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Turner Branch Law Firm
2025 Rio Grande Boulevard NW
Albuquerque, NM 87104

Kerry Smith
712 Elm Street
Ida Grove, IA 51445

| | |
|---|---|
| ___ Fee | _____ |
| ___ Process | _____ |
| _X_ Dktd | _____ |
| ___ CtRmDep | _____ |
| ___ Doc. No. | _____ |

1