Hon. Carol E. Higbee
New Jersey Superior Court
Courtroom 3-B
Atlantic City, NJ 08401
Also via Email to Carol.Higbee@Judiciary.State.NJ.US

And

Hon. Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

Your Honors:

My name is Kerry Smith and I am one of the Vioxx claimants involved in the settlement procedure. To date, I have been represented by the Branch Law Firm of Albuquerque, New Mexico, and my case was filed in New Jersey. We have run into some difficulties with the law firm and, at this point in the process, I am unsure of how to proceed.

I passed the eligibility gates in late August and had been awaiting notification of my points award. My wife had been in contact with the law firm via telephone and email during this time and for six months was told by Mr. Branch's paralegals, Michele Jaramillo and Valerie Vigil, that they had not heard anything from the claims administrator, BrownGreer, concerning my case.

Suddenly, on March 12, I received a packet via UPS overnight from Branch Law Firm which included a letter and a closing statement indicating that my interim payment had been received by the firm and was ready for disbursement. Apparently, sometime during that six-month period, my points had been awarded, however, I had not been contacted to review them, accept them or decide if there were any issues I felt should have been appealed.

My wife requested an itemized statement of all costs and expenses as they weren't fully itemized on the closing statement. She also requested a copy of the Notice of Points Award from BrownGreer. What was received was an itemized statement of the case-specific costs only and a copy of the Post-Appeal Notice of Points Award. This was the first indication I had that my points had been appealed. Apparently, during the six-months I was kept in the dark about the status of my case, Branch Law Firm had not only received notification of my points award, but took it upon themselves to appeal the points without my consent, while deliberately and intentionally keeping the information from me.

Since then, my wife has requested a copy of the first Notice of Points Award and an itemized statement of the common benefit costs and expenses (termed "General Costs" on the closing statement) several times. I feel it is a reasonable, simple request and information to which I

should be entitled. The law firm has agreed to send them each time they have been requested, however they send other documents (some that are completely irrelevant) instead. To date, they continue to refuse to comply with my request.

I have also requested that the law firm send a check for my portion of the interim payment which has been in their trust account since the end of February (nearly two months now), however they refuse to send it unless I agree to, and sign, the closing statement. Unfortunately, there are several terms and conditions in the closing statement that I do not believe are in my best interests, as well as questioning some of the expenses I am being charged for. The law office refuses to send the check unless I agree to these terms and expenses outlined on the closing statement. I feel that I am basically being bullied and blackmailed into agreeing with these terms in order to receive the funds that are legally and rightfully due to me. I also feel that if I sign the closing statement as it is now worded, among other issues, I will have no recourse in disputing the costs at a later time, as well as placing myself at a considerable disadvantage if any such dispute should enter into arbitration.

Your Honors, this continued delay has put me in a difficult financial position and I stand to lose a great deal if the check is not issued very soon, however, I do not wish to compromise myself by agreeing to terms that I believe are not in my best interest. Any assistance you can provide would be most greatly appreciated.

Respectfully Submitted By:

Kerry A. Smith
712 Elm Street
Ida Grove, IA 51445

CC: Branch Law Firm

Return address:
Larry Smith
712 Elm St.
New Omaha, Ia
57445

Addressee:
Hon. Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-456
New Orleans, La 70130

Postmark: SIOUX CITY IA 511 — 16 APR 2009 PM 2 T

701303819