UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAY 27 AM 10: 36

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                           :   MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION   :   SECTION: L
                                       :
                                       :   JUDGE FALLON
                                       :   MAG. JUDGE KNOWLES

**This document relates to: 06-cv-3489, Wozniak, et al. v. Merck & Co., Inc.**

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Claimant Robert Wozniak. IT IS ORDERED that the correspondence be entered into the record. The Court has taken notice of Mr. Wozniak's comments. In addition, copies of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, counsel deems necessary.

New Orleans, Louisiana, this 20th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Robert Wozniak
634 N Sharon Chapel Rd.
West Lafayette, IN 47906

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____