UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657
SECTION: L
JUDGE FALLON
MAG. JUDGE KNOWLES

**This document relates to: 05-cv-1567, Bordeaux v. Merck & Co., Inc.**

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Claimant Felix Bordeaux. IT IS ORDERED that the correspondence be entered into the record. In addition, copies of the correspondence shall be forwarded to liaison counsel and counsel of record to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 20th day of May, 2009.

                                                        UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

D. Allen Hossley
Hossley Embry
320 South Broadway, Suite 100
Tyler, TX 75702

Felix Bordeaux
219 North Prairie Street
Sioux Falls, SD 57104

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___