RECEIVED
APR 30 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Judge Alden Fallon,

My husband Felix Bordelon had his Vioxx case settled.

Felix signed 2 fee contracts. The first one, he signed Mr. Allen Hossley, was sent to Felix.

Signed this fee contract, when Leon Vander Linden took his case, 2004

On/on have, the 2nd fee contract, Felix signed ? was several mos. before Felix received his check. Mr. Hossley = Leon Vander Linden Son-in-law = Father in-law

Say there was never a 2nd contract.

When Felix called, Mr. Hossley, first, when he'll received his 60% check, Mr. Hossley said, End of the Summer. Said, Felix would receive $71,000 from this, would'll receive $40,000, $31,000 is for Attorney Fees - Expenses

We want the settlement Board to know, when Felix gets his 60% He gets $40,000 Mr. Allen Hossden gets $31,000

Why Can't Felix, Check be Sent directley to him. The case is settled.

During the time Leon told Felix, He was asking for $25,000,000

I am sending you some papers. Felix wants these back

Winona Bordeaux

Felix Bordeaux

Why Take out Attorney fees when he collected already from his 40% Check. Its Not Right.



D. ALLEN HOSSLEY††
JEFFREY T. EMBRY†
JILL HOSSLEY
RENNA RHODES EMBRY

†Board Certified, Personal Injury Trial Law
††Licensed in Texas and South Dakota

320 South Broadway, Suite 100
Tyler, Texas 75702
Ph. 903-526-1772
Fax. 903-526-1773
www.hossleyembry.com

January 20, 2009

## INTERIM PAYMENT EXPENSES BREAKDOWN

*Felix Bordeaux v. Merck & Co., Inc.*

| | |
|---|---|
| INTERIM PAYMENT | $47,882.66 |
| ATTORNEY'S FEE (32%) | $15,322.45 |
| EXPENSES | $5,551.61 |
| Medical records, postage, copies, faxes, expert fees & filling fees ($1,211.81) | |
| 6% sales tax ($551.61) | |
| General case expenses ($3,788.19) | |
| NET RECOVERY | $27,008.60 |



**HOSSLEY EMBRY**
ATTORNEYS AND COUNSELORS
TYLER ★ DALLAS

D. ALLEN HOSSLEY††
JEFFREY T. EMBRY†
JILL HOSSLEY
RENNA RHODES EMBRY

†Board Certified, Personal Injury Trial Law
†† Licensed in Texas and South Dakota

320 South Broadway, Suite 100
Tyler, Texas 75702
P. 903-526-1772
F. 903-526-1773
www.hossleyembry.com

January 21, 2009

*Via Federal Express*
Felix Bordeaux
219 North Prairie Street
Sioux Falls, SD 57104

RE: *Vioxx Settlement*

Dear Mr. Bordeaux:

I wanted to write and give you an update on your Vioxx case, along with the enclosed check for partial payment of your claim. As you know, there has been a settlement of all Vioxx claims and a fund has been established to pay these claims. Because the final number of people eligible for payment and the extent of the injuries involved is uncertain, the Federal Judge presiding over the settlement has set it up so that claimants will receive an initial payment of an estimated 40% of their claim's value. The remaining balance of the payment (60%) is supposed to be paid sometime in mid-2009. The exact amount of the remaining 60% payment is subject to some adjustment depending on the number of claimants and their injuries. However, the Judge has made it clear that he does not anticipate the value of each point changing very much. The claim value is based on a points system which awards and subtracts points based on a complicated formula involving the amount of Vioxx taken, the nature of the injury suffered, and other medical factors.

I am attaching (1) the points award letter received on your claim, (2) a breakdown of the partial payment, attorneys' fees, and expenses, and (3) a check made payable to you for the partial payment.

We appreciate the opportunity to represent you in this case. If you have any questions, please call our office at 1-800-757-3117.

Very truly yours,

D. Allen Hossley

DAH/clb
Enclosures

cc: Lonnie Vander Linden



Winona Bordeaux
P.O. #2441
Sioux Falls, So.Dak
#6 57101

SIOUX FALLS SD 571
24 APR 2009 PM 2 L
USA 42

Judge Eldon Fallon
United States District Court
New Orleans, Louisiana
500 Poydras
C-456 70130
NOLA