UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAY 27  AM 10: 36

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

## ORDER

The Court is in receipt of the attached correspondence from Pro Se Vioxx Plaintiff Vickie Clayborn.  IT IS ORDERED that the correspondence be entered into the record.  The registration affidavit should have been sent to the appropriate counsel.  Accordingly, copies of the correspondence shall be forwarded to liaison counsel, the pro se curator, and the claims administrator to take the appropriate actions.

New Orleans, Louisiana, this 20th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Vickie Clayborn
2611 South Main Street
New Castle, IN 47362

Vioxx Pro Se Curator
400 Poydras Street, Suite 2450
New Orleans, LA 70130

Vioxx Claims Administrator
PO Box 85031
Richmond, VA 23285-5031

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____