## Pro Se Registration Affidavit

I, Vickie Clayborn, hereby certify pursuant to 28 U.S.C. § 1746 as follows:

1. I represent myself in the following lawsuit:

   Case Caption: Vioxx

   Docket Number: MDL 1657

   Date Filed: 5-1-09

2. I make this certification pursuant to Pretrial Order No. 31 entered in the current coordinated proceeding styled *In re: Vioxx® Products Liability Litigation*, MDL Docket No. 1657, now pending in the United States District Court for the Eastern District of Louisiana.

3. My date of birth, social security number, and current residential address are:

   Date of Birth: 11 / 10 / 64

   Social Security Number: 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

   Current Address: 2611 South Main Street
   Street

   New Castle, IN 47362
   City, State, Zip Code

   USA
   Country

4. I claim that I sustained a personal injury as a result of taking Vioxx. I have marked the category of my injury and specified the date and place of my injury below:

   ✓ Myocardial Infarction or Sudden Cardiac Death

   ___ Ischemic Stroke (not a hemorrhagic stroke or a transient ischemic attack)

   ✓ All other Injuries

   Date of the specified injury: 10 / 24 / 01

   Place of Injury: New Castle, IN Home

I HAVe been Sick Since 2001 and I Have medical Records. Seen Several times in Emergency Room Doctors Office with Symptoms of Heart Attack. Diagnosed with HBP on April 2008 stent put in, HAd Been Sick along time

TENDERED FOR FILING
MAY 27 2009
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1 of 2

5.   I took Vioxx before my claimed injury. I have specifically checked the category below that corresponds to my duration of Vioxx use:

____ Duration of use up until the specified injury of 12 months or less

__✓__ Duration of use up until the specified injury of more than 12 months

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 5-1-09                                           _Vickie Clayborn_
                                                         *Pro Se* Claimant

**EXHIBIT B**

Vickie Clayborn
2611 South Main Street
New Castle, IN 47362

7013 0473 3319

U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130