UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAY 27  AM 10: 35

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                   : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION  : SECTION: L
                                   :
                                   : JUDGE FALLON
                                   : MAG. JUDGE KNOWLES

**This document relates to: 05-3111, Baird, et al. v. Merck & Co., Inc.**

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Charles Waine Baird. IT IS ORDERED that the correspondence be entered into the record. In addition, copies of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, counsel deems necessary.

New Orleans, Louisiana, this 20th day of May, 2009.

                                              UNITED STATES DISTRICT JUDGE

Clerk to Serve:

| | |
|---|---|
| Mr. Russ Herman<br>Plaintiff's Liaison Counsel<br>Herman, Herman Katz & Cotlar, LLP<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 | Charles Waine Baird<br>15067 AL Hwy. 145<br>Clanton, AL 35046 |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____