March 26th, 2009

MAR 3 0 2009

Charles Waine Baird
15067 AL Hwy. 145
Clanton, AL 35046
wainebaird2@msn.com

Judge Eldon E. Fallon
500 Poydras Street
Room C-456
New Orleans, LA 70130

RE:  Distribution Payments

Dear Judge Fallon:

Thank you for the manner in which you are handling this Vioxx case.  Unfortunately, the law firm
handling my case, has not represented me in my best interest.  I have received contradictions and lack
of legal options addressing certain issues at hand.  I do not trust them with any of my distribution
payments.  I have sent several signed letters, requesting the law firm representing me to forward any
payment distribution to me as soon as possible.  I requested all accompanying information to be sent  to
me, as well. I do not know how long this law firm has had possession of this interim payment. Last
month, this law firm sent a "Interim Payment Distribution Sheet/Closing Statement" to sign and return
to them. It contained cost a little in excess of the 32% CAP.  I sent a signed letter authoring 32% for their
Total Fees and nothing more. I also stated, that any distribution Payments withheld,  would be subject
to a 10% annual interest charge.  Last week, I received another  letter  that they are holding my
Distribution Payment until I sign and return this form including the added charges.

Me and my family live in a house that need a new roof and several other home repairs. When this law
firm communicates with me, it is most always accompanied with a threat. For example, sign and return
in a certain time frame(usually a week or few days) or"" you will not be eligible,not receive a settlement,
or payment will be withheld". I have never experienced a law suit before. I have always sent them the
information and signed forms as requested except the authorization to receive my Distribution
Payments. These threats are unnecessary and a stressful burden on my health. This settlement has gone
on so long, that the need for funds has grown with each day.

I had two liens regarding my Vioxx case, Blue Cross/Blue Shield and Medicare. Last month, my law firm
pressed me to let Global Lien Resolution Administration handle the BC/BS lien settlement. I never
received any other option than I could settle the charges myself.

My questions is as follows:

1. Am I required to continue with this law firm or if necessary get another firm?

2. Could I receive all Distribution Payments directly minus legal fees?

3. Please, send me all information that accompany both distribution payments

To have all Vioxx Claimants get a choice whether to receive settlement payments directly or not would be greatly appreciated. Some law firms will take advantage of this situation and abuse Vioxx Claimants.

I apologize for contacting you and your staff but, I did not know what to do to get my distribution payments.

Sincerely,

Charles Waine Baird/Vioxx Claimant

3/26/2009

P.S. Have my law firm send my payment c̄ interest,
Thank you,