UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAY 27  AM 10: 35

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Claimant Fredrick Daily. IT IS ORDERED that the correspondence be entered into the record. In addition, copies of the correspondence shall be forwarded to liaison counsel and counsel of record for informational purposes.

New Orleans, Louisiana, this 20th day of May, 2009.

*[signature]*
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Fredrick Daily
1901 Roosevelt Ave.
Butte, MT 59701

Thomas Girardi
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___

1