

**Fredrick {Fritz} Daily**
**1901 Roosevelt Ave.**
**Butte, MT  59701**

April 15, 2009

Honorable Eldon E. Fallon
United States District Court
500 Poypras St. Room-456
New Orleans, LA   70130

Dear Judge Fallon;

My name is Fredrick {Fritz} Daily and I live in Butte Montana. I am a Vioxx Settlement Plaintiff and I wrote you a letter in October of 2008 expressing my views concerning the process and the progress of the Vioxx Settlement. I am pleased to report that on Friday, April 10, 2009, I received my initial Settlement payment from the Girardi and Keese Law Firm. My point total was slightly more than what I had anticipated.

I want to reiterate as I stated in my original letter "that I have read a great deal about you and feel strongly that you are a very fair and impartial judge.  I also feel strongly that without your leadership and determination that there would not have been a responsible Settlement. **I want to personally thank you for all you have done** and ask you to continue your diligence in seeing this process completed!"

**I cannot say enough positive things about Nathan Bays.** You are very fortunate to have such a competent and sympathetic Law Clerk. He has been extremely thoughtful and helpful to me in addressing my questions and concerns. I have talked to him on numerous occasions and he has always been receptive to my calls. He has definitely helped to address my frustration and concern with the Settlement process.

I also received permission from your office to contact Jennifer Godwin of Brown and Greer. She was very professional and extremely helpful in addressing my questions and concerns as well.

I would like to emphasis that while I have found this process to be extremely frustrating and difficult, mainly because of the uncertainty and lack of information, I am satisfied with the legal representation I received from the Girardi and Keese and the Jim Harris Law Firms. I am confident that because of their representation my case received a positive conclusion.

As I stated in my original letter I am a former seven-term Montana Legislator. As a result, I have been involved with numerous contentious and difficult issues, including issues that were eventually decided by the Montana Supreme Court. However, this was the first time I was involved on a personal level with the Judicial System.

I realize that this Settlement was a "first of its kind" Settlement. I am sure it was extremely difficult and frustrating for you, Brown and Greer and the Attorneys. Most importantly, it was extremely frustrating for the victims including me! I am sure there are many questions and concerns that remain to be answered and addressed so that future settlements of this nature may be less complicated and frustrating. If there is a final review on how the overall process evolved, I would offer my story on how my case developed and progressed to lead to its eventual outcome.

In closing, I strongly support your decision to limit attorney compensation to 32%. I believe this is more than fair! It is also my fervent hope that a travesty like this committed by Merck will never happen again.

Sincerely,

Fritz Daily

cc. Nathan Bays