UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAY 27  AM 10: 43

LORETTA G. WHYTE
CLERK

## ORDER

The Court is in receipt of the attached Objections to the PSC's Motion for Common Benefit Fees. IT IS ORDERED that the objections shall be filed into the record, as they were either postmarked or filed via LexisNexis prior to the deadline for submissions.

New Orleans, Louisiana, this 20th day of May, 2009

UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

1