

Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
Bowersox Law Firm, p.c.
111 S.W. Columbia St., Suite 1000
Portland, Oregon 97201
Telephone: (503) 452-5858
Facsimile: (503) 525-4833
Attorneys for Plaintiffs

Feb 13 2009
10:37AM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This document relates to All Cases | CIVIL ACTION<br><br>NO: 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DISTRICT 3<br>MAGISTRATE DANIEL E. KNOWLES III |
|---|---|

## PLAINTIFFS' COUNSELS' NOTICE OF JOINDER

Come Counsel for Plaintiffs listed on Exhibit A (Vioxx Claimants) and hereby give notice of their joinder in the submission of the Vioxx Litigation Consortium's ("VLC") Motion for Reconsideration/Revision of Order Capping Contingent Fees and Alternatively for Entry of Judgment [Docket 17322]. Counsel further informs the court that counsel will file an affidavit related to this Notice of Joinder upon notice from the court of the time line for further briefing and hearing of the VLC's Motion.

Further, Counsel informs the court that he has served a copy of the court order dated January 30, 2009 [Docket 17682] on all of counsel's clients listed on the attached Exhibit A.

Dated: February 13, 2009.

By: /s/ Jeffrey A. Bowersox
Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
BOWERSOX LAW FIRM, P.C.
111 S.W. Columbia St., Suite 1000
Portland, Oregon 97201
Telephone: (503) 452-5858
Facsimile: (503) 525-4833
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of The United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on February 13, 2009.

                                          /s/ Jeffrey A. Bowersox
                                          Jeffrey A. Bowersox (OSB Bar No. 81442)

## EXHIBIT "A"

| VCN # | LAST NAME | FIRST NAME |
|---|---|---|
| 1025286 | Alder | Bryant |
| 1025287 | Allison | Patricia |
| 1025289 | Boyce | Alfred |
| 1025292 | Cabantan | Salvador |
| 1025296 | Conklin | Marilyn |
| 1025297 | Crawford | Gary |
| 1025298 | Creech | Verna |
| 1025299 | Currier | Annette |
| 1025300 | Danielson | John |
| 1025301 | Davis | Allen |
| 1025303 | Eldridge | Joanne |
| 1025305 | Finch | Linda |
| 1025306 | Floyd | Helen |
| 1025307 | Foland | Judith |
| 1025308 | Fuss | Marie |
| 1025309 | Garcia | Lionel |
| 1025310 | Gardner | Frances |
| 1025311 | Geiger | Gary |
| 1025314 | Grant | Gwendolyn |
| 1025367 | Grimmick | Walter |
| 1025368 | Hatley | Deanna |
| 1025317 | Hessel | Gary |
| 1025320 | Howton | Margaret |
| 1025324 | Kanable | Robert |
| 1025326 | Kirkwood | Larry |
| 1025333 | Miille | Carol |
| 1025369 | Mort | James |
| 1025340 | Norman | Velma |

| VCN # | LAST NAME | FIRST NAME |
|---|---|---|
| 1025341 | Pearce | Melvin |
| 1025346 | Schad | Shirley |
| 1025349 | Smithhisler | Ed |
| 1025354 | Swart | Nolan |
| 1025355 | Switzer | Raylene |
| 1025356 | Talbert | Russell |
| 1025357 | Trinklein | Kenneth |
| 1025358 | Untalan | Jose |
| 1025359 | Wilkinson | James |
| 1025362 | Wood | James |
| 1025363 | Worth | Shirley |