Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
Bowersox Law Firm, p.c.
111 S.W. Columbia St., Suite 1000
Portland, Oregon 97201
Telephone: (503) 452-5858
Facsimile: (503) 525-4833
Attorneys for Plaintiffs



Mar 12 2009
1:03PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
|---|---|
|  | NO: 2:05-MD-01657-EEF-DEK |
| THIS DOCUMENT RELATES TO ALL CASES | SECTION L<br>JUDGE ELDON E. FALLON |
|  | DISTRICT 3<br>MAGISTRATE DANIEL E. KNOWLES III |

### AFFIDAVIT OF COMPLIANCE

**COME NOW** the undersigned Jeffrey A. Bowersox to notify this Court of his compliance with the Court's Order entered on January 30, 2009. The undersigned has fully complied with the order of this Court by providing a copy of the Order dated January 30, 2009 via U.S. Mail to all Plaintiffs that I represent that are enrolled in the Vioxx settlement.

Respectfully submitted, this 12th day of March, 2009.

By:  /s/ Jeffrey A. Bowersox
Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
BOWERSOX LAW FIRM, P.C.
111 S.W. Columbia St., Suite 1000
Portland, Oregon 97201
Telephone: (503) 452-5858
Facsimile: (503) 345-6893
Attorneys for Plaintiffs

**AFFIDAVIT OF COMPLIANCE**

Page 1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of The United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on March 12, 2009.

    /s/ Jeffrey A. Bowersox  
    Jeffrey A. Bowersox (OSB Bar No. 81442)