

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | CIVIL ACTION<br><br>NO. 2:05-MD-01657<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES II |

**BOWERSOX LAW FIRM'S NOTICE OF OBJECTION TO PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR AWARD OF PLAINTIFFS'
<u>COMMON BENEFIT FEES AND REIMBURSEMENT OF EXPENSES</u>**

Bowersox Law Firm, P.C. ("BLF"), consistent with this Court's Order of April 16, 2009 (*Rec. Doc. 18264*), files this Notice of Objection to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Fees and Reimbursement of Expenses. BLF objects to the motion for reasons that will be set forth in detail in briefing filed in accordance with a schedule to be established by this Court.

Dated: May 4, 2009.                                          Respectfully submitted:

/s/ Jeffrey A. Bowersox
Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
BOWERSOX LAW FIRM, P.C.
5285 Meadows Rd., Suite 320
Lake Oswego, OR 97035
Telephone: (503) 452-5858
Facsimile: (503) 345-6893
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liason Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on May 4, 2009.

                          /s/   Jeffrey A. Bowersox
                             Jeffrey A. Bowersox
                             ATTORNEY FOR PLAINTIFFS