## SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

### EXHIBIT "2"

### List of Sullivan Papain's Plaintiffs in the IN RE: VIOXX LITIGATION
### Case No. 619

| # | Case | Docket |
|---|---|---|
| 1. | Blanca Alicea v. Merck & Co., Inc. | ATL-L-2870-05-MT |
| 2. | Al Amir & Andrea Amir v. Merck & Co., Inc. | ATL-L-4516-05-MT |
| 3. | Jean-Marie Avril as Administrator of the Estate of Sabeny Avril, deceased v. Merck & Co., Inc. | ATL-L-7559-05-MT |
| 4. | Louis Balsamo & Janice Balsamo v. Merck & Co., Inc | ATL-L-9851-06-MT |
| 5. | Lina Basnak v. Merck & Co., Inc. | ATL-L-617-06-MT |
| 6. | Joseph Bencivenga et. al. v. Merck & Co., Inc. | ATL-L-7597-05-MT |
| 7. | Idelete Boisrond et. al. v. Merck & Co., Inc. | ATL-L-4514-05-MT |
| 8. | Geraldine Booker v. Merck & Co., Inc. | ATL-L-2352-06-MT |
| 9. | Jose Leo as Administrator of the Estate of Maria Borbon, deceased v. Merck & Co., Inc. | ATL-L-5159-06-MT |
| 10. | Richard Brazzano & Elizabeth Brazzano v. Merck & Co., Inc. | ATL-L-4509-05-MT |
| 11. | John Brooks & Mary Lynn Brooks v. Merck & Co., Inc. | ATL-L-4156-06-MT |
| 12. | John Brosnan & Catherine Brosnan v. Merck & Co., Inc. | ATL-L-563-06-MT |
| 13. | Fred Buglione & Roseanne Buglione v. Merck & Co., Inc. | ATL-L-8027-05-MT |
| 14. | Carmen Burgos v. Merck & Co., Inc. | ATL-L-1419-06-MT |
| 15. | Graciela Castanaza & Rigoberto Castanaza v. Merck & Co., Inc. | ATL-L-7185-05-MT |
| 16. | Rose Chirdo v. Merck & Co., Inc. | ATL-L-506-05-MT |
| 17. | Edwin Colon, Jr. & Nancy Colon v. Merck & Co., Inc. | ATL-L-5401-06-MT |
| 18. | Lorraine Colon & Pedro Colon v. Merck & Co., Inc. | ATL-L-1795-06-MT |

| | | |
|---|---|---|
| 19. | Alfred Culliford, III, M.D. et. al. v. Merck & Co., Inc. | ATL-L-9677-06-MT |
| 20. | James Dalosis & Maria Dalosis v. Merck & Co., Inc. | ATL-L-4519-05-MT |
| 21. | Frank Derasmo v. Merck & Co., Inc. | ATL-L-4111-06-MT |
| 22. | Rose DiCosino v. Merck & Co., Inc. | ATL-L-7180-05-MT |
| 23. | Michael DiMartino & Angelina DiMartino v. Merck & Co., Inc. | ATL-L-1598-05-MT |
| 24. | John Durkan & Christina Durkan v. Merck & Co., Inc. | ATL-L-7598-05-MT |
| 25. | Doris Monique Feinberg v. Merck & Co., Inc. | ATL-L-4498-06-MT |
| 26. | Walter Fields & Anna Fields v. Merck & Co., Inc. | ATL-L-9168-06-MT |
| 27. | Edith Foley & James Foley v. Merck & Co., Inc. | ATL-L-6121-05-MT |
| 28. | William Fontanetta & Robin Fontanetta v. Merck & Co., Inc. | ATL-L-13662-06-MT |
| 29. | Thomas Fosorile & Camille Fosorile v. Merck & Co., Inc. | ATL-L-6125-05-MT |
| 30. | Margaret Eustace & Catherine Nelson as Co-Executrixes of the Estate of Dorothy Fulton, deceased v. Merck & Co., Inc. | ATL-L-6735-05-MT |
| 31. | Kathleen Ganley & Brian Ganley v. Merck & Co., Inc. | ATL-L-1701-06-MT |
| 32. | Ann J. Gill v. Merck & Co., Inc. | ATL-L-5198-05-MT |
| 33. | John J. Grasso Sr., as Proposed Executor of the Estate of Catherine Grasso, deceased and John Grasso, Sr. Individually v. Merck & Co., Inc. | ATL-L-2876-05-MT |
| 34. | Patricia Green v. Merck & Co., Inc. | ATL-L-1845-06-MT |
| 35. | Laura Hale v. Merck & Co., Inc. | ATL-L-1794-06-MT |
| 36. | Janice Hernandez & Kenneth Hernandez v. Merck & Co., Inc. | ATL-L-7189-05-MT |
| 37. | David Hyson & Josephine Hyson v. Merck & Co., Inc. | ATL-L-3354-05-MT |
| 38. | Constance Imperati v. Merck & Co., Inc. | ATL-L-8923-06-MT |
| 39. | Rami Kahlil v. Merck & Co., Inc. | ATL-L-4153-06-MT |

| | | |
|---|---|---|
| 40. | Adwar Khadhair v. Merck & Co., Inc. | ATL-L-7558-05-MT |
| 41. | Thomas A. Kohler & Diane E. Kohler v. Merck & Co., Inc. | ATL-L-3696-05-MT |
| 42. | Denise Woodward, as Proposed Administratrix of the Estate of Marion LaBad, deceased and Denise Woodward, Individually v. Merck & Co., Inc. | ATL-L-3353-05-MT |
| 43. | Joseph Lamel & Sherry Lamel v. Merck & Co., Inc. | ATL-L-562-06-MT |
| 44. | Jodie Morano as Administratrix of the Estate of Josephine Leggio, deceased, and Emanuel Leggio v. Merck & Co., Inc. | ATL-L-7019-06-MT |
| 45. | Marilyn Maggi & Robert Maggi v. Merck & Co., Inc. | ATL-L-4021-06-MT |
| 46. | Roxanne Gaynor as Executrix of the Estate of Merida Martinez v. Merck & Co., Inc. | ATL-L-1846-06-MT |
| 47. | Pauline Massari & Nicholas Massari v. Merck & Co., Inc. | ATL-L-7953-06-MT |
| 48. | Robin Mayo et al. v. Merck & Co., Inc. | ATL-L-564-06-MT |
| 49. | Gerald McBride & Sheila McBride v. Merck & Co., Inc. | ATL-L-193-05-MT |
| 50. | Edward McLain v. Merck & Co., Inc. | ATL-L-3123-06-MT |
| 51. | Sallie Mears & Charles W. Mears, Sr. v. Merck & Co., Inc. | ATL-L-4020-06-MT |
| 52. | Charles T. Molluzzo v. Merck & Co., Inc. | ATL-L-1582-06-MT |
| 53. | Angelo Mpimpas, as Administrator of the Estate of Barbara Mpimpas, deceased v. Merck & Co., Inc. | ATL-L-2283-06-MT |
| 54. | Peter Murphy & Margaret Murphy v. Merck & Co., Inc. | ATL-L-7737-05-MT |
| 55. | Peggy Nadell as Executrix of the Estate of Robert Nadell, deceased v. Merck & Co., Inc. | ATL-L-7187-05-MT |
| 56. | Edna Nunemaker v. Merck & Co., Inc. | ATL-L-7182-05-MT |
| 57. | Gloria Nunez & James Arthur Nunez v. Merck & Co., Inc. | ATL-L-8922-06-MT |
| 58. | Lynda Ossip & Burton Mandelbaum v. Merck & Co., Inc. | ATL-L-5404-06-MT |
| 59. | Virginia Padilla v. Merck & Co., Inc | ATL-L-5197-05-MT |

| | | |
|---|---|---|
| 60. | Ann Paladino & Frank Paladino v. Merck & Co., Inc. | ATL-L-1236-06-MT |
| 61. | Benyamin Patirian v. Merck & Co., Inc. | ATL-L-2349-06-MT |
| 62. | Frank B. Pelzer v. Merck & Co., Inc. | ATL-L-6117-05-MT |
| 63. | Frank Polcer & Madeline Polcer v. Merck & Co., Inc. | ATL-L-2727-06-MT |
| 64. | Debra DaParma as Administratrix of the Estate of Thomas Quent, deceased v. Merck & Co., Inc. | ATL-L-1418-06-MT |
| 65. | John Quinn as Executor of the Estate of Eleanor A. Quinn, deceased v. Merck & Co., Inc. | ATL-L-9169-06-MT |
| 66. | Michael John Reddington, III as the Proposed Administrator of the Estate of Michael John Reddington, Jr., deceased, and Michael John Reddington, III, Individually v. Merck & Co., Inc. | ATL-L-2385-05-MT |
| 67. | Robert Revera & Ann Revera v. Merck & Co., Inc. | ATL-L-516-05-MT |
| 68. | Khadige Rifai & Mustapha Rifai v. Merck & Co., Inc. | ATL-L-2729-06-MT |
| 69. | Carmen Rodriguez & Abraham Rodriguez v. Merck & Co., Inc. | ATL-L-3373-45-MT |
| 70. | Jose Rodriguez v. Merck & Co., Inc. | ATL-L-5403-06-MT |
| 71. | Michelle Rodriguez & Robert Rodriguez v. Merck & Co., Inc. | ATL-L-5402-06-MT |
| 72. | Robert Roesler & Janet Roesler v. Merck & Co., Inc. | ATL-L-13664-06-MT |
| 73. | Diane Sailer & Keith Sailer v. Merck & Co., Inc. | ATL-L-1583-06-MT |
| 74. | Robert Salerno & Mary Ann Salerno v. Merck & Co., Inc. | ATL-L-1599-05-MT |
| 75. | Claire Samuels v. Merck & Co., Inc. | ATL-L-2728-06-MT |
| 76. | Blanca Santana v. Merck & Co., Inc. | ATL-L-507-05-MT |
| 77. | Tova Scheiner & Menachem v. Merck & Co., Inc. | ATL-L-514-05-MT |
| 78. | Thomas Schoppmann v. Merck & Co., Inc. | ATL-L-4508-05-MT |
| 79. | Michael Anthony Sciascio v. Merck & Co., Inc. | ATL-L-4517-05-MT |
| 80. | Winston Sewell & Debra Sewell v. Merck & Co., Inc. | ATL-L-7958-06-MT |