## SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 266-4141
SPBMC-NY@TrialLaw1.com
www.TrialLaw1.com

Robert G. Sullivan
Nicholas Papain
Michael N. Block
Christopher T. McGrath
Vito A. Cannavo
John F. Nash
Frank V. Floriani

Marie Ng
Eleni Coffinas
David J. Dean
Hugh M. Turk
Albert B. Aquila
Brian J. Shoot
Andrew J. Carboy

**Herman Badillo**
*Of Counsel*

**Peter DeBlasio**
*Of Counsel*

John M. Tomsky
George J. Pfluger
*Counsel to the Firm*

Hon. Joseph N. Giamboi (ret.)
Robert J. Bohner
Stephen C. Glasser
*Of Counsel*

PLEASE REPLY TO:

New York City Office

Cheol I. Kim
Eric K. Schwarz
Mary Anne Walling
Elizabeth Montesano
Matthew J. Jones
Deanne M. DiBlasi
Beth N. Jablon
Liza A. Milgrim
Susan M. Jaffe
Donte Mills
Christopher P. Spina

Jeffrey B. Bromfeld
Wendell Y. Tong
Benjamin J. Wolf
Terrence L. Tarver
Michael J. Wells
Noemi Puntier
Clifford S. Argintar
Jocelyn E. Lupetin
Kerry A. McManus
Thomas J. McManus

Author's e-mail address:
ACarboy@TrialLaw1.com
Direct Telephone Line:
(212) 266-4102
Private Fax Line:
(212) 266-4182

May 12, 2009

**VIA OVERNIGHT MAIL**
Honorable Eldon Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

      Re:    Vioxx Litigation
                  MDL-1657

Dear Honorable Sir:

      This office represents 141 plaintiffs in the Vioxx litigation, in both the Eastern District of Louisiana and in New Jersey State Court.

      On May 8, 2009 this office utilized the LexisNexis File & Serve Service to file with the Court, and serve upon opposing counsel a Notice of Objection to PLC's Motion for Award of Common Benefit Counsel Fees and Reimbursement of Expenses. The Notice as well as receipts from LexisNexis confirming this transaction is enclosed. We believed the Notice was filed and served as of May 8, 2009.

      Today, May 12, 2009, this office learned that the aforementioned Notice was not filed with the Court, but was only served upon opposing counsel.

      We apologize for this inadvertent error. We hereby respectfully request that the Court deem the enclosed Notice filed as of May 8, 2009.

LONG ISLAND OFFICE
55 MINEOLA BOULEVARD • MINEOLA • NEW YORK 11501
TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350
SPBMC-LI@TrialLaw1.com

NEW JERSEY OFFICE
126 STATE STREET • HACKENSACK • NEW JERSEY 07601
TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461
SPBMC-NJ@TrialLaw1.com

SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

We thank the Court for its kind assistance.

        Respectfully Submitted,

        SULLIVAN PAPAIN BLOCK
        McGRATH & CANNAVO P.C.

        By: _____
            Andrew J. Carboy

AJC:lmm
Enclosures
(059332)