## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 25100838 |
| **Submitted by:** | Andrew Carboy, Sullivan Papain Block McGrath & Cannavo PC |
| **Authorized by:** | Andrew John Carboy, Sullivan Papain Block McGrath & Cannavo PC |
| **Authorize and file on:** | May 8 2009 4:28PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical |
| **Case Number:** | MDL-1657 Master Case |
| **Case Name:** | In Re: VIOXX Products Liability Litigation MDL No 1657 |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | |

**Documents List**
**1 Document(s)**

**Attached Document, 24 Pages**   **Document ID: 21611380**          PDF Format | Original Format

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Objection | Secure Public | $0.00 | |

**Document title:**
Notice of Objection

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Plaintiff | Interested Party | Carboy, Andrew John | Sullivan Papain Block McGrath & Cannavo PC | Attorney in Charge |

⊞ **Recipients (1786)**

   ⊞ Service List (1786)

   ⊟ Additional Recipients (0)


⊞ **Case Parties**

[Close]



About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2009 LexisNexis®. All rights reserved.