UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:**

06-1170, Delanese v. Merck & Co., Inc. (as to Amanda Rickard only);
06-2204, Albright v. Merck & Co., Inc. (as to Hattie Thomas only)

## ORDER

The Court is in receipt of Plaintiff's Motion to Correct Order and Incorporated Memorandum of Points and Authorities (Rec. Doc. 18873). IT IS ORDERED that the motion shall be set for hearing on Wednesday, June 10, 2009, at 9:00 a.m.

New Orleans, Louisiana, this 28th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE

1