# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700

RE-MAILED - May 28, 2009

May 18, 2008

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 09-30260, Lillian Adams, et al v. Merck and Company, Inc
     USDC No. 2:06-CV-11333
     USDC No. 2:07-CV-395
     USDC No. 2:07-CV-1252
     USDC No. 2:08-CV-1613
     USDC No. 2:08-CV-1614
     USDC No. 2:08-CV-1615
     USDC No. 2:08-CV-1616
     USDC No. 2:08-CV-1617
     USDC No. 2:08-CV-1618
```

*[Stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED MAY 29 2009 LORETTA G. WHYTE CLERK]*

*[Handwritten: CV 05-1657-L]*

Enclosed is an order entered in this case.

                              CHARLES R. FULBRUGE III, Clerk

                              By: /s/ Kimberly K. Folse
                              Kimberly K. Folse, Deputy Clerk
                              504-310-7712

Mr. Joseph Charles Blanks
Mr. Jonathan B. Skidmore
Ms. Loretta Whyte, Clerk

P.S. to All: The deadline for filing the designation(s) is due within 14 days of the updated date of this notice.

```
__ Fee_____
__ Process_____
 X Dktd_____
__ CtRmDep_____
__ Doc. No._____
```

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**

MAY 1 8 2009

IN RE: VIOXX LITIGATION

CHARLES R. FULBRUGE III
CLERK

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-MD-1657

    The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

    Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

    The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

    The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

_____
CHARLES R. FULBRUGE, III
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT