UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to all plaintiffs** | * | |
| **on attached Exhibits 1, 2, 3 & 4** | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

*****************************************************************************

## ORDER

By Orders entered April 17, 2009, April 30, 2009, and May 15, 2009, the Court deferred until May 29, 2009 consideration of Defendant Merck & Co., Inc.'s First, Second, Third, Fourth, Fifth, and Sixth Motions, Rules and Incorporated Memoranda to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met (R. Docs. 18049, 18051, 18052, 18503, 18054, and 18058) as to certain plaintiffs and tolling claimants. By Orders entered May 15, 2009, the Court also deferred until May 29, 2009 consideration of Defendant Merck & Co., Inc.'s First and Second Supplemental Motions, Rules and Incorporated Memoranda to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met (R. Docs. 18307 and 18308) as to certain additional plaintiffs and tolling claimants. These deferred matters came on for hearing on May 29, 2009. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as to all plaintiffs and tolling claimants on the attached Exhibit 1.

**IT IS FURTHER ORDERED** that the claims of all plaintiffs on the attached Exhibit 2 be and they hereby are dismissed with prejudice.

978849v.1

**IT IS FURTHER ORDERED** that as to the plaintiffs on the attached Exhibit 3, the releases that have been submitted to the Claims Administrator are deemed valid and enforceable for all purposes, and that plaintiffs and all other persons affiliated with such claims are estopped from contesting the validity of those releases in any future proceedings.

**IT IS FURTHER ORDERED** that the motion is deferred as to all plaintiffs and tolling claimants on the attached Exhibit 4 until June 10, 2009 at 9:00 a.m.  The plaintiffs and tolling claimants on Exhibit 4 have until 6:00 p.m. Eastern time, June 8, 2009 to provide non-deficient enrollment materials.  If the deficiencies are not cured by June 8, 2009 these claims will be dismissed with prejudice and/or any Tolling Agreement rights voided and extinguished, as applicable, on June 10.

**NEW ORLEANS, LOUISIANA**, this  29th  day of   May  , 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

| | **Exhibit 1** <br> **(Motion Withdrawn)** | | | | | | |
|---|---|---|---|---|---|---|---|
| | **VCN** | **Primary Counsel** | **Claimant Name** | **Current Deficiencies** | **Derivative Claimant Name** | **Case Caption** | **Docket Number** |
| 1. | 1121366 | Berke & Lubell, P.A. | Kovack, Joseph T. | | | Kovack, Joseph T. v. Merck & Co., Inc. | 2:08-cv-01405-EEF-DEK |
| 2. | 1096555 | Carey & Danis, LLC | Williams, Dorothy M. | | | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK |
| 3. | 1104596 | Gallagher Law Firm (TX) | Johnson, Charleszetta | R-37d | | Tolling Claimant | |
| 4. | 1050759 | Lamb Firm, LLC, The | Arroyo-Crespo, Alejandrina | R-1; R-32; R-6; R-7 | Pagan-Arroyo, Victor; Silva-Arroyo, Dalma; Silva-arroyo, Maria | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 5. | 1050998 | Lamb Firm, LLC, The | Matos-Gomez, Cruz | R-30 | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 6. | 1051016 | Lamb Firm, LLC, The | Millan-Gutierrez, Luz D. | R-30 | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 7. | 1051024 | Lamb Firm, LLC, The | Morales-Gonzalez, Antonio | R-37j | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 8. | 1051044 | Lamb Firm, LLC, The | Ortiz, Lydia M. | R-30 | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 9. | 1051184 | Lamb Firm, LLC, The | Sanchez-Torres, Carmen C. | R-30 | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 10. | 1051233 | Lamb Firm, LLC, The | Trinidad-Fernandez, Hermenegilda | R-30 | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 11. | 1051243 | Lamb Firm, LLC, The | Vazquez-Vazquez, Concepcion | R-30; R-31 | Vasquez-Vasquez, Marina | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 12. | 1051254 | Lamb Firm, LLC, The | Villegas-Rodriguez, Francisca | R-30 | Matos-Villegas, Eduardo; Matos-Villegas, Felix; Matos-Villegas, Pedro | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 13. | 1051259 | Lamb Firm, LLC, The | Zayas-Zayas, Bernabela | R-30; R-31 | Quintana-Zayas, Norma | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 14. | 1062935 | Pro Se | Jackson, Alvin Leonard | | | Bradford, Annie v. Merck & Co., Inc. | 2:05-cv-02328-EEF-DEK |
| 15. | 1032936 | Weitz & Luxenberg, P.C. | Roman Velez, Rafaela | | CRUZ, RICARDO | Roman Velez, Rafaela v. Merck & Co., Inc. | 2:06-cv-00109-EEF-DEK |

| | **VCN** | **Primary Counsel** | **Claimant Name** | **Current Deficiencies** | **Derivative Claimant Name** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|---|---|
|  | **Exhibit 2** <br>**(Dismissal of Lawsuits; Extinguishment of Tolling Agreement)** |||||||
| 1. | 1050907 | Lamb Firm, LLC, The | Gonzalez-Arias, Rafael | R-30 | | Arias, Rafael G. v. Merck & Co., Inc. | 2:05-cv-00529-EEF-DEK |
| 2. | 1051039 | Lamb Firm, LLC, The | Orama-Rovira, Juan E. | R-30 | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| **Exhibit 3** *(Estoppel)* ||||||||
| 1. | 1119207 | Christoff, William Z., Attorney at Law | Kerr, Sr., Kenneth K. | R-33b | | Kerr, Sr., Kenneth K. v. Merck & Co., Inc. | 2:06-cv-11113-EEF-DEK |
| 2. | 1069884 | Pro Se | Jones, Homer | R-39; R-6 | | Jones, Homer v. Merck & Co., Inc. | 2:06-cv-09803-EEF-DEK |
| 3. | 1001053 | Pro Se | Poole, Louise | R-15; R-22 | | Garry, Robert L. v. Merck & Co., Inc. | 2:06-cv-10155-EEF-DEK |
| 4. | 1061701 | Schmidt, Douglas M., APLC | Frank, Barbara | R-32; R-99 | | Frank, Barbara v. Merck & Co., Inc. | 2:07-cv-01645-EEF-DEK |

| | **VCN** | **Primary Counsel** | **Claimant Name** | **Current Deficiencies** | **Derivative Claimant Name** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|---|---|
|  | **Exhibit 4** (Deferral until 6/10/09) | | | | | | |
| 1. | 1104418 | Gallagher Law Firm (TX) | Caparino, Milbrun | R-30 | | Tolling Claimant | |
| 2. | 1104463 | Gallagher Law Firm (TX) | Dougherity, Norma | R-30 | | Tolling Claimant | |
| 3. | 1110628 | Howard & Reed | Morris, Lillian | R-30 | | Adams, Dorothy v. Merck & Co., Inc. | 2:05-cv-04430-EEF-DEK |