**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   VIOXX® PRODUCTS LIABILITY LITIGATION | CIVIL ACTION MDL NO. 1657<br><br>NO. 2:05-MD-01657-EEF-DEK<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III. |
| *This Document Relates To All Cases* | |

### MOTION TO WITHDRAW NOTICE OF OBJECTION TO PLAINTIFF STEERING COMMITTEE'S MOTION FOR AWARD OF 8% OF THE SETTLEMENT PROCEEDS AS COMMON BENEFIT FEES (REC. DOC. 17642)

Spangenberg, Shibley & Liber LLP submits this Motion to Withdraw its previously filed Notice of Objection to Plaintif Steering Committee's Motion For Award of 8% of the Settlement Proceeds as Common Benefit Fees (Lexis Nexis Transaction 25101890 dated May 8, 2009).

Respectfully submitted,

/s/Stuart E. Scott
STUART E. SCOTT Ohio Bar No. 0064834
NICHOLAS A. DICELLO Ohio Bar No. 0075745
*Counsel for Plaintiffs*

OF COUNSEL:

**SPANGENBERG, SHIBLEY & LIBER LLP**
1900 East Ninth Street
2400 National City Center
Cleveland, Ohio  44114
(216) 696-3232
(216) 696-3924 (FAX)
sscott@spanglaw.com
ndicello@spanglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Whitman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(A), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 29th day of May, 2009.

/s/*Stuart E. Scott*
**STUART E. SCOTT Ohio Bar No. 0064834**
**NICHOLAS A. DICELLO Ohio Bar No. 0075745**
*Counsel for Plaintiffs*

OF COUNSEL:

**SPANGENBERG, SHIBLEY & LIBER LLP**
1900 East Ninth Street
2400 National City Center
Cleveland, Ohio  44114
(216) 696-3232
(216) 696-3924 (FAX)
*sscott@spanglaw.com*
*ndicello@spanglaw.com*



Mary Zupancic | Switch Client | Preferences | History | Sign Out

LexisNexis Services: *Lexis.com*®

| Home | Early Case Assessment | **Draft, File & Serve** | Discovery | Research | Gather Intelligence | Trial Prep | Alerts & Tracks | Litigation Tools |

> Return to File & Serve home             ✦ Add this page to My Favorite Tasks

| Menu | |
|---|---|
| Drafting Resources | |
| Briefs, Pleadings & Motions | |
| Docket Number Search | |
| **File & Serve Documents** | |

GOLD CASE — Attend an Upcoming Gold Case Webinar EARN 150 POINTS

LexisNexis® *File & Serve*    Spangenberg Shibley & Liber LLP | Resource Center

| Home | Filing & Service | Alerts | Search |
| Start A Transaction | Saved Transactions | Scheduled Transactions |

5/29/09 2:38 PM CDT

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

*TIP:* Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

### LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 25410329 |
| **Submitted by:** | Mary Zupancic, Spangenberg Shibley & Liber LLP |
| **Authorized by:** | Stuart E Scott, Spangenberg Shibley & Liber LLP |
| **Authorize and file on:** | May 29 2009 2:34PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical |
| **Case Number:** | MDL-1657 Master Case |
| **Case Name:** | In Re: VIOXX Products Liability Litigation MDL No 1657 |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | Vioxx |

**Documents List**
2 Document(s)

Attached Document, 2 Pages    Document ID: 22028617    PDF Format | Original Format

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Motion - Other | Secure Public | $0.00 | |

**Document title:**
Motion to Withdraw Notice of Objection to Plaintiff Steering Committee's Motion for Award of 8% of the Settlement Proceeds as Common Benefit Fees (Rec. Doc. 17642)

Attached Document, 1 Pages    Document ID: 22028673    PDF Format | Original Format
Related Document ID: 22028617

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Proposed Order | Secure Public | $0.00 | |

**Document title:**
Order