IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX

    Products Liability Litigation

This Document Relates to:

    05 - cv - 5382

MDL DOCKET NO. 1657

SECTION : L

JUDGE FALLON
MAG. JUDGE KNOWLES

ORDER

    AND NOW, this _____ day of _____, 2009, upon consideration of plaintiff's Motion to answer motion and for extension of time, and _____, it is hereby ORDERED that plaintiffs are STRICKEN from defendant's seventh motion to dismiss, and are granted an extension of time of ninety (90) days within which to file an expert report pursuant to Pretrial Order No. 28 in this case..

_____

UNITED STATES DISTRICT JUDGE