# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JUN -2 PM 4: 18

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE:  VIOXX® PRODUCTS LIABILITY LITIGATION | CIVIL ACTION MDL NO. 1657 <br><br> NO. 2:05-MD-01657-EEF-DEK <br> JUDGE ELDON E. FALLON <br><br> DIVISION 3 <br> MAGISTRATE DANIEL E. KNOWLES III. |
| *This Document Relates To All Cases* | |

## ORDER

This matter came before the Court upon the Motion of Counsel for the law firm Spangenberg, Shibley & Liber LLP to Withdraw Notice of Objection to Plaintiff Steering Committee's Motion for Award of 8% of the Settlement Proceeds As Common Benefit Fees (Rec. Doc. 17642). After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

6/3/09
Date

_____
United States District Judge

\_\_ Fee \_\_\_\_\_
\_\_ Process \_\_\_\_\_
X  Dktd \_\_\_\_\_
\_\_ CtRmDep \_\_\_\_\_
\_\_ Doc. No. \_\_\_\_\_