UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JUN -2 PM 4: 17

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

This document relates to:   06-5980, Alvarado, et al. v. Merck & Co., Inc.

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiffs Larry and Debra Long. IT IS ORDERED that the correspondence shall be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel, counsel of record, and the claims administrator, to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 27th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

The Miller Firm
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Mr. Larry and Debra Long
PO Box 2335
Woodstock, GA 30188

Vioxx Claims Administrator
PO Box 85031
Richmond, VA 23285-5031

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

1