05/25/2009 17:10 FAX

Case 2:05-md-01657-EEF-DEK  Document 19067-1  Filed 06/02/09  Page 1 of 5

RECEIVED
MAY 2 5 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

**STAPLES copy&print center**

## Complimentary Self-Serve Fax Cover Sheet

To: Judge Fallon
Fax #: 3 504 5896966
Date: 5/25/09
Number of Pages (Including Cover): 5

From: Debra + Larry Long
Phone #: 6785087449
Reply Fax #:

Urgent [X]   Confidential [ ]   Confirm Receipt [ ]

We'll do it right the first time — guaranteed.

Black & white copies • Color copies • Custom printing • Binding • Folding • Wide-format copying • Custom stamps • UPS shipping and more

that was easy.

5/06blzsv_009815

May 25, 2009

United States District Court
Eastern District of Louisiana
Honorable Eldon E. Fallon
500 Poydras Street Room C-456
New Orleans, LA 70130

URGENT

Dear Honorable Fallon,

Re: LARRY LEE LONG (Debra Long, wife), GLOBAL VIOXX SETTLEMENT
1098207
     MILLER FIRM LLC, Michele A. DiMartino. Allen Rothenberg, Esquire

My husband Larry L. Long (a client of Miller Firm a client of Miller Firm) is currently on Hemo dialysis, he has kidney failure and his condition is critical. I am writing because I have some concerns:

1. I have been contacting the Miller Law Firm over the last 8 months once a month we were evicted because of my husband health and we were not at a stable address. I would call Miller Firm, sometimes I would not get a call be for several weeks sometimes, I would have to call again. They seem to be distant with the relationship after we sign over we want to join the global suit. I would always give them my current phone number which has been the same for 1 year and a physical address for over night information, and a P O Box for secondary.
2. The month of April and May I would contact Miller every 2 weeks. I would ask for updates, no up date. Early May around May 4, 2009 I called and asked for an update (I am having my cell phone pull my telephone log). They said no update they would call me as soon as they receive update info. I told them I had received an letter from the court via your office saying something about the attorneys could like at the portal and see where the client was. Miller Law Firm told me we were still in review. They said"We could not see anything".
3. Miller Firm sent a letter dated May 5, 2009, post marked May 6, 2009. I received it May 15, 2009 on a Friday. I remember I pick up my mail on Friday, and Sat the latest every week from the post office, I read thru the letter beginning fast, then pick the letter up and re read it to see what I need to do. Then I realize I had only until the May 26, 2009 to get any additional records.
4. I called Miller and talked with Michele DiMartino, they had previously told me everyone was out and blah blah...left a message for DiMartino and said I had question about the May 26 deadline. She called me back and was furious had a

bad, bad attitude, I asked her to listen to what I am saying. She said "I have been listening to you now you listen to me". I had her on the speaker phone because I was in the car on a cell phone, my daughter heard her. We were shocked to hear her talk so rude, she sound like she did not want to help or go any further, now I was in a jam. I ask her could she get more time for addition information to be submitted, this is the holiday week, people are out. She kept asking me why 10 days. Well information must be transported by mail to get signatures, reviewed and returned, that is a fact. She said I had all of Jan 09 up until now. I did not know we had a problem, they told me just wait, just wait until we hear something from the claim administrators.

Questions
1. Did the Miller Law Firm mislead us to sign for the vioxx global settlement so the 80 % could be met?
2. Why would the our representing Law firm turn cold and avoid us after Jan.09
3. When did they receive the eligibility notice from the gates committee? Why would they not tell us to gather additional information.
4. Miller told me they would get the information. I had to send a letter with questions to the doctor myself, I was going to personally visit the doctor with my husband, but they said don't do that yet.
5. What appeal process must I take, Miller do not seem like they want to help me. Usually people have 30 to 60 days to submit additional information.

The Miller Law Firm has made me feel like they are representing a criminal in criminal case, this is a medical case that has cause my husband health to deteriate.

Sincerly,

*Larry + Debra Long*

Larry and Debra Long

PO BOX 2335
WOODSTOCK, GA 30188
Regular mail

145 Gatlin Ridge Run
Dallas, GA 30157
Nia0003@yahoo.com  678 508 7449

Miller Law Firm
Attorney Michele DiMartino
2 Bala Plaza Suite 603
Bala Cynwyd, Pa 19004
504 672-4224



# The Miller Firm LLC
### TRIAL LAWYERS

Michael J. Miller – VA, MD, DC, PA
Christopher A. Gomez – PA, VA
Bruce D. Burtoff, M.D., J.D. – VA, DC, FL, MS
Peter A. Miller – VA
Michele A. DiMartino – PA, NJ
David C. Andersen – DC, CA
David J. Dickens – VA
Jeffrey Travers – VA
Charles W. Davis – VA
Preston G. Williams - VA

The Sherman Building
108 Railroad Avenue
Orange, Virginia 22960
Marcia DePalmo Swartz, R.N., MFS
Jennifer Miller, R.N.
Nancy Leftwich, R.N.
Website: doctoratlaw.com
Telephone: (540) 672-4224
(866) 529-3323
Facsimile: (540) 672-3055

*Of Counsel*
Nancy Guy Armstrong – MS

Wednesday, May 06, 2009

**VIA FIRST CLASS MAIL**

Larry Long
PO Box 2335
Woodstock, GA 30188

Re: **VIOXX SETTLEMENT**

Dear Mr. Long:

We received a Notice of Ineligibility from the Claims Administrator. Your claim did not pass any of the 3 gates: injury, proximity or duration. In order to qualify for settlement, the claimant must provide documentation of a heart attack, ischemic stroke or sudden cardiac death. In order to qualify for settlement, the Claimant must show that at least 30 pills were dispensed in the 56 days preceding the event, or at least 90 pills were dispensed in the 140 days preceding the event; or at least 120 pills were dispensed in the 180 days immediately preceding the event; or at least 250 pills dispensed during the 12 months immediately preceding the event. A claimant must also produce evidence of the issuance of at least 30 Vioxx pills within a 60 day period, which were dispensed before the event. We enclose a copy of the Notice of Ineligibility for your review.

In support of the Claim, we submitted the medical records of Jefferson Regional Medical Center, Dr. David Zimmerman, the questionnaire completed by Dr. Joseph Dunaway relating to your use of Vioxx as well as the medical records that you provided to us. We also requested and received the pharmacy records of Budget Saver Pharmacy and USA Drug. However, these pharmacy records do not show any prescriptions for Vioxx. You have alleged that you suffered a stroke on January 15, 2001 and a heart attack on October 17, 2001. However, none of the medical records submitted to the Claims Administrator support these allegations. Specifically, the records of Jefferson Regional Medical Center show that you had a Cat Scan of your head on January 15, 2001 but that "no acute intracranial abnormalities" were seen. Further, the records of Dr. Zimmerman indicate that your heart attack occurred in 1989- well before Vioxx was even on the market. Therefore, there is currently no proof of a qualifying injury and no proof of Vioxx ingestion, other than what Dr. Dunaway indicates in the questionnaire.

Larry Long
May 6, 2009
Page 2

As is indicated on the Notice of Ineligibility, we must respond to the Notice of Ineligibility within twenty one (21) days of the Notice, which is **May 26, 2009**. We may select from the following options:

1. We can indicate that we have no additional records to provide to the Claims Administrator. If we select this option, your claim will proceed to a gates committee for review. The gates committee is comprised of three (3) representatives appointed by Merck, and three (3) representatives appointed by Plaintiff's Negotiating Committee. The gates committee will review your claim to determine if you should be deemed a qualifying claimant who is eligible to receive benefits under the Settlement Program. If a majority of the gates committee decides that you are eligible, we will be notified of same by the Claims Administrator. If a majority of the gates committee decides that you are ineligible, we will receive a Notice indicating same and advising of the options under the Settlement Agreement;

2. We can indicate that we have gathered additional records and are forwarding them to the Claims Administrator for review. Any additional records MUST be submitted to the Claims Administrator by May 26, 2009.

Please immediately advise us as to whether there are any other medical records which would support the diagnosis of a heart attack or proof of ingestion of Vioxx. If there are no other records, please sign and date the bottom of this letter indicating same.

We must act promptly. **WE MUST RESPOND BY MAY 26, 2009.** If the Claims Administrator receives no response by May 26, 2009, the claim will go directly to the gates committee and we will be unable to submit any additional documentation of injury or proof.

Very truly yours,

THE MILLER FIRM, LLC

*Michele A. DiMartino /id*

Michele A. DiMartino

Encls.
cc: Allen Rothenberg, Esquire


I HAVE READ THIS LETTER, UNDERSTAND ITS CONTENTS
AND I CONFIRM THAT THE ONLY INJURY AND PROOF
RECORDS THAT EXIST ARE THOSE
SPECIFICALLY OUTLINED IN THIS LETTER.
PLEASE SEND THE CLAIM TO THE GATES COMMITTEE.

_____
LARRY LONG