UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| Nathaniel Webster, et al. v. Merck & Co., Inc. | * | |
| Civil Action No: 2:06-cv-3594-EEF-DEK; | * | |
| Glenda Meysami, et al. v. Merck & Co., Inc. | * | |
| Civil Action No: 2:05-cv-5353-EEF-DEK | * | **MAGISTRATE JUDGE** |
| | * | **KNOWLES** |
| "And only regarding Robert Cathcart and | * | |
| James Beaver" | * | |
| | * | |

*******************************************

## MOTION TO VACATE ORDERS TO WITHDRAW
## AS COUNSEL OF RECORD

Comes Plaintiff, by counsel, and for his Motion to Vacate the Orders Granting Motion to Withdraw as Counsel of Record entered on April 21, 2009, states as follows:

Counsel filed Motions to Withdraw from representation of Robert Cathcart and James Beaver on August 5, 2008. However, at the request of attorneys for Merck, these claimants were subsequently enrolled into settlement program. Counsel has continued to represent plaintiffs and therefore ask this court to vacate the order of April 21, 2009.

Therefore, Plaintiffs respectfully requests that this Order Granting Motions to Withdraw as Counsel of Record be vacated.

1

DATED: June 2, 2009                    Respectfully submitted,

Roger C. Denton, 30292
Schlichter, Bogard & Denton, LLP
100 S. Fourth Street, Suite 900
St. Louis, MO 63102
Tel: 314-621-6115 / Fax: 314-621-7151
rdenton@uselaws.com
Counsel for Plaintiffs

## CERTIFICATION OF SERVICE

I hereby certify that the above and foregoing Motion to Vacate Order to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by Lexis Nexis File & Serve.

Roger C. Denton, 30292
Schlichter, Bogard & Denton, LLP
100 S. Fourth Street, Suite 900
St. Louis, MO 63102
Tel: 314-621-6115 / Fax: 314-621-7151
rdenton@uselaws.com
Counsel for Plaintiffs

3