UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| Nathaniel Webster, et al. v. Merck & Co., Inc. | * | |
| Civil Action No: 2:06-cv-3594-EEF-DEK; | * | |
| Glenda Meysami, et al. v. Merck & Co., Inc. | * | |
| Civil Action No: 2:05-cv-5353-EEF-DEK | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| "And only regarding Robert Cathcart and | * | |
|   James Beaver" | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon due consideration of Plaintiffs Counsel's Motion to Vacate Orders for Motion to Withdraw as Counsel of Record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs Counsel's Motion to Vacate the Order Granting Motion to Withdraw as Counsel of Record is GRANTED and the Order granting withdrawal is hereby remanded from the docket.

IT IS SO ORDERED.

DATED: _____     _____
                           Judge Eldon E. Fallon
                           United States District Court Judge