UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  VIOXX** | MDL NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION:** | |
| | SECTION:  L |
| | |
| | JUDGE FALLON |
| ……………………………………………….. | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
**James Coleman, et. al.  v. Merck & Co., Inc., No. 2:06-cv-01970**
**(previously  USDC EDMO 4:05cv1944)**
**Plaintiff Yvonne Burl**

## DECLARATION OF SETH S. WEBB

I, Seth S. Webb, declare that:

1. Counsel has communicated with plaintiff.

2. Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and

3. Plaintiff has not consented to the withdrawal.

| | |
|---|---|
| Dated: June 3, 2009 | RESPECTFULLY SUBMITTED, |
| | BROWN AND CROUPPEN |
| | /s/ Seth S. Webb |
| | Seth S. Webb, MO #505666 |
| | Brown & Crouppen, P.C. |
| | 720 Olive Street, Ste. 1800 |
| | St. Louis, MO 63101 |
| | (314) 421-0216 |
| | (314) 421-0359 fax |
| | swebb@brownandcrouppen.com |

1