UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**IN RE:  VIOXX**                                        MDL NO. 1657
**PRODUCTS LIABILITY LITIGATION:**

                                                 SECTION:  L

                                                 JUDGE FALLON
……………………………………………………..     MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
**James Coleman, et. al.  v. Merck & Co., Inc., No. 2:06-cv-01970**
**(previously  USDC EDMO 4:05cv1944)**
**Plaintiff Yvonne Burl**

## **ORDER**

Upon due consideration of Plaintiff's Counsel's Motion to Withdraw as Counsel of Record for Plaintiff Yvonne Burl, and for good cause shown, the Court finds the motion to be well taken, and that same should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that Seth S. Webb and the law firm of Brown and Crouppen are withdrawn as attorneys for Plaintiff Yvonne Burl.

IT IS SO ORDERED.

DATED: _____, 2009

                                                         _____
                                                         Honorable Eldon E. Fallon/Judge
                                                         United States District Court Judge
                                                         Eastern District of Louisiana