UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  :  MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION  :  SECTION: L
        :
        :  JUDGE FALLON
        :  MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:  *Irene Kidwell, individually and as trustee of the Estate of Kathryn Lothelia Overton, Deceased v. Merck & Co., Inc.*, No. 06-3614

### ORDER

The Court is in receipt of the attached Proposed Distribution of Award for the Estate of Kathryn Lothelia Overton, which shall be entered into the record UNDER SEAL.

The Court approves of the proposed distribution and authorizes counsel to distribute the award as set forth therein.

New Orleans, Louisiana, this 5th day of June, 2009.

UNITED STATES DISTRICT JUDGE

CC:  Mark Hurt
      159 West Main Street
      Abingdon, VA 24210

1