UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to ALL ACTIONS | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

### MEMORANDUM IN SUPPORT OF THE PLAINTIFFS' MOTION FOR PRODUCTION OF RECORDS

**MAY IT PLEASE THE COURT:**

The Plaintiff hereby submits this memorandum in support of its Motion for Production of Records.

On June 1, 2009, Jennelle, an employee of Rite Aid Legal Department, advised that they were "backed up" in their medical requests and it would be an additional three (3) or four (4) weeks before they would be able to process our request for records. The first request to Rite Aid was made on May 12, 2009 with additional telephone calls and re-submissions of the request via facsimile sent on May 19, May 27, 2009, and June 1, 2009. (copies attached as Exhibit "A") As the Court is well aware, these claimants are seeking records from Rite Aid in connection with the Vioxx Settlement Program and apparently Rite Aid refuses or does not desire to provide the claims information at the present time. The claimant in question has already received a Points Award and these records are needed to support the appeal deduction for consistency. We have already requested an extension and have until June 17th, 2009 within which to provide these records.

1

Plaintiff moves this Court for an Order compelling Rite Aid to produce the records in its possession immediately so that the claimant named above is not prejudiced as a result of delays caused by Rite Aid.

Respectfully submitted,

Date: June 8, 2009.            By:   /s/ E. Kirk Wood, Esq.
                                     **E.KIRK WOOD  (Bar No. )**
                                     **The Wood Law Firm, LLC**
                                     *P.O. Box 382434 (35238-2434)*
                                     *2900 2st Avenue South, Suite A (35233)*
                                     *Birmigham, AL 35238-2434/35233*

                                     **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8TH day of June, 2009.

**E. KIRK WOOD (Bar No. )**
**The Wood Law Firm, LLC**
*P.O. Box 382434 (35238-2434)*
*2900 1st Avenue South, Suite A (35233)*
*Birmingham, AL 35238-2434/35233*