UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to ALL ACTIONS | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

## NOTICE OF HEARING

Please note that Plaintiffs having filed the Motion for Production of Records Regarding El Amal, moving this Court for an Order compelling El Amal to produce claims data for certain claimants in the Vioxx Products Liability Settlement Program, and having filed the Motion for Production of Records Regarding Rite Aid, moving this Court for an Order compelling Rite Aid to produce claims data for certain claimants in the Vioxx Products Liability Settlement Program hearing is hereby scheduled for both motions on **Wednesday, June 24, 2009 at 9:00 a.m. CST**.

ORDERED this _____ day of June, 2009.

_____
Judge Eldon E. Fallon

1