UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX                                : 
                                            :   MDL Docket NO. 1657
PRODUCTS LIABILITY LITIGATION :
                                            :   SECTION L
                                            :
This document relates to ALL ACTIONS :   JUDGE FALLON
                                            :   MAG. JUDGE KNOWLES
                                            :

## MOTION FOR EXPEDITED HEARING ON THE PLAINTIFF'S MOTION FOR PRODUCTION OF RECORDS

The Plaintiff files this Motion for Expedited Hearing in connection with its Motion for Production of Records relating to Rite Aid. The Court is aware that the receipt of medical records is necessary in order to meet time constraints set forth in the Resolution Program and in connection with a June 17th deadline. Therefore, to avoid additional delays regarding the production of records, an expedited hearing is requested.

Respectfully submitted,

Date: June 8, 2009.

By: /s/ E. Kirk Wood
E. KIRK WOOD (Bar No. )
The Wood Law Firm, LLC
*P.O. Box 382434 (35238-2434)*
*2900 2st Avenue South, Suite A (35233)*
*Birmingham, AL 35238-2434/35233*
**PLAINTIFF'S COUNSEL**

1

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th h day of June, 2009.

 

                                        **E.KIRK WOOD  (Bar No.              )**
                                        **The Wood Law Firm, LLC**
                                        *P.O. Box 382434 (35238-2434)*
                                        *2900 2st Avenue South, Suite A (35233)*
                                        *Birmingham, AL 35238-2434/35233*