UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | SECTION L |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

## THE PLAINTIFF'S
## MOTION FOR PRODUCTION OF RECORDS

Now comes the Plaintiff, who moves this Court for an Order compelling El Amal to produce claims data for certain claimants in the Vioxx Products Liability Settlement Program for the reasons more fully set forth in the attached memorandum of law which is incorporated herein by reference. El Amal should be compelled to produce claims data immediately and without any further delay.

Respectfully submitted,

Date: June 8, 2009          By:   /s/ E. Kirk Wood
                                  **E.KIRK WOOD** (Bar No. )
                                  **The Wood Law Firm, LLC**
                                  *P.O. Box 382434 (35238-2434)*
                                  *2900 2st Avenue South, Suite A (35233)*
                                  *Birmigham, AL 35238-2434/35233*

                                  **PLAINTIFF'S COUNSEL**

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8th day of June, 2009.

/s/ E. Kirk Wood
**E.KIRK WOOD  (Bar No.  )**
**The Wood Law Firm, LLC**
*P.O. Box 382434 (35238-2434)*
*2900 2st Avenue South, Suite A (35233)*
*Birmigham, AL 35238-2434/35233*
(205) 612-0243
ekirkwood1@cs.com