UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

MEMORANDUM IN SUPPORT OF
THE PLAINTIFFS'
MOTION FOR PRODUCTION OF RECORDS

**MAY IT PLEASE THE COURT:**

The Plaintiff hereby submits this memorandum in support of its Motion for Production of Records.

El Amal Pharmacy is a large pharmacy chain in Puerto Rico. In June of 2008 plaintiff's issued subpoenas to El Amal to produce prescription records for a number of claimants involved in the Vioxx litigation settlement. Followup letters and phone calls have been made to El Amal on numerous occasions in an attempt to obtain these records, to no avail. Records have been requested via subpoena on each of the claimants listed on Exhibit A attached hereto as far back as June 6, 2008 and/or October or November of 2008. Most all of these records were also requested by letter and authorization in 2006 and 2007; prior to submitting a subpoena.

Plaintiff moves this Court for an Order compelling El Amal to produce the records in its possession immediately so that the claimant named above is not prejudiced as a result of delays caused by El Amal

1

Respectfully submitted,

Date: June 8, 2009.       By:    /s/ E. Kirk Wood, Esq.
                                 **E.KIRK WOOD  (Bar No.  )**
                                 **The Wood Law Firm, LLC**
                                 *P.O. Box 382434 (35238-2434)*
                                 *2900 2st Avenue South, Suite A (35233)*
                                 *Birmingham, AL 35238-2434/35233*

                                 **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8TH day of June, 2009.

*E. KIRK WOOD  (Bar No.   )*
*The Wood Law Firm, LLC*
*P.O. Box 382434 (35238-2434)*
*2900 1st Avenue South, Suite A (35233)*
*Birmingham, AL 35238-2434/35233*

THE WOOD LAW FIRM, LLC                                                                                 12

|    | A | B |
|----|---|---|
| 1  | VCN NUMBER | CLAIMANT |
| 2  | 1050739 | Adams-Alonso, Jose |
| 3  | 1050760 | Arroyo-Montezuma, Pedro |
| 4  | 1050762 | Aviles-Marzan |
| 5  | 1050765 | Baez-Calderon, Felix |
| 6  | 1050801 | Castro del Valle, Josefina |
| 7  | 1050832 | Cruz, Clarisa |
| 8  | 1050836 | Cruz-Juarbe, Jose |
| 9  | 1050837 | Cruz-Ortiz, Carmen |
| 10 | 1050839 | Cruz-Velazquez, Miguel |
| 11 | 1050845 | Davila-Cabrera, Sonia |
| 12 | 1050849 | DeJesus-DeJesus, Natividad |
| 13 | 1050857 | Diadone-Alers, Mario |
| 14 | 1050861 | Diaz-Medina, Victor |
| 15 | 1050862 | Diaz-Ramirez, Carmen |
| 16 | 1050865 | Echavarry-Coira, Myrta |
| 17 | 1050869 | Escribano-Fuentes, Luis |
| 18 | 1050870 | Espinosa-figueroa, Olga |
| 19 | 1050871 | Estrada-Roque, Lucila |
| 20 | 1050874 | Falu-Cruz, Isidora |
| 21 | 1050894 | Garcia-Caraballo, Rafael |
| 22 | 1050896 | Garcia-Garamendi, Rosario |
| 23 | 1050904 | Gomez-Figuerora, Pedro |
| 24 | 1050910 | Gonzalez-Cotto, Nilda |
| 25 | 1050911 | Gonzalez-Cruz, Minerva |
| 26 | 1050919 | Greaux-Morales, Jeanette |
| 27 | 1050924 | Guzman-Silva, Milagros |
| 28 | 1050941 | Irizarry-Matos, Carmen |
| 29 | 1050963 | Lasend-Figueroa, Francisca |
| 30 | 1050970 | Lopez-Ramos, Livia |
| 31 | 1050973 | Lozada-Diaz, Evelyn |
| 32 | 1050982 | Maldonado-Ojeda, Pedro |
| 33 | 1050987 | Marrero-Maier, Julia |
| 34 | 1050994 | Martinez-Santos, Mayra |
| 35 | 1050998 | Matos-Gomez, Cruz |
| 36 | 1051010 | Mendez-Caudrado, Carmen |
| 37 | 1051017 | Miranda-Escobar, Maria |
| 38 | 1051026 | Morales-Rivera, Nelson |
| 39 | 1051027 | Morales-Rodriguez, Ruben |
| 40 | 1051030 | Moreira-Fragoso, Carmen |
| 41 | 1051039 | Orama-Rovira, Juan |
| 42 | 1051055 | Otero-Agosto, sonia |
| 43 | 1051058 | Otero-Santiago, Jorge |
| 44 | 1051069 | Perez-Balaguer, Maria |
| 45 | 1051080 | Quinones-Perez, Carmen |
| 46 | 1051138 | Rodriguez-Figueroa, Sonia |
| 47 | 1051145 | Rodriguez-Oliveras, Rosario |
| 48 | 1051152 | Rodriguez-Sepulveda, Jovino |
| 49 | 1051171 | Ruiz--Alvarez, Josefa |
| 50 | 1051183 | Sanchez-Sergenton, Carlos |



EXHIBIT A

El Amal
Records Requests                                                                           6/8/2009 5:20 PM

THE WOOD LAW FIRM, LLC 22

|    | A       | B                              |
|----|---------|--------------------------------|
| 51 | 1051212 | Soto-Santiago, Jeanette        |
| 52 | 1051215 | Sousa-Morganty, Jose           |
| 53 | 1051219 | Suarez-Comas, Laura            |
| 54 | 1051254 | Villegas-Rodriguez, Francisco  |