UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to ALL ACTIONS | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

## ORDER

Considering the Motion for Expedited Hearing in connection with the Plaintiff's Motion for Production of Records, the Court finds that the motion for expedited hearing should be granted. It is therefore,

ORDERED that El Amal appear in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana, at ____ o'clock ___.m. on the ___ day of _____, 2009, to show cause why it should not be compelled to produce the records in its possession relating to the claimants identified in Plaintiff's Motion for Production of Records.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge