**Exhibit A**
**Tolling Claimants Who Defaulted on Enrollment**

|     | **Primary Counsel** | **VCN** | **Claimant Name** |
| --- | --- | --- | --- |
| 1.  | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1003774 | Carpenter, Karen D. |
| 2.  | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1003775 | Pender, Kinney |
| 3.  | Davis & Norris, LLP | 1023733 | Green, Doris L. |
| 4.  | Davis & Norris, LLP | 1023906 | Miles, Darell |
| 5.  | Davis & Norris, LLP | 1023951 | Nutt, Bill |
| 6.  | Davis & Norris, LLP | 1024036 | Roy, Cheryl Ann |
| 7.  | Davis & Norris, LLP | 1024066 | Smith, Betty |
| 8.  | Davis & Norris, LLP | 1024191 | Yancey, Jill |
| 9.  | DeHart Crockett, PC | 1107395 | Franklin, Brenda K. |
| 10. | Fenner & Boles LLC | 1029190 | Hall, Charles E. |
| 11. | Fenner & Boles LLC | 1029226 | Hofmann, Mary |
| 12. | Freese & Goss, PLLC | 1067544 | Ealn, Barbara |
| 13. | Freese & Goss, PLLC | 1067771 | Posey, Betty M. |
| 14. | Gainsburgh, Benjamin, Davis, Meunier & Warshauer, LLC | 1105782 | Gibson, Paula Jean |
| 15. | Gallagher Law Firm (TX) | 1104461 | Dickerson, Esther |
| 16. | Gallagher Law Firm (TX) | 1104468 | Dunkle, Betty |
| 17. | Gallagher Law Firm (TX) | 1104492 | Fondren, Christine |
| 18. | Gallagher Law Firm (TX) | 1104702 | Rechtfertig, Scott C. |
| 19. | Gallagher Law Firm (TX) | 1104757 | Smith, Edna |
| 20. | Gallagher Law Firm (TX) | 1104758 | Smith, Glenn |
| 21. | Gallagher Law Firm (TX) | 1104770 | Stainbrook, Nancy |
| 22. | Gallagher Law Firm (TX) | 1104799 | Wade, Leon |
| 23. | Gallagher Law Firm (TX) | 1104809 | Ware, Betty |
| 24. | Gallagher Law Firm (TX) | 1104841 | Wooten, Reba |
| 25. | Harang, Jack W., APLC | 1082321 | Conway, Robert L. |
| 26. | Harang, Jack W., APLC | 1082328 | Diederich, Sheila |
| 27. | Harang, Jack W., APLC | 1082164 | Dooley, Barbara A. |
| 28. | Harang, Jack W., APLC | 1082226 | Dunn, Rubert E. |
| 29. | Harang, Jack W., APLC | 1082358 | Hayes, Lucy P. |
| 30. | Harang, Jack W., APLC | 1082343 | Holder, John |
| 31. | Harang, Jack W., APLC | 1082384 | Hudson, Robert L. |
| 32. | Harang, Jack W., APLC | 1082347 | Lucious, Paul |
| 33. | Harang, Jack W., APLC | 1082187 | Marlow, Junilla .. |
| 34. | Harang, Jack W., APLC | 1082376 | Maston, Sarah M. |

|     | **Primary Counsel** | **VCN** | **Claimant Name** |
|-----|---------------------|---------|-------------------|
| 35. | Harang, Jack W., APLC | 1082194 | Nolen, Timothy L. |
| 36. | Harang, Jack W., APLC | 1082364 | Payton, Lavoughn |
| 37. | Harang, Jack W., APLC | 1082198 | Sneed, Gwendolyn |
| 38. | Harang, Jack W., APLC | 1082337 | Stahlman, Walter D. |
| 39. | Harang, Jack W., APLC | 1082280 | Swicegood, Gail |
| 40. | Hollis, Wright & Harrington | 1066965 | Brewer, Rondie |
| 41. | Hollis, Wright & Harrington | 1066986 | Fraser, Harold |
| 42. | Hollis, Wright & Harrington | 1067004 | Howard, Cathy Bradshaw For Catherine |
| 43. | Hollis, Wright & Harrington | 1067033 | Richardson, Dale |
| 44. | Hollis, Wright & Harrington | 1067056 | Walker, Lizzie M. |
| 45. | Langston & Langston, PLLC | 1097645 | Perkins, Willie M. |
| 46. | Langston & Langston, PLLC | 1097637 | Robinson, Mamie |
| 47. | Levensten Law Firm, P.C. | 1111956 | Ibrahim, Nazir |
| 48. | Levin Fishbein Sedran & Berman | 1009149 | Harriman, Clarence B. |
| 49. | Levin Fishbein Sedran & Berman | 1009140 | Wade, Deborah |
| 50. | Lopez, McHugh LLP | 1111990 | Arnold, Otelia |
| 51. | Lopez, McHugh LLP | 1092466 | Hall, John |
| 52. | Lopez, McHugh LLP | 1092474 | Haskins, Alice |
| 53. | Lopez, McHugh LLP | 1092503 | Isbell, Julie L. |
| 54. | Lopez, McHugh LLP | 1112003 | Masters, Joe |
| 55. | Lopez, McHugh LLP | 1112010 | Schlauch, Elizabeth |
| 56. | Lopez, McHugh LLP | 1092323 | Schrah, Phyllis D. |
| 57. | Lopez, McHugh LLP | 1092687 | Souders, Joseph A. |
| 58. | Mayfield & Ogle, PA | 1101084 | Champa, Gerald |
| 59. | Mayfield & Ogle, PA | 1101115 | Kirby, Delores J. |
| 60. | Mayfield & Ogle, PA | 1101116 | Kirby, Kenneth N. |
| 61. | Mayfield & Ogle, PA | 1101146 | Smith, Alice R. |
| 62. | Monsour Law Firm, The | 1036048 | Bridges, Margie |
| 63. | Monsour Law Firm, The | 1036100 | Lee, Wanda J. |
| 64. | Mulligan Law Firm | 1008967 | Johnson, Enide T. |
| 65. | Mulligan Law Firm | 1008980 | Prewitt, Loyall W. |
| 66. | Powell and Majestro, PLLC | 1093206 | Brown, Sharon D. |
| 67. | Powell and Majestro, PLLC | 1093214 | Crisp, Margaret K. |
| 68. | Powell and Majestro, PLLC | 1093268 | O'Brien, Valerie P. |
| 69. | Powell and Majestro, PLLC | 1093297 | Varney, David R. |
| 70. | Pro Se | 1114821 | Beal, Louise |
| 71. | Pro Se | 1082614 | Bray, Franklin Wayne |

|      | **Primary Counsel**             | **VCN**  | **Claimant Name**      |
|------|---------------------------------|----------|------------------------|
| 72.  | Pro Se                          | 1100367  | Breed, Carl            |
| 73.  | Pro Se                          | 1057185  | Byrd, Bobbie           |
| 74.  | Pro Se                          | 1113287  | Cartwright, Nora M.    |
| 75.  | Pro Se                          | 1113355  | Crenshaw, Larry Paul   |
| 76.  | Pro Se                          | 1113809  | Harris, Brenda Diane   |
| 77.  | Pro Se                          | 1113181  | Higgs, Reginal Eugene  |
| 78.  | Pro Se                          | 1113184  | Hopkins, Regina        |
| 79.  | Pro Se                          | 1113315  | Horan, Benita M.       |
| 80.  | Pro Se                          | 1101765  | Kelley, Sheryl D.      |
| 81.  | Pro Se                          | 1056168  | King, Linda Mae        |
| 82.  | Pro Se                          | 1059838  | Morris, Ronnette Jean  |
| 83.  | Pro Se                          | 1107654  | Potts, Betty           |
| 84.  | Pro Se                          | 1080692  | Simmons, Mary E.       |
| 85.  | Pro Se                          | 1055963  | Slatten, Danny Wayne   |
| 86.  | Pro Se                          | 1080796  | Smith, Lois Jean       |
| 87.  | Pro Se                          | 1113790  | Tiller, Catherine H.   |
| 88.  | Ruiz, John H., PA, Law Firm of  | 1069241  | Acebal, Caridad        |
| 89.  | Ruiz, John H., PA, Law Firm of  | 1069243  | Acosta, Olga           |
| 90.  | Ruiz, John H., PA, Law Firm of  | 1069244  | Aguilera, Geraldo      |
| 91.  | Ruiz, John H., PA, Law Firm of  | 1069253  | Alonso, Paula          |
| 92.  | Ruiz, John H., PA, Law Firm of  | 1069254  | Alonso, Rogerio        |
| 93.  | Ruiz, John H., PA, Law Firm of  | 1069258  | Alvarez, Barbaro       |
| 94.  | Ruiz, John H., PA, Law Firm of  | 1069259  | Alvarez, Eladio S.     |
| 95.  | Ruiz, John H., PA, Law Firm of  | 1069263  | Alvarez, Mirta         |
| 96.  | Ruiz, John H., PA, Law Firm of  | 1069265  | Amador, Ela            |
| 97.  | Ruiz, John H., PA, Law Firm of  | 1069269  | Arcas, Nicolas         |
| 98.  | Ruiz, John H., PA, Law Firm of  | 1069276  | Arteaga, Raul          |
| 99.  | Ruiz, John H., PA, Law Firm of  | 1069279  | Avila, Isabel          |
| 100. | Ruiz, John H., PA, Law Firm of  | 1069280  | Badell, Himilse B.     |
| 101. | Ruiz, John H., PA, Law Firm of  | 1069282  | Balaban, Dolores       |
| 102. | Ruiz, John H., PA, Law Firm of  | 1069283  | Barbar, Alicia         |
| 103. | Ruiz, John H., PA, Law Firm of  | 1069287  | Barrientos, Miriam     |
| 104. | Ruiz, John H., PA, Law Firm of  | 1069296  | Berdion, Nieves        |
| 105. | Ruiz, John H., PA, Law Firm of  | 1069300  | Bisio, Ricardo         |
| 106. | Ruiz, John H., PA, Law Firm of  | 1069301  | Blanco, Luzelsy        |
| 107. | Ruiz, John H., PA, Law Firm of  | 1069302  | Blanco, Santa          |

|  | **Primary Counsel** | **VCN** | **Claimant Name** |
|---|---|---|---|
| 108. | Ruiz, John H., PA, Law Firm of | 1069304 | Bombino, Pilar |
| 109. | Ruiz, John H., PA, Law Firm of | 1069305 | Bompeixe, Edson Luiz |
| 110. | Ruiz, John H., PA, Law Firm of | 1069306 | Bonavia, Carmen L. |
| 111. | Ruiz, John H., PA, Law Firm of | 1069308 | Borrayo, Migdalia |
| 112. | Ruiz, John H., PA, Law Firm of | 1069313 | Bueno, Carlos |
| 113. | Ruiz, John H., PA, Law Firm of | 1069317 | Bugnes, Ercilio |
| 114. | Ruiz, John H., PA, Law Firm of | 1069318 | Buitrago, Marta |
| 115. | Ruiz, John H., PA, Law Firm of | 1069319 | Burroto, Gladys |
| 116. | Ruiz, John H., PA, Law Firm of | 1069321 | Cabezas, Sara |
| 117. | Ruiz, John H., PA, Law Firm of | 1069322 | Cabrera, Helffrida Z. |
| 118. | Ruiz, John H., PA, Law Firm of | 1069329 | Cadi, Lucrecia D. |
| 119. | Ruiz, John H., PA, Law Firm of | 1069334 | Campo, Jose Giovanni |
| 120. | Ruiz, John H., PA, Law Firm of | 1069337 | Capeztany, Acenth |
| 121. | Ruiz, John H., PA, Law Firm of | 1069338 | Caraballo, Lourdes Dolores |
| 122. | Ruiz, John H., PA, Law Firm of | 1069355 | Chamorro, Alfredo |
| 123. | Ruiz, John H., PA, Law Firm of | 1069356 | Checa, Eugenio |
| 124. | Ruiz, John H., PA, Law Firm of | 1069372 | Cruz, Lucille |
| 125. | Ruiz, John H., PA, Law Firm of | 1069378 | De La Cruz, Humberto |
| 126. | Ruiz, John H., PA, Law Firm of | 1069379 | De La Cruz, Minerva |
| 127. | Ruiz, John H., PA, Law Firm of | 1069383 | Del Carmen, Zoyla |
| 128. | Ruiz, John H., PA, Law Firm of | 1069388 | Deschamps, Belkis |
| 129. | Ruiz, John H., PA, Law Firm of | 1069393 | Diaz, Irene E. |
| 130. | Ruiz, John H., PA, Law Firm of | 1069394 | Diaz, Jose M. |
| 131. | Ruiz, John H., PA, Law Firm of | 1069396 | Diaz, Maria |
| 132. | Ruiz, John H., PA, Law Firm of | 1069398 | Diaz, Regla |
| 133. | Ruiz, John H., PA, Law Firm of | 1069399 | Doce, Mirtha E. |
| 134. | Ruiz, John H., PA, Law Firm of | 1069402 | Dominguez, Sofia |
| 135. | Ruiz, John H., PA, Law Firm of | 1069403 | Draschner, Hilda |
| 136. | Ruiz, John H., PA, Law Firm of | 1069404 | Dreyfus, Flor |
| 137. | Ruiz, John H., PA, Law Firm of | 1069407 | Durarte, Maria Luisa |
| 138. | Ruiz, John H., PA, Law Firm of | 1069412 | Escobar, Violeta |
| 139. | Ruiz, John H., PA, Law Firm of | 1069414 | Espilda, Alejandrina |
| 140. | Ruiz, John H., PA, Law Firm of | 1069415 | Espinosa, Jorge F. |

|  | **Primary Counsel** | **VCN** | **Claimant Name** |
|---|---|---|---|
| 141. | Ruiz, John H., PA, Law Firm of | 1069426 | Faull, Wernner |
| 142. | Ruiz, John H., PA, Law Firm of | 1069432 | Fitzpatrick, Maria |
| 143. | Ruiz, John H., PA, Law Firm of | 1069435 | Flores, Maritza |
| 144. | Ruiz, John H., PA, Law Firm of | 1069436 | Flores, Santos |
| 145. | Ruiz, John H., PA, Law Firm of | 1069439 | Galarrago, Rosario |
| 146. | Ruiz, John H., PA, Law Firm of | 1069442 | Galvan, Danilo |
| 147. | Ruiz, John H., PA, Law Firm of | 1069443 | Galvez, Rolando |
| 148. | Ruiz, John H., PA, Law Firm of | 1069444 | Gamboa, Noel |
| 149. | Ruiz, John H., PA, Law Firm of | 1069448 | Garcia, Alejandro |
| 150. | Ruiz, John H., PA, Law Firm of | 1069449 | Garcia, Alfredo |
| 151. | Ruiz, John H., PA, Law Firm of | 1069450 | Garcia, Bienvenido |
| 152. | Ruiz, John H., PA, Law Firm of | 1069452 | Garcia, Delfin |
| 153. | Ruiz, John H., PA, Law Firm of | 1069453 | Garcia, Eduardo |
| 154. | Ruiz, John H., PA, Law Firm of | 1069456 | Garcia, Jorge |
| 155. | Ruiz, John H., PA, Law Firm of | 1069458 | Garcia, Juana |
| 156. | Ruiz, John H., PA, Law Firm of | 1069462 | Garcia, Moraima |
| 157. | Ruiz, John H., PA, Law Firm of | 1069465 | Gaytan, Ana |
| 158. | Ruiz, John H., PA, Law Firm of | 1069468 | Gil, Juana |
| 159. | Ruiz, John H., PA, Law Firm of | 1069475 | Gonzalez, Ceida |
| 160. | Ruiz, John H., PA, Law Firm of | 1069477 | Gonzalez, Jose |
| 161. | Ruiz, John H., PA, Law Firm of | 1069481 | Granado, Juan |
| 162. | Ruiz, John H., PA, Law Firm of | 1069483 | Gravina, Luz |
| 163. | Ruiz, John H., PA, Law Firm of | 1069484 | Greco, Elba |
| 164. | Ruiz, John H., PA, Law Firm of | 1069488 | Guitierrez, Caridad |
| 165. | Ruiz, John H., PA, Law Firm of | 1069489 | Guitierrez, Femylda |
| 166. | Ruiz, John H., PA, Law Firm of | 1069490 | Guzman, Ligia |
| 167. | Ruiz, John H., PA, Law Firm of | 1069491 | Guzman, Maria |
| 168. | Ruiz, John H., PA, Law Firm of | 1069492 | Hechavarria, Carmen |
| 169. | Ruiz, John H., PA, Law Firm of | 1069494 | Heredero, Ricardo |
| 170. | Ruiz, John H., PA, Law Firm of | 1069498 | Hernandez, Fermina |
| 171. | Ruiz, John H., PA, Law Firm of | 1069499 | Hernandez, Genaro |
| 172. | Ruiz, John H., PA, Law Firm of | 1069501 | Hernandez, Josefa Caridad |
| 173. | Ruiz, John H., PA, Law Firm of | 1069502 | Hernandez, Juan Ramon |
| 174. | Ruiz, John H., PA, Law Firm of | 1069503 | Hernandez, Manuel |
| 175. | Ruiz, John H., PA, Law Firm of | 1069504 | Hernandez, Nancy I. |
| 176. | Ruiz, John H., PA, Law Firm of | 1069505 | Hernandez, Nelida |

|  | **Primary Counsel** | **VCN** | **Claimant Name** |
|---|---|---|---|
| 177. | Ruiz, John H., PA, Law Firm of | 1069507 | Hernandez, Ormedis C. |
| 178. | Ruiz, John H., PA, Law Firm of | 1069515 | Izquierdo, Delfina |
| 179. | Ruiz, John H., PA, Law Firm of | 1069516 | James, Jesse |
| 180. | Ruiz, John H., PA, Law Firm of | 1069526 | Lanz, Jorge Luis |
| 181. | Ruiz, John H., PA, Law Firm of | 1069527 | Larranaga, Irma |
| 182. | Ruiz, John H., PA, Law Firm of | 1069532 | Leyva, Manuel |
| 183. | Ruiz, John H., PA, Law Firm of | 1069533 | Llauger, Evangelina |
| 184. | Ruiz, John H., PA, Law Firm of | 1069535 | Longo, Jorge F. |
| 185. | Ruiz, John H., PA, Law Firm of | 1069538 | Lopez, Julio |
| 186. | Ruiz, John H., PA, Law Firm of | 1069539 | Lopez, Olga |
| 187. | Ruiz, John H., PA, Law Firm of | 1069541 | Lorente, Martha R. |
| 188. | Ruiz, John H., PA, Law Firm of | 1069543 | Lorenzo, Pura Maria R. |
| 189. | Ruiz, John H., PA, Law Firm of | 1069544 | Luzardo, Edicta Ramona |
| 190. | Ruiz, John H., PA, Law Firm of | 1069547 | Manzanares, Alma |
| 191. | Ruiz, John H., PA, Law Firm of | 1069546 | Manzanares, Gabriel |
| 192. | Ruiz, John H., PA, Law Firm of | 1069550 | Marce, Caridad |
| 193. | Ruiz, John H., PA, Law Firm of | 1069552 | Marin, Luz B. |
| 194. | Ruiz, John H., PA, Law Firm of | 1069551 | Marquez, Eloina |
| 195. | Ruiz, John H., PA, Law Firm of | 1069553 | Marrero, Maria T. |
| 196. | Ruiz, John H., PA, Law Firm of | 1069560 | Martinez, Jose |
| 197. | Ruiz, John H., PA, Law Firm of | 1069565 | Marzo, Juana |
| 198. | Ruiz, John H., PA, Law Firm of | 1069566 | Marzolin, Nelida |
| 199. | Ruiz, John H., PA, Law Firm of | 1069567 | Massanet, Marbis |
| 200. | Ruiz, John H., PA, Law Firm of | 1069576 | Medina , Rafael |
| 201. | Ruiz, John H., PA, Law Firm of | 1069577 | Meinilla, Silvia M. |
| 202. | Ruiz, John H., PA, Law Firm of | 1069585 | Mesa, Angela |
| 203. | Ruiz, John H., PA, Law Firm of | 1069586 | Mesa, Domingo |
| 204. | Ruiz, John H., PA, Law Firm of | 1069599 | Morales, Tania |
| 205. | Ruiz, John H., PA, Law Firm of | 1069601 | Morazon, Nora |
| 206. | Ruiz, John H., PA, Law Firm of | 1069602 | Moreno, Sandalio |
| 207. | Ruiz, John H., PA, Law Firm of | 1069606 | Mulero, Maria |
| 208. | Ruiz, John H., PA, Law Firm of | 1069607 | Mulgado, Dulce M. Pantaleon |
| 209. | Ruiz, John H., PA, Law Firm of | 1069611 | Naranjo, Esteban |
| 210. | Ruiz, John H., PA, Law Firm of | 1069612 | Natalli, Walter |
| 211. | Ruiz, John H., PA, Law Firm of | 1069613 | Negrete, Martha |
| 212. | Ruiz, John H., PA, Law Firm of | 1069621 | Olivera, Zenaida |

|      | **Primary Counsel**             | **VCN**  | **Claimant Name**       |
|------|---------------------------------|----------|-------------------------|
| 213. | Ruiz, John H., PA, Law Firm of  | 1069622  | Ordonez, Ana            |
| 214. | Ruiz, John H., PA, Law Firm of  | 1069623  | Orta, Eduardo           |
| 215. | Ruiz, John H., PA, Law Firm of  | 1069626  | Ortega, Norma           |
| 216. | Ruiz, John H., PA, Law Firm of  | 1069630  | Padilla, Juana          |
| 217. | Ruiz, John H., PA, Law Firm of  | 1069637  | Pascual, Pedro          |
| 218. | Ruiz, John H., PA, Law Firm of  | 1069638  | Pastora, Silvia         |
| 219. | Ruiz, John H., PA, Law Firm of  | 1069642  | Pena, Zenaida           |
| 220. | Ruiz, John H., PA, Law Firm of  | 1069633  | Peredes, Leonidas       |
| 221. | Ruiz, John H., PA, Law Firm of  | 1069646  | Perez, Alberto          |
| 222. | Ruiz, John H., PA, Law Firm of  | 1069653  | Perez, Felix            |
| 223. | Ruiz, John H., PA, Law Firm of  | 1069656  | Perez, Jesus            |
| 224. | Ruiz, John H., PA, Law Firm of  | 1069655  | Perez, Jesus            |
| 225. | Ruiz, John H., PA, Law Firm of  | 1069657  | Perez, Jose             |
| 226. | Ruiz, John H., PA, Law Firm of  | 1069658  | Perez, Lidia            |
| 227. | Ruiz, John H., PA, Law Firm of  | 1069660  | Perez, Luz              |
| 228. | Ruiz, John H., PA, Law Firm of  | 1069662  | Perez, Mayra            |
| 229. | Ruiz, John H., PA, Law Firm of  | 1069664  | Perez, Noelvis          |
| 230. | Ruiz, John H., PA, Law Firm of  | 1069665  | Perez, Oneida           |
| 231. | Ruiz, John H., PA, Law Firm of  | 1069666  | Perez, Onelia R.        |
| 232. | Ruiz, John H., PA, Law Firm of  | 1069668  | Perez, Rosendo          |
| 233. | Ruiz, John H., PA, Law Firm of  | 1069673  | Pimienta, Roberto       |
| 234. | Ruiz, John H., PA, Law Firm of  | 1069678  | Polanco, Arlene         |
| 235. | Ruiz, John H., PA, Law Firm of  | 1069679  | Porto, Maria E.         |
| 236. | Ruiz, John H., PA, Law Firm of  | 1069681  | Prado, Arismaida        |
| 237. | Ruiz, John H., PA, Law Firm of  | 1069683  | Prieto, Jesus           |
| 238. | Ruiz, John H., PA, Law Firm of  | 1069684  | Prieto, Magda           |
| 239. | Ruiz, John H., PA, Law Firm of  | 1069687  | Pujol, Mary             |
| 240. | Ruiz, John H., PA, Law Firm of  | 1069688  | Puntriano, Ingrid       |
| 241. | Ruiz, John H., PA, Law Firm of  | 1069689  | Quesada, Jorge Miguel   |
| 242. | Ruiz, John H., PA, Law Firm of  | 1069690  | Quesada, Zoraida        |
| 243. | Ruiz, John H., PA, Law Firm of  | 1069692  | Quintana, Heberto       |
| 244. | Ruiz, John H., PA, Law Firm of  | 1069693  | Raja, Rogelia           |
| 245. | Ruiz, John H., PA, Law Firm of  | 1069697  | Ramos, Pastora          |
| 246. | Ruiz, John H., PA, Law Firm of  | 1069699  | Reigada, Dalgys         |
| 247. | Ruiz, John H., PA, Law Firm of  | 1069703  | Rigo, Ana               |
| 248. | Ruiz, John H., PA, Law Firm of  | 1069705  | Rios, Maritza           |
| 249. | Ruiz, John H., PA, Law Firm of  | 1069715  | Rodriguez, Amparo       |
| 250. | Ruiz, John H., PA, Law Firm of  | 1069719  | Rodriguez, Carlos       |
| 251. | Ruiz, John H., PA, Law Firm of  | 1069721  | Rodriguez, Ivon         |
| 252. | Ruiz, John H., PA, Law Firm of  | 1069722  | Rodriguez, Javier       |
| 253. | Ruiz, John H., PA, Law Firm of  | 1069723  | Rodriguez, Jorge        |

|  | **Primary Counsel** | **VCN** | **Claimant Name** |
|---|---|---|---|
| 254. | Ruiz, John H., PA, Law Firm of | 1069735 | Rodriguez, Toribia |
| 255. | Ruiz, John H., PA, Law Firm of | 1069737 | Rodriguez-Coello, Gloria |
| 256. | Ruiz, John H., PA, Law Firm of | 1069744 | Romero, Flover |
| 257. | Ruiz, John H., PA, Law Firm of | 1069746 | Rubier, Carmen |
| 258. | Ruiz, John H., PA, Law Firm of | 1069757 | Sanabria, Hilda |
| 259. | Ruiz, John H., PA, Law Firm of | 1069761 | Santana, Rosa |
| 260. | Ruiz, John H., PA, Law Firm of | 1069763 | Santiago, Sandra |
| 261. | Ruiz, John H., PA, Law Firm of | 1069769 | Socarras, Teresa |
| 262. | Ruiz, John H., PA, Law Firm of | 1069875 | Solorzano, Sonia |
| 263. | Ruiz, John H., PA, Law Firm of | 1069779 | Suarez, Maria Luisa |
| 264. | Ruiz, John H., PA, Law Firm of | 1069780 | Suarez, Olga |
| 265. | Ruiz, John H., PA, Law Firm of | 1069782 | Tapanes, Martha |
| 266. | Ruiz, John H., PA, Law Firm of | 1069783 | Tapanes, Teresa M. |
| 267. | Ruiz, John H., PA, Law Firm of | 1069785 | Tavarez, Dora S. |
| 268. | Ruiz, John H., PA, Law Firm of | 1069786 | Teijeiro, Elida Lucia |
| 269. | Ruiz, John H., PA, Law Firm of | 1069789 | Toll, Jose |
| 270. | Ruiz, John H., PA, Law Firm of | 1069790 | Toral, Maria |
| 271. | Ruiz, John H., PA, Law Firm of | 1069794 | Torres, Ricardo |
| 272. | Ruiz, John H., PA, Law Firm of | 1069797 | Ulabarro, Nery |
| 273. | Ruiz, John H., PA, Law Firm of | 1069809 | Valdivia, Adan E. |
| 274. | Ruiz, John H., PA, Law Firm of | 1069813 | Varela, Roberto J. |
| 275. | Ruiz, John H., PA, Law Firm of | 1069815 | Vargas, Cosme |
| 276. | Ruiz, John H., PA, Law Firm of | 1069817 | Vargas, Ramona |
| 277. | Ruiz, John H., PA, Law Firm of | 1069818 | Vargas, Rufina |
| 278. | Ruiz, John H., PA, Law Firm of | 1069820 | Vazquez, Santa Veronica |
| 279. | Ruiz, John H., PA, Law Firm of | 1069821 | Vega, Maria A. |
| 280. | Ruiz, John H., PA, Law Firm of | 1069823 | Vega, Serafin |
| 281. | Ruiz, John H., PA, Law Firm of | 1069826 | Velez, Jannette |
| 282. | Ruiz, John H., PA, Law Firm of | 1069832 | Verdecia, Jose |
| 283. | Ruiz, John H., PA, Law Firm of | 1069841 | Wong, Alfonso |
| 284. | Ruiz, John H., PA, Law Firm of | 1069843 | Zaldivar, Jorge |
| 285. | Salsbury, Clements, Bekman, Marder & Adkins | 1080961 | King, Heidi L. |
| 286. | Solberg, Stewart, Miller & Tjon | 1091384 | Asplin, Gregory P. |
| 287. | The Law Group, Ltd. | 1070633 | Marvin, Shirley M. |
| 288. | The Law Group, Ltd. | 1070691 | Perry, Billy R. |
| 289. | The Law Group, Ltd. | 1070785 | Tarkenton, William |

|  | **Primary Counsel** | **VCN** | **Claimant Name** |
|---|---|---|---|
|  |  |  | P. |
| 290. | Warren & Griffin, P.C. | 1106420 | Mostiller, Altia O. |
| 291. | Whitehead Law Firm | 1112038 | Johnson, Sr., Ricardo E. |
| 292. | Wilner Block, P.A. | 1093466 | Blake, Marilyn |
| 293. | Wilner Block, P.A. | 1093509 | Curry, Dwight |
| 294. | Wilner Block, P.A. | 1093526 | Edwards, Bonnie Jean |
| 295. | Wilner Block, P.A. | 1093596 | Kelly, Altram |
| 296. | Wilner Block, P.A. | 1093654 | Parker, Felicia |
| 297. | Wilner Block, P.A. | 1093660 | Peterson, Mary |
| 298. | Wilner Block, P.A. | 1093663 | Pierre, Paul |
| 299. | Wilner Block, P.A. | 1093677 | Roberts, Linda |
| 300. | Wilner Block, P.A. | 1093754 | Younger, Penny |