# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to all Claimants on the | * | |
| attached Exhibit A | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER TO SHOW CAUSE WHY RIGHTS OF CERTAIN TOLLING CLAIMANTS SHOULD NOT BE EXTINGUISHED

**IT IS ORDERED** that claimants listed on the attached exhibit show cause on the 24th day of June 2009, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why their rights under the June 9, 2005 Tolling Agreement and the November 9, 2007 Master Settlement Agreement should not be extinguished. Claimants shall file and serve upon Liaison Counsel any responses to the Rule on or before the 22nd Day of June, 2009.

NEW ORLEANS, LOUISIANA, this _____ day of June, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

980474v.1