(e) Adjustments to Rebate Payments shall be made if information indicates that either Medicaid Utilization Information, AMP or Best Price were greater or less than the amount previously specified.

(f) The State hearing mechanism is not binding on the Secretary for purposes of his authority to implement the civil money penalty provisions of the statute or this agreement.

## VI      DISPUTE RESOLUTION -- PRESCRIPTION DRUGS ACCESS AND STATE SYSTEMS ISSUES

(a) A State's failure to comply with the drug access requirements of section 1927 of the Act shall be cause for the Manufacturer to notify HCFA and for HCFA to initiate compliance action against the State under section 1904 of the Act. A request for compliance action may also occur when the Manufacturer shows a pattern or history of inaccuracy in Medicaid Utilization Information.

(b) Such compliance action by HCFA will not relieve the Manufacturer from its obligation of making the Rebate Payment as provided in section 1927 of the Act and this agreement.

## VII     CONFIDENTIALITY PROVISIONS

(a) Pursuant to Section 1927(b)(3)(D) of the Act and this agreement, information disclosed by the Manufacturer in connection with this Agreement is confidential and, not withstanding other laws, will not be disclosed by the Secretary or State Medicaid Agency in a form which reveals the Manufacturer, or prices charged by the Manufacturer, except as necessary by the Secretary to carry out the provisions of section 1927 of the Act, and to permit review under section 1927 of the Act by the Comptroller General.

(b) The Manufacturer will hold State Medicaid Utilization Information confidential. If the Manufacturer audits this information or receives further information on such data, that information shall also be held confidential. Except where otherwise specified in the Act or agreement, the Manufacturer will observe State confidentiality statutes, regulations and other properly promulgated policy.

(c) Notwithstanding the nonrenewal or termination of this Agreement for any reason, these confidentiality provisions will remain in full force and effect.

## VIII    NONRENEWAL AND TERMINATION

(a) Unless otherwise terminated by either party pursuant to the terms of this Agreement, the Agreement shall be effective for an

9

initial period of one year beginning on the date specified in section II(d) of this agreement and shall be automatically renewed for additional successive terms of one year unless the Manufacturer gives written notice of intent not to renew the agreement at least 90 days before the end of the current period.

(b) The Manufacturer may terminate the agreement for any reason, and such termination shall become effective the later of the first day of the first calendar quarter beginning 60 days after the Manufacturer gives written notice requesting termination, or the ending date of the term of the agreement if notice has been given in accordance with VII(a).

(c) The Secretary may terminate the Agreement for violations of this agreement or other good cause upon 60 days prior written notice to the Manufacturer of the existence of such violation or other good cause. The Secretary shall provide, upon request, a Manufacturer with a hearing concerning such a termination, but such hearing shall not delay the effective date of the termination.

(d) If this rebate agreement is nonrenewed or terminated, the Manufacturer is prohibited from entering into another rebate agreement as provided in section 1927(b)(4)(C) of the Act until a period of one calendar quarter has elapsed from the effective date of the termination, unless the Secretary finds good cause for earlier reinstatement.

(e) Any nonrenewal or termination will not affect rebates due before the effective date of termination.

## IX    GENERAL PROVISIONS

(a) Any notice required to be given pursuant to the terms and provisions of this Agreement will be sent in writing.

Notice to the Secretary will be sent to:

   Chief, Non-Institutional Payment Policy Branch
   Office of Medicaid Policy, Medicaid Bureau
   Post Office Box 26686
   Baltimore, MD 21207-0486

Notices to HCFA concerning data transfer and information systems issues are to be sent to:

   Chief, Program Quality and Evaluation Branch
   Office of Medicaid Management, Medicaid Bureau
   Post Office Box 26686
   Baltimore, MD. 21207-0486

10

The HCFA address may be updated upon written notice to the Manufacturer.

Notice to the Manufacturer will be sent to the address as provided with this agreement and updated upon Manufacturer notification to HCFA at the address in this agreement.

(b) In the event of a transfer in ownership of the Manufacturer, this agreement is automatically assigned to the new owner subject to the conditions specified in section 1927 and this agreement.

(c) Nothing in this Agreement will be construed to require or authorize the commission of any act contrary to law. If any provision of this Agreement is found to be invalid by a court of law, this Agreement will be construed in all respects as if any invalid or unenforceable provision were eliminated, and without any effect on any other provision.

(d) Nothing in this Agreement shall be construed as a waiver or relinquishment of any legal rights of the Manufacturer or the Secretary under the Constitution, the Act, other federal laws, or State laws.

(e) The rebate agreement shall be construed in accordance with Federal common law and ambiguities shall be interpreted in the manner which best effectuates the statutory scheme.

(f) The terms "State Medicaid Agency" and "Manufacturer" incorporate any contractors which fulfill responsibilities pursuant to the agreement unless specifically provided for in the rebate agreement or specifically agreed to by an appropriate HCFA official.

(g) Except for the conditions specified in II(c) and IX(a), this Agreement will not be altered except by an amendment in writing signed by both parties. No person is authorized to alter or vary the terms unless the alteration appears by way of a written amendment, signed by duly appointed representatives of the Secretary and the Manufacturer.

(h) In the event that a due date falls on a weekend or Federal holiday, the report or other item will be due on the first business day following that weekend or Federal holiday.

**X        APPENDIX**

Appendix A attached hereto is part of this agreement.

11

APPENDIX A

## MEDICAID DRUG REBATE DATA ELEMENTS
## DATA SUBMISSION FROM MANUFACTURERS TO HCFA

\* Indicates that field is left blank for initial submission of baseline data.

\*\* Indicates that these fields are zero-filled for Noninnovator Multiple Source Drugs

|  | Description | Size |
|---|---|---|
|  | Labeler code, 1st segment of NDC | (05) |
|  | Product Code, second segment of NDC | (04) |
|  | Package Size code, third segment of NDC | (02) |
|  | Period Covered, Calendar Quarter and Year | (03) |
|  | Product FDA Registration Name | (63) |
|  | Drug Category: Single Source, Innovator Multiple Source, or Noninnovator Multiple Source | (01) |
|  | DESI Drug Indicator | (01) |
|  | FDA Therapeutic Equivalence Explanation Code | (02) |
|  | Unit Type: cc, ml, tablet, etc. | (03) |
|  | Units per package size code | (10) |
| \* | Average Manufacturer's Price | (11) |
| \*\* | Baseline AMP | (11) |
| \*/\*\* | Best Price | (11) |
|  | FDA Approval Date | (06) |
|  | Date Drug Entered Market | (06) |
|  | Drug Termination Date | (06) |
|  | Drug Type (Rx or OTC) Indicator | (01) |
|  | Correction Record Flag | (01) |

Note: The Labeler Name is to be supplied in Enclosure B, the data systems information form that is to be completed and returned with the signed rebate agreement.

13

Form Approved
OMB No. 0938-057

## MEDICAID DRUG REBATE AGREEMENT
### ENCLOSURE B (PAGE 1 OF 4)
### SUPPLEMENTAL DATA SHEET

**00006**
LABELER CODE (as assigned by FDA)

**MERCK SHARP & DOHME**
LABELER NAME (Corporate name associated with labeler code)

---

**LEGAL CONTACT:** Person to contact for legal issues concerning the rebate agreement.

**MS. CHRISTINE M. ZETTLEMOYER**
NAME OF CONTACT

AREA **215**   PHONE NUMBER **661-3831**   EXT.

**MERCK & CO., INC.**
NAME OF CORPORATION

**WP 37C-2**

**SUMNEYTOWN PIKE**

STREET ADDRESS

**WEST POINT**   STATE **PA**   ZIP CODE **19486-0004**
CITY

---

**FINANCIAL CONTACT:** Person responsible for financial aspects of rebate process.

**MR. M. REAGAN HULL**
NAME OF CONTACT

AREA **215**   PHONE NUMBER **661-4470**   EXT.

**MERCK SHARP & DOHME**
NAME OF CORPORATION

**WP35-109**

**SUMNEYTOWN PIKE**

STREET ADDRESS

**WEST POINT**   STATE **PA**   ZIP CODE **19486-0004**
CITY

**NOTE:** THIS SHEET TO BE RETURNED WITH SIGNED REBATE AGREEMENT. IF MORE THAN ONE LABELER CODE ATTACH ONE SHEET FOR EACH LABELER CODE.

HCFA-367a

Form Approved
OMB No. 0938-057

MEDICAID DRUG REBATE AGREEMENT
ENCLOSURE B (PAGE 2 OF 4)
SUPPLEMENTAL DATA SHEET

`00006`
LABELER CODE (as assigned by FDA)

`MERCK SHARP & DOHME`
LABELER NAME (Corporate name associated with labeler code)

TECHNICAL CONTACT: Person responsible for sending and receiving data.

`MS. BONNIE J. GRASSLER`
NAME OF CONTACT

`215` `661-9135`
AREA   PHONE NUMBER   EXT.

`MERCK SHARP & DOHME`
NAME OF CORPORATION

`WP 35-119`

`SUMNEYTOWN PIKE`

STREET ADDRESS

`WEST POINT`   `PA`   `19486-0004`
CITY   STATE   ZIP CODE

NOTE: THIS SHEET TO BE RETURNED WITH SIGNED REBATE AGREEMENT. IF MORE THAN ONE LABELER CODE ATTACH ONE SHEET FOR EACH LABELER CODE.

HCFA-367a

Form Approved
OMB No. 0938-057

MEDICAID DRUG REBATE AGREEMENT
ENCLOSURE B (PAGE 3 OF 4)
SUPPLEMENTAL DATA SHEET

**000006**
LABELER CODE (as assigned by FDA)

**MERCK SHARP & DOHME**
LABELER NAME (Corporate name associated with labeler code)

FOR EACH STATE WITH WHOM THE LABELER HAS SIGNED AN EXISTING REBATE AGREEMENT:

| STATE (postal code) | EFFECTIVE DATE (MMDDYY) | * ENDING DATE (MMDDYY) |
|---|---|---|
| AK | 070190 | 123193 |
| AR | 070190 | 063093 |
| CA | 070190 | 063093 |
| CO | 120190 | 123193 |
| CT | 070190 | 063093 |
| DE | 090190 | 083193 |
| FL | 070190 | 063093 |
| GA | 070190 | 063093 |
| ID | 070190 | 123193 |
| IL | 080190 | 123193 |
| IN | 070190 | 123193 |
| KS | 070190 | 063093 |
| LA | 070190 | 123193 |
| ME | 100190 | 093091 |
| MD | 070190 | 063093 |
| MA | 070190 | 063093 |
| MI | 070190 | 063093 |
| MN | 070190 | 123193 |
| MS | 070190 | 123193 |
| MO | 070190 | 123193 |

NOTE: THIS SHEET TO BE RETURNED WITH SIGNED REBATE AGREEMENT. IF MORE THAN ONE LABELER CODE ATTACH ONE SHEET FOR EACH LABELER CODE. IF THERE ARE MORE THAN 20 EXISTING AGREEMENTS PLEASE MAKE COPIES OF THIS PAGE.

* Date on which initial term of agreement occurs.

HCFA-367b

Form Approved
OMB No. 0938-0578

MEDICAID DRUG REBATE AGREEMENT
ENCLOSURE B (PAGE 3 OF 4)
SUPPLEMENTAL DATA SHEET

LABELER CODE (as assigned by FDA): 00006

LABELER NAME (Corporate name associated with labeler code): MERCK SHARP & DOHME

FOR EACH STATE WITH WHOM THE LABELER HAS SIGNED AN EXISTING REBATE AGREEMENT:

| STATE (postal code) | EFFECTIVE DATE (MMDDYY) | *ENDING DATE (MMDDYY) | |
|---|---|---|---|
| MT | 070190 | 123193 | |
| NE | 070190 | 123193 | |
| NH | 070190 | 123193 | |
| NJ | 070190 | 123193 | |
| NM | 070190 | 123193 | |
| NC | 072190 | 123193 | |
| ND | 070190 | 063093 | |
| OH | 090190 | 123193 | |
| OK | 090190 | 123193 | |
| ✓ OR | 070190 | | Effective until termination upon 30 days prior notice |
| PA | 070190 | 123193 | |
| SC | 070190 | 123193 | |
| SD | 070190 | 123193 | |
| TX | 070190 | 123193 | |
| UT | 070190 | 123193 | |
| VT | 070190 | 123193 | |
| ✓ VA | 070190 | 063091 | Renewed automatically every year |
| ✓ WY | 070190 | 063091 | Renewed automatically every year |
| ✓ DC | 080190 | 123191 | Renewed automatically every year |
|  |  |  | |

NOTE: THIS SHEET TO BE RETURNED WITH SIGNED REBATE AGREEMENT. IF MORE THAN ONE LABELER CODE ATTACH ONE SHEET FOR EACH LABELER CODE. IF THERE ARE MORE THAN 20 EXISTING AGREEMENTS PLEASE MAKE COPIES OF THIS PAGE.

* Date on which initial term of agreement occurs.

HCFA-367b

Form Approved
OMB No. 0938-0578

MEDICAID DRUG REBATE AGREEMENT
ENCLOSURE B (PAGE 4 OF 4)
SUPPLEMENTAL DATA SHEET

`00006`
LABELER CODE (as assigned by FDA)

`MERCK SHARP & DOHME`
LABELER NAME (Corporate name associated with labeler code)

PLEASE INDICATE YOUR MEDIA PREFERENCE WHICH YOU INTEND TO USE FOR TRANSMITTING DATA IDENTIFIED IN APPENDIX A OF THE REBATE AGREEMENT TO THE HEALTH CARE FINANCING ADMINISTRATION. THE INSTRUCTIONS, TECHNICAL SPECIFICATIONS AND MATERIALS APPROPRIATE TO THE OPTION SPECIFIED WILL BE MAILED TO YOU UPON RECEIPT OF YOUR AGREEMENT.

☒ OPTION 1 - **TELECOMMUNICATIONS**
Transmit data through telecommunications. Records formats are attached. Upon election of this option, HCFA will mail additional instructions, including the "Dial In" number of the HCFA electronic mailbox.
(See next pages for Telecommunications format.)

☐ OPTION 2 - **3 1/2" HD diskette**
For PC systems supporting MS/DOS 4.0 or higher. Upon election of this option, a preprogrammed diskette will be mailed to you, along with instructions.

☐ OPTION 3 - **PAPER**
For manufacturers with five or fewer drug products. The form for submitting data is attached.
(See next pages Paper Reporting Format)

NOTE: THIS SHEET TO BE RETURNED WITH SIGNED REBATE AGREEMENT. IF MORE THAN ONE LABELER CODE ATTACH ONE SHEET FOR EACH LABELER CODE.

HCFA-367c