UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br> Products Liability Litigation <br><br> This Document Relates to: <br><br> STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, <br><br> Plaintiff, <br><br> versus <br><br> MERCK & CO., INC., <br><br> Defendant. <br><br> Case No. 05-3700. | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Defendant's Motion to Dismiss Plaintiff's Amended Complaint,

IT IS ORDERED that the motion will be heard immediately following the July monthly status conference.

IT IS FURTHER ORDERED that plaintiff shall file any opposition brief on or before the 6th day of July, 2009.

IT IS FURTHER ORDERED that defendant shall file any reply brief on or before the 17th day of July, 2009.

NEW ORLEANS, LOUISIANA, this _____ day of June, 2009.

_____
DISTRICT JUDGE

980486v.1