UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LOUISIANA

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED JUN - 5 2009 wp
LORETTA G. WHYTE
Clerk

George Willie Buford, III,

    Plaintiff, <u>Pro Se</u>,

vs.

Merck & Co., Inc.,

    Defendant.

05-MDL-1657 L(3)

---

### NOTICE OF FRAUD ON THE COURT

---

COMES NOW the Plaintiff in this action, proceeding **pro se** and give **NOTICE** of the Defendant's knowing and intentional attempt to committ a fraud upon this Court in direct violation of the United States Supreme Court's holding in Hazel-Atlas Glass Company v. Hartford-Empire Company, 322 US 238, 88 L.Ed 1250, 64 S.Ct. 997 ( 1944 ).

The following facts and law apply to this **NOTICE**:

On or about 31 December 2008, United States District Judge The Honorable Mr. Dennis M. Cavannaugh ORDERED the Defendant in this cause of action to serve an answer upon the Plaintiff within 20 ( twenty ) days of service.

The defendant in this action did not answer, respond or otherwise plead as required by the ORDER of the United States Judge in accordance with the Rules of Civil Procedure.

By failing/refusing to answer as required by said ORDER,

TENDERED FOR FILING
JUN - 5 2009
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee _____
Process _____
X Dktd _____
___ CtRmDep _____
X Doc No. _____

Merck & Company, Incorporated, represented in this action by counsel trained and experienced in law, knowingly and intelligently waived its right to assert **any** affirmative defense to the claims presented by this plaintiff.

The time span for raising any affirmative defense began on or about 01 January 2009 and concluded on or about 21 January 2009. The attorney for the defendant knew, or by virtue of their training, education and experience should have known that if additional time was needed to raise any affirmative defense(s), it could proceed before the Court with a Motion To Enlarge the Time In Which To Answer, or similar motion or pleading.

It did not do so. Instead, counsel for the defendant allowed the time frame to expire.

According to the law of pleading, that which is not denied is conceded. Casey v. Galli, 94 US 673, 24 L.Ed. 307 ( 1877 ).

Merck therfore knowingly and intentionally concede to all claims, allegations and inferences presented by Plaintiff.

On 27 May 2009, plaintiff recieved a motion title " Answer of Defendant Merck & Co., Inc. " This pleading is approximately 4 ( four ) months late. The pleading is wholly improper on its face and represents an attempt on the part of the defendant to do a thing that is impermissable under the Rules of Civil Procedure.

In an attempt to wrongfully influence the judicial machinery of the United States District Court for the Eastern District of Louisiana, the defendant filed Document 18785 on or about 19 May 2009.

Page 2 of 11 of this document ( document 18785 ) states **inter alia**:

> On september 22, 2008, Mr. Buford filed a
> " <u>Pro Se</u> Motion To Enforce Private Security
> Agreement " in the Federal District Court
> of New Jersey. See Buford v. Merck & Co.,
> Inc., No. 2:08-cv-04802-DMC-MF (D. N.J.
> 2008), D.E. #1,3. The District Court of
> New Jersey treated the filing as a com-
> plaint and issued a summons on December 31,
> 2008; the case was subsequently transferred
> to this Court. Plaintiff never served Merck
> with the converted summons.

By this statement, Dorothy H. Wimberly, an attorney working in the firm of Stone Pigman Walther Wittmann LLC, representing Merck & Co., Inc., is attempting to tamper with the judicial machinery of the United States District Court for the Eastern District of Louisiana by making it appear that the defendant was not required to serve an answer upon Plaintiff within the time established by the lawful ORDER of a court of the United States because of an allegation of a converted motion.

First of all, any conversion undertaken by the United States District Court for the District of New Jersey was lawfully undertaken **prior** to the defendant being served. The pleading served upon defendant **is the only pleading**. The Honorable Mr. Dennis M. Cavannaugh ORDERED the defense to answer the pleading that was electronically served upon the defendant **by the Clerk of the Court**. The United States District Court for the District of New Jersey is a court of record. The record of the United States District Court for the District of New Jersey is clear.

- 3 -

The defendant cannot come back some four months later and claim that it was not served with the summons and complaint when the clerk of court did exactly that. See enclosed documents.

These shennannigans represent a deliberate and willful attempt on the part of the defendant to raise affirmative defenses **outside** of the timeframe established by court ORDER.

To allow such defenses would invalidate the court's suppsed impartiality and grant the defendant an unfair advantage, running afoul of the concept of fair-dealing.

## CONCLUSION

There is no question of the fundamental doctrine that fraud vitiates the most solemn contracts, documents, and even judgments. United States v. Throckmorton, 98 U.S. 61, 25 L.Ed. 93 ( 1878 ). In accordance with the Law of the Land, the **out-of-time** so-called answer of the defendant MUST be vitiated.

Respectfully,

27 May 2009
Date

Mr. George Willie Buford, III
Secured Party Creditor
Without Prejudice, UCC § 1-207
Without Recourse, UCC §§ 3-415 & 3-501 et seq
[ Fed. Reg. # 30024-074 ]
United States Penitentiary
P.O. Box 33
Terre Haute, Indiana 47808

- 4 -

## CERTIFICATE OF SERVICE

I, George Willie Buford, III, do hereby CERTIFY that the foregoing Notice of Fraud on the Court has been served upon opposing counsel by placing same in FCC Terre Haute Mail Room First Class postage pre-paid and addressed to the following:

Dorothy H. wimberly
c/o Stone Pigman Walther Wittmann L.L.C.
Counselors at Law
546 Carondelet Street
New Orleans, Louisiana 70130-3588

Eva Petko Esber
c/o Williams & Connolly LLP
725 Twelfth Street, NW
Washington, D.C. 20005-5901

27 May 2009
Date

Attest True,
Mr. George Willie Buford, III

- 5 -

*(Page contains two images rotated 90°: a Notice of Electronic Filing and a Civil Summons.)*

---

**Complaints and Other Initiating Documents**
2:08-cv-04802-DMC-MF BUFORD v. MERCK & CO., INC.

**Notice of Electronic Filing**

The following transaction was entered on 12/31/2008 at 10:56 AM EST and filed on 12/31/2008

Case Name: BUFORD v. MERCK & CO., INC.
Case Number: 2:08-cv-4802
Filer: GEORGE WILLIE BUFORD, III
Document Number: 3(No document attached)

Docket Text:
COMPLAINT see document [1] against MERCK & CO., INC. (Filing fee: IFP granted), filed by GEORGE WILLIE BUFORD, III.(ji, )

2:08-cv-4802 Notice has been electronically mailed to:

njdnefps@njd.uscourts.gov

2:08-cv-4802 Notice will not be electronically mailed to::

GEORGE WILLIE BUFORD, III
REG. 30024-074
UNITED STATES PENITENTIARY
P.O. BOX 33
TERRE HAUTE, IN 47808

https://ecf.njd.circ3.dcn/cgi-bin/Dispatch.pl?844126553624979   12/31/2008

---

AO 440 (Rev. 04/08) Civil Summons

Case 2:08-cv-04802-DMC-MF   Document 4   Filed 12/31/2008   Page 1 of 2

# UNITED STATES DISTRICT COURT

for the
District of New Jersey

George Willie Buford, III
Plaintiff
v.
Merck & Co., Inc.
Defendant

Civil Action No. 2:08-4802 (DMC)

## Summons in a Civil Action

To: *(Defendant's name and address)*

Above Named Defendant

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

GEORGE WILLIE BUFORD, III - REG. 30024-074
UNITED STATES PENITENTIARY
P.O. BOX 33
TERRE HAUTE, IN 47808

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William T. Walsh
Name of clerk of court

Date: 12/31/2008

John Ioclan
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Other Orders/Judgments**
2:08-cv-04802-DMC-MF BUFORD v. MERCK & CO., INC.

## Notice of Electronic Filing

**U.S. District Court**

**District of New Jersey [LIVE]**

The following transaction was entered on 12/31/2008 at 10:55 AM EST and filed on 12/31/2008
**Case Name:** BUFORD v. MERCK & CO., INC.
**Case Number:** 2:08-cv-4802
**Filer:**
**Document Number:** 2

**Docket Text:**
ORDER granting IFP and directing Clerk to issue summons. Signed by Judge Dennis M. Cavanaugh on 12/30/08. (jl, )

2:08-cv-4802 Notice has been electronically mailed to:

plc   njdnefps@njd.uscourts.gov

2:08-cv-4802 Notice will not be electronically mailed to::

GEORGE WILLIE BUFORD, III
REG. 30024-074
UNITED STATES PENITENTIARY
P.O. BOX 33
TERRE HAUTE, IN 47808

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=12/31/2008] [FileNumber=3143869-
0] [7835292e61e91d071ac278a0509b60c99d1a1f96af1d285d8abe595df19cf8417d
f95dd340d0a7d383d91c4ef2bc4ce26c9e543f094fed8c95457f7b4400a786]]

https://ecf.njd.circ3.dcn/cgi-bin/Dispatch.pl?37727096497425
12/31/2008

---

**Service of Process:**
2:08-cv-04802-DMC-MF BUFORD v. MERCK & CO., INC.

## Notice of Electronic Filing

**U.S. District Court**

**District of New Jersey [LIVE]**

The following transaction was entered on 12/31/2008 at 1:29 PM EST and filed on 12/31/2008
**Case Name:** BUFORD v. MERCK & CO., INC.
**Case Number:** 2:08-cv-4802
**Filer:**
**Document Number:** 4

**Docket Text:**
Summons Issued as to MERCK & CO., INC. Days Due - 20 (Mailed to Plaintiff). (jl, )

2:08-cv-4802 Notice has been electronically mailed to:

plc   njdnefps@njd.uscourts.gov

2:08-cv-4802 Notice will not be electronically mailed to::

GEORGE WILLIE BUFORD, III
REG. 30024-074
UNITED STATES PENITENTIARY
P.O. BOX 33
TERRE HAUTE, IN 47808

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=12/31/2008] [FileNumber=3146489-
0] [4223b88e69950d3ef5e2420ef21da51a8c68fe2858bf39ac20ffac84d34851b66
b836e00922084dda1eea81c76d09498e43a90f5204cc2b74333e95f5f02011]]

https://ecf.njd.circ3.dcn/cgi-bin/Dispatch.pl?1013230667593252
12/31/2008

George Willie Buford, III

Name
[ 30024-074 ]
Reg. No.

☐
☒ Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808
☐

LEGAL MAIL

JUN 4 2009

INMATE
IDENTIFICATION
CONFIRMED

Attn.: Clerk of Court
United States District Court
Eastern District of Louisiana
The Honorable Mr. Eldon E. Fallon
C-456 U.S. Courthouse
500 Poydras Street
New Orleans, Louisiana 70130

