CLERKS OFFICE

United States District Court
Eastern District of Louisiana
Vioxx Legregation
New Orleans, Louisiana 70130
Att: Clerk Attorney

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED   JUN - 8 2009
LORETTA G. WHYTE
Clerk

A Change of Address requested
Dorothy A. Griffin ... Moved From –
1426 Hillside Circle
LinDale, TX. 75771

05-MDL-1657-L(3)

Dorothy A. Griffin (VCN # 1081041
To: P.O. Box 7463       (MDL # 1657
Tyler, TX. 75711

Thank you
Dorothy A. Griffin

Phone # 903-894-3815 (my Daughter #
My Cell # 903-277-4606
P.S. you can reach me at either
phone No, or leave a message.

TENDERED FOR FILING
JUN - 8 2009
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc No. _____

Dorothy A. Griffin
P.O. Box 7463
Tyler, TX. 75711

Vioxx Litigation
Att: clerk Attorney

Clerk's Office
United States District Court
Eastern District of Louisiana
New Orleans, Louisiana
70130