CLARENCE ABRAMS, et al.,                    )          **IN THE UNITED STATES**
                                            )          **DISTRICT COURT FOR THE**
            Plaintiffs,                      )          **EASTERN DISTRICT OF**
                                            )          **LOUISIANA**
                                            )
v.                                          )          **CASE NO. 2:05-cv-05204-EEF-DEK**
                                            )
                                            )
MERCK & CO., INC., et al.,                  )          **STIPULATION OF DISMISSAL**
                                            )          **WITH PREJUDICE AS TO**
            Defendants.                      )          **ALL DEFENDANTS**
                                            )

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby stipulate that all

claims of plaintiff, **PAULINE M. ST. ANDRE**, against defendant Merck & Co., Inc. and all

other named defendants be dismissed in their entirety with prejudice, each party to bear its own

costs.


Lynn E. Swanson                                        Stephen G. Strauss
Gladstone N. Jones, III                                Bryan Cave LLP
JONES, SWANSON, HUDDELL &                              211 N. Broadway, Suite 3600
GARRISON, L.L.C.                                       St. Louis, MO 63102
601 Poydras Street, Suite 2655                         (314) 259-2000 Tel
New Orleans, LA 70130                                  (314) 259-2020 Fax
Telephone: (504) 523-2500

                                                       Phillip A. Wittmann
                                                       Dorothy H. Wimberly
Attorneys for the Plaintiff                            Stone Pigman Walther
                                                       Wittmann LLC
                                                       546 Carondelet Street
                                                       New Orleans, LA 70130
                                                       (504) 581-3200 Tel
                                                       (504) 581-3361 Fax

                                                       Attorneys for
                                                       Merck & Co, Inc.

Dated: 11/19/2008                                      Dated: 6-4-09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of June, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.