```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************************

 4

     IN RE:  VIOXX PRODUCTS
 5        LIABILITY LITIGATION
                                 MDL DOCKET NO. 1657
 6                               NEW ORLEANS, LOUISIANA
                                 TUESDAY, APRIL 28, 2009, 2:00 P.M.
 7

 8
     ****************************************************************
 9

10            TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
            HEARD BEFORE THE HONORABLE ELDON E. FALLON
11                  UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14

     FOR THE PLAINTIFFS:      OLDFATHER LAW FIRM
15                            BY:  ANN B. OLDFATHER, ESQUIRE
                              1330 SOUTH THIRD STREET
16                            LOUISVILLE, KY  40208

17

                              GORY WATSON CROWDER & DEGARIS
18                            BY:  LEILA H. WATSON, ESQUIRE
                              2131 MAGNOLIA AVENUE
19                            BIRMINGHAM, AL  35205

20

                              STRATTON FAXON
21                            BY:  MICHAEL A. STRATTON, ESQUIRE
                              59 ELM STREET
22                            NEW HAVEN, CT  06510

23

                              CELLINO & BARNES
24                            BY:  MICHAEL J. WILLIAMS, ESQUIRE
                              2500 MAIN PLACE TOWER
25                            350 MAIN STREET
                              BUFFALO, NY  14202
```

STRONG MARTIN & ASSOCIATES
BY:  DON S. STRONG, ESQUIRE
2700 FIRST NATIONAL CENTER
120 NORTH ROBINSON
OKLAHOMA CITY, OK  73102


DAVIS, BETHUNE & JONES, LLC
BY:  SHAWN G. FOSTER, ESQUIRE
1100 MAIN STREET
SUITE 2930
KANSAS CITY, MO  64105


STROM LAW FIRM, L.L.C.
BY:  JOHN R. ALPHIN, ESQUIRE
2110 N. BELTLINE BLVD., SUITE A
COLUMBIA, SC 29204


JOHNSON & BENJAMIN
BY:  JONATHAN W. JOHNSON, ESQUIRE
567 LADONNA DRIVE
DECATUR, GA  30032


ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
BY:  TARA SUTTON, ESQUIRE
     GARY WILSON, ESQUIRE
2800 LASALLE PLAZA,
800 LASALLE AVENUE
MINNEAPOLIS, MN 55402


THE LANIER LAW FIRM, PLLC
BY:  RICHARD D. MEADOW, ESQUIRE
TOWER 56
126 EAST 56TH STREET
6TH FLOOR
NEW YORK, NY 10022


WEITZ & LUXENBERG
BY:  PERRY WEITZ, ESQUIRE
180 MAIDEN LANE
NEW YORK, NY 10038

```
 1                      HERMAN HERMAN KATZ & COTLAR
                        BY:  RUSS M. HERMAN, ESQUIRE
 2                           LEONARD A. DAVIS, ESQUIRE
                        820 O'KEEFE AVENUE
 3                      NEW ORLEANS, LA 70113

 4

 5                      BEASLEY ALLEN CROW METHVIN
                        PORTIS & MILES
                        BY:  ANDY D. BIRCHFELD, JR., ESQUIRE
 6                           P. LEIGH O'DELL, ESQUIRE
                        234 COMMERCE STREET
 7                      POST OFFICE BOX 4160
                        MONTGOMERY, AL 36103
 8

 9                      BLIZZARD MCCARTHY & NABERS
                        BY:  EDWARD BLIZZARD, ESQUIRE
10                      LYRIC CENTRE BUILDING
                        440 LOUISIANA, SUITE 1710
11                      HOUSTON, TX  77002

12

13                      LEVIN, FISHBEIN, SEDRAN & BERMAN
                        BY:  ARNOLD LEVIN, ESQUIRE
                        510 WALNUT STREET, SUITE 500
14                      PHILADELPHIA, PA 19106

15

16                      SEEGER WEISS
                        BY:  CHRISTOPHER A. SEEGER, ESQUIRE
                        ONE WILLIAM STREET
17                      NEW YORK, NY 10004

18

19                      GIRARDI & KEESE
                        BY:  THOMAS V. GIRARDI, ESQUIRE
                        1126 WILSHIRE BOULEVARD
20                      LOS ANGELES, CA 90017

21

22                      LEVIN, PAPANTONIO, THOMAS,
                        MITCHELL, ECHSNER & PROCTOR
                        BY:  TROY RAFFERTY, ESQUIRE
23                      SOUTH BAYLEN STREET, SUITE 600
                        PENSACOLA, FL  32502
24

25
```

```
 1                          LAW OFFICE OF RONALD R. BENJAMIN
                            BY:  RONALD R. BENJAMIN, ESQUIRE
 2                          P.O. BOX 607
                            126 RIVERSIDE DRIVE
 3                          BINGHAMTON, NY 13902

 4

 5   FOR THE DEFENDANT:     WILLIAMS & CONNOLLY
                            BY:  DOUGLAS R. MARVIN, ESQUIRE
 6                               EVA P. ESBER, ESQUIRE
                            725 TWELFTH ST., N.W.
 7                          WASHINGTON, DC  20005

 8
                            DECHERT L.L.P.
 9                          BY:  BENJAMIN R. BARNETT, ESQUIRE
                            CIRA CENTRE
10                          2929 ARCH STREET
                            PHILADELPHIA, PA 19104
11

12

13   OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RPR, CRR
                                 500 POYDRAS STREET, ROOM B406
14                               NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7779
15

16   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
17

18

19

20

21

22

23

24

25
```

1                          **I N D E X**

2

3     SPEAKERS                                            PAGE

4

5     THE COURT.............................................    8

6     MS. OLDFATHER........................................    9

7     MR. BENJAMIN.........................................   12

8     MR. STRATTON.........................................   14

9     MR. MARVIN...........................................   16

10    THE COURT............................................   20

11    MR. BENJAMIN.........................................   21

12    THE COURT............................................   23

13    MR. STRATTON.........................................   23

14    MS. OLDFATHER........................................   24

15    THE COURT............................................   24

16    MS. OLDFATHER........................................   24

17

18

19

20

21

22

23

24

25

1          **P-R-O-C-E-E-D-I-N-G-S**

2                    TUESDAY, APRIL 28, 2009

3                M O R N I N G   S E S S I O N

4                      (IN OPEN COURT)

5

6

7          THE DEPUTY CLERK:  Everyone rise.

8          THE COURT:  Be seated, please.  Good afternoon, ladies

9    and gentlemen.  First, I apologize for the inconvenience.  We had

10   a problem with our courtroom so I moved into another courtroom.

11          We're here today because of a number of cases

12   either didn't opt in to the settlement program or they didn't

13   fall within the parameters of the settlement program or for some

14   reason didn't participate, and I think it's appropriate now to

15   focus on these cases.  To that end, I issued an order focusing on

16   those cases and requesting that the attorneys for those cases

17   appear today to have a status conference to give me some input as

18   to the method of dealing with them.

19          I would like to at least have the people who are

20   present make their appearance and tell me who they represent or

21   at least make their appearance.  I know we've gotten, as I

22   understand it, about 114 cases.  First at the table sitting.

23          MS. OLDFATHER:  Your Honor, do I need to come up to the

24   rostrum or just stand here?

25          THE COURT:  You can stand there.

1          MS. OLDFATHER:  Ann Oldfather from Louisville, Kentucky.

2     I think you'll find I have a geographic representation today.

3     I'm going to say where I'm from.  I represent approximately ten

4     of these other folks, and I'm also here today for Richard Shuler.

5     We are discussing a potential association on this case, but I

6     just wanted to reflect for the record that he has not ignored

7     your order, but he asked me to appear for him today.

8          THE COURT:  Thank you.

9          MR. STRATTON:  Good afternoon, Your Honor.  My name is

10    Michael Stratton from the firm of Stratton Faxon in New Haven,

11    Connecticut.  We represent seven opt-outs in this MDL and one

12    case in Philadelphia.  There is one case that's not reflective of

13    ours -- that's not reflected on the list here.  That's the

14    Flewellyn case.  Neil Flewellyn.  And most of these cases are

15    Connecticut cases; although, we have a Philadelphia case we just

16    talked about, we have one in Brooklyn in federal court, and we

17    have one coming out of Tennessee.

18         THE COURT:  Thank you.

19         MR. WILLIAMS:  Good afternoon, Michael Williams with

20    Cellino & Barnes plaintiffs.

21         MR. BENJAMIN:  Ronald Benjamin, Your Honor, representing

22    various plaintiffs.

23         MR. STRONG:  Good afternoon, Your Honor.  Don Strong

24    from Oklahoma City.  We represent three plaintiffs.

25         MS. WATSON:  Good afternoon, Judge.  Leila Watson from

1   Birmingham, Alabama.  Three plaintiffs.

2          MR. FOSTER:  Shawn Foster from Kansas City, three

3   plaintiffs.

4          MR. ALPHIN:  Good afternoon, Your Honor.  John Alphin

5   from Columbia, South Carolina, representing Caroline Seigler.

6          MR. JOHNSON:  Good afternoon, Jonathan Johnson from

7   Atlanta, Georgia.  I represent Clarence Carr.

8          MS. WALTER:  Diane Walter.  I'm a paralegal with

9   Benjamin and Johnson.

10         THE COURT:  Why don't we go in the back and do this side

11  first.

12         MR. MORELAND:  Matt Moreland, just assisting as local

13  counsel.

14         MS. SUTTON:  Tara Sutton, Minneapolis.

15         MR. WILSON:  Gary Wilson, Minneapolis.

16         THE COURT:  Start over here.

17         MR. MEADOW:  Rick Meadow, Lanier Law Firm.

18         MR. GIRARDI:  Good morning, Tom Girardi.

19         MR. WHITE:  Good morning, Perry Weitz.

20         MR. DAVIS:  Good morning, Leonard Davis.

21         MR. HERMAN:  Afternoon, Your Honor, Russ Herman.

22         MR. LEVIN:  Arnold Levin, sir.

23         MR. SEEGER:  Chris Seeger, Your Honor.

24         MS. O'DELL:  Leigh O'Dell with Beasley Allen.

25         MR. BLIZZARD:  Good afternoon, Ed Blizzard from Houston.

1          MR. BIRCHFIELD:  Andy Birchfield.

2          MR. RAFFERTY:  Good afternoon, Your Honor,

3     Troy Rafferty.

4          THE COURT:  At this table.

5          MR. MARVIN:  Douglas Marvin representing Merck.

6          MS. ESBER:  Eva Esber from Merck.

7          MR. BARNETT:  Good afternoon, Your Honor.  Ben Barnett

8     on behalf of Merck.

9          THE COURT:  As I count the cases, there are about 114.

10    My overall game plan, and I just put this out in sort of pencil

11    and not really written in stone because I want your input, but my

12    thinking is that we first need to have a census of the cases and

13    categories.  I'm thinking about categories such as MI's, stroke,

14    pulmonary embolism, deep vein thrombosis, maybe the deep vein

15    thrombosis by themselves, and some miscellaneous.  I don't know

16    how many we have or what the miscellaneous is, but we may be able

17    to do away with miscellaneous if another format or category makes

18    more sense.

19              I would like to get that together, and then I want

20    to talk with you all about my next thinking is to conduct

21    discovery on all of those cases for a period of time to see what

22    is involved in them, what the significant witnesses will be

23    saying about them.  After you get a feel for those cases and we

24    deal with some motion practice perhaps on those cases, if the

25    plaintiffs need material or the defendants need material, I'll be

1 able to deal with that.  There will be a discovery aspect and I

2 don't have any time frame on that, but it would seem to me

3 realistically we would be looking at something four, five, six,

4 seven months, something of that nature.

5       When the discovery is finished, I would then like

6 to convene a conference and pick some bellwether cases in each of

7 the categories.  My thinking would be that the plaintiffs could

8 pick two, the defendants could pick two, then each side would

9 have a strike, leaving two, and then I would pick one in that

10 category for trial and you proceed that way.

11       There will be some cases that can be tried here.

12 There will be some cases that would have to be tried in

13 Connecticut or in New Jersey or something of that sort, and I'll

14 make arrangements to travel there and try those cases since I've

15 been with this case for a little while.  That's basically my

16 thinking on it, but I invite comments.

17       Ann, you've been around a while.

18       MS. OLDFATHER:  Thank you, Judge.  Should I go to the

19 rostrum or just stand?

20       THE COURT:  You can go to the rostrum.  Maybe we could

21 hear you better.

22       MS. OLDFATHER:  It's very helpful to hear the Court's

23 thoughts, and I'll just throw out some things that I've been

24 thinking of in order of priority.

25       I think the first priority is timing.  We have a

1   lot of cases that are in the RP, in the resolution program, that

2   aren't going to stay there, but some of those are going to come

3   out as MI and IS cases, but some are going to come out in this

4   other category, and I don't know if we're going to be dealing

5   with as low a number as 114.  So that's consideration Number 1.

6            I think probably Merck could help us or maybe even

7   tomorrow Brown Greer could help us what we would be looking at to

8   see when those cases start getting kicked out.  I just know in

9   our own office, we've got about 165 cases that are in the RP, and

10  we haven't had any that have been kicked out yet, so I don't

11  really know when to expect that.

12           I think the second biggest issue is organization.

13  When this case started, Your Honor solicited CVs and applications

14  to be on the Plaintiffs Steering Committee, and you got the cream

15  of the crop.  These attorneys are now, for some reason, all

16  sitting in the back of the room, but we are burdened -- this

17  group of plaintiffs is heavily burdened by having no learning

18  curve.  Let me put it this way:  We have a huge learning curve.

19  We have got no base to start from, and certainly Merck has tried

20  these cases, Mr. Marvin has tried these cases, so organization is

21  a big problem.

22           The PSC told me by letter in May of last year that

23  they were not going to proceed with any of these other cases.

24  That may or may not remain the case.  I don't know what

25  Your Honor's position is on that or whether they could do that if

1   they are not enthusiastic, I don't want them involved in my

2   cases, but I know these lawyers, and I think that if they do

3   something, it will be done well.  So there is the issue of

4   organization.

5           There is the issue of money.  There is money now

6   that has come in on good cases.  Most attorneys use settling

7   cases to fund the other ones.  I think perhaps we ought to

8   consider that.

9           And then there is the related matter of public

10  perception.  You know, this Court has done a phenomenal job of

11  moving an unbelievable number of cases through to resolution.

12  There are stepchildren, though.  These other cases, the ones that

13  weren't the MI's and the IS, and these people are as badly hurt

14  from Vioxx as any of the other people were.  And I don't think

15  any of us want to just take meritorious cases that plaintiffs

16  want to pursue and not give them their day in court with the same

17  caliber of advocacy and investment in the cases that the MI and

18  the IS cases received.

19          And then lastly, Your Honor, there is the question

20  of remands, and you alluded to that by talking about where the

21  cases would have to be tried.  I personally have a case that

22  really needs to be remanded from federal court to state court,

23  not only needs to be remanded to the transferor court, but there

24  is a healthcare provider defendant, and I don't believe there is

25  federal jurisdiction, so that ultimately, I think, ought to be

1   tried in the state court.  But right now, I think that's the

2   least of our problems.

3             So to kind of recap, Your Honor, I think one of the

4   things that would behoove us to discuss is a question of timing,

5   cases coming out of the RP, the question of organization and how

6   we set that up, and then the question of funding the preparation

7   and development all of these cases.

8             THE COURT:  Yes.  I lumped that to some extent to the

9   census.  I think we need to know how many and what we're dealing

10  with to make some plan on that.  You call it *organization*, and

11  that's also it.  I just have to get a feel for how many cases

12  we're dealing with.  As I say, I have 114, but either that's

13  going to be more or less or whatever.  I just don't know at this

14  point.  So that's one of the reasons I convened this conference.

15  I hear you and I appreciate your input.

16            MS. OLDFATHER:  Thank you, Judge.

17            THE COURT:  Someone else?

18            MR. BENJAMIN:  Ronald Benjamin, Your Honor.  Good

19  afternoon.

20            THE COURT:  Good afternoon.

21            MR. BENJAMIN:  Your Honor, for example, I think with

22  categories such as pulmonary embolism, deep vein thrombosis,

23  unless the Court really wants to establish a value for those

24  cases, the medicine is the same.  It's identical.  The only

25  difference in a deep vein thrombosis case, pulmonary embolism, is

1    going to be the epidemiology.

2              So what I would ask Your Honor to think about at

3    least on that is either reverse bifurcation or trifurcation,

4    which would be just to try the damages, try causation, or try

5    causation and damages.

6              In New York, I think punitive damages are alive and

7    well.  If Merck is interested in trading no punitive damages for

8    liability in light of the Supreme Court's preemption decision,

9    and I say that because the Supreme Court also made clear that you

10   did not need, meaning Merck did not need any FDA approval prior

11   to making any label changes.

12             So from our vantage point I think is that if it's

13   value setting that Your Honor has in mind, then maybe reverse

14   trifurcation might be a way to do it.  But beyond that, the

15   epidemiology, to be sure, is going to be different, but the

16   science is the same, so I don't see that there is going to be any

17   need for discovery, further discovery really.  I think it's

18   simply a question of lining up the cases and taking them to

19   trial.

20             Thank you.  Judge.

21        THE COURT:  I assume there is another side to that, but

22   I appreciate it.  I've done reverse bifurcation, and I've done

23   that already in some cases, and that's helpful in some instances.

24   I don't know because I hadn't focused on these cases from the

25   standpoint of science, but at least in some of the areas,

1  particularly of miscellaneous, if not some of the others, there

2  is some different science involved.

3          My thinking also before I focus on remand, I really

4  want to make sure that everybody has had an opportunity,

5  particularly the people who are moving for remand, to get the

6  benefit of the MDL process so that any discovery can be done one

7  time as opposed to 114 times from the standpoint of at least

8  general causation, because everybody is going to be, to some

9  extent, in general causation mode with regard to special

10  causation as to whether or not Vioxx did what you say it did.

11  That's a little bit more special, and some discovery or some

12  evidence has to be presented on that.

13          What I would like to try to do is to package these

14  cases in such a fashion that when they go back, whoever tries

15  them, either I or whoever, state court or whatever, simply

16  impanels a jury and tries them so that I have everything worked

17  out.  You know all the witnesses, you know you've been through

18  *Daubert*, you've been through motion practice, and you simply show

19  up and pick a jury and start your case.  That's what I hope to

20  accomplish before I start remanding the cases, if they are ever

21  going to be remanded.

22          Does anybody else from the plaintiff's side have

23  anything?

24          MR. STRATTON:  Yes, Your Honor.

25          THE COURT:  Make your appearance for the record.

1       MR. STRATTON:  Sure.  Michael Stratton with the firm

2  Stratton Faxon.  We've got seven plaintiffs in the MDL, which is

3  somewhat unusual, at least anecdotally.  When I look at the list

4  and talk to the counsel, it appears that these may be close to

5  the only seven that actually would have met the RP criteria for

6  duration, proximity, and injury.  All seven, I think, met the

7  criteria.  And so I think that these seven can be handled in a

8  kind of a different way in that we already have the PSC trial

9  package which is very helpful.

10      THE COURT:  Right.  Are these MI's?

11      MR. STRATTON:  There are five MI's and two strokes with

12  big-time injuries, and so I hate to see these cases get kind of

13  stuck along with the DVTs and the pulmonary embolism cases, not

14  that I want to abandon my fellow counsel.  I agree with

15  Ann Oldfather that there really needs to be some sort of a

16  sub-PSC set up to deal with pulmonary embolisms and the DVT

17  cases.

18          Anecdotally, again, Brown Greer and the Gates

19  committee has been pretty liberal about making sure that no cases

20  that really are triable would sneak through that process.  I

21  don't see any cases in my group of cases that I think would be

22  triable on the MI or stroke side.  So I think there is going to

23  be very little leakage from that program into this situation.

24          So I would like to see these cases tried in

25  Connecticut.  I appreciate Your Honor's willingness to travel to

1    Connecticut.  I think it's tremendously beneficial that we not

2    reinvent the wheel.

3         THE COURT:  When would you be able to try those cases?

4    Could you do that in a month or two?

5         MR. STRATTON:  I think that the four- or five-month

6    period or six-month period for discovery is appropriate.  I think

7    is there a lot to be done here, but I would like to see -- we

8    have a trial date in Philadelphia in January.  We certainly are

9    available in November or December to try cases or moving into

10   February or March of next year.

11        THE COURT:  Okay.  I can see some justification for

12   moving your cases faster than the other cases perhaps.

13        MR. STRATTON:  I appreciate that, Your Honor.

14        THE COURT:  Thank you.

15             Anybody else from the plaintiff's standpoint?

16             Let me hear from the defendants then.  How do you

17   all see it?

18             MR. MARVIN:  Your Honor, I'll try to go in the order in

19   which some of the comments were made.  First of all, with respect

20   to Ms. Oldfather, she talked about cases and that there is a

21   question about the timing that some cases will be bumped from the

22   program.  That may be true, but that doesn't mean that the cases

23   that are here presently, you know, the 114 cases should be sat on

24   the sidelines while that occurs.  After all, all these cases were

25   filed before the settlement was announced.  Before November 2007.

1    So they have been sitting on the books for quite a while.  So we
2    don't think that they should continue to sit on the sidelines and
3    that we do believe that discovery should commence and proceed on
4    these cases.

5             We've taken a look at a number of these cases, and,
6    quite frankly, we think that once discovery proceeds, that some
7    of them will fall by the wayside.  In a number of cases, we find
8    no evidence of use of Vioxx.  In other cases we find that it was
9    Celebrex or Bextra that was actually being taken.  Still others
10   have other issues with them, and so we think that, for our part,
11   discovery should proceed in all of these cases so we can know
12   what the actual census is and not just what the census is of
13   numbers presently.

14            As for organization, as Mr. Stratton pointed out,
15   there is a trial package for the MI's and strokes, for the
16   pulmonary embolisms and DVTs as well.  Those cases, by our count,
17   comprise the majority, the great majority of the 114 cases.  And
18   also by our count, there are only four firms that have more than
19   2 cases.  So working -- it's not the typical MDL scenario where
20   you have scores of firms involved in hundreds and hundreds of
21   cases.  This is a situation where there are basically four firms
22   who have more than 2 cases, so we would think that those firms,
23   we would certainly be willing to share with them the names of the
24   cases so that they can coordinate among themselves in pursuing
25   those cases.  So from an aspect of organization, quite frankly,

1   it shouldn't be that difficult to organize because there are so

2   few.  As for money, well, there is nothing that can help them on

3   that end.

4           THE COURT:  You don't want to give them money?

5           MR. MARVIN:  In funding the litigation, no, Your Honor.

6               On the remands, Your Honor has indicated that

7   case-specific discovery would go forward here in the MDL.  That

8   is something that has been done in other MDLs as well.  It

9   certainly makes sense because this Court is steeped in the

10  learning about Vioxx.

11              Mr. Benjamin pointed out that here the medicine is

12  the same.  Well, in some instances, yes, it is, and in some

13  instances we don't think Vioxx is involved.  But in the cases

14  where it is, the fact that the medicine is the same obviously

15  does not establish causation for every injury that a plaintiff

16  might allege.

17              And the fact is that the science is not the same.

18  The fact is that if you take a look at the placebo-controlled

19  studies for pulmonary embolisms, there were more on placebo.  I

20  believe there were five on placebo and two on Vioxx.

21              With respect to the DVTs, the placebo-controlled

22  studies -- as Your Honor knows, those are the gold standard --

23  there were three DVTs on placebo, two on Vioxx.  So the science

24  is not the same.  And obviously as we go through, you know,

25  discovery, that is an issue that we would want to tee up once we

1    do go through discovery and know what cases there are.

2              I do agree with Mr. Benjamin one thing, that is,

3    with respect to no further discovery.  I agree with the aspect

4    there should be no further discovery as to Merck because Merck

5    has produced documents with respect to the Vioxx litigation.  No

6    documents were culled out because they were DVTs.  No documents

7    were culled out because they were pulmonary embolisms.  So it is

8    the same documents, so Merck has already produced those

9    documents.

10             Finally, as to Mr. Stratton's comment about the

11   cases that he has, the MI's, and the strokes, we're certainly

12   willing to work up those cases along with the other cases.  As I

13   had indicated earlier, for the discovery in these cases, the

14   Court has been focusing rightly, we all believe, on the -- I

15   think there is agreement on all sides on that for the heart

16   attacks and strokes that the Court would focus on those

17   initially, and the focus has been on those for the last couple of

18   years.  But now that these other cases still remain, we don't

19   think that the sole focus should continue to remain on those

20   cases, and, indeed, the light should be cast on these other cases

21   as well.

22             So while we certainly would agree with Mr. Stratton

23   and work with him in working up his cases, we don't think that

24   those cases should be worked up exclusively nor do we believe

25   that trial should be exclusively on the heart attacks and

1  strokes.

2        THE COURT:   Thank you.

3              I think we may have to take this a step at a time,

4  as I see it.  What I need to do is to focus you on census, by

5  that I mean, number of cases, lawyers who are representing them,

6  categories of cases, and some special problems in each of those

7  cases.

8              I'm going to have to put some structure in the

9  situation, though, and I would like Doug Marvin to represent

10  Merck's position, and, Ann Oldfather, I would like you to take

11  the plaintiff's role.  That means you're going to have to get all

12  of the lawyers, get their e-mails and who are here today and

13  their telephone numbers and that sort of thing.

14              At this point, I want to get a feel for what we're

15  dealing with, and I'm going to try to move this along faster.  I

16  would like to see if we can do this in a couple of weeks as

17  opposed to months, and then I'll meet with you folks again, and

18  we'll talk about where we go from here.

19              You need to be able to talk to the lawyers in the

20  room, and I'm going to ask that the lawyers who are here,

21  plaintiff lawyers remain and communicate information to your

22  liaison counsel at the present, and then we'll see from there

23  what structure, if any, we need to put into that.

24              It seems to me that if there are a couple of firms,

25  that's going to drive us in one way.  If there are a hundred

1    firms, it's going to drive us in another way.  So I don't have a

2    feel for that.  There is a lot more than four people here

3    representing the plaintiffs, so if the defendants are right that

4    we've got to look at that and analyze it, but at least the

5    numbers, types of cases involved, and also the interface of the

6    PLC and you raise that issue.  I don't disagree.  I think if they

7    commit, they are going to go at it full bore, but that's

8    something at least you ought to evaluate to see whether or not

9    there are any conflicts or not conflicts.  Then I may have to

10   convene another similar status conference than this one and make

11   my decision as to a little bit more about the structure and a

12   little bit more about where we go with it.

13          I'm also interested in you all focusing, talking

14   with each other about the time, some realistic time.  I put these

15   cases not necessarily on the back burner, but I didn't

16   aggressively move these cases as I have with the MI's and the

17   strokes because that was the first wave.  Now I want to focus on

18   these cases because these individuals have a right to have their

19   day in court, too.

20          Mr. Benjamin.

21      MR. BENJAMIN:  Your Honor, I mean, I don't know if

22   you're saying there is only 114 cases.  If that's the case, then

23   I've got the bulk of them.  Unlike Mr. Stratton and

24   Ms. Oldfather, I didn't put any cases in the settlement, and I'm

25   ready to try these cases now.  I really don't see the need to do

1    any of the, you know, plaintiffs meeting, getting together, doing

2    this, that and the next thing.

3              It seems to me, you know, Merck can disagree all

4    they want about whether the science is the same, but, you know,

5    if Merck's position is they don't have to turn over any more

6    discovery, one of the concerns I have with Your Honor basically

7    taking all of the cases and trying them, whether they are here or

8    in New York or whenever, is just timing wise.  If these cases

9    were ready for trial and went back to their respective

10   jurisdictions, within 90 days discovery should be complete

11   because the only outstanding discovery is Merck is going to want

12   to depose the plaintiff, depose whatever number of physicians and

13   other relatives who are walking the earth, then make a summary

14   judgment motion.  But it seems to me a tight schedule moving

15   ahead is really -- is certainly what we're looking for.  I know

16   Your Honor indicated we have a meeting tomorrow morning on remand

17   issues.  Is that still going to go forward?

18             THE COURT:  No, I don't need any oral argument on

19   remand.  I understand the issues for remand.

20             MR. BENJAMIN:  We don't need to come back here tomorrow

21   morning?

22             THE COURT:  No.  Not on remand.  I think I have another

23   meeting.  I don't need remand arguments.

24             MR. BENJAMIN:  Then you won't need us back here

25   tomorrow?

 1          THE COURT:  Not if you're not participating in the
 2   general meeting, no.
 3          MR. BENJAMIN:  Thank you, Judge.
 4          THE COURT:  I appreciate your views.
 5               What I'm going to do is I'm going to appoint you
 6   liaison at this point, Ann Oldfather, and I'll have another
 7   meeting in 2 weeks with you and Doug Marvin.
 8               Let me see where I am.  How about May 14 at nine
 9   o'clock?
10          MS. OLDFATHER:  Fine.
11          MR. MARVIN:  That's fine, Your Honor.
12          THE COURT:  Okay.  All right.  Let's do that then.
13          MS. OLDFATHER:  That's here in New Orleans, Judge?
14          THE COURT:  Yes.
15          MR. STRATTON:  Just for clarification, not that I object
16   at all, but we're going to keep our cases in that group for the
17   time being until you can --
18          THE COURT:  Yes, for the time being.  I want you to
19   mention that to her and give her some feeling as to numbers and
20   things of sort.
21          MR. STRATTON:  I think Marvin can help out too in terms
22   of identifying the IS cases.
23          THE COURT:  Okay.
24          MR. BENJAMIN:  Will you permit telephone appearances,
25   Your Honor?  Come back --

1          THE COURT:  Right now at that time I just need

2     Ms. Oldfather and Mr. Marvin.

3          MR. BENJAMIN:  Okay.  Great.

4          MS. OLDFATHER:  Your Honor, may I bring up a kind of

5     collateral matter that relates to this?

6          THE COURT:  Yes.

7          MS. OLDFATHER:  I'm harping back to when we had our oral

8     arguments on PTO 28 and on the *Lone Pine* order and the effect the

9     entry of that order has had on getting rid of a lot of cases

10    where people couldn't find experts, that were a rash or an itch

11    or something.  I believe Your Honor mentioned at the time that

12    the purpose of that was not to cull out meritorious cases.

13               I've been contacted by a gentleman whose case was

14    dismissed on, I think, Merck's Number 2 motion to get rid of

15    cases that had not complied with the *Lone Pine* order.  He hadn't

16    received any communication from his counsel, and he very much

17    wants to pursue his case, so I guess I'm asking the Court's

18    guidance about putting a motion on for reinstatement of --

19         THE COURT:  I don't have any problem.  File a motion.

20    Explain why.  It's a reconsideration or whatever it is, a person

21    didn't get notice or whatever, and I'll give Merck an opportunity

22    to respond to it and I'll make a decision.

23         MS. OLDFATHER:  Thank you, Your Honor.

24              Judge, also you were discussing with Mr. Benjamin

25    tomorrow's hearing, which I do intend to participate in, but

1   there is one item that's on for tomorrow that has to do with

2   contempt of one of my colleagues, and it's really my fault that

3   he's on there for contempt.  I just wondered if we might have

4   some time at the end of today's hearing to discuss that because I

5   don't want it to get lost in the shuffle.

6           THE COURT:  We'll do that.

7           MS. OLDFATHER:  Thank you, Judge.

8           THE COURT:  Anything else from the anyone?  Okay.

9   Folks, thank you very much.  See you next time.

10          THE DEPUTY CLERK:  All rise.

11          (WHEREUPON, at 2:44 p.m., the proceedings were

12  concluded.)

13                          *    *    *

14

15

16

17

18

19

20

21

22

23

24

25

1                           REPORTER'S CERTIFICATE

2

3       I, Cathy Pepper, Certified Realtime Reporter, Registered

4  Merit Reporter, Registered Professional Reporter, Certified Court

5  Reporter, Official Court Reporter for the United States District

6  Court, Eastern District of Louisiana, do hereby certify that the

7  foregoing is a true and correct transcript, to the best of my

8  ability and understanding, from the record of the proceedings in

9  the above-entitled and numbered matter.

10

11

12                              *s/Cathy Pepper*

13                              Cathy Pepper, CRR, RMR, CCR

14                              Official Court Reporter

15                              United States District Court

16

17

18

19

20

21

22

23

24

25

**0**

06510 [1] - 1:22

**1**

1 [1] - 11:5
10004 [1] - 3:17
10022 [1] - 2:20
10038 [1] - 2:23
1100 [1] - 2:5
1126 [1] - 3:19
114 [8] - 6:22, 9:9, 11:5, 13:12, 15:7, 17:23, 18:17, 22:22
12 [1] - 5:7
120 [1] - 2:2
126 [2] - 2:19, 4:2
1330 [1] - 1:15
13902 [1] - 4:3
14 [2] - 5:8, 24:8
14202 [1] - 1:25
16 [1] - 5:9
165 [1] - 11:9
1657 [1] - 1:5
1710 [1] - 3:10
180 [1] - 2:23
19104 [1] - 4:11
19106 [1] - 3:14

**2**

2 [4] - 18:19, 18:22, 24:7, 25:14
20 [1] - 5:10
20005 [1] - 4:7
2007 [1] - 17:25
2009 [2] - 1:6, 6:2
21 [1] - 5:11
2110 [1] - 2:9
2131 [1] - 1:18
23 [2] - 5:12, 5:13
234 [1] - 3:6
24 [3] - 5:14, 5:15, 5:16
2500 [1] - 1:24
2700 [1] - 2:7
28 [3] - 1:6, 6:2, 25:8
2800 [1] - 2:15
29204 [1] - 2:9
2929 [1] - 4:10
2930 [1] - 2:6
2:00 [1] - 1:6
2:44 [1] - 26:11

**3**

30032 [1] - 2:12
32502 [1] - 3:23
350 [1] - 1:25
35205 [1] - 1:19
36103 [1] - 3:7

**4**

40208 [1] - 1:16
4160 [1] - 3:7
440 [1] - 3:10

**5**

500 [2] - 3:13, 4:13
504 [1] - 4:14
510 [1] - 3:13
55402 [1] - 2:16
56 [1] - 2:19
567 [1] - 2:12
56TH [1] - 2:19
589-7779 [1] - 4:14
59 [1] - 1:21

**6**

600 [1] - 3:23
607 [1] - 4:2
64105 [1] - 2:6
6TH [1] - 2:20

**7**

70113 [1] - 3:3
70130 [1] - 4:14
725 [1] - 4:7
73102 [1] - 2:3
77002 [1] - 3:11

**8**

8 [1] - 5:5
800 [1] - 2:16
820 [1] - 3:2

**9**

9 [1] - 5:6
90 [1] - 23:10
90017 [1] - 3:20

**A**

abandon [1] - 16:14
ability [1] - 27:8
able [4] - 9:16, 10:1, 17:3, 21:19
above-entitled [1] - 27:9
accomplish [1] - 15:20
actual [1] - 18:12
advocacy [1] - 12:17
afternoon [13] - 6:8, 7:9, 7:19, 7:23, 7:25, 8:4, 8:6, 8:21, 8:25, 9:2, 9:7, 13:19, 13:20
aggressively [1] - 22:16
agree [4] - 16:14, 20:2, 20:3, 20:22
agreement [1] - 20:15
ahead [1] - 23:15
AL [2] - 1:19, 3:7
Alabama [1] - 8:1
alive [1] - 14:6
allege [1] - 19:16
ALLEN [1] - 3:4
Allen [1] - 8:24
alluded [1] - 12:20
ALPHIN [2] - 2:8, 8:4
Alphin [1] - 8:4
analyze [1] - 22:4
ANDY [1] - 3:5
Andy [1] - 9:1
anecdotally [2] - 16:3, 16:18
ANGELES [1] - 3:20
ann [1] - 10:17
Ann [4] - 7:1, 16:15, 21:10, 24:6
ANN [1] - 1:15
announced [1] - 17:25
apologize [1] - 6:9
appear [2] - 6:17, 7:7
appearance [6] - 6:20, 6:21, 15:25
appearances [1] - 24:24
APPEARANCES [1] - 1:13
applications [1] - 11:13
appoint [1] - 24:5
appreciate [5] - 13:15, 14:22, 16:25, 17:13, 24:4
appropriate [2] - 6:14, 17:6

approval [1] - 14:10
APRIL [2] - 1:6, 6:2
ARCH [1] - 4:10
areas [1] - 14:25
argument [2] - 23:18
arguments [2] - 23:23, 25:8
ARNOLD [1] - 3:13
Arnold [1] - 8:22
arrangements [1] - 10:14
aspect [3] - 10:1, 18:25, 20:3
assisting [1] - 8:12
ASSOCIATES [1] - 2:1
association [1] - 7:5
assume [1] - 14:21
Atlanta [1] - 8:7
attacks [2] - 20:16, 20:25
attorneys [3] - 6:16, 11:15, 12:6
available [1] - 17:9
AVENUE [3] - 1:18, 2:16, 3:2

**B**

B406 [1] - 4:13
badly [1] - 12:13
BARNES [1] - 1:23
Barnes [1] - 7:20
Barnett [1] - 9:7
BARNETT [2] - 4:9, 9:7
base [1] - 11:19
BAYLEN [1] - 3:3
Beasley [1] - 8:24
BEASLEY [1] - 3:4
BEFORE [1] - 1:10
behalf [1] - 9:8
behoove [1] - 13:4
bellwether [1] - 10:6
BELTLINE [1] - 2:9
Ben [1] - 9:7
beneficial [1] - 17:1
benefit [1] - 15:6
Benjamin [7] - 7:21, 8:9, 13:18, 19:11, 20:2, 22:20, 25:24
BENJAMIN [13] - 2:11, 4:1, 4:1, 4:9, 7:21, 13:18, 13:21, 22:21, 23:20, 23:24, 24:3, 24:24, 25:3
BENJAMIN...............
...................... [2] - 5:7, 5:11
BERMAN [1] - 3:12

best [1] - 27:7
BETHUNE [1] - 2:4
better [1] - 10:21
Bextra [1] - 18:9
beyond [1] - 14:14
bifurcation [2] - 14:3, 14:22
big [2] - 11:21, 16:12
big-time [1] - 16:12
biggest [1] - 11:12
BINGHAMTON [1] - 4:3
BIRCHFELD [1] - 3:5
BIRCHFIELD [1] - 9:1
Birchfield [1] - 9:1
Birmingham [1] - 8:1
BIRMINGHAM [1] - 1:19
bit [3] - 15:11, 22:10, 22:11
Blizzard [1] - 8:25
BLIZZARD [3] - 3:9, 3:9, 8:25
BLVD [1] - 2:9
books [1] - 18:1
bore [1] - 22:7
BOULEVARD [1] - 3:19
BOX [2] - 3:7, 4:2
bring [1] - 25:4
Brooklyn [1] - 7:16
Brown [2] - 11:7, 16:18
BUFFALO [1] - 1:25
BUILDING [1] - 3:10
bulk [1] - 22:23
bumped [1] - 17:21
burdened [2] - 11:16, 11:17
burner [1] - 22:15
BY [23] - 1:15, 1:18, 1:21, 1:24, 2:1, 2:5, 2:8, 2:11, 2:14, 2:18, 2:22, 3:1, 3:5, 3:9, 3:13, 3:16, 3:19, 3:22, 4:1, 4:6, 4:9, 4:16, 4:16

**C**

CA [1] - 3:20
caliber [1] - 12:17
Carolina [1] - 8:5
Caroline [1] - 8:5
Carr [1] - 8:7
case [15] - 7:5, 7:12, 7:14, 7:15, 10:15, 11:13, 11:24, 12:21, 13:25, 15:19, 19:7,

22:22, 25:13, 25:17
**case-specific** [1] - 19:7
**cases** [96] - 6:11, 6:15, 6:16, 6:22, 7:14, 7:15, 9:9, 9:12, 9:21, 9:23, 9:24, 10:6, 10:11, 10:12, 10:14, 11:1, 11:3, 11:8, 11:9, 11:20, 11:23, 12:2, 12:6, 12:7, 12:11, 12:12, 12:15, 12:17, 12:18, 12:21, 13:5, 13:7, 13:11, 13:24, 14:18, 14:23, 14:24, 15:14, 15:20, 16:12, 16:13, 16:17, 16:19, 16:21, 16:24, 17:3, 17:9, 17:12, 17:20, 17:21, 17:22, 17:23, 17:24, 18:4, 18:5, 18:7, 18:8, 18:11, 18:16, 18:17, 18:19, 18:21, 18:22, 18:24, 18:25, 19:13, 20:1, 20:11, 20:12, 20:13, 20:18, 20:20, 20:23, 20:24, 21:5, 21:6, 21:7, 22:15, 22:16, 22:18, 22:22, 22:24, 22:25, 23:7, 23:8, 24:16, 24:22, 25:9, 25:12, 25:15
**cast** [1] - 20:20
**categories** [5] - 9:13, 10:7, 13:22, 21:6
**category** [2] - 10:10, 11:4
**Cathy** [2] - 27:3, 27:13
**CATHY** [1] - 4:13
**causation** [6] - 14:4, 14:5, 15:8, 15:9, 15:10, 19:15
**CCR** [2] - 4:13, 27:13
**Celebrex** [1] - 18:9
**CELLINO** [1] - 1:23
**Cellino** [1] - 7:20
**census** [5] - 9:12, 13:9, 18:12, 21:4
**CENTER** [1] - 2:2
**CENTRE** [2] - 3:10, 4:10
**certainly** [7] - 11:19, 17:8, 18:23, 19:9, 20:11, 20:22, 23:15
**CERTIFICATE** [1] - 27:1
**Certified** [2] - 27:3, 27:4
**certify** [1] - 27:6

**changes** [1] - 14:11
**Chris** [1] - 8:23
**CHRISTOPHER** [1] - 3:16
**CIRA** [1] - 4:10
**CIRESI** [1] - 2:14
**City** [2] - 7:24, 8:2
**CITY** [2] - 2:3, 2:6
**Clarence** [1] - 8:7
**clarification** [1] - 24:15
**clear** [1] - 14:9
**CLERK** [2] - 6:7, 26:10
**close** [1] - 16:4
**collateral** [1] - 25:5
**colleagues** [1] - 26:2
**Columbia** [1] - 8:5
**COLUMBIA** [1] - 2:9
**coming** [2] - 7:17, 13:5
**commence** [1] - 18:3
**comment** [1] - 20:10
**comments** [2] - 10:16, 17:19
**COMMERCE** [1] - 3:6
**commit** [1] - 22:6
**Committee** [1] - 11:14
**committee** [1] - 16:19
**communicate** [1] - 21:21
**communication** [1] - 25:16
**complete** [1] - 23:10
**complied** [1] - 25:15
**comprise** [1] - 18:17
**COMPUTER** [1] - 4:16
**concerns** [1] - 23:6
**concluded** [1] - 26:12
**conduct** [1] - 9:20
**conference** [4] - 6:17, 10:6, 13:14, 22:10
**CONFERENCE** [1] - 1:10
**conflicts** [2] - 22:8, 22:9
**Connecticut** [5] - 7:11, 7:14, 10:13, 16:25, 17:1
**CONNOLLY** [1] - 4:5
**consider** [1] - 12:8
**consideration** [1] - 11:5
**contacted** [1] - 25:13
**contempt** [2] - 26:2, 26:3
**continue** [2] - 18:2, 20:19
**controlled** [2] - 19:18, 19:21

**convene** [2] - 10:6, 22:9
**convened** [1] - 13:14
**coordinate** [1] - 18:24
**correct** [1] - 27:7
**COTLAR** [1] - 3:1
**counsel** [5] - 8:13, 16:4, 16:14, 21:22, 25:16
**count** [3] - 9:9, 18:16, 18:18
**couple** [3] - 20:17, 21:16, 21:24
**COURT** [36] - 1:1, 4:13, 6:4, 6:8, 6:25, 7:8, 7:18, 8:10, 8:16, 9:4, 9:9, 10:20, 13:8, 13:17, 13:20, 14:21, 15:25, 16:10, 17:3, 17:11, 17:14, 19:4, 21:2, 23:18, 23:22, 24:1, 24:4, 24:12, 24:14, 24:18, 24:23, 25:1, 25:6, 25:19, 26:6, 26:8
**court** [8] - 7:16, 12:16, 12:22, 12:23, 13:1, 15:15, 22:19
**Court** [11] - 12:10, 13:23, 14:9, 19:9, 20:14, 20:16, 27:4, 27:5, 27:6, 27:14, 27:15
**Court's** [3] - 10:22, 14:8, 25:17
**COURT...................... ......................** [4] - 5:5, 5:10, 5:12, 5:15
**courtroom** [2] - 6:10
**cream** [1] - 11:14
**criteria** [2] - 16:5, 16:7
**crop** [1] - 11:15
**CROW** [1] - 3:4
**CROWDER** [1] - 1:17
**CRR** [2] - 4:13, 27:13
**CT** [1] - 1:22
**cull** [1] - 25:12
**culled** [2] - 20:6, 20:7
**curve** [2] - 11:18
**CVs** [1] - 11:13

## D

**damages** [4] - 14:4, 14:5, 14:6, 14:7
**date** [1] - 17:8
**Daubert** [1] - 15:18
**Davis** [1] - 8:20
**DAVIS** [3] - 2:4, 3:2,

8:20
**days** [1] - 23:10
**DC** [1] - 4:7
**deal** [3] - 9:24, 10:1, 16:16
**dealing** [5] - 6:18, 11:4, 13:9, 13:12, 21:15
**DECATUR** [1] - 2:12
**December** [1] - 17:9
**DECHERT** [1] - 4:9
**decision** [3] - 14:8, 22:10, 25:22
**deep** [4] - 9:14, 13:22, 13:25
**DEFENDANT** [1] - 4:5
**defendant** [1] - 12:24
**defendants** [4] - 9:25, 10:8, 17:16, 22:3
**DEGARIS** [1] - 1:17
**depose** [2] - 23:12
**DEPUTY** [2] - 6:7, 26:10
**development** [1] - 13:7
**Diane** [1] - 8:8
**difference** [1] - 13:25
**different** [3] - 14:15, 15:2, 16:8
**difficult** [1] - 19:1
**disagree** [2] - 22:6, 23:3
**discovery** [20] - 9:21, 10:1, 10:5, 14:17, 15:6, 15:11, 17:6, 18:3, 18:6, 18:11, 19:7, 19:25, 20:1, 20:3, 20:4, 20:13, 23:6, 23:10, 23:11
**discuss** [2] - 13:4, 26:4
**discussing** [2] - 7:5, 25:24
**dismissed** [1] - 25:14
**DISTRICT** [3] - 1:1, 1:1, 1:11
**District** [3] - 27:5, 27:6, 27:15
**DOCKET** [1] - 1:5
**documents** [5] - 20:5, 20:6, 20:8, 20:9
**Don** [1] - 7:23
**DON** [1] - 2:1
**done** [7] - 12:3, 12:10, 14:22, 15:6, 17:7, 19:8
**Doug** [2] - 21:9, 24:7
**DOUGLAS** [1] - 4:6
**Douglas** [1] - 9:5
**DRIVE** [2] - 2:12, 4:2

**drive** [2] - 21:25, 22:1
**duration** [1] - 16:6
**DVT** [1] - 16:16
**DVTs** [5] - 16:13, 18:16, 19:21, 19:23, 20:6

## E

**e-mails** [1] - 21:12
**earth** [1] - 23:13
**EAST** [1] - 2:19
**EASTERN** [1] - 1:1
**Eastern** [1] - 27:6
**ECHSNER** [1] - 3:22
**Ed** [1] - 8:25
**EDWARD** [1] - 3:9
**effect** [1] - 25:8
**either** [4] - 6:12, 13:12, 14:3, 15:15
**ELDON** [1] - 1:10
**ELM** [1] - 1:21
**embolism** [4] - 9:14, 13:22, 13:25, 16:13
**embolisms** [4] - 16:16, 18:16, 19:19, 20:7
**end** [3] - 6:15, 19:3, 26:4
**enthusiastic** [1] - 12:1
**entitled** [1] - 27:9
**entry** [1] - 25:9
**epidemiology** [2] - 14:1, 14:15
**Esber** [1] - 9:6
**ESBER** [2] - 4:6, 9:6
**ESQUIRE** [25] - 1:15, 1:18, 1:21, 1:24, 2:1, 2:5, 2:8, 2:11, 2:14, 2:15, 2:18, 2:22, 3:1, 3:2, 3:5, 3:6, 3:9, 3:13, 3:16, 3:19, 3:22, 4:1, 4:6, 4:6, 4:9
**establish** [2] - 13:23, 19:15
**Eva** [1] - 9:6
**EVA** [1] - 4:6
**evaluate** [1] - 22:8
**evidence** [2] - 15:12, 18:8
**example** [1] - 13:21
**exclusively** [2] - 20:24, 20:25
**expect** [1] - 11:11
**experts** [1] - 25:10
**explain** [1] - 25:20
**extent** [2] - 13:8, 15:9

## F

fact [3] - 19:14, 19:17, 19:18
fall [2] - 6:13, 18:7
FALLON [1] - 1:10
fashion [1] - 15:14
faster [2] - 17:12, 21:15
fault [1] - 26:2
Faxon [2] - 7:10, 16:2
FAXON [1] - 1:20
FDA [1] - 14:10
February [1] - 17:10
federal [3] - 7:16, 12:22, 12:25
fellow [1] - 16:14
few [1] - 19:2
file [1] - 25:19
filed [1] - 17:25
finally [1] - 20:10
fine [2] - 24:10, 24:11
finished [1] - 10:5
FIRM [3] - 1:14, 2:8, 2:18
firm [2] - 7:10, 16:1
Firm [1] - 8:17
firms [6] - 18:18, 18:20, 18:21, 18:22, 21:24, 21:25
first [7] - 6:9, 6:22, 8:11, 9:12, 10:25, 17:19, 22:17
FIRST [1] - 2:2
FISHBEIN [1] - 3:12
five [4] - 10:3, 16:11, 17:5, 19:20
five-month [1] - 17:5
FL [1] - 3:23
Flewellyn [2] - 7:13, 7:14
FLOOR [1] - 2:20
focus [7] - 6:15, 15:3, 20:16, 20:17, 20:19, 21:4, 22:17
focused [1] - 14:24
focusing [3] - 6:15, 20:14, 22:13
folks [3] - 7:4, 21:17, 26:9
FOR [2] - 1:14, 4:5
foregoing [1] - 27:7
format [1] - 9:17
forward [2] - 19:7, 23:17
FOSTER [2] - 2:5, 8:2
Foster [1] - 8:2
four [5] - 10:3, 17:5, 18:18, 18:21, 22:2

frame [1] - 10:2
frankly [2] - 18:6, 18:25
full [1] - 22:7
fund [1] - 12:7
funding [2] - 13:6, 19:5

## G

GA [1] - 2:12
game [1] - 9:10
GARY [1] - 2:15
Gary [1] - 8:15
Gates [1] - 16:18
general [3] - 15:8, 15:9, 24:2
gentleman [1] - 25:13
gentlemen [1] - 6:9
geographic [1] - 7:2
Georgia [1] - 8:7
GIRARDI [3] - 3:18, 3:19, 8:18
Girardi [1] - 8:18
gold [1] - 19:22
GORY [1] - 1:17
great [2] - 18:17, 25:3
Greer [2] - 11:7, 16:18
group [3] - 11:17, 16:21, 24:16
guess [1] - 25:17
guidance [1] - 25:18

## H

handled [1] - 16:7
harping [1] - 25:7
hate [1] - 16:12
HAVEN [1] - 1:22
Haven [1] - 7:10
healthcare [1] - 12:24
hear [4] - 10:21, 10:22, 13:15, 17:16
HEARD [1] - 1:10
hearing [2] - 25:25, 26:4
heart [2] - 20:15, 20:25
heavily [1] - 11:17
help [4] - 11:6, 11:7, 19:2, 24:21
helpful [3] - 10:22, 14:23, 16:9
hereby [1] - 27:6
Herman [1] - 8:21
HERMAN [4] - 3:1, 3:1, 8:21
Honor [30] - 6:23, 7:9,

7:21, 7:23, 8:4, 8:21, 8:23, 9:2, 9:7, 11:13, 12:19, 13:3, 13:18, 13:21, 14:2, 14:13, 15:24, 17:13, 17:18, 19:5, 19:6, 19:22, 22:21, 23:6, 23:16, 24:11, 24:25, 25:4, 25:11, 25:23
Honor's [2] - 11:25, 16:25
HONORABLE [1] - 1:10
hope [1] - 15:19
HOUSTON [1] - 3:11
Houston [1] - 8:25
huge [1] - 11:18
hundred [1] - 21:25
hundreds [1] - 18:20
hurt [1] - 12:13

## I

identical [1] - 13:24
identifying [1] - 24:22
ignored [1] - 7:6
impanels [1] - 15:16
IN [3] - 1:4, 6:4
inconvenience [1] - 6:9
indeed [1] - 20:20
indicated [3] - 19:6, 20:13, 23:16
individuals [1] - 22:18
information [1] - 21:21
injuries [1] - 16:12
injury [2] - 16:6, 19:15
input [3] - 6:17, 9:11, 13:15
instances [3] - 14:23, 19:12, 19:13
intend [1] - 25:25
interested [2] - 14:7, 22:13
interface [1] - 22:5
investment [1] - 12:17
invite [1] - 10:16
involved [6] - 9:22, 12:1, 15:2, 18:20, 19:13, 22:5
IS [4] - 11:3, 12:13, 12:18, 24:22
issue [5] - 11:12, 12:3, 12:5, 19:25, 22:6
issued [1] - 6:15
issues [3] - 18:10, 23:17, 23:19
itch [1] - 25:10

item [1] - 26:1

## J

January [1] - 17:8
Jersey [1] - 10:13
job [1] - 12:10
John [1] - 8:4
JOHN [1] - 2:8
Johnson [2] - 8:6, 8:9
JOHNSON [3] - 2:11, 2:11, 8:6
Jonathan [1] - 8:6
JONATHAN [1] - 2:11
JONES [1] - 2:4
JR [1] - 3:5
judge [1] - 14:20
JUDGE [1] - 1:11
Judge [7] - 7:25, 10:18, 13:16, 24:3, 24:13, 25:24, 26:7
judgment [1] - 23:14
jurisdiction [1] - 12:25
jurisdictions [1] - 13:2
jury [2] - 15:16, 15:19
justification [1] - 17:11

## K

KANSAS [1] - 2:6
Kansas [1] - 8:2
KAPLAN [1] - 2:14
KATZ [1] - 3:1
keep [1] - 24:16
KEESE [1] - 3:18
Kentucky [1] - 7:1
kicked [2] - 11:8, 11:10
kind [4] - 13:3, 16:8, 16:12, 25:4
knows [1] - 19:22
KY [1] - 1:16

## L

L.L.C [1] - 2:8
L.L.P [2] - 2:14, 4:9
LA [1] - 3:3
label [1] - 14:11
ladies [1] - 6:8
LADONNA [1] - 2:12
LANE [1] - 2:23
Lanier [1] - 8:17
LANIER [1] - 2:18
LASALLE [2] - 2:15,

2:16
last [2] - 11:22, 20:17
lastly [1] - 12:19
LAW [4] - 1:14, 2:8, 2:18, 4:1
Law [1] - 8:17
lawyers [6] - 12:2, 21:5, 21:12, 21:19, 21:20, 21:21
leakage [1] - 16:23
learning [3] - 11:17, 11:18, 19:10
least [9] - 6:19, 6:21, 13:2, 14:3, 14:25, 15:7, 16:3, 22:4, 22:7
leaving [1] - 10:9
LEIGH [1] - 3:13
Leigh [1] - 8:24
Leila [1] - 7:25
LEILA [1] - 1:18
Leonard [1] - 8:20
LEONARD [1] - 3:2
less [1] - 13:13
letter [1] - 11:22
Levin [1] - 8:22
LEVIN [4] - 3:12, 3:13, 3:21, 8:22
LIABILITY [1] - 1:5
liability [1] - 14:8
liaison [2] - 21:22, 24:6
liberal [1] - 16:19
light [2] - 14:8, 20:20
lining [1] - 14:18
list [2] - 7:13, 16:3
litigation [2] - 19:5, 20:5
LITIGATION [1] - 1:5
LLC [1] - 2:4
local [1] - 8:12
Lone [2] - 25:8, 25:15
look [4] - 16:3, 18:5, 19:18, 22:4
looking [3] - 10:3, 11:7, 23:15
LOS [1] - 3:20
lost [1] - 26:5
LOUISIANA [4] - 1:1, 1:6, 3:10, 4:14
Louisiana [1] - 27:6
Louisville [1] - 7:1
LOUISVILLE [1] - 1:16
low [1] - 11:5
lumped [1] - 13:8
LUXENBERG [1] - 2:22
LYRIC [1] - 3:10

## M

**MAGNOLIA** [1] - 1:18
**MAIDEN** [1] - 2:23
**mails** [1] - 21:12
**MAIN** [3] - 1:24, 1:25, 2:5
**majority** [2] - 18:17
**March** [1] - 17:10
**MARTIN** [1] - 2:1
**MARVIN** [5] - 4:6, 9:5, 17:18, 19:5, 24:11
**Marvin** [6] - 9:5, 11:20, 21:9, 24:7, 24:21, 25:2
**MARVIN....................
.......................** [1] - 5:9
**material** [2] - 9:25
**Matt** [1] - 8:12
**matter** [3] - 12:9, 25:5, 27:9
**MCCARTHY** [1] - 3:9
**MDL** [6] - 1:5, 7:11, 15:6, 16:2, 18:19, 19:7
**MDLs** [1] - 19:8
**MEADOW** [2] - 2:18, 8:17
**Meadow** [1] - 8:17
**mean** [3] - 17:22, 21:5, 22:21
**meaning** [1] - 14:10
**means** [1] - 21:11
**MECHANICAL** [1] - 4:16
**medicine** [3] - 13:24, 19:11, 19:14
**meet** [1] - 21:17
**meeting** [5] - 23:1, 23:16, 23:23, 24:2, 24:6
**mention** [1] - 24:19
**mentioned** [1] - 25:11
**Merck** [13] - 9:5, 9:6, 9:8, 11:6, 11:19, 14:7, 14:10, 20:4, 20:8, 23:3, 23:11, 25:21
**Merck's** [3] - 21:10, 23:5, 25:14
**Merit** [1] - 27:4
**meritorious** [2] - 12:15, 25:12
**met** [2] - 16:5, 16:6
**method** [1] - 6:18
**METHVIN** [1] - 3:4
**MI** [3] - 11:3, 12:17, 16:22

**MI's** [7] - 9:13, 12:13, 16:10, 16:11, 18:15, 20:11, 22:16
**MICHAEL** [2] - 1:21, 1:24
**Michael** [3] - 7:10, 7:19, 16:1
**might** [3] - 14:14, 19:16, 26:3
**MILES** [1] - 3:5
**MILLER** [1] - 2:14
**mind** [1] - 14:13
**Minneapolis** [2] - 8:14, 8:15
**MINNEAPOLIS** - 2:16
**miscellaneous** [4] - 9:15, 9:16, 9:17, 15:1
**MITCHELL** [1] - 3:22
**MN** [1] - 2:16
**MO** [1] - 2:6
**mode** [1] - 15:9
**money** [4] - 12:5, 19:2, 19:4
**MONTGOMERY** [1] - 3:7
**month** [3] - 17:4, 17:5, 17:6
**months** [2] - 10:4, 21:17
**MORELAND** [1] - 8:12
**Moreland** [1] - 8:12
**morning** [5] - 8:18, 8:19, 8:20, 23:16, 23:21
**most** [2] - 7:14, 12:6
**motion** [6] - 9:24, 15:18, 23:14, 25:14, 25:18, 25:19
**move** [2] - 21:15, 22:16
**moved** [1] - 6:10
**moving** [5] - 12:11, 15:5, 17:9, 17:12, 23:14
**MR** [44] - 5:7, 5:8, 5:9, 5:11, 5:13, 7:9, 7:19, 7:21, 7:23, 8:2, 8:4, 8:6, 8:12, 8:15, 8:17, 8:18, 8:19, 8:20, 8:21, 8:22, 8:23, 8:25, 9:1, 9:2, 9:5, 9:7, 13:18, 13:21, 15:24, 16:1, 16:11, 17:5, 17:13, 17:18, 19:5, 22:21, 23:20, 23:24, 24:3, 24:11, 24:15, 24:21, 24:24, 25:3

**MS** [19] - 5:6, 5:14, 5:16, 6:23, 7:1, 7:25, 8:8, 8:14, 8:24, 9:6, 10:18, 10:22, 13:16, 24:10, 24:13, 25:4, 25:7, 25:23, 26:7

## N

**N.W** [1] - 4:7
**NABERS** [1] - 3:9
**name** [1] - 7:9
**names** [1] - 18:23
**NATIONAL** [1] - 2:2
**nature** [1] - 10:4
**necessarily** [1] - 22:15
**need** [17] - 6:23, 9:12, 9:25, 13:9, 14:10, 14:17, 21:4, 21:19, 21:23, 22:25, 23:18, 23:20, 23:23, 23:24, 25:1
**needs** [3] - 12:22, 12:23, 16:15
**Neil** [1] - 7:14
**NEW** [7] - 1:6, 1:22, 2:20, 2:23, 3:3, 3:17, 4:14
**New** [5] - 7:10, 10:13, 14:6, 23:8, 24:13
**next** [4] - 9:20, 17:10, 23:2, 26:9
**nine** [1] - 24:8
**NO** [1] - 1:5
**NORTH** [1] - 2:2
**nothing** [1] - 19:2
**notice** [1] - 25:21
**November** [2] - 17:9, 17:25
**number** [7] - 6:11, 11:5, 12:11, 18:5, 18:7, 21:5, 23:12
**Number** [2] - 11:5, 25:14
**numbered** [1] - 27:9
**numbers** [4] - 18:13, 21:13, 22:4, 24:19
**NY** [5] - 1:25, 2:20, 2:23, 3:17, 4:3

## O

**o'clock** [1] - 24:9
**O'DELL** [2] - 3:6, 8:24
**O'Dell** [1] - 8:24
**O'KEEFE** [1] - 3:2
**object** [1] - 24:15
**obviously** [2] - 19:14,

19:24
**occurs** [1] - 17:24
**OF** [3] - 1:1, 1:10, 4:1
**OFFICE** [2] - 3:7, 4:1
**office** [1] - 11:9
**Official** [2] - 27:5, 27:14
**OFFICIAL** [1] - 4:13
**OK** [1] - 2:3
**Oklahoma** [1] - 7:24
**OKLAHOMA** [1] - 2:2
**Oldfather** [5] - 7:1, 16:15, 17:20, 22:24, 25:2
**OLDFATHER** [13] - 1:14, 1:15, 6:23, 7:1, 10:18, 10:22, 13:16, 24:10, 24:13, 25:4, 25:7, 25:23, 26:7
**OLDFATHER............
.......................** [3] - 5:6, 5:14, 5:16
**once** [2] - 18:6, 19:25
**one** [14] - 7:11, 7:12, 7:16, 10:9, 13:3, 13:14, 15:6, 20:2, 21:25, 22:10, 23:6, 26:1, 26:2
**ONE** [1] - 3:16
**ones** [2] - 12:7, 12:12
**OPEN** [1] - 6:4
**opportunity** [2] - 15:4, 25:21
**opposed** [2] - 15:7, 21:17
**opt** [2] - 6:12, 7:11
**opt-outs** [1] - 7:11
**oral** [2] - 23:18, 25:7
**order** [7] - 6:15, 7:7, 10:24, 17:18, 25:8, 25:9, 25:15
**organization** [7] - 11:12, 11:20, 12:4, 13:5, 13:10, 18:14, 18:25
**organize** [1] - 19:1
**Orleans** [1] - 24:13
**ORLEANS** [3] - 1:6, 3:3, 4:14
**ought** [3] - 12:7, 12:25, 22:8
**outs** [1] - 7:11
**outstanding** [1] - 23:11
**overall** [1] - 9:10
**own** [1] - 11:9

## P

**P.M** [1] - 1:6
**p.m** [1] - 26:11
**P.O** [1] - 4:2
**PA** [2] - 3:14, 4:11
**package** [3] - 15:13, 16:9, 18:15
**PAGE** [1] - 5:3
**PAPANTONIO** [1] - 3:21
**paralegal** [1] - 8:8
**parameters** [1] - 6:13
**part** [1] - 18:10
**participate** [2] - 6:14, 25:25
**participating** [1] - 24:1
**particularly** [2] - 15:1, 15:5
**pencil** [1] - 9:10
**PENSACOLA** [1] - 3:23
**people** [7] - 6:19, 12:13, 12:14, 15:5, 22:2, 22:5, 25:10
**Pepper** [2] - 27:3, 27:12, 27:13
**PEPPER** [1] - 4:13
**perception** [1] - 12:10
**perhaps** [3] - 9:24, 12:7, 17:12
**period** [2] - 9:21, 17:6
**permit** [1] - 24:24
**Perry** [1] - 8:19
**PERRY** [1] - 2:22
**person** [1] - 25:20
**personally** [1] - 12:21
**phenomenal** [1] - 12:10
**Philadelphia** [3] - 7:12, 7:15, 17:8
**PHILADELPHIA** [2] - 3:14, 4:11
**physicians** [1] - 23:12
**pick** [5] - 10:6, 10:8, 10:9, 15:19
**Pine** [2] - 25:8, 25:15
**PLACE** [1] - 1:24
**placebo** [5] - 19:18, 19:19, 19:20, 19:21, 19:23
**placebo-controlled** [2] - 19:18, 19:21
**plaintiff** [3] - 19:15, 21:21, 23:12
**plaintiff's** [2] - 15:22, 17:15
**Plaintiffs** [1] - 11:14

**plaintiffs** [13] - 7:20, 7:22, 7:24, 8:1, 8:3, 9:25, 10:7, 11:17, 12:15, 16:2, 21:11, 22:3, 23:1
**PLAINTIFFS** [1] - 1:14
**plan** [2] - 9:10, 13:10
**PLAZA** [1] - 2:15
**PLC** [1] - 22:5
**PLLC** [1] - 2:18
**point** [4] - 13:14, 14:12, 21:14, 24:6
**pointed** [2] - 18:14, 19:11
**PORTIS** [1] - 3:5
**position** [3] - 11:25, 21:10, 23:5
**POST** [1] - 3:7
**potential** [1] - 7:5
**POYDRAS** [1] - 4:13
**practice** [2] - 9:24, 15:18
**preemption** [1] - 14:8
**preparation** [1] - 13:6
**present** [2] - 6:20, 21:22
**presented** [1] - 15:12
**presently** [2] - 17:23, 18:13
**pretty** [1] - 16:19
**priority** [2] - 10:24, 10:25
**problem** [3] - 6:10, 11:21, 25:19
**problems** [2] - 13:2, 21:6
**proceed** [4] - 10:10, 11:23, 18:3, 18:11
**proceedings** [2] - 26:11, 27:8
**PROCEEDINGS** [3] - 1:10, 4:16, 6:1
**proceeds** [1] - 18:6
**process** [2] - 15:6, 16:20
**PROCTOR** [1] - 3:22
**PRODUCED** [1] - 4:16
**produced** [2] - 20:5, 20:8
**PRODUCTS** [1] - 1:4
**Professional** [1] - 27:4
**program** [5] - 6:12, 6:13, 11:1, 16:23, 17:22
**provider** [1] - 12:24
**proximity** [1] - 16:6
**PSC** [3] - 11:22, 16:8, 16:16
**PTO** [1] - 25:8

**public** [1] - 12:9
**pulmonary** [8] - 9:14, 13:22, 13:25, 16:13, 16:16, 18:16, 19:19, 20:7
**punitive** [2] - 14:6, 14:7
**purpose** [1] - 25:12
**pursue** [2] - 12:16, 25:17
**pursuing** [1] - 18:24
**put** [6] - 9:10, 11:18, 21:8, 21:23, 22:14, 22:24
**putting** [1] - 25:18

Q

**quite** [3] - 18:1, 18:6, 18:25

R

**RAFFERTY** [2] - 3:22, 9:2
**Rafferty** [1] - 9:3
**raise** [1] - 22:5
**rash** [1] - 25:10
**RE** [1] - 1:4
**ready** [2] - 22:25, 23:9
**realistic** [1] - 22:14
**realistically** [1] - 10:3
**really** [11] - 9:11, 11:11, 12:22, 13:23, 14:17, 15:3, 16:15, 16:20, 22:25, 23:15, 26:2
**Realtime** [1] - 27:3
**reason** [2] - 6:14, 11:15
**reasons** [1] - 13:14
**recap** [1] - 13:3
**received** [2] - 12:18, 25:16
**reconsideration** [1] - 25:20
**record** [3] - 7:6, 15:25, 27:8
**RECORDED** [1] - 4:16
**reflect** [1] - 7:6
**reflected** [1] - 7:13
**reflective** [1] - 7:12
**regard** [1] - 15:9
**Registered** [2] - 27:3, 27:4
**reinstatement** [1] - 25:18
**reinvent** [1] - 17:2

**related** [1] - 12:9
**relates** [1] - 25:5
**relatives** [1] - 23:13
**remain** [4] - 11:24, 20:18, 20:19, 21:21
**remand** [7] - 15:3, 15:5, 23:16, 23:19, 23:22, 23:23
**remanded** [3] - 12:22, 12:23, 15:21
**remanding** [1] - 15:20
**remands** [2] - 12:20, 19:6
**Reporter** [6] - 27:3, 27:4, 27:5, 27:14
**REPORTER** [1] - 4:13
**REPORTER'S** [1] - 27:1
**represent** [6] - 6:20, 7:3, 7:11, 7:24, 8:7, 21:9
**representation** [1] - 7:2
**representing** [5] - 7:21, 8:5, 9:5, 21:5, 22:2
**requesting** [1] - 6:16
**resolution** [2] - 11:1, 12:11
**respect** [4] - 17:19, 19:21, 20:3, 20:5
**respective** [1] - 23:9
**respond** [1] - 25:22
**reverse** [3] - 14:3, 14:13, 14:22
**Richard** [1] - 7:4
**RICHARD** [1] - 2:18
**Rick** [1] - 8:17
**rid** [2] - 25:9, 25:14
**rightly** [1] - 20:14
**rise** [2] - 6:7, 26:10
**RIVERSIDE** [1] - 4:2
**RMR** [1] - 27:13
**ROBINS** [1] - 2:14
**ROBINSON** [1] - 2:2
**role** [1] - 21:11
**RONALD** [2] - 4:1, 4:1
**Ronald** [2] - 7:21, 13:18
**room** [2] - 11:16, 20:19, 10:20
**ROOM** [1] - 4:13
**rostrum** [3] - 6:24, 10:19, 10:20
**RP** [4] - 11:1, 11:9, 13:5, 16:5
**RPR** [1] - 4:13
**RUSS** [1] - 3:1
**Russ** [1] - 8:21

S

**s/Cathy** [1] - 27:12
**sat** [1] - 17:23
**SC** [1] - 2:9
**scenario** [1] - 18:19
**schedule** [1] - 23:14
**science** [6] - 14:16, 14:25, 15:2, 19:17, 19:23, 23:4
**scores** [1] - 18:20
**seated** [1] - 6:8
**second** [1] - 11:12
**SEDRAN** [1] - 3:12
**see** [9] - 9:21, 11:8, 14:16, 16:12, 16:21, 16:24, 17:7, 17:11, 17:17, 21:4, 21:16, 21:22, 22:8, 22:25, 24:8, 26:9
**Seeger** [1] - 8:23
**SEEGER** [3] - 3:15, 3:16, 8:23
**seem** [1] - 10:2
**Seigler** [1] - 8:5
**sense** [2] - 9:18, 19:9
**set** [2] - 13:6, 16:16
**setting** [1] - 14:13
**settlement** [4] - 6:12, 6:13, 17:25, 22:24
**settling** [1] - 12:6
**seven** [6] - 7:11, 10:4, 16:2, 16:5, 16:6, 16:7
**share** [1] - 18:23
**SHAWN** [1] - 2:5
**Shawn** [1] - 8:2
**show** [1] - 15:18
**shuffle** [1] - 26:5
**Shuler** [1] - 7:4
**side** [5] - 8:10, 10:8, 14:21, 15:22, 16:22
**sidelines** [2] - 17:24, 18:2
**sides** [1] - 20:15
**significant** [1] - 9:22
**similar** [1] - 22:9
**simply** [3] - 14:18, 15:15, 15:18
**sit** [1] - 18:2
**sitting** [3] - 6:22, 11:16, 18:1
**situation** [3] - 16:23, 18:21, 21:9
**six** [2] - 10:3, 17:6
**six-month** [1] - 17:6
**sneak** [1] - 16:20
**sole** [1] - 20:19
**solicited** [1] - 11:13

**someone** [1] - 13:17
**somewhat** [1] - 16:3
**sort** [5] - 9:10, 10:13, 16:15, 21:13, 24:20
**South** [1] - 8:5
**SOUTH** [2] - 1:15, 3:23
**SPEAKERS** [1] - 5:3
**special** [3] - 15:9, 15:11, 21:6
**specific** [1] - 19:7
**ST** [1] - 4:7
**stand** [3] - 6:24, 6:25, 10:19
**standard** [1] - 19:22
**standpoint** [3] - 14:25, 15:7, 17:15
**start** [5] - 8:16, 11:8, 11:19, 15:19, 15:20
**started** [1] - 11:13
**state** [3] - 12:22, 13:1, 15:15
**States** [2] - 27:5, 27:15
**STATES** [2] - 1:1, 1:11
**status** [2] - 6:17, 22:9
**STATUS** [1] - 1:10
**stay** [1] - 11:2
**steeped** [1] - 19:9
**Steering** [1] - 11:14
**STENOGRAPHY** [1] - 4:16
**step** [1] - 21:3
**stepchildren** [1] - 12:12
**still** [3] - 18:9, 20:18, 23:17
**stone** [1] - 9:11
**STRATTON** [10] - 1:20, 1:21, 7:9, 15:24, 16:1, 16:11, 17:5, 17:13, 24:15, 24:21
**Stratton** [7] - 7:10, 16:1, 16:2, 18:14, 20:22, 22:23
**Stratton's** [1] - 20:10
**STRATTON...............
..........................** [2]
- 5:8, 5:13
**STREET** [11] - 1:15, 1:21, 1:25, 2:5, 2:19, 3:6, 3:13, 3:16, 3:23, 4:10, 4:13
**strike** [1] - 10:9
**stroke** [2] - 9:13, 16:22
**strokes** [6] - 16:11, 18:15, 20:11, 20:16, 21:1, 22:17

**STROM** [1] - 2:8
**Strong** [1] - 7:23
**STRONG** [3] - 2:1, 2:1, 7:23
**structure** [3] - 21:8, 21:23, 22:11
**stuck** [1] - 16:13
**studies** [2] - 19:19, 19:22
**sub** [1] - 16:16
**sub-PSC** [1] - 16:16
**SUITE** [5] - 2:6, 2:9, 3:10, 3:13, 3:23
**summary** [1] - 23:13
**Supreme** [2] - 14:8, 14:9
**SUTTON** [2] - 2:14, 8:14
**Sutton** [1] - 8:14

## T

**table** [2] - 6:22, 9:4
**TARA** [1] - 2:14
**Tara** [1] - 8:14
**tee** [1] - 19:25
**telephone** [2] - 21:13, 24:24
**ten** [1] - 7:3
**Tennessee** [1] - 7:17
**terms** [1] - 24:21
**THE** [43] - 1:10, 1:14, 2:18, 4:5, 5:5, 5:10, 5:12, 5:15, 6:7, 6:8, 6:25, 7:8, 7:18, 8:10, 8:16, 9:4, 9:9, 10:20, 13:8, 13:17, 13:20, 14:21, 15:25, 16:10, 17:3, 17:11, 17:14, 19:4, 21:2, 23:18, 23:22, 24:1, 24:4, 24:12, 24:14, 24:18, 24:23, 25:1, 25:6, 25:19, 26:6, 26:8, 26:10
**themselves** [2] - 9:15, 18:24
**thinking** [7] - 9:12, 9:13, 9:20, 10:7, 10:16, 10:24, 15:3
**THIRD** [1] - 1:15
**THOMAS** [2] - 3:19, 3:21
**thoughts** [1] - 10:23
**three** [4] - 7:24, 8:1, 8:2, 19:23
**thrombosis** [4] - 9:14, 9:15, 13:22, 13:25
**throw** [1] - 10:23

**tight** [1] - 23:14
**timing** [4] - 10:25, 13:4, 17:21, 23:8
**today** [6] - 6:11, 6:17, 7:2, 7:4, 7:7, 21:12
**today's** [1] - 26:4
**together** [2] - 9:19, 23:1
**Tom** [1] - 8:18
**tomorrow** [5] - 11:7, 23:16, 23:20, 23:25, 26:1
**tomorrow's** [1] - 25:25
**TOWER** [2] - 1:24, 2:19
**trading** [1] - 14:7
**TRANSCRIPT** [2] - 1:10, 4:16
**transcript** [1] - 27:7
**transferor** [1] - 12:23
**travel** [2] - 10:14, 16:25
**tremendously** [1] - 17:1
**triable** [2] - 16:20, 16:22
**trial** [7] - 10:10, 14:19, 16:8, 17:8, 18:15, 20:25, 23:9
**tried** [7] - 10:11, 10:12, 11:19, 11:20, 12:21, 13:1, 16:24
**tries** [2] - 15:14, 15:16
**trifurcation** [2] - 14:3, 14:14
**tROY** [1] - 3:22
**Troy** [1] - 9:3
**true** [2] - 17:22, 27:7
**try** [10] - 10:14, 14:4, 15:13, 17:3, 17:9, 17:18, 21:15, 22:25
**trying** [1] - 23:7
**TUESDAY** [2] - 1:6, 6:2
**turn** [1] - 23:5
**TWELFTH** [1] - 4:7
**two** [7] - 10:8, 10:9, 16:11, 17:4, 19:20, 19:23
**TX** [1] - 3:11
**types** [1] - 22:4
**typical** [1] - 18:19

## U

**ultimately** [1] - 12:25
**unbelievable** [1] - 12:11
**UNITED** [2] - 1:1, 1:11

**United** [2] - 27:5, 27:15
**unless** [1] - 13:23
**unlike** [1] - 22:23
**unusual** [1] - 16:3
**up** [10] - 6:23, 13:6, 14:18, 15:19, 16:16, 19:25, 20:12, 20:23, 20:24, 25:4

## V

**value** [2] - 13:23, 14:13
**vantage** [1] - 14:12
**various** [1] - 7:22
**vein** [4] - 9:14, 13:22, 13:25
**views** [1] - 24:4
**VIOXX** [1] - 1:4
**Vioxx** [8] - 12:14, 15:10, 18:8, 19:10, 19:13, 19:20, 19:23, 20:5

## W

**walking** [1] - 23:13
**WALNUT** [1] - 3:13
**WALTER** [1] - 8:8
**Walter** [1] - 8:8
**wants** [2] - 13:23, 25:17
**WASHINGTON** [1] - 4:7
**WATSON** [3] - 1:17, 1:18, 7:25
**Watson** [1] - 7:25
**wave** [1] - 22:17
**wayside** [1] - 18:7
**weeks** [2] - 21:16, 24:7
**WEISS** [1] - 3:15
**Weitz** [1] - 8:19
**WEITZ** [2] - 2:22, 2:22
**wheel** [1] - 17:2
**WHEREUPON** [1] - 26:11
**WHITE** [1] - 8:19
**WILLIAM** [1] - 3:16
**Williams** [1] - 7:19
**WILLIAMS** [3] - 1:24, 4:5, 7:19
**willing** [2] - 18:23, 20:12
**willingness** [1] - 16:25
**WILSHIRE** [1] - 3:19
**WILSON** [2] - 2:15,

8:15
**Wilson** [1] - 8:15
**wise** [1] - 23:8
**witnesses** [2] - 9:22, 15:17
**wondered** [1] - 26:3
**written** [1] - 9:11

## Y

**year** [2] - 11:22, 17:10
**years** [1] - 20:18
**York** [2] - 14:6, 23:8
**YORK** [3] - 2:20, 2:23, 3:17