UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**This document relates to:**
   **05-6234, Amadis-Rosario v. Meck & Co., Inc. (as to Adela Rodriguez-Alier only)**

### ORDER

Currently pending before the Court is Plaintiff's Expedited Motion for Relief from Lien (Rec. Doc. 19232). IT IS ORDERED that the motion is GRANTED IN PART AND DENIED IN PART. The motion is granted with respect to Adela Rodriguez-Alier, but is denied as to other claimants who are not currently scheduled to receive payment at this time. Counsel is directed to file a subsequent motion at a later date, as additional claimants are scheduled to receive interim payments.

IT IS FURTHER ORDERED that the Vioxx Claims Administrator proceed with distribution of interim payments to the above-listed Plaintiff as scheduled.

IT IS FURTHER ORDERED that primary counsel hold in trust any fees subject to the lien at issue, and, if necessary, the Court will resolve the lien at a later date. Because this lien deals solely with counsel's recovery, it is important that the lien not cause any further delays to

1

the distribution of this claimant's settlement award.

New Orleans, Louisiana, this 9th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE