**Exhibit A**

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name(s) | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1. | 1090977 | Anderson, John H. | Cuyler, Jimmy L. | S-1, S-2, S-3 | Rosie Cuyler | Louis Nelson et al. v. Merck | 2:08-cv-00880-EEF-DEK |
| 2. | 1052901 | Branch Law Firm | Lucero, Margaret | No Stipulation | Vera Lucero | Dorothy Wheeler et al. v. Merck | 2:07-cv-05251-EEF-DEK |
| 3. | 1081141 | Herman, Herman, Katz & Cotler, LLP | McKay, Geneva | No Stipulation |  | Arterbell Hillard et al. v. Merck | 2:05-cv-04459-EEF-DEK |
| 4. | 1081154 | Herman, Herman, Katz & Cotler, LLP | Porter, Henrietta | No Stipulation |  | William L. Meunier et al. v. Merck | 2:05-cv-04456-EEF-DEK |
| 5. | 1071928 | James, Vernon & Weeks | Waybright, Larry | S-10 |  | Larry A. Waybright v. Merck | 2:05-cv-02074-EEF-DEK |
| 6. | 1112462 | Michael Hingle & Associates | Slaughter, Lewis | S-3 | Denise Slaughter | Joan Williamson et al. v. Merck | 2:05-cv-06903-EEF-DEK |
| 7. | 1072120 | Michael Hingle & Associates | Guy, Ronald | No Stipulation | Carolyn Guy | Lois Bailey et al. v. Merck | 2:05-cv-06904-EEF-DEK |
| 8. | 1072148 | Michael Hingle & Associates | Verdin, John | No Stipulation | Darlene Verdin | Lois Bailey et al. v. Merck | 2:05-cv-06904-EEF-DEK |
| 9. | 1072115 | Michael Hingle & Associates | Wells, James | No Stipulation | Dartha Wells | Lois Bailey et al. v. Merck | 2:05-cv-06904-EEF-DEK |
| 10. | 1098203 | Miller Firm LLC | Linnett, Gordon | No Stipulation |  | C. Gordon Linnett v. Merck | 2:06-cv-03923-EEF-DEK |
| 11. | 1098137 | Miller Firm LLC | Helms, Earl | No Stipulation |  | Thelma Curtis et al. v. Merck | 2:06-cv-06946-EEF-DEK |
| 12. | 1097980 | Miller Firm, LLC | Bailey, Isolina | No Stipulation |  | Isolina Bailey et al. v. Merck | 2:06-cv-05982-EEF-DEK |
| 13. | 1011142 | Phillips & Associates | Williams, Jerry | S-10, S-15, S-99 | Mark Williams | Mark Williams v. Merck et al. | 2:05-cv-02309-EEF-DEK |
| 14. | 1071946 | Pro Se | King, Pearl | S-1, S-2, S-3 | Raymond King | Pearl D. King et al. v. Merck | 2:06-cv-08390-EEF-DEK |
| 15. | 1103021 | Pro Se | Lindwedel, Ivory | S-1, S-2, S-3, S-99 |  | Ivory Lindwedel v. Merck et al. | 2:05-cv-06199-EEF-DEK |
| 16. | 1103051 | Pro Se | Odom, Joyce | S-99 |  | Joyce A. Odom v. Merck | 2:05-cv-06790-EEF-DEK |
| 17. | 1101614 | Ranier, Gayle, Elliot, LLC | Matlock, Tony Lee | S-3 | Charlotte Matlock | Charlotte Matlock et al. v. Merck | 2:05-cv-06575-EEF-DEK |
| 18. | 1101791 | Ranier, Gayle, Elliot, LLC | Wells, Annie | S-3, S-7 | Bernard Wells | Azell Warner et al v. Merck | 2:05-cv-02309-EEF-DEK |
| 19. | 1107570 | Stuart, Frieda & Hammond | Huff, Patricia | No Stipulation |  | Larry Adams et al. v. Merck | 2:07-cv-02702-EEF-DEK |

**Exhibit A**

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name(s) | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 20. | 1081859 | The Whitehead Law Firm | Mason, Rose | No Stipulation |  | William Coleman et al. v. Merck | 2:05-cv-04446-EEF-DEK |
| 21. | 1085840 | Young, Kester & Petro | Rawle, Torgunn | S-2, S-3, S-99 | Roger Rawle, Roger William Rawle, Thomas Jenssen Tawle, Torgunn Ingrid Rawle, Erick Asgeir Rawle, Henry Rawle, Heidi Rawle Shinners, Siri Elaine Rawle | Torgunn Rawle et al. v. Merck et al. | 2:05-cv-05435-EEF-DEK |