**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:                          Case Number: 07-905

**Dennis Harrison**

v.

**Merck & Co Inc**

---

NOTICE OF CHANGE OF ADDRESS

Comes the Plaintff and hereby notifies the Court of a change of address:

OLD:  6a Short Street,  Catskill (Cementon), NY, 12414


NEW:   34 Smith Avenue
           Kingston, NY      12401

**Please note: phone number remains**        845-231-3272 (home)
                                                                  845-901-2029 (cell)

**and email id remains badbonehealing@hvc.rr.com though for the next day or two please use crazylightning@hvc.rr.com if needed.**

*Dennis Harrison*
**Dennis Harrison**
**June 11, 2009**