UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS
CASE NO.: 06-CV-01699-EEF-DEK

JOAN M. PETTY,

    Plaintiff,
vs.

MERCK & CO., INC., a foreign corporation,

    Defendant.
_____/

## MOTION TO VACATE ADMINISTRATIVE CLOSURE AND FOR REINSTATEMENT INTO THE VIOXX SETTLEMENT PROGRAM, MDL-1657

**COMES NOW**, the Plaintiff, JOAN M. PETTY, by and through her undersigned attorney, Sheryl E. Berkowitz, Esquire, and hereby files this Motion to Vacate Administrative Closure of Civil Case No. 06-1699 and for the Reinstatement of said case back into the Vioxx Settlement Program, MDL-1657, for the purpose of settling her Medical Claim therein. As grounds therefore, Plaintiff states the following:

1. On 04/08/08, Plaintiff Joan Petty sent a letter entitled "Notice and Demand" stating that she did not want to participate in "this Product Liability case 06-1699," and asked that the Court "issue a withdrawal order to dismiss this Product Liability case 06-1699." This Notice and Demand was filed in this court on 5/19/08. *See Exhibit A.*

2. Prior to this time, Ms. Petty had worked actively with the undersigned attorneys regarding her claim. In her letter of 4/8/08, she stated "Further note Robert Fenstersheib and Associates by order of the court withdrew from all legal representation."

1

3. On 9/23/08, Ms. Petty requested that the Law Firm of Robert Fenstersheib and Associates represent her interests again with respect to her claim in the Vioxx Settlement Program, MDL-1657. At this time, and through the present time, Ms. Petty has worked diligently in assisting her counsel with all matters relating to pursing and settling her Medical Claims against Merck in the MDL-1657. The undersigned counsel, in order to preserve all of her rights therein, has timely submitted all of Ms. Petty's medical records to this Court in the MDL-1657 and has otherwise timely complied with every one of the requirements set forth through the Vioxx Settlement Program, MDL- 1657.

4. The undersigned attorneys were later informed that this Honorable Court, interpreting Ms. Petty's letter as a Motion to Dismiss, entered an Order administratively closing Ms. Petty's Civil Case No. 06-1699 (without prejudice).

5. Ms. Petty has advised her counsel that she was unaware of the consequences of her letter of 4/8/08 and that she actually did not wish to withdraw her case (Civil Case No. 06-1699) from the class action Vioxx Settlement Program, MDL- 1657. She has advised her counsel, as well as this Honorable Court, that she her wishes were to "remain in the Vioxx Settlement Program" and to reinstate her case back into the MDL- 1657 in order to continue and finalize her medical claims against Merck therein.

6. A review of Ms. Petty's Medical Claim will clearly show that she had suffered from a myocardial infarction and a stroke after ingesting Vioxx for more than five years. She remains quite ill up until the present time.

7. Accordingly, Ms. Petty is seeking reinstatement of her case back into the Vioxx Settlement Program, MDL-1657, specifically and solely for the purposes of settling her medical claims against Merck therein.

8. None of the defendants, nor the Vioxx Settlement Program Claims Office, would be prejudiced if this Motion was granted in that the Defendants and the Claims Office were unaware of any dismissal or closure of Ms. Petty's case, and therefore had not proceeded to take any action regarding same which would need to be changed or rectified if this Honorable Court permitted reinstatement.

9. Defendant Merck's counsel, Ms. Eva Esber at Williams and Connelly, has advised us that this claim "is still open and pending in the settlement program." *See attached email from Ms. Esber, Exhibit B.*

10. Mr. Scott Monroe from Brown Greer, the Claims Administrator, also advised that there were "no indications that this claim has been closed yet." "She shows as Enrolled in our database, and I do not see anything else to suggest that her case was already closed." He requested that Ms. Petty simply cure an outstanding deficiency on her Stipulation in order that the review of the claim be continued. *See attached email from Mr. Monroe, Brown Greer, Exhibit C.* Please note that said Stipulation has been sent to the Claims Office on May 27, 2009. *See Exhibit D.*

11. Also, since Merck has willingly entered into the Vioxx Settlement Program in order that as many medical claims as possible pending against it may be settled through this program, it would be in the best interest of Merck, as well as Ms. Petty, to proceed with and finalize Ms. Petty's Medical Claim within the Vioxx Settlement Program, MDL-1657.

**WHEREFORE**, the undersigned law firm, Law Offices of Robert J. Fenstersheib & Associates, respectfully seeks an Order from this Honorable Court vacating the Administrative Closure of Ms. Petty's lawsuit against Merck, Civil Case No. 06-1699, and for said case to be reinstated back into the Vioxx Settlement Program, MDL- 1657, for purposes of settlement

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 28th day of May, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this days on Ellen M. Gregg, Esq., Womble Carlyle Sandridge & Rice, PLLC, 301 N. Main Street, Suite 300, Winston-Salem, NC 27101, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**LAW OFFICES OF ROBERT J. FENSTERSHEIB & ASSOCIATES, PA.**
Attorneys for Plaintiff
520 West Hallandale Beach Blvd.
Hallandale, Florida 33009
Telephone: (954) 456-2488 Broward
Fax: (954) 456-2588
e-mail: SEB@Fenstersheib.com

By: _____
Sheryl E. Berkowitz, Esquire
Florida Bar No. 0611440

4