| | |
|---|---|
| **From:** | Scott Monroe [SMonroe@browngreer.com] |
| **Sent:** | Tuesday, May 19, 2009 2:13 PM |
| **To:** | Stephanie |
| **Subject:** | RE: Claimant Correspondence |
| **Attachments:** | 1080065-091-01.pdf |

I did not see a response from Merck counsel to your email on this. Our records indicate she is a facially Eligible claim who is Enrolled. The only thing that I can see is that she has an outstanding deficiency on her Stipulation. Merck counsel prepared a new Stipulation for you to sign and submit. Can you have the attached signed and mailed in to us?

---

**From:** Stephanie [mailto:sweissman@fenstersheib.com]
**Sent:** Tuesday, May 19, 2009 1:58 PM
**To:** Scott Monroe
**Subject:** RE: Claimant Correspondence

Any word?

*Stephanie Weissman-Cypkin, Legal Assistant*
*Mass Tort Department Supervisor*
Law Offices of Fenstersheib & Berkowitz, P.A.
Phone: (954) 456-2488, x231
Fax: (954) 212-2980

"The information contained in this electronic message may be privileged and confidential intended only for the use of the named recipient(s), and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately."

---

**From:** Scott Monroe [mailto:SMonroe@browngreer.com]
**Sent:** Monday, May 18, 2009 2:50 PM
**To:** Stephanie
**Subject:** RE: Claimant Correspondence

Stephanie - I am checking to see what I can find out.

---

**From:** Stephanie [mailto:sweissman@fenstersheib.com]
**Sent:** Monday, May 18, 2009 2:17 PM
**To:** Scott Monroe
**Cc:** EEsber@wc.com; dwimberly@stonepigman.com
**Subject:** FW: Claimant Correspondence

Please see the emails below. I want to make sure that her case is still active, as it was registered and enrolled and we submitted all documents (other than the Stipulation). She initially tried to dismiss it, but I don't see it officially dismissed under the MDL. She does want to be part of the settlement and other than the Stipulation, I don't believe there is any deficiency. Is there anything we need to do? Do we need to electronically file a motion to reinstate?

*Stephanie Weissman-Cypkin, Legal Assistant*

1

Law Offices of Fenstersheib & Berkowitz, P.A.
Phone: (954) 456-2488, x231
Fax: (954) 212-2980

"The information contained in this electronic message may be privileged and confidential intended only for the use of the named recipient(s), and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately."

**From:** Scott Monroe [mailto:SMonroe@browngreer.com]
**Sent:** Monday, May 18, 2009 1:32 PM
**To:** Stephanie
**Subject:** RE: Stipulation issue-Fenstersheib

Stephanie - I do not have any indications that this claim has been closed yet. She shows as Enrolled in our database, and I do not see anything else to suggest that her case was already closed.

---

**From:** Stephanie [mailto:sweissman@fenstersheib.com]
**Sent:** Monday, May 18, 2009 1:15 PM
**To:** Scott Monroe
**Subject:** RE: Stipulation issue-Fenstersheib

I believe there was an administrative closure on Joan Petty's (VCN #1080065). Is this true? Can you give me a date, if so? Thanks.

*Stephanie Weissman-Cyphin, Legal Assistant*
*Mass Tort Department Supervisor*
Law Offices of Fenstersheib & Berkowitz, P.A.
Phone: (954) 456-2488, x231
Fax: (954) 212-2980

"The information contained in this electronic message may be privileged and confidential intended only for the use of the named recipient(s), and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately."

**From:** Amber Gongora [mailto:agongora@fenstersheib.com]
**Sent:** Monday, May 18, 2009 2:02 PM
**To:** 'Stephanie'
**Subject:** FW: Claimant Correspondence

---

**From:** Scott Monroe [mailto:SMonroe@browngreer.com]
**Sent:** Tuesday, January 27, 2009 12:51 PM
**To:** Joyce Hagen; Amber Gongora
**Subject:** FW: Claimant Correspondence