EXHIBIT D

| | |
|---|---|
| From: | Amber Gongora [agongora@fenstersheib.com] |
| Sent: | Wednesday, May 27, 2009 4:03 PM |
| To: | 'Stephanie' |
| Subject: | FW: Stipulation Deficiency: Joan Petty (1080065) |
| Attachments: | 1080065-091-01.pdf |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

**From:** Vioxx Claims Administrator [mailto:Claimsadmin@browngreer.com]
**Sent:** Wednesday, May 27, 2009 4:03 PM
**To:** SEB@fenstersheib.com; agongora@fenstersheib.com; joyce@fenstersheib.com
**Cc:** Scott Monroe
**Subject:** Stipulation Deficiency: Joan Petty (1080065)

We have not yet received the signed Stipulation of Dismissal that was posted to your web portal in April. Please note that the deadline to cure Enrollment Deficiencies has passed. However, you should continue to act to cure any deficiencies immediately. Merck is filing motions as to any Claimant with any Deficiency, asking the Claimant's Primary Counsel to show cause as to why the Claimant's claim should not be dismissed or closed for failure to Enroll fully. Although we cannot guarantee that your cure materials will be accepted, the Claims Administrator will review your cure materials with the Parties. If you cannot submit the original signed document by Friday, May 29, 2009, please call your CA Contact to explain.

**Vioxx Claims Administrator**
**BROWNGREER PLC**
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

1

# EXHIBIT D (CONTINUED)

|  |  |
|---|---|
| JOAN M. PETTY,<br><br>  Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IN THE UNITED STATES
DISTRICT COURT FOR THE
EASTERN DISTRICT OF
LOUISIANA

CASE NO. 2:06-cv-01699-EEF-DEK

STIPULATION OF DISMISSAL
WITH PREJUDICE AS TO
ALL DEFENDANTS

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby stipulate that all claims of plaintiff, **JOAN M. PETTY**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Robert J. Fenstersheib
Law Offices of Robert J. Fenstersheib &
Associates, PA
520 West Hallandale Beach Blvd.
Hallandale, Florida 33009
(954) 456-2488
Attorney for Plaintiff

Attorney for Merck & Co., Inc.

Dated: 5/27/09     Dated: _____