UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to all Claimants on the | * | |
| attached Exhibit A | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

******************************************************************

## ORDER TO SHOW CAUSE WHY RIGHTS OF CERTAIN TOLLING CLAIMANTS SHOULD NOT BE EXTINGUISHED

**IT IS ORDERED** that claimants listed on the attached exhibit show cause on the 24th day of June 2009, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why their rights under the June 9, 2005 Tolling Agreement and the November 9, 2007 Master Settlement Agreement should not be extinguished. Claimants shall file and serve upon Liaison Counsel any responses to the Rule on or before the 22nd Day of June, 2009.

NEW ORLEANS, LOUISIANA, this __10th__ day of June, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

980474v.1

**Exhibit A**
**Tolling Claimants Who Defaulted on Enrollment**

|     | **Primary Counsel** | **VCN** | **Claimant Name** |
|-----|---------------------|---------|-------------------|
| 1.  | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1003774 | Carpenter, Karen D. |
| 2.  | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1003775 | Pender, Kinney |
| 3.  | Davis & Norris, LLP | 1023733 | Green, Doris L. |
| 4.  | Davis & Norris, LLP | 1023906 | Miles, Darell |
| 5.  | Davis & Norris, LLP | 1023951 | Nutt, Bill |
| 6.  | Davis & Norris, LLP | 1024036 | Roy, Cheryl Ann |
| 7.  | Davis & Norris, LLP | 1024066 | Smith, Betty |
| 8.  | Davis & Norris, LLP | 1024191 | Yancey, Jill |
| 9.  | DeHart Crockett, PC | 1107395 | Franklin, Brenda K. |
| 10. | Fenner & Boles LLC | 1029190 | Hall, Charles E. |
| 11. | Fenner & Boles LLC | 1029226 | Hofmann, Mary |
| 12. | Freese & Goss, PLLC | 1067544 | Ealn, Barbara |
| 13. | Freese & Goss, PLLC | 1067771 | Posey, Betty M. |
| 14. | Gainsburgh, Benjamin, Davis, Meunier & Warshauer, LLC | 1105782 | Gibson, Paula Jean |
| 15. | Gallagher Law Firm (TX) | 1104461 | Dickerson, Esther |
| 16. | Gallagher Law Firm (TX) | 1104468 | Dunkle, Betty |
| 17. | Gallagher Law Firm (TX) | 1104492 | Fondren, Christine |
| 18. | Gallagher Law Firm (TX) | 1104702 | Rechtfertig, Scott C. |
| 19. | Gallagher Law Firm (TX) | 1104757 | Smith, Edna |
| 20. | Gallagher Law Firm (TX) | 1104758 | Smith, Glenn |
| 21. | Gallagher Law Firm (TX) | 1104770 | Stainbrook, Nancy |
| 22. | Gallagher Law Firm (TX) | 1104799 | Wade, Leon |
| 23. | Gallagher Law Firm (TX) | 1104809 | Ware, Betty |
| 24. | Gallagher Law Firm (TX) | 1104841 | Wooten, Reba |
| 25. | Harang, Jack W., APLC | 1082321 | Conway, Robert L. |
| 26. | Harang, Jack W., APLC | 1082328 | Diederich, Sheila |
| 27. | Harang, Jack W., APLC | 1082164 | Dooley, Barbara A. |
| 28. | Harang, Jack W., APLC | 1082226 | Dunn, Rubert E. |
| 29. | Harang, Jack W., APLC | 1082358 | Hayes, Lucy P. |
| 30. | Harang, Jack W., APLC | 1082343 | Holder, John |
| 31. | Harang, Jack W., APLC | 1082384 | Hudson, Robert L. |
| 32. | Harang, Jack W., APLC | 1082347 | Lucious, Paul |
| 33. | Harang, Jack W., APLC | 1082187 | Marlow, Junilla .. |
| 34. | Harang, Jack W., APLC | 1082376 | Maston, Sarah M. |

|     | **Primary Counsel**              | **VCN**  | **Claimant Name**                    |
| --- | -------------------------------- | -------- | ------------------------------------ |
| 35. | Harang, Jack W., APLC            | 1082194  | Nolen, Timothy L.                    |
| 36. | Harang, Jack W., APLC            | 1082364  | Payton, Lavoughn                     |
| 37. | Harang, Jack W., APLC            | 1082198  | Sneed, Gwendolyn                     |
| 38. | Harang, Jack W., APLC            | 1082337  | Stahlman, Walter D.                  |
| 39. | Harang, Jack W., APLC            | 1082280  | Swicegood, Gail                      |
| 40. | Hollis, Wright & Harrington      | 1066965  | Brewer, Rondie                       |
| 41. | Hollis, Wright & Harrington      | 1066986  | Fraser, Harold                       |
| 42. | Hollis, Wright & Harrington      | 1067004  | Howard, Cathy Bradshaw For Catherine |
| 43. | Hollis, Wright & Harrington      | 1067033  | Richardson, Dale                     |
| 44. | Hollis, Wright & Harrington      | 1067056  | Walker, Lizzie M.                    |
| 45. | Langston & Langston, PLLC        | 1097645  | Perkins, Willie M.                   |
| 46. | Langston & Langston, PLLC        | 1097637  | Robinson, Mamie                      |
| 47. | Levensten Law Firm, P.C.         | 1111956  | Ibrahim, Nazir                       |
| 48. | Levin Fishbein Sedran & Berman   | 1009149  | Harriman, Clarence B.                |
| 49. | Levin Fishbein Sedran & Berman   | 1009140  | Wade, Deborah                        |
| 50. | Lopez, McHugh LLP                | 1111990  | Arnold, Otelia                       |
| 51. | Lopez, McHugh LLP                | 1092466  | Hall, John                           |
| 52. | Lopez, McHugh LLP                | 1092474  | Haskins, Alice                       |
| 53. | Lopez, McHugh LLP                | 1092503  | Isbell, Julie L.                     |
| 54. | Lopez, McHugh LLP                | 1112003  | Masters, Joe                         |
| 55. | Lopez, McHugh LLP                | 1112010  | Schlauch, Elizabeth                  |
| 56. | Lopez, McHugh LLP                | 1092323  | Schrah, Phyllis D.                   |
| 57. | Lopez, McHugh LLP                | 1092687  | Souders, Joseph A.                   |
| 58. | Mayfield & Ogle, PA              | 1101084  | Champa, Gerald                       |
| 59. | Mayfield & Ogle, PA              | 1101115  | Kirby, Delores J.                    |
| 60. | Mayfield & Ogle, PA              | 1101116  | Kirby, Kenneth N.                    |
| 61. | Mayfield & Ogle, PA              | 1101146  | Smith, Alice R.                      |
| 62. | Monsour Law Firm, The            | 1036048  | Bridges, Margie                      |
| 63. | Monsour Law Firm, The            | 1036100  | Lee, Wanda J.                        |
| 64. | Mulligan Law Firm                | 1008967  | Johnson, Enide T.                    |
| 65. | Mulligan Law Firm                | 1008980  | Prewitt, Loyall W.                   |
| 66. | Powell and Majestro, PLLC        | 1093206  | Brown, Sharon D.                     |
| 67. | Powell and Majestro, PLLC        | 1093214  | Crisp, Margaret K.                   |
| 68. | Powell and Majestro, PLLC        | 1093268  | O'Brien, Valerie P.                  |
| 69. | Powell and Majestro, PLLC        | 1093297  | Varney, David R.                     |
| 70. | Pro Se                           | 1114821  | Beal, Louise                         |
| 71. | Pro Se                           | 1082614  | Bray, Franklin Wayne                 |

|     | **Primary Counsel**              | **VCN**  | **Claimant Name**       |
| --- | -------------------------------- | -------- | ----------------------- |
| 72. | Pro Se                           | 1100367  | Breed, Carl             |
| 73. | Pro Se                           | 1057185  | Byrd, Bobbie            |
| 74. | Pro Se                           | 1113287  | Cartwright, Nora M.     |
| 75. | Pro Se                           | 1113355  | Crenshaw, Larry Paul    |
| 76. | Pro Se                           | 1113809  | Harris, Brenda Diane    |
| 77. | Pro Se                           | 1113181  | Higgs, Reginal Eugene   |
| 78. | Pro Se                           | 1113184  | Hopkins, Regina         |
| 79. | Pro Se                           | 1113315  | Horan, Benita M.        |
| 80. | Pro Se                           | 1101765  | Kelley, Sheryl D.       |
| 81. | Pro Se                           | 1056168  | King, Linda Mae         |
| 82. | Pro Se                           | 1059838  | Morris, Ronnette Jean   |
| 83. | Pro Se                           | 1107654  | Potts, Betty            |
| 84. | Pro Se                           | 1080692  | Simmons, Mary E.        |
| 85. | Pro Se                           | 1055963  | Slatten, Danny Wayne    |
| 86. | Pro Se                           | 1080796  | Smith, Lois Jean        |
| 87. | Pro Se                           | 1113790  | Tiller, Catherine H.    |
| 88. | Ruiz, John H., PA, Law Firm of   | 1069241  | Acebal, Caridad         |
| 89. | Ruiz, John H., PA, Law Firm of   | 1069243  | Acosta, Olga            |
| 90. | Ruiz, John H., PA, Law Firm of   | 1069244  | Aguilera, Geraldo       |
| 91. | Ruiz, John H., PA, Law Firm of   | 1069253  | Alonso, Paula           |
| 92. | Ruiz, John H., PA, Law Firm of   | 1069254  | Alonso, Rogerio         |
| 93. | Ruiz, John H., PA, Law Firm of   | 1069258  | Alvarez, Barbaro        |
| 94. | Ruiz, John H., PA, Law Firm of   | 1069259  | Alvarez, Eladio S.      |
| 95. | Ruiz, John H., PA, Law Firm of   | 1069263  | Alvarez, Mirta          |
| 96. | Ruiz, John H., PA, Law Firm of   | 1069265  | Amador, Ela             |
| 97. | Ruiz, John H., PA, Law Firm of   | 1069269  | Arcas, Nicolas          |
| 98. | Ruiz, John H., PA, Law Firm of   | 1069276  | Arteaga, Raul           |
| 99. | Ruiz, John H., PA, Law Firm of   | 1069279  | Avila, Isabel           |
| 100.| Ruiz, John H., PA, Law Firm of   | 1069280  | Badell, Himilse B.      |
| 101.| Ruiz, John H., PA, Law Firm of   | 1069282  | Balaban, Dolores        |
| 102.| Ruiz, John H., PA, Law Firm of   | 1069283  | Barbar, Alicia          |
| 103.| Ruiz, John H., PA, Law Firm of   | 1069287  | Barrientos, Miriam      |
| 104.| Ruiz, John H., PA, Law Firm of   | 1069296  | Berdion, Nieves         |
| 105.| Ruiz, John H., PA, Law Firm of   | 1069300  | Bisio, Ricardo          |
| 106.| Ruiz, John H., PA, Law Firm of   | 1069301  | Blanco, Luzelsy         |
| 107.| Ruiz, John H., PA, Law Firm of   | 1069302  | Blanco, Santa           |

|  | **Primary Counsel** | **VCN** | **Claimant Name** |
|---|---|---|---|
| 108. | Ruiz, John H., PA, Law Firm of | 1069304 | Bombino, Pilar |
| 109. | Ruiz, John H., PA, Law Firm of | 1069305 | Bompeixe, Edson Luiz |
| 110. | Ruiz, John H., PA, Law Firm of | 1069306 | Bonavia, Carmen L. |
| 111. | Ruiz, John H., PA, Law Firm of | 1069308 | Borrayo, Migdalia |
| 112. | Ruiz, John H., PA, Law Firm of | 1069313 | Bueno, Carlos |
| 113. | Ruiz, John H., PA, Law Firm of | 1069317 | Bugnes, Ercilio |
| 114. | Ruiz, John H., PA, Law Firm of | 1069318 | Buitrago, Marta |
| 115. | Ruiz, John H., PA, Law Firm of | 1069319 | Burroto, Gladys |
| 116. | Ruiz, John H., PA, Law Firm of | 1069321 | Cabezas, Sara |
| 117. | Ruiz, John H., PA, Law Firm of | 1069322 | Cabrera, Helffrida Z. |
| 118. | Ruiz, John H., PA, Law Firm of | 1069329 | Cadi, Lucrecia D. |
| 119. | Ruiz, John H., PA, Law Firm of | 1069334 | Campo, Jose Giovanni |
| 120. | Ruiz, John H., PA, Law Firm of | 1069337 | Capeztany, Acenth |
| 121. | Ruiz, John H., PA, Law Firm of | 1069338 | Caraballo, Lourdes Dolores |
| 122. | Ruiz, John H., PA, Law Firm of | 1069355 | Chamorro, Alfredo |
| 123. | Ruiz, John H., PA, Law Firm of | 1069356 | Checa, Eugenio |
| 124. | Ruiz, John H., PA, Law Firm of | 1069372 | Cruz, Lucille |
| 125. | Ruiz, John H., PA, Law Firm of | 1069378 | De La Cruz, Humberto |
| 126. | Ruiz, John H., PA, Law Firm of | 1069379 | De La Cruz, Minerva |
| 127. | Ruiz, John H., PA, Law Firm of | 1069383 | Del Carmen, Zoyla |
| 128. | Ruiz, John H., PA, Law Firm of | 1069388 | Deschamps, Belkis |
| 129. | Ruiz, John H., PA, Law Firm of | 1069393 | Diaz, Irene E. |
| 130. | Ruiz, John H., PA, Law Firm of | 1069394 | Diaz, Jose M. |
| 131. | Ruiz, John H., PA, Law Firm of | 1069396 | Diaz, Maria |
| 132. | Ruiz, John H., PA, Law Firm of | 1069398 | Diaz, Regla |
| 133. | Ruiz, John H., PA, Law Firm of | 1069399 | Doce, Mirtha E. |
| 134. | Ruiz, John H., PA, Law Firm of | 1069402 | Dominguez, Sofia |
| 135. | Ruiz, John H., PA, Law Firm of | 1069403 | Draschner, Hilda |
| 136. | Ruiz, John H., PA, Law Firm of | 1069404 | Dreyfus, Flor |
| 137. | Ruiz, John H., PA, Law Firm of | 1069407 | Durarte, Maria Luisa |
| 138. | Ruiz, John H., PA, Law Firm of | 1069412 | Escobar, Violeta |
| 139. | Ruiz, John H., PA, Law Firm of | 1069414 | Espilda, Alejandrina |
| 140. | Ruiz, John H., PA, Law Firm of | 1069415 | Espinosa, Jorge F. |

|      | **Primary Counsel**              | **VCN**  | **Claimant Name**        |
| ---- | -------------------------------- | -------- | ------------------------ |
| 141. | Ruiz, John H., PA, Law Firm of   | 1069426  | Faull, Wernner           |
| 142. | Ruiz, John H., PA, Law Firm of   | 1069432  | Fitzpatrick, Maria       |
| 143. | Ruiz, John H., PA, Law Firm of   | 1069435  | Flores, Maritza          |
| 144. | Ruiz, John H., PA, Law Firm of   | 1069436  | Flores, Santos           |
| 145. | Ruiz, John H., PA, Law Firm of   | 1069439  | Galarrago, Rosario       |
| 146. | Ruiz, John H., PA, Law Firm of   | 1069442  | Galvan, Danilo           |
| 147. | Ruiz, John H., PA, Law Firm of   | 1069443  | Galvez, Rolando          |
| 148. | Ruiz, John H., PA, Law Firm of   | 1069444  | Gamboa, Noel             |
| 149. | Ruiz, John H., PA, Law Firm of   | 1069448  | Garcia, Alejandro        |
| 150. | Ruiz, John H., PA, Law Firm of   | 1069449  | Garcia, Alfredo          |
| 151. | Ruiz, John H., PA, Law Firm of   | 1069450  | Garcia, Bienvenido       |
| 152. | Ruiz, John H., PA, Law Firm of   | 1069452  | Garcia, Delfin           |
| 153. | Ruiz, John H., PA, Law Firm of   | 1069453  | Garcia, Eduardo          |
| 154. | Ruiz, John H., PA, Law Firm of   | 1069456  | Garcia, Jorge            |
| 155. | Ruiz, John H., PA, Law Firm of   | 1069458  | Garcia, Juana            |
| 156. | Ruiz, John H., PA, Law Firm of   | 1069462  | Garcia, Moraima          |
| 157. | Ruiz, John H., PA, Law Firm of   | 1069465  | Gaytan, Ana              |
| 158. | Ruiz, John H., PA, Law Firm of   | 1069468  | Gil, Juana               |
| 159. | Ruiz, John H., PA, Law Firm of   | 1069475  | Gonzalez, Ceida          |
| 160. | Ruiz, John H., PA, Law Firm of   | 1069477  | Gonzalez, Jose           |
| 161. | Ruiz, John H., PA, Law Firm of   | 1069481  | Granado, Juan            |
| 162. | Ruiz, John H., PA, Law Firm of   | 1069483  | Gravina, Luz             |
| 163. | Ruiz, John H., PA, Law Firm of   | 1069484  | Greco, Elba              |
| 164. | Ruiz, John H., PA, Law Firm of   | 1069488  | Guitierrez, Caridad      |
| 165. | Ruiz, John H., PA, Law Firm of   | 1069489  | Guitierrez, Femylda      |
| 166. | Ruiz, John H., PA, Law Firm of   | 1069490  | Guzman, Ligia            |
| 167. | Ruiz, John H., PA, Law Firm of   | 1069491  | Guzman, Maria            |
| 168. | Ruiz, John H., PA, Law Firm of   | 1069492  | Hechavarria, Carmen      |
| 169. | Ruiz, John H., PA, Law Firm of   | 1069494  | Heredero, Ricardo        |
| 170. | Ruiz, John H., PA, Law Firm of   | 1069498  | Hernandez, Fermina       |
| 171. | Ruiz, John H., PA, Law Firm of   | 1069499  | Hernandez, Genaro        |
| 172. | Ruiz, John H., PA, Law Firm of   | 1069501  | Hernandez, Josefa Caridad|
| 173. | Ruiz, John H., PA, Law Firm of   | 1069502  | Hernandez, Juan Ramon    |
| 174. | Ruiz, John H., PA, Law Firm of   | 1069503  | Hernandez, Manuel        |
| 175. | Ruiz, John H., PA, Law Firm of   | 1069504  | Hernandez, Nancy I.      |
| 176. | Ruiz, John H., PA, Law Firm of   | 1069505  | Hernandez, Nelida        |

|  | **Primary Counsel** | **VCN** | **Claimant Name** |
|---|---|---|---|
| 177. | Ruiz, John H., PA, Law Firm of | 1069507 | Hernandez, Ormedis C. |
| 178. | Ruiz, John H., PA, Law Firm of | 1069515 | Izquierdo, Delfina |
| 179. | Ruiz, John H., PA, Law Firm of | 1069516 | James, Jesse |
| 180. | Ruiz, John H., PA, Law Firm of | 1069526 | Lanz, Jorge Luis |
| 181. | Ruiz, John H., PA, Law Firm of | 1069527 | Larranaga, Irma |
| 182. | Ruiz, John H., PA, Law Firm of | 1069532 | Leyva, Manuel |
| 183. | Ruiz, John H., PA, Law Firm of | 1069533 | Llauger, Evangelina |
| 184. | Ruiz, John H., PA, Law Firm of | 1069535 | Longo, Jorge F. |
| 185. | Ruiz, John H., PA, Law Firm of | 1069538 | Lopez, Julio |
| 186. | Ruiz, John H., PA, Law Firm of | 1069539 | Lopez, Olga |
| 187. | Ruiz, John H., PA, Law Firm of | 1069541 | Lorente, Martha R. |
| 188. | Ruiz, John H., PA, Law Firm of | 1069543 | Lorenzo, Pura Maria R. |
| 189. | Ruiz, John H., PA, Law Firm of | 1069544 | Luzardo, Edicta Ramona |
| 190. | Ruiz, John H., PA, Law Firm of | 1069547 | Manzanares, Alma |
| 191. | Ruiz, John H., PA, Law Firm of | 1069546 | Manzanares, Gabriel |
| 192. | Ruiz, John H., PA, Law Firm of | 1069550 | Marce, Caridad |
| 193. | Ruiz, John H., PA, Law Firm of | 1069552 | Marin, Luz B. |
| 194. | Ruiz, John H., PA, Law Firm of | 1069551 | Marquez, Eloina |
| 195. | Ruiz, John H., PA, Law Firm of | 1069553 | Marrero, Maria T. |
| 196. | Ruiz, John H., PA, Law Firm of | 1069560 | Martinez, Jose |
| 197. | Ruiz, John H., PA, Law Firm of | 1069565 | Marzo, Juana |
| 198. | Ruiz, John H., PA, Law Firm of | 1069566 | Marzolin, Nelida |
| 199. | Ruiz, John H., PA, Law Firm of | 1069567 | Massanet, Marbis |
| 200. | Ruiz, John H., PA, Law Firm of | 1069576 | Medina, Rafael |
| 201. | Ruiz, John H., PA, Law Firm of | 1069577 | Meinilla, Silvia M. |
| 202. | Ruiz, John H., PA, Law Firm of | 1069585 | Mesa, Angela |
| 203. | Ruiz, John H., PA, Law Firm of | 1069586 | Mesa, Domingo |
| 204. | Ruiz, John H., PA, Law Firm of | 1069599 | Morales, Tania |
| 205. | Ruiz, John H., PA, Law Firm of | 1069601 | Morazon, Nora |
| 206. | Ruiz, John H., PA, Law Firm of | 1069602 | Moreno, Sandalio |
| 207. | Ruiz, John H., PA, Law Firm of | 1069606 | Mulero, Maria |
| 208. | Ruiz, John H., PA, Law Firm of | 1069607 | Mulgado, Dulce M. Pantaleon |
| 209. | Ruiz, John H., PA, Law Firm of | 1069611 | Naranjo, Esteban |
| 210. | Ruiz, John H., PA, Law Firm of | 1069612 | Natalli, Walter |
| 211. | Ruiz, John H., PA, Law Firm of | 1069613 | Negrete, Martha |
| 212. | Ruiz, John H., PA, Law Firm of | 1069621 | Olivera, Zenaida |

|  | **Primary Counsel** | **VCN** | **Claimant Name** |
|---|---|---|---|
| 213. | Ruiz, John H., PA, Law Firm of | 1069622 | Ordonez, Ana |
| 214. | Ruiz, John H., PA, Law Firm of | 1069623 | Orta, Eduardo |
| 215. | Ruiz, John H., PA, Law Firm of | 1069626 | Ortega, Norma |
| 216. | Ruiz, John H., PA, Law Firm of | 1069630 | Padilla, Juana |
| 217. | Ruiz, John H., PA, Law Firm of | 1069637 | Pascual, Pedro |
| 218. | Ruiz, John H., PA, Law Firm of | 1069638 | Pastora, Silvia |
| 219. | Ruiz, John H., PA, Law Firm of | 1069642 | Pena, Zenaida |
| 220. | Ruiz, John H., PA, Law Firm of | 1069633 | Peredes, Leonidas |
| 221. | Ruiz, John H., PA, Law Firm of | 1069646 | Perez, Alberto |
| 222. | Ruiz, John H., PA, Law Firm of | 1069653 | Perez, Felix |
| 223. | Ruiz, John H., PA, Law Firm of | 1069656 | Perez, Jesus |
| 224. | Ruiz, John H., PA, Law Firm of | 1069655 | Perez, Jesus |
| 225. | Ruiz, John H., PA, Law Firm of | 1069657 | Perez, Jose |
| 226. | Ruiz, John H., PA, Law Firm of | 1069658 | Perez, Lidia |
| 227. | Ruiz, John H., PA, Law Firm of | 1069660 | Perez, Luz |
| 228. | Ruiz, John H., PA, Law Firm of | 1069662 | Perez, Mayra |
| 229. | Ruiz, John H., PA, Law Firm of | 1069664 | Perez, Noelvis |
| 230. | Ruiz, John H., PA, Law Firm of | 1069665 | Perez, Oneida |
| 231. | Ruiz, John H., PA, Law Firm of | 1069666 | Perez, Onelia R. |
| 232. | Ruiz, John H., PA, Law Firm of | 1069668 | Perez, Rosendo |
| 233. | Ruiz, John H., PA, Law Firm of | 1069673 | Pimienta, Roberto |
| 234. | Ruiz, John H., PA, Law Firm of | 1069678 | Polanco, Arlene |
| 235. | Ruiz, John H., PA, Law Firm of | 1069679 | Porto, Maria E. |
| 236. | Ruiz, John H., PA, Law Firm of | 1069681 | Prado, Arismaida |
| 237. | Ruiz, John H., PA, Law Firm of | 1069683 | Prieto, Jesus |
| 238. | Ruiz, John H., PA, Law Firm of | 1069684 | Prieto, Magda |
| 239. | Ruiz, John H., PA, Law Firm of | 1069687 | Pujol, Mary |
| 240. | Ruiz, John H., PA, Law Firm of | 1069688 | Puntriano, Ingrid |
| 241. | Ruiz, John H., PA, Law Firm of | 1069689 | Quesada, Jorge Miguel |
| 242. | Ruiz, John H., PA, Law Firm of | 1069690 | Quesada, Zoraida |
| 243. | Ruiz, John H., PA, Law Firm of | 1069692 | Quintana, Heberto |
| 244. | Ruiz, John H., PA, Law Firm of | 1069693 | Raja, Rogelia |
| 245. | Ruiz, John H., PA, Law Firm of | 1069697 | Ramos, Pastora |
| 246. | Ruiz, John H., PA, Law Firm of | 1069699 | Reigada, Dalgys |
| 247. | Ruiz, John H., PA, Law Firm of | 1069703 | Rigo, Ana |
| 248. | Ruiz, John H., PA, Law Firm of | 1069705 | Rios, Maritza |
| 249. | Ruiz, John H., PA, Law Firm of | 1069715 | Rodriguez, Amparo |
| 250. | Ruiz, John H., PA, Law Firm of | 1069719 | Rodriguez, Carlos |
| 251. | Ruiz, John H., PA, Law Firm of | 1069721 | Rodriguez, Ivon |
| 252. | Ruiz, John H., PA, Law Firm of | 1069722 | Rodriguez, Javier |
| 253. | Ruiz, John H., PA, Law Firm of | 1069723 | Rodriguez, Jorge |

|      | **Primary Counsel** | **VCN** | **Claimant Name** |
|------|---------------------|---------|-------------------|
| 254. | Ruiz, John H., PA, Law Firm of | 1069735 | Rodriguez, Toribia |
| 255. | Ruiz, John H., PA, Law Firm of | 1069737 | Rodriguez-Coello, Gloria |
| 256. | Ruiz, John H., PA, Law Firm of | 1069744 | Romero, Flover |
| 257. | Ruiz, John H., PA, Law Firm of | 1069746 | Rubier, Carmen |
| 258. | Ruiz, John H., PA, Law Firm of | 1069757 | Sanabria, Hilda |
| 259. | Ruiz, John H., PA, Law Firm of | 1069761 | Santana, Rosa |
| 260. | Ruiz, John H., PA, Law Firm of | 1069763 | Santiago, Sandra |
| 261. | Ruiz, John H., PA, Law Firm of | 1069769 | Socarras, Teresa |
| 262. | Ruiz, John H., PA, Law Firm of | 1069875 | Solorzano, Sonia |
| 263. | Ruiz, John H., PA, Law Firm of | 1069779 | Suarez, Maria Luisa |
| 264. | Ruiz, John H., PA, Law Firm of | 1069780 | Suarez, Olga |
| 265. | Ruiz, John H., PA, Law Firm of | 1069782 | Tapanes, Martha |
| 266. | Ruiz, John H., PA, Law Firm of | 1069783 | Tapanes, Teresa M. |
| 267. | Ruiz, John H., PA, Law Firm of | 1069785 | Tavarez, Dora S. |
| 268. | Ruiz, John H., PA, Law Firm of | 1069786 | Teijeiro, Elida Lucia |
| 269. | Ruiz, John H., PA, Law Firm of | 1069789 | Toll, Jose |
| 270. | Ruiz, John H., PA, Law Firm of | 1069790 | Toral, Maria |
| 271. | Ruiz, John H., PA, Law Firm of | 1069794 | Torres, Ricardo |
| 272. | Ruiz, John H., PA, Law Firm of | 1069797 | Ulabarro, Nery |
| 273. | Ruiz, John H., PA, Law Firm of | 1069809 | Valdivia, Adan E. |
| 274. | Ruiz, John H., PA, Law Firm of | 1069813 | Varela, Roberto J. |
| 275. | Ruiz, John H., PA, Law Firm of | 1069815 | Vargas, Cosme |
| 276. | Ruiz, John H., PA, Law Firm of | 1069817 | Vargas, Ramona |
| 277. | Ruiz, John H., PA, Law Firm of | 1069818 | Vargas, Rufina |
| 278. | Ruiz, John H., PA, Law Firm of | 1069820 | Vazquez, Santa Veronica |
| 279. | Ruiz, John H., PA, Law Firm of | 1069821 | Vega, Maria A. |
| 280. | Ruiz, John H., PA, Law Firm of | 1069823 | Vega, Serafin |
| 281. | Ruiz, John H., PA, Law Firm of | 1069826 | Velez, Jannette |
| 282. | Ruiz, John H., PA, Law Firm of | 1069832 | Verdecia, Jose |
| 283. | Ruiz, John H., PA, Law Firm of | 1069841 | Wong, Alfonso |
| 284. | Ruiz, John H., PA, Law Firm of | 1069843 | Zaldivar, Jorge |
| 285. | Salsbury, Clements, Bekman, Marder & Adkins | 1080961 | King, Heidi L. |
| 286. | Solberg, Stewart, Miller & Tjon | 1091384 | Asplin, Gregory P. |
| 287. | The Law Group, Ltd. | 1070633 | Marvin, Shirley M. |
| 288. | The Law Group, Ltd. | 1070691 | Perry, Billy R. |
| 289. | The Law Group, Ltd. | 1070785 | Tarkenton, William |

|      | **Primary Counsel**   | **VCN**  | **Claimant Name**          |
|-----:|-----------------------|----------|----------------------------|
|      |                       |          | P.                         |
| 290. | Warren & Griffin, P.C.| 1106420  | Mostiller, Altia O.        |
| 291. | Whitehead Law Firm    | 1112038  | Johnson, Sr., Ricardo E.   |
| 292. | Wilner Block, P.A.    | 1093466  | Blake, Marilyn             |
| 293. | Wilner Block, P.A.    | 1093509  | Curry, Dwight              |
| 294. | Wilner Block, P.A.    | 1093526  | Edwards, Bonnie Jean       |
| 295. | Wilner Block, P.A.    | 1093596  | Kelly, Altram              |
| 296. | Wilner Block, P.A.    | 1093654  | Parker, Felicia            |
| 297. | Wilner Block, P.A.    | 1093660  | Peterson, Mary             |
| 298. | Wilner Block, P.A.    | 1093663  | Pierre, Paul               |
| 299. | Wilner Block, P.A.    | 1093677  | Roberts, Linda             |
| 300. | Wilner Block, P.A.    | 1093754  | Younger, Penny             |