UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *  MDL No. 1657 |
| | * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | *  SECTION L |
|     CALDWELL, JR., Attorney General, | * |
| | *  JUDGE ELDON E. FALLON |
|         Plaintiff, | * |
| | *  MAGISTRATE JUDGE |
|     versus | *  KNOWLES |
| | * |
| MERCK & CO., INC., | * |
| | * |
|         Defendant. | * |
| | * |
| Case No. 05-3700. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Defendant's Motion to Dismiss Plaintiff's Amended Complaint,

IT IS ORDERED that the motion will be heard immediately following the July monthly status conference.

IT IS FURTHER ORDERED that plaintiff shall file any opposition brief on or before the 9th day of July, 2009.

IT IS FURTHER ORDERED that defendant shall file any reply brief on or before the 20th day of July, 2009.

NEW ORLEANS, LOUISIANA, this 11th day of June, 2009.

                                              DISTRICT JUDGE

980486v.1