UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| **Milbrun Caparino (Tolling Claimant);** | * | KNOWLES |
| | * | |
| **Norma Dougherity (Tolling Claimant); and** | * | |
| | * | |
| **Dorothy Adams, et al. v. Merck & Co., Inc., et al, No. 2:05-cv-04430 (only as to plaintiff Lillian Morris)** | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

By Orders entered April 17, 2009, April 30, 2009, May 15, 2009, and May 29, 2009, the Court deferred until June 10, 2009 consideration of Defendant Merck & Co., Inc.'s First, Second, Third, Fourth, Fifth, and Sixth Motions, Rules and Incorporated Memoranda to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met (R. Docs. 18049, 18051, 18052, 18503, 18054, and 18058) as to certain plaintiffs and tolling claimants. By Orders entered May 15, 2009 and May 29, 2009, the Court also deferred until June 10, 2009 consideration of Defendant Merck & Co., Inc.'s First and Second Supplemental Motions, Rules and Incorporated Memoranda to Show Cause Why Resolution Program Enrollment Requirements Have Not Been Met (R. Docs. 18307 and 18308) as to certain additional plaintiffs and tolling claimants. These deferred matters came on for hearing on June 10, 2009. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as tolling claimant Norma Dougherity and plaintiff Lillian Morris.

980522v.1

**IT IS FURTHER ORDERED** that the claims of tolling claimant Milbrun Caparino be and they hereby are extinguished, and the Tolling Agreement (Notice filed in the MDL Court on June 9, 2009) is hereby voided as to Milbrun Caparino.

**NEW ORLEANS, LOUISIANA**, this 11th day of June, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1
980522v.1