UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibits A & B* | * | KNOWLES |
| | * | |

************************************************************************

# O R D E R

Defendant Merck & Co., Inc.'s Fourth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Requirements of PTO 29 (R.Doc. 18672) came on for hearing on the 10th day of June, 2009.  For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that the claims of all plaintiffs listed on the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of PTO 29.

**IT IS FURTHER ORDERED** that the motion be and it hereby is deferred until July 17, 2009 at 9:00 a.m. as to plaintiff Robert Ito, listed in the attached Exhibit B.

**NEW ORLEANS, LOUISIANA**, this 11th day of June, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

980512v.1

## EXHIBIT A -- CASES DISMISSED WITH PREJUDICE

| Counsel | Plaintiff | Case Name | Docket No. |
|---|---|---|---|
| Janet Jenner and Suggs LLC; Khorrami Pollard and Abir LLP; Kabateck Brown Kellner | Parker, Jeff | Parker, Jeff v. Merck & Co., Inc. | 2:08-cv-05058-EEF-DEK |
| Jeffrey J. Lowe PC; Carey and Danis LLC; Schaffer and Lamere PC; Walther Glenn Law | Thomas, Billie Joe | Thomas, Billie Joe v. Merck & Co., Inc. | 2:08-cv-00125-EEF-DEK |
| Mayfield and Ogle PA | Alimena, Louis | Alimena, Louis v. Merck & Co., Inc. | 2:08-cv-05212-EEF-DEK |
| Pearson Randall and Schumacher PA; Bourdette and Partners | Peirce, Val | Peirce, Val v. Merck & Co., Inc. | 2:08-cv-04149-EEF-DEK |
| Pro Se | Buford, George Willie III | Buford, George Willie III v. Merck & Co., Inc. | 2:08-cv-05059-EEF-DEK |
| Robert J. Buford and Associates PLLC | Bowers, Patsy | Bowers, Patsy v. Merck & Co., Inc. | 2:08-cv-00126-EEF-DEK |
| Robert J. Fenstersheib and Associates PA | Gonzalez, Mario | Gonzalez, Mario v. Merck & Co., Inc. | 2:08-cv-04911-EEF-DEK |
| Robert J. Fenstersheib and Associates PA | King, Bryan | King, Bryan v. Merck & Co., Inc. | 2:08-cv-04898-EEF-DEK |
| Robert J. Fenstersheib and Associates PA | Straughn, Freda Joyce | Straughn, Freda Joyce v. Merck & Co., Inc. | 2:08-cv-04934-EEF-DEK |

## EXHIBIT B -- MOTION DEFERRED UNTIL JULY 17, 2009

| Counsel | Plaintiff | Case Name | Docket No. |
|---|---|---|---|
| Winder and Counsel PC | Ito, Robert K. | Ito, Robert K. v. Merck & Co., Inc. | 2:08-cv-04934 |

980519v.1