UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Richard W. Allen Jr. v. Merck & Co., Inc., No. 2:06-cv-01920 (only as to plaintiff Richard Allen Sr.);* | * | KNOWLES |
| | * | |
| *Lawrence K. Butcher v. Merck & Co., Inc., No. 2:06-cv-01901;* | * | |
| | * | |
| *Delbert Rakes v. Merck & Co., Inc., No. 2:06-cv-00782; and* | * | |
| | * | |
| *Carolyn A. Ward v. Merck & Co., Inc.; No. 2:06-cv-00779.* | * | |

********************************************************************************

## ORDER

The matters deferred from Defendant Merck & Co., Inc.'s Sixth Motion for an Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the *Lone Pine* Requirements of PTO, R. Doc. 17840, came on for hearing on June 10, 2009. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that the motion is deferred until July 17, 2009 at 9:00 a.m. as to plaintiff Lawrence K. Butcher.

**IT IS FURTHER ORDERED** that all claims of plaintiffs Richard Allen, Sr., Delbert Rakes, and Carolyn Ward be and they hereby are dismissed with prejudice for failure to comply with Pre-Trial Order 28.

**NEW ORLEANS, LOUISIANA,** this 11th day of June, 2009.

_____
DISTRICT JUDGE

980526v.1