UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on attached Exhibits A, B, & C | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

*************************************************************************

## ORDER

      Matters previously deferred from Defendant Merck & Co., Inc.'s Seventh Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Requirements of Pre-Trial Order 28 (R.Doc. 18407) came on for hearing on the 10th day of June, 2009. For the reasons orally assigned, the Court hereby enters judgment as follows:

      **IT IS ORDERED** that claims of all plaintiffs on the attached Exhibit A be and they hereby are dismissed with prejudice for failure of the plaintiffs to comply with Pre-Trial Order 28.

      **IT IS FURTHER ORDERED** that the motion is deferred until July 17, 2009 at 9:00 a.m. as to the plaintiff on the attached Exhibit B.

      **IT IS FURTHER ORDERED** that the motion is withdrawn as to all plaintiffs on the attached Exhibit C.

      **NEW ORLEANS, LOUISIANA**, this  11th  day of _____June_____, 2009.

_____
DISTRICT JUDGE

980531v.1

*Exhibit A to Judgment on Lone Pine No. 7*
*(Dismissed With Prejudice)*

|  | **Counsel** | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|---|---|---|---|---|---|
| 1. | Cellino & Barnes, P.C. | Dickerman | Brenda | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 2. | Cellino & Barnes, P.C. | Rickard | Amanda | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| 3. | Cellino & Barnes, P.C. | Thomas | Hattie | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |

*Exhibit A to Judgment on Lone Pine No. 7*
*Page 1 of 1*

980534v.1

*Exhibit B to Judgment on Lone Pine No. 7*
*(Deferred Until July 17, 2009)*

|   | Counsel | Last Name | First Name | Case Caption | Docket # |
|---|---------|-----------|------------|--------------|----------|
| 1. | Cellino & Barnes, P.C. | Rhoades [Rhodes] | Dawn | Davis, Catherine v. Merck & Co., Inc. | 2:06-cv-01209-EEF-DEK |

*Exhibit B to Judgment on Lone Pine No. 7*
*Page 1 of 1*

980536v.1

*Exhibit C to Judgment on Lone Pine No. 7*
*(Motion Withdrawn)*

|   | **Counsel** | **Last Name** | **First Name** | **Case Caption** | **Docket #** |
|---|---|---|---|---|---|
| 1. | Cellino & Barnes, P.C. | Arnold | Leonard | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 2. | Cellino & Barnes, P.C. | Harris | Darlene | Blackmon, Syrrita v. Merck & Co., Inc. | 2:06-cv-01210-EEF-DEK |
| 3. | Cellino & Barnes, P.C. | Holt | Catherine | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 4. | Cellino & Barnes, P.C. | Nelson | James | Anderson, Geraldine v. Merck & Co., Inc. | 2:07-cv-03631-EEF-DEK |
| 5. | Pro Se | Valencia-Bernal | Susana | Valencia Bernal, Susana v. Merck & Co., Inc. | 2:07-cv-01049-EEF-DEK |

*Exhibit C to Judgment on Lone Pine No. 7*
*Page 1 of 1*

980537v.1