## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *James D. Schneller v. Merck & Co., Inc.*, No. 2:05-cv-05382 | * | KNOWLES |
| | * | |

*******************************************************************************

## ORDER

In response to Defendant Merck & Co., Inc.'s Seventh Motion for an Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Material Non-Compliance With the Discovery Requirements of Pre-Trial Order 28 (R. Doc. 18407), pro se plaintiff James Schneller filed a Motion to File Answer to Motion to Dismiss and for Extension of Time in Which to File Plaintiffs' Expert Report (R.Doc. 19033).  Following the June 10, 2009 hearing on matters deferred from Merck's motion, the Court considered plaintiff's Motion.  For the reasons orally assigned, the Court hereby rules as follows:

**IT IS ORDERED** that motion is denied as moot to the extent that it requests a delay to answer Merck's motion to dismiss.  By Order entered June 1, 2009, the Motion was withdrawn as to plaintiff Schneller.  *See* R.Doc. 18962, Exhibit D.  Therefore, no response is required.

**IT IS FURTHER ORDERED** the motion is granted in part to the extent that it requests an extension of time in which to submit the case specific expert report required by Pre-Trial Order 28.  Plaintiff Schneller is granted a final extension of **30 days**, until July 10, 2009 in which to submit a case specific expert report.  Pre-Trial Order 28 was entered by this Court on

November 7, 2007.  Plaintiff has had more than 18 months to gather the necessary records and

obtain a case specific report.

**NEW ORLEANS, LOUISIANA,** this 11th day of _____June_____, 2009.

_____
DISTRICT JUDGE

823840v.1
980542v.1