ALAUDDIN AHMED, et al.,               )          IN THE UNITED STATES
                                      )          DISTRICT COURT FOR THE
                                      )          EASTERN DISTRICT OF
                                      )          LOUISIANA
                                      )
          Plaintiffs,                 )
                                      )          CASE NO. 2:06-cv-03639-EEF-DEK
v.                                    )
                                      )
MERCK & CO., INC., et al.,            )          **STIPULATION OF DISMISSAL**
                                      )          **WITH PREJUDICE AS TO**
          Defendants.                 )          **ALL DEFENDANTS**
                                      )

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby

stipulate that all claims of plaintiffs, **JOHN HILL** and **ROBIN HILL**, against defendant

Merck & Co., Inc., Peter S. Kim, Ph.D., Louis M. Sherwood, Ph.D., David W. Anstice,

Edward M. Scolnick, M.D., and all other named defendants be dismissed in their entirety

with prejudice, each party to bear its own costs.


KLINE & SPECTER                          Stephen G. Strauss
Thomas R. Kline, Esquire                 Bryan Cave LLP
Lee B. Balefsky, Esquire                 211 N. Broadway, Suite 3600
Michelle L. Tiger, Esquire               St. Louis, MO 63102
1525 Locust Street                       (314) 259-2000 Tel
The Nineteenth Floor                     (314) 259-2020 Fax
Philadelphia, PA 19102
215-772-1000                             Phillip A. Wittmann
Attorneys for Plaintiffs                 Dorothy H. Wimberly
                                         Stone Pigman Walther
                                         Wittmann LLC
                                         546 Carondelet Street
Dated: _____11/10/08_____                New Orleans, LA 70130
                                         (504) 581-3200 Tel
                                         (504) 581-3361 Fax

                                         Attorneys for Merck & Co, Inc.

                                         Dated: 6-11-09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of June, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.