IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX
PRODUCTS LIABILITY LITIGATION : MDL DOCKET NO. 1657
James D. Schneller, Trustee ad Litem for the
Individuals Entitled to Relief Due to the
Wrongful Death of Marjorie C. Schneller, et al :
                    plaintiffs         Civil Action No. 05 - 5382

v.

Merck & Company, Inc.,    defendant

                                       :

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, James D. Schneller, hereby certify that I served a true and correct copy of the plaintiffs'
Motion to file answer to motion to dismiss and for extension of time in which to file plaintiffs' expert report upon the following Vioxx plaintiffs or their attorney, by electronic mail or by fax, at the date below, unless otherwise indicated, as follows:

The Branch Law Firm
2025 Rio Grande Boulevard NW
Albuquerque, New Mexico 87104

Cellino and Barnes P.C.
2500 Main Place Tower
350 Main Street
Buffalo, New York 14202

Carey & Danis
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Law Offices of Frank J. D'Amico, Jr.
622 Baronne St.
New Orleans, LA 70113

Griffin & Associates
P.O. Box 968
Jackson, MS 39205-0968

Michael Hingle & Associates, Inc.

220 Gause Blvd.
Suite 200
P. O. Box 1129
Slidell, LA 70459

Susana Valencia-Bernal                                              on 6/08/09
P. O. Box 740733
Boynton Beach, FL 33474-0733

Ronald Benjamin Esquire
126 Riverside Drive
Binghamton, NY 13902

Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 - 19th Street North
Birmingham, Alabama 35203

Jones, Swanson, Huddell & Garrison, L.L.C.
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130

Kelley & Ferraro LLP
2200 Key Tower
127 Public Square
Cleveland, Ohio 44114

McAfee Law Firm, P.C.
P.O. Box 656
1033 Virginia Avenue
Norton, Va 24273

The Singleton Law Firm
4050 Linwood Ave.
Shreveport, LA 71108

The Simon Law Firm, P.C.
701 Market St., Suite 1450
St. Louis, MO 63101

*/s/ James D. Schneller*                                            Date:  June 1, 2009
James D. Schneller

- 16 -

tion>

James Schneller
500 E. Lancaster # 111 D
Radnor, PA 19087

7008 1140 0001 4609 8027

Office of the Clerk
U.S. District Court - Eastern Dist. of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130





U.S. POSTAGE PAID
WAYNE, PA 19087
JUN 09, '09
AMOUNT
$3.24
0007843703

