Friday
6-5-09

Dear Ms. Whyte,

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2009 JUN 15 AM 9:16
LORETTA G. WHYTE
CLERK

I'm writing you Regards to My Vioxx Case Law Suit there in your Court, Case # 06-9803,L(3) MDL #1657 Reason I'm writing you is i Can Not get any of the persons Named here to respond Back to me, The Federal Judge name Eldon. E. Fallon over see's all of the Pro Se Vioxx Claimant's, And the Federal Court order-ed Attorney Mr. Johnston to assist all Pro Se Plaintiff's, And the Vioxx Settlement Plan Program Coornator, Ms Dianna Bates, My last Contact from any of the above names was in March of this year, 09. I was informed By Ms Bates of A Dead line Date in which to Corect A Deficicy in the last paper work, Dismissal of Claim Form. The Form's, etc that she sent me to corect and send Back, was to enroll me in the Vioxx Settlement Program, But the Form's Did Not get to me in enough time to meet the Dead line Date, The Dead line Date was one Date from the Day I got the Forms, I wrote Ms Bates, And Judge Eldon, E. Fallon, And the Attorney Mr. Johnston, I explained to all of them that I Did want enrolled in the Vioxx Settlement Program And that Due to where i'm at in Prison, Mail gets to me like A week or more later than Mail out side, And for Ms Bates to send Another Form with enough time for me to get it Notirized and Back to her so I would get enrolled in the Vioxx Settlement Program, I ask all of them to Contact me Back – Verify that they recieved my letters, I wrote all of them two times to no avail, So at this time I Don't know if i'm enrolled in the Settlement Program or Not, Ms Whyte will you Please have some one Contact me with A up Date, status etc of my Vioxx Case, Appreciate it alot,

Respectfully, Homer Jones,

PS. Thank you for your time and Assistance,

Fee____
Process____
X Dktd____
CtRmDep____
Doc. No.____

Hogner James #143946
unit...D-2-36
Okla. State Prison
P.O. Box. 97
McAlester, Okla.
74502

"Clerk's Office"
Loretta. G. Whyte
U.S. District Court Clerk
Eastern District of
New Orleans, Louisiana
70130