UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO:**
*Joan Petty v. Merck & Co., Inc.*, **CA No. 06-1699 L(3)**

### ORDER

The Court is in receipt of Plaintiff's motion to vacate administrative closure and for reinstatement (Rec. Doc. No. 19463).

IT IS ORDERED that the motion shall be set for hearing on the briefs at the next monthly status conference on June 24, 2009 at 9 a.m.

New Orleans, Louisiana, this 12th day of June, 2005.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE