UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**This document relates to:    ALL CASES**

## ORDER

The Court is in receipt of a Motion for Attorney Fees and to Enforce Attorney's Lien (Rec. Doc. 18105).  IT IS ORDERED that the motion shall be set for hearing on the briefs at the next monthly status conference on Wednesday, June 24, 2009, at 9:00 a.m. WITHOUT ORAL ARGUMENT.

The Court has been advised that interim payment distributions to several claimants have been delayed because of attorney's liens being asserted against claimants' settlement awards. Accordingly, IT IS FURTHER ORDERED that Liaison Counsel work with the Claims Administrator to develop an efficient method for resolving the liens or at least consenting to holding any disputed funds in trust so that payments to claimants are not further delayed.  The Court directs liaison counsel to place this issue on the agenda for discussion at the next monthly status conference.

New Orleans, Louisiana, this 12th day of June, 2009.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

1