UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| *Andrew Wilk, et al.* v. *Merck & Co., Inc.* | * * * | JUDGE FALLON |
| | * * | MAGISTRATE JUDGE KNOWLES |
| Docket No. 2:06-cv-09418 | * * * | |

*****************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Andrew Wilk and Roberta Wilk in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 16th day of June, 2009.

_____
DISTRICT JUDGE