| Exhibit A - No PTO 29 Discovery Materials | | | |
|---|---|---|---|
| **Counsel** | **Pertaining to:** | **Case Name** | **Docket Number** |
| Limberopoulos Law | Currier, Harold | Currier, Harold v. Merck & Co., Inc. | 2:08-cv-03958-EEF-DEK |
| Limberopoulos Law | Gardner, Donald | Gardner, Donald v. Merck & Co., Inc. | 2:08-cv-04962-EEF-DEK |
| Limberopoulos Law | Ivey, Don | Ivey, Don v. Merck & Co., Inc. | 2:08-cv-03960-EEF-DEK |
| Limberopoulos Law | Terrill, Bette Mae | Terrill, Bette Mae v. Merck & Co., Inc. | 2:08-cv-03959-EEF-DEK |
| Pro Se | Johnson, Oliver J | Johnson, Oliver J v. Merck & Co., Inc. | 2:08-cv-05056-EEF-DEK |