UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Melinda Powell, as next of Kin for the Estate of Ruthie Mae Robinson* <br><br> v. <br><br> *Merck & Co., Inc., et al.* | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:09-cv-03438 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal,

IT IS ORDERED that all claims of plaintiff Melinda Powell, as next of Kin for the Estate of Ruthie Mae Robinson in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 16th day of June, 2009.

_____
DISTRICT JUDGE

980977v.1