*Lone Pine No. 8*
*Exhibit A*
*(Represented Plaintiffs)*

| Plaintiff | Counsel | Case Name | Case Number |
|---|---|---|---|
| Mollett, Elmo | Humphreys, James F. & Associates | Mollett, Elmo v. Merck & Co., Inc. | 2:06-cv-06941-EEF-DEK |