*Lone Pine No. 8*
*Exhibit B*
*(Represented Plaintiffs with Motions to Withdraw Pending)*

|    | **Plaintiff** | **Counsel** | **Case Caption** | **Docket Number** |
|----|---------------|-------------|------------------|-------------------|
| 1. | Harvey, Mark | Phebus & Koester | Cramer, Charles v. Merck & Co., Inc. | 2:05-cv-05328-EEF-DEK |
| 2. | Lopez, Dorothy | Gauthier, Houghtaling, Williams & Sulzer // Deborah M. Sulzer | Hubbard, Don v. Merck & Co., Inc. | 2:05-cv-00953-EEF-DEK |