*Lone Pine No. 8*
*Exhibit C*
*(Pro Se Plaintiffs)*

|  | **Plaintiff** | **Case Caption** | **Docket Number** |
|---|---|---|---|
| 1. | Guthrie, Charles D | Ruzicka, Robert v. Merck & Co., Inc. | 2:06-cv-01971-EEF-DEK |
| 2. | Howcroft, Shirley | Accord, Vern v. Merck & Co., Inc. | 2:05-cv-04448-EEF-DEK |
| 3. | Kinsman, Dan | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 4. | Kuehner, Lillian E | Houston, Donna v. Merck & Co., Inc. | 2:05-cv-01458-EEF-DEK |
| 5. | Lambert, Eugene H | Lambert, Patrice v. Merck & Co., Inc. | 2:06-cv-02679-EEF-DEK |
| 6. | Levitt, Jo | Levitt, Jo v. Merck & Co., Inc. | 2:06-cv-09757-EEF-DEK |
| 7. | Lewis, Catrenia I | Cannon, Mary v. Merck & Co., Inc. | 2:06-cv-01188-EEF-DEK |
| 8. | Nguyen, Le | Nguyen, Le v. Merck & Co., Inc. | 2:05-cv-06398-EEF-DEK |
| 9. | Pagel, Eleanor | Kimm, Dianne v. Merck & Co., Inc. | 2:06-cv-10153-EEF-DEK |
| 10 | Pena, Ana | Ebong, Basil v. Merck & Co., Inc. | 2:06-cv-01508-EEF-DEK |
| 11 | Reed, Joseph | Reed, Walterine v. Merck & Co., Inc. | 2:05-cv-06247-EEF-DEK |
| 12 | Shelor, Thomas R | Adams, Shirley v. Merck & Co., Inc.; Reed, Thelma v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK; 2:05-cv-05347-EEF-DEK |
| 13 | Smith, Gerald | Myatt, Bobby W. v. Merck & Co., Inc. | 2:06-cv-10158-EEF-DEK |
| 14 | Spiro, Charmaine H | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |