IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: VIOXX LITIGATION § NO. 09-30260
§
§ 2:05-MD-1657

## JOINT DESIGNATION OF RECORD ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Defendant Merck & Co., Inc., and the Plaintiffs in the cases listed below in reference to the above Vioxx Litigation, and submit this Joint Designation of Record on Appeal for the following cases:

No. 2:06-CV-11333; Adams, Lillian, et al
No. 2:07-CV-395; Blane, Margaret, et al
No. 2:07-CV-1252; Adam, Rona, et al
No. 2:08-CV-1613; Anderson, Margaret, et al
No. 2:08-CV-1614; Campbell, John, et al
No. 2:08-CV-1615; Collins, Marion, et al
No. 2:08-CV-1616; Hamilton, William, et al
No. 2:08-CV-1617; Reid, Henry, et al
No. 2:08-CV-1618; Williamson, John, et al

The parties request that the following items be contained in the portion of the record as referenced above in this appeal:

1. Fact sheets for the relevant plaintiffs;

2. All attachments to the referenced filings;

3. The settlement agreement;

4. Original ruling by Judge Fallon on the earlier FNC motions (for Ken Moll plaintiffs);

5. 2/10/2009 Order by Judge Fallon on FNC motions;

6. Plaintiffs' Opposition(s) to FNC dismissal filed August 6, 2008;

7. Hearing transcript of 9/11/2008.

8. Merck's Motion to Dismiss the Foreign Class Actions or, in the Alternative, Strike the Foreign Class Allegations, the supporting memorandum and all attachments and exhibits. Filed Jan. 13, 2006.

9. Defendant Merck & Co., Inc.'s Opposition to Plaintiffs' Motion to Strike Defendants' Motion to Dismiss the Foreign Class Allegations or in the Alternative, to Strike the Foreign Class Allegations and all attachments and exhibits. Filed March 21, 2006.

10. Defendant Merck & Co., Inc.'s Motion and Incorporated Memorandum for an Order to Show Cause Why the Foreign Individual Cases Should Not Be Dismissed Under the Doctrine of Forum Non Conveniens and all attachments and exhibits. Filed May 16, 2008.

11. Defendant Merck & Co., Inc.'s Reply to Plaintiffs' Response to the Court's Order to Show Cause Why the Foreign Individual Cases Should Not Be Dismissed Under the Doctrine of Forum Non Conveniens and all attachments and exhibits. Filed August 28, 2008.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that these matters be contained within the portion of the record as referenced above in this appeal on this 17th day of June, 2009.

Respectfully submitted,

P.O. Drawer 999
Doucette, TX 75942
(409) 837-9707 Fax 837-9045
Texas Bar No. 02456770

*Joseph C. Blanks*
By: Joseph C. Blanks
Attorney for Plaintiffs

No. 2:06-CV-11333; Adams, Lillian, et al
No. 2:07-CV-395; Blane, Margaret, et al
No. 2:07-CV-1252; Adam, Rona, et al
No. 2:08-CV-1613; Anderson, Margaret, et al
No. 2:08-CV-1614; Campbell, John, et al
No. 2:08-CV-1615; Collins, Marion, et al
No. 2:08-CV-1616; Hamilton, William, et al
No. 2:08-CV-1617; Reid, Henry, et al
No. 2:08-CV-1618; Williamson, John, et al

Stone Pigman Walther
 Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200
(504) 581-3361 (Fax)

By: Dorothy H. Wimberly
Attorney for Defendants