# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 15, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 09-30446    In Re: Vioxx Prod Liability, et al
        USDC No. 2:05-MD-1657
        USDC No. 2:05-CV-1088
        USDC No. 2:05-CV-1089
        USDC No. 2:05-CV-1090
        USDC No. 2:05-CV-1091
        USDC No. 2:05-CV-1513
        USDC No. 2:05-CV-2297
        USDC No. 2:05-CV-6221
        USDC No. 2:06-CV-2238
        USDC No. 2:06-CV-2708
        USDC No. 2:08-CV-3221
        USDC No. 2:08-CV-3222
        USDC No. 2:08-CV-4166
        USDC No. 2:08-CV-4167
        USDC No. 2:08-CV-4168
        USDC No. 2:08-CV-4169
        USDC No. 2:08-CV-4170
        USDC No. 2:08-CV-4171
        USDC No. 2:08-CV-4172
        USDC No. 2:08-CV-4173
```

*U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED JUN 1 6 2009 LORETTA G. WHYTE CLERK*

Enclosed is an order entered in this case.

CHARLES R. FULBRUGE III, Clerk

By: Kimberly K. Folse, Deputy Clerk
504-310-7712

Mr. Ronald R Benjamin
Mr. Theodore V H Mayer
Ms. Loretta Whyte

```
__ Fee_____
__ Process_____
X  Dktd_____
__ CtRmDep_____
__ Doc. No.____
```

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: VIOXX LITIGATION

U.S. COURT OF APPEALS
**FILED**

JUN 1 5 2009

CHARLES R. FULBRUGE III
CLERK

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-MD-1657

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

_____
CHARLES R. FULBRUGE, III
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy 6/15/09
New Orleans, Louisiana