UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re:  Vioxx ®<br><br>PRODUCTS LIABILITY<br>LITIGATION<br><br>This document relates to:<br><br>*Robert Sherman and Claudine Sherman,*<br><br>*v.*<br><br>*Merck & Co., Inc.* | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:08-cv-03961<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs Robert Sherman and Claudine Sherman against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____      _____
Chris M. Limberopoulos                Phillip A. Wittmann
The Limberopoulos Law Firm            Dorothy H. Wimberly
400 North Ashley Drive, Suite 2150    546 Carondelet Street
Tampa, Florida 33602                  New Orleans, Louisiana 70130
                                      (504) 581-3200

*Counsel for Plaintiffs*               *Counsel for Defendant Merck & Co., Inc*

Dated: 6/15/09                         Dated: 6/18/09