UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Michael Howard and Cheryl Howard,* <br><br> *v.* <br><br> *Merck & Co., Inc.* | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:08-cv-03963 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br><br> **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiffs Michael Howard and Cheryl Howard against defendant Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____          _____
Chris M. Limberopoulos               Phillip A. Wittmann
The Limberopoulos Law Firm           Dorothy H. Wimberly
400 North Ashley Drive, Suite 2150   546 Carondelet Street
Tampa, Florida 33602                 New Orleans, Louisiana 70130
                                     (504) 581-3200

*Counsel for Plaintiffs*              *Counsel for Defendant Merck & Co., Inc*

Dated: 6/18/09                        Dated: 6/18/09