## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| *Michael Howard and Cheryl Howard* | * | KNOWLES |
| | * | |
| *v.* | * | CIVIL ACTION NO. 2:08-cv-3963 |
| | * | |
| *Merck & Co., Inc.* | * | |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice of All Defendants,

IT IS ORDERED that all claims of plaintiff Michael and Cheryl Howard in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE

981601v.1