Case 2:05-md-01657-EEF-DEK   Document 19676   Filed 06/18/09   Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JUN 18 PM 3:38

LORETTA G. WHYTE
CLERK

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

This document relates to:   Case No. 05-5283, Schneller v. Merck & Co., Inc.

## ORDER

The Court is in receipt of the attached correspondence from attorney Jacqueline Reynolds of the law firm of Marshall, Dennehey, Warner, Coleman & Goggin, counsel for Maine Line Hospital, Inc., d/b/a/ Bryn Mawr Hospital, addressed to *Pro Se* Plaintiff James Schneller. IT IS ORDERED that the correspondence shall be entered into the record. The Court notes that Bryn Mawr Hospital has timely produced the medical records that are the subject of the Plaintiff's subpoena, and, as a result, the hospital is in full compliance with both the subpoena and this Court's previous orders.

New Orleans, Louisiana, this 9th day of June, 2009.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Ms. Jacqueline Reynolds
Marshall, Dennehey, Warner, Coleman & Goggin
620 Freedom Business Center, Suite 300
King of Prussia, PA 19406

Mr. James Schneller
500 East Lancaster Ave., Apt. #11D
Radnor, PA 19087

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

1