

# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
A PROFESSIONAL CORPORATION       www.marshalldennehey.com

### 620 Freedom Business Center, Suite 300, King of Prussia, PA 19406

## FACSIMILE TRANSMISSION SHEET

| | | | |
|---|---|---|---|
| **TO:**<br>Nathan Bays | **COMPANY:**<br>U.S. District Court<br>Eastern District of Louisiana | **TELEPHONE**<br>504-589-7545 | **FAX NUMBER(S):**<br>504-589-6966 |

| | |
|---|---|
| **ATTORNEY:** Jacqueline M. Reynolds | **NUMBER:** 610-354-8288 |
| **OUR FILE #:** 12029-00194      **DATE:** 06/03/09 | **ORIGINATOR:** jt |
| **CASE NAME:** Schneller vs Bryn Mawr Hospital | **CLAIM #:** |

### NUMBER OF PAGES: 7 (including cover page)

### *IF COPY IS ILLEGIBLE OR INCOMPLETE*
*PLEASE CALL (610) 354-8250 IMMEDIATELY FOR RETRANSMISSION*

### OUR FAX NUMBER IS: (610) 354-8299

(This space to be used for short or supplemental messages)

### ***CONFIDENTIALITY NOTICE***

The documents accompanying this telecopy transmission contain information from the law firm of Marshall, Dennehey, Warner, Coleman & Goggin which is confidential and/or legally privileged. This information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that you should refrain from reading the contents of the transmission, that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and that the documents should be returned to this Firm immediately. In this regard, if you have received this telecopy in error, please notify us by telephone immediately so that we may arrange for the return of the original documents to us.

A REGIONAL DEFENSE LITIGATION LAW FIRM

# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

A   P R O F E S S I O N A L   C O R P O R A T I O N          www.marshalldennehey.com



**PENNSYLVANIA**
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

**NEW JERSEY**
Cherry Hill
Roseland

**DELAWARE**
Wilmington

**OHIO**
Akron

**FLORIDA**
Ft. Lauderdale
Jacksonville
Orlando
Tampa

**NEW YORK**
New York

**620 Freedom Business Center, Suite 300 · King of Prussia, PA 19406**
**(610) 354-8250 · Fax (610) 354-8299**

**Direct Dial: 610-354-8288**
**Email: jmreynolds@mdwcg.com**

May 14, 2009

**Certified Mail, Return Receipt Requested #7007 0220 0001 6825 6572**
**& Regular Mail**
James Schneller
500 East Lancaster Ave. Apt. #11D
Radnor, PA  19087

      RE:    **Estate of Marjorie Schneller v. Bryn Mawr Hospital, et al**
               **CCP of Montgomery County 04-06045**
               **Our File No.:  12029-00194 and**

               **Estate of Marjorie C. Schneller v. Main Line Hospitals Inc, et al.**
               **CCP Montgomery County 08-07900**
               **Our File No.:  12029-00194**

Dear Mr. Schneller,

      We are in receipt of your correspondence dated May 6, 2009 directed to Main Line Hospitals, Inc., Bryn Mawr Hospital and Paoli Memorial Hospital.  Please be advised that we received a subpoena dated September 11, 2008 directed to Main Line Hospitals, Inc. and Bryn Mawr Hospital.  As you know, the correct name is Main Line Hospitals, Inc. d/b/a Bryn Mawr Hospital.  The subpoena requested "all records of any and all sorts and categories, and any and all documents, regarding any and all service, care, and any activity regarding Marjorie C. Schneller. . . and George H. Schneller . . ., including files relating to personnel who performed said care or activity, and an accounting of disclosure for all release of information to any person, entity regarding any matter concerning Marjorie C. Schneller, George H. Schneller and/or James D. Schneller, including all electronically stored files."

      On October 14, 2008 a response to your subpoena was provided to you via Federal Express, Certified Mail, Return Receipt Requested as well as first class mail.  We have enclosed another copy of our correspondence dated October 14, 2008 for your convenience.  In our correspondence to you, we raised a number of objections to your subpoena.  In addition, we supplied 1,796 pages of documents along with a certification.  We have enclosed another copy of the certification for your convenience.

James Schneller
May 14, 2009
Page 2

---

Main Line Hospital, Inc. d/b/a Bryn Mawr Hospital has responded to your subpoena subject to the objections raised. Our compliance has been confirmed by the pro se curator for the VIOXX litigation, Claudia Santoyo, Esquire. If you would like to be more specific in terms of what you think have not been provided to you, please provide a more specific request.

Very truly yours,

Jacqueline M. Reynolds

JMR/jt
Enclosures
cc:     Honorable Eldon E. Fallon
        Claudia Santoyo, Esquire

26/1305933.v1



A REGIONAL DEFENSE LITIGATION LAW FIRM

## MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

A PROFESSIONAL CORPORATION · www.marshalldennehey.com



PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

620 Freedom Business Center, Suite 300 · King of Prussia, PA 19406
(610) 354-8250 · Fax (610) 354-8299

Direct Dial: 610-354-8288
Email: jmreynolds@mdwcg.com

October 14, 2008

**VIA FEDERAL EXPRESS**
**Certified Mail, Return Receipt Requested #7007 0220 0001 6825 5902**
**First Class Mail**

James Schneller
500 East Lancaster Avenue #111d
Radnor, PA 19087

> RE:  **Vioxx Products Liability Litigation**
> **James D. Schneller, Trustee ad Litem for Marjorie C. Schneller v. Merck & Company, Inc.**
> **MDL No. 1657; E.D. La. No. 05-5382; 05-3785**
>
> **Our File No.: 12029-00194**

Dear Mr. Schneller,

We are in receipt of Plaintiff's subpoena for the action <u>In Re: Vioxx Products Liability Litigation James D. Schneller, Trustee Ad Litem for the Individuals Entitled to Relief Due to the Wrongful Death of Marjorie C. Schneller, et al v. Merck & Company, Inc.</u>

The subpoena was directed to Main Line Hospitals, Inc. and Bryn Mawr Hospital for the records of Marjorie C. Schneller. Main Line Hospitals, Inc. d/b/a Bryn Mawr Hospital objects to Plaintiff's subpoena as overbroad, unduly burdensome, irrelevant, not calculated to lead to the discovery of admissible evidence, vague and ambiguous. By way of further objection, Bryn Mawr Hospital objects to the subpoena to the extent it seeks documents violative of the attorney-client privilege, Attorney Work Product Doctrine and privacy rights of individuals. Without waiving and/or limiting said objections, attached please find a copy of Marjorie Schneller's medical records from Bryn Mawr Hospital which are numbered 1 to 1796.

In addition, the subpoena requests the records of George Schneller and James Schneller. Bryn Mawr Hospital objects to the subpoena for the production of the records of George Schneller and James Schneller as overbroad, unduly burdensome, irrelevant, not calculated to lead to the discovery of admissible evidence, vague, and ambiguous. By way of further objection, Bryn Mawr Hospital objects to the subpoena to the extent it seeks documents violative of the attorney-client privilege, Attorney Work Product Doctrine and privacy rights of individuals. Bryn Mawr Hospital objects to the request for the records of George Schneller and James

James Schneller
October 14, 2008
Page 2

Schneller in that properly executed HIPAA releases have not been provided.  Further, the Vioxx litigation has been filed on behalf of Marjorie C. Schneller, only.  Therefore, Bryn Mawr Hospital objects to the subpoena requesting the records of George Schneller and James Schneller, in that their care and treatment is not part of this litigation.

Very truly yours,

Jacqueline M. Reynolds

JMR/jt
Encl.
cc: Claudia Santoya, Esquire via email (w/o encl.)
  Honorable Eldon E. Fallon (w/o encl.)

26/1191508.v1

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage)*
For delivery information visit our website at www.us

**OFFICIAL U**

| | |
|---|---|
| Postage | $ .42 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.32 |

1203

Sent To  James D. Schneller
Street, Apt. No.; or PO Box No.  500 E. Lancaster Ave
City, State, ZIP+4  Radnor, Pa. 19087

7007 0220 0001 6825 5902

PS Form 3800, August 2006  See Reve

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James D. Schneller
500 E. Lancaster Ave.
 # 111 D
Radnor, Pa. 19087

2. Article Number
(Transfer from service label)  7007 0220 0001 6825 5902

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X James Schnelle  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  J. Schnelle  C. Date of Delivery  10-16

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

# Jim Schneller

May 6, 2009

Main Line Hospitals Inc.
Bryn Mawr Hospital, Paoli Memorial Hospital
c/o Bryn Mawr Hospital
130 South Bryn Mawr Avenue
Bryn Mawr, PA 19010

Re:    U.S. District Court for the E. District of Louisiana - In Re: Vioxx,      Civil Action
No.  05 - 5382, Marjorie C. Schneller, George H. Schneller  et al v.  Merck & Company, Inc.

Dear provider:

I am writing to notify you that you have failed to comply with a subpoena for medical
records served on you in the above case, and / or have failed to include with the records
provided, a certification, all of this in order to comply with pretrial order No, 28 section II
regarding medical records of entities which treated the plaintiffs.

Please be informed that your compliance with these demands and the Court's orders is
mandatory, and that an action for compliance with them, or for sanctions, will be filed against
you if you do not comply in full within twenty-one (21) days of mailing of this letter.

I enclose herewith a form that may be used by you, which is compliant with the requirement
for certification .

Please contact me if I can be of assistance.

Sincerely,

James Schneller

500 East Lancaster Avenue #111D   Radnor, PA 19087    610-688-9471

Main Line Health

# Bryn Mawr Hospital

Health Information Management, 1st Floor
130 S. Bryn Mawr Avenue
Bryn Mawr, PA   19010

## Certification of Medical Records Custodian

I, the undersigned, being the duly authorized medical records custodian or other
qualified designee declare the following:

The copies of records for which this certification is made are true and complete
reproductions of the original, microfilmed or electronic medical records of Bryn
Mawr Hospital.  The original records were made in the regular course of business
at or near the time of the matter recorded.

I certify to the best of my knowledge, information and belief that the attached
records constitute all medical records requested of said individual described below.

Request for medical records for:  *Marjorie Schneller*
Patient Name

*075345*
Medical Record Number

Records requested by:  *James D. Schneller, Trustee + Ad Litem*
Name of requesting party or organization

Date of request:  *09/26/08*

Total Pages:  *1796*

Name:  *Donna McCusker*
Print Name

Title:  *HIM Manager*

Signature:  *Donna McCusker*

Date:  *10/14/08*