1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3
     ****************************************************************
4

5   IN RE:  VIOXX PRODUCTS
            LIABILITY LITIGATION
6                                MDL DOCKET NO. 1657
                                 NEW ORLEANS, LOUISIANA
7                                FRIDAY, MAY 29, 2009, 9:00 A.M.

8

9   ****************************************************************

10
                TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
11             HEARD BEFORE THE HONORABLE ELDON E. FALLON
                    UNITED STATES DISTRICT JUDGE
12

13

14  APPEARANCES:              HERMAN HERMAN KATZ & COTLAR
                              BY:  RUSS M. HERMAN, ESQUIRE
15                                 LEONARD A. DAVIS, ESQUIRE
                              820 O'KEEFE AVENUE
16                            NEW ORLEANS, LA 70113

17

18                            BEASLEY ALLEN CROW METHVIN
                              PORTIS & MILES
19                            BY:  ANDY D. BIRCHFIELD, JR., ESQUIRE
                                   P. LEIGH O'DELL, ESQUIRE
20                            234 COMMERCE STREET
                              POST OFFICE BOX 4160
21                            MONTGOMERY, AL 36103

22                            BLIZZARD MCCARTHY & NABERS
                              BY:  EDWARD BLIZZARD, ESQUIRE
23                            LYRIC CENTRE BUILDING
                              440 LOUISIANA, SUITE 1710
24                            HOUSTON, TX  77002

25

```
 1  APPEARANCES CONTINUED:

 2
                            LEVIN, FISHBEIN, SEDRAN & BERMAN
 3                          BY:  ARNOLD LEVIN, ESQUIRE
                            510 WALNUT STREET, SUITE 500
 4                          PHILADELPHIA, PA 19106

 5
                            SEEGER WEISS
 6                          BY:  CHRISTOPHER A. SEEGER, ESQUIRE
                            ONE WILLIAM STREET
 7                          NEW YORK, NY 10004

 8
                            RANIER, GAYLE & ELLIOT
 9                          BY:  DREW RANIER, ESQUIRE
                            1419 RYAN STREET
10                          P.O. BOX 1890
                            LAKE CHARLES, LA 70602
11

12                          WEITZ & LUXENBERG
                            BY:  PERRY WEITZ, ESQUIRE
13                          180 MAIDEN LANE
                            NEW YORK, NY 10038
14

15  FOR THE DEFENDANT:      WILLIAMS & CONNOLLY
                            BY:  DOUGLAS R. MARVIN, ESQUIRE
16                          725 TWELFTH ST., N.W.
                            WASHINGTON, DC  20005
17

18                          O'MELVENY & MYERS
                            BY:  BRIAN ANDERSON, ESQUIRE
19                               JOHN H. BEISNER, ESQUIRE
                                 STEPHEN D. BRODY, ESQUIRE
20                          1625 EYE STREET
                            WASHINGTON DC  20006
21

22                          STONE PIGMAN WALTHER WITTMANN LLC
                            BY:  DOROTHY H. WIMBERLY, ESQUIRE
23                          546 CARONDELET STREET
                            NEW ORLEANS LA 70130
24                          (504) 581-3200

25
```

```
 1   APPEARANCES CONTINUED:

 2
                           DECHERT L.L.P.
 3                         BY:  EBEN S. FLASTER, ESQUIRE
                           CIRA CENTRE
 4                         2929 ARCH STREET
                           PHILADELPHIA, PA 19104
 5

 6
     FOR THE STATE
 7   LIAISON COMMITTEE:       BARRIOS, KINGSDORF & CASTEIX, L.L.P.
                              BY:  DAWN M. BARRIOS, ESQUIRE
 8                            701 POYDRAS STREET, SUITE 3650
                              NEW ORLEANS LA 70139
 9

10

11   ALSO PRESENT:            SPECIAL MASTER PATRICK JUNEAU
                              ORRAN L. BROWN
12                            LYNN C. GREER
                              MATTHEW GARRETSON
13

14                            ELIZABETH CABRASER, ESQUIRE
                              JAMES DUGAN, ESQUIRE
15                            E. KIRK WOOD, ESQUIRE

16

17

18   OFFICIAL COURT REPORTER:     CATHY PEPPER, CCR, RPR, CRR
                                  500 POYDRAS STREET, ROOM B406
19                                NEW ORLEANS, LOUISIANA 70130
                                  (504) 589-7779
20

21   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
22

23

24

25
```

1                              **I N D E X**

2

3    ITEMS                                                      PAGE

4

5    SETTLEMENT AGREEMENT...................................    5

6    REGISTRATION OF CLAIMS AND THE SETTLEMENT PROGRAM......    9

7    LIEN ADMINISTRATOR....................................    23

8    SPECIAL MASTER........................................    33

9    CLASS ACTIONS.........................................    34

10   STATE/FEDERAL COORDINATION............................    35

11   *PRO SE*..............................................    35

12   TRIAL PACKAGE FROM THE MDL............................    37

13   THIRD-PARTY PAYOR CASES...............................    37

14   GOVERNMENTAL ACTIONS..................................    38

15   THIRD-PARTY PAYORS....................................    39

16   DISCOVERY ISSUES......................................    42

17   PENDING PERSONAL INJURIES CASES IN WHICH *LONE PINE*     45

18   REPORTS HAVE BEEN SERVED..............................

19   MOTIONS...............................................    45

20   FEE ALLOCATION COMMITTEE..............................    46

21   FEE AND THE COST......................................    46

22   MOTION FOR RECONSIDERATION OF THE CAPPING.............    47

23   STATUS CONFERENCE FOR BRIEFING DISCOVERY..............    48

24   NEXT STATUS CONFERENCE IS JUNE 24TH...................    48

25

1          **P-R-O-C-E-E-D-I-N-G-S.**

2              FRIDAY, MAY 29, 2009

3           M O R N I N G   S E S S I O N

4               (IN OPEN COURT)

5

6

7          THE DEPUTY CLERK:  Everyone rise.

8          THE COURT:  Be seated, please.  Good morning, ladies and

9  gentlemen.  Call the case, please.

10          THE DEPUTY CLERK:  MDL #1657 *In re Vioxx*.

11          THE COURT:  Would counsel make their appearance for the

12  record.

13          MR. MARVIN:  Your Honor, Douglas Marvin for Merck.

14          MR. HERMAN:  May it please the Court, good morning,

15  Judge Fallon, Russ Herman for the plaintiffs.

16          THE COURT:  We're here today for our monthly status

17  conference.  I might say, this is the last status conference that

18  my friend Nathan is going to be with us on.  He's going across

19  the street to, as I said, work for the Fifth Circuit.  He's

20  leaving the search for truth to search for error.  So we'll miss

21  him.  He's done a great job for us.

22              Let me hear from the parties on -- I received from

23  them an agenda.  I'll take it in the order that is set forth,

24  settlement agreement first.

25          MR. HERMAN:  May it please the Court, the matter of

 1   personal privilege.  First of all, our co-lead counsel for

 2   plaintiff, we have a new member of the Birchfield family,

 3   Cristina Hope Birchfield, called "Hope," and we congratulate

 4   Mr. and Mrs. Andy Birchfield and their entire family.

 5          THE COURT:  Well, I join in that.  We're happy for you,

 6   Andy.  We're delighted to hear it.

 7          MR. BIRCHFIELD:  Thank you, Your Honor.

 8          MR. HERMAN:  The second announcement is

 9   Mr. Eben Flaster, who is a Merck counsel in charge of plaintiff

10   profile forms and other issues, has been here yesterday working

11   diligently, is here this morning, and tomorrow will say, "I do,"

12   and we congratulate him on his marriage tomorrow.

13          THE COURT:  Eben, we're happy for you.  You must have a

14   very understanding wife.

15          MR. FLASTER:  So far.

16          THE COURT:  So far.  So far.

17          MR. HERMAN:  Lastly, I would be remiss if I didn't say a

18   few words for the record about Your Honor's clerk, Nathan Bays,

19   who I first met at a conference that Your Honor and Nathan and

20   former dean, Ed Sherman, organized on complex litigation and then

21   beginning in June of last year, began to serve in *Vioxx*.

22          I can personally testify that he works 26 hours a

23   day; that when he calls and he's not here after 7:00 o'clock

24   night, he always leaves his home phone number, as well as his

25   cell phone number.

1          Your Honor has been gifted with some extraordinary

2   clerks, and in my experience, Nathan Bays has excelled.  I want

3   to thank Nathan for his diligence for keeping us straight and for

4   going beyond the ordinary call.

5          Just one more comment.  1966 I began practicing in

6   these courts, and the most obnoxious people in the federal

7   courthouse, other than myself and the other lawyers that

8   appeared, were federal law clerks, who determined that -- I want

9   to say that there has been a terrific sea change in this

10  courthouse for a number of years.  And in addition to his

11  brilliance and his diligence, he's always acted with the utmost

12  courtesy.

13         So Nathan, we thank you.  And frankly, the

14  Louisiana lawyers are very happy you're going to the

15  Fifth Circuit.  The Diogenes was up there with a lamp one time,

16  and we hope you find something up there.

17         THE COURT:  I agree with those comments.  Nathan has

18  been really great.  One of the challenges that I have handling

19  MDLs is I don't have any permanent clerks.  I have someone coming

20  in each year, so I don't have the luxury of having someone with

21  institutional memory.  Unfortunately, I'm the institutional

22  memory.  But they get up to speed very quickly, and I don't know

23  what I would do without him.  But he's been exceptional and I do

24  appreciate all of his work.

25         MR. MARVIN:  Your Honor, if I can just join Mr. Herman

1   in his comments about Nathan.  Nathan really has been a pleasure

2   to deal with.  We wish him the best for his search for certain

3   errors.

4           As to Andy, I congratulate him as well.  As to

5   Eben Flaster, there is no truth to the allegation that he had his

6   wife fill out a profile form for the engagement.

7       THE COURT:  Let's go to the agenda.  I'm naturally in

8   the middle of a trial, so I've got a jury waiting outside.

9       MR. HERMAN:  Your Honor, I'll be very quick.

10          Your Honor, in terms of item one, the settlement

11  agreement, I understand that Your Honor wants to address certain

12  objections regarding liens that have been filed against counsel,

13  and some matters you wish to discuss in that regard.

14      THE COURT:  Yes.  In a matter of this sort we have all

15  kinds of issues.  And one of the ones that has presented itself,

16  liens have been filed against attorneys handling the case.  And

17  in matters of this sort, there are several layers of attorneys,

18  often, so there is the primary attorney who then refers the case

19  to the trial attorney, or who may refer the case to someone else.

20  In any event, along that line, there are some liens that people

21  feel they have against that particular attorney.  E have some in

22  this matter that is inhibiting the distribution of the funds to

23  the litigants, and I don't want that to happen.

24          If there are liens, what I plan on doing is to

25  segregate the lien, put it on the side.  I'll deal with that, but

1    meanwhile we have to move on with the clients' distribution.  I

2    don't want the client to be waiting while the attorney's liens

3    are removed, and so that's what I'm going to be doing.  And if I

4    need to issue an order for the distribution of funds in that

5    fashion, I'll do so.

6              MR. HERMAN:  All right.  Your Honor, representatives

7    Orran Brown and Lynn Greer are here regarding registration of

8    claims and the settlement program and will give you a report.

9              And Orran, would you come forward?  Thank you.

10             MR. BROWN:  Good morning, Your Honor.  I'm Orran Brown,

11   and with me today also is Lynn Greer from Brown Greer.  We are

12   the settlement administrator, claims administrator for the Vioxx

13   settlement program.  We're happy to be here today to update the

14   Court and the parties on where we are in the program.

15             We are focused now on claims review, claims

16   determinations, claims payments, and receiving claims in the

17   extraordinary injury program which is up and running.  We will

18   not today report on enrollment numbers.

19             We had promised that this day would come, and it is

20   here.  We are now working with the parties and pause on it only

21   to say that we're working on the final cleanup stages of all the

22   people who still don't have quite all their paperwork in order.

23   It's down now to a relatively small number, and we are working to

24   move all of them to some finite point so that we don't jeopardize

25   the program of having claims finished in time to make final

1    payments on the heart attack claims by September 30th.

2              So today what we want to talk about clinically are

3    a brief report on the extraordinary injury claim program with the

4    two funds that are available for claimants to seek relief for

5    heart attack claimants, to seek relief for stroke claims, to seek

6    relief for catastrophic or extraordinary injuries.

7              That program is up and running.  We are receiving

8    claims, but as the Court can tell from this slide, it is still in

9    the early stages.  We have essentially 38 claims now that are

10   real claims.

11             There are certain requirements to apply for the

12   program.  You have to be eligible on your underlying claim, you

13   have to be higher than the special marker of $5,000 fixed

14   payment.  And so passing basic eligibility means you've cleared

15   those hurdles.

16             We have 38 claims.  The deadline, though, as we see

17   here, is September 1st for claimants and counsel to submit claims

18   for these two funds.  And I want to remind everyone that EI, the

19   extraordinary injury claim form, as well as the documentation

20   that is required for each claim, are due to us by September 1,

21   2009 to be able to be considered in the program.

22             And we -- this is -- because it deals with

23   catastrophic injuries, it's not an entirely simple program.  We

24   have an elaborate, we think, extensive manual that's posted

25   online and available to *pro ses* and counsel about how the program

1   works.  But if anyone has any questions after going through that

2   that's unanswered, we want them to contact us.  We want to help

3   people understand this program, understand in particular what

4   kind of claims can be made, and what documentation is required

5   for the type of claim to be made.  We will help people go through

6   this process, and we want to hear from them.

7            We have been working with the parties and

8   Ms. Naphtha on the issue about the processing of the

9   extraordinary injury claims.  We have been discussing the idea

10  about the levels of review at our offices, and then whether there

11  is going to be any sort of step for an appeal from a claims

12  determination that we have made on an extraordinary injury claim.

13           And we have met with Ms. Naphtha.  We are very

14  close to having the final language adopted by the parties on how

15  that process will work.  This is a brief summary of it.

16           Essentially, the way we plan to do this for these

17  claims is that we will review the claim form; all the information

18  submitted.  We will make a determination and issue a base

19  extraordinary injury award to the claimant.  "Base" meaning it's

20  before we know the pro rata adjustment, because we have to do all

21  the claims in these limited funds before we can determine the

22  actual dollar amounts.  So it's a base award.

23           After that -- we issue that notice, we will give

24  all claimants an opportunity for a second review by us.  They can

25  request a second review if they think we missed something or we

1    didn't understand something about their submission or they have

2    additional material that they failed to give us.  This will be

3    the opportunity for them to tell us where they think we're wrong.

4    And if we see something or make an adjustment or have additional

5    material, we'll make a second award.  But at any rate, after that

6    review, we will issue what is our final base award determination.

7    And at that point, there will be an avenue for an appeal to a

8    Special Master.

9            This is the final language that we're working on,

10   Ms. Naphtha and the parties, to put this in place.  As soon as

11   the language is finished and approved by the parties, we will

12   place that process description in the instruction manual that we

13   post and make available for the parties so everyone can see how

14   this has worked.

15           We have spoken with the Special Master Juneau about

16   the process.  We will, once it's established, get him up to speed

17   on this program so we can assure that that will work fluently.

18           Your Honor, we will now turn to the claims report

19   section of our report, and Lynn will cover that.

20           THE COURT:  Okay.  Thank you.

21           How do you get the base, Orran?  How do you go

22   about that?

23           MR. BROWN:  On the extraordinary injury claims?

24           THE COURT:  Yes.

25           MR. BROWN:  Your Honor, there's two kinds of claims.

1    There's economic damages for past wages, lost wages or economic

2    or medical expenses.  You have to have $250,000 to be reimbursed

3    for those who qualify.  We also have a category of special

4    medical injury for folks who feel like their injury was in

5    addition to beyond that that is reflected in the underlying MI or

6    IS grids.

7                We will take the submissions.  And for the economic

8    damages, it's a fairly objective, mathematical review to see what

9    they have shown us.  We have specified what they have to give us

10   for tax returns and W-2s to show that the wages or income from

11   self-employment from the period from their heart attack or stroke

12   up to the date of the settlement agreement, which is 11/9/07.

13               We will go through all those materials and make the

14   mathematical calculation of how much income they would have had

15   during the period that they didn't work, and make an award or

16   determination about whether they are above or below $250,000

17   total, and if so, what that number is.  And then that becomes

18   their base economic damages award.

19               On the special medical injuries, it is not as

20   objective mathematically.  We have specified as best we can what

21   parties can submit any injury they think is truly catastrophic,

22   truly extraordinary, but we have to sort through the medical

23   records on those claims to see whether the injuries fall into

24   that sort of extraordinary or catastrophic category.  That is

25   going to depend a lot on what we get.

1          We didn't -- we and the parties did not want to

2    codify, rigidly, definitions of what that type of injury is

3    because it's one of the things you don't really know until you

4    see it.  And so once we see the submissions, we will -- we're

5    sifting through them as we get them now, but we'll go over them

6    and then go over the categories with the parties to get -- make

7    sure we're comporting with their intentions about how the program

8    is supposed to work, and then determine a damages award for a

9    special medical, extraordinary medical injury, not economic loss

10   injury.  And we're still working with the parties on how to

11   quantify that.

12          Most likely the way we'll come up with a base award

13   on a medical injury is to find a type of injury in the existing

14   underlying grids that it's more like, what level it would be on,

15   or what level the claimant would have been on had their injury

16   they're claiming now put them on a higher compensatory level, and

17   that's the mathematical calculation for their award.

18          What we were -- we had worked out the criteria for

19   those steps, and we're trained and ready to go on how they're

20   going to be reviewed.  All of the 38 we've already gotten we're

21   reviewing now.  We haven't issued any notices, and really won't

22   until the September 9 deadline passes because people can still

23   send us material until then.

24          THE COURT:  Okay.  I got it.  Thank you.

25          MR. BROWN:  Thank you, Your Honor.

1         MS. GREER:  Good morning, Your Honor.  Lynn Greer from

2    Brown Greer, and I would like to give the Court an update on

3    where we are in the claims process.

4              This slide has stayed fairly constant over the last

5    status conferences, showing that the MI claims are comprising

6    about 63 percent of the total claims population that we have.

7    The total number of claims submitted is 48,422.

8              This slide is a bit different.  In the past

9    conferences, we had a row for claims where the injury type had

10   not been specified by the law firm.  That was running about

11   one percent of the claims.

12             Since the last conference, we went ahead and sent

13   gate failure notices for those claims to try to force the issue

14   and told the firms that they had to send back a claims form that

15   alleged an injury.  So those have been cleaned up and have now

16   joined the regular gate process.

17             This slide shows where we are in the gate process

18   for the MI claims.  And the first row shows that there are no

19   claims pending in the initial gate queue for MI claims.  So we

20   have looked at every MI claim, initially, for gate purposes, and

21   there are no more claims in that queue.

22             Row 2 shows 252 claims.  The title of that row is

23   "Initial CA Review, Complete QC, Pending."  Really, a lot of

24   these claims are ones that we have already looked at once, we

25   have sent gate failure notices on, and the firms have submitted

1   to us additional documentation attempting to prove eligibility.

2   We call these our "secondary review."  We're looking at those

3   again to see if that documentation will pass the claims.

4          Row 3 shows that there have been 17,697 claims

5   found eligible for gates and for the program.  And claims given

6   to that row, if we have passed them as claims administrator, if

7   the gate committee has passed them, or if Merck has considered

8   them as part of its unilateral push rights and found them to be

9   eligible for the program.

10          Currently there are over 11,000 notices of

11  ineligibility that have been issued that have not yet been

12  decided.  And so claims that go into that 11,300 are either those

13  that we have sent notices to the claimants on initially and they

14  are still within their 21 days to submit the materials to us,

15  there aren't -- there are fewer than a thousand such claims out

16  there now because we're at the end of this process.

17          The other claims that are in there are ones that

18  are currently under consideration by Merck to push into the

19  program.  So we have denied them and the gate committee has

20  denied them, and Merck, as part of its rights, can consider

21  whether to put them in the program, and they have a reasonable

22  time within which to do so.  And we expect and they have said

23  they will make all of those decisions by the end of June.

24          Row 4(b) shows that the gate committee has right

25  now, and was last night, only 656 MI claims that they have not

1  decided yet.  So a lot of progress has been made on the gate's

2  front and with an effort -- combined effort to get these claims

3  paid by the end of September.

4              The status of the MI points claims are that through

5  May -- we issued the May payments last week -- there are 11,543

6  claims that have received interim payments.  For the June

7  payments, the deadline for accepting points awards is at the end

8  of this weekend, but we need decisions by the end of Sunday,

9  May 31st.  But right now, almost 1,200 claimants have accepted

10 and will definitely be paid in June.

11             There are another over a thousand that could come

12 in between now and Sunday asking to be paid and accepting their

13 awards.  And about less -- just a little under 400 are currently

14 on appeal.

15             The rest of the slide shows you where the remaining

16 claims of that 17,000 are.  We have 166 that have made it through

17 our process, but we need to take one more administrative step

18 before we can issue those notice of points awards.

19             There are 181 where we need to do our final quality

20 control check.  720 -- and this is running about 10 percent of

21 the claims that reach this point -- are incomplete.  We can't go

22 forward, and so we've sent notices to the firms telling them what

23 we're missing, asking for records, and they are either trying to

24 get the records or they told us that they can't.

25             There are 284 MI claims that we have commenced

1  review on.  And that last number, which is hard to see, is a

2  little over 2,100 that have recently come out of the gate process

3  that we are now looking at and will be looking at for points

4  awards.

5              This is the slide we discussed over the last

6  several conferences to show us if we're on pace with being able

7  to issue MI payments at the end of September.  We feel confident

8  that we are.  We have a total, again, of over 30,000 MI claims.

9              And when you go through the slide, Your Honor, and

10 you see that when you back out those that probably will not pass,

11 what we were estimating, a combined pass rate of 70 percent,

12 which will give us a little over 20,000 claims that we will need

13 to pay in September.

14             We've already made 11,500.  There are another 2,260

15 that we can pay in June, and that leaves a little over 7,500

16 claims to review and pay by the end of summer in time to be able

17 to make the payments in September.

18             We are hoping that the appeal rate stays at

19 15 percent or less.  Right now that has held steady over the last

20 couple of months.  We don't anticipate, and hope that that appeal

21 rate does not increase, because that will just create additional

22 layers in time.

23             In the interest of time, Your Honor, I will not

24 read this.  But for the benefit of those listening on the phone,

25 these slides we made available in the afternoon of the status

1   conferences on our website.  So it's Brown Greer --

2   www.BrownGreer.com/Vioxxsettlement.  And over on the left-hand

3   side of the website, those who are interested can review these

4   slides.  But this slide shows the average points that we are

5   finding in the MI claims that we reviewed for points by injury

6   level.

7            Again, Your Honor, I won't read every number on

8   this slide, but what this slide shows is that, to date, through

9   May, we have paid almost a billion dollars in interim payments

10  for heart attack claims, over 978 million.  And with those claims

11  that are eligible for payment in June, we're can surpass the

12  $1 billion mark for interim payments.

13       THE COURT:  And you're still running about 70 percent of

14  the claimants?

15       MS. GREER:  Yes.  A little -- a little under that,

16  Your Honor.

17            The stroke status, we, again, have focused most of

18  our resources on the heart attack claims.  However, we do have a

19  dedicated team of reviewers who continue to work with stroke

20  claims, ever mindful of the fact that we need to be processing

21  these as quickly and efficiently as MI claims.

22            We have less than a thousand claims in the initial

23  stroke queue.  There are almost -- there are a little over 9,000

24  that we have looked at at least once that still needs to have

25  quality control review performed on them.  There are about 5,000

1   that have been reviewed eligible for points.  About 2,600 notices

2   of ineligibility have been issued, and gate committee only has

3   165 stroke claims that they are considering now.

4            We have paid over 1,300 stroke claims.  Another 700

5   could be paid in June.  And the rest of the slide, Your Honor,

6   just shows, again, the various steps of where we are in the

7   review of the stroke claims.  We have 1,326 that have been

8   reviewed at least once.  We are QC-ing these to make sure the

9   awards are correct.  That's the biggest bucket here on this

10  slide, but again, we are continuing to make steady progress the

11  stroke reviews.

12           This slide shows that, through May, we have paid

13  over 21 million to stroke claimants.  And with the claims that

14  could be paid in June, that number could can exceed 58 million.

15           This is the corresponding slide to the MI average

16  point slide, and this shows the average points, after we've

17  reviewed these claims, of where the stroke claims are coming in

18  on the average by injury level.

19           THE COURT:  Do you have any breakdown as to the

20  percentage of strokes that are getting through the gate?  Is that

21  higher or --

22           MS. GREER:  It's lower, actually, Your Honor.

23           THE COURT:  It's lower.

24           MS. GREER:  It's lower.

25                We don't have -- because it's still, relatively

1    speaking, preliminary, we're don't have a sense yet of how the

2    gate committee or Merck will consider these claims.  Our claims

3    administrator review is finding that fewer are passing than the

4    MI claims did.

5           Your Honor, this last slide is just a summary of

6    the gate committee.  I know there's been a lot of talk over the

7    last several months about the focus the gate committee has had

8    and the commitment they have had to review claims and make sure

9    the claims have come through their process.  And I think this

10   slide illustrates how hard they have been working to make that

11   happen.

12          There have been over 22,000 decisions the gate

13   committee has rendered.  Only 821 combined MI stroke claims are

14   pending on their portal, which is the way that we submit the

15   claims to them to review.

16          Only seven claims have been pending for more than

17   60 days.  The majority of those are stroke claims.  Again, they

18   have focused on the MI claims first.  And 500 of the 800 have

19   been pending with the gate committee for less than a week.

20          Since March the 1st, they have averaged over 1,355

21   votes per week.  So they have done their part to make this

22   program work successfully, and all assignments point to being

23   able to issue the final payment at the end of September.

24          THE COURT:  Just from the standpoint of commenting on it

25   as a process, I think the gate committee is a key component of

1  any program.  I've dealt with a number of MDLs, and I think that

2  the gate committee adds something to it.

3            I know some of my colleagues are a little concerned

4  about the gate committees because they feel that it is a

5  bottleneck, but that has not been my experience.  I think they

6  bring to it some practicality that sometimes programs don't

7  offer, and this injects something into that.  I think from both

8  sides it makes a lot more sense.

9       MS. GREER:  Your Honor, if I could just add one more

10  thing.  In April we announced that we were tightening up on

11  deadlines related to claims submissions.  And I want to commend

12  the firms and counsel who have really worked very hard to comply

13  with those deadlines.  We've had very few, relatively speaking,

14  ask for extensions.

15            We now, when we issue points awards, we make it

16  very clear in the banner of the notice itself that there are

17  deadlines to respond to those points awards, and that they have a

18  very limited time within which to submit any additional records.

19  That is going to be the pressure point over the summer.

20            As we issue several thousand additional points

21  awards, we urge counsel to make decisions to appeal quickly and

22  to please give us records quickly.  We will not grant extensions.

23  We cannot make extensions and make that payment.

24       THE COURT:  Yes.  From the Court's standpoint, I urge

25  them to do so.  I'm going to enforce the cutoffs.  It's important

 1   because if we don't do that, then the whole program gets

 2   jeopardized and we can't make final payments, and that's a

 3   problem.

 4          Secondly, my view of the MDL is that it's got a

 5   beginning, and hopefully has a middle, but it's got to have an

 6   end.  I'm very conscious of that, because everything you read,

 7   the criticism of the MDL is that it can become a black hole where

 8   cases just languish and sit there and gather cobwebs, and then

 9   people just throw up their hands and say I quit, and that's not

10   the way a system ought to work.

11          This case worked fast, but also was well handled,

12   and I think that's the way it needs to be done.  So I'm

13   interested in an end game gain, a final distribution of the

14   funds.

15          MS. GREER:  Thank you, Your Honor.

16          THE COURT:  Thank you.

17          Lien administrator is the next item on the agenda.

18          MR. HERMAN:  Your Honor, Matt Garretson is here.

19          I do want to say, Your Honor has lectured on

20   professionalism and written on professionalism.  The PNC and the

21   members of the Merck negotiating committee that worked so hard,

22   the gates committee, have handled their issues with the highest

23   degree of professionalism that I've seen by opposing parties, and

24   thank Brown and Greer, who has done an outstanding job.  They've

25   hit every mark that was forecast.

1          MR. GARRETSON:  Your Honor --

2          THE COURT REPORTER:  I'm sorry.  Could you state your

3    name and spell it.

4          MR. GARRETSON:  Yes.  Matt Garretson, G-A-R-R-E-T-S-O-N.

5    I'm here to report as the lien resolution administrator.

6                I'll go quickly today through the government

7    healthcare liens as there's not a lot of substance, other than

8    the few items to report since the last hearing.

9                With respect to Medicare, we still are seeing a

10   very low rate of appeals or reconsideration of the amount that's

11   been applied to the claimants' awards.  To date, we've received

12   only 148.  That's just a few more since the last hearing.  That

13   means only 1.4 percent of the Medicare-entitled claimants have

14   been asking us to reconsider the amount of the Medicare deduction

15   applied to their award.

16               As I reported in recent months, the trend continues

17   that most of those are resolved simply through educating the

18   claimant as to why that amount was deducted.

19               Also, as I reported, we're continuing to work with

20   CMS, the Centers for Medicare and Medicaid Service to address a

21   very small subset of ischemic stroke claimants for whom the

22   current global resolution program we believe would require a

23   disproportionate percent of their gross settlement payment to go

24   back to Medicare.  So we have a hold placed with Brown Greer on

25   that small subset of claimants which we think is in their best

 1   interest for us to go and try to get a commitment to lower the
 2   reimbursement amount for that subset.
 3            Further, with respect to Medicare, at the last
 4   hearing, Doug Marvin mentioned the need to address the
 5   Medicare/Medicaid SCHIP Extension Act, the new act with respect
 6   to Medicare.  And I'm happy to report that we coordinated that
 7   since the last hearing with Medicare and with Merck and the
 8   defendants here, so everything is on track there, Your Honor.
 9            With respect to Medicaid, at the last hearing -- or
10   at least it was the March hearing -- you asked me to report on
11   the status of the claims or the states that have yet to provide
12   us the claim data we need.
13            At that time, there were six states.  I'll just
14   give you a quick review, Your Honor.  Tennessee and Kentucky have
15   both submitted their claims since that March hearing.  We are
16   experiencing some issues with that claim data.  It's incomplete.
17   We're going back to them.  I will keep you informed if we need
18   the Court's help there.
19            I also mentioned that Puerto Rico was experiencing
20   some unusual turnover in the governmental agency, and they are
21   experiencing delays, but the new individuals are engaged and we
22   expect their claims data shortly.
23            DC and Hawaii are in the process of submitting
24   claims.  They account for 25 percent of -- or 25 of the claims
25   outstanding, so it's not a big issue.  And we're experiencing

1  some issues with Nebraska, but they are engaged as well,

2  Your Honor.

3            So with respect to those six states, we have not

4  yet received audible -- audit-able claims histories, but they are

5  in the process, and so I do not think any further action will be

6  needed at this time from Merck.

7            We have received 80 percent of all the Medicaid

8  claims data we will need throughout the course of addressing over

9  16,000 Medicaid claims.

10            I also wanted to mention with respect to Medicaid,

11  that often, because of our role in addressing who has Medicaid,

12  we are often brought in to -- by counsel the discussion of

13  whether or not those claimants who are Medicaid entitled may

14  preserve their government benefit eligibility by way of a special

15  needs trust.

16            With respect to that, Your Honor, on May 15th, we

17  did draft a proposed protocol for the Court's consideration that

18  we believe has worked effectively in other MDL settlement

19  programs.  That protocol would address a procedure for us to file

20  a petition and corresponding order for claimants who desire a

21  special needs trust to preserve their Medicaid eligibility.

22            With 16,000 or more Medicaid-eligible claimants, as

23  you can imagine, this would be thousands of submittals.

24            THE COURT:  Right.

25            MR. GARRETSON:  And basically what this process would do

1  would just allow us to attest that the documents meet the state

2  and federal requirements that the claimant meets the state and

3  federal requirements, and that way, the Court would not be

4  inundated with thousands of individual requests.

5          That brings -- one quick note.  On other

6  governmental liens, we are experiencing some delay with some of

7  the governmental programs.  The VA in particular, through no

8  fault of their own, it's just the way that program is designed,

9  we have to go to every treating facility that those veterans have

10  treated at to get their records.  And so those are taking some

11  time, but I expect that we'll continue to work through those

12  issues.  And again, I'm just updating the Court, and I do not

13  believe we need any assistance at this time.

14      THE COURT:  Keep me in the loop because I will do what's

15  necessary.  Again, I should say that I do appreciate the help and

16  support that the Court has been given by the governors' offices

17  in many of those states, and their attorney generals have been

18  very kind to us, and I appreciate their work.

19      SPEAKER:  Likewise, Your Honor.

20      MR. GARRETSON:  Let me turn now, if I may, to the

21  third-party private lien resolution program that we addressed at

22  the last hearing.

23          In April, I reported that we were working with the

24  PSC and the third-party payor committee to implement the

25  procedures and protocols called for in their Memorandum of

1  Understanding, which created that private lien resolution

2  program.

3         I think, as the Court and the parties are aware,

4  this is a voluntary program that allows claimants to extinguish

5  possible private liens and ERISA obligations through a uniformed

6  program.

7         I described in the past the participation materials

8  and forms that have been provided to claimants through their

9  primary counsel, as well as by the *pro se* curator.  Those

10 materials, should anyone want to view them or have not seen them

11 yet, are available on the current development section of the

12 Vioxx MDL website, as well as the Brown Green web portal.

13        The initial participation period for that program

14 concluded just prior to the last hearing.  At that time we had

15 received an election to participate from approximately 16,500

16 *Vioxx* claimants.

17        We also previously reported that the third-party payor

18 committee, which include both the original group of planned

19 representatives by Mr. Sobel (phonetic spelling) and the Ralings

20 and Associates organization, as well as a new wave of plans

21 largely represented by the Levy Phillips law firm, had opted not

22 to exercise their walkaway rights.  And therefore, the program

23 was moving forward with one caveat, and that was that we send

24 supplemental mailings to a certain group of claimants who had not

25 yet elected to participate in the program as of that deadline.

1        Accordingly, at the Court's direction, we sent the

2   primary counsel a set of new letters that they could then, in

3   turn, send to a very targeted group of nonparticipating claimants

4   informing them of the extended deadline and asking them to

5   reconsider their decision and informing them that many other

6   private health insurance providers have signed up for the

7   program, and so it might be important for them to review the

8   program again.

9        That e-mail was sent on April -- or those letters

10   and those packages were sent to primary counsel and the *pro se*

11   curator on April 23rd, with instructions to have forms returned

12   by today, postmarked by today.

13        That supplemental mailing included very -- those

14   specific claimants in a spreadsheet who had not elected to

15   participate and who were likely thought to be in a Medicare or

16   Medicaid type of supplemental plan that has been not issued

17   through the federal government.  So it wouldn't be resolved in

18   that governmental program, but would have to be resolved on the

19   claimants' own or pursuant to this program.

20        We also sent letters, sample letters to people who

21   had already been put on notice by a provider.  So it was

22   important for them to see that this might yield a better result.

23        As of today, I can report that more than 1,800

24   additional claimants have mailed participation forms after having

25   received these supplemental letters.  And based on our

1    experience, since the deadline was just today, most firms are

2    probably aggregating those and will send them on to us.  So I

3    estimate an additional 500 forms will be received.  That will

4    bring our total up another 2,500 or so to approximately 19,000

5    participants in the program.

6                I should also report on the status of plans that

7    have elected to participate according to the terms and conditions

8    of this program.  The list grows daily.  Since many claimants did

9    not or would not know, necessarily, the name of the health

10   plan -- many of them think it's their employer; they don't

11   understand it could be Blue Cross or Blue Shield -- they think

12   it's, you know, whatever, the steel company they work for.

13               Since many people don't know the names of their

14   plan, we said send in the forms if you like the terms of the

15   program, and we will go out actively to see if we can encourage

16   your plan to participate.

17               As of today we've added over 180 new plans.  That's

18   up from 164 at the last hearing, So now we have a total of

19   approximately 300 plans participating.  We expect two to three

20   hundred more to voluntarily elect to participate by the next

21   hearing, given the status of our discussions, and that would

22   leave a few hundred more that have yet to respond.

23               So I may ask the Court for some assistance, perhaps

24   for a letter that we could send maybe to those plans' notice

25   agents to get their attention so they at least read it and

1  consider participating in the program.  What I would envision,

2  Your Honor, is asking for that in June, and then giving those

3  plans 30 days to respond.

4          With respect to the plans, having seen some of the

5  data already for those who were the first 16,500 to enroll, we

6  have some interesting statistics as of this morning.  When we

7  submitted that list of 16,500 claimants to the plans who had

8  agreed to participate exclusively to the terms of this program,

9  20,000 plans responded against the 16,500 that they had a hit.

10 Now that -- what we have yet to do is scrub that down to make

11 sure it's within the applicable dates and applicable injury.

12         We expect that 75 percent of the claimants who

13 choose to participate will actually be matched with a plan that's

14 participating within the prescribed time period and will have

15 reported injury-related care to be resolved, which I think is a

16 phenomenal result.

17         Finally, just this past Friday, the Court issued an

18 order approving the settlement program with the private

19 third-party payors, and we thank the Court for its prompt

20 response to that end.

21         Also, the settlement agreement that the -- stated

22 that the -- between the PSC and the third party payors that we

23 would go through a process of matching to determine what

24 percentages of the entire universe of claimants participating in

25 this program, participating in the Vioxx settlement program, are

1    actually participating in the lien resolution program.

2            We have, in that order that was signed that I

3    mentioned, that contemplated matching process was approved

4    pursuant to a stipulated protocol in a manner that protects,

5    absolutely protects claimants' identifying information.  And I

6    would be prepared to report on this effort and the result of that

7    extended process at the next hearing.

8            So with that, Your Honor, I conclude my report as

9    lien resolution administrator for this month.

10           THE COURT:  Okay.  Fine.

11           In this particular case, we've tried something new

12   in the sense of stepping out the governmental lien approach to

13   private plans, and there was a little concern initially for doing

14   this, but it's worked well.  It's worked for the benefit of the

15   lienholder, but primarily it's worked for the benefit of the

16   claimant.

17           This is an opportunity for the claimant who owes a

18   lien to be able to get a substantial discount on that lien simply

19   because they are one of a group.  From the lienholder's

20   standpoint, it takes away a lot of transaction costs that they

21   might ordinarily have, so it's worked out.

22           The challenge in it is that there are certain

23   walkaway rights and requirements percentage wise, and you have to

24   give both sides some comfort, that they are able to test that to

25   make sure that the percentages are appropriate, and also give the

1  privacy to the individuals.  So we've tried to steer a course

2  that handles both of those issues, and you have been a key part

3  of it, Matt, and I appreciate all of the help that you've done.

4          MR. GARRETSON:  Thank you, Your Honor.

5          MR. HERMAN:  May it please the Court, Special Master

6  Juneau is here to report.

7          SPECIAL MASTER JUNEAU:  Your Honor, for the record,

8  Patrick Juneau, Special Master, and I will make the report very

9  brief, Your Honor.

10          We have had 575 appeals, 546 of those have been

11  decided.  We have under consideration only 29 currently.  I would

12  like to make one comment, because it came up through some

13  correspondence I received.

14          The way the system is set up is very unique,

15  Your Honor.  As soon as these appeals are filed and the data is

16  gathered in the form of positions taken by Brown Greer, they post

17  that on a separate privileged portal that we have, and those

18  appeals are immediately transmitted to the Special Master.  And

19  we have set up an assignment system amongst the three special

20  masters.

21          It's not just the appeal, it's the entire record

22  that we have access to.  And they do this on a rolling basis so

23  that it's not held for a month or two weeks or three.  It's done

24  on a daily basis.  Because of that, we are able to get appeals.

25  We'll get appeals late at night, sometimes get them early in the

1    morning.  And because it rolls fast like that and we have access,

2    immediate access to the data that's in the claim file, the entire

3    file, we are able to, at that time, even at odd hours, to address

4    those matters and make rulings.  I think that's been largely

5    attributable to the fact why we've been able to do that.

6              In the days, even your days, Judge Fallon, and my

7    days, you would wait, you know, a week to get the data.  We'd put

8    it thought a Xerox machine, we'd read it and render an opinion,

9    and two months later the opinion would come out, if everything

10   worked out.  This is not that process.  This is a lot more fluid,

11   a lot more prompt.  And I think we're going to continue to see

12   that process develop like that.

13             The system has worked very well.  Other than that,

14   I don't know of any glitches that we have to address, and I

15   conclude my report, Your Honor.

16        THE COURT:  Fine.  Fine.  We were concerned about a

17   bubble, but you all were aware of it and were able to gear up for

18   it.

19        SPECIAL MASTER JUNEAU:  Yes, and we were prepared to

20   handle it.

21        THE COURT:  Great.  Anything on class actions?

22        MR. HERMAN:  Your Honor, we're --

23        MR. MARVIN:  Nothing, Your Honor, other than the fact

24   that since the last status conference, the Court entered an order

25   on May 5 dismissing the personal injury and the medical

 1 monitoring classes.

 2          THE COURT:  Anything on state/federal coordination?

 3          MS. BARRIOS:  Good morning, Your Honor.  Dawn Barrios

 4 for the state liaison committee.

 5          I know that we're all moving along because your

 6 jury is here, but I would be remiss in not thanking Nathan for

 7 everything that he's done.  Not only has he been incredibly

 8 responsive to all of my inane questions, but he's reminded me at

 9 times of things I needed to do when I didn't have it to him on

10 time.

11          So I wish you well, Nathan, and I hope you stay in

12 the New Orleans area.  And on behalf of all the Louisiana firms

13 in the courtroom, I'm sure that any of us would be happy to hire

14 you after you finish your tenure at the Big 5.

15          Your Honor, this month I'm happy to report that we

16 have had a substantial reduction in the amount of remands.

17 Technically, we have 1,866 pending, but of the number, only 32

18 are really ones that we have to ultimately pay attention to.

19 There are 27 of them pending in the government action,

20 third-party payors, and 21 pending for the post settlement

21 filings.  So we're moving along very well with that, thanks to

22 Brown Greer, and also to the curator's office.

23          THE COURT:  Okay.  Thank you very much.

24          *Pro se*.  Anything from *pro se*?

25          MR. JOHNSTON:  Your Honor, Bob Johnston, curator for the

1    *pro ses.*

2              Continuing with the prospective you've asked to

3    show that jury, wherever it may be, and the Court's desire to

4    move on with the trial, I really think the best thing to do is

5    to -- for the record, tell the Court that we have filed our

6    latest status report.  It contains all of the information.

7    Status quo, we continue to receive the communications that

8    continue from the *pro ses*.  We interact with Brown Greer.

9              And I think the only other thing I would like to

10   say is that consistent, I am sure, with the high quality of work

11   that you have seen that Brown Greer have provided to the

12   settlement process, equally, the curator's office, I can't

13   compliment them high enough.  It has been a pleasure to work with

14   them.  I know that it has facilitated the assistance to the

15   *pro ses*, and we're all very fortunate to have that claims

16   administrator.

17             THE COURT:  You're right.  I also appreciate your work

18   on the matter.  In a matter of this sort, we've got very capable

19   and high-powered attorneys, but not everybody is represented by

20   those individuals.  So we have a lot of *pro ses*, and I don't want

21   those to get left in a lurch.  So I got a well qualified,

22   high-powered attorney to represent them, and that's you, and I

23   appreciate all the work.

24             MR. JOHNSTON:  I'll tell my wife you said so.

25             MR. HERMAN:  High powered?

1          MR. JOHNSON:  Yeah, high powered.

2          THE COURT:  Trial package from the MDL.

3          MR. HERMAN:  Tough when you belong to the same study

4    group in law school.

5                    Trial package.  There may be some

6    conception -- a misconception that the work of the PSC somehow

7    was arrested at the time a settlement was originally announced.

8    However, we've continued to work on trial packages very quickly.

9    The trial package has been substantially supplemented in terms of

10   two particular issues, stroke and biostatistics, as well as

11   others.

12                   After -- at such time as Your Honor orders a

13   structure for the Attorneys General and governmental folks, the

14   third-party payors are -- already have a structure.  We will have

15   for Your Honor, in closed court, the supplement to the trial

16   package first, and then we will have a view of the entire trial

17   package by such governmental lawyers and third-party payor

18   lawyers as wish to view it.

19                   In terms of the third-party payor cases, there are

20   three different items on the agenda.  I'm going to ask Mr. Seeger

21   to step forward and please give a brief an account, and we'll

22   handle all three of those subjects to Your Honor's inquiry.

23         MR. SEEGER:  Excuse me, Your Honor, one second.

24         MR. HERMAN:  Sit down, Chris.

25         MR. SEEGER:  Judge, I was in a moment.  I was sleeping

1  for a moment.  I wasn't sure what I was addressing.

2           MR. HERMAN:  I'm supposed to have the senior moment.

3           MR. SEEGER:  I heard my name.

4           MR. HERMAN:  Your Honor, in terms of the third-party,

5  Your Honor, in terms of this issue, there is a structure in

6  place.  Secondly, there have been master sets of discovery

7  exchanged between the parties, the opposing parties.  In addition

8  to that, the matching process that was supposed to go forward has

9  gone forward.

10          MR. SEEGER:  Yes.  And Matt reported on it.

11          MR. HERMAN:  Yes.  Your Honor, that takes care of

12  several issues regarding third-party payor, subject to your

13  inquiry.

14          THE COURT:  We've got two matters that have to be

15  addressed.  One is the third-party and the other is the

16  governmental actions in this matter.

17           The MIs and the ischemic strokes have been

18  resolved.  As we know, some 50,000 claims, or thereabouts.  We

19  are now focused on third-party payor cases.  I put some structure

20  into that aspect of the case.  And now I'm trying to deal with

21  the Attorney Generals for the 50 states who asserted claims on

22  behalf of their state Medicare and Medicaid.

23           The defendants, of course, in those cases have some

24  structure.  We need to put some structure into the

25  Attorney General cases, and I'm going to look to the attorneys to

1   make some suggestions on it.  I need a lead counsel and the other

2   committee counsel.  And Dawn, I would like you to be liaison on

3   that group and interface with the Court on that.

4           MS. BARRIOS:  Thank you, Your Honor.

5           THE COURT:  But Elizabeth, I'll look to you to report on

6   some structure.  I need to push that.  I hope we can get some

7   structure.  I will also look to you, Jim, to come up with some

8   form and fashion as quickly as possible.  You're the first up,

9   Jim, so you're going to need to focus on other issues, but I need

10  you on that committee also.

11          MS. CABRASER:  Your Honor, we're in the process of doing

12  that.  And we will get something to do as soon as we possibly

13  can, hopefully early next week.

14          THE COURT:  Jim, make your appearance for the record.

15          MR. HERMAN:  That was Ms. Cabraser, Elizabeth Cabraser.

16  And I know that after Mr. Dugan speaks, Mr. Barnett and Mr. Dugan

17  want to address the Court regarding conferences they had

18  yesterday among AG and Merck representatives.

19          THE COURT:  Okay.

20          MR. DUGAN:  Yes, sir.  Very quickly, Your Honor.

21  James Dugan on behalf of both private and public third-party

22  payors.

23              As the old saying goes, Your Honor, be careful what

24  you ask for, you just might get it.  Well, we have it,

25  Your Honor, and I'd like to thank Mr. Herman, Mr. Davis,

1  Mr. Seeger and Merck for helping facilitate in kicking these

2  cases off.  We appreciate that, Your Honor.

3              Yes, the private cases are going smoothly since

4  Your Honor has put CMOs and structures in place.  When Mr. Davis

5  contacted me last weekend and let me know that Your Honor was

6  looking for some similar structure on that side, we had a

7  conference call this past Tuesday where some nominations were

8  made and a draft is floating around.

9              We had asked for comment back yesterday.  I got

10  several comments back.  I think it's very instructive that the

11  parties hear that Your Honor absolutely wants a structure.  We

12  have a conference call on Tuesday of next week, of which we'll

13  report back to the group, and we hopefully will have a proposed

14  organizational structure to Your Honor by Wednesday of next week.

15             THE COURT:  I'm aware that the Attorney Generals of the

16  United States of these various states have their own ways of

17  doing things, but I'd like to have some organization in place.

18             Do we have any states that are dragging their heels

19  in any way?

20             MR. DUGAN:  No, Your Honor.  I wouldn't say dragging

21  heels at this point.  It was first proposed to the group last

22  Tuesday -- I'm sorry -- last Wednesday, so it was this Tuesday.

23  So it's been a relatively short period of time.

24             I have no doubt, Your Honor, that after one more

25  call that we'll be able to get an overwhelming majority of

1   support for whatever structure that we put in front of

2   Your Honor.

3         THE COURT:  I really need their help, and that will help

4   me really put some priorities on dealing with motions to remand.

5   If I don't have any structures, it's going to be hard for me to

6   focus on those issues.  So that will facilitate me.

7         MR. DUGAN:  That is a very good point, Your Honor.  Very

8   good point.

9         One small individual issue, Your Honor.  On the

10  private third-party payor schedule, we're working through the

11  bellwether process.  The next big date on the schedule is

12  June 10th.  And June 10th, if Your Honor remembers, we picked 20

13  original bellwethers.  Both sides are going to pick five, so it's

14  going to narrow it down to ten.

15        Then we have the strike process.  My request to

16  Your Honor is that either we have a status conference by phone on

17  June 11th to work the strike process, because the next date,

18  two weeks after that, is Merck is going to file their motions to

19  dismiss.  So it's very crucial that we know exactly who the six

20  trial plaintiffs are going to be at that point.

21        THE COURT:  All right.  Okay.  Why on the phone?  I'd

22  like to see people in person, if we can do that.  I don't have a

23  problem with that date, but this is a serious thing, the

24  striking, so I like to hear from them.

25        MR. BEISNER:  Your Honor, John Beisner from Merck.  I

1  guess one other thing I need to talk about is what that date is

2  going to be.  We still need to agree under the order to have the

3  discovery processes complete.  And we're ready, but I think we'll

4  reach agreement on that.

5       THE COURT:  Why don't you all both get together and give

6  me a date, and I'll do that.  We need to do the strikes soon.

7       MR. BEISNER:  Yes, because what we -- we need to have, I

8  think, under the order, the discovery complete.  And then there

9  is a 14-day period, but we can agree on a date and we'll talk to

10  Your Honor about the date for doing that.

11       THE COURT:  Okay.  All right.

12            When can you get back to me, gentlemen, on the

13  organization of the Attorney Generals?

14       MR. DUGAN:  I will get back to you next Tuesday,

15  Your Honor.

16       THE COURT:  Okay.  Let's do that, then.  Tell them I

17  need some structure.  If not, I'm going to come up with it.

18       MR. DUGAN:  Will do, Your Honor.  Thank you very much.

19       THE COURT:  Discovery issues is the next item.

20       MR. HERMAN:  I ask that either Mr. Marvin or Mr. Barnett

21  to step forward and talk about the various discovery issues that

22  have been handled.  I know there was a discovery conference

23  yesterday.

24       MR. BARNETT:  Good morning, Your Honor.  Ben *Barnett* on

25  behalf of Merck.  Just to cover quickly the TPP cases, we did

1    produce, I believe, two days ago all the documents that Merck had

2    produced to date in the New Jersey third-party payor cases.  All

3    of those have now been produced to Mr. Davis so that they can be

4    put in the PSC depository.

5              And in addition, we have produced not only an index

6    of that production, but an updated production of all the

7    documents produced to date here in the PSC.

8              THE COURT:  You have about 10 million of those now?

9    Where are you?

10             MR. BARNETT:  I think we're a little north of 10

11   million.

12             In terms of AG actions, we have now had three

13   separate meet and confers on the past discovery to be served by

14   both sides.  We had a meeting last week in person in New York.

15   We had a teleconference on Wednesday of this week, and we met in

16   person again yesterday.  We are trying to resolve those issues

17   that we can, and we're also trying to honor the early court date,

18   trial date that Mr. Dugan has.

19             And we have -- we have discussed and are going to

20   try a program whereby we identify documents that Merck has

21   already produced that may be relevant to his matter, including

22   identifying, for example, Bates ranges for the 20 plus production

23   call notes that we did.

24             And in turn, Mr. Dugan is going to explore being

25   able to identify the Medicaid prescribers within Louisiana such

 1  that we can move forward to see whether there is additional

 2  material that might need to be produced consistent with an early

 3  trial date.

 4          We are obviously in close contact with Mr. Dugan

 5  about that and will continue to work with him.  Our hope is that

 6  that -- that may become the model for the state -- other state

 7  AGs.  Clearly there is not consensus on that point yet, but I

 8  think there is at least -- and obviously, Ms. Barrios, Mr. Dugan

 9  or Mr. Davis can correct me -- I think there is at least a

10  willingness to see if this sort of pilot program will be

11  satisfactory for the other state AGs.

12          So there's been, I think, significant progress

13  made.  We are meeting.  We are talking.  There are -- I think are

14  going to be some issues that we're not going to be able to

15  resolve, and there's obviously an agreement to bring those

16  promptly to the Court's attention for resolution.

17          And just to thank Ms. Barrios and Mr. Davis in

18  particular for helping to coordinate the meet and confers we've

19  had over the last couple of weeks.  I think they've been helpful.

20  Thank you.

21          THE COURT:  Thank you.

22          MR. HERMAN:  May it please the Court, just two quick

23  comments.  I've had a three-hour face-to-face meeting with

24  representatives of the New York AG yesterday, a very pleasant

25  two-hour meeting with representatives of the Florida AG.  I've

 1   had meetings with Mr. Dugan, Ms. Barrios.

 2              I just want the other governmental entities to know

 3   that if they want a face-to-face meeting, we're available to

 4   determine what discovery materials there are available and how

 5   they'll become available.  Once a structure is in place, it

 6   should be easy.

 7              I believe the next issue is item number 13.

 8   Mr. Marvin, pending personal injuries cases which *Lone Pine*

 9   reports have been served.

10              MR. MARVIN:  Yes, Your Honor.  Ms. Oldfather could not

11   be here today, but Ms. Oldfather and I have been speaking over

12   the course of the last several weeks.  And we will be calling the

13   Court early next week to set a date for a conference with the

14   Court.

15              THE COURT:  I have asked both of you all to get

16   together, and I understand that that had to be continued because

17   of some difficulties, but I do want that meeting to take place.

18              MR. HERMAN:  Item 14 has been handled by Doug.

19              Item 15 deals with some other *Lone Pine* issues.

20              THE COURT:  Motions?

21              MR. HERMAN:  There are six motions, I think, that Doug

22   has.

23              MR. MARVIN:  Yes, Your Honor, we do have several

24   motions.  But as the Court's custom has been in the past, we'll

25   be hearing these motions after the status conference.

1          THE COURT:  Right.

2          MR. MARVIN:  Thank you, Your Honor.

3          THE COURT:  Okay.  The fee allocation committee.

4          MR. HERMAN:  Yes, Your Honor.  There are two issues.

5          First of all, I want to thank Mr. Birchfield,

6 Mr. Blizzard, Mr. Levin and members of our firm and their firms.

7 We had an all-day meeting yesterday.  More than 30 firms were

8 either in person or in phone conferences to review cost

9 submissions.  Many matters have been clarified, and that process

10 is ongoing.

11         I want to advise the Court.  As the Court knows,

12 numerous objections were filed by May 2009 with regard to

13 attorney's fee, accounting benefit fees.  A number were filed

14 after May 8th on behalf of the PSC.

15         Your Honor, we don't challenge any late filings

16 that may have been made by objectors, and I believe it's now in

17 Your Honor's hands for what process Your Honor chooses.

18         THE COURT:  Right.  There are two issues here.  One is

19 the fee, and the other is the cost.  The plaintiff liaison

20 committee has filed a motion seeking eight percent of the case as

21 a fee.  This fee, of course, will come from the general fee.  The

22 primary attorneys and the PSC, the primary attorney's fees are

23 capped at 32 percent.  So any fee that the PSC gets will come out

24 of that 32 percent.

25         They asked for eight percent.  I put that on my web

 1   site.  Posted it.  I gave everybody notice.  And I've had a

 2   number of objections to it, and I'll be dealing with that,

 3   setting up a briefing schedule and also hearing date on those

 4   issues.

 5            With regard to costs, as we know in cases of this

 6   sort, there are held costs and there are shared costs.  The

 7   shared costs do not present, necessarily, a problem because we

 8   know what they are.  They have been posted.  They have been put

 9   up.

10            The held costs oftentimes present some

11   difficulties, and in order to resolve those difficulties, I've

12   asked the fee allocation committee to talk with anyone who feels

13   they have held costs.

14            I have also had those checked with by the CPA that

15   I appointed at the beginning of this litigation.  He's had an

16   opportunity to review all of those matters, check them for

17   accuracy, and now the PSC is reviewing them, and they will give

18   me some breakout as to what is not disputed and what is at least

19   still under consideration.

20            I will then focus on the latter and devise some

21   process of dealing with it so that we can resolve those issues,

22   and that's what I'm in the process of doing now.

23            With regard to the capping, I have a motion for

24   reconsideration of the capping.  As all of you know, I've

25   appointed Tulane Law Clinic to represent the litigants on that

1    issue.  I've heard oral argument, received briefing from the

2    parties, and I have it now before me and am in the process of

3    drafting my judgment on it.

4              Any other matters?

5         MR. HERMAN:  Your Honor has advised that at some point,

6    you will advise the parties as to a status conference for

7    briefing discovery.

8              THE COURT:  Right.  I will.

9         MR. HERMAN:  I don't know what revery Mr. Seeger was in,

10   but Mr. Davis, since Texas is the Number 1 seed has been in

11   revery, but I do want to thank my partner, who always does an

12   outstanding job.

13             Yesterday he coordinated three simultaneous

14   meetings, one reviewing costs, another for independent meetings

15   with AGs and then meetings with AGs and Merck.  And I don't say

16   enough about the excellence with which Leonard Davis performs,

17   but he's a great partner and an outstanding lawyer.

18             And Lennie, I really appreciate you.

19             I think, Your Honor, the other remaining matters

20   are Merck's motions, which Ms. Wimberly will handle as you

21   scheduled.

22             And Your Honor, we need our next meeting date.

23        THE COURT:  Our next status conference is June 24th.

24   I'll meet with the liaison counsel at 8:30, and I'll meet with

25   the general meeting at 9:00 o'clock, as we do always.

1          Okay.  Thank you very much.  The Court will stand

2    in recess.

3          THE DEPUTY CLERK:  Everyone rise.

4          (WHEREUPON, at 10:14 a.m. the proceedings were

5    concluded.)

6                    *    *    *

7

8

9

10

11                    REPORTER'S CERTIFICATE

12

13     I, Cathy Pepper, Certified Realtime Reporter, Registered

14   Merit Reporter, Registered Professional Reporter, Certified Court

15   Reporter, Official Court Reporter for the United States District

16   Court, Eastern District of Louisiana, do hereby certify that the

17   foregoing is a true and correct transcript, to the best of my

18   ability and understanding, from the record of the proceedings in

19   the above-entitled and numbered matter.

20

21

22                         *s/Cathy Pepper*

23                         Cathy Pepper, CRR, RMR, CCR

24                         Official Court Reporter

25                         United States District Court

# #

**#1657** [1] - 5:10

# $

**$250,000** [2] - 13:2, 13:16
**$5,000** [1] - 10:13

# 1

**1** [3] - 10:20, 19:12, 48:10
**1,200** [1] - 17:9
**1,300** [1] - 20:4
**1,326** [1] - 20:7
**1,355** [1] - 21:20
**1,800** [1] - 29:23
**1,866** [1] - 35:17
**1.4** [1] - 24:13
**10** [3] - 17:20, 43:8, 43:10
**10004** [1] - 2:7
**10038** [1] - 2:13
**10:14** [1] - 49:4
**10th** [2] - 41:12
**11,000** [1] - 16:10
**11,300** [1] - 16:12
**11,500** [1] - 18:14
**11,543** [1] - 17:5
**11/9/07** [1] - 13:12
**11th** [1] - 41:17
**13** [1] - 45:7
**14** [1] - 45:18
**14-day** [1] - 42:9
**1419** [1] - 2:9
**148** [1] - 24:12
**15** [2] - 18:19, 45:19
**15th** [1] - 26:16
**16,000** [2] - 26:9, 26:22
**16,500** [4] - 28:15, 31:5, 31:7, 31:9
**1625** [1] - 2:20
**164** [1] - 30:18
**165** [1] - 20:3
**1657** [1] - 1:6
**166** [1] - 17:16
**17,000** [1] - 17:16
**17,697** [1] - 16:4
**1710** [1] - 1:23
**180** [2] - 2:13, 30:17
**181** [1] - 17:19
**1890** [1] - 2:10
**19,000** [1] - 30:4
**19104** [1] - 3:4

**19106** [1] - 2:4
**1966** [1] - 7:5
**1st** [2] - 10:17, 21:20

# 2

**2** [1] - 15:22
**2,100** [1] - 18:2
**2,260** [1] - 18:14
**2,500** [1] - 30:4
**2,600** [1] - 20:1
**20** [2] - 41:12, 43:22
**20,000** [2] - 18:12, 31:9
**20005** [1] - 2:16
**20006** [1] - 2:20
**2009** [4] - 1:7, 5:2, 10:21, 46:12
**21** [3] - 16:14, 20:13, 35:20
**22,000** [1] - 21:12
**23** [1] - 4:7
**234** [1] - 1:19
**23rd** [1] - 29:11
**24th** [1] - 48:23
**24TH..................** [1] - 4:24
**25** [1] - 25:24
**252** [1] - 15:22
**26** [1] - 6:22
**27** [1] - 35:19
**284** [1] - 17:25
**29** [3] - 1:7, 5:2, 33:11
**2929** [1] - 3:4

# 3

**3** [1] - 16:4
**30** [2] - 31:3, 46:7
**30,000** [1] - 18:8
**300** [1] - 30:19
**30th** [1] - 10:1
**31st** [1] - 17:9
**32** [3] - 35:17, 46:23, 46:24
**33** [1] - 4:8
**34** [1] - 4:9
**35** [2] - 4:10, 4:11
**36103** [1] - 1:20
**3650** [1] - 3:8
**37** [2] - 4:12, 4:13
**38** [4] - 4:14, 10:9, 10:16, 14:20
**39** [1] - 4:15

# 4

**4(b** [1] - 16:24
**400** [1] - 17:13
**4160** [1] - 1:20
**42** [1] - 4:16
**440** [1] - 1:23
**45** [2] - 4:17, 4:19
**46** [2] - 4:20, 4:21
**47** [1] - 4:22
**48** [2] - 4:23, 4:24
**48,422** [1] - 15:7

# 5

**5** [3] - 4:5, 34:25, 35:14
**5,000** [1] - 19:25
**50** [1] - 38:21
**50,000** [1] - 38:18
**500** [4] - 2:3, 3:18, 21:18, 30:3
**504** [2] - 2:24, 3:19
**510** [1] - 2:3
**546** [2] - 2:23, 33:10
**575** [1] - 33:10
**58** [1] - 20:14
**581-3200** [1] - 2:24
**589-7779** [1] - 3:19

# 6

**60** [1] - 21:17
**63** [1] - 15:6
**656** [1] - 16:25

# 7

**7,500** [1] - 18:15
**70** [2] - 18:11, 19:13
**700** [1] - 20:4
**701** [1] - 3:8
**70113** [1] - 1:16
**70130** [2] - 2:23, 3:19
**70139** [1] - 3:8
**70602** [1] - 2:10
**720** [1] - 17:20
**725** [1] - 2:16
**75** [1] - 31:12
**77002** [1] - 1:24
**7:00** [1] - 6:23

# 8

**80** [1] - 26:7
**800** [1] - 21:18

**820** [1] - 1:15
**821** [1] - 21:13
**8:30** [1] - 48:24
**8th** [1] - 46:14

# 9

**9** [2] - 4:6, 14:22
**9,000** [1] - 19:23
**978** [1] - 19:10
**9:00** [2] - 1:7, 48:25

# A

**a.m** [1] - 49:4
**A.M** [1] - 1:7
**ability** [1] - 49:18
**able** [14] - 10:21, 18:6, 18:16, 21:23, 26:4, 32:18, 32:24, 33:24, 34:3, 34:5, 34:17, 40:25, 43:25, 44:14
**above-entitled** [1] - 49:19
**absolutely** [2] - 32:5, 40:11
**accepted** [1] - 17:9
**accepting** [2] - 17:7, 17:12
**access** [3] - 33:22, 34:1, 34:2
**according** [1] - 30:7
**accordingly** [1] - 29:1
**account** [2] - 25:24, 37:21
**accounting** [1] - 46:13
**accuracy** [1] - 47:17
**Act** [1] - 25:5
**act** [1] - 25:5
**acted** [1] - 7:11
**action** [2] - 26:5, 35:19
**actions** [3] - 34:21, 38:16, 43:12
**ACTIONS..................** [1] - 4:14
**ACTIONS..................** [1] - 4:9
**actively** [1] - 30:15
**actual** [1] - 11:22
**add** [1] - 22:9
**added** [1] - 30:17
**addition** [4] - 7:10, 13:5, 38:7, 43:5
**additional** [9] - 12:2, 12:4, 16:1, 18:21, 22:18, 22:20, 29:24,

30:3, 44:1
**address** [7] - 8:11, 24:20, 25:4, 26:19, 34:3, 34:14, 39:17
**addressed** [2] - 27:21, 38:15
**addressing** [3] - 26:8, 26:11, 38:1
**adds** [1] - 22:2
**adjustment** [2] - 11:20, 12:4
**administrative** [1] - 17:17
**administrator** [8] - 9:12, 16:6, 21:3, 23:17, 24:5, 32:9, 36:16
**ADMINISTRATOR.....** **..................................** [1] - 4:7
**adopted** [1] - 11:14
**advise** [2] - 46:11, 48:6
**advised** [1] - 48:5
**afternoon** [1] - 18:25
**AG** [4] - 39:18, 43:12, 44:24, 44:25
**agency** [1] - 25:20
**agenda** [4] - 5:23, 8:7, 23:17, 37:20
**agents** [1] - 30:25
**aggregating** [1] - 30:2
**ago** [1] - 43:1
**agree** [3] - 7:17, 42:2, 42:9
**agreed** [1] - 31:8
**agreement** [6] - 5:24, 8:11, 13:12, 31:21, 42:4, 44:15
**AGREEMENT............** **.....................** [1] - 4:5
**AGs** [4] - 44:7, 44:11, 48:15
**ahead** [1] - 15:12
**AL** [1] - 1:20
**all-day** [1] - 46:7
**allegation** [1] - 8:5
**alleged** [1] - 15:15
**ALLEN** [1] - 1:17
**ALLOCATION** [1] - 4:20
**allocation** [2] - 46:3, 47:12
**allow** [1] - 27:1
**allows** [1] - 28:4
**almost** [3] - 17:9, 19:9, 19:23
**ALSO** [1] - 3:11
**amount** [5] - 24:10,

24:14, 24:18, 25:2, 35:16
**amounts** [1] - 11:22
**AND** [2] - 4:6, 4:21
**ANDERSON** [1] - 2:18
**Andy** [3] - 6:4, 6:6, 8:4
**ANDY** [1] - 1:18
**announced** [2] - 22:10, 37:7
**announcement** [1] - 6:8
**anticipate** [1] - 18:20
**appeal** [7] - 11:11, 12:7, 17:14, 18:18, 18:20, 22:21, 33:21
**appeals** [6] - 24:10, 33:10, 33:15, 33:18, 33:24, 33:25
**appearance** [2] - 5:11, 39:14
**APPEARANCES** [3] - 1:14, 2:1, 3:1
**appeared** [1] - 7:8
**applicable** [2] - 31:11
**applied** [2] - 24:11, 24:15
**apply** [1] - 10:11
**appointed** [2] - 47:15, 47:25
**appreciate** [8] - 7:24, 27:15, 27:18, 33:3, 36:17, 36:23, 40:2, 48:18
**approach** [1] - 32:12
**appropriate** [1] - 32:25
**approved** [2] - 12:11, 32:3
**approving** [1] - 31:18
**April** [4] - 22:10, 27:23, 29:9, 29:11
**ARCH** [1] - 3:4
**area** [1] - 35:12
**argument** [1] - 48:1
**ARNOLD** [1] - 2:3
**arrested** [1] - 37:7
**aspect** [1] - 38:20
**asserted** [1] - 38:21
**assignment** [1] - 33:19
**assignments** [1] - 21:22
**assistance** [3] - 27:13, 30:23, 36:14
**Associates** [1] - 28:20
**assure** [1] - 12:17
**attack** [5] - 10:1, 10:5, 13:11, 19:10, 19:18
**attempting** [1] - 16:1
**attention** [3] - 30:25,

35:18, 44:16
**attest** [1] - 27:1
**Attorney** [4] - 38:21, 38:25, 40:15, 42:13
**attorney** [5] - 8:18, 8:19, 8:21, 27:17, 36:22
**attorney's** [3] - 9:2, 46:13, 46:22
**attorneys** [5] - 8:16, 8:17, 36:19, 38:25, 46:22
**Attorneys** [1] - 37:13
**attributable** [1] - 34:5
**audible** [1] - 26:4
**audit** [1] - 26:4
**audit-able** [1] - 26:4
**available** [8] - 10:4, 10:25, 12:13, 18:25, 28:11, 45:3, 45:4, 45:5
**AVENUE** [1] - 1:15
**avenue** [1] - 12:7
**average** [4] - 19:4, 20:15, 20:16, 20:18
**averaged** [1] - 21:20
**award** [10] - 11:19, 11:22, 12:5, 12:6, 13:15, 13:18, 14:8, 14:12, 14:17, 24:15
**awards** [9] - 17:7, 17:13, 17:18, 18:4, 20:9, 22:15, 22:17, 22:21, 24:11
**aware** [3] - 28:3, 34:17, 40:15

### B

**B406** [1] - 3:18
**banner** [1] - 22:16
**BARNETT** [2] - 42:24, 43:10
**Barnett** [3] - 39:16, 42:20, 42:24
**Barrios** [4] - 35:3, 44:8, 44:17, 45:1
**BARRIOS** [4] - 3:7, 3:7, 35:3, 39:4
**base** [7] - 11:18, 11:19, 11:22, 12:6, 12:21, 13:18, 14:12
**based** [1] - 29:25
**basic** [1] - 10:14
**basis** [2] - 33:22, 33:24
**Bates** [1] - 43:22
**Bays** [2] - 6:18, 7:2
**BEASLEY** [1] - 1:17

**become** [3] - 23:7, 44:6, 45:5
**becomes** [1] - 13:17
**BEEN** [1] - 4:18
**BEFORE** [1] - 1:11
**began** [2] - 6:21, 7:5
**beginning** [3] - 6:21, 23:5, 47:15
**behalf** [5] - 35:12, 38:22, 39:21, 42:25, 46:14
**Beisner** [1] - 41:25
**BEISNER** [3] - 2:19, 41:25, 42:7
**bellwether** [1] - 41:11
**bellwethers** [1] - 41:13
**belong** [1] - 37:3
**below** [1] - 13:16
**Ben** [1] - 42:24
**benefit** [5] - 18:24, 26:14, 32:14, 32:15, 46:13
**BERMAN** [1] - 2:2
**best** [5] - 8:2, 13:20, 24:25, 36:4, 49:17
**better** [1] - 29:22
**between** [3] - 17:12, 31:22, 38:7
**beyond** [2] - 7:4, 13:5
**Big** [2] - 25:25, 41:11
**Big** [1] - 35:14
**biggest** [1] - 20:9
**billion** [2] - 19:9, 19:12
**biostatistics** [1] - 37:10
**Birchfield** [4] - 6:2, 6:3, 6:4, 46:5
**BIRCHFIELD** [2] - 1:18, 6:7
**bit** [1] - 15:8
**black** [1] - 23:7
**Blizzard** [1] - 46:6
**BLIZZARD** [2] - 1:22, 1:22
**Blue** [2] - 30:11
**Bob** [1] - 35:25
**bottleneck** [1] - 22:5
**BOX** [2] - 1:20, 2:10
**breakdown** [1] - 20:19
**breakout** [1] - 47:18
**BRIAN** [1] - 2:18
**brief** [4] - 10:3, 11:15, 33:9, 37:21
**BRIEFING** [1] - 4:23
**briefing** [3] - 47:3, 48:1, 48:7
**brilliance** [1] - 7:11

**bring** [3] - 22:6, 30:4, 44:15
**brings** [1] - 27:5
**BRODY** [1] - 2:19
**brought** [1] - 26:12
**Brown** [12] - 9:7, 9:10, 9:11, 15:2, 19:1, 23:24, 24:24, 28:12, 33:16, 35:22, 36:8, 36:11
**BROWN** [5] - 3:11, 9:10, 12:23, 12:25, 14:25
**bubble** [1] - 34:17
**bucket** [1] - 20:9
**BUILDING** [1] - 1:23
**BY** [14] - 1:14, 1:18, 1:22, 2:3, 2:6, 2:9, 2:12, 2:15, 2:18, 2:22, 3:3, 3:7, 3:21, 3:21

### C

**CA** [1] - 15:23
**Cabraser** [2] - 39:15
**CABRASER** [2] - 3:14, 39:11
**calculation** [2] - 13:14, 14:17
**cannot** [1] - 22:23
**capable** [1] - 36:18
**capped** [1] - 46:23
**capping** [2] - 47:23, 47:24
**CAPPING**............. [1] - 4:22
**care** [2] - 31:15, 38:11
**careful** [1] - 39:23
**CARONDELET** [1] - 2:23
**case** [8] - 5:9, 8:16, 8:18, 8:19, 23:11, 32:11, 38:20, 46:20
**cases** [11] - 23:8, 37:19, 38:19, 38:23, 38:25, 40:2, 40:3, 42:25, 43:2, 45:8, 47:5
**CASES** [1] - 4:17
**CASES**....................
...........[1] - 4:13
**CASTEIX** [1] - 3:7
**catastrophic** [4] - 10:6, 10:23, 13:21, 13:24
**categories** [1] - 14:6
**category** [2] - 13:3, 13:24

**Cathy** [2] - 49:13, 49:23
**CATHY** [1] - 3:18
**caveat** [1] - 28:23
**CCR** [2] - 3:18, 49:23
**cell** [1] - 6:25
**Centers** [1] - 14:20
**CENTRE** [2] - 1:23, 3:3
**certain** [5] - 8:2, 8:11, 10:11, 28:24, 32:22
**CERTIFICATE** [1] - 49:11
**Certified** [2] - 49:13, 49:14
**certify** [1] - 49:16
**challenge** [2] - 32:22, 46:15
**challenges** [1] - 7:18
**change** [1] - 7:9
**charge** [1] - 6:9
**CHARLES** [1] - 2:10
**check** [2] - 17:20, 47:16
**checked** [1] - 47:14
**choose** [1] - 31:13
**chooses** [1] - 46:17
**Chris** [1] - 37:24
**CHRISTOPHER** [1] - 2:6
**CIRA** [1] - 3:3
**Circuit** [2] - 5:19, 7:15
**claim** [11] - 10:3, 10:12, 10:19, 10:20, 11:5, 11:12, 11:17, 15:20, 25:12, 25:16, 34:2
**claimant** [6] - 11:19, 14:15, 24:18, 27:2, 32:16, 32:17
**claimants** [25] - 10:4, 10:5, 10:17, 11:24, 16:13, 17:9, 19:14, 20:13, 24:13, 24:21, 24:25, 26:13, 26:20, 26:22, 28:4, 28:8, 28:16, 28:24, 29:3, 29:14, 29:24, 30:8, 31:7, 31:12, 31:24
**claimants'** [3] - 24:11, 29:19, 32:5
**claiming** [1] - 14:16
**CLAIMS** [1] - 4:6
**claims** [89] - 9:8, 9:12, 9:15, 9:16, 9:25, 10:1, 10:5, 10:8, 10:9, 10:10, 10:16, 10:17, 11:4, 11:9, 11:11, 11:17, 11:21, 12:18, 12:23, 12:25,

13:23, 15:3, 15:5,
15:6, 15:7, 15:9,
15:11, 15:13, 15:14,
15:18, 15:19, 15:21,
15:22, 15:24, 16:3,
16:4, 16:5, 16:6,
16:12, 16:15, 16:17,
16:25, 17:2, 17:4,
17:6, 17:16, 17:21,
17:25, 18:8, 18:12,
18:16, 19:5, 19:10,
19:18, 19:20, 19:21,
19:22, 20:3, 20:4,
20:7, 20:13, 20:17,
21:2, 21:4, 21:8,
21:9, 21:13, 21:15,
21:16, 21:17, 21:18,
22:11, 25:11, 25:15,
25:22, 25:24, 26:4,
26:8, 26:9, 36:15,
38:18, 38:21
**clarified** [1] - 46:9
**CLASS** [1] - 4:9
**class** [1] - 34:21
**classes** [1] - 35:1
**cleaned** [1] - 15:15
**cleanup** [1] - 9:21
**clear** [1] - 22:16
**cleared** [1] - 10:14
**clearly** [1] - 44:7
**clerk** [1] - 6:18
**CLERK** [3] - 5:7, 5:10,
49:3
**clerks** [1] - 7:2, 7:8,
7:19
**client** [1] - 9:2
**clients'** [1] - 9:1
**Clinic** [1] - 47:25
**clinically** [1] - 10:2
**close** [2] - 11:14, 44:4
**closed** [1] - 37:15
**CMOs** [1] - 40:4
**CMS** [1] - 24:20
**co** [1] - 6:1
**co-lead** [1] - 6:1
**cobwebs** [1] - 23:8
**codify** [1] - 14:2
**colleagues** [1] - 22:3
**combined** [3] - 17:2,
18:11, 21:13
**comfort** [1] - 32:24
**coming** [2] - 7:19,
20:17
**commenced** [1] -
17:25
**commend** [1] - 22:11
**comment** [3] - 7:5,
33:12, 40:9
**commenting** [1] -
21:24

**comments** [4] - 7:17,
8:1, 40:10, 44:23
**COMMERCE** [1] - 1:19
**commitment** [2] -
21:8, 25:1
**committee** [21] - 16:7,
16:19, 16:24, 20:2,
21:2, 21:6, 21:7,
21:13, 21:19, 21:25,
22:2, 23:21, 23:22,
27:24, 28:18, 35:4,
39:2, 39:10, 46:3,
46:20, 47:12
**COMMITTEE** [1] - 3:7
**COMMITTEE.............
..................** [1] - 4:20
**committees** [1] - 22:4
**communications** [1] -
36:7
**company** [1] - 30:12
**compensatory** [1] -
14:16
**complete** [2] - 42:3,
42:8
**Complete** [1] - 15:23
**complex** [1] - 6:20
**compliment** [1] -
36:13
**comply** [1] - 22:12
**component** [1] - 21:25
**comporting** [1] - 14:7
**comprising** [1] - 15:5
**COMPUTER** [1] - 3:21
**conception** [1] - 37:6
**concern** [1] - 32:13
**concerned** [2] - 22:3,
34:16
**conclude** [2] - 32:8,
34:15
**concluded** [2] - 28:14,
49:5
**conditions** [1] - 30:7
**CONFERENCE** [3] -
1:10, 4:23, 4:24
**conference** [13] -
5:17, 6:19, 15:12,
34:24, 40:7, 40:12,
41:16, 42:22, 45:13,
45:25, 48:6, 48:23
**conferences** [6] -
15:5, 15:9, 18:6,
19:1, 39:17, 46:8
**confers** [2] - 43:13,
44:18
**confident** [1] - 18:7
**congratulate** [3] - 6:3,
6:12, 8:4
**CONNOLLY** [1] - 2:15
**conscious** [1] - 23:6
**consensus** [1] - 44:7

**consider** [3] - 16:20,
21:2, 31:1
**consideration** [4] -
16:18, 26:17, 33:11,
47:19
**considered** [2] -
10:21, 16:7
**considering** [1] - 20:3
**consistent** [2] - 36:10,
44:2
**constant** [1] - 15:4
**contact** [2] - 11:2,
44:4
**contacted** [1] - 40:5
**contains** [1] - 36:6
**contemplated** [1] -
32:3
**continue** [6] - 19:19,
27:11, 34:11, 36:7,
36:8, 44:5
**CONTINUED** [2] - 2:1,
3:1
**continued** [2] - 37:8,
45:16
**continues** [1] - 24:16
**continuing** [2] - 20:10,
24:19, 36:2
**control** [2] - 17:20,
19:25
**coordinate** [1] - 44:18
**coordinated** [2] -
25:6, 48:13
**coordination** [1] -
35:2
**COORDINATION.......
...................** [1] -
4:10
**correct** [3] - 20:9,
44:9, 49:17
**correspondence** [1] -
33:13
**corresponding** [2] -
20:15, 26:19
**cost** [2] - 46:8, 46:19
**COST.........................
.............** [1] - 4:21
**costs** [8] - 32:20, 47:5,
47:6, 47:7, 47:10,
47:13, 48:14
**COTLAR** [1] - 1:14
**counsel** [15] - 5:11,
6:1, 6:9, 8:12, 10:17,
10:25, 22:12, 22:21,
26:12, 28:9, 29:2,
29:10, 39:1, 39:2,
48:24
**couple** [2] - 18:20,
44:19
**course** [5] - 26:8,
33:1, 38:23, 45:12,

46:21
**court** [2] - 37:15,
43:17
**Court** [28] - 5:14, 5:25,
9:14, 10:8, 15:2,
27:3, 27:12, 27:16,
28:3, 30:23, 31:17,
31:19, 33:5, 34:24,
36:5, 39:3, 39:17,
44:22, 45:13, 45:14,
46:11, 49:1, 49:14,
49:15, 49:16, 49:24,
49:25
**COURT** [51] - 1:1,
3:18, 5:4, 5:8, 5:11,
5:16, 6:5, 6:13, 6:16,
7:17, 8:7, 8:14,
12:20, 12:24, 14:24,
19:13, 20:19, 20:23,
21:24, 22:24, 23:16,
24:2, 26:24, 27:14,
32:10, 34:16, 34:21,
35:2, 35:23, 36:17,
37:2, 38:14, 39:5,
39:14, 39:19, 40:15,
41:3, 41:21, 42:5,
42:11, 42:16, 42:19,
43:8, 44:21, 45:15,
45:20, 46:1, 46:3,
46:18, 48:8, 48:23
**Court's** [7] - 22:24,
25:18, 26:17, 29:1,
36:3, 44:16, 45:24
**courtesy** [1] - 7:12
**courthouse** [2] - 7:7,
7:10
**courtroom** [1] - 35:13
**courts** [1] - 7:6
**cover** [2] - 12:19,
42:25
**CPA** [1] - 47:14
**create** [1] - 18:21
**created** [1] - 28:1
**Cristina** [1] - 6:3
**criteria** [1] - 14:18
**criticism** [1] - 23:7
**Cross** [1] - 30:11
**CROW** [1] - 1:17
**CRR** [2] - 3:18, 49:23
**crucial** [1] - 41:19
**curator** [3] - 28:9,
29:11, 35:25
**curator's** [2] - 35:22,
36:12
**current** [2] - 24:22,
28:11
**custom** [1] - 45:24
**cutoffs** [1] - 22:25

**D**

**daily** [2] - 30:8, 33:24
**damages** [4] - 13:1,
13:8, 13:18, 14:8
**data** [8] - 25:12, 25:16,
25:22, 26:8, 31:5,
33:15, 34:2, 34:7
**date** [18] - 13:12, 19:8,
24:11, 41:11, 41:17,
41:23, 42:1, 42:6,
42:9, 42:10, 43:2,
43:7, 43:17, 43:18,
44:3, 45:13, 47:3,
48:22
**dates** [1] - 31:11
**Davis** [7] - 39:25, 40:4,
43:3, 44:9, 44:17,
48:10, 48:16
**DAVIS** [1] - 1:15
**DAWN** [1] - 3:7
**Dawn** [2] - 35:3, 39:2
**days** [7] - 16:14,
21:17, 31:3, 34:6,
34:7, 43:1
**DC** [3] - 2:16, 2:20,
25:23
**deadline** [6] - 10:16,
14:22, 17:7, 28:25,
29:4, 30:1
**deadlines** [3] - 22:11,
22:13, 22:17
**deal** [3] - 8:2, 8:25,
38:20
**dealing** [3] - 41:4,
47:2, 47:21
**deals** [2] - 10:22,
45:19
**dealt** [1] - 22:1
**dean** [1] - 6:20
**DECHERT** [1] - 3:2
**decided** [3] - 16:12,
17:1, 33:11
**decision** [1] - 29:5
**decisions** [4] - 16:23,
17:8, 21:12, 22:21
**dedicated** [1] - 19:19
**deducted** [1] - 24:18
**deduction** [1] - 24:14
**DEFENDANT** [1] -
2:15
**defendants** [2] - 25:8,
38:23
**definitely** [1] - 17:10
**definitions** [1] - 14:2
**degree** [1] - 23:23
**delay** [1] - 27:6
**delays** [1] - 25:21
**delighted** [1] - 6:6

**denied** [2] - 16:19, 16:20
**depository** [1] - 43:4
**DEPUTY** [3] - 5:7, 5:10, 49:3
**described** [1] - 28:7
**description** [1] - 12:12
**designed** [1] - 27:8
**desire** [2] - 26:20, 36:3
**determination** [4] - 11:12, 11:18, 12:6, 13:16
**determinations** [1] - 9:16
**determine** [4] - 11:21, 14:8; 31:23, 45:4
**determined** [1] - 7:8
**develop** [1] - 34:12
**development** [1] - 28:11
**devise** [1] - 47:20
**different** [2] - 15:8, 37:20
**difficulties** [3] - 45:17, 47:11
**diligence** [2] - 7:3, 7:11
**diligently** [1] - 6:11
**Diogenes** [1] - 7:15
**direction** [1] - 29:1
**discount** [1] - 32:18
**discovery** [9] - 38:6, 42:3, 42:8, 42:19, 42:21, 42:22, 43:13, 45:4, 48:7
**DISCOVERY** [1] - 4:16
**DISCOVERY**..............
[1] - 4:23
**discuss** [1] - 8:13
**discussed** [2] - 18:5, 43:19
**discussing** [1] - 11:9
**discussion** [1] - 26:12
**discussions** [1] - 30:21
**dismiss** [1] - 41:19
**dismissing** [1] - 34:25
**disproportionate** [1] - 24:23
**disputed** [1] - 47:18
**distribution** [4] - 8:22, 9:1, 9:4, 23:13
**DISTRICT** [3] - 1:1, 1:2, 1:11
**District** [3] - 49:15, 49:16, 49:25
**DOCKET** [1] - 1:6
**documentation** [4] - 10:19, 11:4, 16:1,

16:3
**documents** [4] - 27:1, 43:1, 43:7, 43:20
**dollar** [1] - 11:22
**dollars** [1] - 19:9
**done** [7] - 5:21, 21:21, 23:12, 23:24, 33:3, 33:23, 35:7
**DOROTHY** [1] - 2:22
**doubt** [1] - 40:24
**Doug** [3] - 25:4, 45:18, 45:21
**DOUGLAS** [1] - 2:15
**Douglas** [1] - 5:13
**down** [4] - 9:23, 31:10, 37:24, 41:14
**draft** [2] - 26:17, 40:8
**drafting** [1] - 48:3
**dragging** [2] - 40:18, 40:20
**DREW** [1] - 2:9
**due** [1] - 10:20
**DUGAN** [6] - 3:14, 39:20, 40:20, 41:7, 42:14, 42:18
**Dugan** [8] - 39:16, 39:21, 43:18, 43:24, 44:4, 44:8, 45:1
**during** [1] - 13:15

## E

**e-mail** [1] - 29:9
**early** [6] - 10:9, 33:25, 39:13, 43:17, 44:2, 45:13
**EASTERN** [1] - 1:2
**Eastern** [1] - 49:16
**easy** [1] - 45:6
**EBEN** [1] - 3:3
**Eben** [3] - 6:9, 6:13, 8:5
**economic** [5] - 13:1, 13:7, 13:18, 14:9
**Ed** [1] - 6:20
**educating** [1] - 24:17
**EDWARD** [1] - 1:22
**effectively** [1] - 26:18
**efficiently** [1] - 19:21
**effort** [3] - 17:2, 32:6
**EI** [1] - 10:18
**eight** [2] - 46:20, 46:25
**either** [5] - 16:12, 17:23, 41:16, 42:20, 46:8
**elaborate** [1] - 10:24
**ELDON** [1] - 1:11
**elect** [1] - 30:20

**elected** [3] - 28:25, 29:14, 30:7
**election** [1] - 28:15
**eligibility** [4] - 10:14, 16:1, 26:14, 26:21
**eligible** [6] - 10:12, 16:5, 16:9, 19:11, 20:1, 26:22
**Elizabeth** [2] - 39:5, 39:15
**ELIZABETH** [1] - 3:14
**ELLIOT** [1] - 2:8
**employer** [1] - 30:10
**employment** [1] - 13:11
**encourage** [1] - 30:15
**end** [10] - 16:16, 16:23, 17:3, 17:7, 17:8, 18:7, 18:16, 21:23, 23:6, 23:13, 31:20
**enforce** [1] - 22:25
**engaged** [2] - 25:21, 26:1
**engagement** [1] - 8:6
**enroll** [1] - 31:5
**enrollment** [1] - 9:18
**entered** [1] - 34:24
**entire** [5] - 6:4, 31:24, 33:21, 34:2, 37:16
**entirely** [1] - 10:23
**entities** [1] - 45:2
**entitled** [3] - 24:13, 26:13, 49:19
**envision** [1] - 31:1
**equally** [1] - 36:12
**ERISA** [1] - 28:5
**error** [1] - 5:20
**errors** [1] - 8:3
**ESQUIRE** [19] - 1:14, 1:15, 1:18, 1:19, 1:22, 2:3, 2:6, 2:9, 2:12, 2:15, 2:18, 2:19, 2:19, 2:22, 3:3, 3:7, 3:14, 3:14, 3:15
**essentially** [2] - 10:9, 11:16
**established** [1] - 12:16
**estimate** [1] - 30:3
**estimating** [1] - 18:11
**event** [1] - 8:20
**exactly** [1] - 41:19
**example** [1] - 43:22
**exceed** [1] - 20:14
**excelled** [1] - 7:2
**excellence** [1] - 48:16
**exceptional** [1] - 7:23
**exchanged** [1] - 38:7
**exclusively** [1] - 31:8

**excuse** [1] - 37:23
**exercise** [1] - 28:22
**existing** [1] - 14:13
**expect** [5] - 16:22, 25:22, 27:11, 30:19, 31:12
**expenses** [1] - 13:2
**experience** [3] - 7:2, 22:5, 30:1
**experiencing** [5] - 25:16, 25:19, 25:21, 25:25, 27:6
**explore** [1] - 43:24
**extended** [2] - 29:4, 32:7
**Extension** [1] - 25:5
**extensions** [3] - 22:14, 22:22, 22:23
**extensive** [1] - 10:24
**extinguish** [1] - 28:4
**extraordinary** [12] - 7:1, 9:17, 10:3, 10:6, 10:19, 11:9, 11:12, 11:19, 12:23, 13:22, 13:24, 14:9
**EYE** [1] - 2:20

## F

**face** [4] - 44:23, 45:3
**face-to-face** [2] - 44:23, 45:3
**facilitate** [2] - 40:1, 41:6
**facilitated** [1] - 36:14
**facility** [1] - 27:9
**fact** [3] - 19:20, 34:5, 34:23
**failed** [1] - 12:2
**failure** [2] - 15:13, 15:25
**fairly** [2] - 13:8, 15:4
**fall** [1] - 13:23
**Fallon** [2] - 5:15, 34:6
**FALLON** [1] - 1:11
**family** [2] - 6:2, 6:4
**far** [3] - 6:15, 6:16
**fashion** [2] - 9:5, 39:8
**fast** [2] - 23:11, 34:1
**fault** [1] - 27:8
**federal** [5] - 7:6, 7:8, 27:2, 27:3, 29:17
**fee** [8] - 46:3, 46:13, 46:19, 46:21, 46:23, 47:12
**FEE** [2] - 4:20, 4:21
**fees** [2] - 46:13, 46:22
**few** [5] - 6:18, 22:13, 24:8, 24:12, 30:22

**fewer** [2] - 16:15, 21:3
**Fifth** [2] - 5:19, 7:15
**file** [4] - 26:19, 34:2, 34:3, 41:18
**filed** [7] - 8:12, 8:16, 33:15, 36:5, 46:12, 46:13, 46:20
**filings** [2] - 35:21, 46:15
**fill** [1] - 8:6
**final** [9] - 9:21, 9:25, 11:14, 12:6, 12:9, 17:19, 21:23, 23:2, 23:13
**finally** [1] - 31:17
**fine** [3] - 32:10, 34:16
**finish** [1] - 35:14
**finished** [2] - 9:25, 12:11
**finite** [1] - 9:24
**firm** [3] - 15:10, 28:21, 46:6
**firms** [8] - 15:14, 15:25, 17:22, 22:12, 30:1, 35:12, 46:6, 46:7
**first** [10] - 5:24, 6:1, 6:19, 15:18, 21:18, 31:5, 37:16, 39:8, 40:21, 46:5
**FISHBEIN** [1] - 2:2
**five** [1] - 41:13
**fixed** [1] - 10:13
**FLASTER** [1] - 3:3, 6:15
**Flaster** [2] - 6:9, 8:5
**floating** [1] - 40:8
**Florida** [1] - 44:25
**fluently** [1] - 12:17
**fluid** [1] - 34:10
**focus** [4] - 21:7, 39:9, 41:6, 47:20
**focused** [4] - 9:15, 19:17, 21:18, 38:19
**folks** [2] - 13:4, 37:13
**FOR** [4] - 2:15, 3:6, 4:22, 4:23
**force** [1] - 15:13
**forecast** [1] - 23:25
**foregoing** [1] - 49:17
**form** [6] - 8:6, 10:19, 11:17, 15:14, 33:16, 39:8
**former** [1] - 6:20
**forms** [6] - 6:10, 28:8, 29:11, 29:24, 30:3, 30:14
**forth** [1] - 5:23
**fortunate** [1] - 36:15
**forward** [8] - 9:9,

17:22, 28:23, 37:21,
38:8, 38:9, 42:21,
44:1
**frankly** [1] - 7:13
**FRIDAY** [2] - 1:7, 5:2
**Friday** [1] - 31:17
**friend** [1] - 5:18
**FROM** [1] - 4:12
**front** [2] - 17:2, 41:1
**funds** [6] - 8:22, 9:4,
10:4, 10:18, 11:21,
23:14

## G

**G-A-R-R-E-T-S-O-N**
[1] - 24:4
**gain** [1] - 23:13
**game** [1] - 23:13
**GARRETSON** [6] -
3:12, 24:1, 24:4,
26:25, 27:20, 33:4
**Garretson** [2] - 23:18,
24:4
**gate** [20] - 15:13,
15:16, 15:17, 15:19,
15:20, 15:25, 16:7,
16:19, 16:24, 18:2,
20:2, 20:20, 21:2,
21:6, 21:7, 21:12,
21:19, 21:25, 22:2,
22:4
**gate's** [1] - 17:1
**gates** [2] - 16:5, 23:22
**gather** [1] - 23:8
**gathered** [1] - 33:16
**GAYLE** [1] - 2:8
**gear** [1] - 34:17
**General** [2] - 37:13,
38:25
**general** [2] - 46:21,
48:25
**Generals** [3] - 38:21,
40:15, 42:13
**generals** [1] - 27:17
**gentlemen** [2] - 5:9,
42:12
**gifted** [1] - 7:1
**given** [3] - 16:5, 27:16,
30:21
**glitches** [1] - 34:14
**global** [1] - 24:22
**government** [4] - 24:6,
26:14, 29:17, 35:19
**GOVERNMENTAL** [1]
- 4:14
**governmental** [9] -
25:20, 27:6, 27:7,
29:18, 32:12, 37:13,

37:17, 38:16, 45:2
**governors'** [1] - 27:16
**grant** [1] - 22:22
**great** [4] - 5:21, 7:18,
34:21, 48:17
**Green** [1] - 28:12
**Greer** [12] - 9:7, 9:11,
15:1, 15:2, 19:1,
23:24, 24:24, 33:16,
35:22, 36:8, 36:11
**GREER** [7] - 3:12,
15:1, 19:15, 20:22,
20:24, 22:9, 23:15
**grids** [2] - 13:6, 14:14
**gross** [1] - 24:23
**group** [8] - 28:18,
28:24, 29:3, 32:19,
37:4, 39:3, 40:13,
40:21
**grows** [1] - 30:8
**guess** [1] - 42:1

## H

**hand** [1] - 19:2
**handle** [3] - 34:20,
37:22, 48:20
**handled** [1] - 23:11,
23:22, 42:22, 45:18
**handles** [1] - 33:2
**handling** [2] - 7:18,
8:16
**hands** [2] - 23:9,
46:17
**happy** [7] - 6:5, 6:13,
7:14, 9:13, 25:6,
35:13, 35:15
**hard** [5] - 18:1, 21:10,
22:12, 23:21, 41:5
**HAVE** [1] - 4:18
**Hawaii** [1] - 25:23
**health** [2] - 29:6, 30:9
**healthcare** [1] - 24:7
**hear** [5] - 5:22, 6:6,
11:6, 40:11, 41:24
**HEARD** [1] - 1:11
**heard** [2] - 38:3, 48:1
**hearing** [14] - 24:8,
24:12, 25:4, 25:7,
25:9, 25:10, 25:15,
27:22, 28:14, 30:18,
30:21, 32:7, 45:25,
47:3
**heart** [5] - 10:1, 10:5,
13:11, 19:10, 19:18
**heels** [2] - 40:18,
40:21
**held** [5] - 18:19, 33:23,
47:6, 47:10, 47:13

**help** [7] - 11:2, 11:5,
25:18, 27:15, 33:3,
41:3
**helpful** [1] - 44:19
**helping** [2] - 40:1,
44:18
**hereby** [1] - 49:16
**Herman** [5] - 5:15,
7:25, 39:25
**HERMAN** [26] - 1:14,
1:14, 5:14, 5:25, 6:8,
6:17, 8:9, 9:6, 23:18,
33:5, 34:22, 36:25,
37:3, 37:24, 38:2,
38:4, 38:11, 39:15,
42:20, 44:22, 45:18,
45:21, 46:4, 48:5,
48:9
**high** [6] - 36:10,
36:13, 36:19, 36:22,
36:25, 37:1
**high-powered** [2] -
36:19, 36:22
**higher** [3] - 10:13,
14:16, 20:21
**highest** [1] - 23:22
**hire** [1] - 35:13
**histories** [1] - 26:4
**hit** [2] - 23:25, 31:9
**hold** [1] - 24:24
**hole** [1] - 23:7
**home** [1] - 6:24
**honor** [1] - 43:17
**Honor** [80] - 5:13, 6:7,
6:19, 7:1, 7:25, 8:9,
8:10, 8:11, 9:6, 9:10,
12:18, 12:25, 14:25,
15:1, 18:9, 18:23,
19:7, 19:16, 20:5,
20:22, 21:5, 22:9,
23:15, 23:18, 23:19,
24:1, 25:8, 25:14,
26:2, 26:16, 27:19,
31:2, 32:8, 33:4,
33:7, 33:9, 33:15,
34:15, 34:22, 34:23,
35:3, 35:15, 35:25,
37:12, 37:15, 37:23,
38:4, 38:5, 38:11,
39:4, 39:11, 39:20,
39:23, 39:25, 40:2,
40:4, 40:5, 40:11,
40:14, 40:20, 40:24,
41:2, 41:7, 41:9,
41:12, 41:16, 41:25,
42:10, 42:15, 42:18,
42:24, 45:10, 45:23,
46:2, 46:4, 46:15,
46:17, 48:5, 48:19,
48:22

**Honor's** [3] - 6:18,
37:22, 46:17
**HONORABLE** [1] -
1:11
**hope** [5] - 7:16, 18:20,
35:11, 39:6, 44:5
**Hope** [1] - 6:3
**hopefully** [3] - 23:5,
39:13, 40:13
**hoping** [1] - 18:18
**hour** [2] - 44:23, 44:25
**hours** [2] - 6:22, 34:3
**HOUSTON** [1] - 1:24
**hundred** [2] - 30:20,
30:22
**hurdles** [1] - 10:15

## I

**idea** [1] - 11:9
**identify** [2] - 43:20,
43:25
**identifying** [2] - 32:5,
43:22
**illustrates** [1] - 21:10
**imagine** [1] - 26:23
**immediate** [1] - 34:2
**immediately** [1] -
33:18
**implement** [1] - 27:24
**important** [3] - 22:25,
29:7, 29:22
**IN** [3] - 1:5, 4:17, 5:4
**inane** [1] - 35:8
**include** [1] - 28:18
**included** [1] - 29:13
**including** [1] - 43:21
**income** [2] - 13:10,
13:14
**incomplete** [2] -
17:21, 25:16
**increase** [1] - 18:21
**incredibly** [1] - 35:7
**independent** [1] -
48:14
**index** [1] - 43:5
**individual** [2] - 27:4,
41:9
**individuals** [3] -
25:21, 33:1, 36:20
**ineligibility** [2] -
16:11, 20:2
**information** [3] -
11:17, 32:5, 36:6
**informed** [1] - 25:17
**informing** [2] - 29:4,
29:5
**ing** [1] - 20:8
**inhibiting** [1] - 8:22

**initial** [3] - 15:19,
19:22, 28:13
**Initial** [1] - 15:23
**injects** [1] - 22:7
**injuries** [5] - 10:6,
10:23, 13:19, 13:23,
45:8
**INJURIES** [1] - 4:17
**injury** [23] - 9:17, 10:3,
10:19, 11:9, 11:12,
11:19, 12:23, 13:4,
13:21, 14:2, 14:9,
14:10, 14:13, 14:15,
15:9, 15:15, 19:5,
20:18, 31:11, 31:15,
34:25
**injury-related** [1] -
31:15
**inquiry** [2] - 37:22,
38:13
**institutional** [2] - 7:21
**instruction** [1] - 12:12
**instructions** [1] -
29:11
**instructive** [1] - 40:10
**insurance** [1] - 29:6
**intentions** [1] - 14:7
**interact** [1] - 36:8
**interest** [2] - 18:23,
25:1
**interested** [2] - 19:3,
23:13
**interesting** [1] - 31:6
**interface** [1] - 39:3
**interim** [3] - 17:6,
19:9, 19:12
**inundated** [1] - 27:4
**IS** [2] - 4:24, 13:6
**ischemic** [2] - 24:21,
38:17
**issue** [16] - 9:4, 11:8,
11:18, 11:23, 12:6,
15:13, 17:18, 18:7,
21:23, 22:15, 22:20,
25:25, 38:5, 41:9,
45:7, 48:1
**issued** [6] - 14:21,
16:11, 17:5, 20:2,
29:16, 31:17
**issues** [20] - 6:10,
8:15, 23:22, 25:16,
26:1, 27:12, 33:2,
37:10, 38:12, 39:9,
41:6, 42:19, 42:21,
43:16, 44:14, 45:19,
46:4, 46:18, 47:4,
47:21
**ISSUES.................**
................. [1] - 4:16
**item** [5] - 8:10, 23:17,

42:19, 45:7, 45:18
**Item** [1] - 45:19
**items** [2] - 24:8, 37:20
**ITEMS** [1] - 4:3
**itself** [2] - 8:15, 22:16

## J

**JAMES** [1] - 3:14
**James** [1] - 39:21
**jeopardize** [1] - 9:24
**jeopardized** [1] - 23:2
**Jersey** [1] - 43:2
**Jim** [3] - 39:7, 39:9, 39:14
**job** [3] - 5:21, 23:24, 48:12
**John** [1] - 41:25
**JOHN** [1] - 2:19
**JOHNSON** [1] - 37:1
**JOHNSTON** [2] - 35:25, 36:24
**Johnston** [1] - 35:25
**join** [2] - 6:5, 7:25
**joined** [1] - 15:16
**JR** [1] - 1:18
**Judge** [2] - 5:15, 34:6
**judge** [1] - 37:25
**JUDGE** [1] - 1:11
**judgment** [1] - 48:3
**June** [13] - 6:21, 16:23, 17:6, 17:10, 18:15, 19:11, 20:5, 20:14, 31:2, 41:12, 41:17, 48:23
**JUNE** [1] - 4:24
**Juneau** [3] - 12:15, 33:6, 33:8
**JUNEAU** [3] - 3:11, 33:7, 34:19
**jury** [3] - 8:8, 35:6, 36:3

## K

**KATZ** [1] - 1:14
**keep** [2] - 25:17, 27:14
**keeping** [1] - 7:3
**Kentucky** [1] - 25:14
**key** [2] - 21:25, 33:2
**kicking** [1] - 40:1
**kind** [2] - 11:4, 27:18
**kinds** [2] - 8:15, 12:25
**KINGSDORF** [1] - 3:7
**KIRK** [1] - 3:15
**knows** [1] - 46:11

## L

**L.L.P** [2] - 3:2, 3:7
**LA** [4] - 1:16, 2:10, 2:23, 3:8
**ladies** [1] - 5:8
**LAKE** [1] - 2:10
**lamp** [1] - 7:15
**LANE** [1] - 2:13
**language** [3] - 11:14, 12:9, 12:11
**languish** [1] - 23:8
**largely** [2] - 28:21, 34:4
**last** [26] - 5:17, 6:21, 15:4, 15:12, 16:25, 17:5, 18:1, 18:5, 18:19, 21:5, 21:7, 24:8, 24:12, 25:3, 25:7, 25:9, 27:22, 28:14, 30:18, 34:24, 40:5, 40:21, 40:22, 43:14, 44:19, 45:12
**lastly** [1] - 6:17
**late** [2] - 33:25, 46:15
**latest** [1] - 36:6
**latter** [1] - 47:20
**law** [4] - 7:8, 15:10, 28:21, 37:4
**Law** [1] - 47:25
**lawyer** [1] - 48:17
**lawyers** [4] - 7:7, 7:14, 37:17, 37:18
**layers** [2] - 8:17, 18:22
**lead** [2] - 6:1, 39:1
**least** [7] - 19:24, 20:8, 25:10, 30:25, 44:8, 44:9, 47:18
**leave** [1] - 30:22
**leaves** [2] - 6:24, 18:15
**leaving** [1] - 5:20
**lectured** [1] - 23:19
**left** [2] - 19:2, 36:21
**left-hand** [1] - 19:2
**LEIGH** [1] - 1:19
**Lennie** [1] - 48:18
**LEONARD** [1] - 1:15
**Leonard** [1] - 48:16
**less** [4] - 17:13, 18:19, 19:22, 21:19
**letter** [1] - 30:24
**letters** [5] - 29:2, 29:9, 29:20, 29:25
**level** [5] - 14:14, 14:15, 14:16, 19:6, 20:18
**levels** [1] - 11:10
**LEVIN** [2] - 2:2, 2:3

**Levin** [1] - 46:6
**Levy** [1] - 28:21
**LIABILITY** [1] - 1:5
**liaison** [4] - 35:4, 39:2, 46:19, 48:24
**LIAISON** [1] - 3:7
**LIEN** [1] - 4:7
**Lien** [1] - 23:17
**lien** [9] - 8:25, 24:5, 27:21, 28:1, 32:1, 32:9, 32:12, 32:18
**lienholder** [1] - 32:15
**lienholder's** [1] - 32:19
**liens** [8] - 8:12, 8:16, 8:20, 8:24, 9:2, 24:7, 27:6, 28:5
**likely** [2] - 14:12, 29:15
**likewise** [1] - 27:19
**limited** [2] - 11:21, 22:18
**line** [1] - 8:20
**list** [2] - 30:8, 31:7
**listening** [1] - 18:24
**litigants** [2] - 8:23, 47:25
**litigation** [2] - 6:20, 47:15
**LITIGATION** [1] - 1:5
**LLC** [1] - 2:22
**Lone** [2] - 45:8, 45:19
**LONE** [1] - 4:17
**look** [3] - 38:25, 39:5, 39:7
**looked** [3] - 15:20, 15:24, 19:24
**looking** [4] - 16:2, 18:3, 40:6
**loop** [1] - 27:14
**loss** [1] - 14:9
**lost** [1] - 13:1
**Louisiana** [4] - 7:14, 35:12, 43:25, 49:16
**LOUISIANA** [4] - 1:2, 1:6, 1:23, 3:19
**low** [1] - 24:10
**lower** [4] - 20:22, 20:23, 20:24, 25:1
**lurch** [1] - 36:21
**LUXENBERG** [1] - 2:12
**luxury** [1] - 7:20
**LYNN** [1] - 3:12
**Lynn** [4] - 9:7, 9:11, 12:19, 15:1
**LYRIC** [1] - 1:23

## M

**machine** [1] - 34:8
**MAIDEN** [1] - 2:13
**mail** [1] - 29:9
**mailed** [1] - 29:24
**mailing** [1] - 29:13
**mailings** [1] - 28:24
**majority** [2] - 21:17, 40:25
**manner** [1] - 32:4
**manual** [2] - 10:24, 12:12
**March** [3] - 21:20, 25:10, 25:15
**mark** [2] - 19:12, 23:25
**marker** [1] - 10:13
**marriage** [1] - 6:12
**MARVIN** [7] - 2:15, 5:13, 7:25, 34:23, 45:10, 45:23, 46:2
**Marvin** [4] - 5:13, 25:4, 42:20, 45:8
**Master** [5] - 12:8, 12:15, 33:5, 33:8, 33:18
**master** [1] - 38:6
**MASTER** [3] - 3:11, 33:7, 34:19
**MASTER...................
.................** [1] - 4:8
**masters** [1] - 33:20
**matched** [1] - 31:13
**matching** [1] - 31:23, 32:3, 38:8
**material** [4] - 12:2, 12:5, 14:23, 44:2
**materials** [5] - 13:13, 16:14, 28:7, 28:10, 45:4
**mathematical** [3] - 13:8, 13:14, 14:17
**mathematically** [1] - 13:20
**Matt** [3] - 23:18, 33:3, 38:10
**matt** [1] - 24:4
**matter** [8] - 5:25, 8:14, 8:22, 36:18, 38:16, 43:21, 49:19
**matters** [8] - 8:13, 8:17, 34:4, 38:14, 46:9, 47:16, 48:4, 48:19
**MATTHEW** [1] - 3:12
**MAY** [2] - 1:7, 5:2
**MCCARTHY** [1] - 1:22
**MDL** [7] - 1:6, 5:10, 23:4, 23:7, 26:18,

28:12, 37:2
**MDL...........................
.** [1] - 4:12
**MDLs** [2] - 7:19, 22:1
**meaning** [1] - 11:19
**means** [2] - 10:14, 24:13
**meanwhile** [1] - 9:1
**MECHANICAL** [1] - 3:21
**Medicaid** [12] - 24:20, 25:9, 26:7, 26:9, 26:10, 26:11, 26:13, 26:21, 26:22, 29:16, 38:22, 43:25
**Medicaid-eligible** [1] - 26:22
**medical** [8] - 13:2, 13:4, 13:19, 13:22, 14:9, 14:13, 34:25
**Medicare** [10] - 24:9, 24:13, 24:14, 24:20, 24:24, 25:3, 25:6, 25:7, 29:15, 38:22
**Medicare-entitled** [1] - 24:13
**Medicare/Medicaid** [1] - 25:5
**meet** [5] - 27:1, 43:13, 44:18, 48:24
**meeting** [9] - 43:14, 44:13, 44:23, 44:25, 45:3, 45:17, 46:7, 48:22, 48:25
**meetings** [4] - 45:1, 48:14, 48:15
**meets** [1] - 27:2
**member** [1] - 6:2
**members** [2] - 23:21, 46:6
**Memorandum** [1] - 27:25
**memory** [2] - 7:21, 7:22
**mention** [1] - 26:10
**mentioned** [3] - 25:4, 25:19, 32:3
**Merck** [17] - 5:13, 6:9, 16:7, 16:18, 16:20, 21:2, 23:21, 25:7, 26:6, 39:18, 40:1, 41:18, 41:25, 42:25, 43:1, 43:20, 48:20
**Merck's** [1] - 48:20
**Merit** [1] - 49:14
**met** [3] - 6:19, 11:13, 43:15
**METHVIN** [1] - 1:17
**MI** [16] - 13:5, 15:5, 15:18, 15:19, 15:20,

16:25, 17:4, 17:25, 18:7, 18:8, 19:5, 19:21, 20:15, 21:4, 21:13, 21:18
**middle** [2] - 8:8, 23:5
**might** [6] - 5:17, 29:7, 29:22, 32:21, 39:24, 44:2
**MILES** [1] - 1:18
**million** [5] - 19:10, 20:13, 20:14, 43:8, 43:11
**mindful** [1] - 19:20
**MIs** [1] - 38:17
**misconception** [1] - 37:6
**miss** [1] - 5:20
**missed** [1] - 11:25
**missing** [1] - 17:23
**model** [1] - 44:6
**moment** [3] - 37:25, 38:1, 38:2
**monitoring** [1] - 35:1
**MONTGOMERY** [1] - 1:20
**month** [3] - 32:9, 33:23, 35:15
**monthly** [1] - 5:16
**months** [4] - 18:20, 21:7, 24:16, 34:9
**morning** [9] - 5:8, 5:14, 6:11, 9:10, 15:1, 31:6, 34:1, 35:3, 42:24
**most** [5] - 7:6, 14:12, 19:17, 24:17, 30:1
**motion** [2] - 46:20, 47:23
**MOTION** [1] - 4:22
**motions** [7] - 41:4, 41:18, 45:20, 45:21, 45:24, 45:25, 48:20
**MOTIONS**.................
..............................[1]
- 4:19
**move** [4] - 9:1, 9:24, 36:4, 44:1
**moving** [3] - 28:23, 35:5, 35:21
**MR** [55] - 5:13, 5:14, 5:25, 6:7, 6:8, 6:15, 6:17, 7:25, 8:9, 9:6, 9:10, 12:23, 12:25, 14:25, 23:18, 24:1, 24:4, 26:25, 27:20, 33:4, 33:5, 34:22, 34:23, 35:25, 36:24, 36:25, 37:1, 37:3, 37:23, 37:24, 37:25, 38:2, 38:3, 38:4,

38:10, 38:11, 39:15, 39:20, 40:20, 41:7, 41:25, 42:7, 42:14, 42:18, 42:20, 43:10, 44:22, 45:10, 45:18, 45:21, 45:23, 46:2, 46:4, 48:5, 48:9
**MS** [9] - 15:1, 19:15, 20:22, 20:24, 22:9, 23:15, 35:3, 39:4, 39:11
**must** [1] - 6:13
**MYERS** [1] - 2:18

## N

**N.W** [1] - 2:16
**NABERS** [1] - 1:22
**name** [3] - 24:3, 30:9, 38:3
**names** [1] - 30:13
**Naphtha** [3] - 11:8, 11:13, 12:10
**narrow** [1] - 41:14
**Nathan** [11] - 5:18, 6:18, 6:19, 7:2, 7:3, 7:13, 7:17, 8:1, 35:6, 35:11
**naturally** [1] - 8:7
**Nebraska** [1] - 26:1
**necessarily** [2] - 30:9, 47:7
**necessary** [1] - 27:15
**need** [24] - 9:4, 17:8, 17:17, 17:19, 18:12, 19:20, 25:4, 25:12, 25:17, 26:8, 27:13, 38:24, 39:1, 39:6, 39:9, 41:3, 42:1, 42:2, 42:6, 42:7, 42:17, 44:2, 48:22
**needed** [2] - 26:6, 35:9
**needs** [4] - 19:24, 23:12, 26:15, 26:21
**negotiating** [1] - 23:21
**New** [4] - 35:12, 43:2, 43:14, 44:24
**NEW** [7] - 1:6, 1:16, 2:7, 2:13, 2:23, 3:8, 3:19
**new** [7] - 6:2, 25:5, 25:21, 28:20, 29:2, 30:17, 32:11
**NEXT** [1] - 4:24
**next** [14] - 23:17, 30:20, 32:7, 39:13, 40:12, 40:14, 41:11, 41:17, 42:14, 42:19,

45:7, 45:13, 48:22, 48:23
**night** [3] - 6:24, 16:25, 33:25
**NO** [1] - 1:6
**nominations** [1] - 40:7
**nonparticipating** [1] - 29:3
**north** [1] - 43:10
**note** [1] - 27:5
**notes** [1] - 43:23
**nothing** [1] - 34:23
**notice** [6] - 11:23, 17:18, 22:16, 29:21, 30:24, 47:1
**notices** [7] - 14:21, 15:13, 15:25, 16:10, 16:13, 17:22, 20:1
**Number** [1] - 48:10
**number** [14] - 6:24, 6:25, 7:10, 9:23, 13:17, 15:7, 18:1, 19:7, 20:14, 22:1, 35:17, 45:7, 46:13, 47:2
**numbered** [1] - 49:19
**numbers** [1] - 9:18
**numerous** [1] - 46:12
**NY** [2] - 2:7, 2:13

## O

**o'clock** [2] - 6:23, 48:25
**O'DELL** [1] - 1:19
**O'KEEFE** [1] - 1:15
**O'MELVENY** [1] - 2:18
**objections** [3] - 8:12, 46:12, 47:2
**objective** [2] - 13:8, 13:20
**objectors** [1] - 46:16
**obligations** [1] - 28:5
**obnoxious** [1] - 7:6
**obviously** [3] - 44:4, 44:8, 44:15
**odd** [1] - 34:3
**OF** [4] - 1:2, 1:10, 4:6, 4:22
**offer** [1] - 22:7
**office** [2] - 35:22, 36:12
**OFFICE** [1] - 1:20
**offices** [2] - 11:10, 27:16
**Official** [2] - 49:15, 49:24
**OFFICIAL** [1] - 3:18
**often** [3] - 8:18, 26:11,

26:12
**oftentimes** [1] - 47:10
**old** [1] - 39:23
**oldfather** [1] - 45:10
**Oldfather** [1] - 45:11
**once** [6] - 12:16, 14:4, 15:24, 19:24, 20:8, 45:5
**one** [20] - 7:5, 7:15, 7:18, 8:10, 8:15, 14:3, 15:11, 17:17, 22:9, 27:5, 28:23, 32:19, 33:12, 37:23, 38:15, 40:24, 41:9, 42:1, 46:18, 48:14
**ONE** [1] - 2:6
**ones** [4] - 8:15, 15:24, 16:17, 35:18
**ongoing** [1] - 46:10
**online** [1] - 10:25
**OPEN** [1] - 5:4
**opinion** [2] - 34:8, 34:9
**opportunity** [4] - 11:24, 12:3, 32:17, 47:16
**opposing** [2] - 23:23, 38:7
**opted** [1] - 28:21
**oral** [1] - 48:1
**order** [10] - 5:23, 9:4, 9:22, 26:20, 31:18, 32:2, 34:24, 42:2, 42:8, 47:11
**orders** [1] - 37:12
**ordinarily** [1] - 32:21
**ordinary** [1] - 7:4
**organization** [3] - 28:20, 40:17, 42:13
**organizational** [1] - 40:14
**organized** [1] - 6:20
**original** [2] - 28:18, 41:13
**originally** [1] - 37:7
**ORLEANS** [5] - 1:6, 1:16, 2:23, 3:8, 3:19
**Orleans** [1] - 35:12
**ORRAN** [1] - 3:11
**Orran** [4] - 9:7, 9:9, 9:10, 12:21
**ought** [1] - 23:10
**outside** [1] - 8:8
**outstanding** [4] - 23:24, 25:25, 48:12, 48:17
**overwhelming** [1] - 40:25
**owes** [1] - 32:17
**own** [3] - 27:8, 29:19,

40:16

## P

**p-R-O-C-E-E-D-I-N-G-S** [1] - 5:1
**P.O** [1] - 2:10
**PA** [2] - 2:4, 3:4
**pace** [1] - 18:6
**PACKAGE** [1] - 4:12
**package** [5] - 37:2, 37:5, 37:9, 37:16, 37:17
**packages** [2] - 29:10, 37:8
**PAGE** [1] - 4:3
**paid** [8] - 17:3, 17:10, 17:12, 19:9, 20:4, 20:5, 20:12, 20:14
**paperwork** [1] - 9:22
**part** [4] - 16:8, 16:20, 21:21, 33:2
**participants** [1] - 30:5
**participate** [8] - 28:15, 28:25, 29:15, 30:7, 30:16, 30:20, 31:8, 31:13
**participating** [6] - 30:19, 31:1, 31:14, 31:24, 31:25, 32:1
**participation** [3] - 28:7, 28:13, 29:24
**particular** [6] - 8:21, 11:3, 27:7, 32:11, 37:10, 44:18
**parties** [19] - 5:22, 9:14, 9:20, 11:7, 11:14, 12:10, 12:11, 12:13, 13:21, 14:1, 14:6, 14:10, 23:23, 28:3, 38:7, 40:11, 48:2, 48:6
**partner** [2] - 48:11, 48:17
**PARTY** [2] - 4:13, 4:15
**party** [16] - 27:21, 27:24, 28:17, 31:19, 31:22, 35:20, 37:14, 37:17, 37:19, 38:4, 38:12, 38:15, 38:19, 39:21, 41:10, 43:2
**pass** [3] - 16:3, 18:10, 18:11
**passed** [2] - 16:6, 16:7
**passes** [1] - 14:22
**passing** [2] - 10:14, 21:3
**past** [7] - 13:1, 15:8, 28:7, 31:17, 40:7,

43:13, 45:24
**PATRICK** [1] - 3:11
**Patrick** [1] - 33:8
**pause** [1] - 9:20
**pay** [4] - 18:13, 18:15, 18:16, 35:18
**payment** [5] - 10:14, 19:11, 21:23, 22:23, 24:23
**payments** [10] - 9:16, 10:1, 17:5, 17:6, 17:7, 18:7, 18:17, 19:9, 19:12, 23:2
**PAYOR** [1] - 4:13
**payor** [8] - 27:24, 28:17, 37:17, 37:19, 38:12, 38:19, 41:10, 43:2
**payors** [5] - 31:19, 31:22, 35:20, 37:14, 39:22
**PAYORS.....................**
**.................** [1] - 4:15
**Pending** [1] - 15:23
**PENDING** [1] - 4:17
**pending** [8] - 15:19, 21:14, 21:16, 21:19, 35:17, 35:19, 35:20, 45:8
**people** [10] - 7:6, 8:20, 9:22, 11:3, 11:5, 14:22, 23:9, 29:20, 30:13, 41:22
**Pepper** [3] - 49:13, 49:22, 49:23
**PEPPER** [1] - 3:18
**per** [1] - 21:21
**percent** [15] - 15:6, 15:11, 17:20, 18:11, 18:19, 19:13, 24:13, 24:23, 25:24, 26:7, 31:12, 46:20, 46:23, 46:24, 46:25
**percentage** [2] - 20:20, 32:23
**percentages** [2] - 31:24, 32:25
**performed** [1] - 19:25
**performs** [1] - 48:16
**perhaps** [1] - 30:23
**period** [6] - 13:11, 13:15, 28:13, 31:14, 40:23, 42:9
**permanent** [1] - 7:19
**PERRY** [1] - 2:12
**person** [4] - 41:22, 43:14, 43:16, 46:8
**PERSONAL** [1] - 4:17
**personal** [3] - 6:1, 34:25, 45:8

personally [1] - 6:22
**petition** [1] - 26:20
**phenomenal** [1] - 31:16
**PHILADELPHIA** [2] - 2:4, 3:4
**Phillips** [1] - 28:21
**phone** [6] - 6:24, 6:25, 18:24, 41:16, 41:21, 46:8
**phonetic** [1] - 28:19
**pick** [1] - 41:13
**picked** [1] - 41:12
**PIGMAN** [1] - 2:22
**pilot** [1] - 44:10
**Pine** [2] - 45:8, 45:19
**PINE** [1] - 4:17
**place** [7] - 12:10, 12:12, 38:6, 40:4, 40:17, 45:5, 45:17
**placed** [1] - 24:24
**plaintiff** [3] - 6:2, 6:9, 46:19
**plaintiffs** [2] - 5:15, 41:20
**plan** [7] - 8:24, 11:16, 29:16, 30:10, 30:14, 30:16, 31:13
**planned** [1] - 28:18
**plans** [9] - 28:20, 30:6, 30:17, 30:19, 31:3, 31:4, 31:7, 31:9, 32:13
**plans'** [1] - 30:24
**pleasant** [1] - 44:24
**pleasure** [2] - 8:1, 36:13
**plus** [1] - 43:22
**PNC** [1] - 23:20
**point** [12] - 9:24, 12:7, 17:21, 20:16, 21:22, 22:19, 40:21, 41:7, 41:8, 41:20, 44:7, 48:5
**points** [11] - 17:4, 17:7, 17:18, 18:3, 19:4, 19:5, 20:1, 20:16, 22:15, 22:17, 22:20
**population** [1] - 15:6
**portal** [3] - 21:14, 28:12, 33:17
**PORTIS** [1] - 1:18
**positions** [1] - 33:16
**possible** [2] - 28:5, 39:8
**possibly** [1] - 39:12
**post** [3] - 12:13, 33:16, 35:20
**POST** [1] - 1:20

posted [3] - 10:24, 47:1, 47:8
**postmarked** [1] - 29:12
**powered** [4] - 36:19, 36:22, 36:25, 37:1
**POYDRAS** [2] - 3:8, 3:18
**practicality** [1] - 22:6
**practicing** [1] - 7:5
**preliminary** [1] - 21:1
**prepared** [2] - 32:6, 34:19
**prescribed** [1] - 31:14
**prescribers** [1] - 43:25
**present** [2] - 47:7, 47:10
**PRESENT** [1] - 3:11
**presented** [1] - 8:15
**preserve** [2] - 26:14, 26:21
**pressure** [1] - 22:19
**previously** [1] - 28:17
**primarily** [1] - 32:15
**primary** [6] - 8:18, 28:9, 29:2, 29:10, 46:22
**priorities** [1] - 41:4
**privacy** [1] - 33:1
**private** [9] - 27:21, 28:1, 28:5, 29:6, 31:18, 32:13, 39:21, 40:3, 41:10
**privilege** [1] - 6:1
**privileged** [1] - 33:17
**PRO** [1] - 4:11
**pro** [10] - 10:25, 11:20, 28:9, 29:10, 35:24, 36:1, 36:8, 36:15, 36:20
**problem** [3] - 23:3, 41:23, 47:7
**procedure** [1] - 26:19
**procedures** [1] - 27:25
**PROCEEDINGS** [2] - 1:10, 3:21
**proceedings** [2] - 49:4, 49:18
**process** [11] - 11:6, 11:15, 12:12, 12:16, 15:3, 15:16, 15:17, 16:16, 17:17, 18:2, 21:9, 21:25, 25:23, 26:5, 26:25, 31:23, 32:3, 32:7, 34:10, 34:12, 36:12, 38:8, 39:11, 41:11, 41:15, 41:17, 46:9, 46:17, 47:21, 47:22, 48:2
**processes** [1] - 42:3

processing [2] - 11:8, 19:20
**produce** [1] - 43:1
**PRODUCED** [1] - 3:21
**produced** [6] - 43:2, 43:3, 43:5, 43:7, 43:21, 44:2
**production** [3] - 43:6, 43:22
**PRODUCTS** [1] - 1:5
**Professional** [1] - 49:14
**professionalism** [3] - 23:20, 23:23
**profile** [2] - 6:10, 8:6
**program** [45] - 9:8, 9:13, 9:14, 9:17, 9:25, 10:3, 10:7, 10:12, 10:21, 10:23, 10:25, 11:3, 12:17, 14:7, 16:5, 16:9, 16:19, 16:21, 21:22, 22:1, 23:1, 24:22, 27:8, 27:21, 28:2, 28:4, 28:6, 28:13, 28:22, 28:25, 29:7, 29:8, 29:18, 29:19, 30:5, 30:8, 30:15, 31:1, 31:8, 31:18, 31:25, 32:1, 43:20, 44:10
**PROGRAM.....** [1] - 4:6
**programs** [3] - 22:6, 26:19, 27:7
**progress** [3] - 17:1, 20:10, 44:12
**promised** [1] - 9:19
**prompt** [2] - 31:19, 34:11
**promptly** [1] - 44:16
**proposed** [3] - 26:17, 40:13, 40:21
**prospective** [1] - 36:2
**protects** [2] - 32:4, 32:5
**protocol** [3] - 26:17, 26:19, 32:4
**protocols** [1] - 27:25
**prove** [1] - 16:1
**provide** [1] - 25:11
**provided** [2] - 28:8, 36:11
**provider** [1] - 29:21
**providers** [1] - 29:6
**PSC** [9] - 27:24, 31:22, 37:6, 43:4, 43:7, 46:14, 46:22, 46:23, 47:17
**public** [1] - 39:21

Puerto [1] - 25:19
**purposes** [1] - 15:20
**pursuant** [2] - 29:19, 32:4
**push** [3] - 16:8, 16:18, 39:6
**put** [14] - 8:25, 12:10, 14:16, 16:21, 29:21, 34:7, 38:19, 38:24, 40:4, 41:1, 41:4, 43:4, 46:25, 47:8

## Q

**QC** [2] - 15:23, 20:8
**QC-ing** [1] - 20:8
**qualified** [1] - 36:21
**qualify** [1] - 13:3
**quality** [3] - 17:19, 19:25, 36:10
**quantify** [1] - 14:11
**questions** [2] - 11:1, 35:8
**queue** [3] - 15:19, 15:21, 19:23
**quick** [4] - 8:9, 25:14, 27:5, 44:22
**quickly** [9] - 7:22, 19:21, 22:21, 22:22, 24:6, 37:8, 39:8, 39:20, 42:25
**quit** [1] - 23:9
**quite** [1] - 9:22
**quo** [1] - 36:7

## R

**Ralings** [1] - 28:19
**ranges** [1] - 43:22
**RANIER** [2] - 2:8, 2:9
**rata** [1] - 11:20
**rate** [5] - 12:5, 18:11, 18:18, 18:21, 24:10
**re** [1] - 5:10
**RE** [1] - 1:5
**reach** [2] - 17:21, 42:4
**read** [5] - 18:24, 19:7, 23:6, 30:25, 34:8
**ready** [2] - 14:19, 42:3
**real** [1] - 10:10
**Really** [1] - 15:23
**really** [10] - 7:18, 8:1, 14:3, 14:21, 22:12, 35:18, 36:4, 41:3, 41:4, 48:18
**Realtime** [1] - 49:13
**reasonable** [1] - 16:21
**receive** [1] - 36:7

**received** [10] - 5:22, 17:6, 24:11, 26:4, 26:7, 28:15, 29:25, 30:3, 33:13, 48:1
**receiving** [2] - 9:16, 10:7
**recent** [1] - 24:16
**recently** [1] - 18:2
**recess** [1] - 49:2
**reconsider** [2] - 24:14, 29:5
**RECONSIDERATION**
   [1] - 4:22
**reconsideration** [2] - 24:10, 47:24
**record** [7] - 5:12, 6:18, 33:7, 33:21, 36:5, 39:14, 49:18
**RECORDED** [1] - 3:21
**records** [6] - 13:23, 17:23, 17:24, 22:18, 22:22, 27:10
**reduction** [1] - 35:16
**refer** [1] - 8:19
**refers** [1] - 8:18
**reflected** [1] - 13:5
**regard** [4] - 8:13, 46:12, 47:5, 47:23
**regarding** [4] - 8:12, 9:7, 38:12, 39:17
**Registered** [2] - 49:13, 49:14
**registration** [1] - 9:7
**REGISTRATION** [1] - 4:6
**regular** [1] - 15:16
**reimbursed** [1] - 13:2
**reimbursement** [1] - 25:2
**related** [2] - 22:11, 31:15
**relatively** [4] - 9:23, 20:25, 22:13, 40:23
**relevant** [1] - 43:21
**relief** [3] - 10:4, 10:5, 10:6
**remaining** [2] - 17:15, 48:19
**remand** [1] - 41:4
**remands** [1] - 35:16
**remembers** [1] - 41:12
**remind** [1] - 10:18
**reminded** [1] - 35:8
**remiss** [2] - 6:17, 35:6
**removed** [1] - 9:3
**render** [1] - 34:8
**rendered** [1] - 21:13
**report** [20] - 9:8, 9:18, 10:3, 12:18, 12:19, 24:5, 24:8, 25:6,

25:10, 29:23, 30:6, 32:6, 32:8, 33:6, 33:8, 34:15, 35:15, 36:6, 39:5, 40:13
**reported** [6] - 24:16, 24:19, 27:23, 28:17, 31:15, 38:10
**Reporter** [6] - 49:13, 49:14, 49:15, 49:24
**REPORTER** [2] - 3:18, 24:2
**REPORTER'S** [1] - 49:11
**REPORTS** [1] - 4:18
**reports** [1] - 45:9
**represent** [2] - 36:22, 47:25
**representatives** [5] - 9:6, 28:19, 39:18, 44:24, 44:25
**represented** [2] - 28:21, 36:19
**request** [2] - 11:25, 41:15
**requests** [1] - 27:4
**require** [1] - 44:22
**required** [2] - 10:20, 11:4
**requirements** [4] - 10:11, 27:2, 27:3, 32:23
**resolution** [7] - 24:5, 24:22, 27:21, 28:1, 32:1, 32:9, 44:16
**resolve** [4] - 43:16, 44:15, 47:11, 47:21
**resolved** [5] - 24:17, 29:17, 29:18, 31:15, 38:18
**resources** [1] - 19:18
**respect** [8] - 24:9, 25:3, 25:5, 25:9, 26:3, 26:10, 26:16, 31:4
**respond** [3] - 22:17, 30:22, 31:3
**responded** [1] - 31:9
**response** [1] - 31:20
**responsive** [1] - 35:8
**rest** [2] - 17:15, 20:5
**result** [3] - 29:22, 31:16, 32:6
**returned** [1] - 29:11
**returns** [1] - 13:10
**revery** [1] - 48:9, 48:11
**review** [20] - 9:15, 11:10, 11:17, 11:24, 11:25, 12:6, 13:8, 16:2, 18:1, 18:16,

19:3, 19:25, 20:7, 21:3, 21:8, 21:15, 25:14, 29:7, 46:8, 47:16
**Review** [1] - 15:23
**reviewed** [5] - 14:20, 19:5, 20:1, 20:8, 20:17
**reviewers** [1] - 19:19
**reviewing** [3] - 14:21, 47:17, 48:14
**reviews** [1] - 20:11
**Rico** [1] - 25:19
**rights** [4] - 16:8, 16:20, 28:22, 32:23
**rigidly** [1] - 14:2
**rise** [2] - 5:7, 49:3
**RMR** [1] - 49:23
**role** [1] - 26:11
**rolling** [1] - 33:22
**rolls** [1] - 34:1
**ROOM** [1] - 3:18
**row** [7] - 15:9, 15:18, 15:22, 16:4, 16:6, 16:24
**RPR** [1] - 3:18
**rulings** [1] - 34:4
**running** [5] - 9:17, 10:7, 15:10, 17:20, 19:13
**Russ** [1] - 5:15
**RUSS** [1] - 1:14
**RYAN** [1] - 2:9

## S

**s/Cathy** [1] - 49:22
**sample** [1] - 29:20
**satisfactory** [1] - 44:11
**schedule** [3] - 41:10, 41:11, 47:3
**scheduled** [1] - 48:21
**SCHIP** [1] - 25:5
**school** [1] - 37:4
**scrub** [1] - 31:10
**se** [4] - 28:9, 29:10, 35:24
**SE**...................
   ...................... [1] - 4:11
**sea** [1] - 7:9
**search** [3] - 5:20, 8:2
**seated** [1] - 5:8
**second** [5] - 6:8, 11:24, 11:25, 12:5, 37:23
**secondary** [1] - 16:2
**secondly** [2] - 23:4, 38:6

**section** [2] - 12:19, 28:11
**SEDRAN** [1] - 2:2
**see** [16] - 10:16, 12:4, 12:13, 13:8, 13:23, 14:4, 16:3, 18:1, 18:10, 29:22, 30:15, 34:11, 41:22, 44:1, 44:10
**seed** [1] - 48:10
**SEEGER** [6] - 2:5, 2:6, 37:23, 37:25, 38:3, 38:10
**Seeger** [3] - 37:20, 40:1, 48:9
**seeing** [1] - 24:9
**seek** [3] - 10:4, 10:5
**seeking** [1] - 46:20
**segregate** [1] - 8:25
**self** [1] - 13:11
**self-employment** [1] - 13:11
**send** [7] - 14:23, 15:14, 28:23, 29:3, 30:2, 30:14, 30:24
**senior** [1] - 38:2
**sense** [3] - 21:1, 22:8, 32:12
**sent** [8] - 15:12, 15:25, 16:13, 17:22, 29:1, 29:9, 29:10, 29:20
**separate** [2] - 33:17, 43:13
**September** [9] - 10:1, 10:17, 10:20, 14:22, 17:3, 18:7, 18:13, 18:17, 21:23
**serious** [1] - 41:23
**serve** [1] - 6:21
**served** [2] - 43:13, 45:9
**SERVED**...................
   ........... [1] - 4:18
**Service** [1] - 24:20
**ses** [5] - 10:25, 36:1, 36:8, 36:15, 36:20
**set** [5] - 5:23, 29:2, 33:14, 33:19, 45:13
**sets** [1] - 38:6
**setting** [1] - 47:3
**SETTLEMENT** [2] - 4:5, 4:6
**settlement** [14] - 5:24, 8:10, 9:8, 9:12, 9:13, 13:12, 24:23, 26:18, 31:18, 31:21, 31:25, 35:20, 36:12, 37:7
**seven** [1] - 21:16
**several** [8] - 8:17, 18:6, 21:7, 22:20,

38:12, 40:10, 45:12, 45:23
**shared** [2] - 47:6, 47:7
**Sherman** [1] - 6:20
**Shield** [1] - 30:11
**short** [1] - 40:23
**shortly** [1] - 25:22
**show** [3] - 13:10, 18:6, 36:3
**showing** [1] - 15:5
**shown** [1] - 13:9
**shows** [11] - 15:17, 15:18, 15:22, 16:4, 16:24, 17:15, 19:4, 19:8, 20:6, 20:12, 20:16
**side** [3] - 8:25, 19:3, 40:6
**sides** [4] - 22:8, 32:24, 41:13, 43:14
**sifting** [1] - 14:5
**signed** [2] - 29:6, 32:2
**significant** [1] - 44:12
**similar** [1] - 40:6
**simple** [1] - 10:23
**simply** [2] - 24:17, 32:18
**simultaneous** [1] - 48:13
**sit** [2] - 23:8, 37:24
**site** [1] - 47:1
**six** [4] - 25:13, 26:3, 41:19, 45:21
**sleeping** [1] - 37:25
**slide** [17] - 10:8, 15:4, 15:8, 15:17, 17:15, 18:5, 18:9, 19:4, 19:8, 20:5, 20:10, 20:12, 20:15, 20:16, 21:5, 21:10
**slides** [2] - 18:25, 19:4
**small** [4] - 9:23, 24:21, 24:25, 41:9
**smoothly** [1] - 40:3
**Sobel** [1] - 28:19
**someone** [2] - 7:19, 7:20, 8:19
**sometimes** [2] - 22:6, 33:25
**soon** [4] - 12:10, 33:15, 39:12, 42:6
**sorry** [2] - 24:2, 40:22
**sort** [8] - 8:14, 8:17, 11:11, 13:22, 13:24, 36:18, 44:10, 47:6
**SPEAKER** [1] - 27:19
**speaking** [3] - 21:1, 22:13, 45:11
**speaks** [1] - 39:16
**SPECIAL** [4] - 3:11,

4:8, 33:7, 34:19
**Special** [5] - 12:8, 12:15, 33:5, 33:8, 33:18
**special** [7] - 10:13, 13:3, 13:19, 14:9, 26:14, 26:21, 33:19
**specific** [1] - 29:14
**specified** [3] - 13:9, 13:20, 15:10
**speed** [2] - 7:22, 12:16
**spell** [1] - 24:3
**spelling** [1] - 28:19
**spoken** [1] - 12:15
**spreadsheet** [1] - 29:14
**ST** [1] - 2:16
**stages** [2] - 9:21, 10:9
**stand** [1] - 49:1
**standpoint** [3] - 21:24, 22:24, 32:20
**state** [8] - 24:2, 27:1, 27:2, 35:4, 38:22, 44:6, 44:11
**STATE** [1] - 3:6
**STATE/FEDERAL** [1] - 4:10
**state/federal** [1] - 35:2
**STATES** [2] - 1:1, 1:11
**States** [3] - 40:16, 49:15, 49:25
**states** [7] - 25:11, 25:13, 26:3, 27:17, 38:21, 40:16, 40:18
**statistics** [1] - 31:6
**STATUS** [3] - 1:10, 4:23, 4:24
**status** [16] - 5:16, 5:17, 15:5, 17:4, 18:25, 19:17, 25:11, 30:6, 30:21, 34:24, 36:6, 36:7, 41:16, 45:25, 48:6, 48:23
**stay** [1] - 35:11
**stayed** [1] - 15:4
**stays** [1] - 18:18
**steady** [2] - 18:19, 20:10
**steel** [1] - 30:12
**steer** [1] - 33:1
**STENOGRAPHY** [1] - 3:21
**step** [4] - 11:11, 17:17, 37:21, 42:21
**STEPHEN** [1] - 2:19
**stepping** [1] - 32:12
**steps** [2] - 14:19, 20:6
**still** [11] - 9:21, 10:8, 14:10, 14:22, 16:14, 19:13, 19:24, 20:25,

24:9, 42:2, 47:19
**stipulated** [1] - 32:4
**STONE** [1] - 2:22
**straight** [1] - 7:3
**STREET** [9] - 1:19, 2:3, 2:6, 2:9, 2:20, 2:23, 3:4, 3:8, 3:18
**street** [1] - 5:19
**strike** [2] - 41:15, 41:17
**strikes** [1] - 42:6
**striking** [1] - 41:24
**stroke** [15] - 10:5, 13:11, 19:17, 19:19, 19:23, 20:3, 20:4, 20:7, 20:11, 20:13, 20:17, 21:13, 21:17, 24:21, 37:10
**strokes** [2] - 20:20, 38:17
**structure** [14] - 37:13, 37:14, 38:5, 38:19, 38:24, 39:6, 39:7, 40:6, 40:11, 40:14, 41:1, 42:17, 45:5
**structures** [2] - 40:4, 41:5
**study** [1] - 37:3
**subject** [1] - 38:12
**subjects** [1] - 37:22
**submission** [1] - 12:1
**submissions** [4] - 13:7, 14:4, 22:11, 46:9
**submit** [5] - 10:17, 13:21, 16:14, 21:14, 22:18
**submittals** [1] - 26:23
**submitted** [5] - 11:18, 15:7, 15:25, 25:15, 31:7
**submitting** [1] - 25:23
**subset** [3] - 24:21, 24:25, 25:2
**substance** [1] - 24:7
**substantial** [2] - 32:18, 35:16
**substantially** [1] - 37:9
**successfully** [1] - 21:22
**suggestions** [1] - 39:1
**SUITE** [3] - 1:23, 2:3, 3:8
**summary** [2] - 11:15, 21:5
**summer** [2] - 18:16, 22:19
**Sunday** [1] - 17:8, 17:12

**supplement** [1] - 37:15
**supplemental** [4] - 28:24, 29:13, 29:16, 29:25
**supplemented** [1] - 37:9
**support** [2] - 27:16, 41:1
**supposed** [3] - 14:8, 38:2, 38:8
**surpass** [1] - 19:11
**system** [4] - 23:10, 33:14, 33:19, 34:13

## T

**targeted** [1] - 29:3
**tax** [1] - 13:10
**team** [1] - 19:19
**technically** [1] - 35:17
**teleconference** [1] - 43:15
**ten** [1] - 41:14
**Tennessee** [1] - 25:14
**tenure** [1] - 35:14
**terms** [9] - 8:10, 30:7, 30:14, 31:8, 37:9, 37:19, 38:4, 38:5, 43:12
**terrific** [1] - 7:9
**test** [1] - 32:24
**testify** [1] - 6:22
**Texas** [1] - 48:10
**thanking** [1] - 35:6
**THE** [58] - 1:11, 2:15, 3:6, 4:6, 4:12, 4:21, 4:22, 5:7, 5:8, 5:10, 5:11, 5:16, 6:5, 6:13, 6:16, 7:17, 8:7, 8:14, 12:20, 12:24, 14:24, 19:13, 20:19, 20:23, 21:24, 22:24, 23:16, 24:2, 26:24, 27:14, 32:10, 34:16, 34:21, 35:2, 35:23, 36:17, 37:2, 38:14, 39:5, 39:14, 39:19, 40:15, 41:3, 41:21, 42:5, 42:11, 42:16, 42:19, 43:8, 44:21, 45:15, 45:20, 46:1, 46:3, 46:18, 48:8, 48:23, 49:3
**thereabouts** [1] - 38:18
**therefore** [1] - 28:22
**they've** [2] - 23:24, 44:19

**THIRD** [2] - 4:13, 4:15
**third** [16] - 27:21, 27:24, 28:17, 31:19, 31:22, 35:20, 37:14, 37:17, 37:19, 38:4, 38:12, 38:15, 38:19, 39:21, 41:10, 43:2
**THIRD-PARTY** [2] - 4:13, 4:15
**third-party** [15] - 27:21, 27:24, 28:17, 31:19, 35:20, 37:14, 37:17, 37:19, 38:4, 38:12, 38:15, 38:19, 39:21, 41:10, 43:2
**thousand** [4] - 16:15, 17:11, 19:22, 22:20
**thousands** [2] - 26:23, 27:4
**three** [8] - 30:19, 33:19, 33:23, 37:20, 37:22, 43:12, 44:23, 48:13
**three-hour** [1] - 44:23
**throughout** [1] - 26:8
**throw** [1] - 23:9
**tightening** [1] - 22:10
**title** [1] - 15:22
**today** [12] - 5:16, 9:11, 9:13, 9:18, 10:2, 24:6, 29:12, 29:23, 30:1, 30:17, 45:11
**together** [2] - 42:5, 45:16
**tomorrow** [2] - 6:11, 6:12
**total** [6] - 13:17, 15:6, 15:7, 18:8, 30:4, 30:18
**tough** [1] - 37:3
**TPP** [1] - 42:25
**track** [1] - 25:8
**trained** [1] - 14:19
**transaction** [1] - 32:20
**transcript** [1] - 49:17
**TRANSCRIPT** [2] - 1:10, 3:21
**transmitted** [1] - 33:18
**treated** [1] - 27:10
**treating** [1] - 27:9
**trend** [1] - 24:16
**trial** [12] - 8:8, 8:19, 36:4, 37:2, 37:5, 37:8, 37:9, 37:15, 37:16, 41:20, 43:18, 48:3
**TRIAL** [1] - 4:12
**tried** [2] - 32:11, 33:1
**true** [1] - 49:17
**truly** [2] - 13:21, 13:22

**trust** [2] - 26:15, 26:21
**truth** [2] - 5:20, 8:5
**try** [3] - 15:13, 25:1, 43:20
**trying** [4] - 17:23, 38:20, 43:16, 43:17
**Tuesday** [5] - 40:7, 40:12, 40:22, 42:14
**Tulane** [1] - 47:25
**turn** [4] - 12:18, 27:20, 29:3, 43:24
**turnover** [1] - 25:20
**TWELFTH** [1] - 2:16
**two** [14] - 10:4, 10:18, 12:25, 30:19, 33:23, 34:9, 37:10, 38:14, 41:18, 43:1, 44:22, 44:25, 46:4, 46:18
**two-hour** [1] - 44:25
**TX** [1] - 1:24
**type** [5] - 11:5, 14:2, 14:13, 15:9, 29:16

## U

**ultimately** [1] - 35:18
**unanswered** [1] - 11:2
**under** [7] - 16:18, 17:13, 19:15, 33:11, 42:2, 42:8, 47:19
**underlying** [3] - 10:12, 13:5, 14:14
**unfortunately** [1] - 7:21
**uniformed** [1] - 28:5
**unilateral** [1] - 16:8
**unique** [1] - 33:14
**United** [3] - 40:16, 49:15, 49:25
**UNITED** [2] - 1:1, 1:11
**universe** [1] - 31:24
**unusual** [1] - 25:20
**up** [23] - 7:15, 7:16, 7:22, 9:17, 10:7, 12:16, 13:12, 14:12, 15:15, 22:10, 23:9, 29:6, 30:4, 30:18, 33:12, 33:14, 33:19, 34:17, 39:7, 39:8, 42:17, 47:3, 47:9
**update** [2] - 9:13, 15:2
**updated** [1] - 43:6
**updating** [1] - 27:12
**urge** [2] - 22:21, 22:24
**utmost** [1] - 7:11

## V

**VA** [1] - 27:7
**various** [3] - 20:6, 40:16, 42:21
**veterans** [1] - 27:9
**view** [4] - 23:4, 28:10, 37:16, 37:18
**Vioxx** [6] - 5:10, 6:21, 9:12, 28:12, 28:16, 31:25
**VIOXX** [1] - 1:5
**voluntarily** [1] - 30:20
**voluntary** [1] - 28:4
**votes** [1] - 21:21

## W

**W-2s** [1] - 13:10
**wages** [3] - 13:1, 13:10
**wait** [1] - 34:7
**waiting** [2] - 8:8, 9:2
**walkaway** [2] - 28:22, 32:23
**WALNUT** [1] - 2:3
**WALTHER** [1] - 2:22
**wants** [2] - 8:11, 40:11
**WASHINGTON** [2] - 2:16, 2:20
**wave** [1] - 28:20
**ways** [1] - 40:16
**web** [2] - 28:12, 46:25
**website** [3] - 19:1, 19:3, 28:12
**Wednesday** [3] - 40:14, 40:22, 43:15
**week** [10] - 17:5, 21:19, 21:21, 34:7, 39:13, 40:12, 40:14, 43:14, 43:15, 45:13
**weekend** [2] - 17:8, 40:5
**weeks** [4] - 33:23, 41:18, 44:19, 45:12
**WEISS** [1] - 2:5
**WEITZ** [2] - 2:12, 2:12
**whereby** [1] - 43:20
**WHEREUPON** [1] - 49:4
**WHICH** [1] - 4:17
**whole** [1] - 23:1
**wife** [3] - 6:14, 8:6, 36:24
**WILLIAM** [1] - 2:6
**WILLIAMS** [1] - 2:15
**willingness** [1] - 44:10
**WIMBERLY** [1] - 2:22

**Wimberly** [1] - 48:20
**wise** [1] - 32:23
**wish** [4] - 8:2, 8:13, 35:11, 37:18
**WITTMANN** [1] - 2:22
**WOOD** [1] - 3:15
**words** [1] - 6:18
**works** [2] - 6:22, 11:1
**written** [1] - 23:20
**www.BrownGreer. com/ Vioxxsettlement** [1] - 19:2

## X

**Xerox** [1] - 34:8

## Y

**year** [2] - 6:21, 7:20
**years** [1] - 7:10
**yesterday** [8] - 6:10, 39:18, 40:9, 42:23, 43:16, 44:24, 46:7, 48:13
**yield** [1] - 29:22
**York** [2] - 43:14, 44:24
**YORK** [2] - 2:7, 2:13