```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


****************************************************************


IN RE:  VIOXX PRODUCTS
        LIABILITY LITIGATION
                                    MDL DOCKET NO. 1657
                                    NEW ORLEANS, LOUISIANA
                                    FRIDAY, MAY 29, 2009, 10:15 A.M.



****************************************************************

                    TRANSCRIPT OF MOTION PROCEEDINGS
              HEARD BEFORE THE HONORABLE ELDON E. FALLON
                      UNITED STATES DISTRICT JUDGE

APPEARANCES:


FOR THE PLAINTIFFS:      HERMAN HERMAN KATZ & COTLAR
                         BY:  LEONARD A. DAVIS, ESQUIRE
                         820 O'KEEFE AVENUE
                         NEW ORLEANS LA   70113


                         WOOD LAW FIRM
                         BY:  E. KIRK WOOD, ESQUIRE
                         2900 1ST AVE SOUTH, SUITE A
                         BIRMINGHAM AL   35233


FOR THE DEFENDANT:       STONE PIGMAN WALTHER WITTMANN LLC
                         BY:  DOROTHY H. WIMBERLY, ESQUIRE
                         546 CARONDELET STREET
                         NEW ORLEANS LA   70130
                         (504) 581-3200



OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RPR, CRR
                            500 POYDRAS STREET, ROOM B406
                            NEW ORLEANS, LOUISIANA 70130
                            (504) 589-7779
PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
PRODUCED BY COMPUTER.
```

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, MAY 29, 2009

M O R N I N G   S E S S I O N

(IN OPEN COURT)

THE DEPUTY CLERK:  Everyone rise.

THE COURT:  Be seated, please.  We have a couple of motions.  Dorothy, I'll take yours.

MS. WIMBERLY:  Yes, Your Honor.  We're here today on matters that were deferred from Merck, the original six *Lone Pine* based on enrollment orders to show cause, and the first and second supplemental enrollments to show cause.

We were previously here in court on May 8th.  And May -- and April 29th.  And the matters that are set for today are those appearing on Exhibit C to the Court's judgment entered on May 15th, Record Document 18760; those appearing on Exhibit 1A.3 to the Court's order entered May 13th, Record Document 18758; and six plaintiffs appearing on Exhibit 2C and one appearing on Exhibit 2F to the Court's order entered May 15th, Record Document 18759.

Your Honor, I am pleased to report that we have resolved virtually all of these.  I have provided to Nathan four proposed exhibits which will accompany a judgment.  Exhibit 1 contains the names of 15 of the parties.  And we've combined all

1  of these, the original six and the first and second supplemental.
2  We have cured the deficiencies, and against whom we are
3  withdrawing the motion.
4          The second is Exhibit 2 which involves two
5  plaintiffs, both represented by the Lamb Firm, who are still
6  missing signatures and are not kept compliant.  They had
7  requested additional time on two occasions.  They were given a
8  final extension until today.  They have not complied or cured the
9  enrollment deficiencies, and we ask that the lawsuits be
10 dismissed with prejudice.  And those are the names appearing on
11 Exhibit 2.
12         THE COURT:  Okay.  That's Villegas-Rodriguez, Franscisca
13 and Zayas-Zayas, Bernabela.  And I understand that there is an
14 objection to it being dismissed with prejudice.  The PSC moves
15 that it be dismissed without prejudice.  I'll deny the motion and
16 grant the Motion to Dismiss with prejudice.
17         MS. WIMBERLY:  Next, Your Honor, four plaintiffs
18 appearing on Exhibit 3, which as opposed to dismissal, even
19 though they still have some sort of deficiency remaining, such as
20 a notarization issue or a lack of an original, we are asking the
21 Court enter an order estopping them from contesting the validity
22 of their releases.
23         THE COURT:  That's the fair thing to do.  I've done it
24 before in these matters.  There are some issues that cannot be
25 corrected.  And when they cannot be corrected, I want the

1  defendant to go forward with it, but they have to have some
2  comfort so that I stop them from objecting to any matters that
3  have been not done.
4        MS. WIMBERLY:  Finally, Your Honor, with respect to
5  three plaintiffs on Exhibit 4 who have very special circumstances
6  and difficulties in obtaining the final cure for their
7  deficiencies, we have agreed to an absolute final extension until
8  June 10th, and we cannot grant any further extension.  And we
9  would ask that the Court defer those three until June the 10th
10 when we will be here on Merck's fourth latecomers motion.
11       THE COURT:  I'll do that, but this has got to be the
12 final because it's a real problem for everybody else.  So I
13 understand that some of these individuals are in nursing homes or
14 other places, but we can't hold up the thousands and thousands of
15 claimants that have come forward and done what they wanted to do
16 or they should have done for the two or three claimants who will
17 not do it.
18       MS. WIMBERLY:  And Your Honor, I will submit a judgment
19 with the exhibits later today.
20       THE COURT:  Do you have another motion on the lien?
21       MR. WOOD:  Yes, Your Honor.
22       THE COURT:  Tell me about that.
23       MR. WOOD:  I'm Kirk Wood, Your Honor.  I filed a motion
24 for special consideration on a lien filed against one of the
25 attorneys in our group.

1        THE COURT:  Your interest is to put the attorney's fees
2   aside and deal with it so that the litigant could get paid?
3        MR. WOOD:  Yes, Your Honor, our goal is to get the
4   claimants paid.
5        THE COURT:  That's the way I see it.  I don't want to
6   sleep on that lien.  I don't want it to just languish, but I
7   don't want the litigant to be prejudiced by any problems that may
8   or may not exist.  So I'm going to grant that motion.
9        MR. WOOD:  Thank you, Your Honor.  I appreciate it.
10            And the claims administrator has been very helpful
11  in working through that process, and I think we have it.
12       THE COURT:  Good.  Fine.  Thanks.
13       MR. DAVIS:  And Your Honor, as with other issues similar
14  to this, if plaintiff's liaison counsel can assist in some way,
15  we're willing to assist.
16       THE COURT:  Okay.  Yes, I'll forward those to you all to
17  see whether or not you can work it out.  My thinking is that I
18  don't want the litigant to wait while there is some problem
19  involving fees.  That's not fair to them.  So I'll segregate
20  those fees.  I'll put them on the side, and I'll order
21  distribution of the funds to the litigant.
22            Okay.  All right.  Thank you very much.  Court will
23  stand in recess.
24       THE DEPUTY CLERK:  Everyone rise.
25            (WHEREUPON, at 10:23 a.m. the proceedings concluded.)

```
 1                       REPORTER'S CERTIFICATE
 2
 3        I, Cathy Pepper, Certified Realtime Reporter, Registered
 4   Merit Reporter, Registered Professional Reporter, Certified Court
 5   Reporter, Official Court Reporter for the United States District
 6   Court, Eastern District of Louisiana, do hereby certify that the
 7   foregoing is a true and correct transcript, to the best of my
 8   ability and understanding, from the record of the proceedings in
 9   the above-entitled and numbered matter.
10
11
12                              s/Cathy Pepper
13                              Cathy Pepper, CRR, RMR, CCR
14                              Official Court Reporter
15                              United States District Court
16
17
18
19
20
21
22
23
24
25
```

## 1

**1** [1] - 2:24
**10:15** [1] - 1:6
**10:23** [1] - 5:25
**10th** [2] - 4:8, 4:9
**13th** [1] - 2:18
**15** [1] - 2:25
**15th** [2] - 2:17, 2:21
**1657** [1] - 1:5
**18758** [1] - 2:19
**18759** [1] - 2:21
**18760** [1] - 2:17
**1A.3** [1] - 2:18
**1ST** [1] - 1:17

## 2

**2** [2] - 3:4, 3:11
**2009** [2] - 1:6, 2:2
**29** [2] - 1:6, 2:2
**2900** [1] - 1:17
**29th** [1] - 2:15
**2C** [1] - 2:19
**2F** [1] - 2:20

## 3

**3** [1] - 3:18
**35233** [1] - 1:17

## 4

**4** [1] - 4:5

## 5

**500** [1] - 1:23
**504** [2] - 1:21, 1:24
**546** [1] - 1:20
**581-3200** [1] - 1:21
**589-7779** [1] - 1:24

## 7

**70113** [1] - 1:14
**70130** [2] - 1:20, 1:24

## 8

**820** [1] - 1:14
**8th** [1] - 2:14

## A

**a.m** [1] - 5:25
**A.M** [1] - 1:6
**ability** [1] - 6:8
**above-entitled** [1] - 6:9
**absolute** [1] - 4:7
**accompany** [1] - 2:24
**additional** [1] - 3:7
**administrator** [1] - 5:10
**agreed** [1] - 4:7
**AL** [1] - 1:17
**APPEARANCES** [1] - 1:11
**appearing** [6] - 2:16, 2:17, 2:19, 2:20, 3:10, 3:18
**appreciate** [1] - 5:9
**April** [1] - 2:15
**aside** [1] - 5:2
**assist** [2] - 5:14, 5:15
**attorney's** [1] - 5:1
**attorneys** [1] - 4:25
**AVE** [1] - 1:17
**AVENUE** [1] - 1:14

## B

**B406** [1] - 1:23
**based** [1] - 2:12
**BEFORE** [1] - 1:10
**Bernabela** [1] - 3:13
**best** [1] - 6:7
**BIRMINGHAM** [1] - 1:17
**BY** [5] - 1:13, 1:16, 1:19, 1:25, 1:25

## C

**cannot** [3] - 3:24, 3:25, 4:8
**CARONDELET** [1] - 1:20
**Cathy** [2] - 6:3, 6:13
**CATHY** [1] - 1:23
**CCR** [2] - 1:23, 6:13
**CERTIFICATE** [1] - 6:1
**Certified** [2] - 6:3, 6:4
**certify** [1] - 6:6
**circumstances** [1] - 4:5
**claimants** [3] - 4:15, 4:16, 5:4
**claims** [1] - 5:10
**CLERK** [2] - 2:7, 5:24
**combined** [1] - 2:25
**comfort** [1] - 4:2
**compliant** [1] - 3:6
**complied** [1] - 3:8
**COMPUTER** [1] - 1:25
**concluded** [1] - 5:25
**consideration** [1] - 4:24
**contains** [1] - 2:25
**contesting** [1] - 3:21
**correct** [1] - 6:7
**corrected** [2] - 3:25
**COTLAR** [1] - 1:13
**counsel** [1] - 5:14
**couple** [1] - 2:8
**COURT** [13] - 1:1, 1:23, 2:4, 2:8, 3:12, 3:23, 4:11, 4:20, 4:22, 5:1, 5:5, 5:12, 5:16
**court** [1] - 2:14
**Court** [8] - 3:21, 4:9, 5:22, 6:4, 6:5, 6:6, 6:14, 6:15
**Court's** [3] - 2:16, 2:18, 2:20
**CRR** [2] - 1:23, 6:13
**cure** [1] - 4:6
**cured** [2] - 3:2, 3:8

## D

**DAVIS** [2] - 1:13, 5:13
**deal** [1] - 5:2
**DEFENDANT** [1] - 1:19
**defendant** [1] - 4:1
**defer** [1] - 4:9
**deferred** [1] - 2:11
**deficiencies** [3] - 3:2, 3:9, 4:7
**deficiency** [1] - 3:19
**deny** [1] - 3:15
**DEPUTY** [2] - 2:7, 5:24
**difficulties** [1] - 4:6
**Dismiss** [1] - 3:16
**dismissal** [1] - 3:18
**dismissed** [3] - 3:10, 3:14, 3:15
**distribution** [1] - 5:21
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [3] - 6:5, 6:6, 6:15
**DOCKET** [1] - 1:5
**Document** [3] - 2:17, 2:19, 2:21
**done** [4] - 3:23, 4:3, 4:15, 4:16
**DOROTHY** [1] - 1:19
**Dorothy** [1] - 2:9

## E

**EASTERN** [1] - 1:1
**Eastern** [1] - 6:6
**ELDON** [1] - 1:10
**enrollment** [2] - 2:12, 3:9
**enrollments** [1] - 2:13
**enter** [1] - 3:21
**entered** [3] - 2:16, 2:18, 2:20
**entitled** [1] - 6:9
**ESQUIRE** [3] - 1:13, 1:16, 1:19
**estopping** [1] - 3:21
**Exhibit** [9] - 2:16, 2:18, 2:19, 2:20, 2:24, 3:4, 3:11, 3:18, 4:5
**exhibits** [2] - 2:24, 4:19
**exist** [1] - 5:8
**extension** [3] - 3:8, 4:7, 4:8

## F

**fair** [2] - 3:23, 5:19
**FALLON** [1] - 1:10
**fees** [3] - 5:1, 5:19, 5:20
**filed** [2] - 4:23, 4:24
**final** [4] - 3:8, 4:6, 4:7, 4:12
**finally** [1] - 4:4
**fine** [1] - 5:12
**FIRM** [1] - 1:16
**Firm** [1] - 3:5
**first** [2] - 2:12, 3:1
**FOR** [2] - 1:13, 1:19
**foregoing** [1] - 6:7
**forward** [3] - 4:1, 4:15, 5:16
**four** [2] - 2:23, 3:17
**fourth** [1] - 4:10
**Franscisca** [1] - 3:12
**FRIDAY** [2] - 1:6, 2:2
**funds** [1] - 5:21

## G

**given** [1] - 3:7
**goal** [1] - 5:3

**grant** [3] - 3:16, 4:8, 5:8
**group** [1] - 4:25

## H

**HEARD** [1] - 1:10
**helpful** [1] - 5:10
**hereby** [1] - 6:6
**HERMAN** [2] - 1:13
**hold** [1] - 4:14
**homes** [1] - 4:13
**Honor** [10] - 2:10, 2:22, 3:17, 4:4, 4:18, 4:21, 4:23, 5:3, 5:9, 5:13
**HONORABLE** [1] - 1:10

## I

**IN** [2] - 1:4, 2:4
**individuals** [1] - 4:13
**interest** [1] - 5:1
**involves** [1] - 3:4
**involving** [1] - 5:19
**issue** [1] - 3:20
**issues** [2] - 3:24, 5:13

## J

**JUDGE** [1] - 1:10
**judgment** [3] - 2:16, 2:24, 4:18
**June** [2] - 4:8, 4:9

## K

**KATZ** [1] - 1:13
**kept** [1] - 3:6
**Kirk** [1] - 4:23
**KIRK** [1] - 1:16

## L

**LA** [2] - 1:14, 1:20
**lack** [1] - 3:20
**Lamb** [1] - 3:5
**languish** [1] - 5:6
**latecomers** [1] - 4:10
**LAW** [1] - 1:16
**lawsuits** [1] - 3:9
**LEONARD** [1] - 1:13
**LIABILITY** [1] - 1:5
**liaison** [1] - 5:14
**lien** [3] - 4:20, 4:24,

5:6
**litigant** [4] - 5:2, 5:7, 5:18, 5:21
**LITIGATION** [1] - 1:5
**LLC** [1] - 1:19
**Lone** [1] - 2:11
**LOUISIANA** [3] - 1:1, 1:6, 1:24
**Louisiana** [1] - 6:6

## M

**matter** [1] - 6:9
**matters** [4] - 2:11, 2:15, 3:24, 4:2
**MAY** [2] - 1:6, 2:2
**MDL** [1] - 1:5
**MECHANICAL** [1] - 1:25
**Merck** [1] - 2:11
**Merck's** [1] - 4:10
**Merit** [1] - 6:4
**missing** [1] - 3:6
**Motion** [1] - 3:16
**motion** [6] - 3:3, 3:15, 4:10, 4:20, 4:23, 5:8
**MOTION** [1] - 1:9
**motions** [1] - 2:9
**moves** [1] - 3:14
**MR** [5] - 4:21, 4:23, 5:3, 5:9, 5:13
**MS** [4] - 2:10, 3:17, 4:4, 4:18

## N

**names** [2] - 2:25, 3:10
**Nathan** [1] - 2:23
**NEW** [4] - 1:6, 1:14, 1:20, 1:24
**next** [1] - 3:17
**NO** [1] - 1:5
**notarization** [1] - 3:20
**numbered** [1] - 6:9
**nursing** [1] - 4:13

## O

**O'KEEFE** [1] - 1:14
**objecting** [1] - 4:2
**objection** [1] - 3:14
**obtaining** [1] - 4:6
**occasions** [1] - 3:7
**OF** [2] - 1:1, 1:9
**Official** [2] - 6:5, 6:14
**OFFICIAL** [1] - 1:23
**one** [2] - 2:20, 4:24

**OPEN** [1] - 2:4
**opposed** [1] - 3:18
**order** [4] - 2:18, 2:20, 3:21, 5:20
**orders** [1] - 2:12
**original** [3] - 2:11, 3:1, 3:20
**ORLEANS** [4] - 1:6, 1:14, 1:20, 1:24

## P

**paid** [2] - 5:2, 5:4
**parties** [1] - 2:25
**PEPPER** [1] - 1:23
**Pepper** [3] - 6:3, 6:12, 6:13
**PIGMAN** [1] - 1:19
**Pine** [1] - 2:11
**places** [1] - 4:14
**plaintiff's** [1] - 5:14
**plaintiffs** [4] - 2:19, 3:5, 3:17, 4:5
**PLAINTIFFS** [1] - 1:13
**pleased** [1] - 2:22
**POYDRAS** [1] - 1:23
**prejudice** [4] - 3:10, 3:14, 3:15, 3:16
**prejudiced** [1] - 5:7
**previously** [1] - 2:14
**problem** [2] - 4:12, 5:18
**problems** [1] - 5:7
**PROCEEDINGS** [3] - 1:9, 1:25, 2:1
**proceedings** [2] - 5:25, 6:8
**process** [1] - 5:11
**PRODUCED** [1] - 1:25
**PRODUCTS** [1] - 1:4
**Professional** [1] - 6:4
**proposed** [1] - 2:24
**provided** [1] - 2:23
**PSC** [1] - 3:14
**put** [2] - 5:1, 5:20

## R

**RE** [1] - 1:4
**real** [1] - 4:12
**Realtime** [1] - 6:3
**recess** [1] - 5:23
**record** [1] - 6:8
**Record** [3] - 2:17, 2:18, 2:21
**RECORDED** [1] - 1:25
**Registered** [2] - 6:3, 6:4

**releases** [1] - 3:22
**remaining** [1] - 3:19
**report** [1] - 2:22
**REPORTER** [1] - 1:23
**Reporter** [6] - 6:3, 6:4, 6:5, 6:14
**REPORTER'S** [1] - 6:1
**represented** [1] - 3:5
**requested** [1] - 3:7
**resolved** [1] - 2:23
**respect** [1] - 4:4
**rise** [2] - 2:7, 5:24
**RMR** [1] - 6:13
**Rodriguez** [1] - 3:12
**ROOM** [1] - 1:23
**RPR** [1] - 1:23

## S

**s/Cathy** [1] - 6:12
**seated** [1] - 2:8
**second** [3] - 2:13, 3:1, 3:4
**see** [2] - 5:5, 5:17
**segregate** [1] - 5:19
**set** [1] - 2:15
**show** [2] - 2:12, 2:13
**side** [1] - 5:20
**signatures** [1] - 3:6
**similar** [1] - 5:13
**six** [3] - 2:11, 2:19, 3:1
**sleep** [1] - 5:6
**sort** [1] - 3:19
**SOUTH** [1] - 1:17
**special** [2] - 4:5, 4:24
**stand** [1] - 5:23
**STATES** [2] - 1:1, 1:10
**States** [2] - 6:5, 6:15
**STENOGRAPHY** [1] - 1:25
**still** [2] - 3:5, 3:19
**STONE** [1] - 1:19
**stop** [1] - 4:2
**STREET** [2] - 1:20, 1:23
**submit** [1] - 4:18
**SUITE** [1] - 1:17
**supplemental** [2] - 2:13, 3:1

## T

**THE** [15] - 1:10, 1:13, 1:19, 2:7, 2:8, 3:12, 3:23, 4:11, 4:20, 4:22, 5:1, 5:5, 5:12, 5:16, 5:24
**thinking** [1] - 5:17

**thousands** [2] - 4:14
**three** [3] - 4:5, 4:9, 4:16
**today** [4] - 2:10, 2:15, 3:8, 4:19
**TRANSCRIPT** [2] - 1:9, 1:25
**transcript** [1] - 6:7
**true** [1] - 6:7
**two** [3] - 3:4, 3:7, 4:16

## U

**UNITED** [2] - 1:1, 1:10
**United** [2] - 6:5, 6:15
**up** [1] - 4:14

## V

**validity** [1] - 3:21
**Villegas** [1] - 3:12
**Villegas-Rodriguez** [1] - 3:12
**VIOXX** [1] - 1:4
**virtually** [1] - 2:23

## W

**wait** [1] - 5:18
**WALTHER** [1] - 1:19
**WHEREUPON** [1] - 5:25
**willing** [1] - 5:15
**WIMBERLY** [5] - 1:19, 2:10, 3:17, 4:4, 4:18
**withdrawing** [1] - 3:3
**WITTMANN** [1] - 1:19
**Wood** [1] - 4:23
**WOOD** [6] - 1:16, 1:16, 4:21, 4:23, 5:3, 5:9

## Z

**Zayas** [2] - 3:13
**Zayas-Zayas** [1] - 3:13