1

SUPERIOR COURT OF NEW JERSEY
ATLANTIC COUNTY/CIVIL DIVISION
DOCKET NOS. ATL-L-16452-06MT, 22-06MT

-----------------------------x

WILLIAM COOK and VIRGINIA PICKETT,

   PLAINTIFF,     STENOGRAPHIC
              TRANSCRIPT OF:

  VS.

           - PROCEEDINGS -

MERCK & CO., INC.,

   DEFENDANT.

-----------------------------x

      PLACE: ATLANTIC COUNTY COURTHOUSE
         1201 BACHARACH BOULEVARD
         ATLANTIC CITY, NJ  08401

      DATE: FEBRUARY 25, 2009

B E F O R E:

  THE HONORABLE CAROL E. HIGBEE, P.J. Civ.

TRANSCRIPT ORDERED BY:

  CHARLES COHEN, ESQ. & EUGENE FRAZIER, JR.

A P P E A R A N C E S:

  GARY LEVIN, ESQUIRE
  FOR THE PLAINTIFF
  CHARLES COHEN, ESQUIRE
  HUGHES, HUBBARD & REED
  AND
  DOUGLAS MARVIN, ESQUIRE
  WILLIAMS & CONNELLY
  ATTORNEYS FOR THE DEFENDANT

    *  *  *  *  *  *

    REGINA A. BERENATO-TELL, CCR-RMR-CRR
    OFFICIAL COURT REPORTER
    1201 BACHARACH BOULEVARD
    ATLANTIC CITY, NJ  08401

M00F550131

2/25/09 - Cook & Pickett

2

1           P R O C E E D I N G S

2                THE COURT:  You can be seated.  All right.

3      We have two matters that we're going to discuss today

4      on the record.  Cook versus Merck and Pickett versus

5      Merck.

6                Mr. Levin, do you want to enter your

7      appearance?

8                MR. LEVIN:  Gary Levin on behalf of

9      plaintiff.

10               THE COURT:  You represent Mr. Cook.  You

11     filed his complaint, correct?

12               MR. LEVIN:  Yes, that's correct.

13               THE COURT:  And Miss Pickett, have you

14     filed a substitution with her?

15               MR. LEVIN:  That's just coming in.  I will

16     be filing it probably tomorrow.  Because we understood

17     that she basically wasn't in the process anymore then

18     through the various --

19               THE COURT:  Well, the case has been

20     dismissed.

21               MR. LEVIN:  So but we are filing a

22     substitution of attorney.  I will have that for you

23     tomorrow.

24               THE COURT:  Counsel for defense do you want

25     to put your appearance on the record?

M00F550132

3

1          MR. COHEN:  Charles Cohen.

2          MR. MARVIN:  Douglas Marvin, Williams and

3    Connelly for Merck.

4          THE COURT:  Okay.  In the matter of Cook

5    and Pickett we have two people.  Mr. Cook, you're here

6    in court, and Miss Pickett, are you here?

7          MR. LEVIN:  No.

8          THE COURT:  That's not Miss Pickett?

9          MR. LEVIN:  No.

10          THE COURT:  She is not here today?

11          MR. LEVIN:  No, Judge.

12          THE COURT:  I thought both clients were

13    going to come.

14          MR. LEVIN:  I wasn't aware -- first of all,

15    Miss Pickett lives out of state, but I wasn't aware

16    that you had requested she be present today.

17          THE COURT:  Okay.  All right.  Well, let's

18    deal with Mr. Cook first.  Well, let me start first

19    with the Pickett -- the application, it was in Cook,

20    that you made the application for pro hac admission.

21          MR. LEVIN:  Yes.

22          THE COURT:  So Mr. Benjamin is an attorney

23    in the state of New York.  He has made an application

24    for admission pro hac in the case of William Cook, and

25    there's been opposition filed.  Is there anything you

M00F550133

2/25/09 - Cook & Pickett

4

1    want to say in support of your application, Mr. Levin?

2              MR. LEVIN:   Judge, I would like to

3    reiterate what I put in my supplemental certification

4    that when I originally had assisted in the preparation

5    of the first certification I had mistakenly believed

6    that there was a shortened version of the

7    certification, and we adopt that disciplinary actions

8    that were taken against Mr. Benjamin.

9              Mr. Cook is fully aware of those various

10   disciplinary actions.   They were, I believe, 15 years

11   ago or longer ago, and Mr. Cook wants the expertise of

12   Mr. Benjamin in his representation, and, frankly,

13   Mr. Benjamin is very highly qualified, and, you know,

14   we believe that he meets the qualifications for

15   admission pro hac vice.

16             THE COURT:   Counselor, anything you want to

17   say about the motion?

18             MR. COHEN:   Your Honor, I think everything

19   we had to say is in the papers.   The only other thing

20   that I would note for the record is that the complaint

21   was filed on October 2, 2006, and the application for

22   admission was just made in 2009, so to the extent that

23   there's a claimed prejudice at this time that was of

24   the applicant's own making.

25             THE COURT:   Well, the Court has reviewed

M00F550134

5

1   the application.  Mr. Cook, I understand that you would

2   like to have Mr. Benjamin assist -- and Mr. Levin has

3   requested that Mr. Benjamin be allowed to assist him in

4   this case, however, I find that Mr. Benjamin is not

5   someone who I would admit to practice law in the state

6   of New Jersey.

7            Mr. Benjamin had, in fact, as counsel has

8   said, prior disciplinary issues.  He has, in fact, been

9   suspended for six months in front of the New York State

10  Courts, and his license was revoked or suspended at

11  least for six months.

12           In addition, he had a U.S. Supreme Court, I

13  believe, order suspending his license, and he had --

14  more importantly even those things are all there.

15  Those things were not revealed in his papers when he

16  certified and requested.  That in and of itself is an

17  ethical violation.  It shows either that he doesn't

18  know how to read the rules of the State Court of New

19  Jersey or he doesn't know how to follow them or that he

20  was simply dishonest with the Court or a combination of

21  the three.  And when he filed the certification without

22  that information that in and of itself was unethical.

23           He has also filed a motion on his

24  letterhead "Ronald Benjamin pro hac application

25  pending," which is completely improper, not

M00F550135

2/25/09 - Cook & Pickett

6

1  appropriate, should not be done.  So, so far he has

2  demonstrated to the Court that he can't follow the New

3  Jersey court rules, that he either doesn't know what he

4  is doing or doesn't want to do it properly, and not

5  only did he have some problem with the Court years ago

6  he has had repeated problems, and at least one of

7  those -- and there's several different opinions that

8  have been presented to me, but there's one where it

9  says this is an opinion in a decision of the Court

10  where it says, "suffice it to say, applicants have been

11  the victim of bad lawyering by their trial counsel,

12  Ronald Benjamin.  Benjamin's discovery abuses can be

13  summarized as a parade of obstinance that ultimately

14  cost his clients their day in court.  The origin of

15  Benjamin's discovery dates -- mischief dates to

16  October 1999 when case-specific expert designations

17  were due, and he failed to honor the deadline.  Instead

18  he objected to the need for disclosure before the

19  District Court ruled on a related Daubert motion."

20          And generally -- in other words, there's

21  not just one judge but several who have found that

22  Mr. Benjamin lacks either the ability to well represent

23  clients or the integrity to well represent clients, and

24  I'm not going to let him practice in my court, and I,

25  in fact, am ordering that the motion be denied.

M00F550136

2/25/09 - Cook & Pickett

7

1     He has, of course, the right to appeal

2  that, and if you wish to file an appeal then you can

3  have it reviewed by the Appellate Court, but I don't

4  have any question that I have substantial discretion in

5  admitting counsel.  It is a privilege to be able to

6  practice before the bar of New Jersey, especially when

7  you don't have a New Jersey license, and it is not one

8  that is given to everyone.

9     Therefore, Mr. Benjamin is not going to be

10  participating in the case, and, Mr. Levin, you're not a

11  certified civil trial attorney, right?

12     MR. LEVIN:  No, Judge.

13     THE COURT:  Just so it is clear for the

14  record, Mr. Benjamin will not be entitled to any legal

15  fees generated by this case.  He was not entitled to

16  take any money from the plaintiffs' recovery if the

17  plaintiff does recover.  He has no financial interest

18  in the case, and I would request at this point that he

19  remove himself from counsel table.  If he wants to sit

20  in the courtroom, of course, it is an open courtroom,

21  and he is allowed to do that, but, number one, he is

22  not going to participate as counsel, and, number two,

23  I'm just cautioning you that he is not to receive fees.

24     MR. LEVIN:  I understand, Judge.

25     THE COURT:  If the case -- if it proceeds

M00F550137

8

1    forward.

2              Let's look at the status of the case at

3    this moment.  Mr. Cook's case is one where he -- at

4    this point, Mr. Cook, you decided not to go into the

5    settlement, correct?

6              MR. COOK:  Excuse me?

7              THE COURT:  Did you decide not to go into

8    the settlement?

9              MR. COOK:  Yes.

10             THE COURT:  Did you have a chance to read

11   the papers about Mr. Benjamin?

12             MR. COOK:  I went through it just now.

13   Some of it is a little over my head, but I understand

14   that I would need a further interpretation with all

15   that as a layman.  I really don't understand, you know.

16             THE COURT:  Well, I can say -- I just want

17   you to understand that I found that he is not qualified

18   to testify before this court, and there are other

19   judges who had concerns about the fact that through his

20   actions he has actually lost cases for clients because

21   of his own stubbornness is what one judge says,

22   obstinance.

23             At this point, Mr. Levin, can you give me

24   the status of the case as far as -- Mr. Levin.  Mr.

25   Cohen, can you give me the status of the case as far as

M00F550138

9

1    what Mr. Cook's position is, his ability to participate

2    in the settlement?

3           Mr. Cook, I just want you to understand

4    what your rights are as far as going into the

5    settlement.

6           MR. COHEN:  Your Honor, as you know, the

7    deadline for going into the settlement has passed,

8    however, we do -- we have been asking the plaintiffs'

9    counsel on the negotiating committee to let people who

10   change their mind go into the program at this time, and

11   we do believe that there's a reasonably good chance

12   that if Mr. Cook were to decide to change his mind and

13   ask to enter the program that we could accommodate that

14   request.

15         It is Merck's position that Mr. Cook is an

16   excellent candidate for the program.  We did a

17   preliminary score of what we thought Mr. Cook would get

18   in the program.  Before I give the number and the

19   dollar figure that we think Mr. Cook would get I want

20   to note that it is based on a limited set of medical

21   records that have been provided to us to date by

22   plaintiff's counsel, and, in fact, if Mr. Cook could

23   prove through medical records what he has put in sworn

24   fact statements in other documents he actually could be

25   entitled to quite a bit more money than the amount that

M00F550139

2/25/09 - Cook & Pickett

10

1   we have preliminarily scored him at at this time.

2           For example, the score that I'm about to

3   give is based on prescription records we have to date

4   of 60 days' worth of pills.  Mr. Cook claims to have

5   taken VIOXX for years, and his expert, although giving

6   a different date range, also says Mr. Cook took VIOXX

7   for years.  And, so, if he has records to support that

8   he would get at least 30 percent more.  We took at

9   least a 30 percent deduction for that alone.

10          In addition, we had to make a few other

11  assumptions about his medical condition, which, again,

12  if he was able to substantiate something more he could

13  get much higher, but we are estimating at this time

14  that Mr. Cook would be entitled to 165.37 points.  The

15  way it works in the program is everybody gets scored

16  individually, and you get a certain number of points.

17  As of right now everyone's best estimate is that a

18  point would be worth $1,915, although that could change

19  a little by the time the program is over based on

20  mathematics and the number of people that we have

21  scored and the amount of information that we have we

22  think it is reasonable that it won't change in any

23  dramatic fashion but, of course, as of today we can't

24  tell you specifically what the dollars are.

25          But if you multiplied 165.37 by 1,915 then

M00F550140

2/25/09 - Cook & Pickett

11

1     we are looking at approximately $317,000 would be the

2     amount of money that would be paid to Mr. Cook this

3     year that the claims administrator has said they will

4     be able to pay this year, and, again, if Mr. Cook were

5     able to provide records of additional usage, right now

6     we only have him in for two months, or any additional

7     injuries or any additional information it could be

8     substantially higher than $317,000.  We would be

9     perfectly happy to work with counsel if Mr. Cook were

10     interested to review any proposed application to see

11     what medical records were available and to help make

12     sure everything went into the application that he could

13     possibly put in.  We're happy to rescore it if we get

14     additional records.  I just got an e-mail from my

15     colleague in New York that some additional records came

16     on her desk.  We just received them today, so, again, I

17     don't want to even give the impression that $317,000 is

18     the most.  As of right now that's my best guess, but it

19     absolutely could go higher, especially on the duration

20     of use.  If there are prescription records that show

21     more than two months that's pretty substantial all by

22     itself.

23             So from Merck's point of view we certainly

24     reiterate that we would do everything we could to get

25     him into the program.  Merck believes he is an

M00F550141

12

1    excellent -- the program is really an excellent option

2    for him, that he would get a substantial amount of

3    money and possibly more than what we know today, and

4    we're willing to assist in any which way counsel would

5    like us to do.

6              THE COURT:  All right.  Mr. Cook, I'm going

7    to address you directly.

8              MR. COOK:  Yes, Judge.

9              THE COURT:  Basically what they're saying

10   to you is nobody has been promised a specific amount in

11   the settlement because it had to be -- depending on how

12   many people got in there's a lump sum of money

13   deposited, and then it depended on how you scored in

14   each level and how many points you get, and then it

15   depended on how many dollars they were able to give per

16   point.  And originally when most of the people entered

17   the settlement it was -- there were estimates and not

18   just casual estimates, there were estimates that had

19   been done through substantial financial calculations by

20   plaintiff's counsel where they had a very good idea of

21   what they thought their clients were going to get.

22   They could never promise it or guarantee it, and that's

23   even still the case today.  But at least a substantial

24   number of the people have now been scored, most of the

25   people I guess or at least a majority; is that correct,

M00F550142

2/25/09 - Cook & Pickett

13

1   counsel?  Or no?

2            MR. COHEN:  I would say a substantial

3   number.  I couldn't speak --

4            THE COURT:  It may not be the majority, but

5   a substantial number have been scored.  A substantial

6   number of people have already received checks for

7   40 percent of what they're expected to get and are now

8   waiting for the last 60 percent of what they're

9   expected to get.  So checks have been issued to people.

10           There were -- and counsel gave me the

11   numbers this morning, but in the entire country there

12   were 12 cases that were actually tried involving VIOXX.

13   There were 12 wins for Merck and, what, five wins for

14   plaintiffs, and in the plaintiffs' cases they were all

15   appealed by Merck, and there actually was no judgment

16   -- final judgment that's been paid on that was entered

17   in any of those cases.  Some of those people, and I

18   can't get into all the details of those cases, they

19   weren't all tried here.  Some of those cases Merck has

20   now allowed the loser to go into the settlement program

21   and drop the case, even though they lost their case,

22   and in other cases they have allowed -- they have

23   reached agreements with the counsel.  But at any rate

24   the point is that these are very difficult cases to

25   win, and they're very, very expensive.  In my court we

M00F550143

2/25/09 - Cook & Pickett

14

1   tried several cases, and I know that in the cases here

2   counsel spent at least, I mean, a minimum of a million

3   dollars.  I really believe that that's so understating

4   it.  I think most counsel -- most of the cases that was

5   spent more like three, four, $5 million by plaintiffs'

6   counsel.  Merck, I believe, spent more than that in

7   each case, bringing in top experts from around the

8   country, bringing in computer operators and video

9   equipment and graphic displays and things that are

10  expensive.

11          Those cases were tried not just for the one

12  person because if that one person -- they were tried

13  legally for the one person, but the reasons they put so

14  many resources into it was because they knew that there

15  were another 15,000 -- 30,000 cases out there that they

16  would affect.  So, obviously, everything was poured

17  into those cases, and the battle was matched, and there

18  was a war, and I'm not going to say that I think Merck

19  won because Merck wound up paying, you know billions of

20  dollars in settlements, but I'm not going to say Merck

21  lost either.  The bottom line is there's a settlement

22  which means -- a settlement is not based on I win or

23  you win or I'm right or you're wrong, it is based on

24  how much it costs and what's worthwhile and how

25  practical it is to keep fighting.

M00F550144

2/25/09 - Cook & Pickett

15

1          At this point, as counsel for Merck has

2     said, they have their own selfish reason for everyone

3     wanting to get into the settlement that can because

4     they want to have this over.  They have already put up

5     the money, and they just want to divide it up, and they

6     don't have to put up more money because you go in or

7     don't go in, so they have an interest in your going in.

8     But the fact of the matter is there are people that

9     they didn't pay at all and that they're not going to

10     pay.  There are people that they found just didn't

11     qualify.  And the settlement itself doesn't pay

12     everybody.  Some people, they can't prove they took

13     VIOXX really or who can't prove they had a heart attack

14     or stroke.  Some of those people are going to wind up

15     out of the settlement and not get money.  They have

16     looked at yours, and counsel had just said to you they

17     believe you would score in the range of a number that

18     would give you a minimum they think, again, it is not

19     an absolute promise, it is not the same as getting a

20     check, but they believe you would score in the

21     approximately $300,000 range, and they believe if you

22     supplied more information about VIOXX use for a longer

23     period of time that could jump up, you know, he said

24     30 percent was the maximum depending on how the maximum

25     range --

M00F550145

2/25/09 - Cook & Pickett

16

1    MR. COHEN:  Just for one item Your Honor.

2    THE COURT:  For that, and if there's

3    anything else you could prove that would help your case

4    you could do better.  There are also appeal processes

5    in there, so if you don't get through the first gate

6    you could appeal, which Mr. -- counsel here is, in

7    fact, on that gate committee.  So they have already

8    looked at this.  At least one person has that.  Doesn't

9    mean the gate committee will approve you, but they have

10   looked at it.  They know what the qualifications are,

11   and they believe you would get through that gate

12   committee.  The gate committee, if you lose there, you

13   have a right to go before a committee of attorneys that

14   decide and your attorney can go with you to that, I

15   believe, and argue for you there to try to get you back

16   into the settlement.  If you lose that there's a judge,

17   retired judge, Judge Corodemus, who actually is the

18   last set of appeals for the settlement program.

19          I'm not going to go through the whole

20   settlement with you because I can't.  There's a lot of

21   different things in there, and I know your counsel has

22   talked to you about it, and I don't know whether they

23   advised you to do it and you decided not to or if they

24   advised you not to do it, and I certainly don't want to

25   know what your counsel told you, but what's happening

M00F550146

2/25/09 - Cook & Pickett

17

```
 1    now is they're getting to the last part where they're
 2    actually figuring the final numbers for people, and it
 3    is going to become -- what I'm saying is we told you
 4    before the deadline was over, and then we told you
 5    again the deadline was over, and I think we have moved
 6    the deadline three times, and now officially the
 7    deadline is over, but what happens is there's only like
 8    20 - I want you to know out of 15,000 cases of personal
 9    injury cases, people are just claiming they were
10    injured I have only got 21 or 22, 23, something in the
11    low twenties left.  And most of those people I think
12    probably 20 of those people don't have claims for heart
13    attacks.  They have claims for other things like
14    pulmonary embolisms, things where they can't get into
15    the settlement.  And most of the other cases the
16    attorneys have dropped because they just didn't feel
17    they could prove them or, you know, and these other
18    people are still fighting to keep their case and get to
19    trial, and they may succeed or they may not.
20              Everyone is entitled to say no.  Everyone
21    is entitled to get a trial, but it is a lot of money.
22    It is a tough fight to fight, and it's -- I have -- I
23    can't -- I don't know your file, and I don't really
24    know your facts.  I don't really know your case.  What
25    I know is how hard it is to prove a case like this from
```

M00F550147

2/25/09 - Cook & Pickett

18

1    a scientific point of view with legal evidence in a

2    court of law.  And I know that Merck has the resources

3    and the ability to mount a very difficult defense even

4    when you have the best attorneys and the best skills

5    and you have the best things presented.  And, so, I'm

6    not trying to scare you.  I'm not trying to intimidate

7    you.  I'm not trying to frighten you.  I'm not trying

8    to -- I don't think you're very easily frightened or

9    intimidated or you wouldn't be here.  You're obviously

10   a tough guy.

11            MR. COOK:  Not really, but I get up every

12   day.

13            THE COURT:  Hey, sometimes that requires a

14   lot.  But being tough doesn't necessarily -- I just

15   don't want to see somebody who could have gotten 300 or

16   more thousand dollars walking away with nothing.

17            MR. COOK:  If I may, Judge, can I confer

18   with Mr. Levin?

19            THE COURT:  You can.  We'll take a break

20   and you can talk about it with him, and you can

21   consider your options, and, certainly, Mr. Levin is a

22   member of the New Jersey bar and is cognizant of the

23   rules here, and he is also aware of the difficulties of

24   the evidence rules in trying cases.  He is aware of the

25   ups and downs, and there are arguments to be made for

M00F550148

2/25/09 - Cook & Pickett

19

1    both sides, but there's a lot of reasons why you should

2    think very carefully about this.  All right?

3                MR. LEVIN:  Judge, I'm sure there's no

4    decision required today.

5                MR. COHEN:  No, Your Honor, we're not going

6    to be --

7                THE COURT:  Well, it is not if you don't

8    say yes today it is over.

9                MR. LEVIN:  I want to talk to my client in

10   case there is a decision today.

11               THE COURT:  If there is a decision today we

12   can put it on the record.  If there's not then we'll

13   proceed.

14               MR. LEVIN:  I know there's additional

15   evidence that it sounds like --

16               THE COURT:  You still have the right,

17   Mr. Levin, you would have the right --

18               MR. COOK:  That is my question.

19               THE COURT:  -- to submit those extra papers

20   to them.

21               MR. COHEN:  Let's discuss this.  We can

22   discuss this now.

23               THE COURT:  If you could show additional

24   treatment time where you were on VIOXX, even if it is

25   an affidavit from a doctor saying I gave him samples or

20

1   something like that.  I don't know whether that

2   happened or didn't.  I think you still have the

3   opportunity to submit that.

4            MR. LEVIN:  I have previously submitted it,

5   but it doesn't sound like it hit their desk yet, so

6   maybe that was a month ago or six weeks ago.

7            THE COURT:  Why don't you look at what

8   you've got, and maybe you would have to discuss it

9   again, and as Mr. Cohen said, there's at least some

10  records that he doesn't believe he has looked at yet.

11  There are more than one law firm.  There's multiple

12  firms that represent Merck, and there's still thousands

13  of documents in files out there, so, you know, he was

14  being candid that he just received an e-mail that

15  indicates there might be some additional records that

16  he didn't look at, which might make the number bigger,

17  but, you know, it probably still would be in that range

18  so at least you could talk.  Take some time, and I'll

19  get back to you.

20            Thank you, Mr. Cook.  I appreciate you

21  coming.

22            (End of proceedings.)

23

24

25

M00F550150

21

# C E R T I F I C A T I O N

I, REGINA A. BERENATO-TELL, C.C.R., R.M.R, C.R.R.,

License Number 30XI00161000, an Official Court Reporter

in and for the State of New Jersey, do hereby certify

the foregoing to be prepared in full compliance with

the current Transcript Format for Judicial Proceedings

and is a true and accurate compressed transcript to the

best of my knowledge and ability.

_____ 03-05-09

Regina A. Berenato-Tell, CCR-RMR-CRR

Official Court Reporter

Atlantic County Courthouse

Mays Landing, New Jersey

**A**

**ability** 6:22 9:1 18:3
  21:13
**able** 7:5 10:12 11:4
  11:5 12:15
**absolute** 15:19
**absolutely** 11:19
**abuses** 6:12
**accommodate** 9:13
**accurate** 21:11
**actions** 4:7,10 8:20
**addition** 5:12 10:10
**additional** 11:5,6,7
  11:14,15 19:14,23
  20:15
**address** 12:7
**administrator** 11:3
**admission** 3:20,24
  4:15,22
**admit** 5:5
**admitting** 7:5
**adopt** 4:7
**advised** 16:23,24
**affect** 14:16
**affidavit** 19:25
**ago** 4:11,11 6:5 20:6
  20:6
**agreements** 13:23
**allowed** 5:3 7:21
  13:20,22
**amount** 9:25 10:21
  11:2 12:2,10
**anymore** 2:17
**appeal** 7:1,2 16:4,6
**appealed** 13:15
**appeals** 16:18
**appearance** 2:7,25
**Appellate** 7:3
**applicants** 6:10
**applicant's** 4:24
**application** 3:19,20
  3:23 4:1,21 5:1,24
  11:10,12
**appreciate** 20:20
**appropriate** 6:1
**approve** 16:9

**approximately** 11:1
  15:21
**argue** 16:15
**arguments** 18:25
**asking** 9:8
**assist** 5:2,3 12:4
**assisted** 4:4
**assumptions** 10:11
**Atlantic** 1:1,10,11
  1:25 21:24
**ATL-L-16452-06...**
  1:2
**attack** 15:13
**attacks** 17:13
**attorney** 2:22 3:22
  7:11 16:14
**attorneys** 1:22
  16:13 17:16 18:4
**available** 11:11
**aware** 3:14,15 4:9
  18:23,24

**B**

**B** 1:13
**BACHARACH**
  1:11,25
**back** 16:15 20:19
**bad** 6:11
**bar** 7:6 18:22
**based** 9:20 10:3,19
  14:22,23
**basically** 2:17 12:9
**battle** 14:17
**behalf** 2:8
**believe** 4:10,14 5:13
  9:11 14:3,6 15:17
  15:20,21 16:11,15
  20:10
**believed** 4:5
**believes** 11:25
**Benjamin** 3:22 4:8
  4:12,13 5:2,3,4,7
  5:24 6:12,22 7:9
  7:14 8:11
**Benjamin's** 6:12,15
**Berenato-Tell** 1:24
  21:4,22

**best** 10:17 11:18
  18:4,4,5 21:13
**better** 16:4
**bigger** 20:16
**billions** 14:19
**bit** 9:25
**bottom** 14:21
**BOULEVARD** 1:11
  1:25
**break** 18:19
**bringing** 14:7,8

**C**

**C** 1:17 2:1 21:1,1
**calculations** 12:19
**candid** 20:14
**candidate** 9:16
**carefully** 19:2
**CAROL** 1:14
**case** 2:19 3:24 5:4
  7:10,15,18,25 8:2
  8:3,24,25 12:23
  13:21,21 14:7 16:3
  17:18,24,25 19:10
**cases** 8:20 13:12,14
  13:17,18,19,22,24
  14:1,1,4,11,15,17
  17:8,9,15 18:24
**case-specific** 6:16
**casual** 12:18
**cautioning** 7:23
**CCR-RMR-CRR**
  1:24 21:22
**certain** 10:16
**certainly** 11:23
  16:24 18:21
**certification** 4:3,5,7
  5:21
**certified** 5:16 7:11
**certify** 21:6
**chance** 8:10 9:11
**change** 9:10,12
  10:18,22
**Charles** 1:16,20 3:1
**check** 15:20
**checks** 13:6,9
**CITY** 1:11,25

**Civ** 1:14
**civil** 7:11
**claimed** 4:23
**claiming** 17:9
**claims** 10:4 11:3
  17:12,13
**clear** 7:13
**client** 19:9
**clients** 3:12 6:14,23
  6:23 8:20 12:21
**cognizant** 18:22
**Cohen** 1:16,20 3:1,1
  4:18 8:25 9:6 13:2
  16:1 19:5,21 20:9
**colleague** 11:15
**combination** 5:20
**come** 3:13
**coming** 2:15 20:21
**committee** 9:9 16:7
  16:9,12,12,13
**complaint** 2:11 4:20
**completely** 5:25
**compliance** 21:7
**compressed** 21:11
**computer** 14:8
**concerns** 8:19
**condition** 10:11
**confer** 18:17
**Connelly** 1:22 3:3
**consider** 18:21
**Cook** 1:4 2:4,10 3:4
  3:5,18,19,24 4:9
  4:11 5:1 8:4,6,9,12
  9:3,12,15,17,19,22
  10:4,6,14 11:2,4,9
  12:6,8 18:11,17
  19:18 20:20
**Cook's** 8:3 9:1
**Corodemus** 16:17
**correct** 2:11,12 8:5
  12:25
**cost** 6:14
**costs** 14:24
**counsel** 2:24 5:7
  6:11 7:5,19,22 9:9
  9:22 11:9 12:4,20

M00F550152

13:1,10,23 14:2,4
14:6 15:1,16 16:6
16:21,25
**Counselor** 4:16
**country** 13:11 14:8
**County** 1:10 21:24
**COUNTY/CIVIL**
1:1
**course** 7:1,20 10:23
**court** 1:1,24 2:2,10
2:13,19,24 3:4,6,8
3:10,12,17,22 4:16
4:25,25 5:12,18,20
6:2,3,5,9,14,19,24
7:3,13,25 8:7,10
8:16,18 12:6,9
13:4,25 16:2 18:2
18:13,19 19:7,11
19:16,19,23 20:7
21:5,23
**Courthouse** 1:10
21:24
**courtroom** 7:20,20
**Courts** 5:10
**current** 21:9
**C.C.R** 21:4
**C.R.R** 21:4

**D**

**D** 2:1
**date** 1:12 9:21 10:3
10:6
**dates** 6:15,15
**Daubert** 6:19
**day** 6:14 18:12
**days** 10:4
**deadline** 6:17 9:7
17:4,5,6,7
**deal** 3:18
**decide** 8:7 9:12
16:14
**decided** 8:4 16:23
**decision** 6:9 19:4,10
19:11
**deduction** 10:9
**DEFENDANT** 1:8
1:22

**defense** 2:24 18:3
**demonstrated** 6:2
**denied** 6:25
**depended** 12:13,15
**depending** 12:11
15:24
**deposited** 12:13
**designations** 6:16
**desk** 11:16 20:5
**details** 13:18
**different** 6:7 10:6
16:21
**difficult** 13:24 18:3
**difficulties** 18:23
**directly** 12:7
**disciplinary** 4:7,10
5:8
**disclosure** 6:18
**discovery** 6:12,15
**discretion** 7:4
**discuss** 2:3 19:21,22
20:8
**dishonest** 5:20
**dismissed** 2:20
**displays** 14:9
**District** 6:19
**divide** 15:5
**DIVISION** 1:1
**DOCKET** 1:2
**doctor** 19:25
**documents** 9:24
20:13
**doing** 6:4
**dollar** 9:19
**dollars** 10:24 12:15
14:3,20 18:16
**Douglas** 1:21 3:2
**downs** 18:25
**dramatic** 10:23
**drop** 13:21
**dropped** 17:16
**due** 6:17
**duration** 11:19

**E**

**E** 1:13,13,14,17,17
2:1,1 21:1

**easily** 18:8
**either** 5:17 6:3,22
14:21
**embolisms** 17:14
**enter** 2:6 9:13
**entered** 12:16 13:16
**entire** 13:11
**entitled** 7:14,15
9:25 10:14 17:20
17:21
**equipment** 14:9
**especially** 7:6 11:19
**ESQ** 1:16
**ESQUIRE** 1:18,20
1:21
**estimate** 10:17
**estimates** 12:17,18
12:18
**estimating** 10:13
**ethical** 5:17
**EUGENE** 1:16
**everybody** 10:15
15:12
**everyone's** 10:17
**evidence** 18:1,24
19:15
**example** 10:2
**excellent** 9:16 12:1,1
**Excuse** 8:6
**expected** 13:7,9
**expensive** 13:25
14:10
**expert** 6:16 10:5
**expertise** 4:11
**experts** 14:7
**extent** 4:22
**extra** 19:19
**e-mail** 11:14 20:14

**F**

**F** 1:13 21:1
**fact** 5:7,8 6:25 8:19
9:22,24 15:8 16:7
**facts** 17:24
**failed** 6:17
**far** 6:1 8:24,25 9:4
**fashion** 10:23

**FEBRUARY** 1:12
**feel** 17:16
**fees** 7:15,23
**fight** 17:22,22
**fighting** 14:25 17:18
**figure** 9:19
**figuring** 17:2
**file** 7:2 17:23
**filed** 2:11,14 3:25
4:21 5:21,23
**files** 20:13
**filing** 2:16,21
**final** 13:16 17:2
**financial** 7:17 12:19
**find** 5:4
**firm** 20:11
**firms** 20:12
**first** 3:14,18,18 4:5
16:5
**five** 13:13
**follow** 5:19 6:2
**foregoing** 21:7
**Format** 21:9
**forward** 8:1
**found** 6:21 8:17
15:10
**four** 14:5
**frankly** 4:12
**FRAZIER** 1:16
**frighten** 18:7
**frightened** 18:8
**front** 5:9
**full** 21:7
**fully** 4:9
**further** 8:14

**G**

**G** 2:1
**Gary** 1:18 2:8
**gate** 16:5,7,9,11,12
**generally** 6:20
**generated** 7:15
**getting** 15:19 17:1
**give** 8:23,25 9:18
10:3 11:17 12:15
15:18
**given** 7:8

M00F550153

giving 10:5
go 8:4,7 9:10 11:19
  13:20 15:6,7 16:13
  16:14,19
going 2:3 3:13 6:24
  7:9,22 9:4,7 12:6
  12:21 14:18,20
  15:7,9,14 16:19
  17:3 19:5
good 9:11 12:20
gotten 18:15
graphic 14:9
guarantee 12:22
guess 11:18 12:25
guy 18:10

**H**
hac 3:20,24 4:15
  5:24
happened 20:2
happening 16:25
happens 17:7
happy 11:9,13
hard 17:25
head 8:13
heart 15:13 17:12
help 11:11 16:3
Hey 18:13
HIGBEE 1:14
higher 10:13 11:8
  11:19
highly 4:13
hit 20:5
honor 4:18 6:17 9:6
  16:1 19:5
HONORABLE
  1:14
HUBBARD 1:20
HUGHES 1:20

**I**
idea 12:20
importantly 5:14
impression 11:17
improper 5:25
indicates 20:15
individually 10:16

information 5:22
  10:21 11:7 15:22
injured 17:10
injuries 11:7
injury 17:9
integrity 6:23
interest 7:17 15:7
interested 11:10
interpretation 8:14
intimidate 18:6
intimidated 18:9
involving 13:12
issued 13:9
issues 5:8
item 16:1

**J**
Jersey 1:1 5:6,19
  6:3 7:6,7 18:22
  21:6,25
JR 1:16
judge 3:11 4:2 6:21
  7:12,24 8:21 12:8
  16:16,17,17 18:17
  19:3
judges 8:19
judgment 13:15,16
Judicial 21:9
jump 15:23

**K**
keep 14:25 17:18
knew 14:14
know 4:13 5:18,19
  6:3 8:15 9:6 12:3
  14:1,19 15:23
  16:10,21,22,25
  17:8,17,23,24,24
  17:25 18:2 19:14
  20:1,13,17
knowledge 21:13

**L**
lacks 6:22
Landing 21:25
law 5:5 18:2 20:11
lawyering 6:11

layman 8:15
left 17:11
legal 7:14 18:1
legally 14:13
letterhead 5:24
let's 3:17 8:2 19:21
level 12:14
Levin 1:18 2:6,8,8
  2:12,15,21 3:7,9
  3:11,14,21 4:1,2
  5:2 7:10,12,24
  8:23,24 18:18,21
  19:3,9,14,17 20:4
license 5:10,13 7:7
  21:5
limited 9:20
line 14:21
little 8:13 10:19
lives 3:15
longer 4:11 15:22
look 8:2 20:7,16
looked 15:16 16:8
  16:10 20:10
looking 11:1
lose 16:12,16
loser 13:20
lost 8:20 13:21
  14:21
lot 16:20 17:21
  18:14 19:1
low 17:11
lump 12:12

**M**
majority 12:25 13:4
making 4:24
Marvin 1:21 3:2,2
matched 14:17
mathematics 10:20
matter 3:4 15:8
matters 2:3
maximum 15:24,24
Mays 21:25
mean 14:2 16:9
means 14:22
medical 9:20,23
  10:11 11:11

meets 4:14
member 18:22
Merck 1:7 2:4,5 3:3
  11:25 13:13,15,19
  14:6,18,19,20 15:1
  18:2 20:12
Merck's 9:15 11:23
million 14:2,5
mind 9:10,12
minimum 14:2
  15:18
mischief 6:15
mistakenly 4:5
moment 8:3
money 7:16 9:25
  11:2 12:3,12 15:5
  15:6,15 17:21
month 20:6
months 5:9,11 11:6
  11:21
morning 13:11
motion 4:17 5:23
  6:19,25
mount 18:3
moved 17:5
multiple 20:11
multiplied 10:25

**N**
N 1:17 2:1 21:1
necessarily 18:14
need 6:18 8:14
negotiating 9:9
never 12:22
New 1:1 3:23 5:6,9
  5:18 6:2 7:6,7
  11:15 18:22 21:6
  21:25
NJ 1:11,25
NOS 1:2
note 4:20 9:20
number 7:21,22
  9:18 10:16,20
  12:24 13:3,5,6
  15:17 20:16 21:5
numbers 13:11 17:2

**O**

**O** 1:13 2:1 21:1
**objected** 6:18
**obstinance** 6:13 8:22
**obviously** 14:16 18:9
**October** 4:21 6:16
**Official** 1:24 21:5 21:23
**officially** 17:6
**Okay** 3:4,17
**open** 7:20
**operators** 14:8
**opinion** 6:9
**opinions** 6:7
**opportunity** 20:3
**opposition** 3:25
**option** 12:1
**options** 18:21
**order** 5:13
**ORDERED** 1:15
**ordering** 6:25
**origin** 6:14
**originally** 4:4 12:16

**P**

**P** 1:17,17 2:1
**paid** 11:2 13:16
**papers** 4:19 5:15 8:11 19:19
**parade** 6:13
**part** 17:1
**participate** 7:22 9:1
**participating** 7:10
**passed** 9:7
**pay** 11:4 15:9,10,11
**paying** 14:19
**pending** 5:25
**people** 3:5 9:9 10:20 12:12,16,24,25 13:6,9,17 15:8,10 15:12,14 17:2,9,11 17:12,18
**percent** 10:8,9 13:7 13:8 15:24

**perfectly** 11:9
**period** 15:23
**person** 14:12,12,13 16:8
**personal** 17:8
**Pickett** 1:4 2:4,13 3:5,6,8,15,19
**pills** 10:4
**PLACE** 1:10
**plaintiff** 1:5,19 2:9 7:17
**plaintiffs** 7:16 9:8 13:14,14 14:5
**plaintiff's** 9:22 12:20
**point** 7:18 8:4,23 10:18 11:23 12:16 13:24 15:1 18:1
**points** 10:14,16 12:14
**position** 9:1,15
**possibly** 11:13 12:3
**poured** 14:16
**practical** 14:25
**practice** 5:5 6:24 7:6
**prejudice** 4:23
**preliminarily** 10:1
**preliminary** 9:17
**preparation** 4:4
**prepared** 21:7
**prescription** 10:3 11:20
**present** 3:16
**presented** 6:8 18:5
**pretty** 11:21
**previously** 20:4
**prior** 5:8
**privilege** 7:5
**pro** 3:20,24 4:15 5:24
**probably** 2:16 17:12 20:17
**problem** 6:5
**problems** 6:6
**proceed** 19:13
**proceedings** 1:6

20:22 21:9
**proceeds** 7:25
**process** 2:17
**processes** 16:4
**program** 9:10,13,16 9:18 10:15,19 11:25 12:1 13:20 16:18
**promise** 12:22 15:19
**promised** 12:10
**properly** 6:4
**proposed** 11:10
**prove** 9:23 15:12,13 16:3 17:17,25
**provide** 11:5
**provided** 9:21
**pulmonary** 17:14
**put** 2:25 4:3 9:23 11:13 14:13 15:4,6 19:12
**P.J** 1:14

**Q**

**qualifications** 4:14 16:10
**qualified** 4:13 8:17
**qualify** 15:11
**question** 7:4 19:18
**quite** 9:25

**R**

**R** 1:13,17 2:1 21:1
**range** 10:6 15:17,21 15:25 20:17
**rate** 13:23
**reached** 13:23
**read** 5:18 8:10
**really** 8:15 12:1 14:3 15:13 17:23 17:24 18:11
**reason** 15:2
**reasonable** 10:22
**reasonably** 9:11
**reasons** 14:13 19:1
**receive** 7:23
**received** 11:16 13:6 20:14

**record** 2:4,25 4:20 7:14 19:12
**records** 9:21,23 10:3 10:7 11:5,11,14,15 11:20 20:10,15
**recover** 7:17
**recovery** 7:16
**REED** 1:20
**Regina** 1:24 21:4,22
**reiterate** 4:3 11:24
**related** 6:19
**remove** 7:19
**repeated** 6:6
**Reporter** 1:24 21:5 21:23
**represent** 2:10 6:22 6:23 20:12
**representation** 4:12
**request** 7:18 9:14
**requested** 3:16 5:3 5:16
**required** 19:4
**requires** 18:13
**rescore** 11:13
**resources** 14:14 18:2
**retired** 16:17
**revealed** 5:15
**review** 11:10
**reviewed** 4:25 7:3
**revoked** 5:10
**right** 2:2 3:17 7:1,11 10:17 11:5,18 12:6 14:23 16:13 19:2 19:16,17
**rights** 9:4
**Ronald** 5:24 6:12
**ruled** 6:19
**rules** 5:18 6:3 18:23 18:24
**R.M.R** 21:4

**S**

**S** 1:17 2:1
**samples** 19:25
**saying** 12:9 17:3 19:25

M00F550155

says 6:9,10 8:21
    10:6
scare 18:6
scientific 18:1
score 9:17 10:2
    15:17,20
scored 10:1,15,21
    12:13,24 13:5
seated 2:2
see 11:10 18:15
selfish 15:2
set 9:20 16:18
settlement 8:5,8 9:2
    9:5,7 12:11,17
    13:20 14:21,22
    15:3,11,15 16:16
    16:18,20 17:15
settlements 14:20
shortened 4:6
show 11:20 19:23
shows 5:17
sides 19:1
simply 5:20
sit 7:19
six 5:9,11 20:6
skills 18:4
somebody 18:15
sound 20:5
sounds 19:15
speak 13:3
specific 12:10
specifically 10:24
spent 14:2,5,6
start 3:18
state 3:15,23 5:5,9
    5:18 21:6
statements 9:24
status 8:2,24,25
STENOGRAPHIC
    1:5
stroke 15:14
stubbornness 8:21
submit 19:19 20:3
submitted 20:4
substantial 7:4
    11:21 12:2,19,23

13:2,5,5
substantially 11:8
substantiate 10:12
substitution 2:14,22
succeed 17:19
suffice 6:10
sum 12:12
summarized 6:13
SUPERIOR 1:1
supplemental 4:3
supplied 15:22
support 4:1 10:7
Supreme 5:12
sure 11:12 19:3
suspended 5:9,10
suspending 5:13
sworn 9:23

T
T 21:1,1
table 7:19
take 7:16 18:19
    20:18
taken 4:8 10:5
talk 18:20 19:9
    20:18
talked 16:22
tell 10:24
testify 8:18
Thank 20:20
thing 4:19
things 5:14,15 14:9
    16:21 17:13,14
    18:5
think 4:18 9:19
    10:22 14:4,18
    15:18 17:5,11 18:8
    19:2 20:2
thought 3:12 9:17
    12:21
thousand 18:16
thousands 20:12
three 5:21 14:5 17:6
time 4:23 9:10 10:1
    10:13,19 15:23
    19:24 20:18
times 17:6

today 2:3 3:10,16
    10:23 11:16 12:3
    12:23 19:4,8,10,11
told 16:25 17:3,4
tomorrow 2:16,23
top 14:7
tough 17:22 18:10
    18:14
transcript 1:5,15
    21:9,11
treatment 19:24
trial 6:11 7:11 17:19
    17:21
tried 13:12,19 14:1
    14:11,12
true 21:11
try 16:15
trying 18:6,6,7,7,24
twenties 17:11
two 2:3 3:5 7:22
    11:6,21

U
ultimately 6:13
understand 5:1 7:24
    8:13,15,17 9:3
understating 14:3
understood 2:16
unethical 5:22
ups 18:25
usage 11:5
use 11:20 15:22
U.S 5:12

V
various 2:18 4:9
version 4:6
versus 2:4,4
vice 4:15
victim 6:11
video 14:8
view 11:23 18:1
violation 5:17
VIOXX 10:5,6
    13:12 15:13,22
    19:24
VIRGINIA 1:4

VS 1:6

W
waiting 13:8
walking 18:16
want 2:6,24 4:1,16
    6:4 8:16 9:3,19
    11:17 15:4,5 16:24
    17:8 18:15 19:9
wanting 15:3
wants 4:11 7:19
war 14:18
wasn't 2:17 3:14,15
way 10:15 12:4
weeks 20:6
went 8:12 11:12
weren't 13:19
we'll 18:19 19:12
we're 2:3 11:13 12:4
    19:5
William 1:4 3:24
Williams 1:22 3:2
willing 12:4
win 13:25 14:22,23
wind 15:14
wins 13:13,13
wish 7:2
won 14:19
words 6:20
work 11:9
works 10:15
worth 10:4,18
worthwhile 14:24
wouldn't 18:9
wound 14:19
wrong 14:23

X
x 1:3,9

Y
year 11:3,4
years 4:10 6:5 10:5
    10:7
York 3:23 5:9 11:15

$

M00F550156

**$1,915** 10:18
**$300,000** 15:21
**$317,000** 11:1,8,17
**$5** 14:5

**0**

**03-05-09** 21:21
**08401** 1:11,25

**1**

**1,915** 10:25
**12** 13:12,13
**1201** 1:11,25
**15** 4:10
**15,000** 14:15 17:8
**165.37** 10:14,25
**1999** 6:16

**2**

**2** 4:21
**20** 17:8,12
**2006** 4:21
**2009** 1:12 4:22
**21** 17:10
**22** 17:10
**22-06MT** 1:2
**23** 17:10
**25** 1:12

**3**

**30** 10:8,9 15:24
**30XI00161000** 21:5
**30,000** 14:15
**300** 18:15

**4**

**40** 13:7

**6**

**60** 10:4 13:8