UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| This Document Relates to: | * | MDL No. 1657 |
| GENE WEEKS, KRISTINE CRAMER, NATHAN WILKINS, VIRGINIA PICKET, SUSAN SMITH, on behalf of themselves and all other similarly situated, | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
|     Plaintiffs, | * | |
| versus | * | |
| MERCK & CO., INC., | * | |
|     Defendant. | * | |
| Civil Action No. 2:09-cv-03713 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Defendant Merck & Co., Inc.'s Motion to Strike Class Allegations in Plaintiffs' First Amended Complaint,

IT IS ORDERED that the motion will be heard immediately following the July monthly status conference.

IT IS FURTHER ORDERED that plaintiffs shall file any opposition brief on or before the 9th day of July, 2009.

IT IS FURTHER ORDERED that defendant shall file any reply brief on or before the 20th day of July, 2009.

NEW ORLEANS, LOUISIANA, this ____ day of June, 2009.

_____
DISTRICT JUDGE

981918v.1