UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LOUISIANA

George Willie Buford, III,

    Plaintiff,

v.

Merck & Co., Inc.,

    Defendant.

MDL 1657 L(3)

2:08-cv-05059

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED JUN 19 2009
LORETTA G. WHYTE
Clerk

# NOTICE

Notice is hereby given all interested parties that the above-listed plaintiff APPEALS the 11 June 2009 ORDER granting the defendant's *ex parte* Fourth Motion, Rule and Incorporated Memorandum .... in violation of Canon 3A(4), Code of Conduct of United States Judges and Title 28 U.S.C. §453.

George Willie Buford, III

TENDERED FOR FILING

JUN 19 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
X  Dktd _____
X  CtRmDep _____
___ Doc No. _____

## CERTIFICATE OF SERVICE

I, George Willie Buford, III, hereby CERTIFY that a true and correct copy of the foregoing NOTICE has been served upon opposing counsel by turning same over to corrections officer Harold Smith, per FCC Terre Haute lock-down legal mail protocol, First Class postage pre-paid and addressed to the following:

Mrs. Dorothy H. Wimberly
Stone Pigman Walther Wittman, LLC.
Counselors At Law
546 Carondelet Street
New Orleans, Louisiana 70130-3588

Attest True

George Willie Buford, III

15 June 2009



TERRE HAUTE IN 478

16 JUN 2009 PM 1 L

INMATE IDENTIFICATION CONFIRMED

Mr. George Willie Buford, III
30024-074
United States Penitentiary
P.O. Box 33
Terre Haute, Indiana 47808

Attn.: Clerk of Court
United States District Court
Eastern District of Louisiana
C-456 U.S. Courthouse
500 Poydras Street
New Orleans, Louisiana
70130

7013 3053 3313

LEGAL MAIL