IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Valerie Rockingham, et al

vs.                                          MDL NO. 2:06-CV-7115-EEF-DEK
Merck & Co., Inc.

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Defendant by and through their attorney(s) of record: **Dorothy Hudson Wimberly (Stone, Pigman, Walther, Wittmann, LLC) and Richard C. Stanley (Stanley, Reuter, Ross, Thornton & Alford, LLC)**

You will please take notice that fourteen (14) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of Custodian of Records for:

**Tift Regional Medical Center (Medical)**
**901 East 18th Street**
**Tifton, GA 31794**

before a Notary Public for    **Rapid Record Retrieval**
                              **3100 Weslayan, Suite 374**
                              **Houston, TX 77027**
                              **713-980-9850    Fax 713-980-9849**

or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court. Notice is further given that request is hereby made as authorized under Rule 45, Federal Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to:

**Charles W. Thomas, Sr. aka Wendell Thomas**

and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

> David P. Matthews
> Matthews & Associates
> 2905 Sackett St
> Houston, TX 77098
> 713-222-8080    Fax 713-535-7184
> Attorney for Plaintiff
> SBA # 13206200

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all Counsel of Record by hand delivery, FAX, and/or certified mail, return receipt requested, on this day.

Dated: June 4, 2009                              by _____

Order No. **5845**