IN THE UNITED STATES DISTRICT COURT
FOR THE Eastern District of Louisiana DISTRICT OF LOUISIANA
DIVISION

Valerie Rockingham, et al

vs.

Merck & Co., Inc.

MDL NO. 2:06-CV-7115-EEF-DEK

## WAIVER OF NOTICE

Our client, David P. Matthews, has commissioned Rapid Record Retrieval to obtain records on Charles W. Thomas, Sr. aka Wendell Thomas from the following custodian for use in the above referenced case.

IF COPIES ARE DESIRED, PLEASE INDICATE BELOW BY MARKING Y OR N. Original records will be held inhouse for 30 days. Copies may not be available after that time.

__N__   § TH Regional Medical Center (Medical)

I agree that I and/or my firm will be responsible for payment of the copies of records ordered on this waiver. I acknowledge that invoices are due and payable within 30 days of receipt and that actions for collection of services are performable and payable in County, Texas.

__X__   I DO AGREE TO WAIVE THE NOTICE PERIOD.
_____   I DO NOT AGREE TO WAIVE THE NOTICE PERIOD.

Dated: June 4, 2009

Signed: _Dorothy Hudson Wimberly_

Dorothy Hudson Wimberly
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588
504-593-0849  Fax 504-596-0849
Attorney for Defendant
SBA #

Please Return To:  Rapid Record Retrieval
3100 Weslayan, Suite 374
Houston, TX 77027
713-960-9850  Fax 713-960-9849

NOTE: RETURN OF THIS FORM IS REQUIRED WITHIN FOURTEEN (14) DAYS TO PROCESS YOUR REQUEST. ANY CANCELLATION OF THE ABOVE MUST BE IN WRITING. IF THE RECORDS HAVE ALREADY BEEN COPIED AND FEES INCURRED, THEN BILLING WILL BE PRORATED ACCORDINGLY.

Order No. 3945