## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| Products Liability Litigation | * | MDL No. 05-1657 |
| | * | |
| This Document Relates To: | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| *Glen Nicolosi, Individually and as* | * | KNOWLES |
| *Administratrix of the Estate of Phillip* | * | |
| *Nicolasi* | * | CIVIL ACTION NO. 2:06-cv- |
| | * | 11094 |
| *v.* | * | |
| | * | |
| *Merck & Co., Inc., et al.* | * | |
| | * | |

**Only with regard to:**

**Glen Nicolosi**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice of All Defendants,

   IT IS ORDERED that all claims of plaintiff Glen Nicolosi in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

   NEW ORLEANS, LOUISIANA, this 22nd day of _____June_____, 2009.

_____
DISTRICT JUDGE

981601v.1