# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx®                           * | MDL Docket No. 1657 |
| **Product Liability Litigation**         * | |
|                                          * | **SECTION L** |
| **This document relates to:**            * | |
|                                          * | |
| *Gretchen Bartee, et al.*                * | **JUDGE FALLON** |
| *v.*                                     * | |
| *Merck & Co., Inc., et al.*              * | **MAGISTRATE JUDGE KNOWLES** |
|                                          * | |
| *Only with regard to:*                   * | |
| *Marjorie Miller and James Miller*       * | |
|                                          * | |
| *Docket No. 2:06-cv-06446*               * | |
|                                          * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Marjorie Miller and James Miller in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.


_____
DISTRICT JUDGE