EASTERN DISTRICT OF LOUISIANNA

In Re: VIoxx Products Liability Litigation

Jonathan Lee Riches, Movant

MDL 1657

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED JUN 22 2009

LORETTA G. WHYTE
Clerk

[Motion For Judge Eldon E. Fallons recusal under]
28 USC 455 (A), (B), (C)

[Motion For Judge Fallons Yearly Financial Disclosure Forms]

Comes Now, Jonathan Lee Riches, with newly discovered evidence, moves For Judge Fallons recusal in this Vioxx litigation under 28 usc 455 (A), (B), (C) Due to Personal and Financial conflicts of Interest the Judge has/had with me, which caused me bias and prejudice in Judge Fallon denying my Motions to Intervene in this case. This Judge has a major grudge against me because I previously sued Judge Fallon in federal court. Riches v. Federal Judicial System, The Judge is angry with me and since I sued him, he is getting personally even with me by denying my motion to Intervene. The Judge also has a financial Interest with me. The Judge and his family has personal stock investments with General Electric, Walmart, Sears, Home depot, Exton mobil, which these stores provide the bureau? prisons at Federal medical center lexington Kentucky, their products and services to house, feed, and clothe me, this is a financial conflict of Interest, this Judge is Aiding and Abetting in my illegal incarceration, a 6th amendment violation under U.S. v. Booker, and a deliberate indifference under Farmer v. Brennan, If I was allowed to intervene, I could of whistle blew in this case and recieved a federal time cut, but Judge Fallon needs me in prison so his investments can profit from me being incarcerated. Judge Fallon failed to recuse himself or notify this court with conflicts of Interest with me, a total miscarriage of Justice, I seek a rehearing with a new Judge that is not prejudice Against me. I seek Judge Fallon's Yearly financial disclosure forms which I'm entitled to by law to Analyze and Inspect for other conflicts of Interest this Judge has with me, I pray this court will grant my motions for relief.

respectfully,

6-19-09

Jonathan Lee Riches
#40948018
Federal medical center
P.O. Box 14500
lexington, KY 40512
859-255-6812

TENDERED FOR FILING

JUN 22 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
Doc. No._____

Jonathan Lee Riches
#40948018
Federal Medical Center
P.o. Box 14500
Lexington, KY 40512



LEXINGTON KY 405

19 JUN 2009 PM 1 T

United States District Court
Eastern District of Louisianna
    Clerk of court
500 Camp st,
New Orleans, LA 70130

70130+3302