UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx ® <br> PRODUCTS LIABILITY LITIGATION <br> This document relates to: <br> *Willie Bee* <br> *v.* <br> *Merck & Co., Inc.* | MDL Docket No. 1657 <br> SECTION L <br> CIVIL ACTION NO. 2:05-cv-06754 <br> JUDGE FALLON <br> MAGISTRATE JUDGE KNOWLES |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Willie Bee and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice all of claims against Merck & Co., Inc. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| GRIFFIN & ASSOCIATES | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
| By:/s/ Charles E. Griffin <br> Charles E. Griffin <br> P.O. Box 968 <br> Jackson, MS 39205 <br> Phone:  601-354-0603 <br><br> *Counsel for Plaintiff* | By: */s/ Dorothy H. Wimberly* <br> Phillip A. Wittmann, 13625 <br> Dorothy H. Wimberly, 18509 <br> 546 Carondelet St. <br> New Orleans, LA  70130 <br> Phone:  504-581-3200 <br> *Counsel for Defendant Merck & Co., Inc.* |

981516v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Stipulation of Dismissal With Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th of June, 2009.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

866478v.1