UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Willie Bee* <br><br> *v.* <br><br> *Merck & Co., Inc.* | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:05-cv-06754 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

**<u>ORDER OF DISMISSAL WITH PREJUDICE</u>**

Considering the foregoing Stipulation of Dismissal,

IT IS ORDERED that all claims of plaintiff Willie Bee in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE

981500v.1