PERSCILLA MONROE, et al.,                )        IN THE UNITED STATES
                                         )        DISTRICT COURT FOR THE
                                         )        EASTERN DISTRICT OF
                                         )        LOUISIANA
                                         )
                      Plaintiffs,        )
                                         )        CASE NO. 2:08-cv-01024-EEF-DEK
v.                                       )
                                         )
MERCK & CO., INC., et al.,               )        **STIPULATION OF DISMISSAL**
                                         )        **WITH PREJUDICE AS TO**
                      Defendants.        )        **ALL DEFENDANTS**
                                         )

 

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby stipulate that all claims of plaintiff, **CLARENCE MORA**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

 

_____          _____
Turner W. Branch                         Stephen G. Strauss
                                         Bryan Cave LLP
BRANCH LAW FIRM                          211 N. Broadway, Suite 3600
Attorneys for Plaintiffs                 St. Louis, MO 63102
2025 Rio Grande Blvd. NW                 (314) 259-2000 Tel
Albuquerque, NM 87104                    (314) 259-2020 Fax
(505) 243-3500 Telephone
(505) 243-3534 Facsimile                 Phillip A. Wittmann
                                         Dorothy H. Wimberly
                                         Stone Pigman Walther
                                         Wittmann LLC
                                         546 Carondelet Street
                                         New Orleans, LA 70130
                                         (504) 581-3200 Tel
                                         (504) 581-3361 Fax

Dated: __October 7, 2008__               Attorneys for Merck & Co, Inc.

                                         Dated: 6-24-09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of June, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.