UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: Vioxx ®

PRODUCTS LIABILITY LITIGATION

This document relates to:

*Carlone Parris*

*v.*

*Merck & Co., Inc.*

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:05-cv-6750

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal,

IT IS ORDERED that all claims of plaintiff Carlone Parris in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE

981500v.1