Supplemental Brief
Appeal De novo
Emergency

RECEIVED
JUN 18 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED JUN 18 2009
LORETTA G. WHYTE
Clerk

Correspondence letter

Motion for Reconsideration / Appeal

Case - Vioxx
06-1493-L(3)

Dear Circuit Executive / Chief Judge and Judge Eldon E. Falon / Clerks

Court I need adjourn to Michigan on Court TV bad heart now application for appointment of counsel financial affidavit, supplemental relief, third-party forms, and U.S. personal protection order too please clerk(s) send the forms. Then I need federal Rule of Civil Procedure Lt. Gatzweiler took my phone and refuses me a legal phone call or civil or criminal copies, limited law-library, exercise/recreation, AA/NA, school hair-cut now shave cause I broke razor to cut my hair Sgt Demeand, etc. Now local ACLU says not at this time NAACP, National Urban League, Congressional Jew, Black, Oriental, and Arab Caucus, Kreindler/Kreindler NY, Garrow, Black Lawyers, Military Court / Military General (subpoena) etc, CBS, BET, TCT, and MSNBC contacted.

Signed,
Edward Earl Thomas
6/13/2009

Edward Earl Thomas 081043
208 S. Harrison
Saginaw, Michigan 48602

Clerk/Judge Fallon
500 Poydras St
New Orleans LA
70130

FROM INMATE AT THE
SAGINAW COUNTY JAIL