FILED '09 JUN 25 16:53 USDC-LAE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | *  MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | *  SECTION L |
| | *  JUDGE FALLON |
| This document relates to | |
| All Government Actions and | *  MAG. JUDGE KNOWLES |
| All Private Third-Party Payor | |
| Cases | |

* * * * * * * * * * * * * * * * * * * * * *

## PRETRIAL ORDER NO. 18D
## (ACCESS TO PREVIOUSLY PRODUCED MERCK PROFILE FORMS)

WHEREAS, Plaintiffs in the above-styled proceedings have sought discovery related to certain information that has been the subject of prior discovery in the Merck Profile Forms produced pursuant to Pretrial Order Nos. 18, 18A, 18B and 18C;

WHEREAS, those previously produced Merck Profile Forms were served in individual actions and were not made available to all Plaintiffs' counsel other than Plaintiff's counsel of record in a particular case and Plaintiffs' Liaison Counsel in the MDL;

WHEREAS, the parties wish to expedite discovery and avoid unnecessary duplication of discovery; and

WHEREAS, certain information contained in the Merck Profile Forms may be subject to protection under Fed. R. Civ. P. 26(c) and orders of this Court;

IT IS HEREBY STIPULATED AND AGREED, AND FOR GOOD CAUSE SHOWN, ORDERED THAT:

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No___

1. This Order shall govern all actions asserting Vioxx-related, private third-party payor claims and actions filed by or on behalf of any state, county, city, and/or other government entity (collectively, the "Actions").

2. All counsel in the Actions shall have access to Merck Profile Forms previously produced in the *In re Vioxx Products Liability Litigation* case. This includes access to all Merck Profile Forms produced to Plaintiff's counsel of record under a specific case caption.

3. All parties shall treat the information contained in the previously produced Merck Profile Forms as confidential under the terms of Pretrial Orders Nos. 13, 13A, 13B and 13C.

4. To the extent any party wishes to challenge the confidentiality of any information contained in any Merck Profile Form, those challenges shall be subject to the procedures of Pretrial Order No. 13.

5. Nothing herein shall be construed as limiting the ability of Plaintiffs in the Actions to seek discovery other than the Merck Profile Forms.

6. Nothing herein shall be construed to affect in any manner the admissibility at trial or any other court proceeding of any document, testimony, or other evidence.

Dated: 6/24/09

Honorable Eldon E. Fallon