FILED '09 JUN 25 16:54 USDC-LAE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:   CASES LISTED ON EXHIBIT A**

## PRETRIAL ORDER NO. 42

It appearing that the parties have agreed on a resolution of the MI and Stroke Claims, there remain a number of personal injury cases that were pending on the date of the announcement of the Settlement Program. A listing of these cases and the attorneys handling them is attached as Exhibits A and B. There claims were either ineligible for the Program or, if eligible, were not enrolled in the Program. Lone Pine expert reports have been served in these cases. On April 28, 2009, the Court issued an Order appointing Ann Oldfather to serve as Liaison Counsel for Plaintiffs in these cases and Doug Marvin to serve as Liaison Counsel for Defendant with respect to these remaining claims. The Court finds that it is now appropriate to turn to the resolution of these cases. Accordingly, IT IS ORDERED that:

It is the Court's intent to appoint a Plaintiffs' Steering Committee ("PSC") to conduct and coordinate the discovery stage of this litigation with the defendant's representatives or committee. Applications/nominations for the PSC positions must be filed as an original and one copy with the Eastern District of Louisiana's Clerk's Office on or before Wednesday, the 8th of July, 2009. Notice must also be served upon counsel named in the attached list on the day of filing. The main criteria for membership in the PSC will be: (a) willingness and availability to

___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep___
___ Doc. No____

commit to a time-consuming project; (b) ability to work cooperatively with others; (c) professional experience in this type of litigation; and (d) willingness to commit the necessary resources to pursue this matter. Applications/nominations should succinctly address each of the above criteria as well as any other relevant matters. No submissions longer than three (3) pages will be considered. The Court will only consider attorneys who have filed a civil action in this litigation.

Objections may be made to the appointment of a proposed applicant/nominee. Nevertheless, the Court will entertain only written objections to any application/nomination. These must be filed with the Clerk in an original and one copy on or before Friday, the 10th of July, 2009. The objections, if there be any, must be short, yet thorough, and must be supported by necessary documentation. As with the application/nomination, any objection must be served on all counsel appearing on Exhibit B on the day of filing.

The PSC will have the responsibilities set forth in the Court's Pretrial Orders No. 1 and No. 6 in handling the cases listed on Exhibit A.

New Orleans, Louisiana, this 25th day of June, 2009.

UNITED STATES DISTRICT JUDGE

CC: ATTORNEYS LISTED ON EXHIBIT B