## EXHIBIT A

| Plaintiff's Name | Law Firm | Case Name | Case Number |
|---|---|---|---|
| Bunch, J.C. | Bartimus, Frickleton, Robertson & Gorny | Bunch, J.C. v. Merck & Co., Inc. | 2:06-cv-08827-EEF-DEK |
| Haynes, James R | Bartimus, Frickleton, Robertson & Gorny | Jenkins, Ruth v. Merck & Co., Inc. | 2:05-cv-04054-EEF-DEK |
| Jensen, Jennifer K | Bartimus, Frickleton, Robertson & Gorny | Jensen, Jennifer v. Merck & Co., Inc. | 2:05-cv-05150-EEF-DEK |
| Agard, David L | Benjamin, Ronald R., Law Office of | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK |
| Berthel, Scott R | Benjamin, Ronald R., Law Office of | Gates, Robert D. v. Merck & Co., Inc. | 2:05-cv-06221-EEF-DEK |
| Bozich, Mary A | Benjamin, Ronald R., Law Office of | Aljibory, Adnan v. Merck & Co., Inc. | 2:05-cv-01090-EEF-DEK |
| Cavallo, Matthew | Benjamin, Ronald R., Law Office of | Cavallo, Matthew v. Merck & Co., Inc. | 2:05-cv-01513-EEF-DEK |
| Core, Richard F | Benjamin, Ronald R., Law Office of | Core, Richard F. v. Merck & Co., Inc. | 2:05-cv-02583-EEF-DEK |
| Curtis, Marjorie H | Benjamin, Ronald R., Law Office of | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK |
| Demoski, James J | Benjamin, Ronald R., Law Office of | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK |
| Henderson, Edward | Benjamin, Ronald R., Law Office of | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK |
| Hia, Kristine S | Benjamin, Ronald R., Law Office of | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK |
| Hoyt, Maurice R | Benjamin, Ronald R., Law Office of | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK |
| Kurtz, Mary | Benjamin, Ronald R., Law Office of | Kurtz, Mary v. Merck & Co., Inc. | 2:06-cv-05779-EEF-DEK |
| Lord, Wilson E | Benjamin, Ronald R., Law Office of | DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK |
| Mack, Timothy F | Benjamin, Ronald R., Law Office of | Dier, Glenn L. v. Merck & Co., Inc. | 2:05-cv-01088-EEF-DEK |
| Mannino, Ann M | Benjamin, Ronald R., Law Office of | Holobosky, Rosemary v. Merck & Co., Inc. | 2:05-cv-01091-EEF-DEK |
| Oakley, James S | Benjamin, Ronald R., Law Office of | Oakley, James S. v. Merck & Co., Inc. | 2:05-cv-05912-EEF-DEK |
| Pratt, Arthur L | Benjamin, Ronald R., Law Office of | DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK |
| Santacrose, Viola | Benjamin, Ronald R., Law Office of | Aljibory, Adnan v. Merck & Co., Inc. | 2:05-cv-01090-EEF-DEK |
| Spencer, Frank | Benjamin, Ronald R., Law Office of | Dufresne, Lori v. Merck & Co., Inc. | 2:08-cv-03220-EEF-DEK |
| Nichols, Sarah G | Bubalo, Hiestand & Rotman, PLC | Nichols, Sarah E. v. Merck & Co., Inc. | 2:06-cv-01951-EEF-DEK |
| Adams, Mary Ellen | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Albright, Ann M | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Allen, Marie | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |

971162v.1

| | | | |
|---|---|---|---|
| Amiss, Louise H | Cellino & Barnes, P.C. | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| Ballantyne, Arthur W | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Barrett, Jacqueline | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Barrett, Janet F | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Blankenship, Donald | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Blodgett, Don | Cellino & Barnes, P.C. | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Brown, Dianne | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Brown, James N | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Burkey, Robert A | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Butterfield, Myrtle | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Byrd, Deborah A | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Carmen, Joan | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Carrigan, Georgia | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Carroll, John | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Carter, James A | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Desormeau, Margaret | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| DeSouza, William | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Donahue, James J | Cellino & Barnes, P.C. | Donahue, James J. v. Merck & Co., Inc. | 2:06-cv-01206-EEF-DEK |
| Eddy, Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Edwards, June D | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Estep, John | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Farnsworth, Wilson | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Greeley, Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Habecker, Linda | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Johnson, Esther M | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Kelly, Patricia A | Cellino & Barnes, P.C. | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| Kingsley, Ella F | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Kollin, Jean M | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Kulesza, Jeff A | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Maiorano, Patricia M | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Marble, Judy A | Cellino & Barnes, P.C. | Czekalski, Cindy v. Merck & Co., Inc. | 2:06-cv-01207-EEF-DEK |

971162v.1

| Matos Cruz, Migdalia | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
|---|---|---|---|
| Mayeu, Michael | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| McDaniels, Asa J | Cellino & Barnes, P.C. | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| McMurray, Scott | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| McPhaden, Arleen | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Melton, Roberta | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Mertz, Charles R | Cellino & Barnes, P.C. | Monte, John v. Merck & Co., Inc. | 2:06-cv-01167-EEF-DEK |
| Mietlowski, Alan D | Cellino & Barnes, P.C. | Coles, Patti v. Merck & Co., Inc. | 2:07-cv-02936-EEF-DEK |
| Miller, Charlene | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Miskho, Brian W | Cellino & Barnes, P.C. | Miskho, Brian v. Merck & Co., Inc. | 2:06-cv-01159-EEF-DEK |
| Negron, Myriam | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Petty, Lee C | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Pierre, Edele | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Plambeck, Richard G | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Rarick, Kenneth L | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Reilly, James A | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Robinson, Deborah | Cellino & Barnes, P.C. | Czekalski, Cindy v. Merck & Co., Inc. | 2:06-cv-01207-EEF-DEK |
| Sackett, Marlo R | Cellino & Barnes, P.C. | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Scherf, Frank | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Schultz, Barbara | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Shahid, Marge A | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Steerman, Gladys | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Tydus, Kathryn | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Vecchio, Teresa M | Cellino & Barnes, P.C. | Daluiso, Anna v. Merck & Co., Inc. | 2:06-cv-01197-EEF-DEK |
| Walker, Renee | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Webb, Carol R | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Webb, Kathleen | Cellino & Barnes, P.C. | Carr, Marie v. Merck & Co., Inc. | 2:06-cv-03612-EEF-DEK |
| Weese, Roxana | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Weiser, Harlan L | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Werner-Vecellio, Paula R | Cellino & Barnes, P.C. | Werner Vecellio, Paula v. Merck & Co., Inc. | 2:06-cv-03900-EEF-DEK |

971162v.1

| | | | |
|---|---|---|---|
| Woodock, Christine D | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Albertson, Beverly A | Cory, Watson, Crowder & DeGaris | Albertson, Beverly v. Merck & Co., Inc. | 2:06-cv-06236-EEF-DEK |
| Fulton, Rebeka K | Cory, Watson, Crowder & DeGaris | Fulton, Arthur v. Merck & Co., Inc. | 2:05-cv-00436-EEF-DEK |
| Knifley, Thelma M | Cory, Watson, Crowder & DeGaris | Knifley, Welby R. v. Merck & Co., Inc. | 2:05-cv-05635-EEF-DEK |
| Gasio, Dane B | Federman & Sherwood | Gasio, Dane v. Merck & Co., Inc. | 2:07-cv-01054-EEF-DEK |
| Graham, Larry N | Federman & Sherwood | Graham, Larry v. Merck & Co., Inc. | 2:07-cv-01055-EEF-DEK |
| Laviner, Rebecca | Federman & Sherwood | Laviner, Rebecca v. Merck & Co., Inc. | 2:06-cv-06932-EEF-DEK |
| Gonzalez, Pedro | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Gonzales, Pedro Jr. v. Merck & Co., Inc. | 2:06-cv-09815-EEF-DEK |
| Heisey-DeWolf, Deborah A | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Heisey DeWolf, Deborah v. Merck & Co., Inc. | 2:06-cv-09810-EEF-DEK |
| Hench, Edwin C | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Hench, Edwin C. v. Merck & Co., Inc. | 2:06-cv-09811-EEF-DEK |
| King, LaDonna G | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | King, LaDonna v. Merck & Co.,Inc | 2:06-cv-10270-EEF-DEK |
| Klunk, Nancy A | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Wolfe, Barbara E. v. Merck & Co., Inc. | 2:06-cv-09808-EEF-DEK |
| Osiecki, Marilyn J | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Osiecki, Marilyn J. v. Merck & Co., Inc. | 2:06-cv-09814-EEF-DEK |
| Painter, Gladys R | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Gibson, Kathy v. Merck & Co., Inc. | 2:06-cv-09812-EEF-DEK |
| Slembarski, John C | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Slembarski, John C. v. Merck & Co., Inc. | 2:06-cv-09809-EEF-DEK |
| Carr, Clarence L | Johnson & Benjamin LLP | Carr, Clarence L. v. Merck & Co., Inc. | 2:05-cv-02905-EEF-DEK |
| Cochran, John O | Lopez, McHugh LLP | Cochran, John O. v. Merck & Co., Inc. | 2:05-cv-01795-EEF-DEK |
| Bland, Violet M | Mattingly, Nally-Martin & Fowler, PLLC | Popp, Jennifer M. v. Merck & Co., Inc. | 2:06-cv-01926-EEF-DEK |
| Wagganer, Gerald L | Schuler Halvorson & Weisser | Wagganer, Gerald v. Merck & Co., Inc. | 2:05-cv-03125-EEF-DEK |
| DeRose, Gary A | Stratton Faxon | Whittaker, Denise v. Merck & Co., Inc. | 2:05-cv-01257-EEF-DEK |
| Donaldson, William J | Stratton Faxon | Whittaker, Denise v. Merck & Co., Inc. | 2:05-cv-01257-EEF-DEK |
| Hess, Denise R | Stratton Faxon | Hess, Denise R. v. Merck & Co., Inc. | 2:05-cv-05893-EEF-DEK |
| Lynch, Judith A | Stratton Faxon | Lynch, Judith v. Merck & Co., Inc. | 2:05-cv-05072-EEF-DEK |
| Perry, Samuel C | Stratton Faxon | Chambers, Marianne v. Merck & Co., Inc. | 2:05-cv-01997-EEF-DEK |
| Rodriguez, Marjorie | Stratton Faxon | Whittaker, Denise v. Merck & Co., Inc. | 2:05-cv-01257-EEF-DEK |

971162v.1

| Seigler, Caroline N | Strom Law Firm, LLC | Seigler, Caroline N. v. Merck & Co., Inc. | 2:06-cv-01532-EEF-DEK |
| Hudnut, Lynn D | | Jenkins, Ruth v. Merck & Co., Inc. | 2:05-cv-04054-EEF-DEK |

971162v.1