**Exhibit B**

| Attorney(s) | Firm | Address | Phone Number |
|---|---|---|---|
| James P. Frickleton | Bartimus, Frickleton, Robertson & Gorny | 11150 Overbrook Road, Suite 200<br>Leawood, KS 66211 | (913) 266-2300 |
| Ronald R. Benjamin | Law Office of Ronald R. Benjamin | 126 Riverside Drive<br>P.O. Box 607<br>Binghamton, NY 13902-0607 | (607) 772-1442 |
| Greg Bubalo | Bubalo, Hiestand & Rotman, PLC | 9300 Shelbyville Road<br>Suite 215<br>Louisville, KY 40222 | (502) 753-1600 |
| Michael J. Williams<br>Brian A. Goldstein | Cellino & Barnes, P.C. | 2500 Main Place Tower<br>350 Main Street<br>Buffalo, New York 14202 | (716) 854-2020 |
| Leila H. Watson | Cory, Watson, Crowder & DeGaris | 2131 Magnolia Avenue<br>Birmingham, AL 35205 | (205) 328-2200 |
| Shawn G. Foster | Davis, Bethune & Jones, LLC | City Center Square<br>P.O. Box 26250<br>1100 Main Street, Suite 2930<br>Kansas City, MO 64196 | (816) 421-1600 |
| William B. Federman | Federman & Sherwood | 10205 N. Pennsylvania<br>Oklahoma City, OK 73120 | (405) 235-1650 |
| Gregory M. Feather | Handler, Henning & Rosenberg, LLP | 1300 Linglestown Road<br>Harrisburg, PA 17110 | (717) 238-2000 |
| John Johnson | Johnson & Benjamin, LLP | 567 LaDonna Drive<br>Decatur, GA 30032 | (404) 298-8995 |
| James J. McHugh | Lopez, McHugh, LLP | 1123 Admiral Peary Way<br>Quarters K<br>Philadelphia, PA 19112 | (215) 952-6910 |
| Francis J. Flynn | Jeffrey J. Lowe, PC | 8235 Forsyth Blvd. Suite 1100<br>St. Louis, MO 63105 | (314) 678-3400 |
| Joseph H. Mattingly | Mattingly, Nally-Martin & Fowler, PLLC | P.O. Box 678<br>104 West Main Street<br>Lebanon, KY 40033 | (270) 692-1718 |
| Ann B. Oldfather | Oldfather Law Firm | 1330 South Third Street<br>Louisville, KY 40208 | (502) 637-7200 |
| Richard Schuler | Schuler Halvorson & Weisser | Barristers Building<br>1615 Forum Place, 4th Floor<br>West Palm Beach, FL 33401 | (561) 689-8180 |
| Michael Stratton | Stratton Faxon | 59 Elm Street<br>New Haven, CT 06510 | (203) 624-9500 |
| Don S. Strong | Strong/Martin | 2700 First National Center<br>120 N. Robinson Avenue<br>Oklahoma City, OK 73102 | (405) 604 7500 |
| Thomas P. Cartmell | Wagstaff & Cartmell, LLP | 4740 Grand Avenue<br>Suite 300<br>Kansas City, MO 64112 | (816) 701-1133 |