**EXHIBIT A**

**Definitions**

The following definitions apply to this Notice of Deposition, including those

matters set forth in Exhibit A hereto, and are deemed to be incorporated into each subject

and request for documents listed below:

1.   "Identify" or "identity" with respect to persons, means to give, to the extent

known, the person's full name, present or last known address, and when referring to a

natural person, additionally, the present or last known place of employment.

2.   "Merck" means Defendant Merck & Co., Inc, and any of its subsidiaries,

affiliates, officers, agents, attorneys, employees, representatives, or others acting on its

behalf, including but not limited to Merck, Sharp & Dohme Australia.

3.   "Elsevier" shall mean Elsevier, Inc. and any of its past or present trustees,

directors, executives, officials, officers, fiduciaries, representatives, assigns, employees,

divisions, departments, predecessors or successors in interest, offices, subsidiaries, and

affiliates as well as any person acting or purporting to act on its behalf.

4.   "You" or "you' shall mean Elsevier.

5.    "Communication" shall mean the transmittal of information (in the form of

facts, ideas, inquiries, or otherwise).

6.    "Documents" as used in the Request is coextensive with the meaning of the

terms "documents" and "tangible things" in Federal Rule of Civil Procedure 34, and shall

have the broadest possible meaning and interpretation ascribed to the terms "documents"

and "tangible things" under Federal Rule of Civil Procedure 34.

7.   "Person" shall mean any individual, corporation, organization, association,

partnership, limited partnership, firm, joint venture, trustee, governmental body, agency, governing board, department or division, or any other entity.

8.  "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request any information that might otherwise be construed to be outside its scope.

9.  "Any" includes the word "all" and vice-versa.

10.  "Relating to," "relate to," "referring to," "refer to," "reflecting," "reflect," "with regard to," "concerning," or "concern" shall mean evidencing, regarding, concerning, discussing, embodying, describing, summarizing, containing, constituting, showing, mentioning, reflecting, pertaining to, dealing with, relating to, referring to in any way or manner, or in any way logically or factually, connecting with the matter described in that paragraph of these demands, including documents attached to or used in the preparation of or concerning the preparation of the documents.

11.  "Vioxx" means any product containing rofecoxib in any form, dosage, or mode of administration, either alone or in combination with other chemicals and also includes the product sold under the brand name Vioxx.

12.  Unless otherwise indicated, the relevant time period for the information sought is January 1, 1998 to present.

### Confidentiality

A confidentiality order has been entered in this case by the Honorable Eldon Fallon, Judge of the United States District Court of the Eastern District of Louisiana in the matter of *In Re: Vioxx Product Liability Litigation*, MDL 1957 (E.D.La).  A copy of the confidentiality order and its supplemental order pertaining to Private Third-Party

Payor actions are attached hereto.

**Deposition Subject Matter**

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Elsevier shall designate and produce for deposition one or more of its officers, directors, managing agents, or other persons who consent to testify on its behalf concerning the following subject matters:

1.      The development, sponsorship, funding, marketing and distribution of the publication the Australasian Journal of Bone and Joint Medicine and the development of its Honorary Editorial Board.

2.      The role that Merck played in the development, sponsorship, funding, marketing and distribution the publication the Australasian Journal of Bone and Joint Medicine and its Honorary Editorial Board.

3.      Any and all policies and procedures, including but not limited to disclosure protocols considered and/or instituted by You relating to the publication of industry or business sponsored periodicals or journals.

4.      Any investigation or internal review undertaken by you regarding or relating to the Australasian Journal of Bone and Joint Medicine and/or other publications that may have lacked disclosures relating to Merck's interest or involvement in a publication.

5.      Communications between You and Merck relating to the Australasian Journal of Bone and Joint Medicine and its Honorary Editorial Board.

6.      Communications between You and governmental agencies or entities relating to the Australasian Journal of Bone and Joint Medicine and its Honorary Editorial Board.

7.      Subscriptions to and other orders for copies of the publication and re-

prints of any and all issues and portions of issues.

## SUBPOENA DUCES TECUM

Elsevier (the "Witness") is requested to bring with him/her the following

documents, as they are maintained in the ordinary course of business.

A complete copy of all documents, as that term is defined in the Federal Rules of

Civil Procedure, tangible things, reports, models or data compilations that have been

provided to, reviewed by, or prepared by or for the Witness in anticipation of his/her

testimony.  This request includes, but not limited to:

1.      The data, documents, or other information considered by the Witness in

preparation for her/his testimony relating to his/her knowledge of the Australasian

Journal of Bone and Joint Medicine.

2.      Exhibits to be used as a summary or in support of his/her testimony.

3.      All documents by and between you and Merck relating to the

development, sponsorship, funding, marketing and distribution of the publication the

Australasian Journal of Bone and Joint Medicine and the development of its Honorary

Editorial Board.

4.      All documents created, considered, or reviewed in connection with the

development, sponsorship, funding, marketing and distribution of the publication the

Australasian Journal of Bone and Joint Medicine and the development of its Honorary

Editorial Board.

5.      All documents setting forth, describing, or referring to the nature and

scope of ALL work performed by YOU for Merck relating to the Australasian Journal of Bone and Joint Medicine and its Honorary Editorial Board.

6.      All documents pertaining to, reflecting or concerning ALL payments, fees, or other compensation YOU received from Merck for ALL work performed by YOU for Merck the Australasian Journal of Bone and Joint Medicine and its Honorary Editorial Board.

7.      All documents pertaining to, reflecting or concerning ALL subscriptions to and other orders for copies of the publication and re-prints of any and all issues and portions of issues.