UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

Index No. MDL DOCKET NO. 1657

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

State of New Jersey    )
                       )  SS.:
County of Camden       )

## AFFIDAVIT OF SERVICE

William Edward McBride being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New Jersey. That on 06/18/2009 at 1:29 PM at:
            THE CORPORATION TRUST COMPANY
            820 BEAR TAVERN ROAD
            WEST TRENTON NJ 08628
Deponent served the:

SUBPOENA DUCES TECUM
NOTICE OF DEPOSITION AND SUBPOENA DUCES TECUM

on MEDCO HEALTH SOLUTIONS, INC.

a domestic and/or foreign corporation
by delivering thereat true copies to Mary Jane Schultheis personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the Corparate Operations Specialist and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 53   HEIGHT: 5'6''   WEIGHT: 140   HAIR: BROWN   RACE: WHITE   SEX: FEMALE

William Edward McBride   Lic. #N/A

SWORN TO BEFORE ME 6/18/2009

Michele Y. McBride

MICHELE Y. McBRIDE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/5/2013

OUR DOC# 23577
Murray Law Firm
650 Poydras St
Suite 1250
New Orleans LA 70130
504-648-0280