UNITED STATES DISTRICT COURT DISTRICT OF massachusetts

Index No. MDL DOCKET NO. 1657

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

State of Massachusetts )
                       ) SS.:
County of Suffolk      )

## AFFIDAVIT OF SERVICE

Christopher Grace being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of Massachusetts. That on 06/18/2009 at 2:25 PM at:
    U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF MASSACHUSETTS
    UNITED STATES FEDERAL COURTHOUSE
    1 COURTHOUSE WAY, SUITE 9200
    BOSTON MA 02210
Deponent served the:

SUBPOENA DUCES TECUM
NOTICE OF DEPOSITION AND SUBPOENA DUCES TECUM
on U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF MASSACHUSETTS

a government agency
by delivering thereat true copies to Cheryl Wilcox personally, deponent knew said agency so served to be the agency, described in same as said recipient and knew said individual to be the Agent in Charge and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 43   HEIGHT: 5'3"   WEIGHT: 130   HAIR: RED   RACE: WHITE   SEX: FEMALE

Christopher Grace   Lic. #N/A

SWORN TO BEFORE ME  6/29/2009

BARBARA A. MONTY-BUTLER, NOTARY PUBLIC
MY COMMISSION EXPIRES: 8/17/2012

OUR DOC# 23578
Murray Law Firm
650 Poydras St
Suite 1250
New Orleans LA 70130
504-648-0280