UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re:  Vioxx ® <br><br>PRODUCTS LIABILITY LITIGATION <br><br>This document relates to: <br><br>*Annie Hall* <br><br>v. <br><br>*Merck & Co., Inc.* | MDL Docket No. 1657 <br>SECTION L <br><br>CIVIL ACTION NO. 2:06-cv-2697 <br><br>JUDGE FALLON <br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal,

IT IS ORDERED that all claims of plaintiff Annie Hall in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 26th day of June, 2009.

_____
DISTRICT JUDGE

981500v.1