# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| Civil Action Nos. 2:05-md-1657; 2:05-cv- | * | **KNOWLES** |
| 1088; 2:05-cv-1089; 2:05-cv-1090; 2:05-cv- | * | |
| 1091; 2:05-cv-1513; 2:05-cv-2297; 2:05-cv- | * | |
| 6221; 2:06-cv-2238; 2:06-cv-2708; 2:06-cv- | * | |
| 3221; 2:06-cv-3222; 2:06-cv-4166; 2:06-cv- | * | |
| 4167; 2:06-cv-4168; 2:06-cv-4169; 2:06-cv- | * | |
| 4170; 2:06-cv-4171; 2:06-cv-4172; 2:06-cv- | * | |
| 4173, on appeal to the United States Court | * | |
| of Appeals for the Fifth Circuit, Case No. | * | |
| 09-30446 | * | |
| | * | |

**************************************************************************

## JOINT DESIGNATION OF RECORD ON APPEAL

In accordance with the Order entered by the United States Court of Appeals for the Fifth Circuit, the parties hereby submit this Joint Designation of Record on Appeal and request that the following items be included in the record for this appeal:

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 2:05-cv-1088 | 1 | Case transferred in from Northern District of New York (Binghamton); Case Number 3:05-cv-00070-TJM-DEP. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Pre Trial Order #5)(gec, ) Additional attachment(s) added on 5/4/2005 (gec, ). (Entered: 05/04/2005) |
| 2:05-cv-1089 | 1 | Case transferred in from Southern District of New York (Foley Square); Case Number 04-9653-GBD. Copy of file with document numbered 1, certified copy of transfer order and |

1

982905v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | docket sheet received. Filing fee paid in other District. (Attachments: # 1 Pretrial Order #5A)(blg, ) Additional attachment(s) added on 4/20/2005 (blg, ). (Entered: 04/20/2005) |
| 2:05-cv-1089 | 2 | NOTICE OF APPEAL as to 12962 Pretrial Order #28, 12965 Pretrial Order #31 by Edward Henderson, Ronald R. O'Connor, David Agard. Filing fee $ 455. (cms, ) (Entered: 12/11/2007) |
| 2:05-cv-1089 | 3 | AMENDED NOTICE OF APPEAL by Edward Henderson, Ronald R. O'Connor, David Agard. (cms, ) Certificate of Service added on 1/7/2008 (cms, ). Modified on 1/7/2008 (cms, ). (Entered: 12/17/2007) |
| 2:05-cv-1089 | 4 | ORDER of USCA dismissing Charlotte Fishetti as to 2 Notice of Appeal filed by Edward Henderson, Ronald R. O'Connor, David Agard (cms, ) (Entered: 01/28/2008) |
| 2:05-cv-1089 | 7 | NOTICE OF APPEAL by Ronald R. O'Connor, Rodney Darrow. (cms, ) (Entered: 05/21/2009) |
| 2:05-cv-1090 | 1 | Case transferred in from Southern District of New York (Foley Square); Case Number 04-9654-GBD. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. filed by all plaintiffs. (Attachments: # 1 Pretrial Order #5A)(blg, ) Additional attachment(s) added on 4/19/2005 (blg, ). (Entered: 04/19/2005) |
| 2:05-cv-1091 | 1 | Case transferred in from Southern District of New York (Foley Square); Case Number 04-9655-GBD. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. filed by all plaintiffs. (Attachments: # 1 Pretrial Order #5A)(blg, ) Additional attachment(s) added on 4/19/2005 (blg, ). (Entered: 04/19/2005) |
| 2:05-cv-1513 | 1 | Case transferred in from Southern District of New York (Foley Square); Case Number 05-818-KMK. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Pretrial Order #5A)(blg, ) Additional attachment(s) added on 5/9/2005 (blg, ). Additional attachment(s) added on 5/9/2005 (blg, ). (Entered: 05/09/2005) |
| 2:05-cv-2297 | 1 | Case transferred in from Southern District of New York (Foley Square); Case Number 1:05-cv-03643-GBD. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Pre Trial Order #14)(gec, ) Additional attachment(s) added on 6/28/2005 (gec, ). (Entered: |

982905v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | 06/28/2005) |
| 2:05-cv-6221 | 1 | Case transferred in from Northern District of New York (Binghamton); Case Number 05-1315-TJM-DEP. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 pretrial order #14)(ala,) Additional attachment(s) added on 12/19/2005 (ala, ). (Entered: 12/19/2005) |
| 2:06-cv-2238 | 1 | Case transferred in from Eastern District of New York (Central Islip); Case Number 06-773 LDW. Electronic file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 pretrial order #14)(cms, ) Additional attachment(s) added on 5/23/2006 (cms, ). (Entered: 05/23/2006) |
| 2:06-cv-2708 | 1 | Case transferred in from Northern District of New York (Binghamton); Case Number 06-429-TJM-DEP. Electronic file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 pretrial order #14)(ala,) Additional attachment(s) added on 6/2/2006 (ala, ). (Entered: 06/02/2006) |
| 2:08-cv-3221 | 1 | Case transferred in from Southern District of New York; Case Number 1:08-3077. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. filed by Geraldine M. Alapeck. (Attachments: # 1 PTO #14)(cl, ) (Additional attachment(s) added on 6/5/2008: # 2 Complaint, # 3 Notice of Removal, # 4 Docket Sheet) (cl, ). (Entered: 06/05/2008) |
| 2:08-cv-3222 | 1 | Case transferred in from Southern District of New York; Case Number 1:08-3079. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 PTO #14)(cl, ) (Additional attachment(s) added on 6/6/2008: # 2 Complaint, # 3 Notice of Removal, # 4 Docket Sheet) (cl, ). (Entered: 06/06/2008) |
| 2:08-cv-4166 | 1 | Case transferred in from Southern District of New York (Foley Square); Case Number 1:08-3067. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Notice of Removal, # 2 Complaint, # 3 USDC - SDNY Docket Sheet, # 4 PTO #14)(clm, ) (Entered: 08/25/2008) |
| 2:08-cv-4167 | 1 | Case transferred in from Southern District of New York (Foley Square); Case Number 1:08-3068. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Notice of Removal, # 2 |

3

Case 2:05-md-01657-EEF-DEK   Document 20023   Filed 06/29/09   Page 4 of 12

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | Complaint, # 3 USDC -SDNY Docket Sheet, # 4 PTO #14)(clm, ) (Entered: 08/25/2008) |
| 2:08-cv-4168 | 1 | Case transferred in from Southern District of New York (Foley Square); Case Number 1:08-3069. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Notice of Removal, # 2 Complaint, # 3 USDC - SDNY Docket Sheet, # 4 PTO #14)(clm, ) (Entered: 08/25/2008) |
| 2:08-cv-4169 | 1 | Case transferred in from Southern District of New York (Foley Square); Case Number 1:08-3074. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Complaint, # 2 USDC - SDNY Docket Report, # 3 PTO #14)(clm, ) (Entered: 08/25/2008) |
| 2:08-cv-4170 | 1 | Case transferred in from District of New York; Case Number 1:08-3075. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Notice of Removal USDC, Southern District New York, # 2 Other Court Documents, # 3 Docket Report- USDC, Southern District of New York, # 4 PTO #14)(cl, ) (Entered: 09/08/2008) |
| 2:08-cv-4171 | 1 | Case transferred in from Southern District of New York; Case Number 1:08-3078. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Notice of Removal USDC, Southern District of New York, # 2 Other Court Documents, # 3 Docket Report- USDC, Southern District of New York, # 4 PTO #14)(cl, ) (Entered: 09/08/2008) |
| 2:08-cv-4172 | 1 | Case transferred in from Southern District of New York; Case Number 1:08-3280. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Notice of Removal- USDC, Southern District of New York, # 2 Other Court Documents, # 3 Docket Report- USDC, Southern District of New York, # 4 PTO #14)(cl, ) (Entered: 09/08/2008) |
| 2:08-cv-4173 | 1 | Case transferred in from Southern District of New York; Case Number 1:08-3291. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Notice of Removal- USDC, Southern District of New York, # 2 Other Court Documents, # 3 Docket Report- USDC, Southern District of New York, # 4 PTO #14)(cl, ) (Entered: 09/08/2008) |
| 2:05-md-1657 | 12962 | PRETRIAL ORDER #28- Prima Facie Evidence of Usage, Injury and Causation. Signed by Judge Eldon E. Fallon on |

982905v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 2:05-md-1657 | 12963 | PRETRIAL ORDER #29- Rules and procedures relating to all cases filed or transferred on or after 11/9/2007. Signed by Judge Eldon E. Fallon on 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 2:05-md-1657 | 12964 | PRETRIAL ORDER #30: Staying activity in this MDL with certain exceptions as stated herein. Signed by Judge Eldon E. Fallon on 11/9/2007.(Reference: ALL CASES)(cms, ) Modified on 11/9/2007 (dmg, ). (Entered: 11/09/2007) |
| 2:05-md-1657 | 14157 | MOTION to Expedite *and grant telephonic hearing*, MOTION for Extension of Deadlines *Under PTO 28 requiring case specific discovery by May 1, 2008 or July 1, 2008* by Plaintiff. (Reference: 05-1657) (Oldfather, Ann) Modified on 4/21/2008 (cms, ). (Entered: 04/17/2008) |
| 2:05-md-1657 | 14216 | RESPONSE to Motion filed by Defendant re 14157 MOTION to Expedite *and grant telephonic hearing* MOTION for Extension of Deadlines *Under PTO 28 requiring case specific discovery by May 1, 2008 or July 1, 2008*. (Reference: 05-1657)(Wimberly, Dorothy) (Entered: 04/23/2008) |
| 2:05-md-1657 | 14472 | Supplemental Memorandum filed by Defendant, in Opposition of 14157 MOTION to Expedite *and grant telephonic hearing* MOTION for Extension of Deadlines *Under PTO 28 requiring case specific discovery by May 1, 2008 or July 1, 2008*. (Attachments: # 1 Exhibit, # 2 Exhibit)(Reference: 05-1657)(Wimberly, Dorothy) (Entered: 05/19/2008) |
| 2:05-md-1657 | 14504 | PRETRIAL ORDER #37 - Terms of Access to the PSC Trial Package. Signed by Judge Eldon E. Fallon.(Reference: ALL CASES)(cms, ) (Entered: 05/20/2008) |
| 2:05-md-1657 | 14511 | REPLY to Response to Motion filed by Plaintiff re 14157 MOTION to Expedite *and grant telephonic hearing* MOTION for Extension of Deadlines *Under PTO 28 requiring case specific discovery by May 1, 2008 or July 1, 2008*. (Attachments: # 1 Exhibit)(Reference: ALL CASES)(Davis, Leonard) (Entered: 05/20/2008) |
| 2:05-md-1657 | 14524 | Supplemental Memorandum filed by Plaintiff of 14157 MOTION to Expedite *and grant telephonic hearing* MOTION for Extension of Deadlines *Under PTO 28 requiring case specific discovery by May 1, 2008 or July 1, 2008*. (Reference: 05-1657) (Oldfather, Ann) (Entered: 05/20/2008) |
| 2:05-md-1657 | 14527 | Supplemental Memorandum filed by Plaintiff, in Support of 14157 MOTION to Expedite *and grant telephonic hearing* MOTION for Extension of Deadlines *Under PTO 28 requiring* |

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | *case specific discovery by May 1, 2008 or July 1, 2008.* (Reference: 05-1657)(Oldfather, Ann) (Entered: 05/21/2008) |
| 2:05-md-1657 | 14567 | ORDER granting in part and denying in part 14157 Motion for Modification and/or Suspension of Pre-Trial Order No. 28; Motion to Expedite. IT IS FURTHER ORDERED that the status conference currently scheduled for June 18, 2008, is hereby CANCELLED. Signed by Judge Eldon E. Fallon on 5/30/2008. (Reference: ALL CASES)(cms, ) (Entered: 05/30/2008) |
| 2:05-md-1657 | | Master Settlement Agreement |
| 2:05-md-1657 | 14938 | MOTION for Extension of Deadlines, MOTION to Vacate by Plaintiff. Motion Hearing set for 8/13/2008 02:00 PM before Judge Eldon E. Fallon. (Attachments: # 1 Memorandum in Support, # 2 Affidavit in Support of Motion)(Reference: 05-1089; 05-1088;05-1090; 05-1091;06-cv-02708; 05-2583; 05-2297; 06-2238; 05-6221)(Benjamin, Ronald) Modified on 7/1/2008 (cms, ). (Entered: 06/30/2008) |
| 2:05-md-1657 | 15900 | RESPONSE to Motion filed by Plaintiff re 14938 MOTION for Extension of Deadlines MOTION for Extension of Time to File MOTION Resignation as chief administrator of MSA; holding MSA void ; modification of PTO 28 and 31 MOTION for Protective Order MOTION to Stay MOTION to Vacate *or Modify the Master Settlement Agreement filed by the Plaintiffs' Steering Committee*. (Reference: 05-1089; 05-1088; 05-1090; 05-1091; 06-2708; 05-2583; 05-2297; 06-2238; 05-6221, and to ALL CASES)(Davis, Leonard) Modified on 9/16/2008 (cms, ). (Entered: 09/15/2008) |
| 2:05-md-1657 | 15903 | ERROR: DUPLICATE TO DOCUMENT #15907 - RESPONSE/MEMORANDUM in Opposition filed by Defendant re 14938 MOTION for Extension of Deadlines MOTION for Extension of Time to File MOTION Resignation as chief admonistrator [*sic*] of MSA; hollding [*sic*] msa void ; modification of PTO 28 and 31 MOTION for Protective Order MOTION to Stay MOTION to Vacate. (Attachments: # 1 Notice of Manual Attachment)(Reference: 05-1089, 05-1088, 05-1090, 05-1091, 06-2708, 05-2583, 05-2297, 06-2238, 05-6221)(Wimberly, Dorothy) Modified on 9/16/2008 (cms, ). (Entered: 09/15/2008) |
| | 15907 | DEFICIENT - RESPONSE/MEMORANDUM in Opposition filed by Defendant re 14938 MOTION for Extension of Deadlines MOTION for Extension of Time to File MOTION Resignation as chief administrator [*sic*] of MSA; holding [*sic*] msa void ; modification of PTO 28 and 31 MOTION for |

982905v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | Protective Order MOTION to Stay MOTION to Vacate. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Reference: 05-1089, 05-1088, 05-1090, 05-1091, 06-2708, 05-2583, 05-2297, 06, 2238, 05-6221)(Wimberly, Dorothy) Modified on 9/17/2008 (cms, ). (Entered: 09/16/2008) |
| 07-31161 (CA5) | | Motion filed by Appellee Merck and Co Inc in 07-31161, Appellee Merck and Co Inc in 07-31164 to dismiss appeal for lack of jurisdiction. [5936031-1] Response/Opposition due on 1/28/08 in 07-31161, in 07-31164. Date of COS: 1/10/08 Sufficient [Y/N]: Y [07-31161, 07-31164] |
| 07-31161 (CA5) | | Response/opposition filed by Appellant David Agard in 07-31161, Appellant Edward Henderson in 07-31161, Appellant Ronald R O'Connor in 07-31161, Appellant Richard F Core in 07-31161, Appellant Robert D Gates in 07-31161, Appellant David Agard in 07-31164, Appellant Edward Henderson in 07-31164, Appellant Ronald R O'Connor in 07-31164, Appellant Richard F Core in 07-31164, Appellant Robert D Gates in 07-31164 to motion to dismiss appeal for lack of jurisdiction [5936031-1] by Appellee Merck and Co Inc in 07-31161, motion to dismiss appeal for lack of jurisdiction [5936031-1] by Appellee Merck and Co Inc in 07-31164. Response/Opposition ddl satisfied. Reply to Resp/Opp due on 2/4/08 in 07-31161, in 07-31164. Date of COS: 1/25/08 Sufficient [Y/N]: Y [5956030-1] [07-31161, 07-31164] |
| 07-31161 (CA5) | | Reply filed by Appellee Merck and Co Inc in 07-31161, Appellee Merck and Co Inc in 07-31164 to response/opposition [5956030-1] in 07-31161, motion to dismiss appeal for lack of jurisdiction [5936031-1] in 07-31161, response/opposition [5956030-1] in 07-31164, motion to dismiss appeal for lack of jurisdiction [5936031-1]in 07-31164. Reply to Resp/Opp due ddl satisfied. (Received on 1/22/08) Sufficient [Y/N]: Y [5956043-1] [07-31161, 07-31164] |
| 07-31161 (CA5) | | COURT Order filed granting appellee's motion to dismiss appeals for lack of jurisdiction [5936031-1], mooting the motion of the Plaintiffs' Steering Committee to become a party to the appeal [5956088-1] in 07-31161, 07-31164, mooting the alternative motion of the Plaintiffs' Steering Committee to file an amicus curiae brief [5956088-2] in 07-31161, 07-31164. Judge Initials: CES PRO LHS in 07-31164, 07-31164. Copies to all counsel. [07-31161, 07-31164] |
| 2:05-md-1657 | 16419 | ORDER - The Court will hold three Case Management Conferences - Conference A - for the plaintiffs listed in Exhibit A to this Order, set for 10/17/2008 10:00 AM 2008 at the |

982905v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | United States District Court, Eastern District of Louisiana, in Judge Fallon's Courtroom, Room C-456. Conference B - for the plaintiffs listed in Exhibit B to this Order, set for 10/20/2008 10:00 AM at the United States District Court, Southern District of New York. Conference C - for the plaintiffs listed in Exhibit C to this Order, set for 10/21/2008 10:00 AM at the United States District Court, Northern District of Illinois. Signed by Judge Eldon E. Fallon on 10/8/2008.(Reference: All Plaintiffs listed on Exhibits A,B, and C)(cms, ) (Entered: 10/14/2008) |
| 2:05-md-1657 | 16420 | SUPPLEMENTAL ORDER SCHEDULING CONFERENCES - Conference A - for the plaintiffs listed in Supplemental Exhibit A to this Order set for 10/17/2008 10:00 AM at the United States District Court, Eastern District of Louisiana. Conference B - for the plaintiffs listed in Supplemental Exhibit B to this Order set for 10/20/2008 10:00 AM 2008 at the United States District Court, Southern District of New York. Conference C - for the plaintiffs listed in Supplemental Exhibit C to this Order, set for 10/21/2008 10:00 AM at the United States District Court, Northern District of Illinois. Signed by Judge Eldon E. Fallon on 10/10/2008.(Reference: All Plaintiffs listed on Exhibits A,B, and C)(cms, ) (Entered: 10/14/2008) |
| 2:05-md-1657 | 16458 | NOTICE by Plaintiff re 16419 Order. (Reference: 06-2708;05-1089;05-1090;05-6221;05-1089;50-1091;05-2297;05-108905-1513;05-1699;06-5779; 06-2708)(Benjamin, Ronald) Modified on 10/16/2008 (cms, ). (Entered: 10/15/2008) |
| 2:05-md-1657 | 16498 | EXPARTE Emergency MOTION for Reconsideration re 16419 Order; Emergency MOTION to Vacate 16459 Notice (Other), 16458 Notice (Other) by Plaintiff. (Attachments: # 1 Proposed Order)(Reference: 05-1089;05-6221;05-1090;05-1513;06-2708;05-2583;06-2708;05-1089;05-1513;05-1091;06-5779; 08-4172;08-4167;05-2297;08-3220)(Benjamin, Ronald) Modified on 10/17/2008 (cms, ). (Entered: 10/16/2008) |
| 2:05-md-1657 | 16592 | ORDER denying 16498 Motion for Reconsideration of the Court's Order Scheduling Case Management Conferences. Signed by Judge Eldon E. Fallon on 10/20/2008. (Reference: ALL CASES)(cms, ) (Entered: 10/21/2008) |
| 2:05-md-1657 | 16989 | EXPARTE Third MOTION for Order to Show Cause *Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not be Dismissed WIth Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28* by Defendant. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Proposed Order)(Reference: See Exhibits)(Wimberly, Dorothy) Modified on 12/1/2008 (cms, ). (Entered: 11/26/2008) |

8

982905v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 2:05-md-1657 | 17108 | ORDER re 16989 Third MOTION for Order to Show Cause Why Cases Should Not be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28. Show Cause Hearing set for 1/9/2009 10:00 AM before Judge Eldon E. Fallon. Signed by Judge Eldon E. Fallon on 12/1/2008. IT IS FURTHER ORDERED that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before 12/31/2008. IT IS FURTHER ORDERED that defendant Merck & Co., Inc., file and serve upon Plaintiffs Liaison Counsel and plaintiffs counsel in the above-numbered cases any replies to the oppositions on or before 1/6/2009. (Reference: See Exhibits A and B)(cms, ) (Entered: 12/03/2008) |
| 2:05-md-1657 | 17394 | ORDER and REASONS denying 16803 Request for Stay 14938 MOTION for Extension of Deadlines MOTION for Extension of Time to File MOTION Resignation as chief administrator of MSA; holding MSA void ; modification of PTO 28 and 31 MOTION for Protective Order MOTION to Stay MOTION to Vacate filed by Plaintiff. Signed by Judge Eldon E. Fallon on 12/10/2008.(Reference: 05-1089, 05-1088, 05-1090, 05-1091, 06-2708, 05-2583, 05-2297, 06-2238, 05-6621)(cms, ). (Entered: 12/12/2008) |
| 2:05-md-1657 | 17573 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 16989 Third MOTION for Order to Show Cause *Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not be Dismissed WIth* [*sic*] *Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28*. (Attachments: # 1 Exhibit A Registration Affidavit, # 2 Exhibit B Notices Sent, # 3 Exhibit C Transfer Order, # 4 Exhibit D Expert Reports, # 5 Exhibit E 102208 ltr from Marvin, # 6 Exhibit F1 102208 ltr from Horn, # 7 Exhibit F2 102208 ltr from Horn, # 8 Exhibit G Merck Deems Eligible List, # 9 Exhibit H 102708 ltr to Horn, # 10 Exhibit I 1102808 ltr from Horn, # 11 Exhibit I 2 102908 ltr to Horn, # 12 Exhibit J 110508 ltr to Judge Fallon, # 13 Exhibit K 111308 Marvin ltr to Judge Fallon, # 14 Exhibit L Lexis Nexis Transaction Receipts, # 15 Exhibit M Transaction Receipts and letters)(Reference: 05-1089; 05-1090; 05-1513;06-2708;05-2583;05-2297;05-1088;05-6221;06-2238;05-1091;06-5779;2:05-cv-01513; 2:06-cv-02708)(Benjamin, Ronald) Modified on 1/5/2009 (cms, ). (Entered: 12/31/2008) |
| 2:05-md-1657 | 17574 | Cross MOTION for Extension of Time to Complete Discovery, MOTION for Recusal by Plaintiff. Motion Hearing set for 1/9/2009 10:00 AM before Judge Eldon E. Fallon. (Reference: 05-1089; 05-1090; 05-1513; 06-2708; 05-2583; 05-2297; 05- |

982905v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | 1088; 05-6221; 06-2238; 05-1091; 06-5779)(Benjamin, Ronald) (Additional attachment(s) added on 1/5/2009: # 1 Memorandum in Support) (cms, ). Modified on 1/5/2009 (cms, ). (Entered: 12/31/2008) |
| 2:05-md-1657 | 17575 | Cross MOTION for Extension of Time to Complete Discovery, MOTION for Recusal by Plaintiff. Motion Hearing set for 1/9/2009 10:00 AM before Judge Eldon E. Fallon. (Reference: 08-4173; 08-3321; 08-4172; 08-4167; 08-3220; 08-4170; 08-4166; 08-4169)(Benjamin, Ronald) (Additional attachment(s) added on 1/5/2009: # 1 Memorandum in Support) (cms, ). Modified on 1/5/2009 (cms, ). (Entered: 12/31/2008) |
| 2:05-md-1657 | 17576 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 16989 Third MOTION for Order to Show Cause *Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not be Dismissed WIth Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28.* (Attachments: # 1 Exhibit Exhibit [*sic*] A Registration Affidavits, # 2 Exhibit Exhibit [*sic*] B Notices Sent, # 3 Exhibit C transfer Order, # 4 Exhibit D Expert Reports and Statements, # 5 Exhibit E 102208 ltr from Marvin, # 6 Exhibit F 1 102208 ltr from Horn, # 7 Exhibit F 2 2nd 102208 ltr from Horn, # 8 Exhibit G Merck Eligible List, # 9 Exhibit H 10 102708 ltr to Horn, # 10 Exhibit I 1 102808 ltr from Horn, # 11 Exhibit 102908 ltr to Horn, # 12 Exhibit J 110508 ltr to Judge Fallon, # 13 Exhibit K 111308 ltr to Judge Fallon, # 14 Exhibit L Transaction record, # 15 Exhibit M Transaction Receipts and ltrs, # 16 Certificate of Service)(Reference: 08-4173; 08-3321; 08-4172; 08-4167; 08-3220; 08-4170; 08-4166; 08-4169)(Benjamin, Ronald) Modified on 1/5/2009 (cms, ). (Entered: 12/31/2008) |
| 2:05-md-1657 | 17597 | REPLY to Response to Motion filed by Defendant re 16989 Third MOTION for Order to Show Cause *Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not be Dismissed WIth* [*sic*] *Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28 (Replying to Plaintiffs' Additional Opposition).* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Reference: 05-1089, 05-1090, 05-1513, 06-2708, 05-2583, 05-2297, 05-1088, 05-6221, 06-2238, 05-1091, 06-5779, 08-4173, 08-3321, 08-4172, 08-4167, 08-4171, 08-3220, 08-3222, 08-4170, 08-4166, 08-4168, 08-4169)(Wimberly, Dorothy) (Entered: 01/07/2009) |
| 2:05-md-1657 | 18527 | ORDER & REASONS denying 17574 Cross Motion for Extension of Time to Complete Discovery, Motion for Recusal; denying 17575 Cross Motion for Extension of Time to Complete Discovery, Motion for Recusal. IT IS FURTHER |

982905v.1

| Case<br>Number | Docket<br>Number | Docket Text |
|---|---|---|
| | | ORDERED that the plaintiffs listed in Exhibits A and B are hereby DISMISSED WITH PREJUDICE. Signed by Judge Eldon E. Fallon on 4/28/2009. (Reference: Exhibits A & B)(cms, ) (Entered: 04/29/2009) |

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that these

documents be included in the record in this appeal.

Respectfully Submitted,

s/Marya C. Young                              s/Dorothy H. Wimberly
Marya C. Young                                Phillip A. Wittmann, 13625
LAW OFFICE OF                                 Dorothy H. Wimberly, 18509
RONALD R. BENJAMIN                            STONE PIGMAN WALTHER
126 Riverside Drive                           WITTMANN L.L.C.
P.O. Box 607                                  546 Carondelet Street
Binghamton, NY 13902                          New Orleans, LA 70130
ATTORNEY FOR PLAINTIFFS

                                              John H. Beisner
                                              Jessica Davidson Miller
                                              SKADDEN, ARPS, SLATE, MEAGHER &
                                              FLOM LLP
                                              1440 New York Avenue, N.W.
                                              Washington, DC 20005

                                              Douglas R. Marvin
                                              WILLIAMS & CONNOLLY LLP
                                              725 Twelfth St., N.W.
                                              Washington, DC 20005

                                              ATTORNEYS FOR MERCK & CO., INC.

11

982905v.1

<u>CERTIFICATE OF SERVICE</u>

I certify that on June 29, 2009, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by sending a true and correct copy by United States mail, postage prepaid, or third-party carrier to their address of record.

<u>s/Dorothy H. Wimberly</u>
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

ATTORNEYS FOR MERCK & CO., INC.

982905v.1