UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                                        *        MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION          *
                                              *        SECTION: L (3)
                                              *
                                              *        JUDGE FALLON
                                              *        MAG. JUDGE KNOWLES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

IT IS ORDERED that Plaintiff Jonathan Lee Riches' Motion for Recusal and Motion for

Judge's Yearly Financial Disclosure Forms (Rec. Doc. No. 19775) is DENIED.

New Orleans, Louisiana, this 26th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE