**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| *Lawrence Grayson, et al..*<br>*v.*<br>*Merck & Co., Inc.* | * | **JUDGE FALLON** |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| *Docket No. 2:07-cv-01706* | * | |

***********************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Lawrence Grayson, individually and as personal representative of the estate of Robert Grayon, Sr., in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of ________________, 2009.

______________________________
DISTRICT JUDGE