# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

IT IS ORDERED that the Plaintiffs' Motion to Produce Records (Rec. Doc. 19294) is GRANTED and Rite Aid Pharmacy is ORDERED to produce the requested documents IMMEDIATELY.

IT IS FURTHER ORDERED that Plaintiff's counsel shall serve this Order upon the appropriate representatives of Rite Aid.

New Orleans, Louisiana, this 30th day of June, 2007.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE

-1-