UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

THIS DOCUMENT RELATES TO ALL CASES

**ORDER**

IT IS ORDERED that the Plaintiffs' Motion to Produce Records (Rec. Doc. 19296) is GRANTED and El Amal Pharmacy is ORDERED to produce the requested documents IMMEDIATELY.

IT IS FURTHER ORDERED that Plaintiff's counsel shall serve this Order upon the appropriate representatives of El Amal.

New Orleans, Louisiana, this 30th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE

-1-