UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS
CASE NO.: 06-CV-01699-EEF-DEK

JOAN M. PETTY,

    Plaintiff,

vs.

MERCK & CO., INC., a foreign corporation,

    Defendant.

_____/

## ORDER TO VACATE AND REINSTATE CASE INTO MDL-1657

Upon review and consideration of Plaintiff Joan M. Petty's Motion to Vacate Administrative Closure and for Reinstatement into the Vioxx Settlement Program MDL-1657, it is hereby

**ORDERED** that said Motion is granted, and therefore **further ORDERED** that:

1. The previous Order by this Court administratively closing Ms. Petty's Case, No. 06-CV-01699 be vacated; and
2. Ms. Petty's case be reinstated back into the Vioxx Settlement Program, MDL-1657, specifically for the purposes of attempting settlement of her medical claim against Merck therein.

**Done and Ordered** in Chambers at New Orleans, Louisiana, this 30th day of June 2009.

_____
The Honorable Eldon E. Fallon
United States District Court Judge

Copies Furnished to :

Plaintiff's Counsel:
Robert J. Fenstersheib., Esq.
Defendant's Counsel:
Ellen M. Gregg, Esq.