**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| *Carmen Solis-Lastra, of Amadis* | * | |
| *Rosario, Gladys v. Merck and Co., Inc.;* | * | |
| | * | |
| | * | |
| ************************************* | | MAG. JUDGE KNOWLES |

## MOTION FOR SPECIAL CONSIDERATION: EXPEDITED RELIEF FROM LIEN

**COMES NOW** the Plaintiff relative to the cases listed in the above captioned cause and file this her *Motion for Special Consideration: Expedited Relief From Lien* and state as follows:

1. Plaintiff is represented by Primary Counsel E. Kirk Wood and Secondary Counsel Eric Quetglas and Archie C. Lamb, Jr. and have been notified of points awards and initial payments that are scheduled to be paid in July 2009.

2. Co-counsel Archie Lamb and his firm is involved in a contractual dispute with a financing company that involves complex issues associated with the financing of his entire practice.

3. Attorneys Wood and Quetglas have no relationship of any kind with Counsel Finance or any knowledge of Counsel Finance and its issues with Attorney Lamb.

4. Plaintiff has no relationship of any kind with Counsel Finance or any

knowledge of Counsel Finance and its issues with Attorney Lamb.

5. Without contact or discussion with Attorneys Quetglas or Wood, Counsel Finance and its attorneys have asserted by letter to the Claims Administrator, a non-judicial notice of lien that appears to claim *any and all settlement funds* due to be paid to Plaintiff and directing those funds to be paid to Counsel Finance. *See Exhibit A: Counsel Finance Letter*

6. This letter has resulted in a hold on payments scheduled to be made to Plaintiff in July 2009 and the removal of Plaintiff from the payment list for the July 2009 payment. *See Exhibits B, B1 and B2. (Notices of Points Award)*

7. A timely objection has been made to the Notice of Lien in the Counsel Finance Letter noted above with a corresponding review by the Claims Administrator to be completed within 30 days. *See Exhibit C: Objection To Lien*

8. To remove Plaintiff from the July payment list is unfair and unreasonable as even if a lien is proven in the Claims Administrator review process, the only funds that could be due and owing to Counsel Finance would be funds due to be paid to Attorney Lamb as fees.

9. Primary Counsel will hold in trust any fees due to Mr. Lamb until such time as the issues associated with the putative lien is resolved or direction from the appropriate judicial authority as to the resolution of the lien is provided.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests this Honorable Court to enter an Order allowing payment to be made to Plaintiff as scheduled in July 2009 payment date and returning Plaintiff to the Payment List for payments on that date.

*Respectfully submitted,*

*/s/ E. Kirk Wood, Esq.*
E. Kirk Wood
Attorney at Law
Wood Law Firm, LLC
PO Box 382434
Birmingham, Alabama 35238-2434
Direct Dial: 205-612-0243
Telecopy: 866-747-3905
ekirkwood1@cs.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Response has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this 20th day of May, 2009.

/s/ E. Kirk Wood, Esq.
E. Kirk Wood
Attorney at Law
Wood Law Firm, LLC
PO Box 382434
Birmingham, Alabama 35238-2434
Direct Dial:  205-612-0243
Telecopy:  866-747-3905
ekirkwood1@cs.com