

R. Scott Williams
Direct Dial: 205.254.1435
rsw@hsy.com

Haskell Slaughter Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
t. 205.251.1000 | f. 205.324.1133

May 4, 2009

**VIA OVERNIGHT MAIL AND FACSIMILE**

Scott Monroe, Esq.
Senior Counsel
BrownGreer PLC
Vioxx Claims Administrator
115 S. 15th Street, Suite 400
Richmond, Virigina 23219-4209

Re: The Lamb Firm, LLC – Vioxx Cases

Dear Mr. Monroe:

Please be advised that Counsel Financial Services, LLC ("CFS") is the secured lender to The Lamb Firm, LLC and Archie C. Lamb, Jr., Esq. Pursuant to a certain Security Agreement entered into between CFS and The Lamb Firm, LLC and Archie C. Lamb, Jr., Esq. dated April 25, 2008 (the "Security Agreement"), The Lamb Firm, LLC and Archie C. Lamb, Jr., Esq. have granted to CFS a security interest of all of The Lamb Firm, LLC and Archie C. Lamb, Jr., Esq.'s accounts and accounts receivable, (including the above case) which interest CFS has duly perfected.

In accordance with the Security Agreement and U.C.C. §9-607(a), upon an event of default by The Lamb Firm, LLC and Archie C. Lamb, Jr., Esq., CFS may notify each person (including, but not limited to, any account debtor) obligated with respect to any of the accounts or accounts receivable subject to CFS's security interest and direct such person to make each payment with respect thereto directly and solely to CFS.

This letter constitutes notice to you that an event of default has occurred under the Security Agreement and CFS is exercising its right to direct payment of The Lamb Firm, LLC and Archie C. Lamb, Jr., Esq.'s accounts to CFS. Accordingly, until further notice, please remit all amounts due The Lamb Firm, LLC and Archie C. Lamb, Jr., Esq. to CFS at the following address:

Counsel Financial Services, LLC
6400 Main Street, Suite 120
Williamsville, New York 14221

www.hsy.com


PLAINTIFF'S EXHIBIT A

Scott Monroe, Esq.
May 4, 2009
Page Two

    Please be advised that the remittance of future account payments directly to The Lamb Firm, LLC and/or Archie C. Lamb, Jr., Esq. will NOT relieve you of the obligation to remit payments to CFS hereunder, and WILL result in an action against you by CFS to recover the improperly remitted payment in accordance with *Manufacturers and Traders Trust Co. v. Pro-Mation, Inc.*, 115 A.D.2d 976, 497 N.Y.S.2d 541 (N.Y.A.D. 4 Dept., 1985).

    Thank you for your anticipated cooperation in this matter. Please contact the undersigned if you have any questions concerning this notice.

Very truly yours,

R. Scott Williams

RSW/va

cc:  Mr. Archie C. Lamb, Jr., Esq.
      The Lamb Firm, LLC
      2900 First Avenue
      Birmingham, Alabama 35233

3192942_1.DOC