| V2038 | NOTICE OF ATTEMPTED LIEN |
|---|---|
| | (Date of Notice: 5/5/2009) |

11. Check here if this attempted Lien is for an interest in the entire group of claims of the Primary Counsel identified in Question 8: ☐

12. Specify the amount claimed as to this Program Claimant or group of Claimants.
(If individual amounts are sought against a group of Claimants, indicate the amount as to each Claimant in the Excel list attached in response to Question 5.)

### C. NOTICE TO PRIMARY COUNSEL OR *PRO SE* CLAIMANT

Within 30 days from the date of this Notice, complete and return this Form to the Claims Administrator, stating:

☐ The Affected Claimant is participating in the Vioxx Private Lien Resolution Program, and this Lien will be resolved as part of that Program.

☐ No objection is made to the Lien or claim asserted by this Third Party Claimant and described in this Notice.

☒ Primary Counsel and/or the Affected Claimant(s) object(s) to the Lien or claim asserted by this Third Party Claimant and described in this Notice.

**WARNING:** If no objection is timely made, the Claims Administrator will withhold from Settlement payments the amount claimed by the Third Party Claimant and will pay such amounts to the Third Party Claimant.

PLAINTIFF'S EXHIBIT C