IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re  VIOXX | ) | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | ) | |
| Carmen Soltis-Lastra, of Gladys Amadis Rosario, et al v. Merck and Co., Inc. | | MG. JUDGE KNOWLES |
| _____/ | | |

**ORDER**
**RE: MOTION FOR SPECIAL CONSIDERATION: EXPEDITED**
**RELIEF FROM LIEN**

**UPON HEARING** of the *Motion for Special Consideration: Expedited Relief From Lien* filed by the Plaintiffs listed above, it is hereby ordered as follows:

IT IS ORDERED that the Claims Administrator of the Vioxx Settlement Program return the Plaintiffs named above, to the Payment List for payments to be made in July, 2009, or as soon thereafter as possible, for those payments due and owing to the named plaintiffs.

DONE AND ORDERED this _____ day of _____, 2009, in NEW ORLEANS, LOUISIANA.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE