# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to All Private Third-Party Payor and Government Action Cases | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## AMENDED NOTICE OF FRE 30(B)(6) SALES AND MARKETING DEPOSITION AND SUBPOENA DUCES TECUM

TO:    Merck and Company, and its attorneys:
        Phillip A. Wittmann, Esq.
        Stone, Pigman, Walther, Wittmann, L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana 70130-3588
        Merck & Co, Liaison Counsel

PLEASE TAKE NOTICE that pursuant to Rule 26 and 30(b)(6) of the Federal Rules of Civil Procedure and PTO 38, counsel for the Private Third-Party Payor and Government Action Plaintiffs will take the deposition upon oral examination of the representatives or representative of Defendant Merck & Co. Inc. who is most knowledgeable regarding the matters designated in Exhibit A attached hereto. The deposition will take place on July 30, 2009 at 9:00 A.M., at Merck & Co. Inc. Corporate Headquarters, One Merck Drive, Whitehouse Station, NJ 08889, or at another location mutually agreed upon by the parties, and will continue from day to day thereafter until completed. Defendant is requested to designate one or more officers, directors, managing agents or other persons to testify on its behalf as to matters known or reasonably

available to Defendant to testify with respect to the subject matter(s) on the list annexed hereto as Exhibit A.

Statement of Deposition Procedures – The deposition shall be taken pursuant to Pre-Trial Order No. 9 (Amended) (Deposition Guidelines) entered September 28, 2006. The terms of such order are incorporated into this notice.

Primary Examiner:    A member of the Private Third Party Payor Bellwether Trial Committee and/or a member of the Government Actions Case Management Committee.

Videotaped Deposition:    Yes

Call-In Number:    1-218-339-4300, Conf. Id. No. 693085.

The deposition shall be taken before a notary public or another officer authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

Plaintiffs' Liaison Counsel files this as an accommodation and for the benefit of Third Party Payor and Government Action Plaintiffs and pursuant to Pretrial Order No. 2.

Respectfully submitted,

Dated:  July 1, 2009    /s/  Leonard A. Davis           
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis ( Bar No. 14190)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel:    (504) 581-4892
Fax:    (504) 561-6024

*Plaintiffs' Liaison Counsel*

| | |
|---|---|
| James R. Dugan, II<br>MURRAY LAW FIRM<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>Tel: (504) 648-0180<br>Fax:(504) 648-0181<br>jdugan@dugan-lawfirm.com<br><br>Thomas M. Sobol<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>One Main Street, 4th Floor<br>Cambridge, Massachusetts 02142<br>Tel: (617) 482-3700<br>Fax: (617) 482-3003<br>Tom@hbsslaw.com | Elizabeth J. Cabraser<br>LIEFF CABRASER HEIMANN<br>   & BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 3000<br>San Francisco, CA 94111-3339<br>Tel:  (415) 956-1000<br>Fax:  (415) 956-1008<br>ECABRASER@lchb.com<br><br>Richard A. Freese<br>FREESE & GOSS, PLLC<br>2031 Second Ave. North<br>Birmingham, AL 35203<br>Tel: (205) 871-4144<br>Fax:(205) 871-4104<br>richfreese@aol.com |

<u>PRIVATE THIRD PARTY PAYOR BELLWETHER TRIAL COMMITTEE CO-CHAIRS</u>

| | |
|---|---|
| **Dawn Barrios**<br>BARRIOS, KINGSDORF & CASTIEX, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139-3650<br>Tel: (504) 524-3300<br>Fax: (504) 524-3313<br>dbarrios@bkc-law.com<br>**State Liaison Counsel**<br><br>**Sheila Bossier**<br>BOSSIER & ASSOCIATES, PLLC<br>1520 North State Street<br>Jackson, Mississippi 39202<br>Tel: (601) 352-5450<br>Fax: (601) 352-5452<br>sbossier@bossier-law.com<br><br>**Representing the State of Mississippi**<br><br>**Elizabeth J. Cabraser**<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 3000<br>San Francisco, CA 94111-3339<br>Tel:  (415) 956-1000<br>Fax:  (415) 956-1008<br>ECABRASER@lchb.com<br>**Representing the Plaintiffs Steering Committee Purchase Claims Committee** | **H. Vincent McKnight**<br>ASHCRAFT & GEREL, LLP<br>2000 L Street, N.W., Suite 400<br>Washington, D.C.20036<br>Tel: (202) 783-6400<br>Fax: (202) 416-6392<br>vmcknight@ashcraftlaw.com<br>**Representing the District of Columbia in a Taxpayer Representative Capacity**<br><br>**Diane Paolicelli**<br>LEVY PHILLIPS & KONINGSBERG, LLP<br>800 Third Ave. 13th Floor<br>New York, NY 10022<br>Tel: (212) 605-6250<br>Fax: (212) 605-6290<br>dpaolicelli@lpklaw.com<br> **Representing the New York Counties of Chautauqua, Erie, and Orange**<br><br>**Bill Rossbach**<br>ROSSBACH HART BECHTOLD, PC<br>401 North Washington Street<br>P.O. Box 8988<br>Missoula, Montana 59807<br>Tel: (406) 543-5156<br>Fax: (406) 728-887<br>bill@rossbachlaw.com<br>**Representing the State of Montana** |

| | |
|---|---|
| **James R. Dugan, II**<br>MURRAY LAW FIRM<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>Tel: (504) 648-0180<br>Fax:(504) 648-0181<br>jdugan@dugan-lawfirm.com<br>**Representing the State of Louisiana**<br><br>**Randall M. Fox**<br>OFFICE OF ANDREW M. CUOMO, NEW YORK STATE ATTORNEY GENERAL<br>Office of the Attorney General, Medicaid Fraud Unit<br>120 Broadway – 13th Floor<br>New York, NY 10271<br>Tel: (212) 417-5390<br>Fax: (212) 417-5335<br>randall.fox@oag.state.ny.us<br>**Representing the State of New York**<br><br>**Seth R. Lesser**<br>KLAFTER OLSEN & LESSER LLP<br>1250 Connecticut Ave., N.W., Suite 200<br>Washington, DC 20036<br>Tel: (202) 261-3553<br>Fax: (202) 261-3533<br>slesser@klafterolsen.com<br>**Representing the County of Santa Clara, California**<br><br>**John Low-Beer**<br>NEW YORK CITY LAW DEPARTMENT<br>Affirmative Litigation Division<br>100 Church Street<br>New York, NY 10007<br>Tel: (212) 788-1007<br>JLowBeer@law.nyc.gov<br>**Representing the City of New York** | **Shelly Sanford**<br>SANFORD BARLOW, LLP<br>2016 Bissonnet Street<br>Houston, TX 77005<br>Tel: (713) 524-6677<br>ssanford@sanfordbarlow.com<br><br>**Mark C. Schultz**<br>COHEN, PLACITELLA & ROTH<br>2001 Market St., Suite 2900<br>Philadelphia, PA 19103<br>Tel: (215) 567-3500<br>mschultz@cprlaw.com<br>**Representing the Commonwealth of Pennsylvania**<br><br>**Pam Slate**<br>SLATE KENNEDY, LLC<br>One Commerce Street, Suite 850<br>Montgomery, Alabama 36104<br>Tel: (334) 262-3300<br>Fax: (334) 262-3301<br>pslate@slatekennedy.com<br><br>**James D. Young**<br>OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA<br>Office of the Attorney General, Special Counsel<br>1300 Riverplace Blvd, Suite 405,<br>Jacksonville, Florida 32207<br>Tel: (904) 348-2720<br>Fax: (904) 858-6918<br>james.young@myfloridalegal.com<br>**Representing the State of Florida** |

**PROPOSED CO-CHAIRS AND COMMITTEE MEMBERS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Amended Notice of FRE 30(B)(6) Deposition and Subpoena Duces Tecum to Defendant Merck & Co., Inc. pursuant to Pretrial Order No. 38 has been served on Defendant's Liaison Counsel, Phillip A. Wittmann, by U. S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using

the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this the 1st day of July, 2009.

          /s/ Leonard A. Davis
          **Leonard A. Davis** (Bar No. 14190)
          *Herman, Herman, Katz & Cotlar, L.L.P.*
          820 O'Keefe Ave.
          New Orleans, Louisiana 70113
          Telephone: (504) 581-4892
          Facsimile: (504) 561-6024
          ldavis@hhkc.com

## EXHIBIT A

### Definitions

The following definitions apply to this Notice of Deposition, including those matters set forth in Exhibit A hereto, and are deemed to be incorporated into each subject and request for documents listed below:

1. "Identify" or "identity" with respect to persons, means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment.

2. "Merck" means Defendant Merck & Co., Inc, and any of its subsidiaries, affiliates, officers, agents, attorneys, employees, representatives, or others acting on its behalf.

3. "Person" means natural person, as well as corporate and/or governmental entity.

4. "Vioxx" means any product containing rofecoxib in any form, dosage, or mode of administration, either alone or in combination with other chemicals and also includes the product sold under the brand name Vioxx.

5. "Vioxx Representatives" or "Professional Representatives" means persons employed or contracted, directly or indirectly, by Merck to promote Vioxx to Health Care Providers, including but not limited to professional representatives, field personnel, office based representatives, hospital representatives, A&A specialty representatives, A&A HSAs, CV specialty representatives, CV specialty HSAs, national account executives, customer services managers and customer managers.

6.      "Relating to," "relate to," "referring to," "refer to," "reflecting," "reflect," "with regard to," "concerning," or "concern" shall mean evidencing, regarding, concerning, discussing, embodying, describing, summarizing, containing, constituting, showing, mentioning, reflecting, pertaining to, dealing with, relating to, referring to in any way or manner, or in any way logically or factually, connecting with the matter described in that paragraph of these demands, including documents attached to or used in the preparation of or concerning the preparation of the documents.

7.      "Documents" as used in the Request is coextensive with the meaning of the terms "documents" and "tangible things" in Federal Rule of Civil Procedure 34, and shall have the broadest possible meaning and interpretation ascribed to the terms "documents" and "tangible things" under Federal Rule of Civil Procedure 34. "Document" is used in its broadest sense, and means the original and any non-identical copy, regardless of origin or location. Typical categories of material included within the term "document" are: books, pamphlets, periodicals, memoranda (including those of telephone and in-person conversations), letters, reports, notes, telegraphs, statements, records, diaries, minutes, bulletins, circulars, brochures, studies, instructions, working papers, charts, work assignments, drawings, prints, flow sheets, graphs, invention disclosures, photographs, photomicrographs, microfilm, medical and hospital records and reports, x-ray photographs, drafts, advertisements, catalogs, paper, indices, tapes, disc, data sheet or data processing material, or any handwritten, recorded, transcribed, punched, taped, filmed or graphic matter, however, produced or reproduced in Your possession, custody or control or to which You have had access.  "Document" includes all electronic or optical media or other information storage means, including film, tapes,

computer disks or cares, databases, or personal data assistant memory. When any Document contains any marking not appearing on the original or altered from the original, such item shall be considered to be separate original documents.

8. "Sales and marketing materials" refer to and include advertising, promotional, sales and marketing materials, all of which include but are not limited to all print, internet, and broadcast advertisements, sales aids, visuals, sales scripts, question and answer guides, sales implementation and resource guides, (including but not limited to pain resource guides), reminder pieces, promotional items, product monographs, formulary kits, "Dear formulary Committee Member" letters, stocking sell sheets, health economic formulary packets, Vioxx business summaries, mail outs from pharmacy benefit managers, voucher programs, and any and all other materials referenced in 21 C.F.R. 202.1, subdivisions (l)(1) and (l)(2).

9. "Or" and "and" will be used interchangeably.

10. "You," "Your," "Yours," or "MERCK" refers to Defendant MERCK & CO., INC., as well as all its partners, directors, officers, employees, servants, agents, attorneys, joint ventures, or other representatives, including all corporations and entities affiliated with MERCK & CO., INC. The terms "You" or "Your" shall also include all predecessor business entities, as well as any predecessor's partners, directors, officers, employees, servants, agents, joint ventures or other representatives. The terms "YOU" or "YOUR" shall also include all foreign subsidiaries or foreign parent companies, as well as any foreign subsidiaries' or parent companies' partners, directors, officers, employees, servants, agents, joint ventures or other representatives.

11. Unless otherwise indicated, the relevant time period for the information sought is January 1, 1998 to present.

## Confidentiality

A confidentiality order has been entered in this case by the Honorable Eldon Fallon, Judge of the United States District Court of the Eastern District of Louisiana in the matter of *In Re: Vioxx Product Liability Litigation*, MDL 1957 (E.D.La). A copy of the confidentiality order and its supplemental order pertaining to Private Third-Party Payor actions are attached hereto.

## Deposition Subject Matter

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Merck shall designate and produce for deposition one or more of its officers, directors, managing agents, or other persons who consent to testify on its behalf concerning the following subject matters:

## Sales and Marketing

Sales and Marketing Corporate Structure:

1. The corporate organization and structure of the departments or divisions at Merck responsible for the sales, marketing, advertising and promotion of Vioxx.

2. The corporate organization and structure of the departments or divisions at Merck responsible for the sale, marketing, advertising and promotion of Vioxx to third-party payors, pharmacy benefit managers, third party administrators of pharmacy benefits, managed care organizations, hospitals, U.S. Veterans Administration hospitals, national prescription chains and wholesalers, long-term care facilities, state Medicaid programs, Federal Medicaid, and Medicare.

3. The corporate organization and structure of the departments or divisions at Merck responsible for the training of sales representative and account executives concerning the sale, marketing, advertising and promotion of Vioxx.

<u>Identity of Witnesses:</u>

4. The identity of all persons within Merck (including but not limited to their titles, duties and dates held), and the identity of all committees, advisory boards and the like (including but not limited to their names, responsibilities, dates of operation and the identity of their members), who/which were responsible during the relevant time period for the sales, marketing, advertising and promotion of Vioxx from the time Vioxx was developed to the present, including but not limited to:

    a. The development and implementation of sales, marketing, promotion and advertising strategies, methods and messages regarding Vioxx;

    b. The substantive preparation and approval of sales, marketing, promotional and advertising materials regarding Vioxx;

    c. The preparation and design of Vioxx sales aid implementation guides, product monographs, formulary kits, "Dear formulary Committee Member" letters, stocking sell sheets, health economic formulary packets, Vioxx business summaries, contracts with pharmacy benefit managers, mailouts from pharmacy benefit managers, voucher programs, obstacle responses, materials concerning "Obstacle JeopardXX," materials concerning "Dodgeball: VIOXX," materials concerning the "Cardiovascular

    Card" or "CV Card," materials concerning the "V-Squad/Be the Power" videos, and resource guides and materials;

d.  Market research regarding Vioxx and the conditions it was used to treat;

e.  The substantive preparation and approval of training materials for use in training account executives, sales representatives or detail people concerning the sale or promotion of Vioxx;

f.  The implementation and coordination of training for account executives and sales representatives concerning the sale or promotion of Vioxx;

g.  The monitoring and oversight to ensure compliance by Merck account executives, sales representatives, and detail people for compliance with Merck' procedures and guidelines for the marketing, sale and promotion of Vioxx;

h.  The strategy for publication of journal articles containing information on Vioxx, and purchasing reprints of same;

i.  The development, retention, compensation, oversight and monitoring of Merck' speaker bureau members, consultants, thought leaders and opinion leaders (including but not limited to doctors, psychiatrists, pharmacists and other healthcare providers who receive some form of payment or remuneration from Merck, or an organization funded in whole or in part by Merck, for the

purpose of preparing articles for publication or public speaking) concerning Vioxx and the conditions or symptoms it treats;

j. The development and planning of Merck' regional and national sales conferences concerning Vioxx;

5. The identity of Merck' national account executives, account executives, sales representatives, and detail persons, including but not limited to their titles, duties, sales territories, accounts, supervisors, dates of employment, dates territories and accounts held, and any dates their employment ceased or was terminated.

Sales and Marketing Contractors and Consultants

6. The identity of all persons (including their employers and titles) or entities (including their names and last known addresses) with whom Merck contracted, consulted or retained concerning Vioxx, the nature of the work done by those persons or entities, and the time period of the relationship which relate to the sale, marketing, advertising or promotion of Vioxx, including but not limited to:

a. Contract sales forces;

b. Sales force training;

c. Sales, marketing, promotion and advertising strategies, methods and messages;

d. Market research

e. The supply of marketing information, including but not limited to doctor prescribing habits and the manner in which Vioxx was performing in the market;

      f.      The preparation and design of marketing, sales, promotional, and advertising material including but not limited to Vioxx sales aid implementation guides, product monographs, formulary kits, "Dear formulary Committee Member" letters, health economic formulary packets, Vioxx business summaries, mailouts from pharmacy benefit managers, voucher programs, and resource guides and materials.

Promotion to Healthcare Providers

7.      The corporate structure and organization of Merck and Merck' strategy and manner of promotion concerning the sale, marketing, advertising and promotion of Vioxx to the following:

      a.      Rheumatologists, anesthesiologists and other specialist health care providers;

      b.      Primary care physicians;

      c.      Physician assistants and nurse practitioners;

      d.      Pharmacy benefit managers;

      e.      Long-term care facilities;

      f.      Adult home and group facilities;

      g.      Nursing home facilities;

      h.      Hospitals;

      i.      state Medicaid programs;

      j.      National pharmacy chains and wholesalers;

    k. all formulary committee members of all of the above 7a. through 7j.

    l. Any other healthcare providers for which there was a separate structure, organization, strategy or manner of promotion concerning the sale, marketing, advertising or promotion of Vioxx to such providers.

Sales and Marketing Materials Identity and Organization:

8. The manner in which sales and marketing materials as defined herein regarding Vioxx are organized and numbered, the location of exemplars of such materials, and the manner in which the dates of approval and use of such materials may be identified.

Practices and Procedures:

9. The manner in which sales and marketing materials as defined herein regarding Vioxx were approved by Merck for use or distribution, including the identity of departments and individuals involved in approval, the data required for approval, and regulatory guidance used.

10. The manner in which information regarding sales, marketing, and detail visits to doctors, hospitals, managed care organizations, pharmacy benefit managers, hospitals, long-term care organizations, formulary committee members and healthcare providers from January 1, 1998 to present have been and are recorded and organized, including but not limited to:

    a. The date of the visit;

  b. The identity of any and all sales materials, package inserts or samples that are left with doctor or healthcare providers, or their staff members;

  c. All manner and procedures for recording the length of the visit and the substance of the information provided to the doctor or healthcare providers, or their staff members;

  d. The location and manner of storage of all documents regarding sales visit information.

Government Warnings/Actions Regarding Vioxx Marketing and Promotion:

11. Merck' interactions with the FDA regarding warning letters, notice of violation letters and untitled regulatory letters from the FDA's Division of Drug Marketing, Advertising and Communications concerning Vioxx, and Merck' responses thereto and actions thereon.

12. The identity and nature of all warnings, objections or criticisms by any regulatory government entity or organization worldwide of any of Merck' advertisements, promotional, sales, or marketing materials, strategies or practices, and Merck' responses thereto and actions thereon.

Thought Leaders/Consultants/Formulary Committee Members and/or Influencers:

13. The identity of all of Merck' speaker bureau members, consultants, thought leaders and opinion leaders (including but not limited to doctors, pharmacists and other healthcare providers who received some form of payment or remuneration from Merck, or an organization funded in whole or in part by Merck) concerning Vioxx, the conditions or symptoms for which it was prescribed, and its formulary status.

14. All policies, procedures and manner for the payment, compensation, remuneration or benefit to Merck's speaker bureau members, consultants, thought leaders and opinion leaders (including but not limited to doctors, pharmacists, and other healthcare providers who received some form of payment or remuneration from Merck, or an organization funded in whole or in part by Merck) concerning Vioxx, the conditions or symptoms for which it was prescribed, and its formulary status.

Samples:

15. The manner and procedures used for accountability and tracking of the distribution of Vioxx samples and/or vouchers for samples.

16. The number (including by year), nature (including dosages and dosage forms), and nature of recipients (including a breakdown of areas of healthcare provider specialties) of Vioxx samples and/or vouchers for samples that were distributed.

## SUBPOENA DUCES TECUM

Merck (the "Witness") is requested to bring with him/her the following documents, whether held in her actual constrictive possession, to the extent not produced in response to prior discovery or other requests relating to his/her knowledge of Vioxx.

A complete copy of all documents, as that term is defined in the Federal Rules of Civil Procedure, tangible things, reports, models or data compilations that have been provided to, reviewed by, or prepared by or for the Witness in anticipation of his/her testimony. This request includes, but not limited to:

1. The documents, data or other information considered by the Witness in preparation for her/his testimony relating to his/her knowledge of Vioxx.

2. Exhibits to be used as a summary or in support of his/her testimony.