IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to All Private Third-Party Payor and Government Action Cases | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### AMENDED NOTICE OF DEPOSITION AND SUBPOENA DUCES TECUM

TO:   Merck and Company, and its attorneys:
      Phillip A. Wittmann, Esq.
      Stone, Pigman, Walther, Wittmann, L.L.C.
      546 Carondelet Street
      New Orleans, Louisiana 70130-3588
      Merck & Co, Liaison Counsel

PLEASE TAKE NOTICE that pursuant to Rule 26 and 30(b)(6) of the Federal Rules of Civil Procedure and PTO 38, counsel for the Private Third-Party Payor and Government Action Plaintiffs will take the deposition upon oral examination of the representatives or representative of Elsevier Inc., ("Elsevier"), who is most knowledgeable regarding the matters designated in Exhibit A attached hereto.  The deposition will take place on July 22, 2009 at Elsevier Inc., 360 Park Avenue South, New York, NY 10010, at 9:00 A.M. or at another location mutually agreed upon by the parties, and will continue from day to day thereafter until completed.  Non-party Elsevier is requested to designate one or more officers, directors, managing agents or other persons to testify on its behalf as to matters known or reasonably available to Elsevier to testify with respect to the subject matter(s) on the list annexed hereto as Exhibit A.

Statement of Deposition Procedures – The deposition shall be taken pursuant to Pre-Trial Order No. 9 (Amended) (Deposition Guidelines) entered September 28, 2006. The terms of such order are incorporated into this notice.

Primary Examiner: A member of the Private Third Party Payor Bellwether Trial Committee and/or a member of the Government Actions Case Management Committee.

Videotaped Deposition: Yes

Call-In Number: 1-218-339-4300, Conf. Id. No. 693085.

The deposition shall be taken before a notary public or another officer authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

The deposition shall be taken before a notary public or another officer authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

Plaintiffs' Liaison Counsel files this as an accommodation and for the benefit of Third Party Payor and Government Action Plaintiffs and pursuant to Pre-Trial Order No. 2.

Dated:  July 1, 2009   Respectfully submitted,

/s/  Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis ( Bar No. 14190)
*HERMAN, HERMAN, KATZ & COTLAR, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
Tel:    (504) 581-4892
Fax:    (504) 561-6024

*Plaintiffs' Liaison Counsel*

| | |
|---|---|
| James R. Dugan, II<br>MURRAY LAW FIRM<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>Tel: (504) 648-0180<br>Fax:(504) 648-0181<br>jdugan@dugan-lawfirm.com<br><br>Thomas M. Sobol<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>One Main Street, 4th Floor<br>Cambridge, Massachusetts 02142<br>Tel: (617) 482-3700<br>Fax: (617) 482-3003<br>Tom@hbsslaw.com | Elizabeth J. Cabraser<br>LIEFF CABRASER HEIMANN<br>  & BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 3000<br>San Francisco, CA 94111-3339<br>Tel:  (415) 956-1000<br>Fax:  (415) 956-1008<br>ECABRASER@lchb.com<br><br>Richard A. Freese<br>FREESE & GOSS, PLLC<br>2031 Second Ave. North<br>Birmingham, AL 35203<br>Tel: (205) 871-4144<br>Fax:(205) 871-4104<br>richfreese@aol.com |

PRIVATE THIRD PARTY PAYOR BELLWETHER TRIAL COMMITTEE CO-CHAIRS

**Dawn Barrios**
BARRIOS, KINGSDORF & CASTIEX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139-3650
Tel: (504) 524-3300
Fax: (504) 524-3313
dbarrios@bkc-law.com
**State Liaison Counsel**

**Sheila Bossier**
BOSSIER & ASSOCIATES, PLLC
1520 North State Street
Jackson, Mississippi 39202
Tel: (601) 352-5450
Fax: (601) 352-5452
sbossier@bossier-law.com

**Representing the State of Mississippi**

**Elizabeth J. Cabraser**
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
Tel:  (415) 956-1000
Fax:  (415) 956-1008
ECABRASER@lchb.com
**Representing the Plaintiffs Steering Committee Purchase Claims Committee**

**James R. Dugan, II**
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel: (504) 648-0180
Fax:(504) 648-0181
jdugan@dugan-lawfirm.com
**Representing the State of Louisiana**

**Randall M. Fox**
OFFICE OF ANDREW M. CUOMO, NEW YORK STATE ATTORNEY GENERAL
Office of the Attorney General, Medicaid Fraud Unit
120 Broadway – 13th Floor
New York, NY 10271
Tel: (212) 417-5390
Fax: (212) 417-5335
randall.fox@oag.state.ny.us
**Representing the State of New York**

**H. Vincent McKnight**
ASHCRAFT & GEREL, LLP
2000 L Street, N.W., Suite 400
Washington, D.C.20036
Tel: (202) 783-6400
Fax: (202) 416-6392
vmcknight@ashcraftlaw.com
**Representing the District of Columbia in a Taxpayer Representative Capacity**

**Diane Paolicelli**
LEVY PHILLIPS & KONINGSBERG, LLP
800 Third Ave. 13th Floor
New York, NY 10022
Tel: (212) 605-6250
Fax: (212) 605-6290
dpaolicelli@lpklaw.com
 **Representing the New York Counties of Chautauqua, Erie, and Orange**

**Bill Rossbach**
ROSSBACH HART BECHTOLD, PC
401 North Washington Street
P.O. Box 8988
Missoula, Montana 59807
Tel: (406) 543-5156
Fax: (406) 728-887
bill@rossbachlaw.com
**Representing the State of Montana**

**Shelly Sanford**
SANFORD BARLOW, LLP
2016 Bissonnet Street
Houston, TX 77005
Tel: (713) 524-6677
ssanford@sanfordbarlow.com

**Mark C. Schultz**
COHEN, PLACITELLA & ROTH
2001 Market St., Suite 2900
Philadelphia, PA 19103
Tel: (215) 567-3500
mschultz@cprlaw.com
**Representing the Commonwealth of Pennsylvania**

**Pam Slate**
SLATE KENNEDY, LLC
One Commerce Street, Suite 850
Montgomery, Alabama 36104
Tel: (334) 262-3300
Fax: (334) 262-3301
pslate@slatekennedy.com

| | |
|---|---|
| **Seth R. Lesser**<br>KLAFTER OLSEN & LESSER LLP<br>1250 Connecticut Ave., N.W., Suite 200<br>Washington, DC 20036<br>Tel: (202) 261-3553<br>Fax: (202) 261-3533<br>slesser@klafterolsen.com<br>**Representing the County of Santa Clara, California**<br><br>**John Low-Beer**<br>NEW YORK CITY LAW DEPARTMENT<br>Affirmative Litigation Division<br>100 Church Street<br>New York, NY 10007<br>Tel: (212) 788-1007<br>JLowBeer@law.nyc.gov<br>**Representing the City of New York** | **James D. Young**<br>OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA<br>Office of the Attorney General, Special Counsel<br>1300 Riverplace Blvd, Suite 405,<br>Jacksonville, Florida 32207<br>Tel: (904) 348-2720<br>Fax: (904) 858-6918<br>james.young@myfloridalegal.com<br>**Representing the State of Florida** |

**PROPOSED CO-CHAIRS AND COMMITTEE MEMBERS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Amended Notice of Deposition and Subpoena Duces Tecum to Defendant Merck & Co., Inc. pursuant to Pretrial Order No. 38 has been served on Defendant's Liaison Counsel, Phillip A. Wittmann, by U. S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657,on this the 1st day of July, 2009.

/s/ Leonard A. Davis_____
**Leonard A. Davis** (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Ave.
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
ldavis@hhkc.com

# EXHIBIT A

## Definitions

The following definitions apply to this Notice of Deposition, including those matters set forth in Exhibit A hereto, and are deemed to be incorporated into each subject and request for documents listed below:

1. "Identify" or "identity" with respect to persons, means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment.

2. "Merck" means Defendant Merck & Co., Inc, and any of its subsidiaries, affiliates, officers, agents, attorneys, employees, representatives, or others acting on its behalf, including but not limited to Merck, Sharp & Dohme Australia.

3. "Elsevier" shall mean Elsevier, Inc. and any of its past or present trustees, directors, executives, officials, officers, fiduciaries, representatives, assigns, employees, divisions, departments, predecessors or successors in interest, offices, subsidiaries, and affiliates as well as any person acting or purporting to act on its behalf.

4. "You" or "you' shall mean Elsevier.

5. "Communication" shall mean the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

6. "Documents" as used in the Request is coextensive with the meaning of the terms "documents" and "tangible things" in Federal Rule of Civil Procedure 34, and shall have the broadest possible meaning and interpretation ascribed to the terms "documents" and "tangible things" under Federal Rule of Civil Procedure 34.

7. "Person" shall mean any individual, corporation, organization, association, partnership, limited partnership, firm, joint venture, trustee, governmental body, agency, governing board, department or division, or any other entity.

8. "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request any information that might otherwise be construed to be outside its scope.

9. "Any" includes the word "all" and vice-versa.

10. "Relating to," "relate to," "referring to," "refer to," "reflecting," "reflect," "with regard to," "concerning," or "concern" shall mean evidencing, regarding, concerning, discussing, embodying, describing, summarizing, containing, constituting, showing, mentioning, reflecting, pertaining to, dealing with, relating to, referring to in any way or manner, or in any way logically or factually, connecting with the matter described in that paragraph of these demands, including documents attached to or used in the preparation of or concerning the preparation of the documents.

11. "Vioxx" means any product containing rofecoxib in any form, dosage, or mode of administration, either alone or in combination with other chemicals and also includes the product sold under the brand name Vioxx.

12. Unless otherwise indicated, the relevant time period for the information sought is January 1, 1998 to present.

### Confidentiality

A confidentiality order has been entered in this case by the Honorable Eldon Fallon, Judge of the United States District Court of the Eastern District of Louisiana in the matter of <u>In Re: Vioxx Product Liability Litigation</u>, MDL 1957 (E.D.La). A copy of

the confidentiality order and its supplemental order pertaining to Private Third-Party Payor actions are attached hereto.

**Deposition Subject Matter**

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Elsevier shall designate and produce for deposition one or more of its officers, directors, managing agents, or other persons who consent to testify on its behalf concerning the following subject matters:

1. The development, sponsorship, funding, marketing and distribution of the publication the Australasian Journal of Bone and Joint Medicine and the development of its Honorary Editorial Board.

2. The role that Merck played in the development, sponsorship, funding, marketing and distribution the publication the Australasian Journal of Bone and Joint Medicine and its Honorary Editorial Board.

3. Any and all policies and procedures, including but not limited to disclosure protocols considered and/or instituted by You relating to the publication of industry or business sponsored periodicals or journals.

4. Any investigation or internal review undertaken by you regarding or relating to the Australasian Journal of Bone and Joint Medicine and/or other publications that may have lacked disclosures relating to Merck's interest or involvement in a publication.

5. Communications between You and Merck relating to the Australasian Journal of Bone and Joint Medicine and its Honorary Editorial Board.

6. Communications between You and governmental agencies or entities relating to the Australasian Journal of Bone and Joint Medicine and its Honorary

Editorial Board.

7. Subscriptions to and other orders for copies of the publication and reprints of any and all issues and portions of issues.

## SUBPOENA DUCES TECUM

Elsevier (the "Witness") is requested to bring with him/her the following documents, as they are maintained in the ordinary course of business.

A complete copy of all documents, as that term is defined in the Federal Rules of Civil Procedure, tangible things, reports, models or data compilations that have been provided to, reviewed by, or prepared by or for the Witness in anticipation of his/her testimony. This request includes, but not limited to:

1. The data, documents, or other information considered by the Witness in preparation for her/his testimony relating to his/her knowledge of the Australasian Journal of Bone and Joint Medicine.

2. Exhibits to be used as a summary or in support of his/her testimony.

3. All documents by and between you and Merck relating to the development, sponsorship, funding, marketing and distribution of the publication the Australasian Journal of Bone and Joint Medicine and the development of its Honorary Editorial Board.

4. All documents created, considered, or reviewed in connection with the development, sponsorship, funding, marketing and distribution of the publication the Australasian Journal of Bone and Joint Medicine and the development of its Honorary Editorial Board.

5. All documents setting forth, describing, or referring to the nature and scope of ALL work performed by YOU for Merck relating to the Australasian Journal of Bone and Joint Medicine and its Honorary Editorial Board.

6. All documents pertaining to, reflecting or concerning ALL payments, fees, or other compensation YOU received from Merck for ALL work performed by YOU for Merck the Australasian Journal of Bone and Joint Medicine and its Honorary Editorial Board.

7. All documents pertaining to, reflecting or concerning ALL subscriptions to and other orders for copies of the publication and re-prints of any and all issues and portions of issues.