UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SERGEI CHEPILKO | MDL  05-1657 |
| VERSUS | CIVIL ACTION  08-959 |
| MERCK & CO., INC. | SECTION L(3) |

### ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

[✓]  the motion is GRANTED; the party is entitled to proceed in forma pauperis.

[ ]  the motion is DENIED; the party has sufficient funds to pay the filing fee.

[ ]  the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons: _____

_____

_____

New Orleans, Louisiana, this  1st  day of _____July_____, 2009.

_____
UNITED STATES DISTRICT JUDGE