## VIOXX SETTLEMENT PROGRAM
## ELECTION TO PARTICIPATE

I have read the information provided to me by my attorneys, Martinez, Manglardi, Diez-Arguelles, & Tejedor, regarding the Vioxx Settlement Program including the letter announcing the Settlement Program, the Description of Settlement Program, and the Claims Valuation Examples.

Having read the information provided to me, I accept the terms of the Vioxx Settlement Program as set forth in the enclosed letter and Description of Settlement Program and agree to participate in the Settlement Program.

_Gene G. Weeks_  
Signature of Client (or representative)

_11/22/04_  
Date

_Gene A. Weeks II_  
Name of Individual Signing Document (Print)

_client_  
Capacity

_____  
Name of Individual Injured by Vioxx
(If different than above)



PLAINTIFF'S EXHIBIT 3