**MARTINEZ MANGLARDI
DIEZ-ARGUELLES & TEJEDOR**

MARIA D. TEJEDOR
BOARD CERTIFIED CIVIL TRIAL LAWYER

540 N. SEMORAN BLVD., ORLANDO, FL 32807
(407) 381-4123 · MMDTLAW.COM

January 22, 2009

Mr. Gene Weeks
35241 CR 439
Eustis, FL   32736

RE: *Gene Weeks v.s Merck & Co. Inc.*

Dear Mr. Weeks:

    Pursuant to your request we are in the process of submitting your future evidence stipulation to the Claims Administrator however, we have been informed by the Claims Administrator that the submission at this point is premature as your claim still may make it through the gates committee. After a determination by Merck of whether or not your claim will make it through the gates committee we will then have an opportunity to resubmit your future evidence stipulation and withdraw your claim into the tort system.

    Please be advised that Martinez, Manglardi, Diez-Arguelles & Tejedor will continue to represent you during this settlement process and up until the point in which you either receive an award from the Gates Committee or your future evidence stipulation is approved and accepted by Merck.

    Thank you for your attention to this matter.

Sincerely,

Maria D. Tejedor

MDT/JRS/mjv

**PLAINTIFF'S EXHIBIT 4**