*Confidential Information*

| V2046B | POST-APPEAL NOTICE OF POINTS AWARD<br>Date of Notice: 5/27/09<br>Deadline for the Submitting Appeal to Special Master: 6/11/09 |
|---|---|

### I. IDENTIFYING INFORMATION

| Claimant Name | Weeks, Gene A. | | Social Security Number | 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 |
|---|---|---|---|---|
| Law Firm | Martinez, Manglardi, Diez-Arguelles, & Tejedor, P.A. | | | |
| VCN Number | 1080867 | Enrollment Status: IP Enrolled | First Confirmed Vioxx Use | 8/14/99 |

### II. TOTAL POINTS CALCULATION

#### A. BASIS POINTS

| 1. | Qualifying Event/Level | Injury Type: MI | Injury Level: 5 | Date of Event: 3/5/04 |
|---|---|---|---|---|
| 2. | Age at Event | 45 to 49 years | | |
| 3. | Overall Duration of Vioxx Use | 18-30M | | |
| 4. | Basis Points | | | 269.51 |

#### B. LABEL AND CONSISTENCY ADJUSTMENTS

| 5. | Label | | 0 % | |
|---|---|---|---|---|
| 6. | Consistency | | -30 % | |
| 7. | Adjustment Total % | | -30 % | |
| 8. | Subtotal Points | (Row 4 x Row 7) | | 188.66 |

#### C. RISK FACTOR ADJUSTMENTS

| | Risk Factors | Finding | Adjustment | Cumulative Points |
|---|---|---|---|---|
| 9. | Hypertension | Controlled | - 20 % | 150.93 |
| 10. | TOTAL POINTS | | | 150.93 |

### III. POINTS AWARD DETERMINATION

This Post-Appeal Notice of Points Award is an official notification from BrownGreer PLC, the Vioxx Claims Administrator. The Claims Administrator has issued this Post-Appeal Notice of Points Award in response to your appeal under Section 3.2.4 of the Settlement Agreement. After receiving notice of your appeal, the Claims Administrator conducted a *de novo* review of your claim and assessed the Point value above. This determination supersedes that which you previously appealed.

### IV. ACCEPTANCE OF POINTS AWARD

If you wish to accept this Post-Appeal Notice of Points Award, select the "Accept Points Award" button. Acceptance of this determination will end your appeal and place this claim in line for payment (see Section VIII of this Notice), assuming that this claimant satisfies all other requirements to receive an Interim Payment and that the claim is not selected for audit under Article 10 of the Settlement Agreement. The Points Award on any claim selected for audit may go up or down in audit, even if the claimant has accepted the Points Award and has received an Interim Payment.

V2046Bv1

**VIOXX CLAIMS ADMINISTRATOR**
BROWNGREER ‖ PLC

