UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX<br>        Product Liability Litigation<br><br>Gene Weeks,<br><br>             Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>           Defendant. | MDL NO. 1657<br><br>SECTION:  L<br><br>Case No. 2:05-cv-04578-EEF-DEK<br><br>Judge Fallon |

## ORDER

THIS CAUSE having come on for consideration on Plaintiff's counsel Maria Tejedor's motion for Rule 11 Sanctions:  **IT IS HEREBY ORDERED AND ADJUDGED:**

Plaintiff's counsel's motion is Granted.  The Court finds that the Plaintiff Gene Weeks participation in the VIOXX settlement program was done so knowingly and willing.  The law firm of Martinez, Manglardi, Diez-Arguelles and Tejedor and/or Maria Tejedor did not act unethically, with fraud or duress in obtaining Mr. Weeks consent to enter into the settlement program.  Attorney Ronald Benjamin's motion to vacate, rescind and declare releases Null and Void is hereby denied and any all allegations made that MMDT and/or Maria Tejedor acted unethical with fraud or duress is hereby stricken from the record and shall remain under seal.

The Court further finds that Gene Weeks was represented by Maria Tejedor at the time the point's award was made and further she was terminated without good cause.

DONE AND ORDERED in Chambers, in New Orleans, Louisiana, this _____ day of _____, 2009.

_____
Honorable Eldon E. Fallon