Weeks

# MARTINEZ, MANGLARDI, DIEZ-ARGUELLES & TEJEDOR

**ATTORNEYS**
TRIAL GROUP

Maria D. Tejedor
Board Certified Civil Trial Lawyer

## AUTHORITY TO REPRESENT

I, the undersigned client, hereby retain the law firm of Attorneys Trial Group as my attorneys to represent me in my claim against **Merck Company** or any other person, firm or corporation liable therefore, resulting from an incident that occurred on the **5th** day of **March**, 20**04**.

As compensation for their services, I agree to pay to my attorneys from the total recovery the following fee:

(a) Before the time of filing an answer or the demand for appointment of arbitrators:

1. 33-1/3% of any recovery up to $1 million; plus
2. 30% of any portion of the recovery between $1 million and $2 million; plus
3. 20% of any portion of the recovery exceeding $2 million.

(b) From the time of filing an answer or the demand for appointment of arbitrators through the entry of judgment.

1. 40% of any recovery up to $1 million; plus
2. 30% of any portion of the recovery between $1 and $2 million; plus
3. 20% of any portion of the recovery exceeding $2 million.

(c) If all defendants admit liability at the time of filing there answers and request a trial only on damages:

1. 33-1/3% of any recovery up to $1 million; plus
2. 20% of any portion of the recovery between $1 and $2 million; plus
3. 15% of any portion of the recovery for any amount exceeding $2 million.

(d) An additional 5% of any of the recovery after notice of appeal is filed or post-judgment relief or action is required for recovery on the judgment.

(e) If the court finds that Attorneys Trial Group is entitled to receive a fee from the defendant, I agree to pay to my attorneys the court awarded fee or the above contingency, whichever is greater.

(f) In the event that this claim is a referral from another attorney, it is our customary practice to pay to the referral attorney 25% of our attorneys' fees. This does not result in any additional fees paid by you.



PLAINTIFF'S EXHIBIT A

I agree to pay the costs incurred in investigating, reviewing, settling, or litigating my claim plus a $75.00 administrative cost. I understand that my attorneys will advance these costs on my behalf and I will be responsible for repayment only if there is a recovery. I acknowledge and agree that my attorneys may borrow funds from time to time to pay the costs referred to above and agree that, in addition to reimbursing them for the amount of such costs, I also will reimburse them for any interest charges and related expenses they incur in connection with such borrowings.

This contract may be cancelled by written notification to the attorney at any time within three (3) business days of the date the contract was signed, as shown below, and if cancelled, the client shall not be obligated to pay any fees to the attorney(s) for the work performed during that time. If the attorney(s) have advanced funds to others in their representation of the client, the attorney(s) are entitled to be reimbursed for such amounts as they have reasonably advanced on behalf of the client in addition to the administrative cost. If I discharge my attorney(s) for any reason after the initial three (3) days, I agree that my attorney(s) will be entitled to a fee based on a percentage as set forth above of any offer of settlement outstanding, or if no offer of settlement is outstanding, a reasonable fee based on the amount of time my attorney(s) spent on my case plus all costs and interest.

I expressly grant power of attorney to my attorney(s) to endorse and deposit into their Trust Account any checks in my name, and authorizes the attorney(s) to deduct fees, costs and expenses, and to pay all hospital and medical bills incurred from the injuries sustained in the accident. Any unpaid bills for medical care shall remain my obligation.

The undersigned client has, before signing this contract, received and read the Statement of Client's Rights, and understands each of the rights set forth therein. The undersigned client has signed the statement and received a signed copy to keep referring to while being represented by the undersigned attorney(s).

I understand that this employment is based upon a contingency fee basis, and if no recovery is made, I will not be indebted to my attorney(s) for any sum whatsoever as attorney fees. I agree that upon written notice, Attorneys Trial Group may terminate their representation under the terms of this Agreement.

DATED this _4th_ day of _March_, 2005.

_____          _____
Attorneys Trial Group                     Gene Weeks

_____          _____
Referring Attorney                        CLIENT

## MARTINEZ, MANGLARDI, DIEZ-ARGUELLES & TEJEDOR

ATTORNEYS
TRIAL GROUP

Maria D. Tejedor
Board Certified Civil Trial Lawyer

### STATEMENT OF CLIENTS RIGHTS

Before you, the prospective client, arrange a contingency fee agreement with your lawyer, you should understand this Statement of your rights as a client. This Statement is not a part of the actual contract between you and your lawyer, but, as a prospective client, you should be aware of these rights:

1. There is no legal requirement that a lawyer charge a client a set fee or a percentage of money recovered in a case. You, the client, have the right to talk to your lawyer about the proposed fee and to bargain about the rate or percentage as in any other contract. If you do not reach an agreement with one lawyer, you may talk with other lawyers.

2. Any contingency fee contract must be in writing and you have three (3) business days to reconsider the contract. You may cancel the contract without any reason if you notify your lawyer in writing within three (3) business days of signing the contract. If you withdraw from the contract within the first three (3) business days, you do not owe the lawyer a fee although you may be responsible for the lawyer's actual costs during that time. If your lawyer begins to represent you, your lawyer may not withdraw from the case without giving you notice, delivering necessary papers to you, and allowing you time to employ another lawyer. Often, your lawyer must obtain court approval before withdrawing from a case. If you discharge your lawyer without good cause after the three (3) day period, you may have to pay a fee for the work the lawyer has done.

3. Before hiring a lawyer, you, the client, have the right to know about the lawyer's education, training and experience. If you ask the lawyer, the lawyer should tell you specifically about the lawyer's actual experience dealing with cases similar to yours. If you ask, the lawyer should provide information about special training or knowledge and give you this information in writing if you request it.

4. Before signing a contingency fee contract with you, a lawyer must advise you whether the lawyer intends to handle your case alone or whether other lawyers will be helping with the case. If your lawyer intends to refer the case to other lawyers, the lawyer should tell you what kind of fee sharing arrangement will be made with other lawyers. If lawyers from different law firms will represent you, at least one lawyer from each law firm must sign the contingency fee contract.

5. If your lawyer intends to refer your case to another lawyer or counsel with other lawyers, your lawyer should tell you about that at the beginning. If your lawyer takes the case and later decides to refer it to another lawyer or to an associate with other lawyers, you should sign a new contract, which includes the new lawyers. You, the client, also have the right to consult with each lawyer working on your case, and each lawyer is legally responsible to represent your interests and is legally responsible for the acts of the other lawyers involved in the case.

6. You, the client, have the right to know in advance how you will need to pay the expenses and the legal fees at the end of the case. If you pay a deposit in advance for costs, you may ask reasonable questions about how the money will be or has been spent and how much of it remains unspent. Your lawyer should give a reasonable estimate about future necessary costs. If your lawyer agrees to lend or advance you money to prepare or research the case, you have the right to know periodically how much money your lawyer has spent on your behalf. You also have the right to decide, after consulting with your lawyer, how much money is to be spent to prepare a case. If you pay the expenses, you have the right to decide how much to spend. Your lawyer should also inform you whether the fee will be based on the gross amount recovered or an amount recovered minus the costs.

7. You, the client, have the right to be told by your lawyer about possible adverse consequences if you lose the case. Those adverse consequences might include money, which you might have to pay to your lawyer for costs, and liability you might have for attorneys' fees, costs, and expenses to the other side.

8. You, the client, have the right to receive and approve a closing statement at the end of the case before you pay any money. The statement must list all of the financial details of the entire case, including the amount recovered, all expenses and a precise statement of your lawyer's fee. Until you approve the closing statement, your lawyer cannot pay any money to anyone, including you, without an appropriate order of the Court. You also have the right to have every lawyer or law firm working on your case sign the closing statement.

9. You, the client, have the right to ask your lawyer at reasonable intervals how the case is progressing and to have these questions answered to the best of your lawyer's ability.

10. You, the client, have the right to make the final decision regarding settlement of the case. Your lawyer must notify you of all offers of settlement before and after the trial. Offers during the trial must be immediately communicated and you should consult with your lawyer regarding whether to accept a settlement. However, you must make the final decision to accept or reject a settlement.

11. If at any time you, the client, believe that your lawyer has charged an excessive or illegal fee, you have the right to report the matter to The Florida Bar, the agency that oversees the practice and behavior of all lawyers in Florida. For information on how to reach the Florida Bar, call 1-850-561-5600, or contact the local bar association. Any disagreement between you and your lawyer about a fee can be taken to court and you may wish to hire another lawyer to help you resolve this disagreement. Usually, fee disputes must be handled in a separate lawsuit, unless your fee contract provides for arbitration. You can request, but may not require, that a provision for arbitration (under Chapter 682, Florida Statutes, or under the fee arbitration rule of the Rules Regulating The Florida Bar) be included in your fee contract.

_____  
Gene Weeks

_____  
Attorney Signature

3/04/05  
Date

_____  
Date