# VIOXX SETTLEMENT PROGRAM
# ELECTION TO PARTICIPATE

I have read the information provided to me by my attorneys, Martinez, Manglardi, Diez-Arguelles, & Tejedor, regarding the Vioxx Settlement Program including the letter announcing the Settlement Program, the Description of Settlement Program, and the Claims Valuation Examples.

Having read the information provided to me, I accept the terms of the Vioxx Settlement Program as set forth in the enclosed letter and Description of Settlement Program and agree to participate in the Settlement Program.

_____       11/22/04
Signature of Client (or representative)     Date

Gene A. Weeks II                 client
Name of Individual Signing Document (Print)    Capacity


_____
Name of Individual Injured by Vioxx
(If different than above)


PLAINTIFF'S EXHIBIT B