

MARIA D. TEJEDOR
BOARD CERTIFIED CIVIL TRIAL LAWYER

540 N. SEMORAN BLVD., ORLANDO, FL 32807
(407) 381-4123 · MMDTLAW.COM

May 5, 2009

Mr. Gene Weeks
35241 CR 439
Eustis, FL   32736

**RE: *Gene Weeks v.s Merck & Co. Inc.***

Dear Mr. Weeks:

    I am happy to advise that we successfully prevailed on your appeal and we have obtained a Gate Committee Notice of Eligibility on your behalf. Please be advised at this time we do not have a points award total, but we will keep you informed of the same. Enclosed is a copy of the Gate Committee Notice of Eligibility.

    If you have any questions or concerns please feel free to contact my office.

Sincerely,

Maria D. Tejedor

MDT/ mjv
cc: Thomas Copeland
Enclosure

**PLAINTIFF'S EXHIBIT**
D

*Confidential Information*

| V2061 | GATE COMMITTEE NOTICE OF ELIGIBILTY<br>(Date of Notice: 5/4/09) | | | | |
|---|---|---|---|---|---|
| **I. CLAIMANT INFORMATION** | | | | | |
| Claimant Name | Weeks, Gene A. | | | VCN | 1080867 |
| Law Firm | Martinez, Manglardi, Diez-Arguelles, & Tejedor, P.A. | | | | |
| Primary Injury: MI | Date of Event: 3/5/04 | | Secondary Injury: N/A | | Date of Event: N/A |
| **II. GATE COMMITTEE DETERMINATION** | | | | | |

This is an official Notice from BrownGreer PLC, the Vioxx Claims Administrator. This Gate Committee has determined that this claim satisfies the Eligibility Requirements set forth in the Settlement Agreement because it passes the Injury, Duration, and Proximity Gates. When reviewing the claim for Eligibility, the Gate Committee did not review the Claims Package to determine whether it is complete under Section 1.3 of the Settlement Agreement. The Claims Administrator will now conduct this completeness review. If the Claims Package is deficient, you will receive a Notice of Incomplete Claims Package. If the Claims Package is complete, the Claims Administrator will then review the claim for Points Assessment and will issue you a Notice of Points Award. The Notice of Points Award may be subject to governmental lien obligations under Article 12 of the Settlement Agreement and/or an audit pursuant to Article 10 of the Settlement Agreement.