May 14, 2009

Maria Tejedor
Martinez Manglardi Diez-Arguelles & Tejedor
540 N. Semoran Blvd.
Orlando, FL 32807

Re: Gene Weeks vs. Merck & Company Inc.

Dear Ms. Tejedor:

This letter shall serve as notice that I no longer require your representation in this case.

Any actions by your firm concerning my case shall be deemed unauthorized by me. I am currently being represented by another firm.

Sincerely,

Gene A. Weeks
35241 County Road 439
Eustis, FL 32736

PLAINTIFF'S EXHIBIT