

MARIA D. TEJEDOR
BOARD CERTIFIED CIVIL TRIAL LAWYER

540 N. SEMORAN BLVD., ORLANDO, FL 32807
(407) 381-4123 · MMDTLAW.COM

May 20, 2009

Claims Administrator
115 S. 15th Street,
Suite 400
Richmond, VA. 23219

Re: *Notice of Points Award Appeal for Gene Weeks (1080867)*

Dear Sir/Madam:

### I. NO HIGH CHOLESTEROL

We received a Notice of Points award for Gene Weeks. Mr. Weeks received a deduction of -20% for high cholesterol. We believe this to be in error as Mr. Weeks did not have high cholesterol. Attached as "Exhbit A" you will see that Mr. Weeks's Cholesterol was 147 on 3/6/04 the day after his heart attack which is well within the acceptable normal range. Please be advised that Mr. Weeks was not placed on Pracachol until 3/6/04 "see Exhibit B" until after his heart attack and was done so solely as a precautionary measure. There is no place in the record that shows Mr. Weeks as taking any medication for High Cholesterol prior to his event, and again he was placed on Pravachol as a precautionary measure.

Thank you for your consideration to this matter. If you require any additional information please feel free to contact my office.

Sincerely,

Maria D. Tejedor

MDT/ mjv
Enclosures

PLAINTIFF'S EXHIBIT G

FLORIDA HOSPITAL WATERMAN
1000 WATERMAN WAY, TAVARES, FL 32778

```
NAME: WEEKS,GENE                              ACCT:  1397204        SEX: M
ATTENDING DR:  HESSAMI,MIRATIQULLAH           M/R#:  290134         DOB: 09/06/1956
ADMIT DATE: 03/05/2004
```

************************************************** LIPID/CARDIAC RISK PROFILE **************************************************

```
03/06/04
  0940  LIPID/CARDIAC RISK
        LOW DENSITY LIPOPROTN
                              94          [0-99]      MG/DL
        CHOLESTEROL          147         [100-200]    MG/DL
        HIGH DENSITY LIPOPROT
                              35                      MG/DL
        TRIGLYCERIDES         90          [10-190]    MG/DL
        LIPID INTRSP
        ******************************************
        LDL CHOLESTEROL
            <100      OPTIMAL
            100-129   NEAR OR ABOVE OPTIMAL
            130-159   BORDERLINE HIGH
            160-189   HIGH
            >190      VERY HIGH
        TOTAL CHOLESTEROL
            <200      DESIRABLE
            201-239   BORDERLINE HIGH
            >240      HIGH
        HDL CHOLESTEROL
            <41       LOW
            >61       HIGH
        ******************************************
        REF: ATP III CLASSIFICATION OF LDL, TOT CHOL AND HDL CHOL MG/DL   JAMA NOV-19, 2001
```

```
WEEKS,GENE                              3N    3N347A        REPORTED: 03/08/2004 00:50
CHART COPY CUMULATIVE SUMMARY                               PAGE:  4
                               CONTINUED
```



# FLORIDA HOSPITAL WATERMAN — CHART COPY — MEDICATION ADMINISTRATION RECORD

| PATIENT | ROOM | AGE | WEIGHT | M | SEX | CODE | PAGE |
|---|---|---|---|---|---|---|---|
| WEEKS, GENE | 3N 347A | 047Y | 86.18KG | 2.06 | M | | 1 |

| MEDICAL RECORD | PATIENT ACCT # | DOCTOR NAME | | DOSE PERIOD | | |
|---|---|---|---|---|---|---|
| 290134 | 1397204 | HESSAMI, MIRATIQULLAH | | 3/10/04  :01 -- 3/10/04 24:00 | | |

| DIAGNOSIS | ALLERGIES | :01-6:59 | 7:00-18:59 | 19:00-24:00 |
|---|---|---|---|---|
| ACUTE CHEST PAIN R/O M | NO KNOWN DRUG ALLERG | TIME / SITE / INITIAL | TIME / SITE / INITIAL | TIME / SITE / INITIAL |

**SODIUM CHLORIDE**
2ML    EVERY 8 HOURS    INTRAVENOUS   LFA  △ 3/12
START: 3/06/04  1:07
MED# 10    — 0100   /   0900 INT JF / 1700

**ASPIRIN, ASA**
325MG=1TAB    ONCE DAILY    ORAL
START: 3/06/04  1:07
MED# 11    — 900 JF

**LOPRESSOR, METOPROLOL TARTRATE**    FLSTK
25MG=0.5TAB    EVERY 12 HOURS    ORAL
START: 3/06/04  12:55
MED# 14    — 900 JF / 2100

**PLAVIX, CLOPIDROGEL**    FLSTK
75MG=1TAB    ONCE DAILY    ORAL
START: 3/06/04  12:55
MED# 15    — 900 / 0130 JF

**PRAVACHOL, PRAVASTATIN SODIUM**    FLSTK
40MG=2TAB    EVERY BEDTIME    ORAL
START: 3/06/04  21:00
MED# 16    — 2100

*Altace 2.5mg po qday* (creatinine 1.0)    — 1900 not available / 1200 JF

**TEQUIN 400MG/D5W200CC**    400MG=200ML  IV
ONCE DAILY
START: 3/08/04  3:19
POER# 1    — 900 JF

Signature: J. Fiebe RN (JF)

<<< CONTINUED >>>

WEEKS, GENE    3N 347A

PLAINTIFF'S EXHIBIT B