UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX<br>          Product Liability Litigation<br><br>Gene Weeks,<br><br>          Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>          Defendant. | MDL NO. 1657<br><br>SECTION:  L<br><br>Case No. 2:05-cv-04578-EEF-DEK<br><br>Judge Fallon |

### ORDER

THIS CAUSE having come on for consideration on Plaintiff's counsel Maria Tejedor's motion to enforce settlement:  **IT IS HEREBY ORDERED AND ADJUDGED:**

Plaintiff counsel's motion is Granted.  The Court finds that the Plaintiff Gene Weeks participation in the VIOXX settlement program was done so knowingly and willing and that Maria Tejedor represented Gene Weeks at the time the settlement was entered into, the whole award designated and first interm payment made. Therefore, Plaintiff's Counsel, Maria Tejedor is permitted to collect the whole award, all payments made for the benefit of Gene Weeks and disperse funds to Gene Weeks and collect attorney fees and costs, as well as the common benefit fees and costs, and satisfy any and all liens associated with this case.

DONE AND ORDERED in Chambers, in New Orleans, Louisiana, this _____ day of _____, 2009.

_____
Honorable Eldon E. Fallon