# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | MDL Docket No. 1657 |
| **Product Liability Litigation** | |
| | SECTION L |
| This document relates to: | |
| | |
| *Paul Kurt Ashbaugh, et al.* | JUDGE FALLON |
| *v.* | |
| *Merck & Co., Inc.* | MAGISTRATE JUDGE KNOWLES |
| | |
| *Only with regard to:* | |
| *Debra Bradley* | |
| | |
| *Docket No. 2:05-cv-04150* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Debra Bradley in the above-captioned case

be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.


_____
DISTRICT JUDGE