**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Vioxx | *   MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| This document relates to all cases. | * |
| | *   MAGISTRATE JUDGE |
| | *   KNOWLES |
| | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PRETRIAL ORDER NO. 43**
**(Case Management Order for Cases Serving Future Evidence Stipulations Pursuant to the**
**Vioxx Resolution Program)**

This Order applies to all plaintiffs who had a case pending in this Court as of

November 9, 2007 and who enrolled in the Vioxx Resolution Program but who have submitted a

Future Evidence Stipulation ("FES") to the Claims Administrator under the terms of the

Settlement Agreement ("FES Claimant").  Persons who represent themselves *pro se* in this

proceeding shall comply fully with all obligations required of counsel by this order, unless

otherwise stated.

**I.      PRESERVATION NOTICE REQUIREMENT**

Plaintiffs must comply with all of the Preservation Notice Requirements set out in

Section I of Pretrial Order Nos. 28 and 29.

**II.     DISCOVERY REQUIREMENTS**

A.      Within thirty (30) days of serving a FES on the Claims Administrator, the FES

Claimant shall produce the following information:

1.      An Amended and Supplemental Plaintiff Profile Form (attached as Exhibit A),

records requested therein, and executed Authorizations for Release of Records pursuant to

PTO 18A, B or C, as applicable.  Service by Plaintiffs shall be made in accordance with the service procedures of PTO No. 8 and paragraphs 5 through 7 of PTO 18C.  Service by Plaintiffs shall be made on Susan Giamportone at Womble Carlyle Sandrige & Rice, PLLC.

      2.      A Rule 26(a)(2) case-specific expert report from a medical expert attesting (i) that the Plaintiff suffered an injury and (ii) that Vioxx caused the injury.  The case-specific expert report must include (i) an explanation of the bases of the attestation that Vioxx caused the plaintiff to suffer the injury; (ii) an identification of any other causes that were considered in formulating the opinion; (iii) a description of the specific injuries allegedly suffered; (iv) a description of the specific medical findings that support the diagnosis of those injuries; and (v) an identification of all documents relied on by the expert in forming his opinions.

      B.      If a FES Claimant fails to comply with the terms of this Order, the claim shall be dismissed with prejudice, except for good cause shown.

      NEW ORLEANS, LOUISIANA, this __2nd__ day of July, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE