UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
  PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**   *Vick Kargodorian v. Merck & Co. Inc. et al.*
                                                            05-3791

## ORDER

Considering the foregoing Motion to Substitute Attorney (Rec. Doc. 16725), and finding it to be well taken:

IT IS ORDERED that the motion is GRANTED, and Gancedo & Nieves LLP is substituted in as counsel for Plaintiff, Vick Kargodorian.

New Orleans, Louisiana, this 2nd day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE

1