IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

**THIS DOCUMENT PERTAINS TO:**

*James Franklin on behalf of the State of Colorado v. Merck & Co., Inc.*, (D. Colo., C.A. No. 1:06-2164; Transferee No. 07 2073)

*The State of Utah v. Merck & Co., Inc.*, (D. Utah, C.A. No. 2:06-406; Transferee No. 06 9336)

*State of Alaska v. Merck & Co., Inc.*, (D. Alaska, C.A. No. 3:06-18; Transferee No. 06 3132)

## MOTION TO WITHDRAW AS COUNSEL

1.      Pursuant to Local Civil Rule 83.2.11, The Lanier Law Firm hereby moves this Court for an Order allowing The Lanier Law Firm to withdraw as co-counsel for Plaintiffs in the above-referenced actions, for the reasons stated in the foregoing Affirmation of Richard D. Meadow, Esq.

2.     LexisNexis File & Serve will be notified of this change in party/counsel status by the undersigned counsel's office as soon as the Order is entered.

Dated: July 7, 2009                                         Respectfully submitted,

**THE LANIER LAW FIRM, PLLC**
Attorneys for Plaintiffs

/s/ Richard D. Meadow, Esq.
Richard D. Meadow, Esq.
rdm@lanierlawfirm.com
126 East 56th Street, 6th Floor
New York, New York 10022
Phone: 212-421-2800
Fax: 212-421-2878

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel has been served upon all attorneys of record and parties by electronically uploading said papers to LexisNexis File & Serve, and that the above and foregoing Motion to Withdraw as Counsel was also filed electronically with the Clerk of the Court for the Eastern District of Louisiana on the 7th day of July, 2009.

By:  /s/ Richard D. Meadow, Esq.
     Richard D. Meadow, Esq.