UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                      |   |                        |
|--------------------------------------|---|------------------------|
|                                      | : | MDL NO. 1657           |
| IN RE: VIOXX                         | : |                        |
| PRODUCTS LIABILITY LITIGATION        | : | SECTION:  L            |
|                                      | : |                        |
|                                      | : | JUDGE FALLON           |
|                                      | : | MAG. JUDGE KNOWLES     |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO:**      *Allen et al v. Merck & Co. Inc.*
**No. 05-4435 (as to Betty Hartfield only)**

## ORDER GRANTING MOTION TO WITHDRAW
## AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record (Rec. Doc. 16225),

IT IS ORDERED that the motion IS GRANTED, and all counsel of record are permitted to

withdraw from representation of Betty Hartfield.

IT IS FURTHER ORDERED that counsel shall send notification of this withdrawal to

the Plaintiff's last known address, with further instructions that the Plaintiff must either obtain

new counsel or contact the Pro Se Curator's Office within 60 days if the Plaintiff wishes to

proceed with this suit, or else the Plaintiff's claims, if any are remaining, may be dismissed with

prejudice.  The Pro Se Curator's Office may be contacted by calling (504) 561-7799, or by

writing to Robert M. Johnston, VIOXX Pro Se Curator, 400 Poydras St., Suite 2450, New

Orleans, LA 70130.

New Orleans, Louisiana, this 12th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE

1