UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## APPLICATION/NOMINATIONS FOR THE PSC POSITIONS

Comes now, Shawn G. Foster, and hereby requests that the Court appoint Shawn G. Foster to the Plaintiff's Steering Committee ("PSC") to conduct and coordinate the discovery stage of this litigation with the defendant's representatives or committee. I have been counsel of record for approximately two hundred fifty (250) Cox-II related lawsuits. I was also appointed to the discovery committee in the Celebrex/Bextra litigation. As part of the *In Re: Celebrex/Bextra Litigation*, I produced individuals in multiple cases for their deposition and also traveled and deposed treating doctors in Missouri, Kansas, Atlanta and Arizona. During the Celebrex/Bextra litigation, I met with numerous experts and educated myself as to the Cox-II related medical issues.

I strongly believe in the medicine behind the allegations contained in the remaining lawsuits. I have met with physicians and reviewed the affidavits submitted by some of the doctors in the remaining cases. It is my belief that the medicine supports the doctors' opinions. I have the willingness and availability to commit to making sure that the cases are adequately developed. I have been involved in other litigation wherein my firm represented multiple clients and we developed a consortium and my firm took the lead regarding discovery and eventually tried the first trial. I represented approximately two hundred (200) clients who my firm alleged

received diluted chemotherapy from Robert Courtney, a pharmacist located in Kansas City, Missouri. During the litigation, it was crucial to develop a system to work with other attorneys and firms in order for the attorneys to feel comfortable with my firm taking the lead on their cases. In the *In Re: Courtney Litigation*, we alleged Merck & Company, Inc. and Pfizer, Inc., the manufacturers of the chemotherapy drugs Robert Courtney was diluting, knew or should have known, Robert Courtney was diluting the chemotherapy drugs they were selling to Courtney. A jury eventually rendered a verdict in the first trial for 2.2 billion dollars. The remaining cases settled.

In the *In Re: Courtney Litigation*, I produced our clients for their depositions and also deposed employees of the defendants. I am now actively representing over one hundred (100) rice farmers, mills and dryers in the *In Re Genetically Modified Rice Litigation*, in St. Louis. I have actively attended and participated in the discovery in that matter, including participating in record reviews, drafting pleadings, producing clients for their depositions and deposing employees of the defendants. These cases have taught me that in order to be successful in this type of litigation you have to be able to work as a team with one common goal in mind. This mindset has allowed me to successfully work with law firms throughout the United States and Canada.

My law firm has the necessary resources to pursue this matter. I can provide further documentation of prior verdicts and/or settlements if the Court feels that it is necessary. Upon request I can also provide references from other law firms throughout the United States.

If the Court has any further questions, I am more than willing to travel to New Orleans and meet with the Court and counsel to discuss any questions they may have.

Shawn G. Foster, MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, P.O. Box 482355
Kansas City, MO 64148-2355
(816) 421-1600
Fax (816) 472-5972

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above has been served via U.S. Mail on July 7, 2009 to everyone listed on Exhibit B, attached to Pretrial Order No. 42.

Shawn G. Foster, MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, P.O. Box 482355
Kansas City, MO 64148-2355
(816) 421-1600