FILED 09 JUL 02 11:10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : 
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *James D. Schneller v. Merck & Co. Inc.*
05-5382

## ORDER

The Court is in receipt of the attached Motion for Reconsideration. IT IS ORDERED that the motion is DENIED. IT IS FURTHER ORDERED that the correspondence be entered into the record.

New Orleans, Louisiana, this 1st day of July, 2009.

                                                  UNITED STATES DISTRICT JUDGE