UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | JUDGE FALLON |
| This Document Relates to all Cases | ) | MAG. JUDGE KNOWLES |

**APPLICATION OF ANN B. OLDFATHER
FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE
FOR THE INELIGIBLE OR NOT ENROLLED CLAIMS**

Ann B. Oldfather respectfully submits this Application for appointment to the Vioxx MDL Plaintiffs' Steering Committee for the Ineligible or Not Enrolled Claims. Ms. Oldfather has been a practicing attorney for over 30 years. Ms. Oldfather graduated from Mount Holyoke College in 1971. She graduated from the Brandeis School of Law, University of Louisville, *magna cum laude,* and she has been an attorney since 1976. Upon graduation from law school, Ms. Oldfather was hired by Wyatt, Grafton & Sloss, a firm which ultimately became Wyatt Tarrant & Combs, the largest firm in the region. Ms. Oldfather was the first woman to be made partner at that firm. In 1984, Ms. Oldfather left Wyatt Tarrant & Combs for the purpose of pursuing a personal injury practice. The predecessor to her current firm of Oldfather Law Firm (Oldfather & Morris) was formed in 1986; since that time, Ms. Oldfather has practiced continuously in Louisville, Kentucky, focusing on personal injury litigation and other complex cases (including First Amendment issues, financial and corporate litigation and appellate advocacy).

Ms. Oldfather has been recognized by the *Best Lawyers in America* every year from 1994 to date, and she is listed in five categories (including Mass Torts and Personal Injury litigation). She has been A/V rated by Martindale Hubble since the 1980s. She is board certified by the National Board of Trial Advocacy as a civil trial advocate. She has received the Peter Perlman

*Trial Lawyer of the Year* Award from the Kentucky Academy of Trial Attorneys, and she has received multiple recognitions from the Brandeis School of Law.  She has served as a Special Justice by appointment to the Kentucky Supreme Court.  Ms. Oldfather was elected as a Fellow to the International Academy of Trial Lawyers in 2004, and she has been a member of the American Board of Trial Advocates for over a decade.

Ms. Oldfather also has been involved in mass tort and class action litigation, most recently by serving on the Plaintiffs' Steering Committee *In Re*: *Bridgestone/Firestone Inc.* and as one of Plaintiffs' Lead Counsel *In Re*: *Archbishop of Louisville.*  In *Bridgestone/Firestone*, Ms. Oldfather was in charge of liaison with the state court actions. *In Re*: *Archbishop of Louisville* was a class action presenting 243 sexual abuse claims against the Archdiocese of Louisville.

Ms. Oldfather's main practice has always focused on the individual representation of persons with individual claims.  Indeed, as a member of the American Board of Trial Advocates, Ms. Oldfather has had to meet rigorous requirements submitting proof of over 50 jury trials.  Ms. Oldfather has been solely responsible for recovery of several multi-million dollar verdicts, and she has accomplished many multi-million dollar settlements for her clients.  She has also served effectively as a member of a team working toward successful conclusion of litigated cases.  Ms. Oldfather is widely recognized as an effective advocate to the court, both at the trial level and at the appellate level.  She has multiple reported cases, one of the most significant of which is *Guiliani v. Guiler*, 951 S.W.2d 318 (Ky. Sup. Ct. 1998), where the Kentucky Supreme Court recognized for the first time that minor children were entitled to recover for the loss of parental consortium in the event of a parent's death due to negligence.

The Curriculum Vitae of Ann B. Oldfather is attached hereto at TAB A.

Respectfully submitted,

/s/
Ann B. Oldfather
OLDFATHER LAW FIRM
1330 South Third Street
Louisville, KY  40208
(502) 637-7200
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Application of Ann B. Oldfather for Appointment to Plaintiffs' Steering Committee for the Ineligible or Not Enrolled Claims and TAB A have been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, by U.S. Mail upon all of the attorneys listed on "Exhibit B" of Pre-Trial Order 42, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order Nos. 8B and 42, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of July, 2009.

/s/
Ann B. Oldfather