TAB A

## ANN B. OLDFATHER            *CURRICULUM VITAE*

Office:
Oldfather Law Firm
1330 South Third Street
Louisville, KY 40208
(502) 637-7200
(502) 637-3999 (fax)
aoldfather@oldfather.com

### *Employment* (post graduate school)

| | |
|---|---|
| Wyatt, Grafton and Sloss, associate, | 1976-1980 |
| Wyatt, Tarrant and Combs, associate, | 1980-1982 |
| Wyatt, Tarrant and Combs, partner, | 1982-1984 |
|     2800 Citizens Plaza, Louisville, KY 40202 | |
| Ann B. Oldfather, solo practitioner | October, 1984-1985 |
| Oldfather & Morris, partner, | 1986-2006 |
|     1330 South Third St., Louisville, KY 40208 | |
| Oldfather Law Firm | 2007- |
|     1330 South Third St., Louisville, KY 40208 | |

### *Education*

| | |
|---|---|
| Mount Holyoke College, South Hadley, MA | A.B., 1971 |
| University of Kansas, Kansas City and Lawrence, KS | 1970-1971 |
| Brandeis School of Law, University of Louisville Louisville, KY | J.D., 1975, *magna cum laude* |

### *Awards and Recognition*

*Best Lawyers In America:* every year from 1994 to date. In the 2007 edition, listed in five specialties: Personal Injury Litigation, Medical Malpractice, Mass Tort Litigation, Legal Malpractice and Family Law, published by Woodward/White, Inc.

*Kentucky Super Lawyers,* 2007. Recognized on the cover as "The Relentless Crusader" and identified as one of the Top 10 Lawyers in Kentucky as second highest overall vote-getter.

*Kentucky Super Lawyers,* 2008. Recognized as one of the Top 10 Lawyers in Kentucky as second highest overall vote-getter.

*Martindale Hubbell Rating:* A-V since 1980s

Recipient: 2001 Kentucky Academy of Trial Attorneys *Peter Perlman Trial Lawyer of the Year*

Board Certified Civil Trial Advocate, by the National Board of Trial Advocacy

Appointment as Special Justice, Kentucky Supreme Court, 1990. Participated in the decision of, and/or authored opinions in: *Hamilton v. Comm.*, 799 S.W.2d 39 (1990); *Taylor v. Comm.*, 799 S.W.2d 818 (1990); and *Wood v. Wingfield*, 816 S.W.2d 899 (1991).

Fellow, International Academy of Trial Lawyers (elected 2004). Limited to 500 lawyers worldwide.

Recipient: 1988, University of Louisville Distinguished Law Alumni Award.

Recipient: 1990, University of Louisville Outstanding Law Alumni Service Award.

Recipient: 1997, Brandeis School of Law Alumni Fellow Award.

*Who's Who in the World*: 17th Edition 2000 (Millenium Edition) published by Marquis Who's Who.

**Reported Cases**

*West v. Goldstein*, Ky., 830 S.W.2d 379 (Ky. 1992)

*McKee v. Humana of Kentucky, Inc.*, Ky. App., 834 S.W.2d (Ky. 1992)

*Clark v. Young*, Ky. App., 692 S.W.2d 285 (Ky. 1985)

*Giuliani v. Guiler*, Ky., 951 S.W.2d 318 (Ky. 1997)

*Cullinan v. Abramson*, 128 F.3d. 301 (Sixth Cir. 1997)

*Hasken, et al. v. City of Louisville*, 173 F.Supp. 2d 654 (W.D. Ky. 2001)

*Farkas v. Bridgestone/Firestone, Inc*, 113 F. Supp. 2d 1107 (Ky. 2000).

*Kentucky Kingdom Amusement Co. v. Belo Kentucky, Inc.*, 179 S.W.3d 785, 33 Media L. Rep. 2350 (Ky. 2005)

*Commonwealth of Kentucky, Labor Cabinet v. Hasken*, 265 S.W.3d 215 (Ky. App., 2007)

## Admitted to Practice

U.S. Supreme Court
Supreme Court of Kentucky
U.S. District Courts for the Eastern and Western Districts of Kentucky
U.S. Court of Appeals, Sixth Circuit

## Professional Memberships

Kentucky Bar Association

Louisville Bar Association

American Bar Association

American Association for Justice

Kentucky Association for Justice

International Academy of Trial Attorneys, Fellow (2004)

American Board of Trial Advocates; Member and Kentucky Chapter President, 1998, 1999

Master of The Bar, Louis D. Brandeis Chapter, American Inns of Court, 1996-present

Jefferson County Women Lawyers Association; Member and former President and Vice-President

Brandeis Society, University of Louisville School of Law

University of Louisville Law Alumni Council, Member and former President

## Civic Associations

University of Louisville, Board of Overseers

Citizens for Better Judges

Hospice of Louisville; Board Member, 1983-1987

The Jefferson Club; former member Board of Governors

E. P. Tom Sawyer Foundation, Board Member, 1986-1992

## SPEAKING ENGAGEMENTS

| | |
|---|---|
| December 14, 2008 | "Lessons from the Other McDonald's Case," American Academy of Justice Weekend with the Stars, "Justice Counts Seminar", New York City, New York |
| June 6, 2008 | "Hark! What Claims Lurk in that 'Employment' Case?," Find and Identify Important Causes of Action Seminar, Kentucky Justice Association, Louisville, KY, |
| October 20, 2005 | "Masters in Trial," Panelist, American Board of Trial Advocates, New York City, NY |
| May, 20, 2005 | "Trial Tactics From Trial Masters: Technology: Creative Approach to Cases," Lexington, KY |
| September 25, 2003 | "Masters in Trial," Panelist, American Board of Trial Advocates, Anchorage, AK |
| September 12, 2003 | "Masters in Trial," Panelist, American Board of Trial Advocates, Columbus, OH |
| June 13, 2003 | "It's a Wrap: The Ethics of Law and Media," Panelist, 2003 Kentucky Bar Association Annual Convention |
| March 19, 2003 | "Not Just Another Tech Seminar," Seminar Co-Chair and Presenter, presented by the Kentucky Academy of Trial Attorneys |
| September 13, 2001 | "Taking the Lead: Strategies for Trial Lawyers," 2001 Kentucky Academy of Trial Attorneys Annual Convention, Lexington, Kentucky. |
| June 14, 2001 | Presenter in Masters in Trial Program presented by the Kentucky Chapter of the American Board of Trial Advocates, Kentucky Bar Convention, 2001 |
| March 23, 2001 & April 20, 2001 | "Discovery of In House Material," Kentucky Academy of Trial Attorneys Maximizing Recovery For Your Clients Seminar, Covington, Kentucky and Louisville, Kentucky |
| June 9, 2000 | "Damages for Loss of Love, Society and Affection in Death Cases," Tennessee Trial Lawyers Association 2000 Annual Convention, Memphis, Tennessee |
| April 25, 2000 | "Cross Examination Of A Medical Witness," "Cross Examination of Technical Experts," Lorman Education Services Conducting An Effective Cross Examination in Kentucky Seminar, Louisville |
| May 21, 1999 | "Handling A Child's Loss of Consortium Claim," Kentucky Academy of Trial Attorneys Power Litigation Seminar, Louisville |
| September 17, 1998 | "A Child's Loss of Parental Affection and Guidance: Some Thoughts on Kentucky's Newest Tort" Panelist, 1998 Kentucky Academy of Trial Attorneys Convention, Louisville |

| | |
|---|---|
| June 20, 1996 | "Law & Life, A Perfect Balance: Voir Dire: Art, Science or Luck?" Panelist, 1996 Kentucky Bar Association Convention, Lexington |
| June 29, 1995 | Seventh Annual Fayette Bench/Bar C.L.E. Program, Instructor, Fayette County Bar Association |
| June 9, 1995 | "Kentucky's Unpublished Opinions, Rules & Practice: Does It Merit Change," Panelist, 1995 Kentucky Bar Association Convention, Louisville |
| December 7, 1994 | "Using the Kentucky Constitution as the Basis for Appeal," Lecturer, Louisville CLE Institute |
| April 29, 1994 | "Fair Trial And The Public's Right To Know", Roundtable Discussion, University of Louisville, The Center for Humanities and Civic Leadership |
| January 11, 1994 | District Court Judges Judicial College, Instructor re Contempt, KY Administrative Office of The Courts |
| October 27, 1993 | 1993 Circuit Court Judges Judicial College, Instructor re Contempt, KY Administrative Office of The Courts |
| October 22, 1993 | "Masters in Trial," Panelist, American Board of Trial Advocates, Cleveland OH |
| December 3, 1992 | "How to Find the Courthouse," Panelist/Instructor, LBA/Young Lawyer Section, Louisville CLE Institute |
| April 12, 1991 | "Effective Closing Arguments," Panelist, Louisville CLE Institute |
| February 9, 1990 | "Voir Dire - The Art of Jury Selection," Panelist, Louisville CLE Institute |
| April 21, 1988 | Trial Advocacy Workshop, Instructor, University of Louisville Seminar, Louisville, Kentucky |
| June 12, 1987 | "Trends Toward Joint Custody - Experience of Bench & Bar," Panelist, Kentucky Bar Association |
| April 19-20, 1985 | Resolution of the Negotiating Impasse, University of Kentucky Seminar, College of Law, Lexington, Kentucky |
| November 9, 1984 | "An Overview of the Domestic Relations Tax Reform Act," University of Louisville Seminar, Louisville, Kentucky |
| September 28, 1983 | Kentucky Reports, 1983 Panelist, "Divorce Between Professionals," Kentucky Educational Television |

| | |
|---|---|
| September 23, 1983 | Discovery Tactics and Techniques, Federal Bar Association, Louisville, Kentucky |
| September 20, 1983 | Annual Update Series, Domestic Relations, Presenter, Louisville Bar Association, Louisville, Kentucky |
| September 15, 1983 | "Dissolution: Practical Problems in Preparing and Presenting the Complex Action," Chairperson and panelist, University of Louisville Seminar, Louisville, Kentucky |
| October 16, 1982 | Trial Avoidance Techniques: Better Representation in Domestic Litigation, Tenth Annual Seminar, Kentucky Academy of Trial Attorneys, Lexington, Kentucky |
| July 20, 1982 | "Tax Aspects of Dissolution: Practical Problems and Typical Property Settlement Provisions," Annual Convention, The Association of Trial Lawyers of America, Toronto, Canada |
| May 7, 1982 | "Tax Aspects of Divorce," Fayette County Bar Association, Lexington, Kentucky |
| April 16, 1982 | "Drafting Agreements: Tax Clauses and Antenuptial Contracts," University of Kentucky Domestic Relations Seminar, Lexington, Kentucky |
| February 18, 1982 | Overview of Divorce Law, Republic Women's Club, Louisville, Kentucky |
| January 15, 1982 | Moderator, Judicial Panel, Joint Custody Seminar; Women Lawyers Association, Louisville, Kentucky |
| September 22, 1981 | LBA Annual Update Series, Domestic Relations |
| November 13, 1981 | "Division of Marital v. Non-Marital Property," Custody and the Division of Assets at the University of Louisville |
| April 16, 1981 | Norton Children's Hospital presentation on adoption |
| March 20, 1981 | "Tracing of Non-Marital Property, Appreciation in Value After Marriage, Inherited Property," Domestic Relations at the University of Louisville |
| January 30, 1981 | Legal Ethics and Law Office Management at the University of Louisville |
| December 9, 1980 | Presentation to psychiatry residents on the family and the law sponsored by Norton Children's Hospital |
| October 9, 1980 | "Property Division and Settlement Agreements," Seminar on Family Law at Midway College |
| August 22-23, 1980 | "Practical Problems and Typical Property Settlement Provisions," Seminar on Domestic Relations at University of Kentucky |

| | |
|---|---|
| July 10-12, 1980 | "Drafting Antenuptial Agreements," Family Law at the University of Louisville |
| June 13, 1980 | A Practical Problems and Typical Property Settlement Provisions: Tax Aspects of Marital Dissolutions at the University of Louisville |
| April 1, 1980 | Domestic relations presentation at the University of Louisville |

## PUBLICATIONS

*The Court's Authority to Assign Assets*, Trial Magazine, a publication of the Association of Trial Lawyers of America, March, 1984.

"Basic Property Disposition Rules," Chapter, *Valuation and Distribution of Marital Property*, published by Matthew Bender and Co., Inc., April, 1984.

"Kentucky Civil Practice At Trial," Chapter, "Juries," *Civil Practice Handbook*, Volume II, University of Kentucky, Office of Continuing Legal Education, 1990.

"Legal Issues For Indigents Charged With Contempt," The Advocate, a publication of the Kentucky Department of Public Advocacy, October, 1994.

## SUMMARY BIOGRAPHICAL INFORMATION

Partner and associate, Wyatt, Tarrant & Combs, 1976-1984; sole practitioner, 1984-1986; partner, Oldfather & Morris 1986 to 2006; principal, Oldfather Law Firm, 2007–date, concentrating in plaintiff personal injury, product liability, medical malpractice and family law. Admitted to the Bar: 1976, Kentucky. Education: Mount Holyoke College, A.B. (1971) and University of Louisville, J.D., *magna cum laude* (1975). Memberships: Kentucky Bar Association; Louisville Bar Association; Kentucky Association for Justice (former member Board of Governors); American Association for Justice; American Board of Trial Advocates, President Kentucky Chapter, 1998 and 1999; Fellow, International Academy of Trial Lawyers (2004); Board Certified Trial Advocate of the National Board of Trial Advocacy; listed in five categories, BEST LAWYERS IN AMERICA, 1994 to date; Master, Louis D. Brandeis American Inn of Court; Brandeis Society of University of Louisville School of Law; University of Louisville Law Alumni Council; Lecture course taught at University of Louisville in Trial Practice; Louisville Bar Association Committees on Professional Responsibilities and Family Law; The Jefferson Club (member, Board of Governors); Hospice of Louisville, Inc., Board Member, 1983-1987; Women Lawyers Association of Jefferson County; Citizens for Better Judges; E. P. Tom Sawyer Foundation, Board Member, 1986-1992. Awards: University of Louisville Distinguished Law Alumni, 1988; University of Louisville Outstanding Law Alumni Service, 1990; Brandeis School of Law of the University of Louisville, Alumni Fellow, 1997; Kentucky Association for Justice "*Peter Perlman Trial Lawyer of the Year*," 2001.

## PERSONAL SUMMARY

Ann Oldfather is the principal of Oldfather Law Firm, a firm concentrating in plaintiffs' litigation. Ann has practiced law for over 30 years, after graduating *magna cum laude* from the Brandeis School of Law at the University of Louisville. Ann has been sole trial counsel in a number of hotly disputed and significant cases, including commercial litigation between Carrier Vibrating Equipment Company and Rexnord International dealing with loss of corporate goodwill and resulting in a plaintiff's verdict of $12.5 million, and medical malpractice litigation for a young man from Somerset, KY, with a missed diagnosis of a metabolic disorder where a rural Kentucky jury returned a verdict of $5.5 million. Ann was one of the lead plaintiffs' counsel in the Carrollton, Kentucky bus crash disaster in which 27 children and adults burned to death in a school bus designed and manufactured by Ford Motor Company. Ann served as one of the Class Counsel for the settlement class of 243 victims of sexual abuse in their recovery against the Archdiocese of Louisville in excess of $25 million. Ann has tried many complex, multi-party cases as lead or sole trial counsel. She was appointed as the head of one of only six trial counsel committees approved by the Federal District Court in the Ford/Firestone multi district litigation. Ann has been listed in the BEST LAWYERS IN AMERICA since 1994 under both "Personal Injury Litigation" and "Family Law." When combined with her current listings in "Legal Malpractice", "Medical Malpractice" and "Mass Torts", Ann currently has a total of five listings in BEST LAWYERS. She has received the prestigious "A-V" listing from Martindale Hubbell continuously since the mid 1980s, and is featured in their BAR REGISTER OF PREEMINENT ATTORNEYS. She is a Board Certified Civil Trial Advocate by the National Board of Trial Advocacy. Ann has served as a Special Justice on the Kentucky Supreme Court, authoring both majority and dissenting opinions. Ann has lectured as a speaker at numerous programs, including presentations at the annual convention of the American Association for Justice and at Kentucky's Annual Judicial College. Ann has served as an advocacy instructor at the University of Louisville, and she is the author of the "Juries" chapter of the KENTUCKY CIVIL PRACTICE HANDBOOK. Ann is a member and past-Board member of the Kentucky Association for Justice, a member of the American

Association for Justice, and a member and 1998 and 1999 President of the Kentucky Chapter of the American Board of Trial Advocates. She was the recipient of the 1997 Alumni Fellow Award from the Brandeis School of Law of the University of Louisville. Ann was inducted in the International Academy of Trial Attorneys in April, 2004. One of Ann's proudest achievements was receipt of the 2001 *Peter Perlman Trial Lawyer of the Year* award from the Kentucky Association for Justice.