# Law Offices of
# WEINER CARROLL & STRAUSS
### ATTORNEYS AT LAW

136 SUMMIT AVENUE – EAST WING
MONTVALE, NEW JERSEY 07645
TEL: (201) 930-0400
FAX: (201) 930-0066
E-MAIL ADDRESS: rjweiner@optonline.net
WEBSITE: www.rjweiner.com

July 9, 2009

**RICHARD J. WEINER**
- Member NY, NJ and PA Bar
- Certified by the Supreme Court of NJ as a Civil Trial Attorney
- National Board of Trial Advocacy

**JEFFREY E. STRAUSS**
- Member NY, NJ and DC Bar
- Certified by the Supreme Court of NJ as a Civil Trial Attorney

**RAYMOND S. CARROLL**
- Member NY and NJ Bar

**FRANK LAGANO**
- Member NY and NJ Bar

**New York Office**
119 Rockland Center -Suite 425
Nanuet, New York 10954
Tel: (845) 623-0090

**Newark Office**
744 Broad Street – 16th Floor
Newark, New Jersey 07102
Tel: (201) 930-0400
Please direct correspondence to Montvale Office

Dorothy L. Weiner
Appellate Counsel
Member NJ Bar

Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      RE: VIOXX - PRODUCTS LIABILITY LITIGATIONS
          Marsha McCreadie - Docket #06-1512

Dear Sir/Madam:

      Submitted herewith for filing and disposition is a motion in the above matter to withdraw as counsel.

      Thank you for all courtesies.

Very truly yours,

RICHARD J. WEINER

RJW:cv
enc.

CC: Russ M. Herman, Esq.
      Phillip Wittmann, Esq.