# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last: WEINER | First: RICHARD | Middle: J. |
|---|---|---|---|
| Name of Law Firm | WEINER, CARROLL & STRAUSS | | |
| Current Address | Street: 136 Summit Avenue | | |
| | City: Montvale | State: NJ   Zip: 07645 | Country: USA |
| Telephone Number | 201-930-0400 | Facsimile: 201-930-0066 | Email: rjweiner@optonline.net |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last: McCreadie | First: Marsha | Middle: |
|---|---|---|---|
| Plaintiff Address | Street: 55 W. 76th Street, Apt. 2A, New York, NY 10023 | | |
| | City: New York | State: NY   Zip: 10034 | Country: USA |
| Telephone Number | 212-721-7446 | Facsimile: | Email: |
| Case Caption | MARSHA McCREADIE V. MERCK (CAMILLE GOMEZ V. MERCK) | | |
| Case Number | 06-1512 | | |
| Court Where Case is Pending | U. S. District Court | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
[X] Check here if Plaintiff failed to provide an alternative contact.

| Name | Last: | First: | Middle: |
|---|---|---|---|
| Address | Street: | | |
| | City: | State:   Zip: | Country: |
| Telephone Number | | Facsimile: | Email: |
| Relationship to Plaintiff | [ ] Friend   [ ] Relative (specify relationship: _____) | | |

#343319

1

**CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**
(Paragraph II.C of PTO No. 36)

**D. COMPLIANCE WITH PTO NO. 36**

| ☒ | I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __7__/__9__/__09__ (Month/Day/Year). *(Record Docket No. __06-1512__)* |
|---|---|
| ☒ | Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:<br>1. A copy of PTO No. 36;<br>2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);<br>3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and<br>4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located. |

**E. SIGNATURE**

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | __7__/__9__/__09__ (Month/Day/Year) | _[signature]_ Counsel |
|---|---|---|

#343319

2