UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX                               ] MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION   ]         SECTION L

                                            JUDGE FALLON
**This document relates to**
**Marsha McCreadie, Docket #06-1512**     ]
                                            MAGISTRATE JUDGE KNOWLES

-----------------------------------------------------

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

IT IS ORDERED that Weiner, Carroll & Strauss, Esqs., is hereby withdrawn as Counsel of Record for Marsha McCreadie.

NEW ORLEANS, LOUISIANA, this         day of              , 2009.


_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE