```
                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
                          OFFICE OF THE CLERK
```

Loretta G. Whyte                                    500 Poydras St., Room C-151
Clerk                                               New Orleans, LA 70130

                              July 8, 2009

Mr. Charles R. Fulbruge, III, Clerk                    APPEAL NO. 09-30260
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130


IN RE: VIOXX PRODUCTS LIABILITY LITIGATION    MD 05-1657   c/w   06-11333, 07-395, 07-1252,
       08-1613, 08-1614, 08-1615, 08-1616, 08-1617, 08-1618

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

  ___   1) Certified copy of the notice of appeal and docket entries.

  ___   2) Certified copy of notice of a cross-appeal and docket entries.

  ___   3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

  ___   4) This case is proceeding in forma pauperis

  ___   5) Order Appointing Counsel  ___ CJA-20  ___ FPD

  ___   6) District Judge entering the final judgment is _____

  ___   7) Court Reporter assigned to the case _____

  ___   8) If criminal case, number and names of other defendants on appeal _____

  ___   9) This case was decided without a hearing; there will be no transcript.

  ___   10) Spears hearing held.

In connection with this record, the following documents are transmitted.

   x   1) **Certified** Electronic record on appeal consisting of:

     ___ Volume(s) of record  ___ Volume(s) of original transcript

     ___ Volume(s) of depositions

     ___ Container(s) of exhibits ___ Binder ___ Envelope ___ Folder

  ___   2) Supplemental record, including updated _____

  ___   3) SEALED Doc. _____

  ___   4) Other: _____

                                             Very truly yours,

                                             By___Alicia Phelps_____
                                                   Deputy Clerk