IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

**THIS DOCUMENT PERTAINS TO:**

*James Franklin on behalf of the State of Colorado v. Merck & Co., Inc.*, (D. Colo., C.A. No. 1:06-2164; Transferee No. 07 2073)

*The State of Utah v. Merck & Co., Inc.*, (D. Utah, C.A. No. 2:06-406; Transferee No. 06 9336)

*State of Alaska v. Merck & Co., Inc.*, (D. Alaska, C.A. No. 3:06-18; Transferee No. 06 3132)

## ORDER

Having considered The Lanier Law Firm's Motion to Withdraw as Counsel for Plaintiffs, and for good cause shown:

**IT IS HEREBY ORDERED** that The Lanier Law Firm be granted the right to withdraw as counsel in the above-referenced actions, effective immediately.

New Orleans, Louisiana, this 8th day of July, 2009

*/s/ Eldon E. Fallon*
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE