# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Robert K. Ito v. Merck & Co., Inc., No. 2:08-cv-04934* | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### O R D E R

Defendant Merck & Co., Inc.'s Fourth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Requirements of PTO 29 (R.Doc. 18672) came on for hearing on the 10th day of June, 2009. At that time, the Court deferred the motion as to plaintiff Robert Ito until July 17, 2009. The Court hereby continues the hearing and reschedules it for July 31, 2009, immediately following the monthly status conference.

**NEW ORLEANS, LOUISIANA**, this <u>10th</u> day of <u>    July    </u>, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

984141v.1