# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Catherine Davis, et al. v. Merck & Co., Inc., No. 2:06-cv-01209 (only as to Dawn Rhoades [Rhodes])* | * | KNOWLES |
| | * | |

******************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Seventh Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Requirements of Pre-Trial Order 28 (R.Doc. 18407) came on for hearing on the 10th day of June, 2009. At that time, the Court deferred the motion as to plaintiff Dawn Rhoades [Rhodes] until July 17, 2009. The Court hereby continues the hearing and reschedules it for July 31, 2009, immediately following the monthly status conference.

**NEW ORLEANS, LOUISIANA**, this 10th day of July, 2009.

_____
DISTRICT JUDGE

984138v.1