# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *See Attached Exhibit A* | * | |

**************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion and Incorporated Memorandum to Dismiss Non-Submitting Program Claimants' Cases (R.Doc. 19451) was originally noticed for hearing on July 17, 2009. The Court hereby continues the hearing and reschedules it for July 31, 2009, immediately following the monthly status conference.

**NEW ORLEANS, LOUISIANA**, this 10th day of July, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1

984144v.1

## Exhibit A

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name(s) | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 1. | 1090977 | Anderson, John H. | Cuyler, Jimmy L. | S-1, S-2, S-3 | Rosie Cuyler | Louis Nelson et al. v. Merck | 2:08-cv-00880-EEF-DEK |
| 2. | 1052901 | Branch Law Firm | Lucero, Margaret | No Stipulation | Vera Lucero | Dorothy Wheeler et al. v. Merck | 2:07-cv-05251-EEF-DEK |
| 3. | 1081141 | Herman, Herman, Katz & Cotler, LLP | McKay, Geneva | No Stipulation |  | Arterbell Hillard et al. v. Merck | 2:05-cv-04459-EEF-DEK |
| 4. | 1081154 | Herman, Herman, Katz & Cotler, LLP | Porter, Henrietta | No Stipulation |  | William L. Meunier et al. v. Merck | 2:05-cv-04456-EEF-DEK |
| 5. | 1071928 | James, Vernon & Weeks | Waybright, Larry | S-10 |  | Larry A. Waybright v. Merck | 2:05-cv-02074-EEF-DEK |
| 6. | 1112462 | Michael Hingle & Associates | Slaughter, Lewis | S-3 | Denise Slaughter | Joan Williamson et al. v. Merck | 2:05-cv-06903-EEF-DEK |
| 7. | 1072120 | Michael Hingle & Associates | Guy, Ronald | No Stipulation | Carolyn Guy | Lois Bailey et al. v. Merck | 2:05-cv-06904-EEF-DEK |
| 8. | 1072148 | Michael Hingle & Associates | Verdin, John | No Stipulation | Darlene Verdin | Lois Bailey et al. v. Merck | 2:05-cv-06904-EEF-DEK |
| 9. | 1072115 | Michael Hingle & Associates | Wells, James | No Stipulation | Dartha Wells | Lois Bailey et al. v. Merck | 2:05-cv-06904-EEF-DEK |
| 10. | 1098203 | Miller Firm LLC | Linnett, Gordon | No Stipulation |  | C. Gordon Linnett v. Merck | 2:06-cv-03923-EEF-DEK |
| 11. | 1098137 | Miller Firm LLC | Helms, Earl | No Stipulation |  | Thelma Curtis et al. v. Merck | 2:06-cv-06946-EEF-DEK |
| 12. | 1097980 | Miller Firm, LLC | Bailey, Isolina | No Stipulation |  | Isolina Bailey et al. v. Merck | 2:06-cv-05982-EEF-DEK |
| 13. | 1011142 | Phillips & Associates | Williams, Jerry | S-10, S-15, S-99 | Mark Williams | Mark Williams v. Merck et al. | ~~2:05-cv-02309~~-EEF-DEK  2:07-cv-00857 |
| 14. | 1071946 | Pro Se | King, Pearl | S-1, S-2, S-3 | Raymond King | Pearl D. King et al. v. Merck | 2:06-cv-08390-EEF-DEK |
| 15. | 1103021 | Pro Se | Lindwedel, Ivory | S-1, S-2, S-3, S-99 |  | Ivory Lindwedel v. Merck et al. | 2:05-cv-06199-EEF-DEK |
| 16. | 1103051 | Pro Se | Odom, Joyce | S-99 |  | Joyce A. Odom v. Merck | 2:05-cv-06790-EEF-DEK |
| 17. | 1101614 | Ranier, Gayle, Elliot, LLC | Matlock, Tony Lee | S-3 | Charlotte Matlock | Charlotte Matlock et al. v. Merck | 2:05-cv-06575-EEF-DEK |
| 18. | 1101791 | Ranier, Gayle, Elliot, LLC | Wells, Annie | S-3, S-7 | Bernard Wells | Azell Warner et al v. Merck | 2:05-cv-02309-EEF-DEK |
| 19. | 1107570 | Stuart, Frieda & Hammond | Huff, Patricia | No Stipulation |  | Larry Adams et al. v. Merck | 2:07-cv-02702-EEF-DEK |

## Exhibit A

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name(s) | Case Caption | Docket Number |
|---|---|---|---|---|---|---|---|
| 20. | 1081859 | The Whitehead Law Firm | Mason, Rose | No Stipulation | | William Coleman et al. v. Merck | 2:05-cv-04446-EEF-DEK |
| 21. | 1085840 | Young, Kester & Petro | Rawle, Torgunn | S-2, S-3, S-99 | Roger Rawle, Roger William Rawle, Thomas Jenssen Tawle, Torgunn Ingrid Rawle, Erick Asgeir Rawle, Henry Rawle, Heidi Rawle Shinners, Siri Elaine Rawle | Torgunn Rawle et al. v. Merck et al. | 2:05-cv-05435-EEF-DEK |