# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| See Attached Exhibit A | * | KNOWLES |

## ORDER

Defendant Merck & Co., Inc.'s Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the *Lone Pine* Requirements of PTO 29 (R.Doc. 19650) was originally scheduled for hearing on July 17, 2009. The Court hereby continues the hearing and reschedules it for July 31, 2009, immediately following the monthly status conference.

NEW ORLEANS, LOUISIANA, this 10th day of July, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

984153v.1

| Exhibit A - No PTO 29 Discovery Materials | | | |
|---|---|---|---|
| **Counsel** | **Pertaining to:** | **Case Name** | **Docket Number** |
| Limberopoulos Law | Currier, Harold | Currier, Harold v. Merck & Co., Inc. | 2:08-cv-03958-EEF-DEK |
| Limberopoulos Law | Gardner, Donald | Gardner, Donald v. Merck & Co., Inc. | 2:08-cv-04962-EEF-DEK |
| Limberopoulos Law | Ivey, Don | Ivey, Don v. Merck & Co., Inc. | 2:08-cv-03960-EEF-DEK |
| Limberopoulos Law | Terrill, Bette Mae | Terrill, Bette Mae v. Merck & Co., Inc. | 2:08-cv-03959-EEF-DEK |
| Pro Se | Johnson, Oliver J | Johnson, Oliver J v. Merck & Co., Inc. | 2:08-cv-05056-EEF-DEK |