UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| All Plaintiffs on the attached Exhibits A, B & C | * | KNOWLES |

*************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Eighth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the *Lone Pine* Requirements of PTO 28 (R.Doc. 19658) was originally scheduled for hearing on July 17, 2009.  The Court hereby continues the hearing and reschedules it for July 31, 2009, immediately following the monthly status conference.

NEW ORLEANS, LOUISIANA, this 10th day of July, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

984145v.1

*Lone Pine No. 8*
*Exhibit A*
*(Represented Plaintiffs)*

| **Plaintiff** | **Counsel** | **Case Name** | **Case Number** |
|---|---|---|---|
| Mollett, Elmo | Humphreys, James F. & Associates | Mollett, Elmo v. Merck & Co., Inc. | 2:06-cv-06941-EEF-DEK |

984147v.1

*Lone Pine No. 8*
*Exhibit B*
*(Represented Plaintiffs with Motions to Withdraw Pending)*

|   | **Plaintiff** | **Counsel** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|
| 1. | Harvey, Mark | Phebus & Koester | Cramer, Charles v. Merck & Co., Inc. | 2:05-cv-05328-EEF-DEK |
| 2. | Lopez, Dorothy | Gauthier, Houghtaling, Williams & Sulzer // Deborah M. Sulzer | Hubbard, Don v. Merck & Co., Inc. | 2:05-cv-00953-EEF-DEK |

984149v.1

*Lone Pine No. 8*
*Exhibit C*
*(Pro Se Plaintiffs)*

|  | **Plaintiff** | **Case Caption** | **Docket Number** |
|---|---|---|---|
| 1. | Guthrie, Charles D | Ruzicka, Robert v. Merck & Co., Inc. | 2:06-cv-01971-EEF-DEK |
| 2. | Howcroft, Shirley | Accord, Vern v. Merck & Co., Inc. | 2:05-cv-04448-EEF-DEK |
| 3. | Kinsman, Dan | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 4. | Kuehner, Lillian E | Houston, Donna v. Merck & Co., Inc. | 2:05-cv-01458-EEF-DEK |
| 5. | Lambert, Eugene H | Lambert, Patrice v. Merck & Co., Inc. | 2:06-cv-02679-EEF-DEK |
| 6. | Levitt, Jo | Levitt, Jo v. Merck & Co., Inc. | 2:06-cv-09757-EEF-DEK |
| 7. | Lewis, Catrenia I | Cannon, Mary v. Merck & Co., Inc. | 2:06-cv-01188-EEF-DEK |
| 8. | Nguyen, Le | Nguyen, Le v. Merck & Co., Inc. | 2:05-cv-06398-EEF-DEK |
| 9. | Pagel, Eleanor | Kimm, Dianne v. Merck & Co., Inc. | 2:06-cv-10153-EEF-DEK |
| 10. | Pena, Ana | Ebong, Basil v. Merck & Co., Inc. | 2:06-cv-01508-EEF-DEK |
| 11. | Reed, Joseph | Reed, Walterine v. Merck & Co., Inc. | 2:05-cv-06247-EEF-DEK |
| 12. | Shelor, Thomas R | Adams, Shirley v. Merck & Co., Inc.; Reed, Thelma v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK; 2:05-cv-05347-EEF-DEK |
| 13. | Smith, Gerald | Myatt, Bobby W. v. Merck & Co., Inc. | 2:06-cv-10158-EEF-DEK |
| 14. | Spiro, Charmaine H | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |

984150v.1