UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| Betty Pickett | * | JUDGE FALLON |
| v. | * | |
| Merck & Co., Inc., et al. | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Docket No. 2:06-cv-1115 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR RELIEF FROM JUDGMENT
## OF PLAINTIFF BETTY PICKETT

Pursuant to FRCP 60(b), Plaintiff Betty Pickett, by and through her undersigned counsel, hereby moves the court for an Order relieving her from the Order of Dismissal With Prejudice filed on June 24, 2009, and returning her claim to the Vioxx Settlement Program. Plaintiff respectfully submits that the Claims Administrator of the Vioxx Settlement Program, with no notice to Plaintiff or her counsel, erroneously found her to be a non-submitting Vioxx Settlement Program claimant and closed her claim. Further grounds for this motion are set forth within the Memorandum in Support of the Motion for Relief From Judgment, which is being filed contemporaneously with the instant motion.

Respectfully submitted,

ROBERT W. KERPSACK
Ohio Bar #0041851
ROBERT W. KERPSACK CO., LPA
655 Metro Place South, Suite 255
Columbus, OH 43017-5389
Telephone: (614) 766-2000
Facsimile: (614) 766-2005

*Attorney for Betty Pickett*

Dated: July 10, 2009

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 10th day of July, 2009.

ROBERT W. KERPSACK
Ohio Bar #0041851
ROBERT W. KERPSACK CO., LPA
655 Metro Place South, Suite 255
Columbus, OH 43017-5389
Telephone: (614) 766-2000
Facsimile: (614) 766-2005

*Attorney for Betty Pickett*