UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> Product liability Litigation | * <br> * <br> * | MDL Docket No. 1657 <br><br> SECTION L |
| This document relates to: | * <br> * | |
| Betty Pickett <br> v. <br> Merck & Co., Inc., et al. | * <br> * <br> * <br> * | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| Docket No. 2:06-cv-1115 | * <br> * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPENDIX TO
MOTION FOR RELIEF FROM JUDGMENT OF PLAINTIFF BETTY PICKETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> Product liability Litigation | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| Betty Pickett <br> v. <br> Merck & Co., Inc., et al. | * * * | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| Docket No. 2:06-cv-1115 | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DECLARATION OF ROBERT W. KERPSACK

Robert W. Kerpsack declares, under penalty of perjury, pursuant to the provisions of 28 U.S.C., Section 1746, as follows:

1. I am an attorney at the law firm Robert W. Kerpsack Co., LPA, counsel for Plaintiff Betty Pickett in the above-referenced action.

2. I submit this declaration in support of Plaintiff Betty Pickett's Motion for Relief from Judgment, filed on or about July 10, 2009.

3. Exhibit 1 is a true and correct copy of Plaintiff Betty Pickett's Plaintiff Profile Form and attachments served in this action.

4. Exhibit 2 is a true and correct copy of Plaintiff Betty Pickett's October 30, 2007 supplement to her Plaintiff Profile Form served in this action.

5. Exhibit 3 is a true and correct copy of Plaintiff Betty Pickett's enrollment forms served in the Vioxx Settlement Program.

6. Exhibit 4 is a true and correct copy of the Plaintiff Betty Pickett's corrected Stipulation of Dismissal With Prejudice served in the Vioxx Settlement Program.

7. Exhibit 5 is a true and correct copy of Plaintiff Betty Pickett's October 28, 2008 supplement to her enrollment forms.

8. Exhibit 6 is a true and correct copy of Plaintiff's Betty Pickett's January 12, 2009 supplement to her enrollment forms served in the Vioxx Settlement Program.

9.  Exhibit 7 is true and correct copies of correspondence between Plaintiff's counsel and Plaintiff Betty Pickett's family physician, Arlene Basedow, D.O.

10. Exhibit 8 is true and correct copies of correspondence between Plaintiff's counsel and David A. Caraway, M.D., who prescribed Vioxx to Plaintiff Betty Pickett.

11. Exhibit 9 is true and correct hard copies of emails exchanged between the Claims Administrator and Plaintiff's Counsel on March 31, 2009.

_____
ROBERT W. KERPSACK

## INDEX

| Exhibit 1 | Plaintiff Profile Form and attachments |
|---|---|
| Exhibit 2 | October 30, 2007 supplement to Plaintiff Profile Form |
| Exhibit 3 | enrollment forms |
| Exhibit 4 | corrected Stipulation of Dismissal With Prejudice |
| Exhibit 5 | October 28, 2008 supplement to her enrollment forms |
| Exhibit 6 | January 12, 2009 supplement to enrollment forms |
| Exhibit 7 | correspondence between Plaintiff's counsel and Arlene Basedow, D.O. |
| Exhibit 8 | correspondence between Plaintiff's counsel and David A. Caraway, M.D. |
| Exhibit 9 | emails exchanged between the Claims Administrator and Plaintiff's Counsel on March 31, 2009 |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 10th day of July, 2009.

ROBERT W. KERPSACK
Ohio Bar #0041851
ROBERT W. KERPSACK CO., LPA
655 Metro Place South, Suite 255
Columbus, OH 43017-5389
Telephone: (614) 766-2000
Facsimile: (614) 766-2005

*Attorney for Betty Pickett*