**ROBERT W. KERPSACK CO., L.P.A.**
CONSUMER AND SMALL BUSINESS PROTECTION LAWYERS

Robert W. Kerpsack
Board Certified as a Civil Trial Advocate
by the National Board of Trial Advocacy

August 2, 2007

Wilfred P. Coronato, Esq.
HUGHES HUBBARD & REED LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918

Re: **VIOXX PRODUCTS LIABILITY LITIGATION**
U.S. District Court, Eastern District of Louisiana
MDL Case No. 2:05-md-01657-EEF-DEK

*Pickett v. Merck & Co., Inc., et al.*
U.S. District Court for the Southern District of Ohio, Western Division
Case No. 1:06-cv-720

Dear Mr. Coronato:

Enclosed is the original Plaintiff Profile Form (with attachments) signed by Plaintiff, Betty Pickett. Also enclosed are signed and authorizations for the release of Ms. Pickett's records from the following medical providers:

1) Arlene Basedow, D.O.;
2) Thomas F. Dannals, M.D.;
3) Our Lady of Bellefonte Hospital;
4) King's Daughters Medical Center;
5) Southern Ohio Medical Center;
6) David Caraway, M.D.;
7) Felix R. Muiz, M.D.;
8) Zane Darnell, M.D.;
9) Ann Alvarez, M.D.;
10) Marcos Nores, M.D.;
11) Matt Samuel, M.D.;
12) Dr. Ansinelli;
13) David Denning, M.D.;
14) Dr. Pollis;
15) John Van Deren, M.D.;
16) Robert Fried, M.D.;
17) The Staley's Pharmacy;
18) Hearts Pharmacy; and
19) CVS Pharmacy.

Please advise.

Sincerely yours,

Robert W. Kerpsack

RWK;phs
Enclosures

cc: Betty Pickett

Fifth Third Center • 21 East State Street, Suite 300 • Columbus, Ohio 43215
Phone 614.242.1000    Fax 614.242.4180    E-mail info@rwklaw.com    Fed. Tax ID 31-1681525

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>*Pickett v. Merck & Co., Inc., et. al.*<br><br>Civil Action No: 2:06-cv-11115 | Plaintiff: **Betty Pickett** |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A. Name of person completing this form: Robert W. Kerpsack, with information provided by Betty Pickett

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Fed Tax ID Number: 31-1681525

2. Maiden Or Other Names Used or By Which You Have Been Known: N/A

3. Address: 21 East State Street, Suite 300, Columbus, OH 43215

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? Betty Pickett, as her attorney.

5. If you were appointed as a representative by a court, state the:

   Court: N/A                                      Date of Appointment: N/A

6. What is your relationship to deceased or represented person or person claimed to be injured? Plaintiff's attorney

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: N/A

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes __X__ No _____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? Heart attack, congestive heart failure, and hardening of arteries.

   b. When do you claim this injury occurred? 2002/2003

   c. Who diagnosed the condition? Physicians at Kings Daughters Medical Center and Our Lady of Bellefonte Hospital

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No __X__ *If "yes,"* when and who diagnosed the condition at that time? N/A

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No __X__ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. N/A

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes __X__ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: Arlene Basedow, M.D., 2117 S. 7th Street, Ironton, OH 45368 and James David Daniels, M.D., 1101 Sixth Avenue, Huntington, WV 25701

   b. To your understanding, condition for which treated: unknown

   c. When treated: don't recall

   d. Medications prescribed or recommended by provider: none

II. **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A. Name: Betty Jo Pickett

B. Maiden or other names used or by which you have been known: Betty Jo Music, Betty Jo Judd

C. Social Security Number: 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

D. Address: 275 N. Third Street, Apt. 302, Ironton, OH 45638

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 275 N. Third Street, Apt. 302, Ironton, OH 45638 | 8/5/04 to present |
| 403 30th Street, Huntington, WV | 1981 to 8/04 |

F. Driver's License Number and State Issuing License: None

G. Date of Place and Birth: 3/15/44 – Huntington, WV

H. Sex: Male _____  Female _X_

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| 3rd Street Girls School | Don't recall | N/A | Up to 6th grade education |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Dept. of Health & Human Resources | Huntington, WV | 1982 to 9/29/97 | Special care provider – took care of people who couldn't care for themselves |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

3. Are you making a wage loss claim 3for either your present or previous employment? Yes _____ No _X_

*If "yes,"* state your annual income at the time of the injury alleged in Section I(C): N/A

K.  Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes ____ No _X_

*If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____ No ____

L.  Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes _X_ No ____ *If "yes,"* to the best of your knowledge please state:

    a. Year claim was filed: December 22, 1974

    b. Nature of disability: Injuries from a car accident and blindness

    c. Approximate period of disability: 12/22/74 to present

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _X_ No ____ *If "yes,"* set forth when and the reason.

    Car accident injuries (spleen and pancreas removed, 2 block blood vessels behind liver, broken ribs, and reconstructive bowel surgeries in 9/30/97 and 10/12/97)

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes ____ No _X_ *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. N/A

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes ____ No _X_ *If "yes,"* set forth where, when and the felony and/or crime. N/A

### III. FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death):

    Walter Pickett (dates of marriage 3/26/60-1964), William Music (dates of marriage 1964-1965), Walter Pickett (dates of marriage 5/30/65-1969) and Bill Judd (dates of marriage March 7, 1982 to 1984)

B.  Has your spouse filed a loss of consortium claim in this action? Yes ____ No _X_

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?  Yes __X__  No _____  Don't Know _____  *If "yes,"* identify each such person below and provide the information requested.

   Name: Luther Class (father)/Helen Clagg (mother)

   Current Age (or Age at Death): 79 (age of death: Luther)/56 (age of death: Helen)

   Type of Problem: hardening or arteries (Luther)/enlarged heart (Helen)

   If Applicable, Cause of Death: both died of pneumonia

D. If applicable, for each of your children, list his/her name, age and address:

   Paul Allen Pickett (age 44), Coal Grove, OH

   Daniel Scott Music (age 43), Ironton, OH

   Tamara G. Pickett (age 40), 2831 Saltwell Road, Huntington, WV 25705

   Sherry M. Pickett (age 39), Ironton, OH

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent.  N/A

### IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you?  Felix R. Muniz, M.D. and David L. Caraway, M.D.

B. On which dates did you begin to take, and stop taking, VIOXX®?  1998/1999 to 9/30/04

C. Did you take VIOXX® continuously during that period?
   Yes __X__  No _____  Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®?  Low back pain, left leg pain, two pinched nerves in back, and arthritis in neck, spine, knees, and ankles.

E. Did you renew your prescription for VIOXX®?  Yes ___  No ___  Don't Recall __X__

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided:  Drs. Muniz and Caraway – I don't recall all the doseages and when they were provided.

G. Which form of VIOXX® did you take (check all that apply)?
   ___ 12.5 mg Tablet (round, cream, MRK 74)
   ___ 12.5 mg Oral Suspension
   ___ 25 mg Tablet (round, yellow, MRK 110)
   ___ 25 mg Oral Suspension
   _X_ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? Two times per day

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes ___ No ___ Don't Recall _X_

J. Instructions or Warnings:

   1. Did you receive any written or oral information about VIOXX® before you took it? Yes ___ No _X_ Don't Recall ___

   2. Did you receive any written or oral information about VIOXX® while you took it? Yes ___ No ___ Don't Recall _X_

   3. *If "yes,"*
      a. When did you receive that information? N/A
      b. From whom did you receive it? N/A
      c. What information did you receive? N/A

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? Tylenol

## V. MEDICAL BACKGROUND

A. Height: 5'3 ½"

B. Current Weight: 115 lbs.
   Weight at the time of the injury, illness, or disability described in Section I(C): 150

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*
   ___ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
   _X_ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
      a. Date on which smoking/tobacco use ceased: 1997
      b. Amount smoked or used: on average 7 packs per week for 35 years.
   ___ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
      a. Amount smoked or used: on average ___ per day for ___ years.

_____ Smoked different amounts at different times.

D.    Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes ____ No _X_ *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.    Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?" Yes _____ No _X_ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. N/A

F.    Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| Bowel reconstruction surgery | Ulcers/unknown | 9/30/97 | David Denning, M.D. | St. Mary's Hospital |
| Bowel reconstruction surgery | Ulcers/unknown | 10/12/97 | Don't recall | St. Mary's Hospital |
| Triple by-pass | Hardening of arteries | 10/18/04 | Zane Darnell, M.D. and Dr. Pollis | Kings Daughter Medical Center |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| Angioplasties | 4/2000 and 2001 | Dr. Ansinelli | St. Mary's Hospital |

| | | | |
|---|---|---|---|
| Heart catherizations | 11/5/03, 10/14/04, and possible others | Zane Darnell, M.D. | Our Lady of Bellefonte Hospital |
| Stint | 2006 | Dr. Ansinelli | King's Daughters Medical Center |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?

Yes __X__ No _____ Don't Recall _____ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| MRI (several) | Don't recall | Don't recall | King's Daughters Medical Center | various |
| X-ray of chest | 10/12/04 | Ann Alvarez, M.D. | Our Lady of Bellefonte Hospital | Muscle cramps |
| Myocardial perfusion | 10/13/04 | Ann Alvarez, M.D. | Our Lady of Bellefonte Hospital | Chest pain |
| Left heart Catherization | 10/14/04 | Zane Darnell, M.D. | Our Lady of Bellefonte Hospital | Chest pain |
| Myocardial revascularization | 10/18/04 | Marcos Nores, M.D. | King's Daughters Medical Center | Unstable angina |
| Echocardiogram | 10/19/04 | Drs. Nores and Darnell | King's Daughters Medical Center | Unstable angina |
| 2D Echo | 8/31/05 | Zane Darnell, M.D. | Cumberland Cardiology | Heart |
| X-rays and MRI of Lumbar Spine | Don't recall | Don't recall | Don't recall | Don't recall |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.   Yes __X__   No _____

B. Decedent's death certificate (if applicable).   Yes _____   No _____

C. Report of autopsy of decedent (if applicable).   Yes _____   No _____

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A. Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Arlene Basedow, D.O. | 2117 S. 7th Street, Ironton, OH 45638 |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Arlene Basedow, D.O. | 2117 S. 7th Street, Ironton, OH 45638 | 2003/2004 to present |
| Thomas F. Dannals, M.D. | 1115 20th Street, Huntington, WV 25701 | 1995/1996 to 2003/2004 |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Our Lady of Bellefonte Hospital | St. Christopher Drive, Ashland, KY 41101 | 10/13/04 and other unknown dates | Chest pain |
| Our Lady of Bellefonte Hospital | St. Christopher Drive, Ashland, KY 41101 | 11/22/05 | Pneumonia |
| King's Daughters Medical Center | 2201 Lexington Avenue, Ashland, KY 41101 | 10/18/04 & other unknown dates | Unstable angina |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Our Lady of Bellefonte Hospital | St. Christopher Drive, Ashland, KY 41101 | Don't recall | Pneumonia |
| King's Daughters Medical Center | 2201 Lexington Avenue, Ashland, KY 41101 | Don't recall | Pneumonia |
| Southern Ohio Medical Center | 1805 27th Street, Portsmouth, OH 45662 | 2004 | Outpatient physical therapy after triple by-pass surgery |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| David Caraway, M.D. | 2900 First Avenue, Huntington, WV 25702 | Don't recall |
| Felix R. Muniz, M.D. | 2900 First Avenue, Huntington, WV 25702 | Don't recall |
| Zane Darnell, M.D. | 617 23rd Street, Suite 16, Ashland, KY 41101 | 2003 to present |
| Ann Alvarez, M.D. | 501 Main Street, Greenup, KY 41144 | Don't recall |
| Marcos Nores, M.D. | 617 23rd Street, Suite 14, Ashland, KY 41101 | Don't recall |
| Arlene Basedow, D.O. | 2717 S. 7th Street, Ironton, OH 45638 | 2003/2004 to present |
| Thomas F. Dannals, M.D. | 1115 20th Street, Huntington, WV 25703 | 1995/1996 to 2003/2004 |
| Matt Samuel, M.D. | 2754 Carter Avenue, Ashland, KY 41101 | Don't recall |
| Dr. Ansinelli | Ashland, KY | 2001/2002 to 2004 |
| David Denning, M.D. | 1600 Medical Center Drive, Suite 2500, Huntington, WV 25701 | Don't recall |
| Dr. Pollis | Don't recall | Don't recall |
| John Van Deren, M.D. | Our Lady of Bellefonte Hospital, St. Christopher Drive, Ashland, KY 41101 | Don't recall |
| Robert Fried, M.D. | 613 23rd Street, Suite 210, Ashland, KY 4110 | 10/14/04 |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| The Staley's Pharmacy | 217 S. 3rd Street, Ironton, OH 45638 |
| The Staley's Pharmacy | 2024 S. 9th Street, Ironton, OH 45638 |
| Hearts Pharmacy | Huntington, WV |
| CVS | Huntington, WV |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| N/A | N/A |
|  |  |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| N/A | N/A |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

*Betty J. Pickett*    Betty J. Pickett    7-22-07
Signature      Print Name      Date