medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

Dated this 22ⁿᵈ day of July , 200 7

X _Betty J. Pickett_
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 1657

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

**AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO
45 C.F.R. § 164.508 (HIPAA)**

Name: Betty Jo Pickett

Date of Birth: 3/15/44

Social Security Number: 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

I hereby authorize The Staley's Pharmacy to release
all existing medical records regarding the above-named person's medical care, treatment,
physical condition, and/or medical expenses to the law firm of **HUGHES HUBBARD & REED
LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302, and/or to the law firm
of _____ and/or their
designated agents ("Receiving Parties").** These records shall be used or disclosed solely in
connection with the currently pending VIOXX® litigation involving the person named above.
This authorization shall cease to be effective as of the date on which the above-named person's
VIOXX® litigation concludes. The Receiving Parties shall return or destroy the protected health
information (including all copies made) at the end of the above-named person's litigation or
proceeding.

I understand that the health information being used/disclosed may include information
relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired
Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol
disorders.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing
information. It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,

medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

Dated this 22 day of July , 200 7

X Betty J. Pickett
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

AUTHORIZATION #1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL No. 1657

**AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO
45 C.F.R. § 164.508 (HIPAA)**

Name: Betty Jo Pickett

Date of Birth: 3/15/44

Social Security Number: 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

    I hereby authorize ___Hearts Pharmacy___ to release all existing medical records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the law firm of **HUGHES HUBBARD & REED LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302, and/or to the law firm of** **and/or their designated agents ("Receiving Parties").** These records shall be used or disclosed solely in connection with the currently pending VIOXX® litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's VIOXX® litigation concludes. The Receiving Parties shall return or destroy the protected health information (including all copies made) at the end of the above-named person's litigation or proceeding.

    I understand that the health information being used/disclosed may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments,

medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

Dated this _22_ day of _July_ , 200_7_

_Betty J. Pickett_
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

AUTHORIZATION #1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 1657

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

**AUTHORIZATION FOR RELEASE OF**
**MEDICAL RECORDS PURSUANT TO**
**45 C.F.R. § 164.508 (HIPAA)**

Name: Betty Jo Pickett

Date of Birth: 3/15/44

Social Security Number: 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

I hereby authorize ___CVS Pharmacy___ to release
all existing medical records regarding the above-named person's medical care, treatment,
physical condition, and/or medical expenses to the law firm of **HUGHES HUBBARD & REED**
**LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302, and/or to the law firm**
**of** _____ **and/or their**
**designated agents ("Receiving Parties").** These records shall be used or disclosed solely in
connection with the currently pending VIOXX® litigation involving the person named above.
This authorization shall cease to be effective as of the date on which the above-named person's
VIOXX® litigation concludes. The Receiving Parties shall return or destroy the protected health
information (including all copies made) at the end of the above-named person's litigation or
proceeding.

I understand that the health information being used/disclosed may include information
relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired
Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol
disorders.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing
information. It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,

medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

Dated this 22ⁿᵈ day of July, 2007

Betty J. Pickett
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

AUTHORIZATION #1

X429

**RELEASE OF INFORMATION**

**St.Mary's**
HOSPITAL

**Psychiatric Services**

ADDRESSOGRAPH

SMMC / Pain Clinic _____ is authorized to: must check one

___ Exchange
___ Receive
✓ Release

Name of Facility

information regarding psychiatric and/or medical records of _Betty Pickett_

Name

Mad 15, 644   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   403 5ath St.   Huntington, WV. 25702.
Birth date        SS#          Address

during the period of _2600_ to _Pres_ to the following:
                    July 1977   most recent chart.

Name _____   Phone #

Address _____

I am requesting the information be released for: (purpose) _Moving / ongoing Care._

The following information may be released:

___ Psychiatric evaluation
___ Psychological Testing
___ Integrated/Biopsychosocial Assessments (nursing and psychosocial)
✓ Other: _Medication_

___ History and Physical
___ Discharge Summary

✓ Treatment Plan
✓ Lab Results

I understand this authorization, except for action already taken, is subject to my revocation at any time. In the absence of my prior revocation, this authorization will automatically expire with 90 days of this request.

4-28-03

X Betty Pickett
Patient Signature

X Betty Pickett
Date

_____   _____   _____
Signature of person authorized to consent   Relationship   Date

_____   _____
Witness   Date

THE FOLLOWING REQUIRES PATIENT SIGNATURE TO BE RELEASED:

α B P   PSYCHIATRIC/PSYCHOLOGICAL INFORMATION
X B P   DRUGS/ALCOHOL INFORMATION

Any further disclosure of medical information by the recipient is prohibited except when indicated by the purpose of this disclosure.

FORMED:   1/4/96 lcs
REVISED:   7/1/96

SMH: 24-26

# THE CENTER FOR PAIN RELIEF
## HUNTINGTON, W.V.

St. Mary's Hospital
2900 First Avenue
Huntington, W.V. 25702
(304) 525-PAIN (7246)

## FOLLOW-UP NOTE

**NAME:** **BETTY PICKETT**
**DATE:** 4-28-03

**CHIEF COMPLAINT:** Low back and bilateral leg pain.

**HISTORY OF PRESENT ILLNESS:** This is a former patient of Dr. Muniz, whom I have not seen previously.

Briefly, she has multiple pain complaints including low back pain and bilateral lower extremity pain. Her most significant finding, on x-ray, is of facet arthropathy. She has had Epidural Steroid Injections with no benefit.

Previously, she was on Duragesic patches. She has been out of these for several weeks.

**SUMMARY:** We had a long discussion regarding therapeutic options. She is planning to move to Ohio to consolidate her care. Since she has been out of her medications now for three weeks, I do not feel it prudent to restart these at this time. I will let her future doctors decide on appropriate care.

I have seen her today for the first time and really am not willing to get involved without knowledge of whether there will be future workup.

**PLAN:**
1. In the meantime, I have given her some Darvocet and Vioxx to take.
2. We will refill her Baclofen, as well, as these all seem to be providing her some relief.

DAVID L. CARAWAY, M.D.
DC/kap
DC181
**(DICTATED BUT NOT PROOFED)**

**THE CENTER FOR PAIN RELIEF**
**HUNTINGTON, W.V.**

St. Mary's Hospital
2900 1st Avenue
Huntington, W.V. 25702
(304)525-PAIN (7246)

**FOLLOW-UP NOTE**

| | |
|---|---|
| **NAME:** | **BETTY PICKETT** |
| **DATE:** | **10-02-02** |
| **SSN:** | **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** |
| **DOB:** | **3-15-44** |

**CHIEF COMPLAINT:**    Low back pain.

**HISTORY OF PRESENT ILLNESS:**    The patient is here for her follow up visit. She suffers from osteoarthritis of the spine, with chronic low back pain. She has also chronic obstructive pulmonary disease. She told me this is the first time in four years that she has been pain free. She is on Duragesic patches 75 mcg every 72 hours, Vioxx 50 mg once a day and Baclofen 10 mg t.i.d. She said she has been able to clean her house, which she has not been able to do in four years. She is also able to go to the bathroom upstairs and not use the potty chair. She denies side effects to the medications. She is doing well. She is very pleased with her treatment. She is sleeping well.

**NUTRITIONAL SCREEN:**  Assessed and recorded on the green intake sheet, in the chart.

**FUNCTIONAL SCREEN:**  Assessed and recorded on the green intake sheet, in the chart.

**REVIEW OF SYSTEMS:**  She continues to use oxygen, due to the severe COPD. She denies any hospitalizations since the last time she was in the office.

**PHYSICAL EXAMINATION:**    Her vital signs are stable as follows: blood pressure is 128/80, pulse is 100, respirations are 24 and weight is 167 pounds. HEART: Regular rate and no murmurs. LUNGS: Clear to auscultation. MUSCULOSKELETAL: She is stable with no deteriorations. She ambulates per self, with no assisted devices.

**ASSESSMENT:**
1.    Lumbar spine osteoarthritis.
2.    Severe chronic obstructive pulmonary disease.
3.    She is doing very well with improved quality of life and excellent pain relief.

Oct 01 06 10:44p    Tamara Pickett            304-697-0735          p.13

PAGE 2

FOLLOW-UP NOTE

NAME:       BETTY PICKETT
DATE:       10-02-02

PLAN:
1.    Continue her on the current treatment.
2.    Reevaluate in three months. She is aware she will be seeing my partner, Dr. David
      Caraway, since I am moving out of state. She is agreeable to continue her care at this
      Clinic.

FELIX R. MUNIZ, M.D.
FM/kap
FM53
(DICTATED BUT NOT PROOFED)
cc:    Thomas F. Dannals, M.D.
       Huntington Internal Medicine Group, Inc.
       1115 20th Street
       Huntington, WV 25703

**THE CENTER FOR PAIN RELIEF**
**HUNTINGTON, W.V.**

St. Mary's Hospital
2900 1st Avenue
Huntington, W.V. 25702
(304)525-PAIN (7246)

## FOLLOW-UP NOTE

| | |
|---|---|
| **NAME:** | **BETTY PICKETT** |
| **DATE:** | 6-19-02 |
| **SSN:** | 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 |
| **DOB:** | 3-15-44 |

**CHIEF COMPLAINT:**   Low back pain.

**HISTORY OF PRESENT ILLNESS:**   The patient is here for her follow up visit. She has chronic obstructive pulmonary disease. She also suffers from chronic low back pain, due to osteoarthritis of the spine. She was on Duragesic patches 75 mcg every 72 hours, but she said she has been out of the patches for a week, since Dr Dannals quit prescribing it for her. Dr. Dannals did not feel comfortable to continue prescribing the patches to her. However, when she was on the Duragesic patch, her pain was under very good control. She did not have any side effects to the medication.

**NUTRITIONAL SCREEN:**   Assessed and recorded on the green intake sheet, in the chart.

**FUNCTIONAL SCREEN:**   Assessed and recorded on the green intake sheet, in the chart.

**REVIEW OF SYSTEMS:**   She had a cardiac catheterization. She said she had 95% blockage of a coronary artery, but she does not know which one. She continues with oxygen through a nasal cannula at 2 liters per minute at all times, due to the severe COPD. She denies any recent pneumonia or hospitalizations due to her respiratory condition.

**PHYSICAL EXAMINATION:**   She is alert and oriented times three. She is well dressed, well groomed and in no distress. Her blood pressure is 127/73, pulse is 83, respirations are 14 and weight is 172 pounds. HEART: Regular rate and no murmurs. LUNGS: Distant sounds with occasional wheezes. She is using oxygen at 2 liters per minute through a nasal cannula. She ambulates per self, with no assisted devices. However, she looks in pain and moans and groans when she walks. NEUROLOGICAL: No true deficits observed.

**ASSESSMENT:**
1.      Lumbar spine osteoarthritis.
2.      Severe chronic obstructive pulmonary disease.

PAGE 2

FOLLOW-UP NOTE

NAME:    BETTY PICKETT
DATE:    6-19-02

PLAN:
1.    Today, she voluntarily signed a narcotic contract. I explained, in detail, our office policies regarding narcotics. She seems to be agreeable.
2     I refilled her Duragesic patches 75 mcg every 72 hours.
3.    She will return in two or three months for a medication checkup and follow up visit.


FELIX R. MUNIZ, M.D.
FM/kap
FM53
(DICTATED BUT NOT PROOFED)
cc:    Thomas E. Dannals, M.D.
       Huntington Internal Medicine Group, Inc.
       1115 20th Street
       Huntington, WV 25703

## THE CENTER FOR PAIN RELIEF
## HUNTINGTON, W.V.

St. Mary's Hospital
2900 1st Avenue
Huntington, W.V. 25702
(304)525-PAIN (7246)

### FOLLOW-UP NOTE

**NAME:**   **BETTY PICKETT**
**DATE:**   3-14-02
**SSN:**    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
**DOB:**    3-15-44

**HISTORY/CHIEF COMPLAINT:**      The patient's chief complaint is lower back pain.
The patient comes today to her follow up visit.  She has not been here since 5-09-01.  She has
significant low back pain that sometimes radiates to both legs.  She does have lumbar spine
osteoarthritis.  She says sometimes she goes to bed crying, due to the pain being so severe.  She is
having difficulty sleeping at night, waking up about three or four times during the night.  She is
currently on Duragesic patches 50 mcg every 72 hours and Baclofen 20 mg t.i.d.  She says the
Duragesic does not seem to be helping very much, as it used to.  She has been on the same
Duragesic dose for over a year.  I am somewhat confused, since she is telling me that Dr. Dannals
prescribed her patches last month, because I do have, on record, that we gave her a prescription
on 2-25-02, to be filled on 3-01-02, for Duragesic patches 50 mcg every 72 hours.  I am not sure
if this prescription was filled or not or if she is confused regarding who gave her the prescription.
In any event, before we issue another prescription, at the end of the month, we will contact Dr.
Dannals' office to see if he is going to continue prescribing this for her.  If he does continue to
prescribe this, I suggest that the dose be increased to 75 mcg every 72 hours, since she reports no
side effects from the medication and the analgesia is inadequate, at this time.

**PHYSICAL EXAMINATION:**      The patient is alert and oriented times three.  She is well
dressed and well groomed.  She is pleasant, cooperative and in no distress.  Her blood pressure is
108/57, pulse is 77, respirations are 12 and weight is 276 pounds.  HEART:  Regular rate and no
murmurs.  LUNGS: Clear to auscultation.  She is using oxygen through a nasal cannula.  Her gait
is fairly normal.  She is tender over the thoracic and lumbar area, on palpation, with some spasms.

### ASSESSMENT:
1.     Lumbar spine osteoarthritis.
2.     Chronic pain.
3.     Chronic opioid analgesia, at this time inadequate.

### PLAN:
1.     Increase Duragesic to 75 mcg every 72 hours.
2.     Today, I refilled her Baclofen.
3.     Start physical therapy twice a week for eight weeks at HPT.
4.     I will see her in the office, in three months, for a reevaluation.

PAGE 2

**FOLLOW-UP NOTE**

NAME:     **BETTY PICKETT**
DATE:     3-13-02


FELIX R. MUNIZ, M.D.
FM/kap
FM634
**(DICTATED BUT NOT PROOFED)**
cc:    Thomas E. Dannals, M.D.
       Huntington Internal Medicine Group, Inc.
       1115 20th Street
       Huntington, WV 25703

## THE CENTER FOR PAIN RELIEF
## HUNTINGTON, W.V.

St. Mary's Hospital
2900 1st Avenue
Huntington, W.V. 25702
(304) 525-PAIN (7246)

### FOLLOW-UP NOTE

**NAME:**     **BETTY PICKETT**
**DATE:**     **5-9-01**

**SSN:**     **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**
**DOB:**     **3-15-44**

### HISTORY/CHIEF COMPLAINT:     Low back pain.

Current medications include: Vioxx 25 mg once a day, Baclofen 20 mg x 3 per day and Duragesic patches 25 micrograms every 72 hours. The other medications she takes include: Effexor, Lipitor, Premarin and Elavil. The patient says that the low back pain radiates down both legs. She does not feel the medication seems to be helping at this time. She does not have any side effects of the medication.

**REVIEW OF SYSTEMS:**     Since the last time she was in the office, she is now on oxygen, through a nasal cannula, due to severe COPD and emphysema.

**PHYSICAL EXAMINATION:** On examination, she is alert and oriented x 3. Blood pressure is 134/60. Pulse is 90. Respirations 12. Weight is 187. Heart is regular rate and rhythm, no murmurs. Lungs are clear to auscultation. Range of motion in the lumbar spine decreased due to complaints of pain. She is able to do heel walking and toe walking .There are no motor deficits in the lower extremity.

### ASSESSMENT:
1.     Lumbar spinal osteoarthritis
2.     COPD

### PLAN:
1.     Increase Duragesic to 50 mcg per hour every 72 hours.
2.     Continue other medications as before
3.     Reevaluate in about three months.

Page 2

**FOLLOW-UP NOTE**

NAME:     **BETTY PICKETT**
DATE:       5-9-01

**FELIX R. MUNIZ, M.D.**
FM/kwr
FM565
**(DICTATED BUT NOT PROOFED)**

cc:     Center for Pain ATTN: Jill
        1201 Washington Street East
        Suite 100
        Charleston, W.V. 25301

Oct 01 06 10:48p      Tamara Pickett          304-697-0735        P.1

*THE CENTER FOR PAIN RELIEF*
*HUNTINGTON, WV*

St. Mary's Hospital
2900 1st Avenue
Huntington, WV 25702
(304) 525-PAIN (7246)

## FOLLOW-UP VISIT:

NAME:           BETTY J. PICKETT
DATE:           01/03/01

**HISTORY/CHIEF COMPLAINT:**     Ms. Pickett comes in today to the office for a follow-up
visit.  She has chronic low back pain.  She suffers from degenerative disc disease.  However, for
some reason she got confused and she was supposed to be scheduled for another epidural steroid
injection.  Apparently she missed her appointment and she only had one epidural steroid injection
on October 27th.

**COUNSELING AND COORDINATION OF CARE:**     Today in the office we are setting her
up to have her second epidural steroid injection.  In the past we had given her some Oxycontin, but
she states she is allergic to it.  She developed some rash and got hallucinations.  Therefore we will
discontinue that.  I am giving her #60 Darvocet today to take one P.O. twice a day PRN pain.  She
is to continue taking Vioxx 25 mg twice a day, and Baclofen 10 mg three times a day.

**FELIX R. MUNIZ, M.D.**
FRM/ljb
FRM427
**(DICTATED BUT NOT PROOFED)**

C:
John Finsaas, M.D.
Prestera Center for Mental Health Services, Inc.
3375 U.S. Route 60 East
Huntington, West Virginia 25705

Friday G. Simpson, M.D.
2627 - Fifth Avenue
Kroger Building
Huntington, West Virginia 25702

Oct 01 06 10:48p    Tamara Pickett        304-697-0735        p.2

## THE CENTER FOR PAIN RELIEF
## HUNTINGTON, W.V.

St. Mary's Hospital
2900 1st Avenue
Huntington, W.V. 25702
(304) 525-PAIN (7246)

### FOLLOW-UP VISIT

NAME:    BETTY PICKETT
DATE:    9-20-00

**HISTORY/CHIEF COMPLAINT:**    Ms. Pickett comes in today for a follow up visit. This lady has suffered from lumbar degenerative disease. Lately, her back pain has been flared up again. She is taking Baclofen 10 mg x 3 per day, Oxycontin 5/325 x 3 per day, PRN pain and Vioxx 25 mg every day. She does not have any side effects to the medication. Other medications include Amitriptyline, Prednisone, Premarin, Serevent, Lipitor, Prilosec, Pancrease, Effexor and Klonopin. The patient says she is no longer taking blood thinners and she would like to try the Epidural injections again since they gave her significant relief. Due to the fact that her vision has become so bad, she has to bend very close to everything she is doing. This has flared up somewhat, her low back pain.

**REVIEW OF SYSTEMS:**    The patient has well known sleep apnea. She has been trying to get a C-PAP machine for her. She is also on Oxygen 24 hours a day, 7 days a week.

**PHYSICAL EXAMINATION:**    On exam she is alert, oriented x 3. Blood pressure is 130/78, pulse is 78, respirations 20. Weight is 186. HEART : Regular rate and no murmurs. LUNGS: Clear to auscultation. Straight leg raising in position negative bilaterally. She does have some increased pain on flexion and extension of lumbar spine. Gait is normal, no focal deficits.

**ASSESSMENT:**
1.    The patient with lumbar degenerative disease and exacerbation of low back pain.
**PLAN:**
1.    Restart series of lumbar epidural steroid injections.
2.    She was instructed to hold aspirin for 7 days prior to the injection.
3.    Today I refilled her Vioxx, Baclofen and Percocet to be refilled on the 7 th of next month.

FELIX R. MUNIZ, M.D.
FRM/kwr
FRM/372
**(DICTATED BUT NOT PROOFED)**
cc:    Thomas E. Dannals, M.D.
       1115 20th St.
       Huntington, W.V. 25703

## THE CENTER FOR PAIN RELIEF
## HUNTINGTON, WV

### FOLLOW-UP VISIT

NAME:      BETTY PICKETT
DATE:      JUNE 20, 2000

**HISTORY /CHIEF COMPLAINT:** Her chief complaint is low back pain and left leg pain. Her current medications include prednisone, Plavix, Premarin, Lipitor, Pancrease, Klonopin, and Ibuprofen. She was last seen in the hospital on 5/26/2000 when she was admitted for chest pain and back pain. At this time she is taking Ibuprofen only for pain, but I instructed her that I would not like to keep her on that given the fact she is taking Plavix a blood thinner. I told her about the potential side effects and complications, and she is agreeable to that. Because of her recent cardiac complications, we decided to stop doing the epidural steroid injections. We were supposed to do a third one under fluoroscopy, but after she that she was admitted to the hospital.

**PHYSICAL EXAMINATION:**      She is alert and oriented x three in no distress. Vital signs reveal blood pressure at 132/66; respiratory rate is 20; pulse 96; weight 173 pounds. Heart: Regular rhythm. No murmurs. Lungs: Clear to auscultation. She is using oxygen through a nasal canula.

### ASSESSMENT:
1.      Chronic low back pain--lumbar degenerative disc disease.

### COUNSELING AND COORDINATION OF CARE:
1.      Continue conservative management for now. She is to discontinue the Ibuprofen and will start her on Vioxx 25 mg every day. I will give her Indocin to take one TID PRN for break through pain.
2.      I will see her back in the office in a few weeks for reevaluation.


FELIX R. MUNIZ, M.D.
FRM/ljb
FRM321
(DICTATED BUT NOT PROOFED)

# THE CENTER FOR PAIN RELIEF
# HUNTINGTON, WV

## FOLLOW-UP VISIT

*NAME:*     **BETTY PICKETT**                    *DATE: 04/12/00*

**INTERVAL HISTORY:** She is a patient of Dr. Muniz.  She returns today for complaints of lower back pain and bilateral lower extremity pain. (Visit is done without benefit of the chart).  She tells me she has been having increased pain for the past several days without instigating event both in her lower back and lower extremities.  She was admitted last week and underwent an angioplasty per Dr. Ansinelli.  She has not had any chest pain since.  She has had improved breathing as well.  She has changed her primary care physician to Dr. Dannals.  She had been taking Ibuprofen previously, which would decrease her need for Lortab; however, it has caused her to have GI upset and has since discontinued this.  She rates her pain as 10/10.  She has undergone a single lumbar epidural injection with about one month's relief; however, she had to cancel her second injection because of her chest pain.  She denies side effects from her medications; she has been started on an aspirin a day per Dr. Ansinelli.  Her medication list was reviewed.

**PHYSICAL EXAMINATION:** Vital signs were reviewed.  She is alert, oriented, and in no acute distress.   She does have an antalgic gait, but is ambulatory per self and without assistive devices.  She is pleasant and cooperative.  Affect is normal in range and amplitude.   Mood is euthymic.  Speech is appropriate.  She is able to transition to the examining table per self.  Pupils are equal and reactive to light; sclerae are clear.  She does have medial deviation of the right eye.  Oropharynx is clear.  Mucous membranes are moist.  Upper dental plate is present; no loose dentition on the lower.  Lumbar region is non-tender.  She has some loss of the lumbar lordosis.  Deep tendon reflexes bilaterally 2+ patellar; ankles could not be elicited.  Negative straight leg raises.  There is some mild crepitus bilaterally of the knees, but is non-tender with no effusion is noted.  No ankle swelling is noted.  No pedal edema.  Left ankle is tender, but no ecchymosis, and full range of motion is noted.

**ASSESSMENT:**  Lower back pain - good response to initial lumbar epidural steroid injection.

**COUNSELING & COORDINATION OF CARE:**  After examination, she mentioned that she had strained her left ankle accounting for the tenderness.  I recommended that she place ice on the area for several days, keep it elevated, and to follow-up if no improvement.  I have re-written for her Lortab.  We may want to consider adding a _____ 2 inhibitor.  I have given her written instructions in regards to when it may be appropriate to discontinue her aspirin long enough to repeat the epidural.  She is to take this to Dr. Ansinelli on her follow-up visit; otherwise, she is to return here to see Dr. Muniz.

_____
KELLEE ABNER, M.D.
KA/sho
KA253
**(DICTATED BUT NOT PROOFED)**

# THE CENTER FOR PAIN RELIEF HUNTINGTON, WV

## PROGRESS NOTE

*NAME:*      ***BETTY PICKETT***
*DATE:*      *11/15/99*

**HISTORY/CHIEF COMPLAINT**: Ms. Pickett comes today for her follow-up visit. This is a patient with chronic lower back pain and bilateral leg pain. Her pain level is rated as 8.5/10. She is currently taking Flextra TID for pain. She was taking Percocet, but says she stopped this since she had some type of reaction that made her feel "funny." She says her pain, however, is no longer under good control and she is becoming fearful to take medications because of side effects. She is here today in the office to discuss epidural steroid injections, which I explained to her in the past.

**COUNSELING & COORDINATION OF CARE:**
1) Again, I explained the benefits/risks of epidural steroid injections, including how the procedure is performed, to which she has agreed. We will schedule her for same.
2) I am giving her a prescription for Feldene 20mg QD.
3) I may consider sending her to physical therapy if the epidural steroid injections are not helpful.

FELIX R. MUNIZ, M.D.
FRM/sho
FRM185
**(DICTATED BUT NOT PROOFED)**

C:     Friday Simpson, M.D.

Oct 01 06 10:49p       Tamara Pickett              304-697-0735              p.6

# THE CENTER FOR PAIN RELIEF
# HUNTINGTON, WV

## PROGRESS NOTE

**NAME:**   ***BETTY PICKETT***
**DATE:**   ***09/09/99***

**HISTORY/CHIEF COMPLAINT:** Ms. Pickett comes today for her follow-up visit. This is a lady with chief complaint of pain in the lower back area and both legs. On her initial evaluation, I ordered x-rays of lumbar spine and MRI - she had the x-rays done, but not the MRI (it seems she forgot about this). The x-rays show that she does have arthritis in the spine with facet arthropathy in the lumbar area. These results were discussed with her today in the office. The patient was also started on Neurontin 300mg and Flextra; however, she said she had allergic reaction to both of these, including breaking out in hives. Recently, she was given a prescription for Stagesic; however, she says she could not tolerate this either because she had a reaction that she cannot recall well. She says that she had to go to the emergency room due to the rash, blurred vision, short-term memory loss, and some chest pain. She was told to stop the Neurontin, and she was given a Medrol DosePak. She was also told to stop the Flextra DS because they thought she was allergic to it. At the emergency room, she was prescribed a different pain medication, but the patient does not remember the name of it. The patient says she is doing a little better on the current pain medication, but we do not know which medication. She rates her pain as 0 when she takes her pain medication. She says she is sleeping well. We checked with her pharmacy and discovered that she was given Percocet, #20 tablets, on 09/03/99, and she still has a few tablets left. She takes it only if she really needs it. She says she has at least six hours of pain relief whenever she takes the Percocet.

**PHYSICAL EXAMINATION:** Ms. Pickett is alert, oriented, well-groomed, and cooperative. Heart: Regular rhythm, no murmurs. Lungs: Clear to auscultation. Blood pressure 130/52. Pulse 91. Respiratory rate 18. Weight 167 pounds. Flexion of the spine is limited to about 80 degrees with some pain; extension limited to about 15 degrees with bilateral lower lumbar pain. Straight leg raise negative bilaterally in the sitting position.

**ASSESSMENT:**
1)     Chronic lower back pain - arthritis of the spine with facet arthropathy.

**PLAN:**
1)     I gave her a prescription for #40 Percocet to take only as needed QD-BID for breakthrough pain.
2)     We may consider re-ordering the MRI in the future and maybe offering her some injections. At this time, however, since her pain seems to be controlled with medication and she seems to be doing better, I will hold off on offering injections.

**PROGRESS NOTE (CONTINUED)**
**PAGE TWO**

*RE:*        ***BETTY PICKETT***
*DATE:*      *09/09/99*

PLAN:
3)      I will see her back in the office after I return from vacation.

_____

**FELIX R. MUNIZ, M.D.**
FRM/sho
FRM159
**(DICTATED BUT NOT PROOFED)**

C:      Friday Simpson, M.D.

Oct 01 06 10:49p    Tamara Pickett                304-697-0735                p.6

## THE CENTER FOR PAIN RELIEF
## HUNTINGTON, WV

St. Mary's Hospital
2900 1st Avenue
Huntington, WV 25702
(304) 525-PAIN (7246)

## PROCEDURE NOTE:

NAME:                    *Rx Hx* PICKETT

DATE:                    03/02/01

**PROCEDURE PERFORMED:**    LUMBAR EPIDURAL STEROID INJECTION #3

**TECHNIQUE:**    A written informed consent was obtained and placed in the chart. The patient was placed in a sitting position with the lumbar area in flexion. The L4-L5 interspace was identified with palpation and marked. The skin was disinfected with Betadine solution and sterile drapes were applied in the usual sterile fashion. The skin was anesthetized with Lidocaine 1 percent, through a 25-gauge needle, and then using an 18-gauge epidural Touhy-Schliff needle, the epidural space was found smoothly the first time using the loss resistance technique with preservative free normal saline and air.   Negative aspiration obtained for cerebrospinal fluid or blood.  No paresthesias were reported, and a total volume of 10 cc containing preservative free normal saline mixed with 80 mg of Kenalog was injected.  The needle was flushed with 1 cc of normal saline and removed.

The patient tolerated the procedure well and no immediate apparent complications were noted.  The patient was then observed in the office for about 15 minutes.  She was discharged home in satisfactory condition in the company of her son.

FELIX R. MUNIZ, M.D.
FRM/ljb
FRM461
(DICTATED BUT NOT PROOFED)

THE CENTER FOR PAIN RELIEF
HUNTINGTON, W.V.

St. Mary's Hospital
2900 1st Avenue
Huntington, W.V. 25702
(304) 525-PAIN (7246)

PROCEDURE NOTE

NAME:      BETTY PICKETT
DATE:      1-15-01

PROCEDURE PERFORMED:      Lumbar epidural steroid injection #2

WORKING DIAGNOSIS:      Lumbar degenerative disc disease.

TECHNIQUE:
A written informed consent for the procedure was obtained and questions answered. The patient
was taken to the procedure room and placed in the sitting position with the lumbar in flexion.
L3/L4 intervertebral space was identified with palpation and marked. The skin was disinfected
with Betadine solution and sterile drapes were applied in the usual sterile fashion. The skin was
anesthetized with Lidocaine 1 % through a 25-gauge needle. Then using an 18 gauge epidural
Tuohy Schliff needle the epidural space was found smoothly on first attempt using loss
resistance technique with preservative free normal saline and air.  Negative aspiration obtained
for cerebral spinal fluid or blood. No paresthesias reported. A total volume of 10 cc's containing
preservative free normal Saline mixed with 80 mg Kenalog was injected. The needle was
flushed with 1 cc normal saline and removed. The patient tolerated the procedure well and there
were no complications.

She was observed for about 15 minutes afterwards and she remained in satisfactory condition.

FELIX R. MUNIZ, M.D.
FM/kwr
FM436
(DICTATED BUT NOT PROOFED)

*THE CENTER FOR PAIN RELIEF*
*HUNTINGTON, WV*

St. Mary's Hospital
2900 1st Avenue
Huntington, WV 25702
(304) 525-PAIN (7246)

## PROCEDURE NOTE:

NAME:           BETTY PICKETT
DATE:           10/27/00

WORKING DIAGNOSIS: CHRONIC LOW BACK PAIN DUE TO LUMBAR DEGENERATIVE DISC DISEASE

**PROCEDURE PERFORMED:**    LUMBAR EPIDURAL STEROID INJECTION #1

**TECHNIQUE:**    A written informed consent was obtained and questions were answered. Vital signs were taken and stable. The patient was placed in a sitting position with the lumbar area in flexion. The L3/L4 intervertebral space was identified with palpation and marked. The skin was disinfected with Betadine solution and sterile drapes were applied in the usual sterile fashion. The skin was anesthetized with Lidocaine 1% using a 25-gauge needle, and then using an 18-guage epidural Tuohy Schliff needle, the epidural space was found smoothly on the first attempt using the loss resistance technique with preservative free normal saline and air. Negative aspiration was obtained for cerebrospinal fluid or blood. No paresthesias were reported and a total volume of 10 cc containing, preservative free normal saline mixed with 80 mg of Kenalog was injected. The needle was then flushed with preservative free normal saline and removed.

The patient tolerated the procedure well and there were no apparent complications. The patient was then observed for about 15 or 20 minutes after the block, and the vital signs remained stable. She was sent home in a satisfactory condition accompanied by her son.

FELIX R. MUNIZ, M.D.
FRM/ljb
FRM395
**(DICTATED BUT NOT PROOFED)**

Oct 01 06 10:55p     Tamara Pickett          304-697-0735          p.1

# THE CENTER FOR PAIN RELIEF
# HUNTINGTON, WV

## FOLLOW-UP VISIT/PROCEDURE NOTE

*NAME:*      **BETTY PICKETT**
*DATE:*      **03/03/00**

**HISTORY/CHIEF COMPLAINT:** Ms. Pickett comes to the office today for her #3 epidural steroid injection. She reports significant relief with the first injection; the second injection did not significantly help her pain.

## PROCEDURE PERFORMED:      LUMBAR EPIDURAL STEROID INJECTION #3.

**TECHNIQUE:** Informed consent was obtained and questions were answered. The patient was placed in a sitting position with the lumbar area in flexion. L4/L5 intervertebral space was identified, palpated, and marked. The skin was disinfected with Betadine solution and sterile drapes were applied in the usual sterile fashion. The skin was anesthetized with Lidocaine 1% through a 25-gauge needle. Using a Tuohy-Schliff 18-gauge epidural needle, the epidural space was attempted to be found; however, despite several attempts, it was not possible. A second attempt was then done at L3/L4 intervertebral space after anesthetizing the skin, but this was also technically very difficult. At this point, I elected to cancel the procedure and re-schedule it in the outpatient area and do it under fluoroscopy. The patient seems to understand and is agreeable with my plan.


FELIX R. MUNIZ, M.D.
FRM/sho
FRM234
**(DICTATED BUT NOT PROOFED)**

ST. MARY'S HOSPITAL OPERATIVE RECORD
Felix Muniz, M.D.

NAME:                          PICKETT, BETTY J
CASE #:                        20639449
DATE:                          11/22/99
DATE ADMITTED:                 11/22/99
ROOM #:

SURGEON:                       Felix Muniz, M.D.

ASSISTANT SURGEON:

PREOPERATIVE DIAGNOSIS:        1.    Chronic low back pain.
                               2.    Lumbar degenerative joint disease.
                               3.    Lumbar spinal osteoarthritis.

POSTOPERATIVE DIAGNOSIS:       1.    Chronic low back pain.
                               2.    Lumbar degenerative joint disease.
                               3.    Lumbar spinal osteoarthritis.

PROCEDURE:                     Lumbar epidural steroid injection. # 1

**OPERATIVE PROCEDURE AND FINDINGS:**

Technique:                     Informed consent was obtained and all questions answered. The patient
was placed in the sitting position while being monitored with noninvasive blood pressure cuff, EKG and pulse
oximetry. The L4-L5 intervertebral space was identified with palpation in the midline. The skin was disinfected
with Betadine solution and sterile drapes were applied. The skin was anesthetized with Lidocaine 1% through a
25 gauge needle. Deep infiltration was done using a 22 gauge 1-1/2 inch needle after negative aspiration in the
midline L4-L5 intervertebral space.

Using a Tuohy needle, 17 gauge, the epidural space was then found using loss of resistance technique with saline
and air using midline approach. Negative aspiration for cerebrospinal fluid or blood, no paresthesias elicited. A
total volume of 10 cc containing preservative-free normal saline mixed with 80 mg of Kenalog was injected. The
needle was flushed with 1 cc of normal saline and removed. The patient tolerated the procedure well. There were
no apparent complications.

FM:rjh
D: 11/22/99
T: 11/23/99 13:44                          Felix Muniz, M.D.
JOB # 98754



## Volkema Thomas

Volkema, Thomas, Miller, Burkett, Scott & Merry
*A Legal Professional Association*

140 East Town Street
Suite 1100
Columbus, Ohio 43215-5183
614 221-4400  614 221-6010 (fax)
Email: attorneys@vt-law.com

Elizabeth S. Burkett
Janet L. Larkin
Jeffrey L. Maloon
Tony C. Merry
Michael S. Miller
Frederick M. Morgan, Jr.
Craig P. Scott
Warner M. Thomas, Jr.*
Jennifer M. Verkamp
Daniel R. Volkema
*Also admitted to Kentucky

August 9, 2005

Mrs. Betty Pickett
275 North Third Street, Apt. 302
Ironton, Ohio 45638

      RE:   Potential Vioxx Claim

Dear Mrs. Pickett:

      Enclosed are your medical records from Cumberland Cardiology. We have not kept a copy of these records. We are sending you our originals.

      Best wishes.

               Very truly yours,

               Daniel R. Volkema

DRV:mw

Enclosures

050809 Ltr BPickett

Oct 01 06 10:56p     Tamara Pickett          304-697-0735          p.4

**Volkema Thomas**

Volkema, Thomas, Miller, Burkett, Scott & Merry

*A Legal Professional Association*

140 East Town Street
Suite 1100
Columbus, Ohio 43215-5183
614 221-4400  614 221-6010 (fax)
Email: attorneys@vt-law.com

Elizabeth S. Burkett
Janet L. Larkin
Jeffrey L. Maloon
Tony C. Merry
Michael S. Miller
Frederick M. Morgan, Jr.
Craig P. Scott
Warner M. Thomas, Jr.*
Jennifer M. Verkamp
Daniel R. Volkema
*Also admitted in Kentucky*

June 21, 2005

Cumberland Cardiology
Attn: Medical Records
617 23rd Street, Suite 16
Ashland, Kentucky 41101

Re:  Our Client:      Betty Pickett
      SSN:              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
      DOB:              3/15/1944

Dear Custodian of Records:

Please be advised that this office represents Betty Pickett in her claim against the manufacturer of the prescription drug Vioxx. It is our understanding that you have treated our client. Please provide us with a complete copy of the medical chart for Ms. Pickett. An authorization allowing the release of this information is enclosed.

If you have any questions, please feel free to contact this office. Thank you for your assistance.

Very truly yours,

Debra D. Overly, Paralegal

DDO/pdw
Enclosure
050621 Cumberland-R

Received   6/27/05
Sent       6/27/05      *[signature]*

## AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION
### UNDER THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT ("HIPAA")

Patient Name: _Betty Pickett_

Patient Date of Birth: _3/15/44_     Social Security No.: _287-38 5/04_

1. I authorize the custodian of medical records of _Cumberland Cardiology_
to disclose the Protected Health Information ("PHI") of the individual whose name appears above, as described below.

2. The type and amount of information that may be used or disclosed is as follows:
    ☒ entire record
    ☐ other _____

3. This PHI may be disclosed solely to the following organization for the purpose of legal representation:

    Volkema, Thomas, Miller, Burkett, Scott & Merry LPA
    140 East Town Street, Suite 1100
    Columbus, Ohio 43215
    (614) 221-4400
    (614) 221-6010 (fax)

4. I expressly retain the right to revoke this authorization, without exception and at any time, except to the extent that action has already been taken in reliance on this authorization, or, if this authorization was obtained as a condition of obtaining insurance coverage, other law provides the insurer with the right to contest a claim under the policy. I understand if I revoke this authorization I must do so in writing and present my written revocation to the custodian of medical records identified above. Unless otherwise revoked, this authorization will expire upon the termination of my legal representation by Volkema Thomas Miller Burkett Scott & Merry LPA.

5. I understand that the provider to whom this authorization is addressed has no authority to condition or refuse treatment based upon the information requested in this authorization

6. I understand that the disclosure of this PHI carries with it the potential for an unauthorized re-disclosure and that the information may no longer be protected by federal confidentiality rules.

7. This authorization was prepared by my attorneys at Volkema, Thomas, Miller, Burkett, Scott & Merry and is intended to satisfy the requirements of the Health Insurance Portability and Accountability Act of 1996, as amended, as more fully set forth in 45 C.F.R. §164.508.

    A photocopy of this authorization shall be as valid as the original.

_Betty Pickett_                          June 21, 2005
Signature of Patient or Legal Representative          Date

If signed by legal representative, a description of the authority under which the representative is authorized to sign:

_____

_____

Oct 01 06 10:56p   Tamara Pickett          304-697-0735           p.8
Nov 05 03 11:12a     C 9H Cath Lab          8349354                p.1

Pickett, Betty

## OUR LADY OF
## BELLEFONTE HOSPITAL, INC
Cardiac Catheterization Lab

**Coronary Angiography**

PICKETT, BETTY
HX226746
OBS T
14102827
740/534-9235
ADAMS, SUE   S 59Y   03/15/44  F.
11/03/03
6644 1/2 STATE ROUTE
IRONTON, OH 45638

| NAME | | CATH. | DATE |
|---|---|---|---|
| DOCTOR | | SEX | AGE | ROOM |

**INDICATIONS**

**RECOMMENDATIONS**



Heart

39D cm

40%

50%

EF 40 %   2+mR

LAO

LAO

**HEMODYNAMICS**          SAT%

RA:  a:___ v:___ x:___   ___

RV:  ___ / ___           ___

PA:  ___ / ___ x:___     ___

PCP: a:___ v:___ x:___   ___

AO:  ___ / ___ x:___     ___

LV:  ___ / EDP ___       ___

CL:  ___ BSA:___

**COMMENTS**

**SIGNATURE**

Oct 01 06 10:56p    Tamara Pickett          304-697-0735          p.6

OUR LADY OF BELLEFONTE HO... .AL      3754-1
Ashland, Kentucky 41101

\* Operative Report \*

| | | | |
|---|---|---|---|
| **Name:** | BETTY PICKETT | **Procedure Date:** | 11/05/2003 |
| **Medical Record #:** | 226746 | **Room Number:** | 0443 |
| **Physician Name:** | Zane Darnell, M.D. | | |

**PREOPERATIVE DIAGNOSIS:**

**POSTOPERATIVE DIAGNOSIS:**

**OPERATION:**  Left heart catheterization

**DESCRIPTION:**  The patient was brought to the Cath Lab in a fasting state and was prepped and draped in a sterile manner.  The right femoral region was anesthetized with 1% Xylocaine.  Right femoral artery was entered with modified Seldinger technique and a 6 French sheath was inserted over the guidewire in the right femoral artery.  Left and right coronary angiograms were obtained with 6 French JL4 and JR4 catheters respectively.  A pigtail catheter was placed in the ventricle and ventriculogram was performed with 36 cc's of dye at 12 cc's per second.  Pull back pressure was obtained and the pigtail catheter was removed.  Angio-Seal device was successfully deployed in the right femoral region.  The patient tolerated the procedure well with no complications.

**FINDINGS:**
The aortic pressure is 139/82, LV pressure 140, LVDP of 31.  The coronary arteries of the left main is normal.  The left anterior descending artery has a stent in the mid segment.  There is a 50% stenosis just proximal within the level of the first diagonal branch with distal luminal irregularity.  The first diagonal branch has an ostial with 40% stenosis with distal luminal irregularities.  The remaining diagonal branches are small with no significant disease.  The circumflex system is a small non-dominant with minor luminal irregularities.  The ramus intermedius branch is moderate caliber with liminal irregularities.  The right coronary artery has a stent at the proximal portion with a 40 - 50% restenosis to the mid portion.  The right coronary artery has a total occlusion distally which is chronic with a grade III collaterals from the left system particularly the circumflex artery to the distal right coronary system.  Ventriculogram shows an akinetic infrabasilar wall with an ejection fraction of 40% and 2+ mitral regurgitation.

**IMPRESSION:**
1.  Patent stent within the LAD with 50% LAD lesion.
2.  40% stenosis at the ostium and the first diagonal branch.
3.  Chronically occluded right coronary artery.
4.  2+ MR.
5.  LV dysfunction with ejection fraction of 40%.

OPERATIVE REPORT
COPY

**PICKETT BETTY**
226746
11/05/2003 Procedure

**PLAN:**
Medical treatment.

                                    Zane Darnell, M.D.

ZD:pg
DD:    11/05/2003 10:40:24
DT:    11/05/2003 14:47:13
Job ID:390777

CC:

Page 2                                    OPERATIVE REPORT
                                               COPY

# Cumberland Cardiology re-visit form

| DATE | 6 | NAME | Betty Pickett |
| DOB | | AGE | MR# |
| PRIMARY PHYSICIAN | | | DICATATED | FAXED |

| CARDIAC RISK | NO | YES |
| 1. CHEST PAIN | | |
| 2. DOE | | |
| 3. PND | | |
| 4. ORTHOPNEA | | |
| 5. PALPITATIONS | | |
| 6. EDEMA | | |
| 7. SYNCOPE | | |
| 8. DIZZINESS | | |

Here for checkup Recent
hosp-tal stay due to _____

## CARDIAC EXAM

BP _____  HR _____  WT _____

NORMAL

___NECK    ___JVD ___GOITER:
           R-Car ___1/4-1___bruit
           L-Car ___4/4+___bruit
___CHEST    rules ___rhonchi___wheezes
            diminished
___CARDIAC  ___irreg S1 S2  S3  S4
            Click  rub  murmur
___ABD      organomegaly ___tenderness
            mass ___bowel sounds
            ___bruit
___PULSES   femoral R___ L___
            DP R___ L___
            PT R___ L___
___EXT      ___clubbing ___cyanosis
            ___edema

Labs/Tests:

### IMPRESSION

(AD Some
(AAZ 6
___
___
avoid ___
___

PLAN

Nurse _____        Physician signature

Oct 01 06 10:57p    Tamara Pickett              304-697-0735         p.10

JR LADY BELLEFONTE HOSPITAL
ST. CHRISTOPHER DR.
ASHLAND, KY 41101

TRANSCRIPTION REPORT              << PHYSICIANS COPY >>

| | |
|---|---|
| X-Ray#:      236165 | Trans#:       827698 |
| SSN:         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 | Room#:        0323/01  M   MED |
| Pat Name:    PICKETT, BETTY | Account#:     131905417 |
| Address:     275 N 3RD STREET APT 302 | |
|              IRONTON, OH 45638 | History#:       226746 |
| Phone#:      740/534-1029 | Sex:          F |
| Birthday:    03/15/44    60 | |

Physicians

======================================================================

| | |
|---|---|
| Ord: JASON YUAN | Cons1: ZANE A. DARNELL |
| Adm: ANN ALVAREZ | Cons2: |
| | Cons3: |

----------------------------------------------------------------------

Exam:      320016  CHEST (PA & LAT)
Exam Date: 10/12/04
Reason:    MUSCLE CRAMPS                                    Page:     1

----------------------------------------------------------------------

PA AND LATERAL CHEST:   10/12/04

COMPARISON:  07/21/04

DISCUSSION:

The lungs are hyperexpanded.  Mild elevated left hemidiaphragm is
present.  No acute consolidation is identified.  The heart and
mediastinum are within normal limits.

IMPRESSION:  STABLE CHEST WITHOUT ACUTE PROCESS.


                        Read by Dr. STEVEN L. WOOLLEY


MB    10/13/04 20:13




              << PHYSICIANS COPY >>  10/13/04    20:13

JR LADY BELLEFONTE HOSPITA
ST. CHRISTOPHER DR.
ASHLAND, KY 41101

TRANSCRIPTION REPORT          << PHYSICIANS COPY >>

| | |
|---|---|
| X-Ray#:    236165 | Trans#:     827392 |
| SSN:       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 | |
| Pat Name: PICKETT, BETTY | Room#:    0323/01  M   MED |
| Address:  275 N 3RD STREET APT 302 | Account#:  131905417 |
| IRONTON, OH 48638 | |
| Phone#:   740/534-1029 | History#:    226746 |
| Birthday: 03/15/44   60 | Sex:      F |

Physicians

Ord: ANN ALVAREZ            Cons1: ZANE A. DARNELL
Adm: ANN ALVAREZ            Cons2:
                           Cons3:

Exam:      340090  NM MYOCARDIAL PERFUSION
Exam Date: 10/13/04
Reason:    CHEST PAIN                                      ---Page:    1

SPECT STRESS MYOVIEW PANEL   10/13/04:

TECHNIQUE:          A rest/stress Spect Myoview perfusion study and
                    gated quantitative wall motion analysis was
                    performed with 11.18/32.0 mCi Tc Myoview.

DESCRIPTION:

There is an inferior wall defect present which is reversible
suggestive of ischemia. The gated portion of the study shows a
normal wall thickening with ejection fraction of 51%.

IMPRESSION:   THERE IS EVIDENCE OF INFERIOR AND APICAL ISCHEMIA.

              EJECTION FRACTION OF 51%.


                        Read by Dr. ZANE A. DARNELL


KT    10/13/04 19:49




              << PHYSICIANS COPY >>  10/13/04    19:54

Oct 01 06 10:57p    Tamara Pickett        304-697-0755            p.11

JR LADY BELLEFONTE HOSPITA
ST. CHRISTOPHER DR.
ASHLAND, KY 41101

TRANSCRIPTION REPORT          << PHYSICIANS COPY >>

X-Ray#:       236165                    Trans#:       827392
SSN:          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
Pat Name:  PICKETT, BETTY               Room#:        0323/01  M   MED
Address:   275 N 3RD STREET APT 302     Account#:     131905417
           IRONTON, OH 45638
Phone#:    740/534-1029                 History#:     226746
Birthday:  03/15/44   60  *             Sex:          F

                          Physicians

=========================================================================
Ord: ANN ALVAREZ              Cons1: ZANE A. DARNELL
Adm: ANN ALVAREZ              Cons2:
                              Cons3:
-------------------------------------------------------------------------
Exam:       340090  NM MYOCARDIAL PERFUSION
Exam Date: 10/13/04
Reason:     CHEST PAIN
-----------------------------------------------------------Page:     1


SPECT STRESS MYOVIEW PANEL   10/13/04:

TECHNIQUE:          A rest/stress Spect Myoview perfusion study and
                    gated quantitative wall motion analysis was
                    performed with 11.18/32.0 mCi Tc Myoview.

DESCRIPTION:

There is an inferior wall defect present which is reversible
suggestive of ischemia. The gated portion of the study shows a
normal wall thickening with ejection fraction of 51%.

IMPRESSION:    THERE IS EVIDENCE OF INFERIOR AND APICAL ISCHEMIA.

               EJECTION FRACTION OF 51%.


                        Read by Dr. ZANE A. DARNELL


KT    10/13/04 19:49



                    << PHYSICIANS COPY >>  10/13/04   19:56

JR LADY BELLEFONTE HOSPITA.
ST. CHRISTOPHER DR.
ASHLAND, KY 41101

TRANSCRIPTION REPORT          << PHYSICIANS COPY >>

X-Ray#:      236165                        Trans#:      827392
SSN:         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
Pat Name: PICKETT, BETTY                   Room#:       0323/01  M   MED
Address:  275 N 3RD STREET APT 302         Account#:    131905417
          IRONTON, OH 45638
Phone#:   740/534-1029                     History#:    226746
Birthday: 03/15/44   60                    Sex:         F
                              Physicians
========================================================================
Ord: ANN ALVAREZ                   Cons1: ZANE A. DARNELL
Adm: ANN ALVAREZ                   Cons2:
                                   Cons3:
------------------------------------------------------------------------
Exam:     340090  NM MYOCARDIAL PERFUSION
Exam Date: 10/13/04
Reason:   CHEST PAIN
-----------------------------------------------------------Page:     1

SPECT STRESS MYOVIEW PANEL  10/13/04:

TECHNIQUE:         A rest/stress Spect Myoview perfusion study and
                   gated quantitative wall motion analysis was
                   performed with 11.18/32.0 mCi Tc Myoview.

DESCRIPTION:

There is an inferior wall defect present which is reversible
suggestive of ischemia. The gated portion of the study shows a
normal wall thickening with ejection fraction of 51%.

IMPRESSION:   THERE IS EVIDENCE OF INFERIOR AND APICAL ISCHEMIA.

              EJECTION FRACTION OF 51%.

                        Read by Dr. ZANE A. DARNELL

KT    10/13/04 19:49

              << PHYSICIANS COPY >>  10/13/04   19:54

## OUR LADY OF BELLEFONTE HOSPITAL
### Ashland, Kentucky 41101

" History & Physical "

| | |
|---|---|
| Name: | BETTY PICKETT |
| Medical Record #: | 226745 |
| Physician Name: | Ann Alvarez |

Admission Date: 10/13/2004
Room Number: 0

**CHIEF COMPLAINT:**
Chest pain.

**HISTORY OF PRESENT ILLNESS:**
This is a 80 year old white female who was brought into the emergency room due to a complaint of chest heaviness the day prior to presentation. She described this pain as chest heaviness that occurred at rest at home. This lasted all day until early morning. She also had shortness of breath. She took her neb treatments without any improvement. She decided to come to the emergency department due to the persistence of the above. The patient is home O2 for chronic obstructive pulmonary disease.

**ALLERGIES:**
1. BETADINE
2. SULFA DRUGS

**CURRENT MEDICATIONS:**
1. Home O2 at 2 liters.
2. Aspirin 81mg one q day.
3. Lisinopril.
4. Nexium 20mg one qd.
5. Lasix 20mg b.i.d.
6. Premarin 0.9mg po q day.
7. Amitriptyline 100mg one po q day.
8. Spiriva inhaler one puff q day.
9. Hydrocodone/Acetaminophen 5/500 one q 4-6 pm.
10. Skelaxin 800mg one b.i.d..
11. Oyster shell one tab tid.
12. Advair one puff q day.
13. Zoloft 25mg po b.i.d..
14. Detrol LA 4mg po q day.
15. Allegra 180mg po q day.
16. Flonase one spray each nostril b.i.d..
17. Actonel 35mg one q week.

**PAST MEDICAL HISTORY:**
1. Arthritis.
2. The patient is legally blind.
3. Gastroesophageal reflux disease.
4. Chronic obstructive pulmonary disease.
5. Asthma.
6. Stroke.

**PAST SURGICAL HISTORY:**

Page 1

HISTORY & PHYSICAL