**BETTY PICKETT**
**226746**
**10/13/2004 Admission**

1. Bowel surgery in 1997.
2. Cholecystectomy in 1965.
3. The patient had a motor vehicle accident in 1974 in which she had a splenectomy and half of her pancreas was removed.
4. Hysterectomy.
5. Left arm surgery in 1979.
6. Eye surgeries.

**FAMILY HISTORY:**
Positive for coronary artery disease, carcinoma, hypertension, CVA, myocardial infarction and psychosis.

**SOCIAL HISTORY:**
The patient quit cigarette smoking in 1997. She doesn't drink alcohol. She lives at home.

**PHYSICAL EXAMINATION:**
She is awake, alert and oriented, not in respiratory distress.

| | |
|---|---|
| VITAL SIGNS: | Blood pressure: 110/50, Respirations: 18, heart rate: 82, 93% on 4 liters of Oxygen. |
| HEENT: | Normocephalic. Extraocular movements are intact. Anicteric sclerae. Pupils equal, round, reactive to light. |
| NECK: | Supple, no JVD, no lymphadenopathy, no bruit. |
| CHEST/LUNG: | Symmetrical. Clear to auscultation bilateral. No wheezes. |
| HEART: | S1 and S2 regular. No murmur. |
| ABDOMEN: | Globular, soft, good bowel sounds, non tender, no organomegaly. |
| EXTREMITIES: | No edema. |

**LABORATORY DATA:**
WBC: 12.2, Hemoglobin: 10.5, Hematocrit: 31.9, Platelets: 493, Neutrophils: 53, Lymphocytes: 28, Monocytes: 13, Eosinophils: 5, Basophil: 1. Calcium: 8.8, Glucose: 110, Sodium: 134, Potassium; 5.2, Chloride: 98, CO2: 28, BUN: 48, Creatinine: 1.3. BN-Peptide: 18. CK less than 20. Troponin is less than 7.3.

**ASSESSMENT:**
1. Chest pain.

Oct 01 06 10:58p Tamara Pickett 304-697-0735 p.15

11/16/2004 02:52 6068333140 MEDICAL RECORDS PAGE 04

BETTY PICKETT
226746
10/13/2004 Admission

PLAN:

1. Will keep the patient in the hospital and continue to obtain enzymes.
2. Continue her home medications including Aspirin.
3. Will get Stress test and if positive, consider a cardiology service consultation.

Ann Alvarez, M.D.

AA:tc
DD: 10/27/2004 16:21:18
DT: 10/28/2004 06:50:05
Job ID: 545382
CC:

Page 3

HISTORY & PHYSICAL

# CORONARY GRAFT MAP

PICKETT, BETTY J
DOB: 03/15/1944 Age: 60 yrs Class:I
Sex:F FC: E MRN:362961 SV:MED
FRIED, ROBERT 10/14/2004 22:21
34929257

Name ______________________

Date ______________________

Surgeon NDS

Bypass Time ______________________

Aortic Occlusion Time ______________________

OPCAB x3
LIMA → LAD
SVG → Dx
SVG → DRCA

OUR LADY OF BELLEFONTE HOSPITAL
Ashland, Kentucky 41101

* Operative Report *

| | | | |
|---|---|---|---|
| Name: | BETTY PICKETT | Procedure Date: | 10/14/2004 |
| Medical Record #: | 226746 | Room Number: | 0323 |
| Physician Name: | Zane Damell, M.D. | | |

**PREOPERATIVE DIAGNOSIS:**

**POSTOPERATIVE DIAGNOSIS:**

**OPERATION:** Left heart catheterization.

---

**DESCRIPTION:** The patient was brought to the Cath Lab in a fasting state and was prepped and draped in a sterile manner. The right femoral region was anesthetized with 1% Xylocaine. Right femoral artery was entered with modified Seldinger technique and a 6 French sheath was inserted over the guidewire in the right femoral artery. Left and right coronary angiograms were obtained with 6 French JL4 and JR4 catheters respectively. A pigtail catheter was placed in the ventricle and ventriculogram was performed with 36 cc's of dye at 12 cc's per second. Pull back pressure was obtained and the pigtail catheter was removed. Angio-Seal device was successfully deployed in the right femoral region. The patient tolerated the procedure well with no complications.

**FINDINGS:** The aortic pressure was 142/63. LV pressure 146; LVDP of 13.

**CORONARY ARTERIES:** Left main is normal. Left anterior descending artery has an 80% stenosis beginning just in the proximal segment and extending into the mid segment. It involves the ostium and the first diagonal which is 70% occluded. There is TIMI III flow into the distal LAD system. The ramus intermedius branch has diffuse luminal irregularities. The diagonal branches have some luminal irregularities and is the non dominant system. The right coronary artery has severe diffuse disease throughout the proximal mid segment and is totally occluded in the mid segment. There is collateral flow from the left system to the distal right system. Ventriculogram shows dilated left ventricular cavity with inferior hypokinesis. Ejection fraction 40-45%.

**IMPRESSION:**

1. Multivessel coronary artery disease with 80% left anterior descending, 70% ostial, diagonal and totally occluded right coronary artery.
2. Left ventricular dysfunction.

Oct 01 06 10:58p Tamara Pickett 304-697-0735 p.17

10/15/04 11:55:37 OLBH-> 6063268165 OLBH Page 002

PICKETT BETTY
226746
10/14/2004 Procedure

PLAN:
Coronary artery bypass graft evaluation.

Zane Darnell, M.D.

ZD:ch
DD: 10/14/2004 17:03:05
DT: 10/15/2004 11:35:46
Job ID:539685

CC: Cardiac Cath. Lab

Page 2

OPERATIVE REPORT
COPY

Oct 01 06 10:58p Tamara Pickett 304-697-0735 p.18
OCT. 14. 2004 4:23PM OUR LADY VASCULAR NO. 1932 P. 2

# Vascular Center

For an improved lifestyle

OUR LADY OF BELLEFONTE HOSPITAL

Care You Can Trust

Coronary Angiography

NAME PICKETT, BETTY MED CATH. M DATE

1319C5417 HX2285246

DOCTOR ALVAREZ ZIMMERMANN 740/534-1029 SEX AGE ROOM

10/15/04 Q 60Y 03/15/44 F

INDICATIONS 225 N 3RD STREET IRONTON, OH 45638

RECOMMENDATIONS:

Cath lab card

538685

70%

80%

100%

EF 45%

HEMODYNAMICS SAT %

RA: a ___ v ___ x ___

RV: ___ / ___

PA: ___ / ___ x ___

PCP: a ___ v ___ x ___

AO: ___ / ___ x ___

LV: ___ / EDP ___

COMMENTS

SIGNATURE

# OUR LADY OF BELLEFONTE HOSPITAL
Ashland, Kentucky 41101

*** REPORT OF CONSULTATION ***

**Name:** BETTY PICKETT **Room No.:** 0323 **MedRec. #:** 226746
**Attn. Physician:** ALVAREZ, ANN **Cons. Physician:** FRIED, ROBERT

**Reason for Consultation:**

---

**Findings & Recommendations:** **Consultation Date:** 10/14/2004

**HISTORY OF PRESENT ILLNESS:**
This is a very pleasant, 60 year old, woman who presents to OLBH with chest pain; unstable angina. Her risks factors for coronary artery disease include former tobacco abuse, end stage COPD, diabetes.

Cardiac catheterization performed by Dr. Zane Darnell reveals an 80% bifurcation lesion at the left anterior descending diagonal and 100% occlusion of the right coronary artery with an EF of 45%.

**PAST MEDICAL HISTORY:**
1) Severe car crash many years ago at which time she had splenectomy and partial pancreatectomy.
2) Multiple colon surgeries also requiring feeding gastrostomy.
3) Status post CVA with left sided weakness in the remote past.

**ALLERGIES:**
BETADINE
SULFA DRUGS

**MEDICATIONS:**
1) Coreg.
2) Lisinopril.
3) Insulin.
4) Aspirin.

**PHYSICAL EXAMINATION:**
Reveals a white, female in no apparent distress.

| | |
|---|---|
| HEENT: | Normocephalic, atraumatic. Left eye is disconjugate. |
| NECK: | Supple without bruits. |
| LUNGS: | Clear. |
| HEART: | S1, S2. Regular. |
| ABDOMEN: | Soft. Nontender. Abdominal well healed scars. |
| EXTREMITIES: | Warm. |

**IMPRESSION:**
A 60 year old, woman with unstable angina, significant coronary artery disease, moderately decreased left ventricular function.

Oct 01 06 10:58p Tamara Pickett 304-697-0735 p.20
11/16/2004 02:52 6068333140 MEDICAL RECORDS PAGE 06

**BETTY PICKETT**
**226746**
**Consultation**

The risks and benefits of myocardial revascularization were discussed with the patient and her daughter and two granddaughters including but not limited to death, myocardial infarction, stroke, AIDS, hepatitis, wound infection and renal failure. She understands and wished to proceed.

Robert Fried, M.D.

RF:df
DD: 10/14/2004 19:49:33
DT: 10/17/2004 11:38:50
Job ID:539761

CC:

Page 2 REPORT OF CONSULTATION

KING'S DAUGHTERS' MEDICAL CENTER
ASHLAND, KY 41101

OPERATIVE REPORT

PATIENT NAME: PICKETT, BETTY J
DATE: 10/18/2004
SURGEON: Marcos Noros, M.D.
ASSISTANT: Steve Sarver, R.N.
ANESTHETIST: Wendy Cruise.
ANESTHETIC:

MR NO: 36-29-61
PT LOCATION: CVRUCVRU06
PT ACCOUNT NO: 000349292S7

PRE-OP DX: Unstable angina.

POST-OP DX: Unstable angina.

OPERATION: Off pump CABG x 3 with LIMA to the left anterior descending artery, endoscopic harvesting with saphenous vein graft to the diagonal and saphenous vein graft to the distal right coronary artery.

INDICATIONS/FINDINGS: This is a very pleasant 60 year old female who unfortunately has severe chronic obstructive pulmonary disease. She is on BiPAP and oxygen at home. She used to smoke but quit. She also has a history of hypertension, diabetes mellitus, and coronary artery disease, as well as previously two strokes, one in 1983 and one more recently in July 2004. Also she has a history of a motor vehicle accident where she had multiple operations on the abdomen, as well as her extremities. In any case, she presented with some chest pain and basically was found to have severe triple vessel disease. She was cathed at Our Lady of Bellefonte Hospital and transferred here afterward. Her ventricular function was decreased and ejection fraction was estimated to be around 45%. I saw her in consultation yesterday and determined she would be a good surgical candidate for off pump surgery.

DESCRIPTION OF PROCEDURE:
The patient was taken to the Operating Room and was placed on the Operating Room table in a supine position. After obtaining adequate general endotracheal anesthesia the patient's chest was prepped and draped in the usual sterile fashion. A standard mediasternotomy was performed using the electric saw. At the same time, we harvested the internal mammary artery using the electrocautery unit and hemoclips. A surgical assistant endoscopically harvested the saphenous vein graft from the right lower extremity. Once the saphenous vein graft was taken out and prepared and I had finished taking down the IMA, I heparinized the patient and then took the IMA down. I prepared the IMA and then basically put it down. I put the off pump retractor in and opened the chest. The pericardium was opened and T'd off by the IMA site. I then put the suction device on the apex of the heart. I exposed the left anterior descending artery. Once the ACT was therapeutic the suture snare was placed proximal on the left anterior descending artery lesion and tightened it down. The left anterior descending was then opened. It was a good vessel, maybe a 2 millimeter in diameter vessel. The LIMA, which was not the best I had seen, had indeed very good flow. The LIMA to the left anterior descending artery was anastomosed using a running 7-0 Prolene technique. No repair stitches were needed at the end of that anastomosis. After the anastomosis was performed, my attention was turned to the diagonal. The diagonal had an 80% lesion of the ostial area. The diagonal was exposed again with the suction cup and then with the Guidant suction stabilizer the vessel was stabilized. The proximal suture snare was placed and it went from there to open the vessel. This was also maybe a 2 millimeter in diameter vessel and a saphenous vein graft was sewn into that vessel using a running 7-0

that was exposed. I trie to open a little more prox ally but I was unsuccessful, so I went a little more distal. It was opened just by the bifurcation. The vessel was a bad quality vessel itself, but it was maybe 2 millimeter in diameter. The saphenous vein graft was sewn into that essel using a running 7-0 Prolene technique, using the assistance of the uidant retractor and the X-Pose cup at the apex of the heart. At this point the three distals were performed. The mean blood pressure of the ascending aorta was taken down to 60 by the anesthesiologist and then a partial occlusion clamp was placed on the ascending aorta, after reducing the attachment to the pulmonary artery. I then stabbed the aorta in two places with the 11 blade. With a 4 millimeter punch two holes were performed on the ascending aorta. The aorta was fair in quality. It had some diseased walls. The saphenous vein graft was sewn into the ascending aorta using a running 6-0 Prolene on both saphenous vein grafts. I deaired both conduits first distally and then I opened the ascending aorta by releasing the aortic cross clamp. At that point, we checked for bleeding. There was no evidence of bleeding. Once hemostasis was obtained, we gave Protamine to reverse the anticoagulation. I placed the mediastinal tube and two ventricular pacing wires and one left pleural tube. Once hemostasis was obtained and the anticoagulation was reversed, the chest was closed using stainless steel wires, PDS for the fascia, 2-0 Vicryl for subcu, and Monocryl for the skin. The patient tolerated this procedure very well and is going to go to the Intensive Care Unit in a stable condition.

001495605
DATE DICTATED: 10/18/2004
DATE/TIME TRANS: 10/18/2004 1:36 P
dd

34929257

KING'S DAUGHTERS MEDICAL CENTER
ECHOCARDIOGRAPHIC LABORATORY

NAME: PICKETT, BETTY J AGE: 60 DOB: 03/15/44

REFERRING PHYSICIAN: DR NORES / DR Z DARNELL DATE: 10/19/04

ROOM NO: OR REASON FOR ECHO: OR TEE ECHO #: 4168-04

RVID: LVIDd: LVIDs: MITRAL EF SLOPE >35 mm:

LA DIMENSION: AORTIC ROOT DIMENSION: AORTIC VALVE:

SEPTAL WALL THICKNESS: POSTERIOR WALL THICKNESS:

MITRAL E-S SEPARATION: %CIRCUM. FIBER SHORTENING:

**FINDINGS: TRANSESOPHAGEAL ECHOCARDIOGRAM - OR**

The left ventricular cavity is dilated. The ejection fraction is 40%. There is evidence of diastolic dysfunction with an impaired relaxation pattern present and a mildly dilated left atrium. The right ventricular function is preserved. The aortic valve is structurally normal with no stenosis and no insufficiency. The mitral valve is structurally normal with no regurgitation and no stenosis. The tricuspid valve is structurally normal with no insufficiency and no stenosis. There is no pericardial effusion present. No thrombus is noted within the heart. There is a pulmonary artery catheter noted within the right side of the heart.

ZANE DARNELL, M.D.

ZD/crh
D: 03/26/05
T: 04/07/05

PATIENT: Billy Pickett
PHONE 740 534 9235 DD: 3-15-44

DATE 11/17/04 Fri
TESTS ORDERED 4-8-05
MUGA ... 2:30
OLBH WED 5-4-05 10:00
1704 needed it pt. understand for cardiac OLBH
RETURN VISIT 6 ...

DATE
TESTS ORDERED

RETURN VISIT

DATE 5-18-05 doesn't take OMA
TESTS ORDERED M-W-Fri thurs 1:00
Refer Dr. Sor... ...
1-25-06 9:00
RETURN VISIT 7 ...

DATE
TESTS ORDERED

RETURN VISIT

DATE
TESTS ORDERED

RETURN VISIT

DATE
TESTS ORDERED

RETURN VISIT

DATE
TESTS ORDERED

RETURN VISIT

# Cumberland Cardiology, P.S.C.

617 - 23rd Street
Suite 16
Ashland, Kentucky 41101
(606) 324-4745

Richard E. Paulus, M.D., F.A.C.C.
John M. Van Deren, III, M.D., F.A.C.C.
Zane A. Darnell, M.D.
Terence C. Ross, M.D., F.A.C.C.
Richard A. Ansinelli, M.D., F.A.C.C.
Christopher P. Epling, D.O.

November 17, 2004

William Basedow, D.O.
710 Park Street
Ironton, OH 45638

RE: BETTY PICKETT

Dear Dr. Basedow:

I had the pleasure of seeing Mrs. Pickett back in the office today. She is a patient I initially saw in consultation at OLBH from Dr. Alvarez with unstable angina. She underwent a catheterization which showed severe multi-vessel coronary artery disease and LV dysfunction with an EF of 40%. I felt that this was best treated with coronary artery bypass grafting and she was transferred to KDMC to Dr. Fried's service where this was performed.

She returns today and she is healing well from her CABG. She is back to her usual activity level. Her heart beat is slightly higher than I would prefer and I have therefore increased her Coreg from 6.25 to 12.5 mg. q.d. and have started her on Lipitor 10 mg. q.h.s. I have also asked her to initiate cardiac rehab at the Vitality Center at OLBH.

Please call me if I can be of any further assistance in this patient's care.

Sincerely,

Zane Darnell, M.D.

ZD:dkw

35735539

NUCLEAR CARDIOLOGY
KING'S DAUGHTERS MEDICAL CENTER

NAME: PICKETT, WILMA PROCEDURE DATE: 01/06/05

ROOM NUMBER: 2722A AGE: 53

DATE OF BIRTH: 11/18/51

REFERRING PHYSICIAN: DR EPLING

**STRESS MYOVIEW SCAN WITH GATED STUDY:**

**FINDINGS:**

There is a fixed anterior defect present consistent with soft tissue attenuation with no reversibility. The gated portion of the study shows normal thickening in all segments. The ejection fraction is 67%.

**IMPRESSION: Stress Myoview Scan, Gated Study:**

1. No evidence of ischemia or old MI.
2. Ejection fraction of 67%.

ZANE DARNELL, M.D.

ZD/emg
D: 01/06/05 13:16
T: 01/06/05 15:05

# *Cumberland Cardiology, P.S.C.*

PATIENT NAME: BETTY PICKETT

ACCT#: 37544

DATE: 4-08-05

PROCEDURE: MUGA SCAN

FINDINGS:

1. The LV cavity is mildly dilated with inferior hypokinesis. The LVEF is 43%.
2. The RVEF is calculated at 28%.

ZANE DARNELL, M.D.



**PROGRESS NOTES**

Name Betty Pickett No.

| DATE & TIME | |
|---|---|
| 5/4/05 | no show Dr Daniell OUBH |
| 5-18-05 | [illegible] for Hosp Flu S/P CABG. [illegible] |
| | [illegible] Dizzy lightheaded |
| | [illegible] having trouble ē her Muscles [illegible] |
| Arcel [illegible] | [illegible] |
| | [illegible] |
| | [illegible] |
| [illegible] | [illegible] |
| | [illegible] |
| | Imp 1) Muscle [illegible] |
| | 2) CAD |
| | 3) S/P CABG |
| | 4) [illegible] |
| | 5) [illegible] (EF 43 [illegible]) |
| | pl- [illegible] |
| | [illegible] |

Oct 01 06 11:00p Tamara Pickett 304-697-0735 p.29

# PROGRESS NOTES

Name Betty Pickett No.

| DATE & TIME | |
|---|---|
| | [illegible handwriting] |
| [illegible] | [illegible handwriting] |
| | [illegible handwriting] |
| | [illegible handwriting] |
| | [illegible signature] |

# Cumberland Cardiology, P.S.C.

613 - 23rd Street
Suite 230
Ashland, Kentucky 41101
(606) 324-4745

Richard E. Paulus, M.D., F.A.C.C.
John M. Van Deren, III, M.D., F.A.C.C.
Zane A. Darnell, M.D.
Terence C. Ross, M.D., F.A.C.C.
Richard A. Ansinelli, M.D., F.A.C.C.
Christopher P. Epling, D.O.

May 18, 2005

William Basedow, D.O.
2717 S 7th Street
Ironton, OH 45638

RE: BETTY PICKETT

Dear Dr. Basedow:

I had the pleasure of seeing Mrs. Pickett back in the office recently. Her biggest complaint is diffuse muscle pain particularly in the upper extremity which is effecting her ability to function. She had to stop cardiac rehab for these pains. She is unable to open jars because of weakness. I asked the patient to start Lipitor on her last visit but she did not fill this prescription and is not taking this medication. I therefore cannot blame a statin for her myalgias. I am therefore referring her to Dr. Samuel for evaluation of this problem.

Her recent MUGA scan showed an EF of 43% so she is to continue on the Coreg and ACE Inhibitor at this point in time.

Please call me if I can be of any further assistance in this patient's care.

Sincerely,

Zane Darnell, M.D.

ZD:dkw

# Cumberland Cardiology, P.S.C.

617 - 23rd Street
Suite 16
Ashland, Kentucky 41101
(606) 324-4745

Richard E. Paulus, M.D., F.A.C.C.
John M. Van Deren, III, M.D., F.A.C.C.
Zane A. Darnell, M.D.
Terence C. Ross, M.D., F.A.C.C.
Richard A. Ansinelli, M.D., F.A.C.C.
Christopher P. Epling, D.O.

May 18, 2005

Matt Samuel, M .D.
2154 Carter Avenue
Ashland, KY 41101

RE: BETTY PICKETT

Dear Dr. Samuel:

I had the pleasure of seeing Mrs. Pickett back in the office recently. Her biggest complaint is diffuse muscle pain particularly in the upper extremity which is effecting her ability to function. She had to stop cardiac rehab for these pains. She is unable to open jars because of weakness. I asked the patient to start Lipitor on her last visit but she did not fill this prescription and is not taking this medication. I therefore cannot blame a statin for her myalgias. I am therefore referring her to you for evaluation of this problem.

Her recent MUGA scan showed an EF of 43% so she is to continue on the Coreg and ACE Inhibitor at this point in time.

Please call me if I can be of any further assistance in this patient's care.

Sincerely,

Zane Darnell, M.D.

ZD:dkw

## PROGRESS NOTES

Name Betty Pickett No. ____

| DATE & TIME | |
|---|---|
| 8/29/05 | Here for check up. 90 SPells "Blacked out" |
| | Last 3 weeks Ago. Saw Dr Bhasin thinks |
| | [illegible] to M, [illegible] |
| | Bronchitis. [illegible] |
| [illegible] | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| '05 | [illegible] [illegible] |

# Cumberland Cardiology, P.S.C.

PATIENT NAME: BETTY PICKETT

ACCT #: 37544

DATE: 8-31-05

PROCEDURE: ADENOSINE MYOVIEW

The patient was injected with 37.6 mg. of IV Adenosine over a 4 minute period of time. There were no significant ST segment changes throughout the injection or recovery period and no arrhythmias. The patient had a normal hemodynamic response to Adenosine.

IMPRESSION:

1. Non-diagnostic Adenosine stress.

**MYOVIEW IMAGING:**

Shows an inferior defect present consistent with previous infarct with no reversibility. The gaited portion of the study shows mild inferior hypokinesis with an EF of 52%.

IMPRESSION:

1. Evidence of a previous small inferior wall MI.
2. No evidence of current ischemia.
3. EF of 52%.

**ZANE DARNELL, M.D.**



# Cumberland Cardiology, P.S.C.

PATIENT NAME: BETTY PICKETT

ACCT. #: 37544

DATE: 8-31-05

PROCEDURE: 2D ECHO

FINDINGS:

There is mild anteroseptal hypokinesis present with preserved LV function. EF is 50%. The RV function is normal. The diastolic function is normal.
The aortic valve is a slightly thickened trileaflet valve with no stenosis or insufficiency.
The mitral valve shows mild mitral annular calcification present with mild mitral regurgitation with no stenosis and no prolapse.
The tricuspid valve shows moderate regurgitation with no stenosis.
The pulmonic valve shows trace insufficiency. There is no pericardial effusion, no thrombus in the heart and no evidence of cardiac mass. The PA systolic pressure is estimated at 50 mm. Mercury.

IMPRESSION:

1. EF of 50%.
2. Dilated left atrium.
3. Mild mitral regurgitation.
4. Moderate tricuspid regurgitation.
5. Pulmonary hypertension.

**ZANE DARNELL, M.D.**

10/19 20

38809240
362961

KING'S DAUGHTERS MEDICAL CENTER
HEAD UPRIGHT TILT TABLE TEST

DATE: 09/02/05

PATIENT: PICKETT, BETTY J. AGE: 61

DOB: 03/15/44 ROOM#: OP

REFERRING PHYSICIAN:

PHYSICIAN: DR ZANE DARNELL

DESCRIPTION: The patient was placed on tilt table at a 70 degree angle for 40 minute period of time. The patient remained asymptomatic throughout the test with no hypotension or bradycardia.

IMPRESSION: Normal tilt table test.

ZANE DARNELL, M.D.

ZD:rc
D: 09/02/05
T: 09/08/05

**CUMBERLAND CARDIOLOGY**
**PROGRESS NOTES**

Name: Betty Pickett DOB: 3 15 44

| Date & Time | |
|---|---|
| 10/19/05 | No complaints no more syncopal episodes Here for checkup. |
| | [illegible] |

# Cumberland Cardiology, P.S.C.

617 - 23rd Street
Suite 16
Ashland, Kentucky 41101
(606) 324-4745

Richard E. Paulus, M.D., F.A.C.C.
John M. Van Deren, III, M.D., F.A.C.C.
Zane A. Darnell, M.D.
Terence C. Ross, M.D., F.A.C.C.
Richard A. Ansinelli, M.D., F.A.C.C.
Christopher P. Epling, D.O.

October 19, 2005

William Basedow, D.O.
2117 S 7th Street
Ironton, OH 45638

RE: BETTY PICKETT

Dear Dr. Basedow:

I had the pleasure of seeing Mrs. Pickett back in the office recently. She is complaining of syncopal spells but in talking to the patient it is difficult to elucidate exactly what type of spells that are occurring. Because of her cardiac history she underwent an ECHO and tilt-table testing. These were both unremarkable and I see no evidence of arrhythmias.

When she returned the syncopal spells had spontaneously resolved and she states that she has not had one for several months now. I am therefore not making any changes in her medications.

Please call me if I can be of any further assistance in this patient's care.

Sincerely,

Zane Darnell, M.D.

ZD:dkw

OUR LADY OF BELLEFONTE HOSPITAL
Ashland, Kentucky 41101

* REPORT OF CONSULTATION *

**Name:** BETTY PICKETT
**Attn. Physician:** WALZ, JON
**Room No.:** 416
**Cons. Physician:** VAN DEREN, JOHN
**MedRec. #:** 287385104

**Reason for Consultation:**

---

**Findings & Recommendations:**

**Consultation Date:**

HISTORY OF PRESENT ILLNESS:
Mrs. Pickett is a 61-year-old female who was admitted with pneumonia. We were asked to see due to slightly elevated troponin. She states that on 11/22, she began having chest discomfort into her back with some shortness of breath. She presented to the emergency room and was diagnosed with pneumonia. It is worse with deep inspiration, not like prior pain with her coronary disease. It is now a dull ache at her left back, worsened with inspiration. She has a history of myocardial infarction, coronary artery bypass grafting, and percutaneous intervention.

CARDIAC RISK FACTORS:
Positive for:
1. Diabetes.
2. Premature family history for arteriosclerotic heart disease.

She denies hypertension, dyslipidemia, or tobacco abuse.

PAST SURGICAL HISTORY:
1. Bowel surgery times two.
2. Total abdominal hysterectomy.

ALLERGIES:
**Sulfa, Biaxin, and betadine.**

CURRENT MEDICATIONS:
1. Mobic 7.5 mg daily.
2. Flonase.
3. Travatan drops.
4. Advair.
5. Avandia 8 mg daily.
6. Os-Cal plus D.
7. Zoloft 50 mg daily.
8. Spiriva.
9. Medrol.
10. Lasix 20 mg b.i.d.
11. Plavix 75 mg daily.
12. Coreg 6.25 mg b.i.d.
13. Prevacid.
14. Detrol LA.
15. Elavil.

**BETTY PICKETT**
**287385104**
**Consultation**

PAST MEDICAL HISTORY:
She has a history of:
1. Asthma.
2. COPD.
3. Esophageal reflux.
4. TIA.
5. Blood transfusion.
6. Osteoporosis.

She denies cancer, TB, ulcers, hiatal hernia, hepatitis, gallstones, seizures, carotid disease, renal disease, bleeding disorder, or gout.

REVIEW OF SYSTEMS:
She complains of headaches and rheumatoid arthritis. She is legally blind. She denies anorexia, fevers, chills, night sweats, glaucoma, cataract, hearing deficit, chronic cough, sputum, hemoptysis, wheezing, diarrhea, hematemesis, constipation, hematuria, frequent UTIs, bursitis, or sleep apnea.

FAMILY HISTORY:
She has a positive family history for cancer and hypertension, but denies family history for diabetes or stroke. Both parents are deceased.

PSYCHOSOCIAL HISTORY:
She resides in Ironton and is followed by Dr. Basedow. She is divorced, with four children. She has a sixth grade education. She drinks decaf coffee. She denies alcohol or substance abuse.

PHYSICAL EXAMINATION:
Blood pressure 121/64, with heart rate of 80. This is a thin, elderly female in no acute distress.

NECK: Supple, without jugular venous distention. Bilateral carotid upstrokes without bruits.

HEART: Heart tones were regular, without murmur, gallop, click, or rub. Normal S1, S2.

CHEST: No chest wall tenderness noted.

ABDOMEN: No organomegaly. Normal bowel sounds.

EXTREMITIES: Pedal pulses intact and equal.

NEUROLOGICAL: She was neurologically intact.

LABORATORY DATA:
Blood work showed a troponin of 0.13 and 0.20.

IMPRESSION:

**BETTY PICKETT**
**287385104**
**Consultation**

Borderline troponin without clinically significant pleuritic chest pain associated with pneumonia, without ischemia.

PLAN:
Repeat one more troponin. If no change, okay to discharge home.

Consult was conducted by physician. Information contained was provided by the physician.

John Van Deren, M.D. by
Cynthia Brackman, R.N.

JV:SG
DD: 11/28/2005 08:35:33
DT: 11/29/2005 14:59:00
Job ID: 729213

CC:

The Staleys Pharmacies, Inc.
PH. 532-7943 AB 2630734 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546 AB 2630784

RPH EB

Rx# 577302 R 2/01/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
PLAVIX 75MG TABS (SQUIBB)

NDC# 63653-1171-01 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE, IRONTON OH 45638
(740)532-3100 BB0517512
Auth# 00014492317101

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us !

*577302*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 632-7943 AB 2630734 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546 AB 2630784

RPH EB

Rx# 577309 R 2/01/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
PREMARIN 0.9MG TAB (AYERST LABS)

NDC# 00046-0864-81 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE, IRONTON OH 45638
(740)532-3100 BB0517512
Auth# 00014492307701

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us !

*577309*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7943 AB 2630734 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546 AB 2630784

RPH EB

Rx# 570517 R 11/22/05
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
ZETIA 10MG TABS (MERCK HR DIV)

NDC# 66582-0414-31 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE, IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us!!!!

*570517*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7943 AB 2630734 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546 AB 2630784

RPH EB

Rx# 577310 R 2/01/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
AMITRIPTYLINE 100MG TAB (MAJOR)

NDC# 00904-0204-60 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE, IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us !

*577310*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7943 AB 2630734 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546 AB 2630784

RPH EB

Rx# 577308 R 2/01/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
DETROL LA 4MG CAPS (UPJOHN CO)

NDC# 00009-5191-02 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE, IRONTON OH 45638
(740)532-3100 BB0517512
Auth# 00014492309401

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us !

*577308*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7943 AB 2630734 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546 AB 2630784

RPH EB

Rx# 570522 R 11/22/05
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
PLAVIX 75MG TABS (SQUIBB)

NDC# 63653-1171-01 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE, IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us!!!!

*570522*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7943 AB 2630734 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546 AB 2630784

RPH EB

Rx# 577300 R 2/01/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
ASPIRIN ENTERIC COATED 5 GR (GOLDLINE)

NDC# 00182-0448-10 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE, IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us !

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7943 AB 2630734 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546 AB 2630784

RPH EB

Rx# 578099 R 2/26/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
TRAVATAN OPTH SOL 3ML (ALCON LABS

NDC# 00065-0266-25 Qty #3
Dr. ARLENE BASEDOW
710 PARK AVE, IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us !

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7943 AB 2630734 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546 AB 2630784

RPH EB

Rx# 570521 R 11/22/05
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
NEXIUM 40MG CAPS (ASTRA PHARMACE)

NDC# 00186-5040-31 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE, IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us!!!!

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us!!!!

*570524*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7943 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546

RPH EB

Rx# N570322 N 9/26/05
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
ENDOCET 5/325MG TABS (ENDO)

NDC# 60951-0602-85 Qty #60
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512
Auth# 00012705219901

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us!

*570322*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7943 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546

RPH MEH

Rx# 578184 N 1/05/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
PROMETHAZINE 25MG SUPP (G AND W LABS)

NDC# 00713-0526-12 Qty #12
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512
Auth# 00014195008501

MEDICAID
YOUR COST: $ 0.00

Yhank you for choosing us !!

*578184*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7943 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546

RPH EB

Rx# 577301 R 1/02/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
COREG 6.25MG TABS (SMITH KLINE FR)

NDC# 00007-4140-20 Qty #14
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512
Auth# 00014161168201

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us !!

*577301*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7943 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546

RPH EB

Rx# 578099 R 1/23/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
TRAVATAN OPTH SOL 3ML (ALCON LABS

NDC# 00065-0266-25 Qty #3
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512
Auth# 00014384098301

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us!!!

*578099*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7943 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546

RPH EB

Rx# 577307 R 2/01/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
ZETIA 10MG TABS (MERCK HR DIV)

NDC# 66582-0414-31 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512
Auth# 00014492311201

MEDICAID
YOUR COST: $ 2.00

thank you for ch...

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7943 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546

RPH EB

Rx# 577304 R 2/01/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
QUININE SULF 5GR CAP (MUTUAL PHARM)

NDC# 53489-0221-05 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us !

*577304*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7943 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546

RPH EB

Rx# 577312 R 2/01/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
AVANDIA 8MG TABS (BEECHAM LABS)

NDC# 00029-3160-13 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512
Auth# 00014492304801

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us !

*577312*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7943 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546

RPH MEH

Rx# 575133 R 1/05/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
ALBUTEROL INH 17GM (ZENITH LABS IN)

NDC# 00172-4390-18 Qty #17
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512
Auth# 00014194989201

MEDICAID
YOUR COST: $ 0.00

Yhank you for choosing us !!

**The Staleys Pharmacies, Inc.**
217-219 S. 3rd. ST. PH. 532-7943 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546

RPH EB

Rx# 577308 R 1/02/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
DETROL LA 4MG CAPS [UPJOHN CO]

NDC# 00009-5191-02 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512
Auth# 00014161167701

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us !!

*577308*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

**The Staleys Pharmacies, Inc.**
217-219 S. 3rd. ST. PH. 532-7943 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546

RPH EB

Rx# 577302 R 1/02/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
PLAVIX 75MG TABS [SQUIBB]

NDC# 63653-1171-01 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512
Auth# 00014161167901

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us !!

*577302*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

**The Staleys Pharmacies, Inc.**
217-219 S. 3rd. ST. PH. 532-7943 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546

RPH EB

Rx# 577307 R 1/02/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
ZETIA 10MG TABS [MERCK HR DIV]

NDC# 66582-0414-31 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512
Auth# 00014161167801

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us !!

*577307*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RECEIPT

**The Staleys Pharmacies, Inc.**
217-219 S. 3rd. ST. PH. 532-7943 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546

RPH EB

Rx# 577306 R 2/01/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
GABAPENTIN 300MG CAPS [PUREPAC PHARM]

NDC# 00228-2666-11 Qty #7
ARLENE BASEDOW
PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us !

*577306*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RECEIPT

**The Staleys Pharmacies, Inc.**
217-219 S. 3rd. ST. PH. 532-7943 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546

RPH EB

Rx# 577305 R 2/01/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
FERROUS SULFATE 325MG EC [UNITED RESEARC]

NDC# 00677-0071-10 Qty #14
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us !

*577305*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RECEIPT

**The Staleys Pharmacies, Inc.**
217-219 S. 3rd. ST. PH. 532-7943 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546

RPH EB

Rx# 577313 R 1/02/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
ZOLOFT 100MG TAB [ROERIG J B AND]

NDC# 00049-4910-73 Qty #4
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512
Auth# 00014161165301

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us !!

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us!!!!

*570516*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us!!!!

Oct 01 06 11:21p Tamara Pickett 304-697-0735 p.5

The Staleys Pharmacies, Inc.
7-219 S. 3rd. ST. 2024 S. 9th ST.
1. 532-7943 IRONTON, OHIO PH. 532-2546
2630734 AB 2630784

RPH EB

Rx# 575424 R 1/25/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
...NEL 35MG TABS (4) (NORWICH
...ATON)

NDC# 00149-0472-01 Qty #4
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512
Auth# 000144174145C1

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us!!!

*575424*

THIS IS YOUR RECEIPT. PLEASE RETAIN
FOR YOUR TAX OR INSURANCE

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. 2024 S. 9th ST.
PH. 532-7943 IRONTON, OHIO PH. 532-2546
AB 2630734 AB 2630784

RPH EB

Rx# 577313 R 2/01/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
ZOLOFT 100MG TAB (ROERIG J B AND)

NDC# 00049-4910-73 Qty #4
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512
Auth# 00014492303201

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us !

*577313*

THIS IS YOUR RECEIPT. PLEASE RETAIN
FOR YOUR TAX OR INSURANCE.

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. 2024 S. 9th ST.
PH. 532-7943 IRONTON, OHIO PH. 532-2546
AB 2630734 AB 2630784

RPH MEH

Rx# 585896 N 3/30/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
PREMARIN 0.9MG TAB (AYERST LABS)

NDC# 00046-0864-81 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us!

*585896*

THIS IS YOUR RECEIPT. PLEASE RETAIN
FOR YOUR TAX OR INSURANCE.

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. 2024 S. 9th ST.
PH. 532-7943 IRONTON, OHIO PH. 532-2546
AB 2630734 AB 2630784

RPH EB

Rx# 586026 N 3/31/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
FLONASE 50MCG NS 16GM (GLAXO INC)

NDC# 00173-0453-01 Qty #16
Dr. WILLIAM BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0482202
Auth# 00015039385101

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us!

*586026*

THIS IS YOUR RECEIPT. PLEASE RETAIN
FOR YOUR TAX OR INSURANCE.

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. 2024 S. 9th ST.
PH. 532-7943 IRONTON, OHIO PH. 532-2546
AB 2630734 AB 2630784

RPH MEH

Rx# 585899r N 3/30/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
AVANDIA 8MG TABS (BEECHAM LABS)

NDC# 00029-3160-13 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us!

*585899*

THIS IS YOUR RECEIPT. PLEASE RETAIN
FOR YOUR TAX OR INSURANCE.

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. 2024 S. 9th ST.
PH. 532-7943 IRONTON, OHIO PH. 532-2546
AB 2630734 AB 2630784

RPH MEH

Rx# 585886 N 3/30/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
CYCLOBENZAPRINE 10MG TAB (MYLAN PHARM IN)

NDC# 00378-0751-01 Qty #11
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us!

*585886*

THIS IS YOUR RECEIPT. PLEASE RETAIN
FOR YOUR TAX OR INSURANCE.

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. 2024 S. 9th ST.
PH. 532-7943 IRONTON, OHIO PH. 532-2546
AB 2630734 AB 2630784

RPH MEH

Rx# 585888 N 3/30/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
COREG 6.25MG TABS (SMITH KLINE FR)

NDC# 000[illegible]7-4140-20 Qty #14
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512
Auth# 00015027911901

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us!

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. 2024 S. 9th ST.
PH. 532-7943 IRONTON, OHIO PH. 532-2546
AB 2630734 AB 2630784

RPH MEH

Rx# 585895 N 3/30/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
DETROL LA 4MG CAPS (UPJOHN CO)

NDC# 00009-5191-02 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 2.00

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. 2024 S. 9th ST.
PH. 532-7943 IRONTON, OHIO PH. 532-2546
AB 2630734 AB 2630784

RPH MEH

Rx# 585900 N 3/30/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
ZOLOFT 100MG TAB (ROERIG J B AND)

NDC# 00049-4910-73 Qty #4
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us!

Oct 01 06 11:21p Tamara Pickett 304-

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7843 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546
RPH MEH

Rx# 585890 N 3/30/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
NEXIUM 40MG CAPS [ASTRA PHARMACE]

NDC# 00186-5040-31 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532 3100 BB0517512

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us!

*585890*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7843 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546
RPH MEH

Rx# 585892 N 3/30/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
FERROUS SULFATE 325MG EC [UNITED RESEARC]

NDC# 00677-0071-10 Qty #14
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us!

*585892*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7843 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546
RPH MEH

Rx# 585894r N 3/30/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
ZETIA 10MG TABS [MERCK HR DIV]

NDC# 66582-0414-31 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us!

*585894*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7843 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546
RPH MEH

Rx# 585903 N 3/30/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
MUCINEX 600MG TABS [ADAMS LABS]

NDC# 63824-0008-40 Qty #14
ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us!

*585903*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7843 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546
RPH MEH

Rx# 585897 N 3/30/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
AMITRIPTYLINE 100MG TAB [MAJOR]

NDC# 00904-0204-60 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us!

*585897*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7843 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546
RPH MEH

Rx# 585893 N 3/30/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
GABAPENTIN 300MG CAPS [PUREPAC PHARM]

NDC# 00228-2666-11 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us!

*585893*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7843 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546
RPH MEH

Rx# 585891 N 3/30/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
QUININE SULF 5GR CAP [MUTUAL PHARM]

NDC# 53489-0721-05 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us!

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7843 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546
RPH MEH

Rx# 585889 N 3/30/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
PLAVIX 75MG TABS [SQUIBB]

NDC# 63653-1171-01 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 2.00

thank you for choosing us!

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7843 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546
RPH MEH

Rx# 585901 N 3/30/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
FUROSEMIDE 40MG TAB [GENEVA]

NDC# 00781-1966-10 Qty #14
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us!

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7943 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546

RPH MLH

Rx# 585890 N 3/30/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
NEXIUM 40MG CAPS [ASTRA PHARMACE]

NDC# 00186-5040-31 Qty #7
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us!

*585890*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

RECEIPT

The Staleys Pharmacies, Inc.
217-219 S. 3rd. ST. PH. 532-7943 IRONTON, OHIO 2024 S. 9th ST. PH. 532-2546

RPH MEH

Rx# 585898 N 3/30/06
BETTY PICKETT
275 NO 3RD ST #302
IRONTON OH 45638
OYSTER SHELL CALCIUM 500MG [GOLDLINE]

NDC# 00182-1576-07 Qty #21
Dr. ARLENE BASEDOW
710 PARK AVE,IRONTON OH 45638
(740)532-3100 BB0517512

MEDICAID
YOUR COST: $ 0.00

thank you for choosing us!

*585898*

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.