**ROBERT W. KERPSACK CO., L.P.A.**
CONSUMER AND SMALL BUSINESS PROTECTION LAWYERS

Robert W. Kerpsack
Board Certified as a Civil Trial Advocate
by the National Board of Trial Advocacy

October 30, 2007

**VIA FACSIMILE AND ORDINARY MAIL (201) 536-0799**

Robert W. Brundige, Jr., Esq.
HUGHES HUBBARD & REED LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918

Re:   **VIOXX PRODUCTS LIABILITY LITIGATION**
      U.S. District Court, Eastern District of Louisiana
      MDL Case No. 2:05-md-01657-EEF-DEK

      *Betty Pickett v. Merck & Co., Inc., et al.*
      U.S. District Court for the Southern District of Ohio, Western Division
      Case No. 1:06-cv-720

Dear Mr. Brundige:

Thank you for your letter dated September 13, 2007.

Regarding your request for "new" undated authorizations, we respectfully request that the dates on the nineteen (19) medical authorizations provided by Plaintiff, Betty Pickett, on August 14, 2007, be whited-out and re-dated, in accordance with paragraph 2 of the Court's Pre-Trial Order No. 23 filed on March 20, 2007.

We hereby provide the following supplemental information to Plaintiff, Betty Pickett's, Plaintiff Profile Form:

   I(C)(1)(b) – November 5, 2003

   I(C)(1)(c) – Richard Ansinelli, M.D. and Richard Paulus, M.D.

   I(D)(b) – Depression

   I(D)(c) – November 2003 to present

   I(D)(d) – Zoloft

   II(J)(1) – Dept. of Health and Human Resources, 2699 Park Avenue, Suite 100, Huntington, WV 25704

   II(L)(2) – No employers in the last ten (10) years

   III(D) –  Daniel Scott Music (age 43), 275 N. Third Street, Apt. 707, Ironton, OH 45638
             Paul Allen Pickett (age 44), Main Street, Coal Grove, OH 45638
             Street addresses for Sherry M. Pickett is unknown and could not be discovered

   IV(B) – I do not know the month during 1998 I began taking Vioxx

Fifth Third Center • 21 East State Street, Suite 300 • Columbus, Ohio 43215
Phone 614.242.1000    Fax 614.242.4180    E-mail info@rwklaw.com    Fed. Tax ID 31-1681525

ROBERT W. KERPSACK CO., L.P.A.

ROBERT W. BRUNDIGE, JR., ESQ.
October 30, 2007
Page 2

IV(F) – I probably received samples of Vioxx (50 mg tablets to be taken two times daily) from time to time from Drs. Muniz and Caraway between 1998 and 9/30/04; however, I do not recall how many samples I received or the exact dates on which I received samples

IV(K) – I probably took Tylenol from time to time while I was taking Vioxx; however, I do not recall the exact dates or specifically how often I took Tylenol between 1998 and 9/30/04

VI(A) – I have already produced copies of all relevant records in my possession and control

VII(C) – Other than 10/18/04, I do not recall the exact date(s) that I may have been hospitalized at King's Daughters Medical Center during the last ten years

VII(D) – I do not recall the exact dates on which I received outpatient treatment at King's Daughters Medical Center and Our Lady of Bellefonte Hospital

VII(E) – Richard Ansinelli, M.D., Cumberland Cardiology, KDMC Medical Plaza B, 613 23rd Street, Suite 230, Ashland, KY 41101 (I do not recall specific treatment dates)

Richard Paulus, M.D., Cumberland Cardiology, KDMC Medical Plaza B, 613 23rd Street, Suite 230, Ashland, KY 41101 (I do not recall specific treatment dates)

VII(F) – Hearts Pharmacy is now out of business, and I do not recall its former street address

CVS, 25702 29th Street, Huntington, WV

VII(G) – None

VII(H) – None

Thank you.

Sincerely yours,

Robert W. Kerpsack

RWK;phs

cc: Betty Pickett

# ROBERT W. KERPSACK CO., L.P.A.

CONSUMER AND SMALL BUSINESS PROTECTION LAWYERS

MetroCenter V, Suite 255, 655 Metro Place South, Columbus, Ohio  43017-5389

Phone: (614) 766-2000   Fax: (614) 766-2005   Website: www.rwklaw.com

Board Certified as a Civil Trial Advocate by the National Board of Trial Advocacy

## FACSIMILE TRANSMITTAL INFORMATION

### PLEASE DELIVER THESE TELECOPIED PAGES IMMEDIATELY

TO:   Robert W. Brundige, Jr.                    FAX # (201) 536-0799

   HUGHES HUBBARD & REED LLP

FROM:  Robert W. Kerpsack

RE:   Betty Pickett v. Merck & Co., Inc.         DATE: October 30, 2007

\*\*\*  2   PAGES TO FOLLOW THIS COVER SHEET \*\*\*

[ ] ORIGINAL WILL NOT FOLLOW
[X] ORIGINAL WILL FOLLOW BY:
  [X] REGULAR U.S. MAIL
  [ ] CERTIFIED U.S. MAIL
  [ ] FEDERAL EXPRESS
  [ ] OTHER _____

COMMENTS: _____

_____

_____

If you have any questions regarding this transmission, please contact _____ at (614) 766-2000.

The pages comprising this facsimile transmission contain confidential information from Robert W. Kerpsack Co., LPA. This information is intended solely for use by the individual entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve this transmission at no cost to you.

# HP LaserJet 3200



RW KERPSACK CO LPA
6147662005
OCT-30-2007   4:21PM

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 114 | 10/30/2007 | 4:20:23PM | Send | 12015360799 | 1:21 | 3 | OK |

### ROBERT W. KERPSACK CO., L.P.A.
CONSUMER AND SMALL BUSINESS PROTECTION LAWYERS

MetroCenter V, Suite 255, 655 Metro Place South, Columbus, Ohio  43017-5369
Phone: (614) 766-2000   Fax: (614) 766-2005   Website: www.rwklaw.com

Board Certified as a Civil Trial Advocate
by the National Board of Trial Advocacy

#### FACSIMILE TRANSMITTAL INFORMATION

PLEASE DELIVER THESE TELECOPIED PAGES IMMEDIATELY

TO: Robert W. Brundige, Jr.                         FAX # (201) 536-0799

HUGHES HUBBARD & REED LLP

FROM: Robert W. Kerpsack

RE: Betty Pickett v. Merck & Co., Inc.              DATE: October 30, 2007

*** 2 *** PAGES TO FOLLOW THIS COVER SHEET ***

[ ] ORIGINAL WILL NOT FOLLOW
[X] ORIGINAL WILL FOLLOW BY:
   [X] REGULAR U.S. MAIL
   [ ] CERTIFIED U.S. MAIL
   [ ] FEDERAL EXPRESS
   [ ] OTHER

COMMENTS:

If you have any questions regarding this transmission, please contact _____ at (614) 766-2000.

The pages comprising this facsimile transmission contain confidential information from Robert W. Kerpsack Co., LPA. This information is intended solely for use by the individual entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve this transmission at no cost to you.