re: Pickett

# Bob Kerpsack

**From:** Dennis Carter [dcarter@browngreer.com]
**Sent:** Wednesday, April 30, 2008 3:33 PM
**To:** Bob Kerpsack
**Subject:** RE: Information Needed by 5/1/08 for Vioxx Enrollment

These look good – thank you for correcting them. If you have not done so already, please mail us the original signed documents.

Dennsi

---

**From:** Bob Kerpsack [mailto:bob@rwklaw.com]
**Sent:** Wednesday, April 30, 2008 3:34 PM
**To:** Dennis Carter
**Subject:** RE: Information Needed by 5/1/08 for Vioxx Enrollment

Mr. Carter:

Attached in pdf format is a my signed and dated Stipulation of Dismissal With Prejudice as to All Defendants for Mary Rose Couch.

Also attached in pdf format is a my signed and dated replacement Stipulation of Dismissal With Prejudice as to All Defendants for Betty Pickett.

Thank you!

Bob Kerpsack
Phone: 614-766-2000
Fax: 614-766-2005
Email: bob@rwklaw.com
Website: www.rwklaw.com

---

**From:** Dennis Carter [mailto:dcarter@browngreer.com]
**Sent:** Wednesday, April 30, 2008 1:04 PM
**To:** Bob Kerpsack
**Subject:** RE: Information Needed by 5/1/08 for Vioxx Enrollment

Yes, we counted the stipulation submitted as sufficient for Homer's case. If you could submit a new signed stipulation of dismissal for Mary's case, with just her name listed in the narrative, this will be sufficient to count for her case.

Thanks, and sorry for the confusion regarding this. Let me know if you have any other questions.

Dennis

---

**From:** Bob Kerpsack [mailto:bob@rwklaw.com]
**Sent:** Wednesday, April 30, 2008 12:28 PM
**To:** Dennis Carter
**Subject:** RE: Information Needed by 5/1/08 for Vioxx Enrollment

4/30/2008

Mr. Carter:

Thank you for your email.

Mary Rose Couch and Homer Couch are husband and wife, and each suffered heart attacks from taking Vioxx. Homer died recently, and Mary has been appointed Executor of Homer's estate. Under these circumstances, do you believe that we still need to just submit a new signed stipulation of dismissal with only Mary Rose Couch's name listed by itself in the narrative section of the stipulation?

We shall submit a corrected stipulation of dismissal for Betty Pickett.

Bob Kerpsack
Phone: 614-766-2000
Fax: 614-766-2005
Email: bob@rwklaw.com
Website: www.rwklaw.com

**From:** Dennis Carter [mailto:dcarter@browngreer.com]
**Sent:** Wednesday, April 30, 2008 11:08 AM
**To:** Bob Kerpsack
**Subject:** Information Needed by 5/1/08 for Vioxx Enrollment

Mr. Kerpsack,

Hope you are doing well. I was reviewing the V4030 for your firm, which is available on your Vioxx web portal, and I wanted to bring some things to your attention regarding the upcoming Enrollment deadline of 5/1/08. You submitted one dismissal for Mary Rose Couch and Homer Couch, where you listed both names in the narrative section of the stipulation, but we actually need two separate stipulations for these claimants to be considered complete for Enrollment. Please submit a new signed stipulation of dismissal with Mary Rose Couch's name listed by itself in the narrative section of the stipulation.

Also, you submitted a stipulation of dismissal for Betty Pickett, but it listed Betty Mason in the narrative rather than Betty Pickett. At some point in the future, you will be asked to cure this deficiency, but I thought you may want to do so now and submit a new signed stipulation with Betty Pickett's name listed.

If you have any questions, please let me know.

Thanks,
Dennis

**Dennis Carter**
Analyst
**BROWNGREER PLC**
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Telephone: (804) 521-7286
Facsimile: (804) 521-7299
www.browngreer.com

This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.

4/30/2008