**ROBERT W. KERPSACK CO., L.P.A.**
CONSUMER AND SMALL BUSINESS PROTECTION LAWYERS

Robert W. Kerpsack
Board Certified as a Civil Trial Advocate
by the National Board of Trial Advocacy

October 28, 2008

VIA ELECTRONIC MAIL AND CERTIFIED MAIL

Claims Administrator
P.O. Box 85031
Richmond, VA  23285-5931

Re:    *VIOXX PRODUCTS LIABILITY LITIGATION*                    Betty Pickett:   VCN 1085819
        U.S. District Court, Eastern District of Louisiana
        MDL Case No. 2:05-md-01657-EEF-DEK

        *Betty Pickett, et al. v. Merck & Co., Inc., et al.*
        Civil Action No. 2:06-cv-11115

        *Pickett, et al. v. Merck & Co., Inc., et al.*
        U.S. District Court for the Southern District of Ohio, Western Division
        Case No. 1:06-cv-720

Dear Claims Administrator:

The following enclosures shall supplement the enrollment forms submitted on March 31, 2008, relating to the Vioxx
Settlement of Betty Pickett (VCN 1085819):

    1)    Attachment 1 to Release of All Claims for Betty Pickett;

    2)    Signature Page of Release of Betty Pickett (notarized signature of attorney-in-fact Tamara Pickett);

    3)    Copy of Power of Attorney of Tamara Pickett for Betty Pickett; and

    4)    Replacement Stipulation of Dismissal with Prejudice as to All Defendants.

Thank you.

Sincerely yours,

Robert W. Kerpsack

RWK;phs
Enclosures

cc:    Betty Pickett

MetroCenter V, Suite 255 • 655 Metro Place South • Columbus, Ohio 43017-5389
Phone 614.766.2000    800.944.0755    Fax 614.766.2005    E-mail info@rwklaw.com    Fed. Tax ID 31-1681525

U.S. Postal Service™
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | .59 |
| Certified Fee | | 2.70 |
| Return Receipt Fee (Endorsement Required) | | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.49 |

Postmark Here

Sent To  *Claims Administrator*

Street, Apt. No.; or PO Box No.  *PO Box 85031*

City, State, ZIP+4  *Richmond, VA 23285-593*

PS Form 3800, August 2006    See Reverse for Instructions

7006 2150 0001 8854 9330

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Claims Administrator*
*P.O. Box 85031*
*Richmond, VA 23285-5931*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *6m Tuh*                     ☐ Agent
                               ☐ Addresse

B. Received by (Printed Name)   C. Date of Delive
*16m DEN21or*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

OCT 30 2008

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandis
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number (Transfer from service label)
   7006 2150 0001 8854 9330

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1

ATTACHMENT 1 TO RELEASE OF ALL CLAIMS

Medicare
c/o Gregory G. Lockhart
United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, OH 45202


State of Ohio Department of Job & Family Services
c/o Attorney General of Ohio
150 East Gay Street, 21st Floor
Columbus, OH 43215-3130

Pickett, Betty          1085819

IN WITNESS WHEREOF, I have executed this Release effective as of the date set forth under my name below:

**RELEASOR:**

By  *Tamara Pickett*

Name: ~~Betty~~ Pickett, Tamara  (power of attorney)

Title:

Social Security No.: 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

Dated: 10-27-08

## NOTARIZATION OF RELEASOR'S SIGNATURE

STATE OF  Kentucky , COUNTY OF  Greenup  SS.:

I hereby certify that on  October 27 , 200 8 , Tamara Pickett (power of attorney)

personally came before me and acknowledged under oath to my satisfaction that this person: (a) is

named and personally signed this document; and (b) signed, sealed and deliver this document as his or

her act and deed.

*Amy Frasure*

Notary Public of the State of KY

"Notary Public"
Amy Nicole Frasure
State at Large, Kentucky
My Commission Expires on April 6, 2011

## DURABLE POWER OF ATTORNEY
## WITH  HEALTH CARE PROVISIONS

KNOW ALL MEN BY THESE PRESENTS, THAT I _Betty J. Pickett_,

of _Sound mind and body_ _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_, do hereby make, constitute,

and appoint, _Tamara Pickett_, my true and lawful attorney,

for me and in my name to ask, demand, sue for, collect, recover, and receive all sums of money,

debts, dues, accounts, legacies, bequests, interests, dividends, annuities, and demands whatsoever

as are now or shall hereafter become due, owing, payable, or belonging to me, and have sue, and

take all lawful ways and means in my name or otherwise for the recovery thereof, by

attachments, arrests, distress, or otherwise, and to compromise and agree for the same, and make

a quittances or other sufficient discharges for the same, for  me and in my name to make, seal,

and deliver; to bargain, contract, agree for, buy, sell, mortgage, hypothecate, and in any and

every way and manner deal in and with goods and merchandise, and other  property, real

and  personal, or mixed, in possession or in action; for me and in my name to

make  deposits and withdrawals from any banking establishment, and transact any other

business with  such bank as fully as I might do; and to release mortgages on lands or chattels,

and to make, do  and transact all and every kind of business of whatsoever kind and nature; also

to bargain,  contract, agree for, purchase, receive, and take lands, tenements, hereditaments, and

accept the seizing and possession of all lands and all deeds and other assurances, and to lease ,

let, demise, bargain, sell, release, convey, mortgage, and hypothecate lands, tenements, and

hereditaments  upon such terms and conditions and under such covenants as he shall think fit,

and also  for me and in such deeds, leases, and assignments of leases, covenants, indentures,

agreements,  mortgages, hypothecations, bills of lading, bills, bonds, notes, receipts, evidences of

debt  releases, and satisfaction of mortgages, judgments, and other debts, and such other

instruments,  in writing of whatever kind or nature as may be necessary or proper in the

premises, I give and grant unto said, _Tamara Pickett_, my attorney, full power and

authority to do and perform all and every act and thing whatsoever requisite to be done in and about the premises, as fully to all intents and purposes as I might or could do if personally present.

In the event that for any reason I should become mentally incompetent or for any reason not be fully capable of managing or executing entirely or in part my business, financial, personal or other affairs, transactions, or matters, or if for any reason whatever I should become or be unable to do any or all of the things which in the foregoing paragraphs of this instrument, I have authorized and empowered my said attorney to do for me on my behalf. Furthermore, with full knowledge and understanding of my present physical condition, my age, and my present physical circumstances, I do hereby fully and completely authorize, empower and direct my said attorney in fact, Tamara Picket , to make any and all decisions that need to be made, or are necessary or incident to my medical, surgical or nursing care and other personal rights incident to my physical condition. This authority specifically includes, but is not limited to, any decision regarding the use of life saving extraordinary measures in my care. Any such decision about my said care shall be made by my attorney in fact when, in the written medical option of my treating physician, I am no longer capable of making these decisions. This power of attorney is granted and executed by the undersigned with full knowledge and understanding that if I hereafter become physically, mentally, or legally incompetent, no one or combination of these disabilities shall render this Power of Attorney void as it is to continue until revoked in writing by me or until such time as a personal representative is appointed for my estate. And I hereby ratify and confirm all acts done by my said attorney by virtue hereof.

2

Witness the following signature and seal this the _____ 14ᵗʰ _____ day of _March_,
200 6 .

Signature of Principal

Witness _____     Witness _____

----------------------------------------OR----------------------------------------

STATE OF _KY_
COUNTY OF _Boyd_

I, _Sharon M°Donald_ , a Notary Public in and for the
County and State aforesaid, do hereby certify that _Betty Pickett_ ,
Whose name is signed to the foregoing writing bearing date _3-14-06_ ,
200 6 , has this day acknowledged the same before me in my said County and State.

Given under my hand this _14ᵗʰ_ day of _March_,
200 6 . My commission expires _9-10-09_ .

_Sharon M°Donald_
Notary Public

3

| | | |
|---|---|---|
| BETTY PICKETT, | ) | IN THE UNITED STATES |
| | ) | DISTRICT COURT FOR THE |
| | ) | EASTERN DISTRICT OF |
| | ) | LOUISIANA |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 2:06-cv-11115-EEF-DEK |
| v. | ) | |
| | ) | |
| MERCK & CO., INC., et al., | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE AS TO** |
| Defendants. | ) | **ALL DEFENDANTS** |
| | ) | |

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby

stipulate that all claims of plaintiff, **BETTY PICKETT**, against defendant Merck & Co.,

Inc., Medicare, State of Ohio Department of Job & Family Services, and all other named

defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Attorney for Plaintiff
Robert W. Kerpsack
Robert W. Kerpsack Co., LPA
655 Metro Place South, Suite 255
Columbus, OH 43017-5389
(614) 766-2000

Attorney for Merck & Co., Inc.

Dated:  10/28/08

Dated:  _____