## Bob Kerpsack

**From:** Bob Kerpsack [bob@rwklaw.com]
**Sent:** Monday, January 12, 2009 1:48 PM
**To:** 'Elliott Neal'
**Subject:** RE: Vioxx Claimant Betty Pickett 1085819

Mr. Neal:

I previously submitted a Release for the Claimant(s) identified above. Then I submitted a new Releasor Signature Page for the Claimant, but did not attach it to a copy of the Release when I did so. I now authorize the Claims Administrator to combine the new Releasor Signature Page for the Claimant, the Release submitted previously for this Claimant, and any Derivative Claimant Signature Pages, Certifications of Counsel and Attachment 1 (if applicable) that I have submitted previously in connection with this claim, into one complete Release. I represent and warrant that the person who signed the Releasor Signature Page was familiar with and agreed to all the terms of the Release before and at the time of signature. I agree on behalf of each Claimant that the complete Release resulting from the authorization provided in this email shall be binding and enforceable to the same extent as if all the components of the Release had been submitted simultaneously.

Bob Kerpsack
Phone: 614-766-2000
Fax: 614-766-2005
Email: bob@rwklaw.com
Website: www.rwklaw.com

---

**From:** Elliott Neal [mailto:eneal@browngreer.com]
**Sent:** Monday, January 12, 2009 1:05 PM
**To:** bob@rwklaw.com
**Cc:** Dennis Carter
**Subject:** Vioxx Claimant Betty Pickett 1085819

Betty Pickett, 1085819

This email provides you with a fast and simple way to cure an Enrollment Deficiency problem with the Claimant(s) identified above. If you have more than five Claimants who currently have this problem, they are identified in the spreadsheet attached to this email.

### This is the problem:

You submitted a Release for each Claimant. That Release had a deficiency that we previously posted to you and that required the Claimant to resign. To fix that issue, you needed to send us the re-signed Releasor Signature Page attached to a copy of the Release, so we could have an intact Release.

But when you sent in your Cure attempt, you sent us only the re-signed Releasor Signature Page, without the rest of the Release. If we leave it like it is, you will get another Deficiency--an R-6 for missing pages--and will have to get your client to sign yet again and send us that page with the rest of the Release.

### This is how we fix this now:

Rather than having your client sign again, Merck has agreed that you can authorize us to place the Releasor Signature Page you sent us with the copy of the Release you sent us originally. Then we can put

1/12/2009

the two together and have a full Release, and you will not have to get your client to sign again.

To do that, send me an email Re the same Claimant(s) I have identified in this email, and say:

I previously submitted a Release for the Claimant(s) identified above. Then I submitted a new Releasor Signature Page for the Claimant, but did not attach it to a copy of the Release when I did so. I now authorize the Claims Administrator to combine the new Releasor Signature Page for the Claimant, the Release submitted previously for this Claimant, and any Derivative Claimant Signature Pages, Certifications of Counsel and Attachment 1 (if applicable) that I have submitted previously in connection with this claim, into one complete Release. I represent and warrant that the person who signed the Releasor Signature Page was familiar with and agreed to all the terms of the Release before and at the time of signature. I agree on behalf of each Claimant that the complete Release resulting from the authorization provided in this email shall be binding and enforceable to the same extent as if all the components of the Release had been submitted simultaneously.

**Elliott Neal**
Analyst
**BROWNGREER PLC**
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Telephone: (804) 521-7236
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

1/12/2009