

**ROBERT W. KERPSACK CO., L.P.A.**
CONSUMER AND SMALL BUSINESS PROTECTION LAWYERS

Robert W. Kerpsack
Board Certified as a Civil Trial Advocate
by the National Board of Trial Advocacy

August 11, 2008

Arlene Basedow, D.O.
Attention: Medical Records
2117 S. 7th Street
Ironton, OH 45368

Re:  Betty Jo Pickett
     DOB: 3/15/44

   *VIOXX PRODUCTS LIABILITY LITIGATION*
   U.S. District Court, Eastern District of Louisiana
   MDL Case No. 2:05-md-01657-EEF-DEK

   *Pickett v. Merck & Co., Inc., et al.*
   U.S. District Court for the Southern District of Ohio, Western Division
   Case No. 1:06-cv-720

Dear Records Custodian:

This office represents your patient, Betty Jo Pickett, in connection with a legal matter.

Please send us **CERTIFIED COPIES** of the entire file **from 1998 to the present**, including chart entries, consultation reports, hand-written notes, laboratory reports, and the like, which you have in your file on Betty Jo Pickett.

Enclosed is a HIPPA-compliant authorization signed by Betty Jo Pickett permitting your release of the requested information to us. Also, enclosed is a copy of a Durable Power of Attorney with Healthcare Provisions.

Of course, we shall be pleased to reimburse you for your Xeroxing expenses.

Thank you in advance for your anticipated cooperation.

                              Sincerely yours,

                              Robert W. Kerpsack

RWK; kdb
Enclosures

cc:  Betty Pickett

MetroCenter V, Suite 255 • 655 Metro Place South • Columbus, Ohio 43017-5389
Phone 614.766.2000    800.944.0755    Fax 614.766.2005    E-mail info@rwklaw.com    Fed. Tax ID 31-1681525

## AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

PATIENT NAME: BETTY PICKETT

DATE OF BIRTH: 3/15/44

1. I authorize the use or disclosure of the above named individual's health information as described below:

2. The following individual or organization is authorized to make the disclosure:

   Arlene Basedow, D.O.  
   Attn: Medical Records

   Address: 2117 S. 7th Street  
   Ironton, OH 45368

3. The type and amount of information to be used or disclosed is as follows: (include dates where appropriate)
   - ☒ entire record  from 1998 to the present
   - ☐ problem list
   - ☐ medication list
   - ☐ list of allergies
   - ☐ immunization record
   - ☐ most recent history and physical
   - ☐ most recent discharge summary
   - ☐ laboratory results    from (date) _____ to (date) _____
   - ☐ x-ray and imaging reports    from (date) _____ to (date) _____
   - ☐ consultation reports    from (doctors' names) _____
   - ☐ other _____

4. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5. This information may be disclosed to and used by representatives of the following for the purpose of legal representation:

   ROBERT W. KERPSACK CO., L.P.A.  
   21 East State Street, Suite 300, Columbus, Ohio 43215  
   Phone: (614) 242-1000    Fax: (614) 242-4180

6. I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire on July 24, 2009. If I fail to specify an expiration date, event, or condition, this authorization shall expire in six months.

7. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand that I may inspect or copy the information to be used or disclosed, as provided in 45 C.F.R. 164.524. I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules.

X *Tamara Pickett*    7/24/08  
Signature of Patient or Legal Representative    Date

Daughter  
If Signed by Legal Representative, Relationship to Patient

_____  
Signature of Witness

This authorization complies with the federal HIPAA Privacy Rule, 45 C.F.R. Parts 160 and 164, entitled Standards for Privacy of Individually Identifiable Health Information, as promulgated by the United States Department of Health and Human Services

## DURABLE POWER OF ATTORNEY
## WITH HEALTH CARE PROVISIONS

KNOW ALL MEN BY THESE PRESENTS, THAT I __Betty J. Pickett__,
of __Sound mind and body__, do hereby make, constitute, [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]
and appoint, __Tamara Pickett__, my true and lawful attorney,
for me and in my name to ask, demand, sue for, collect, recover, and receive all sums of money, debts, dues, accounts, legacies, bequests, interests, dividends, annuities, and demands whatsoever as are now or shall hereafter become due, owing, payable, or belonging to me, and have sue, and take all lawful ways and means in my name or otherwise for the recovery thereof, by attachments, arrests, distress, or otherwise, and to compromise and agree for the same, and make a quittances or other sufficient discharges for the same, for me and in my name to make, seal, and deliver; to bargain, contract, agree for, buy, sell, mortgage, hypothecate, and in any and every way and manner deal in and with goods and merchandise, and other property, real and personal, or mixed, in possession or in action; for me and in my name to make deposits and withdrawals from any banking establishment, and transact any other business with such bank as fully as I might do; and to release mortgages on lands or chattels, and to make, do and transact all and every kind of business of whatsoever kind and nature; also to bargain, contract, agree for, purchase, receive, and take lands, tenements, hereditaments, and accept the seizing and possession of all lands and all deeds and other assurances, and to lease, let, demise, bargain, sell, release, convey, mortgage, and hypothecate lands, tenements, and hereditaments upon such terms and conditions and under such covenants as he shall think fit, and also for me and in such deeds, leases, and assignments of leases, covenants, indentures, agreements, mortgages, hypothecations, bills of lading, bills, bonds, notes, receipts, evidences of debt releases, and satisfaction of mortgages, judgments, and other debts, and such other instruments, in writing of whatever kind or nature as may be necessary or proper in the premises, I give and grant unto said, __Tamara Pickett__, my attorney, full power and

authority to do and perform all and every act and thing whatsoever requisite to be done in and about the premises, as fully to all intents and purposes as I might or could do if personally present.

In the event that for any reason I should become mentally incompetent or for any reason not be fully capable of managing or executing entirely or in part my business, financial, personal or other affairs, transactions, or matters, or if for any reason whatever I should become or be unable to do any or all of the things which in the foregoing paragraphs of this instrument, I have authorized and empowered my said attorney to do for me on my behalf. Furthermore, with full knowledge and understanding of my present physical condition, my age, and my present physical circumstances, I do hereby fully and completely authorize, empower and direct my said attorney in fact, _Tamara Pickett_, to make any and all decisions that need to be made, or are necessary or incident to my medical, surgical or nursing care and other personal rights incident to my physical condition. This authority specifically includes, but is not limited to, any decision regarding the use of life saving extraordinary measures in my care. Any such decision about my said care shall be made by my attorney in fact when, in the written medical option of my treating physician, I am no longer capable of making these decisions. This power of attorney is granted and executed by the undersigned with full knowledge and understanding that if I hereafter become physically, mentally, or legally incompetent, no one or combination of these disabilities shall render this Power of Attorney void as it is to continue until revoked in writing by me or until such time as a personal representative is appointed for my estate. And I hereby ratify and confirm all acts done by my said attorney by virtue hereof.

Witness the following signature and seal this the ___14th___ day of __March__, 200_6_.

X _Betty Pickett_
Signature of Principal

_____  _____
Witness                       Witness

----------------------------------OR----------------------------------

STATE OF __KY__
COUNTY OF __Boyd__

I, __Sharon M<sup>c</sup>Donald__, a Notary Public in and for the County and State aforesaid, do hereby certify that __Betty Pickett__, Whose name is signed to the foregoing writing bearing date __3-14-06__, 200_6_, has this day acknowledged the same before me in my said County and State.

Given under my hand this __14th__ day of __March__, 200_6_. My commission expires __9-10-09__.

_Sharon M<sup>c</sup>Donald_
Notary Public

3

**ROBERT W. KERPSACK CO., L.P.A.**
CONSUMER AND SMALL BUSINESS PROTECTION LAWYERS

Robert W. Kerpsack
Board Certified as a Civil Trial Advocate
by the National Board of Trial Advocacy

March 31, 2009

**VIA FACSIMILE TRANSMISSION (740) 532-8558**

Arlene Basedow, D.O.
2117 S. 7th Street
Ironton, OH 45368

Re:  Your patient/Our client:   Betty Jo Pickett
                                DOB: 3/15/44

*VIOXX PRODUCTS LIABILITY LITIGATION*
U.S. District Court, Eastern District of Louisiana
MDL Case No. 2:05-md-01657-EEF-DEK

*Pickett v. Merck & Co., Inc., et al.*
U.S. District Court for the Southern District of Ohio, Western Division
Case No. 1:06-cv-720

Dear Dr. Basedow:

I am writing in follow up to my letter to you dated August 11, 2008 (copy enclosed), requesting copies of the records of your patient, Betty Jo Pickett. On September 8, 2008, we prepaid $100 for the requested copies; however, we still have not received the records. During no less than ten (10) telephone conversations with you and your office staff, we have been assured repeatedly that the requested records are forthcoming. Your failure to timely produce the requested records is adversely affecting Ms. Pickett's legal claims. Could you please send us the requested records immediately? Time is of the essence.

Thank you.

Sincerely yours,

Robert W. Kerpsack

RWK;phs
Enclosure

cc:   Betty Pickett

MetroCenter V, Suite 255 • 655 Metro Place South • Columbus, Ohio 43017-5389
Phone 614.766.2000    800.944.0755    Fax 614.766.2005    E-mail info@rwklaw.com    Fed. Tax ID 31-1681525

# ROBERT W. KERPSACK CO., L.P.A.

CONSUMER AND SMALL BUSINESS PROTECTION LAWYERS

MetroCenter V, Suite 255, 655 Metro Place South, Columbus, Ohio 43017-5389

Phone: (614) 766-2000    Fax: (614) 766-2005    Website: www.rwklaw.com

Board Certified as a Civil Trial Advocate
by the National Board of Trial Advocacy

## FACSIMILE TRANSMITTAL INFORMATION

PLEASE DELIVER THESE TELECOPIED PAGES IMMEDIATELY

TO: Arlene Basedow, D.O.                                    FAX # (740) 532-8558

FROM: Robert W. Kerpsack

RE: Betty Pickett (DOB: 3/15/44)                            DATE: March 31, 2009

*** 2 PAGES TO FOLLOW THIS COVER SHEET ***

[X] ORIGINAL WILL NOT FOLLOW
[ ] ORIGINAL WILL FOLLOW BY:
    [ ] REGULAR U.S. MAIL
    [ ] CERTIFIED U.S. MAIL
    [ ] FEDERAL EXPRESS
    [ ] OTHER_____

COMMENTS: _____

_____

_____

If you have any questions regarding this transmission, please contact _____ at (614) 766-2000.

The pages comprising this facsimile transmission contain confidential information from Robert W. Kerpsack Co., LPA. This information is intended solely for use by the individual entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve this transmission at no cost to you.

# HP Color LaserJet 2840

RW KERPSACK CO LPA
614-766-2005
Mar-31-2009   17:23

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 957 | 3/31/2009 | 17:22:13 | Send | 17405328558 | 1:27 | 3 | OK |

## ROBERT W. KERPSACK CO., L.P.A.
CONSUMER AND SMALL BUSINESS PROTECTION LAWYERS

MetroCenter V, Suite 255, 655 Metro Place South, Columbus, Ohio 43017-5389

Phone: (614) 766-2000   Fax: (614) 766-2005   Website: www.rwklaw.com

Board Certified as a Civil Trial Advocate
by the National Board of Trial Advocacy

### FACSIMILE TRANSMITTAL INFORMATION

PLEASE DELIVER THESE TELECOPIED PAGES IMMEDIATELY

TO: Arlene Basedow, D.O.   FAX # (740) 532-8558

FROM: Robert W. Kerpsack

RE: Betty Pickett (DOB: 3/15/44)   DATE: March 31, 2009

*** 2 *** PAGES TO FOLLOW THIS COVER SHEET ***

[X] ORIGINAL WILL NOT FOLLOW
[ ] ORIGINAL WILL FOLLOW BY
   [ ] REGULAR U.S. MAIL
   [ ] CERTIFIED U.S. MAIL
   [ ] FEDERAL EXPRESS
   [ ] OTHER _____

COMMENTS: _____

If you have any questions regarding this transmission, please contact _____ at (614) 766-2000.

The pages comprising this facsimile transmission contain confidential information from Robert W. Kerpsack Co., LPA. This information is intended solely for use by the individual entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve this transmission at no cost to you.