## Bob Kerpsack

**From:** Jennifer Goodwin [jgoodwin@browngreer.com]
**Sent:** Wednesday, April 01, 2009 10:40 AM
**To:** Bob Kerpsack
**Subject:** RE: 1085819 Pickett, Betty

Our records indicate that we sent an email notification about this on 12/5/08 at 5:39PM. We also posted Claims Package deficiency notices on 8/29/08 and 9/18/08, notifying you that no claims materials had been submitted. Those were both viewed by your firm on 10/17/08. It is too late to appeal this determination to our office or to the Special Master. That appeal time ended on 12/29/08.

**From:** Bob Kerpsack [mailto:bob@rwklaw.com]
**Sent:** Tuesday, March 31, 2009 6:10 PM
**To:** Jennifer Goodwin
**Subject:** RE: 1085819 Pickett, Betty

Not sure where on my portal the notice was posted, but I never saw it. Never received any emails about the notice or appeal time either. My question is what can be done to appeal the issue at this point?

Bob Kerpsack

**From:** Jennifer Goodwin [mailto:jgoodwin@browngreer.com]
**Sent:** Tuesday, March 31, 2009 6:02 PM
**To:** Bob Kerpsack
**Subject:** RE: 1085819 Pickett, Betty

Hi,

The Notice has been posted on the portal since 12/5/08. It was posted to notify you that we had not received any claims package materials for this claimant. The time to appeal this determination expired on 12/29/08. Because we did not receive an appeal, we sent the Stipulation of Dismissal and Release of All Claims to Merck.

Please let me know if you have any questions.

Thank you,
Jennifer

**From:** Bob Kerpsack [mailto:bob@rwklaw.com]
**Sent:** Tuesday, March 31, 2009 4:50 PM
**To:** Jennifer Goodwin
**Subject:** 1085819 Pickett, Betty

Jennifer:

All of a sudden, the status of the above claim is listed as "closed" for failing to timely disagree with the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant. I check my Vioxx Portal regularly and never received any notice of this. What can be done to appeal this determination at this time?

Bob Kerpsack
Phone: 614-766-2000

6/30/2009

Fax: 614-766-2005
Email: bob@rwklaw.com
Website: www.rwklaw.com

6/30/2009