UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> Product liability Litigation | * <br> * <br> * | MDL Docket No. 1657 <br><br> SECTION L |
| This document relates to: | * <br> * | |
| Betty Pickett <br> v. <br> Merck & Co., Inc., et al. | * <br> * <br> * <br> * | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| Docket No. 2:06-cv-1115 | * <br> * | |

***********************************

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 31st day of July 2009, at 9:00 a.m., or as soon thereafter as counsel may be heard, attorneys for Plaintiff Betty Pickett shall move, before the Honorable Eldon E. Fallon, United States Courthouse, 500 Poydras Street Room C-456, New Orleans, LA 70130, for the entry of an Order in the form submitted herewith, granting Plaintiff's Motion for Relief from Judgment in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiff shall rely upon this Notice of Motion, and the original Memorandum of Law in Support of Plaintiff's Motion Relief from Judgment, and the Appendix to the Motion for Relief from Judgment, submitted herewith as well as all papers Plaintiff has previously filed in these proceedings.

DATED: July 10, 2009

*(signature)*

ROBERT W. KERPSACK
Ohio Bar #0041851
ROBERT W. KERPSACK CO., LPA
655 Metro Place South, Suite 255
Columbus, OH 43017-5389
Telephone: (614) 766-2000
Facsimile: (614) 766-2005

*Attorney for Betty Pickett*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 10th day of July, 2009.

ROBERT W. KERPSACK
Ohio Bar #0041851
ROBERT W. KERPSACK CO., LPA
655 Metro Place South, Suite 255
Columbus, OH 43017-5389
Telephone: (614) 766-2000
Facsimile: (614) 766-2005

*Attorney for Betty Pickett*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| Betty Pickett | * | JUDGE FALLON |
| v. | * | |
| Merck & Co., Inc., et al. | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Docket No. 2:06-cv-1115 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER RELIEVING PLAINTIFF FROM JUDGMENT

Considering Plaintiff Betty Pickett's Motion for Relief from Judgment,

IT IS ORDERED that Plaintiff is hereby relieved from the Order of Dismissal With Prejudice filed herein on June 24, 2009, and Plaintiff's claims are hereby returned to the Vioxx Settlement Program.

NEW ORLEANS, LOUISIANA, this ____ of _____, 2009.

_____
DISTRICT JUDGE