# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | MDL Docket No. 1657 |
| **Product liability Litigation** | * | |
| | * | SECTION L |
| **This document relates to:** | * | |
| | * | |
| **Betty Pickett** | * | JUDGE FALLON |
| **v.** | * | |
| **Merck & Co., Inc., et al.** | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| **Docket No. 2:06-cv-1115** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER RELIEVING PLAINTIFF FROM JUDGMENT

Considering Plaintiff Betty Pickett's Motion for Relief from Judgment,

IT IS ORDERED that Plaintiff is hereby relieved from the Order of Dismissal With Prejudice filed herein on June 24, 2009, and Plaintiff's claims are hereby returned to the Vioxx Settlement Program.

NEW ORLEANS, LOUISIANA, this ____ of _____, 2009.

_____
DISTRICT JUDGE