UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| GENE WEEKS, KRISTINE CRAMER, | * | SECTION L |
| NATHAN WILKINS, VIRGINIA PICKET, | * | |
| SUSAN SMITH, on behalf of themselves and | * | JUDGE ELDON E. FALLON |
| all other similarly situated, | * | |
| | * | MAGISTRATE JUDGE |
|                    Plaintiffs, | * | KNOWLES |
| versus | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
|                    Defendant. | * | |
| | * | |
| Civil Action No. 2:09-cv-03713 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Defendant Merck & Co., Inc.'s Motion and Incorporated Memorandum to Stay Proceedings Pending Decision on Motion to Strike,

IT IS ORDERED that all discovery in this proceeding is stayed pending the Court's decision on Merck's Motion to Strike Class Allegations in Plaintiffs' First Amended Complaint.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

                                                                     _____
                                                                           DISTRICT JUDGE