**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to: Cases Listed on | : | JUDGE FALLON |
| Exhibit A | : | MAG. JUDGE KNOWLES |

_____

**PRETRIAL ORDER NO. 45**
**APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE FOR THE INELIGIBLE**
**OR NOT ENROLLED CLAIMS**

On June 25th, 2009, this Court issued Pretrial Order No. 42 regarding case management of personal injury claims that were either ineligible for or not enrolled in the Settlement Program.  In response to Pretrial Order No. 42, the Court has received two (2) applications for appointment to the Plaintiff's Steering Committee ("PSC") for these claims.  The first application is from Shawn G. Foster and the second application is from Ann B. Oldfather.

Considering that the deadlines for applications and objections have now passed, IT IS ORDERED that the aforementioned individuals are appointed to serve on the PSC for these claims.  IT IS FURTHER ORDERED that Ann Oldfather will serve as lead counsel for the PSC. The duties and responsibilities of the PSC will be identical to those set forth in Pretrial Orders No. 1 and No. 6 in handling these claims.

New Orleans, this 13th day of July, 2009.

_____
Honorable Eldon E. Fallon
United States District Court Judge

## EXHIBIT A

| Plaintiff's Name | Law Firm | Case Name | Case Number |
|---|---|---|---|
| Bunch, J.C. | Bartimus, Frickleton, Robertson & Gorny | Bunch, J.C. v. Merck & Co., Inc. | 2:06-cv-08827-EEF-DEK |
| Haynes, James R | Bartimus, Frickleton, Robertson & Gorny | Jenkins, Ruth v. Merck & Co., Inc. | 2:05-cv-04054-EEF-DEK |
| Jensen, Jennifer K | Bartimus, Frickleton, Robertson & Gorny | Jensen, Jennifer v. Merck & Co., Inc. | 2:05-cv-05150-EEF-DEK |
| Agard, David L | Benjamin, Ronald R., Law Office of | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK |
| Berthel, Scott R | Benjamin, Ronald R., Law Office of | Gates, Robert D. v. Merck & Co., Inc. | 2:05-cv-06221-EEF-DEK |
| Bozich, Mary A | Benjamin, Ronald R., Law Office of | Aljibory, Adnan v. Merck & Co., Inc. | 2:05-cv-01090-EEF-DEK |
| Cavallo, Matthew | Benjamin, Ronald R., Law Office of | Cavallo, Matthew v. Merck & Co., Inc. | 2:05-cv-01513-EEF-DEK |
| Core, Richard F | Benjamin, Ronald R., Law Office of | Core, Richard F. v. Merck & Co., Inc. | 2:05-cv-02583-EEF-DEK |
| Curtis, Marjorie H | Benjamin, Ronald R., Law Office of | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK |
| Demoski, James J | Benjamin, Ronald R., Law Office of | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK |
| Henderson, Edward | Benjamin, Ronald R., Law Office of | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK |
| Hia, Kristine S | Benjamin, Ronald R., Law Office of | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK |
| Hoyt, Maurice R | Benjamin, Ronald R., Law Office of | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK |
| Kurtz, Mary | Benjamin, Ronald R., Law Office of | Kurtz, Mary v. Merck & Co., Inc. | 2:06-cv-05779-EEF-DEK |
| Lord, Wilson E | Benjamin, Ronald R., Law Office of | DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK |
| Mack, Timothy F | Benjamin, Ronald R., Law Office of | Dier, Glenn L. v. Merck & Co., Inc. | 2:05-cv-01088-EEF-DEK |
| Mannino, Ann M | Benjamin, Ronald R., Law Office of | Holobosky, Rosemary v. Merck & Co., Inc. | 2:05-cv-01091-EEF-DEK |
| Oakley, James S | Benjamin, Ronald R., Law Office of | Oakley, James S. v. Merck & Co., Inc. | 2:05-cv-05912-EEF-DEK |
| Pratt, Arthur L | Benjamin, Ronald R., Law Office of | DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK |
| Santacrose, Viola | Benjamin, Ronald R., Law Office of | Aljibory, Adnan v. Merck & Co., Inc. | 2:05-cv-01090-EEF-DEK |
| Spencer, Frank | Benjamin, Ronald R., Law Office of | Dufresne, Lori v. Merck & Co., Inc. | 2:08-cv-03220-EEF-DEK |
| Nichols, Sarah G | Bubalo, Hiestand & Rotman, PLC | Nichols, Sarah E. v. Merck & Co., Inc. | 2:06-cv-01951-EEF-DEK |
| Adams, Mary Ellen | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Albright, Ann M | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Allen, Marie | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |

971162v.1

971162v.1

| | | | |
|---|---|---|---|
| Amiss, Louise H | Cellino & Barnes, P.C. | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| Ballantyne, Arthur W | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Barrett, Jacqueline | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Barrett, Janet F | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Blankenship, Donald | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Blodgett, Don | Cellino & Barnes, P.C. | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| Brown, Dianne | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Brown, James N | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Burkey, Robert A | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Butterfield, Myrtle | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Byrd, Deborah A | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Carmen, Joan | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Carrigan, Georgia | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Carroll, John | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Carter, James A | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Desormeau, Margaret | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| DeSouza, William | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Donahue, James J | Cellino & Barnes, P.C. | Donahue, James J. v. Merck & Co., Inc. | 2:06-cv-01206-EEF-DEK |
| Eddy, Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Edwards, June D | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Estep, John | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Farnsworth, Wilson | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Greeley, Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Habecker, Linda | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Johnson, Esther M | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Kelly, Patricia A | Cellino & Barnes, P.C. | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| Kingsley, Ella F | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Kollin, Jean M | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Kulesza, Jeff A | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Maiorano, Patricia M | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Marble, Judy A | Cellino & Barnes, P.C. | Czekalski, Cindy v. Merck & Co., Inc. | 2:06-cv-01207-EEF-DEK |

| | | |
|---|---|---|
| Matos Cruz, Migdalia | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Mayeu, Michael | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| McDaniels, Asa J | Cellino & Barnes, P.C. | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| McMurray, Scott | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| McPhaden, Arleen | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| Melton, Roberta | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Mertz, Charles R | Cellino & Barnes, P.C. | Monte, John v. Merck & Co., Inc. | 2:06-cv-01167-EEF-DEK |
| Mietlowski, Alan D | Cellino & Barnes, P.C. | Coles, Patti v. Merck & Co., Inc. | 2:07-cv-02936-EEF-DEK |
| Miller, Charlene | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Miskho, Brian W | Cellino & Barnes, P.C. | Mishko, Brian v. Merck & Co., Inc. | 2:06-cv-01159-EEF-DEK |
| Negron, Myriam | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Petty, Lee C | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Pierre, Edele | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Plambeck, Richard G | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Rarick, Kenneth L | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Reilly, James A | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| Robinson, Deborah | Cellino & Barnes, P.C. | Czekalski, Cindy v. Merck & Co., Inc. | 2:06-cv-01207-EEF-DEK |
| Sackett, Marlo R | Cellino & Barnes, P.C. | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| Scherf, Frank | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| Schultz, Barbara | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Shahid, Marge A | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Steerman, Gladys | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| Tydus, Kathryn | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Vecchio, Teresa M | Cellino & Barnes, P.C. | Daluiso, Anna v. Merck & Co., Inc. | 2:06-cv-01197-EEF-DEK |
| Walker, Renee | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Webb, Carol R | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Webb, Kathleen | Cellino & Barnes, P.C. | Carr, Marie v. Merck & Co., Inc. | 2:06-cv-03612-EEF-DEK |
| Weese, Roxana | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| Weiser, Harlan L | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| Werner-Vecellio, Paula R | Cellino & Barnes, P.C. | Werner Vecellio, Paula v. Merck & Co., Inc. | 2:06-cv-03900-EEF-DEK |

971162v.1

| | | |
|---|---|---|
| Woodock, Christine D | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| Albertson, Beverly A | Cory, Watson, Crowder & DeGaris | Albertson, Beverly v. Merck & Co., Inc. | 2:06-cv-06236-EEF-DEK |
| Fulton, Rebeka K | Cory, Watson, Crowder & DeGaris | Fulton, Arthur v. Merck & Co., Inc. | 2:05-cv-00436-EEF-DEK |
| Knifley, Thelma M | Cory, Watson, Crowder & DeGaris | Knifley, Welby R. v. Merck & Co., Inc. | 2:05-cv-05635-EEF-DEK |
| Gasio, Dane B | Federman & Sherwood | Gasio, Dane v. Merck & Co., Inc. | 2:07-cv-01054-EEF-DEK |
| Graham, Larry N | Federman & Sherwood | Graham, Larry v. Merck & Co., Inc. | 2:07-cv-01055-EEF-DEK |
| Laviner, Rebecca | Federman & Sherwood | Laviner, Rebecca v. Merck & Co., Inc. | 2:06-cv-06932-EEF-DEK |
| Gonzalez, Pedro | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Gonzales, Pedro Jr. v. Merck & Co., Inc. | 2:06-cv-09815-EEF-DEK |
| Heisey-DeWolf, Deborah A | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Heisey DeWolf, Deborah v. Merck & Co., Inc. | 2:06-cv-09810-EEF-DEK |
| Hench, Edwin C | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Hench, Edwin C. v. Merck & Co., Inc. | 2:06-cv-09811-EEF-DEK |
| King, LaDonna G | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | King, LaDonna v. Merck & Co.,Inc | 2:06-cv-10270-EEF-DEK |
| Klunk, Nancy A | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Wolfe, Barbara E. v. Merck & Co., Inc. | 2:06-cv-09808-EEF-DEK |
| Osiecki, Marilyn J | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Osiecki, Marilyn J. v. Merck & Co., Inc. | 2:06-cv-09814-EEF-DEK |
| Painter, Gladys R | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Gibson, Kathy v. Merck & Co., Inc. | 2:06-cv-09812-EEF-DEK |
| Slembarski, John C | Handler, Henning & Rosenberg, LLP/ Oldfather Law Firm | Slembarski, John C. v. Merck & Co., Inc. | 2:06-cv-09809-EEF-DEK |
| Carr, Clarence L | Johnson & Benjamin LLP | Carr, Clarence L. v. Merck & Co., Inc. | 2:05-cv-02905-EEF-DEK |
| Cochran, John O | Lopez, McHugh LLP | Cochran, John O. v. Merck & Co., Inc. | 2:05-cv-01795-EEF-DEK |
| Bland, Violet M | Mattingly, Nally-Martin & Fowler, PLLC | Popp, Jennifer M. v. Merck & Co., Inc. | 2:06-cv-01926-EEF-DEK |
| Waggaffer, Gerald L | Schuler Halvorson & Weisser | Waggaffer, Gerald v. Merck & Co., Inc. | 2:05-cv-03125-EEF-DEK |
| DeRose, Gary A | Stratton Faxon | Whittaker, Denise v. Merck & Co., Inc. | 2:05-cv-01257-EEF-DEK |
| Donaldson, William J | Stratton Faxon | Whittaker, Denise v. Merck & Co., Inc. | 2:05-cv-01257-EEF-DEK |
| Hess, Denise R | Stratton Faxon | Hess, Denise R. v. Merck & Co., Inc. | 2:05-cv-05893-EEF-DEK |
| Lynch, Judith A | Stratton Faxon | Lynch, Judith v. Merck & Co., Inc. | 2:05-cv-05072-EEF-DEK |
| Perry, Samuel C | Stratton Faxon | Chambers, Marianne v. Merck & Co., Inc. | 2:05-cv-01997-EEF-DEK |
| Rodriguez, Marjorie | Stratton Faxon | Whittaker, Denise v. Merck & Co., Inc. | 2:05-cv-01257-EEF-DEK |

971162v.1

| Seigler, Caroline N | Strom Law Firm, LLC | Seigler, Caroline N. v. Merck & Co., Inc. | 2:06-cv-01532-EEF-DEK |
| Hudnut, Lynn D | | Jenkins, Ruth v. Merck & Co., Inc. | 2:05-cv-04054-EEF-DEK |

971162v.1