UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®  PRODUCTS LIABILITY LITIGATION  This document relates to:  *David Hall*  v.  *Merck & Co., Inc., et al.* | MDL Docket No. 1657 SECTION L  CIVIL ACTION NO. 2:05-cv-6753  JUDGE FALLON  MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal,

IT IS ORDERED that all claims of plaintiff David Hall in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 10th day of July, 2009.

_____
DISTRICT JUDGE

983590v.1