UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | MDL Docket No. 1657 |
| This document relates to: | * * | SECTION L |
| *Mary Sue Norris, et al.* v. *Merck & Co., Inc.* | * * * * | JUDGE FALLON MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* *Earl Irvin and Linda Irvin, individually and as guardians and next friends of minor Nicholas Taylor, and as next of kin of Darrell Eugene Taylor* *Docket No. 2:07-cv-00720* | * * * * * * * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Earl Irvin and Linda Irvin, individually and as guardians and next friends of minor Nicholas Taylor, and as next of kin of Darrell Eugene Taylor, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 10th day of July, 2009.

*[signature: Eldon E. Fallon]*
DISTRICT JUDGE