Donald J. Winder (#3519)
Jerald V. Hale (#8466)
**WINDER & COUNSEL, P.C.**
175 West 200 South, Suite 4000
P. O. Box 2668
Salt Lake City, UT 84110-2668
Telephone: (801) 322-2222
Facsimile (801) 322-2282
*Attorneys for Robert K. Ito*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT K. ITO, | : | **CERTIFICATE OF SERVICE FOR EXPERT WITNESS REPORT OF MARK I. FURMAN, M.D. REGARDING PLAINTIFF ROBERT K. ITO** |
| Plaintiff, | : | |
| vs. | : | |
| | | MDL Docket No. 1657 |
| MERCK & COMPANY, INC., | : | |
| | | Section L |
| Defendant. | : | |
| | | Judge Eldon E. Fallon |
| | : | |
| | | Magistrate Judge Knowles |
| | : | |
| | | Case No. 2:08-cv-04934 |

Plaintiff Robert K. Ito, by and through counsel, hereby certifies that a true and correct copy of the foregoing Expert Witness Report of Mark I. Furman, M.D. Regarding Plaintiff Robert K. Ito has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by

4398.020

using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 13th day of July, 2009.

By:   /s/ Jerald V. Hale
      Jerald V. Hale, Utah Bar #8466
      Winder & Counsel, PC
      175 West 200 South, Suite 4000
      Salt Lake City, UT 83110-2668
      Phone: (801) 322-2222
      Facsimile: (801) 322-2282
      jhale@winderfirm.com

4398.020