## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT K. ITO, | MDL Docket No. 1657 |
| Plaintiff, | Section L |
| v. | Judge: Eldon E. Fallon |
| MERCK & COMPANY, INC., | Magistrate Judge: Knowles |
| Defendant. | Case No. 2:08-cv-04934 |

### EXPERT WITNESS REPORT OF MARK I. FURMAN, M.D. REGARDING PLAINTIFF ROBERT K. ITO

My name is Mark I. Furman, M.D.  I have been retained by the law firm, Winder & Counsel, P.C. as an expert witness in the case of *Robert K. Ito v. Merck & Company, Inc.*  More specifically, I have been asked to provide a medical opinion concerning the effect, if any, Merck's product Vioxx (rofecoxib), caused or substantially contributed to cause a cardiovascular injury to Mr. Ito in July 2003.  I understand this report is being submitted to the Federal Court in accordance with Rule 26 (a) (2) (b) of the Federal Rules of Civil Procedure, and Pretial Order 29, as well as a disclosure of myself as an expert witness in this matter.

### Background and Qualifications

I am a board-certified interventional cardiologist licensed to practice medicine in the state of Massachusetts.  I am currently Chief, Cardiovascular Medicine, South Shore Hospital and a full-time member in the Division of Cardiovascular Medicine, Brigham and Women's Hospital and a faculty

member at Harvard Medical School. Recently, I was Director of Interventional at the University of Massachusetts Medical School/UMass Memorial Medical Center, and Professor of Medicine, Pediatrics and Cell Biology at the University of Massachusetts Medical School.

I graduated from Stuyvesant High School in New York City, the nation's premier public science and math high school. I graduated from Emory College, Atlanta, Georgia in 1983, *Magna Cum Laude* with high honors in mathematics. While at Emory College, I was elected to *Phi Beta Kappa* in my junior year and was one of five students accepted into the Early Acceptance program at Emory University School of Medicine. I graduated from Emory University School of Medicine in 1987, *Summa Cum Laude*, with highest honors and first in my class. While at Emory University School of Medicine, I received the Upjohn Achievement Award for Excellence in Clinical Medicine and was elected to the *Alpha Omega Alpha* medical honor society, the medical school equivalent of *Phi Beta Kappa*. I trained in Internal Medicine at Brigham and Women's Hospital, Harvard Medical School from 1987-1990. While at Harvard Medical School, I was a John A. Hartford Scholar. I then trained in cardiology and interventional cardiology at Johns Hopkins from 1990-1994. While at Johns Hopkins, I was part of the Program of Excellence in Molecular and Clinical Vascular Medicine and trained in the laboratory of Pascal Goldschmidt, MD. Dr. Goldschmidt became the Chief of Cardiology at Ohio State, then Chief of Cardiology at Duke, Chief of Medicine at Duke, and is now Executive Vice President for Health Sciences and Dean of the University of Miami Miller School of Medicine. Under Dr. Goldschmidt's tutelage, I learned platelet cell biology and physiology. Dr. Goldschmidt is an internationally recognized scholar in platelet physiology and heart disease.

In 1994 I was recruited to be Assistant Professor of Medicine and Cell Biology at the University of Massachusetts Medical School and Associate Director of the Cardiovascular

Thrombosis Research Center and The Center for Platelet Function Studies.  In 2000, I was promoted to Associate Professor of Medicine and Cell Biology at the University of Massachusetts Medical School and appointed Director of Research for the Cardiac Catheterization Laboratories at UMass Memorial Medical Center (the teaching hospital of University of Massachusetts Medical School). In 2002, I was appointed Director of Interventional Cardiology at UMass Memorial Medical Center and the University of Massachusetts Medical School.  Due to my training in treating certain congenital cardiac disease, I was appointed an Associate Professor in Pediatrics in 2005. In October 2006, I was promoted to full Professor at the University of Massachusetts Medical School in 2006.

While at the University of Massachusetts Medical School/UMass Memorial Medical Center I was a finalist twice in the New England Cardiovascular Research Competition and Award Program.  I co-directed the Center for Platelet Function Studies, an internationally recognized laboratory that studies platelet physiology in various medical conditions, including heart disease.  I have authored over 66 peer-reviewed manuscripts and book chapters and have published in prestigious basic science and cardiology journals such as *Proceedings of the National Academy of Sciences, USA, Journal of Experimental Medicine, Circulation, Blood, Journal of Thrombosis and Haemostasis, Thrombosis and Haemostasis, Journal of the American College of Cardiology, Circulation Research, American Journal of Cardiology, American Heart Journal* and many others.  I recently completed two terms on the editorial board of *Journal of the American College of Cardiology.* I review manuscripts for scientific merit and suitability for publication for many cardiovascular and thrombosis journals including *American Heart Journal, American Journal of Cardiology, Archives of Internal Medicine, Atherosclerosis, Thrombosis and Vascular Biology, Coronary Artery Disease, Circulation, Histochemistry and Cell Biology, Journal of the American College of Cardiology, Journal of Cellular*

*Biochemistry, Journal of Nuclear Cardiology, Journal of Thrombosis and Thrombolysis, Peptides* among others.

I am a fellow of the American College of Cardiology, the American Heart Association, and the Society of Cardiac Catheterization and Intervention.   I am a member of the American Heart Association Council on Clinical Cardiology and a member of the Atherosclerosis, Thrombosis and Vascular Biology Council.

I have been an invited lecturer on my research in platelet function and heart disease at regional, national and international scientific meetings. Because of my expertise in the field of platelet function and heart disease, I have served as principal investigator on numerous clinical trials in cardiovascular medicine, on the data and safety monitoring committee of clinical trials and the steering committee of clinical trials.  These trials all relate to antithrombotic therapy and heart disease. I have consulted with numerous pharmacology and biotechnology companies on the development and potential platelet-related effects of various compounds in development.

In addition to my scientific background, I am an active clinical cardiologist, with expertise as an interventional cardiologist. I currently perform interventional cardiology procedures at South Shore Hospital and Brigham and Women's Hospital.  South Shore Hospital was recently recognized by the Commonwealth of Massachusetts Department of Public Health as being the only hospital in Massachusetts having lower-than-expected mortality for the treatment of patients with ST segment elevation myocardial infarction treated by angioplasty. I am currently director of the South Shore Hospital anticoagulation clinic. I recently directed the Interventional Cardiology Program at UMass Memorial Medical Center, the teaching hospital of the University of Massachusetts Medical School. While under my direction, the cardiac catheterization laboratory, performed over 7000 cardiac

procedures yearly and over 2400 percutaneous coronary interventions (PCI) annually. I personally perform over 240 PCIs per year and over 400 cardiac catheterizations per year. I have trained more than fifty cardiology fellows in the performance of cardiac catheterization and/or PCI.  The vast majority of my patients suffer from coronary artery disease.

Since 2003, I have given testimony in the following cases:

- May 2006 *Nivia Fraticelli v Hermanos Melendez, et al.* (Puerto Rico)

- November 3, 2006 *Whitfield v. Collazzo, et al.* (Oklahoma City, OK)

- November 6, 2006 *Dedrick v. Merck* (New Orleans Federal District Court)

- December 13, 2006 *Schwaller v. Merck* (Madison County, IL)

- July 20, 2007 *Czajka v. Smith* (Hartford, CT)

- July 1, 2008 *Shareef et al v. UMDNJ, et al.* (Newark, NJ)

- January 13, 2009 *Patel v. Jankett* (New Haven, CT)

- February 24, 2009 *Deno v. Jaraki* (Miami, FL)

Video tape deposition for trial

- October 2004 *Lang v. Bucco, Cerva, Riddle Primary Care, et al.* (Philadelphia, PA)

Trial testimony

- February 2004 *Smith v. Chestnut Hill Hospital, et al.* (Philadelphia, PA)

- September 27, 2004 *Vita and Vita v. Holy Redemeer Hospital et al* (Philadelphia, PA)

- February 2005 *Price v. Coombs, et al.* (Allentown, PA)

- March 7, 2006 *Mazurick v. Cox and Hazelton General Hospital* (Wilkes-Barre, PA)

- December 4, 2006 *Dedrick v. Merck* (New Orleans Federal District Court)

- March 6, 2007 *Schwaller v. Merck* (Madison County, IL)

- July 24, 2007 *Wile v. Cobally* (Lancaster, PA)

- November 18, 2008 *Czajka v. Smith* (Hartford, CT)

## **Materials reviewed**

In connection with formulating my opinions, and more particularly in the preparation of this

report, I have reviewed or had available to me the following materials:

Literature/Articles

1.    Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001;286:954-9.

2.    Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 2004;364:2021-9.

3.    Kearney PM, Baigent C, Godwin J, Halls H, Emberson JR, Patrono C. Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Meta-analysis of randomised trials. BMJ 2006;332:1302-8.

4.    McGettigan P, Henry D. Cardiovascular Risk and Inhibition of Cyclooxygenase: A Systematic Review of the Observational Studies of Selective and Nonselective Inhibitors of Cyclooxygenase 2. JAMA 2006:296.

5.    Merck. APPROVe Off-Drug ExtensionPreliminary Analyses of Thrombotic Cardiovascular Safety. 2006.

6.    Kerr DJ, Dunn JA, Langman MJ, et al. Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer. N Engl J Med 2007;357:360-369.

7.    Thal LJ, Ferris SH, Kirby L, et al. A randomized, double-blind, study of rofecoxib in patients with mild cognitive impairment. Neuropsychopharmacology 2005;30:1204-15.

8.    Psaty BM, Kronmal RA. Reporting Mortality Findings in Trials of Rofecoxib for Alzheimer Disease or Cognitive Impairment: A Case Study Based on Documents From Rofecoxib Litigation. Jama 2008;299:1813-1817.

9.    Reines SA, Block GA, Morris JC, et al. Rofecoxib: no effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study. Neurology 2004;62:66-71.

10.  Solomon DH, Schneeweiss S, Glynn RJ, et al. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004;109:2068-73.

11.  Kimmel SE, Berlin JA, Reilly M, et al. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med 2005;142:157-64.

12.  Levesque LE, Brophy JM, Zhang B. The risk for myocardial infarction with cyclooxygenase-2 inhibitors: a population study of elderly adults. Ann Intern Med 2005;142:481-9.

13.  Zhang J, Ding EL, Song Y. Adverse Effects of Cyclooxygenase 2 Inhibitors on Renal and Arrhythmia Events: Meta-analysis of Randomized Trials. JAMA 2006;published online at www.jama.com on September 12, 2006. Accessed September 14, 2006.

14.  FDA. FDA Issues Public Health Advisory on Vioxx as its Manufacturer Voluntarily Withdraws the Product 2004.

15.  Bennett JS, Daugherty A, Herrington D, Greenland P, Roberts H, Taubert KA. The Use of Nonsteroidal Anti-Inflammatory Drugs (NSAIDs): A Science Advisory From the American Heart Association. Circulation 2005;111:1713-1716.

16.  Antman EM, Bennett JS, Daugherty A, Furberg C, Roberts H, Taubert KA. Use of Nonsteroidal Antiinflammatory Drugs: An Update for Clinicians: A Scientific Statement From the American Heart Association. Circulation 2007;115:1634-1642.

17.  Antman EM, Hand M, Armstrong PW, et al. 2007 Focused Update of the ACC/AHA 2004 Guidelines for the Management of Patients With ST-Elevation Myocardial Infarction: A report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines (Writing Group to Review New Evidence and Update the ACC/AHA 2004 Guidelines for the Management of Patients With ST-Elevation Myocardial Infarction). J Am Coll Cardiol 2008;51:210-247.

18.  Anderson JL, Adams CD, Antman EM, et al. ACC/AHA 2007 Guidelines for the Management of Patients With Unstable Angina/Non-ST-Elevation Myocardial Infarction: A Report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines (Writing Committee to Revise the 2002 Guidelines for the Management of Patients With Unstable Angina/Non-ST-Elevation Myocardial Infarction) Developed in Collaboration with the American College of Emergency Physicians, the Society for Cardiovascular Angiography and Interventions, and the Society of Thoracic Surgeons Endorsed by the American Association of Cardiovascular and Pulmonary Rehabilitation and the Society for Academic Emergency Medicine. J Am Coll Cardiol 2007;50:e1-157.

19.   Ross R. Atherosclerosis--an inflammatory disease. N Engl J Med 1999;340:115-26.

20.   Ridker PM, Libby P. Risk Factors for Atherothrombotic Disease. In: Zipes DP, Libby P, Bonow RO, Braunwald E, eds. Braunwald's Heart Disease: A Textbook of Cardiovascular Medicine. 7th ed. Philadelphia: Elsevier Saunders, 2005:939-58.

21.   Murabito JM, Pencina MJ, Nam BH, et al. Sibling cardiovascular disease as a risk factor for cardiovascular disease in middle-aged adults. Jama 2005;294:3117-23.

22.   Gaziano JM, Manson JE, Ridker PM. Primary and Secondary Prevention of Coronary Heart Disease. In: Zipes DP, Libby P, Bonow RO, Braunwald E, eds. Braunwald's Heart Disease: A Textbook of Cardiovascular Medicine. 7th ed. Philadelphia: Elsevier Saunders, 2005:1057-84.

23.   Libby P, Simon DI. Inflammation and thrombosis : The clot thickens. Circulation 2001;103:1718-1720.

24.   Furman MI, Barnard MR, Krueger LA, et al. Circulating monocyte-platelet aggregates are an early marker of acute myocardial infarction. J Am Coll Cardiol 2001;38:1002-6.

25.   Furman MI, Benoit SE, Barnard MR, et al. Increased platelet reactivity and circulating monocyte-platelet aggregates in patients with stable coronary artery disease. J Am Coll Cardiol 1998;31:352-8.

26.   Furman MI, Kereiakes DJ, Krueger LA, et al. Leukocyte-platelet aggregation, platelet surface P-selectin, and platelet surface glycoprotein IIIa after percutaneous coronary intervention: Effects of dalteparin or unfractionated heparin in combination with abciximab. Am Heart J 2001;142:790-8.

27.   Furman MI, Krueger LA, Linden MD, Barnard MR, Frelinger AL, 3rd, Michelson AD. Release of soluble CD40L from platelets is regulated by glycoprotein IIb/IIIa and actin polymerization. J Am Coll Cardiol 2004;43:2319-25.

28.   Furman MI, Krueger LA, Linden MD, et al. GPIIb-IIIa antagonists reduce thromboinflammatory processes in patients with acute coronary syndromes undergoing percutaneous coronary intervention. J Thromb Haemost 2005;3:312-20.

29.   Michelson AD, Barnard MR, Krueger LA, Valeri CR, Furman MI. Circulating monocyte-platelet aggregates are a more sensitive marker of in vivo platelet activation than platelet surface P-selectin: studies in baboons, human coronary intervention, and human acute myocardial infarction. Circulation 2001;104:1533-7.

30.   Antman EM, DeMets D, Loscalzo J. Cyclooxygenase inhibition and cardiovascular risk. Circulation 2005;112:759-70.

31.   Bing RJ, Lomnicka M. Why do cyclo-oxygenase-2 inhibitors cause cardiovascular events? J Am Coll Cardiol 2002;39:521-2.

32.   Bishop-Bailey D, Mitchell JA, Warner TD. COX-2 in cardiovascular disease. Arterioscler Thromb Vasc Biol 2006;26:956-8.

33.   Fitzgerald GA. Coxibs and cardiovascular disease. N Engl J Med 2004;351:1709-11.

34.   FitzGerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001;345:433-42.

35.   Fries S, Grosser T. The cardiovascular pharmacology of COX-2 inhibition. Hematology (Am Soc Hematol Educ Program) 2005:445-51.

36.   Grosser T, Fries S, FitzGerald GA. Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities. J Clin Invest 2006;116:4-15.

37.   Harris RC, Breyer MD. Update on Cyclooxygenase-2 Inhibitors. Clin J Am Soc Nephrol 2006;1:236-245.

38.   Hochman JS, Shah NR. What Price Pain Relief? Circulation 2006;113:2868-2870.

39.   Howard PA, Delafontaine P. Nonsteroidal anti-Inflammatory drugs and cardiovascular risk. J Am Coll Cardiol 2004;43:519-25.

40.   Smith WL, DeWitt DL, Garavito RM. Cyclooxygenases: structural, cellular, and molecular biology. Annu Rev Biochem 2000;69:145-82.

41.   Smith WL. Prostanoid biosynthesis and mechanisms of action. Am J Physiol 1992;263:F181-91.

42.   Oates JA, FitzGerald GA, Branch RA, Jackson EK, Knapp HR, Roberts LJ, 2nd. Clinical implications of prostaglandin and thromboxane A2 formation (1). N Engl J Med 1988;319:689-98.

43.   Patrignani P, Sciulli MG, Manarini S, Santini G, Cerletti C, Evangelista V. COX-2 is not involved in thromboxane biosynthesis by activated human platelets. J Physiol Pharmacol 1999;50:661-7.

44.   Antiplatelet Trialists' Collaboration. Collaborative overview of randomised trials of antiplatelet therapy--I: Prevention of death, myocardial infarction, and stroke by

prolonged antiplatelet therapy in various categories of patients. . BMJ 1994;308:81-106.

45.     Topper JN, Cai J, Falb D, Gimbrone MA, Jr. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2, manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. Proc Natl Acad Sci U S A 1996;93:10417-22.

46.     Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. Circulation 2000;102:840-5.

47.     Schonbeck U, Sukhova GK, Graber P, Coulter S, Libby P. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. Am J Pathol 1999;155:1281-91.

48.     McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999;96:272-7.

49.     Catella-Lawson F, McAdam B, Morrison BW, et al. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. J Pharmacol Exp Ther 1999;289:735-41.

50.     Catella-Lawson F, Reilly MP, Kapoor SC, et al. Cyclooxygenase inhibitors and the antiplatelet effects of aspirin. N Engl J Med 2001;345:1809-17.

51.     Moncada S, Gryglewski R, Bunting S, Vane JR. An enzyme isolated from arteries transforms prostaglandin endoperoxides to an unstable substance that inhibits platelet aggregation. Nature 1976;263:663-5.

52.     Moncada S, Higgs EA, Vane JR. Human arterial and venous tissues generate prostacyclin (prostaglandin x), a potent inhibitor of platelet aggregation. Lancet 1977;1:18-20.

53.     Funk CD, FitzGerald GA. COX-2 inhibitors and cardiovascular risk. Journal of Cardiovascular Pharmacology 2007;50:470-9.

54.     Miyata A, Hara S, Yokoyama C, Inoue H, Ullrich V, Tanabe T. Molecular cloning and expression of human prostacyclin synthase. Biochemical & Biophysical Research Communications 1994;200:1728-34.

55.     Moncada S, Herman AG, Higgs EA, Vane JR. Differential formation of prostacyclin (PGX or PGI2) by layers of the arterial wall. An explanation for the anti-thrombotic properties of vascular endothelium. Thrombosis Research 1977;11:323-44.

56.    Hamberg M, Svensson J, Samuelsson B. Thromboxanes: a new group of biologically active compounds derived from prostaglandin endoperoxides. Proceedings of the National Academy of Sciences of the United States of America 1975;72:2994-8.

57.    Grosser T, Fries S, FitzGerald GA. Thromboxane Generation. In: Michelson AD, ed. Platelets. 2nd ed. Burlington, MA: Academic Press, 2007:565-574.

58.    Collaboration AT. Collaborative overview of randomised trials of antiplatelet therapy--I: Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. BMJ 1994;308:81-106.

59.    FitzGerald GA, Smith B, Pedersen AK, Brash AR. Increased prostacyclin biosynthesis in patients with severe atherosclerosis and platelet activation. N Engl J Med 1984;310:1065-8.

60.    Kobayashi T, Tahara Y, Matsumoto M, et al. Roles of thromboxane A(2) and prostacyclin in the development of atherosclerosis in apoE-deficient mice. J Clin Invest 2004;114:784-94.

61.    Cheng Y, Austin SC, Rocca B, et al. Role of prostacyclin in the cardiovascular response to thromboxane A2. Science 2002;296:539-41.

62.    Qi Z, Hao CM, Langenbach RI, et al. Opposite effects of cyclooxygenase-1 and -2 activity on the pressor response to angiotensin II. J Clin Invest 2002;110:61-9.

63.    Egan KM, Lawson JA, Fries S, et al. COX-2-derived prostacyclin confers atheroprotection on female mice. Science 2004;306:1954-7.

64.    Francois H, Athirakul K, Howell D, et al. Prostacyclin protects against elevated blood pressure and cardiac fibrosis. Cell Metab 2005;2:201-7.

65.    Watanabe H, Katoh T, Eiro M, et al. Effects of salt loading on blood pressure in mice lacking the prostanoid receptor gene. Circ J 2005;69:124-6.

66.    Rudic RD, Brinster D, Cheng Y, et al. COX-2-derived prostacyclin modulates vascular remodeling. Circ Res 2005;96:1240-7.

67.    Dunder K, Lind L, Lagerqvist B, Zethelius B, Vessby B, Lithell H. Cardiovascular risk factors for stable angina pectoris versus unheralded myocardial infarction. Am Heart J 2004;147:502-8.

I have reviewed the following records regarding Mr. Robert Ito:

- Valu Drug List of Medicines for Robert Ito

- Express Scripts list of Medications for Robert Ito

- Records of Utah Cardiology

- Records of Ogden Regional Medical Center

- Records of Ogden Clinic

- Records of Lakeview Hospital

**<u>Findings and Opinions</u>**

In summary, Mr. Robert Ito was a 56-year old man on July 7, 2003 who developed acute onset of substernal chest pain for two days. He saw his physician who noted ECG changes suggestive of acute myocardial ischemia. He was emergently transferred to the Emergency Department at Ogden Regional Medical Center. He was treated and had subsequent improvement in both his pain and ECG changes. In addition, he was noted to have multiple allergies, including that to IVP contrast. Because of the improvement in symptoms and his contrast allergy, he was initially treated medically and cardiac catheterization was deferred until the next day. His laboratory studies demonstrated elevated creatinine kinase, indicating myocardial infarction. After being treated with steroids and antihistamines to reduce the incidence of contrast-induced anaphylaxis, Mr. Ito underwent cardiac catheterization. This procedure revealed a totally occluded right coronary artery and a severely diseased left circumflex coronary artery. He underwent successful stenting of his right coronary artery and was discharged. Mr. Ito was scheduled for percutaneous coronary intervention on his circumflex artery later in the month, however before this was to occur he presented with what appeared to

be a reaction to his pravachol. He underwent cardiac catheterization and successful stenting of his circumflex coronary artery at this time. His left ventricular ejection fraction was estimated to be 65%.

His past medical history was notable for severe arthritis, gout, adult-onset diabetes mellitus, asthma, hypertriglyceridemia. His mother had coronary artery disease.  He was allergic to Demerol, codeine, sulfa, Benemed, Tricor, Lipitor, Zocor, IVP dye and penicillin. He was taking Vioxx since January 2002 up until the time of his myocardial infarction on July 7, 2003.

It is my expert medical opinion, rendered to a reasonable degree of medical certainty, that the Vioxx Mr. Ito was taking for 18 months substantially contributed to his myocardial infarction suffered on July 7, 2003.

**<u>Clinical Studies</u>**

In the VIGOR Trial (Vioxx Gastrointestinal Outcomes Research Study), 8,076 patients with rheumatoid arthritis were randomized to receive either rofecoxib 50 mg, orally daily or naproxen 500 mg, orally twice a day and were followed for 9 months with data collected up to 14 days following treatment end.  No patients were on aspirin.  Despite the short nature of drug-exposure, twenty patients in the rofecoxib group, compared to 4 patients in the naproxen group suffered a myocardial infarction (RR=5.0).  Three patients in the rofecoxib arm that sustained a myocardial infarction were inadvertently omitted from the manuscript. Four percent of the study patients met the FDA criteria for the use of aspirin for cardiovascular prophylaxis and were not taking the drug.  This group constituted 38% of the myocardial infarcts, suggesting that rofecoxib increased the risk of myocardial infarctions in a high cardiovascular risk group.  In the Mukherjee analysis of the VIGOR study, the relative risk of developing a cardiovascular event while receiving rofecoxib compared with naproxen was 2.38

(95%CI 1.39-4.00) (1).    As rofecoxib was compared to naproxen, the increase in myocardial infarction in the rofecoxib arm may be due to increased myocardial infarctions secondary to rofecoxib, a naproxen-induced cardioprotective effect or a combination of both.  Juni (2) analyzed data from 11 observational studies comparing naproxen with a non-naproxen NSAID on the development of myocardial infarction. Naproxen had a relative risk of 0.86 (95% CI 0.75-0.99) indicating a potentially small cardioprotective effect that could not account for the increased myocardial infarction rate seen in VIGOR.   In a meta-analysis of randomized clinical trials of naproxen compared to placebo, Kearney demonstrated that naproxen is associated with a RR of 0.92 (95% CI 0.67-1.26) for the development of vascular events (3).   Similarly, McGettigan's meta-analysis of observational studies comparing naproxen to placebo showed that naproxen was associated with a RR of 0.7 (95%CI 0.87-1.07) for the development of cardiovascular events (4). Therefore, naproxen has little, if any, cardioprotective effect.

In the ADVANTAGE Trial (Assessment of Differences between Vioxx and Naproxen To Ascertain Gastrointestinal Tolerability and Effectiveness Study), 5557 adults with osteoarthritis were randomized to receive either rofecoxib 25 mg orally daily or naproxen 500 mg orally twice a day for 12 weeks.  Despite the short nature of drug-exposure, five patients receiving rofecoxib suffered a myocardial infarction, compared to one receiving naproxen.  Three patients receiving rofecoxib suffered sudden cardiac death, while no patients receiving naproxen suffered sudden cardiac death. Both treatment groups had similar cardiovascular risk at baseline and the majority of patients had a history of prior cardiovascular events. At study entry, 13% of patients were receiving aspirin.

In the APPROVe (Adenomatous Polyp Prevention on Vioxx) 2,586 patients greater than 40 years old with a history of colorectal polyps were randomized to receive rofecoxib 25 mg orally daily

14

or placebo for a duration of 3 years.  Twenty three patients receiving rofecoxib suffered a myocardial infarction in contrast to 12 patients in the placebo arm.  Cardiac events (sudden cardiac death, fatal and non-fatal myocardial infarction or unstable angina) were significantly increased in the rofecoxib group compared to placebo with a relative risk of 2.80 (95% CI 1.44-5.4).  Patients receiving rofecoxib with a history of symptomatic atherosclerotic cardiovascular disease had a relative risk of 9.59 (1.36-416) compared to those with receiving placebo and similar cardiovascular history.  In patients with diabetes, the relative risk of rofecoxib compared to placebo for development of thrombotic cardiovascular events was 6.10 (95% CI 1.36, 56.1).  Thus, rofecoxib appears to have harm in patients already at risk for the development of cardiovascular events.   In May 2006, Merck released one year follow-up data after discontinuation of the drug in the APPROVe study (5).  There continued to be an increase in cardiovascular events in the rofecoxib arm compared to placebo with a relative risk of 1.64 (95% CI 0.89-3.04) for this 1-year off-drug time period indicating continued risk despite withdrawal of the offending agent. Combining the study with the 1-year off drug extension, the relative risk associated with rofecoxib for the development of cardiovascular events was 1.75 (95% CI 1.19-2.55).

In a trial assessing whether selective COX-2 inhibition with rofecoxib can retard progression of colorectal cancer, 1167 received rofecoxib and 1160 patients received placebo and were followed for a median duration of 7.4 months (6). This study was terminated early due to the withdrawal of rofecoxib. The relative risk of a cardiovascular thrombotic event during or within 14 days after the treatment period was 2.66 (95%CI, 1.03-6.86) among patients receiving rofecoxib, as compared with those receiving placebo (P=0.04). The relative risk was slightly reduced after adjustment for cardiovascular risk factors (2.41; 95% CI, 0.93-6.26; P=0.07). Analysis of the APTC end points

showed an unadjusted relative risk of 1.60 (95% CI, 0.57-4.51; P=0.37) and an adjusted relative risk of 1.42 (95% CI, 0.50-4.03; P=0.52).

In Protocol 078, 1457 patients 65 years old or older with mild cognitive impairment were randomized to receive rofecoxib, 25 mg daily or placebo to ascertain whether rofecoxib prevented the development of Alzheimer disease (7).  In the published manuscript, the authors concluded that there was a similar or only a slight increase in adverse events due to rofecoxib.  Death occurred during study or within in 14 days of the last study dose in 3.3% of patients receiving rofecoxib and in 2.1% of patients receiving  placebo. In the off-study period, 17 deaths occurred in the rofecoxib group and 5 in the placebo group. Using Merck's own intention-to-treat analyses and independent analyses of study data files obtained during the initial Vioxx litigation, Psaty and Kronmal report that the hazards ratio for death due to rofecoxib in Protocol 078 was 2.56 (95% CI 1.07-5.56) (8).  In Protocol 091, 692 patients older than 50 years and with a diagnosis of possible or probable Alzheimer disease were randomly assigned to rofecoxib 25 mg daily or placebo and were to be followed for 12 months  to see if rofecoxib attenuated cognitive decline (9).  Rofecoxib did not alter the development of Alzheimer disease.  Similar conclusions about the safety of rofecoxib were made.  As with Protocol 078, Psaty and Kronwal provide evidence that Merck's own intention-to-treat analyses showed a HR for death of 4.43 (95% CI 1.26-15.53) (8).  Combining protocols 078 and 091,the HR for death was 2.99 (95% CI 1.55-5.77), with a HR of death due to heart disease of 3.84 (95% CI 1.55-5.77).

**Meta Analyses and Observational Studies**

In a meta-analysis of 18 randomized controlled trials of rofecoxib, Juni demonstrated a 2.24 (95% CI 1.24-4.02) relative risk of sustaining a myocardial infarction while on rofecoxib compared to nonselective NSAIDS or placebo (2). This increased event rate was notable by 2000 and was not

affected by the comparison agent (NSAID, placebo), but was affected by the presence of an independent adverse-event adjudication committee.

In a matched case-control study of 54,475 Medicare patients, Solomon demonstrated an elevated relative risk of AMI compared with rofecoxib compared with celecoxib (odds ratio [OR], 1.24; 95% CI, 1.0 -1.46) and with no NSAID (OR, 1.14; 95% CI, 1.00-1.31) (10). This risk was apparent within the first 90 days of rofecoxib usage. In a case-control study of 36 hospitals in a 5-county area, Kimmel demonstrated that the use of rofecoxib was associated with a statistically significant higher odds of MI compared with the use of celecoxib (adjusted OR 2.72 95%CI 1.24-5.95) (11). Levesque showed in a population-based, retrospective cohort study of 113,927 patients using a time-matched, nested case-control approach that current use of rofecoxib, compared to no NSAID was associated with an increased risk for an acute MI ([RR 1.24,[95% CI 1.05-1.46) (12). Using data from Kaiser Permanente in California in a nested-case control study, Graham found that rofecoxib compared to celecoxib had an adjusted OR of developing a serious cardiac event (acute myocardial infarction and sudden cardiac death) of 1.59 (95% CI 1.10-2.32). In a meta-analyses of case-control or cohort studies, McGettigan found an increased relative risk of developing serious cardiovascular events of 1.33 (95% CI 1.00-1.79) for rofecoxib, ≤ 25 mg and a RR of 2.19 (95% CI 1.64-2.91) for rofecoxib > 25 mg. The risk was apparent within the first month of usage. In a meta-analyses of clinical trials of COX-2 inhibitors, Zhang demonstrated that rofecoxib was associated with a relative risk of developing an arrhythmia (including sudden cardiac death) of 2.90 (95% CI 1.07-7.88) (13).

In September, 2004, Merck voluntarily withdrew Vioxx from the market because of an excess of cardiovascular risk associated with the drug. The FDA issued a Public Health Advisory on Vioxx (14). In 2005, the American Heart Association published a Scientific Advisory that states "current

evidence indicates that selective COX-2 inhibitors have important adverse cardiovascular effects including increased risk for myocardial infarction, stroke, heart failure, and hypertension. The risk for these adverse effects are likely greatest in patients with a prior history of, or at high risk for cardiovascular disease." (15).   A Scientific Statement from the American Heart Association published in 2007 reiterated these conclusions (16).   The 2007 Focused Update of the ACC/AHA 2004 Guidelines for the Management of Patients With ST-Elevation Myocardial Infarction issued a Class I recommendation that patient patients routinely taking NSAIDs (except for aspirin), both nonselective as well as COX-2 selective agents, before STEMI should have those agents discontinued at the time of presentation with STEMI because of the increased risk of mortality, reinfarction, hypertension, heart failure, and myocardial rupture associated with their use (17).   Similarly, the most recent ACC/AHA guidelines state that because of the increased risks of mortality, reinfarction, hypertension, HF, and myocardial rupture associated with their use, nonsteroidal anti-inflammatory drugs (NSAIDs), except for ASA, whether nonselective or cyclooxygenase (COX)-2–selective agents, should be discontinued at the time a patient presents with UA/NSTEMI (18).

**<u>Pathophysiology of Coronary Artery Disease</u>**

Atherosclerotic vascular disease is the leading cause of morbidity and mortality in the United States.   Atherosclerosis of the coronary vessels, also known as coronary artery disease (CAD), can lead to angina, unstable angina, myocardial infarction, both fatal and nonfatal arrhythmias, stroke, heart failure and death.   CAD is characterized by inflammation, thrombosis and the development of plaque within the coronary arteries (19).   Rupture or erosion of the fibrous cap of a coronary atherosclerotic plaque exposes the highly thrombogenic contents of the plaque to flowing blood, which immediately begins thrombus formation to "treat" the site of injury.   This thrombus within the

coronary artery can lead to further plaque growth, unstable angina, non-ST elevation myocardial infarction or ST elevation myocardial infarction (19).  Numerous risk factors have been identified that increases an individual's likelihood of developing CAD (20).  These risk factors include: age, male gender, family history of CAD (especially in a sibling) (21), smoking, hypertension, diabetes, hyperlipidemia, low levels of high density lipoprotein (HDL), inactivity and obesity (20). Modification of these risk factors has also been demonstrated to reduce an individual's risk of developing atherosclerosis over time (primary prevention) (22).  Additionally, modification of risk factors in patients with established CAD reduces the development of cardiovascular events (secondary prevention) (22).  Because atherosclerosis is both an inflammatory disease and a thrombotic disorder (23-29) increased platelet reactivity by any means, including use of agents that result in direct or indirect platelet activation can lead to increased cardiovascular events in patients.

**Prothrombotic effects of COX-2 inhibitors**

The effects of Vioxx, COX-2 inhibitors and NSAIDs on cardiovascular risk are the focus of many recent journal articles, editorials and reviews (1,30-39) and in the interests of brevity, I will not restate all their points.

Vioxx (rofecoxib) is a selective cyclooxygenase (COX) -2 (or prostaglandin endoperioxidase) inhibitor that inhibits prostaglandin (PG) biosynthesis.  COX inhibitors antagonize the conversion of arachidonic acid and oxygen to $PGH_2$, the committed step in prostanoid synthesis (prostanoids compromise PGs and thromboxanes) (40).  COX-1 and COX-2 are two distinct isoenzymes of COX, each coded on separate chromosomes (40).  The fate of $PGH_2$ depends upon the cell type in which it is formed and certain enzymes within that cell (30). For example, platelets express thromboxane synthase and therefore can generate the prothrombotic, vasoconstrictor thromboxane $A_2$ ($TXA_2$)

(41,42).  In endothelial cells, PGI synthase synthesizes the vasodilatory, antithrombotic prostanoid PGI$_2$ (prostacyclin).  In addition, COX-2 is not  expressed in mature platelets (43) and inhibition of platelet COX-1 by agents such as low dose aspirin results in an antithrombotic effect that markedly reduces cardiovascular risk in both patients with and without atherosclerosis (44).  In contrast, COX-2 is inducible by cytokines and growth factors (34). In endothelial cells, COX-2 expression is increased by physiological flow (45) and to a greater extent by arterial injury such as seen in atherosclerosis (46,47).  In addition, COX-2 is also expressed in several cells such as those in the brain, kidney and spinal cord (34).   Most endothelial-derived prostacyclin is felt to be derived from COX-2 (48).  Measurement of PGI-M, a urinary metabolite of prostacyclin and therefore an indicator of prostacyclin formation, is significantly reduced in subjects receiving celecoxib, rofecoxib, ibuprofen (48-50).   Prostacyclin inhibits platelet aggregation (51,52). Vascular cells are the main source of prostacyclin, but it is also synthesized elsewhere, as suggested by the presence of prostacyclin synthase mRNA in other tissues (51-55).

Thromboxane is synthesized within the platelet by COX-1 and thromboxane synthase and acts as a pro-hemostatic substance by activating platelets, inducing vasoconstriction and smooth muscle cell proliferation (56,57).  Aspirin is commonly used to inhibit platelet-derived COX-2 dependent thromboxane and reduce both primary and secondary cardiovascular events (58).

In the normal artery, the balance between prostacyclin and TXA$_2$ production favors the antithrombotic prostacyclin (30). Normal hemostasis and response to injury is dependent upon a critical balance between prothrombotic and antithrombotic processes that allows clotting at appropriate sites of injury, but prevents thrombosis of vessels when there is no injury. In patients with coronary artery disease which is characterized by both inflammation and thrombosis (23), both TXA$_2$

and prostacyclin production are increased, in part due to the atherosclerosis-induced increased platelet function (25) and the resultant compensatory increase in prostacyclin formation in the endothelium (30,46,59,60). In patients with coronary artery disease receiving low-dose aspirin (irreversible inhibition of platelet COX-1) the prothrombotic balance is returned to a more anti-thrombotic state (30).

In contrast to non-selective COX inhibitors, such as aspirin and NSAIDs, COX-2 inhibitors decrease the formation of prostacyclin in endothelial cells, while leaving the formation of $TXA_2$ in platelets (as they contain no COX-2) uninhibited (35).  Indeed, COX-2 inhibitors are not antiplatelet agents (48). This alteration in the hemostatic balance between the prothrombotic $TXA_2$ and the vasodilatory, antithrombotic prostacyclin to favor a thrombotic state is a mechanism for the increased cardiovascular risk in patients receiving Vioxx. Injury-induced vascular proliferation and platelet activation are enhanced in mice that are genetically deficient in the prostacyclin receptor (IP) but are depressed in mice genetically deficient in the $TxA_2$ receptor (TP) or treated with a TP antagonist. The augmented response to vascular injury is abolished in mice deficient in both receptors. Thus, prostacyclin modulates platelet-vascular interactions in vivo and specifically limits the response to $TxA_2$ (61).  Indeed, prostacyclin is a platelet antagonist and inhibits both thromboxane-mediated elevations in blood pressure and atherogenesis (60-62).Therefore, inhibition of prostacyclin results in a prothrombotic, hypertensive and atherogenic state (35).

In addition to direct effects on thrombotic potential, selective COX-2 inhibition gradually over time increase the risk of developing coronary artery disease. Deletion of the prostacyclin receptor in hyperlipidemic mice results in atherogenesis (60,63).   Blood pressure is elevated in animals lacking the prostacyclin receptor (64,65) and inhibition of COX-2 alters vascular remodeling such as that seen

in hypertension (66).  Other biochemical mechanisms for COX inhibition mediated changes in blood pressure include effects on HETE, $PGE_2$ and $PGD_2$ biosynthesis (33,36).  Indeed, elevations in blood pressure are associated with the development of unheralded myocardial infarction (67).

**<u>Conclusion</u>**

Therefore, current evidence indicates that Vioxx (rofecoxib) has important adverse cardiovascular effects, including increased risk for myocardial infarction, stroke, heart failure, and hypertension. The risk for these adverse effects are likely greatest in patients with a prior history of, or at high risk for cardiovascular disease.  This risk begins early in the treatment with rofecoxib and is not eliminated by the concomitant use of aspirin.

It is my expert medical opinion, rendered to a reasonable degree of medical certainty, that the Vioxx Mr. Ito was taking for approximately 18 months substantially contributed to his myocardial infarction suffered on July 7, 2003.

_____

Mark I. Furman, MD, FACC, FAHA