UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>**PRODUCTS LIABILITY LITIGATION**<br><br>This applies to all cases on the attached Exhibit A | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**MOTION FOR ENTRY OF CORRECTED JUDGMENT** |

## MOTION FOR ENTRY OF CORRECTED JUDGMENT

Stipulations of Dismissal as to All Defendants have been filed for all plaintiffs on the attached Exhibit A. The orders of dismissal previously submitted and entered by the Court mistakenly applied to Defendant Merck & Co., Inc. only.

For the foregoing reasons, Merck respectfully asks that the Court enter an order granting the Motion for Entry of Corrected Judgment and dismissing with prejudice all claims of all plaintiffs on the attached Exhibit A, as to all defendants, with each party to bear his or her own costs.

Dated: July 15, 2009

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Defendants' Liaison Counsel

984777v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of July, 2009.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

984777v.1