# EXHIBIT A

| Case Name | Docket Number | Name of Plaintiff Whose Claims Are Being Dismissed |
|---|---|---|
| George Longley, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01182 | Jessie Longley |
| Betty Brown, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01186 | Robert Grochowiak |
| Luis Bernard, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01185 | Roger Murray |
| Armeda Bamford, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01168 | Jack Drexler |
| Armeda Bamford, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01168 | Paul Pellitteri |
| Charles Bagley, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01174 | Kathleen Ciesielski |

984786v.1