UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | SECTION L |
| STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| Case No. 05-3700 | |

**AFFIDAVIT OF DOUGLAS R. PLYMALE, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT MERCK & CO., INC. TO PRODUCE DOCUMENTS PREVIOUSLY PRODUCED TO THE GOVERNMENT AND WITH RESPECT TO RELATED LITIGATION**

STATE OF LOUISIANA    )
                     )   SS:
PARISH OF ORLEANS    )

      I, DOUGLAS R. PLYMALE, being first duly sworn according to law, testify from my own personal knowledge as follows:

      1.    I am one of the attorneys for Plaintiffs, STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL, in the In re VIOXX Products liability Litigation, U.S. District Court for the Eastern District of Louisiana, MDL Case No. 05-cv-3700, and am competent to testify to the matters set forth below. I submit this Affidavit based on personal knowledge in support of Plaintiffs' Motion to Compel Defendant Merck & Co., Inc. to Produce Documents Previously Produced to the Government and with Respect to Related Litigation.

1

2. Attached hereto as Exhibit A is a true and correct copy of Memorandum dated May 5, 2005 by the House Committee on Oversight and Government Reform.

3. Attached hereto as Exhibit B is a true and correct copy of Excerpt of Form 10-K filed by Merck for the period ending 12/31/08.

4. Attached hereto as Exhibit C is a true and correct copy of Merck's press release from March 23, 2009.

5. Attached hereto as Exhibit D is a true and correct copy of Reuters article dated March 23, 2009.

6. Attached hereto as Exhibit E is a true and correct copy of Wall Street Journal article dated February 1, 2008.

7. Attached hereto as Exhibit F is a true and correct copy of Government Action Plaintiffs' First Set Of Master Interrogatories To Defendant Merck & Co, Inc.

8. Attached hereto as Exhibit G is a true and correct copy of Government Action Plaintiffs' First Set Of Master Document Requests To Defendant Merck & Co, Inc.

9. Attached hereto as Exhibit H is a true and correct copy of Responses And Objections Of Merck & Co., Inc. To Government Action Plaintiffs' First Set Of Master Document Requests To Defendant Merck & Co, Inc.

10. Attached hereto as Exhibit I is a true and correct copy of Responses And Objections Of Merck & Co., Inc. To Government Action Plaintiffs' First Set Of Master Interrogatories To Defendant Merck & Co, Inc.

11. Attached hereto as Exhibit J is a true and correct copy of an email from Douglas R. Plymale dated June 19, 2009.

12. Attached hereto as Exhibit K is a true and correct copy of a letter from Benjamin Barnett to Leonard Davis dated July 13, 2009.

13. Attached hereto as Exhibit L is a true and correct copy of Case Management Order No. 5 dated October 28, 2002 from In re Average Wholesale Price Litigation, MDL No. 1456, No. 01-12257 (D. Mass.)

14. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false I may be subject to punishment.

Dated: July 16, 2009
      New Orleans, Louisiana

/s/ Douglas R. Plymale
Douglas R. Plymale, Ph.D.
dplymale@dugan-lawfirm.com
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Counsel for Plaintiff

Subscribed and sworn to before me, a notary public, this 16 day of July 2009.

David L. Brownell Bar #20729

4