# EXHIBIT D



Print | Close this window

## Merck target of Vioxx federal grand jury probe

Mon Mar 23, 2009 5:49pm EDT

NEW YORK (Reuters) - Merck & Co said on Monday that it has been advised it is a target of a U.S. grand jury investigation involving its withdrawn pain drug Vioxx.

The company had previously disclosed the government probe, which has been ongoing since 2004. But it only last week received a letter from the U.S. Attorney's office for the District of Massachusetts informing the drugmaker it is a target of the grand jury investigation, Merck said.

The probe involves Merck's research, marketing and selling activities regarding Vioxx, the once $2.5 billion a year drug that was pulled from the market in September 2004 after a study showed it doubled the risk of heart attack and stroke in long-term users.

Merck said it has responded and will continue to respond to requests from the U.S. Attorney for documents and information in connection with the probe. The investigation includes subpoenas for witnesses to appear before a grand jury, the company has said in securities filings.

The New Jersey-based drugmaker was sued by tens of thousands of former Vioxx users who claimed to have been injured by the arthritis medicine.

After winning the majority of product liability trials that reached a jury, Merck agreed to pay $4.85 billion to settle personal injury claims from former users who had suffered heart attacks and strokes.

In a separate release, Merck said it and JP Morgan completed primary syndication of $7 billion of new Merck credit facilities with commitments from eight other banks as part of the financing for its $41.1 billion acquisition of rival Schering-Plough Corp.

The other banks are Bank of America, BNP Paribas, Citi, Credit Suisse, HSBC, The Royal Bank of Scotland, Santander and UBS, Merck said.

The drugmaker also said it has secured commitments for the amendment of its existing $1.5 billion revolving credit facility to allow it to remain in place after the merger.

(Reporting by Bill Berkrot; editing by Richard Chang)

© Thomson Reuters 2009. All rights reserved. Users may download and print extracts of content from this website for their own personal and non-commercial use only. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is expressly prohibited without the prior written consent of Thomson Reuters. Thomson Reuters and its logo are registered trademarks or trademarks of the Thomson Reuters group of companies around the world.

Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.