# EXHIBIT J

# Douglas Plymale

| | |
|---|---|
| **From:** | Douglas Plymale |
| **Sent:** | Friday, June 19, 2009 4:54 PM |
| **To:** | James Dugan; 'Dawn Barrios'; 'Anderson, Brian' |
| **Cc:** | 'Barnett, Ben'; 'Call, Jan'; 'Flaster, Eben'; 'Bjork, Rebecca'; Bloom, Justin; 'Stephen Murray Jr' |
| **Subject:** | RE: AG Discovery Issues |

Counsel,

The discovery the La Ag needs is the following - to the extent they pertain to the La AG/Louisiana:

RFP:   9, 10, 11, 15, 16, 17, 18, 19, 20, 21, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 40, 41, 42, 43, 44, 45, 46, 47, 50, 51, & 52.

INT:   3, 6, 7, 8, 10, 13, 14, 24, 25, 30, 31, 32, 33, 34, 35, 36, 37, 38, 40, 43, 44, 45, 46, 48, 49, 50.

Of course, to the extent that responsive materials to the requests are call notes and/or the MPFs, or previously produced materials and supplements thereof that we discussed, we defer to our agreements memorialized in Eban's email of June 18.

Thanks

Doug

Douglas R. Plymale, J.D., Ph.D.
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Phone: (504) 648-0180
Fax:   (504) 648-0181
e-mail: dplymale@dugan-lawfirm.com

Electronic Mail Confidentiality Notice
This electronic mail message and all attachments may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution (electronic or otherwise), forwarding or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify us by telephone, facsimile, or e-mail to dplymale@dugan-lawfirm.com to arrange for return of the electronic email, attachments, or documents.

**From:** James Dugan
**Sent:** Friday, June 19, 2009 11:16 AM
**To:** 'Dawn Barrios'; 'Anderson, Brian'
**Cc:** 'Barnett, Ben'; 'Call, Jan'; 'Flaster, Eben'; 'Bjork, Rebecca'; Douglas Plymale; Bloom, Justin; 'Stephen Murray Jr'
**Subject:** RE: AG Discovery Issues

That is correct, under Eban Flasters email of June 18, 2009, the LA AG and Merck will exchange discovery responses on July 6, 2009. To streamline the process Doug Plymale will be sending to Merck later today the list of Interrogatories and RFPs that we must have to prepare our case and keep the current trial schedule in place. Thanks

---

**From:** Dawn Barrios [mailto:DBarrios@bkc-law.com]
**Sent:** Friday, June 19, 2009 8:15 AM
**To:** Anderson, Brian; James Dugan
**Cc:** Barnett, Ben; Call, Jan; Flaster, Eben; Bjork, Rebecca
**Subject:** RE: AG Discovery Issues

**Brian,**
**I am confirming our agreement that any extension on discovery would NOT apply to LA.**
**I will be in a position after lunch to confirm the extension (and thus put it in the Joint Report) for all Non- La AGs.**
**d**

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
Suite 3650
701 Poydras Street
New Orleans, Louisiana 70139
504.524.3300 Telephone
504.524.3313 Fax
barrios@bkc-law.com
www.bkc-law.com

---

**From:** Anderson, Brian [mailto:BAnderson@OMM.com]
**Sent:** Thursday, June 18, 2009 3:21 PM
**To:** Dawn Barrios
**Cc:** Barnett, Ben; Call, Jan; Flaster, Eben; Bjork, Rebecca
**Subject:** RE: AG Discovery Issues

our draft of the status report (which is going to Lenny for comment later today or tomorrow) says we have agreed to extend, but does not specify until when. ok?

---

**From:** Dawn Barrios [mailto:DBarrios@bkc-law.com]
**Sent:** Thursday, June 18, 2009 3:59 PM
**To:** Anderson, Brian
**Cc:** Barnett, Ben; Call, Jan; Flaster, Eben; Bjork, Rebecca
**Subject:** RE: AG Discovery Issues

Since I have not gotten everyone's approval on the request for an extension, can you just say we are discussing it? If I get the approval by the status conf we can say we have an agreement. Please understand, there are no objections voiced, but I have not gotten to everyone yet.
d

Welcome back, Eben.
d

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
Suite 3650
701 Poydras Street
New Orleans, LA 70139-3650
504.524.3300 (phone)
504.524-3313 (fax)
www.bkc-law.com

 Please consider the environment before printing this e-mail

---

**From:** Anderson, Brian [mailto:BAnderson@OMM.com]
**Sent:** Thursday, June 18, 2009 1:45 PM
**To:** Dawn Barrios
**Cc:** Barnett, Ben; Call, Jan; Flaster, Eben; Bjork, Rebecca
**Subject:** RE: AG Discovery Issues

How long do P's want to postpone responding to discovery? I'm editing the joint status report; should I say 30 days?

---

**From:** Dawn Barrios [mailto:DBarrios@bkc-law.com]
**Sent:** Thursday, June 18, 2009 8:49 AM
**To:** Anderson, Brian
**Cc:** Barnett, Ben; Call, Jan; Flaster, Eben; Bjork, Rebecca
**Subject:** RE: AG Discovery Issues

**Thanks, Brian.  I will circulate and be in a position to discuss Monday or Tuesday (not necessary to do in person, but always happy to see you).**
**d**

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
Suite 3650
701 Poydras Street
New Orleans, Louisiana  70139
504.524.3300 Telephone
504.524.3313 Fax
barrios@bkc-law.com
www.bkc-law.com

---

**From:** Anderson, Brian [mailto:BAnderson@OMM.com]
**Sent:** Wednesday, June 17, 2009 2:32 PM
**To:** Dawn Barrios
**Cc:** Barnett, Ben; Call, Jan; Flaster, Eben; Bjork, Rebecca; Anderson, Brian
**Subject:** AG Discovery Issues

Dawn:

Quick answers to the issues we discussed:

1.      We agree to a mutual extension on serving discovery responses.

2.      Re objective coding, PTO 17A spoke in terms of Merck doing such coding because Merck was the only party producing large volumes of discovery when the order was issued.  Individual personal injury plaintiffs produced so little paper discovery that coding wasn't needed.  The precedent underlying the order, however, is that parties producing large volumes of documents should code them.  Now that plaintiffs meeting that description have entered the litigation, we think the logic of PTO 17A, as well as basic even-handedness, compel that both sides do coding.

3.     Re MPFs/call notes, we remain of the view that AGs should review those materials already available to them to see whether they really think it would be helpful to their case.  If not, there absolutely is no reason to ask Merck to incur the huge costs involved in preparing/producing all of them.  We would not view the AG's review of those already-produced materials as a waiver of their underlying discovery requests.

3.     We are still considering whether, and under what terms, we would produce information about the number of MPFs and call notes already produced by state.


**Brian C. Anderson**
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
202-383-5309 (o)
202-383-5414 (f)
banderson@omm.com