UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | SECTION L |
| STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| Case No. 05-3700 | |

## [PROPOSED] ORDER

Upon considering Plaintiffs' Motion to Compel Defendant Merck & Co., Inc. to Produce Documents Previously Produced to the Government and with Respect to Related Litigation and pursuant to Fed. R. Civ. P. 26(b)(1):

**IT IS ORDERED**, that Plaintiffs' Motion to Compel Defendant Merck & Co., Inc. to Produce Documents Previously Produced to the Government and with Respect to Related Litigation is hereby GRANTED;

**IT IS ORDERED**, that Defendant shall respond to Plaintiffs' Interrogatory No. 48, and produce all documents responsive to Plaintiffs' Request for Production No. 10 within 10 days.

**NEW ORLEANS, LOUISIANA**, this ____ day of _____, 2009.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

1