U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    JUL 1 5 2009
LORETTA G. WHYTE
CLERK

U.S. COURT OF APPEALS
FILED
JUL 1 0 2009
CHARLES R. FULBRUGE III
CLERK

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

IN RE: VIOXX LITIGATION

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-MD-1657

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

```
__ Fee____
__ Process____
X  Dktd____
__ CtRmDep____
__ Doc. No.____
```

*Charles R. Fulbruge*
CHARLES R. FULBRUGE, III
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
        Deputy
New Orleans, Louisiana    10 JUL 2009

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 10, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 09-30563    In Re: Vioxx Products
        USDC No. 2:05-MD-1657
        USDC No. 2:09-CV-48

Enclosed is an order entered in this case.

                          CHARLES R. FULBRUGE III, Clerk

                          By: _____
                          Peter A. Conners, Deputy Clerk
                          504-310-7685

Mr. George Willie Buford
Mr. Douglas Marvin
Ms. Loretta Whyte
Ms. Dorothy Hudson Wimberly
Mr. Phillip A Wittmann

P.S. to Mr Buford and all counsel: In light of this court's order, the joint designation of the record is due for filing in the District Court within fourteen (14) days from the date of this notice, or, by not later than 7/24/09.

*Motion Notice - MOT2 (!npman)*