UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| **In re: Vioxx ®**<br>**PRODUCTS LIABILITY LITIGATION**<br>This applies to all cases on the attached Exhibit A | MDL Docket No. 1657<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES<br>**ORDER GRANTING MOTION FOR ENTRY OF CORRECTED JUDGMENT** |

### ORDER GRANTING MOTION FOR ENTRY OF CORRECTED JUDGMENT

Considering the foregoing Motion for Entry of Corrected Judgment and the Stipulations of Dismissal with Prejudice as to All Defendants previously filed in this matter,

IT IS ORDERED that all claims of all plaintiffs on the attached Exhibit A be and are hereby dismissed with prejudice as to ALL DEFENDANTS, each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 16th day of July, 2009.

_____
DISTRICT JUDGE ELDON E. FALLON

984782v.1

# EXHIBIT A

| Case Name | Docket Number | Name of Plaintiff Whose Claims Are Being Dismissed |
|---|---|---|
| George Longley, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01182 | Jessie Longley |
| Betty Brown, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01186 | Robert Grochowiak |
| Luis Bernard, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01185 | Roger Murray |
| Armeda Bamford, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01168 | Jack Drexler |
| Armeda Bamford, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01168 | Paul Pellitteri |
| Charles Bagley, et al. v. Merck & Co., Inc., et al. | 2:06-cv-01174 | Kathleen Ciesielski |