UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | SECTION L |
| STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| Case No. 05-3700 | |

## PLAINTIFFS' MOTION TO COMPEL DEFENDANT MERCK, INC. TO PRODUCE DOCUMENTS PREVIOUSLY PRODUCED TO THE GOVERNMENT AND WITH RESPECT TO RELATED LITIGATION

Pursuant to Fed. R. Civ. P. 26(b)(1), and for the reasons more fully set forth in the accompanying memorandum, Plaintiff, the Louisiana Attorney General, respectfully moves for an order to compel Defendant to Respond to Government Action Plaintiffs' First Set of Master Interrogatories to Defendant Merck & Co., Inc. Interrogatory No. 48, and produce all documents responsive to Government Action Plaintiffs' First Set of Master Documents to Defendant Merck & Co., Inc. Request No. 10 within 10 days, and all such other relief as this Court deems necessary and proper.

Dated: July 16, 2009                                                Respectfully submitted,

By: /s/ Douglas R. Plymale
James R. Dugan, II,
Douglas R. Plymale
Justin Bloom
Stephen B. Murray, Jr.
Stephen B. Murray, Sr.
***Murray Law Firm***

1

650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone:  (504) 648-0180
Facsimile:  (504) 648-0181

**CO-CHAIR OF GOVERNMENT ACTIONS PLAINTIFFS' CASE MANAGEMENT COMMITTEE AND COUNSEL FOR PLAINTIFFS**

James D. Caldwell
Attorney General
Trey Phillips
Bryan McMinn
L. Christopher Styron
Assistant Attorneys General
*Louisiana Department of Justice*
1885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

Francisco H. Perez
General Counsel
Kim Sullivan
*Louisiana Department of Health and Hospitals*
P.O. Box 3836
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1188
Facsimile: (225) 342-2232

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Plaintiffs' Motion to Compel Defendant Merck & Co., Inc. to Produce Documents Previously Produced to the Government and with Respect to Related Litigation, Memorandum in Support of Plaintiffs' Motion to Compel Defendant Merck & Co., Inc. to Produce Documents Previously Produced to the Government and with Respect to Related Litigation, and Declaration of Douglas R. Plymale in Support of Plaintiffs' Motion to Compel Defendant Merck & Co., Inc. to Produce Documents Previously Produced to the Government and with Respect to Related Litigation, has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U. S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance Pretrial Order No. 8B, on this the 16th day of July, 2009.

                /s/   Douglas R. Plymale
                Douglas R. Plymale
                ***Murray Law Firm***
                650 Poydras Street, Suite 2150
                New Orleans, LA 70130
                Telephone:  (504) 648-0180
                Facsimile:  (504) 648-0181