# EXHIBIT C




## Corporate News

- Newsroom
- **Product News**
- **Research & Development News**
- **Corporate News**
- **Financial News**
- **Corporate Responsibility News**
- **Fact Sheet**
- **Executive Speeches**
- **Webcasts**
- **VIOXX® (rofecoxib) Information Center**

 Contact Newsroom
 Podcast
 RSS

**Merck & Co., Inc. Provides Update on Previously-Disclosed U.S. Department of Justice Investigation Relating to VIOXX®**

WHITEHOUSE STATION, N.J., March 23, 2009 - Merck & Co., Inc. today reported that it has received a letter from the U.S. Attorney's Office for the District of Massachusetts advising the company that it is a target of a previously-disclosed federal grand jury investigation. The investigation relates to activities in connection with VIOXX, a medicine that Merck voluntarily withdrew from the market in 2004. The company has previously disclosed the government's investigation, which has been ongoing since 2004, in various filings with the U. S. Securities and Exchange Commission.

Merck has responded and is continuing to respond to requests from the U.S. Attorney's Office for documents and information in connection with the ongoing investigation.

**About Merck**
Merck & Co., Inc. is a global research-driven pharmaceutical company dedicated to putting patients first. Established in 1891, Merck currently discovers, develops, manufactures and markets vaccines and medicines to address unmet medical needs. The company devotes extensive efforts to increase access to medicines through far-reaching programs that not only donate Merck medicines but help deliver them to the people who need them. Merck also publishes unbiased health information as a not-for-profit service. For more information, visit www.merck.com.

**Forward-Looking Statement**
This press release contains "forward-looking statements" as that term is defined in the Private Securities Litigation Reform Act of 1995. These statements are based on management's current expectations and involve risks and uncertainties, which may cause results to differ materially from those set forth in the statements. The forward-looking statements may include statements regarding product development, product potential or financial performance. No forward-looking statement can be guaranteed and actual results may differ materially from those projected. Merck undertakes no obligation to publicly update any forward-looking statement, whether as a result of new information, future events, or otherwise. Forward-looking statements in this press release should be evaluated together with the many uncertainties that affect Merck's business, particularly those mentioned in the risk factors and cautionary statements in Item 1A of Merck's Form 10-K for the year ended Dec. 31, 2008, and in any risk factors or cautionary statements contained in the company's periodic reports on Form 10-Q or current reports on Form 8-K, which the company incorporates by reference.

# # #

top

*Software to view files presented in PDF or SWF format is available at no charge through the Adobe Web site. Get Adobe Flash Player  Get Adobe Reader

Printer Friendly Page

