Donald J. Winder (#3519)
Jerald V. Hale (#8466)
**WINDER & COUNSEL, P.C.**
175 West 200 South, Suite 4000
P. O. Box 2668
Salt Lake City, UT 84110-2668
Telephone: (801) 322-2222
Facsimile (801) 322-2282
*Attorneys for Robert K. Ito*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT K. ITO, | : | **CERTIFICATE OF SERVICE FOR PLAINTIFF ROBERT K. ITO'S SECOND SUPPLEMENTAL RESPONSE TO DEFENDANT'S REQUEST FOR DOCUMENTS** |
| Plaintiff, | : | |
| vs. | : | |
| MERCK & COMPANY, INC., | : | MDL Docket No. 1657 |
| Defendant. | : | Section L |
| | : | Judge Eldon E. Fallon |
| | : | Magistrate Judge Knowles |

Plaintiff Robert K. Ito, by and through counsel, hereby certifies that a true and correct copy of the foregoing Plaintiff Robert K. Ito's Second Supplemental Response to Defendant's Request for Documents has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern

District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 17th day of July, 2009.

                                                By:   /s/ Jerald V. Hale
                                                        Jerald V. Hale, Utah Bar #8466

                                                        Winder & Counsel, PC

                                                        175 West 200 South, Suite 4000

                                                        Salt Lake City, UT 83110-2668

                                                        Phone: (801) 322-2222

                                                        Facsimile: (801) 322-2282
                                                        jhale@winderfirm.com