UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| GENE WEEKS, KRISTINE CRAMER, | * | SECTION L |
| NATHAN WILKINS, VIRGINIA PICKET, | * | |
| SUSAN SMITH, on behalf of themselves and | * | JUDGE ELDON E. FALLON |
| all other similarly situated, | * | |
| | * | MAGISTRATE JUDGE |
|                    Plaintiffs, | * | KNOWLES |
| versus | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
|                    Defendant. | * | |
| | * | |
| Civil Action No. 2:09-cv-03713 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Defendant Merck & Co., Inc.'s Motion and Incorporated Memorandum to Stay Proceedings Pending Decision on Motion to Strike,

IT IS ORDERED that all discovery in this proceeding is stayed pending the Court's decision on Merck's Motion to Strike Class Allegations in Plaintiffs' First Amended Complaint.

NEW ORLEANS, LOUISIANA, this 17th day of July, 2009.

_____
DISTRICT JUDGE

984527v.1