UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX  PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 1657  SECTION:  L  JUDGE FALLON  MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Prado et al v. Merck & Co, Inc*
No. 05-6303 (as to Guillermina Marina only)

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record (Rec. Doc. 15802),

IT IS ORDERED that the motion IS GRANTED, and all counsel of record are permitted to withdraw from representation of Guillermina Marina.

IT IS FURTHER ORDERED that counsel shall send notification of this withdrawal to the Plaintiff's last known address, with further instructions that the Plaintiff must either obtain new counsel or contact the Pro Se Curator's Office within 60 days if the Plaintiff wishes to proceed with this suit, or else the Plaintiff's claims, if any are remaining, may be dismissed with prejudice.  The Pro Se Curator's Office may be contacted by calling (504) 561-7799, or by writing to Robert M. Johnston, VIOXX Pro Se Curator, 400 Poydras St., Suite 2450, New Orleans, LA 70130.

New Orleans, Louisiana, this 12th day of June, 2009.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE

1