UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**IN RE:  VIOXX**                                        MDL NO. 1657
**PRODUCTS LIABILITY LITIGATION:**

                                                        SECTION:  L


…………………………………………………..              JUDGE FALLON
                                                        MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
**James Coleman, et. al.  v. Merck & Co., Inc., No. 2:06-cv-01970**
**(previously  USDC EDMO 4:05cv1944)**
**Plaintiff Lisa Peters**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
## FOR PLAINTIFF LISA PETERS

Pursuant to LR 83.2.11, Seth S. Webb and the firm of Brown and Crouppen move the Court for an Order allowing them to withdraw as attorneys of record for Plaintiff, Lisa Peters, in this matter for the reason that Brown and Crouppen can no longer effectively represent Plaintiff due to a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privileges. The subject claim is not eligible for the proposed Vioxx Resolution Program and there is no trial date set.

Written notice of the filing of this motion was sent this date via certified mail to Plaintiff's last known mailing address of 404 Poe Street, Park Hills, Missouri 63601.

LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

Dated: July 20, 2009

RESPECTFULLY SUBMITTED,

BROWN AND CROUPPEN

/s/ Seth S. Webb
Seth S. Webb, MO #505666
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was filed electronically with the Clerk of Court, Eastern District of Louisiana on this 20th day of July, 2009.

By:    /s/ Seth S. Webb
       Seth S. Webb, MO #505666