UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**IN RE: VIOXX**  MDL NO. 1657
**PRODUCTS LIABILITY LITIGATION:**
SECTION: L

JUDGE FALLON
……………………………………………….. MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
James Coleman, et. al. v. Merck & Co., Inc., No. 2:06-cv-01970
**(previously USDC EDMO 4:05cv1944)**
**Plaintiff Lisa Peters**

## ORDER

Upon due consideration of Plaintiff's Counsel's Motion to Withdraw as Counsel of Record for Plaintiff Lisa Peters, and for good cause shown, the Court finds the motion to be well taken, and that same should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that Seth S. Webb and the law firm of Brown and Crouppen are withdrawn as attorneys for Plaintiff Lisa Peters.

IT IS SO ORDERED.

DATED: _____, 2009

_____
Honorable Eldon E. Fallon/Judge
United States District Court Judge
Eastern District of Louisiana