UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**IN RE:  VIOXX**  MDL NO. 1657
**PRODUCTS LIABILITY LITIGATION:**

SECTION:  L

JUDGE FALLON
………………………………………………….. MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
**James Coleman, et. al.  v. Merck & Co., Inc., No. 2:06-cv-01970**
**(previously  USDC EDMO 4:05cv1944)**
**Plaintiff Lisa Peters**

## DECLARATION OF SETH S. WEBB

I, Seth S. Webb, declare that:

1. Counsel has communicated with plaintiff.

2. Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and

3. Plaintiff has not consented to the withdrawal.

Dated: July 20, 2009          RESPECTFULLY SUBMITTED,

BROWN AND CROUPPEN

/s/ Seth S. Webb
Seth S. Webb, MO #505666
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com

1