**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Melvin Cormier, et al. v. Merck & Co., Inc.* | * | |
| *(2:05cv4991)*; specifically: Cynthia Amacker, Betty | * | MAGISTRATE JUDGE |
| Andrus, Brenda Davis, Calvin Dozier and Marsha | * | KNOWLES |
| Gardner. | * | |
| | * | |

**MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER NO. 43**
**REQUIRING A RULE 26(a)(2) CASE-SPECIFIC EXPERT REPORT**

Plaintiffs, Cynthia Amacker, Betty Andrus, Brenda Davis, Calvin Dozier and Marsha Gardner, by and through their attorneys, Robert L. Salim, Ronald E. Corkern, Jr. and Kenneth T. Fibich ("Attorneys"), file this Motion for Extension of Time to Comply with Pretrial Order No. 43, which was dated July 2, 2009 and requires a Rule 26(a)(2) case-specific expert report from a medical expert attesting (i) that the Plaintiff suffered an injury and (ii) that Vioxx caused the injury ("expert report") for those plaintiffs who had a case pending in this Court as of November 9, 2007 for those plaintiffs who enrolled in the Vioxx Resolution Program but who have submitted a Future Evidence Stipulation ("FES") to the Claims Administrator under the terms of the Settlement Agreement ("FES Claimant"). According to the Order, the expert reports are to be served within thirty (30) days of service of the FES; Failure to comply with the terms of the Order will result in the claim being dismissed with prejudice, except for good cause shown.

Plaintiffs would show that they are FES Claimants who seek a forty five (45) day extension to file the above described required expert reports. Plaintiffs show that the expert to be relied upon is currently unavailable and will not be able to provide his report within the allotted time frame. In addition, writing the report is time-extensive, requiring factual review of the event records, proof of use records, and Plaintiff Profile Form. Plaintiffs do not believe that the requested time modification will have any

adverse impact on this MDL litigation as it will avoid the collateral litigation which would necessarily occur if Plaintiffs are unable to comply with the Court's Order.

WHEREFORE, Plaintiffs, Cynthia Amacker, Betty Andrus, Brenda Davis, Calvin Dozier and Marsha Gardner, pray that a forty five (45) day extension of time to comply with Pretrial Order No. 43 requiring Rule 26(a)(2) expert reports be granted.

RESPECTFULLY SUBMITTED,


By: /s/Robert L. Salim
Robert L. Salim (#11663)
1901 Texas Street
Natchitoches, Louisiana 71457
Phone: (800) 491-1817; Fax: (318) 354-1227

Ronald E. Corkern (#4403)
Post Office Box 1036
Natchitoches, Louisiana 71458
Phone: (318) 352-2302; Fax: (318) 352-7458

Kenneth T. Fibich (#06952600)
1401 McKinney, Suite 1800
Houston, Texas 77010
Phone: (713) 751-0025 ; Fax: (713) 751-0030
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time to Comply with Pretrial Order No. 43 Requiring a Rule 26(a)(2) Case-Specific Expert Report has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of July, 2009.

/s/Robert L. Salim
Robert L. Salim (#11663)
1901 Texas Street
Natchitoches, Louisiana 71457
Phone: (800) 491-1817; Fax: (318) 354-1227