UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Melvin Cormier, et al. v. Merck & Co., Inc.* | * | |
| *(2:05cv4991); specifically: Cynthia Amacker, Betty* | * | MAGISTRATE JUDGE |
| *Andrus, Brenda Davis, Calvin Dozier and Marsha* | * | KNOWLES |
| *Gardner.* | * | |
| | * | |

**ORDER GRANTING EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER NO. 43 REQUIRING A RULE 26(a)(2) CASE-SPECIFIC EXPERT REPORT**

The Court considered Plaintiffs', Cynthia Amacker, Betty Andrus, Brenda Davis, Calvin Dozier and Marsha Gardner's, Motion for Extension of Time to Comply with Pretrial Order No. 43 and decided to grant the motion.

IT IS HEREBY ORDERED that Plaintiffs, Cynthia Amacker, Betty Andrus, Brenda Davis, Calvin Dozier and Marsha Gardner are granted an additional forty five (45) days to comply with Pretrial Order No. 43.

Signed this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE