UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | |
| | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| This document relates to: | * | |
| *Bill Black, et al. v. Merck & Co., Inc. (2:05cv4452); specifically: Mildred Efferson, Oreather Frank, Elizabeth Garner, Roxanne Hoffman, Robert Hurst, Sabrina Leathers, Willie Scott, Huey Small, Larry Walker, John Watkins, Annie White, and Michael Williams, Sr..* | * * * * * | JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**ORDER GRANTING EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER NO. 43 REQUIRING A RULE 26(a)(2) CASE-SPECIFIC EXPERT REPORT**

The Court considered Plaintiffs', Mildred Efferson, Oreather Frank, Elizabeth Garner, Roxanne Hoffman, Robert Hurst, Sabrina Leathers, Willie Scott, Huey Small, Larry Walker, John Watkins, Annie White, and Michael Williams, Sr.'s, Motion for Extension of Time to Comply with Pretrial Order No. 43 and decided to grant the motion.

IT IS HEREBY ORDERED that Plaintiffs, Mildred Efferson, Oreather Frank, Elizabeth Garner, Roxanne Hoffman, Robert Hurst, Sabrina Leathers, Willie Scott, Huey Small, Larry Walker, John Watkins, Annie White, and Michael Williams, Sr. are granted an additional forty five (45) days to comply with Pretrial Order No. 43.

Signed this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE