UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Fred Langston, et al. v. Merck & Co., Inc.* | * | |
| *(2:06cv6413); specifically: Fred Langston.* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |

**ORDER GRANTING EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER NO. 43 REQUIRING A RULE 26(a)(2) CASE-SPECIFIC EXPERT REPORT**

The Court considered Plaintiff's, Fred Langston's, Motion for Extension of Time to Comply with Pretrial Order No. 43 and decided to grant the motion.

IT IS HEREBY ORDERED that Plaintiff, Fred Langston is granted an additional forty five (45) days to comply with Pretrial Order No. 43.

Signed this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE