**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | SECTION L |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *Halvor Peterson v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE |
| *(2:05cv6726).* | * | KNOWLES |
| | * | |

**ORDER GRANTING EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER NO. 43**
**REQUIRING A RULE 26(a)(2) CASE-SPECIFIC EXPERT REPORT**

The Court considered Plaintiff's, Halvor Peterson's, Motion for Extension of Time to Comply with Pretrial Order No. 43 and decided to grant the motion.

IT IS HEREBY ORDERED that Plaintiff, Halvor Peterson is granted an additional forty five (45) days to comply with Pretrial Order No. 43.

Signed this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE