THIS PORTION REMAINS WITH COURT RECORDS

No 05-165 (ML)  Short Title Vioxx Products     Date 7-17-09

To Joseph Blanks
Name
Route 2 Box 3130
Address

Woodville TX 75979
City,      State    Zip

Documents Enclosed:
☒ Record Vols: 12
☒ Exhibits ☐ Env. 3 accordian
☐ Box: _____ ☐ folders
☐ Supp. Record Vols.
☐ Second Supp. Record Vols.
☐ Third Supp. Record Vols.

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES*

Attorney Return  SEND RECORD WITH BRIEF OR APPENDIX TO 5th Circuit. Complete the shaded area below and return this form to the 5th Circuit along with the documents.

To:  Clerk, 5th Circuit

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUL 17 2009
LORETTA G. WHYTE
CLERK

☐ Record Vols: ____
☐ Supp. Record Vols: ____
☐ Exhibits ☐ ____

Records above listed are returned to Clerk.
Attorney Name: ____
Date: ____

✂ Cut Here
Clerk's Receipt To be completed by 5th Circuit Clerk's office and forwarded to person in previous section

No. ____ Short Title ____
☐ Record Vols ____
☐ Supp. Record Vols ____
☐ Exhibits ☐ ____
Records in above case have been received by Clerk
Name ____
District: ____  Date ____

✂ Cut Here
Attorney Forwarding Receipt  If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.

No. ____ Short Title ____
To: Clerk, U.S. District Court
☐ Record Vols ____
☐ Supp. Record Vols ____
☐ Exhibits ☐ ____
Records in above case forwarded to
Attorney Name: ____
Address: ____
City, State, Zip: ____
District: ____  Signed: ____ Date: ____

✂ Cut Here
Attorney Receipt  The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.

Fee____
Process____
X Dktd____
CtRmDep____
Doc. No.____

No. ____ Short Title ____
To: Clerk, U.S. District Court
☐ Record Vols ____
☐ Supp. Record Vols ____
☐ Exhibits ☐ ____
Records in above case listed received
Judge/Attorney Name: ____
District: ____  Date ____