UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    :        MDL 1657

PRODUCTS LIABILITY LITIGATION    :
                                                :        SECTION L

                                                :        JUDGE FALLON

                                                :        MAG. JUDGE KNOWLES

---

THIS DOCUMENT RELATES TO: Gene Weeks v. Merck & Co., Inc.,
Case No.: 05-CV-4578

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Cross-Motion for Recusal and Plaintiff's Memorandum of Law in Opposition to Former Attorney Tejedor's Motion to Enforce the Settlement Against Plaintiff and Collect and Disburse the Settlement Funds with Exhibits A-E has been served on Liaison Counsel, Phillip Wittmann by ECF and U.S. Mail, and upon Maria D. Tejedor by ECF and U.S. Mail and and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on Wednesday July 22, 2009.

Dated: July 22, 2009
       Binghamton, New York

                                                        _____
                                                        MARYA C. YOUNG