UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

---

**THIS DOCUMENT RELATES TO:** Gene Weeks v. Merck & Co., Inc.,
Case No.: 05-CV-4578

### AMENDED CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Cross-Motion for Recusal and Plaintiff's Memorandum of Law in Opposition to Former Attorney Tejedor's Motion to Enforce the Settlement Against Plaintiff and Collect and Dispurse the Settlement Funds with Exhibits A-E has been served on Liaison Counsel, Phillip Wittmann by ECF and U.S. Mail and Email, and upon Maria D. Tejedor by ECF and U.S. Mail and Email on July 22, 2009. and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on Wednesday July 22, 2009.

Dated: July 22, 2009
Binghamton, New York

_____
MARYA C. YOUNG