UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®

PRODUCTS LIABILITY LITIGATION

-----------------------------------------------------------

-----------------------------------------------------------

THIS DOCUMENT RELATES TO:

**Gene Weeks v. Merck & Co., Inc.,**

MDL Docket No.  1657

SECTION L

Judge Eldon E. Fallon
Magistrate Judge Knowles

**Case No. 2:05-cv-4578-EEF-DEK**

## PLAINTIFFS' CROSS-MOTION FOR SANCTIONS AGAINST THE TEJEDOR FIRM, AND RECUSAL

Plaintiff Gene Weeks and his attorney, Ronald R. Benjamin, hereby cross-move this Honorable Court, for good cause shown, as appropriate, for sanctions pursuant to Fed.R.Civ.Pr. 11 against the movant Martinez, Manglardi, Diez-Arguelles & Tejedor ("Tejedor"), and for this Court's recusal with respect to the instant motion and cross-motion. In support of the relief requested in this cross-motion, they state the following matters:

1.     Cross-movants rely on the matters set forth in and the exhibits to the opposition to the motion of the law firm of Martinez, Manglardi, Diez-Arguelles & Tejedor for Rule 11 sanctions against plaintiff's attorney Ronald R. Benjamin, and to strike the plaintiff's pending motion to rescind and vacate his consent to participating in the Vioxx settlement program, as well as the records and

documents cited therein, as showing good cause for sanctions against movant Tejedor and recusal of this Court from hearing the instant motion and cross-motion.

2.   Cross-movants further rely on the Master Settlement Agreement and the matters set forth in and the exhibits to their opposition to the motion, as supporting the request for recusal.

WHEREFORE, plaintiff and his attorney Ronald R. Benjamin respectfully move this Court to grant the relief sought in the instant cross-motion.

Respectfully submitted,

RONALD R. BENJAMIN Fed. No. 110131
LAW OFFICE OF RONALD R. BENJAMIN
126 Riverside Drive, P O. Box 607
Binghamton, New York 13902-0607
607/772-1442

On His Behalf and as Attorney for Plaintiff