UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 <br> SECTION L |
| | Judge Eldon E. Fallon <br> Magistrate Judge Knowles |

THIS DOCUMENT RELATES TO:

Gene Weeks v. Merck & Co., Inc.,        Case No. 2:05-cv-4578-EEF-DEK

-----

### PROPOSED ORDER

Considering the foregoing Motion by Martinez, Manglardi, Diez-Arguelles & Tejedor ("Tejedor") for sanctions against plaintiff's attorney Ronald R. Benjamin, and plaintiff's Cross-Motion for sanctions against movant Tejedor pursuant to Fed.R.Civ.Pr. 11, and for this Court's recusal and referral of the motion and cross-motion to another judge for determination,

IT IS ORDERED that the motion for recusal of the Honorable Eldon E. Fallon and referral of the instant motion and cross-motion to another Judge in this district for determination be, and hereby is, granted.

IT IS FURTHER ORDERED that plaintiff's cross-motion for sanctions under Fed.R.Civ.Pr. 11 against movant Martinez, Manglardi, Diez-Arguelles & Tejedor ("Tejedor") striking their instant motion for sanctions against plaintiff's attorney Ronald R. Benjamin, and for attorneys fees and costs, be and is hereby GRANTED.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.

_____
DISTRICT JUDGE