## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: VIOXX** | : | **MDL 1657** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | | **SECTION L** |
| **This Document Relates to** | : | |
| | | **JUDGE FALLON** |
| **Gene Weeks v. Merck & Co., Inc**<br>**2:05-cv-4578** | : | **MAG. JUDGE KNOWLES** |

-------------------------------------------------------------------------------------

### CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Plaintiffs' Cross- Motion for Sanctions Against The Tejedor Firm, and Recusal and Memorandum of Law of Plaintiff and His Attorney Ronald R. Benjamin in Opposition to Tejedor Motion for Rule 11 Sanctions, and In Support of Their Cross- Motion for Sanctions Against Attorney Tejedor and/or the Tejedor Firm, and The Court's Recusal on These Matters, have been served on PhillipWittmann, Esq. by ECF and Email and U.S. mail and upon Maria D. Tejedor, Esq. By ECF and Email and U.S. Mail and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on July 22, 2009.

Dated: July  22, 2009
      Binghamton, New York

MARYA C. YOUNG