UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®  \hspace{2em} MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION \hspace{2em} SECTION L

Judge Eldon E. Fallon
Magistrate Judge Knowles

THIS DOCUMENT RELATES TO:

**Gene Weeks v. Merck & Co., Inc.,** Case No. 2:05-cv-4578-EEF-DEK

## PLAINTIFFS' CROSS-MOTION FOR RECUSAL

Plaintiff Gene Weeks, by and through his attorney, Ronald R. Benjamin, the Law Office of Ronald R. Benjamin, hereby cross-moves this Honorable Court, for good cause shown, as appropriate, for this Court's recusal with respect to the instant motion. In support of the relief requested in this cross-motion, they state the following matters:

1. Plaintiff relies on the matters set forth in and the exhibits to his opposition to the motion of the law firm of Martinez, Manglardi, Diez-Arguelles & Tejedor to enforce the Vioxx settlement against plaintiff, and allow said firm to collect and disperse the settlement award funds, as well as the records and documents cited therein, as showing good cause for recusal of this Court from hearing the instant motion.

-1-

2. Plaintiff further relies on the Master Settlement Agreement and the matters set forth in and the exhibits to their opposition to the motion, as supporting the request for recusal.

WHEREFORE, plaintiff respectfully moves this Court to grant the relief sought in the instant cross-motion.

Respectfully submitted,

*[signature]*

RONALD R. BENJAMIN Fed. No. 110131
LAW OFFICE OF RONALD R. BENJAMIN
126 Riverside Drive, P O. Box 607
Binghamton, New York 13902-0607
607/772-1442

On His Behalf and as Attorney for Plaintiff