UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 <br> SECTION L <br><br> Judge Eldon E. Fallon <br> Magistrate Judge Knowles |

THIS DOCUMENT RELATES TO:

　　Gene Weeks v. Merck & Co., Inc.,　　　Case No. 2:05-cv-4578-EEF-DEK

## PROPOSED ORDER

Considering the foregoing Motion by Martinez, Manglardi, Diez-Arguelles & Tejedor ("Tejedor") to enforce the settlement and collect and disperse the settlement funds, and plaintiff's Cross-Motion for the Court's recusal and referral of the motion and cross-motion to another judge for determination,

IT IS ORDERED that the motion for recusal of the Honorable Eldon E. Fallon and referral of the instant motion and cross-motion to another Judge in this district for determination be, and hereby is, granted.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DISTRICT JUDGE