UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX PRODUCT LIABILITY LITIGATION | MDL Docket No. 1657 |
| | Judge Eldon E. Fallon |
| Sherry D. Swafford, et al., | |
| Plaintiff, | MOTION TO ALLOW PLAINTIFF'S COUNSEL TO WITHDRAW AS ATTORNEY OF RECORD |
| vs. | |
| MERCK & CO., INC., a foreign Corporation, | CASE NO. 2:05-cv-05822 – EEF-DEK |
| Defendant. | |

Come Counsel, Charles S. Zimmerman, Ronald S. Goldser, and Stacy K. Hauer of the law firm of Zimmerman Reed, P.L.L.P., pursuant to Local Rule 83.2.11, moves the Court for an order allowing them to withdraw as counsel of record for plaintiff Sherry D. Swafford in the above-captioned multidistrict litigation. On or about September 30, 2005, Zimmerman Reed filed a complaint on behalf of Sherry D. Swafford. Zimmerman Reed was acting as local counsel for Daniel E. Becnel, Jr. and Savage Bowersox Supperstein, LLP. On September 22, 2006, Daniel E. Becnel, Jr. and Savage Bowersox Supperstein, LLP filed a motion to withdraw as counsel. On September 27, 2006 this motion was granted. Unfortunately, this motion failed to include the law firm of Zimmerman Reed, P.L.L.P. Zimmerman Reed now respectfully moves this Court for an Order permitting Zimmerman Reed to withdraw as counsel.

Plaintiff is participating in the Vioxx resolution program as a Pro Se Claimant. Plaintiff has been in contact with the Claims Administrator and submitted her own materials to the resolution program. The Vioxx Curator's Office is also aware of Plaintiff's Pro Se status and as such, she has received bulk mailings from the Curator's Office. Zimmerman Reed was advised

by the Claims Administrator and counsel for Merck & Co that Zimmerman Reed will be required to sign a stipulation of dismissal on behalf of Plaintiff or withdraw from representation.

Zimmerman Reed is aware of the provisions of Pre-Trial Order 36 with respect to Motions to Withdraw as Counsel and we have attempted to comply with Pre-Trial Order 36, as described in the attached declaration. WHEREFORE, the undersigned respectfully requests on behalf of Zimmerman Reed, P.L.L.P., that the Court grant their motion to withdraw as counsel of record in this matter.

Dated: 7/23/09

ZIMMERMAN REED, P.L.L.P.

Charles S. Zimmerman - #120054
Ronald S. Goldser - #35932
Stacy K. Hauer - #3170093
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
(612) 341-0400 Telephone
(612) 341-0844 Facsimile