UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

******************************************************************************

## NOTICE

TO:   C. Victor Welsh, III
      Pittman, Germany, Roberts & Welsh
      Post Office Box 22985
      Jackson, MS 39225-2985
      Fax No.: (601) 948-6187

The Special Master is in receipt of the Audit findings of the Claims Administrator and your written response to Liaison Counsel, Russ Herman dated June 5, 2009 regarding the claim of **Ruby Craft, VCN #1079250**. A determination will be made by the Special Master on the basis of these submissions unless claimant request a hearing before the Special Master. If such a hearing is requested, claimant shall submit that request in writing to the Special Master no later than July 30, 2009.

If a timely request for a hearing is made by the claimant, the hearing shall be at 9:00 a.m. on August 6, 2009, at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana.

Lafayette, Louisiana, this 24th day of July, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2009, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I mailed and faxed the foregoing Notice and the notice of electronic filing to the following:

| | |
|---|---|
| C. Victor Welsh, III | Douglas R. Marvin |
| Pittman, Germany, Roberts & Welsh | Williams & Connolly |
| Post Office Box 22985 | 725 Twelfth Street, NW |
| Jackson, MS 39225-2985 | Washington, DC 20005 |
| Fax No.: (601) 948-6187 | Fax No.: (202) 434-5029 |
| | |
| Russ M. Herman | Orran L. Brown |
| Herman, Herman, Katz & Cotlar | Brown Greer, PLC |
| 820 O'Keefe Avenue | Post Office Box 85031 |
| New Orleans, LA 70113 | Richmond, VA 23285-5031 |
| Fax No.: (504) 561-6024 | Fax No.: (804) 521-7299 |

Lafayette, Louisiana, this 24th day of July, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com