UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**************************************************************************

# NOTICE

TO:   C. Victor Welsh, III
      Pittman, Germany, Roberts and Welsh, LLP
      Post Office Box 22985
      Jackson, MS 39225-2985
      Fax No.: (601) 948-6187

The Special Master is in receipt of the Audit findings of the Claims Administrator and your written response to Liaison Counsel, Russ Herman dated June 5, 2009 regarding the claim of **Kimberly Harrison (deceased), VCN #1079253**.  A determination will be made by the Special Master on the basis of these submissions unless claimant request a hearing before the Special Master. If such a hearing is requested, claimant shall submit that request in writing to the Special Master no later than July 30, 2009.

If a timely request for a hearing is made by the claimant, the hearing shall be at 9:00 a.m. on August 6, 2009, at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana.

Lafayette, Louisiana, this 24th day of July, 2009.

        /s/ PATRICK A. JUNEAU
        PATRICK A. JUNEAU, Bar # 07594
        Special Master
        1018 Harding Street, Suite 202
        Lafayette, LA 70503
        Telephone: (337) 269-0052
        Facsimile: (337) 269-0061
        Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2009, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I mailed and faxed the foregoing Notice and the notice of electronic filing to the following:

C. Victor Welsh, III
Pittman, Germany, Roberts & Welsh
Post Office Box 22985
Jackson, MS 39225-2985
Fax No.: (601) 948-6187

Douglas R. Marvin
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005
Fax No.: (202) 434-5029

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113
Fax No.: (504) 561-6024

Orran L. Brown
Brown Greer, PLC
Post Office Box 85031
Richmond, VA 23285-5031
Fax No.: (804) 521-7299

Lafayette, Louisiana, this 24th day of July, 2009.

        /s/ PATRICK A. JUNEAU
        PATRICK A. JUNEAU, Bar # 07594
        Special Master
        1018 Harding Street, Suite 202
        Lafayette, LA 70503
        Telephone: (337) 269-0052
        Facsimile: (337) 269-0061
        Email: paj@juneaudavid.com