UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | SECTION: L |
| : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE

TO:   Anika R. Hardmon
Gary, Williams, Finney, Lewis,
   Watson & Sperando
Waterside Professional Building
221 E. Osceola Street
Stuart, FL 34994
Fax No.: (772) 220-3343

The Special Master is in receipt of the Audit findings of the Claims Administrator and your written response to the Claims Administrator dated June 8, 2009 regarding the claim of **Roy Wallis, VCN #1028872**. A determination will be made by the Special Master on the basis of these submissions unless claimant request a hearing before the Special Master. If such a hearing is requested, claimant shall submit that request in writing to the Special Master no later than July 30, 2009.

If a timely request for a hearing is made by the claimant, the hearing shall be at 9:00 a.m. on August 6, 2009, at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana.

Lafayette, Louisiana, this 24th day of July, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2009, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I mailed and faxed the foregoing Notice and the notice of electronic filing to the following:

Anika R. Hardmon
Gary, Williams, Finney, Lewis,
     Watson & Sperando
Waterside Professional Building
221 E. Osceola Street
Stuart, FL 34994
Fax No.: (772) 220-3343

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113
Fax No.: (504) 561-6024

Douglas R. Marvin
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005
Fax No.: (202) 434-5029

Orran L. Brown
Brown Greer, PLC
Post Office Box 85031
Richmond, VA 23285-5031
Fax No.: (804) 521-7299

Lafayette, Louisiana, this 24th day of July, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com