July 24, 2009

To: Chief Judge Sarah Vance

From: Vivian Ross

Yesterday (July 23, 2009) we received this letter from Girardi & Keese Attorney which left their office on July 22, 2009 (as per the Fedex receipt attached).

When I spoke to James O'Callahan yesterday about this, he was giving us 24 hours to return the Future Evidence Stipulation signed and notarized which is unacceptable.

We have an independent Cardiologist's report confirming there was a myocardial infarction suffered in 2003 while in the midst of taking Vioxx.

This leads me to believe the medical records have been improperly reviewed by the Committee your Court is overseeing.

I need to speak to you as to how to proceed before I take the next step.

Thanks for your help with this matter.



RECEIVED JUL 2 4 2009 CHAMBERS OF U.S. DISTRICT JUDGE SARAH S. VANCE

**From:** Origin ID: EMTA (213) 977-0211
Vioxx Team
Girardi and Keese
1126 Wilshire Blvd.

Los Angeles, CA 90017

**SHIP TO:** (213) 877-0211      **BILL SENDER**
**Vioxx Team**
**GIRARDI & KEESE**
**1126 Wilshire Blvd**

Los Angeles, CA 90017

FedEx Express

Ship Date: 17JUL09
ActWgt: 1.0 LB
CAD: 5152190/INET9060
Account#: S *********

Delivery Address Bar Code

Ref # 21239
Invoice #
PO #
Dept #

TRK# 7977 7394 6654     WED - 22JUL    A1
0201                    EXPRESS SAVER

SA EMTA            90017
                   CA-US
                   LAX

# G | K

## GIRARDI | KEESE
### LAWYERS

July 17, 2009

**VIA FED EX**

Rita Ross
13900 Panay Way Apt SR302
Marina del Rey, CA 90292

*Handwritten margin note: Notice of everything July 15th, Aug 5th, Aug 14th*

Re: **Louis Ross v. Merck**

Dear Rita Ross:

I am very sorry to advise you that we have received the decision in your Vioxx case. We have taken the case all the way down the line. Unfortunately, the case was not eligible for any money under the settlement.

The settlement was intended to compensate people who took Vioxx and who suffered a myocardial infarction (heart attack) or a stroke. The medical records show that the client did not suffer either a heart attack or a stroke while the client was on Vioxx.

Therefore, we'd like to dismiss the case. Although you have the right to have the case sent back to court, we do not believe that any good will come of it. It would cost tens of thousands of dollars to take the case to trial and we do not believe that the verdict would exceed the costs that you would incur.

You have the right to get another attorney to represent you, but we will not be able to continue to represent you because the evidence needed to prove your case is insufficient.

Just in case you are unwilling to dismiss the case and wish to find another attorney to represent you, enclosed please find a Future Evidence Stipulation for you to sign and return to our office. This document will preserve your right to pursue the case should you choose to. You should sign the Stipulation under Section D "Signature by Representative Claimant". **This document must be notarized under Section E "Notarization of Claimant's or Representative's Signature"**.

1126 WILSHIRE BOULEVARD • LOS ANGELES, CALIFORNIA • 90017-1904
TELEPHONE: 213-977-0211 • FACSIMILE: 213-481-1554

**G | K**

I have enclosed a Return FedEx envelope for your convenience.
<u>This document must be returned to our office no later that June 24, 2009.</u>

By the way, if you do not send us the notarized and signed Stipulation, your case will be dismissed as we have recommended.

Please call me if you have any questions.

With kind regards,

*Jim G O'Callah*

James G. O'Callahan

JGO:cat
Enclosure

*Mrs. O'Callean*