UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| GEORGE WILLIE BUFORD, | * | SECTION L |
| | * | |
|              Plaintiff, | * | JUDGE ELDON E. FALLON |
| | * | |
|   versus | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| MERCK & CO., INC., | * | |
| | * | |
|              Defendant. | * | |
| | * | |
| Case No. 09-00048, | * | |
| Court of Appeals No. 09-30563. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DESIGNATION OF RECORD ON APPEAL

Merck & Co., Inc. ("Merck") hereby submit this Designation of Record on Appeal for the following cases:[1]

Case Nos: 2:08-cv-4802 (D.N.J.); 2:09-cv-00048 (E.D. La.);
2:05-md-1657 (E.D. La.).

Merck requests that the following items be included in the record for this appeal:

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 2:08-cv-4802 (D.N.J.) | 1 | Complaint Received. (Attachments: # 1 Application IFP, # 2 COPY OF ENVELOPE)(ld, ) (Entered: 09/26/2008) |
| 2:08-cv-4802 (D.N.J.) | 2 | ORDER granting IFP and directing Clerk to issue summons. Signed by Judge Dennis M. Cavanaugh on 12/30/08. (ji, ) (Entered: 12/31/2008) |

---

[1] Due to plaintiff's incarceration, Merck has not been able to confer with him regarding the contents of this designation. Per instruction from the Clerk of Court of the United States Court of Appeals for the Fifth Circuit, Merck respectfully submits this designation.

1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 2:08-cv-4802 (D.N.J.) | 3 | COMPLAINT see document 1 against MERCK & CO., INC. (Filing fee: IFP granted), filed by GEORGE WILLIE BUFORD, III.(ji, ) (Entered: 12/31/2008) |
| 2:08-cv-4802 (D.N.J.) | 4 | Summons Issued as to MERCK & CO., INC. Days Due - 20 (Mailed to Plaintiff). (ji, ) (Entered: 12/31/2008) |
| 2:08-cv-4802 (D.N.J.) | 5 | Order of MDL Panel transferring case to the Eastern District of Louisiana. (dc, ) (Entered: 01/20/2009) |
| 2:08-cv-4802 (D.N.J.) | 6 | Letter response in opposition from George Willie Buford, III. (dc, ) (Entered: 01/22/2009) |
| 2:09-cv-00048 (E.D. La.) | 1 | Case transferred in from District of New Jersey; Case Number 2:08-4802. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. filed by George Willie Buford, III. (Attachments: # 1 Complaint, # 2 Pauper Order, # 3 Docket Sheet, # 4 PTO #14)(clm, ) (Entered: 02/03/2009) |
| 2:09-cv-00048 (E.D. La.) | 2 | ORDER DISMISSING CASE with prejudice for failure to comply with the requirements of PTO 29. Signed by Judge Eldon E. Fallon on 6/11/2009.(cms, ) (Entered: 06/23/2009) |
| 2:09-cv-00048 (E.D. La.) | 3 | NOTICE OF APPEAL by George Willie Buford, III as to 3 Order. (cms, ) Modified on 6/23/2009 (cms, ). (Entered: 06/23/2009) |
| 2:05-md-1657 | 12962 | PRETRIAL ORDER #28- Prima Facie Evidence of Usage, Injury and Causation. Signed by Judge Eldon E. Fallon on 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 2:05-md-1657 | 12963 | PRETRIAL ORDER #29- Rules and procedures relating to all cases filed or transferred on or after 11/9/2007. Signed by Judge Eldon E. Fallon on 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 2:05-md-1657 (E.D. La.) | 18102 | ORDER - The Court is in receipt of the attached correspondence from Vioxx Plaintiff George Willie Buford, III. IT IS ORDERED that the correspondence be entered into the record. Signed by Judge Eldon E. Fallon on 3/19/2009. (NEF Robert Johnston-Pro Se Curator) (Attachments: # 1 Notice)(Reference: 09-48)(cms, ) (Entered: 03/27/2009) |
| 2:05-md-1657 (E.D. La.) | 18333 | AFFIDAVIT of George Willie Buford (Reference: 09-48)(cms, ) (Entered: 04/22/2009) |
| 2:05-md-1657 (E.D. La.) | 18672 | EXPARTE Fourth MOTION for Order to Show Cause *Rule and Incorporated Memorandum to Show Cause Why Cases Should Not be Dismissed with Prejudice for Failure to Comply with Requirements of PTO 29* by Defendant. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Proposed Order)(Reference: 08-5058, |

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | 09-0125, 08-5212, 08-4149, 08-5059, 09-0126, 08-4911, 08-4898, 08-4900, 08-4934)(Wimberly, Dorothy) Modified on 5/8/2009 (cms, ). (Entered: 05/07/2009) |
| 2:05-md-1657 (E.D. La.) | 18736 | ORDER TO SHOW CAUSE - ORDERED that plaintiffs Show Cause on 6/10/2009 at 9:00 AM before Judge Eldon E. Fallon why the Rule should not be granted and plaintiffs' cases dismissed, with prejudice, pursuant to FRCP 41(b). FURTHER ORDERED as set forth in document. Signed by Judge Eldon E. Fallon on 5/7/09.(Reference: 08-5058, 09-125, 08-5212, 08-4149, 08-5059, 09-126, 08-4911, 08-4898, 08-4900 & 08-4934)(dno, ) (Entered: 05/12/2009) |
| 2:05-md-1657 (E.D. La.) | 18738 | Rule 55 MOTION for Default Judgment by Plaintiff George W. Buford, III. (Reference: 09-48)(dno, ) (Entered: 05/13/2009) |
| 2:05-md-1657 (E.D. La.) | 18785 | ANSWER to Complaint with Jury Demand by Defendant.(Reference: 09-48)(Wimberly, Dorothy) (Entered: 05/19/2009) |
| 2:05-md-1657 (E.D. La.) | 18842 | The Court is in receipt of the attached "Notice of Commercial Dishonor and Arbitrary Action of Government" from Vioxx plaintiff George Willie Buford. IT IS ORDERED that the correspondence shall be entered into the record for informational purposes. To the extent that the correspondence can be interpreted as a motion, IT IS ORDRED that the motion is DENIED. Signed by Judge Eldon E. Fallon on 5/20/2009. (Attachments: # 1 Notice of Commercial Dishonor)(Reference: 09-48)(cms, ) (Entered: 05/22/2009) |
| 2:05-md-1657 (E.D. La.) | 19362 | NOTICE of fraud on the Court by Plaintiff George Willie Buford, III. (Reference: 05-1657)(cms, ) (Entered: 06/10/2009) |
| 2:05-md-1657 (E.D. La.) | 20842 | ORDER deferring 18672 Fourth Motion for Order to Show Cause as to Robert Ito until 7/17/2009. The Court hereby continues the hearing and reschedules it for 7/31/2009, immediately following the monthly status conference. Signed by Judge Eldon E. Fallon on 7/10/2009. (Reference: 08-4934)(cms, ) (Entered: 07/13/2009) |

WHEREFORE, PREMISES CONSIDERED, Merck respectfully request that these documents be included in the record in this appeal.

                Respectfully Submitted,

                s/Dorothy H. Wimberly
                Phillip A. Wittmann, 13625
                Dorothy H. Wimberly, 18509
                STONE PIGMAN WALTHER WITTMANN L.L.C.
                546 Carondelet Street
                New Orleans, LA 70130

                John H. Beisner
                Jessica Davidson Miller
                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                1440 New York Avenue, N.W.
                Washington, DC 20005

                Douglas R. Marvin
                WILLIAMS & CONNOLLY LLP
                725 Twelfth St., N.W.
                Washington, DC 20005

                ATTORNEYS FOR MERCK & CO., INC.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Designation of Record on Appeal* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th of July, 2009.

                                                                   */s/ Dorothy H. Wimberly*
                                                                   Dorothy H. Wimberly, 18509
                                                                   STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                                   546 Carondelet Street
                                                                   New Orleans, Louisiana  70130
                                                                   Phone:  504-581-3200
                                                                   Fax:     504-581-3361
                                                                   dwimberly@stonepigman.com

                                                                  Defendants' Liaison Counsel