UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

******************************************************************************

## NOTICE

TO:   C. Victor Welsh, III
      Liston/Lancaster
      **Pittman, Germany, Roberts & Welsh**
      Post Office Box 22985
      Jackson, MS 39225-2985
      Fax No.: (601) 948-6187

The Special Master is in receipt of the Audit findings of the Claims Administrator dated June 1, 2009 regarding the claim of **Otie H. Garrett, VCN #1079252**. A determination will be made by the Special Master on the basis of this submission unless claimant request a hearing before the Special Master. If such a hearing is requested, claimant shall submit that request in writing to the Special Master no later than July 30, 2009.

If a timely request for a hearing is made by the claimant, the hearing shall be at 9:00 a.m. on August 6, 2009, at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana.

Lafayette, Louisiana, this 24th day of July, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2009, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I mailed and faxed the foregoing Notice and the notice of electronic filing to the following:

| | |
|---|---|
| C. Victor Welsh, III<br>Liston/Lancaster<br>Pittman, Germany, Roberts & Welsh<br>Post Office Box 22985<br>Jackson, MS 39225-2985<br>Fax No.: (601) 948-6187 | Douglas R. Marvin<br>Williams & Connolly<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>Fax No.: (202) 434-5029 |
| Russ M. Herman<br>Herman, Herman, Katz & Cotlar<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>Fax No.: (504) 561-6024 | Orran L. Brown<br>Brown Greer, PLC<br>Post Office Box 85031<br>Richmond, VA 23285-5031<br>Fax No.: (804) 521-7299 |

Lafayette, Louisiana, this 24th day of July, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com