Program

VCN: 1081041
Doc. # 13136

Vioxx Claims Administrator
Att: Diann W. Bates

United States District Court
Att: Judge Fallon

To whom it may concern... I am writing you to inform you that... I had an appt. with Dr. Clark for my hands locking up on me, stiff, knots in my hands from the accident with Celadon Trucking Co. I was turned away... because the doctor would not take my insurance with Medicare and Champa VA. I was told that it was a Workers Comp. claim... they could not see me because Celadon Trucking Co. was suppose to pay for it. So I don't know what to do. Celadon Trucking would not pay for anything for me, my Workers Comp. claim was denied. I was referred to Dr. Clark by my regular Dr. Johnston at EMTC.

P.S. Here is a copy of the paper work for Dr. Clark.

Thank you
Dorothy A. Griffin

TENDERED FOR FILING

JUL 24 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Wendy A. Griffin
P.O. Box 7463
Tyler, TX, 75711

Clerk's Office
United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130

