Dorothy McGriffin/Dierker
Appt. 8:00 A.M
7-21-09

# AZALEA ORTHOPEDICS

## Donnybrook

Jan H. Garrett, M.D.
Gary P. Goodfried, M.D.
Todd M. Raabe, M.D.
Michael E. Russell, II, M.D.
William E. Schreiber, M.D.
Jerry W. Schwarzbach, M.D.
John F. Walker, M.D.

1905 Donnybrook
Tyler, Texas 75701
903/592-6811
1-800-780-6811
FAX 903/533-1472

**1**

*Enter thru pink awning, take elevator to 2nd floor

## Golden Road

Timothy L. Beck, M.D.
John T. Camp, M.D.
Carey A. Clark, III, M.D.
Robert W. Dennis, M.D.
Kim A. Foreman, M.D.
James R. Harris, M.D.
L. Matthew Jones, M.D.
John F. Priddy, M.D.
M. Joseph Shepard, M.D.

3414 Golden Rd.
Tyler, Texas 75701
903/939-7500
1-800-248-0426
FAX 903/597-1245

**2**

* Enter thru front door, take immediate left



Back and Neck Injury
EMG's/Nerve Conduction Studies
Foot and Ankle Surgery
Hand and Upper Extremity Surgery
Joint Replacement Surgery
Laser / Arthroscopic Surgery

Nerve Injury Evaluation
Orthopedic Medicine
Reconstruction Surgery:
  Pelvis
  Hip
  Knee

Physical Medicine & Rehabilitation
Scoliosis
Spine Care
Spine Surgery
Sports Medicine
Trauma

Workers' Compensation
Physical Therapy
Occupational Therapy
Magnetic Resonance Imaging
Bone Densitometry

AZ-50

1905 Donnybrook  
Tyler, Texas 75701  
Phone 903/595-0400



3414 Golden Rd.  
Tyler, Texas 75701  
Phone 903/939-7500

### CASH PATIENTS

It is our understanding you will be receiving services from Azalea Orthopedic on a self-pay basis. The charge for the first visit with the doctor will be a minimum of $150.00. Please come prepared to pay for all charges from the first visit. As we are specialists, many times more tests or treatment is needed. At the time these services are provided, payment is due in full. If you have any questions, please discuss them with our staff.

### HMO INSURANCE

If your insurance company is an "HMO" and require you to have a referral from your primary care physician (PCP) **PLEASE** call them and make certain they have sent it to us **BEFORE** your appointment, or you will be required to pay all charges at the time of your visit. You also need to know what hospital, lab and pathology facility you are required to use.

### PPO INSURANCE

If your insurance is a "PPO", please check with your insurance company to see if the doctor you will be seeing at Azalea is in your network **PRIOR TO YOUR APPOINTMENT,** or you will be required to pay all charges at time of your visit. You will also need to know what hospital, lab and pathology facility you are required to use.

### MEDICARE PATIENT

If you have chosen a plan other than standard Medicare, check with your insurance company prior to your visit to determine if the doctor is in the plan. If any referral is necessary, it is your responsibility to obtain it prior to the visit. You will also need to know what hospital, lab and pathology facility you are required to use. This is also necessary for all supplements to Medicare.

You must know what kind of insurance you have. Check with your insurance carrier if you are not sure. All patients are required to pay their deductible and copay or percentage amounts at the time of the visit.

ALWAYS BRING YOUR INSURANCE CARD (S),  
WITH YOU TO EACH APPOINTMENT

AZ-98

## NOTICE OF PRIVACY PRACTICES

**Please read this notice carefully. It concerns your individual, private healthcare information and how this information may be used and disclosed by this office. After reviewing this notice you will be asked to consent to the use of your information as described. This consent is voluntary on your part.**

1] We have a legal, ethical and moral obligation to protect your confidentiality. Any information about you and/or your family will be held strictly confidentially by all employees. No discussions about you outside of the patient care framework will be allowed, and any conversation between staff members that pertains to delivering you quality care will be held in a confidential and professional manner.

2] In order to provide quality care to you, as well as operate this office in an efficient manner; we will need to access your private health care information for purposes of treatment, payment and operations [such as quality assurance]. In using this information this office will comply with all state and federal; laws pertaining to your privacy rights, including the Privacy and Security protections provided to you by the Health Insurance Portability and Accountability Act ["HIPAA"].

3] Specifically, we will need to disclose your private information under the following circumstances:

   a] **Sharing information for purposes of treatment:** We will share information with all members of your treatment team, both within this office and with other providers [personal and institutional] in order to provide you with quality care and the educational/wellness programs specified in your insurance plan;

   b] **Sharing of Information for Purposes of Payment:** We will share all necessary information with your insurer[s], payor[s], governmental entities [such as Medicare, Medicaid, etc.] and their representatives [including, but not limited to benefit determination and utilization review] as well as our representatives involved in the billing process [including, but not limited to claims representatives, data warehouses, billing companies].

   c] **Sharing Of Information For Purposes Of Operations:** We will share all information necessary for ongoing operations of this office, including [but not limited to] credentialing processes, peer review, accreditation and compliance with all federal and state laws.

4] Your consent for use and disclosure of information as described may be revoked in writing at any time. Please notify the office/Privacy Officer if you ever decide to revoke your consent.

5] Your specific authorization will be required for the release of any information not included above. Your authorization will need to be in writing and it will be specific to the disclosure requested. Incidences which may require your authorization under the HIPAA regulations include [but are not limited to] some marketing purposes, the disclosure of any psychotherapy records in our possession and disclosures for fundraising by any entity.

6] This office will not release any information other than those incidents described above, unless disclosure is required by law, a court, a legal process or government agencies.

7] When the HIPAA privacy rule becomes effective in this office, you will have the right to inspect and copy your protected information, amend your record, have reasonable requests for confidential communications accommodated and may obtain an accounting of disclosures. All other rights afforded to you by state and federal law will be honored as they are created. This office will attempt to comply with any of your requests before the HIPAA compliance date if feasible. Please contact the Privacy Officer if you have any question about your rights, the compliance date[s] for this office or any other privacy related questions you may have.

8] This office has policies and procedures in place to facilitate compliance with the law, as well as assure that this office consistently treats you with respect for you and your privacy and confidentiality. These policies and procedures are available for you to review. If you would like to read them please notify the Privacy Officer.

9] The Privacy Officer is the person in the office responsible for your privacy and the security of your information. Any complaints you or your family may have in this area should be directed to the Privacy Officer. The front office staff will assist you in contacting them.





7/21/09



