Smita U. Sanjanwala
11302 W. 142nd Terrace,
Overland Park, KS 66221
July 14, 2009



JUL 16 2009

CHAMBERS
U.S. DISTRICT JUDGE
ELDON E. FALLON

Honorable Eldon E. Fallon,
United States District Court,
500 Poydras Street,
New Orleans, LA 70130

RE: VIOXX CLAIM – Case No.: 2:04-CV-2588-CM-DJW
REQUEST TO HELP US IN REACHING MUTUALLY BENEFICIAL SETTLEMENT

Honorable Judge Eldon E. Fallon:

I was given VIOXX from 2001 to 2003 for over 19 consecutive months that has resulted in severe damage to my heart and has made me completely disabled. Even though my family has provided numerous documents as well as names of healthcare providers that show the extent of injuries, the Claims Administrators have rejected settlement payment. In January 2008; June 2008; April 2009 as well as May 2009, I requested to give me an opportunity to arrange a meeting with the Presiding Judge or Claims Administrators, but no consideration has been given. I have been given very short amount of time to provide additional medical evidence as well as find a new counsel that is not practical due to my deteriorating health condition. The following is a brief summary of extent of injury I have suffered:

1. My heart has been severely injured and we have provided several reports that show damage to my heart as well as irreversible abnormal heart wall motion.
2. My left hand has been amputed due to the aggregates of clots that created open wounds from VIOXX usage.
3. I have lost two fingers in my right hand resulting from wounds created by clots from VIOXX usage.
4. I have lost great toes and several fingers in both legs resulting from clots that created open wounds from VIOXX usage.

We strongly believe that VIOXX claim settlement process is Unilateral, the decision made by Claims Administrators highly DISCRIMINATORY and UNETHICAL.

I have a very high respect for the judicial system in this country and would like to move forward with strong and active faith, and request you to help the most deserving victim by assigning a plaintiff liaison counsel to help me reach a mutually beneficial settlement.

Respectfully submitted by:

Smita U. Sanjanwala