**RECEIVED**

JUN  8 2009

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

June 3, 2009

Dear Judge Fallon:

I don't expect you to answer this letter, but I am hopeing you will take time from your busy schedule to read this.

I am a stroke victim  claimant in the vioxx settlement.  As of this date, I still do not know whether I am qualified or not to partake in any funds from this settlement.

During the past five years I have been represented by Seeger Weiss Law firm.  There were numerous times I was required to respond or furnish information by a certain time period.  Since Brown Greer accepted the position as arbitrators in this settlement, why do they not have a target date to process the claims. If they couldn't do the job in a timely manner, they should have said so and split the claimants with another firm.  A year and six months have passed since the judgement (December 2007) .  I  feel that this should have been enough time to at least qualify or disqualify all claimants.  The inquiries I have made to the firms have been extremely disappointing. Not one thread of informqation have I ever received. They always say JUST WAIT.

My husband and I are senior citizens, just as most of the claimants are.  We have limited good years left.  It's sad that so many of the claimants never lived to see a judgement or died waiting for a settlement check.  Time is of an essence.

I feel that the claimants have been victimized not only by Merck Medco, but by attorneys tacking on additional charges over the 32% capped fee, and Brown Greer dragging the arbitration of this settlement out in order to make more money.  Last but not least, the health insurance companies who should have had to retain their own lawyers to sue Merck Medco instead of cashing in on the claimants settlement.  I wonder if the Health Insurance companies intend to return the premiums I payed for coverage during this same period.

I know what people are feeling across the country.  There have been over 1000 blogs on the Wall Street Journal interent web site, so I feel that I feel I am speaking not only for myself but many others.  If you could help in any way, Judge Fallon, to expedite or maybe require  law firms or arbitrators  to provide information to individuals about the status of their claims, I'm sure it would eleviate alot of stress and worry of not knowing  for so many of us still left out here in limbo.

Thank you for your time. .