**AFFIDAVIT OF DR. IRVING K. LOH**

STATE OF CALIFORNIA   )
                     :ss.
COUNTY OF LOS ANGELES)

I, Irving K. Loh, upon my oath state as follows:

1. I am a Plaintiff in the case of *Irving K. Loh et al. v. Merck & Co. et al.*, pending in the Superior Court of the State of California, County of Los Angeles, Case No. BC346558 (JCCP 4247), and am a Claimant in the Vioxx Settlement, VCN 1073348. I have direct personal knowledge of each of the facts stated herein, and if called upon to testify, I could and would do so truthfully.

2. I am a medical doctor and cardiologist, with an M.D. from the UC San Francisco (UCSF) School of Medicine. I am a board certified board certified internist and subspecialty certified cardiac specialist with a special focus on preventive cardiology. I was internal medicine trained at UCSF, clinical research trained at the National Heart, Lung and Blood Institute at the National Institutes of Health (NIH), and former faculty at the UCLA/Cedars-Sinai Medical Center in cardiology and cardiac surgery. I am a Fellow of the American College of Cardiology, Fellow of the American Heart Association (Council on Epidemiology and Prevention), Fellow of the College of Chest Physicians and Fellow of the American College of Physicians.

3. I am the Director of the Ventura Heart Institute, which I founded in 1987. The Ventura Heart Institute conducts education, research (approximately 100 clinical trials in dyslipidemias, heart failure, hypertension, anti-arrhythmics and devices), information technology and preventive cardiovascular programs, and cares for patients. Since entering practice in 1980, I have been a consultant, clinical researcher and national speaker for most of the major cardiovascular pharmaceutical

08:P2134244.doc                                    1

companies, including Merck & Company, and have been an active principal investigator on several Merck as well as other companies' clinical research protocols conducted at the Ventura Heart Institute.

4. In connection with my Claim, I previously submitted to the Vioxx Claims Administrator the June 24, 2008 Affidavit of Dr. Irving K. Loh and the August 20, 2008 Affidavit of Dr. Philip L. Barry, which describe Dr. Barry's recommendation and prescription of Vioxx and my use of Vioxx samples provided directly by Merck sales representatives beginning in August 2000. The Gates Committee found that these affidavits were sufficient "Proof of Use" of Vioxx to pass the Duration and Proximity Gates, as set forth in the Notice of Eligibility issued on June 11, 2009. As those affidavits set forth, I used Vioxx almost continuously from August 2000 until September 2004, usually taking 25 mg/day and occasionally taking 50 mg/day. This consistent use of Vioxx over a four year period establishes that my "Overall Duration" (under the criteria set forth in Exhibit 3.2.1 of the Settlement Agreement) is in excess of 639 pills and over 30 months. This also establishes that my "Consistency of Use" was well in excess of 71% during the period of Vioxx use, and further, the Gates Committee has determined the Proximity Gate has been met and therefore there is sufficient evidence of at least 250 pills taken during the 12 months preceding the Eligible Event. *See* June 11, 2009 Notice of Eligibility and Exhibit 2.2.1.3.

5. I understand that the Claims Administrator is requesting information on medications other than Vioxx that I have taken from the time of my first Vioxx use (in August 2000), through three months after my "Eligible Event" (i.e. the coronary angiogram and stenting I underwent on March 17, 2005), or June 17, 2005. I have taken various medications in addition to Vioxx based on consultation with my treating doctors and colleagues, and have used samples received from my colleagues and/or directly from the sales representatives of various pharmaceutical companies in

09:P100244.doc

2

connection with my practice. I did not use a pharmacist for all prescription medication, as I was given the samples described above regularly, as is the custom and practice of most doctors.

6. Below is a list of medications other than Vioxx that I have taken from August 2000 through June 2005 (the "Relevant Period"):

7. In August, 2001 and again in February, 2002, I received an injection to my finger of a 1cc combination of Xylocaine and Celestone. In July 2002, I received an injection to my finger of a combination of Depo-Medrol and Xylocaine.

8. In September of 2003, I took 600 mg/day of Ibuprofen for 4-5 days.

9. In early 1999, I began taking Atacand at 32 mg/day. For a short time period, I added a small dose of the diuretic hydrochlorothiazide. I discontinued the diuretic, and added colchicines (0.6 mg/day as needed), allopurinol (300mg/day) and Norvasc (10mg/day). I continue to take allopurinol and Norvasc.

10. In August of 2004, I took Celebrex (200 mg/day) intermittently and in addition to Vioxx, as prescribed by Dr. Barry. I took Celebrex for a short period of time and then stopped and continued taking Vioxx only.

11. Late in the Fall of 2004, I began to take 25-50 mg/day of Toprol XL and continue to take this.

12. After undergoing the angiogram in March 2005, I began taking Aspirin 325 mg/day and Plavix 75 mg/day. About one year ago I reduced this dosage to Aspirin 81mg/day and Plavix 75mg/every other day. I have been advised to remain on these indefinitely. I also take Lipitor, regularly at 10 mg/day.

13. I do not have diabetes and have not taken any diabetic medication during the Relevant Period.

///
///
///

I declare that the foregoing is true and correct to the best of my knowledge.

Executed under penalty of perjury under the laws of the State of California on this 23rd day of June 2009 at Thousand Oaks, California.

_____
Dr. Irving K. Loh

STATE OF CALIFORNIA )
                    :ss.
COUNTY OF LOS ANGELES)

On the 23rd day of June 2009, before me, the undersigned notary, personally appeared IRVING K. LOH, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
NOTARY PUBLIC

My commission expires: 8/22/2011

H. EFTEKHARI
COMM. #1761535
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Aug. 22, 2011

09:P100244.doc

5