UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER

The Court is in receipt of the attached correspondence from Darcy R. Harris regarding Vioxx Plaintiff Dr. Irving K. Loh. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 16th day of July, 2009.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Ms. Darcy R. Harris
Howarth & Smith Attorneys at Law
523 West Sixth Street, Suite 728
Los Angeles, CA 90014

Lynn C. Greer, Esq.
BrownGreer, PLC
115 S. 15th Street, Suite 400
Richmond, VA 23219-4209

1