HOWARTH & SMITH
ATTORNEYS AT LAW
523 WEST SIXTH STREET
SUITE 728
LOS ANGELES, CALIFORNIA 90014
TELEPHONE: (213) 955-9400
FAX: (213) 622-0791
www.howarth-smith.com

**RECEIVED**
JUN 2 2 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

DARCY R. HARRIS

June 18, 2009

DHarris@howarth-smith.com
Direct Line: (213) 955-9400 Ext. 109

**VIA EMAIL AND FEDERAL EXPRESS**

Vioxx Claims Administrator
BrownGreer, PLC
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209

    Re:    Vioxx Settlement Claim for Dr. Irving K. Loh; VCN 1073348

Dear Vioxx Claims Administrator:

    We received a Notice of Incomplete Claims Package for Dr. Irving Loh, dated June 15, 2009, stating that you are missing pharmacy records from "date of first Vioxx use through 3 months post-Event." The notice says that the deadline to submit these records is June 29, 2009.

    I spoke to Ms. Tamra Blankenship on Tuesday, June 16, regarding this Notice and explained that this is a case where there are no pharmacy records showing Vioxx use, and therefore no pharmacy records were submitted with the claim. As I explained, we submitted the Affidavits of Dr. Irving Loh and Dr. Philip Barry to satisfy the Proof of Use requirements. Dr. Loh is a cardiologist who received samples directly from Merck representatives, and Dr. Barry was his treating physician who prescribed and directed Dr. Loh to take Vioxx. This is detailed in the affidavits, which were submitted with the Claims Package on June 30, 2008 and August 26, 2008, after which claim proceeded to the Gates Review stage on August 29, 2008. There was not any Notice of Incomplete Claim issued at that time and at no time were we informed that the Claims Package was 'incomplete' for failure to include pharmacy records.

    In fact, when we were preparing the claims package in June of 2008, we spoke to Ms. Blankenship several times about the fact that there were no pharmacy records showing Vioxx was dispensed to Dr. Loh. We discussed with her how to satisfy the Proof of Use requirements given this situation, and asked if we could instead submit

09:L329244.doc

Vioxx Claims Administrator
June 18, 2009
Page 2

affidavits regarding Dr. Loh's Vioxx use. Ms. Blankenship told us that we could submit these affidavits, but that she could not guarantee they would be accepted as proof of use under the settlement rules. We were not told that in addition to the affidavits, there was an additional requirement to submit pharmacy records for Dr. Loh even though they would not show any Vioxx use. In such a case as this one, where Dr. Loh is himself a cardiologist and had samples provided by Merck salesmen, pharmacy records which would be negative for Vioxx are not required under any reasonable reading of the rules and at no time previously were we informed that the administrator deemed the claims package "incomplete" in this regard.

Instead, the claim proceeded through to Gates Review, and was initially determined ineligible by the Claims Administrator on December 15, 2008. Then, the claim was reviewed by the Gates Committee, who reversed the initial decision of the Administrator and issued a Notice of Eligibility on June 11, 2009. The Notice of Eligibility states that the Gates Committee found Dr. Loh meets all three Gates: Injury, Duration and Proximity. In order for the Gates Committee to find the Duration and Proximity Gates met, it must have determined that the Affidavits of Dr. Loh and Dr. Barry were sufficient Proof of Use, as there were no pharmacy records included in the claims package.

We have never been told that the Claims Administrator requires pharmacy records for Dr. Loh even though there are none showing Vioxx use, and in fact we were told that if affidavits were found to be sufficient proof of use (which the Gates Committee has now found per its June 11, 2009 Notice of Eligibility) that no other proof of use would be required.

Nonetheless, we will attempt to procure pharmacy records, if there are any, from the time of first Vioxx use through 3 months post-Event as requested. However, the deadline of June 29, 2009 is an unreasonably short amount of time. This is only two weeks from the Notice of Incomplete Claims Package issued on June 15, and as set forth above, this is the first notice we have been given that the Claims Administrator is requiring such records for Dr. Loh. We note that under your own rules, the deadline for gathering and submitting records upon receipt of a Notice of Incomplete Claims Package is **30 days.** On the BrownGreer website at <https://vioxxwebportal3.browngreer.com/vioxx/secure/NewsLetter.aspx> there is a page titled "IMPORTANT ANNOUNCEMENT ON CLAIMS DEADLINES" dated March 31, 2009, which states:

> 2. Claimants who receive a Notice of Incomplete Claims Package asking for records necessary for a complete Points review will have 30 days from the posting of the Notice to submit the records. This is the same deadline we have always had,

09:L329244.doc

Vioxx Claims Administrator
June 18, 2009
Page 3

> but we will no longer accept a V2033 request for extension from this deadline. After expiration of the 30 days, you will be issued a Final Notice of Incomplete Claims Package and will have 15 days to elect whether to be a Non-Submitting Program Claimant for failure to comply with Section 1.3 of the Settlement Agreement, or to have the Claim reviewed under criteria adopted by the Claims Administrator…

As stated above, this is the first Notice of Incomplete Claims Package we have received, so we are entitled to 30 days. Accordingly, we request until at least <u>July 15, 2009</u> to submit any additional pharmacy records, if there are any, 30 days from the June 15, 2009 Notice. Please confirm to us that the deadline on the Vioxx Portal website will be extended accordingly.

Very truly yours,

*[signature]*

Darcy R. Harris

DRH:rp

cc:	Honorable Eldon E. Fallon, Chief Administrator (via U.S. mail)
	Russ M. Herman, Esq., Plaintiffs' Executive Committee and Plaintiffs' Liaison Counsel – MDL (via U.S. mail)
	Andy D. Birchfield Jr., Esq., Plaintiffs' Executive Committee (via U.S. mail)
	Christopher A. Seeger, Esq., Plaintiffs' Executive Committee (via U.S. mail)
	Thomas V. Girardi, Esq., Plaintiffs' Liaison Counsel – JCCP 4247 (via U.S. mail)
	Phillip A. Wittmann, Esq., Defendant's Liaison Counsel – MDL (via U.S. mail)
	Bruce N. Kuhlik, Esq., Counsel for Merck (via U.S. mail)
	Suzelle M. Smith, Esq., Counsel for Claimant Dr. Irving K. Loh

09:L329244.doc