Supplemental Brief
Appeal 09-30605
Emergency

Correspondence letter

Motion for District Court Records / Amend

Case MDL 05-1657
and 06-01493

Dear Clerk of Court / Judge Eldon E. Fallon

Please send records to Special Master Judge Fern Smith. I have had U.S. mailing fraud now 1 year 6 months on lawyer, hospital etc. I have another lawsuit Judge Charles L. Breyer MDL 05-1699 and 06-3674 I have Pacer ET 0862 and B!43TPEK Query Edward Earl Thomas. Pfizer has a public site https://ecf.cand/bextra/. I would ask to amend this case to 2.7 billion I am not greedy. Need now application for appointment of counsel, financial affidavit, supplemental relief, third-party, and U.S. personal protection orders. American Bar, law students white, colored, and french, ACLU, Urban League, Congressional Caucuses, Library of Congress, Black Lawyers, U.S. House and Senate Judiciary Committees, Military Judge, Military General, International Court, and the Media CBS, MSNBC, BET, TCT etc, can you send Rules of Procedure MDL.

Signed
Edward Earl Thomas
6/29/2009

This is pertinent information.