Supplement Appeal De no vb Emergency

Correspondence letter

RECEIVED

JUL 14 2009

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Motion On Opposition Based On Appeal to Special Master / Notice of Appeal

Case MDL 05-1657 and 06-01493

Dear Judge Eldon E. Falon / Staff Attorney's / Circuit Executive

I have had U.S. mailing defraud now over 1 year and 7 months at this Jail 208 s. Harrison Saginaw MI. 48602 Pam over mail she refuses to listen even on grievances (state) now mental health grievances wrote no mother, father, or girfriends etc mail come hand-picked. I am held hostage by Chief Judge Robert L. Kaczmarek / Ex Chief Judge Leopold Borllo manifest a third-time too Hursh Valley mental health a third-party will be filed. Human and animal bile and guile with biochemicals are feed daily Lt/Captain Hutzwiller says no civil copies Pam refuse criminal copies, no law library, no legal phone call and phone taken-out my room no hair-cuts now no shave Sgt Demeard, my daughter Chevelle was shot by Brandon Smith zero has been done Sgt Austin (woman) and Sgt Rasco (colored woman) let officers as Verner, Lagalo / Dean, Tost, Sheldon then Sgt Anderson (colored) with Welch and Bolk. Signed, 7/11/2009

Edward Earl Thomas

Edward Earl Thomas 081023
208 e. Harrison
Saginaw Michigan
48602

Clerk / Judge Fallon
500 Poydras St.
New Orleans Louisiana
70130

SAGINAW MI 485
11 JUL 2009 PM 2

70130+331919

RECEIVED
JUL 1 4 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON