IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to All Private Third-Party Payor Cases | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## REPLY TO LETTER OF APRIL 27TH, 2009
## TO JUDGE FALLON BY VIVIAN ROSS

The facts are these: This is a claim by Ms. Ross for the death of her father. He died after his 89th birthday. He had significant medical issues including a 30-year history of hypertension, a 30-year history of high cholesterol, a previous cerebral accident, and a history of congestive heart failure. The case was previously handled by the Winer law firm. From their review of the records, they did not feel that Lewis Ross would qualify. On February 13th, 2008, my partner, David Bigelow, met with Vivian Ross to see if there was some chance to help. The case had been sent to us approximately five weeks earlier. I'm enclosing a copy of the memo to file discussing Mrs. Ross' abusive attitude. We have had several conversations with Ms. Ross. We documented this on our April 9th letter, our April 10th letter, our April 17th letter, our April 21st letter, our April 27th letter, our May 5th letter and our June 5th letter. Copies of these letters are attached. I personally wrote to Ms. Ross on May 5, 2009.

In short, I do not believe that there's anything further any law firm could do for this person. We are hopeful the Court would file this Reply in the Court file.

Dated: June 23, 2009

Respectfully submitted,

_____
Thomas V. Girardi (CA State Bar No. 36603)
GIRARDI|KEESE
1126 Wilshire Boulevard
Los Angeles, CA   90017
Tel:  (213) 977-0211
Fax: (213) 481-1554

**Plaintiffs' Liaison Counsel**