UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JUL 24  PM 12: 15

LORETTA G. WHYTE
CLERK

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Edward Earl

Thomas.  To the extent that this communication constitutes a motion, that motion is DENIED.

IT IS ORDERED that the correspondence be entered into the record.  In addition, a copy of the

correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem

necessary.

New Orleans, Louisiana, this 16th day of July, 2009.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Edward Earl Thomas
208 S. Harrisson
Saginaw, MI 48602

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No. _____

1