supplemental Brief
appeal Re no vol
Emergency

correspondence letter

JUN 16 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Motion to Amend Complaint And Request to Appeal

Case 05-1657
and 06-3674

I even made request permission to show cause asked for application for appointment of counsel financial affidavit, supplemental relief, U.S. personal protection, and the federal Rules of Civil Procedure then third-party forms this jail has use manifest and U.S. mail defraud on writings.

I like to say the law library is illegal but hate crimes

My phone has been taken out my room cause of a call to the FBI of human and animal bile and guile are feed daily with biochemicals were Lt. Gutzwiller, Sgt Irvine, Balk, Welch (colored does beatings) Sgt Austin (woman) Lagalo, Vanripper, Stone, Conic (colored), Clements and Sgt Demeand with Chief Judge Robert L. Kaczmarek and Ex Chief Judge Borrello manifest over 180 days rule refusing to let me represent myself saying resisting arrest carrys 5 year on paper but it only carrys 2 years then "double jeopardy" is used to then daily threaten my family member.

Signed,
Edward Earl Thomas
6/10/2009