UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



2009 JUL 24 PM 12: 14

LORETTA G. WHYTE
CLERK

IN RE: VIOXX : MDL NO. 1657
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

## ORDER

The Court is in receipt of the attached correspondence from Wendy J. Bracaglia regarding Vioxx Plaintiff James Schneller. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 16th day of July, 2009.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. James Schneller
500 East Lancaster Ave., Apt. 11D
Radnor, PA 19087

Ms. Wendy J. Bracaglia
Marshall, Dennehey, Warner, Coleman & Goggin
620 Freedom Business Center, Suite 300
King of Prussia, PA 19406

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

1

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION          www.marshalldennehey.com

**620 Freedom Business Center, Suite 300 · King of Prussia, PA 19406**
**(610) 354-8250 · Fax (610) 354-8299**

PENNSYLVANIA   DELAWARE
Bethlehem      Wilmington
Doylestown
Erie           OHIO
Harrisburg     Akron
King of Prussia
Philadelphia   FLORIDA
Pittsburgh     Ft. Lauderdale
Scranton       Jacksonville
Williamsport   Orlando
               Tampa
NEW JERSEY
Cherry Hill    NEW YORK
Roseland       New York

Direct Dial: 610-354-8256
Email: wjbracaglia@mdwcg.com



May 18, 2009

**VIA CERTIFIED MAIL RETURN RECEIPT**
**REQUESTED, FEDERAL EXPRESS AND REGULAR MAIL**

James Schneller
500 East Lancaster Avenue, #111D
Radnor, PA 19087

      Re:    Vioxx Products Liability Litigation v. Merck & Co.
               United States District Court MDL No. 1657; E.D. La. No. 05-4382; 05-3785
               Our File No.:  23145 – 00279

Dear Mr. Schneller:

      We are in receipt of your letter dated May 6, 2009 directed to John Steers, M.D., Michael J. Ryan, Jr., M.D., Harold J. Robinson, M.D. and Cardiology Consultants. Please be advised that we received a subpoena dated September 11, 2008 directed to John Steers, M.D., Harold J. Robinson, M.D., Michael J. Ryan, M.D. and Cardiology Consultants. The subpoena requested "all records of any and all sorts and categories and any and all documents regarding any and all service, care and any activity regarding Marjorie C. Schneller, Soc. Sec. No. 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, George H. Schneller, Soc. Sec. No. 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 and James D. Schneller, Soc. Sec. No. 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 and an accounting of disclosure for all release of information to any person or entity regarding any matter concerning Marjorie C. Schneller, George H. Schneller and/or James D. Schneller including all electronically stored files".

      By letter dated October 13, 2008 a response to your subpoena was provided to you via Federal Express. In our correspondence to you, we raised objections to the subpoena and supplied documents labeled Steers 1-199 along with a Certification. We enclose another copy of our letter, the records and the Certification in the Federal Express package only.

      Our compliance to the subpoena has been confirmed by the *pro se* curator for the Vioxx litigation, Claudia Santayo, Esquire. Please let us know whether, in light of what has been provided, you have any other specific request with respect to the subpoena. Otherwise, unless we hear from you to the contrary, we

James Schneller
May 18, 2009
Page 2

---

will assume that this production is acceptable to you.

Very truly yours,

*Wendy Bracaglia*

WENDY J. BRACAGLIA

WJB/lam
Enclosure
cc:    The Honorable Eldon E. Fallon – w/enclosure
        Claudia Santoya, Esquire – w/enclosure
        T. Kevin FitzPatrick, Esquire – w/o enclosure

26/1307040.v1