UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JUL 24 PM 12: 15

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
   PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiffs Larry Long and Debra Long. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 16th day of July, 2009.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. and Mrs. Larry Long
P.O. Box 2335
Woodstock, GA 30188

1

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____