# FedEx Kinko's Ship Center

# Fax Cover Sheet

Date: 6/28/09

Number of pages _____ (including cover page)

**To:**
Name: Judge Fallon
Company: U.S District Court
Telephone: _____
Fax: 504 5896966
Comments: Urgent: Vioxx

**From:**
Name: Larry + Debra Long
Company: _____
Telephone: 6785087449


Fax - Local Send


Fax - Domestic Send


DOMESTIC Send Addl Pages


Fax - International Send

fedexkinkos.com 1.800.GoFedEx 1.800.463.3339

© 2008 FedEx Kinko's Office and Print Services, Inc. All rights reserved. Products, services and hours vary by location. fm05.165 1.06

22705

PO BOX 2335
WOODSTOCK, GA 30188
678 5087449
Nia0003@yahoo.com

PHYSICAL ADDRESS
145 GATLIN RIDGE RUN
DALLAS, GA, 30157

## Practice Associates of Clarksville, P.A.

Scott Kuykendall, M.D.  
Shannon L. Case, M.D.  
Joe Dunaway, D.O.  
John McAuley, M.D.  

23 Professional Park Drive • P.O. Box 2008 • Clarksville, AR 72830  
Phone 479-754-4721

### Medical Statement

Name: Larry Lee Long    Address: 145 Gatlin Ridge Run, Dallas, GA 30157  
Date: Birth March 6, 1953

1. Larry Lee Long had a stroke. CT taken of head several 4 days after. Mild _____ Severe [X]

2. Larry Lee Long had Lt side weakness, slurred speech; signs of a stroke  
   Yes [X]    No _____

3. Larry Lee Long received Physical Therapy, Speech Therapy and Occupational Therapy as an Outpatient.  
   Yes [X]    No _____

4. Yes [X]    No _____

5. Patient received Vioxx 25 mg tablet samples once a day from Nov 1999 thru Dec. 2001 averaging 690 pills for that period.  
   Yes [X]    No _____

6. Larry Long was on the sample tablets at least 14 days before his stroke.  
   Yes [X]    No _____

Print Name _Joe D Dunaway DO_____

Signature and Medical Number _[signature]_ AR N8374_____

Address and Phone Number _23 Prof Park Dr Clarksville AR 72830  479-754-4727___

---

### FedEx Kinko's Ship Center

## Fax Cover Sheet

Date: 6/28/09    Number of pages: 3 (including cover page)

**To:**  
Name: Judge Fallon  
Company: U.S. District Court  
Telephone: _____  
Fax: 504 589 6966  
Comments: Urgent: Vioxx

**From:**  
Name: Larry + Debra Long  
Company: _____  
Telephone: 6785087449

June 26, 2009 25, 2009

United States District Court
Eastern District of Louisiana
Honorable Eldon E. Fallon
500 Poydras Street Room C-456
New Orleans, LA 70130

URGENT

Dear Honorable Fallon,

Re: LARRY LEE LONG (Debra Long, wife), GLOBAL VIOXX SETTLEMENT 1098207
MILLER FIRM LLC, Michele A. DiMartino. Allen Rothenberg, Esquire
I received Dr. Joseph Dunnaway Medical Statement back finally. It is impossible to get a statement from a doctor in 21 days. They do it when they want to. It has been hard and long doing the leg and foot work When your attorney tells you they will get it. I have submitted to Miller Firm, but I am uncertain if they asked for my claim to be reviewed by the proper dept. Miller (Gomez) just said he submitted the form and he would let me know. Do I need to write out I want him to appeal? He was blunt, no excitement that I received the statement. I do not know if it must go before the Special Master or just the Committee Gate board. I do not want to be just left hanging because my counsel did not inform me. My husband, Larry Lee Long is on kidney dialysis and not tolerating it very well..

Thank you in advance,
Larry and Debra Long
MAILING ADDRESS
PO BOX 2335
WOODSTOCK, GA 30188
678 5087449
Nia0003@yahoo.com


PHYSICAL ADDRESS
145 GATLIN RIDGE RUN
DALLAS, GA, 30157