July 1, 2009

FAX COPY 713-535-7184

LIZY SANTIAGO
MATTHEWS & ASSOCIATES
2905 SACKETT STREET
HOUSTON TX 77095-1127

RE:  LARRY L. GOODSON VIOXX CLAIM

I AM DEMANDING THAT YOU OR ANOTHER ATTORNEY CONTACT ME BY
EMAIL, FAX, TELEPHONE, OR WRITTEN CORRESPONDENCE CONCERNING
MY VIOXX CLAIM.  I HAVE CALLED REPEATEDLY.  I HAVE BEEN TOLD
YOUR EITHER OUT TO LUNCH, OR YOUR SICK AND SHOULD GIVE THE
ATTORNEYS 48 HOURS FOR A CALL BACK.  I HAVE GIVEN YOUR OFFICE
MORE THAN 600 HOURS FOR AN ATTORNEY TO CALL AND SPEAK WITH ME.

THE LAST CORRESPONDENCE I RECEIVED FROM YOU WAS WHEN I GOT MY
POINTS, WHICH YOU SUGGESTED I ACCEPT, ON APRIL 15, 2009.  AT THAT
TIME NOTHING WAS SAID ABOUT THE BANKRUPTCY I FILED IN
NOVEMBER 2008.  IN MAY 2009 YOU RECEIVED MONIES FROM BROWN &
GREER AND TOLD ME TO EXPECT MY CHECK WITHIN TWO WEEKS AND TO
CALL IF I DID NOT RECEIVE IT.  AGAIN, NOTHING SAID ABOUT THE
BANKRUPCY.  ONLY WHEN I CALLED THAT I HAD NOT RECEIVED IT, WAS
THE BANKRUPTCY BROUGHT UP.

NO ONE HAS EXPLAINED HOW THE BANKRUPTCY AFFECTS MY
SETTLEMENT.  I AM 74 YEARS OLD AND DO NOT UNDERST EVERYTHING IN
THE SETTLEMENT AGREEMENT, AND THAT IS WHY YOU ARE MY
ATTORNEY.  NO ONE HAS TOLD ME IF THE TRUSTEE CAN HOLD ALL MY
MONEY OR A PERCENTAGE.  I SIGNED UP ON THE MEDICAL LEIN
RESOLUTION.  YOU EXPLAINED IT TO ME AND I SIGNED UP.  HOWEVER,
NOTHING HAS BEEN EXPLAINED TO ME ON THE BANKRUPTCY.

ALSO, I WANTED TO SPEAK TO YOU ABOUT THE EXTRAORDINARY INJURY
FUND, WHICH I HEARD BY SOMEONE ELSE.  I THOUGHT THE DELINE WAS
JUNE 30, 2009, AND I CALLED BROWN & GREER TO SEE WHAT I NEEDED TO
DO TO SIGN UP FOR IT BECAUSE I COULDN'T GET HOLD OF YOU TO ASK
YOU TO INCLUDE ME IN THE FUND.  THEY INFORMED ME THAT YOUR
OFFICE HAS TO DO IT.  BUT I CAN'T GET ANYONE FROM YOUR OFFICE TO
SPEAK TO ME.  BROWN & GREER STATED THE DEADLINE WAS SEPTEMBER,
2009.

WHEN I HAD MY HEART ATTACK IN 2002, I LOST ALMOST EVERYTHING.  I
COULDN'T CONTINUE TO OPERATE MY BUSINESS BECAUSE OF MY

HEALTH AND HAD TO SHUT THE DOORS ON MY BUSINESS.  I WAS FORCED
TO FILE BANKRUPTCY.

I NEED SOMEONE TO HELP ME.


LARRY GOODSON

903-868-8045
903-327-27714
4516 Arroyo Trail
Sherman TX 75090
580-920-9971 fax acceptance

Cc:  Brown & Greer fax · 804-531-7200
      The Honorable Judge Fallon fax  504-589-6966