Case 2:05-md-01657-EEF-DEK   Document 21351   Filed 07/24/09   Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JUL 24 PM 12: 15

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                              :   MDL NO. 1657
     PRODUCTS LIABILITY LITIGATION   :   SECTION: L
                                       :
                                       :   JUDGE FALLON
                                       :   MAG. JUDGE KNOWLES

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Joseph Morgese. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 16th day of July, 2009.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman                          Mr. Joseph Morgese
Plaintiff's Liaison Counsel              2653 Wood Gate La., Unit E-3
Herman, Herman Katz & Cotlar, LLP        Sarasota, Florida 34231
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Brian J. Glick
Glick Law Firm, P.A.
2255 Glades Road, Suite 324A
Boca Raton, FL 33431

                                  ___ Fee _____
                                  ___ Process _____
             1                         X_ Dktd _____
                                  ___ CtRmDep _____
                                  ___ Doc. No. _____