RECEIVED
JUN 9 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

JUDGE Fallon

Attorney Glick, was Retained By Joseph Morgese Some time 2006, For Vioxx Kidney Damage. The Attorney was taking my case to Federal Court.

Without my knowledge the Attorney Glick entered to the Vioxx Settlement FALSE information that I have had a Heart Attack or MI to the Vioxx Claims Committee without my knowledge.

Without my knowledge Attorney Glick Lost my Chance For my Kidney Damage case to be Transfered into the Federal Court For A Fair Trial. By not fileing in a timely fashion.

Attorney Glick Demands for myself Joseph Morgese To Release Him Before He will send any of my file for further Review.

Attorney Brian Glick purposely Destroyed my Renal Kidney Damage case. I Pray To your Assistance Judge Fallon what my Attorney Did was as Damaging as the Vioxx!

Sincerely Joeseph Morgese

June 6, 2009

Sent by way of Federal Express

The Honorable Eldon E. Fallon,
United States Courthouse
500 Poydras Street, Suite C-456
New Orleans, Louisiana  70130

Re:   Joseph J. Morgese
      VCN 1104319
      Vioxx Claim and Pharmaceutical Litigation

Dear Judge Fallon,

I am a claimant in the Vioxx Settlement as I am a plaintiff in the multi district litigation case number 2:06-CV-10099 - MDL 1657.

My wife and I retained attorney Brian J. Glick of Boca Raton, Florida to represent us in the Vioxx litigation and subsequent claim after Merck announced that they were settling.

My attorney knew this past Spring that I was not eligible to be a part of the claims committee as I did not suffer a myocardial infarction or ischemic strong from taking Vioxx but did and do severer suffer kidney (renal) problems as a result of taking Vioxx.

Mr. Glick has written to us several times advising that I did not qualify as a claimant and said that if we wanted to go back into the federal lawsuit, we needed to find another attorney as he would not do that.  We told him that we wanted to go back into the federal lawsuit on many occasions and even authorized our daughter, Donna, to speak to him on our behalf.  We found and spoke with another attorney who was interested in reviewing our case and my claim but our attorney would not send the new possible attorney we contacted my medical records until my attorney (Mr. Glck) was released!

I also understand that on or about March 19, 2009 the Vioxx Claims Committee made a determination of ineligibility as to my claim and my attorney could either appeal or more importantly, since I did not qualify for the injuries of myocardial infarction or stroke, <u>I could opt to go back into the federal lawsuit by executing a Future Evidence Stipulation and that I had 30 days to do so.  At no time did my attorney send me the Future Evidence Stipulation or write to me about that option</u>.

So much time has now passed and my attorney now has written me a letter that he apparently took an appeal (why?  I don't have the claims committee's qualifying injuries of which he knew about) and in early April, 2009, there was a final <u>notice of ineligibility</u> made.  I enclose a copy of his most receipt letter, along with copies of letters that he has previously sent me.

My wife and I think we have been severely penalized since the attorney who wanted to review my records could not get them and I fear that my claim is now over.

Please help us. Mr. Glick does not timely respond to requests or phone calls and certainly as a lawyer he should be more responsive to me as a client and the option that I have to sign the Future Evidence Stipulation.

I hope you can help us. Thank you.

Sincerely,

*Angela Morgese*

Joseph J. Morgese
Angela Morgese, his wife
2653 Wood Gate La., Unit E-3
Sarasota, Florida 34231
Telephone (941) 922-3780

*Confidential Settlement Information*

| V2066 | GATE COMMITTEE NOTICE OF INELIGIBILITY<br>(Dual Injuries Both Failing)<br>Date of Notice: 3/19/09 |
|---|---|

### I. CLAIMANT INFORMATION

| Claimant Name | Morgese, Joseph J. | | | | | VCN | 1104319 |
|---|---|---|---|---|---|---|---|
| Law Firm | Glick Law Firm PA | | | | | | |
| Primary Injury | MI | Date of Injury | 11/20/00 | Secondary Injury | MI | Date of Injury | 11/20/00 |

### II. GATE COMMITTEE DETERMINATION

This is an official Notice from BrownGreer PLC, the Vioxx Claims Administrator. The Gate Committee has determined this claim does not meet the Eligibility Requirements for the Program because it does not pass the following Gate(s):

| | Gate | Primary Injury | Secondary Injury |
|---|---|---|---|
| 1. | Injury | X | X |
| 2. | Duration | ☐ | ☐ |
| 3. | Proximity | X | X |

### III. CLAIMANT'S RESPONSE TO THE NOTICE

After you close out of this Notice, you will have the ability to choose one of the following two options:

1) **Appeal to the Special Master.** You must select this option within **15 days** of this Notice. The Special Master's decision will be final and binding and, if the Special Master finds the claim Ineligible, the Claims Administrator will deliver the claimant's Dismissal With Prejudice Stipulation and Release to Merck. You will not be able to submit materials to the Special Master on appeal that you have not previously submitted to the Claims Administrator.

2) **Submit a Future Evidence Stipulation.** You must submit the Future Evidence Stipulation within 30 days of this Notice. Upon proper completion and delivery of the Future Evidence Stipulation, the claimant's Dismissal with Prejudice Stipulation and Release shall, subject to Section 2.7.3.1, be returned to the claimant.

After you have chosen one of these options, you may not change your response.

*If you neither Appeal within 15 days nor submit a Future Evidence Stipulation within 30 days, the Claims Administrator shall deliver the claimant's Dismissal With Prejudice Stipulation and Release to Merck (and, without limitation, Merck shall be free to file or cause to be filed such Dismissal With Prejudice Stipulation and/or Release in any relevant action or proceeding.)*

# GLICK LAW FIRM, P.A.

www.*FLORIDAINJURYATTORNEYS*.com

**BRIAN J. GLICK**
BOARD CERTIFIED CIVIL TRIAL LAWYER
lawboca@aol.com (e-mail)

**MICHAEL K. GRIFE**
ATTORNEY AT LAW
mgrife@theglicklawfirm.com

May 12, 2009

**Via Certified Mail and U.S. Mail**

Mr. Joseph J. Morgese
2653 Wood Gate La., #E-3
Sarasota, FL 34231

Re:  Vioxx

Dear Mr. Morgese:

As you have been advised, all Vioxx cases became part of a class settlement which was overseen and approved by Judge Fallon of the United States District Court of Louisiana. There were many thousands of claims and lawsuits filed, a few went to trial and Merck prevailed in the majority of those cases before a jury.

Thereafter, a steering committee all appointed and approved by Judge Fallon, composed of lawyers, scientists and lay people fashioned a settlement agreement between the thousands of Plaintiffs, the drug company and the court.

The settlement agreement which covers all Vioxx cases within the class actions was very detailed and complicated. The details of the settlement agreement can be viewed at officialvioxxsettlement.com. The committee which negotiated, wrote and recommended this settlement and approved by the court, limited payments to potential claimants only. Upon a strict and limited series of medical events which could be casualty related to taking a specific number of Vioxx over a specific period of time. Further, this settlement agreement specifically excluded certain pre-existing medical conditions, as well as other medical conditions which may have developed in people after taking Vioxx. Essentially, the settlement only will pay for a specific type of cardiac events and or strokes, which are detailed in the settlement agreement you can view on-line. All claimants around the country became part of this settlement, and you agreed to be part of this settlement class and be bound by the terms of the settlement agreement. For example, almost all cardiac events other than a specific sudden heart attack will not be paid; likewise, only strokes resulting from specific



BAR REGISTER OF
PREEMINENT LAWYERS

AV RATED
MARTINDALE-HUBBELL

2255 GLADES ROAD • SUITE 324A • BOCA RATON, FLORIDA 33431 • 561-391-0448 • 561-330-3593 (FAX)

Mr. Joseph J. Morgese
Page 2

cardiac events will be paid.  There are dozens of different types of heart problems people suffer from and different reasons people suffer strokes, but unless the medical records reflect the persons' cardiac or stroke event falls within the medical guidelines of the settlement agreement, they will not be paid.  I believe that a substantial majority fo the claims will not and do not meet the settlement agreement or terms and will not be paid.

Also, the settlement agreement required all claimants to agree that if their alleged illness did not fall within the medical parameters established or did not meet the threshold of the amount and time for ingesting Vioxx, these claims would be dismissed.

The settlement agreement required us to timely obtain and file all medical and pharmacy records for review by the committee, which we have done for all of our clients.  It was a long, involved and difficult process and my personal feelings, which really do not matter, is that the settlement agreement was balanced in favor of Merck.  Probably because they won most of the pre-settlement trials, and the cost for plaintiffs to try these cases before a jury would be unconscionable given the substantial risks of losing.  In fact, in Federal Court, when a party loses, they can be responsible for the winners court costs and sometimes the legal fees too.

Accordingly, people with more knowledge and clout than me crafted the strict settlement agreement which as I said was approved in its entirety by the court and which we are all bound by.

Please understand my staff and I put untold hours into these cases, as well as thousands of dollars in out-of-pocket costs on your behalf which we will never recover.  But unfortunately, there is nothing more I can do for you as the "Gates Committee's" decision is final unless for some unknown or undisclosed reason new medical evidence is presented on behalf of the clients, and we have no reason to believe that there exists any unless you failed to fully disclose all information to us.

I enclose a copy of the Gates Committee's Notice of Ineligibility denying your claim on the records we provided on the basis your claim did not meet the eligibility requirements of the settlement program.

Mr. Joseph J. Morgese
Page 3


    Again, I am sorry I have to inform you of this decision, but I have done everything required, but the decision was out of my hands and there exists no further remedy.

    I imagine, you are one of the many thousands who failed to meet the eligibility requirements nationwide.

    I wish you all the best and hope you accept and understand the contents of this letter. If you wish to learn more of the eligibility requirements, please visit the official website I listed above.

Very truly yours,

Brian J. Glick

# GLICK LAW FIRM, P.A.

### www.*FLORIDAINJURYATTORNEYS*.com

**BRIAN J. GLICK**
BOARD CERTIFIED CIVIL TRIAL LAWYER
lawboca@aol.com (e-mail)

**MICHAEL K. GRIFE**
ATTORNEY AT LAW
mgrife@theglicklawfirm.com

March 31, 2009

Mr. Joseph J. Morgese
2653 Wood Gate La., #E-3
Sarasota, FL 34231

Re: **Joseph J. Morgese - Vioxx**

Dear Mr. Morgese:

As I discussed with you and your daughter via numerous emails, your injury does not meet the criteria on the eligibility requirements in the Vioxx settlement claims. As I previously advised you, your kidney disease and complaints, as related to your use of Vioxx, were not part of the negotiated Settlement, and those claims would not likely be paid by the Claims Committee without some evidence of cardiac or stroke event. We are, however, appealing their notice of ineligibility by asking that your case be removed from the Claims Committee and transferred back to Federal Court, so you can have another lawyers to prove your case. We will await their ruling.

For your review, I am enclosing pertinent documentation relating to your case.
Those documents are as follows:

1. Claims Event History;
2. Gates Committee Notice of Ineligibility;
3. Claims Administrator Notice of Ineligibility;
4. Gates Committee Notice of Ineligibility; and
5. Response to Notice of Ineligibility;

Once we hear back from the Gates Committee we will contact you.

In the meantime, should you have any questions or concerns, please do not hesitate to contact me. Also, should the Committee kick back your case,



BAR REGISTER OF
PREEMINENT LAWYERS

AV RATED
MARTINDALE-HUBBELL

2255 GLADES ROAD • SUITE 324A • BOCA RATON, FLORIDA 33431 • 561-391-0448 • 561-330-3593 (FAX)

March 31, 2009

Re: **Joseph J. Morgese - Vioxx**

you will need to find another lawyer, as I have previously advised.

Very truly yours,

Brian J. Glick

BJG/kd

Enclosures

S:\Users\Brian\Files, Drug Cases\Vioxx (non-steroidal anti-inflammatory)\Morgese, Joseph\Correspondence\client9.wpd