# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

Loretta G. Whyte  500 Poydras St., Room C-151
Clerk  New Orleans, LA 70130

July 20, 2009

Mr. Charles R. Fulbruge, III, Clerk  APPEAL NO. 09-30446
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION    MD 05-1657 L  c/w  related cases 05-1089, 05-1090, 05-1513, 06-2708, 05-2297, 05-1088, 05-6221, 06-2238, 05-1091, 08-4173, 08-3221, 08-4172, 08-4167, 08-4171, 08-3222, 08-4170, 08-4166, 08-4168, 08-4169

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

    ___ 1) Certified copy of the notice of appeal and docket entries.

    ___ 2) Certified copy of notice of a cross-appeal and docket entries.

    ___ 3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

    ___ 4) This case is proceeding in forma pauperis

    ___ 5) Order Appointing Counsel ___ CJA-20 ___ FPD

    ___ 6) District Judge entering the final judgment is _____.

    ___ 7) Court Reporter assigned to the case _____

    ___ 8) If criminal case, number and names of other defendants on appeal _____

    ___ 9) This case was decided without a hearing; there will be no transcript.

    ___ 10) Spears hearing held.

In connection with this record, the following documents are transmitted.

    _x_ 1) **Certified** Electronic record on appeal consisting of:

        ___ Volume(s) of record    ___ Volume(s) of original transcript

        ___ Volume(s) of depositions

        ___ Container(s) of exhibits ___ Binder ___ Envelope ___ Folder

    ___ 2) Supplemental record, including updated _____

    ___ 3) SEALED Doc._____

    ___ 4) Other:_____

                              Very truly yours,

                              By___Alicia Phelps_____
                                 Deputy Clerk