UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
EASTERN DISTRICT COURT
DISTRICT OF LA

2009 JUL 27  AM II: 45

LORETTA G. WHYTE
CLERK

|                                                | :   | MDL NO. 1657                    |
|------------------------------------------------|-----|---------------------------------|
| IN RE: VIOXX                                   | :   |                                 |
|          PRODUCTS LIABILITY LITIGATION         | :   | SECTION: L                      |
|                                                | :   |                                 |
|                                                | :   | JUDGE FALLON                    |
|                                                | :   | MAG. JUDGE KNOWLES              |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

## **ORDER**

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Edward Earl

Thomas.  To the extent that this communication constitutes a motion, that motion is DENIED.

IT IS ORDERED that the correspondence be entered into the record.  In addition, a copy of the

correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem

necessary.

New Orleans, Louisiana, this 16th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman                         Mr. Edward Earl Thomas
Plaintiff's Liaison Counsel             208 S. Harrisson
Herman, Herman Katz & Cotlar, LLP       Saginaw, MI 48602
820 O'Keefe Ave.
New Orleans, LA 70113


                                        Vioxx Pro Se Curator
                                        400 Poydras Street
                                        Suite 2450
                                        New Orleans, LA 70130

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No._____