Motion for Notice of Appeal / Objection

Case MDL 05-1657
and 06-01493

Dear Clerk of Court and Judges

I am a pro se plaintiff I am not greedy I have many, many children a select case on Pacer ET0862 and C!73TPEK I have a liaison Russ Herman but U.S. mailing defraud now 1 year 6 months. Need application for appointment of counsel financial affidavit, supplemental relief, third-party, and U.S. personal protection order for me and witnesses. four generations or a few time to please do not be greedy. I take Bactrim and working on powerful "Antidote" were is the "Universal Medication"

Signed,
Edward Earl Thomas
6/29/2009

This pertinent information.