Vioxx

Friday
6-5-09

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JUN 15 AM 9: 16

LORETTA G. WHYTE
CLERK

Dear Ms Whyte,

I'm writing you Regarding to My Vioxx Case Law Suit there in your Court, Case # 06-9803, L(3) MDL # 1657 Reason I'm writing you is i Can Not get any of the person Named here to respond Back to Me, The Federal Judge name Eldon. E. Fallon over sees All of the Pro Se Vioxx Claimant's, And the Federal Court ordered Attorney Mr, Johnston to assist all Pro, Se Plaintiff's, And the Vioxx, Settlement Plan Program Coornator, Ms Dianna Bates, My last Contact from any of the Above names was in March of this year, 09, I was informed By Ms Bates of A Dead Line Date in which to Corect A Deficicy in the last paper work, Dismissal of Claim Form. The Form's, etc that she sent Me to Corect and send Back, was to enroll me in the Vioxx settlement Program, But the Forms Did not get to Me in enough time to Meet the Dead line Date, The Dead line Date was one Date from the Day i got the Forms, I wrote Ms Bates, And Judge Eldon, E, Fallon And the Attorney Mr, Johnston, I explained to all of th that i Did want enrolled in the Vioxx settlement Progra And that Due to where I'm at in Prison, Mail gets to m like A week or More later than Mail out side, And for Ms Bates to send Another Form with enough time for me get it Notirized and Back to her so i would get enroll in the Vioxx settlement Program, I ask all of them to Contact Me Back - Verify that they recieved my letter. I wrote all of them two times to no avail, So at this time i Don't know if I'm enrolled in the settlement Progra or Not, Ms Whyte will you Please have some one Contact with A up Date, status etc of my Vioxx Case, Appreciate it alot

Respectfully, Homer Jones,

P.S. Thank you for your time and Assistance,

Fee _____
Process _____
x Dktd _____
CtRmDep _____
Doc. No. _____

Homer Jones #143946
Unit: D-2-36
Okla. State Prison
P.O. Box 97
McAlester, Okla.
74502

Clerk's Office
Loretta. G. Whyte
U.S. District Court Clerk
Eastern District of
New Orleans, Louisiana
70130