# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

A PROFESSIONAL CORPORATION   www.marshalldennehey.com

A REGIONAL DEFENSE LITIGATION LAW FIRM

**PENNSYLVANIA**
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

**NEW JERSEY**
Cherry Hill
Roseland

**DELAWARE**
Wilmington

**OHIO**
Akron

**FLORIDA**
Ft. Lauderdale
Jacksonville
Orlando
Tampa

620 Freedom Business Center, Suite 300 · King of Prussia, PA 19406
(610) 354-8250 · Fax (610) 354-8299

**Direct Dial: 610-354-8288**
Email: jmreynolds@mdwcg.com

RECEIVED
JUN 16 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON



June 11, 2009

James Schneller
500 East Lancaster Ave, Apt. 11D
Radnor, PA  19087

    **RE:**   **Estate of George Schneller v. Bryn Mawr Hospital, et al**
            **United States Supreme Court Docket No. 07-6694**
            **Supreme Court of Pennsylvania Docket No. 728 MAL 2006**
            **Superior Court of Pa. Docket No. 2357 EDA 2006**
            **CCP of Montgomery County 03-20979**
            **Our File No.:   12029-00195**

**SECOND (MWM)**
    **Re:**   **Estate of George Schneller v. Main Line Hospitals, Inc. d/b/a Bryn Mawr Hospital, et al**
            **CCP of Montgomery County 07-18852**
            **Our File No.:   12029-00195**

Dear Mr. Schneller,

    It has come to our attention that you have written to Dr. Marcucci and advised her that you served a subpoena on her.  Please be advised that Dr. Marcucci is unaware of being served with a subpoena regarding Vioxx products liability litigation.  As you know, we represent Dr. Marcucci in the <u>Schneller vs. Lisa Marcucci, M.D.</u> action, Montgomery County Court of Common Pleas No. 03-20979 and 07-18852.

    Please be advised that Dr. Marcucci's only contact with George Schneller was during his admission to Bryn Mawr Hospital.  Any records regarding treatment of George Schneller are contained within the Bryn Mawr Hospital records.  Dr. Marcucci never cared for Marjorie Schneller nor does she maintain any records pertaining to Marjorie Schneller.  Furthermore, Dr. Marcucci never cared for you, James D. Schneller.

James Schneller
June 11, 2009
Page 2

---

    Please be guided accordingly.

                              Very truly yours,

                              Jacqueline M. Reynolds

JMR/jt
Certified Mail, Return Receipt Requested #7007 0220 0001 6825 6589
cc:    Honorable Eldon E. Fallon
        Claudia Santoyo, Esquire


26/1314768.v1