UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Joseph Morgese. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 16th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Brian J. Glick
Glick Law Firm, P.A.
2255 Glades Road, Suite 324A
Boca Raton, FL 33431

Mr. Joseph Morgese
2653 Wood Gate La., Unit E-3
Sarasota, Florida 34231

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

1