RECEIVED
JUN 4 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

J.M.J.

June 1, 2009

Joseph J Morgese
In Re Vioxx Product Liability Lit.

Honorable Judge Fallon:

I Joseph J Morgese Hired Attorney Brian Glick To represent my Kidney Failure Case due to Taking Vioxx Meds in 2000. Attorney Glick falsely Represented me to the Settlement Firm of Brown & Greer as to having 2 Heart attacks 11-20-00. After this Brown & Greer Refused my Claim. They refered me back to Fed. Court. Now Glick wants me to release him — Will not give my files untill I release him. "I'm on Dyalsis since 2003 they only reason for hiring Glick Because Glick misrepresented me to the State Committe Please your Honor how can this be resolved

Thank you
Honorble Judge Fallon
God Bless you

Jos M J Gal



J.J. Morgese
2653 Woodgate Ln
Sarasota FL 34231

Judge Fallon
Room C456   500 Poydras St
New Orleans LA 70130