MINUTE ENTRY
FALLON, J.
JULY 28, 2009

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                 CIVIL ACTION
       LIABILITY LITIGATION

                                                      NO. 05-MD-1657

This document relates to All Cases
                                                      SECTION: L

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Toni Tusa

Appearances: Stephen Murray, Jr., Esq. For Louisiana Attorney General
                 John Beisner, Esq. For Merck & Co., Inc.

---

Motion of defendant, Merck & Co., Inc., to Dismiss Plaintiffs' Amended Complaint (19361)

Argument - TAKEN UNDER SUBMISSION.


JS10:     1:09