UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | MDL NO. 1657 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

## PSC MOTION TO APPOINT ADDITIONAL COUNSEL TO PSC

Comes now, the Plaintiffs Steering Committee ("PSC"), and respectfully request that this Court appoint Grant L. Davis and Thomas J. Preuss to the PSC. As this Court is aware, there are currently only two (2) attorneys on the PSC. Both members of the PSC are in agreement that it is necessary to have additional counsel to assist with resolving the remaining Vioxx cases before this Court.

Attached hereto, as Exhibits A and B, are the applications of Grant L. Davis and Thomas J. Preuss, setting out their qualifications. Both Grant L. Davis and Thomas J. Preuss currently have Vioxx cases pending before this Court.

WHEREFORE, the PSC respectfully request that this Court appoint Grant L. Davis and Thomas J. Preuss to the PSC.

Shawn G. Foster, MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, P.O. Box 482355
Kansas City, MO 64148-2355
(816) 421-1600
Fax (816) 472-5972

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above has been served via U.S. Mail on July 29, 2009 to everyone listed on Exhibit B, attached to Pretrial Order No. 42.

Shawn G. Foster, MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, P.O. Box 482355
Kansas City, MO 64148-2355
(816) 421-1600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | JUDGE FALLON |
| This Document Relates to All Cases | ) | MAG. JUDGE KNOWLES |

### APPLICATION OF GRANT L. DAVIS
### FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE
### FOR THE INELIGIBLE OR NOT ENROLLED CLAIMS

Grant L. Davis respectfully submits this Application for appointment to the Vioxx MDL Plaintiffs' Steering Committee for the Ineligible or Not Enrolled Claims. Mr. Davis graduated from University of Missouri-Kansas City School of Law in 1987 and is a partner with Davis, Bethune & Jones, LLC. He is the Immediate Past President of the Missouri Association of Trial Attorneys. Mr. Davis has been selected by his peers to become a member of the American Board of Trial Advocates. He has served on numerous bar associations and foundations and is the recipient of the President's Award from LEAP (Lawyers Encouraging Academic Performance). He is also on the Leadership Committee of Legal Aid of Western Missouri. Mr. Davis has also been named to The Best Lawyers in America, Super Lawyers and the *Kansas City Business Journal* Best of the Bar for several consecutive years.

Grant has devoted his career to representing persons injured through the negligence of others. His trial practice is in personal injury and products liability.

Davis, Bethune & Jones, LLC, under the guidance of Mr. Davis, represented approximately 200 clients who alleged Kansas City pharmacist Robert Courtney diluted chemotherapy drugs. Mr. Davis worked with other firms with similar clients and was a key player in the Plaintiffs' Steering Committee for that litigation. Mr. Davis



participated in numerous depositions of doctors, expert witnesses and clients in this case. A jury returned with a verdict of $2.2 billion dollars for the first trial. The remaining cases involving Robert Courtney were settled.

Mr. Davis and his firm currently represent over a hundred rice farmers, mills and dryers in the *In Re Genetically Modified Rice Litigation* in the Western District of Missouri. Mr. Davis is the Chairman of the Trial Committee for this litigation. Mr. Davis has participated in numerous depositions, drafted extensive pleadings and discovery, reviewed literally thousands of pages of documents produced by defendants since the litigation commenced.

During his 22 years in practice, Mr. Davis has obtained numerous multi-million dollar jury verdicts and settlements including $160 million in a railroad crossing case, $30 million in an electrical injury case, $21 million in a helicopter collision case, $37.5 million settlement after an 8 week trial of a railroad crossing case in Louisiana, a $9.5 million verdict involving a wrongful death suit brought by the family of a retired NHL player and most recently, a $2.5 million verdict for a rear-end motor vehicle collision.

Mr. Davis and his firm have the necessary time and resources to serve on the Plaintiffs' Steering Committee.

Grant L. Davis, MO #34799
DAVIS, BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
Kansas City, MO 64148-2355
(816) 421-1600
(816) 472-5972

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    :    MDL NO. 1657
PRODUCTS LIABILITY LITIGATION   :
                                                         :    SECTION: L
                                                         :
                                                         :    JUDGE FALLON
                                                         :    MAG. JUDGE KNOWLES
                                                         :
.............................................:

## APPLICATION/NOMINATIONS FOR THE PSC POSITIONS

COMES NOW, Thomas J. Preuss, and hereby requests that this Court appoint Thomas J. Preuss to the Plaintiff's Steering Committee ("PSC") to conduct and coordinate the discovery stage of the litigation in this matter. In support thereof, applicant shows this Court that he has the professional experience in this type of litigation as well as the willingness and availability to commit to this time consuming project. Mr. Preuss has been counsel of record for approximately 350 Cox-II related lawsuits, including over 200 Vioxx cases. In the Celebrex/Bextra litigation, Mr. Preuss was a member of the discovery and science/expert committees, and a member of the Daubert team and the trial team that was set to try the first Bextra MDL trial. In this course of work, Mr. Preuss became educated on the Cox-II related medical issues.

A large majority of Mr. Preuss' practice is in the area of mass torts and product liability litigation. He has successfully prosecuted cases involving this type of pharmaceutical litigation. Mr. Preuss has been involved in the Vioxx, Avandia, Guidant, Ephedra, Trasylol and Celebrex/Bextra litigations throughout the country for approximately the last five years. In addition to being a member of the PSC discovery committee and science/expert committee in the Celebrex/Bextra consolidated MDL, he also currently serves as a member of the PSC science and Daubert committees in the Avandia MDL and the PSC deposition committee in the Trasylol



EXHIBIT B

MDL. He has successfully represented hundreds of plaintiffs whose cases went through the MDL process in Vioxx, Celebrex/Bextra, Guidant and Ephedra litigations. He has personally taken depositions of numerous fact witnesses, including key corporate employees, and expert witnesses in these litigations.

Mr. Preuss presently has the time, financial resources, energy and interest to actively pursue this time-consuming litigation. Mr. Preuss realizes the time and energy necessary to devote to this project and commits to providing the work to properly pursue it. As a member of a firm with approximately twenty attorneys, Mr. Preuss can assure that adequate staff and financial backing is devoted to this litigation to ensure proper pursuit. Mr. Preuss and the members of his firm understand that an appointment to the PSC will be an extremely significant commitment, but one they are willing to take on.

Mr. Preuss has seen the devastating effects that the defects of this product can have on people who ingested it, and consequently, has developed an avid interest in this litigation. With the interest and energy necessary to pursue a project like this and the available time and resources required to properly prosecute this type of case, Mr. Preuss can assure this Court of his commitment to this case.

Mr. Preuss and other members of his firm have demonstrated the ability in mass tort and pharmaceutical cases to work cooperatively with others, including his fellow attorneys, the courts and opposing counsel. Indeed, civility and cooperation are principles upon which Mr. Preuss and his firm base all their professional and everyday dealings. Mr. Preuss has successfully worked with other applicants for this PSC and is confident of his abilities to work cooperatively with them and all other plaintiff's counsel in this case. Having also practiced as a defense attorney, Mr. Preuss realizes that the most effective path to resolution of any matter is

zealous advocacy accompanied by civility with opposing counsel. As with his entire practice, Mr. Preuss will utilize these attributes in this case.

Mr. Preuss is a member of the Missouri and Kansas State Bars. He has lectured on various topics related to civil litigation and mass tort litigation.

WHEREFORE, for all the foregoing reasons, movant prays this Honorable Court for consideration of his appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

_____
Thomas J. Preuss          KS #21431
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372
Email: tjpreuss@wcllp.com

3