---------------------------------------------------------x

ELIZABETH ALEXANDER,

                      Plaintiff,

-against-

MERCK & CO., INC.,

                      Defendant.

---------------------------------------------------------x

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Docket no: 07 civ 1356

STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS

     Pursuant to Court Rules, the undersigned counsel hereby stipulate that all claims fo plaintiff Elizabeth Alexander against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Becker & D'Agostino, PC
Attorneys for Plaintiff
880 Third Avenue
New York, NY 10022
(212) 75203380

by: _____
Michael D'Agostino, Esq. (MD9825)

Dated: February 26, 2008

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co, Inc.

Dated: 7-16-09