IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

LAMOND BLANKENSHIP, JR.                                         PLAINTIFF

VERSUS                                          CAUSE NO.: 2:07-CV-00363-KS-MTP

MERCK & CO., INC.                                               DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
MDL NO: 1657

STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO ALL DEFENDANTS

Pursuant to Rule 41 (a) (1) (ii) of the Federal Rules of Civil LAMOND BLANKENSHIP, JR, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own cost.

---

JOHN H. ANDERSON, ATTORNEY
713 ARLEDGE STREET
HATTIESBURG, MS 39401
TELEPHONE NO.: 601-544-6077
FACSIMILE NO.: 601-582-3997 MSB # 1580
EMAIL: johnjohna7@aol.com

Dated: May 1, 2008

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co, Inc.

Dated: 7-16-09