IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| CHARLES HARRIS | PLAINTIFF |
| VERSUS | CAUSE NO.: 2:07-CV-00362-KS-MTP |
| MERCK & CO., INC. | DEFENDANTS |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
MDL NO: 1657

STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO ALL DEFENDANTS

Pursuant to Rule 41 (a) (1) (ii) of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that all the claims of Plaintiff, CHARLES HARRIS, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own cost.

JOHN H. ANDERSON, ATTORNEY
713 ARLEDGE STREET
HATTIESBURG, MS 39401
TELEPHONE NO.: 601-544-6077
FACSIMILE NO.: 601-582-3997 MSB # 1580
EMAIL: johnjohna7@aol.com

Dated: May 1, 2008

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co, Inc.

Dated: 7-16-09