| | |
|---|---|
| PEARLY CHRISTIE, et al.,              ) | IN THE UNITED STATES |
|                                        ) | DISTRICT COURT FOR THE |
|              Plaintiffs,               ) | EASTERN DISTRICT OF |
|                                        ) | LOUISIANA |
| v.                                     ) | |
|                                        ) | CASE NO. 2:08-CV-00877-EEF-DEK |
| MERCK & CO., INC.,                     ) | |
|                                        ) | |
|              Defendant                 ) | |
|                                        ) | |

## NOTICE OF STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Defendant Merck & Co, Inc. ("Merck") and hereby submits the attached Stipulation of Dismissal With Prejudice and Proposed Order of Dismissal With Prejudice.

1.  Plaintiff Lloyd Moals' action against Merck was previously pending as Case No. 07-cv-03369 in the United States District Court for the District of Maryland.

2.  On or about February 5, 2008, the MDL panel filed Conditional Transfer Order 128 in the Eastern District of Louisiana, transferring Plaintiff's case to *In re: Vioxx® Product Liability Litigation*, MDL Docket No. 1657.

3.  Notwithstanding the caption on the attached Stipulation, Plaintiff's action is now pending in this Court as *Pearly Christie, et al. v. Merck & Co., Inc.*, Case No. 2:08-CV-00877-EEF-DEK.

WHEREFORE, Merck respectfully requests that the Court take notice of and enter the attached Stipulation of Dismissal With Prejudice and Proposed Order of Dismissal With Prejudice in the above-referenced matter.

1

Respectfully submitted,

BRYAN CAVE LLP

By: *[signature]*
Stephen G. Strauss
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
(314) 259-2000 Tel
(314) 259-2020 Fax


Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

*Attorneys for Merck & Co., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of July, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.