| | |
|---|---|
| PEARLY CHRISTIE, et al<br><br>        Plaintiffs<br><br>v.<br><br>MERCK & CO., INC.<br><br>        Defendant | UNITED STATES DISTRICT COURT<br><br>DISTRICT OF MARYLAND<br><br>NORTHERN DIVISION<br><br>DOCKET NO. 1:07-cv-03369<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

      Pursuant to Rule FRCP 41(a), the undersigned counsel hereby stipulate that all claims of Plaintiffs LLOYD T. MOALS, SR., by BETTY SAVOY, as Personal Representative of the Estate of LLOYD T. MOALS, SR., LLOYD T. MOALS, JR. and BETTY SAVOY, against Defendant Merck & Co., Inc. and all other named Defendants be dismissed in their entirety with prejudice, each party to bear its own costs. Note that there were ten Plaintiffs filed under the above-captioned case number; this stipulation of dismissal affects only the claim of LLOYD T. MOALS, SR., by BETTY SAVOY, as Personal Representative of the Estate of LLOYD T. MOALS, SR., and derivative claims attached thereto.

VE102 1/13/08

_____
John Amato, IV
GOODMAN, MEAGHER & ENOCH, LLP
111 N. Charles Street
Baltimore, Maryland 21201
(410) 752-3666

Dated: 2/14/08

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co, Inc.

Dated: 7-16-09

VE102 1/13/08