## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CONNIE REDMAN; LEONARD REED;
CLIFFORD RHOTEN; ZELMA RHOTEN;
JANN RHUDY-WILCOX; NOLEN
WILCOX; LORRAINE RIVERA;
BARBARA RODRIQUE; BARRY
RODRIQUE; JUAN M. RODRIGUEZ;
MARIE RODRIGUEZ; MARGARITO
ROMERO; MARIANO ROMERO;
BETTY RUFF; and RAY RUFF,

        Plaintiffs,

v.                                    1:07 CV 00977 DJS RHS

MERCK & CO., INC., and
JOHN DOES 1 THROUGH 25,

        Defendants.

## STIPULATION OF DISMISSAL WITH
## PREJUDICE AS TO ALL DEFENDANTS

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned

counsel hereby stipulate that all claims of Plaintiff Lorraine Rivera, against defendant Merck &

Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, each

party to bear its own costs.

| | |
|---|---|
| Turner W. Branch | Stephen G. Strauss      Phillip A. Wittmann |
| Richard A. Sandoval | Bryan Cave LLP        Dorothy H. Wimberly |
| BRANCH LAW FIRM | 211 N. Broadway, Suite 3600  Stone Pigman Walther |
| Attorneys for Plaintiffs | St. Louis, MO 63102       Wittmann LLC |
| 2025 Rio Grande Blvd. NW | (314) 259-2000 Tel        546 Carondelet Street |
| Albuquerque, NM  87104 | (314) 259-2020 Fax        New Orleans, LA 70130 |
| (505) 243-3500 Telephone | (504) 581-3200 Tel |
| (505) 243-3534 Facsimile | (504) 581-3361 Fax |
| | Attorneys for Merck & Co, Inc. |
| Dated: 2/19/08 | Dated: 7-16-09 |