| | |
|---|---|
| JOHAN MANUEL RODRIGUEZ,<br><br>        Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant(s). | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>DOCKET NO. 07 CIV 2674<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br>**AS TO ALL DEFENDANTS** |

Pursuant to Court Rules, the undersigned counsel hereby stipulate that all claims of plaintiff, Johan Manuel Rodriguez, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Becker & D'Agostino, PC

Attorneys for Plaintiff

880 Third Avenue

New York, NY 10022

(212) 752-3380

By: Michael D'Agostino (MD 9825)

Dated: 2/21/08

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co, Inc.

Dated: 7-16-09

V1013