## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:    L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |

Michael Heavrin, et al., currently filed as MDL No. 05-0458
(pertaining to Janice Baum, **only**)

---

### MOTION FOR WITHDRAWAL OF COUNSEL

---

Pursuant to Local Rules 7.4 and 83.2.11, William N. Riley of Price Waicukauski & Riley,

LLC, primary counsel for the above-identified plaintiff, moves this Court on behalf of himself,

his firm, and any other affiliated plaintiff's counsel, for permission to withdraw from

representation of the above identified plaintiff.

Primary counsel has sent notification of all deadlines and pending court appearances to

plaintiff's last known address by certified mail and copied opposing counsel on this

correspondence (Exhibit A, Affidavit of Counsel).  Primary counsel's Pre Trial Order 36

Certification is attached as Exhibit B.  Exhibit B identifies plaintiff's last known address and

telephone number as required by Local Rule 83.2.11.

Primary counsel will advise LexisNexis File & Serve of the changed party/counsel status

promptly upon receiving this Court's order granting withdrawal.

Dated: July 29, 2009

Respectfully submitted,

**PRICE WAICUKAUSKI & RILEY, LLC**

By _____
Henry J. Price, Bar No. 8522-49
William N. Riley, Bar No. 14941-49
Jana K. Strain, Bar No. 20677-49
Jamie R. Kendall, Bar No. 25124-49
Christopher A. Moeller, Bar No. 25710-49

Counsel for Plaintiff Janice Baum

The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone: (317) 633-8787
Fax: (317) 633-8797

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD AND SUPPORTING DOCUMENTS has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Lousiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 28th day of July, 2009.  Copies have also been sent via U.S. Mail and e-mail to:

George M. Plews, Esq.
Brett E. Nelson, Esq.
David L. Pippen, Esq.
PLEWS SHADLEY RACHER & BRAUN
1346 North Delaware Street
Indianapolis, Indiana 46202

E-Mail:     gplews@psrb.com
            bnelson@psrb.com
            dpippen@psrb.com

Ellen M. Gregg, Esq.
Womble Carlyle Sandridge & Rice, PLLC
301 North Main Street, Suite 300
Winston-Salem, North Carolina 27101

E-Mail:     MDL@wcsr.com

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD AND SUPPORTING DOCUMENTS has been served on Plaintiff by certified mail pursuant to Pre Trial Order No. 36 on this 28th day of July, 2009.

_____
William N. Riley

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX<br>　　　PRODUCTS LIABILITY LITIGATION | :<br>:<br>:<br>:<br>: | MDL NO. 1657<br><br>SECTION:　　L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | :<br>:<br>:<br>:<br>:<br>: |  |

Michael Heavrin, et al., currently filed as MDL No. 05-0458
(pertaining to Janice Baum, **only**)

---

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

---

Considering the foregoing Motion to Withdraw as Counsel of Record filed with this

Court by William N. Riley, Esq., and the Court having considered the same and having found

good cause thereof,

IT IS ORDERED BY THE COURT, that the Motion to Withdraw as Counsel of Record

is granted, all counsel of record are permitted to withdraw, and Janice Baum may proceed with

this action pro se in the absence of retaining substitute counsel.

NEW ORLEANS, LOUSIANA, this _____ day of _____, 2009.

_____
Hon, Eldon E. Fallon
United States District Judge