UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION:   L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

Michael Heavrin, et al., currently filed as MDL No. 05-0458
(pertaining to Janice Baum, **only**)

---

## COUNSEL'S AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW

---

WILLIAM N. RILEY, ESQ., being duly sworn, deposes and says:

1. I am an attorney at Price Waicukauski & Riley, LLC, attorneys for plaintiff as indicated in the caption above. I am primary counsel for all Vioxx product liability actions brought by Price Waicukauski & Riley, LLC and, as such, am fully familiar with the facts and circumstances herein.

2. I am authorized to move this Court to withdraw representation on behalf of myself and all attorneys of the Price Waicukauski & Riley, LLC law firm. Counsel's motion is intended to relieve all affiliated counsel of the representation duties in this action and permit plaintiff to proceed pro se or to retain new counsel.

3. A fundamental disagreement as to the prosecution of this lawsuit exists between Plaintiff and counsel, the details of which are necessarily omitted as privileged within the attorney-client relationship. However, counsel attests that he possesses a good faith basis for his

legal judgment and opinion, that plaintiff's opinion substantively differs from counsel. And that the disagreement cannot be reconciled.

4. I have fully complied with this Court's process as required by Pre Trial Order No. 36 and completed the required certification which is attached as Exhibit B to this motion.

5. I have further complied with Local Rule 83.2.11 by advising Plaintiff at the last known address, by certified mail, of the pending deadlines associated with her case pursuant to Pre Trial Order No. 43.

6. Based on the fundamental disagreement and breakdown between Plaintiff and counsel, I respectfully request that this Court grant Counsel's motion to withdraw and permit Plaintiff's action to proceed through the grant of sufficient time to obtain alternative counsel or pro se.

_____
William N. Riley, Esq.

Sworn to before me this
29th day of July 2009

_____
Notary Public

CAROL A. NOLAN
Hancock County
My Commission Expires
October 2, 2016