# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last: Riley | First: William | Middle: N. |
|---|---|---|---|
| Name of Law Firm | Price Waicukauski & Riley, LLC | | |

**Current Address**
- Street: 301 Massachusetts Avenue
- City: Indinapolis
- State: IN
- Zip: 46204
- Country: United States

**Telephone Number:** 317-633-8787  **Facsimile:** 317-633-8797  **Email:** wriley@price-law.com

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last: Baum | First: Janice | Middle: |
|---|---|---|---|

**Plaintiff Address**
- Street: 6638 Quail Ridge Lane
- City: Ft. Wayne
- State: IN
- Zip: 46804
- Country: United States

**Telephone Number:** 260-436-8015 (h) / 260-207-5672 (w)  **Facsimile:** 260-207-5673 (w)  **Email:** jbaum@awsusa.com

**Case Caption:** Michael Heavrin, et al. v. Merck & Co.

**Case Number:** 1:04-cv-1651-RLY-WTL

**Court Where Case is Pending:** U.S. District Court for the Southern District of Indiana/ U.S. District Court for the Eastern District of Lousiana

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☐ Check here if Plaintiff failed to provide an alternative contact.

| Name | Last: Baum | First: Gregory | Middle: N. |
|---|---|---|---|

**Address**
- Street: 6638 Quail Ridge Lane
- City: Ft. Wayne
- State: IN
- Zip: 46804
- Country: United States

**Telephone Number:** 260-436-8015  **Facsimile:** unknown  **Email:** unknown

**Relationship to Plaintiff:** ☐ Friend  ☒ Relative (specify relationship: spouse)

#343319                                1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  7 / 29 / 2009.  (*Record Docket No.* _____)
Month  Day  Year

[X] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 7 / 29 / 2009 (Month/Day/Year) | _____ Counsel |

#343319                                2