UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION

:     MDL NO. 1657

:

:     SECTION:   L

:

:     JUDGE FALLON

:     MAG. JUDGE KNOWLES

:

:

THIS DOCUMENT RELATES TO:     :

:

Michael Heavrin, et al., currently filed as MDL No. 05-0458
(pertaining to Janice Baum, **only**)

---

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

---

Considering the foregoing Motion to Withdraw as Counsel of Record filed with this Court by William N. Riley, Esq., and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT, that the Motion to Withdraw as Counsel of Record is granted, all counsel of record are permitted to withdraw, and Janice Baum may proceed with this action pro se in the absence of retaining substitute counsel.

NEW ORLEANS, LOUSIANA, this _____ day of _____, 2009.

_____
Hon, Eldon E. Fallon
United States District Judge