# EXHIBIT A

| V2049 | **FIRST NOTICE OF CLAIMS PACKAGE DEFICIENCY** <br> **(Date of Notice: 8/29/08)** |
|---|---|

## I. CLAIMANT INFORMATION

| Claimant Name | Pickett, Betty | VCN | 1085819 |
|---|---|---|---|
| Law Firm | Kerpsack, Robert W., Co., L.P.A. | | |

## II. CLAIMS PACKAGE DEFICIENCIES

The Claims Administrator has determined that this claim does not meet the requirements of Section 1.3 of the Settlement Agreement for the following reason(s):

| 1. | No Claims Materials submitted. | X |
|---|---|---|
| 2. | Claims Materials submitted without a Claims Form. | ☐ |
| 3. | Only Claims Form submitted. | ☐ |
| 4. | Claims Materials not constituting required PME Records submitted with a Claims Form. | ☐ |
| 5. | Claims Materials not constituting required PME Records submitted without a Claims Form. | ☐ |
| 6. | 14 days has expired since Notice of Incomplete or Inconsistent Claims Form, and a new Claims Form has not been submitted. | ☐ |

## III. DEADLINE FOR SUBMITTNG PME RECORDS

You have until September 15, 2008 to submit the required Claims Form and/or PME Records. If this deficiency is not cured by September 15, 2008, you will receive a Second Notice of Claims Package Deficiency pursuant to Exhibit 1.5 and will then have until November 1, 2008 to submit the required materials. If the deficiency is still not cured as of November 1, 2008, you will receive a Third Notice of Claims Package Deficiency and will then have until November 30, 2008 to submit the required materials or be deemed a Non-Submitting Program Claimant. Because you will have another two opportunities to cure this deficiency, please do not apply for a Request for Relief from Deadline in response to this Notice.

*Confidential Information*

| V2049 | SECOND NOTICE OF CLAIMS PACKAGE DEFICIENCY<br>(Date of Notice: 9/18/08) |
|---|---|

## I.  CLAIMANT INFORMATION

| Claimant Name | Pickett, Betty | VCN | 1085819 |
|---|---|---|---|
| Law Firm | Kerpsack, Robert W., Co., L.P.A. | | |

## II.  CLAIMS PACKAGE DEFICIENCIES

The Claims Administrator has determined that this claim does not meet the requirements of Section 1.3 of the Settlement Agreement for the following reason(s):

| | | |
|---|---|---|
| **1.** | No Claims Materials submitted. | X |
| **2.** | Claims Materials submitted without a Claims Form. | ☐ |
| **3.** | Only Claims Form submitted. | ☐ |
| **4.** | Claims Materials not constituting required PME Records submitted with a Claims Form. | ☐ |
| **5.** | Claims Materials not constituting required PME Records submitted without a Claims Form. | ☐ |
| **6.** | 14 days has expired since Notice of Incomplete or Inconsistent Claims Form, and a new Claims Form has not been submitted. | ☐ |

## III.  DEADLINE FOR SUBMITTNG PME RECORDS

You have until November 1, 2008 to submit the required Claims Form and/or PME Records.  If this deficiency is not cured by November 1, 2008, you will receive a Third Notice of Claims Package Deficiency pursuant to Exhibit 1.5 and will then have until November 30, 2008 to submit the required materials or be deemed a Non-Submitting Program Claimant.  Because you will have another opportunity to cure this deficiency, please do not apply for a Request for Relief from Deadline in response to this Notice.  You will have an opportunity to request a deadline extension after you receive your Third Notice of Claims Package Deficiency if you feel you will not be able to cure the deficiency by November 30, 2008.  However, pursuant to Exhibit 1.5, *no deadline will be extended beyond December 30, 2008.*

## IV.  FUTURE DEFICIENCY REVIEW

Because of the nature of the deficiency specified in this Notice, the Claims Administrator is not able to commence its review of this Claim.   If you submit these materials and the Claim is ultimately found eligible and proceeds to a Points Assessment, the Claims Administrator may issue further deficiency notices at that time if it finds that the records submitted do not satisfy Section 1.3 of the Settlement Agreement.

**Vioxx Claims Administrator**

| **V2049** | **FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY**<br>(Date of Notice: 11/6/08) |
|---|---|

## I.  CLAIMANT INFORMATION

| Claimant Name | Pickett, Betty | | **VCN** | 1085819 |
|---|---|---|---|---|
| Law Firm | Kerpsack, Robert W., Co., L.P.A. | | | |

## II.  CLAIMS PACKAGE DEFICIENCIES

The Claims Administrator has determined that this claim does not meet the requirements of Section 1.3 of the Settlement Agreement for the following reason(s):

| 1. | No Claims Materials submitted. | ☐ |
|---|---|---|
| 2. | Claims Materials submitted without a Claims Form. | ☐ |
| 3. | Only Claims Form submitted. | ☒ |
| 4. | Claims Materials not constituting required PME Records submitted with a Claims Form. | ☐ |
| 5. | Claims Materials not constituting required PME Records submitted without a Claims Form. | ☐ |

## III.  DEADLINE FOR SUBMITTNG PME RECORDS

You have until November 30, 2008 to submit the required Claims Form and/or PME Records.  If you are unable to submit the required documents by November 30, 2008, you may request an extension of the deadline, but you must submit this request to the Claims Administrator as described in Section IV below on or before November 30, 2008.  If you neither submit the required materials nor request an extension on or before November 30, 2008, you will receive a Notice of Non-Submitting Program Claimant and will then have 15 Business Days to appeal such determination to the Special Master.

## IV.  PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options, and you must choose one of these options on or before November 30, 2008, or you will be deemed a Non-Submitting Program Claimant:

1.  If you have finished gathering the required information about your claim, select Option 1 and use the Upload feature to submit the required records to the Claims Administrator.

2.  If you need more time to submit the required information, select Option 2 and use the Upload feature to submit a completed V2033 (Request for Relief from Deadline).  Pursuant to Exhibit 1.5, *no deadline will be extended beyond December 30, 2008.* A fillable version of the V2033 can be found on the Vioxx Settlement Website at http://www.browngreer.com/vioxxsettlement/forms.htm.  As mandated by Exhibit 1.5, your Request for Relief from Deadline must demonstrate (i) that you have made a diligent attempt to fully comply with the requirements of Section 1.3 or 1.5 by the original deadline, and (ii) it appears likely that you would be able fully to do so if given the extension.  If you fail to apply for such an extension on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant.  Any such requests made *after* November 30, 2008 will be denied.  If your Request for Relief is granted, you will have until **December 30, 2008** to submit the required materials.

| V2049 | **FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY**<br>(Date of Notice: 11/6/08) |
|---|---|

**IMPORTANT:** *If you fail to choose one of the two options described above on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant, you will cease to have any rights under the Settlement Program, your lawsuit will be dismissed, and your Release and Dismissal Stipulation will be delivered to Merck.*

## V.  FUTURE DEFICIENCY REVIEW

Because of the nature of the deficiency specified in this Notice, the Claims Administrator is not able to commence its review of this Claim.   If you submit these materials and the Claim is ultimately found eligible and proceeds to a Points Assessment, the Claims Administrator may issue further deficiency notices at that time if it finds that the records submitted do not satisfy Section 1.3 of the Settlement Agreement.

| V2057A | **NOTICE OF NON-SUBMITTING PROGRAM CLAIMANT**<br>(Date of Notice:12/5/08) |
|---|---|

## I. CLAIMANT INFORMATION

| Claimant Name | Pickett, Betty | VCN | 1085819 |
|---|---|---|---|
| Law Firm | Kerpsack, Robert W., Co., L.P.A. | | |

## II. NON-SUBMITTING PROGRAM CLAIMANT DETERMINATION

This is an official Notice from BrownGreer PLC, the Vioxx Claims Administrator. This Claimant did not submit the Claims Form and/or Pharmacy, Medical, and Event Records required by Section 1.3 of the Settlement Agreement on or before the extended Final PME Records Submission Deadline of December 30, 2008.  Therefore, pursuant to Exhibit 1.5, the Claims Administrator has determined that this Claimant is a Non-Submitting Program Claimant.

*If you believe you have submitted the required materials and are receiving this Notice in error, contact your CA Contact*

## III. RIGHT TO APPEAL

You may appeal this determination to the Special Master by following the procedure described below in Section IV.   You must file the appeal on or before the 15th business day following this Notice, which will be **Monday, December 29, 2008**. If you fail to file the appeal on or before December 29, 2008, this determination of Non-Submitting Program Claimant status will be final, binding, and Non-Appealable.  As a Non-Submitting Program Claimant, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

As specified in Exhibit 1.5, the Special Master's determination on appeal is limited to whether the Claimant complied with the requirements of Section 1.3 by the extended Final PME Records Submission Deadline of Novembe 30, 2008.  The Special Master will *not* consider or grant requests for extension from the deadline; therefore, any appeal that merely seeks an extension will be denied.

## IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options.  You must choose one of the following options on or before 15 business days, which will be December 29, 2008.  If you do nothing, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

1. If you accept the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 1. *If you select Option 1, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.*

2. If you disagree with the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 2 to appeal to the Special Master, and explain in the comment box why you believe the Claimant complied with the requirements of Section 1.3 on or before the extended Final PME Records Submission Deadline of November 30, 2008. *If you fail to select Appeal on or before 15 business days from the date of this Notice, or December 29, 2008, the determination will be final, binding, and Non-Appealable.*