# EXHIBIT B

986512v.1

**From:** Bob Kerpsack [bob@rwklaw.com]
**Sent:** Friday, November 21, 2008 4:13 PM
**To:** Dennis Carter
**Subject:** RE: Claims Package Deadline

Mr. Carter:

Could you please help me with curing the alleged deficiencies regarding 1085816 Gooch, Donald, 1085817 Lutz, Renya, and 1085818 Mason, Betty, all of which relate to the Stipulations of Dismissal with Prejudice? On no less than two occasions on each case, I have sent such signed Stipulations to your office via certified mail. I have U.S. Postal Service green cards confirming your office's receipt of each certified mail delivery. I have also uploaded the signed Stipulations through my Vioxx portal. What am I doing wrong?

Bob Kerpsack
Phone: 614-766-2000
Fax: 614-766-2005
Email: bob@rwklaw.com
Website: www.rwklaw.com

---

**From:** Dennis Carter [mailto:dcarter@browngreer.com]
**Sent:** Friday, November 21, 2008 4:51 PM
**To:** Bob Kerpsack
**Subject:** Claims Package Deadline

Mr. Kerpsack,

Hope you are doing well. Our records reflect that you have a deficiency notice related to the Claims Package deadline on your Vioxx web portal for at least one of your claimants that has not been viewed. You can view this notice by doing the following:

1. Log on to your Vioxx web portal
2. Click on Claims
3. Click Claims Activity Details
4. Click on the VCN for your claimant
5. Click on Final Notice of Claims Package Deficiency

Please confirm that you are aware of this deadline and have viewed the notice. If you have any questions about this, let me know.

Thanks,
Dennis


**Dennis Carter**
Analyst
**BROWNGREER PLC**
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Telephone: (804) 521-7286
Facsimile: (804) 521-7299