UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
  PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**This document relates to:**
    **06-11115, Betty Pickett v. Merck & Co., Inc.**

### ORDER

Currently pending before the Court is Plaintiffs' Motion for Relief from Judgment (Rec. Doc. 20864). The motion is presently set for hearing on July 31, 2009, at 9 a.m. Considering the requirements of Pretrial Order No. 17, paragraph IV(D), IT IS ORDERED that the hearing date for the motion is CONTINUED. The motion shall be reset for hearing following the August monthly status conference.

New Orleans, Louisiana, this 30th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE