IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |
| | ) | MAG. JUDGE KNOWLES |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE**, that R. Scott Williams and the law firm of Haskell Slaughter Young & Rediker, LLC hereby enter their appearance in the above-captioned case as counsel for Counsel Financial Services, LLC., a party-in-interest in the above-styled case.

The undersigned requests that an entry be made that all notices given or required to be given and all papers served or required to be served in the bankruptcy cases by the Debtor, the Court or any other party in interest be given to and served on R. Scott Williams and the law firm of Haskell Slaughter Young & Rediker, LLC at 1400 Park Place Tower, 2001 Park Place North, Birmingham, Alabama 35203 or by electronically by CM/ECF at rsw@hsy.com.

Respectfully submitted,

*/s/ R. Scott Williams*
R. Scott Williams

HASKELL SLAUGHTER YOUNG & REDIKER, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
Telephone: (205) 251-1000
Facsimile: (205) 324-1133
Email: rsw@hsy.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served by email upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and by U.S. Mail, postage prepaid and properly address as follows below and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this the 31st day of July, 2009:

E. Kirk Wood
Wood Law Firm, LLC
P.O. Box 382434
Birmingham, Alabama 35238

Eric Quetglas
Quetglas Law Offices
P.O. Box 165606
San Juan, Puerto Rico 00908-6606

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Phillip A. Wittmann
Stone Pigman Walther Wittman, L.L.C.
546 Carondelet Street
New Orleans, LA 70130

*/s/ R. Scott Williams*
Of Counsel