# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Cartmell | First: Thomas | Middle: P. |
| **Name of Law Firm** | Wagstaff & Cartmell, LLP | | |
| **Current Address** | Street: 4740 Grand Ave. Ste. 300 | | |
| | City: Kansas City | State: MO | Zip: 64112 | Country: United States |
| **Telephone Number** | 816-701-1100 | **Facsimile** 816-531-2372 | **Email** tcartmell@wcllp.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Sanjanwala | First: Smita | Middle: |
| **Plaintiff Address** | Street: 11302 W. 142nd Terrace | | |
| | City: Overland Park | State: KS | Zip: 66221 | Country: United States |
| **Telephone Number** | 913-685-9664 | **Facsimile** none | **Email** none |
| **Case Caption** | Sanjanwala, Smita v Merck & Co. | | |
| **Case Number** | 2:05-cv-01011 EEF-DEK | | |
| **Court Where Case is Pending** | USDC ED of LA | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: Sanjanwala | First: Ulhaus | Middle: |
| **Address** | Street: 11302 W. 142nd Terrace | | |
| | City: Overland Park | State: KS | Zip: 66221 | Country: United States |
| **Telephone Number** | 913-269-4739 | **Facsimile** none | **Email** none |
| **Relationship to Plaintiff** | ☐ Friend   ☒ Relative (specify relationship: Husband) | | |

#344082

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |
|---|
| (Paragraph II.C of PTO No. 36) |

## D. COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on 7 / 31 / 09.
    Month   Day   Year

☒ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 7 / 31 / 09 (Month/Day/Year) | [signature] Counsel |

#344082

2