UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

********************************* *

**THIS DOCUMENT RELATES TO:**

Plaintiff's Name: Smita Sanjanwala

Case Name:  Sanjanwala, Smita v Merck & Co.

Case Number: USDC ED of LA 2:05-cv-01011 EEF-DEK

## ORDER

Plaintiff's counsel moves the Court for leave to withdraw as counsel for plaintiff. Accordingly, the Court, being fully advised, rules as follows:

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Withdraw as Counsel of Record by the law firms of Wagstaff & Cartmell LLP; Bartimus Frickleton, et al.; The Bertram Law Firm, LLC; The Popham Law Firm, PC; Goza & Honnold, LLC; Davis Bethune & Jones, LLC; and Shrager Spivey & Sachs is hereby GRANTED.  LexisNexis File & Serve shall be updated by the plaintiff's former attorney, Thomas P. Cartmell, to reflect these changes.

IT IS SO ORDERED.

Dated: _____    _____
Hon. Eldon Fallon
United States District Court Judge