UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

**THIS DOCUMENT RELATES TO:**

Plaintiff's Name: Smita Sanjanwala

Case Name:  Sanjanwala, Smita v Merck & Co.

Case Number: USDC ED of LA 2:05-cv-01011 EEF-DEK

## ORDER

Upon review and consideration of Plaintiff's Motion to Vacate or Modify the Pre-Trial Order 43, Rule 26(a)(2) for a case specific expert report from a medical expert, the Court makes the following Finds and Order,

IT IS ORDERED that Plaintiff Smita Sanjanwala is granted an additional 60 days to comply with the requirements of Pre-Trial Order (PTO) No. 43. Rule 26(a)(2) for a case specific expert report form a  medical expert.

IT IS SO ORDERED.

Dated: _____        _____
       New Orleans Louisiana                    Hon. Eldon Fallon
                                     United States District Court Judge