**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation**<br><br>**This document relates to:**<br><br>***Johnny Jackson, et al.***<br>***v.***<br>***Merck & Co., Inc.***<br><br>***Only with regard to:***<br>***Judy M. Erby, individually and as representative of the estate of Roy Erby***<br><br>***Docket No. 2:07-cv-09138*** | * | **MDL Docket No. 1657**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

**************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Judy M. Erby, individually and as representative of the estate of Roy Erby, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of ________________, 2009.

______________________________
DISTRICT JUDGE