UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to ALL ACTIONS | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

On motion of the Plaintiffs' Liaison Counsel (PLC), who upon suggesting to the Court that it has filed a Supplemental Memorandum in Support of Reimbursement of Common Benefit Expenses which references a Supplemental Affidavit of Philip A. Garrett, C.P.A., which is filed in connection with this supplemental memorandum. The PLC desires and requests leave of court to file Exhibit C to the supplemental memorandum and Supplemental Affidavit of Philip A. Garrett, C.P.A. under seal as this exhibit are two CDs that contains cost and expense information which should remain confidential and only reviewable by individuals approved by the Court. Anyone desiring to view such information should contact undersigned counsel.

Respectfully submitted,

**PLAINTIFFS' STEERING COMMITTEE**

Date: August 3, 2009        By:   /s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 3rd day of August, 2009.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:   (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com