UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX : 
: MDL Docket NO. 1657
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
This document relates to ALL ACTIONS : JUDGE FALLON
: MAG. JUDGE KNOWLES
:

### SUPPLEMENTAL AFFIDAVIT OF PHILIP A. GARRETT, C.P.A.

STATE OF LOUISIANA :
: SS
PARISH OF ORLEANS :

Philip A. Garrett, being duly sworn according to law deposes and says:

1. I am a certified public accountant. I make this Affidavit for purposes of Plaintiffs' Liaison Counsel's Supplemental Memorandum in Support of Reimbursement of Common Benefit Expenses.

2. As outlined in my Affidavit of Philip A. Garrett, C.P.A. (dated January 19, 2009), I am associated with Wegman Dazet & Company (WDC). WDC and I have continued to review the submissions of Common Benefit Counsel to assure their compliance with Pretrial Order No. 6. We have also worked closely with the members of the Fee Allocation Committee to support their efforts of reviewing the submissions of Common Benefit Counsel following my review thereof.

3. As a result of my review of the cost submissions of Common Benefit Counsel, I have finalized certain cost submissions as of July 30, 2009. This information was presented to the Vioxx Fee Allocation Committee. That Committee, following a separate review process, has reported to me their conclusions regarding approved held costs per individual law firm. (I understand that the underlying fee submission material reviewed by me and WDC that support the exhibits to this

affidavit have been scanned to CD-rom or DVD, which disc(s) will be presented by Liaison Counsel to the Court under seal.) The held costs approved by the Fee Allocation Committee and MDL assessments paid by each individual firm are set forth in the spreadsheet attached hereto as Exhibit "A". As described therein, the total held costs approved by the Fee Allocation Committee are $25,402,943.04; the total MDL assessments are $4,640,000.00; and the sum of these two entries is $30,042,943.04.

4. The review of costs submissions of individual law firms (in some cases) is ongoing. I am also aware that in certain instances the review conducted by the Fee Allocation Committee is ongoing or has revealed costs that are now in dispute. Given the uncertain status of cost submissions still under review or in dispute, I have separately reported these amounts in Exhibit "B", attached hereto. The total amount of costs under review or in dispute as of July 30, 2009 therein is $11,804,995.60. Exhibit "B" also presents the sum of all Held costs approved by the committee and MDL assessments (as set forth in Exhibit "A"), and all costs under review or in dispute. The total of these amounts is $41,954,153.14.

5. I have also been instructed by the Fee Allocation Committee to include a reserve of $1,500,000.00 for future continuing costs and a reserve of $2,000,000.00 for unaccounted for submissions for past months. The grand total of all expenses is $45,454,153.14.

FURTHER AFFIANT SAYETH NOT.

_____
PHILIP A. GARRETT, C.P.A.

Sworn to and subscribed before me
this 3rd day of August, 2009.

_____
NOTARY PUBLIC

2