EXHIBIT B

VIOXX MDL 1657
Total Costs
AS OF JULY 30, 2009

| | Law Firm | Total per Exhibit "A" | Costs under review or in dispute | Total including Costs under review or in dispute |
|---|---|---|---|---|
| 1 | Alex Alvarez | $ 2,763.89 | $ - | $ 2,763.89 |
| 2 | Alley Clark | $ 197,945.81 | $ - | $ 197,945.81 |
| 3 | Anapol Schwartz | $ 579,749.50 | $ 42,081.28 | $ 621,830.78 |
| 4 | Anastopoulo & Clore | $ 80,373.47 | $ - | $ 80,373.47 |
| 5 | Andrews Thornton | $ 388,500.11 | $ - | $ 388,500.11 |
| 6 | Ashcraft & Gerel | $ 549,437.40 | $ - | $ 549,437.40 |
| 7 | Audet & Partners | $ 243,687.26 | $ - | $ 243,687.26 |
| 8 | Aylstock Witkin & Sasser | $ - | $ - | $ - |
| 9 | Balkin & Eisbrouch | $ 2,000.00 | $ - | $ 2,000.00 |
| 10 | Barnow | $ - | $ 1,556.32 | $ 1,556.32 |
| 11 | Barrios, Kingsdorf & Castex, L.L.P. | $ 20,403.98 | $ - | $ 20,403.98 |
| 12 | Bartimus Frikleton | $ 486.95 | $ - | $ 486.95 |
| 13 | Beasley Allen | $ 3,935,230.05 | $ - | $ 3,935,230.05 |
| 14 | Bencomo | $ 14,055.27 | $ 76.14 | $ 14,131.41 |
| 15 | Blizzard McCarthy | $ 1,001,218.43 | $ - | $ 1,001,218.43 |
| 16 | Bossier & Associates | $ - | $ - | $ - |
| 17 | Branch | $ 406,059.86 | $ - | $ 406,059.86 |
| 18 | Brian K. Balser | $ 12,357.19 | $ - | $ 12,357.19 |
| 19 | Brown & Crouppen | $ - | $ - | $ - |
| 20 | Bruce C. Dean | $ - | $ - | $ - |
| 21 | Burg, Simpson, Eldredge, Hersh & Jardine, P.C. | $ 7,163.66 | $ 28,262.36 | $ 35,426.02 |
| 22 | Cafferty Faucher | $ 1,441.62 | $ 6,217.48 | $ 7,659.10 |
| 23 | Capshaw Goss | $ 2,306.50 | $ 1,000.00 | $ 3,306.50 |
| 24 | Carey & Danis | $ 76,226.79 | $ 119,586.85 | $ 195,813.64 |
| 25 | Charfoos | $ 4,561.00 | $ - | $ 4,561.00 |

EXHIBIT B

## VIOXX MDL 1657
## Total Costs
## AS OF JULY 30, 2009

| # | Law Firm | Total per Exhibit "A" | Costs under review or in dispute | Total including Costs under review or in dispute |
|---|---|---|---|---|
| 26 | Childers Buck | $ - | $ - | $ - |
| 27 | Cohen Milstein | $ 5,699.56 | $ - | $ 5,699.56 |
| 28 | Cohen Placitella | $ - | $ 41,338.13 | $ 41,338.13 |
| 29 | Cuneo Gilbert | $ 210,843.97 | $ - | $ 210,843.97 |
| 30 | Daniel E. Becnel, Jr. | $ 143,518.37 | $ 6,343.71 | $ 149,862.08 |
| 31 | Davis Champ | $ - | $ - | $ - |
| 32 | Decision Quest | $ 1,947,440.14 | $ - | $ 1,947,440.14 |
| 33 | Dugan & Browne | $ 198.10 | $ - | $ 198.10 |
| 34 | Engstrom Lipscomb | $ - | $ - | $ - |
| 35 | Eric H. Weinberg | $ 136,649.20 | $ 67,820.72 | $ 204,469.92 |
| 36 | Escobedo Tippit | $ 444,938.71 | $ - | $ 444,938.71 |
| 37 | Fayard & Honeycutt | $ - | $ - | $ - |
| 38 | Fibich Hampton | $ 80,640.50 | $ - | $ 80,640.50 |
| 39 | Freese & Goss | $ 5,975.50 | $ 4,263.87 | $ 10,239.37 |
| 40 | Friedman | $ - | $ - | $ - |
| 41 | Gainsburgh Benjamin | $ 370,208.64 | $ - | $ 370,208.64 |
| 42 | Gancedo & Nieves | $ 146,983.76 | $ 31,571.43 | $ 178,555.19 |
| 43 | Gianni-Petoyan | $ 86,308.50 | $ - | $ 86,308.50 |
| 44 | Girardi & Keese | $ - | $ 1,535,197.28 | $ 1,535,197.28 |
| 45 | Hagens Berman | $ - | $ - | $ - |
| 46 | Heins Mills | $ 128.91 | $ - | $ 128.91 |
| 47 | Heninger Garrison | $ 269,578.55 | $ - | $ 269,578.55 |
| 48 | Herman Herman Katz & Cotlar | $ 539,493.75 | $ - | $ 539,493.75 |
| 49 | Hovde Dassow | $ 217,569.13 | $ - | $ 217,569.13 |
| 50 | Irpino | $ - | $ - | $ - |
| 51 | Jacobs Burns | $ 16,937.78 | $ - | $ 16,937.78 |
| 52 | John Hornbeck | $ - | $ - | $ - |

EXHIBIT B

## VIOXX MDL 1657
## Total Costs
## AS OF JULY 30, 2009

| | Law Firm | Total per Exhibit "A" | Costs under review or in dispute | Total including Costs under review or in dispute |
|---|---|---|---|---|
| 53 | Johnson & Perkinson | $ 8,774.86 | $ 56.49 | $ 8,831.35 |
| 54 | Jones Verras | $ 1,639.13 | $ - | $ 1,639.13 |
| 55 | Kasowitz Benson | $ 47,471.72 | $ - | $ 47,471.72 |
| 56 | Keller Rohrback | $ 1,933.63 | $ - | $ 1,933.63 |
| 57 | Kerpsack | $ - | $ - | $ - |
| 58 | Kline & Specter | $ 531,926.17 | $ 16,905.43 | $ 548,831.60 |
| 59 | Labaton Sucharow | $ 1,979.33 | $ 1,435.66 | $ 3,414.99 |
| 60 | Langston | $ - | $ 13,652.84 | $ 13,652.84 |
| 61 | Lanier | $ - | $ 9,164,900.42 | $ 9,164,900.42 |
| 62 | Levin Papantonio | $ 732,471.47 | $ - | $ 732,471.47 |
| 63 | Levin Simes | $ 3,855.42 | $ - | $ 3,855.42 |
| 64 | Levin, Fishbein, Sedran & Berman | $ 791,435.89 | $ - | $ 791,435.89 |
| 65 | Lewis & Roberts | $ 144,458.90 | $ - | $ 144,458.90 |
| 66 | Lieff Cabraser | $ 1,363,233.96 | $ - | $ 1,363,233.96 |
| 67 | Lockridge, Grindal, Nauen, PLLP | $ 52,452.97 | $ - | $ 52,452.97 |
| 68 | Locks | $ 355,301.06 | $ - | $ 355,301.06 |
| 69 | Lopez, Hodes, Restaino, Milman | $ 60,571.03 | $ - | $ 60,571.03 |
| 70 | Lundy & Davis | $ 19,387.68 | $ - | $ 19,387.68 |
| 71 | Martin & Jones | $ 62,703.58 | $ 68,694.90 | $ 131,398.48 |
| 72 | Matthews & Associates | $ 962,802.74 | $ 513,712.23 | $ 1,476,514.97 |
| 73 | Mithoff | $ 67,703.21 | $ - | $ 67,703.21 |
| 74 | Morelli Ratner | $ 79,398.97 | $ - | $ 79,398.97 |
| 75 | Motley Rice | $ 311,447.25 | $ - | $ 311,447.25 |
| 76 | Murray Law Firm | $ 27,032.58 | $ - | $ 27,032.58 |
| 77 | Neblett, Beard & Arsenault | $ 430,257.15 | $ - | $ 430,257.15 |
| 78 | New Jersey Litigation Fund | $ 393,785.50 | $ - | $ 500,000.00 |

EXHIBIT B

## VIOXX MDL 1657
## Total Costs
## AS OF JULY 30, 2009

| # | Law Firm | Total per Exhibit "A" | Costs under review or in dispute | Total including Costs under review or in dispute |
|---|---|---|---|---|
| 79 | Panish Shea | $ 460,662.64 | $ - | $ 460,662.64 |
| 80 | Price Waicukauski | $ 3,811.97 | $ - | $ 3,811.97 |
| 81 | Provost Umphrey | $ - | $ - | $ - |
| 82 | Ranier Gayle | $ 542,768.05 | $ - | $ 542,768.05 |
| 83 | Rebecca A. Cunard | $ 17,005.57 | $ - | $ 17,005.57 |
| 84 | Richardson Patrick | $ 6,844.33 | $ - | $ 6,844.33 |
| 85 | Robert J. DeBry | $ 958.07 | $ - | $ 958.07 |
| 86 | Robert M. Becnel | $ 1,275.58 | $ - | $ 1,275.58 |
| 87 | Robins Kaplan | $ 48,522.82 | $ 1,895.40 | $ 50,418.22 |
| 88 | Robinson, Calcagnie & Robinson | $ 3,503,013.77 | $ - | $ 3,503,013.77 |
| 89 | RodaNast | $ 5,635.95 | $ - | $ 5,635.95 |
| 90 | Sanders Viener | $ - | $ - | $ - |
| 91 | Sanford Pinedo | $ 436,371.36 | $ - | $ 436,371.36 |
| 92 | Seeger Weiss | $ 3,619,310.80 | $ - | $ 3,619,310.80 |
| 93 | Sheller Ludwig | $ 11,691.00 | $ - | $ 11,691.00 |
| 94 | Silverman Fodera | $ 11,323.27 | $ - | $ 11,323.27 |
| 95 | Singleton | $ 10,531.75 | $ - | $ 10,531.75 |
| 96 | Snapka | $ 107,264.03 | $ - | $ 107,264.03 |
| 97 | Ted Kanner | $ - | $ - | $ - |
| 98 | Terrell Hogan | $ 14,186.93 | $ - | $ 14,186.93 |
| 99 | The Brandi Law Firm | $ 340,355.44 | $ - | $ 340,355.44 |
| 100 | The Gallagher Law Firm | $ - | $ - | $ - |
| 101 | The Holman Law Firm | $ - | $ - | $ - |
| 102 | The Kaiser Firm | $ - | $ - | $ - |
| 103 | The Whitehead Law Firm | $ 11,318.83 | $ - | $ 11,318.83 |
| 104 | Ury & Moskow | $ - | $ - | $ - |
| 105 | Watts Law Firm | $ 466,196.90 | $ - | $ 466,196.90 |

**EXHIBIT B**

**VIOXX MDL 1657**
**Total Costs**
**AS OF JULY 30, 2009**

| | Law Firm | Total per Exhibit "A" | Costs under review or in dispute | Total including Costs under review or in dispute |
|---|---|---|---|---|
| 106 | Weitz & Luxenberg | $ 903,866.74 | $ 138,426.66 | $ 1,042,293.40 |
| 107 | White Meany & Wetherall | $ 41,682.61 | $ | $ 41,682.61 |
| 108 | Williams Kherkher | $ 870,345.22 | $ | $ 870,345.22 |
| 109 | Williamson & Williams | $ 651.33 | $ - | $ 651.33 |
| 110 | Wold | $ 41.25 | $ | $ 41.25 |
| 111 | Zimmerman Reed | $ 6,200.82 | $ - | $ 6,200.82 |
| 112 | Zink, Diane K. | $ - | $ | $ - |
| | All Firms | $ 30,042,943.04 | $ 11,804,995.60 | $ 41,954,153.14 |
| | Future Continuing Costs | | | $ 1,500,000.00 |
| | Unaccounted for Submissions for past months | | | $ 2,000,000.00 |
| | | | | $ 45,454,153.14 |