UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to all cases | MDL DOCKET NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## PLAINTIFFS' LIAISON COUNSEL'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF REIMBURSEMENT OF COMMON BENEFIT EXPENSES

### EXHIBIT "C" TO SUPPLEMENTAL MEMORANDUM AND SUPPLEMENTAL AFFIDAVIT OF PHILIP A. GARRETT, C.P.A.

# FILED UNDER SEAL
# SUBJECT TO CONFIDENTIALITY ORDER
# DATED MAY 24, 2005
# AND
# MOTION DATED AUGUST 3, 2009