UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to ALL ACTIONS | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## MOTION TO SET REIMBURSEMENT
## OF COMMON BENEFIT EXPENSES

On motion of the Plaintiffs' Liaison Counsel, who upon suggesting to the Court that it has filed a Motion for Award of Plaintiffs' Common Benefit Counsel Fees and Reimbursement of Expenses with the Court on January 20, 2009.  Plaintiff's Liaison Counsel now seeks an is filing a Supplemental Memorandum in Support of Reimbursement of Common Benefit Expenses.  This Supplemental Memorandum only addresses costs/expenses.  Plaintiff's Liaison Counsel requests that the court set the Motion to Set Reimbursement of Common Benefit Expenses at this time, deferring any action at this time as to Plaintiffs' Common Benefit Counsel' Fees.

Respectfully submitted,

**PLAINTIFFS' STEERING COMMITTEE**

Date:  August 3, 2009

By:  /s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 3rd day of August, 2009.

    /s/ Leonard A. Davis
    Leonard A. Davis (Bar No. 14190)
    ***Herman, Herman, Katz & Cotlar, LLP***
    820 O'Keefe Avenue
    New Orleans, LA  70113
    PH:   (504) 581-4892
    FAX:  (504) 561-6024
    ldavis@hhkc.com