UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to ALL ACTIONS | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO SET REIMBURSEMENT**
**OF COMMON BENEFIT EXPENSES**

**MAY IT PLEASE THE COURT:**

The Court communicated and directed to Plaintiffs' Liaison Counsel to file a Motion to Set Reimbursement of Common Benefit Expenses, as the court is ready to conduct a hearing as to the reimbursement of common benefit costs/expenses only.  The remainder of Plaintiffs' Liaison Counsel's motion is to be deferred to a later date.

Accordingly, at the direction of the Court, Plaintiffs' Liaison Counsel files the Motion to Set Reimbursement of Common Benefit Expenses.

Respectfully submitted,

**PLAINTIFFS' STEERING COMMITTEE**

Date:  August 3, 2009

By:     /s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 3rd day of August, 2009.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhkc.com