UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | |
| | : | MAGISTRATE JUDGE |
| | : | KNOWLES |

This document relates to:    ALL CASES

## MOTION FOR ORDER SETTING PROCEDURE
## FOR ATTEMPTED LIENS AGAINST ATTORNEYS' FEES

BrownGreer PLC, the Claims Administrator in the Vioxx Resolution Program, moves for an order allowing it and the Escrow Agent to proceed with the distribution of Interim Payments and Final Payments to any eligible Claimants in the Vioxx Resolution Program whose payments may be affected by the assertion of an attempted lien for attorneys' fees and/or expenses or any other claim or lien against the fees of counsel to claimants in the Vioxx Resolution Program.  The accompanying Memorandum in Support sets forth the basis for this Motion.  The movant also has provided the Court with a form of Order granting the requested relief.

Respectfully submitted,

BROWNGREER PLC

By:       s/ Orran L. Brown
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I have served a copy of the forgoing on the following, by electronic mail:

| **Primary Counsel** | **Purported Lien Holder** |
|---|---|
| Kirk E. Wood, Esquire<br>The Wood Law Firm, LLC<br>P.O. Box 382434<br>Birmingham, AL 32538<br>ekirkwood1@cs.com | Counsel Financial Services, LLC<br>c/o R. Scott Williams, Esquire<br>Haskell Slaughter Young & Rediker, LLC<br>1400 Park Place Tower, 2001 Park Place North<br>Birmingham, AL 35203<br>rsw@hsy.com |
| David McQuade Leibowitz, Esquire<br>Law Offices of David McQuade Leibowitz<br>First National Bank Building<br>6243 IH 10 West, Suite 1000<br>San Antonio, TX 78201<br>intake@leibowitzconsumerlaw.com | Counsel Financial Services, LLC<br>Philip B. Abramowitz, General Counsel<br>6400 Main Street, Suite 120<br>Williamsville, NY 14221<br>pabramowitz@counselfin.com |
| Kenneth W. Smith, Esquire<br>Law Offices of Kenneth W. Smith<br>225 Reinekers Lane<br>Suite 690<br>Alexandria, VA 22314<br>lawsmith@cavtel.net | Justin G. Witkin, Esquire<br>Aylstock, Witkin Kreis & Overholtz, PLLC<br>55 Baybridge Drive<br>Gulf Breeze, FL 32561<br>baylstock@awkolaw.com |
| E. Glenn Thames, Jr., Esquire<br>Potter Minton. PC<br>500 Plaza Tower<br>110 North College Avenue<br>Tyler, TX 75702<br>glennthames@potterminton.com | Gary Eubanks, Esquire<br>Gary Eubanks and Associates, P.A.<br>P.O. Box 3887<br>Little Rock, AR 72203<br>eubanksg@garyeubanks.com |

| Primary Counsel | Purported Lien Holder |
|---|---|
| Shelly A. Sanford, Esquire<br>Shelly A. Sanford, PLLC<br>2016 Bissonnet Street<br>Houston, TX 77005<br>ssanford@sanfordbarlow.com | Eberhard D. Garrison, Esquire<br>Jones, Swanson, Huddell & Garrison, L.L.C.<br>601 Poydras Street, Suite 2655<br>New Orleans, LA 70130<br>egarrison@jonesswanson.com |
| Michael O'Day, Esquire<br>Law Offices of Michael O'Day<br>437 Grant Street Suite 825<br>Pittsburgh, PA 15219<br>MPOlaw@hotmail.com | Lee B. Balefsky, Esquire<br>Kline & Specter, P.C.<br>1525 Locust Street, Nineteenth Floor<br>Philadelphia, PA 19102<br>Lee.Balefsky@KlineSpecter.com |
| Gary P. Levin, Esquire<br>Law Offices of Gary P. Levin<br>1442 New Road<br>Suite 3<br>Northfield, NJ 08225<br>rxlawyer@prodigy.net | Steven B. Stein, Esquire<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>sbs@lskg-law.com |
| | Dawn M. Barrios, Esquire<br>Barrios Kingsdorf & Casteix, L.L.P.<br>One Shell Square, 701 Poydras Street<br>Suite 3650<br>New Orleans, LA 70139<br>DBarrios@bkc-law.com |
| | Brian J. Glick, Esquire<br>Glick Law Firm, P.A.<br>2255 Glades Rd., #324-A<br>Boca Raton, FL 33431<br>lawboca@aol.com |
| | Jonathan B. Andry, Esquire<br>The Andry Law Firm L.L.C.<br>610 Baronne Street<br>New Orleans, LA 70113<br>johnandry@yahoo.com |

I also certify that on the same date a true and correct copy of the foregoing has been served by first-class mail, postage prepaid, on the following:

| **Pro Se Claimant** |
|---|
| Mr. James I. Smith<br>110 Luther Davis Rd.<br>Picayune, MS 39466 |
| Mr. Bryan Lee Roberts<br>500 43rd Street<br>Marathon, FL 33050 |

         **s/ Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com