UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | |
| | : | MAGISTRATE JUDGE |
| | : | KNOWLES |

……………………………………………………:
**This document relates to:   ALL CASES**

## ORDER

The Court is in receipt of a Motion for Order Setting Procedure for Attempted Liens Against Counsel Fees and a Memorandum in Support of that Motion (Rec. Doc. _____).  IT IS ORDERED that:

(1) The Claims Administrator (BrownGreer PLC) and the Escrow Agent (US Bank) for the Vioxx Resolution Program shall not be subject to, bound by, or have any liability relating to any attempted lien or other claim against or relating to any fees or expenses of counsel to any claimant in the Vioxx Resolution Program ("Fee Liens").

(2) The Claims Administrator shall forward to the affected Primary Counsel any Fee Lien received by the Claims Administrator.

(3) If any Settlement benefit payments become due and payable in the Resolution Program to a Claimant as to whom the Claims Administrator has received a Fee Lien, the Claims Administrator shall direct the Escrow Agent to withhold 32% of the amount otherwise payable on the claim (or any lesser amount for good cause shown) as the amount payable to counsel for a Vioxx Claimant as attorneys' fees (the "Withheld Amount"), and shall distribute the remaining amount payable on the claim (the "Paid Amount") to Primary Counsel by wire transfer or check.

(4) Primary Counsel receiving the Paid Amount shall distribute to the Claimant the entire Paid Amount, less only any sums properly payable by the Claimant as costs or expenses, and shall not deduct or retain any of the Paid Amount as attorneys' fees.

2

(5)  The Claims Administrator and Escrow Agent shall retain the Withheld Amount until the Claims Administrator receives satisfactory proof that the Fee Lien has been fully resolved by agreement, order, or judgment and at that time shall instruct US Bank to distribute the Withheld Amount in accordance with such resolution.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE