UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | |
| | : | MAGISTRATE JUDGE |
| | : | KNOWLES |
| ……………………………………………………… | : | |

This document relates to:    ALL CASES

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on August, 21, 2009, at 9:00 a.m., or as soon thereafter as counsel may be heard, BrownGreer PLC, the Claims Administrator in the Vioxx Resolution Program, will bring on for hearing before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana  70130, its Motion for Order Setting Procedure for Attempted Liens Against Attorneys' Fees.

                              Respectfully submitted,

                              BROWNGREER PLC

        By:      **s/ Orran L. Brown**
                              Orran L. Brown
                              Virginia State Bar No. 25832
                              BrownGreer PLC
                              115 South 15th Street, Suite 400
                              Richmond, Virginia  23219
                              Telephone:  (804) 521-7201
                              Facsimile:  (804) 521-7299
                              Email:  obrown@browngreer.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I have served a copy of the forgoing on the following, by electronic mail:

| **Primary Counsel** | **Purported Lien Holder** |
|---|---|
| Kirk E. Wood, Esquire<br>The Wood Law Firm, LLC<br>P.O. Box 382434<br>Birmingham, AL 32538<br>ekirkwood1@cs.com | Counsel Financial Services, LLC<br>c/o R. Scott Williams, Esquire<br>Haskell Slaughter Young & Rediker, LLC<br>1400 Park Place Tower, 2001 Park Place North<br>Birmingham, AL 35203<br>rsw@hsy.com |
| David McQuade Leibowitz, Esquire<br>Law Offices of David McQuade Leibowitz<br>First National Bank Building<br>6243 IH 10 West, Suite 1000<br>San Antonio, TX 78201<br>intake@leibowitzconsumerlaw.com | Counsel Financial Services, LLC<br>Philip B. Abramowitz, General Counsel<br>6400 Main Street, Suite 120<br>Williamsville, NY 14221<br>pabramowitz@counselfin.com |
| Kenneth W. Smith, Esquire<br>Law Offices of Kenneth W. Smith<br>225 Reinekers Lane<br>Suite 690<br>Alexandria, VA 22314<br>lawsmith@cavtel.net | Justin G. Witkin, Esquire<br>Aylstock, Witkin Kreis & Overholtz, PLLC<br>55 Baybridge Drive<br>Gulf  Breeze, FL 32561<br>baylstock@awkolaw.com |
| E. Glenn Thames, Jr., Esquire<br>Potter Minton. PC<br>500 Plaza Tower<br>110 North College Avenue<br>Tyler, TX 75702<br>glennthames@potterminton.com | Gary Eubanks, Esquire<br>Gary Eubanks and Associates, P.A.<br>P.O. Box 3887<br>Little Rock, AR 72203<br>eubanksg@garyeubanks.com |

| **Primary Counsel** | **Purported Lien Holder** |
|---|---|
| Shelly A. Sanford, Esquire<br>Shelly A. Sanford, PLLC<br>2016 Bissonnet Street<br>Houston, TX 77005<br>ssanford@sanfordbarlow.com | Eberhard D. Garrison, Esquire<br>Jones, Swanson, Huddell & Garrison, L.L.C.<br>601 Poydras Street, Suite 2655<br>New Orleans, LA 70130<br>egarrison@jonesswanson.com |
| Michael O'Day, Esquire<br>Law Offices of Michael O'Day<br>437 Grant Street Suite 825<br>Pittsburgh, PA 15219<br>MPOlaw@hotmail.com | Lee B. Balefsky, Esquire<br>Kline & Specter, P.C.<br>1525 Locust Street, Nineteenth Floor<br>Philadelphia, PA 19102<br>Lee.Balefsky@KlineSpecter.com |
| Gary P. Levin, Esquire<br>Law Offices of Gary P. Levin<br>1442 New Road<br>Suite 3<br>Northfield, NJ 08225<br>rxlawyer@prodigy.net | Steven B. Stein, Esquire<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>sbs@lskg-law.com |
|  | Dawn M. Barrios, Esquire<br>Barrios Kingsdorf & Casteix, L.L.P.<br>One Shell Square, 701 Poydras Street<br>Suite 3650<br>New Orleans, LA 70139<br>DBarrios@bkc-law.com |
|  | Brian J. Glick, Esquire<br>Glick Law Firm, P.A.<br>2255 Glades Rd., #324-A<br>Boca Raton, FL 33431<br>lawboca@aol.com |
|  | Jonathan B. Andry, Esquire<br>The Andry Law Firm L.L.C.<br>610 Baronne Street<br>New Orleans, LA 70113<br>johnandry@yahoo.com |

I also certify that on the same date a true and correct copy of the foregoing has been served by first-class mail, postage prepaid, on the following:

| **Pro Se Claimants** |
| --- |
| Mr. James I. Smith<br>110 Luther Davis Rd.<br>Picayune, MS 39466 |
| Mr. Bryan Lee Roberts<br>500 43rd Street<br>Marathon, FL 33050 |

        **s/ Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com