UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Robert K. Ito v. Merck & Co., Inc., No.* | * | KNOWLES |
| *2:08-cv-04934* | * | |

**************************************************************************

# O R D E R

Defendant Merck & Co., Inc.'s Fourth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Requirements of PTO 29 (R.Doc. 18672) came on for hearing on July 31, 2009, immediately following the monthly status conference. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that the motion is dismissed as moot as to plaintiff Robert K. Ito.

**NEW ORLEANS, LOUISIANA**, this 3rd day of August, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

986714v.1