# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Harold Currier v. Merck & Co., Inc., No. 2:08-cv-03958;* | * | KNOWLES |
| | * | |
| *Donald Gardner v. Merck & Co., Inc., No. 2:08-cv-04962;* | * | |
| | * | |
| *Don Ivey v. Merck & Co., Inc., No. 2:08-cv-03960;* | * | |
| | * | |
| *Oliver J. Johnson v. Merck & Co., Inc., No. 2:08-cv-05056;* | * | |
| | * | |
| and | * | |
| | * | |
| *Bette Mae Terrill v. Merck & Co., Inc., No. 2:08-cv-3959* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Defendant Merck & Co., Inc.'s Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the *Lone Pine* Requirements of PTO 29 (R.Doc. 19650) came on for hearing on July 31, 2009, immediately following the monthly status conference. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the claims of plaintiffs Harold Currier, Donald Gardner, Don Ivey, and Oliver J. Johnson be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 29.

986707v.1

IT IS FURTHER ORDERED that the motion be and it hereby is deferred as to plaintiff Bette Mae Terrill until September 17, 2009, immediately following the monthly status conference.

NEW ORLEANS, LOUISIANA, this  3rd  day of    August   , 2009.

*[signature: Eldon E. Fallon]*
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

986707v.1