## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *    MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | *    SECTION L |
| LITIGATION | * |
| | *    JUDGE FALLON |
| This document relates to: | * |
| | *    MAGISTRATE JUDGE |
| All Plaintiffs on the attached Exhibits A, B & C | *    KNOWLES |
| | * |
| | * |

**************************************************************************

## <u>ORDER</u>

Defendant Merck & Co., Inc.'s Eighth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the *Lone Pine* Requirements of PTO 28 (R.Doc. 19658) came on for hearing on July 31, 2009, immediately following the monthly status conference.  For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the claims of all plaintiffs on the attached Exhibits A, B and C be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 28.

NEW ORLEANS, LOUISIANA, this  3rd  day of ____August____, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

986705v.1

*Lone Pine No. 8*
*Exhibit A*
*(Represented Plaintiffs)*

| Plaintiff | Counsel | Case Name | Case Number |
|-----------|---------|-----------|-------------|
| Mollett, Elmo | Humphreys, James F. & Associates | Mollett, Elmo v. Merck & Co., Inc. | 2:06-cv-06941-EEF-DEK |

984147v.1

*Lone Pine No. 8*
*Exhibit B*
*(Represented Plaintiffs with Motions to Withdraw Pending)*

|   | **Plaintiff** | **Counsel** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|
| 1. | Harvey, Mark | Phebus & Koester | Cramer, Charles v. Merck & Co., Inc. | 2:05-cv-05328-EEF-DEK |
| 2. | Lopez, Dorothy | Gauthier, Houghtaling, Williams & Sulzer // Deborah M. Sulzer | Hubbard, Don v. Merck & Co., Inc. | 2:05-cv-00953-EEF-DEK |

984149v.1

*Lone Pine No. 8*
*Exhibit C*
*(Pro Se Plaintiffs)*

|  | __Plaintiff__ | __Case Caption__ | __Docket Number__ |
|---|---|---|---|
| 1. | Guthrie, Charles D | Ruzicka, Robert v. Merck & Co., Inc. | 2:06-cv-01971-EEF-DEK |
| 2. | Howcroft, Shirley | Accord, Vern v. Merck & Co., Inc. | 2:05-cv-04448-EEF-DEK |
| 3. | Kinsman, Dan | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 4. | Kuehner, Lillian E | Houston, Donna v. Merck & Co., Inc. | 2:05-cv-01458-EEF-DEK |
| 5. | Lambert, Eugene H | Lambert, Patrice v. Merck & Co., Inc. | 2:06-cv-02679-EEF-DEK |
| 6. | Levitt, Jo | Levitt, Jo v. Merck & Co., Inc. | 2:06-cv-09757-EEF-DEK |
| 7. | Lewis, Catrenia I | Cannon, Mary v. Merck & Co., Inc. | 2:06-cv-01188-EEF-DEK |
| 8. | Nguyen, Le | Nguyen, Le v. Merck & Co., Inc. | 2:05-cv-06398-EEF-DEK |
| 9. | Pagel, Eleanor | Kimm, Dianne v. Merck & Co., Inc. | 2:06-cv-10153-EEF-DEK |
| 10. | Pena, Ana | Ebong, Basil v. Merck & Co., Inc. | 2:06-cv-01508-EEF-DEK |
| 11. | Reed, Joseph | Reed, Walterine v. Merck & Co., Inc. | 2:05-cv-06247-EEF-DEK |
| 12. | Shelor, Thomas R | Adams, Shirley v. Merck & Co., Inc.; Reed, Thelma v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK; 2:05-cv-05347-EEF-DEK |
| 13. | Smith, Gerald | Myatt, Bobby W. v. Merck & Co., Inc. | 2:06-cv-10158-EEF-DEK |
| 14. | Spiro, Charmaine H | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |