# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| This document relates to the plaintiffs | * | KNOWLES |
| listed on Exhibit A | * | |
| | * | |

**************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion and Incorporated Memorandum to Dismiss Non-Submitting Program Claimants' Cases (R. Doc. 19451) came on for hearing on the 31st day of July, 2009.  For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that the claims of all plaintiffs on Exhibit A be and they hereby are dismissed with prejudice.

**NEW ORLEANS, LOUISIANA**, this 3rd day of   August  , 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

986718v.1

## Exhibit A

| | VCN | Primary Counsel | Claimant Name | Derivative Claimant Name(s) | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1090977 | Anderson, John H. | Cuyler, Jimmy L. | Rosie Cuyler | Louis Nelson et al. v. Merck | 2:08-cv-00880-EEF-DEK |
| 2. | 1052901 | Branch Law Firm | Lucero, Margaret | Vera Lucero | Dorothy Wheeler et al. v. Merck | 2:07-cv-05251-EEF-DEK |
| 3. | 1081141 | Herman, Herman, Katz & Cotler, LLP | McKay, Geneva | | Arterbell Hillard et al. v. Merck | 2:05-cv-04459-EEF-DEK |
| 4. | 1081154 | Herman, Herman, Katz & Cotler, LLP | Porter, Henrietta | | William L. Meunier et al. v. Merck | 2:05-cv-04456-EEF-DEK |
| 5. | 1071928 | James, Vernon & Weeks | Waybright, Larry | | Larry A. Waybright v. Merck | 2:05-cv-02074-EEF-DEK |
| 6. | 1112462 | Michael Hingle & Associates | Slaughter, Lewis | Denise Slaughter | Joan Williamson et al. v. Merck | 2:05-cv-06903-EEF-DEK |
| 7. | 1072120 | Michael Hingle & Associates | Guy, Ronald | Carolyn Guy | Lois Bailey et al. v. Merck | 2:05-cv-06904-EEF-DEK |
| 8. | 1072148 | Michael Hingle & Associates | Verdin, John | Darlene Verdin | Lois Bailey et al. v. Merck | 2:05-cv-06904-EEF-DEK |
| 9. | 1072115 | Michael Hingle & Associates | Wells, James | Dartha Wells | Lois Bailey et al. v. Merck | 2:05-cv-06904-EEF-DEK |
| 10. | 1098203 | Miller Firm LLC | Linnett, Gordon | | C. Gordon Linnett v. Merck | 2:06-cv-03923-EEF-DEK |
| 11. | 1098137 | Miller Firm LLC | Helms, Earl | | Thelma Curtis et al. v. Merck | 2:06-cv-06946-EEF-DEK |
| 12. | 1097980 | Miller Firm, LLC | Bailey, Isolina | | Isolina Bailey et al. v. Merck | 2:06-cv-05982-EEF-DEK |
| 13. | 1011142 | Phillips & Associates | Williams, Jerry | Mark Williams | Mark Williams v. Merck et al. | 2:07-cv-00857-EEF-DEK |
| 14. | 1071946 | Pro Se | King, Pearl | Raymond King | Pearl D. King et al. v. Merck | 2:06-cv-08390-EEF-DEK |
| 15. | 1103021 | Pro Se | Lindwedel, Ivory | | Ivory Lindwedel v. Merck et al. | 2:05-cv-06199-EEF-DEK |
| 16. | 1103051 | Pro Se | Odom, Joyce | | Joyce A. Odom v. Merck | 2:05-cv-06790-EEF-DEK |
| 17. | 1101614 | Ranier, Gayle, Elliot, LLC | Matlock, Tony Lee | Charlotte Matlock | Charlotte Matlock et al. v. Merck | 2:05-cv-06575-EEF-DEK |
| 18. | 1101791 | Ranier, Gayle, Elliot, LLC | Wells, Annie | Bernard Wells | Azell Warner et al v. Merck | 2:05-cv-02309-EEF-DEK |
| 19. | 1107570 | Stuart, Frieda & Hammond | Huff, Patricia | | Larry Adams et al. v. Merck | 2:07-cv-02702-EEF-DEK |
| 20. | 1081859 | The Whitehead Law Firm | Mason, Rose | | William Coleman et al. v. Merck | 2:05-cv-04446-EEF-DEK |
| 21. | 1085840 | Young, Kester & Petro | Rawle, Torgunn | Roger Rawle, Roger William Rawle, Thomas Jenssen Tawle, Torgunn Ingrid Rawle, Erick Asgeir Rawle, Henry Rawle, Heidi Rawle Shinners, Siri Elaine Rawle | Torgunn Rawle et al. v. Merck et al. | 2:05-cv-05435-EEF-DEK |