# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| 05-3700, STATE OF LOUISIANA, | : | JUDGE FALLON |
| ex rel. JAMES D. CALDWELL, | : | MAG. JUDGE KNOWLES |
| ATTORNEY GENERAL | : | |

## ORDER

IT IS ORDERED that a status conference shall be held in the Chambers of Judge Eldon E. Fallon on Wednesday, August 12, at 1:30 p.m. James R. Dugan, II, and Defendants' Liaison Counsel, Doug Marvin, are directed to attend.  At the conference, the parties should be prepared to discuss the Louisiana Attorney General's Motion to Compel (Rec. Doc. 21153).  The parties should also be prepared to discuss potential trial dates.

New Orleans, this 4th day of August, 2009

_____
Honorable Eldon E. Fallon
United States District Court Judge


CC:   Doug Marvin
      James R. Dugan, II

1