# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 30, 2009



Mr. George Willie Buford
#30024-074
FCI Terre Haute
P.O. Box 33
Terre Haute, IN 47808-0033

  No. 09-30563 - In re: Vioxx Products
      USDC No. 2:05-MD-1657
      USDC No. 2:09-CV-48

Dear Sir:

We received your "Appellant's Designation of the Records." As a threshold matter, the district court case number referenced on your document is incorrect. Please note the correct district court case numbers listed above. As directed in our notice of July 10, 2009, the parties designation of the record requested from the parties, was to be sent to the district court. A review of the district court's docket appears to confirm that appellees have already presented their designation of the record to the district court, which has prompted us to request these designated portions of the record for appeal purposes. To the extent your designated portions differ from any of those presented by the appellee parties, we are forwarding your designation to the district court for review and whatever action they deem appropriate with the record.

Once we have received confirmation from the district court that all portions of the record have been designated accordingly, the court's briefing notice will be issued.

                                    CHARLES R. FULBRUGE III, Clerk

                                    By: _____
                                    Donna L. Mendez, Deputy Clerk
                                    504-310-7677

cc:  Mr. Douglas Marvin
     Ms. Loretta Whyte
     Ms. Dorothy Hudson Wimberly
     Mr. Phillip A Wittmann

BR 9

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
NEW ORLEANS, LOUISIANA

GEORGE WILLIE BUFORD, III,

    Plaintiff - Appellant,

vs.

MERCK & COMPANY, INC.,

    Defendant - Appellee,

DC #: 2:08-CV-05059-EEF
CA #: 09-30563

2:05-MD-1657

## APPELLANT'S DESIGNATION OF THE RECORD

COMES NOW the Plaintiff in the above-captioned cause of action and humbly submit the DESIGNATION of the RECORD required by the 10 July 2009 ORDER of Mr. Charles R. Fulbruge, III, Clerk of this Honorable Court.

It is with deep regret that this Appellant NOTIFIES this Court that he is unable to communicate with those persons listed in the accompanying Memorandum issued by Mr. Fulbruge because Appellant does not know any of those persons and has not been provided any contact information regarding said persons. Additionally, this cause of action has nothing to do with those persons, as Mr. Buford is the sole Plaintiff in the above-referenced cause of action. The district court has not notified Mr. Buford that he had been certified a a member of any class of Plaintiffs in the so-called VIOXX litigation.

Further, as will be shown throughout, Plaintiff Buford has consistently been excluded from district court orders, pleadings

- 1 -

and evidence in the court below.

The following is the designation of the portion of the record relative to the litigation at issue. Please pardon any errors, for they are the product of a layman who has NO formal training in the stud of law.

## DESIGNATION:

Plaintiff hereby asks that the following portions of the record be designated on appeal:

1) 31 December 2008  Summons  ( 2pp ) by Clerk of USDC D.N.J.;

2) 31 December 2008 Service of Process ( 1pg ) by Clerk of USDC D.N.J.;

3) 31 December 2008 ORDER Lifting Stay of CTO by Clerk of Panel on Multidistrict Litigation;

4) 30 December 2008 ORDER granting <u>in forma pauperis</u>;

5) 23 February 2009 letter from Eva Petko Esber on behalf of Merck & Company, Inc.;

6) 27 February 2009 letter to Esber ( 2pp )  re this action;

7) 06 February 2009 NOTICE ( sent by Certified mail 7008 1830 0000 2303 1037 ) notifying court that Merck had not responded to Summons;

8) 05 May 2009 Motion for Default & Certificate of Service ( 3pp );

9) 08 May 2009 letter ( 2pp ) from Dorothy H. Wimberly re Merck & Company, Inc.:

10) 06  May 2009  Motion ( 6pp )  Fourth Motion, Rule and Incorporated Memorandum To Show Cause Why Cases Should Not Be dismissed With Prejudice For Failure To Comply With Requirements of PTO 29; ( 2 pages of attachments ).

11) 11 May 2009 (10pp) Plaintiff's Notice of Commercial Dishonor and Arbitrary Action of Government ( with Certificate of Service );

12) 19 May 2009 (11 pp) Answer of Merck & Company, Inc.:

13) Ex Parte-ORDER to show cause why cases should not be dismissed with prejudice; ( 2pp ) ( w/ 2pp attachments );

14) 27 may 2009 ( 8pp ) Petition for Writ of Mandamus ( and Certificate of Service );

15) 27 May 2009 ( 5pp ) Notice of Fraud on the Court ( and Certificate of Service );

16) 12 June 2009 ( 1page ) letter from Dorothy H. Wimberly with ORDER of district court granting Merck & Compnay, Inc.'s; ex parte motion to dismiss ( with Exhibit A );

17) 15 June 2009 (1page) NOTICE appealing ex parte ORDER.

In closing, Appellant would notify the court that the district court wants Mr. Buford to abide by the requirements of Pre-Trial Order 29. Yet, the district court has consistently excluded Mr. Buford from every aspect of this cause of action ( with the exception of the ORDER dismissing the case ). How can Mr. Buford be reasonably expected to follow an ORDER he has not been served?

Thanking this Honorable Court for its time and attention in this matter.

21 July 2009
Date

Respectfully,

Mr. George Willie Buford, III
In Itinere
Apostille No.: A2009 - 5853
[ Fed. Reg. # 30024-074 under duress ]
United States Penitentiary
P.O. Box 33
Terre Haute, Indiana 47808

- 3 -

## CERTIFICATE OF SERVICE

I, George Willie Buford, III, do hereby CERTIFY that a true and correct copy of the foregoing has been served upon opposing counsel by placing same in the Federal Correctional Complex Mail Room, First Class postage pre-paid, and addressed to the following:

Dorothy H. Wimberly
for Merck & Co., Inc. en demeure
c/o Stone Pigman Walther Wittman, L.L.C.
Counselors At Law
546 Carondelet Street
New Orleans, Louisiana 70130-3588

21 July 2009
Date

Attest True,
George Willie Buford, III

- 4 -