UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

AUG - 4 2009

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Vivian Ross. As the record will reflect this litigant has previously written the Court complaining that her lawyer has not currently communicated with her. This Court brought her concerns to the attention of the Liaison counsel with instructions to take appropriate action. She has been and apparently still is represented by counsel. It is improper for a Court to confer with a litigant who is represented by counsel and it is both improper and unethical to confer ex parte with one litigant about substantive matters. *See* Code of Conduct for United States Judges, Canon 3(A)(4) (2009). This is why this Court sent this litigant's correspondence to Liaison counsel. The Court will again forward the most recent correspondence to both Liaison counsel and the litigant's own counsel with instructions to take appropriate action and report back to the Court indicating what has been done. If this litigant continues to be dissatisfied with the services of her counsel she has the right to select other counsel and proceed accordingly. But she should know that her present counsel is very experienced in cases of this sort, is a member of the plaintiff's steering committee (the committee that had primary responsibility for handling the case) and is intimately familiar with this case. But as to how to proceed in the future it is her choice and her choice alone.

1

Fee
Process
X Dktd
CtRmDep
Doc. No.

Accordingly, IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to Liaison counsel, as well as Plaintiff's counsel Tom Girardi, to take appropriate action.

New Orleans, Louisiana, this 30th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Thomas V. Girardi
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904

Ms. Vivian Ross
13900 Panay Way #SR302
Marina del Rey, CA 90292

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

2