# Document Cover Page

| | |
|---|---|
| **VCN** | 1080867 |
| **Claimant** | Weeks,Gene |
| **SSN** | 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 |
| **Received Date** | 2/19/2008 |
| **Postmark Date** | 2/18/2008 |
| **Document Type ID** | 9 |
| **Document Type** | Stipulation of Dismissal |
| **Primary Firm ID** | 1784 |
| **Primary Firm** | Martinez, Manglardi, Diez-Arguelles, & Tejedor, P.A. |

*1080867-009-01*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Gene Weeks<br><br>                Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>                Defendant(s). | MDL NO. 1657<br><br>SECTION: L |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to the rule applicable to the voluntary dismissal of an action, the undersigned counsel hereby stipulate that all claims of plaintiff Gene Weeks, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct of the forgoing has been furnished Federal Express to Claims Administrator 115 S. 15th Street, Suite 400, Richmond, Virginia 23219-4209. This 18 of February, 2008.

_____
Maria D. Tejedor, Esq.
Martinez, Manglardi, Diez-Arguelles & Tejedor
540 N. Semoran Blvd.
Orlando, FL 32807
407-381-4123
FBN: 0095834

_____
Attorney for Merck & Co., Inc

Dated: _____

Dated:  2-18-08