

MARIA D. TEJEDOR
BOARD CERTIFIED CIVIL TRIAL LAWYER

540 N. SEMORAN BLVD., ORLANDO, FL 32807
(407) 381-4123 · MMDTLAW.COM

May 20, 2009

Claims Administrator
115 S. 15th Street,
Suite 400
Richmond, VA. 23219

Re: Notice of Points Award Appeal for Gene Weeks (1080867)

Dear Sir/Madam:

I. **NO HIGH CHOLESTEROL**

We received a Notice of Points award for Gene Weeks. Mr. Weeks received a deduction of -20% for high cholesterol. We believe this to be in error as Mr. Weeks did not have high cholesterol. Attached as "Exhbit A" you will see that Mr. Weeks's Cholesterol was 147 on 3/6/04 the day after his heart attack which is well within the acceptable normal range. Please be advised that Mr. Weeks was not placed on Pracachol until 3/6/04 "see Exhibit B" until after his heart attack and was done so solely as a precautionary measure. There is no place in the record that shows Mr. Weeks as taking any medication for High Cholesterol prior to his event, and again he was placed on Pravachol as a precautionary measure.

Thank you for your consideration to this matter. If you require any additional information please feel free to contact my office.

Sincerely,

Maria D. Tejedor

MDT/ mjv
Enclosures

FLORIDA HOSPITAL WATERMAN
1000 WATERMAN WAY, TAVARES, FL 32778

```
NAME:  WEEKS,GENE                              ACCT:   1397204        SEX: M
ATTENDING DR: HESSAMI,MIRATIQULLAH             M/R#:   290134         DOB: 09/06/1956
ADMIT DATE: 03/05/2004
```

********************************************* LIPID/CARDIAC RISK PROFILE *********************************************

```
03/06/04
   0940  LIPID/CARDIAC RISK
         LOW DENSITY LIPOPROTN
                            94         [0-99]      MG/DL
         CHOLESTEROL       147         [100-200]   MG/DL
         HIGH DENSITY LIPOPROT
                            35                     MG/DL
         TRIGLYCERIDES      90         [10-190]    MG/DL
         LIPID INTRSP     ************************************
                  LDL CHOLESTEROL
                     <100        OPTIMAL
                     100-129     NEAR OR ABOVE OPTIMAL
                     130-159     BORDERLINE HIGH
                     160-189     HIGH
                     >190        VERY HIGH
                  TOTAL CHOLESTEROL
                     <200        DESIRABLE
                     201-239     BORDERLINE HIGH
                     >240        HIGH
                  HDL CHOLESTEROL
                     <41         LOW
                     >61         HIGH
         ******************************************
         REF: ATP III CLASSIFICATION OF LDL, TOT CHOL AND HDL CHOL MG/DL JAMA NOV 19, 2001
```

```
WEEKS,GENE                            3N    3N347A         REPORTED: 03/08/2004 00:50
CHART COPY CUMULATIVE SUMMARY                              PAGE:  4
                             CONTINUED
```



| FLORIDA HOSPITAL WATERMAN | | | | CHART COPY | | | MEDICATION ADMINISTRATION RECORD | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PATIENT NAME | | ROOM/B | AGE | W | T | | M² | SEX | CDD | | PAGE | | |
| WEEKS, GENE | | 3N 347A | 047Y | 86.18KG | | 2.06 | | M | | | 1 | | |
| MEDICAL RECORD | PATIENT ACCT # | | DOCTOR NAME | | | | | DOSE PERIOD | | | | | |
| 290134 | 1397204 | | HESSAMI, MIRATIQULLAH | | | | 3/10/04 :01 -- 3/10/04 24:00 | | | | | | |
| DIAGNOSIS | | | ALLERGIES | | | | MEDICATION ADMINISTRATION TIMES | | | | | | |
| | | | | | | | :01- 6:59 | | | 7:00-18:59 | | 19:00-24:00 | |
| ACUTE CHEST PAIN R/O M | | | NO KNOWN DRUG ALLERG | | | | TIME | SITE | INITIAL | TIME | SITE INITIAL | TIME | SITE INITIAL |
| SODIUM CHLORIDE 2ML   EVERY 8 HOURS   INTRAVENOUS  LFA START: 3/06/04 1:07   △ 3/12 MED# 10 | | | | | | | (100) IVF infusing | | | (900) 1700 | IV JF | | JF |
| ASPIRIN, ASA   FLSTK 325MG=1TAB   ONCE DAILY   ORAL START: 3/06/04 1:07 MED# 11 | | | | | | | | | | .900 | JF | | JF |
| LOPRESSOR, METOPROLOL TARTRATE   FLSTK 25MG=0.5TAB   EVERY 12 HOURS   ORAL START: 3/06/04 12:55 MED# 14 | | | | | | | | | | .900 | JF | 2100 | JF |
| PLAVIX, CLOPIDROGEL   FLSTK 75MG=1TAB   ONCE DAILY   ORAL START: 3/06/04 12:55 MED# 15 | | | | | | | | | | 900 0900 | JF | | JF |
| PRAVACHOL, PRAVASTATIN SODIUM   FLSTK 40MG=2TAB   EVERY BEDTIME   ORAL START: 3/06/04 21:00 MED# 16 | | | | | | | | | | | | 2100 | JF |
| Altace 2.5mg po qday (creatinine 1.0) | | | | | | | | | | (0900) Not available 1200 | JF | | JF |
| TEQUIN 400MG/D5W200CC   400MG=200ML  IV *   ONCE DAILY START: 3/08/04 3:19 PCER# 1 | | | | | | | | | | 900 | JF | | JF |

<<< CONTINUED >>>

WEEKS, GENE        3N 347A

J.Fretze R.N  (JF)

PLAINTIFF'S EXHIBIT B