UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| *This document relates to ALL ACTIONS* | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**O R D E R**

Considering the Motion for Leave to File Exhibit Under Seal on behalf of Plaintiffs' Liaison Counsel;

IT IS ORDERED BY THE COURT that the Plaintiffs' Liaison Counsel is granted leave of court to file Exhibit C to the Supplemental Memorandum in Support of Reimbursement of Common Benefit Expenses and Supplemental Affidavit of Philip A. Garrett, C.P.A., under seal and that such exhibit remain confidential subject to further orders of this Court.

New Orleans, Louisiana this  5th  day of _____August_____, 2009.

_____
Honorable Eldon E. Fallon
U.S. District Judge

1