UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALFONZIA HARVEY, <br><br> Plaintiff(s), <br><br> v. <br><br> MERCK & CO., INC., <br><br> Defendant(s). | MDL NO. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES <br><br> DOCKET NO.   2:07-cv-08076-EEF-DEK |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rules of Civil Procedure 41(a), the undersigned counsel hereby stipulate that all claims of plaintiff, ALFONZIA HARVEY, [individually and as representative of TYNER LAW FIRM, P.A.,] against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | |
|---|---|
| **Attorney for Plaintiff** <br> Mitchell H. Tyner, Sr. <br> Tyner Law Firm, P.A. <br> 5750 I-55 North <br> Jackson, MS 39211 <br> Telephone: 601-957-1113 <br><br> Dated: 3-26-08 | Stephen G. Strauss       Phillip A. Wittmann <br> Bryan Cave LLP            Dorothy H. Wimberly <br> 211 N. Broadway, Suite 3600   Stone Pigman Walther <br> St. Louis, MO 63102       Wittmann LLC <br> (314) 259-2000 Tel        546 Carondelet Street <br> (314) 259-2020 Fax        New Orleans, LA 70130 <br>                          (504) 581-3200 Tel <br>                          (504) 581-3361 Fax <br><br> Attorneys for Merck & Co, Inc. <br><br> Dated: 7-21-09 |

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of August, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.