UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FINDING OF SPECIAL MASTER UNDER PROVISIONS OF ARTICLE 10.4.2 OF SETTLEMENT AGREEMENT PERTAINING TO THE CLAIM OF OTIE H. GARRETT (DECEASED) VCN #1079252**

The Claims Administrator noted that the records it received from the original PPR records through access to LMI contained more records than those submitted by the claimant. The records did not contain records of the October 19, 2000 History and Physical from St. Dominic Jackson Memorial Hospital and the September 15, 1999 Cerebrovascular Examination report from Mississippi Baptist Medical.

Claimant states that these records were not obtained from an outside source and that these records were produced by claimant Bates numbers OG0000000009, OG0000000016, OG0000000017 and OG0000000042.

I find that there was a misunderstanding as to what needed to be submitted and I find that there was no fraud or ill-practice. Accordingly, the claim of Otie H. Garrett (deceased) VCN #1079252 is permitted to proceed with the described process.

New Orleans, Louisiana, this 6th day of August, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2009, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants.  I further certify that I mailed the foregoing Finding and the notice of electronic filing to the following:

| | |
|---|---|
| C. Victor Welsh, III<br>Liston/Lancaster<br>Pittman, Germany, Roberts & Welsh<br>Post Office Box 22985<br>Jackson, MS 39225-2985 | Douglas R. Marvin<br>Williams & Connolly<br>725 Twelfth Street, NW<br>Washington, DC 20005 |
| Russ M. Herman<br>Herman, Herman, Katz & Cotlar<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | Orran L. Brown<br>Brown Greer, PLC<br>Post Office Box 85031<br>Richmond, VA 23285-5031 |

Lafayette, Louisiana, this 7th day of August, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com