UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**FINDING OF SPECIAL MASTER UNDER PROVISIONS OF ARTICLE 10.4.2 OF
SETTLEMENT AGREEMENT PERTAINING TO THE CLAIM OF
WILLIE G. NORRIS (DECEASED) VCN #1079266**

The audit revealed that the document, Bates No. 116, was not submitted.  The Administrator subsequently got this document from the original PPR records through its access to LMI.  It contained the document reflected in Bates No. 116.  The Claims Administrator concluded that Bates No. 116 was not in the original submission.

The claimant contends that this disputed document was the second page of a letter from Mr. Norris' then treating physician to his primary care physician.  This document is in claimant's submission.

I find that there was no fraud or ill-practice in the submission of this claim.  Accordingly, the claim of Willie G. Norris (deceased) VCN #1079266 is permitted to proceed with the described process.

New Orleans, Louisiana, this 6th day of August, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2009, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants.  I further certify that I mailed the foregoing Finding and the notice of electronic filing to the following:

C. Victor Welsh, III
Liston/Lancaster
Pittman, Germany, Roberts & Welsh
Post Office Box 22985
Jackson, MS 39225-2985

Douglas R. Marvin
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113

Orran L. Brown
Brown Greer, PLC
Post Office Box 85031
Richmond, VA 23285-5031

Lafayette, Louisiana, this 7th day of August, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com