UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**************************************************************************

**FINDING OF SPECIAL MASTER UNDER PROVISIONS OF
ARTICLE 10.4.2 OF SETTLEMENT AGREEMENT PERTAINING
TO THE CLAIM OF ROY WALLIS VCN #1028872**

The claimant did not elect to appear at the scheduled hearing set for August 6, 2009 as required by the Notice of the Special Master dated July 24, 2009.  Accordingly, this matter was considered on the submissions.

Based on my review of Exhibits 1, 2, 3 and 4, it is my finding that the records of the Flint River Community Hospital submitted by Roy Wallis were altered so as to add "Vioxx 50 mg" as a medication and that such an alteration was an attempt to pass the required proximity gate under the terms of the Settlement Agreement.  Such a material alteration constitutes a gross deception of the actual records and under the provisions of Article 10.4.2 of the Settlement Agreement, the claim of Roy Wallis VCN #1028872 is denied and Roy Wallis shall cease to have any further rights under the Program.  Roy Wallis' Dismissal, with prejudice, Stipulation and Release shall be delivered to Merck.

New Orleans, Louisiana, this 6th day of August, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2009, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants.  I further certify that I mailed the foregoing Finding and the notice of electronic filing to the following:

| | |
|---|---|
| Anika R. Hardmon<br>Gary, Williams, Finney, Lewis,<br>    Watson & Sperando<br>Waterside Professional Building<br>221 E. Osceola Street<br>Stuart, FL 34994 | Douglas R. Marvin<br>Williams & Connolly<br>725 Twelfth Street, NW<br>Washington, DC 20005 |
| Russ M. Herman<br>Herman, Herman, Katz & Cotlar<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | Orran L. Brown<br>Brown Greer, PLC<br>Post Office Box 85031<br>Richmond, VA 23285-5031 |

Lafayette, Louisiana, this 7th day of August, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com