UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>   PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO<br>HELEN CHOICE, ET AL V. MERCK & CO., INC.<br>C.A. 07-6690 - L | JUDGE FALLON |

### ORDER

It having come to the Court's attention that Civil Action No. 07-6690 was inadvertently closed in October, 2008 due to clerical error (rec. doc. 16606),

IT IS ORDERED that the Clerk REOPEN said civil action and return it to the Court's docket.

New Orleans, Louisiana, this 6th day of August 2009.

              _____
              ELDON E. FALLON
              UNITED STATES DISTRICT JUDGE