FILED '09 JUL 30 15:53 USDC-LAE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES ZAFIRATOS | * | In re: VIOXX PRODUCTS |
| | * | LIABILITY LITIGATION |
| PLAINTIFF, | * | MDL Docket No. 1657 |
| | * | |
| v. | * | CASE NO. 05-4150 |
| | * | |
| MERCK & CO., INC. a foreign | * | SECTION L - DIVISION 3 |
| Corporation, | * | |
| | * | JUDGE ELDON E. FALLON |
| DEFENDANT. | * | MAGISTRATE JUDGE |
| | * | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, James Zafiratos and Defendants Merck & Co., Inc and American Drug Co. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of all claims against Merck & Co., Inc. and American Drug Co. and all other defendants in the above-styled lawsuit, each party to bear its own costs.

Respectfully Submitted,

**POWER, ROGERS & SMITH, P.C.**     **STONE PIGMAN WALTHIER WITTMANN, LLC**

/s/ Devon C. Bruce
Devon C. Bruce
Attorneys for the Plaintiff
Power, Rogers & Smith
70 West Madison, #5500
Chicago, IL 60602
#312/236-9381
f#312/236-0920

/s/ Dorothy H. Wimberly
Phillip A. Wittmann
Dorothy H. Wimberly
Attorneys for the Defendant
Stone, Pigman, Walthier Wittmmann, LLC
546 Carondelet Street
New Orleans, LA 70130
#504/581-3200
f#504/581-3361

1

**JOHNSON AND BELL, Ltd.**

/s/ Julie M. Kennedy
Julie M. Kennedy
Johnson & Bell, Ltd.
Attorneys for American Drug Co.
33 West Monroe St., Suite 2700
Chicago, IL 60603-5404

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PTO 8B in accordance with the procedures established in MDL 1657, on this 9th day of October, 2008.

/s/ Devon C. Bruce
**Devon C. Bruce**
**POWER, ROGERS & SMITH**
70 W. Madison Street, Suite 5500
Chicago, IL 60602
#312/236-9381
f#312/236-0920