## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | ) | **MDL NO. 1657** |
|     **PRODUCTS LIABILITY** | ) | |
|     **LITIGATION** | ) | **Section: L** |
| | ) | |
| ———————————————— | ) | **Judge Fallon** |
| | ) | |
| | ) | **Magistrate Judge Knowles** |
| **THIS RELATES TO:** | ) | |
|     **Bob Stephens,** | ) | |
|     **Individually, and as the Administrator** | ) | |
|     **for the Estate of Johnie Stephens,** | ) | |
|     **deceased** | ) | |
| | ) | |
|     **v.** | ) | |
| | ) | |
|     **Merck & Co., Inc.** | ) | |
| | ) | |
|     **Civil Action No: E.D. La 06-CV-1678** | ) | |
|             **ARE 4-06-CV-0259 WRW** | ) | |
| | ) | |
| ———————————————— | ) | |

## RESPONSE TO MOTION FOR ORDER SETTING PROCEDURE
## FOR ATTEMPTED LIENS AGAINST ATTORNEYS' FEES

Comes now, Gary Eubanks & Associates, P.A. (hereinafter "the Firm"), and for its Response to Motion for Order Setting Procedure for Attempted Liens Against Attorneys' Fees states:

1.      On March 27, 2009, the Firm filed a Motion to Enforce Attorneys' Lien, pursuant to Ark. Code Ann. § 16-22-304 (Supp. 2007), upon the settlement recovery amount due to Plaintiff, Bob Stephens, individually and as administrator for the Estate of Johnie Stephens, deceased. (Docs. 18105 & 18106).

2.      On August 4, 2009, BrownGreer PLC, the Claims Administrator in the Vioxx Resolution Program, filed a Motion for Order Setting Procedure for Attempted Liens Against

1

Attorneys' Fees. (Docs. 21567, 21567-1, & 21567-3).

     3.     The Firm does not oppose an Order by this Court setting the procedure to facilitate resolution of its lien and approves of the proposed Order submitted by BrownGreer.

     4.     However, the Firm respectfully requests that the Court consider and adopt the additional recommendations as set forth in the accompanying Memorandum in Support.

          Respectfully submitted,

GARY EUBANKS & ASSOCIATES, P.A.
P.O. Box 3887
Little Rock, Arkansas 72203
(501) 372-0266
eubanksg@garyeubanks.com


/s/   Gary L. Eubanks
Gary L. Eubanks, 60014

## CERTIFICATE OF SERVICE

I, Gary L. Eubanks, hereby certify that the above and foregoing electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 10th day of August, 2009.

I further certify that the above and foregoing was served via electronic mail upon the following:

Orran L. Brown, Esquire
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia 23219
obrown@browngreer.com

E. Glenn Thames, Jr., Esquire
Potter Minton, P.C.
500 Plaza Tower
110 North College Avenue
Tyler, Texas 75702
glennthames@potterminton.com

Kirk E. Wood, Esquire
The Wood Law Firm, LLC
P.O. Box 382434
Birmingham, AL 32538
ekirkwood1@cs.com

Counsel Financial Services, LLC
c/o R. Scott Williams, Esquire
Haskell Slaughter Young & Rediker, LLC
1400 Park Place Tower, 2001 Park Place North
Birmingham, AL 35203
rsw@hsy.com

David McQuade Leibowitz, Esquire
Law Offices of David McQuade Leibowitz
First National Bank Building
6243 IH 10 West, Suite 1000
San Antonio, TX 78201
intake@leibowitzconsumerlaw.com

Counsel Financial Services, LLC
Philip B. Abramowitz, General Counsel
6400 Main Street, Suite 120
Williamsville, NY 14221
pabramowitz@counselfin.com

Kenneth W. Smith, Esquire
Law Offices of Kenneth W. Smith
225 Reinekers Lane, Suite 690
Alexandria, VA 22314
lawsmith@cavtel.net

Justin G. Witkin, Esquire
Aylstock, Witkin Kreis & Overholtz, PLLC
55 Baybridge Drive
Gulf Breeze, FL 32561
baylstock@awkolaw.com

Shelly A. Sanford, Esquire
Shelly A. Sanford, PLLC
2016 Bissonnet Street
Houston, TX 77005
ssanford@sanfordbarlow.com

Eberhard D. Garrison, Esquire
Jones, Swanson, Huddell & Garrison, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, LA 70130
egarrison@jonesswanson.com

Michael O'Day, Esquire
Law Offices of Michael O'Day
437 Grant Street Suite 825
Pittsburgh, PA 15219
MPOlaw@hotmail.com

Lee B. Balefsky, Esquire
Kline & Specter, P.C.
1525 Locust Street, Nineteenth Floor
Philadelphia, PA 19102
Lee.Balefsky@KlineSpecter.com

Gary P. Levin, Esquire
Law Offices of Gary P. Levin
1442 New Road, Suite 3
Northfield, NJ 08225
rxlawyer@prodigy.net

Steven B. Stein, Esquire
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
sbs@lskg-law.com

Dawn M. Barrios, Esquire
Barrios Kingsdorf & Casteix, L.L.P.
One Shell Square
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Dbarrios@bkc-law.com

Brian J. Glick, Esquire
Glick Law Firm, P.A.
2255 Glades Rd., #324-A
Boca Raton, FL 33431
lawboca@aol.com

Jonathan B. Andry, Esquire
The Andry Law Firm L.L.C.
610 Baronne Street
New Orleans, LA 70113
johnandry@yahoo.com

I also certify that on the same date a true and correct copy of the foregoing has been served by first-class mail, postage prepaid, on the following Pro Se Claimants:

Mr. James I. Smith
110 Luther Davis Rd.
Picayune, MS 39466

Mr. Bryan Lee Roberts
500 43rd Street
Marathon, FL 33050

/s/ Gary L. Eubanks
Gary L. Eubanks
AR BIN 60014
GARY EUBANKS & ASSOCIATES, P.A.
P.O. BOX 3887
LITTLE ROCK, ARKANSAS 72203-3887
PHONE: (501) 372-0266
FAX: (501) 688-7738
eubanksg@garyeubanks.com