UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® <br>     PRODUCTS LIABILITY <br>     LITIGATION | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 1657 <br><br> Section: L <br><br> Judge Fallon <br><br> Magistrate Judge Knowles |
| THIS RELATES TO: <br>     Bob Stephens, <br>     Individually, and as the Administrator <br>     for the Estate of Johnie Stephens, <br>     deceased <br><br> v. <br><br> Merck & Co., Inc. <br><br> Civil Action No: E.D. La 06-CV-1678 <br>                 ARE 4-06-CV-0259 WRW | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

**MEMORANDUM IN SUPPORT OF RESPONSE TO
MOTION FOR ORDER SETTING PROCEDURE
FOR ATTEMPTED LIENS AGAINST ATTORNEYS' FEES**

Gary Eubanks & Associates, P.A. (hereinafter "the Firm") does not oppose the Motion for Order Setting Procedure for Attempted Liens against Attorneys' Fees filed by BrownGreer PLC, the Claims Administrator in the Vioxx Resolution Program. However, the Firm writes separately in order to propose an additional recommendation for this Court to include in its order setting the procedure for processing the distribution of Interim Payments and Final Payments to any eligible claimants in the Vioxx Settlement Program whose payments may be affected by the assertion of an attempted lien for attorney's fees and/or expenses or any other claim or lien against the fees of

1

counsel to claimants in the Vioxx Resolution Program.

## I. INTRODUCTION

On March 27, 2009, the Firm filed a Motion to Enforce Attorneys' Lien, pursuant to Ark. Code Ann. § 16-22-304 (Supp. 2007), upon the settlement recovery amount due to Plaintiff, Bob Stephens, individually and as administrator for the Estate of Johnie Stephens, deceased. (Docs. 18105 & 18106). While the legal basis for enforcement of the attorneys' lien for thirty-two (32) percent of the settlement proceeds due to Plaintiff Bob Stephens, Individually and as the Administrator for the Estate of Johnie Stephens, deceased, is set forth in the Firm's Motion and supporting memorandum, it is the timing of Plaintiff's decision to terminate his relationship with the Firm that is applicable to this Response. Specifically, Plaintiff fired the Firm as his counsel on March 18, 2009, when his case was virtually complete and merely awaiting the special master's decision on Plaintiff's appeal. Shortly after the Firm filed its Notice of Attorneys' Lien (Doc. 18082) and the Motion to Enforce Attorneys' Lien (Doc. 18105), Plaintiff hired new counsel.

## II. ARGUMENT

The Firm agrees with BrownGreer that a uniform procedure for the handling of attorneys' fee liens would aid in the efficiency of the distribution of Interim Payments and Final Payments of a claimant's Settlement benefits. The Firm does not dispute that Plaintiff is entitled to his share of the Settlement benefit, and merely seeks to collect its fee as prescribed by Arkansas law. As such, the Firm agrees that it would be beneficial and proper to order that the thirty-two (32) percent fee be withheld from any settlement disbursement or payment.

Additionally, the Firm proposes that when any Settlement benefit payment becomes due and payable in the Resolution Program to a Claimant, the Claims Administrator (BrownGreer) and

Primary Counsel be required to notify the party asserting a fee lien.  This notification is necessary because the party asserting the lien is no longer entitled to notification that a Settlement benefit payment has become due.  Specifically, in this case, since Plaintiff terminated the Firm and obtained new counsel, the Firm is no longer entitled to, and will not receive, notification of the Special Master's decision on Plaintiff's appeal.  For this reason, the Firm respectfully requests that the Court add the following to its Order establishing procedure:

> Proposed (3b)    The Claims Administrator and Primary Counsel shall notify the Purported Lien Holder that a Settlement benefit payment has become due and payable in the Resolution Program to a Claimant.

This additional procedural requirement would further enhance the distribution of Interim Payments and Final Payments in that it would allow the Claimant and the Purported Lien Holder to begin further proceedings on the resolution of the lien.

### III. CONCLUSION

Accordingly, the Firm submits that its proposed procedural requirement be added to BrownGreer's Proposed Order (Doc. 21567-3) and that BrownGreer's Motion for entry of an Order Setting Procedure for Attempted Liens Against Attorneys' Fees be granted

Respectfully submitted,

GARY EUBANKS & ASSOCIATES, P.A.
P.O. Box 3887
Little Rock, Arkansas 72203
(501) 372-0266
eubanksg@garyeubanks.com


/s/   Gary L. Eubanks
Gary L. Eubanks, 60014

**CERTIFICATE OF SERVICE**

I, Gary L. Eubanks, hereby certify that the above and foregoing electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 10th day of August, 2009.

I further certify that the above and foregoing was served via electronic mail upon the following:

| | |
|---|---|
| Orran L. Brown, Esquire<br>BrownGreer PLC<br>115 South 15th Street, Suite 400<br>Richmond, Virginia 23219<br>obrown@browngreer.com | E. Glenn Thames, Jr., Esquire<br>Potter Minton, P.C.<br>500 Plaza Tower<br>110 North College Avenue<br>Tyler, Texas 75702<br>glennthames@potterminton |
| Kirk E. Wood, Esquire<br>The Wood Law Firm, LLC<br>P.O. Box 382434<br>Birmingham, AL 32538<br>ekirkwood1@cs.com | Counsel Financial Services, LLC<br>c/o R. Scott Williams, Esquire<br>Haskell Slaughter Young & Rediker, LLC<br>1400 Park Place Tower, 2001 Park Place North<br>Birmingham, AL 35203<br>rsw@hsy.com |
| David McQuade Leibowitz, Esquire<br>Law Offices of David McQuade Leibowitz<br>First National Bank Building<br>6243 IH 10 West, Suite 1000<br>San Antonio, TX 78201<br>intake@leibowitzconsumerlaw.com | Counsel Financial Services, LLC<br>Philip B. Abramowitz, General Counsel<br>6400 Main Street, Suite 120<br>Williamsville, NY 14221<br>pabramowitz@counselfin.com |
| Kenneth W. Smith, Esquire<br>Law Offices of Kenneth W. Smith<br>225 Reinekers Lane, Suite 690<br>Alexandria, VA 22314<br>lawsmith@cavtel.net | Justin G. Witkin, Esquire<br>Aylstock, Witkin Kreis & Overholtz, PLLC<br>55 Baybridge Drive<br>Gulf Breeze, FL 32561<br>baylstock@awkolaw.com |
| Shelly A. Sanford, Esquire<br>Shelly A. Sanford, PLLC<br>2016 Bissonnet Street<br>Houston, TX 77005<br>ssanford@sanfordbarlow.com | Eberhard D. Garrison, Esquire<br>Jones, Swanson, Huddell & Garrison, L.L.C.<br>601 Poydras Street, Suite 2655<br>New Orleans, LA 70130<br>egarrison@jonesswanson.com |

Michael O'Day, Esquire
Law Offices of Michael O'Day
437 Grant Street Suite 825
Pittsburgh, PA 15219
MPOlaw@hotmail.com

Lee B. Balefsky, Esquire
Kline & Specter, P.C.
1525 Locust Street, Nineteenth Floor
Philadelphia, PA 19102
Lee.Balefsky@KlineSpecter.com

Gary P. Levin, Esquire
Law Offices of Gary P. Levin
1442 New Road, Suite 3
Northfield, NJ 08225
rxlawyer@prodigy.net

Steven B. Stein, Esquire
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
sbs@lskg-law.com

Dawn M. Barrios, Esquire
Barrios Kingsdorf & Casteix, L.L.P.
One Shell Square
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Dbarrios@bkc-law.com

Brian J. Glick, Esquire
Glick Law Firm, P.A.
2255 Glades Rd., #324-A
Boca Raton, FL 33431
lawboca@aol.com

Jonathan B. Andry, Esquire
The Andry Law Firm L.L.C.
610 Baronne Street
New Orleans, LA 70113
johnandry@yahoo.com

    I also certify that on the same date a true and correct copy of the foregoing has been served by first-class mail, postage prepaid, on the following Pro Se Claimants:

Mr. James I. Smith
110 Luther Davis Rd.
Picayune, MS 39466

Mr. Bryan Lee Roberts
500 43rd Street
Marathon, FL 33050

                                            /s/ Gary L. Eubanks
                                            Gary L. Eubanks
                                            AR BIN 60014
                                            GARY EUBANKS & ASSOCIATES, P.A.
                                            P.O. BOX 3887
                                            LITTLE ROCK, ARKANSAS 72203-3887
                                            PHONE: (501) 372-0266
                                            FAX: (501) 688-7738
                                            eubanksg@garyeubanks.com