UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                              :   MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION       :   SECTION:  L
                                                          :
                                                          :   JUDGE FALLON
                                                          :   MAG. JUDGE KNOWLES
..............................................:

**THIS DOCUMENT RELATES TO:**   ALL CASES

### ORDER

Before the Court are the Plaintiff's Motion to Set Reimbursement of Common Benefit Expenses for Hearing (Rec. Doc. 21544) and the Claims Administrator's Motion for Order Setting Procedure for Attempted Liens Against Attorneys' Fees (Rec. Doc. 21567).

IT IS ORDERED that these shall be set for hearing in open court, WITH ORAL ARGUMENT, on August 21, 2009, at 9 a.m.

New Orleans, Louisiana, this 7th day of August, 2009.

                                            /s/ Eldon E. Fallon
                                            UNITED STATES DISTRICT JUDGE