# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

Carol Allen Gary Burcham for the Estate of Otha
White; Melissa Bush for the Estate of Virginia Ilene
Peyton; Janette Cordero, individually and for the Estate
of Jose Luis Cordero, Jr.; Barry N. Gaddie for the
Estate of Ina Dowell Gaddie; Joan Graybill,
individually and for the Estate of Casper B. Graybill;
Beverly C. Hall, individually and for the Estate of
Evelyn Collins; Teresa Harrington, individually and for
the Estate of Harvey Harrington; Marie Herrera for the
Estate of Janet Hill; Lisa Johnson for the Estate of Boyd
Parrish; Alexander McPhaul, individually and for the
Estate of Mary McPhaul; Jeffrey Middlemiss for the
Estate of Keith Middlemiss; Karen Overstreet,
individually and for the Estate of Ralph Overstreet;
Priscilla Stone Parrish; John Phillips, individually and
for the Estate of Rebecca Phillips; Tina Pouncil for the
Estate of Willie S. Clay; Sarita Rivera for the Estate of
Diana Hidalgo; Toby Rothberger, individually and for
the Estate of Ellen Rothberger; Jeanne Scribner,
individually and for the Estate of Charles Scribner;
Allan Slade for the Estate of Bernice Oxner; Murdis
Small for the Estate of Emma Lou Rhymes; Sharon
Watts, individually for the Estate of Charles Watts;
John White, individually and for the Estate of
Marguerite            White; Regina Knight
Williams, individually and for the Estate of Revenell
Williams; and Sherry Wood for the Estate of Jacqueline
Matiyosus

          Plaintiff(s),

v.

MERCK & CO., INC.,

          Defendant(s).

DOCKET NO.  06-6437

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiff Janette Cordero, individually and as representative of the Estate of Jose Louis Cordero, Jr., against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, with each party to bear its own costs.

Turner W. Branch
Richard A. Sandoval
BRANCH LAW FIRM, L.L.P.
Attorneys for Plaintiffs
808 Travis, Suite 1553
Houston, TX 77002
(505) 243-3500 Telephone
(505)243-3534 Facsimile

Dated: 2/27/08

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co, Inc.

Dated: 8-7-09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of August, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.