**Exhibit A**
**PTO No. 28 *Lone Pine* No. 9**
*(Cases Ripe for Dismissal)*

|  | **Plaintiff** | **Counsel** | **Caption** | **Case No.** |
|---|---|---|---|---|
| 1. | Wray, Edward T | Bowersox Law Firm, P.C. | Coleman, William v. Merck & Co., Inc. | 2:05-cv-04446-EEF-DEK |
| 2. | Bonilla, Ramon | Brown Chiari LLP | Bonilla, Norma J. v. Merck & Co., Inc. | 2:07-cv-02014-EEF-DEK |
| 3. | Caraker, Patricia E | Carey & Danis, LLC | Hale, Arthur v. Merck & Co., Inc. | 2:05-cv-02579-EEF-DEK |
| 4. | Gaston, Wilma J | Carey & Danis, LLC | Neal, Lavona v. Merck & Co., Inc. | 2:05-cv-02928-EEF-DEK |
| 5. | Luttrall, Gail | Carey & Danis, LLC | Bailey, Shirley v. Merck & Co., Inc. | 2:05-cv-03414-EEF-DEK |
| 6. | Reddel, Mark | Carey & Danis, LLC | McGhee, Edna v. Merck & Co., Inc. | 2:05-cv-02573-EEF-DEK |
| 7. | Smith, Sharon I | Carey & Danis, LLC | Likins, George v. Merck & Co., Inc. | 2:06-cv-00787-EEF-DEK |
| 8. | Connors, Jeanette A | Cellino & Barnes, P.C. | Connors, Jeanette v. Merck & Co., Inc. | 2:06-cv-01190-EEF-DEK |
| 9. | Kwiek, Mary | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 10. | Granier, Arthur C | Hingle, Michael and Associates | Charpentier, Matt D. v. Merck & Co., Inc. | 2:05-cv-04458-EEF-DEK |
| 11. | Sullivan, Sidney E | Langston & Langston, PLLC | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK |
| 12. | West, Alice | Langston & Langston, PLLC | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK |
| 13. | Pompey, Elvia H | Lopez, McHugh LLP | Pompey, Elvia v. Merck & Co., Inc. | 2:05-cv-03606-EEF-DEK |
| 14. | Lester, Lisa R | McGraw Law Offices | Brumfield, Donald v. Merck & Co., Inc. | 2:07-cv-01407-EEF-DEK |
| 15. | Phillips, Christian L | McGraw Law Offices | Brumfield, Donald v. Merck & Co., Inc. | 2:07-cv-01407-EEF-DEK |

Exhibit A to 9th Lone Pine motion
*987758v.1*

|     | **Plaintiff**          | **Counsel**                          | **Caption**                              | **Case No.**              |
| --- | ---------------------- | ------------------------------------ | ---------------------------------------- | ------------------------- |
| 16. | Clark, Cheryl A        | Miller Firm, LLC, The (PA)           | Bailey, Isolina v. Merck & Co., Inc.     | 2:06-cv-05982-EEF-DEK     |
| 17. | Buchanan, Connie       | Natale, II, Frank A., Law Office of  | Green, Barry v. Merck & Co., Inc.        | 2:05-cv-01114-EEF-DEK     |
| 18. | Green, Barry           | Natale, II, Frank A., Law Office of  | Green, Barry v. Merck & Co., Inc.        | 2:05-cv-01114-EEF-DEK     |
| 19. | Moyer, Dorothy J       | Natale, II, Frank A., Law Office of  | Green, Barry v. Merck & Co., Inc.        | 2:05-cv-01114-EEF-DEK     |
| 20. | Williams, Curtis L     | Weitz & Luxenberg, P.C.              | Williams, Rahnee v. Merck & Co., Inc.    | 2:06-cv-10181-EEF-DEK     |
| 21. | Schneller, James D.    | *Pro Se*                             | Schneller, James D. v. Merck & Co., Inc  | 2:05-cv-05382-EEF-DE      |