**Exhibit B**
*(Motion to Withdraw Pending)*

| Plaintiff | Counsel | Caption | Case No. |
|---|---|---|---|
| McCreadie, Marsha | Weiner Carroll & Strauss | Gomez, Camille v. Merck & Co., Inc. | 2:06-cv-01512-EEF-DEK |