**Exhibit C**
*(Pro Se – Previously Represented))*

|  | Plaintiff | Caption | Case No. |
|---|---|---|---|
| 1. | Ada-Lindsey, Janice | Ada Lindsey, Janice v. Merck & Co., Inc. | 2:05-cv-05867-EEF-DEK |
| 2. | Bjornson, Bambi | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 3. | Cardinal McQuery, Jean | Cardinal McQuery, Jean v. Merck & Co., Inc. | 2:07-cv-00861-EEF-DEK |
| 4. | Carney, Karen L | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 5. | Chapel, Marchell L | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 6. | Clark, Fred | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 7. | Cochran, John O | Cochran, John O. v. Merck & Co., Inc. | 2:05-cv-01795-EEF-DEK |
| 8. | Danek, Constance C | Danek, Carl v. Merck & Co., Inc. | 2:07-cv-00819-EEF-DEK |
| 9. | Farmer, Alice | Farmer, Alice v. Merck & Co., Inc. | 2:07-cv-00785-EEF-DEK |
| 10. | Ferguson, K. B | Ferguson, K. B. v. Merck & Co., Inc. | 2:05-cv-04719-EEF-DEK |
| 11. | Fields, Jayn | Fields, Jayn v. Merck & Co., Inc. | 2:07-cv-00762-EEF-DEK |
| 12. | Fortune, Carol | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |
| 13. | Gaines, William | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 14. | Hale, Julia | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 15. | Herrick, Betty | Herrick, Betty v. Merck & Co., Inc. | 2:05-cv-04603-EEF-DEK |

Exhibit C to 9th Lone Pine Motion
987757v.1

|  | **Plaintiff** | **Caption** | **Case No.** |
|---|---|---|---|
| 16. | Huff, Michele J | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 17. | Johnson, Reba | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 18. | Killman, Brian | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 19. | Messenger, Raymond | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 20. | Montgomery, James D | Montgomery, James v. Merck & Co., Inc. | 2:06-cv-05581-EEF-DEK |
| 21. | Morrell, Janice F | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 22. | Petrash, Barbara D | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 23. | Porter, Tammantha L | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 24. | Shaw, Shirley F | Shaw, Shirley F. v. Merck & Co., Inc. | 2:06-cv-09405-EEF-DEK |
| 25. | Smith, Lavoid | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 26. | Starks, Lula | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 27. | Thompson, Beverly J | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |
| 28. | Trimble, Sandinia A | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |
| 29. | Yaggie, Lana M | Yaggie, Lana v. Merck & Co., Inc. | 2:06-cv-00751-EEF-DEK |

Exhibit C to 9th Lone Pine Motion
987757v.1