MDL-1657

LexisNexis

March 23, 2010

Justin Swaim
Stone Pigman Walther Wittmann LLC
546 Carondelet St
New Orleans, LA 70130




**RE: LexisNexis File & Serve Transaction No. 29812238**

Dear Customer:

The following information for LexisNexis File & Serve Transaction 29812238 reflects the details of the transaction contained in the File & Serve system as of March 23, 2010 11:36:34 AM CDT.

Catherine Molony, authorized by Dorothy H Wimberly, submitted Transaction 29812238 on March 01, 2010 04:17:26 PM CST to LA US District Court Eastern District E-Service-Vioxx, via LexisNexis File & Serve for the following cases:

| Case Number | Case Name | Division | Judge |
|---|---|---|---|
| 2:08cv00876 | Lockhart vs Merck & Co Inc | | Louisiana Vioxx Judge |
| 2:08cv4378 | Camejo, Aida vs Merck & Co Inc | | Louisiana Vioxx Judge |
| 2:08cv4377 | Rosario, Felipe Del vs Merck & Co Inc | | Louisiana Vioxx Judge |
| 2:08cv4376 | Langley, Elba vs Merck & Co Inc | | Louisiana Vioxx Judge |
| 2:08cv04639 | Smith, Larry L vs Merck & Co Inc | | Louisiana Vioxx Judge |
| 2:09cv04373 | Hurst, Sandra vs Riley et al | | Louisiana Vioxx Judge |
| 2:09cv06864 | Donnelly, Peter et al vs Merck & Co Inc | | Louisiana Vioxx Judge |
| 2:09cv07648 | Nestor, James vs Merck & Co Inc | | Louisiana Vioxx Judge |

The Transaction contained 3 documents titled as follows:

| ID | Document | Pages |
|---|---|---|
| 37583087 | Defendant's Eighth Motion, Rule and Incorporated Memorandum to Show Cause why Cases Should Not Be Dismissed with Prejudice for Failure to Comply with the Requirements of PTO 29 | 7 |
| 37583089 | Proposed Order | 1 |



| ID | Document | Pages |
|---|---|---|
| 37583088 | Ex A | 1 |

The above-mentioned documents within this Transaction were sent to the following 20 recipients:

| Attorney | Party | Notice Type | Delivery Method | Delivery Status |
|---|---|---|---|---|
| Beasley Allen Crow Methvin Portis & Miles PC<br>Andy D Birchfield | Plaintiffs Liaison Counsel<br>Plaintiff | Service | E-Service | Delivered |
| Dechert LLP-Philadelphia<br>Dimitrios Mavroudis/973004 | Merck & Co Inc<br>c/o William B Hill, Esq.<br>600 Peachtree Street, NE Ste. 2400<br>Atlanta, GA 30308<br>Defendant | Service | E-Service | Delivered |
| Friday Eldredge & Clark<br>James Simpson | Merck & Co Inc<br>c/o William B Hill, Esq.<br>600 Peachtree Street, NE Ste. 2400<br>Atlanta, GA 30308<br>Defendant | Service | E-Service | Delivered |
| Friday Eldredge & Clark<br>Martin Kasten | Merck & Co Inc<br>c/o William B Hill, Esq.<br>600 Peachtree Street, NE Ste. 2400<br>Atlanta, GA 30308<br>Defendant | Service | E-Service | Delivered |
| Herman Herman Katz & Cotlar LLP<br>Leonard Davis | Plaintiffs Liaison Counsel<br>Plaintiff | Service | E-Service | Delivered |
| Herman Herman Katz & Cotlar LLP<br>Russ Herman | Plaintiffs Liaison Counsel<br>Plaintiff | Service | E-Service | Delivered |
| Hughes Hubbard & Reed LLP-New York<br>Charles W Cohen | Merck & Co Inc<br>c/o William B Hill, Esq.<br>600 Peachtree Street, NE Ste. 2400<br>Atlanta, GA 30308<br>Defendant | Service | E-Service | Delivered |
| Hughes Hubbard & Reed LLP-New York<br>Wilfred P Coronato | Merck & Co Inc<br>c/o William B Hill, Esq.<br>600 Peachtree Street, NE Ste. 2400<br>Atlanta, GA 30308<br>Defendant | Service | E-Service | Delivered |
| McCranie Sistrunk Anzelmo Hardy McDaniel & Welch<br>Catherine Michelle Shelly Williams | Defendants Liaison Counsel<br>Defendant | Service | E-Service | Delivered |



| Attorney | Party | Notice Type | Delivery Method | Delivery Status |
|---|---|---|---|---|
| Seeger Weiss LLP<br>Christopher Seeger | Plaintiffs Liaison Counsel<br>Plaintiff | Service | E-Service | Delivered |
| Stanley Reuter Ross Thornton & Alford LLC<br>Bryan C Reuter | Merck & Co Inc<br>c/o William B Hill, Esq.<br>600 Peachtree Street, NE Ste. 2400<br>Atlanta, GA 30308<br>Defendant | Service | E-Service | Delivered |
| Stanley Reuter Ross Thornton & Alford LLC<br>Richard C Stanley | Merck & Co Inc<br>c/o William B Hill, Esq.<br>600 Peachtree Street, NE Ste. 2400<br>Atlanta, GA 30308<br>Defendant | Service | E-Service | Delivered |
| Stanley Reuter Ross Thornton & Alford LLC<br>Thomas P Owen | Merck & Co Inc<br>c/o William B Hill, Esq.<br>600 Peachtree Street, NE Ste. 2400<br>Atlanta, GA 30308<br>Defendant | Service | E-Service | Delivered |
| Trenam Kemker<br>Amy L Drushal | Smith, Larry L<br>Plaintiff | Service | E-Service | Delivered |
| Trenam Kemker<br>John D Goldsmith | Smith, Larry L<br>Plaintiff | Service | E-Service | Delivered |
| Venable LLP-Baltimore<br>James C Fraser | Merck & Co Inc<br>c/o William B Hill, Esq.<br>600 Peachtree Street, NE Ste. 2400<br>Atlanta, GA 30308<br>Defendant | Service | E-Service | Delivered |
| Venable LLP-Baltimore<br>Stephen E Marshall | Merck & Co Inc<br>c/o William B Hill, Esq.<br>600 Peachtree Street, NE Ste. 2400<br>Atlanta, GA 30308<br>Defendant | Service | E-Service | Delivered |
| Venable LLP-Towson<br>Paul F Strain | Merck & Co Inc<br>c/o William B Hill, Esq.<br>600 Peachtree Street, NE Ste. 2400<br>Atlanta, GA 30308<br>Defendant | Service | E-Service | Delivered |
| Weykamp, Paul A<br>Paul A Weykamp | Lockhart, Jimmy<br>Plaintiff | Service | E-Service | Delivered |
| Womble Carlyle Sandridge & Rice PLLC-Winston-Salem<br>Susan J Giamportone | Merck & Co Inc<br>c/o William B Hill, Esq.<br>600 Peachtree Street, NE Ste. 2400<br>Atlanta, GA 30308<br>Defendant | Service | E-Service | Delivered |



Should you have any questions about the details of the Transaction as stated above, please contact Customer Support at 1-888-529-7587.

Sincerely,
LexisNexis, a division of Reed Elsevier, Inc.