UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, | * * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
|     Plaintiff, | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| versus | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
|     Defendant. | * | |
| | * | |
| Case No. 05-3700. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MERCK & CO., INC.'S MOTION AND INCORPORATEDMEMORANDUM FOR LEAVE TO FILE SURREPLY

      Defendant Merck & Co., Inc. ("Merck"), through undersigned counsel, hereby moves the Court for entry of an order granting it leave to file the attached Sur-Reply in Opposition to Plaintiff's Motion to Compel Defendant Merck, Inc. to Produce Documents Previously Produced to the Government and with Respect to Related Litigation (hereinafter "Plaintiff's Motion"), to address briefly a number of misstatements contained in plaintiff's reply brief.

                                                        Respectfully submitted,

                                                        */s/ Dorothy H. Wimberly*
                                                        Phillip A. Wittmann, 13625
                                                        Dorothy H. Wimberly, 18509
                                                        Stone Pigman Walther Wittmann, L.L.C.
                                                        546 Carondelet Street
                                                        New Orleans, LA  70130
                                                        Defendants' Liaison Counsel

1

And

Benjamin R. Barnett
Eben S. Flaster
Joshua G. Schiller
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104

Attorneys for Merck & Co., Inc.
**C**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of August, 2009.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

987747v.1