UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX   Products Liability Litigation | * * * |
| This Document Relates to: | * MDL No. 1657 * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, | * SECTION L * |
| | * JUDGE ELDON E. FALLON |
| Plaintiff, | * |
| | * MAGISTRATE JUDGE |
| versus | * KNOWLES * |
| MERCK & CO., INC., | * * |
| Defendant. | * * |
| Case No. 05-3700. | * * |

* * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Motion and Incorporated Memorandum for Leave to File Surreply,

IT IS ORDERED that Defendant Merck & Co., Inc. be and it hereby is granted leave to file the attached Sur-Reply in Opposition to Plaintiff's Motion to Compel Defendant Merck, Inc. to Produce Documents Previously Produced to the Government and with Respect to Related Litigation.

NEW ORLEANS, LOUISIANA this ____ day of August, 2009.

_____
DISTRICT JUDGE

1

987749v.1