```
                                                                FILED
                                                         U.S. DISTRICT COURT
                                                       EASTERN DISTRICT OF LA
```

UNITED STATES DISTRICT COURT     2009 AUG 10 PM 2:00
EASTERN DISTRICT OF LOUISIANA

                                                                                                                   LORETTA G. WHYTE

| | | |
|---|---|---|
| JAMES ZAFIRATOS | * | In re: VIOXX PRODUCTS |
| | * | LIABILITY LITIGATION |
| PLAINTIFF, | * | MDL Docket No. 1657 |
| | * | |
| v. | * | CASE NO. 05-4150 |
| | * | |
| MERCK & CO., INC. a foreign | * | SECTION L - DIVISION 3 |
| Corporation, | * | |
| | * | JUDGE ELDON E. FALLON |
| DEFENDANT. | * | MAGISTRATE JUDGE |
| | * | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff JAMES ZAFIRATOS in the above-captioned case be and are hereby dismissed without prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 10 day of Aug, 2008.

                                                ELDON E. FALLON
                                                UNITED STATES DISTRICT JUDGE