UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SANDRA HURST | * | CIVIL ACTION: 09-4373 |
| | * | |
| VERSUS | * | SECTION "L" |
| | * | |
| MICHAEL D. RILEY, CONTINENTAL | * | MAGISTRATE "3" |
| CASUALTY COMPANY AND | * | |
| MERCK & CO., INC. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, **SANDRA HURST**, who without waiving and specifically reserving all state court rights and remedies herein, files this Motion to Remand in the above-styled matter.

MERCK & CO., INC.'s Notice of Removal is improper procedurally and jurisdictionally. To begin with not all properly joined and served defendants consented to the removal as required by Federal law. Specifically, defendants Michael D. Riley and Continental Casualty Company have been properly served and did not consent to the removal. Next, defendants failed to establish that diversity exists. Michael D. Riley and Continental Casualty Company are the proper defendants despite the contentions of Merck & Co., Inc. as this a primarily a legal malpractice action with an alternative allegation that in the unlikely event plaintiff may still timely file suit for her personal injuries due to the ingestion of the Vioxx medication she can still timely file a claim against Merck & Co., Inc.  There is no diversity jurisdiction as required to pursue this action in accordance with 28 U.S.C.§1332.

For these reasons and the reasons more fully set forth in Plaintiff's Memorandum in Support of Motion to Remand, Plaintiff requests that this matter be remanded to the Civil District Court for the Parish of Orleans, State of Louisiana, Civil Docket No.: 09-5852 Division D for all

further proceedings. Plaintiff further requests an award for attorney's fees in an amount deemed appropriate by this Honorable Court for having to prepare and file this motion.

Respectfully Submitted,

s/Robert J. Caluda
ROBERT J. CALUDA
La. Bar No. 3804
Attorney for Plaintiff
The Caluda Law Firm
3232 Edenborn Avenue
Metairie, Louisiana 70002
Telephone: (504)586-0361
Facsimile: (504) 522-5161
rcaluda@rcaluda.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2009 a copy of the foregoing Motion to Remand was submitted to the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel in this matter.

s/Robert J. Caluda
ROBERT J. CALUDA