🖻 - *Click the drill down icon to view detailed return information*

### Service Detail

| | |
|---|---|
| **Serial #** | 3 |
| **Service Code** | C/P |
| **Description** | Citation & Petition |
| **Attorney** | Caluda, Robert |
| **Date Released for Service** | 6/9/2009 |
| **Amount** | $20.00 |
| **Balance Due** | $0.00 |

### Paper Information

| | | | |
|---|---|---|---|
| **Name** | MICHAEL D. RILEY | **Street** | 833 Baronne St |
| **Assigned Deputy** | Maitre, Charles | **City** | NEW ORLEANS |
| **Due Date** | | **State** | LA |
| **Returned** | Yes | **Zip** | 70113 |

### Returns

| Date | Time | Returned | Status | Deputy | Address Served | Comments |
|---|---|---|---|---|---|---|
| 🖻 6/10/2009 | | Yes | Personal | Greco, Jerry | 833 Baronne St NEW ORLEANS, LA 70113 | KELLY ENGOLIA |
| 🖻 6/10/2009 | | No | Transfer to Deputy | Maitre, Charles | 833 Baronne St NEW ORLEANS, LA 70113 | Tmsf: From Maitre, Charles To Greco, Jerry A Exp: Returned by Different Deputy |

Back to Case Summary



PLAINTIFF'S EXHIBIT A

*Click the drill down icon to view detailed return information*

### Service Detail

| | | | |
|---|---|---|---|
| Serial # | 1 | Date Released for Service | 6/9/2009 |
| Service Code | C/P | Amount | $20.00 |
| Description | Citation & Petition | Balance Due | $0.00 |
| Attorney | Caluda, Robert | | |

### Paper Information

| | |
|---|---|
| Name | CONTINENTAL CASUALTY COMPANY THRU SECY OF STATE |
| Assigned Deputy | East Baton Rouge, Sheriff of |
| Due Date | |
| Returned | Yes |

Street 8585 ARCHIVES AV
City   BATON ROUGE
State  LA
Zip

### Returns

| Date | Time | Returned | Status | Deputy | Address Served | Comments |
|---|---|---|---|---|---|---|
| 6/15/2009 | | Yes | Personal | East Baton Rouge, Sheriff of | 8585 ARCHIVES AV BATON ROUGE, LA | THRU JULIE NESBITT |

Back to Case Summary