# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SANDRA HURST** | * | **CIVIL ACTION: 09-4373** |
| | * | |
| **VERSUS** | * | **SECTION "L"** |
| | * | |
| **MICHAEL D. RILEY, CONTINENTAL** | * | **MAGISTRATE "3"** |
| **CASUALTY COMPANY AND** | * | |
| **MERCK &  CO., INC.** | * | |

*********************************************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that plaintiff, Sandra Hurst will bring her Motion to Remand

as a Matter of Law for hearing on the 26th day of August, 2009 at 9:00 o'clock a.m.

_____
U. S DISTRICT JUDGE ELDON E. FALLON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SANDRA HURST** | * | **CIVIL ACTION: 09-4373** |
| | * | |
| **VERSUS** | * | **SECTION "L"** |
| | * | |
| **MICHAEL D. RILEY, CONTINENTAL** | * | **MAGISTRATE "3"** |
| **CASUALTY COMPANY AND** | * | |
| **MERCK &  CO., INC.** | * | |

**************************************************************************

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that plaintiff, Sandra Hurst will bring her Motion to Remand

as a Matter of Law for hearing on the 26th day of August, 2009 at 9:00 o'clock a.m.

_____

U. S DISTRICT JUDGE ELDON E. FALLON