UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS  LIABILITY LITIGATION  **This document relates to All Cases** | CIVIL ACTION  NO. 2:05-MD-01657-EEF-DEK  SECTION L  JUDGE ELDON E. FALLON  DIVISION 3  MAGISTRATE DANIEL E. KNOWLES III |

**VIOXX LITIGATION CONSORTIUM'S**
**EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser (collectively, the "Vioxx Litigation Consortium"), through their counsel of record, bring this motion and request that this Court enter an Order enrolling the following attorneys as additional counsel of record on their behalf:

> John J. McKetta, III (Texas Bar No. 13711500)
>   E-mail:  mmcketta@gdhm.com
> Boyce C. Cabaniss (Texas Bar No. 03579950)
>   E-mail:  bcabaniss@gdhm.com
> Matthew B. Baumgartner (Texas Bar No. 24062605)
>   E-mail: mbaumgartner@gdhm.com
> GRAVES DOUGHERTY HEARON & MOODY
> A Professional Corporation
> 401 Congress Avenue, Suite 2200

{N2024975.1}

Austin, TX  78701
Telephone:  (512) 480-5600
Facsimile:  (512) 480-5816

Respectfully submitted,

/s/ Eric Michael Liddick
HARRY S. HARDIN III (# 6540)
MADELEINE FISCHER (# 5575)
ERIC MICHAEL LIDDICK (# 31237)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone:     (504) 582-8208
Facsimile:      (504) 589-8208


/s/ Matthew Baumgartner
John J. McKetta, III (Texas Bar No. 13711500)
Boyce C. Cabaniss (Texas Bar No. 03579950)
Matthew B. Baumgartner (Texas Bar No. 24062605)
GRAVES DOUGHERTY HEARON & MOODY
A Professional Corporation
401 Congress Avenue, Suite 2200
Austin, TX  78701
Telephone:  (512) 480-5600
Facsimile:  (512) 480-5816
E-mail:  mmcketta@gdhm.com
E-mail:  bcabaniss@gdhm.com
E-mail: mbaumgartner@gdhm.com

*Attorneys for Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser ("Vioxx Litigation Consortium")*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced

in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on August 12, 2009.

/s/ Eric Michael Liddick
ERIC MICHAEL LIDDICK