UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS<br>          LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

### ORDER

Considering the foregoing Ex Parte Motion to Enroll Additional Counsel of Record filed by Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser (collectively, the "Vioxx Litigation Consortium");

IT IS HEREBY ORDERED that the Ex Parte Motion to Enroll Additional Counsel of Record be GRANTED and that the following attorneys are to enrolled as additional counsel of record for the Vioxx Litigation Consortium in the above-captioned cause:

    John J. McKetta, III (Texas Bar No. 13711500)
    Boyce C. Cabaniss (Texas Bar No. 03579950)
    Matthew B. Baumgartner (Texas Bar No. 24062605)
    GRAVES DOUGHERTY HEARON & MOODY
    A Professional Corporation
    401 Congress Avenue, Suite 2200

Austin, TX  78701
Telephone:  (512) 480-5600
Facsimile:  (512) 480-5816

New Orleans, Louisiana, this _____ day of _____, 2009.

                                                      HONORABLE ELDON E. FALLON
                                                     UNITED STATES DISTRICT JUDGE