

VIA FACSIMILE and Certified U.S. Mail

August 12, 2009

Eldon E. Fallon
United States District Judge
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

Re: Vioxx Case #BC 340272
    For Louis Ross (Deceased)

Your Honor:

As per the US Post Office confirmation receipt, our correspondence of August 7, 2009 was received by you on August 11, 2009 at 8:46 am.

Included in that mailing is a letter from Girardi Keese advising us for the first time that our case had been found Not Eligible. This letter was received on July 28, 2009. The Federal Express receipt showing dates delivered (July 27, 2009) and dates received July 28, 2009) is also attached.

Girardi Keese does not give us the option to appeal which is contrary to the terms of the Settlement Agreement. Furthermore, they state that they do not wish to represent us any longer.

This proves what we have tried to communicate to you via several letters. They have misrepresented us and acted in "Bad Faith".

<u>Your Court presides over the Vioxx Settlement Program.</u>

The Independent review and report from Cardiologist Stephen Berens attesting to a Myocardial Infarction in March 2003 pertains to the Medical records that were supposed to have been reviewed by the Committee.

In the process of reviewing the medical records the Committee failed to properly examine such records.

Girardi Keese has repeatedly insisted that we sign Future Evidence Stipulations which would take away our right to appeal the claim in the Program.

Girardi Keese has failed to return several telephone calls we have placed to their firm.

<u>We responded to their letter received on July 28, 2009 informing them and the Claims Administrator that we wish to appeal the case under the terms of the Program. This letter was also mailed directly to the Claims Administrator.</u>

<u>They continue to ignore our request for an Appeal.</u>

As the Judge presiding over this matter you are responsible to ascertain that Attorneys act properly and abide by the terms of the Agreement. That they notify their clients in a timely manner and that they properly advise them as to the different options such as the option to appeal.

Sincerely,

*Vivian Ross*

Vivian Ross (Daughter of deceased Claimant Louis Ross)