VIA FACSIMILE Aand Certified U.S. Mail

August 12, 2009

Attn: Thomas Girardi
Girardi Keese Lawyers
1126 Wilshire Boulevard
Los Angeles, CA  90017

From: Vivian Ross

Re: Ross vs. Merck
Vioxx Case #BC 340272

You have ignored our request for an appeal.

You failed to notify us in a timely manner concerning the Notice of Inegibility from the Committee.

You have failed to inform us about our right to appeal under the terms of the Agreement.

You have furthermore insisted on our signing the Future Evidence Stipulations which would take away our right to appeal.

The report from Cardiologist Stephen Berens **is not new evidence**. His review and opinion pertain to the Medical records that were improperly reviewed by the Committee. These are medical records that have been in the possession of the Committee for over two years.

*Vivian Ross*