UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to ALL Cases* | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |

**************************************************************************

**JOINT MOTION BY THE PSC AND MERCK & CO. SEEKING THE COURT'S ACCEPTANCE OF AN AMENDMENT TO THE 468B QUALIFIED SETTLEMENT FUND**

The PSC and Merck hereby move to ask the Court to accept an amendment to the 468B Qualified Settlement Fund. This Motion has been agreed to by the Escrow Agent, U.S. Bank.

On February 10, 2009, this Court entered an Order approving the establishment of the 468B Qualified Settlement Fund ("QSF") in connection with the settlement program announced by the Negotiating Plaintiffs Committee ("NPC") and Merck on November 9, 2007. Paragraph 5.3 of the QSF states that the Fund Administrator shall invest and reinvest the assets of the Funds "in a manner designed to preserve the accrued income and principal of the Funds for the purposes set forth" in the QSF without reference to the Escrow Agreement. For the purposes of clarity, Merck & Co., U.S. Bank and the NPC have agreed to amend the Escrow Agreement to make it clear that the Escrow Agent shall invest the assets of the Funds in accordance with the terms of the Escrow Agreement and the PSC asks the Court to accept an amendment to the QSF to make the Escrow Agreement and the QSF consistent.

For the foregoing reasons, the PSC and Merck respectfully ask the Court to accept an amendment to the QSF so that Paragraph 5.3 would read as follows:

> "5.3 Preservation of Principal. Notwithstanding any other provision in the Funds, the Fund Administrator shall at all times hold, manage, invest and reinvest the assets of the Funds *in the manner prescribed in the Escrow Agreement*. (Emphasis Added.)

988010v.1

Respectfully submitted,

| | |
|---|---|
| */s/ Leonard A. Davis* | */s/ Dorothy H. Wimberly* |
| Russ M. Herman (Bar No. 6819) | Phillip A. Wittmann (Bar No. 13625) |
| Leonard A. Davis (Bar No. 14190) | Dorothy H. Wimberly (Bar No. 18509) |
| ***Herman, Herman, Katz & Cotlar, LLP*** | Carmelite M. Bertaut (Bar No. 3054) |
| 820 O'Keefe Avenue | ***Stone Pigman Walther Wittmann L.L.C.*** |
| New Orleans, LA  70113 | 546 Carondelet Street |
| PH:  (504) 581-4892 | New Orleans, LA  70130-3588 |
| FAX:  (504) 561-6024 | PH:    (504) 581-3200 |
| | FAX:  (504) 581-3361 |
| **Plaintiffs' Liaison Counsel** | **Defendants' Liaison Counsel** |

988010v.1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Joint Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13th day of August, 2009.

                                          */s/ Dorothy H. Wimberly*
                                          Dorothy H. Wimberly, 18509
                                          STONE PIGMAN WALTHER WITTMANN L.L.C.
                                          546 Carondelet Street
                                          New Orleans, Louisiana  70130
                                          Phone:  504-581-3200
                                          Fax:     504-581-3361
                                          dwimberly@stonepigman.com

988010v.1