# Exhibit A

|    | Docket Number | Case Name | *Pro Se* Plaintiff Name | Last Known Address |
|----|---------------|-----------|-------------------------|--------------------|
| 1  | 2:05-cv-03891-EEF-DEK | Abundiz, Elvira v. Merck & Co., Inc. | Abundiz, Elvira | 5813 Linares<br>Brownsville, TX 78521 |
| 2  | 2:06-cv-09157-EEF-DEK | Adams, Jessica C. v. Merck & Co., Inc. | Adams, Jessica C | 7755 Bay Cedar Drive<br>Orlando, FL 32835 |
| 3  | 2:06-cv-01970-EEF-DEK | Coleman, James v. Merck & Co., Inc. | Anderson, David L | 643 Grandview<br>Bismarck, MO 63624 |
| 4  | 2:05-cv-04445-EEF-DEK | Arthur, Byron v. Merck & Co., Inc. | Arthur, Byron | 17673 SW Richmond Way<br>Beaverton, OR 97006 |
| 5  | 2:06-cv-00957-EEF-DEK | Bailey, Patricia A. v. Merck & Co., Inc. | Bailey, Patricia | 200 Junior Deputy<br>Little Rock, AR 722201 |
| 6  | 2:05-cv-00538-EEF-DEK | Lassig, Leonard v. Merck & Co., Inc. | Baldoni, Eugene M | 11545 Carson<br>Lakewood, CA 90715 |
| 7  | 2:05-cv-03585-EEF-DEK | Barnett, Boykin v. Merck & Co., Inc. | Barnett, Boykin | 4160 E. 102<br>Cleveland, OH 44105 |
| 8  | 2:05-cv-01152-EEF-DEK | Rasco, Loma E. v. Merck & Co., Inc. | Battaglia, Gary J | 20114 Indigo Lake Drive<br>Magnolia, TX 77355 |
| 9  | 2:05-cv-04195-EEF-DEK | Benoit, Earline v. Merck & Co., Inc. | Benoit, Earline C | 125 Romero Road<br>Youngsville, LA 70592 |
| 10 | 2:05-cv-04420-EEF-DEK | Baudry, Allen v. Merck & Co., Inc. | Bertrand, Marcus | 927 Patricia Road<br>Rayne, LA 70578 |
| 11 | 2:05-cv-02351-EEF-DEK | Adams, Marchelle S. v. Merck & Co., Inc. | Blevins, Daniel | 208 Challenger Court<br>Chillicothe, OH 45601 |
| 12 | 2:05-cv-05822-EEF-DEK | Allison, Patricia v. Merck & Co., Inc. | Boyd, Brian R | 2308 SE 139th<br>Portland, OR 97233 |
| 13 | 2:05-cv-03478-EEF-DEK | Brant, Thomas v. Merck & Co., Inc. | Brant, Thomas W | 2389 Trentwood Drive<br>Warren, OH 44484 |
| 14 | 2:05-cv-04420-EEF-DEK | Baudry, Allen v. Merck & Co., Inc. | Brasseaux, Wayne S | 957 Emar Drive<br>Church Point, LA 70525 |
| 15 | 2:05-cv-02328-EEF-DEK | Bradford, Annie v. Merck & Co., Inc. | Burley, Gregory A | 4812 Stoneham Ct.<br>Middletown, OH 45042 |
| 16 | 2:05-cv-04398-EEF-DEK | Burnham, Diana R. v. Merck & Co., Inc. | Burnham, Diana R | 517 East 22nd<br>Post Falls, ID 83854 |
| 17 | 2:06-cv-01971-EEF-DEK | Ruzicka, Robert v. Merck & Co., Inc. | Byrd, Sonja | 3708 Nottingham Drive<br>S1. Charles, MO 63303 |
| 18 | 2:05-cv-04116-EEF-DEK | Carroll, William P. v. Merck & Co., Inc. | Carroll, William P | 4600 NE Kingston Drive<br>Lees Summit, MO 64064 |
| 19 | 2:05-cv-02946-EEF-DEK | Ivers, Deloris v. Merck & Co., Inc. | Chute, Martha C | 46 1st Street<br>New Lexington, OH 43764 |
| 20 | 2:05-cv-05822-EEF-DEK | Allison, Patricia v. Merck & Co., Inc. | Coalson, Mary L | 6170 Sw Erickson Ave.<br>Beaverton, OR 97008 |
| 21 | 2:06-cv-02101-EEF-DEK | Adams, Shirley v. Merck & Co., Inc. | Collier, Andrea | 3901 Alberta Ave, Apt 1W<br>St. Louis, MO 63116 |
| 22 | 2:05-cv-01538-EEF-DEK | Crumley, Danny H. v. Merck & Co., Inc. | Crumley, Danny H | 131 Owen Medford Rd<br>Tifton, GA 31794 |
| 23 | 2:05-cv-05822-EEF-DEK | Allison, Patricia v. Merck & Co., Inc. | Cushman, Margo J | 1381 Ave U<br>Seaside, OR 97138 |

| | Docket Number | Case Name | *Pro Se* Plaintiff Name | Last Known Address |
|---|---|---|---|---|
| 24 | 2:05-cv-05768-EEF-DEK | Bryant, Bardy v. Merck & Co., Inc. | Day, Chester | 335 Reams Church Road<br>Cub Run, KY 42729 |
| 25 | 2:06-cv-11047-EEF-DEK | Dooley, Ronald v. Merck & Co., Inc. | Dooley, Julia D | 6316 South Johnson St<br>Littleton, CO 80123 |
| 26 | 2:05-cv-03511-EEF-DEK | Dorney, Michael v. Merck & Co., Inc. | Dorney, Michael | 6025 Torolo Dr.<br>Loweville, OH 44436 |
| 27 | 2:06-cv-01971-EEF-DEK | Ruzicka, Robert v. Merck & Co., Inc. | Dotson, Shawn | P.O. Box 211<br>Bland, MO 65014 |
| 28 | 2:06-cv-01970-EEF-DEK | Coleman, James v. Merck & Co., Inc. | Dowell-Druffel, Robin | 1300 Park Ashwood Dr. Apt. C<br>St. Charles, MO 63304 |
| 29 | 2:05-cv-00545-EEF-DEK | Eberhardt, John P. v. Merck & Co., Inc. | Eberhardt, John P | #1083045<br>1100 F.M. 655 9-1-3<br>Rosharon, TX 77583 |
| 30 | 2:05-cv-05822-EEF-DEK | Allison, Patricia v. Merck & Co., Inc. | Faber, Mary | 7090 SW 68th Ave<br>Portland, OR 97223 |
| 31 | 2:05-cv-00994-EEF-DEK | Flanders, Willie T. v. Merck & Co., Inc. | Flanders, Willie T | 408 Vine Street<br>Dublin, GA 31021 |
| 32 | 2:06-cv-10262-EEF-DEK | Gilley, Glen E. v. Merck & Co., Inc. | Gilley, Glen E | 2805 Huntleigh Drive<br>Oklahoma City, OK 73120 |
| 33 | 2:05-cv-05822-EEF-DEK | Allison, Patricia v. Merck & Co., Inc. | Gonzalez, Juvenal | 128 Bradgly St.<br>Woodburn, OR 97971 |
| 34 | 2:05-cv-06356-EEF-DEK | Harger, Wayne S. v. Merck & Co. Inc. | Harger, Wayne S | P.O. Box 307<br>Oakland, OR 97462 |
| 35 | 2:05-cv-02319-EEF-DEK | Bails, Mary A. v. Merck & Co., Inc. | Harris, Richard C | 762 Elm St.<br>Akron, OH 44310 |
| 36 | 2:05-cv-05835-EEF-DEK | Kaufman, Opal v. Merck & Co., Inc. | Hawkins, Charles E | 1435 North Brown Street<br>Milwaukee, WI 53205 |
| 37 | 2:07-cv-08061-EEF-DEK | Hernandez, Martin G. v. Merck & Co., Inc. | Hernandez, Martin G | 2674 Nemaha Way<br>Stockton, CA 95206 |
| 38 | 2:05-cv-05784-EEF-DEK | Hill, Laurie v. Merck & Co., Inc. | Hill, Laurie | 42129 Bayou Narcisse<br>Gonzales, LA 70707 |
| 39 | 2:06-cv-01971-EEF-DEK | Ruzicka, Robert v. Merck & Co., Inc. | High, Armon | 5412 Queens Avenue<br>St. Louis, MO 63115 |
| 40 | 2:05-cv-04331-EEF-DEK | Holliday, John R. v. Merck & Co., Inc. | Holliday, John R | 208 Hickory Lane<br>Winchester, KY 40391 |
| 41 | 2:06-cv-00108-EEF-DEK | Jackson, James v. Merck & Co., Inc. | Jackson, Lela D a.k.a. Darlene Jackson | 1980 NE 11th Court<br>Union, OH 45322 |
| 42 | 2:05-cv-02328-EEF-DEK | Bradford, Annie v. Merck & Co., Inc. | James, George R | 123 Phelps Farm Circle<br>Union, OH 45322 |
| 43 | 2:05-cv-01167-EEF-DEK | Blain, Arthur D. v. Merck & Co., Inc. | Jensen, Lambert | 1040 South 1100 East, #78<br>St. Geroge, UT 84770 |
| 44 | 2:05-cv-04097-EEF-DEK | Jett, James L. v. Merck & Co., Inc. | Jett, James L | P.O. Box 471<br>Irondale, MO 63648 |
| 45 | 2:06-cv-06960-EEF-DEK | Johnson, Dorothy v. Merck & Co., Inc. | Johnson, Dorothy | 17 Peach Street Apt. 16<br>Charleston, MS 38921 |
| 46 | 2:05-cv-02328-EEF-DEK | Bradford, Annie v. Merck & Co., Inc. | Johnson, Pamela M | 653 Ethel Ct 45042<br>Middletown, OH |
| 47 | 2:05-cv-00493-EEF-DEK | McFarland, Leona v. Merck & Co., Inc. | Johnson, Sharon | 4406 Cleopatra Road 38128<br>Memphis, TN |

|    | Docket Number | Case Name | *Pro Se* Plaintiff Name | Last Known Address |
|----|---------------|-----------|-------------------------|--------------------|
| 48 | 2:05-cv-03434-EEF-DEK | Jones, Carol v. Merck & Co., Inc. | Jones, Carol | 2380 South 9th Street<br>Beaumont, TX 7701 |
| 49 | 2:05-cv-05786-EEF-DEK | Jones, Janice v. Merck & Co., Inc. | Jones, Janice | PO Box 54363<br>11021 Plank Road, Apt 2<br>Baton Rouge, LA 70811 |
| 50 | 2:05-cv-04420-EEF-DEK | Baudry, Allen v. Merck & Co., Inc. | Joseph, Stephanie | 366 Verdun Lane<br>Franklin, LA 70538 |
| 51 | 2:05-cv-04862-EEF-DEK | Justus, Mark v. Merck & Co., Inc. | Justus, Mark L | P.O. Box 1891<br>Greenville, TX 75403 |
| 52 | 2:05-cv-04445-EEF-DEK | Arthur, Byron v. Merck & Co., Inc. | Karn, Ernest | 8650 SW Mohawk Circle<br>Wilsonville, OR 97070 |
| 53 | 2:05-cv-06106-EEF-DEK | Kiefer, Heather v. Merck & Co., Inc. | Kiefer, Vickie | 9700 Welby Road<br>Thornton, CO 80229 |
| 54 | 2:05-cv-06821-EEF-DEK | Kilgore, Janice v. Merck & Co., Inc. | Kilgore, Delphia M | 878 Meyers Hill Rd<br>Tracy City, TN |
| 55 | 2:05-cv-04448-EEF-DEK | Accord, Vern v. Merck & Co., Inc. | Knox, Ron | 10521 SE Insley St<br>Portland, OR 97266 |
| 56 | 2:06-cv-09788-EEF-DEK | Knudon, Albin v. Merck & Co., Inc. | Knudson, Albin | 5701 Tropic Mist<br>Las Vegas, NV 89130 |
| 57 | 2:05-cv-04445-EEF-DEK | Arthur, Byron v. Merck & Co., Inc. | Knutson, Karen | 20205 NW Morgan Rd<br>Portland, OR 97231 |
| 58 | 2:05-cv-04445-EEF-DEK | Arthur, Byron v. Merck & Co., Inc. | Laurila, Lois | 2477 Cal Young Rd, No. 206<br>Eugene, OR 97401 |
| 59 | 2:05-cv-06009-EEF-DEK | Leboeuf, Jane v. Merck & Co., Inc. | LeBoeuf, Jane E | 1750 Acadian Dr.<br>Hourma, LA 70363 |
| 60 | 2:05-cv-04193-EEF-DEK | LeDoux, Carl v. Merck & Co., Inc. | Ledoux, Carl V | 262 Bayou Acre Road<br>Arnaudville, LA 70512 |
| 61 | 2:06-cv-02101-EEF-DEK | Adams, Shirley v. Merck & Co., Inc. | Lenoir, Michael | 1525 S. E. Long Place<br>Lee's Summit, MO 64063 |
| 62 | 2:06-cv-01970-EEF-DEK | Coleman, James v. Merck & Co., Inc. | Loehr, Richard | Debra Loehr<br>611 Magoffin<br>St. Louis, MO 63129 |
| 63 | 2:05-cv-05835-EEF-DEK | Kaufman, Opal v. Merck & Co., Inc. | Lowe, Junior R | 6905 Bowden Road<br>Horraville, AL 36042 |
| 64 | 2:05-cv-04448-EEF-DEK | Accord, Vern v. Merck & Co., Inc. | Martin, Carrie | 365 NW 8th St<br>Ontario, OR 97914 |
| 65 | 2:05-cv-05787-EEF-DEK | Martin, Emmitt v. Merck & Co., Inc. | Martin, Emmitt | 8669 St. Cecilia St<br>New Roads, LA 70760 |
| 66 | 2:07-cv-05234-EEF-DEK | Massengale, Jack v. Merck & Co., Inc. | Massengale, Jack | 7105 Steed Court<br>Hyattsville, MD 20782 |
| 67 | 2:05-cv-05822-EEF-DEK | Allison, Patricia v. Merck & Co., Inc. | Mayers, Herbert | 20747 SW 98th Ave<br>Tualatin, OR 97062 |
| 68 | 2:05-cv-03221-EEF-DEK | McKenna, Brian v. Merck & Co., Inc. | McKenna, Laurel L | P.O. Box 480<br>Rockport, TX 78381 |
| 69 | 2:06-cv-01971-EEF-DEK | Ruzicka, Robert v. Merck & Co., Inc. | McQueen, LaToya | 8461 Alder Avenue<br>St. Louis, MO 63134 |
| 70 | 2:05-cv-01997-EEF-DEK | Chambers, Marianne v. Merck & Co., Inc. | Melendez, Michael | 29 Windsor Ave.<br>Meriden, CT 06451 |

|    | Docket Number | Case Name | *Pro Se* Plaintiff Name | Last Known Address |
|----|---------------|-----------|-------------------------|--------------------|
| 71 | 2:05-cv-06533-EEF-DEK | Cavender, Debbie v. Merck & Co., Inc. | Mitchell, Annie L | 6621 Donald<br>St. Louis, MO 63121 |
| 72 | 2:06-cv-01971-EEF-DEK | Ruzicka, Robert v. Merck & Co., Inc. | Mize, Carol | 1459 County Road 510<br>Oak Ridge, MO 63769 |
| 73 | 2:05-cv-02328-EEF-DEK | Bradford, Annie v. Merck & Co., Inc. | Moragne, Mildred | 3506 Edgecliff Ave<br>Dayton, OH 45407 |
| 74 | 2:05-cv-05789-EEF-DEK | Morales, Ferrell T. v. Merck & Co., Inc. | Morales, Ferrell T | Ferrell Thomas Morales<br>P.O. Box 151<br>French Settlement, LA 70733 |
| 75 | 2:06-cv-09789-EEF-DEK | Mortell, Julia C. v. Merck & Co., Inc. | Mortell, Daniel W | 804 Surfs Up Drive<br>Las Vegas, NV 89128 |
| 76 | 2:05-cv-05655-EEF-DEK | Mottner, Virginia v. Merck & Co., Inc. | Mottner, Virginia | Roy Mottner<br>P.O. Box 471<br>South Beach, OR 97366 |
| 77 | 2:06-cv-01970-EEF-DEK | Coleman, James v. Merck & Co., Inc. | Nunley, Jacquelyn | 9311 Cleveland, Apt. 113<br>Kansas City, MO 64123 |
| 78 | 2:05-cv-04448-EEF-DEK | Accord, Vern v. Merck & Co., Inc. | Pearson, Greg | 3025 NW Ithaca Ct<br>Portland, OR 97229 |
| 79 | 2:05-cv-04420-EEF-DEK | Baudry, Allen v. Merck & Co., Inc. | Penny, Shirley | P.O. BOX 184<br>Rohwer, AR 71666 |
| 80 | 2:06-cv-01058-EEF-DEK | Hitch, Tina R. v. Merck & Co., Inc. | Phalen, Kathleen | 2114 Broadview St.<br>Rockford, IL 61104 |
| 81 | 2:07-cv-00666-EEF-DEK | Blau, Tammy v. Merck & Co., Inc. | Pigg, Charles L | 300 Lenola Road<br>Maple Shade, NJ 08052 |
| 82 | 2:05-cv-06533-EEF-DEK | Cavender, Debbie v. Merck & Co., Inc. | Price, Jerry | 3210 East 11th St<br>Kansas City, MO 64127 |
| 83 | 2:05-cv-04801-EEF-DEK | Price, Mary v. Merck & Co., Inc. | Price, Mary | 212 Happy Hollow Drive<br>Dahinda, IL 61428 |
| 84 | 2:05-cv-03490-EEF-DEK | Prince, David v. Merck & Co., Inc. | Prince, David | 914 Norwegian Wood Dr<br>Medina, OH 44256 |
| 85 | 2:05-cv-04433-EEF-DEK | Rainey, Celina v. Merck & Co., Inc. | Rainey, Celina | 148 Belle Rose Lane<br>Belle Rose, LA 70390 |
| 86 | 2:06-cv-01970-EEF-DEK | Coleman, James v. Merck & Co., Inc. | Ralph, Billy | 2105 NW 6th Terrace<br>Blue Springs, MO 64014 |
| 87 | 2:05-cv-01152-EEF-DEK | Rasco, Loma E. v. Merck & Co., Inc. | Rasco, Harvey J | Lorna E. Rasco<br>20106 Kinsland Drive<br>Katy, TX 77450 |
| 88 | 2:05-cv-02946-EEF-DEK | Ivers, Deloris v. Merck & Co., Inc. | Reed, William T | 5 Centennial Avenue<br>Mt. Vernon, OH 43050 |
| 89 | 2:05-cv-04420-EEF-DEK | Baudry, Allen v. Merck & Co., Inc. | Rodgers, Belinda | 20 St. Paul Rd.<br>Sandy Hook, MS 39468 |
| 90 | 2:05-cv-02364-EEF-DEK | Burks, Ella v. Merck & Co., Inc. | Ross, Katherine | 619 North Parkdale<br>Tyler, TX 75702 |
| 91 | 2:06-cv-01970-EEF-DEK | Coleman, James v. Merck & Co., Inc. | Sadler, David | 13921 Gildea Rd<br>Bellgrade, MO 63622 |
| 92 | 2:05-cv-00992-EEF-DEK | Sharwell, Jack v. Merck & Co., Inc. | Sharwell, Jack | 14150 Nesting Way<br>Delray Beach, FL 33484 |
| 93 | 2:06-cv-01970-EEF-DEK | Coleman, James v. Merck & Co., Inc. | Shelton, Cindy | 38 Wagon Wheel Trail<br>Fenton, MO 63026 |

|     | Docket Number | Case Name | *Pro Se* Plaintiff Name | Last Known Address |
| --- | --- | --- | --- | --- |
| 94 | 2:06-cv-09790-EEF-DEK | Sher, Arthur L. v. Merck & Co., Inc. | Sher, Arthur L | 4175 S. Decatur Blvd<br>Las Vegas, NV 89103 |
| 95 | 2:05-cv-04445-EEF-DEK | Arthur, Byron v. Merck & Co., Inc. | Slusser, Carl | 87876 Limpit Lane<br>Florence, OR 97439 |
| 96 | 2:05-cv-04448-EEF-DEK | Accord, Vern v. Merck & Co., Inc. | Smith, Audrey | 11502 NE Klickitat<br>Portland, OR 97220 |
| 97 | 2:05-cv-04448-EEF-DEK | Accord, Vern v. Merck & Co., Inc. | Smith, Granville | 6455 SW Nyberg Land<br>Tualatin, OR 97062 |
| 98 | 2:05-cv-06519-EEF-DEK | Smith, ODean v. Merck & Co., Inc. | Smith, O'Dean | 541 Kelly Fork Road<br>Hazard, KY 41701 |
| 99 | 2:05-cv-05790-EEF-DEK | Smith, Percelean v. Merck & Co., Inc. | Smith, Perclean | P.O. Box 70<br>Rosedale, LA 70772 |
| 100 | 2:05-cv-06519-EEF-DEK | Smith, ODean v. Merck & Co., Inc. | Smith, Roberta | 541 Kelly Fork Road<br>Hazard, KY 41701 |
| 101 | 2:05-cv-05822-EEF-DEK | Allison, Patricia v. Merck & Co., Inc. | Sorensen, Laverne | 3560 SE 79th Ave, Apt 211<br>Portland, OR 97206 |
| 102 | 2:06-cv-01970-EEF-DEK | Coleman, James v. Merck & Co., Inc. | Stone, Otis | 14534 South 71 Highway, Apt 20<br>Kansas City, MO 64147 |
| 103 | 2:06-cv-01971-EEF-DEK | Ruzicka, Robert v. Merck & Co., Inc. | Talley, Bobby | 4647 Cottage Avenue<br>St. Louis, MO 63113 |
| 104 | 2:05-cv-04445-EEF-DEK | Arthur, Byron v. Merck & Co., Inc. | Terrill, Margaret | 14045 SE Holly View Lane<br>Boring, OR 97009 |
| 105 | 2:06-cv-01493-EEF-DEK | Thomas, Edward Earl v. Merck & Co., Inc. | Thomas, Edward E | 2300 South Jefferson, Apt. 7<br>Saginaw, MI 48061 |
| 106 | 2:06-cv-02101-EEF-DEK | Adams, Shirley v. Merck & Co., Inc. | Thornhill, Jerry | 3217 Berwick Street<br>Jefferson, LA 70121 |
| 107 | 2:05-cv-04420-EEF-DEK | Baudry, Allen v. Merck & Co., Inc. | Tobias, Andrew | 3217 Berwick Street<br>Jefferson, LA 70121 |
| 108 | 2:05-cv-05426-EEF-DEK | Torres, Estella v. Merck & Co., Inc. | Torres, Estella | 732 W. 3rd St.<br>Alice, TX 78332 |
| 109 | 2:05-cv-05798-EEF-DEK | Touchet, Kenneth R. v. Merck & Co., Inc. | Touchet, Kenneth R | 603 Chaisson Road<br>Abbeville, LA 70510 |
| 110 | 2:05-cv-04420-EEF-DEK | Baudry, Allen v. Merck & Co., Inc. | Toups, Barbara | 431 North Cedar St.<br>Lockport, LA 70374 |
| 111 | 2:05-cv-06030-EEF-DEK | Turner, Gail v. Merck & Co., Inc. | Turner, Gail | 1445 Lakeside Estates Drive<br>Houston, TX 77042 |
| 112 | 2:05-cv-04448-EEF-DEK | Accord, Vern v. Merck & Co., Inc. | Tuttle, Vickie | 89360 Sunnyloop Lane<br>Bandon, OR 97411 |
| 113 | 2:05-cv-04125-EEF-DEK | Underwood, Stephen v. Merck & Co., Inc. | Underwood, Stephen | 3700 Hwy 30<br>Londell, MO 63060 |
| 114 | 2:07-cv-01620-EEF-DEK | Valle, Michael C. v. Merck & Co., Inc. | Valle, Michael C | P.O. Box 1604<br>San Luis Obispo, CA 93466 |
| 115 | 2:05-cv-04506-EEF-DEK | Victor, Shirley v. Merck & Co., Inc. | Victor, Shirley | 406 West 22nd St<br>Covington, KY 41014 |
| 116 | 2:05-cv-04448-EEF-DEK | Accord, Vern v. Merck & Co., Inc. | Villanueva, Sarah | 1628 NE Pleasant Ave<br>Bend, OR 97701 |
| 117 | 2:05-cv-04370-EEF-DEK | Warmouth, James v. Merck & Co., Inc. | Warmouth, James E | 111 Brent Spence Square<br>Covington, KY 41011 |

|     | Docket Number | Case Name | *Pro Se* Plaintiff Name | Last Known Address |
|-----|---------------|-----------|--------------------------|---------------------|
| 118 | 2:05-cv-03144-EEF-DEK | Prettyman, Michael A. v. Merck & Co., Inc. | Washington, Carol A | Michael A. Prettyman<br>808 Montvue Avenue<br>Morristown, TN 37813 |
| 119 | 2:05-cv-05822-EEF-DEK | Allison, Patricia v. Merck & Co., Inc. | Wegert, Darlene | 17241 South Bradley Road<br>Oregon City 97045 |
| 120 | 2:05-cv-01129-EEF-DEK | Westbrook, Elzie v. Merck & Co., Inc. | Westbrook, Elzie | 5820 Foxhill Lane<br>Dallas, TX 75232 |
| 121 | 2:05-cv-06533-EEF-DEK | Cavender, Debbie v. Merck & Co., Inc. | Wheat, Ralph | 15 Bayberry<br>Eldon, MO 65026 |
| 122 | 2:06-cv-00661-EEF-DEK | Whitt, Gary v. Merck & Co., Inc. | Whitt, Gary | 3014 Echo Valley Drive<br>Little Rock, AR 72227 |
| 123 | 2:05-cv-02328-EEF-DEK | Bradford, Annie v. Merck & Co., Inc. | Williams, Regina L | 2060 W. Galbraith Road<br>Cincinnati, OH 45239 |
| 124 | 2:05-cv-05835-EEF-DEK | Kaufman, Opal v. Merck & Co., Inc. | Wymer, Debra | 4888 Timberview Drive<br>Ravenna, Ohio 44266 |
| 125 | 2:05-cv-05822-EEF-DEK | Allison, Patricia v. Merck & Co., Inc. | Zeis, Andrew J a.k.a. Joe Zeis | 10900 - SW 76 PL 25<br>Tigard, OR 97223 |

988004v.1