UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALVIN MAESTRO, M.D., | ) MDL-VIOXX-1657 |
| | ) |
| Plaintiff | ) EDLA CASE NO. 07-02100 |
| | ) |
| | ) SECTION L |
| | ) |
| | ) JUDGE FALLON |
| | ) |
| In Re: VIOXX MARKETING, SALES | ) MAGISTRATE JUDGE |
| PRACTICES, AND PRODUCTS LIABILITY | ) DANIEL E. KNOWLES, III |
| LITIGATION | ) |
| _____ | ) |

## PRESERVATION NOTICE REQUIREMENT

Pursuant to Pretrial Order Number 43 Plaintiff Calvin Maestro hereby submits his Notice of Compliance with Requirement for Preservation of Records as required under Pretrial Orders 28 and 29. In support thereof Plaintiff states:

I hereby certify that pursuant to Pretrial Orders 43, 28, and 29 that I have mailed Preservation of Rights Letters by certified mail to the following medical providers:

| NAME AND ADDRESS OF MEDICAL PROVIDER OR SOURCE |
|---|
| Fremont Medical Center<br>Henderson Location<br>595 W. Lake Mead Dr.<br>Henderson, NV 89015 |
| Mountain View Hospital<br>3100 N. Tenaya Way<br>Las Vegas, NV 89128 |
| Radiology Specialists, Ltd.<br>4101 Wagon Trail Ave.<br>Las Vegas, NV 89118 |
| Cardiovascular Consultants of Nevada<br>3150 N. Tenaya Way<br>Suite # 320<br>Las Vegas, NV 89129 |

1

| |
|---|
| Wal-Mart Pharmacy<br>10440 W. Cheyenne<br>Las Vegas, NV 89129 |
| Sav-On Drugs<br>10400 West Charleston Blvd.<br>Henderson, NV 89135 |

See attached Copies of Preservation of Records Letters sent to medical providers in this case.

Dated this 14th day of September, 2009.

By: _____
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
**MAINOR EGLET COTTLE**
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(B) and paragraphs 5 through 7 of PTO 18(c), the following document was served on Counsel, Susan Giamportone , by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were served via electronic service with the procedures established in MDL 1657:

**PRESERVATION NOTICE REQUIREMENT**

DATED this 13th day of August, 2009

   /s/   *Robert W. Cottle*
ROBERT W. COTTLE, ESQ.

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
TRIAL LAWYERS

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928176**
Custodian of Records
Wal-Mart Pharmacy
10440 W. Cheyenne
Las Vegas, NV 89129

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE: *Calvin Maestro-EDLA CASE NO. 07-02100 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Calvin Maestro*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
TRIAL LAWYERS

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928169**
Custodian of Records
Sav-On Drugs
10400 West Charleston Blvd.
Henderson, NV 89135

RE:   *Calvin Maestro-EDLA CASE NO. 07-02100 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

MAINOR EGLET COTTLE

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Calvin Maestro*

RWC/jr

City Centre Place, 6th Floor, 400 South 4th Street, Las Vegas, Nevada 89101
(702) 450-5400   fax (702) 450-5451   www.mainorlawyers.com
Tax I.D.# 32-0095047

| | | |
|---|---|---|
| Randall Mainor<br>(1941-2007) | **MAINOR EGLET COTTLE**<br>T R I A L   L A W Y E R S | Robert T. Eglet<br>Robert W. Cottle*<br>Tracy A. Eglet†<br>Robert M. Adams<br>Bradley S. Mainor<br>David A. Tanner▲<br>Jonathan T. Remmel*<br>Lesley B. Miller<br>Bradley J. Myers♦<br>Marni K. Rubin<br>Joseph J. Wirth<br>Brice J. Crafton |

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928152**
Custodian of Records
Radiology Specialists, Ltd.
4101 Wagon Trail Ave.
Las Vegas, NV 89118

*Also admitted in Utah*
† *Also admitted in Ohio*
▲ *Also admitted in Texas*
♦ *Also admitted in Arizona*

RE:   *Calvin Maestro-EDLA CASE NO. 07-02100 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

MAINOR EGLET COTTLE

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Calvin Maestro*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### TRIAL LAWYERS

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928138**
Custodian of Records
Fremont Medical Center
Henderson Location
595 W. Lake Mead Dr.
Henderson, NV 89015

RE: *Calvin Maestro-EDLA CASE NO. 07-02100 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Calvin Maestro*

RWC/jr



# MAINOR EGLET COTTLE
### TRIAL LAWYERS

, Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928145**
Custodian of Records
Mountain View Hospital
3100 N. Tenaya Way
Las Vegas, NV 89128

RE:   *Calvin Maestro-EDLA CASE NO. 07-02100 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

MAINOR EGLET COTTLE

*[signature]*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Calvin Maestro*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### TRIAL LAWYERS

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928121**
Custodian of Records
Cardiovascular Consultants of Nevada
3150 N. Tenaya Way
Suite # 320
Las Vegas, NV 89129

RE: *Calvin Maestro-EDLA CASE NO. 07-02100 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

MAINOR EGLET COTTLE

*[signature]*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Calvin Maestro*

RWC/jr