**COURT RECORD LOAN FORM**
(Please Print)

U.S. District Court

*THIS PORTION REMAINS WITH COURT RECORDS*

No. **05-1657-L** Short Title **Vioxx Products** Date **8-10-09**

To: **Ronald Benjamin (Darrow, et al)**
Name

**Law Office of Ronald Benjamin**
Address

**126 Riverside Dr**

**Binghamton   N.Y   13902-0607**
City,   State   Zip

Documents Enclosed:
- ☒ Record Vols: **22**
- *☐ Exhibits ☐ Env. _____
- ☐ Box: _____
- ☐ Supp. Record Vols. _____
- ☐ Second Supp. Record Vols. _____
- ☐ Third Supp. Record Vols. _____

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES

Attorney Return   SEND RECORD WITH BRIEF OR APPELLATE TO 5th Circuit. Complete the shaded area below and return this form ___ along with documents.

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   AUG 1 0 2009
LORETTA G. WHYTE
CLERK**

To:   Clerk, 5th Circuit

- ☐ Record Vols: _____
- ☐ Supp. Record Vols. _____
- *☐ Exhibits ☐ _____

Records above listed are returned to Clerk.
Attorney Name: _____
Date: _____

*THIS PORTION REMAINS WITH COURT RECORDS*

✂ Cut Here

Clerk's Receipt   *To be completed by 5th Circuit Clerk's office and forwarded to person in previous section.*

No. _____ Short Title _____

District: _____

- ☐ Record Vols _____
- ☐ Supp. Record Vols. _____
- *☐ Exhibits ☐ _____

Records in above case have been received by Clerk.
Name: _____
Date: _____

✂ Cut Here

Attorney Forwarding Receipt   *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the **District Court Clerk's office**.*

No. _____ Short Title _____

To:   Clerk, U.S. District Court

District: _____

- ☐ Record Vols _____
- ☐ Supp. Record Vols. _____
- *☐ Exhibits ☐ _____

Records in above case forwarded to:
Attorney Name: _____
Address: _____
City, State, Zip: _____
Signed: _____ Date: _____

✂ Cut Here

Attorney Receipt   *The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the **District Court Clerk's office** upon receipt of documents.*

No. _____ Short Title _____

To:   Clerk, U.S. District Court

District: _____

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

- ☐ Record Vols _____
- ☐ Supp. Record Vols. _____
- *☐ Exhibits ☐ _____

Records in above case listed received
Judge/Attorney Name: _____
Date: _____