UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS<br>LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**THE VIOXX LITIGATION CONSORTIUM'S
MOTION FOR CERTIFICATION UNDER 28 U.S.C. § 1292(b)
AND FOR ALTERNATIVE FINAL JUDGMENT UNDER RULE 54(b),
<u>AND FOR STAY PENDING APPEAL</u>**

On August 3, 2009, this Court issued its Order and Reasons (Rec. Doc. 21545) stating that it was granting in part and denying in part the VLC's Motion for Reconsideration (Rec. Doc. 15722).

For the reasons explained in the memorandum in support, the VLC moves this Court to certify its Order and Reasons for immediate interlocutory appeal under 28 U.S.C. § 1292(b). As the VLC demonstrates in its memorandum, the Order and Reasons involve a controlling question of law as to which there is substantial ground for difference of opinion. Additionally, an

{N2024169.7}    1

immediate appeal from the Order and Reasons may materially advance the ultimate termination of the litigation.

The VLC also moves this Court to enter an alternative final judgment under 54(b) regarding the matters addressed in the Order and Reasons.  As the VLC demonstrates in its memorandum, this action presents more than one claim for relief and involves multiple parties.  Further there is no just reason for delay in entry of a final judgment on the Order and Reasons.

Additionally, the VLC moves this Court for a stay pending appeal of implementation of the Court's required procedure for submitting applications for upward variances by September 15, 2009.  The reasons for this request are also set forth in the VLC's memorandum.

                          Respectfully submitted,

                          /s/ *Harry S. Hardin III*
                          HARRY S. HARDIN III (# 6540)
                          MADELEINE FISCHER (# 5575)
                          ERIC MICHAEL LIDDICK (# 31237)
                          Jones, Walker, Waechter, Poitevent,
                           Carrère & Denègre, L.L.P.
                          201 St. Charles Avenue, 49th Floor
                          New Orleans, Louisiana 70170-5100
                          Telephone:     (504) 582-8208
                          Facsimile:      (504) 589-8208

                          JOHN J. McKETTA, III (Texas Bar No. 13711500)
                          BOYCE C. CABANISS (Texas Bar No. 03579950)
                          MATTHEW B. BAUMGARTNER
                           (Texas Bar No. 24062605
                          Graves Dougherty Hearon & Moody,
                           A Professional Corporation
                          401 Congress Avenue, Suite 2200
                          Austin, Texas  78701
                          Telephone:     (512) 480-5600
                          Facsimile:      (512) 480-5816

                          *Attorneys for Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser ("Vioxx Litigation Consortium")*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on August 13, 2009.

/s/ *Eric Michael Liddick*
ERIC MICHAEL LIDDICK