UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX PRODUCTS<br>            LIABILITY LITIGATION<br><br>This document relates to All Cases | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**MOTION FOR EXPEDITED CONSIDERATION
OF THE VIOXX LITIGATION CONSORTIUM'S
MOTION FOR CERTIFICATION UNDER 28 U.S.C. § 1292(b)
AND FOR ALTERNATIVE FINAL JUDGMENT UNDER RULE 54(b),
<u>AND FOR STAY PENDING APPEAL</u>**

This motion is brought by Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser (collectively, the "Vioxx Litigation Consortium" or "VLC"), who respectfully move this Court for expedited consideration of their Motion for Certification Under 28 U.S.C. § 1292(B) and for Alternative Final Judgment Under Rule 54(b), and for Stay Pending Appeal.

{N2022971.1}                                1

On August 3, 2009, this Court issued its Order and Reasons (Rec. Doc. No. 21545) granting in part and denying in part the VLC's Motion for Reconsideration (Rec. Doc. No. 15722). The VLC now seeks certification of the Order and Reasons under 28 U.S.C. § 1292(B) and/or Rule 54(b) and a stay of the Court's variance procedure. Expedited consideration of the Motion for Certification and expedited review on appeal will minimize delay in resolution of this important legal question and will in turn hasten a complete distribution of that portion of the proceeds of the Vioxx Resolution Program funds being held in trust to either the VLC's clients or the VLC. Expedited consideration may also clarify the correct procedure for appeal of an order of this unusual nature entered at this juncture in the litigation when the primary claims of the VLC's clients have been already been resolved by entry into the Vioxx Resolution Program. Finally, a decision on the stay requested by this motion should be resolved quickly, well in advance of the Court's September 15, 2009 deadline, to allow time for appellate review of that decision if necessary.

For all these reasons, the VLC requests that this Court consider and decide this motion on an expedited basis. The VLC contemporaneously files a proposed order with this motion.

Respectfully submitted,

/s/ *Harry S. Hardin III*
HARRY S. HARDIN III (# 6540)
MADELEINE FISCHER (# 5575)
ERIC MICHAEL LIDDICK (# 31237)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana  70170-5100
Telephone:     (504) 582-8208
Facsimile:      (504) 589-8208

JOHN J. McKETTA, III (Texas Bar No. 13711500)
BOYCE C. CABANISS (Texas Bar No. 03579950)
MATTHEW B. BAUMGARTNER

      (Texas Bar No. 24062605
Graves Dougherty Hearon & Moody,
  A Professional Corporation
401 Congress Avenue, Suite 2200
Austin, Texas 78701
Telephone:    (512) 480-5600
Facsimile:    (512) 480-5816

*Attorneys for John Eddie Williams, Jr., Drew Ranier, Walter Umphrey, Mikal Watts, and Grant Kaiser (the "Vioxx Litigation Consortium")*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on August 13, 2009.

    Respectfully submitted,

    /s/ *Eric Michael Liddick*
    ERIC MICHAEL LIDDICK