UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS<br>LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

## ORDER

Considering the foregoing Motion for Expedited Consideration of the Motion for Certification Under 28 U.S.C. § 1292(B) and for Alternative Final Judgment Under Rule 54(b), and for Stay Pending Appeal filed by Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser:

**IT IS HEREBY ORDERED** that Court will consider the motion on an expedited basis.

New Orleans, Louisiana, this _____ day of _____ 2009.

_____
JUDGE ELDON E. FALLON

{N2022971.1}