# EXHIBIT A

|    | Docket Number | Case Name | Plaintiff Name | Plaintiff Counsel |
|----|---------------|-----------|----------------|-------------------|
| 1  | 2:05-cv-05204-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Albert, David | Jones, Verras & Freiberg, LLC |
| 2  | 2:05-cv-04510-EEF-DEK | Allemand, Mary v. Merck & Co., Inc. | Allemand, Mary | Gallagher Law Firm |
| 3  | 2:06-cv-05980-EEF-DEK | Alvarado, Martha v. Merck & Co., Inc. | Alvarado, Martha | The Miller Firm LLC |
| 4  | 2:07-cv-03786-EEF-DEK | Abeyta, Frances v. Merck & Co., Inc. | Aragon, Corina | Branch Law Firm |
| 5  | 2:05-cv-04416-EEF-DEK | Jenkins, Jackie v. Merck & Co., Inc. | Balkin, Mark | Domengeaux Wright Roy and Edwards |
| 6  | 2:05-cv-02946-EEF-DEK | Ivers, Deloris v. Merck & Co., Inc. | Barranada, Matias A | Climaco Lefkowitz Peca Wilcox & Garofoli Co LPA |
| 7  | 2:05-cv-04435-EEF-DEK | Allen, Donna v. Merck & Co., Inc. | Batiste, Ray | Jones, Verras & Freiberg, LLC |
| 8  | 2:06-cv-10077-EEF-DEK | Baugher, Anna v. Merck & Co., Inc. | Baugher, Anna | Alvis and Willingham LLP |
| 9  | 2:07-cv-00743-EEF-DEK | Beatty, Ruth v. Merck & Co., Inc. | Beatty, Ruth | Hersh and Hersh |
| 10 | 2:05-cv-00473-EEF-DEK | Merrit, Norma v. Merck & Co., Inc. | Bissic, Brenda J | Singleton Law Firm |
| 11 | 2:05-cv-04510-EEF-DEK | Allemand, Mary v. Merck & Co., Inc. | Blanson, Laura | Gallagher Law Firm |
| 12 | 2:05-cv-00515-EEF-DEK | Pagan, Carmen v. Merck & Co., Inc. | Brown, Clarise | Ballon Stoll Bader and Nadler PC |
| 13 | 2:05-cv-06516-EEF-DEK | Asher, Barbara v. Merck & Co., Inc | Brummett, Kathleen | Donald G. Smith Law Office PLLC |
| 14 | 2:05-cv-04435-EEF-DEK | Allen, Donna v. Merck & Co., Inc. | Byrd, Arbell | Jones, Verras & Freiberg, LLC |
| 15 | 2:06-cv-05989-EEF-DEK | Bates, Mary A. v. Merck & Co., Inc. | Carlin, Christopher | The Miller Firm LLC |
| 16 | 2:05-cv-05204-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Celestine, Eula | Jones, Verras & Freiberg, LLC |
| 17 | 2:05-cv-04605-EEF-DEK | Cheramie, Aujest v. Merck & Co., Inc. | Cheramie, Aujest J | Robert E. Lee Sr. |
| 18 | 2:05-cv-06234-EEF-DEK | Amadis-Rosario, Gladys v. Merck & Co., Inc. | Colon Mage, Hector M | Lamb Firm LLC |
| 19 | 2:05-cv-06234-EEF-DEK | Amadis-Rosario, Gladys v. Merck & Co., Inc. | Colon, Maria | Lamb Firm LLC |
| 20 | 2:05-cv-04510-EEF-DEK | Allemand, Mary v. Merck & Co., Inc. | Conner, Jill | Gallagher Law Firm |
| 21 | 2:05-cv-05204-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Cooks, Mitchell Joyce | Jones, Verras & Freiberg, LLC |
| 22 | 2:08-cv-00877-EEF-DEK | Christie, Pearly v. Merck & Co., Inc. | Cooper, William | Goodman, Meagher and Enoch LLP |
| 23 | 2:05-cv-06234-EEF-DEK | Amadis-Rosario, Gladys v. Merck & Co., Inc. | Cordero, Carmen | Lamb Firm LLC |

| | Docket Number | Case Name | Plaintiff Name | Plaintiff Counsel |
|---|---|---|---|---|
| 24 | 2:05-cv-01245-EEF-DEK | Janke, Sherry v. Merck & Co., Inc. | Creel, Carlene J | Vandermay Law Firm |
| 25 | 2:06-cv-02653-EEF-DEK | Culberson, Bob v. Merck & Co., Inc. | Culp, Francis | Schlichter Bogard and Denton |
| 26 | 2:05-cv-04810-EEF-DEK | Deiter, Brenda v. Merck & Co., Inc. | Deiter, Brenda | Robert E. Lee Sr. |
| 27 | 2:06-cv-01561-EEF-DEK | Anderson, Arie v. Merck & Co., Inc. | Edwards, Richard C | Matt Freeman and Associates |
| 28 | 2:06-cv-02735-EEF-DEK | Edwards, Robert v. Merck & Co., Inc. | Edwards, Robert M | Mullin Hoard Brown LLP |
| 29 | 2:07-cv-01368-EEF-DEK | Schultz, Gabrielle v. Merck & Co., Inc. | Elliott, Jack | Carey & Danis, LLC |
| 30 | 2:06-cv-06942-EEF-DEK | Clark, Clara E. v. Merck & Co., Inc. | Flores-Meling, Diana | Abraham Watkins Nichols Sorrels Matthews & Friend |
| 31 | 2:05-cv-04510-EEF-DEK | Allemand, Mary v. Merck & Co., Inc. | Foret, Shirley | Gallagher Law Firm |
| 32 | 2:06-cv-03162-EEF-DEK | Artis, Dennis v. Merck & Co., Inc. | Franchot, Theodore | Daniel E. Becnel Jr. Law |
| 33 | 2:05-cv-06701-EEF-DEK | George, Truett v. Merck & Co., Inc. | George, Truett | Spohrer Wilner Maxwell & Matthews PA |
| 34 | 2:06-cv-06999-EEF-DEK | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | Gomez Rosado, Maria | Lamb Firm LLC |
| 35 | 2:05-cv-06234-EEF-DEK | Amadis-Rosario, Gladys v. Merck & Co., Inc. | Gomez, Maria | Lamb Firm LLC |
| 36 | 2:06-cv-05503-EEF-DEK | Green, Jacob v. Merck & Co., Inc. | Green, Jacob | Spohrer Wilner Maxwell & Matthews PA |
| 37 | 2:06-cv-10160-EEF-DEK | Grove, Sherrill v. Merck & Co., Inc. | Green, Nancy | Seeger Weiss |
| 38 | 2:05-cv-04510-EEF-DEK | Allemand, Mary v. Merck & Co., Inc. | Guidrey, Weston | Gallagher Law Firm |
| 39 | 2:05-cv-06513-EEF-DEK | Hays, Jody v. Merck & Co., Inc. | Hays, Jody | Donald G. Smith Law Office PLLC |
| 40 | 2:05-cv-06234-EEF-DEK | Amadis-Rosario, Gladys v. Merck & Co., Inc. | Hernandez, Gloria | Lamb Firm LLC |
| 41 | 2:05-cv-04416-EEF-DEK | Jenkins, Jackie v. Merck & Co., Inc. | Hunsicker, John | Domengeaux Wright Roy and Edwards |
| 42 | 2:05-cv-04510-EEF-DEK | Allemand, Mary v. Merck | Johnson, Dorothy | Gallagher Law Firm |
| 43 | 2:08-cv-00877-EEF-DEK | Christie, Pearly v. Merck & Co., Inc. | Johnson, Leroy | Goodman, Meagher and Enoch LLP |
| 44 | 2:06-cv-03366-EEF-DEK | Roles, Loretta v. Merck & Co., Inc. | Jones, Janice | Carey & Danis, LLC |
| 45 | 2:05-cv-04997-EEF-DEK | Kivi, Kevin v. Merck & Co., Inc. | Kivi, Kevin E | Alex Alvarez PA |
| 46 | 2:06-cv-10773-EEF-DEK | Trammel, Velva v. Merck & Co., Inc. | Kline, Nick | Carey & Danis, LLC |
| 47 | 2:05-cv-06272-EEF-DEK | Kennedy, James v. Merck & Co., Inc. | Lewis, Hester | Allan Berger and Associates PLC |
| 48 | 2:05-cv-01102-EEF-DEK | Oller, Virginia v. Merck & Co., Inc. | Lewis, James A | Foshee & Yaffe |

|    | Docket Number | Case Name | Plaintiff Name | Plaintiff Counsel |
|----|---------------|-----------|----------------|-------------------|
| 49 | 2:06-cv-03234-EEF-DEK | McCord, James v. Merck & Co., Inc. | McCord, Joanne | Spohrer, Wilner, Maxwell & Matthews PA |
| 50 | 2:05-cv-04738-EEF-DEK | Allen, Denise v. Merck & Co., Inc. | McGlothin, Vernon | Carlile Law Firm LLP |
| 51 | 2:08-cv-00877-EEF-DEK | Christie, Pearly v. Merck & Co., Inc. | Mobley, Manny | Goodman, Meagher and Enoch LLP |
| 52 | 2:06-cv-09371-EEF-DEK | Wright, Victor v. Merck & Co., Inc. | Moore, Dorothy | Schlichter Bogard and Denton |
| 53 | 2:07-cv-06322-EEF-DEK | O'Donahue, Harry v. Merck & Co., Inc. | O'Donahue, Harry | Jack W. Harang Law |
| 54 | 2:05-cv-06234-EEF-DEK | Amadis-Rosario, Gladys v. Merck & Co., Inc. | Ortiz Narvera, Jose | Lamb Firm LLC |
| 55 | 2:05-cv-00515-EEF-DEK | Pagan, Carmen v. Merck & Co., Inc. | Pagan, Carmen | Ballon Stoll Bader and Nadler PC |
| 56 | 2:08-cv-00877-EEF-DEK | Christie, Pearly v. Merck & Co., Inc. | Palmer, Roxanne | Goodman, Meagher and Enoch LLP |
| 57 | 2:08-cv-00877-EEF-DEK | Christie, Pearly v. Merck & Co., Inc. | Parlor, Gloria | Goodman, Meagher and Enoch LLP |
| 58 | 2:05-cv-03873-EEF-DEK | Patrakas, Dimostithinis v. Merck & Co., Inc. | Patrakas, Dimostithinis | Lawrence P. Biondi Law |
| 59 | 2:05-cv-05304-EEF-DEK | Zook, Shirley v. Merck & Co., Inc. | Patterson, James | Carey & Danis, LLC |
| 60 | 2:05-cv-04510-EEF-DEK | Allemand, Mary v. Merck | Perry, Larry | Gallagher Law Firm |
| 61 | 2:06-cv-04040-EEF-DEK | Petry, Marilyn S. v. Merck & Co., Inc. | Petry, Marilyn S | Elswick and Richardson PLLC |
| 62 | 2:05-cv-06234-EEF-DEK | Amadis-Rosario, Gladys v. Merck & Co., Inc. | Quintana Zayas, Jose | Lamb Firm LLC |
| 63 | 2:06-cv-00802-EEF-DEK | Banda, Sulema L. v. Merck & Co., Inc. | Reyna, Josefa | Sanes Matthews and Forester |
| 64 | 2:06-cv-04366-EEF-DEK | Risk, Ronald v. Merck & Co., Inc. | Risk, Ronald | Patti and Sgro Ltd |
| 65 | 2:06-cv-00414-EEF-DEK | Veatch, Christopher P. v. Merck & Co., Inc. | Robinson, Daniel | Kevin A. Rieth and Brian C. Beckwith |
| 66 | 2:05-cv-05481-EEF-DEK | Russell, Dennis K. v. Merck & Co., Inc. | Russell, Annette B | W. Kent Robertson Jr. Law |
| 67 | 2:05-cv-05481-EEF-DEK | Russell, Dennis K. v. Merck & Co., Inc. | Russell, Dennis K | W. Kent Robertson Jr. Law |
| 68 | 2:07-cv-00667-EEF-DEK | Antivola, Sharon J. v. Merck & Co., Inc. | Salgado, Ana M | Richard L. Garrigues Law |
| 69 | 2:08-cv-01033-EEF-DEK | Saavedra, Selma v. Merck & Co., Inc. | Sandoval, Fred | Branch Law Firm |
| 70 | 2:06-cv-04216-EEF-DEK | Savio, Vicki D. v. Merck & Co., Inc. | Savio, Vicki D | James F. Humphreys and Associates LC |
| 71 | 2:05-cv-04743-EEF-DEK | Aiono, Saolotoga v. Merck & Co., Inc. | Schaelling, Kaylynn | Sherman Salkow and Newkirk |
| 72 | 2:06-cv-03066-EEF-DEK | Schindler, Alice R. v. Merck & Co., Inc. | Schindler, Alice | Jeffrey Jones PLLC |
| 73 | 2:06-cv-11339-EEF-DEK | Schmerber, Frank v. Merck & Co., Inc. | Schmerber, Frank | Elizabeth Brukhardt Law |

| | Docket Number | Case Name | Plaintiff Name | Plaintiff Counsel |
|---|---|---|---|---|
| 74 | 2:06-cv-08378-EEF-DEK | Shaffner, Bernell v. Merck & Co., Inc. | Shaffner, Bernell | C. Dallas Horton and Associates |
| 75 | 2:07-cv-00667-EEF-DEK | Antivola, Sharon J. v. Merck & Co., Inc. | Shikholeslami, Fattaneh | Richard L. Garrigues Law |
| 76 | 2:06-cv-10679-EEF-DEK | Snipes, Sidney v. Merck & Co., Inc. | Snipes, Sidney | Parks and Associates PC |
| 77 | 2:06-cv-03070-EEF-DEK | Steele, Matthews v. Merck & Co., Inc. | Steele, Betty | Jason L. McCoy Law |
| 78 | 2:05-cv-01781-EEF-DEK | Stein, Les v. Merck & Co., Inc. | Stein, Lesley P | Goddard Ronan and Dineen LLP |
| 79 | 2:06-cv-06682-EEF-DEK | Campbell, Victoria C. v. Merck & Co., Inc. | Stelly, John F | Jones, Verras & Freiberg, LLC |
| 80 | 2:05-cv-04450-EEF-DEK | Allison, Kelly v. Merck & Co., Inc. | Stone, Terry | Domengeaux Wright Roy and Edwards |
| 81 | 2:06-cv-03113-EEF-DEK | Suwak, Nick v. Merck & Co., Inc. | Suwak, Nicholas | Peter M. Suwak |
| 82 | 2:05-cv-04450-EEF-DEK | Allison, Kelly v. Merck & Co., Inc. | Taddei, Theresa | Domengeaux Wright Roy and Edwards |
| 83 | 2:05-cv-04450-EEF-DEK | Allison, Kelly v. Merck & Co., Inc. | Theisen, David J | Domengeaux Wright Roy and Edwards |
| 84 | 2:05-cv-01257-EEF-DEK | Whittaker, Denise v. Merck & Co., Inc. | Theodore, Irene | Stratton Faxon |
| 85 | 2:08-cv-00877-EEF-DEK | Christie, Pearly v. Merck & Co., Inc. | Thomas, Thuron | Goodman, Meagher and Enoch LLP |
| 86 | 2:05-cv-01102-EEF-DEK | Oller, Virginia v. Merck & Co., Inc. | Thompson, Evelyn L | Foshee & Yaffe |
| 87 | 2:05-cv-05204-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Turner, Alvin T | Jones, Verras & Freiberg, LLC |
| 88 | 2:05-cv-04728-EEF-DEK | Villareal, Juanita v. Merck & Co., Inc. | Villareal, Juanita | Reaud Morgan and Quinn LLP |
| 89 | 2:06-cv-06951-EEF-DEK | Walker, Vivan v. Merck & Co., Inc. | Walker, Vivian D | Matt Freeman and Associates |
| 90 | 2:05-cv-05204-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Ware, Ella | Jones, Verras & Freiberg, LLC |
| 91 | 2:05-cv-06740-EEF-DEK | Warmann, Gene v. Merck & Co., Inc. | Warmann, Gene | Martin Malec and Leopold PC |
| 92 | 2:06-cv-09752-EEF-DEK | Carrigan, Joanne A. v. Merck & Co., Inc. | Waterman, Cynthia J | Trepanier and MacGillis PA |
| 93 | 2:05-cv-00379-EEF-DEK | Weigel, Patricia T. v. Merck & Co., Inc. | Weigel, Patricia | Avram C. Herman Law |
| 94 | 2:05-cv-06042-EEF-DEK | Boyd, Joseph v. Merck & Co., Inc. | White, Cephus | Glenda M. August and Associates |
| 95 | 2:05-cv-04435-EEF-DEK | Allen, Donna v. Merck & Co., Inc. | Williams, Harold | Jones, Verras & Freiberg, LLC |
| 96 | 2:05-cv-04510-EEF-DEK | Allemand, Mary v. Merck & Co., Inc. | Williams, Verna | Gallagher Law Firm |
| 97 | 2:05-cv-06161-EEF-DEK | Wilson, Beverly v. Merck & Co., Inc. | Wilson, Freddie G | Pujol and Pryor |
| 98 | 2:05-cv-04553-EEF-DEK | Berry, Lillie Mae v. Merck & Co., Inc. | Young, Laurie | Austin and Associates LLC |

|    | Docket Number | Case Name | Plaintiff Name | Plaintiff Counsel |
|----|---------------|-----------|----------------|-------------------|
| 99 | 2:06-cv-06129-EEF-DEK | Zinz, Martin v. Merck & Co., Inc. | Zinz, Marcene | Climaco Lefkowitz Peca Wilcox & Garofoli Co LPA |