|  |  |
|---|---|
| JOSEPHINE M. and <br> JAMES ARCHER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., <br><br> Defendant. | ) <br> )    **IN THE UNITED STATES** <br> )    **DISTRICT COURT FOR THE** <br> )    **EASTERN DISTRICT OF LOUISIANA** <br> ) <br> ) <br> )    **DOCKET NO. 2:06-cv-06962-EEF-DEK** <br> ) <br> ) <br> )    **STIPULATION OF DISMISSAL** <br> )    **WITH PREJUDICE AS TO** <br> )    **ALL DEFENDANTS** |

      Pursuant to Rule 41, Fed.R.Civ.P., the undersigned counsel hereby stipulate that all claims of plaintiff, **SHARON KAY**, individually and as administrator of the estate of **LAWRENCE KAY**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_/s/ EA_ 
Eric M. Terry 
SimmonsCooper LLC 
707 Berkshire Blvd 
PO Box 521 
East Alton, IL 62024 
Phone: 618-259-2222 

Dated: 10-28-08

_/s/ Stephen G. Strauss_ 
Stephen G. Strauss 
Bryan Cave LLP 
211 N. Broadway, Suite 3600 
St. Louis, MO 63102 
(314) 259-2000 Tel 
(314) 259-2020 Fax 

Phillip A. Wittmann 
Dorothy H. Wimberly 
Stone Pigman Walther 
Wittmann LLC 
546 Carondelet Street 
New Orleans, LA 70130 
(504) 581-3200 Tel 
(504) 581-3361 Fax 

Attorneys for Merck & Co, Inc. 

Dated: 8-12-09

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of August, 2009.

/s/ *Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.