UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Marie Allen v. Merck & Co., Inc.,* No. 2:06-cv-02220-EEF- | * | KNOWLES |
| DEK (Gloria Wilson and MaryLou Otto only); and | * | |
| | * | |
| *Ronnie Allen, v. Merck & Co., Inc,* No. 2:06-cv-02212-EEF- | * | |
| DEK (Angelo Smiley only) | * | |

**********************************************************************

### ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 17th day of September, 2009 at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 25(a)(1).

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 10th day of September, 2009.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 15th day of September, 2009.

NEW ORLEANS, LOUISIANA, this 12th day of August, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

987741v.1