UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX * | |
|    Products Liability Litigation * | |
| * | |
| This Document Relates to: * | MDL No. 1657 |
| * | |
| STATE OF LOUISIANA, *ex rel.* JAMES D. * | SECTION L |
|    CALDWELL, JR., Attorney General, * | |
| * | JUDGE ELDON E. FALLON |
|                  Plaintiff, * | |
| * | MAGISTRATE JUDGE |
|   versus * | KNOWLES |
| * | |
| MERCK & CO., INC., * | |
| * | |
|                  Defendant. * | |
| * | |
| Case No. 05-3700. * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Motion and Incorporated Memorandum for Leave to File Surreply,

IT IS ORDERED that Defendant Merck & Co., Inc. be and it hereby is granted leave to file the attached Sur-Reply in Opposition to Plaintiff's Motion to Compel Defendant Merck, Inc. to Produce Documents Previously Produced to the Government and with Respect to Related Litigation.

NEW ORLEANS, LOUISIANA this <u>12th</u> day of August, 2009.

*/s/ Eldon E. Fallon*
_____
DISTRICT JUDGE

1

987749v.1