UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: <br> VIOXX PRODUCT LIABILITY LITIGATION | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 1657 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |
| ***THIS DOCUMENT RELATES TO:*** <br><br> Marie Allen v. Merck & Co., Inc., <br> 2:06-cv-02220-EEF-DEK (Gloria Wilson and MaryLou Otto only) and <br><br> Ronnie Allen v. Merck & Co., Inc, <br> 2:06-cv-02212-EEF-DEK (Angelo Smiley only) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

**CELLINO & BARNES, P.C. PLAINTIFFS' OPPOSITION TO DEFENDANT MERCK & CO., INC.'S *SECOND* MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE UNDER RULE 25(a)(1)**

As indicated in defendant Merck's motion, counsel previously suggested the death of the above-captioned plaintiffs on the record and advised that they did not represent the estates, if any, of these decedents. While counsel is unaware of any entity seeking to litigate these claims further, decedent's counsel opposes to note that Rule 25(a)(1) of the Federal Rules of Civil Procedure calls for dismissal rather than dismissal with prejudice. Merck references no authority for dismissing with prejudice and instead quotes Rule 25(a)(1) that includes no such language.

In response to Merck's first motion to dismiss with prejudice pursuant to Rule 25(a)(1), this Court instead dismissed without prejudice. (Exhibit A.) Counsel

1

respectfully requests that this Court again order the appropriate dismissal without prejudice rather than with prejudice as presently requested in the event that any presently unknown entity may wish to again prosecute these actions.

## CONCLUSION

Based upon the foregoing, decedent's counsel respectfully requests that this Court dismiss the above-captioned actions as to the decedents without prejudice.

DATED:   August 17, 2009

Respectfully submitted,

**CELLINO & BARNES, P.C.**

By: _____
Brian A. Goldstein
Main Place Towers
350 Main Street, 25th Floor
Buffalo, NY 14202
(716) 854-2020