## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **CELLINO & BARNES, P.C. PLAINTIFFS' OPPOSITION TO DEFENDANT MERCK & CO., INC.'S** *SECOND* **MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE UNDER RULE 25(a)(1)** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail of by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order 8(b), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established on this 17th day of August, 2009.

/s/ Michael J. Williams
Michael J. Williams, Esq.
CA SBN 197272
Attorney for Plaintiffs
Cellino & Barnes, P.C.
350 Main Street, 25th Floor
Buffalo, NY 14202-3725
1-800-483-2050
Fax: 1-716-854-6291
Michael.williams@cellinoandbarnes.com