UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUTH LINTON, | ) MDL-VIOXX-1657 )|
| Plaintiff, | ) EDLA CASE NO. ) 2:07CV02099 )|
| | ) SECTION L )|
| | ) JUDGE FALLON )|
| In Re: VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) MAGISTRATE JUDGE ) DANIEL E. KNOWLES, III ) )|

## PRESERVATION NOTICE REQUIREMENT

Pursuant to Pretrial Order Number 43 Plaintiff, Ruth Linton hereby submits her Notice of Compliance with Requirement for Preservation of Records as required under Pretrial Orders 28 and 29. In support thereof Plaintiff states:

I hereby certify that pursuant to Pretrial Orders 43, 28, and 29 that I have mailed Preservation of Rights Letters by certified mail to the following medical providers:

| NAME AND ADDRESS OF MEDICAL PROVIDER OR SOURCE |
|---|
| Bryan Ricks, M.D.<br>911 Mountain Ave.<br>Carson City, NV 89702 |
| Michael Edmunds, M.D.<br>1104 N. Division<br>Carson City, NV 89703 |
| Carson Tahoe Hospital<br>P.O. Box 2168<br>Carson City, NV 89703 |
| Kimberly Adams, M.D.<br>8522 Del Webb Dr.<br>Las Vegas, NV 89128 |

1

| |
|---|
| Summerlin Hospital<br>657 Town Center Dr.<br>Las Vegas, NV 89144 |
| Sierra Nevada Cardiology Associates<br>704 W. Nye Lane<br>Gardnerville, NV 89460 |
| Desert Radiologists<br>3090 S. Durango Drive<br>Suite 200<br>Las Vegas, NV 89117 |
| James E. Mock, M.D.<br>3150 N. Tenaya Way<br>Suite 380<br>Las Vegas, NV 89128 |
| Rite Aid<br>1329 US Highway 395 North<br>Suite # 1<br>Gardnerville, NV 89410 |
| Walgreens<br>9420 West Lake Mead<br>Las Vegas, NV 89134 |

See attached Copies of Preservation of Records Letters sent to medical providers in this case.

Dated this 17th day of August, 2009.

By: /s/ Robert W. Cottle
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
**MAINOR EGLET COTTLE**
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiffs,
*Ruth Linton*

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(B) and paragraphs 5 through 7 of PTO 18(c), the following document was served on Counsel, Susan Giamportone, by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were served via electronic service with the procedures established in MDL 1657:

### PRESERVATION NOTICE REQUIREMENT

DATED this 17th day of August, 2009

/s/ *Robert W. Cottle*
ROBERT W. COTTLE, ESQ.



Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### TRIAL LAWYERS

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 14, 2009

**VIA CERTIFIED MAIL**
**70053110000046193781**
Custodian of Records
Walgreens
9420 West Lake Mead
Las Vegas, NV 89134

RE:   *Ruth Linton - EDLA CASE NO. 2:07CV02099; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

MAINOR EGLET COTTLE

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Ruth Linton*

RWC/jr



| | | |
|---|---|---|
| Randall Mainor<br>(1941-2007) | **MAINOR EGLET COTTLE**<br>T R I A L   L A W Y E R S | Robert T. Eglet<br>Robert W. Cottle*<br>Tracy A. Eglet† |

Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

**VIA CERTIFIED MAIL**
**70053110000046193750**
Custodian of Records
Rite Aid
1329 US Highway 395 North
Suite # 1
Gardnerville, NV 89410

RE:   *Ruth Linton - EDLA CASE NO. 2:07CV02099; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

*[signature]*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Ruth Linton*

RWC/jr



Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
TRIAL LAWYERS

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

**VIA CERTIFIED MAIL**
**70053110000046193743**
Custodian of Records
Bryan Ricks, M.D.
911 Mountain Ave.
Carson City, NV 89702

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE:   *Ruth Linton - EDLA CASE NO. 2:07CV02099; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

MAINOR EGLET COTTLE

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Ruth Linton*

RWC/jr



# MAINOR EGLET COTTLE
### TRIAL LAWYERS

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 14, 2009

**VIA CERTIFIED MAIL**
**70053110000046193736**
Custodian of Records
James E. Mock, M.D.
3150 N. Tenaya Way
Suite 380
Las Vegas, NV 89128

RE: *Ruth Linton - EDLA CASE NO. 2:07CV02099; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

MAINOR EGLET COTTLE

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Ruth Linton*

RWC/jr



# MAINOR EGLET COTTLE
### TRIAL LAWYERS

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 14, 2009

**VIA CERTIFIED MAIL**
**70053110000046193729**
Custodian of Records
Michael Edmunds, M.D.
1104 N. Division
Carson City, NV 89703

RE:   *Ruth Linton - EDLA CASE NO. 2:07CV02099; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

MAINOR EGLET COTTLE

*[signature]*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Ruth Linton*

RWC/jr



# MAINOR EGLET COTTLE
### TRIAL LAWYERS

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 14, 2009

**VIA CERTIFIED MAIL**
**70053110000046193712**
Custodian of Records
Desert Radiologists
3090 S. Durango Drive
Suite 200
Las Vegas, NV 89117

RE: *Ruth Linton - EDLA CASE NO. 2:07CV02099; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

MAINOR EGLET COTTLE

*[signature]*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Ruth Linton*

RWC/jr



Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
TRIAL LAWYERS

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 14, 2009

**VIA CERTIFIED MAIL**
**70053110000046193705**
Custodian of Records
Carson Tahoe Hospital
P.O. Box 2168
Carson City, NV 89703

RE:   *Ruth Linton - EDLA CASE NO. 2:07CV02099; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

*/s/ Robert W. Cottle*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Ruth Linton*

RWC/jr



| Randall Mainor (1941-2007) | **MAINOR EGLET COTTLE**  TRIAL LAWYERS | Robert T. Eglet  Robert W. Cottle*  Tracy A. Eglet† |
|---|---|---|

Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers●
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
● Also admitted in Arizona

August 14, 2009

**VIA CERTIFIED MAIL**
**70053110000046193699**
Custodian of Records
Kimberly Adams, M.D.
8522 Del Webb Dr.
Las Vegas, NV 89128

RE: *Ruth Linton - EDLA CASE NO. 2:07CV02099; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

*[signature: Robt W Cottle]*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Ruth Linton*

RWC/jr



# MAINOR EGLET COTTLE
### TRIAL LAWYERS

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

* Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 14, 2009

**VIA CERTIFIED MAIL**
**70053110000046193774**
Custodian of Records
Summerlin Hospital
657 Town Center Dr.
Las Vegas, NV 89144

RE:  *Ruth Linton - EDLA CASE NO. 2:07CV02099; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Ruth Linton*

RWC/jr



Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### TRIAL LAWYERS

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

\* Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 14, 2009

**VIA CERTIFIED MAIL**
**70053110000046193767**
Custodian of Records
Sierra Nevada Cardiology Associates
704 W. Nye Lane
Gardnerville, NV 89460

RE:   *Ruth Linton - EDLA CASE NO. 2:07CV02099; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

MAINOR EGLET COTTLE

*/s/ Robert W. Cottle/*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Ruth Linton*

RWC/jr

City Centre Place, 6th Floor, 400 South 4th Street, Las Vegas, Nevada 89101
(702) 450-5400   fax (702) 450-5451   www.mainorlawyers.com
Tax I.D.# 32-0095047