## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERESA HAWTHORNE,<br><br>    Plaintiff, | ) **MDL-VIOXX-1657**<br>)<br>) **EDLA CASE NO.**<br>) **2:07CV02100**<br>)<br>) **SECTION L**<br>)<br>) **JUDGE FALLON**<br>) |
| In Re:  VIOXX MARKETING, SALES<br>PRACTICES, AND PRODUCTS LIABILITY<br>LITIGATION | ) **MAGISTRATE JUDGE**<br>) **DANIEL E. KNOWLES, III**<br>)<br>) |

## PRESERVATION NOTICE REQUIREMENT

Pursuant to Pretrial Order Number 43 Plaintiff, Teresa Hawthorne hereby submits her

Notice of Compliance with Requirement for Preservation of Records as required under

Pretrial Orders 28 and 29.  In support thereof Plaintiff states:

I hereby certify that pursuant to Pretrial Orders 43, 28, and 29 that I have mailed

Preservation of Rights Letters by certified mail to the following medical providers:

| NAME AND ADDRESS OF MEDICAL PROVIDER OR SOURCE |
|---|
| University Pharmacy<br>1350 Walton Way<br>Augusta, GA. 30901 |
| Walton Rehabilitation Center Hospital<br>1355 Independence Dr.<br>Augusta, GA. 30901 |
| Steven D. Lampinen<br>2020 Goldring Ave.<br>Suite #404<br>Las Vegas, NV. 89106 |
| Radiology Associates of Nevada<br>3090 S. Durango Dr.<br>Suite # 200<br>Las Vegas, NV. 89117 |

| |
|---|
| Advanced Spine and Pain Center<br>801 S. Rancho Dr.<br>Suite #200<br>Las Vegas, NV. 89106 |
| Sunrise Hospital & Medical Center<br>3186 Maryland Parkway<br>Las Vegas, NV. 89109 |
| Cancer & Blood Specialists of Nevada<br>3211 W. Charleston Blvd.<br>Las Vegas, NV. 89102 |
| Southwest Emergency Associates<br>3196 South Maryland Parkway<br>Suite # 107<br>Las Vegas, NV. 89109 |
| Lake Mead Hospital<br>1409 East Lake Mead Blvd.<br>North Las Vegas, NV. 89030 |
| Diamond Emergency Physicians<br>P.O. Box 8178<br>Philadelphia, PA. 19101 |
| Zidrieck Valdez, MD.<br>1019 S. Decatur Blvd.<br>Las Vegas, NV. 89107 |
| Lake Mead Radiologists<br>715 Mall Ring Circle<br>Suite # 202<br>Henderson, NV. 89014 |
| Desert Radiologists<br>3090 S. Durango Dr.<br>Suite # 200<br>Las Vegas, NV. 89117 |
| Medical College of Georgia<br>1120 15th Street<br>Augusta, GA. 30912 |
| Kroger<br>3128 Deans Bridge Rd.<br>Augusta, GA. 30912 |
| Lung Institute of Nevada<br>5701 W. Charleston<br>Suite # 100<br>Las Vegas, NV. 89102 |
| Valley Hospital Medical Center<br>620 Shadow Lane<br>Las Vegas, NV. 89106 |

MAINOR EGLET COTTLE

1

2   University Medical Center
    1800 West Charleston Blvd.
3        Las Vegas, NV. 89102

4   Emergency Physicians Medical Group, Inc.
              P.O. Box 79344
5        City of Industry, CA. 91716

6

7   See attached Copies of Preservation of Records Letters sent to medical providers in

8   this case.

9       Dated this 17th day of August, 2009.

10

11                              By: ROBERT W. COTTLE, ESQ.

12                              ROBERT W. COTTLE, ESQ.
                                Nevada Bar No. 004576
13                              **MAINOR EGLET COTTLE**
                                400 South Fourth Street, Suite 600
14                              Las Vegas, NV 89101
                                Attorney for Plaintiff,
15                              *Teresa Hawthorne*

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(B) and paragraphs 5 through 7 of PTO 18(c), the following document was served on Counsel, Susan Giamportone , by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were served via electronic service with the procedures established in MDL 1657:

**PRESERVATION NOTICE REQUIREMENT**

DATED this 17th day of August, 2009

/s/   *Robert W. Cottle*
ROBERT W. COTTLE, ESQ.

4

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**7009096000040929067**
Custodian of Records
Walton Rehabilitation Center Hospital
1355 Independence Dr.
Augusta, GA. 30901

RE:   *Teresa Hawthorne - EDLA CASE NO. 2:07CV02100; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Teresa Hawthorne*

RWC/jr

City Centre Place, 6th Floor, 400 South 4th Street, Las Vegas, Nevada 89101
(702) 450-5400   fax (702) 450-5451   www.mainorlawyers.com
Tax I.D.# 32-0095047



**Randall Mainor**
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

\*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**7009096000040928893**
Custodian of Records
Desert Radiologists
3090 S. Durango Dr.
Suite # 200
Las Vegas, NV. 89117

RE:    *Teresa Hawthorne - EDLA CASE NO. 2:07CV02100; In Re: Vioxx
         Products Liability Litigation MDL 1657*

To the Custodian of Records:

        Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657*, this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

        Thank you for your assistance in this matter. Should you have any questions please contact
our office.

                                        Sincerely,

                                        **MAINOR EGLET COTTLE**

                                        ROBERT W. COTTLE, ESQ.
                                        Nevada Bar No. 004576
                                        400 South Fourth Street, Suite 600
                                        Las Vegas, NV 89101
                                        Attorney for Plaintiff, *Teresa Hawthorne*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE

### TRIAL LAWYERS

Robert T. Eglet

Robert W. Cottle✦

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel✶

Lesley B. Miller

Bradley J. Myers✦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

✶Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
✦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040929050**
Custodian of Records
Valley Hospital Medical Center
620 Shadow Lane
Las Vegas, NV. 89106

RE:   *Teresa Hawthorne - EDLA CASE NO. 2:07CV02100; In Re: Vioxx*
      *Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657,* this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Teresa Hawthorne*

RWC/jr



**MAINOR EGLET COTTLE**
T R I A L   L A W Y E R S

. Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040929043**
Custodian of Records
Zidrieck Valdez, MD.
1019 S. Decatur Blvd.
Las Vegas, NV. 89107

RE:   *Teresa Hawthorne - EDLA CASE NO. 2:07CV02100; In Re: Vioxx*
      *Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Teresa Hawthorne*

RWC/jr



J. Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040929036**
Custodian of Records
University Pharmacy
1350 Walton Way
Augusta, GA. 30901

     RE:    *Teresa Hawthorne - EDLA CASE NO. 2:07CV02100; In Re: Vioxx*
             *Products Liability Litigation MDL 1657*

To the Custodian of Records:

     Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

     Thank you for your assistance in this matter. Should you have any questions please contact our office.

                    Sincerely,

                    **MAINOR EGLET COTTLE**

                    ROBERT W. COTTLE, ESQ.
                    Nevada Bar No. 004576
                    400 South Fourth Street, Suite 600
                    Las Vegas, NV 89101
                    Attorney for Plaintiff, *Teresa Hawthorne*

RWC/jr



Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040929029**
Custodian of Records
University Medical Center
1800 West Charleston Blvd.
Las Vegas, NV. 89102

RE:   *Teresa Hawthorne - EDLA CASE NO. 2:07CV02100; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Teresa Hawthorne*

RWC/jr

City Centre Place, 6th Floor, 400 South 4th Street, Las Vegas, Nevada 89101
(702) 450-5400   fax (702) 450-5451   www.mainorlawyers.com
Tax I.D.# 32-0095047

**MAINOR EGLET COTTLE**

T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040929012**
Custodian of Records
Southwest Emergency Associates
3196 South Maryland Parkway
Suite # 107
Las Vegas, NV. 89109

    RE:   *Teresa Hawthorne - EDLA CASE NO. 2:07CV02100; In Re: Vioxx*
           *Products Liability Litigation MDL 1657*

To the Custodian of Records:

    Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

    Thank you for your assistance in this matter. Should you have any questions please contact our office.

                    Sincerely,

                    **MAINOR EGLET COTTLE**

                    ROBERT W. COTTLE, ESQ.
                    Nevada Bar No. 004576
                    400 South Fourth Street, Suite 600
                    Las Vegas, NV 89101
                    Attorney for Plaintiff, *Teresa Hawthorne*

RWC/jr



Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000409259005**
Custodian of Records
Sunrise Hospital & Medical Center
3186 Maryland Parkway
Las Vegas, NV. 89109

RE:   *Teresa Hawthorne - EDLA CASE NO. 2:07CV02100; In Re: Vioxx*
*Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Teresa Hawthorne*

RWC/jr



**MAINOR EGLET COTTLE**

T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928992**
Custodian of Records
Radiology Associates of Nevada
3090 S. Durango Dr.
Suite # 200
Las Vegas, NV. 89117

RE:  *Teresa Hawthorne - EDLA CASE NO. 2:07CV02100; In Re: Vioxx
Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Teresa Hawthorne*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

## VIA CERTIFIED MAIL
## 70090960000040928985
Custodian of Records
Medical College of Georgia
1120 15th Street
Augusta, GA. 30912

RE:  *Teresa Hawthorne - EDLA CASE NO. 2:07CV02100; In Re: Vioxx
Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Teresa Hawthorne*

RWC/jr

**Randall Mainor**
(1941-2007)

# MAINOR EGLET COTTLE
**T R I A L   L A W Y E R S**

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928978**
Custodian of Records
Lung Institute of Nevada
5701 W. Charleston
Suite # 100
Las Vegas, NV. 89102

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE:   *Teresa Hawthorne - EDLA CASE NO. 2:07CV02100; In Re: Vioxx
Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657,* this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Teresa Hawthorne*

RWC/jr

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928961**
Custodian of Records
Steven D. Lampinen
2020 Goldring Ave.
Suite #404
Las Vegas, NV. 89106

RE:   *Teresa Hawthorne - EDLA CASE NO. 2:07CV02100; In Re: Vioxx*
*Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Teresa Hawthorne*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**7009096000040928947**
Custodian of Records
Lake Mead Radiologists
715 Mall Ring Circle
Suite # 202
Henderson, NV. 89014

    RE:   *Teresa Hawthorne - EDLA CASE NO. 2:07CV02100; In Re: Vioxx*
             *Products Liability Litigation MDL 1657*

To the Custodian of Records:

    Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

    Thank you for your assistance in this matter. Should you have any questions please contact our office.

                      Sincerely,

                      **MAINOR EGLET COTTLE**

                      ROBERT W. COTTLE, ESQ.
                      Nevada Bar No. 004576
                      400 South Fourth Street, Suite 600
                      Las Vegas, NV 89101
                      Attorney for Plaintiff, *Teresa Hawthorne*

RWC/jr



Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928930**
Custodian of Records
Lake Mead Hospital
1409 East Lake Mead Blvd.
North Las Vegas, NV. 89030

    RE:    *Teresa Hawthorne - EDLA CASE NO. 2:07CV02100; In Re: Vioxx*
            *Products Liability Litigation MDL 1657*

To the Custodian of Records:

    Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

    Thank you for your assistance in this matter. Should you have any questions please contact our office.

                Sincerely,

                **MAINOR EGLET COTTLE**

                ROBERT W. COTTLE, ESQ.
                Nevada Bar No. 004576
                400 South Fourth Street, Suite 600
                Las Vegas, NV 89101
                Attorney for Plaintiff, *Teresa Hawthorne*

RWC/jr

III

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle∗
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel∗
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 12, 2009

∗Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

**VIA CERTIFIED MAIL**
**70090960000040928923**
Custodian of Records
Kroger
3128 Deans Bridge Rd.
Augusta, GA. 30912

RE:   *Teresa Hawthorne - EDLA CASE NO. 2:07CV02100; In Re: Vioxx*
      *Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657*, this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Teresa Hawthorne*

RWC/jr

City Centre Place, 6th Floor, 400 South 4th Street, Las Vegas, Nevada 89101
(702) 450-5400   fax (702) 450-5451   www.mainorlawyers.com
Tax I.D.# 32-0095047

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers◆

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
◆ Also admitted in Arizona

August 12, 2009

## VIA CERTIFIED MAIL
### 70090960000040928916
Custodian of Records
Emergency Physicians Medical Group, Inc.
P.O. Box 79344
City of Industry, CA. 91716

RE:    *Teresa Hawthorne - EDLA CASE NO. 2:07CV02100; In Re: Vioxx
Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Teresa Hawthorne*

RWC/jr

R. Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE

**T R I A L   L A W Y E R S**

Robert T. Eglet

Robert W. Cottle *

Tracy A. Eglet †

Robert M. Adams

Bradley S. Mainor

David A. Tanner ▲

Jonathan T. Remmel *

Lesley B. Miller

Bradley J. Myers ♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928909**
Custodian of Records
Diamond Emergency Physicians
P.O. Box 8178
Philadelphia, PA. 19101

RE:   *Teresa Hawthorne - EDLA CASE NO. 2:07CV02100; In Re: Vioxx Products*
      *Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Teresa Hawthorne*

RWC/jr

IIII

/. Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers◆

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
◆ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928886**
Custodian of Records
Cancer & Blood Specialists of Nevada
3211 W. Charleston Blvd.
Las Vegas, NV. 89102

RE:  *Teresa Hawthorne - EDLA CASE NO. 2:07CV02100; In Re: Vioxx
Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657,* this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Teresa Hawthorne*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L    L A W Y E R S

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel♦
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928879**
Custodian of Records
Advanced Spine and Pain Center
801 S. Rancho Dr.
Suite #200
Las Vegas, NV. 89106

RE:  *Teresa Hawthorne - EDLA CASE NO. 2:07CV02100; In Re: Vioxx Products*
*Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657,* this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Teresa Hawthorne*

RWC/jr