# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEVERLY WHEELER, | ) **MDL-VIOXX-1657** |
| | ) |
| Plaintiff, | ) **EDLA CASE NO.** |
| | ) **2:07CV00663** |
| | ) |
| | ) **SECTION L** |
| | ) |
| | ) **JUDGE FALLON** |
| | ) |
| In Re:  VIOXX MARKETING, SALES | ) **MAGISTRATE JUDGE** |
| PRACTICES, AND PRODUCTS LIABILITY | ) **DANIEL E. KNOWLES, III** |
| LITIGATION | ) |
| | ) |

## PRESERVATION NOTICE REQUIREMENT

Pursuant to Pretrial Order Number 43 Plaintiff, Beverly Wheeler hereby submits her

Notice of Compliance with Requirement for Preservation of Records as required under

Pretrial Orders 28 and 29.  In support thereof Plaintiff states:

I hereby certify that pursuant to Pretrial Orders 43, 28, and 29 that I have mailed

Preservation of Rights Letters by certified mail to the following medical providers:

| NAME OF PROVIDER OR SOURCE ADDRESS |
|---|
| **Scottsdale Headache & Pain Center** <br> 3341 North Seventh Avenue <br> Phoenix, Arizona 85258 |
| **Arizona Pain Treatment Center** <br> 1301 East McDowell Road #100, <br> Phoenix, Arizona 85006 |
| **Arizona Heart Institute** <br> 2632 N. 20th Street <br> Phoenix, AZ 85006 |
| **Town Center Medical Group** <br> 7301 East Second Street, # 300 <br> Scottsdale, Arizona 85251 |

| **NAME OF PROVIDER OR SOURCE ADDRESS** |
|---|
| **Scottsdale Heart Group**<br>9755 North 90th Street, # A100<br>Scottsdale, Arizona 85258 |
| **Scottsdale Healthcare**<br>7400 East Osborne Road<br>Scottsdale, Arizona 85251 |
| **Joseph S. Auteri, MD**<br>3640 High Street, Suite 2D<br>Portsmouth, VA 23701 |
| **Scottsdale Healthcare-Shea**<br>9003 East Shea Boulevard<br>Scottsdale, Arizona 85260 |
| **North Suburban Medical Center**<br>9191 Grant Street<br>Denver, Colorado 80229 |
| **Presbyterian / St. Lukes Medical Center**<br>1719 East 19th Avenue<br>Denver, Colorado 80218 |
| **Denver Internal Medicine Group**<br>155 South Madison, Suite 210<br>Denver, Colorado 80209 |
| **Center for Spine & Sports Rehabilitation**<br>2020 Goldring Avenue, Suite 501<br>Las Vegas, Nevada 89106 |
| **Arizona Lung and Critical Care Specialists**<br>9745 North 90th Place, Suite A<br>Scottsdale, Arizona 85258 |
| **St. Anthony North Hospital**<br>2551 West 84th Avenue<br>Westminster, Colorado 80031 |
| **Aurora Denver Cardiology Associates, PC**<br>1601 East 19th Avenue, Suite 5100<br>Denver, Colorado 80218 |

MAINOR EGLET COTTLE

| **NAME OF PROVIDER OR SOURCE ADDRESS** |
|---|
| **Mile High Gastroenterology, PC**<br>**Midtown Medical Center**<br>2005 Franklin Street, Suite 210<br>Denver, Colorado 80205 |
| **Suhattai Gamnerdsiri, MD**<br>7135 West Sahara Avenue, Suite 202<br>Las Vegas, Nevada 89117 |
| **Flamingo Emergency Physicians**<br>Post Office Box 13901<br>Philadelphia, PA 19101 |
| **Zidrieck Valdes, MD**<br>1019 South Decatur Boulevard<br>Las Vegas, Nevada 89107 |
| **Desert Radiologists, Professional Billing LTD**<br>3009 West Charleston Boulevard<br>Las Vegas, Nevada 89117 |
| **Valley Hospital Medical Center**<br>620 Shadow Lane<br>Las Vegas, Nevada 89106 |
| **Orthopedic Specialists of Nevada**<br>701 South Tonopah Drive<br>Las Vegas, Nevada 89106 |
| **Radiology Associates of Nevada**<br>3090 South Durango Drive, Suite 200<br>Las Vegas, Nevada 89117 |
| **Shadow Emergency Physicians**<br>Attn: Patient Services<br>Post Office Box 13917<br>Philadelphia, PA 19101-3917 |
| **Gastroenterology Center of Nevada**<br>700 Shadow Lane, Suite 165A<br>Las Vegas, Nevada 89106 |
| **Infectious Disease Associates**<br>3100 West Charleston Boulevard, Suite 204<br>Las Vegas, Nevada 89102-1996 |

| **NAME OF PROVIDER OR SOURCE** **ADDRESS** |
| --- |
| **HealthOne Broncos Sports Medicine / Rehabilitation, HealthOne Clinic Services Rehabilitation** 9195 Grant Street, Suite 100 Denver, Colorado 80229 |
| **Rocky Mountain Cancer Centers-Midtown** 1800 Williams Street, Suite 200 Denver, Colorado 80218 |
| **Surgical Consultants of Denver** 1601 East 19th Avenue, Suite 4500 Denver, Colorado 80218 |
| **Avista Adventist Hospital** 100 Health Park Drive Louisville, Colorado 80027 |
| **Albertson's/Savon Pharmacy #966** 6965 North Hayden Road Scottsdale, Arizona 85258 |
| **Walgreens Pharmacy #02599** 7337 Paseo Del Sur Scottsdale, Arizona 85258 |
| **Medco Health Solutions** Post Office Box 2660 Spokane, WA 99220-2660 |

See attached Copies of Preservation of Records Letters sent to medical providers in this case.

Dated this 17th day of August, 2009.

By: _Robt W Cottle_

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
**MAINOR EGLET COTTLE**
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff,
*Beverly Wheeler*

4

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(B) and paragraphs 5 through 7 of PTO 18(c), the following document was served on Counsel, Susan Giamportone , by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were served via electronic service with the procedures established in MDL 1657:

## PRESERVATION NOTICE REQUIREMENT

DATED this 17th day of August, 2009

/s/   _Robert W. Cottle_
ROBERT W. COTTLE, ESQ.

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers◆
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
◆ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**7006 0810 0002 9223 6912**
Custodian of Records
**Walgreens Pharmacy #02599**
7337 Paseo Del Sur
Scottsdale, Arizona 85258

RE:     *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products*
        *Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr



**Randall Mainor**
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236905**
Custodian of Records
**Valley Hospital Medical Center**
620 Shadow Lane
Las Vegas, Nevada 89106

RE:   *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr



# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236882**
Custodian of Records
**Zidrieck Valdes, MD**
1019 South Decatur Boulevard
Las Vegas, Nevada 89107

RE:  *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr

# MAINOR EGLET COTTLE

**T R I A L   L A W Y E R S**

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236875**
Custodian of Records
**Town Center Medical Group**
7301 East Second Street, # 300
Scottsdale, Arizona 85251

RE:   *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products
Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657*, this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr

# MAINOR EGLET COTTLE

**T R I A L   L A W Y E R S**

Randall Mainor
1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236868**
Custodian of Records
**Surgical Consultants of Denver**
1601 East 19th Avenue, Suite 4500
Denver, Colorado 80218

RE:   *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products
Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657,* this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr



Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70053110000046193828**
Custodian of Records
**Shadow Emergency Physicians**
Attn: Patient Services
Post Office Box 13917
Philadelphia, PA 19101-3917

RE:    *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr



# MAINOR EGLET COTTLE

### T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

\*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236851**
Custodian of Records
**St. Anthony North Hospital**
2551 West 84th Avenue
Westminster, Colorado 80031

RE:    *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

MAINOR EGLET COTTLE

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr



# MAINOR EGLET COTTLE

### T R I A L   L A W Y E R S

andall Mainor
941-2007)

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel†

Lesley B. Miller

Bradley J. Myers♦

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70053110000046193811**
Custodian of Records
**Scottsdale Heart Group**
9755 North 90th Street, # A100
Scottsdale, Arizona 85258

RE:   *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr



## MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**7005311000046193804**
Custodian of Records
**Scottsdale Healthcare**
7400 East Osborne Road
Scottsdale, Arizona 85251

RE:   *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr



andall Mainor
941 2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet
Robert W. Cottle *
Tracy A. Eglet †
Robert M. Adams
Bradley S. Mainor
David A. Tanner ▲
Jonathan T. Remmel *
Lesley B. Miller
Bradley J. Myers •
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
• Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70053110000046193798**
Custodian of Records
**Scottsdale Healthcare-Shea**
9003 East Shea Boulevard
Scottsdale, Arizona 85260

RE:   *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr



# MAINOR EGLET COTTLE

**T R I A L   L A W Y E R S**

andall Mainor
(941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70053110000046193835**
Custodian of Records
**Scottsdale Headache & Pain Center**
3341 North Seventh Avenue
Phoenix, Arizona 85258

RE:   *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products*
      *Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr



# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

andall Mainor
941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236844**
Custodian of Records
**Rocky Mountain Cancer Centers-Midtown**
1800 Williams Street, Suite 200
Denver, Colorado 80218

RE:   *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr



# MAINOR EGLET COTTLE

**T R I A L   L A W Y E R S**

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236837**
Custodian of Records
**Radiology Associates of Nevada**
3090 South Durango Drive, Suite 200
Las Vegas, Nevada 89117

RE:    *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products
Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr



# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236820**
Custodian of Records
**Presbyterian / St. Lukes Medical Center**
1719 East 19th Avenue
Denver, Colorado 80218

RE: *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr



# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236813**
Custodian of Records
**Orthopedic Specialists of Nevada**
701 South Tonopah Drive
Las Vegas, Nevada 89106

RE:  *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr



# MAINOR EGLET COTTLE

**T R I A L   L A W Y E R S**

Randall Mainor
(1941 2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet⸱
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
‡ Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**7006081000029223806**
Custodian of Records
**North Suburban Medical Center**
9191 Grant Street
Denver, Colorado 80229

RE:   *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products
Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle *

Tracy A. Eglet †

Robert M. Adams

Bradley S. Mainor

David A. Tanner ▲

Jonathan T. Remmel *

Lesley B. Miller

Bradley J. Myers ♦

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236790**
Custodian of Records
**Mile High Gastroenterology, PC**
**Midtown Medical Center**
2005 Franklin Street, Suite 210
Denver, Colorado 80205

RE: *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle *

Tracy A. Eglet †

Robert M. Adams

Bradley S. Mainor

David A. Tanner ▲

Jonathan T. Remmel *

Lesley B. Miller

Bradley J. Myers ♦

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236783**
Custodian of Records
**Medco Health Solutions**
Post Office Box 2660
Spokane, WA 99220-2660

RE:   *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products
Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657,* this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr



Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet
Robert W. Cottle *
Tracy A. Eglet †
Robert M. Adams
Bradley S. Mainor
David A. Tanner ▲
Jonathan T. Remmel *
Lesley B. Miller
Bradley J. Myers ♦
Joseph J. Wirth
Brice J. Crafton

* Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236776**
Custodian of Records
**Infectious Disease Associates**
3100 West Charleston Boulevard, Suite 204
Las Vegas, Nevada 89102-1996

RE: *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr



Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### TRIAL LAWYERS

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236769**
Custodian of Records
**HealthOne Broncos Sports Medicine / Rehabilitation, HealthOne Clinic Services**
**Rehabilitation**
9195 Grant Street, Suite 100
Denver, Colorado 80229

RE:    *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products*
*Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE

**T R I A L   L A W Y E R S**

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236752**
Custodian of Records
**Gastroenterology Center of Nevada**
700 Shadow Lane, Suite 165A
Las Vegas, Nevada 89106

RE:    *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products
Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657*, this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**700.60810000292236745**
Custodian of Records
**Suhattai Gamnerdsiri, MD**
7135 West Sahara Avenue, Suite 202
Las Vegas, Nevada 89117

RE:  *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products
Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657*, this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236738**
Custodian of Records
**Flamingo Emergency Physicians**
Post Office Box 13901
Philadelphia, PA 19101

RE:   *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products
Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657*, this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet·

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
· Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**7006081000292236721**
Custodian of Records
**Desert Radiologists, Professional Billing LTD**
3009 West Charleston Boulevard
Las Vegas, Nevada 89117

RE:   *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products*
*Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr



# MAINOR EGLET COTTLE

**T R I A L   L A W Y E R S**

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236714**
Custodian of Records
**Denver Internal Medicine Group**
155 South Madison, Suite 210
Denver, Colorado 80209

RE:   *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products*
*Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr



Randall Mainor
(1941 2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Joseph J. Wirth

Brice J. Crafton

\* Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236707**
Custodian of Records
**Center for Spine & Sports Rehabilitation**
2020 Goldring Avenue, Suite 501
Las Vegas, Nevada 89106

RE:   *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr

Case 2:05-md-01657-EEF-DEK   Document 22276   Filed 08/17/09   Page 32 of 38

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
**T R I A L   L A W Y E R S**

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236691**
Custodian of Records
**Avista Adventist Hospital**
100 Health Park Drive
Louisville, Colorado 80027

RE:   *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products*
*Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657*, this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr

City Centre Place, 6th Floor, 400 South 4th Street, Las Vegas, Nevada 89101
(702) 450-5400   fax (702) 450-5451   www.mainorlawyers.com
Tax I.D.# 32-0095047

andall Mainor
1941-2007)

# MAINOR EGLET COTTLE
**T R I A L   L A W Y E R S**

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Joseph J. Wirth

Brice J. Crafton

August 17, 2009

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

**<u>VIA CERTIFIED MAIL</u>**
**<u>70060810000292236684</u>**
Custodian of Records
**Joseph S. Auteri, MD**
3640 High Street, Suite 2D
Portsmouth, VA 23701

RE:   *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products
Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657*, this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
**T R I A L   L A W Y E R S**

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236677**
Custodian of Records
**Aurora Denver Cardiology Associates, PC**
1601 East 19th Avenue, Suite 5100
Denver, Colorado 80218

RE:    *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

August 17, 2009

*Also admitted in Utah
* Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

**VIA CERTIFIED MAIL**
**70060810000292236660**
Custodian of Records
**Arizona Pain Treatment Center**
1301 East McDowell Road #100,
Phoenix, Arizona 85006

RE:    *Beverly Wheeler - EDLA CASE NO. 2:07CV00663: In Re: Vioxx Products
       Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657,* this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle *

Tracy A. Eglet †

Robert M. Adams

Bradley S. Mainor

David A. Tanner ▲

Jonathan T. Remmel *

Lesley B. Miller

Bradley J. Myers ♦

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000292236653**
Custodian of Records
**Arizona Lung and Critical Care Specialists**
9745 North 90th Place, Suite A
Scottsdale, Arizona 85258

RE:     *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products
Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657*, this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

**VIA CERTIFIED MAIL**
**70060810000092236646**
Custodian of Records
**Arizona Heart Institute**
2632 N. 20th Street
Phoenix, AZ 85006

RE:   *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products
Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657*, this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
**T R I A L   L A W Y E R S**

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 17, 2009

## VIA CERTIFIED MAIL
## 70060810000392236639
Custodian of Records
**Albertson's/Savon Pharmacy #966**
6965 North Hayden Road
Scottsdale, Arizona 85258

RE:   *Beverly Wheeler - EDLA CASE NO. 2:07CV00663; In Re: Vioxx Products
Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657*, this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Beverly Wheeler*

RWC/jr