**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to ALL Cases* | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |

**************************************************************************

**ORDER APPROVING AMENDMENT OF THE 468B QUALIFIED SETTLEMENT FUND**
**(VIOXX 468B ESCROW SETTLEMENT FUND AND THE VIOXX 468B HOLDING SUB-FUND)**

On February 10, 2009, this Court entered an Order approving the establishment of the 468B Qualified Settlement Fund ("QSF") and approving the Fund Administrator in connection with the settlement program announced by the Negotiating Plaintiffs Committee ("NPC") and Merck on November 9, 2007. As of July 31, 2009, the parties to the Escrow Agreement – Merck & Co., the Negotiating Plaintiffs Counsel and the Escrow Agent – amended the Escrow Agreement to make it clear that the funds in the Escrow Account shall be invested in accordance with the terms of the Escrow Agreement. For the purposes of clarity, the parties to the Escrow Agreement have asked this Court to accept an amendment to Paragraph 5.3 of the 468B Qualified Settlement Fund, attached as Exhibit A to this Court's Order of February 10, 2009, approving the establishment of the QSF, to provide as follows:

> "5.3  Preservation of Principal.  Notwithstanding any other provision in the Funds, the Fund Administrator shall at all times hold, manage, invest and reinvest the assets of the Funds *in the manner prescribed in the Escrow Agreement*.  (Emphasis Added.)

Accordingly,

**IT IS HEREBY ORDERED** that:

1. The amendment to Paragraph 5.3 is accepted and Paragraph 5.3 shall henceforth provide as set forth above.

988013v.1

2. The Court retains continuing jurisdiction over both the Vioxx 468B Escrow Settlement Fund and the Vioxx 468B Holding Settlement Sub-Fund, and over the Fund Administrator.

NEW ORLEANS, LOUISIANA, this 17th day of August, 2009.

*[signature]*
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE