UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *All Cases on Attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the cases listed in the attached Exhibit A show cause on the 17th day of September, 2009, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiff's case dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(b). Plaintiffs shall file and serve upon Liaison Counsel any oppositions to the Rule on or before the 10th day of September, 2009. Defendant Merck & Co., Inc., shall file and serve upon Plaintiff's Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies to the oppositions on or before the 15th day of September, 2009.

NEW ORLEANS, LOUSIANA, this 17th day of   August  , 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

988002v.1

# Exhibit A

|   | Docket Number | Case Name | *Pro Se* Plaintiff Name | Last Known Address |
|---|---|---|---|---|
| 1 | 2:05-cv-03891-EEF-DEK | Abundiz, Elvira v. Merck & Co., Inc. | Abundiz, Elvira | 5813 Linares<br>Brownsville, TX 78521 |
| 2 | 2:06-cv-09157-EEF-DEK | Adams, Jessica C. v. Merck & Co., Inc. | Adams, Jessica C | 7755 Bay Cedar Drive<br>Orlando, FL 32835 |
| 3 | 2:06-cv-01970-EEF-DEK | Coleman, James v. Merck & Co., Inc. | Anderson, David L | 643 Grandview<br>Bismarck, MO 63624 |
| 4 | 2:05-cv-04445-EEF-DEK | Arthur, Byron v. Merck & Co., Inc. | Arthur, Byron | 17673 SW Richmond Way<br>Beaverton, OR 97006 |
| 5 | 2:06-cv-00957-EEF-DEK | Bailey, Patricia A. v. Merck & Co., Inc. | Bailey, Patricia | 200 Junior Deputy<br>Little Rock, AR 722201 |
| 6 | 2:05-cv-00538-EEF-DEK | Lassig, Leonard v. Merck & Co., Inc. | Baldoni, Eugene M | 11545 Carson<br>Lakewood, CA 90715 |
| 7 | 2:05-cv-03585-EEF-DEK | Barnett, Boykin v. Merck & Co., Inc. | Barnett, Boykin | 4160 E. 102<br>Cleveland, OH 44105 |
| 8 | 2:05-cv-01152-EEF-DEK | Rasco, Loma E. v. Merck & Co., Inc. | Battaglia, Gary J | 20114 Indigo Lake Drive<br>Magnolia, TX 77355 |
| 9 | 2:05-cv-04195-EEF-DEK | Benoit, Earline v. Merck & Co., Inc. | Benoit, Earline C | 125 Romero Road<br>Youngsville, LA 70592 |
| 10 | 2:05-cv-04420-EEF-DEK | Baudry, Allen v. Merck & Co., Inc. | Bertrand, Marcus | 927 Patricia Road<br>Rayne, LA 70578 |
| 11 | 2:05-cv-02351-EEF-DEK | Adams, Marchelle S. v. Merck & Co., Inc. | Blevins, Daniel | 208 Challenger Court<br>Chillicothe, OH 45601 |
| 12 | 2:05-cv-05822-EEF-DEK | Allison, Patricia v. Merck & Co., Inc. | Boyd, Brian R | 2308 SE 139th<br>Portland, OR 97233 |
| 13 | 2:05-cv-03478-EEF-DEK | Brant, Thomas v. Merck & Co., Inc. | Brant, Thomas W | 2389 Trentwood Drive<br>Warren, OH 44484 |
| 14 | 2:05-cv-04420-EEF-DEK | Baudry, Allen v. Merck & Co., Inc. | Brasseaux, Wayne S | 957 Emar Drive<br>Church Point, LA 70525 |
| 15 | 2:05-cv-02328-EEF-DEK | Bradford, Annie v. Merck & Co., Inc. | Burley, Gregory A | 4812 Stoneham Ct.<br>Middletown, OH 45042 |
| 16 | 2:05-cv-04398-EEF-DEK | Burnham, Diana R. v. Merck & Co., Inc. | Burnham, Diana R | 517 East 22nd<br>Post Falls, ID 83854 |
| 17 | 2:06-cv-01971-EEF-DEK | Ruzicka, Robert v. Merck & Co., Inc. | Byrd, Sonja | 3708 Nottingham Drive<br>S1. Charles, MO 63303 |
| 18 | 2:05-cv-04116-EEF-DEK | Carroll, William P. v. Merck & Co., Inc. | Carroll, William P | 4600 NE Kingston Drive<br>Lees Summit, MO 64064 |
| 19 | 2:05-cv-02946-EEF-DEK | Ivers, Deloris v. Merck & Co., Inc. | Chute, Martha C | 46 1st Street<br>New Lexington, OH 43764 |
| 20 | 2:05-cv-05822-EEF-DEK | Allison, Patricia v. Merck & Co., Inc. | Coalson, Mary L | 6170 Sw Erickson Ave.<br>Beaverton, OR 97008 |
| 21 | 2:06-cv-02101-EEF-DEK | Adams, Shirley v. Merck & Co., Inc. | Collier, Andrea | 3901 Alberta Ave, Apt 1W<br>St. Louis, MO 63116 |
| 22 | 2:05-cv-01538-EEF-DEK | Crumley, Danny H. v. Merck & Co., Inc. | Crumley, Danny H | 131 Owen Medford Rd<br>Tifton, GA 31794 |
| 23 | 2:05-cv-05822-EEF-DEK | Allison, Patricia v. Merck & Co., Inc. | Cushman, Margo J | 1381 Ave U<br>Seaside, OR 97138 |

|    | Docket Number | Case Name | *Pro Se* Plaintiff Name | Last Known Address |
|----|---------------|-----------|-------------------------|--------------------|
| 24 | 2:05-cv-05768-EEF-DEK | Bryant, Bardy v. Merck & Co., Inc. | Day, Chester | 335 Reams Church Road<br>Cub Run, KY 42729 |
| 25 | 2:06-cv-11047-EEF-DEK | Dooley, Ronald v. Merck & Co., Inc. | Dooley, Julia D | 6316 South Johnson St<br>Littleton, CO 80123 |
| 26 | 2:05-cv-03511-EEF-DEK | Dorney, Michael v. Merck & Co., Inc. | Dorney, Michael | 6025 Torolo Dr.<br>Loweville, OH 44436 |
| 27 | 2:06-cv-01971-EEF-DEK | Ruzicka, Robert v. Merck & Co., Inc. | Dotson, Shawn | P.O. Box 211<br>Bland, MO 65014 |
| 28 | 2:06-cv-01970-EEF-DEK | Coleman, James v. Merck & Co., Inc. | Dowell-Druffel, Robin | 1300 Park Ashwood Dr. Apt. C<br>St. Charles, MO 63304 |
| 29 | 2:05-cv-00545-EEF-DEK | Eberhardt, John P. v. Merck & Co., Inc. | Eberhardt, John P | #1083045<br>1100 F.M. 655 9-1-3<br>Rosharon, TX 77583 |
| 30 | 2:05-cv-05822-EEF-DEK | Allison, Patricia v. Merck & Co., Inc. | Faber, Mary | 7090 SW 68th Ave<br>Portland, OR 97223 |
| 31 | 2:05-cv-00994-EEF-DEK | Flanders, Willie T. v. Merck & Co., Inc. | Flanders, Willie T | 408 Vine Street<br>Dublin, GA 31021 |
| 32 | 2:06-cv-10262-EEF-DEK | Gilley, Glen E. v. Merck & Co., Inc. | Gilley, Glen E | 2805 Huntleigh Drive<br>Oklahoma City, OK 73120 |
| 33 | 2:05-cv-05822-EEF-DEK | Allison, Patricia v. Merck & Co., Inc. | Gonzalez, Juvenal | 128 Bradgly St.<br>Woodburn, OR 97971 |
| 34 | 2:05-cv-06356-EEF-DEK | Harger, Wayne S. v. Merck & Co. Inc. | Harger, Wayne S | P.O. Box 307<br>Oakland, OR 97462 |
| 35 | 2:05-cv-02319-EEF-DEK | Bails, Mary A. v. Merck & Co., Inc. | Harris, Richard C | 762 Elm St.<br>Akron, OH 44310 |
| 36 | 2:05-cv-05835-EEF-DEK | Kaufman, Opal v. Merck & Co., Inc. | Hawkins, Charles E | 1435 North Brown Street<br>Milwaukee, WI 53205 |
| 37 | 2:07-cv-08061-EEF-DEK | Hernandez, Martin G. v. Merck & Co., Inc. | Hernandez, Martin G | 2674 Nemaha Way<br>Stockton, CA 95206 |
| 38 | 2:05-cv-05784-EEF-DEK | Hill, Laurie v. Merck & Co., Inc. | Hill, Laurie | 42129 Bayou Narcisse<br>Gonzales, LA 70707 |
| 39 | 2:06-cv-01971-EEF-DEK | Ruzicka, Robert v. Merck & Co., Inc. | High, Armon | 5412 Queens Avenue<br>St. Louis, MO 63115 |
| 40 | 2:05-cv-04331-EEF-DEK | Holliday, John R. v. Merck & Co., Inc. | Holliday, John R | 208 Hickory Lane<br>Winchester, KY 40391 |
| 41 | 2:06-cv-00108-EEF-DEK | Jackson, James v. Merck & Co., Inc. | Jackson, Lela D a.k.a. Darlene Jackson | 1980 NE 11th Court<br>Union, OH 45322 |
| 42 | 2:05-cv-02328-EEF-DEK | Bradford, Annie v. Merck & Co., Inc. | James, George R | 123 Phelps Farm Circle<br>Union, OH 45322 |
| 43 | 2:05-cv-01167-EEF-DEK | Blain, Arthur D. v. Merck & Co., Inc. | Jensen, Lambert | 1040 South 1100 East, #78<br>St. Geroge, UT 84770 |
| 44 | 2:05-cv-04097-EEF-DEK | Jett, James L. v. Merck & Co., Inc. | Jett, James L | P.O. Box 471<br>Irondale, MO 63648 |
| 45 | 2:06-cv-06960-EEF-DEK | Johnson, Dorothy v. Merck & Co., Inc. | Johnson, Dorothy | 17 Peach Street Apt. 16<br>Charleston, MS 38921 |
| 46 | 2:05-cv-02328-EEF-DEK | Bradford, Annie v. Merck & Co., Inc. | Johnson, Pamela M | 653 Ethel Ct 45042<br>Middletown, OH |
| 47 | 2:05-cv-00493-EEF-DEK | McFarland, Leona v. Merck & Co., Inc. | Johnson, Sharon | 4406 Cleopatra Road 38128<br>Memphis, TN |

|    | Docket Number | Case Name | *Pro Se* Plaintiff Name | Last Known Address |
|----|---|---|---|---|
| 48 | 2:05-cv-03434-EEF-DEK | Jones, Carol v. Merck & Co., Inc. | Jones, Carol | 2380 South 9th Street<br>Beaumont, TX 7701 |
| 49 | 2:05-cv-05786-EEF-DEK | Jones, Janice v. Merck & Co., Inc. | Jones, Janice | PO Box 54363<br>11021 Plank Road, Apt 2<br>Baton Rouge, LA 70811 |
| 50 | 2:05-cv-04420-EEF-DEK | Baudry, Allen v. Merck & Co., Inc. | Joseph, Stephanie | 366 Verdun Lane<br>Franklin, LA 70538 |
| 51 | 2:05-cv-04862-EEF-DEK | Justus, Mark v. Merck & Co., Inc. | Justus, Mark L | P.O. Box 1891<br>Greenville, TX 75403 |
| 52 | 2:05-cv-04445-EEF-DEK | Arthur, Byron v. Merck & Co., Inc. | Karn, Ernest | 8650 SW Mohawk Circle<br>Wilsonville, OR 97070 |
| 53 | 2:05-cv-06106-EEF-DEK | Kiefer, Heather v. Merck & Co., Inc. | Kiefer, Vickie | 9700 Welby Road<br>Thornton, CO 80229 |
| 54 | 2:05-cv-06821-EEF-DEK | Kilgore, Janice v. Merck & Co., Inc. | Kilgore, Delphia M | 878 Meyers Hill Rd<br>Tracy City, TN |
| 55 | 2:05-cv-04448-EEF-DEK | Accord, Vern v. Merck & Co., Inc. | Knox, Ron | 10521 SE Insley St<br>Portland, OR 97266 |
| 56 | 2:06-cv-09788-EEF-DEK | Knudon, Albin v. Merck & Co., Inc. | Knudson, Albin | 5701 Tropic Mist<br>Las Vegas, NV 89130 |
| 57 | 2:05-cv-04445-EEF-DEK | Arthur, Byron v. Merck & Co., Inc. | Knutson, Karen | 20205 NW Morgan Rd<br>Portland, OR 97231 |
| 58 | 2:05-cv-04445-EEF-DEK | Arthur, Byron v. Merck & Co., Inc. | Laurila, Lois | 2477 Cal Young Rd, No. 206<br>Eugene, OR 97401 |
| 59 | 2:05-cv-06009-EEF-DEK | Leboeuf, Jane v. Merck & Co., Inc. | LeBoeuf, Jane E | 1750 Acadian Dr.<br>Hourma, LA 70363 |
| 60 | 2:05-cv-04193-EEF-DEK | LeDoux, Carl v. Merck & Co., Inc. | Ledoux, Carl V | 262 Bayou Acre Road<br>Arnaudville, LA 70512 |
| 61 | 2:06-cv-02101-EEF-DEK | Adams, Shirley v. Merck & Co., Inc. | Lenoir, Michael | 1525 S. E. Long Place<br>Lee's Summit, MO 64063 |
| 62 | 2:06-cv-01970-EEF-DEK | Coleman, James v. Merck & Co., Inc. | Loehr, Richard | Debra Loehr<br>611 Magoffin<br>St. Louis, MO 63129 |
| 63 | 2:05-cv-05835-EEF-DEK | Kaufman, Opal v. Merck & Co., Inc. | Lowe, Junior R | 6905 Bowden Road<br>Horraville, AL 36042 |
| 64 | 2:05-cv-04448-EEF-DEK | Accord, Vern v. Merck & Co., Inc. | Martin, Carrie | 365 NW 8th St<br>Ontario, OR 97914 |
| 65 | 2:05-cv-05787-EEF-DEK | Martin, Emmitt v. Merck & Co., Inc. | Martin, Emmitt | 8669 St. Cecilia St<br>New Roads, LA 70760 |
| 66 | 2:07-cv-05234-EEF-DEK | Massengale, Jack v. Merck & Co., Inc. | Massengale, Jack | 7105 Steed Court<br>Hyattsville, MD 20782 |
| 67 | 2:05-cv-05822-EEF-DEK | Allison, Patricia v. Merck & Co., Inc. | Mayers, Herbert | 20747 SW 98th Ave<br>Tualatin, OR 97062 |
| 68 | 2:05-cv-03221-EEF-DEK | McKenna, Brian v. Merck & Co., Inc. | McKenna, Laurel L | P.O. Box 480<br>Rockport, TX 78381 |
| 69 | 2:06-cv-01971-EEF-DEK | Ruzicka, Robert v. Merck & Co., Inc. | McQueen, LaToya | 8461 Alder Avenue<br>St. Louis, MO 63134 |
| 70 | 2:05-cv-01997-EEF-DEK | Chambers, Marianne v. Merck & Co., Inc. | Melendez, Michael | 29 Windsor Ave.<br>Meriden, CT 06451 |

|    | **Docket Number**     | **Case Name**                          | *Pro Se* **Plaintiff Name** | **Last Known Address**                                              |
|----|-----------------------|----------------------------------------|------------------------------|---------------------------------------------------------------------|
| 71 | 2:05-cv-06533-EEF-DEK | Cavender, Debbie v. Merck & Co., Inc.  | Mitchell, Annie L            | 6621 Donald<br>St. Louis, MO 63121                                  |
| 72 | 2:06-cv-01971-EEF-DEK | Ruzicka, Robert v. Merck & Co., Inc.   | Mize, Carol                  | 1459 County Road 510<br>Oak Ridge, MO 63769                         |
| 73 | 2:05-cv-02328-EEF-DEK | Bradford, Annie v. Merck & Co., Inc.   | Moragne, Mildred             | 3506 Edgecliff Ave<br>Dayton, OH 45407                              |
| 74 | 2:05-cv-05789-EEF-DEK | Morales, Ferrell T. v. Merck & Co., Inc. | Morales, Ferrell T         | Ferrell Thomas Morales<br>P.O. Box 151<br>French Settlement, LA 70733 |
| 75 | 2:06-cv-09789-EEF-DEK | Mortell, Julia C. v. Merck & Co., Inc. | Mortell, Daniel W            | 804 Surfs Up Drive<br>Las Vegas, NV 89128                           |
| 76 | 2:05-cv-05655-EEF-DEK | Mottner, Virginia v. Merck & Co., Inc. | Mottner, Virginia            | Roy Mottner<br>P.O. Box 471<br>South Beach, OR 97366                |
| 77 | 2:06-cv-01970-EEF-DEK | Coleman, James v. Merck & Co., Inc.    | Nunley, Jacquelyn            | 9311 Cleveland, Apt. 113<br>Kansas City, MO 64123                   |
| 78 | 2:05-cv-04448-EEF-DEK | Accord, Vern v. Merck & Co., Inc.      | Pearson, Greg                | 3025 NW Ithaca Ct<br>Portland, OR 97229                             |
| 79 | 2:05-cv-04420-EEF-DEK | Baudry, Allen v. Merck & Co., Inc.     | Penny, Shirley               | P.O. BOX 184<br>Rohwer, AR 71666                                    |
| 80 | 2:06-cv-01058-EEF-DEK | Hitch, Tina R. v. Merck & Co., Inc.    | Phalen, Kathleen             | 2114 Broadview St.<br>Rockford, IL 61104                            |
| 81 | 2:07-cv-00666-EEF-DEK | Blau, Tammy v. Merck & Co., Inc.       | Pigg, Charles L              | 300 Lenola Road<br>Maple Shade, NJ 08052                            |
| 82 | 2:05-cv-06533-EEF-DEK | Cavender, Debbie v. Merck & Co., Inc.  | Price, Jerry                 | 3210 East 11th St<br>Kansas City, MO 64127                          |
| 83 | 2:05-cv-04801-EEF-DEK | Price, Mary v. Merck & Co., Inc.       | Price, Mary                  | 212 Happy Hollow Drive<br>Dahinda, IL 61428                         |
| 84 | 2:05-cv-03490-EEF-DEK | Prince, David v. Merck & Co., Inc.     | Prince, David                | 914 Norwegian Wood Dr<br>Medina, OH 44256                           |
| 85 | 2:05-cv-04433-EEF-DEK | Rainey, Celina v. Merck & Co., Inc.    | Rainey, Celina               | 148 Belle Rose Lane<br>Belle Rose, LA 70390                         |
| 86 | 2:06-cv-01970-EEF-DEK | Coleman, James v. Merck & Co., Inc.    | Ralph, Billy                 | 2105 NW 6th Terrace<br>Blue Springs, MO 64014                       |
| 87 | 2:05-cv-01152-EEF-DEK | Rasco, Loma E. v. Merck & Co., Inc.    | Rasco, Harvey J              | Lorna E. Rasco<br>20106 Kinsland Drive<br>Katy, TX 77450            |
| 88 | 2:05-cv-02946-EEF-DEK | Ivers, Deloris v. Merck & Co., Inc.    | Reed, William T              | 5 Centennial Avenue<br>Mt. Vernon, OH 43050                         |
| 89 | 2:05-cv-04420-EEF-DEK | Baudry, Allen v. Merck & Co., Inc.     | Rodgers, Belinda             | 20 St. Paul Rd.<br>Sandy Hook, MS 39468                             |
| 90 | 2:05-cv-02364-EEF-DEK | Burks, Ella v. Merck & Co., Inc.       | Ross, Katherine              | 619 North Parkdale<br>Tyler, TX 75702                               |
| 91 | 2:06-cv-01970-EEF-DEK | Coleman, James v. Merck & Co., Inc.    | Sadler, David                | 13921 Gildea Rd<br>Bellgrade, MO 63622                              |
| 92 | 2:05-cv-00992-EEF-DEK | Sharwell, Jack v. Merck & Co., Inc.    | Sharwell, Jack               | 14150 Nesting Way<br>Delray Beach, FL 33484                         |
| 93 | 2:06-cv-01970-EEF-DEK | Coleman, James v. Merck & Co., Inc.    | Shelton, Cindy               | 38 Wagon Wheel Trail<br>Fenton, MO 63026                            |

|  | **Docket Number** | **Case Name** | ***Pro Se* Plaintiff Name** | **Last Known Address** |
|---|---|---|---|---|
| 94 | 2:06-cv-09790-EEF-DEK | Sher, Arthur L. v. Merck & Co., Inc. | Sher, Arthur L | 4175 S. Decatur Blvd<br>Las Vegas, NV 89103 |
| 95 | 2:05-cv-04445-EEF-DEK | Arthur, Byron v. Merck & Co., Inc. | Slusser, Carl | 87876 Limpit Lane<br>Florence, OR 97439 |
| 96 | 2:05-cv-04448-EEF-DEK | Accord, Vern v. Merck & Co., Inc. | Smith, Audrey | 11502 NE Klickitat<br>Portland, OR 97220 |
| 97 | 2:05-cv-04448-EEF-DEK | Accord, Vern v. Merck & Co., Inc. | Smith, Granville | 6455 SW Nyberg Land<br>Tualatin, OR 97062 |
| 98 | 2:05-cv-06519-EEF-DEK | Smith, ODean v. Merck & Co., Inc. | Smith, O'Dean | 541 Kelly Fork Road<br>Hazard, KY 41701 |
| 99 | 2:05-cv-05790-EEF-DEK | Smith, Percelean v. Merck & Co., Inc. | Smith, Perclean | P.O. Box 70<br>Rosedale, LA 70772 |
| 100 | 2:05-cv-06519-EEF-DEK | Smith, ODean v. Merck & Co., Inc. | Smith, Roberta | 541 Kelly Fork Road<br>Hazard, KY 41701 |
| 101 | 2:05-cv-05822-EEF-DEK | Allison, Patricia v. Merck & Co., Inc. | Sorensen, Laverne | 3560 SE 79th Ave, Apt 211<br>Portland, OR 97206 |
| 102 | 2:06-cv-01970-EEF-DEK | Coleman, James v. Merck & Co., Inc. | Stone, Otis | 14534 South 71 Highway, Apt 20<br>Kansas City, MO 64147 |
| 103 | 2:06-cv-01971-EEF-DEK | Ruzicka, Robert v. Merck & Co., Inc. | Talley, Bobby | 4647 Cottage Avenue<br>St. Louis, MO 63113 |
| 104 | 2:05-cv-04445-EEF-DEK | Arthur, Byron v. Merck & Co., Inc. | Terrill, Margaret | 14045 SE Holly View Lane<br>Boring, OR 97009 |
| 105 | 2:06-cv-01493-EEF-DEK | Thomas, Edward Earl v. Merck & Co., Inc. | Thomas, Edward E | 2300 South Jefferson, Apt. 7<br>Saginaw, MI 48061 |
| 106 | 2:06-cv-02101-EEF-DEK | Adams, Shirley v. Merck & Co., Inc. | Thornhill, Jerry | 3217 Berwick Street<br>Jefferson, LA 70121 |
| 107 | 2:05-cv-04420-EEF-DEK | Baudry, Allen v. Merck & Co., Inc. | Tobias, Andrew | 3217 Berwick Street<br>Jefferson, LA 70121 |
| 108 | 2:05-cv-05426-EEF-DEK | Torres, Estella v. Merck & Co., Inc. | Torres, Estella | 732 W. 3rd St.<br>Alice, TX 78332 |
| 109 | 2:05-cv-05798-EEF-DEK | Touchet, Kenneth R. v. Merck & Co., Inc. | Touchet, Kenneth R | 603 Chaisson Road<br>Abbeville, LA 70510 |
| 110 | 2:05-cv-04420-EEF-DEK | Baudry, Allen v. Merck & Co., Inc. | Toups, Barbara | 431 North Cedar St.<br>Lockport, LA 70374 |
| 111 | 2:05-cv-06030-EEF-DEK | Turner, Gail v. Merck & Co., Inc. | Turner, Gail | 1445 Lakeside Estates Drive<br>Houston, TX 77042 |
| 112 | 2:05-cv-04448-EEF-DEK | Accord, Vern v. Merck & Co., Inc. | Tuttle, Vickie | 89360 Sunnyloop Lane<br>Bandon, OR 97411 |
| 113 | 2:05-cv-04125-EEF-DEK | Underwood, Stephen v. Merck & Co., Inc. | Underwood, Stephen | 3700 Hwy 30<br>Londell, MO 63060 |
| 114 | 2:07-cv-01620-EEF-DEK | Valle, Michael C. v. Merck & Co., Inc. | Valle, Michael C | P.O. Box 1604<br>San Luis Obispo, CA 93466 |
| 115 | 2:05-cv-04506-EEF-DEK | Victor, Shirley v. Merck & Co., Inc. | Victor, Shirley | 406 West 22nd St<br>Covington, KY 41014 |
| 116 | 2:05-cv-04448-EEF-DEK | Accord, Vern v. Merck & Co., Inc. | Villanueva, Sarah | 1628 NE Pleasant Ave<br>Bend, OR 97701 |
| 117 | 2:05-cv-04370-EEF-DEK | Warmouth, James v. Merck & Co., Inc. | Warmouth, James E | 111 Brent Spence Square<br>Covington, KY 41011 |

|  | Docket Number | Case Name | *Pro Se* Plaintiff Name | Last Known Address |
|---|---|---|---|---|
| 118 | 2:05-cv-03144-EEF-DEK | Prettyman, Michael A. v. Merck & Co., Inc. | Washington, Carol A | Michael A. Prettyman<br>808 Montvue Avenue<br>Morristown, TN 37813 |
| 119 | 2:05-cv-05822-EEF-DEK | Allison, Patricia v. Merck & Co., Inc. | Wegert, Darlene | 17241 South Bradley Road<br>Oregon City 97045 |
| 120 | 2:05-cv-01129-EEF-DEK | Westbrook, Elzie v. Merck & Co., Inc. | Westbrook, Elzie | 5820 Foxhill Lane<br>Dallas, TX 75232 |
| 121 | 2:05-cv-06533-EEF-DEK | Cavender, Debbie v. Merck & Co., Inc. | Wheat, Ralph | 15 Bayberry<br>Eldon, MO 65026 |
| 122 | 2:06-cv-00661-EEF-DEK | Whitt, Gary v. Merck & Co., Inc. | Whitt, Gary | 3014 Echo Valley Drive<br>Little Rock, AR 72227 |
| 123 | 2:05-cv-02328-EEF-DEK | Bradford, Annie v. Merck & Co., Inc. | Williams, Regina L | 2060 W. Galbraith Road<br>Cincinnati, OH 45239 |
| 124 | 2:05-cv-05835-EEF-DEK | Kaufman, Opal v. Merck & Co., Inc. | Wymer, Debra | 4888 Timberview Drive<br>Ravenna, Ohio 44266 |
| 125 | 2:05-cv-05822-EEF-DEK | Allison, Patricia v. Merck & Co., Inc. | Zeis, Andrew J a.k.a. Joe Zeis | 10900 - SW 76 PL 25<br>Tigard, OR 97223 |