UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re:  VIOXX  PRODUCTS<br>            LIABILITY LITIGATION<br><br><br>**This Document Relates To:**<br>**All Cases** | CIVIL ACTION<br><br>No. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

## NOTICE OF CHANGE OF ADDRESS

The Law Offices of Douglas A. Allison hereby notifies the Court and all counsel of record

of a change of address to:

LAW OFFICES OF DOUGLAS A. ALLISON
403 N. Tancahua St.
Corpus Christi, TX 78401
Telephone: 361-888-6002
Facsimile: 361-888-6651

Respectfully submitted,

/s/ Douglas A. Allison
Douglas A. Allison
State Bar No. 01083500
Federal ID No. 10252
LAW OFFICES OF DOUGLAS A. ALLISON
403 N. Tancahua St.
Corpus Christi, TX 78401
361-888-6002 Telephone
361-888-6651 Facsimile

ATTORNEY FOR PLAINTIFFS

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 18th day of August, 2009.

/s/ Douglas A. Allison
Douglas A. Allison