UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Catherine Davis, et al. v. Merck & Co., Inc.*, No. 2:06-cv- | * | KNOWLES |
| 01209 (only as to Dawn Rhoades [Rhodes]) | * | |
| | * | |

*********************************************************************

## CORRECTED ORDER

Defendant Merck & Co., Inc.'s Seventh Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Requirements of Pre-Trial Order 28 (R.Doc. 18407) came on for hearing on July 31, 2009, immediately following the monthly status conference. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that the motion be and it hereby is dismissed as moot as to plaintiff Dawn Rhoades [Rhodes].

NEW ORLEANS, LOUISIANA, this 14 day of August, 2009.

_____
DISTRICT JUDGE

987688v.1