THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL Docket No. 1657 |
| | ) | |
| | ) | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | ) | JUDGE FALLON |
| | ) | |
| | ) | |

## RESPONSE TO MOTION FOR ORDER SETTING PROCEDURE ON ATTEMPTED LIENS AGAINST ATTORNEY'S FEES

COMES NOW the undersigned on behalf of Counsel Financial Services, LLC (hereinafter "Counsel Financial") and files this Response to Motion for Order Setting Procedure On Attempted Liens Against Attorney's Fees (the "Motion") In response, the undersigned states as follows;

1. On July 31, 2009, the undersigned filed it's Omnibus Objections to Motions for Special Consideration: Expedited Relief from Lien (the "Objections") related to pending motions arising from various claimants in settlements that are currently pending before this court.

2. The Objection is a response for various motions for special consideration that had previously been filed.

3. This response seeks simply to address the Motion filed by the claims administrator in the Vioxx case. Specifically, the undersigned notes that Counsel Financial generally has no objection to the entry of an order granting the Motion.

4.   Counsel Financial observes that as part of the Motion and proposed order, there includes the concept of the presentation of a judgment to the claim's administrator.  Counsel Financial, respectfully suggests, that this issue should be clarified to include any judgment arising from any federal or state proceeding that has been or is due to be accorded full faith and credit.

WHEREFORE, premises considered, subject to the above provisions, Counsel has not objection to the entry of the order a proposed by the claims' administrator.

_____
R. Scott Williams

**Of Counsel:**
HASKELL SLAUGHTER YOUNG & REDIKER, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Phone:  205.251.1000
Fax:  205.324.1133

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served by email upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and by U.S. Mail, postage prepaid and properly address as follows below and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this the 18th day of August 2009:

E. Kirk Wood
Wood Law Firm, LLC
P.O. Box 382434
Birmingham, Alabama 35238

Eric Quetglas
Quetglas Law Offices
P.O. Box 165606
San Juan, Puerto Rico 00908-6606

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Phillip A. Wittmann
Stone Pigman Walther Wittman, L.L.C.
546 Carondelet Street
New Orleans, LA 70130

_____
Of Counsel