UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
VIOXX PRODUCT LIABILITY LITIGATION         )    MDL NO. 1657
                                           )
                                           )    SECTION: L
                                           )
                                           )    JUDGE FALLON
                                           )    MAG. JUDGE KNOWLES
                                           )
                                           )
*THIS DOCUMENT RELATES TO:*                )
                                           )
Joanne A. Carrigan v. Merck & Co., Inc,    )
2:06-cv-09752-EEF-DEK (Cynthia Waterman only))
                                           )
_____)

**CELLINO & BARNES, P.C. PLAINTIFFS' OPPOSITION TO DEFENDANT MERCK & CO., INC.'S MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE REGISTRATION REQUIREMENTS OF PTO 31**

On August 13, 2009, defendant Merck filed the above captioned motion. Merck's motion insofar as it concerns Cellino & Barnes P.C. and Trepanier & MacGillis P.A. client Cynthia Waterman results from a scrivener's error in an original complaint and corrected by a subsequently filed complaint. Accordingly, Cynthia Waterman does not oppose dismissal of the action in which she was erroneously named.

Mrs. Cynthia Waterman was the surviving spouse of decedent Herbert Waterman. Mrs. Susan Potts, as power of attorney for Mrs. Waterman filed a civil action that upon transfer would become *Joanne A. Carrigan v. Merck & Co., Inc.*, 2:06-cv-09752-EEF-DEK. This complaint in error named Mrs. Cynthis Waterman as a decedent rather than Mr. Herbert Waterman.

1

Mrs. Potts subsequently filed a civil action that upon transfer would become *Hope Phillips, Individually and as the Trustee of the Estate of Charlotte E. Abbot, et al. vs. Merck & Co., Inc.*, 2:07-cv-09125-EEF-DEK. Mr. Waterman was correctly identified as the decedent in this action with Mrs. Potts as his representative. However, the two complaints relating to the Watermans were never reconciled.

Decedent Mr. Waterman's estate has properly enrolled his claim under the 2:07-cv-09125 case number, complied with all Claims Administrator requirements and received a notice of points award. This case and claim is not at issue in the pending motion. Accordingly, Mrs. Cynthia Waterman states her non-opposition to dismissing the claim erroneously identified under her name in 2:06-cv-09752.

DATED:   August 19, 2009

Respectfully submitted,

**CELLINO & BARNES, P.C.**

By: _____
Brian A. Goldstein
Main Place Towers
350 Main Street, 25th Floor
Buffalo, NY 14202
(716) 854-2020

2