UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:        ALL CASES**

## ORDER

Considering the foregoing Motion to Expedite Consideration of the Motion for Certification Under 28 U.S.C. § 1292(B) and for Alternative Final Judgment Under Rule 54(b), and for Stay Pending Appeal (Rec. Doc. 22133) filed by Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser:

IT IS ORDERED that the Motion to Expedite Consideration (Rec. Doc. 22133) IS DENIED.  Accordingly, the Motion for Certification Under 28 U.S.C. § 1292(B) and for Alternative Final Judgment Under Rule 54(b), and for Stay Pending Appeal (Rec. Doc. 22132) is set on September 9, 2009, at 9:00 a.m. WITHOUT ORAL ARGUMENT.

New Orleans, Louisiana, this 18th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE

1