UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:   Case No. 09-4373, Sandra Hurst v. Michel D. Riley, et al.**

## ORDER

IT IS ORDERED that Plaintiff's Motion to Remand (Rec. Doc. 22018) is CONTINUED WITHOUT DATE. The motion, and any objections thereto, will be addressed by the Court at the appropriate time.

1