- 1 -

## Exhibit A – First PTO 43 *Lone Pine* Motion

| Last Name | First Name | Counsel | Caption | Docket Number |
|---|---|---|---|---|
| Grammer | Cynthia | Barrett Law Office, PA (MS) | Grammer, Cynthia S. v. Merck & Co., Inc. | 2:05-cv-03422-EEF-DEK |
| Martin | Hervie | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Guess, Geraldine v. Merck & Co., Inc. | 2:05-cv-03421-EEF-DEK |
| Artis | Dennis | Becnel Law Firm, LLC | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| Deal | Octavia | Becnel Law Firm, LLC | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| Gamble | Tessie | Becnel Law Firm, LLC | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| Grainer | Herman | Becnel Law Firm, LLC | Scott, Marva P. v. Merck & Co., Inc. | 2:04-cv-03372-EEF-DEK |
| Mougeot | Evelyn | Becnel Law Firm, LLC | Boudreaux, Joan v. Merck & Co., Inc. | 2:05-cv-04443-EEF-DEK |
| Mungo | Hessie | Becnel Law Firm, LLC | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| Music | Gertrude | Becnel Law Firm, LLC | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| Smith | Jennifer | Becnel Law Firm, LLC | Johnson, Eva M. v. Merck & Co., Inc. | 2:05-cv-05720-EEF-DEK |
| Thornton | Larry | Becnel Law Firm, LLC | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| Woods | Connie | Becnel Law Firm, LLC | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| Dixon | Estate of Pearlie | Boone Law Firm, P.A. | Dixon, Pearlie Estate of v. Merck & Co., Inc. | 2:08-cv-00255-EEF-DEK |
| Duffin | Linda | Boone Law Firm, P.A. | Duffin, Linda v. Merck & Co., Inc. | 2:08-cv-00258-EEF-DEK |
| Howard | Ethel | Boone Law Firm, P.A. | Howard, Ethel Mae v. Merck & Co., Inc. | 2:08-cv-00276-EEF-DEK |
| Lee-Thornton | Beatrice | Boone Law Firm, P.A. | Thornton, Beatrice v. Merck & Co., Inc. | 2:08-cv-00264-EEF-DEK |
| Perry, Jr. | Ezzie | Boone Law Firm, P.A. | Perry, Ezzie Jr. v. Merck & Co., Inc. | 2:08-cv-00269-EEF-DEK |
| Sims | Ida | Boone Law Firm, P.A. | Sims, Ida M. v. Merck & Co., Inc. | 2:08-cv-00281-EEF-DEK |
| Wince | Burse | Boone Law Firm, | Blanks, Katie v. | 2:07-cv-07512-EEF-DEK |

988644v.1

| Last Name | First Name | Counsel | Caption | Docket Number |
|---|---|---|---|---|
| | | P.A. | Merck & Co., Inc. | |
| Young | Richard | Boone Law Firm, P.A. | Young, Richard v. Merck & Co., Inc. | 2:08-cv-01365-EEF-DEK |
| Beck | Randy | Brown & Crouppen, PC | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| Besterfeldt | Linda | Brown & Crouppen, PC | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| Brown | Sheena | Brown & Crouppen, PC | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| Davis | Bobbie | Brown & Crouppen, PC | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| Just | Richard | Brown & Crouppen, PC | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| Lifritz | Janine | Brown & Crouppen, PC | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| Boswell | Mattie | Carey & Danis, LLC | Boswell, Mattie v. Merck & Co., Inc. | 2:05-cv-06389-EEF-DEK |
| Bowen | Donald | Carey & Danis, LLC | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| Buehler | Wilburn | Carey & Danis, LLC | Mullins, Arthur v. Merck & Co., Inc. | 2:05-cv-05302-EEF-DEK |
| Cover | Bob | Carey & Danis, LLC | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK |
| Creason | Daryl | Carey & Danis, LLC | Atkinson, Allen v. Merck & Co., Inc. | 2:05-cv-04130-EEF-DEK |
| Dunn | James | Carey & Danis, LLC | McDonald, James v. Merck & Co., Inc. | 2:06-cv-03390-EEF-DEK |
| Durant | Robert | Carey & Danis, LLC | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| Goff | Harriet | Carey & Danis, LLC | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| Harris-Hurd | Gwen | Carey & Danis, LLC | Means, Clarence v. Merck & Co., Inc. | 2:06-cv-03371-EEF-DEK |
| Hutchinson | Anthony | Carey & Danis, LLC | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK |
| Lenhardt, Sr. | Ronald | Carey & Danis, LLC | Harris, Marlene v. Merck & Co., Inc. | 2:05-cv-02580-EEF-DEK |
| Longdon | Margaret | Carey & Danis, LLC | McGhee, Edna v. Merck & Co., Inc. | 2:05-cv-02573-EEF-DEK |
| McDaniel | Jeffrey | Carey & Danis, LLC | McDaniel, Jeffrey v. Merck & Co., Inc. | 2:05-cv-03811-EEF-DEK |
| Mitchelle | Jane | Carey & Danis, | Ganser, Dorothy v. | 2:05-cv-05300-EEF-DEK |

- 3 -

| Last Name | First Name | Counsel | Caption | Docket Number |
|---|---|---|---|---|
| | | LLC | Merck & Co., Inc. | |
| Shepherd | Robert | Carey & Danis, LLC | Angel, Lash v. Merck & Co., Inc. | 2:05-cv-06386-EEF-DEK |
| Susz | Mary | Cloon Law Firm | Susz, Adam v. Merck & Co., Inc. | 2:06-cv-09741-EEF-DEK |
| Barnett | Meryl | Corea Firm, P.L.L.C., The | Kincaid, Johnny v. Merck & Co., Inc. | 2:06-cv-08418-EEF-DEK |
| Buffington | Sammuel | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| Campbell | James | Corea Firm, P.L.L.C., The | Kincaid, Johnny v. Merck & Co., Inc. | 2:06-cv-08418-EEF-DEK |
| Cooper | J.C. | Corea Firm, P.L.L.C., The | Kincaid, Johnny v. Merck & Co., Inc. | 2:06-cv-08418-EEF-DEK |
| Davis | John | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| Clark | Larry | Driggs Bills & Day PC | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| Stafford | Evelyn | Driggs Bills & Day PC | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| Ward | Jon | Driggs Bills & Day PC | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| Daumler | Anne | Girardi & Keese | Daumler, Anne v. Merck & Co., Inc. | 2:07-cv-06147-EEF-DEK |
| Krajcovic | Genevieve | Kimmins & Associates, P.C. | Krajcovic, William T. v. Merck & Co., Inc. | 2:07-cv-00322-EEF-DEK |
| Ahl | June | Lanier Law Firm, PC | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Clark | Cortrena | Lanier Law Firm, PC | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Walker | Juanita | Lanier Law Firm, PC | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Wentling | Ronald | Lanier Law Firm, PC | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Carter | Wilda | Matthews & Associates | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK |
| Burks | Rosie | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| Giambelluca | Pamela | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| Green | Michael | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |

988644v.1

| Last Name | First Name | Counsel | Caption | Docket Number |
|---|---|---|---|---|
| Lewis | Arthur | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| Naomi | Jane | Murray Law Firm 1 | Gates, Aubrey v. Merck & Co., Inc. | 2:05-cv-05727-EEF-DEK |
| Baum | Janice | Price Waicukauski & Riley, LLC | Heavrin, Michael v. Merck & Co., Inc. | 2:05-cv-00458-EEF-DEK |
| Morales | Elicenia | Ranier, Gayle & Elliot, L.L.C. (TX) | Morales, Elicenia v. Merck & Co., Inc. | 2:05-cv-06366-EEF-DEK |
| Broomfield | Eddie | Schlapprizzi, Donald L., P.C | Broomfield, Eddie v. Merck & Co., Inc. | 2:06-cv-00688-EEF-DEK |
| Fairbanks | Lucille | Schlapprizzi, Donald L., P.C | Coleman, James v. Merck & Co., Inc. | 2:06-cv-01970-EEF-DEK |
| Richardson | Charles | Schlapprizzi, Donald L., P.C | Lewis, Linda S. v. Merck & Co., Inc. | 2:05-cv-06739-EEF-DEK |
| Allen | Glen | Simon Passanante PC | Allen, Glen v. Merck & Co., Inc. | 2:05-cv-05498-EEF-DEK |
| Barbee | Betty | Simon Passanante PC | Allen, Mary A. v. Merck & Co., Inc. | 2:05-cv-01039-EEF-DEK |
| Bennett | Patricia | Simon Passanante PC | Broadhurst, William G. v. Merck & Co., Inc. | 2:05-cv-01047-EEF-DEK |
| Campbell | Charles | Simon Passanante PC | Crouter, Donny v. Merck & Co., Inc. | 2:05-cv-01046-EEF-DEK |
| Coffman | Julie | Simon Passanante PC | Crouter, Donny v. Merck & Co., Inc. | 2:05-cv-01046-EEF-DEK |
| Franko | Lori | Simon Passanante PC | Long, James v. Merck & Co., Inc. | 2:05-cv-01050-EEF-DEK |
| Kelly | Opal | Simon Passanante PC | James, Kathryn v. Merck & Co., Inc. | 2:05-cv-01038-EEF-DEK |
| Roan | Janice | Simon Passanante PC | Noble, Richard v. Merck & Co., Inc. | 2:05-cv-01060-EEF-DEK |
| White | Corrine | Simon Passanante PC | Wiser, Sharon v. Merck & Co., Inc. | 2:05-cv-01545-EEF-DEK |
| Davis | Lee | Underwood, Earl P., Jr. | Connell, Clara J. v. Merck & Co., Inc. | 2:06-cv-06235-EEF-DEK |