UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to all plaintiffs on | * | |
| attached Exhibit A | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

## ORDER TO SHOW CAUSE WHY CASES
## SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the cases listed in the attached Exhibit A show cause on the 17th day of September, 2009, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).  Plaintiffs shall file and serve upon Liaison Counsel any oppositions to the Rule on or before the 10th day of September, 2009.  Defendant Merck & Co., Inc., shall file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies to the oppositions on or before the 15th day of September, 2009.

NEW ORLEANS, LOUISIANA, this _____ day of August, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

988643v.1