UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
VIOXX PRODUCT LIABILITY LITIGATION  )  MDL NO. 1657
                                    )
                                    )  SECTION: L
                                    )
                                    )  JUDGE FALLON
                                    )  MAG. JUDGE KNOWLES
                                    )
                                    )
*THIS DOCUMENT RELATES TO:*          )
Maryilou Billard, individually and as trustee of the )
estate of Dorothy Mack; 2:07-cv-01394-EEF-DEK )
Dorothy Mack; 2:06-cv-02216-EEF-DEK )
Barbara Dick; 2:06-cv-02217-EEF-DEK )
Rita Ersing; 2:06-cv-01187-EEF-DEK )
Bernice Goodman; 2:06-cv-02216-EEF-DEK )
Andrew J. Holmes; 2:06-cv-02198-EEF-DEK )
Francisco Martinez; 2:06-cv-02211-EEF-DEK )
Henry Minney; 2:06-cv-02213-EEF-DEK )
Veda Woods individually and as trustee of the )
estate of James Moore; 2:08-cv-00327-EEF-DEK )
Wanda Prezioso; 2:06-cv-02216-EEF-DEK )
Nancy Schreck; 2:06-cv-02198-EEF-DEK )
Effie Watson; 2:06-cv-02201-EEF-DEK )
Betty Wilson; 2:06-cv-02209-EEF-DEK )
                                    )

**NOTICE OF MOTION AND MOTION FOR RELIEF
FROM JUDGMENT AND TO SHORTEN TIME**

PLEASE TAKE NOTICE that on the 17th of September, 2009, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for the above-identified plaintiffs shall move before the Honorable Eldon E. Fallon, United States Courthouse, 500 Polydras Street, Room C-456, New Orleans, LA 70130, for the entry of an order in the form submitted herewith, granting Plaintiff's Motion for Relief from Judgment in the above-captioned actions.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs

1

shall rely upon this Notice of Motion, and the original Memorandum of Law in Support of Plaintiff's Motion for Relief from Judgment and to Shorten Time, submitted herewith as well as all papers Plaintiffs have previously filed in these proceedings.

DATED: August 19, 2009

Respectfully submitted,

**CELLINO & BARNES, P.C.**

By: _____

Brian A. Goldstein
Main Place Towers
350 Main Street, 25th Floor
Buffalo, NY 14202
(716) 854-2020