UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: <br> VIOXX PRODUCT LIABILITY LITIGATION | MDL NO. 1657 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |
| *THIS DOCUMENT RELATES TO:* <br> Maryilou Billard, individually and as trustee of the estate of Dorothy Mack; 2:07-cv-01394-EEF-DEK <br> Dorothy Mack; 2:06-cv-02216-EEF-DEK <br> Barbara Dick; 2:06-cv-02217-EEF-DEK <br> Rita Ersing; 2:06-cv-01187-EEF-DEK <br> Bernice Goodman; 2:06-cv-02216-EEF-DEK <br> Andrew J. Holmes; 2:06-cv-02198-EEF-DEK <br> Francisco Martinez; 2:06-cv-02211-EEF-DEK <br> Henry Minney; 2:06-cv-02213-EEF-DEK <br> Veda Woods individually and as trustee of the estate of James Moore; 2:08-cv-00327-EEF-DEK <br> Wanda Prezioso; 2:06-cv-02216-EEF-DEK <br> Nancy Schreck; 2:06-cv-02198-EEF-DEK <br> Effie Watson; 2:06-cv-02201-EEF-DEK <br> Betty Wilson; 2:06-cv-02209-EEF-DEK | |

**MOTION FOR RELIEF FROM JUDGMENT AND TO SHORTEN TIME**

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, plaintiffs identified above through their undersigned counsel hereby move this Court for an Order relieving them from the Order of Dismissal with Prejudice filed for their individual claims. Plaintiffs respectfully submit that the Claims Administrator of the Vioxx Settlement Program found them to be Non-Submitting Program Claimants while similarly situated claimants continue to correct and supplement their claims, resulting in a disproportionate discovery sanction when compared to the evolving processes in the

1

settlement program. Further ground for this motion are set forth in within the contemporaneously filed Memorandum in Support.

Moreover, as this issue is calendared before this Court following the next status conference (Exhibit A, Docket No. 20864, 21463), plaintiffs identified above through their undersigned counsel hereby move this Court for an Order shortening time so that this motion may be heard following the September 17, 2009 status conference. As announced following the July 2009 status conference, the next monthly status conference will be held on Thursday, September 17, 2009 at 9:00 a.m. (Docket No. 21503, p. 15.) A previously submitted version of this motion requested an August 2009 status conference hearing date in error. Further ground for this motion are set forth in within the contemporaneously filed Memorandum in Support.

DATED: August 19, 2009

Respectfully submitted,

**CELLINO & BARNES, P.C.**

By: _____
Brian A. Goldstein
Main Place Towers
350 Main Street, 25th Floor
Buffalo, NY 14202
(716) 854-2020