# B



Case 2:05-md-01657-EEF-DEK Document 21977 Filed 08/07/2009 Page 1 of

Aug 11 2009
4:40PM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** **Product Liability Litigation** | * * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | * * | |
| *Terry L. Haskin, et al.* *v.* *Merck & Co., Inc., et al.* | * * * | **JUDGE FALLON** **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| *Only with regard to:* *Maryilou Billard, individually and as trustee of the estate of Dorothy Mack* | * * * | |
| | * | |
| *Docket No. 2:07-cv-01394* | * | |

**********************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Maryilou Billard, individually and as trustee of the estate of Dorothy Mack, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 7th day of August, 2009.

Eldon E. Fallon
DISTRICT JUDGE



Case 2:05-md-01657-EEF-DEK Document 21976 Filed 08/07/2009 Page 1 of

Aug 11 2009
4:39PM

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®** **Product Liability Litigation** | * * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | * * | |
| ***Irene Ahouse, et al.*** *v.* ***Merck & Co., Inc., et al.*** | * * * * | **JUDGE FALLON** **MAGISTRATE JUDGE KNOWLES** |
| ***Only with regard to:*** ***Dorothy Mack*** | * * * | |
| ***Docket No. 2:06-cv-02216*** | * | |

***********************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Dorothy Mack in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 7th day of August, 2009.

Eldon E. Fallon
DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| *Janie Alston, et al.*<br>*v.*<br>*Merck & Co., Inc., et al.* | * | **JUDGE FALLON** |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| ***Only with regard to:***<br>***Barbara Dick*** | * | |
| *Docket No. 2:06-cv-02217* | * | |

************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Barbara Dick in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 29th day of June, 2009.

Eldon E. Fallon

DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| *Marie Brown, et al.*<br>*v.*<br>*Merck & Co., Inc., et al.* | * | **JUDGE FALLON** |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| ***Only with regard to:***<br>***Rita Ersing and Francis J. Ersing*** | * | |
| ***Docket No. 2:06-cv-01187*** | * | |

*************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Rita Ersing and Francis J. Ersing in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 29th day of June, 2009.

[signature]

DISTRICT JUDGE



Jun 30 2009
2:48PM

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | * | **MDL Docket No. 1657** |
| **This document relates to:** | * | **SECTION L** |
| *Irene Ahouse, et al.*<br>*v.*<br>*Merck & Co., Inc., et al.* | * | **JUDGE FALLON**<br>**MAGISTRATE JUDGE KNOWLES** |
| ***Only with regard to:***<br>***Bernice Goodman*** | * | |
| *Docket No. 2:06-cv-02216* | * | |

***********************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Bernice Goodman in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 29th day of June, 2009.

Eldon E. Fallon
DISTRICT JUDGE



Jun 30 2009
2:46PM

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | *<br>* | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | *<br>* | |
| ***Gary T. Bielak, et al.***<br>*v.*<br>***Merck & Co., Inc., et al.*** | *<br>*<br>* | **JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |
| ***Only with regard to:***<br>***Andrew J. Holmes*** | *<br>*<br>*<br>* | |
| ***Docket No. 2:06-cv-01205*** | * | |

************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Andrew J. Holmes in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 29th day of June, 2009.

[signature]

DISTRICT JUDGE



Case 2:05-md-01657-EEF-DEK Document 20165 Filed 06/30/2009 Page 1 of

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | *<br>* | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | *<br>* | |
| ***James Austin, et al.***<br>*v.*<br>***Merck & Co., Inc., et al.*** | *<br>*<br>* | **JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |
| | * | |
| ***Only with regard to:***<br>***Francisco Martinez and***<br>***Isabel Martinez*** | *<br>*<br>* | |
| | * | |
| ***Docket No. 2:06-cv-02211*** | * | |

************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Francisco Martinez and Isabel Martinez in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 30th day of June, 2009.

Eldon E. Fallon
DISTRICT JUDGE



Case 2:05-md-01657-EEF-DEK Document 20156 Filed 06/30/2009 Page 1 of

Jun 30 2009
3:34PM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | * | **MDL Docket No. 1657** |
| **This document relates to:** | * | **SECTION L** |
| *Willard Allanson, et al.*<br>*v.*<br>*Merck & Co., Inc., et al.* | * | **JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:*<br>*Henry Minney* | * | |
| *Docket No. 2:06-cv-02213* | * | |

************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Henry Minney in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 30th day of June, 2009.

Eldon E. Fallon
DISTRICT JUDGE

Case 2:05-md-01657-EEF-DEK Document 20172 Filed 06/30/2009 Page 1 of 1

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®** **Product Liability Litigation** | * * * | **MDL Docket No. 1657** **SECTION L** |
| **This document relates to:** | * * | |
| *Veda Woods, et al.* *v.* *Merck & Co., Inc., et al.* | * * * * * * | **JUDGE FALLON** **MAGISTRATE JUDGE KNOWLES** |
| *Docket No. 2:08-cv-00327* | * * | |

************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Veda Woods, individually and as trustee for the estate of James Moore, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 30th day of June, 2009.

Eldon E. Fallon

DISTRICT JUDGE



Case 2:05-md-01657-EEF-DEK Document 20173 Filed 06/30/2009 Page 1 of

Jun 30 2009
4:51PM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** **Product Liability Litigation** | * * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | * * | |
| ***Irene Ahouse, et al.*** *v.* ***Merck & Co., Inc., et al.*** | * * * | **JUDGE FALLON** **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| ***Only with regard to:*** ***Wanda Prezioso*** | * * * | |
| ***Docket No. 2:06-cv-02216*** | * | |

*************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Wanda Prezioso in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 30th day of June, 2009.

Eldon E. Fallon

DISTRICT JUDGE



Case 2:05-md-01657-EEF-DEK Document 20182 Filed 06/30/2009 Page 1 of

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | *<br>* | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | *<br>* | |
| *Kathleen Ackerman, et al.*<br>*v.*<br>*Merck & Co., Inc., et al.* | *<br>*<br>* | **JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |
| | * | |
| *Only with regard to:*<br>*Nancy Schreck and Richard Schreck* | *<br>* | |
| | * | |
| *Docket No. 2:06-cv-02198* | * | |

***********************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Nancy Schreck and Richard Schreck in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 30th day of June, 2009.

Eldon E. Fallon

DISTRICT JUDGE



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | * | **MDL Docket No. 1657** |
| **This document relates to:** | * | **SECTION L** |
| *Mary Allen, et al.*<br>*v.*<br>*Merck & Co., Inc., et al.* | * | **JUDGE FALLON**<br>**MAGISTRATE JUDGE KNOWLES** |
| ***Only with regard to:***<br>***Barbara Smith*** | * | |
| ***Docket No. 2:06-cv-02197*** | * | |

************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Barbara Smith in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 30th day of June, 2009.

Eldon E. Fallon

DISTRICT JUDGE



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| *Sandra Alwine, et al.*<br>*v.*<br>*Merck & Co., Inc., et al.* | * | **JUDGE FALLON** |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| ***Only with regard to:***<br>***Effie Watson*** | * | |
| ***Docket No. 2:06-cv-02201*** | * | |

***********************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Effie Watson in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 30th day of June, 2009.

Eldon E. Fallon

DISTRICT JUDGE



Case 2:05-md-01657-EEF-DEK Document 20155 Filed 06/30/2009 Page 1 of

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| *Mildred Abate, et al.*<br>*v.*<br>*Merck & Co., Inc., et al.* | * | **JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:*<br>*Betty Wilson* | * | |
| *Docket No. 2:06-cv-02209* | * | |

**************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Betty Wilson in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 30th day of June, 2009.

Eldon E. Fallon

DISTRICT JUDGE