C

*Confidential Information*

| V2051A | **CLAIMS ADMINISTRATOR NOTICE OF INCOMPLETE CLAIMS PACKAGE** |
|---|---|
| | Date of Notice: 8/5/09 |
| | Deadline to Respond: 8/19/09 |

### III. DEADLINE FOR CURING DEFICIENCY

You have **14 days** from the date of this Notice to submit the required Certification(s) and/or records. *No extensions beyond 14 days after the date of this Notice will be granted.* If you fail to respond to this Notice within 14 days after the date of this Notice, or if you indicate you are unable to produce the required records within 14 days, you will be issued a *Final Notice of Incomplete Claims Package* and will have 7 days to elect whether to be a Non-Submitting Program Claimant for failure to comply with Section 1.3 of the Settlement Agreement, or to have the Claim reviewed under criteria adopted by the Claims Administrator. No extension will be granted to that 7-day election period.

If you elect to have the Claims Administrator proceed with its Points Assessment, the Claims Administrator will apply *the higher of* the Risk Factor Adjustments that can be assessed from the available records, or a Standard Deduction based on the average risk factor assessment for all Claimants falling in the same age group and Injury Level. In addition to the higher of the Risk Factor Adjustments or the Standard Deduction, the Claims Administrator will apply a 30% downward adjustment because the Claims Package was incomplete, unless the Claims Administrator, in its sole discretion, determines that all available records were submitted, in which case a 10% downward adjustment will be assessed.

### IV. PROCEDURE FOR CURING DEFICIENCY

If you have the required Certifications and/or records, upload them within 14 days after the date of this Notice using the secure web portal. Use the following naming convention: "Deficiency Cure -" followed by the type of record being submitted. For example, if you are curing deficient Event Records, upload the required document using the convention "Deficiency Cure - Event Record." If you are unable to submit any further records, provide a letter within 14 days after the date of this Notice uploaded through the secure web portal explaining why you have no further records to submit. Label this letter "Deficiency Cure Response-No Further Records." After reviewing your letter of explanation, we will notify you whether any further submissions or certifications will be necessary to cure the deficiency.