E

| V2100 | ACKNOWLEDGMENT AND STIPULATION |
|---|---|

## INSTRUCTIONS

(1) Fill out every space in this Form that pertains to the circumstances of the claim. If a space or section does not apply to you, mark it "N/A." Any space or section left blank and not marked "N/A" will cause your Form to be rejected.

(2) The Primary Counsel for the Vioxx User Claimant or for the Representative Claimant of a Deceased or legally Incompetent Vioxx User Claimant may sign this Form on behalf of the Claimant (or Representative Claimant). An unrepresented claimant must sign this Form personally. Any Form without the required signature will be rejected.

(3) Each signature must be dated on the date it was signed. A signature without a date will be rejected.

(4) Do not strike through, add to or otherwise alter anything in this Form. Any such attempted changes will cause the Form to be rejected.

(5) You may submit this signed, completed Form in original hard copy, an electronic PDF copy, or a facsimile.

(6) *Deadline Warning:* You must submit this signed, completed Form no later than three Business Days after you receive notice of the opportunity for this Claimant to use this procedure to re-enter the Resolution Program.

(7) If a Form has been altered or otherwise has not been completed correctly, you will receive notice and will have to do a new one to replace it within five days after the notice of rejection was sent to you.

### A. VIOXX USER CLAIMANT INFORMATION
(Complete this Section on the Vioxx User Claimant)

| Name | First | MI | Last |
|---|---|---|---|
| SSN | - - | VCN | |
| Primary Counsel | | | |

### B. REPRESENTATIVE CLAIMANT INFORMATION
(Also complete this Section for a Representative Claimant acting for a Deceased or Incompetent Vioxx User Claimant)

| Name of Personal Representative, Administrator, or Executor | First Name | | MI | Last Name | |
|---|---|---|---|---|---|
| Address | Street/P.O. Box | | | | |
| | City | | | State | Zip |
| Relationship to Vioxx User Claimant | ☐ Spouse   ☐ Parent   ☐ Child   ☐ Sibling<br>☐ Administrator   ☐ Executor   ☐ Other _____ (specify) | | | | |

### C. ACKNOWLEGMENT AND STIPULATION

This Form pertains to the Settlement Agreement (the "Settlement Agreement") dated November 9, 2007, incorporated by reference, including but not limited to the program for resolution of claims relating to the use of Vioxx described in that Settlement Agreement (generally and collectively referred to in this Form as the "Resolution Program").

I hereby acknowledge and stipulate to the following:

1. I am Primary Counsel for the Vioxx User Claimant identified in Section A (or for the Representative Claimant identified in Section B), or I am the Vioxx User Claimant identified in Section A or the authorized Representative Claimant identified in Section B. I am authorized to execute this Form on behalf of the Vioxx User Claimant and all heirs, beneficiaries, or other Derivative claimant associated with such Vioxx User Claimant.

2. This claim has been the subject of a Court Order dismissing the Claimant's lawsuit with prejudice, or voiding my Tolling Agreement and extinguishing the claim, for failing to submit complete Enrollment Documents to participate in the Resolution Program. As a result, this claim has been closed in the Resolution Program.

3. This Claimant (or Representative Claimant) has requested to be allowed to participate in the Resolution Program, despite the entry of such Order, pursuant to the terms of this Form.

4. If this Form has been fully completed and signed and is accepted as complete, this claim will be processed in the Resolution Program in accordance with the Settlement Agreement, *except* that the provisions of Section 2.7.3 shall not apply to this claim. As a result, if a Notice of Ineligibility under Section 2.5.6 is issued on this claim, the option available to this Claimant (or Representative Claimant) shall be limited to an appeal to the Special Master under Section 2.6 and there will be no option of executing a Future Evidence Stipulation under Section 2.7.3. The Release of All Claims and any Stipulation submitted to the Claims Administrator in connection with this claim shall be delivered to Merck upon (a) the issuance of a Gate Committee Notice of Ineligibility that is not appealed or that is upheld by the Special Master on appeal; or (b) if the Claim is found eligible for benefits, upon the issuance of Final Payment on the claim.

5. Nothing in this Form alters or modifies in any manner the previous Order dismissing this claim with prejudice or voiding the Tolling Agreement and extinguishing the claim.

6. Nothing in this Form alters, modifies, or extends in any manner any deadlines imposed by the Settlement Agreement or the Claims Administrator applicable to the processing of claims in the Resolution Program, or any provision in the Settlement Agreement not expressly modified in this Form.

7. This Form is irrevocable and the Claimant (or Representative Claimant) cannot change his or her mind after this Form has been sent to the Claims Administrator.

### D. SIGNATURE BY CLAIMANT OR REPRESENTATIVE CLAIMANT

If the Claimant (or Representative Claimant) is represented by Primary Counsel, that Primary Counsel may sign this Form in Section E below on behalf of the Claimant (or Representative Claimant) and the Claimant (or Representative Claimant) need not sign this Form personally. If the Claimant (or Representative Claimant) is unrepresented, that Claimant (or Representative Claimant) must personally sign this Form in this Section D.

| Signature | | Date | ___/___/___ (month) (day) (year) |
|---|---|---|---|

### E. PRIMARY COUNSEL SIGNATURE

If the Vioxx User Claimant or Representative Claimant is represented by counsel, such counsel must complete and sign this Section E, even if the Claimant (or Representative Claimant) also signs in Section D.

I am counsel for the Vioxx User Claimant or Representative Claimant identified in this Form. I certify that: (a) I have discussed with the Vioxx User Claimant or Representative Claimant the terms and legal effect of this Form and I answered any and all questions the Vioxx User Claimant or Representative Claimant may have had; and (b) having had a full opportunity to read, understand, and inquire of counsel about the terms and conditions of this Form, the Vioxx User Claimant or Representative Claimant agrees to all such terms and conditions and to be bound in full by this Form.

| Signature | | | | Date | ___/___/___ (month) (day) (year) |
|---|---|---|---|---|---|
| Name (printed or typed) | First | | MI | Last | |
| Law Firm Name | | | | | |