UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br>VIOXX PRODUCT LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>Maryilou Billard, individually and as trustee of the estate of Dorothy Mack; 2:07-cv-01394-EEF-DEK<br>Dorothy Mack; 2:06-cv-02216-EEF-DEK<br>Barbara Dick; 2:06-cv-02217-EEF-DEK<br>Rita Ersing; 2:06-cv-01187-EEF-DEK<br>Bernice Goodman; 2:06-cv-02216-EEF-DEK<br>Andrew J. Holmes; 2:06-cv-02198-EEF-DEK<br>Francisco Martinez; 2:06-cv-02211-EEF-DEK<br>Henry Minney; 2:06-cv-02213-EEF-DEK<br>Veda Woods individually and as trustee of the estate of James Moore; 2:08-cv-00327-EEF-DEK<br>Wanda Prezioso; 2:06-cv-02216-EEF-DEK<br>Nancy Schreck; 2:06-cv-02198-EEF-DEK<br>Effie Watson; 2:06-cv-02201-EEF-DEK<br>Betty Wilson; 2:06-cv-02209-EEF-DEK | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**PRELIMINARY PROPOSED ORDER GRANTING
MOTION TO SHORTEN TIME**

Considering the above-identified Plaintiffs' Motion for Relief from Judgment and to Shorten Time, and good cause appearing,

IT IS ORDERED that the Pretrial Order 17 notice period is shortened such that the Motion for Relief from Judgment may be heard on September 17, 2009.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

                                                                                                    Honorable Eldon E. Fallon
                                                                                                    United States District Judge