UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:<br>VIOXX PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| ***THIS DOCUMENT RELATES TO:***<br>Maryilou Billard, individually and as trustee of the estate of Dorothy Mack; 2:07-cv-01394-EEF-DEK<br>Dorothy Mack; 2:06-cv-02216-EEF-DEK<br>Barbara Dick; 2:06-cv-02217-EEF-DEK<br>Rita Ersing; 2:06-cv-01187-EEF-DEK<br>Bernice Goodman; 2:06-cv-02216-EEF-DEK<br>Andrew J. Holmes; 2:06-cv-02198-EEF-DEK<br>Francisco Martinez; 2:06-cv-02211-EEF-DEK<br>Henry Minney; 2:06-cv-02213-EEF-DEK<br>Veda Woods individually and as trustee of the estate of James Moore; 2:08-cv-00327-EEF-DEK<br>Wanda Prezioso; 2:06-cv-02216-EEF-DEK<br>Nancy Schreck; 2:06-cv-02198-EEF-DEK<br>Effie Watson; 2:06-cv-02201-EEF-DEK<br>Betty Wilson; 2:06-cv-02209-EEF-DEK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR
RELIEF FROM JUDGMENT AND TO SHORTEN TIME**

Considering the above-identified Plaintiffs' Motion for Relief from Judgment and to Shorten Time, and good cause appearing,

IT IS ORDERED that the Pretrial Order 17 notice period is shortened such that the Motion for Relief from Judgment has been heard on September 17, 2009.

IT IS FURTHER ORDERED that above-identified Plaintiffs are relieved from the Orders of Dismissal filed in their individual civil actions and are hereby returned to the Vioxx Resolution Program.

1

ALTERNATIVELY, IT IS FURTHER ORDERED that the that above-identified Plaintiffs are not relieved from the Orders of Dismissal filed in their individual civil actions and their individual claims are hereby returned to the Vioxx Resolution Program under the limitations of the V2100 re-entry process.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.

_____
Honorable Eldon E. Fallon
United States District Judge