## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing:

1. **NOTICE OF MOTION AND MOTION FOR RELIEF FROM JUDGMENT AND TO SHORTEN TIME;**
2. **MOTION FOR RELIEF FROM JUDGMENT AND TO SHORTEN TIME;**
3. **MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT AND TO SHORTEN TIME**
4. **PROPOSED ORDER GRANTINGPLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT AND TO SHORTEN TIME**; and
5. **PRELIMINARY PROPOSED ORDER GRANTING MOTION TO SHORTEN TIME**

have been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this __19th__ day of __August__ 2009.

By : _____
Brian A. Goldstein, Esq.
CELLINO & BARNES, P.C.
17 Court Street, 7th Floor
Buffalo, NY  14202-3290
(716) 854-2020
(716) 854-6291
brian.goldstein@cellinoandbarnes.com