# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH KISHBAUGH | ) **MDL-VIOXX-1657** |
| | ) |
| Plaintiff, | ) **EDLA CASE NO.** |
| | ) **2:07CV001383** |
| | ) |
| | ) **SECTION L** |
| | ) |
| | ) **JUDGE FALLON** |
| | ) |
| In Re:  VIOXX MARKETING, SALES | ) **MAGISTRATE JUDGE** |
| PRACTICES, AND PRODUCTS LIABILITY | ) **DANIEL E. KNOWLES, III** |
| LITIGATION | ) |
| | ) |

## PRESERVATION NOTICE REQUIREMENT

Pursuant to Pretrial Order Number 43 Plaintiff, Kenneth Kishbaugh hereby submits

his Notice of Compliance with Requirement for Preservation of Records as required under

Pretrial Orders 28 and 29.  In support thereof Plaintiff states:

I hereby certify that pursuant to Pretrial Orders 43, 28, and 29 that I have mailed

Preservation of Rights Letters by certified mail to the following medical providers:

| PROVIDER / ADDRESS / TELEPHONE |
|---|
| Sierra Family Care<br>20797 Santa Lucia Street<br>Tehachapi, CA 93581<br>Telephone:  661-822-9105<br>Fax: 661-822-6953 |
| Dallman & Associates<br>Thomas G. Dallman, MD<br>1355 Ramar Road<br>Suite 12,<br>Bullhead City, AZ 86442<br>Telephone: 928-763-9505 |
| Cardiovascular Specialists of Arizona<br>2755 Silver Creek Road<br>Bullhead City, AZ 86442 |

MAINOR EGLET COTTLE

| **PROVIDER / ADDRESS / TELEPHONE** |
| --- |
| Telephone: 520-704-6000<br>Fax: 520-704-6100<br>Toll Free: 1-888-559-9339 |
| Southwest Cardiovascular Associates<br>1648 Highway 95<br>Bullhead City, AZ 86442<br>Telephone: 928-758-4114<br>Fax: 928-758-4650 |
| Tri-State Surgical Associates<br>1514 C. Goldrush Road<br>Bullhead City, AZ 86442<br>Telephone: 928-704-7166<br>Fax: 928-704-7144 |
| Western Arizona Regional Medical Center<br>2735 Silver Creek Road<br>Bullhead City, AZ 86442 |
| Tri-State Orthopedic Institute<br>2000 Highway 95,<br>Suite 200<br>Bullhead City, AZ 86442<br>Telephone: 928-758-1175<br>Fax: 928-758-5191 |
| Medco Health Solutions of Spokane<br>23102 E. Apple Way<br>Liberty Lake, WA 99019 |
| Walmart Pharmacy<br>2840 Highway 95<br>Bullhead City, AZ 86442 |
| Colorado River Radiology, PC<br>2755 Silver Creek Road<br>Bullhead City, AZ 86442<br>Telephone: 928-763-0222<br>Fax: 928-768-4853 |
| American Medical Laboratories<br>4230 Burnham Ave.<br>Las Vegas, Nevada 89119<br>Telephone: 702-733-7866 |

| **PROVIDER / ADDRESS / TELEPHONE** |
| --- |
| Quest Diagnostics<br>4230 Burnham Ave.<br>Las Vegas, Nevada 89119 |
| Western Medical Eye Center<br>1800 Highway 95<br>Bullhead City, AZ 86442<br><br>Telephone: 928-763-4333 |
| DR. K.J. HOROWITZ<br>PO BOX 1898<br>TEHACHAPI, CA 93581 |

See attached Copies of Preservation of Records Letters sent to medical providers in this case.

Dated this 20th day of August, 2009.

By: _____

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
**MAINOR EGLET COTTLE**
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff,
Kenneth Kishbaugh

3

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(B) and paragraphs 5 through 7 of PTO 18(c), the following document was served on Counsel, Susan Giamportone , by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were served via electronic service with the procedures established in MDL 1657:

**<u>PRESERVATION NOTICE REQUIREMENT</u>**

DATED this 20th day of August, 2009

/s/ *Robert W. Cottle*
ROBERT W. COTTLE, ESQ.



andall Mainor
1941-2007)

# MAINOR EGLET COTTLE

### T R I A L   L A W Y E R S

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4619 3651**
Custodian of Records
American Medical Laboratories
4230 Burnham Ave.
Las Vegas, Nevada 89119

* Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE:     *Kenneth Kishbaugh-EDLA CASE NO. 07CV001383 ; In Re: Vioxx Products Liability*
        *Litigation MDL 1657*

To the Custodian of Records:

        Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related
to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the
Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your
notification to maintain the records that are in your possession, custody or control for the above
named claimant from 1995 to the present date.

        Thank you for your assistance in this matter. Should you have any questions please contact
our office.

                                        Sincerely,

                                        **MAINOR EGLET COTTLE**

                                        _____
                                        ROBERT W. COTTLE, ESQ.
                                        Nevada Bar No. 004576
                                        400 South Fourth Street, Suite 600
                                        Las Vegas, NV 89101
                                        Attorney for Plaintiff, *Kenneth Kishbaugh*

RWC/jr

City Centre Place, 6th Floor, 400 South 4th Street, Las Vegas, Nevada 89101
(702) 450-5400   fax (702) 450-5451   www.mainorlawyers.com
Tax I.D.# 32-0095047



# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers◆
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

**VIA CERTIFIED MAIL**
**7009 0960 0000 4092 9081**
Custodian of Records
Cardiovascular Specialists of Arizona
2755 Silver Creek Road
Bullhead City, AZ 86442

◇ Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
◆ Also admitted in Arizona

RE:   *Kenneth Kishbaugh-EDLA CASE NO. 07CV001383 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Kenneth Kishbaugh*

RWC/jr



## MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle *
Tracy A. Eglet ‹
Robert M. Adams
Bradley S. Mainor
David A. Tanner ▲
Jonathan T. Remmel *
Lesley B. Miller
Bradley J. Myers ♦
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
‹Also admitted in Ohio
▲Also admitted in Texas
♦Also admitted in Arizona

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4619 3613**
Custodian of Records
Colorado River Radiology, PC
2755 Silver Creek Road
Bullhead City, AZ 86442

RE:   *Kenneth Kishbaugh-EDLA CASE NO. 07CV001383 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Kenneth Kishbaugh*

RWC/jr



# MAINOR EGLET COTTLE

### T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet ⸰
Robert M. Adams
Bradley S. Mainor
David A. Tanner ▲
Jonathan T. Remmel ◆
Lesley B. Miller
Bradley J. Myers ⬥
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
⸰ Also admitted in Ohio
▲ Also admitted in Texas
◆ Also admitted in Arizona

August 14, 2009

<u>**VIA CERTIFIED MAIL**</u>

Custodian of Records
Dallman & Associates
Thomas G. Dallman, MD
1355 Ramar Road, Suite 12,
Bullhead City, AZ 86442

RE:   *Kenneth Kishbaugh-EDLA CASE NO.* 07CV001383 ; *In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Kenneth Kishbaugh*

RWC/jr



# MAINOR EGLET COTTLE

### T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4619 3668**
Custodian of Records
Dr. K.J. Horowitz
PO Box 1898
Tehachapi, CA 93581

RE:   *Kenneth Kishbaugh-EDLA CASE NO.* 07CV001383 ; *In Re: Vioxx Products Liability* *Litigation MDL 1657*

* Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Kenneth Kishbaugh*

RWC/jr



**MAINOR EGLET COTTLE**

T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle▪
Tracy A. Eglet♦
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel▪▪
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4619 3842**
Custodian of Records
Medco Health Solutions of Spokane
23102 E. Apple Way
Liberty Lake, WA 99019

▪▪ Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE: *Kenneth Kishbaugh-EDLA CASE NO.* 07CV001383 ; *In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Kenneth Kishbaugh*

RWC/jr



## MAINOR EGLET COTTLE

T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4619 3620**
Custodian of Records
Quest Diagnostics
4230 Burnham Ave.
Las Vegas, Nevada 89119

*Also admitted in Utah
†Also admitted in Ohio
▲Also admitted in Texas
♦Also admitted in Arizona

RE:    *Kenneth Kishbaugh-EDLA CASE NO. 07CV001383 ; In Re: Vioxx Products Liability*
       *Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Kenneth Kishbaugh*

RWC/jr



Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE

### T R I A L   L A W Y E R S

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet◦
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

*Also admitted in Utah
◦ Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

<u>**VIA CERTIFIED MAIL**</u>
<u>**7005 3110 0000 4619 3859**</u>
Custodian of Records
Tri-State Orthopedic Institute
2000 Highway 95,
Suite 200
Bullhead City, AZ 86442

RE:  *Kenneth Kishbaugh-EDLA CASE NO.* 07CV001383 ; *In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Kenneth Kishbaugh*

RWC/jr



# MAINOR EGLET COTTLE

T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4619 3590**
Custodian of Records
Sierra Family Care
20797 Santa Lucia Street
Tehachapi, CA 93581

RE:   *Kenneth Kishbaugh-EDLA CASE NO. 07CV001383 ; In Re: Vioxx Products Liability*
      *Litigation MDL 1657*

*Also admitted in Utah*
*† Also admitted in Ohio*
*▲ Also admitted in Texas*
*♦ Also admitted in Arizona*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Kenneth Kishbaugh*

RWC/jr



# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

. Randall Mainor
(1941 2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

## VIA CERTIFIED MAIL
## 7005 3110 0000 4619 3637
Custodian of Records
Tri-State Surgical Associates
1514 C. Goldrush Road
Bullhead City, AZ 86442

RE:   *Kenneth Kishbaugh-EDLA CASE NO.* 07CV001383 ; *In Re: Vioxx Products Liability*  \* Also admitted in Utah
      *Litigation MDL 1657*                                                                † Also admitted in Ohio
                                                                                          ▲ Also admitted in Texas
                                                                                          ♦ Also admitted in Arizona

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related
to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the
Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your
notification to maintain the records that are in your possession, custody or control for the above
named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

~~MAINOR~~ EGLET COTTLE

_____
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Kenneth Kishbaugh*

RWC/jr



## MAINOR EGLET COTTLE
T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4619 3675**
Custodian of Records
Southwest Cardiovascular Associates
1648 Highway 95
Bullhead City, AZ 86442

* Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE:     *Kenneth Kishbaugh-EDLA CASE NO. 07CV001383 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Kenneth Kishbaugh*

RWC/jr



# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

, Randall Mainor
(1941 2007)

Robert T. Eglet
Robert W. Cottle∗
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel∗
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

∗ Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4619 3606**
Custodian of Records
Walmart Pharmacy
2840 Highway 95
Bullhead City, AZ 86442

RE:  *Kenneth Kishbaugh-EDLA CASE NO. 07CV001383 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Kenneth Kishbaugh*

RWC/jr



# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4619 3682**
Custodian of Records
Western Arizona Regional Medical Center
2735 Silver Creek Road
Bullhead City, AZ 86442

\* Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE:   *Kenneth Kishbaugh-EDLA CASE NO. 07CV001383 ; In Re: Vioxx Products Liability*
       *Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Kenneth Kishbaugh*

RWC/jr



## MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

August 14, 2009

Robert T. Eglet
Robert W. Cottle *
Tracy A. Eglet †
Robert M. Adams
Bradley S. Mainor
David A. Tanner ▲
Jonathan T. Remmel *
Lesley B. Miller
Bradley J. Myers ♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

**VIA CERTIFIED MAIL**
**7005 3110 0000 4619 3866**
Custodian of Records
Western Medical Eye Center
1800 Highway 95
Bullhead City, AZ 86442

\* Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE:  *Kenneth Kishbaugh-EDLA CASE NO.* 07CV001383 ; *In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Kenneth Kishbaugh*

RWC/jr