## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | MDL Docket No. 1657 |
| | | SECTION L |
| This document relates to: | * * | |
| *Edward Adcock, et al.* v. *Merck & Co., Inc.* | * * * * | JUDGE FALLON |
| | | MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* *Marilou Nutzel* | * * * | |
| *Docket No. 2:05-cv-05753* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Marilou Nutzel in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 19th day of August, 2009.

_____
DISTRICT JUDGE