UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx®<br>Product Liability Litigation | * * * | MDL Docket No. 1657<br>SECTION L |
| This document relates to: | * * | |
| *Jerry Oglesby*<br>*v.*<br>*Merck & Co., Inc., et al* | * * * * * | JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:05-cv-05868* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Jerry Oglesby in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 19th day of _____August_____, 2009.

_____
DISTRICT JUDGE