UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN KATSIBUBAS | ) MDL-VIOXX-1657 |
| Plaintiff, | ) EDLA CASE NO. 2:07CV006436 |
| | ) SECTION L |
| | ) JUDGE FALLON |
| In Re: VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## PRESERVATION NOTICE REQUIREMENT

Pursuant to Pretrial Order Number 43 Plaintiff, John Katsibubas hereby submits his Notice of Compliance with Requirement for Preservation of Records as required under Pretrial Orders 28 and 29. In support thereof Plaintiff states:

I hereby certify that pursuant to Pretrial Orders 43, 28, and 29 that I have mailed Preservation of Rights Letters by certified mail to the following medical providers:

| NAME AND ADDRESS OF MEDICAL PROVIDER OR SOURCE |
|---|
| The University of Chicago<br>5841 South Maryland Ave.<br>Chicago, IL. 60637 |
| Glenn L. Nelson, MD.<br>7409 Woodridge Dr.<br>Woodridge, IL. 60517 |
| Fremont Medical Center<br>9499 West Charleston Blvd.<br>Suite # 150<br>Las Vegas, NV. 89128 |
| Desert Radiologists<br>3090 South Durango Drive<br>Suite # 200<br>Las Vegas, NV. 89117 |

1

| |
|---|
| Southern Hills Hospital<br>9300 West Sunset Blvd.<br>Las Vegas, NV. 89148 |
| Radiology Specialists<br>4101 Wagon Trail Ave.<br>Las Vegas, NV. 89118 |
| Cardiovascular Consultants of Nevada<br>2300 Corporate Circle<br>Suite # 100<br>Henderson, NV. 89074 |
| Mountain View Hospital<br>3100 North Tenaya Way<br>Las Vegas, NV. 89128 |
| Summerlin Hospital<br>657 Town Center Dr.<br>Las Vegas, NV. 89144 |
| Alberston's Pharmacy<br>3030 N. Cullerton<br>Franklin Park, IL. 60131 |
| CVS Pharmacy<br>2425 Desert Inn<br>Las Vegas, NV. 89121 |
| Walgreens<br>4875 S. Fort Apache<br>Las Vegas, NV. 89147 |

See attached Copies of Preservation of Records Letters sent to medical providers in this case.

Dated this 20th day of August, 2009.

By: /s/ Robert W. Cottle

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
**MAINOR EGLET COTTLE**
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, John Katsibubas

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(B) and paragraphs 5 through 7 of PTO 18(c), the following document was served on Counsel, Susan Giamportone , by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were served via electronic service with the procedures established in MDL 1657:

### **PRESERVATION NOTICE REQUIREMENT**

DATED this 20th day of August, 2009

/s/ *Robert W. Cottle*
ROBERT W. COTTLE, ESQ.



Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
TRIAL LAWYERS

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4635 3055**
Custodian of Records
Cardiovascular Consultants of Nevada
2300 Corporate Circle
Suite # 100
Henderson, NV. 89074

RE:   *John Katsibubas-EDLA CASE NO. 07-006436; In Re: Vioxx Products Liability Litigation MDL 1657*

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

*/s/ Robert W. Cottle*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *John Katsibubas*

RWC/jr



# MAINOR EGLET COTTLE
TRIAL LAWYERS

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4635 3086**
Custodian of Records
CVS Pharmacy
2425 Desert Inn
Las Vegas, NV. 89121

*Also admitted in Utah
*Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE: *John Katsibubas-EDLA CASE NO. 07-006436; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *John Katsibubas*

RWC/jr



Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
TRIAL LAWYERS

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4635 3116**
Custodian of Records
Desert Radiologists
3090 South Durango Drive, Suite # 200
Las Vegas, NV. 89117

* Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE:   *John Katsibubas-EDLA CASE NO. 07-006436; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

*[signature]*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *John Katsibubas*

RWC/jr



Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
TRIAL LAWYERS

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4635 3031**
Custodian of Records
Fremont Medical Center
9499 West Charleston Blvd.
Suite # 150
Las Vegas, NV. 89128

RE:   *John Katsibubas-EDLA CASE NO. 07-006436; In Re: Vioxx Products Liability Litigation MDL 1657*

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *John Katsibubas*

RWC/jr



# MAINOR EGLET COTTLE
TRIAL LAWYERS

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4635 3062**
Custodian of Records
Mountain View Hospital
3100 North Tenaya Way
Las Vegas, NV. 89128

RE:   *John Katsibubas-EDLA CASE NO. 07-006436; In Re: Vioxx Products Liability Litigation MDL 1657*

\* Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

MAINOR EGLET COTTLE

*[signature]*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *John Katsibubas*

RWC/jr



# MAINOR EGLET COTTLE
TRIAL LAWYERS

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel†
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4635 3093**
Custodian of Records
Glenn L. Nelson, MD.
7409 Woodridge Dr.
Woodridge, IL. 60517

RE: *John Katsibubas-EDLA CASE NO. 07-006436; In Re: Vioxx Products Liability Litigation MDL 1657*

◊ Admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

*[signature]*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *John Katsibubas*

RWC/jr



# MAINOR EGLET COTTLE
TRIAL LAWYERS

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

\* Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4619 3576**
Custodian of Records
Radiology Specialists
4101 Wagon Trail Ave.
Las Vegas, NV. 89118

RE: *John Katsibubas-EDLA CASE NO. 07-006436; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

*[signature]*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *John Katsibubas*

RWC/jr



## MAINOR EGLET COTTLE
T R I A L   L A W Y E R S

V. Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle ⬩
Tracy A. Eglet †
Robert M. Adams
Bradley S. Mainor
David A. Tanner ▲
Jonathan T. Remmel †
Lesley B. Miller
Bradley J. Myers ◆
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4635 3079**
Custodian of Records
Summerlin Hospital
657 Town Center Dr.
Las Vegas, NV. 89144

RE:   *John Katsibubas*-EDLA CASE NO. 07-006436; *In Re: Vioxx Products Liability Litigation MDL 1657*

⬩ Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
◆ Also admitted in Arizona

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

MAINOR EGLET COTTLE

*[signature]*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *John Katsibubas*

RWC/jr

City Centre Place, 6th Floor, 400 South 4th Street, Las Vegas, Nevada 89101
(702) 450-5400   fax (702) 450-5451   www.mainorlawyers.com
Tax I.D.# 32-0095047



| Randall Mainor (1941-2007) | **MAINOR EGLET COTTLE**<br>T R I A L   L A W Y E R S | Robert T. Eglet<br>Robert W. Cottle*<br>Tracy A. Eglet†<br>Robert M. Adams<br>Bradley S. Mainor<br>David A. Tanner▲<br>Jonathan T. Remmel*<br>Lesley B. Miller<br>Bradley J. Myers♦<br>Marni K. Rubin<br>Joseph J. Wirth<br>Brice J. Crafton |
|---|---|---|

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4635 3048**
Custodian of Records
Southern Hills Hospital
9300 West Sunset Blvd.
Las Vegas, NV. 89148

RE:   *John Katsibubas-EDLA CASE NO. 07-006436; In Re: Vioxx Products Liability Litigation MDL 1657*

\* Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

*/s/ Robert W. Cottle/*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *John Katsibubas*

RWC/jr



Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
TRIAL LAWYERS

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet+
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4635 3109**
Custodian of Records
The University of Chicago
5841 South Maryland Ave.
Chicago, IL. 60637

RE: *John Katsibubas-EDLA CASE NO. 07-006436; In Re: Vioxx Products Liability Litigation MDL 1657*

\* Also admitted in Utah
+ Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *John Katsibubas*

RWC/jr



## MAINOR EGLET COTTLE
TRIAL LAWYERS

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet †
Robert M. Adams
Bradley S. Mainor
David A. Tanner ▲
Jonathan T. Remmel *
Lesley B. Miller
Bradley J. Myers ♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4619 3583**
Custodian of Records
Walgreens
4875 S. Fort Apache
Las Vegas, NV. 89147

RE: *John Katsibubas-EDLA CASE NO. 07-006436; In Re: Vioxx Products Liability Litigation MDL 1657*

\* Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

*[signature]*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *John Katsibubas*

RWC/jr

## MAINOR EGLET COTTLE
TRIAL LAWYERS

andall Mainor
941-2007)

Robert T. Eglet
Robert W. Cottle *
Tracy A. Eglet †
Robert M. Adams
Bradley S. Mainor
David A. Tanner ▲
Jonathan T. Remmel *
Lesley B. Miller
Bradley J. Myers ♦
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 14, 2009

**VIA CERTIFIED MAIL**
**7005 3110 0000 4635 3024**
Custodian of Records
Albertson's Pharmacy
3030 N. Cullerton
Franklin Park, IL. 60131

RE: *John Katsibubas-EDLA CASE NO. 07-006436; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

*[signature]*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *John Katsibubas*

RWC/jr

City Centre Place, 6th Floor, 400 South 4th Street, Las Vegas, Nevada 89101
(702) 450-5400   fax (702) 450-5451   www.mainorlawyers.com
Tax I.D.# 32-0095047