## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| *George Likins, et al.* | * | **JUDGE FALLON** |
| *v.* | * | |
| *Merck & Co., Inc., et al.* | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| *Only with regard to:* | * | |
| *Mary Lou Stogsdill, individually and as* | * | |
| *representative of Darwin Stogsdill* | * | |
| | * | |

*Docket No. 2:06-cv-00787*
*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Mary Lou Stogsdill, individually and as

representative of Darwin Stogsdill, in the above-captioned case be and they hereby are dismissed

with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 19th day of _____August_____, 2009.

_____
DISTRICT JUDGE