# Exhibit A – PTO 43 *Second* Lone Pine Motion

| Last Name | First Name | Counsel | Additional Derivative Plaintiff(s) | Case Caption | Docket Number |
|---|---|---|---|---|---|
| Sibley | Harry | Becnel Law Firm, LLC | | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| James | Fannie | Boone Law Firm, P.A. | | James, Fannie v. Merck & Co., Inc. | 2:08-cv-00267-EEF-DEK |
| Skinner | Wallace | Boone Law Firm, P.A. | | Skinner, Wallace v. Merck & Co., Inc. | 2:08-cv-01366-EEF-DEK |
| Warf | Don | Driggs Bills & Day PC | | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| Dirickson, Sr | Ricky | Fibich, Hampton & Leebron, LLP | Candy Dirickson | Barker, Rita B. v. Merck & Co., Inc. | 2:05-cv-06535-EEF-DEK |
| Farris | Pamela | Girardi & Keese | | Farris, Pamela v. Merck & Co., Inc. | 2:07-cv-06119-EEF-DEK |
| Lear | Irene | Hackard & Holt | | Lear, Irene v. Merck & Co., Inc. | 2:07-cv-02064-EEF-DEK |
| Johnson | Sallie | Hossley Embry, LLP | | Johnson, Sallie v. Merck & Co., Inc. | 2:05-cv-01144-EEF-DEK |
| Maudlin | Mary | Lanier Law Firm, PC | | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Nelson | Rubie | Lanier Law Firm, PC | | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Davis | Barbara | Matthews & Associates | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| Hanson | Daryl | Matthews & Associates | | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| Kollock | Theresa | Matthews & Associates | | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| Felder | Robert | Norsworthy, Kenneth A., Law Office of | | Felder, Robert v. Merck & Co., Inc. | 2:06-cv-10970-EEF-DEK |
| Day, Sr. | Vernon | Simon Passanante PC | | Casimere, Clara v. Merck & Co., Inc. | 2:05-cv-01044-EEF-DEK |
| Kirksey | Lillie Irene | Simon Passanante PC | | Gulledge, Janice v. Merck & Co., Inc. | 2:05-cv-01036-EEF-DEK |
| Wilson | Tarlice | Simon Passanante PC | | Lindsay, Sharon v. Merck & Co., Inc. | 2:05-cv-01049-EEF-DEK |
| Moore | Leah | Weykamp, Paul A., Law Offices of | William J. Moore, Jr. | Moore, Leah v. Merck & Co., Inc. | 2:05-cv-05099-EEF-DEK |
| Arroyo-Montezuma | Pedro | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| Exia-Quintana | Milagros | Wood Law Firm, LLC | Wilson G. Cruz-Exia; Victor M. Cruz-Exia, Efrin V. Exia | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

988959v.1

| Last Name | First Name | Counsel | Additional Derivative Plaintiff(s) | Case Caption | Docket Number |
|---|---|---|---|---|---|
| Jordan | Jeffrey | Wood Law Firm, LLC | | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |
| Rivera-Pacheco | Rosaura | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Sanchez-Torres | Carmen | Wood Law Firm, LLC | Angel Fortanez-Sanchez | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Williams | Carolyn | Wood Law Firm, LLC | | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |