# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUBY RIVAS, | ) **MDL-VIOXX-1657** |
| | ) |
| Plaintiff, | ) **EDLA CASE NO.** |
| | ) **2:07CV02100** |
| | ) |
| | ) **SECTION L** |
| | ) |
| | ) **JUDGE FALLON** |
| | ) |
| In Re:  VIOXX MARKETING, SALES | ) **MAGISTRATE JUDGE** |
| PRACTICES, AND PRODUCTS LIABILITY | ) **DANIEL E. KNOWLES, III** |
| LITIGATION | ) |
| | ) |

## PRESERVATION NOTICE REQUIREMENT

Pursuant to Pretrial Order Number 43 Plaintiff, Ruby Rivas hereby submits her Notice

of Compliance with Requirement for Preservation of Records as required under Pretrial

Orders 28 and 29.  In support thereof Plaintiff states:

I hereby certify that pursuant to Pretrial Orders 43, 28, and 29 that I have mailed

Preservation of Rights Letters by certified mail to the following medical providers:

| NAME AND ADDRESS OF MEDICAL PROVIDER OR SOURCE |
|---|
| Smith's Pharmacy<br>3850 E. Flamingo Rd.<br>Las Vegas, NV 89121 |
| Walmart Pharmacy<br>3075 E. Tropicana<br>Las Vegas, NV 89121 |
| Summit Medical Group<br>600 Whitney Ranch Drive, Suite B6<br>Henderson, NV 89015 |
| Desert Valley Medical Group<br>108 E. Lake Mead Drive, Suite 305<br>Henderson, NV 89015 |

| |
|---|
| Russel M. Barakat, MD<br>3201 South Maryland Pkwy<br>Las Vegas, NV 89109 |
| Heart Institute of Nevada<br>1090 E. Desert Inn Rd., Suite 100<br>Las Vegas, NV 89109 |
| Boulder City Hospital<br>901 Adams Blvd.<br>Boulder City, NV 89005 |
| St. Rose Dominican Hospital<br>102 E. Lake Mead Drive<br>Henderson, NV 89015 |
| Nevada Heart and Vascular<br>3150 N. Tenaya Way, Suite 550<br>Las Vegas, NV 89128 |
| Family Doctor's of Green Valley<br>8475 S. Eastern Ave., Ste. 201<br>Las Vegas, NV 89123-2863 |

See attached Copies of Preservation of Records Letters sent to medical providers in this case.

Dated this 20th day of August, 2009.

By: _Robt W Cottle_

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
**MAINOR EGLET COTTLE**
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff,
*Ruby Rivas*

2

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(B) and paragraphs 5 through 7 of PTO 18(c), the following document was served on Counsel, Susan Giamportone , by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were served via electronic service with the procedures established in MDL 1657:

**<u>PRESERVATION NOTICE REQUIREMENT</u>**

DATED this 20th day of  August, 2009

/s/   *Robert W. Cottle*
ROBERT W. COTTLE, ESQ.

3

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Randall Mainor
(1941 2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

\* Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70091960000040928657**
Custodian of Records
Walmart Pharmacy
3075 E. Tropicana
Las Vegas, NV 89121

RE:    *Ruby Rivas - EDLA CASE NO.* 2:07CV02100; *In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Ruby Rivas*

RWC/jr

**Randall Mainor**
(1941-2007)

# MAINOR EGLET COTTLE
**T R I A L   L A W Y E R S**

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928268**
Custodian of Records
Summit Medical Group
600 Whitney Ranch Drive, Suite B6
Henderson, NV 89015

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE:   *Ruby Rivas - EDLA CASE NO. 2:07CV02100; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Ruby Rivas*

RWC/jr

# MAINOR EGLET COTTLE
T R I A L   L A W Y E R S

Randall Mainor
(1941 2007)

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928251**
Custodian of Records
St. Rose Dominican Hospital
102 E. Lake Mead Drive
Henderson, NV 89015

RE:  *Ruby Rivas - EDLA CASE NO. 2:07CV02100; In Re: Vioxx Products Liability
Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Ruby Rivas*

RWC/jr

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel◆

Lesley B. Miller

Bradley J. Myers◆

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
◆ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928244**
Custodian of Records
Smith's Pharmacy
3850 E. Flamingo Rd.
Las Vegas, NV 89121

    RE:    *Ruby Rivas - EDLA CASE NO. 2:07CV02100; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Ruby Rivas*

RWC/jr



**Randall Mainor**
(1941-2007)

# MAINOR EGLET COTTLE
**T R I A L   L A W Y E R S**

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

August 12, 2009

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

**VIA CERTIFIED MAIL**
**70090960000040908237**
Custodian of Records
Nevada Heart and Vascular
3150 N. Tenaya Way, Suite 550
Las Vegas, NV 89128

RE:     *Ruby Rivas - EDLA CASE NO. 2:07CV02100; In Re: Vioxx Products Liability*
         *Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Ruby Rivas*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### TRIAL LAWYERS

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928220**
Custodian of Records
Heart Institute of Nevada
1090 E. Desert Inn Rd., Suite 100
Las Vegas, NV 89109

RE:     *Ruby Rivas - EDLA CASE NO. 2:07CV02100; In Re: Vioxx Products Liability*
        *Litigation MDL 1657*

To the Custodian of Records:

        Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657*, this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

        Thank you for your assistance in this matter. Should you have any questions please contact
our office.

                                Sincerely,

                                **MAINOR EGLET COTTLE**

                                ROBERT W. COTTLE, ESQ.
                                Nevada Bar No. 004576
                                400 South Fourth Street, Suite 600
                                Las Vegas, NV 89101
                                Attorney for Plaintiff, *Ruby Rivas*

RWC/jr



**Randall Mainor**
**(1941-2007)**

# MAINOR EGLET COTTLE

**T R I A L    L A W Y E R S**

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

August 12, 2009

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

**VIA CERTIFIED MAIL**
**70090960000040928213**

Joseph J. Wirth

Brice J. Crafton

Custodian of Records
Family Doctor's of Green Valley
8475 S. Eastern Ave., Ste. 201
Las Vegas, NV 89123-2863

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE:     *Ruby Rivas - EDLA CASE NO. 2:07CV02100; In Re: Vioxx Products Liability
Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Ruby Rivas*

RWC/jr

**Randall Mainor**
**(1941-2007)**

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle *

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel *

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928206**
Custodian of Records
Desert Valley Medical Group
108 E. Lake Mead Drive, Suite 305
Henderson, NV 89015

RE:  *Ruby Rivas - EDLA CASE NO. 2:07CV02100; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Ruby Rivas*

RWC/jr



# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers◆
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
◆ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928190**
Custodian of Records
Boulder City Hospital
901 Adams Blvd.
Boulder City, NV 89005

RE:     *Ruby Rivas - EDLA CASE NO. 2:07CV02100; In Re: Vioxx Products Liability
        Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657*, this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Ruby Rivas*

RWC/jr

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

## VIA CERTIFIED MAIL
## 70090960000040928183
Custodian of Records
Russel M. Barakat, MD
3201 South Maryland Pkwy
Las Vegas, NV 89109

RE:    *Ruby Rivas - EDLA CASE NO. 2:07CV02100; In Re: Vioxx Products Liability
Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Ruby Rivas*

RWC/jr