UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE OSIAK, | ) MDL-VIOXX-1657 |
| | ) |
| Plaintiff, | ) EDLA CASE NO. |
| | ) 2:07CV02101 |
| | ) |
| | ) SECTION L |
| | ) |
| | ) JUDGE FALLON |
| | ) |
| In Re: VIOXX MARKETING, SALES | ) MAGISTRATE JUDGE |
| PRACTICES, AND PRODUCTS LIABILITY | ) DANIEL E. KNOWLES, III |
| LITIGATION | ) |
| | ) |

## PRESERVATION NOTICE REQUIREMENT

Pursuant to Pretrial Order Number 43 Plaintiff, Gabrielle Osiak hereby submits her Notice of Compliance with Requirement for Preservation of Records as required under Pretrial Orders 28 and 29. In support thereof Plaintiff states:

I hereby certify that pursuant to Pretrial Orders 43, 28, and 29 that I have mailed Preservation of Rights Letters by certified mail to the following medical providers:

| NAME AND ADDRESS OF MEDICAL PROVIDER OR SOURCE |
|---|
| University Medical Center<br>1800 West Charleston Blvd.<br>Las Vegas, NV. 89101 |
| Southwest Emergency Associates<br>3196 South Maryland Parkway<br>Las Vegas, NV. 89109 |
| Guadalupe Medical Center<br>1219 East Charleston Blvd.<br>Las Vegas, NV. 89104 |
| Advanced Heart and Vascular Specialists<br>4432 South Eastern Ave.<br>Las Vegas, NV. 89119 |

1

| |
|---|
| Desert Springs Hospital<br>2075 East Flamingo Rd.<br>Las Vegas, NV. 89119 |
| Flamingo Emergency Physicians<br>P.O. Box 13901<br>Philadelphia, PA. 19101 |
| Sunrise Hospital<br>3186 South Maryland Parkway<br>Las Vegas, NV. 89109 |
| Radiology Specialists<br>4101 Wagon Trail Ave.<br>Las Vegas, NV. 89118 |
| Desert Radiologists<br>3090 South Durango Dr.<br>Suite 200<br>Las Vegas, NV. 89117 |
| EPMG<br>P.O. Box<br>City of Industry, CA. 91716 |
| Walgreens Pharmacy<br>1101 South Las Vegas Blvd.<br>Las Vegas, NV. 89104 |

See attached Copies of Preservation of Records Letters sent to medical providers in this case.

Dated this 20th day of August, 2009.

By: /s/ Robert W. Cottle
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
**MAINOR EGLET COTTLE**
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff,
Gabrielle Osiak

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(B) and paragraphs 5 through 7 of PTO 18(c), the following document was served on Counsel, Susan Giamportone , by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were served via electronic service with the procedures established in MDL 1657:

**<u>PRESERVATION NOTICE REQUIREMENT</u>**

DATED this 20th day of August, 2009

/s/ *Robert W. Cottle*
ROBERT W. COTTLE, ESQ.

W. Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
TRIAL LAWYERS

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928336**
Custodian of Records
Walgreens Pharmacy
1101 South Las Vegas Blvd.
Las Vegas, NV. 89104

RE:   *Gabrielle Osiak - EDLA CASE NO. 2:07CV02101; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Gabrielle Osiak*

RWC/jr

# MAINOR EGLET COTTLE
### TRIAL LAWYERS

W. Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928305**
Custodian of Records
University Medical Center
1800 West Charleston Blvd.
Las Vegas, NV. 89101

RE:   *Gabrielle Osiak - EDLA CASE NO. 2:07CV02101; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

*[signature]*
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Gabrielle Osiak*

RWC/jr

# MAINOR EGLET COTTLE
TRIAL LAWYERS

/. Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928299**
Custodian of Records
Southwest Emergency Associates
3196 South Maryland Parkway
Las Vegas, NV. 89109

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE:   *Gabrielle Osiak - EDLA CASE NO. 2:07CV02101; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

*[signature]*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Gabrielle Osiak*

RWC/jr

. Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
TRIAL LAWYERS

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928329**
Custodian of Records
Sunrise Hospital
3186 South Maryland Parkway
Las Vegas, NV. 89109

RE:   *Gabrielle Osiak - EDLA CASE NO. 2:07CV02101; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Gabrielle Osiak*

RWC/jr

# MAINOR EGLET COTTLE
### TRIAL LAWYERS

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928312**
Custodian of Records
Radiology Specialists
4101 Wagon Trail Ave.
Las Vegas, NV. 89118

RE:   *Gabrielle Osiak - EDLA CASE NO. 2:07CV02101; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Gabrielle Osiak*

RWC/jr

# MAINOR EGLET COTTLE
### TRIAL LAWYERS

V. Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928718**
Custodian of Records
Guadalupe Medical Center
1219 East Charleston Blvd.
Las Vegas, NV. 89104

RE:   *Gabrielle Osiak - EDLA CASE NO. 2:07CV02101; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

MAINOR EGLET COTTLE

*[signature]*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Gabrielle Osiak*

RWC/jr

# MAINOR EGLET COTTLE
### TRIAL LAWYERS

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928701**
Custodian of Records
Flamingo Emergency Physicians
P.O. Box 13901
Philadelphia, PA. 19101

RE:   *Gabrielle Osiak - EDLA CASE NO. 2:07CV02101; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Gabrielle Osiak*

RWC/jr

# MAINOR EGLET COTTLE
### TRIAL LAWYERS

V. Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928695**
Custodian of Records
EPMG
P.O. Box
City of Industry, CA. 91716

RE:   *Gabrielle Osiak - EDLA CASE NO. 2:07CV02101; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

*/s/ Robert W. Cottle*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Gabrielle Osiak*

RWC/jr

# MAINOR EGLET COTTLE
### TRIAL LAWYERS

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928688**
Custodian of Records
Desert Springs Hospital
2075 East Flamingo Rd.
Las Vegas, NV. 89119

RE:   *Gabrielle Osiak - EDLA CASE NO. 2:07CV02101; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

MAINOR EGLET COTTLE

*Robert W Cottle* (signature)

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Gabrielle Osiak*

RWC/jr

# MAINOR EGLET COTTLE
### TRIAL LAWYERS

V. Randall Mainor (1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928671**
Custodian of Records
Desert Radiologists
3090 South Durango Dr.
Suite 200
Las Vegas, NV. 89117

RE:   *Gabrielle Osiak - EDLA CASE NO. 2:07CV02101; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

MAINOR EGLET COTTLE

*[signature]*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Gabrielle Osiak*

RWC/jr

# MAINOR EGLET COTTLE
TRIAL LAWYERS

W. Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928664**
Custodian of Records
Advanced Heart and Vascular Specialists
4432 South Eastern Ave.
Las Vegas, NV. 89119

RE:   *Gabrielle Osiak - EDLA CASE NO. 2:07CV02101; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx.. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

MAINOR EGLET COTTLE

*[signature]*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Gabrielle Osiak*

RWC/jr