# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ESSIE PRINCE, | ) **MDL-VIOXX-1657** |
| | ) |
| Plaintiff, | ) **EDLA CASE NO.** |
| | ) **2:07CV00902** |
| | ) |
| | ) **SECTION L** |
| | ) |
| | ) **JUDGE FALLON** |
| | ) |
| In Re:  VIOXX MARKETING, SALES | ) **MAGISTRATE JUDGE** |
| PRACTICES, AND PRODUCTS LIABILITY | ) **DANIEL E. KNOWLES, III** |
| LITIGATION | ) |
| | ) |

## PRESERVATION NOTICE REQUIREMENT

Pursuant to Pretrial Order Number 43 Plaintiff, Essie Prince hereby submits her Notice

of Compliance with Requirement for Preservation of Records as required under Pretrial

Orders 28 and 29.  In support thereof Plaintiff states:

I hereby certify that pursuant to Pretrial Orders 43, 28, and 29 that I have mailed

Preservation of Rights Letters by certified mail to the following medical providers:

| NAME AND ADDRESS OF MEDICAL PROVIDER OR SOURCE |
|---|
| Gerald McNamara, MD<br>6420 Prospect Ave.<br>Kansas City, MO. 64132 |
| Southwest Medical Associates<br>2704 N. Tenaya Way<br>Las Vegas, NV. 89128 |
| University Medical Center<br>1800 W. Charleston<br>Las Vegas, NV. 89102 |
| Concentra Medical Center<br>5850 S. Polaris Ave.<br>Las Vegas, NV. 89118 |

| |
|---|
| Robert W. Patti, MD<br>2080 E. Flamingo<br>Las Vegas, NV. 89119 |
| Mountainview Hospital<br>P.O. Box 98528<br>Las Vegas, NV. 89193 |
| Lenscrafters<br>7361 W. Lake Mead Pavilion<br>Las Vegas, NV. 89128 |
| Box Canyon Primary Care<br>2647 Box Canyon<br>Las Vegas, NV. 89128 |
| Heart Center of Nevada<br>700 Shadow Lane<br>Suite #240<br>Las Vegas, NV. 89106 |
| Shepherd Eye Center<br>3575 Pecos McLeod<br>Las Vegas, NV. 89121 |
| Larry D. Denny, MD.<br>2625 Rainbow Blvd.<br>Las Vegas, NV. 89146 |
| St. Luke's Internal Medicine<br>4321 Washington St.<br>Suite 3000<br>Kansas City, MO. 64111 |
| Medical Plaza Imaging Associates<br>4321 Washington St.<br>Kansas City, MO. 64111 |
| Walgreens<br>6101 West Lake Mead<br>Las Vegas, NV. 89108 |
| HealthSouth- Grandview<br>12121 I Blue Ridge Blvd.<br>Grandview, MO. 64030 |
| The Medicine Shoppe<br>900 Main Street<br>Suite 100<br>Grandview, MO. 64030 |

Smith's Pharmacy
3160 North Rainbow Blvd.
Las Vegas, NV. 89108

See attached Copies of Preservation of Records Letters sent to medical providers in this case.

Dated this 20th day of August, 2009.

By: _____

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
**MAINOR EGLET COTTLE**
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff,
*Essie Prince*

3

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(B) and paragraphs 5 through 7 of PTO 18(c), the following document was served on Counsel, Susan Giamportone , by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were served via electronic service with the procedures established in MDL 1657:

## PRESERVATION NOTICE REQUIREMENT

DATED this 20th day of  August, 2009

/s/   *Robert W. Cottle*
ROBERT W. COTTLE, ESQ.

4

W. Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040929142**
Custodian of Records
Box Canyon Primary Care
2647 Box Canyon
Las Vegas, NV. 89128

RE:   *Essie Prince - EDLA CASE NO. 2:07CV00902 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Essie Prince*

RWC/jr

W. Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE

T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

## VIA CERTIFIED MAIL
## 70090960000040928343
Custodian of Records
Concentra Medical Center
5850 S. Polaris Ave.
Las Vegas, NV. 89118

RE:   *Essie Prince - EDLA CASE NO. 2:07CV00902 ; In Re: Vioxx Products
Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657,* this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Essie Prince*

RWC/jr

W. Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet
Robert W. Cottle *
Tracy A. Eglet †
Robert M. Adams
Bradley S. Mainor
David A. Tanner ▲
Jonathan T. Remmel *
Lesley B. Miller
Bradley J. Myers ♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928367**
Custodian of Records
Larry D. Denny, MD.
2625 Rainbow Blvd.
Las Vegas, NV. 89146

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE:   *Essie Prince - EDLA CASE NO. 2:07CV00902 ; In Re: Vioxx Products
Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657,* this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Essie Prince*

RWC/jr

V. Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE

### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040928350**
Custodian of Records
HealthSouth- Grandview
12121 I Blue Ridge Blvd.
Grandview, MO. 64030

RE:   *Essie Prince - EDLA CASE NO. 2:07CV00902 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Essie Prince*

RWC/jr

J. Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE

T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040929074**
Custodian of Records
Heart Center of Nevada
700 Shadow Lane
Suite #240
Las Vegas, NV, 89106

RE:   *Essie Prince - EDLA CASE NO. 2:07CV00902 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Essie Prince*

RWC/jr

. Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040929098**
Custodian of Records
Lenscrafters
7361 W. Lake Mead Pavilion
Las Vegas, NV. 89128

RE:    *Essie Prince - EDLA CASE NO. 2:07CV00902 ; In Re: Vioxx Products
Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657*, this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Essie Prince*

RWC/jr

V. Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE

### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle *

Tracy A. Eglet †

Robert M. Adams

Bradley S. Mainor

David A. Tanner ▲

Jonathan T. Remmel *

Lesley B. Miller

Bradley J. Myers ♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**7009096000040929104**
Custodian of Records
Gerald McNamara, MD
6420 Prospect Ave.
Kansas City, MO. 64132

    RE:     *Essie Prince - EDLA CASE NO. 2:07CV00902 ; In Re: Vioxx Products*
              *Liability Litigation MDL 1657*

To the Custodian of Records:

      Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

      Thank you for your assistance in this matter. Should you have any questions please contact our office.

                              Sincerely,

                              **MAINOR EGLET COTTLE**

                              ROBERT W. COTTLE, ESQ.
                              Nevada Bar No. 004576
                              400 South Fourth Street, Suite 600
                              Las Vegas, NV 89101
                              Attorney for Plaintiff, *Essie Prince*

RWC/jr

# MAINOR EGLET COTTLE

### T R I A L   L A W Y E R S

*. Randall Mainor
(1941-2007)

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040929111**
Custodian of Records
Medical Plaza Imaging Associates
4321 Washington St.
Kansas City, MO. 64111

    RE:   *Essie Prince - EDLA CASE NO. 2:07CV00902 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

    Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

    Thank you for your assistance in this matter. Should you have any questions please contact our office.

               Sincerely,

               **MAINOR EGLET COTTLE**

               ROBERT W. COTTLE, ESQ.
               Nevada Bar No. 004576
               400 South Fourth Street, Suite 600
               Las Vegas, NV 89101
               Attorney for Plaintiff, *Essie Prince*

RWC/jr

# MAINOR EGLET COTTLE

T R I A L   L A W Y E R S

W. Randall Mainor
(1941-2007)

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

August 12, 2009

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

**VIA CERTIFIED MAIL**
**70090960000040929128**
Custodian of Records
The Medicine Shoppe
900 Main Street
Suite 100
Grandview, MO. 64030

RE:   *Essie Prince - EDLA CASE NO. 2:07CV00902 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Essie Prince*

RWC/jr

# MAINOR EGLET COTTLE

### T R I A L   L A W Y E R S

Randall Mainor
(1941-2007)

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70090960000040929135**
Custodian of Records
Mountainview Hospital
P.O. Box 98528
Las Vegas, NV. 89193

RE:    *Essie Prince - EDLA CASE NO. 2:07CV00902 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Essie Prince*

RWC/jr

City Centre Place, 6th Floor, 400 South 4th Street, Las Vegas, Nevada 89101
(702) 450-5400   fax (702) 450-5451   www.mainorlawyers.com
Tax I.D.# 32-0095047

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

. Randall Mainor
(1941-2007)

Robert T. Eglet

Robert W. Cottle *

Tracy A. Eglet †

Robert M. Adams

Bradley S. Mainor

David A. Tanner ▲

Jonathan T. Remmel *

Lesley B. Miller

Bradley J. Myers ♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton


*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70053110000043193873**
Custodian of Records
Robert W. Patti, MD
2080 E. Flamingo
Las Vegas, NV. 89119

     RE:   *Essie Prince - EDLA CASE NO. 2:07CV00902 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

     Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

     Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Essie Prince*

RWC/jr

City Centre Place, 6th Floor, 400 South 4th Street, Las Vegas, Nevada 89101
(702) 450-5400   fax (702) 450-5451   www.mainorlawyers.com
Tax I.D.# 32-0095047

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

/. Randall Mainor
(1941-2007)

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

August 12, 2009

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

**VIA CERTIFIED MAIL**
**70053110000046352966**
Custodian of Records
Shepherd Eye Center
3575 Pecos McLeod
Las Vegas, NV. 89121

RE:    *Essie Prince - EDLA CASE NO. 2:07CV00902 ; In Re: Vioxx Products
Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657,* this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Essie Prince*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

## VIA CERTIFIED MAIL
## 70053110000046352973
Custodian of Records
St. Luke's Internal Medicine
4321 Washington St.
Suite 3000
Kansas City, MO. 64111

RE:    *Essie Prince - EDLA CASE NO. 2:07CV00902 : In Re: Vioxx Products
Liability Litigation MDL 1657*

To the Custodian of Records:

    Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

    Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Essie Prince*

RWC/jr

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

, Randall Mainor
(1941-2007)

Robert T. Eglet

Robert W. Cottle*

Tracy A. Eglet†

Robert M. Adams

Bradley S. Mainor

David A. Tanner▲

Jonathan T. Remmel*

Lesley B. Miller

Bradley J. Myers♦

Marni K. Rubin

Joseph J. Wirth

Brice J. Crafton

August 12, 2009

**VIA CERTIFIED MAIL**
**7005311000046352980**
Custodian of Records
University Medical Center
1800 W. Charleston
Las Vegas, NV. 89102

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

> RE:    *Essie Prince - EDLA CASE NO. 2:07CV00902 ; In Re: Vioxx Products*
> *Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Essie Prince*

RWC/jr

Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
### T R I A L   L A W Y E R S

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 12, 2009

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

**VIA CERTIFIED MAIL**
**7005311000046352997**
Custodian of Records
Walgreens
6101 West Lake Mead
Las Vegas, NV, 89108

RE:    *Essie Prince - EDLA CASE NO. 2:07CV00902 ; In Re: Vioxx Products
Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Essie Prince*

RWC/jr

# MAINOR EGLET COTTLE

**T R I A L   L A W Y E R S**

, Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle\*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel\*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

\*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70053110000046353000**
Custodian of Records
Southwest Medical Associates
2704 N. Tenaya Way
Las Vegas, NV. 89128

RE:   *Essie Prince - EDLA CASE NO. 2:07CV00902 ; In Re: Vioxx Products
Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al
related to the use of Vioxx. Pursuant to the attached Order issued by the United States District
Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL
1657*, this is your notification to maintain the records that are in your possession, custody or
control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact
our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Essie Prince*

RWC/jr

City Centre Place, 6th Floor, 400 South 4th Street, Las Vegas, Nevada 89101
(702) 450-5400   fax (702) 450-5451   www.mainorlawyers.com
Tax I.D.# 32-0095047

# MAINOR EGLET COTTLE

**T R I A L   L A W Y E R S**

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 12, 2009

**VIA CERTIFIED MAIL**
**70053110000046353017**
Custodian of Records
Smith's Pharmacy
3160 North Rainbow Blvd.
Las Vegas, NV. 89108

RE:   *Essie Prince - EDLA CASE NO. 2:07CV00902 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657,* this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *Essie Prince*

RWC/jr