UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to all plaintiffs on attached Amended Exhibit A | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |

******************************************************************************

## ORDER

Considering the foregoing Defendant Merck & Co., Inc., Motion to Substitute Amended Exhibit A to First Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the *Lone Pine* Requirements of PTO 43,

It is ORDERED that Defendant Merck and Co. Inc. be permitted to substitute the attached Amended Exhibit A to it's First Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the *Lone Pine* Requirements of PTO 43 .

NEW ORLEANS, LOUISIANA, this _____ day of August, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

989003v.1