UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GEORGE MORRIS, | ) MDL-VIOXX-1657 |
| | ) |
| Plaintiff, | ) EDLA CASE NO. |
| | ) 2:07CV02101 |
| | ) |
| | ) SECTION L |
| | ) |
| | ) JUDGE FALLON |
| | ) |
| In Re: VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) MAGISTRATE JUDGE ) DANIEL E. KNOWLES, III ) |
| | ) |

## PRESERVATION NOTICE REQUIREMENT

Pursuant to Pretrial Order Number 43 Plaintiff, George Morris hereby submits his Notice of Compliance with Requirement for Preservation of Records as required under Pretrial Orders 28 and 29. In support thereof Plaintiff states:

I hereby certify that pursuant to Pretrial Orders 43, 28, and 29 that I have mailed Preservation of Rights Letters by certified mail to the following medical providers:

| NAME AND ADDRESS OF MEDICAL PROVIDER OR SOURCE |
|---|
| Robert W. Patti, MD<br>2080 E. Flamingo<br>Las Vegas, NV 89119 |
| Insight Mountain Diagnostics<br>800 Shadow Lane<br>Las Vegas, NV 89106 |
| William Smith, MD<br>3061 S. Maryland Pkwy.<br>Las Vegas, NV 89109 |
| Desert Radiologists<br>3090 S. Durango Drive, Suite 200<br>Las Vegas, NV 89117 |
| James B. Gabroy, MD<br>2016 Sunset Rd.<br>Henderson, NV 89014 |

1

| |
|---|
| Sunrise Hospital and Medical Center<br>3186 S. Maryland Pkwy.<br>Las Vegas, NV 89109 |
| Lance D. Mayor, MD<br>2121 E. Flamingo Rd., #202<br>Las Vegas, NV 89119 |
| Marina Plon, MD<br>2470 East Flamingo Rd., Suite A<br>Las Vegas, NV 89121 |
| Desert Springs Hospital Medical Center<br>2075 E. Flamingo Rd.<br>Las Vegas, NV 89119 |
| Walgreen's Pharmacy<br>4895 Boulder Highway<br>Las Vegas, NV 89121 |
| V.A. Hospital-North Texas Healthcare Systems<br>1201 E. 9th Street<br>Bonham, TX 75418 |
| Sav-RX<br>1550 S. Indiana<br>Chicago, IL 60605 |

See attached Copies of Preservation of Records Letters sent to medical providers in this case.

Dated this 20th day of August, 2009.

By: *(signature)*
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
**MAINOR EGLET COTTLE**
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff,
*George Morris*

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(B) and paragraphs 5 through 7 of PTO 18(c), the following document was served on Counsel, Susan Giamportone, by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were served via electronic service with the procedures established in MDL 1657:

### PRESERVATION NOTICE REQUIREMENT

DATED this 20th day of August, 2009

/s/ _Robert W. Cottle_
ROBERT W. COTTLE, ESQ.



# MAINOR EGLET COTTLE
TRIAL LAWYERS

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 20, 2009

**VIA CERTIFIED MAIL**
**70090080000048168218**
Custodian of Records
Desert Springs Hospital Medical Center
2075 E. Flamingo Rd.
Las Vegas, NV 89119

RE: *George Morris - EDLA CASE NO. 2:07CV02101 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

Rob W Cottle

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *George Morris*

RWC/jr



| Randall Mainor (1941-2007) | **MAINOR EGLET COTTLE**<br>T R I A L   L A W Y E R S | Robert T. Eglet<br>Robert W. Cottle*<br>Tracy A. Eglet†<br>Robert M. Adams<br>Bradley S. Mainor<br>David A. Tanner▲<br>Jonathan T. Remmel*<br>Lesley B. Miller<br>Bradley J. Myers♦<br>Marni K. Rubin<br>Joseph J. Wirth<br>Brice J. Crafton |

August 20, 2009

**VIA CERTIFIED MAIL**
**70090080000048168225**
Custodian of Records
James B. Gabroy, MD
2016 Sunset Rd.
Henderson, NV 89014

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE:   *George Morris - EDLA CASE NO. 2:07CV02101 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *George Morris*

RWC/jr



# MAINOR EGLET COTTLE
### TRIAL LAWYERS

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 20, 2009

**VIA CERTIFIED MAIL**
**70090080000048168249**
Custodian of Records
Insight Mountain Diagnostics
800 Shadow Lane
Las Vegas, NV 89106

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE: *George Morris - EDLA CASE NO. 2:07CV02101 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

Robert W Cottle

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *George Morris*

RWC/jr



# MAINOR EGLET COTTLE
TRIAL LAWYERS

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 20, 2009

**VIA CERTIFIED MAIL**
**70009008048168256**
Custodian of Records
Lance D. Mayor, MD
2121 E. Flamingo Rd., #202
Las Vegas, NV 89119

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE: *George Morris - EDLA CASE NO. 2:07CV02101 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

*[signature]*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *George Morris*

RWC/jr



| | | |
|---|---|---|
| Randall Mainor<br>(1941-2007) | **MAINOR EGLET COTTLE**<br>T R I A L   L A W Y E R S | Robert T. Eglet<br>Robert W. Cottle*<br>Tracy A. Eglet†<br>Robert M. Adams<br>Bradley S. Mainor<br>David A. Tanner▲<br>Jonathan T. Remmel*<br>Lesley B. Miller<br>Bradley J. Myers♦<br>Marni K. Rubin<br>Joseph J. Wirth<br>Brice J. Crafton |

August 20, 2009

**VIA CERTIFIED MAIL**
**70090080000048168270**
Custodian of Records
Robert W. Patti, MD
2080 E. Flamingo
Las Vegas, NV 89119

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE:   *George Morris - EDLA CASE NO. 2:07CV02101 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

*Rob W Cottle*

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *George Morris*

RWC/jr



Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
TRIAL LAWYERS

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 20, 2009

**VIA CERTIFIED MAIL**
**70090080000048168287**
Custodian of Records
Marina Plon, MD
2470 East Flamingo Rd., Suite A
Las Vegas, NV 89121

RE:   *George Morris - EDLA CASE NO. 2:07CV02101 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *George Morris*

RWC/jr



Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
TRIAL LAWYERS

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 20, 2009

**VIA CERTIFIED MAIL**
**70090080000048168294**
Custodian of Records
Sav-RX
1550 S. Indiana
Chicago, IL 60605

RE:   *George Morris - EDLA CASE NO. 2:07CV02101 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *George Morris*

RWC/jr



Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
TRIAL LAWYERS

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 20, 2009

**VIA CERTIFIED MAIL**
**70090080000048168300**
Custodian of Records
William Smith, MD
3061 S. Maryland Pkwy.
Las Vegas, NV 89109

RE:   *George Morris - EDLA CASE NO. 2:07CV02101 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *George Morris*

RWC/jr



Randall Mainor
(1941-2007)

# MAINOR EGLET COTTLE
TRIAL LAWYERS

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 20, 2009

**VIA CERTIFIED MAIL**
**70090080000048168263**
Custodian of Records
Sunrise Hospital and Medical Center
3186 S. Maryland Pkwy.
Las Vegas, NV 89109

RE: *George Morris - EDLA CASE NO. 2:07CV02101 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *George Morris*

RWC/jr



# MAINOR EGLET COTTLE
### TRIAL LAWYERS

Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

August 20, 2009

**VIA CERTIFIED MAIL**
**70090080000048168317**
Custodian of Records
V.A. Hospital-North Texas Healthcare Systems
1201 E. 9th Street
Bonham, TX 75418

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE: *George Morris - EDLA CASE NO. 2:07CV02101 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

_____
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *George Morris*

RWC/jr



| | | |
|---|---|---|
| Randall Mainor<br>(1941-2007) | **MAINOR EGLET COTTLE**<br>T R I A L   L A W Y E R S | Robert T. Eglet<br>Robert W. Cottle*<br>Tracy A. Eglet†<br>Robert M. Adams<br>Bradley S. Mainor<br>David A. Tanner▲<br>Jonathan T. Remmel*<br>Lesley B. Miller<br>Bradley J. Myers♦<br>Marni K. Rubin<br>Joseph J. Wirth<br>Brice J. Crafton |

August 20, 2009

**VIA CERTIFIED MAIL**
**70090080000048168201**
Custodian of Records
Desert Radiologists
3090 S. Durango Drive, Suite 200
Las Vegas, NV 89117

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

RE:   *George Morris - EDLA CASE NO. 2:07CV02101 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *George Morris*

RWC/jr

# MAINOR EGLET COTTLE
### TRIAL LAWYERS

/. Randall Mainor
(1941-2007)

Robert T. Eglet
Robert W. Cottle*
Tracy A. Eglet†
Robert M. Adams
Bradley S. Mainor
David A. Tanner▲
Jonathan T. Remmel*
Lesley B. Miller
Bradley J. Myers♦
Marni K. Rubin
Joseph J. Wirth
Brice J. Crafton

*Also admitted in Utah
† Also admitted in Ohio
▲ Also admitted in Texas
♦ Also admitted in Arizona

August 20, 2009

**VIA CERTIFIED MAIL**
**70090080000048168232**
Custodian of Records
Walgreen's Pharmacy
4895 Boulder Highway
Las Vegas, NV 89121

RE:   *George Morris - EDLA CASE NO. 2:07CV02101 ; In Re: Vioxx Products Liability Litigation MDL 1657*

To the Custodian of Records:

Our office represents the above named plaintiff in a lawsuit against Merck & Co., et al related to the use of Vioxx. Pursuant to the attached Order issued by the United States District Court for the Eastern District of Louisiana in *In Re: Vioxx Products Liability Litigation MDL 1657*, this is your notification to maintain the records that are in your possession, custody or control for the above named claimant from 1995 to the present date.

Thank you for your assistance in this matter. Should you have any questions please contact our office.

Sincerely,

**MAINOR EGLET COTTLE**

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 004576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiff, *George Morris*

RWC/jr