**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **THIS DOCUMENTS RELATES TO:** | * | |
| | * | |

*Amadis Rosario, Gladys v. Merck and Co., Inc.*; as to:

    *Alverio-Torres, Carmen*
    *Carmona-Martinez, Aida*
    *Cobian-Lopez, Bonifacia*
    *Colon-vazquez, Jorge*
    *Figueroa-Colon, Maria*
    *Haeussler-Anca, Carlos*
    *Martinez-Santa-Curz, Raul*
    *Morales-Gonzales, Antonio*
    *Morales-Rivera, Nelson*
    *Otero-Santiago, Irma*
    *Padilla-Cordova, Auria*
    *Reyes-Garcia, Margarita*
    *Sandoval-Rivera, Delia*
    *Solis-Lastra, Carmen*
    *Velazaquez-Hernandez, Miguel*

*Acevedo vs. Merck and Co., Inc.*, as to:

    *Medina-Sabater, Ramona*
    *Salgado-Otero, Rafaela*
    *Suarez-Comas,, Laura*

*Adames De La Rosa v. Merck and Co., Inc.*, as to:

    *Ibern-Figueroa, Isabel*

*Robert Kupcha v. Merck and Co., Inc.*,

    *

```
                                        *
*************************************          MAG. JUDGE KNOWLES
```

## RESPONSE TO OMNIBUS OBJECTION TO MOTIONS FOR SPECIAL CONSIDERATION: EXPEDITED RELIEF FROM LIEN

**COMES NOW** the undersigned on behalf of Plaintiffs relative to the cases listed in the above captioned cause and file this *Response to Omnibus Objection to Motions for Special Consideration: Expedited Relief From Lien* and state as follows:

1. Plaintiffs are represented by Primary Counsel E. Kirk Wood and Secondary Counsel Eric Quetglas and Archie C. Lamb, Jr. and have been notified of points awards and initial payments that are scheduled to be paid in July, August and September 2009.

2. Secondary Counsel Archie Lamb and his firm is involved in a contractual business dispute with Counsel Financial Services, LLC, (hereinafter Counsel Financial) a New York based law firm financing company. The dispute appears to involve complex issues associated with the financing of Mr. Lamb's entire practice and related business activities.

3. Primary Counsel Wood and Attorney Quetglas have previously filed a *Motion for Special Consideration: Expedited Relief From Lien,* (*see Exhibit One*) seeking the release of funds due to one of the above noted Plaintiffs (Solis-Lastra, Carmen) that was due in July, as well as the claimants who have since been awarded points, as well as the release of fees to Attorneys Wood and Quetglas. Counsel Financial has filed and *Omnibus Objection Motion for Special Consideration: Expedited Relief From Lien* to Plaintiffs' Primary

        Counsel's Motion (*see Exhibit Two*).

4. As noticed in the previously filed *Motion for Special Consideration: Expedited Relief From Lien*, (Exhibit One) neither Primary Counsel, Attorney Quetglas nor Plaintiffs have any relationship of any kind with Counsel Financial or any knowledge of Counsel Financial and its issues with Attorney Lamb.

5. Counsel Financial makes numerous representations in its Omnibus Objection that are incorrect and misleading to include:

   a. Although Counsel Financial notes in its Motion that it is "undisputed that Counsel Financial has a security interest in the accounts receivable which would be due to be paid by the claims administrator to the Lamb Firm" (*see Exhibit Two*) Counsel Financial does not provide and has not provided any evidence of that fact in the form of an Alabama, Louisiana or Virginia UCC filing, an Order from a court of competent jurisdiction indicating a judgment in favor of Counsel Financial, or a copy of a contract or stipulation from Mr. Lamb indicating the purported security interest

   b. Although Counsel Financial claims that there are "many factual misstatements in Plaintiffs' filing" (*see Omnibus Objection*), Counsel Financial provides no examples or proof relative to any such "misstatements."

   c. Counsel for Counsel Financial untruthfully attests to "numerous attempts to work with Mr. Wood and Mr. Quetglas in a resolution of these matters so that payments may be made…" (*see Exhibit Two*). Other than a form letter concerning Counsel Financial's lien, two short phone calls to Attorney Wood and an email exchange seeking privileged information, Counsel Financial has

        made absolutely no effort to seek a resolution of these matters in any way or to facilitate payment of claims to qualified Plaintiffs, and in fact, has attempted to hold the payments of injured Plaintiffs hostage in an effort to resolve a business dispute with Mr. Lamb.

    d.   Counsel for Counsel Financial in a phone call with Primary Counsel Wood could not identify any of the Plaintiffs for which fees were to be paid to Mr Lamb nor any information concerning Mr. Lamb's fee percentage.  In the two conversations and email exchanges from Counsel for Counsel Financial, it was apparent that Counsel for Counsel Financial was simply "fishing" for information that it clearly should already have in order to assert a valid lien against Mr. Lamb.  Primary Counsel did provide general information to include that at the point in time relative to the phone call that there were no claims due for payment and that the information concerning Mr. Lamb should come from Mr. Lamb or his attorneys.

6.    As noted in this Court's previous Order concerning payment of claims *(see Exhibit Three)* Primary Counsel will hold in trust any fees due to Mr. Lamb until such time as the issues associated with the lien is resolved or direction from the appropriate judicial authority as to the resolution of the lien is provided.   Primary Counsel will continue to do so.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs request this Honorable Court to enter an Order allowing payments to be made to Plaintiffs and Attorneys as scheduled and allow Primary Counsel to hold in trust any funds due as fees to Mr. Lamb.

                                                              *Respectfully submitted,*

*/s/ E. Kirk Wood, Esq.*
E. Kirk Wood
Attorney at Law
Wood Law Firm, LLC
PO Box 382434
Birmingham, Alabama 35238-2434
Direct Dial:  205-612-0243
Telecopy:  866-747-3905
 ekirkwood1@cs.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Response has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this 20th day of August, 2009.

/s/ E. Kirk Wood, Esq.
E. Kirk Wood
Attorney at Law
Wood Law Firm, LLC
PO Box 382434
Birmingham, Alabama 35238-2434
Direct Dial:  205-612-0243
Telecopy:  866-747-3905
ekirkwood1@cs.com