IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>) | |
| THIS DOCUMENT RELATES TO: | )<br>) | MDL Docket No. 1657 |
| *Sigfredo Collazo-Mendez of Amadis Rosario, Gladys v. Merck and Co., Inc.;*<br>and | )<br>)<br>)<br>) | SECTION L<br><br>JUDGE FALLON |
| *Susan Yeager, of Bryan Keith Yeager, as Administrator of the Estate of Susan Yeager, deceased v. Merck & Co., Inc., et al;*<br>and | )<br>)<br>)<br>)<br>) | |
| *Stanley Pierce of Rogelio Adames de La Rosa v. Merck & Co., Inc., et al.;*<br>and | )<br>)<br>)<br>) | |
| *Carmen Solis-Lastra, of Amadis Rosario, Gladys v. Merck and Co., Inc.;*<br>and | )<br>)<br>)<br>) | |
| *Gladys Amadis Rosario, et al v. Merck and Co., Inc.;*<br>and | )<br>)<br>)<br>) | |
| *Rogelio Adames de La Rosa, et al vs. Merck and Co., Inc.;*<br>and | )<br>)<br>)<br>) | |
| *Walter Bell, et al vs. Merck and Co., Inc.;*<br>and | )<br>)<br>)<br>) | |
| *Ramon Alvarado, et al v. Merck and Co., Inc.;*<br>and | )<br>)<br>)<br>) | |
| *Jose Acevedo, et al v. Mercka and Co., Inc.;* | ) | MAG. JUDGE KNOWLES |

## OMNIBUS OBJECTION TO MOTIONS FOR SPECIAL CONSIDERATION: EXPEDITED RELIEF FROM LIEN

COMES NOW the undersigned on behalf of Counsel Financial Services, LLC (hereinafter "Counsel Financial") and files this Omnibus Objection to Motions for Special Consideration: Expedited Relief from Lien (the "Omnibus Objection"). In support of this Omnibus Objection the undersigned states as follows:

1. Counsel Financial currently holds liens on the fees due and payable to the Lamb Law Firm and Archie Lamb, Jr. (collectively referred to as the "Lamb Firm") arising from services provided to claimants in the above-referenced matter.

2. The Omnibus Objection seeks to address pending motions in matters related to:

    a. *Sigfredo Collazo-Mendez of Amadis Rosario, Gladys v. Merck and Co., Inc.;* **and**

    b. *Susan Yeager, of Bryan Keith Yeager, as Administrator of the Estate of Susan Yeager, deceased v. Merck & Co., Inc., et al;* **and**

    c. *Stanley Pierce of Rogelio Adames de La Rosa v. Merck & Co., Inc., et al.;* **and**

    d. *Carmen Solis-Lastra, of Amadis Rosario, Gladys v. Merck and Co., Inc.;* **and**

    e. *Gladys Amadis Rosario, et al v. Merck and Co., Inc.;* **and**

    f. *Rogelio Adames de La Rosa, et al vs. Merck and Co., Inc.;* **and**

    g. *Walter Bell, et al vs. Merck and Co., Inc.;* **and**

    h. *Ramon Alvarado, et al v. Merck and Co., Inc.;* **and**

    i. *Jose Acevedo, et al v. Mercka and Co., Inc.;*

2

3. In opposition to the pending Motion this Omnibus Objection notes that it is undisputed that Counsel Financial has a security interest in the accounts receivable which would be due to be paid by the claims administrator to the Lamb Firm.

4. Both the claims administrator and the Lamb Firm's co-counsel, namely, E. Kirk Wood and Eric Quetglas, have been placed on notice of the lien of Counsel Financial.

5. Counsel Financial asserts many factual misstatements are asserted in the pending motions but does note that it is correct that Counsel Financial has asserted a lien on the receivables to Archie Lamb and the Lamb Law Firm.

6. The undersigned counsel has made numerous attempts to work with Mr. Wood and Mr. Quetglas in a resolution of these matters so that payments can be made to claims and fees can be distributed to attorneys of record.

7. Despite repeated requests, attorneys Wood and Quetglas have failed or refused to identify claims due for payment, as well as, identifying their understanding of the percentage fee payment arrangements by and amongst Mr. Wood, Mr. Quetglas and the Lamb Firm.

8. It is the understanding of Counsel that the Lamb Firm has a thirty percent (30%) interest in the attorney's fee earned in each of the pending cases.

9. In the pending motions, Mr. Wood asserts that he is willing to hold in trust any fees due to Mr. Lamb. This outcome and the proposed order resolving these issues are explicitly objected to by Counsel Financial at this time.

10. Counsel Financial remains open to mutually agreeable resolution of this matter but objects to any distribution by the claims administrator and the granting of the motions filed for special consideration.

11. The undersigned respectfully requests that the pending motions and this Omnibus Objection can be expeditiously addressed at a hearing before the Court and as such respectfully requests the hearing.

WHEREFORE, premises considered, the undersigned respectfully requests the Court to set this matter for hearing and to enter an order denying the pending motions and for such further and additional relief as the Court may deem appropriate.

Respectfully submitted,

/s/ R. Scott Williams
R. Scott Williams (ASB-3234-M63R)
Attorney for Counsel Financial Services, LLC

**Of Counsel:**
HASKELL SLAUGHTER YOUNG & REDIKER, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Phone: 205.251.1000
Fax: 205.324.1133

4

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served by email upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and by U.S. Mail, postage prepaid and properly address as follows below and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this the 31st day of July, 2009:

E. Kirk Wood
Wood Law Firm, LLC
P.O. Box 382434
Birmingham, Alabama 35238

Eric Quetglas
Quetglas Law Offices
P.O. Box 165606
San Juan, Puerto Rico 00908-6606

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Phillip A. Wittmann
Stone Pigman Walther Wittman, L.L.C.
546 Carondelet Street
New Orleans, LA 70130



/s/ R. Scott Williams
Of Counsel

3249210_1.DOC

5