UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: ) ) | JUDGE FALLON |
| Roy Puckett, Administrator for the ) Estate of Josephine Puckett v. Merck ) Case No 2:06 -CV- 04157 ) | MAGISTRATE JUDGE KNOWLES |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, and in accordance with Pre-Trial Order No. 36, Richard A. Getty and Joe F. Childers of the law firm Getty & Childers, PLLC, hereby move the Court for an Order granting leave to withdraw as counsel of record in the above-styled action. As grounds for their Motion, the undersigned respectfully state that because Plaintiff's medical expert was unwilling to make the attestations required by PTO 43, counsel believe they do not have a reasonable basis upon which to proceed with the prosecution of Plaintiff's claims herein. As set forth in the Declaration required by PTO 36, attached hereto as Exhibit A, the undersigned have explained to Plaintiff the reasons for seeking to withdraw from the representation, and the Plaintiff has consented to the withdrawal.

The undersigned further request that Plaintiff be granted a period of sixty (60) days from the date of this Motion to obtain new counsel, and that all pending deadlines be tolled during this period. In the alternative, counsel requests that Plaintiff be given a period of time that is satisfactory to the Court to locate substitute counsel.

1

Respectfully submitted,

_____
RICHARD A. GETTY
and
JOE F. CHILDERS

GETTY & CHILDERS, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909

**COUNSEL FOR PLAINTIFF
ROY PUCKETT**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Withdraw as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, as well as Susan Giamportone, by U.S. Mail; and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PTO No. 8; and filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this the 20th day of August, 2009.

_____
**COUNSEL FOR PLAINTIFF**

## EXHIBIT A

## DECLARATION OF COUNSEL FOR PLAINTIFF

As required by Paragraph IIA of Pretrial Order No. 36, Richard A. Getty and Joe F. Childers, counsel for Plaintiff in the case styled <u>Roy Puckett, Administrator of the Estate of Josephine Puckett v. Merck & Co., Inc.</u>, Case No. 2:06-cv-04157 in the VIOXX MDL Docket No. 1657 hereby declare as follows:

1. Counsel has communicated with the Plaintiff;

2. Counsel has explained to the Plaintiff the reasons for seeking to withdraw from the representation of the Plaintiff; and

3. The Plaintiff has indicated that he understands the reasons for the withdrawal and consents to the withdrawal.

Respectfully submitted,

_____
RICHARD A. GETTY

_____
JOE F. CHILDERS

GETTY & CHILDERS, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909

**COUNSEL FOR PLAINTIFF
ROY PUCKETT**