UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) This document relates to all cases. ) | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### GETTY & CHILDERS, PLLC'S
### NOTICE OF OBJECTION TO PSC FEE REQUEST

The undersigned counsel, partners in the firm Getty & Childers, PLLC, hereby give notice of its objection to the PSC fee request. While this Court does not require briefing on the objection, the undersigned hereby join in Stratton Faxon's argument that the PSC fees should not exceed two (2) percent of the gross amount awarded to Plaintiffs. See Stratton Faxon's Notice of Objection to the PSC Fee Request, MDL Document No. 18649. Counsel further maintain that any allowance for PSC fees should result in a corresponding upward adjustment of the thirty-two (32) percent fee cap previously imposed by the Court.

Respectfully submitted,

_/s/ Richard A. Getty_
RICHARD A. GETTY
and
JOE F. CHILDERS

GETTY & CHILDERS, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, as well as Susan Giamportone, by U.S. Mail; and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PTO No. 8; and filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this the 21st day of August, 2009.

*/s/ Joe F. Childers*
JOE F. CHILDERS

U:\GK&M\kcollman\pleadings\Vioxx\Notice of Objection to PSC fee request.docx