## Exhibit A
## (Second Motion to Dismiss NSPC Claimants)

|   | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number | Status |
|---|---|---|---|---|---|---|---|---|
| 1. | 1025861 | Kershaw, Cutter & Ratinoff, LLP | Roque, Alma | Missing stipulation | | Alma Roque v. Merck et al. | 2:06-cv-11277 | NSPC |
| 2. | 1113911 | McFarland & Lovely, PSC | Bush, Terry | Missing stipulation | | Terry Bush v. Merck | 2:05-cv-06509 | NSPC |
| 3. | 1113910 | McFarland & Lovely, PSC | Prater, Roma | Missing stipulation | | Roma Lynn Prater v. Merck | 2:05-cv-06522 | NSPC |
| 4. | 1117993 | Tabor, Marion Jackson | Schunior, Emil | S-1, S-3, S-99 | Margaret Schunior | Margaret Schunior v. Merck | 2:06-cv-10885 | NSPC |
| 5. | 1081952 | Whitehead Law Firm | Scott, Lee | Missing stipulation | Angela Scott | Lee Scott et al v. Merck | 2:05-cv-03173 | NSPC |