UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* *

THIS DOCUMENT RELATES TO:

Plaintiff's Name: Jeffry Brooks

Case Name:  Jeffry Brooks v Merck & Co.

Case Number: USDC ED of LA 2:06-cv-10111

## ORDER

Plaintiff's counsel moves the Court for leave to withdraw as counsel for plaintiff. Accordingly, the Court, being fully advised, rules as follows:

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Withdraw as Counsel of Record by the law firms of; Bartimus Frickleton, Robertson & Gorny, P.C.; Wagstaff & Cartmell LLP, The Bertram Law Firm, LLC; The Popham Law Firm, PC; Goza & Honnold, LLC; Davis Bethune & Jones, LLC; and Shrager Spivey & Sachs is hereby GRANTED. LexisNexis File & Serve shall be updated by the plaintiff's former attorney, James P. Frickleton, to reflect these changes.

IT IS SO ORDERED.

Dated: _____          _____
                                        Hon. Eldon Fallon
                                        United States District Court Judge