

26058966
Jul 10 2009
4:40PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| Judy Banks v. Merck & Co., § | | |
| Inc., Docket No. 05-0546 | § | KNOWLES |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, the law firm of The Lanier Law Firm, P.C., Counsel of Record for Judy Banks, moves the Court for an order granting leave for Counsel to withdraw as Counsel of Record in the above-styled case. In support of this motion, the undersigned states as follows:

1. Plaintiff may have suffered an injury while taking Vioxx other than a heart attack or stroke.

2. Rule 1.16(b)(4) of the Model Rules of Professional Conduct states that a lawyer may withdraw from representing a client if: "the client insists upon taking an action...with which the lawyer has a fundamental disagreement."

3. Given Plaintiff's desire, as of this date, to proceed with the claim at hand, it appears that Counsel and Plaintiff have a fundamental disagreement as to the most prudent and effective way to proceed with the above-styled case. Therefore, Counsel moves the Court for an Order allowing them to withdraw from this case.

4. Counsel has communicated to the Plaintiff in writing their intent to file a motion to withdraw and their reasons for filing the motion to withdraw. Counsel further advised

Plaintiff that it would not agree to represent Plaintiff past the point of the execution and delivery of a Future Evidence Stipulation. In addition, Counsel has sent to Plaintiff a copy of the present motion and proposed order via certified mail.

5. Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address. Plaintiffs' last known address is P.O. Box 51230, Fort Worth, TX 76405.

6. Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

For these reasons, The Lanier Law Firm, P.C. urges the Court to grant it's motion to withdraw as Counsel of record in this matter.

Respectfully submitted this the 10th day of July, 2009.

THE LANIER LAW FIRM

BY: _____
W. Mark Lanier
TSB# 11934600
Kenneth S. Soh
TSB# 00794670
Patrick N. Haines
TSB# 00784191
Maura Kolb
TSB# 00794113
6810 FM 1960 West
Houston, Texas 77069
(713) 659-5200
(713) 659-2204 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically field with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 10th day of July, 2009.

*Maura Kolb*

Maura Kolb