UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO: JOHN EDWARD CORRAN AND NANCY CORRAN**

## ORDER

The Court is in receipt of the attached correspondence from Vioxx claimant, Nancy

Corran.  IT IS ORDERED that the correspondence be entered into the record.  In addition, a copy

of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, they

deem necessary.

New Orleans, Louisiana, this 18th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Cartwright Law Firm
222 Front St. 5th Floor
San Francisco, CA 94111

Helen and Anthony Vislusky
C/O Cartwright Law Firm
222 Front St. 5th Floor
San Francisco, CA 94111



1