Aug 4th 2009

Dear Judge Fallon

Please do not raise the cap on attorneys fees, on the Vioxx settlement. Many-Many of us have already lost so much. I have lost my dear husband in June 2001 — John Edward Corran.

I'm still having a hard time with that, I will never get over seeing him dead. I know that attorneys do their best however it's us who have truly lost should have the compensation.

Thank you for your consideration.
Nancy Corran