```
┌──────────────────────────────────┐
│  U.S. DISTRICT COURT             │
│ EASTERN DISTRICT OF LOUISIANA    │
│  ┌────────────────────┐          │
│  │                    │          │
│ FILED│  AUG 2 0 2009  │          │
│  │         .    .     │          │
│  │                    │          │
│  └────────────────────┘          │
│     CHARLES R FULBRUYTE          │
│  LORETTA G. WHYTE   CLERK        │
│        CLERK                     │
└──────────────────────────────────┘
```

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 18, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 09-30446    In Re: Vioxx Prod Liability, et al
            USDC No. 2:05-MD-1657
            USDC No. 2:05-CV-1088
            USDC No. 2:05-CV-1089
            USDC No. 2:05-CV-1090
            USDC No. 2:05-CV-1091
            USDC No. 2:05-CV-1513
            USDC No. 2:05-CV-2297
            USDC No. 2:05-CV-6221
            USDC No. 2:06-CV-2238
            USDC No. 2:06-CV-2708
            USDC No. 2:08-CV-3221
            USDC No. 2:08-CV-3222
            USDC No. 2:08-CV-4166
            USDC No. 2:08-CV-4167
            USDC No. 2:08-CV-4168
            USDC No. 2:08-CV-4169
            USDC No. 2:08-CV-4170
            USDC No. 2:08-CV-4171
            USDC No. 2:08-CV-4172
            USDC No. 2:08-CV-4173

The court has granted the unopposed motion to supplement the
record on appeal with document numbers 12965 Pretrial Order #31,
13102 Pretrial Order #31(b), and 16237 Corrected Reply to
Repsonse in this case.


                              CHARLES R. FULBRUGE III, Clerk

                              By: *Misty Fontenot*
                              _____
                              Misty L. Fontenot, Deputy Clerk
                              504-310-7716

                                        __ Fee_____
                                        __ Process_____
                                        X  Dktd_____
Mr. Ronald R Benjamin                   __ CtRmDep_____
Mr. Theodore V H Mayer                  __ Doc. No._____
Ms. Loretta Whyte
Ms. Marya Cordelia Young

                              A true copy
                              Attest       1 8 AUG 2009

                              Clerk, U. S. Court of Appeals, Fifth Circuit
                              By_____
                                              Deputy
                              New Orleans, Louisiana