UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 AUG 21  AM 10: 26

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * SECTION L |
| | * JUDGE FALLON |
| This document relates to the plaintiffs listed on attached Exhibit A. | * MAGISTRATE JUDGE KNOWLES |

******************************************************************

### PRETRIAL ORDER NO. 46
### (Case Management Order for Exhibit A Cases)

This Court has pending before it 116 cases in which plaintiffs have submitted the "*Lone Pine*" preliminary case-specific expert reports required by PTO Nos. 28 and 29 (cases listed on Exhibit A), and which were previously set for case management conferences. Case management conferences relating to these cases took place on April 28, 2009 and July 30, 2009.

To govern the development of case-specific discovery in these cases,

**IT IS HEREBY ORDERED:**

**I.     APPLICABILITY OF ORDER**

This Order shall govern the cases identified on the attached Exhibit A.

**II.    PARTIAL LIFTING OF STAY**

Pretrial Order No. 30 stayed all litigation proceedings pending in this MDL, except as provided for in PTO Nos. 28 and 29. It is hereby **ORDERED** that the stay of litigation proceedings in Pretrial Order No. 30 is hereby lifted for all purposes for the cases identified on Exhibit A.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

### III. COSTS OF DISCOVERY

Pursuant to PTO No. 45, this Court appointed a Committee to coordinate the cases listed on Exhibit A. Until further order of this Court, the time and resources of that Committee should primarily be focused on investigating and marshaling issues regarding general causation. As for case specific discovery, the individual attorneys of record in the cases listed on Exhibit A shall be responsible for defending those cases and will bear all costs associated with case-specific discovery.

NEW ORLEANS, LOUISIANA, this 20th day of August, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

**Exhibit A**
*(Cases subject to August, 2009 Discovery Order)*

|  | **Plaintiff** | **Counsel** | **Case Caption** | **Case Number** |
|---|---|---|---|---|
| 1. | Bunch, J.C. | Bartimus, Frickleton, Robertson & Gorny | Bunch, J.C. v. Merck & Co., Inc. | 2:06-cv-08827-EEF-DEK |
| 2. | Haynes, James R | Bartimus, Frickleton, Robertson & Gorny | Jenkins, Ruth v. Merck & Co., Inc. | 2:05-cv-04054-EEF-DEK |
| 3. | Jensen, Jennifer K | Bartimus, Frickleton, Robertson & Gorny | Jensen, Jennifer v. Merck & Co., Inc. | 2:05-cv-05150-EEF-DEK |
| 4. | Agard, David L | Benjamin, Ronald R., Law Office of | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK |
| 5. | Berthel, Scott R | Benjamin, Ronald R., Law Office of | Gates, Robert D. v. Merck & Co., Inc. | 2:05-cv-06221-EEF-DEK |
| 6. | Bozich, Mary A | Benjamin, Ronald R., Law Office of | Aljibory, Adnan v. Merck & Co., Inc. | 2:05-cv-01090-EEF-DEK |
| 7. | Cavallo, Matthew | Benjamin, Ronald R., Law Office of | Cavallo, Matthew v. Merck & Co., Inc. | 2:05-cv-01513-EEF-DEK |
| 8. | Core, Richard F | Benjamin, Ronald R., Law Office of | Core, Richard F. v. Merck & Co., Inc. | 2:05-cv-02583-EEF-DEK |
| 9. | Curl, William A | Benjamin, Ronald R., Law Office of | Curl, William A. v. Merck & Co., Inc. | 2:05-cv-05295-EEF-DEK |
| 10. | Curtis, Marjorie H | Benjamin, Ronald R., Law Office of | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK |
| 11. | Demoski, James J | Benjamin, Ronald R., Law Office of | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK |
| 12. | Henderson, Edward | Benjamin, Ronald R., Law Office of | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK |
| 13. | Hia, Kristine S | Benjamin, Ronald R., Law Office of | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK |
| 14. | Hoyt, Maurice R | Benjamin, Ronald R., Law Office of | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK |
| 15. | Kurtz, Mary | Benjamin, Ronald R., Law Office of | Kurtz, Mary v. Merck & Co., Inc. | 2:06-cv-05779-EEF-DEK |

|     | Plaintiff | Counsel | Case Caption | Case Number |
| --- | --- | --- | --- | --- |
| 16. | Lord, Wilson E | Benjamin, Ronald R., Law Office of | DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK |
| 17. | Mack, Timothy F | Benjamin, Ronald R., Law Office of | Dier, Glenn L. v. Merck & Co., Inc. | 2:05-cv-01088-EEF-DEK |
| 18. | Mannino, Ann M | Benjamin, Ronald R., Law Office of | Holobosky, Rosemary v. Merck & Co., Inc. | 2:05-cv-01091-EEF-DEK |
| 19. | Oakley, James S | Benjamin, Ronald R., Law Office of | Oakley, James S. v. Merck & Co., Inc. | 2:05-cv-05912-EEF-DEK |
| 20. | Pratt, Arthur L | Benjamin, Ronald R., Law Office of | DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK |
| 21. | Santacrose, Viola | Benjamin, Ronald R., Law Office of | Aljibory, Adnan v. Merck & Co., Inc. | 2:05-cv-01090-EEF-DEK |
| 22. | Spencer, Frank | Benjamin, Ronald R., Law Office of | Dufresne, Lori v. Merck & Co., Inc. | 2:08-cv-03220-EEF-DEK |
| 23. | Nichols, Sarah G | Bubalo, Hiestand & Rotman, PLC | Nichols, Sarah E. v. Merck & Co., Inc. | 2:06-cv-01951-EEF-DEK |
| 24. | Adams, Mary Ellen | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 25. | Albright, Ann M | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 26. | Allen, Marie | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 27. | Amiss, Louise H | Cellino & Barnes, P.C. | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 28. | Arnold, Leonard H | Cellino & Barnes, P.C. | Acostas, Jose v. Merck & Co., Inc. | 2:06-cv-02203-EEF-DEK |
| 29. | Ballantyne, Arthur W | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 30. | Barrett, Jacqueline | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 31. | Barrett, Janet F | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |

|  | Plaintiff | Counsel | Case Caption | Case Number |
|---|---|---|---|---|
| 32. | Blankenship, Donald | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 33. | Blodgett, Don | Cellino & Barnes, P.C. | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| 34. | Brown, Dianne | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 35. | Brown, James N | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 36. | Burkey, Robert A | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 37. | Butterfield, Myrtle | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 38. | Byrd, Deborah A | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 39. | Carmen, Joan | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 40. | Carrigan, Georgia | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 41. | Carroll, John | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 42. | Carter, James A | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 43. | Desormeau, Margaret | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 44. | DeSouza, William | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 45. | Donahue, James J | Cellino & Barnes, P.C. | Donahue, James J. v. Merck & Co., Inc. | 2:06-cv-01206-EEF-DEK |
| 46. | Eddy, Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 47. | Edwards, June D | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |

|  | Plaintiff | Counsel | Case Caption | Case Number |
|---|---|---|---|---|
| 48. | Estep, John | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 49. | Farnsworth, Wilson | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 50. | Greeley, Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 51. | Habecker, Linda | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 52. | Harris, Darlene R | Cellino & Barnes, P.C. | Blackmon, Syrrita v. Merck & Co., Inc. | 2:06-cv-01210-EEF-DEK |
| 53. | Holt, Catherine | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 54. | Johnson, Esther M | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 55. | Kelly, Patricia A | Cellino & Barnes, P.C. | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| 56. | Kingsley, Ella F | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 57. | Kollin, Jean M | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 58. | Kulesza, Jeff A | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 59. | Maiorano, Patricia M | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 60. | Marble, Judy A | Cellino & Barnes, P.C. | Czekalski, Cindy v. Merck & Co., Inc. | 2:06-cv-01207-EEF-DEK |
| 61. | Matos Cruz, Migdalia | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 62. | Mayeu, Michael | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 63. | McDaniels, Asa J | Cellino & Barnes, P.C. | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |

|     | Plaintiff | Counsel | Case Caption | Case Number |
| --- | --- | --- | --- | --- |
| 64. | McMurray, Scott | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 65. | McPhaden, Arleen | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 66. | Melton, Roberta | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 67. | Mertz, Charles R | Cellino & Barnes, P.C. | Monte, John v. Merck & Co., Inc. | 2:06-cv-01167-EEF-DEK |
| 68. | Mietlowski, Alan D | Cellino & Barnes, P.C. | Coles, Patti v. Merck & Co., Inc. | 2:07-cv-02936-EEF-DEK |
| 69. | Miller, Charlene | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 70. | Miskho, Brian W | Cellino & Barnes, P.C. | Miskho, Brian v. Merck & Co., Inc. | 2:06-cv-01159-EEF-DEK |
| 71. | Negron, Myriam | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 72. | Nelson, James | Cellino & Barnes, P.C. | Anderson, Geraldine v. Merck & Co., Inc. | 2:07-cv-03631-EEF-DEK |
| 73. | Petty, Lee C | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 74. | Plambeck, Richard G | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 75. | Rarick, Kenneth L | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 76. | Reilly, James A | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 77. | Robinson, Deborah | Cellino & Barnes, P.C. | Czekalski, Cindy v. Merck & Co., Inc. | 2:06-cv-01207-EEF-DEK |
| 78. | Rhoades, Dawn A | Cellino & Barnes, P.C. | Davis, Catherine v. Merck & Co., Inc. | 2:06-cv-01209-EEF-DEK |
| 79. | Sackett, Marlo R | Cellino & Barnes, P.C. | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |

|  | Plaintiff | Counsel | Case Caption | Case Number |
|---|---|---|---|---|
| 80. | Scherf, Frank | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 81. | Schultz, Barbara | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 82. | Shahid, Marge A | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 83. | Steerman, Gladys | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 84. | Vecchio, Teresa M | Cellino & Barnes, P.C. | Daluiso, Anna v. Merck & Co., Inc. | 2:06-cv-01197-EEF-DEK |
| 85. | Walker, Renee | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 86. | Webb, Carol R | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 87. | Webb, Kathleen | Cellino & Barnes, P.C. | Carr, Marie v. Merck & Co., Inc. | 2:06-cv-03612-EEF-DEK |
| 88. | Weese, Roxana | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 89. | Weiser, Harlan L | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 90. | Werner-Vecellio, Paula R | Cellino & Barnes, P.C. | Werner Vecellio, Paula v. Merck & Co., Inc. | 2:06-cv-03900-EEF-DEK |
| 91. | Woodock, Christine D | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 92. | Albertson, Beverly A | Cory, Watson, Crowder & DeGaris | Albertson, Beverly v. Merck & Co., Inc. | 2:06-cv-06236-EEF-DEK |
| 93. | Fulton, Rebeka K | Cory, Watson, Crowder & DeGaris | Fulton, Arthur v. Merck & Co., Inc. | 2:05-cv-00436-EEF-DEK |
| 94. | Knifley, Thelma M | Cory, Watson, Crowder & DeGaris | Knifley, Welby R. v. Merck & Co., Inc. | 2:05-cv-05635-EEF-DEK |
| 95. | Gasio, Dane B | Federman & Sherwood | Gasio, Dane v. Merck & Co., Inc. | 2:07-cv-01054-EEF-DEK |

|  | Plaintiff | Counsel | Case Caption | Case Number |
|---|---|---|---|---|
| 96. | Graham, Larry N | Federman & Sherwood | Graham, Larry v. Merck & Co., Inc. | 2:07-cv-01055-EEF-DEK |
| 97. | Laviner, Rebecca | Federman & Sherwood | Laviner, Rebecca v. Merck & Co., Inc. | 2:06-cv-06932-EEF-DEK |
| 98. | Gonzalez, Pedro | Handler, Henning & Rosenberg, LLP | Gonzales, Pedro Jr. v. Merck & Co., Inc. | 2:06-cv-09815-EEF-DEK |
| 99. | Heisey-DeWolf, Deborah A | Handler, Henning & Rosenberg, LLP | Heisey DeWolf, Deborah v. Merck & Co., Inc. | 2:06-cv-09810-EEF-DEK |
| 100. | Hench, Edwin C | Handler, Henning & Rosenberg, LLP | Hench, Edwin C. v. Merck & Co., Inc. | 2:06-cv-09811-EEF-DEK |
| 101. | King, LaDonna G | Handler, Henning & Rosenberg, LLP | King, LaDonna v. Merck & Co.,Inc | 2:06-cv-10270-EEF-DEK |
| 102. | Klunk, Nancy A | Handler, Henning & Rosenberg, LLP | Wolfe, Barbara E. v. Merck & Co., Inc. | 2:06-cv-09808-EEF-DEK |
| 103. | Osiecki, Marilyn J | Handler, Henning & Rosenberg, LLP | Osiecki, Marilyn J. v. Merck & Co., Inc. | 2:06-cv-09814-EEF-DEK |
| 104. | Painter, Gladys R | Handler, Henning & Rosenberg, LLP | Gibson, Kathy v. Merck & Co., Inc. | 2:06-cv-09812-EEF-DEK |
| 105. | Slembarski, John C | Handler, Henning & Rosenberg, LLP | Slembarski, John C. v. Merck & Co., Inc. | 2:06-cv-09809-EEF-DEK |
| 106. | Bland, Violet M | Mattingly, Nally-Martin & Fowler, PLLC | Popp, Jennifer M. v. Merck & Co., Inc. | 2:06-cv-01926-EEF-DEK |
| 107. | Wagganer, Gerald L | Schuler Halvorson & Weisser | Wagganer, Gerald v. Merck & Co., Inc. | 2:05-cv-03125-EEF-DEK |
| 108. | DeRose, Gary A | Stratton Faxon | Whittaker, Denise v. Merck & Co., Inc. | 2:05-cv-01257-EEF-DEK |
| 109. | Donaldson, William J | Stratton Faxon | Whittaker, Denise v. Merck & Co., Inc. | 2:05-cv-01257-EEF-DEK |
| 110. | Hess, Denise R | Stratton Faxon | Hess, Denise R. v. Merck & Co., Inc. | 2:05-cv-05893-EEF-DEK |
| 111. | Lynch, Judith A | Stratton Faxon | Lynch, Judith v. Merck & Co., Inc. | 2:05-cv-05072-EEF-DEK |

|  | **Plaintiff** | **Counsel** | **Case Caption** | **Case Number** |
|---|---|---|---|---|
| 112. | Perry, Samuel C | Stratton Faxon | Chambers, Marianne v. Merck & Co., Inc. | 2:05-cv-01997-EEF-DEK |
| 113. | Rodriguez, Marjorie | Stratton Faxon | Whittaker, Denise v. Merck & Co., Inc. | 2:05-cv-01257-EEF-DEK |
| 114. | Hudnut, Lynn D | *Pro Se* | Jenkins, Ruth v. Merck & Co., Inc. | 2:05-cv-04054-EEF-DEK |
| 115. | Pierre, Edele | *Pro Se* | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 116. | Tydus, Kathryn | *Pro Se* | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |