UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| This document relates to the plaintiffs | * |
| listed on attached Exhibit A | *   MAGISTRATE JUDGE |
| | *   KNOWLES |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER TO SHOW CAUSE WHY CASES
SHOULD NOT BE DISMISSED WITH PREJUDICE**

**IT IS ORDERED** that plaintiffs in the cases listed in the attached Exhibit A to show cause on the 17th day of September, 2009, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b). Plaintiffs shall file and serve upon Liaison Counsel any oppositions to the Rule on or before the 10th day of September, 2009. Defendant Merck & Co., Inc., shall file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies to the oppositions on or before the 15th day of September, 2009.

NEW ORLEANS, LOUISIANA, this  21st  day of August, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

988957v.1

## Exhibit A – PTO 43 *Second* Lone Pine Motion

| Last Name | First Name | Counsel | Additional Derivative Plaintiff(s) | Case Caption | Docket Number |
|---|---|---|---|---|---|
| Sibley | Harry | Becnel Law Firm, LLC | | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| James | Fannie | Boone Law Firm, P.A. | | James, Fannie v. Merck & Co., Inc. | 2:08-cv-00267-EEF-DEK |
| Skinner | Wallace | Boone Law Firm, P.A. | | Skinner, Wallace v. Merck & Co., Inc. | 2:08-cv-01366-EEF-DEK |
| Warf | Don | Driggs Bills & Day PC | | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| Dirickson, Sr | Ricky | Fibich, Hampton & Leebron, LLP | Candy Dirickson | Barker, Rita B. v. Merck & Co., Inc. | 2:05-cv-06535-EEF-DEK |
| Farris | Pamela | Girardi & Keese | | Farris, Pamela v. Merck & Co., Inc. | 2:07-cv-06119-EEF-DEK |
| Lear | Irene | Hackard & Holt | | Lear, Irene v. Merck & Co., Inc. | 2:07-cv-02064-EEF-DEK |
| Johnson | Sallie | Hossley Embry, LLP | | Johnson, Sallie v. Merck & Co., Inc. | 2:05-cv-01144-EEF-DEK |
| Maudlin | Mary | Lanier Law Firm, PC | | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Nelson | Rubie | Lanier Law Firm, PC | | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Davis | Barbara | Matthews & Associates | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| Hanson | Daryl | Matthews & Associates | | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| Kollock | Theresa | Matthews & Associates | | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| Felder | Robert | Norsworthy, Kenneth A., Law Office of | | Felder, Robert v. Merck & Co., Inc. | 2:06-cv-10970-EEF-DEK |
| Day, Sr. | Vernon | Simon Passanante PC | | Casimere, Clara v. Merck & Co., Inc. | 2:05-cv-01044-EEF-DEK |
| Kirksey | Lillie Irene | Simon Passanante PC | | Gulledge, Janice v. Merck & Co., Inc. | 2:05-cv-01036-EEF-DEK |
| Wilson | Tarlice | Simon Passanante PC | | Lindsay, Sharon v. Merck & Co., Inc. | 2:05-cv-01049-EEF-DEK |
| Moore | Leah | Weykamp, Paul A., Law Offices of | William J. Moore, Jr. | Moore, Leah v. Merck & Co., Inc. | 2:05-cv-05099-EEF-DEK |
| Arroyo-Montezuma | Pedro | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| Exia-Quintana | Milagros | Wood Law Firm, LLC | Wilson G. Cruz-Exia; Victor M. Cruz-Exia, Efrin V. Exia | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

- 1 -

988959v.1

- 2 -

| Last Name | First Name | Counsel | Additional Derivative Plaintiff(s) | Case Caption | Docket Number |
|---|---|---|---|---|---|
| Jordan | Jeffrey | Wood Law Firm, LLC | | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |
| Rivera-Pacheco | Rosaura | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Sanchez-Torres | Carmen | Wood Law Firm, LLC | Angel Fortanez-Sanchez | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| Williams | Carolyn | Wood Law Firm, LLC | | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |