UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX PRODUCTS LIABILITY LITIGATION | : | MDL Docket No. 1657 |
| | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| Maryilou Billard, individually and as trustee of the | : | JUDGE FALLON |
| estate of Dorothy Mack; 2:07-cv-01394-EEF-DEK | : | MAG. JUDGE KNOWLES |
| Dorothy Mack; 2:06-cv-02216-EEF-DEK | : | |
| Barbara Dick; 2:06-cv-02217-EEF-DEK | : | |
| Rita Ersing; 2:06-cv-01187-EEF-DEK | : | |
| Bernice Goodman; 2:06-cv-02216-EEF-DEK | : | |
| Andrew J. Holmes; 2:06-cv-02198-EEF-DEK | : | |
| Francisco Martinez; 2:06-cv-02211-EEF-DEK | : | |
| Henry Minney; 2:06-cv-02213-EEF-DEK | : | |
| Veda Woods individually and as trustee of the | : | |
| estate of James Moore; 2:08-cv-00327-EEF-DEK | : | |
| Wanda Prezioso; 2:06-cv-02216-EEF-DEK | : | |
| Nancy Schreck; 2:06-cv-02198-EEF-DEK | : | |
| Effie Watson; 2:06-cv-02201-EEF-DEK | : | |
| Betty Wilson; 2:06-cv-02209-EEF-DEK | : | |

**ORDER**

Considering the above-identified Plaintiffs' Motion for Relief from Judgment and to Shorten Time (Rec. Doc. 22493), and good cause appearing,

IT IS ORDERED that the Pretrial Order 17 notice period is shortened such that the Motion for Relief for Judgment may be, and shall be, heard on September 17, 2009, immediately following the monthly status conference.

New Orleans, this 24th day of August, 2009.

_____
Honorable Eldon E. Fallon
United States District Court Judge

1