UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx § | MDL Docket No. 1657 |
| § | |
| PRODUCTS LIABILITY § | SECTION L |
| LITIGATION § | |
| § | JUDGE FALLON |
| This document relates to: § | |
| § | MAGISTRATE JUDGE |
| Docket No. 05-0546 § | KNOWLES |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, the law firms of The Lanier Law Firm, P.C., Spagnoletti & Associates, and Carlene Rhodes Lewis/Shelly Sanford, Counsel of Record for move the Court for an order granting leave for Counsel to withdraw as Counsel of Record for the below-listed Plaintiffs.

1. June Ahl;
2. George Allen;
3. Judy Banks;
4. Cortrena Clark;
5. Wanda Holland;
6. Mary Mauldin;
7. Jesus Moreno;
8. Rubie Nelson;
9. Darrell Ray;
10. Geraldine Thomas;
11. Manuela Villarreal;
12. Juanita Walker;
13. Ronald Wentling; and
14. Littie Wiley.

In support of this motion, the undersigned incorporates the Motions to Withdraw filed with the Court on August 21, 2009.

For these reasons, counsel urges the Court to grant their Motions to Withdraw as Counsel of record in these matters.

Respectfully submitted this the 24th day of August, 2009.

                            THE LANIER LAW FIRM

BY: *Maura Kolb*
W. Mark Lanier
TSB# 11934600
Kenneth S. Soh
TSB# 00794670
Patrick N. Haines
TSB# 00784191
Maura Kolb
TSB# 00794113
6810 FM 1960 West
Houston, Texas 77069
(713) 659-5200
(713) 659-2204 (facsimile)

BY: /s/
Frances Spagnoletti
TSB# 18869600
SPAGNOLETTI & ASSOCIATES
1600 Smith, Suite 4545
Houston, Texas 77002
(713) 653-5600
(713) 653-5656 (facsimile)

BY: /s/
Shelly Sanford for
TSB#00784904
Carlene Rhodes Lewis, Deceased
TSB#016821600
Sanford & Barlow
1500 McGowen, suite 250
Houston, Texas 77004
(713) 524-6677
(713) 524-6611 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 24th day of August, 2009.

_____
Maura Kolb