UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| Docket No. 05-0546 | § | KNOWLES |

## ORDER

Considering the Motions to Withdraw as Counsel of Record:

**IT IS ORDERED,** that the law firms of The Lanier Law Firm, P.C., Spagnoletti & Associates, and Carlene Rhodes Lewis/Shelly Sanford are hereby withdrawn as Counsel of Record for the following Plaintiffs:

1. June Ahl;
2. George Allen;
3. Judy Banks;
4. Cortrena Clark;
5. Wanda Holland;
6. Mary Mauldin;
7. Jesus Moreno;
8. Rubie Nelson;
9. Darrell Ray;
10. Geraldine Thomas;
11. Manuela Villarreal;
12. Juanita Walker;
13. Ronald Wentling; and
14. Littie Wiley.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2009.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**