

Aug 4 2009
4:22PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| Manuela Villarreal v. Merck & Co., | § | |
| Inc., Docket No. 05-0546 | § | KNOWLES |

### ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED,** that The Lanier Law Firm, P.C., are hereby withdrawn as Counsel of Record for Manuela Villarreal.

**NEW ORLEANS, LOUISIANA,** this the 24th day of August, 2009.

ELDON E. FALLON
**UNITED STATES DISTRICT JUDGE**