Thursday, August 13, 2009



PLAINTIFF,

JAMES IRA SMITH

Vs.

DEFENDANT,

DAWN BARRIOS

HON. JUDGE ELDON E. FALLON
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION - LAW

MDL DOCKET NO. 1657
SECTION L.

## MOTION TO DISMISS THIRD PARTY ATTEMPTED LIEN

James Ira Smith, by and through individually, hereby moves the court to dismiss the Defendant Dawn Barrios Third Party Attempted Lien, and in support thereof avers as follows:

1. This action was commenced by the Defendant's Dawn Barrios filing of Notice of Attempted Third Party Lien on March 13, 2009. Which we now believe to be Malpractice on Dawn Barrios part for firing my sick wife, and I, in the most humiliating way, and then running us off with a security guard from her office on 1/6/09, because I asked for a copy of my files, to make a decision whether to appeal my case or not. Her actions was most unprofessional, and very unethical, and brought great grief, and much anxiety on my wife and I, for many many weeks afterwards.

2. Following argument, Judge Fallon issued an Order on the Motion to have Dawn Barrios removed as our counsel . In the motion it read that she had exhibited unprofessional conduct, also, for quitting her client, before the case had finished. Also, her actions by her removing us from her office, with a security guard, will always be seen, and remembered as a personal attack on us. We left there humiliated, and very scarred psychologically, by Dawn Barrios actions.

3. Finally, we also ask the court to offer Dawn Barrios a settlement for factual hours worked, times a recognized, and fare amount per hour, that the court would feel appropriate, also actual money spent on records, and real expenses. But while keeping in mind, why this motion was needed. We do not believe that she deserves any money, but we will respect the court's ruling. We are asking for help from the court in order to settle this dispute.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Honorable Court grant its Motion to Dismiss Third Party Attempted Lien.

Respectfully Submitted:

By: James Ira Smith

8/13/09

# VERIFICATION

STATE IF MISSISSIPPI )
)
COUNTY OF Pearl River )

PERSONALLY CAME AND APPEARED before me, the undersigned authority in and for the aforementioned jurisdiction, the within named, James L Smith, who, being by me first duty sworn, states upon here oath that the matters and things set forth in said DOCUMENT are true and correct as therein set forth, stated and charged.

_____

SWORN TO AND SUBSCRIBED, before me, this the 13 day of August, A.D., 2009.

Rachel Macdonald

NOTARY PUBLIC

[Notary Seal: RACHEL MACDONALD, PEARL RIVER COUNTY NOTARY PUBLIC, My Commission Expires June 5, 2010]

My Commission Expires: _____