UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Elicenia Morales v. Merck & Co., Inc.*<br>Case No. 2:05-CV-06366 | MDL No. 1657<br><br>Section L<br><br>Judge Eldon E. Fallon<br><br>Magistrate Judge Daniel E. Knowles, III |

## COUNSEL'S MOTION TO WITHDRAW

Counsel for Plaintiff, Walter Umphrey and PROVOST UMPHREY LAW FIRM, LLP; John Eddie Williams and WILLIAMS KHERKHER HART BOUNDAS, LLP; Drew Ranier and RANIER, GAYLE & ELLIOT, LLC; Mikal Watts and THE WATTS LAW FIRM, LLP; and Grant Kaiser and THE KAISER FIRM, LLP ("Counsel"), request that this Court allow them to withdraw as attorneys for Plaintiff.

1. Plaintiff and Counsel disagree over further handling of her claim. Counsel therefore seek to withdraw pursuant to the terms of the Attorney Client Contract and American Bar Association Mod. R. Prof. Cond. 1.16(b). Counsel has advised Plaintiff of their intent to withdraw, the requirements of PTO 43.

2. Plaintiff does not object to Counsel's withdrawal; she stated in June 2009 that she was seeking new counsel in Miami.

3. Good cause exists for this Court to grant the Motion to Withdraw, as stated above.

4. Further, allowing counsel to withdraw as attorneys will not delay these proceedings.

5. Counsel request the Court allow Plaintiff a reasonable amount of time to secure replacement counsel or file a notice of intent to proceed pro se with the Court before the defendant is allowed to seek dismissal of this case.

6. Counsel has delivered a copy of this motion to Plaintiff and a copy of PTO 43 by certified mail to Plaintiff's last known mailing address:

> Calle 47, Segunda C09
> Barrio Salomia
> Clecale Valle, Columbia

7. For the reasons stated herein, Walter Umphrey and PROVOST UMPHREY LAW FIRM, LLP; John Eddie Williams and WILLIAMS KHERKHER HART BOUNDAS, LLP; Drew Ranier and RANIER, GAYLE & ELLIOT, LLC; Mikal Watts and THE WATTS LAW FIRM, LLP; and Grant Kaiser and THE KAISER FIRM, LLP ask this Court to grant this Motion to Withdraw as Counsel for Plaintiff.

Dated: August 25, 2009

Respectfully submitted,

/s/
Grant Kaiser
The Kaiser Law Firm L.L.P.
Texas Bar No. 11078900
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
gkaiser@thekaiserfirm.com
Phone: (713) 223-0000
Fax: (713) 223-0440

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U. S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on August 25, 2009.

/s/
Grant Kaiser

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Elicenia Morales v. Merck & Co., Inc.*<br>Case No. 2:05-CV-06366 | MDL No. 1657<br><br>Section L<br><br>Judge Eldon E. Fallon<br><br>Magistrate Judge Daniel E. Knowles, III |

## ORDER

Upon due consideration of the Plaintiff's Counsel's Motion to Withdraw as Counsel of Record, and for good cause shown, the Court finds the Motion well-taken, and that same should be granted.

IT IS ORDERED that the law firms of PROVOST UMPHREY LAW FIRM, LLP; WILLIAMS KHERKHER HART BOUNDAS, LLP; RANIER, GAYLE & ELLIOT, LLC; THE WATTS LAW FIRM, LLP and THE KAISER FIRM, LLP and all counsel of record are withdrawn as attorneys for Plaintiff and have no further responsibility for the handling of this case.

IT IS SO ORDERED this the _____ day of August, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE