UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Elicenia Morales v. Merck & Co., Inc.*<br>Case No. 2:05-CV-06366 | MDL No. 1657<br><br>Section L<br><br>Judge Eldon E. Fallon<br><br>Magistrate Judge Daniel E. Knowles, III |

## ORDER

Upon due consideration of the Plaintiff's Counsel's Motion to Withdraw as Counsel of Record, and for good cause shown, the Court finds the Motion well-taken, and that same should be granted.

IT IS ORDERED that the law firms of PROVOST UMPHREY LAW FIRM, LLP; WILLIAMS KHERKHER HART BOUNDAS, LLP; RANIER, GAYLE & ELLIOT, LLC; THE WATTS LAW FIRM, LLP and THE KAISER FIRM, LLP and all counsel of record are withdrawn as attorneys for Plaintiff and have no further responsibility for the handling of this case.

IT IS SO ORDERED this the _____ day of August, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE