UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® ) <br>     PRODUCTS LIABILITY ) <br>     LITIGATION ) <br> ) <br> _____ ) <br> ) <br> ) <br> THIS RELATES TO: ) <br>     Bob Stephens, ) <br>     Individually, and as the Administrator ) <br>     for the Estate of Johnie Stephens, ) <br>     deceased ) <br> ) <br> v. ) <br> ) <br> Merck & Co., Inc. ) <br> ) <br> Civil Action No: E.D. La 06-CV-1678 ) <br>                ARE 4-06-CV-0259 WRW ) <br> ) <br> _____ ) | MDL NO. 1657 <br><br> Section: L <br><br> Judge Fallon <br><br> Magistrate Judge Knowles |

**RESPONSE TO MOTION FOR ORDER SETTING PROCEDURE
FOR ATTEMPTED LIENS AGAINST ATTORNEYS' FEES**

      Comes now, Bob Stephens, and for his Response to Motion for Order Setting Procedure for Attempted Liens Against Attorneys' Fees states:

      1.      On March 27, 2009, Gary Eubanks & Associates, P.A. (hereinafter "Eubanks") filed a Motion to Enforce Attorneys' Lien, pursuant to Ark. Code Ann. § 16-22-304 (Supp. 2007), upon the settlement recovery amount due to Plaintiff, Bob Stephens, individually and as administrator for the Estate of Johnie Stephens, deceased. (Docs. 18105 & 18106).

      2.      On August 4, 2009, BrownGreer PLC, the Claims Administrator in the Vioxx Resolution Program, filed a Motion for Order Setting Procedure for Attempted Liens Against Attorneys' Fees. (Docs. 21567, 21567-1, & 21567-3).

3.      Bob Stephens does not oppose an Order by this Court setting a procedure to facilitate resolution of disputed claims for fees wherein the amount in dispute (32%) is withheld by the Escrow Agent until the fee dispute is resolved and the undisputed remainder of the settlement proceeds (68%) are disbursed to the Claimant and his current primary counsel free of the purported lien. Thus, Stephens approves of the proposed Order submitted by BrownGreer.

4.      As for Eubanks' request for notice regarding disbursement of the amounts not in dispute, Stephens fails to see any need for such a requirement and the concurrent burden it would place on the administrator.  The only rationale expressed by Eubanks for such requirement is that "it would allow the Claimant and the Purported Lien Holder to begin further proceedings on the resolution of the lien." However, the motion regarding the disputed lien is fully briefed and awaiting a ruling. Thus, there is no need for "further proceedings on resolution of the lien." The Court will obviously provide notice of its ruling to all affected thereby. That said, primary counsel for Bob Stephens will gladly let Eubanks know the outcome of the pending appeal to the Special Master and would have agreed to do so had Eubanks asked.

Respectfully submitted,

/s/ *E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.
Texas Bar No. 00785097
POTTER MINTON, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
(903) 597-8311 (telephone)
(903) 593-0846 (facsimile)
glennthames@potterminton.com

**Attorneys for Bob Stephens, Individually and as Administrator for the Estate of Johnie Stephens, Deceased**

{A35\8244\0001\W0401416.1 }

CERTIFICATE OF SERVICE

  I, Glenn Thames, hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 25th day of August, 2009.

  I further certify that the above and foregoing was served via electronic mail upon the following:

Orran L. Brown
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia 23219
obrown@browngreer.com

Gary Eubanks
Gary Eubanks & Associates, P.A.
P.O. Box 3887
Little Rock, AR 72203
eubanksg@garyeubanks.com

Kirk E. Wood
The Wood Law Firm, LLC
P.O. Box 382434
Birmingham, AL 32538
ekirkwood1@cs.com

Counsel Financial Services, LLC
c/o R. Scott Williams
Haskell Slaughter Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
rsw@hsy.com

David McQuade Leibowitz
Law Offices of David McQuade Leibowitz
First National Bank Building
6243 IH 10 West, Suite 1000
San Antonio, TX 78201
intake@leibowitzconsumerlaw.com

Counsel Financial Services, LLC
Philip B. Abramowitz, General Counsel
6400 Main Street, Suite 120
Williamsville, NY 14221
pabramowitz@counselfin.com

Kenneth W. Smith
Law Offices of Kenneth W. Smith
225 Reinekers Lane, Suite 690
Alexandria, VA 22314
lawsmith@cavtel.net

Justin G. Witkin
Aylstock, Witkin, Kreis & Overholtz, PLLC
55 Baybridge Drive
Gulf Breeze, FL 32561
baylstock@awkolaw.com

Shelly A. Sanford
Shelly A. Sanford, PLLC
2016 Bissonnet Street 601
Houston, TX 77005
ssanford@sanfordbarlow.com

Eberhard D. Garrison
Jones, Swanson, Huddell & Garrison, L.L.C.
Poydras Street, Suite 2655
New Orleans, LA 70130
egarrison@jonesswanson.com

Michael O'Day
Law Offices of Michael O'Day
437 Grant Street Suite 825
Pittsburgh, PA 15219
MPOlaw@hotmail.com

Gary P. Levin
Law Offices of Gary P. Levin
1442 New Road, Suite 3
Northfield, NJ 08225
rxlawyer@prodigy.net

Dawn M. Barrios
Barrios Kingsdorf & Casteix, L.L.P.
One Shell Square
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Dbarrios@bkc-law.com

Jonathan B. Andry
The Andry Law Firm L.L.C.
610 Baronne Street
New Orleans, LA 70113
johnandry@yahoo.com

Lee B. Balefsky
Kline & Specter, P.C.
1525 Locust Street, Nineteenth Floor
Philadelphia, PA 19102
Lee.Balefsky@KlineSpecter.com

Steven B. Stein
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
sbs@lskg-law.com

Brian J. Glick
Glick Law Firm, P.A.
2255 Glades Rd., #324-A
Boca Raton, FL 33431
lawboca@aol.com

I also certify that on the same date a true and correct copy of the foregoing has been served by first-class mail, postage prepaid, on the following Pro Se Claimants:

Mr. James I. Smith
110 Luther Davis Rd.
Picayune, MS 39466

Mr. Bryan Lee Roberts
500 43rd Street
Marathon, FL 33050

/s/ *E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.
Texas Bar No. 00785097
POTTER MINTON, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
(903) 597-8311 (telephone)
(903) 593-0846 (facsimile)
glennthames@potterminton.com