# Exhibit A

*Confidential Information*

| V2049 | FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY<br>(Date of Notice: 11/6/08) |
|---|---|

## I. CLAIMANT INFORMATION

| Claimant Name | Dick, Barbara | VCN | 1075476 |
|---|---|---|---|
| Law Firm | Cellino & Barnes, P.C. | | |

## II. CLAIMS PACKAGE DEFICIENCIES

The Claims Administrator has determined that this claim does not meet the requirements of Section 1.3 of the Settlement Agreement for the following reason(s):

| | | |
|---|---|---|
| 1. | No Claims Materials submitted. | X |
| 2. | Claims Materials submitted without a Claims Form. | ☐ |
| 3. | Only Claims Form submitted. | ☐ |
| 4. | Claims Materials not constituting required PME Records submitted with a Claims Form. | ☐ |
| 5. | Claims Materials not constituting required PME Records submitted without a Claims Form. | ☐ |

## III. DEADLINE FOR SUBMITTNG PME RECORDS

You have until November 30, 2008 to submit the required Claims Form and/or PME Records. If you are unable to submit the required documents by November 30, 2008, you may request an extension of the deadline, but you must submit this request to the Claims Administrator as described in Section IV below on or before November 30, 2008. If you neither submit the required materials nor request an extension on or before November 30, 2008, you will receive a Notice of Non-Submitting Program Claimant and will then have 15 Business Days to appeal such determination to the Special Master.

## IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options, and you must choose one of these options on or before November 30, 2008, or you will be deemed a Non-Submitting Program Claimant:

1. If you have finished gathering the required information about your claim, select Option 1 and use the Upload feature to submit the required records to the Claims Administrator.

2. If you need more time to submit the required information, select Option 2 and use the Upload feature to submit a completed V2033 (Request for Relief from Deadline). Pursuant to Exhibit 1.5, *no deadline will be extended beyond December 30, 2008.* A fillable version of the V2033 can be found on the Vioxx Settlement Website at http://www.browngreer.com/vioxxsettlement/forms.htm. As mandated by Exhibit 1.5, your Request for Relief from Deadline must demonstrate (i) that you have made a diligent attempt to fully comply with the requirements of Section 1.3 or 1.5 by the original deadline, and (ii) it appears likely that you would be able fully to do so if given the extension. If you fail to apply for such an extension on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant. Any such requests made *after* November 30, 2008 will be denied. If your Request for Relief is granted, you will have until **December 30, 2008** to submit the required materials.

*Confidential Information*

| V2049 | **FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY**<br>(Date of Notice: 11/6/08) |
|---|---|

**IMPORTANT:** *If you fail to choose one of the two options described above on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant, you will cease to have any rights under the Settlement Program, your lawsuit will be dismissed, and your Release and Dismissal Stipulation will be delivered to Merck.*

## V.  FUTURE DEFICIENCY REVIEW

Because of the nature of the deficiency specified in this Notice, the Claims Administrator is not able to commence its review of this Claim.   If you submit these materials and the Claim is ultimately found eligible and proceeds to a Points Assessment, the Claims Administrator may issue further deficiency notices at that time if it finds that the records submitted do not satisfy Section 1.3 of the Settlement Agreement.

*Confidential Information*

| V2049 | FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY<br>(Date of Notice: 11/6/08) |
|---|---|

## I. CLAIMANT INFORMATION

| Claimant Name | Ersing, Rita | VCN | 1075568 |
|---|---|---|---|
| Law Firm | Cellino & Barnes, P.C. | | |

## II. CLAIMS PACKAGE DEFICIENCIES

The Claims Administrator has determined that this claim does not meet the requirements of Section 1.3 of the Settlement Agreement for the following reason(s):

| 1. | No Claims Materials submitted. | X |
|---|---|---|
| 2. | Claims Materials submitted without a Claims Form. | ☐ |
| 3. | Only Claims Form submitted. | ☐ |
| 4. | Claims Materials not constituting required PME Records submitted with a Claims Form. | ☐ |
| 5. | Claims Materials not constituting required PME Records submitted without a Claims Form. | ☐ |

## III. DEADLINE FOR SUBMITTNG PME RECORDS

You have until November 30, 2008 to submit the required Claims Form and/or PME Records. If you are unable to submit the required documents by November 30, 2008, you may request an extension of the deadline, but you must submit this request to the Claims Administrator as described in Section IV below on or before November 30, 2008. If you neither submit the required materials nor request an extension on or before November 30, 2008, you will receive a Notice of Non-Submitting Program Claimant and will then have 15 Business Days to appeal such determination to the Special Master.

## IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options, and you must choose one of these options on or before November 30, 2008, or you will be deemed a Non-Submitting Program Claimant:

1. If you have finished gathering the required information about your claim, select Option 1 and use the Upload feature to submit the required records to the Claims Administrator.

2. If you need more time to submit the required information, select Option 2 and use the Upload feature to submit a completed V2033 (Request for Relief from Deadline). Pursuant to Exhibit 1.5, *no deadline will be extended beyond December 30, 2008.* A fillable version of the V2033 can be found on the Vioxx Settlement Website at http://www.browngreer.com/vioxxsettlement/forms.htm. As mandated by Exhibit 1.5, your Request for Relief from Deadline must demonstrate (i) that you have made a diligent attempt to fully comply with the requirements of Section 1.3 or 1.5 by the original deadline, and (ii) it appears likely that you would be able fully to do so if given the extension. If you fail to apply for such an extension on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant. Any such requests made *after* November 30, 2008 will be denied. If your Request for Relief is granted, you will have until **December 30, 2008** to submit the required materials.

*Confidential Information*

| V2049 | **FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY**<br>(Date of Notice: 11/6/08) |
|---|---|

**IMPORTANT:** *If you fail to choose one of the two options described above on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant, you will cease to have any rights under the Settlement Program, your lawsuit will be dismissed, and your Release and Dismissal Stipulation will be delivered to Merck.*

### V.  FUTURE DEFICIENCY REVIEW

Because of the nature of the deficiency specified in this Notice, the Claims Administrator is not able to commence its review of this Claim.   If you submit these materials and the Claim is ultimately found eligible and proceeds to a Points Assessment, the Claims Administrator may issue further deficiency notices at that time if it finds that the records submitted do not satisfy Section 1.3 of the Settlement Agreement.

| V2049 | **FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY**<br>(Date of Notice: 11/6/08) |
|---|---|

## I.  CLAIMANT INFORMATION

| Claimant Name | Goodman, Bernice | VCN | 1075702 |
|---|---|---|---|
| Law Firm | Cellino & Barnes, P.C. | | |

## II.  CLAIMS PACKAGE DEFICIENCIES

The Claims Administrator has determined that this claim does not meet the requirements of Section 1.3 of the Settlement Agreement for the following reason(s):

| | | |
|---|---|---|
| 1. | No Claims Materials submitted. | X |
| 2. | Claims Materials submitted without a Claims Form. | ☐ |
| 3. | Only Claims Form submitted. | ☐ |
| 4. | Claims Materials not constituting required PME Records submitted with a Claims Form. | ☐ |
| 5. | Claims Materials not constituting required PME Records submitted without a Claims Form. | ☐ |

## III.  DEADLINE FOR SUBMITTING PME RECORDS

You have until November 30, 2008 to submit the required Claims Form and/or PME Records.  If you are unable to submit the required documents by November 30, 2008, you may request an extension of the deadline, but you must submit this request to the Claims Administrator as described in Section IV below on or before November 30, 2008.  If you neither submit the required materials nor request an extension on or before November 30, 2008, you will receive a Notice of Non-Submitting Program Claimant and will then have 15 Business Days to appeal such determination to the Special Master.

## IV.  PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options, and you must choose one of these options on or before November 30, 2008, or you will be deemed a Non-Submitting Program Claimant:

1. If you have finished gathering the required information about your claim, select Option 1 and use the Upload feature to submit the required records to the Claims Administrator.

2. If you need more time to submit the required information, select Option 2 and use the Upload feature to submit a completed V2033 (Request for Relief from Deadline).  Pursuant to Exhibit 1.5, *no deadline will be extended beyond December 30, 2008.* A fillable version of the V2033 can be found on the Vioxx Settlement Website at http://www.browngreer.com/vioxxsettlement/forms.htm.  As mandated by Exhibit 1.5, your Request for Relief from Deadline must demonstrate (i) that you have made a diligent attempt to fully comply with the requirements of Section 1.3 or 1.5 by the original deadline, and (ii) it appears likely that you would be able fully to do so if given the extension.  If you fail to apply for such an extension on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant.  Any such requests made *after* November 30, 2008 will be denied.  If your Request for Relief is granted, you will have until **December 30, 2008** to submit the required materials.

*Confidential Information*

| V2049 | **FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY**<br>(Date of Notice: 11/6/08) |
|---|---|

**IMPORTANT:** *If you fail to choose one of the two options described above on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant, you will cease to have any rights under the Settlement Program, your lawsuit will be dismissed, and your Release and Dismissal Stipulation will be delivered to Merck.*

### V.  FUTURE DEFICIENCY REVIEW

Because of the nature of the deficiency specified in this Notice, the Claims Administrator is not able to commence its review of this Claim.   If you submit these materials and the Claim is ultimately found eligible and proceeds to a Points Assessment, the Claims Administrator may issue further deficiency notices at that time if it finds that the records submitted do not satisfy Section 1.3 of the Settlement Agreement.

*Confidential Information*

| V2049 | **FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY**<br>**(Date of Notice: 11/6/08)** |
| --- | --- |

| **I. CLAIMANT INFORMATION** | | | |
| --- | --- | --- | --- |
| **Claimant Name** | Holmes, Andrew J. | **VCN** | 1075847 |
| **Law Firm** | Cellino & Barnes, P.C. | | |

## II. CLAIMS PACKAGE DEFICIENCIES

The Claims Administrator has determined that this claim does not meet the requirements of Section 1.3 of the Settlement Agreement for the following reason(s):

| | | |
| --- | --- | --- |
| 1. | No Claims Materials submitted. | X |
| 2. | Claims Materials submitted without a Claims Form. | |
| 3. | Only Claims Form submitted. | |
| 4. | Claims Materials not constituting required PME Records submitted with a Claims Form. | |
| 5. | Claims Materials not constituting required PME Records submitted without a Claims Form. | |

## III. DEADLINE FOR SUBMITTNG PME RECORDS

You have until November 30, 2008 to submit the required Claims Form and/or PME Records. If you are unable to submit the required documents by November 30, 2008, you may request an extension of the deadline, but you must submit this request to the Claims Administrator as described in Section IV below on or before November 30, 2008. If you neither submit the required materials nor request an extension on or before November 30, 2008, you will receive a Notice of Non-Submitting Program Claimant and will then have 15 Business Days to appeal such determination to the Special Master.

## IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options, and you must choose one of these options on or before November 30, 2008, or you will be deemed a Non-Submitting Program Claimant:

1. If you have finished gathering the required information about your claim, select Option 1 and use the Upload feature to submit the required records to the Claims Administrator.

2. If you need more time to submit the required information, select Option 2 and use the Upload feature to submit a completed V2033 (Request for Relief from Deadline). Pursuant to Exhibit 1.5, *no deadline will be extended beyond December 30, 2008.* A fillable version of the V2033 can be found on the Vioxx Settlement Website at http://www.browngreer.com/vioxxsettlement/forms.htm. As mandated by Exhibit 1.5, your Request for Relief from Deadline must demonstrate (i) that you have made a diligent attempt to fully comply with the requirements of Section 1.3 or 1.5 by the original deadline, and (ii) it appears likely that you would be able fully to do so if given the extension. If you fail to apply for such an extension on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant. Any such requests made *after* November 30, 2008 will be denied. If your Request for Relief is granted, you will have until **December 30, 2008** to submit the required materials.

*Confidential Information*

| V2049 | FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY |
|---|---|
| | (Date of Notice: 11/6/08) |

**IMPORTANT:** *If you fail to choose one of the two options described above on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant, you will cease to have any rights under the Settlement Program, your lawsuit will be dismissed, and your Release and Dismissal Stipulation will be delivered to Merck.*

## V. FUTURE DEFICIENCY REVIEW

Because of the nature of the deficiency specified in this Notice, the Claims Administrator is not able to commence its review of this Claim. If you submit these materials and the Claim is ultimately found eligible and proceeds to a Points Assessment, the Claims Administrator may issue further deficiency notices at that time if it finds that the records submitted do not satisfy Section 1.3 of the Settlement Agreement.

*Confidential Information*

| V2049 | **FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY**<br>**(Date of Notice: 11/6/08)** |
|---|---|

## I.  CLAIMANT INFORMATION

| Claimant Name | Mack, Dorothy | | VCN | 1076207 |
|---|---|---|---|---|
| Law Firm | Cellino & Barnes, P.C. | | | |

## II.  CLAIMS PACKAGE DEFICIENCIES

The Claims Administrator has determined that this claim does not meet the requirements of Section 1.3 of the Settlement Agreement for the following reason(s):

| | | |
|---|---|---|
| **1.** | No Claims Materials submitted. | X |
| **2.** | Claims Materials submitted without a Claims Form. | ☐ |
| **3.** | Only Claims Form submitted. | ☐ |
| **4.** | Claims Materials not constituting required PME Records submitted with a Claims Form. | ☐ |
| **5.** | Claims Materials not constituting required PME Records submitted without a Claims Form. | ☐ |

## III.  DEADLINE FOR SUBMITTNG PME RECORDS

You have until November 30, 2008 to submit the required Claims Form and/or PME Records.  If you are unable to submit the required documents by November 30, 2008, you may request an extension of the deadline, but you must submit this request to the Claims Administrator as described in Section IV below on or before November 30, 2008.  If you neither submit the required materials nor request an extension on or before November 30, 2008, you will receive a Notice of Non-Submitting Program Claimant and will then have 15 Business Days to appeal such determination to the Special Master.

## IV.  PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options, and you must choose one of these options on or before November 30, 2008, or you will be deemed a Non-Submitting Program Claimant:

1.  If you have finished gathering the required information about your claim, select Option 1 and use the Upload feature to submit the required records to the Claims Administrator.

2.  If you need more time to submit the required information, select Option 2 and use the Upload feature to submit a completed V2033 (Request for Relief from Deadline).  Pursuant to Exhibit 1.5, *no deadline will be extended beyond December 30, 2008.* A fillable version of the V2033 can be found on the Vioxx Settlement Website at http://www.browngreer.com/vioxxsettlement/forms.htm.  As mandated by Exhibit 1.5, your Request for Relief from Deadline must demonstrate (i) that you have made a diligent attempt to fully comply with the requirements of Section 1.3 or 1.5 by the original deadline, and (ii) it appears likely that you would be able fully to do so if given the extension.  If you fail to apply for such an extension on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant.  Any such requests made *after* November 30, 2008 will be denied.  If your Request for Relief is granted, you will have until **December 30, 2008** to submit the required materials.

*Confidential Information*

| V2049 | **FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY**<br>(Date of Notice: 11/6/08) |
|---|---|

**IMPORTANT:** *If you fail to choose one of the two options described above on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant, you will cease to have any rights under the Settlement Program, your lawsuit will be dismissed, and your Release and Dismissal Stipulation will be delivered to Merck.*

## V. FUTURE DEFICIENCY REVIEW

Because of the nature of the deficiency specified in this Notice, the Claims Administrator is not able to commence its review of this Claim.   If you submit these materials and the Claim is ultimately found eligible and proceeds to a Points Assessment, the Claims Administrator may issue further deficiency notices at that time if it finds that the records submitted do not satisfy Section 1.3 of the Settlement Agreement.

| V2049 | FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY |
|---|---|
|  | **(Date of Notice: 11/6/08)** |

## I. CLAIMANT INFORMATION

| Claimant Name | Martinez, Francisco | VCN | 1076245 |
|---|---|---|---|
| Law Firm | Cellino & Barnes, P.C. | | |

## II. CLAIMS PACKAGE DEFICIENCIES

The Claims Administrator has determined that this claim does not meet the requirements of Section 1.3 of the Settlement Agreement for the following reason(s):

| 1. | No Claims Materials submitted. | X |
|---|---|---|
| 2. | Claims Materials submitted without a Claims Form. | ☐ |
| 3. | Only Claims Form submitted. | ☐ |
| 4. | Claims Materials not constituting required PME Records submitted with a Claims Form. | ☐ |
| 5. | Claims Materials not constituting required PME Records submitted without a Claims Form. | ☐ |

## III. DEADLINE FOR SUBMITTNG PME RECORDS

You have until November 30, 2008 to submit the required Claims Form and/or PME Records. If you are unable to submit the required documents by November 30, 2008, you may request an extension of the deadline, but you must submit this request to the Claims Administrator as described in Section IV below on or before November 30, 2008. If you neither submit the required materials nor request an extension on or before November 30, 2008, you will receive a Notice of Non-Submitting Program Claimant and will then have 15 Business Days to appeal such determination to the Special Master.

## IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options, and you must choose one of these options on or before November 30, 2008, or you will be deemed a Non-Submitting Program Claimant:

1. If you have finished gathering the required information about your claim, select Option 1 and use the Upload feature to submit the required records to the Claims Administrator.

2. If you need more time to submit the required information, select Option 2 and use the Upload feature to submit a completed V2033 (Request for Relief from Deadline). Pursuant to Exhibit 1.5, *no deadline will be extended beyond December 30, 2008.* A fillable version of the V2033 can be found on the Vioxx Settlement Website at http://www.browngreer.com/vioxxsettlement/forms.htm. As mandated by Exhibit 1.5, your Request for Relief from Deadline must demonstrate (i) that you have made a diligent attempt to fully comply with the requirements of Section 1.3 or 1.5 by the original deadline, and (ii) it appears likely that you would be able fully to do so if given the extension. If you fail to apply for such an extension on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant. Any such requests made *after* November 30, 2008 will be denied. If your Request for Relief is granted, you will have until **December 30, 2008** to submit the required materials.

*Confidential Information*

| V2049 | **FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY**<br>(Date of Notice: 11/6/08) |
|---|---|

**IMPORTANT:** *If you fail to choose one of the two options described above on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant, you will cease to have any rights under the Settlement Program, your lawsuit will be dismissed, and your Release and Dismissal Stipulation will be delivered to Merck.*

### V.  FUTURE DEFICIENCY REVIEW

Because of the nature of the deficiency specified in this Notice, the Claims Administrator is not able to commence its review of this Claim.   If you submit these materials and the Claim is ultimately found eligible and proceeds to a Points Assessment, the Claims Administrator may issue further deficiency notices at that time if it finds that the records submitted do not satisfy Section 1.3 of the Settlement Agreement.

*Confidential Information*

| V2049 | **FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY**<br>(Date of Notice: 11/6/08) |
|---|---|

| **I. CLAIMANT INFORMATION** | | | |
|---|---|---|---|
| **Claimant Name** | Minney, Henry | **VCN** | 1076357 |
| **Law Firm** | Cellino & Barnes, P.C. | | |

## II. CLAIMS PACKAGE DEFICIENCIES

The Claims Administrator has determined that this claim does not meet the requirements of Section 1.3 of the Settlement Agreement for the following reason(s):

| | | |
|---|---|---|
| 1. | No Claims Materials submitted. | X |
| 2. | Claims Materials submitted without a Claims Form. | ☐ |
| 3. | Only Claims Form submitted. | ☐ |
| 4. | Claims Materials not constituting required PME Records submitted with a Claims Form. | ☐ |
| 5. | Claims Materials not constituting required PME Records submitted without a Claims Form. | ☐ |

## III. DEADLINE FOR SUBMITTING PME RECORDS

You have until November 30, 2008 to submit the required Claims Form and/or PME Records. If you are unable to submit the required documents by November 30, 2008, you may request an extension of the deadline, but you must submit this request to the Claims Administrator as described in Section IV below on or before November 30, 2008. If you neither submit the required materials nor request an extension on or before November 30, 2008, you will receive a Notice of Non-Submitting Program Claimant and will then have 15 Business Days to appeal such determination to the Special Master.

## IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options, and you must choose one of these options on or before November 30, 2008, or you will be deemed a Non-Submitting Program Claimant:

1. If you have finished gathering the required information about your claim, select Option 1 and use the Upload feature to submit the required records to the Claims Administrator.

2. If you need more time to submit the required information, select Option 2 and use the Upload feature to submit a completed V2033 (Request for Relief from Deadline). Pursuant to Exhibit 1.5, *no deadline will be extended beyond December 30, 2008.* A fillable version of the V2033 can be found on the Vioxx Settlement Website at http://www.browngreer.com/vioxxsettlement/forms.htm. As mandated by Exhibit 1.5, your Request for Relief from Deadline must demonstrate (i) that you have made a diligent attempt to fully comply with the requirements of Section 1.3 or 1.5 by the original deadline, and (ii) it appears likely that you would be able fully to do so if given the extension. If you fail to apply for such an extension on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant. Any such requests made *after* November 30, 2008 will be denied. If your Request for Relief is granted, you will have until **December 30, 2008** to submit the required materials.

*Confidential Information*

| V2049 | **FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY**<br>**(Date of Notice: 11/6/08)** |
| --- | --- |

**IMPORTANT:**  *If you fail to choose one of the two options described above on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant, you will cease to have any rights under the Settlement Program, your lawsuit will be dismissed, and your Release and Dismissal Stipulation will be delivered to Merck.*

## V.  FUTURE DEFICIENCY REVIEW

Because of the nature of the deficiency specified in this Notice, the Claims Administrator is not able to commence its review of this Claim.   If you submit these materials and the Claim is ultimately found eligible and proceeds to a Points Assessment, the Claims Administrator may issue further deficiency notices at that time if it finds that the records submitted do not satisfy Section 1.3 of the Settlement Agreement.

| V2049 | FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY<br>(Date of Notice: 11/6/08) |
|---|---|

### I. CLAIMANT INFORMATION

| Claimant Name | Moore, James | VCN | 1076399 |
|---|---|---|---|
| Law Firm | Cellino & Barnes, P.C. | | |

### II. CLAIMS PACKAGE DEFICIENCIES

The Claims Administrator has determined that this claim does not meet the requirements of Section 1.3 of the Settlement Agreement for the following reason(s):

| 1. | No Claims Materials submitted. | X |
|---|---|---|
| 2. | Claims Materials submitted without a Claims Form. | ☐ |
| 3. | Only Claims Form submitted. | ☐ |
| 4. | Claims Materials not constituting required PME Records submitted with a Claims Form. | ☐ |
| 5. | Claims Materials not constituting required PME Records submitted without a Claims Form. | ☐ |

### III. DEADLINE FOR SUBMITTING PME RECORDS

You have until November 30, 2008 to submit the required Claims Form and/or PME Records.  If you are unable to submit the required documents by November 30, 2008, you may request an extension of the deadline, but you must submit this request to the Claims Administrator as described in Section IV below on or before November 30, 2008.  If you neither submit the required materials nor request an extension on or before November 30, 2008, you will receive a Notice of Non-Submitting Program Claimant and will then have 15 Business Days to appeal such determination to the Special Master.

### IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options, and you must choose one of these options on or before November 30, 2008, or you will be deemed a Non-Submitting Program Claimant:

1. If you have finished gathering the required information about your claim, select Option 1 and use the Upload feature to submit the required records to the Claims Administrator.

2. If you need more time to submit the required information, select Option 2 and use the Upload feature to submit a completed V2033 (Request for Relief from Deadline).  Pursuant to Exhibit 1.5, *no deadline will be extended beyond December 30, 2008.* A fillable version of the V2033 can be found on the Vioxx Settlement Website at http://www.browngreer.com/vioxxsettlement/forms.htm.  As mandated by Exhibit 1.5, your Request for Relief from Deadline must demonstrate (i) that you have made a diligent attempt to fully comply with the requirements of Section 1.3 or 1.5 by the original deadline, and (ii) it appears likely that you would be able fully to do so if given the extension.  If you fail to apply for such an extension on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant.  Any such requests made *after* November 30, 2008 will be denied.  If your Request for Relief is granted, you will have until **December 30, 2008** to submit the required materials.

*Confidential Information*

| V2049 | FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY<br>(Date of Notice: 11/6/08) |
|---|---|

**IMPORTANT:** *If you fail to choose one of the two options described above on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant, you will cease to have any rights under the Settlement Program, your lawsuit will be dismissed, and your Release and Dismissal Stipulation will be delivered to Merck.*

## V. FUTURE DEFICIENCY REVIEW

Because of the nature of the deficiency specified in this Notice, the Claims Administrator is not able to commence its review of this Claim.   If you submit these materials and the Claim is ultimately found eligible and proceeds to a Points Assessment, the Claims Administrator may issue further deficiency notices at that time if it finds that the records submitted do not satisfy Section 1.3 of the Settlement Agreement.

*Confidential Information*

| V2049 | FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY<br>(Date of Notice: 11/6/08) |
|---|---|

## I. CLAIMANT INFORMATION

| Claimant Name | Prezioso, Wanda | VCN | 1076602 |
|---|---|---|---|
| Law Firm | Cellino & Barnes, P.C. | | |

## II. CLAIMS PACKAGE DEFICIENCIES

The Claims Administrator has determined that this claim does not meet the requirements of Section 1.3 of the Settlement Agreement for the following reason(s):

| | | |
|---|---|---|
| 1. | No Claims Materials submitted. | X |
| 2. | Claims Materials submitted without a Claims Form. | |
| 3. | Only Claims Form submitted. | |
| 4. | Claims Materials not constituting required PME Records submitted with a Claims Form. | |
| 5. | Claims Materials not constituting required PME Records submitted without a Claims Form. | |

## III. DEADLINE FOR SUBMITTING PME RECORDS

You have until November 30, 2008 to submit the required Claims Form and/or PME Records. If you are unable to submit the required documents by November 30, 2008, you may request an extension of the deadline, but you must submit this request to the Claims Administrator as described in Section IV below on or before November 30, 2008. If you neither submit the required materials nor request an extension on or before November 30, 2008, you will receive a Notice of Non-Submitting Program Claimant and will then have 15 Business Days to appeal such determination to the Special Master.

## IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options, and you must choose one of these options on or before November 30, 2008, or you will be deemed a Non-Submitting Program Claimant:

1. If you have finished gathering the required information about your claim, select Option 1 and use the Upload feature to submit the required records to the Claims Administrator.

2. If you need more time to submit the required information, select Option 2 and use the Upload feature to submit a completed V2033 (Request for Relief from Deadline). Pursuant to Exhibit 1.5, *no deadline will be extended beyond December 30, 2008.* A fillable version of the V2033 can be found on the Vioxx Settlement Website at http://www.browngreer.com/vioxxsettlement/forms.htm. As mandated by Exhibit 1.5, your Request for Relief from Deadline must demonstrate (i) that you have made a diligent attempt to fully comply with the requirements of Section 1.3 or 1.5 by the original deadline, and (ii) it appears likely that you would be able fully to do so if given the extension. If you fail to apply for such an extension on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant. Any such requests made *after* November 30, 2008 will be denied. If your Request for Relief is granted, you will have until **December 30, 2008** to submit the required materials.

| V2049 | **FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY**<br>(Date of Notice: 11/6/08) |
|---|---|

**IMPORTANT:** *If you fail to choose one of the two options described above on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant, you will cease to have any rights under the Settlement Program, your lawsuit will be dismissed, and your Release and Dismissal Stipulation will be delivered to Merck.*

### V.  FUTURE DEFICIENCY REVIEW

Because of the nature of the deficiency specified in this Notice, the Claims Administrator is not able to commence its review of this Claim.   If you submit these materials and the Claim is ultimately found eligible and proceeds to a Points Assessment, the Claims Administrator may issue further deficiency notices at that time if it finds that the records submitted do not satisfy Section 1.3 of the Settlement Agreement.

*Confidential Information*

| V2049 | **FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY**<br>**(Date of Notice: 11/6/08)** |
|---|---|

## I.  CLAIMANT INFORMATION

| Claimant Name | Schreck, Nancy | **VCN** | 1076827 |
|---|---|---|---|
| **Law Firm** | Cellino & Barnes, P.C. | | |

## II.  CLAIMS PACKAGE DEFICIENCIES

The Claims Administrator has determined that this claim does not meet the requirements of Section 1.3 of the Settlement Agreement for the following reason(s):

| | | |
|---|---|---|
| 1. | No Claims Materials submitted. | ☐ |
| 2. | Claims Materials submitted without a Claims Form. | ☐ |
| 3. | Only Claims Form submitted. | ☐ |
| 4. | Claims Materials not constituting required PME Records submitted with a Claims Form. | X |
| 5. | Claims Materials not constituting required PME Records submitted without a Claims Form. | ☐ |

## III.  DEADLINE FOR SUBMITTING PME RECORDS

You have until November 30, 2008 to submit the required Claims Form and/or PME Records.  If you are unable to submit the required documents by November 30, 2008, you may request an extension of the deadline, but you must submit this request to the Claims Administrator as described in Section IV below on or before November 30, 2008.  If you neither submit the required materials nor request an extension on or before November 30, 2008, you will receive a Notice of Non-Submitting Program Claimant and will then have 15 Business Days to appeal such determination to the Special Master.

## IV.  PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options, and you must choose one of these options on or before November 30, 2008, or you will be deemed a Non-Submitting Program Claimant:

1. If you have finished gathering the required information about your claim, select Option 1 and use the Upload feature to submit the required records to the Claims Administrator.

2. If you need more time to submit the required information, select Option 2 and use the Upload feature to submit a completed V2033 (Request for Relief from Deadline).  Pursuant to Exhibit 1.5, *no deadline will be extended beyond December 30, 2008.*  A fillable version of the V2033 can be found on the Vioxx Settlement Website at http://www.browngreer.com/vioxxsettlement/forms.htm.  As mandated by Exhibit 1.5, your Request for Relief from Deadline must demonstrate (i) that you have made a diligent attempt to fully comply with the requirements of Section 1.3 or 1.5 by the original deadline, and (ii) it appears likely that you would be able fully to do so if given the extension.  If you fail to apply for such an extension on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant.  Any such requests made *after* November 30, 2008 will be denied.  If your Request for Relief is granted, you will have until **December 30, 2008** to submit the required materials.

*Confidential Information*

| V2049 | **FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY**<br>(Date of Notice: 11/6/08) |
|---|---|

**IMPORTANT:** *If you fail to choose one of the two options described above on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant, you will cease to have any rights under the Settlement Program, your lawsuit will be dismissed, and your Release and Dismissal Stipulation will be delivered to Merck.*

### V. FUTURE DEFICIENCY REVIEW

Because of the nature of the deficiency specified in this Notice, the Claims Administrator is not able to commence its review of this Claim.   If you submit these materials and the Claim is ultimately found eligible and proceeds to a Points Assessment, the Claims Administrator may issue further deficiency notices at that time if it finds that the records submitted do not satisfy Section 1.3 of the Settlement Agreement.

*Confidential Information*

| V2049 | **FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY**<br>(Date of Notice: 11/6/08) |
|---|---|

## I. CLAIMANT INFORMATION

| Claimant Name | Watson, Effie | | VCN | 1077184 |
|---|---|---|---|---|
| Law Firm | Cellino & Barnes, P.C. | | | |

## II. CLAIMS PACKAGE DEFICIENCIES

The Claims Administrator has determined that this claim does not meet the requirements of Section 1.3 of the Settlement Agreement for the following reason(s):

| 1. | No Claims Materials submitted. | X |
|---|---|---|
| 2. | Claims Materials submitted without a Claims Form. | ☐ |
| 3. | Only Claims Form submitted. | ☐ |
| 4. | Claims Materials not constituting required PME Records submitted with a Claims Form. | ☐ |
| 5. | Claims Materials not constituting required PME Records submitted without a Claims Form. | ☐ |

## III. DEADLINE FOR SUBMITTING PME RECORDS

You have until November 30, 2008 to submit the required Claims Form and/or PME Records. If you are unable to submit the required documents by November 30, 2008, you may request an extension of the deadline, but you must submit this request to the Claims Administrator as described in Section IV below on or before November 30, 2008. If you neither submit the required materials nor request an extension on or before November 30, 2008, you will receive a Notice of Non-Submitting Program Claimant and will then have 15 Business Days to appeal such determination to the Special Master.

## IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options, and you must choose one of these options on or before November 30, 2008, or you will be deemed a Non-Submitting Program Claimant:

1. If you have finished gathering the required information about your claim, select Option 1 and use the Upload feature to submit the required records to the Claims Administrator.

2. If you need more time to submit the required information, select Option 2 and use the Upload feature to submit a completed V2033 (Request for Relief from Deadline). Pursuant to Exhibit 1.5, *no deadline will be extended beyond December 30, 2008.* A fillable version of the V2033 can be found on the Vioxx Settlement Website at http://www.browngreer.com/vioxxsettlement/forms.htm. As mandated by Exhibit 1.5, your Request for Relief from Deadline must demonstrate (i) that you have made a diligent attempt to fully comply with the requirements of Section 1.3 or 1.5 by the original deadline, and (ii) it appears likely that you would be able fully to do so if given the extension. If you fail to apply for such an extension on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant. Any such requests made *after* November 30, 2008 will be denied. If your Request for Relief is granted, you will have until **December 30, 2008** to submit the required materials.

*Confidential Information*

| V2049 | **FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY**<br>(Date of Notice: 11/6/08) |
|---|---|

**IMPORTANT:** *If you fail to choose one of the two options described above on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant, you will cease to have any rights under the Settlement Program, your lawsuit will be dismissed, and your Release and Dismissal Stipulation will be delivered to Merck.*

## V. FUTURE DEFICIENCY REVIEW

Because of the nature of the deficiency specified in this Notice, the Claims Administrator is not able to commence its review of this Claim. If you submit these materials and the Claim is ultimately found eligible and proceeds to a Points Assessment, the Claims Administrator may issue further deficiency notices at that time if it finds that the records submitted do not satisfy Section 1.3 of the Settlement Agreement.

*Confidential Information*

| V2049 | FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY<br>(Date of Notice: 11/6/08) |
|---|---|

## I. CLAIMANT INFORMATION

| Claimant Name | Wilson, Betty | VCN | 1077265 |
|---|---|---|---|
| Law Firm | Cellino & Barnes, P.C. | | |

## II. CLAIMS PACKAGE DEFICIENCIES

The Claims Administrator has determined that this claim does not meet the requirements of Section 1.3 of the Settlement Agreement for the following reason(s):

| | | |
|---|---|---|
| 1. | No Claims Materials submitted. | X |
| 2. | Claims Materials submitted without a Claims Form. | |
| 3. | Only Claims Form submitted. | |
| 4. | Claims Materials not constituting required PME Records submitted with a Claims Form. | |
| 5. | Claims Materials not constituting required PME Records submitted without a Claims Form. | |

## III. DEADLINE FOR SUBMITTNG PME RECORDS

You have until November 30, 2008 to submit the required Claims Form and/or PME Records.  If you are unable to submit the required documents by November 30, 2008, you may request an extension of the deadline, but you must submit this request to the Claims Administrator as described in Section IV below on or before November 30, 2008.  If you neither submit the required materials nor request an extension on or before November 30, 2008, you will receive a Notice of Non-Submitting Program Claimant and will then have 15 Business Days to appeal such determination to the Special Master.

## IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options, and you must choose one of these options on or before November 30, 2008, or you will be deemed a Non-Submitting Program Claimant:

1. If you have finished gathering the required information about your claim, select Option 1 and use the Upload feature to submit the required records to the Claims Administrator.

2. If you need more time to submit the required information, select Option 2 and use the Upload feature to submit a completed V2033 (Request for Relief from Deadline).  Pursuant to Exhibit 1.5, *no deadline will be extended beyond December 30, 2008.* A fillable version of the V2033 can be found on the Vioxx Settlement Website at http://www.browngreer.com/vioxxsettlement/forms.htm.  As mandated by Exhibit 1.5, your Request for Relief from Deadline must demonstrate (i) that you have made a diligent attempt to fully comply with the requirements of Section 1.3 or 1.5 by the original deadline, and (ii) it appears likely that you would be able fully to do so if given the extension.  If you fail to apply for such an extension on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant.  Any such requests made *after* November 30, 2008 will be denied.  If your Request for Relief is granted, you will have until **December 30, 2008** to submit the required materials.

| **V2049** | **FINAL NOTICE OF CLAIMS PACKAGE DEFICIENCY**<br>**(Date of Notice: 11/6/08)** |
|---|---|

**IMPORTANT:**  *If you fail to choose one of the two options described above on or before November 30, 2008, you will be deemed a Non-Submitting Program Claimant, you will cease to have any rights under the Settlement Program, your lawsuit will be dismissed, and your Release and Dismissal Stipulation will be delivered to Merck.*

## V.  FUTURE DEFICIENCY REVIEW

Because of the nature of the deficiency specified in this Notice, the Claims Administrator is not able to commence its review of this Claim.   If you submit these materials and the Claim is ultimately found eligible and proceeds to a Points Assessment, the Claims Administrator may issue further deficiency notices at that time if it finds that the records submitted do not satisfy Section 1.3 of the Settlement Agreement.