# Exhibit B

| V2057 | NOTICE OF NON-SUBMITTING PROGRAM CLAIMANT<br>(Date of Notice: 1/10/09) | | |
|---|---|---|---|
| **I. CLAIMANT INFORMATION** | | | |
| Claimant Name | Dick, Barbara | VCN | 1075476 |
| Law Firm | Cellino & Barnes, P.C. | | |

**II. NON-SUBMITTING PROGRAM CLAIMANT DETERMINATION**

This Claimant did not submit the Claims Form and/or Pharmacy, Medical, and Event Records required by Section 1.3 of the Settlement Agreement on or before the extended Final PME Records Submission Deadline of December 30, 2008. Therefore, pursuant to Exhibit 1.5, the Claims Administrator has determined that this Claimant is a Non-Submitting Program Claimant.

*If you believe you have submitted the required materials and are receiving this Notice in error, contact your CA Contact immediately.*

**III. RIGHT TO APPEAL**

You may appeal this determination to the Special Master by following the procedure described below in Section IV. You must file the appeal on or before the 15th business day following this Notice, which will be **Monday, February 2, 2009**. If you fail to file the appeal on or before February 2, 2009, this determination of Non-Submitting Program Claimant status will be final, binding, and Non-Appealable. As a Non-Submitting Program Claimant, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

As specified in Exhibit 1.5, the Special Master's determination on appeal is limited to whether the Claimant complied with the requirements of Section 1.3 by the extended Final PME Records Submission Deadline of December 30, 2008. The Special Master will *not* consider or grant requests for extension from the deadline; therefore, any appeal that merely seeks an extension will be denied.

**IV. PROCEDURE FOR RESPONDING TO NOTICE**

When you close out of this Notice, you will have two options. You must choose one of the following options on or before 15 business days, which will be February 2, 2009. If you do nothing, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

1. If you accept the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 1. *If you select Option 1, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.*

2. If you disagree with the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 2 to appeal to the Special Master, and explain in the comment box why you believe the Claimant complied with the requirements of Section 1.3 on or before the extended Final PME Records Submission Deadline of December 30, 2008. *If you fail to select Appeal on or before 15 business days from the date of this Notice, or February 2, 2009, the determination will be final, binding, and Non-Appealable.*

| V2057 | NOTICE OF NON-SUBMITTING PROGRAM CLAIMANT (Date of Notice: 1/10/09) |||
|---|---|---|---|
| **I. CLAIMANT INFORMATION** ||||
| Claimant Name | Ersing, Rita | VCN | 1075568 |
| Law Firm | Cellino & Barnes, P.C. | | |

**II. NON-SUBMITTING PROGRAM CLAIMANT DETERMINATION**

This Claimant did not submit the Claims Form and/or Pharmacy, Medical, and Event Records required by Section 1.3 of the Settlement Agreement on or before the extended Final PME Records Submission Deadline of December 30, 2008. Therefore, pursuant to Exhibit 1.5, the Claims Administrator has determined that this Claimant is a Non-Submitting Program Claimant.

***If you believe you have submitted the required materials and are receiving this Notice in error, contact your CA Contact immediately.***

**III. RIGHT TO APPEAL**

You may appeal this determination to the Special Master by following the procedure described below in Section IV. You must file the appeal on or before the 15th business day following this Notice, which will be **Monday, February 2, 2009**. If you fail to file the appeal on or before February 2, 2009, this determination of Non-Submitting Program Claimant status will be final, binding, and Non-Appealable. As a Non-Submitting Program Claimant, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

As specified in Exhibit 1.5, the Special Master's determination on appeal is limited to whether the Claimant complied with the requirements of Section 1.3 by the extended Final PME Records Submission Deadline of December 30, 2008. The Special Master will *not* consider or grant requests for extension from the deadline; therefore, any appeal that merely seeks an extension will be denied.

**IV. PROCEDURE FOR RESPONDING TO NOTICE**

When you close out of this Notice, you will have two options. You must choose one of the following options on or before 15 business days, which will be February 2, 2009. If you do nothing, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

1. If you accept the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 1. ***If you select Option 1, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.***

2. If you disagree with the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 2 to appeal to the Special Master, and explain in the comment box why you believe the Claimant complied with the requirements of Section 1.3 on or before the extended Final PME Records Submission Deadline of December 30, 2008. ***If you fail to select Appeal on or before 15 business days from the date of this Notice, or February 2, 2009, the determination will be final, binding, and Non-Appealable.***

| V2057 | NOTICE OF NON-SUBMITTING PROGRAM CLAIMANT (Date of Notice:1/10/09) |
|---|---|

| I. CLAIMANT INFORMATION |||||
|---|---|---|---|---|
| **Claimant Name** | Goodman, Bernice | | **VCN** | 1075702 |
| **Law Firm** | Cellino & Barnes, P.C. | | | |

## II. NON-SUBMITTING PROGRAM CLAIMANT DETERMINATION

This Claimant did not submit the Claims Form and/or Pharmacy, Medical, and Event Records required by Section 1.3 of the Settlement Agreement on or before the extended Final PME Records Submission Deadline of December 30, 2008. Therefore, pursuant to Exhibit 1.5, the Claims Administrator has determined that this Claimant is a Non-Submitting Program Claimant.

***If you believe you have submitted the required materials and are receiving this Notice in error, contact your CA Contact immediately.***

## III. RIGHT TO APPEAL

You may appeal this determination to the Special Master by following the procedure described below in Section IV. You must file the appeal on or before the 15th business day following this Notice, which will be **Monday, February 2, 2009**. If you fail to file the appeal on or before February 2, 2009, this determination of Non-Submitting Program Claimant status will be final, binding, and Non-Appealable. As a Non-Submitting Program Claimant, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

As specified in Exhibit 1.5, the Special Master's determination on appeal is limited to whether the Claimant complied with the requirements of Section 1.3 by the extended Final PME Records Submission Deadline of December 30, 2008. The Special Master will *not* consider or grant requests for extension from the deadline; therefore, any appeal that merely seeks an extension will be denied.

## IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options. You must choose one of the following options on or before 15 business days, which will be February 2, 2009. If you do nothing, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

1. If you accept the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 1. ***If you select Option 1, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.***

2. If you disagree with the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 2 to appeal to the Special Master, and explain in the comment box why you believe the Claimant complied with the requirements of Section 1.3 on or before the extended Final PME Records Submission Deadline of December 30, 2008. ***If you fail to select Appeal on or before 15 business days from the date of this Notice, or February 2, 2009, the determination will be final, binding, and Non-Appealable.***

| V2057 | NOTICE OF NON-SUBMITTING PROGRAM CLAIMANT |
|---|---|
| | (Date of Notice: 1/10/09) |

## I. CLAIMANT INFORMATION

| Claimant Name | Holmes, Andrew J. | VCN | 1075847 |
|---|---|---|---|
| Law Firm | Cellino & Barnes, P.C. | | |

## II. NON-SUBMITTING PROGRAM CLAIMANT DETERMINATION

This Claimant did not submit the Claims Form and/or Pharmacy, Medical, and Event Records required by Section 1.3 of the Settlement Agreement on or before the extended Final PME Records Submission Deadline of December 30, 2008. Therefore, pursuant to Exhibit 1.5, the Claims Administrator has determined that this Claimant is a Non-Submitting Program Claimant.

*If you believe you have submitted the required materials and are receiving this Notice in error, contact your CA Contact immediately.*

## III. RIGHT TO APPEAL

You may appeal this determination to the Special Master by following the procedure described below in Section IV. You must file the appeal on or before the 15th business day following this Notice, which will be **Monday, February 2, 2009**. If you fail to file the appeal on or before February 2, 2009, this determination of Non-Submitting Program Claimant status will be final, binding, and Non-Appealable. As a Non-Submitting Program Claimant, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

As specified in Exhibit 1.5, the Special Master's determination on appeal is limited to whether the Claimant complied with the requirements of Section 1.3 by the extended Final PME Records Submission Deadline of December 30, 2008. The Special Master will *not* consider or grant requests for extension from the deadline; therefore, any appeal that merely seeks an extension will be denied.

## IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options. You must choose one of the following options on or before 15 business days, which will be February 2, 2009. If you do nothing, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

1. If you accept the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 1. *If you select Option 1, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.*

2. If you disagree with the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 2 to appeal to the Special Master, and explain in the comment box why you believe the Claimant complied with the requirements of Section 1.3 on or before the extended Final PME Records Submission Deadline of December 30, 2008. *If you fail to select Appeal on or before 15 business days from the date of this Notice, or February 2, 2009, the determination will be final, binding, and Non-Appealable.*

| V2057 | NOTICE OF NON-SUBMITTING PROGRAM CLAIMANT (Date of Notice: 1/10/09) | | |
|---|---|---|---|
| **I. CLAIMANT INFORMATION** | | | |
| Claimant Name | Mack, Dorothy | VCN | 1076207 |
| Law Firm | Cellino & Barnes, P.C. | | |

### II. NON-SUBMITTING PROGRAM CLAIMANT DETERMINATION

This Claimant did not submit the Claims Form and/or Pharmacy, Medical, and Event Records required by Section 1.3 of the Settlement Agreement on or before the extended Final PME Records Submission Deadline of December 30, 2008. Therefore, pursuant to Exhibit 1.5, the Claims Administrator has determined that this Claimant is a Non-Submitting Program Claimant.

*If you believe you have submitted the required materials and are receiving this Notice in error, contact your CA Contact immediately.*

### III. RIGHT TO APPEAL

You may appeal this determination to the Special Master by following the procedure described below in Section IV. You must file the appeal on or before the 15th business day following this Notice, which will be **Monday, February 2, 2009**. If you fail to file the appeal on or before February 2, 2009, this determination of Non-Submitting Program Claimant status will be final, binding, and Non-Appealable. As a Non-Submitting Program Claimant, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

As specified in Exhibit 1.5, the Special Master's determination on appeal is limited to whether the Claimant complied with the requirements of Section 1.3 by the extended Final PME Records Submission Deadline of December 30, 2008. The Special Master will *not* consider or grant requests for extension from the deadline; therefore, any appeal that merely seeks an extension will be denied.

### IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options. You must choose one of the following options on or before 15 business days, which will be February 2, 2009. If you do nothing, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

1. If you accept the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 1. *If you select Option 1, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.*

2. If you disagree with the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 2 to appeal to the Special Master, and explain in the comment box why you believe the Claimant complied with the requirements of Section 1.3 on or before the extended Final PME Records Submission Deadline of December 30, 2008. *If you fail to select Appeal on or before 15 business days from the date of this Notice, or February 2, 2009, the determination will be final, binding, and Non-Appealable.*

| V2057 | NOTICE OF NON-SUBMITTING PROGRAM CLAIMANT |
|---|---|
| | (Date of Notice: 1/10/09) |

### I. CLAIMANT INFORMATION

| Claimant Name | Martinez, Francisco | VCN | 1076245 |
|---|---|---|---|
| Law Firm | Cellino & Barnes, P.C. | | |

### II. NON-SUBMITTING PROGRAM CLAIMANT DETERMINATION

This Claimant did not submit the Claims Form and/or Pharmacy, Medical, and Event Records required by Section 1.3 of the Settlement Agreement on or before the extended Final PME Records Submission Deadline of December 30, 2008. Therefore, pursuant to Exhibit 1.5, the Claims Administrator has determined that this Claimant is a Non-Submitting Program Claimant.

*If you believe you have submitted the required materials and are receiving this Notice in error, contact your CA Contact immediately.*

### III. RIGHT TO APPEAL

You may appeal this determination to the Special Master by following the procedure described below in Section IV. You must file the appeal on or before the 15th business day following this Notice, which will be **Monday, February 2, 2009**. If you fail to file the appeal on or before February 2, 2009, this determination of Non-Submitting Program Claimant status will be final, binding, and Non-Appealable. As a Non-Submitting Program Claimant, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

As specified in Exhibit 1.5, the Special Master's determination on appeal is limited to whether the Claimant complied with the requirements of Section 1.3 by the extended Final PME Records Submission Deadline of December 30, 2008. The Special Master will *not* consider or grant requests for extension from the deadline; therefore, any appeal that merely seeks an extension will be denied.

### IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options. You must choose one of the following options on or before 15 business days, which will be February 2, 2009. If you do nothing, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

1. If you accept the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 1. *If you select Option 1, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.*

2. If you disagree with the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 2 to appeal to the Special Master, and explain in the comment box why you believe the Claimant complied with the requirements of Section 1.3 on or before the extended Final PME Records Submission Deadline of December 30, 2008. *If you fail to select Appeal on or before 15 business days from the date of this Notice, or February 2, 2009, the determination will be final, binding, and Non-Appealable.*

| V2057 | NOTICE OF NON-SUBMITTING PROGRAM CLAIMANT |
|---|---|
| | (Date of Notice: 1/10/09) |

## I. CLAIMANT INFORMATION

| Claimant Name | Minney, Henry | VCN | 1076357 |
|---|---|---|---|
| Law Firm | Cellino & Barnes, P.C. | | |

## II. NON-SUBMITTING PROGRAM CLAIMANT DETERMINATION

This Claimant did not submit the Claims Form and/or Pharmacy, Medical, and Event Records required by Section 1.3 of the Settlement Agreement on or before the extended Final PME Records Submission Deadline of December 30, 2008. Therefore, pursuant to Exhibit 1.5, the Claims Administrator has determined that this Claimant is a Non-Submitting Program Claimant.

*If you believe you have submitted the required materials and are receiving this Notice in error, contact your CA Contact immediately.*

## III. RIGHT TO APPEAL

You may appeal this determination to the Special Master by following the procedure described below in Section IV. You must file the appeal on or before the 15th business day following this Notice, which will be **Monday, February 2, 2009**. If you fail to file the appeal on or before February 2, 2009, this determination of Non-Submitting Program Claimant status will be final, binding, and Non-Appealable. As a Non-Submitting Program Claimant, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

As specified in Exhibit 1.5, the Special Master's determination on appeal is limited to whether the Claimant complied with the requirements of Section 1.3 by the extended Final PME Records Submission Deadline of December 30, 2008. The Special Master will *not* consider or grant requests for extension from the deadline; therefore, any appeal that merely seeks an extension will be denied.

## IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options. You must choose one of the following options on or before 15 business days, which will be February 2, 2009. If you do nothing, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

1. If you accept the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 1. *If you select Option 1, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.*

2. If you disagree with the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 2 to appeal to the Special Master, and explain in the comment box why you believe the Claimant complied with the requirements of Section 1.3 on or before the extended Final PME Records Submission Deadline of December 30, 2008. *If you fail to select Appeal on or before 15 business days from the date of this Notice, or February 2, 2009, the determination will be final, binding, and Non-Appealable.*

| V2057 | NOTICE OF NON-SUBMITTING PROGRAM CLAIMANT |
|---|---|
| | (Date of Notice: 1/10/09) |

### I. CLAIMANT INFORMATION

| Claimant Name | Moore, James | VCN | 1076399 |
|---|---|---|---|
| Law Firm | Cellino & Barnes, P.C. | | |

### II. NON-SUBMITTING PROGRAM CLAIMANT DETERMINATION

This Claimant did not submit the Claims Form and/or Pharmacy, Medical, and Event Records required by Section 1.3 of the Settlement Agreement on or before the extended Final PME Records Submission Deadline of December 30, 2008. Therefore, pursuant to Exhibit 1.5, the Claims Administrator has determined that this Claimant is a Non-Submitting Program Claimant.

*If you believe you have submitted the required materials and are receiving this Notice in error, contact your CA Contact immediately.*

### III. RIGHT TO APPEAL

You may appeal this determination to the Special Master by following the procedure described below in Section IV. You must file the appeal on or before the 15th business day following this Notice, which will be **Monday, February 2, 2009**. If you fail to file the appeal on or before February 2, 2009, this determination of Non-Submitting Program Claimant status will be final, binding, and Non-Appealable. As a Non-Submitting Program Claimant, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

As specified in Exhibit 1.5, the Special Master's determination on appeal is limited to whether the Claimant complied with the requirements of Section 1.3 by the extended Final PME Records Submission Deadline of December 30, 2008. The Special Master will *not* consider or grant requests for extension from the deadline; therefore, any appeal that merely seeks an extension will be denied.

### IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options. You must choose one of the following options on or before 15 business days, which will be February 2, 2009. If you do nothing, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

1. If you accept the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 1. *If you select Option 1, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.*

2. If you disagree with the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 2 to appeal to the Special Master, and explain in the comment box why you believe the Claimant complied with the requirements of Section 1.3 on or before the extended Final PME Records Submission Deadline of December 30, 2008. *If you fail to select Appeal on or before 15 business days from the date of this Notice, or February 2, 2009, the determination will be final, binding, and Non-Appealable.*

| V2057 | NOTICE OF NON-SUBMITTING PROGRAM CLAIMANT |
|---|---|
| | (Date of Notice: 1/10/09) |

### I. CLAIMANT INFORMATION

| Claimant Name | Prezioso, Wanda | VCN | 1076602 |
|---|---|---|---|
| Law Firm | Cellino & Barnes, P.C. | | |

### II. NON-SUBMITTING PROGRAM CLAIMANT DETERMINATION

This Claimant did not submit the Claims Form and/or Pharmacy, Medical, and Event Records required by Section 1.3 of the Settlement Agreement on or before the extended Final PME Records Submission Deadline of December 30, 2008. Therefore, pursuant to Exhibit 1.5, the Claims Administrator has determined that this Claimant is a Non-Submitting Program Claimant.

*If you believe you have submitted the required materials and are receiving this Notice in error, contact your CA Contact immediately.*

### III. RIGHT TO APPEAL

You may appeal this determination to the Special Master by following the procedure described below in Section IV. You must file the appeal on or before the 15th business day following this Notice, which will be **Monday, February 2, 2009**. If you fail to file the appeal on or before February 2, 2009, this determination of Non-Submitting Program Claimant status will be final, binding, and Non-Appealable. As a Non-Submitting Program Claimant, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

As specified in Exhibit 1.5, the Special Master's determination on appeal is limited to whether the Claimant complied with the requirements of Section 1.3 by the extended Final PME Records Submission Deadline of December 30, 2008. The Special Master will *not* consider or grant requests for extension from the deadline; therefore, any appeal that merely seeks an extension will be denied.

### IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options. You must choose one of the following options on or before 15 business days, which will be February 2, 2009. If you do nothing, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

1. If you accept the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 1. *If you select Option 1, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.*

2. If you disagree with the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 2 to appeal to the Special Master, and explain in the comment box why you believe the Claimant complied with the requirements of Section 1.3 on or before the extended Final PME Records Submission Deadline of December 30, 2008. *If you fail to select Appeal on or before 15 business days from the date of this Notice, or February 2, 2009, the determination will be final, binding, and Non-Appealable.*

| V2057 | NOTICE OF NON-SUBMITTING PROGRAM CLAIMANT |
|---|---|
| | (Date of Notice: 1/10/09) |

## I. CLAIMANT INFORMATION

| Claimant Name | Schreck, Nancy | VCN | 1076827 |
|---|---|---|---|
| Law Firm | Cellino & Barnes, P.C. | | |

## II. NON-SUBMITTING PROGRAM CLAIMANT DETERMINATION

This Claimant did not submit the Claims Form and/or Pharmacy, Medical, and Event Records required by Section 1.3 of the Settlement Agreement on or before the extended Final PME Records Submission Deadline of December 30, 2008. Therefore, pursuant to Exhibit 1.5, the Claims Administrator has determined that this Claimant is a Non-Submitting Program Claimant.

***If you believe you have submitted the required materials and are receiving this Notice in error, contact your CA Contact immediately.***

## III. RIGHT TO APPEAL

You may appeal this determination to the Special Master by following the procedure described below in Section IV. You must file the appeal on or before the 15th business day following this Notice, which will be **Monday, February 2, 2009**. If you fail to file the appeal on or before February 2, 2009, this determination of Non-Submitting Program Claimant status will be final, binding, and Non-Appealable. As a Non-Submitting Program Claimant, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

As specified in Exhibit 1.5, the Special Master's determination on appeal is limited to whether the Claimant complied with the requirements of Section 1.3 by the extended Final PME Records Submission Deadline of December 30, 2008. The Special Master will *not* consider or grant requests for extension from the deadline; therefore, any appeal that merely seeks an extension will be denied.

## IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options. You must choose one of the following options on or before 15 business days, which will be February 2, 2009. If you do nothing, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

1. If you accept the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 1. *If you select Option 1, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.*

2. If you disagree with the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 2 to appeal to the Special Master, and explain in the comment box why you believe the Claimant complied with the requirements of Section 1.3 on or before the extended Final PME Records Submission Deadline of December 30, 2008. *If you fail to select Appeal on or before 15 business days from the date of this Notice, or February 2, 2009, the determination will be final, binding, and Non-Appealable.*

| V2057 | **NOTICE OF NON-SUBMITTING PROGRAM CLAIMANT**<br>(Date of Notice: 1/10/09) |
|---|---|

### I. CLAIMANT INFORMATION

| Claimant Name | Watson, Effie | VCN | 1077184 |
|---|---|---|---|
| Law Firm | Cellino & Barnes, P.C. | | |

### II. NON-SUBMITTING PROGRAM CLAIMANT DETERMINATION

This Claimant did not submit the Claims Form and/or Pharmacy, Medical, and Event Records required by Section 1.3 of the Settlement Agreement on or before the extended Final PME Records Submission Deadline of December 30, 2008. Therefore, pursuant to Exhibit 1.5, the Claims Administrator has determined that this Claimant is a Non-Submitting Program Claimant.

*If you believe you have submitted the required materials and are receiving this Notice in error, contact your CA Contact immediately.*

### III. RIGHT TO APPEAL

You may appeal this determination to the Special Master by following the procedure described below in Section IV. You must file the appeal on or before the 15th business day following this Notice, which will be **Monday, February 2, 2009**. If you fail to file the appeal on or before February 2, 2009, this determination of Non-Submitting Program Claimant status will be final, binding, and Non-Appealable. As a Non-Submitting Program Claimant, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

As specified in Exhibit 1.5, the Special Master's determination on appeal is limited to whether the Claimant complied with the requirements of Section 1.3 by the extended Final PME Records Submission Deadline of December 30, 2008. The Special Master will *not* consider or grant requests for extension from the deadline; therefore, any appeal that merely seeks an extension will be denied.

### IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options. You must choose one of the following options on or before 15 business days, which will be February 2, 2009. If you do nothing, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

1. If you accept the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 1. *If you select Option 1, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.*

2. If you disagree with the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 2 to appeal to the Special Master, and explain in the comment box why you believe the Claimant complied with the requirements of Section 1.3 on or before the extended Final PME Records Submission Deadline of December 30, 2008. *If you fail to select Appeal on or before 15 business days from the date of this Notice, or February 2, 2009, the determination will be final, binding, and Non-Appealable.*

| V2057 | NOTICE OF NON-SUBMITTING PROGRAM CLAIMANT (Date of Notice: 1/10/09) |
|---|---|

| I. CLAIMANT INFORMATION ||||
|---|---|---|---|
| Claimant Name | Wilson, Betty | VCN | 1077265 |
| Law Firm | Cellino & Barnes, P.C. | | |

## II. NON-SUBMITTING PROGRAM CLAIMANT DETERMINATION

This Claimant did not submit the Claims Form and/or Pharmacy, Medical, and Event Records required by Section 1.3 of the Settlement Agreement on or before the extended Final PME Records Submission Deadline of December 30, 2008. Therefore, pursuant to Exhibit 1.5, the Claims Administrator has determined that this Claimant is a Non-Submitting Program Claimant.

*If you believe you have submitted the required materials and are receiving this Notice in error, contact your CA Contact immediately.*

## III. RIGHT TO APPEAL

You may appeal this determination to the Special Master by following the procedure described below in Section IV. You must file the appeal on or before the 15th business day following this Notice, which will be **Monday, February 2, 2009**. If you fail to file the appeal on or before February 2, 2009, this determination of Non-Submitting Program Claimant status will be final, binding, and Non-Appealable. As a Non-Submitting Program Claimant, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

As specified in Exhibit 1.5, the Special Master's determination on appeal is limited to whether the Claimant complied with the requirements of Section 1.3 by the extended Final PME Records Submission Deadline of December 30, 2008. The Special Master will *not* consider or grant requests for extension from the deadline; therefore, any appeal that merely seeks an extension will be denied.

## IV. PROCEDURE FOR RESPONDING TO NOTICE

When you close out of this Notice, you will have two options. You must choose one of the following options on or before 15 business days, which will be February 2, 2009. If you do nothing, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

1. If you accept the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 1. *If you select Option 1, the Claimant will immediately cease to have further rights under the Program, the Claims Administrator will deliver any submitted Release and Dismissal Stipulation to Merck, and Merck may file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.*

2. If you disagree with the Claims Administrator's determination that the Claimant is a Non-Submitting Program Claimant, select Option 2 to appeal to the Special Master, and explain in the comment box why you believe the Claimant complied with the requirements of Section 1.3 on or before the extended Final PME Records Submission Deadline of December 30, 2008. *If you fail to select Appeal on or before 15 business days from the date of this Notice, or February 2, 2009, the determination will be final, binding, and Non-Appealable.*