# Exhibit C

*Confidential Information*

| V3076A | NOTICE OF SPECIAL MASTER RULING ON NON-SUBMITTING PROGRAM CLAIMANT APPEAL (Date of Notice: 4/13/09) | | |
|---|---|---|---|
| **I. CLAIMANT INFORMATION** | | | |
| Claimant Name | Dick, Barbara | VCN | 1075476 |
| Law Firm | Cellino & Barnes, P.C. | | |
| **II. DETERMINATION ON APPEAL** | | | |

This is an official Notification from BrownGreer PLC, the Vioxx Claims Administrator.

The Special Master has determined that you did not fully comply with the requirements of Section 1.3 of the Settlement Agreement by the Final PME Records Submission Deadline. Pursuant to Exhibit 1.5, this means you are a Non-Submitting Program Claimant. The Special Master's decision is final, binding, and Non-Appealable.

As a Non-Submitting Program Claimant, you immediately cease to have further rights under the Settlement Program, and your claim has been closed. Pursuant to Section 6 of Exhibit 1.5, the Claims Administrator will deliver your Release and Dismissal Stipulation to Merck, and Merck may file the Stipulation with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

*Confidential Information*

| V3076A | NOTICE OF SPECIAL MASTER RULING ON<br>NON-SUBMITTING PROGRAM CLAIMANT APPEAL<br>(Date of Notice: 4/13/09) | | |
|---|---|---|---|
| | **I. CLAIMANT INFORMATION** | | |
| Claimant Name | Ersing, Rita | VCN | 1075568 |
| Law Firm | Cellino & Barnes, P.C. | | |
| | **II. DETERMINATION ON APPEAL** | | |

This is an official Notification from BrownGreer PLC, the Vioxx Claims Administrator.

The Special Master has determined that you did not fully comply with the requirements of Section 1.3 of the Settlement Agreement by the Final PME Records Submission Deadline. Pursuant to Exhibit 1.5, this means you are a Non-Submitting Program Claimant. The Special Master's decision is final, binding, and Non-Appealable.

As a Non-Submitting Program Claimant, you immediately cease to have further rights under the Settlement Program, and your claim has been closed. Pursuant to Section 6 of Exhibit 1.5, the Claims Administrator will deliver your Release and Dismissal Stipulation to Merck, and Merck may file the Stipulation with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

*Confidential Information*

| V3076A | NOTICE OF SPECIAL MASTER RULING ON NON-SUBMITTING PROGRAM CLAIMANT APPEAL (Date of Notice: 4/13/09) | | |
|---|---|---|---|
| **I. CLAIMANT INFORMATION** | | | |
| Claimant Name | Goodman, Bernice | VCN | 1075702 |
| Law Firm | Cellino & Barnes, P.C. | | |
| **II. DETERMINATION ON APPEAL** | | | |

This is an official Notification from BrownGreer PLC, the Vioxx Claims Administrator.

The Special Master has determined that you did not fully comply with the requirements of Section 1.3 of the Settlement Agreement by the Final PME Records Submission Deadline. Pursuant to Exhibit 1.5, this means you are a Non-Submitting Program Claimant. The Special Master's decision is final, binding, and Non-Appealable.

As a Non-Submitting Program Claimant, you immediately cease to have further rights under the Settlement Program, and your claim has been closed. Pursuant to Section 6 of Exhibit 1.5, the Claims Administrator will deliver your Release and Dismissal Stipulation to Merck, and Merck may file the Stipulation with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

*Confidential Information*

| V3076A | NOTICE OF SPECIAL MASTER RULING ON NON-SUBMITTING PROGRAM CLAIMANT APPEAL (Date of Notice: 4/13/09) | | |
|---|---|---|---|
| **I. CLAIMANT INFORMATION** | | | |
| Claimant Name | Holmes, Andrew J. | VCN | 1075847 |
| Law Firm | Cellino & Barnes, P.C. | | |
| **II. DETERMINATION ON APPEAL** | | | |

This is an official Notification from BrownGreer PLC, the Vioxx Claims Administrator.

The Special Master has determined that you did not fully comply with the requirements of Section 1.3 of the Settlement Agreement by the Final PME Records Submission Deadline. Pursuant to Exhibit 1.5, this means you are a Non-Submitting Program Claimant. The Special Master's decision is final, binding, and Non-Appealable.

As a Non-Submitting Program Claimant, you immediately cease to have further rights under the Settlement Program, and your claim has been closed. Pursuant to Section 6 of Exhibit 1.5, the Claims Administrator will deliver your Release and Dismissal Stipulation to Merck, and Merck may file the Stipulation with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

*Confidential Information*

| V3076A | **NOTICE OF SPECIAL MASTER RULING ON NON-SUBMITTING PROGRAM CLAIMANT APPEAL** (Date of Notice: 4/13/09) | | |
|---|---|---|---|
| **I. CLAIMANT INFORMATION** | | | |
| Claimant Name | Mack, Dorothy | VCN | 1076207 |
| Law Firm | Cellino & Barnes, P.C. | | |
| **II. DETERMINATION ON APPEAL** | | | |

This is an official Notification from BrownGreer PLC, the Vioxx Claims Administrator.

The Special Master has determined that you did not fully comply with the requirements of Section 1.3 of the Settlement Agreement by the Final PME Records Submission Deadline. Pursuant to Exhibit 1.5, this means you are a Non-Submitting Program Claimant. The Special Master's decision is final, binding, and Non-Appealable.

As a Non-Submitting Program Claimant, you immediately cease to have further rights under the Settlement Program, and your claim has been closed. Pursuant to Section 6 of Exhibit 1.5, the Claims Administrator will deliver your Release and Dismissal Stipulation to Merck, and Merck may file the Stipulation with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

*Confidential Information*

| V3076A | NOTICE OF SPECIAL MASTER RULING ON NON-SUBMITTING PROGRAM CLAIMANT APPEAL (Date of Notice: 4/13/09) |
|---|---|

| I. CLAIMANT INFORMATION ||||
|---|---|---|---|
| **Claimant Name** | Martinez, Francisco | **VCN** | 1076245 |
| **Law Firm** | Cellino & Barnes, P.C. | | |

## II. DETERMINATION ON APPEAL

This is an official Notification from BrownGreer PLC, the Vioxx Claims Administrator.

The Special Master has determined that you did not fully comply with the requirements of Section 1.3 of the Settlement Agreement by the Final PME Records Submission Deadline. Pursuant to Exhibit 1.5, this means you are a Non-Submitting Program Claimant. The Special Master's decision is final, binding, and Non-Appealable.

As a Non-Submitting Program Claimant, you immediately cease to have further rights under the Settlement Program, and your claim has been closed. Pursuant to Section 6 of Exhibit 1.5, the Claims Administrator will deliver your Release and Dismissal Stipulation to Merck, and Merck may file the Stipulation with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

*Confidential Information*

| V3076A | NOTICE OF SPECIAL MASTER RULING ON NON-SUBMITTING PROGRAM CLAIMANT APPEAL (Date of Notice: 4/13/09) | | |
|---|---|---|---|
| **I. CLAIMANT INFORMATION** | | | |
| **Claimant Name** | Minney, Henry | **VCN** | 1076357 |
| **Law Firm** | Cellino & Barnes, P.C. | | |
| **II. DETERMINATION ON APPEAL** | | | |

| |
|---|
| This is an official Notification from BrownGreer PLC, the Vioxx Claims Administrator.<br><br>The Special Master has determined that you did not fully comply with the requirements of Section 1.3 of the Settlement Agreement by the Final PME Records Submission Deadline. Pursuant to Exhibit 1.5, this means you are a Non-Submitting Program Claimant. The Special Master's decision is final, binding, and Non-Appealable.<br><br>As a Non-Submitting Program Claimant, you immediately cease to have further rights under the Settlement Program, and your claim has been closed. Pursuant to Section 6 of Exhibit 1.5, the Claims Administrator will deliver your Release and Dismissal Stipulation to Merck, and Merck may file the Stipulation with the Court and/or move for dismissal or other appropriate relief to extinguish the claim. |

*Confidential Information*

| V3076A | **NOTICE OF SPECIAL MASTER RULING ON NON-SUBMITTING PROGRAM CLAIMANT APPEAL** (Date of Notice: 4/13/09) |
|---|---|

| **I. CLAIMANT INFORMATION** ||||
|---|---|---|---|
| Claimant Name | Moore, James | VCN | 1076399 |
| Law Firm | Cellino & Barnes, P.C. | | |

**II. DETERMINATION ON APPEAL**

This is an official Notification from BrownGreer PLC, the Vioxx Claims Administrator.

The Special Master has determined that you did not fully comply with the requirements of Section 1.3 of the Settlement Agreement by the Final PME Records Submission Deadline. Pursuant to Exhibit 1.5, this means you are a Non-Submitting Program Claimant. The Special Master's decision is final, binding, and Non-Appealable.

As a Non-Submitting Program Claimant, you immediately cease to have further rights under the Settlement Program, and your claim has been closed. Pursuant to Section 6 of Exhibit 1.5, the Claims Administrator will deliver your Release and Dismissal Stipulation to Merck, and Merck may file the Stipulation with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

*Confidential Information*

| V3076A | NOTICE OF SPECIAL MASTER RULING ON NON-SUBMITTING PROGRAM CLAIMANT APPEAL (Date of Notice: 4/13/09) |||
|---|---|---|---|
| **I. CLAIMANT INFORMATION** ||||
| Claimant Name | Prezioso, Wanda | VCN | 1076602 |
| Law Firm | Cellino & Barnes, P.C. |||
| **II. DETERMINATION ON APPEAL** ||||

This is an official Notification from BrownGreer PLC, the Vioxx Claims Administrator.

The Special Master has determined that you did not fully comply with the requirements of Section 1.3 of the Settlement Agreement by the Final PME Records Submission Deadline. Pursuant to Exhibit 1.5, this means you are a Non-Submitting Program Claimant. The Special Master's decision is final, binding, and Non-Appealable.

As a Non-Submitting Program Claimant, you immediately cease to have further rights under the Settlement Program, and your claim has been closed. Pursuant to Section 6 of Exhibit 1.5, the Claims Administrator will deliver your Release and Dismissal Stipulation to Merck, and Merck may file the Stipulation with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

*Confidential Information*

| V3076A | NOTICE OF SPECIAL MASTER RULING ON NON-SUBMITTING PROGRAM CLAIMANT APPEAL (Date of Notice: 4/13/09) |||
|---|---|---|---|
| **I. CLAIMANT INFORMATION** ||||
| Claimant Name | Schreck, Nancy | VCN | 1076827 |
| Law Firm | Cellino & Barnes, P.C. |||
| **II. DETERMINATION ON APPEAL** ||||

This is an official Notification from BrownGreer PLC, the Vioxx Claims Administrator.

The Special Master has determined that you did not fully comply with the requirements of Section 1.3 of the Settlement Agreement by the Final PME Records Submission Deadline. Pursuant to Exhibit 1.5, this means you are a Non-Submitting Program Claimant. The Special Master's decision is final, binding, and Non-Appealable.

As a Non-Submitting Program Claimant, you immediately cease to have further rights under the Settlement Program, and your claim has been closed. Pursuant to Section 6 of Exhibit 1.5, the Claims Administrator will deliver your Release and Dismissal Stipulation to Merck, and Merck may file the Stipulation with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

*Confidential Information*

| V3076A | NOTICE OF SPECIAL MASTER RULING ON NON-SUBMITTING PROGRAM CLAIMANT APPEAL (Date of Notice: 4/13/09) | | |
|---|---|---|---|
| **I. CLAIMANT INFORMATION** | | | |
| Claimant Name | Watson, Effie | VCN | 1077184 |
| Law Firm | Cellino & Barnes, P.C. | | |
| **II. DETERMINATION ON APPEAL** | | | |

This is an official Notification from BrownGreer PLC, the Vioxx Claims Administrator.

The Special Master has determined that you did not fully comply with the requirements of Section 1.3 of the Settlement Agreement by the Final PME Records Submission Deadline. Pursuant to Exhibit 1.5, this means you are a Non-Submitting Program Claimant. The Special Master's decision is final, binding, and Non-Appealable.

As a Non-Submitting Program Claimant, you immediately cease to have further rights under the Settlement Program, and your claim has been closed. Pursuant to Section 6 of Exhibit 1.5, the Claims Administrator will deliver your Release and Dismissal Stipulation to Merck, and Merck may file the Stipulation with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

*Confidential Information*

| V3076A | NOTICE OF SPECIAL MASTER RULING ON NON-SUBMITTING PROGRAM CLAIMANT APPEAL (Date of Notice: 4/13/09) | | |
|---|---|---|---|
| **I. CLAIMANT INFORMATION** | | | |
| Claimant Name | Wilson, Betty | VCN | 1077265 |
| Law Firm | Cellino & Barnes, P.C. | | |
| **II. DETERMINATION ON APPEAL** | | | |

This is an official Notification from BrownGreer PLC, the Vioxx Claims Administrator.

The Special Master has determined that you did not fully comply with the requirements of Section 1.3 of the Settlement Agreement by the Final PME Records Submission Deadline. Pursuant to Exhibit 1.5, this means you are a Non-Submitting Program Claimant. The Special Master's decision is final, binding, and Non-Appealable.

As a Non-Submitting Program Claimant, you immediately cease to have further rights under the Settlement Program, and your claim has been closed. Pursuant to Section 6 of Exhibit 1.5, the Claims Administrator will deliver your Release and Dismissal Stipulation to Merck, and Merck may file the Stipulation with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.