UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN L. MILLER, JAMES MILLER, THOMASINA MINOR, BEVERLY A. MORGAN, MICHAEL NEEL, HERBERT NEWELL, DIANE OBERMAYR, KEVIN O'BRIEN, ROSE OLIVAS, and DIANNE PARRISH,

Plaintiffs,

v.

MERCK & CO., INC.,

Defendant.

Case No. 1:07-cv-02291-RWR

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiff Kevin Miller, against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.

Turner W. Branch
(D.C. Bar No. 417738)
BRANCH LAW FIRM
Attorneys for Plaintiffs
1424 K Street NW, 6th Floor
Washington, DC 20005
(505) 243-3500 Telephone
(505) 243-3534 Facsimile

Dated: 2-11-08

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 8-25-09