UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| This Document Relates to: | *   MDL No. 1657 |
| STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, | *   SECTION L |
|         Plaintiff, | *   JUDGE ELDON E. FALLON |
| versus | *   MAGISTRATE JUDGE KNOWLES |
| MERCK & CO., INC., | * |
|         Defendant. | * |
| Case No. 05-3700. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.1E

Pursuant to Local Rule 37.1E, defendant Merck & Co., Inc. hereby certifies that its counsel conferred by telephone with counsel for plaintiff for purposes of amicably resolving the issues that are the subject of Merck's Motion to Compel the State of Louisiana to Provide Interrogatory Responses and Document Productions. The parties were unable to agree because counsel for plaintiff maintains that it is not obligated at this time to respond further to the discovery that is the subject of this motion.

989786v.1

2

Dated: August 26, 2009                               Respectfully submitted,

/s/*Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: (504) 581-3200
Fax:   (504) 581-3361

989786v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Certificate of Compliance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of August, 2009.

                                              */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel