UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| | * | |
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
| All Government Actions | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS**

To:     All Government Action plaintiffs, by and through their attorneys of record, as listed on

Appendix A.

Pursuant to FED. R. CIV. P. 33 and Pretrial Order Number 39, please respond to the

following Interrogatories within thirty (30) days of service of the Interrogatories.

**DEFINITIONS**

1.     "Address" means the telephone number, street number, street name, city, state, and zip

code of the subject person or entity.  For a natural person, please provide both the home and

business address.

2.     "Beneficiary" means any person who is entitled to or has received coverage under a

Government Health Program.

3.     "Communication" means, without limitation, any act, action, oral speech, written

correspondence, contact, expression of words, thoughts, and/or ideas, or transmission or

exchange of data or other information to another person, whether orally, person-to-person, in a

group, by telephone, letter, personal delivery, telex, facsimile, and/or any other process, electronic or otherwise.  Communications in writing shall include printed, typed, handwritten, electronic and other readable documents.

4.    "Coverage" means any payment to or reimbursement of, or agreement or obligation to pay or reimburse, in whole or in part, the costs of medical treatment, including prescription drugs.

5.    "Document" means, without limitation, all originals and copies, duplicates, drafts, and recordings of any written, printed, graphic, photographic, electronic or otherwise recorded or stored matter or information, however produced or reproduced, and all writings, of any nature, whether on paper, magnetic tape, electronic or optical media or other information storage means, including film, tapes, computer disks or cards, databases, or personal data assistant memory; and where any such items contain any marking not appearing on the original or are altered from the original, such items shall be considered to be separate original documents.

6.    "Drug Utilization Review Board" means the advisory board to the Government Health Program with responsibility for implementing the requirements set out in 42 U.S.C. § 1396r-8(g) consisting of physicians and pharmacists, and any agent, representative, or present or former employee thereof.

7.    "Food and Drug Administration" ("FDA") means the United States Food and Drug Administration and any department, agent, director, officer, representative, or present or former employee thereof.

8.    "Formulary" means any list of drugs for which you authorize purchases by, reimbursements to, or coverage for beneficiaries, including any co-pay, preference, or other tiers, lists of preferred drugs, or other sub-categories of lists of preferred drugs, together with any

979865v.1

policies or procedures related to exceptions, prior authorization, step therapy, or similar restrictions or requirements related to the coverage or use of drugs.

9.    "Government Health Program" means a program under which you pay for, in whole or in part, the costs of medical treatment, including prescription drug benefits, to persons in your jurisdiction.

10.    "Healthcare Professional" means any physician (including interns and residents), nurse, psychologist, psychiatrist, counselor, pharmacist, pharmacy, dispensary, hospital, clinic, or nursing home, or any other individual or entity who or which provides or assists in the provision of any medical, pharmaceutical or mental health treatment, including those employed by, or who practice or have practiced in your jurisdiction.

11.    "Identify" means the following:

    a.    when used in reference to a natural person, it means to state the person's full name, title, present (or last known) address, telephone number, occupation, present business affiliation or employer, business address, and exact duties and responsibilities of that individual; in addition, when used in reference to a healthcare professional, it means to state that person's medical specialty, if any, and to state whether that person has ever prescribed Vioxx to persons in your jurisdiction.

    b.    when used in reference to an injury, it means to state formally the diagnosis, the features of the injury upon which the diagnosis is based, the treatment of the injury, and all known information concerning the cause of the injury.

    c.    when used in reference to a drug, it means to state the registered or trademark name of the drug, the generic name or active ingredient for the drug, and if applicable, the relevant dosage.

3

d. when use in reference to an entity, it means to state the full name of the company, organization, association, partnership, committee, board, or other business or government enterprise, its present address or, if no longer existing, its last-known address, and the name of the person(s) who controls the operations of or otherwise heads that entity.

12. "Including" means "including but not limited to" and "including without limitation."

13. "Merck & Co., Inc." and "Merck" means the defendant in this action, and any of the subsidiaries, divisions, departments, affiliates, predecessors, successors or offices of the defendant by whatever name known, and all present and former officers, directors, employees, trustees, principals, agents, and representatives of Merck, as well as any person acting or purporting to act on its behalf.

14. "NSAIDs" means non-steroidal anti-inflammatory drugs.

15. "Person" means any natural person and any entity, including any corporation, association, partnership, or other business or government enterprise.

16. "Pharmacy and Therapeutics Committee" ("P & T Committee") means any person or persons, acting either individually or as a committee on behalf of you, a pharmacy benefit manager, or other entity with responsibility for recommending or deciding which drugs will be placed or kept on the formulary and/or the conditions and terms under which you will authorize purchase of, coverage of, or reimbursement for those drugs.

17. "Pharmacy Benefit Manager" means any entity that undertakes the administration of a pharmacy benefit plan, including formulary development, contracting with pharmaceutical manufacturers, pharmacy network management, claims processing, pharmacy customer service, or mail order programs or plans.

4

18.   "Relate to" or "Relating to" means referring to, mentioning, reflecting, containing, pertaining to, evidencing, involving, describing, discussing, responding to, supporting, opposing, constituting or being a draft, copy or summary of, in whole or in part.

19.   "Relevant Drugs" means and includes (listed by branded (generic) names):

   a.  Anthrotec (diclofenac/misoprostol)

   b.  Bextra (valdecoxib)

   c.  Celebrex (celecoxib)

   d.  Daypro (oxaprozin)

   e.  Ibuprofen

   f.  Mobic (meloxicam)

   g.  Naprosyn, Anaprox, Naprelan, Aleve (naproxen)

   h.  Relafen (nabumetone)

   i.  Voltaren (diclofenac)

   j.  Proton pump inhibitors, including (listed by generic (branded) names:

      1.  Omeprazole (Losec, Prilosec, Zegerid, Ocid, Lomac, Omepral, Omez)

      2.  Lansoprazole (Prevacid, Zoton, Inhibitol, Levant, Lupizole)

      3.  Dexlansoprazole (Kapidex)

      4.  Esomeprazole (Nexium, Esotrex)

      5.  Pantoprazole (Protonix, Somac, Pantoloc, Pantozol, Zurcal, Pan)

      6.  Rabeprazole (Rabecid, Aciphex, Pariet, Rabeloc, Dorafem).

20.    "Vioxx" means the drug rofecoxib sold by Merck under the registered trademark VIOXX®.

979865v.1

21.    "You" or "Your" means all plaintiffs listed on the complaint, along with all present and former employees, agents, representatives, departments, committees or equivalent entities, or attorneys of the State (including the District of Columbia), county, or city bringing this action or on whose behalf this action is brought, including any State, county, or city entities responsible for administration and oversight of the Government Health Program, the Pharmacy & Therapeutics Committee or equivalent entity, the Drug Utilization Review Board or equivalent entity, any third-party contractor or vendor working for, or providing services to, the State, county, or city and/or any of its agencies, as well as any person acting or purporting to act on your behalf, including the Office of the Attorney General, the Office of the County Attorney, the Office of the City Attorney, and any of the attorneys or law firms that purport to represent the plaintiffs in this action.

22.    The singular herein includes the plural and vice versa; the words "and" and "or" shall be construed as "and/or" in order to bring all information within the scope of the Request.  The words, "each," "all," and "any," mean "any and all" or "each and every."

## INSTRUCTIONS

1.    Each Interrogatory herein extends to any information in the possession, custody or control of any of Your present or former employees, agents, representatives, or attorneys, Including any of the attorneys or law firms that purport to represent You in this litigation.

2.    If You object to any portion of an Interrogatory on the ground of privilege, respond to the non-privileged portion of the Interrogatory by providing such non-privileged information as is responsive.

6

3.     If You object to any portion of an Interrogatory on any ground other than privilege, You should still respond to and Identify Documents responsive to the remaining non-objectionable portion.

4.     Separately for each Interrogatory to which You object in whole or in part, describe in detail and itemize each basis for Your objection.

5.     If the basis of an objection to any Interrogatory, or any portion thereof, is a statute, contract or other agreement, or any other obstacle to production that You claim is based in the law, please Identify the basis of that purported obstacle with specificity.

6.     If the basis of an objection to responding to an Interrogatory is that the response requires provision of legally-protected confidential identifying information, please indicate this specifically, and state whether a non-identifying response can be provided.  Where possible, all non-identifying information should be provided.

7.     Each Interrogatory herein shall be construed independently, and no Interrogatory shall be viewed as limiting the scope of any other Interrogatory.  Please indicate where any portion of Your response to an Interrogatory has been covered in Your response to another Interrogatory, and please specify the Interrogatory numbers at issue.

8.     Each Interrogatory herein shall encompass the time period from January 1, 1998 to December 31, 2006 unless expressly stated in a specific Interrogatory.

9.     These Interrogatories are continuing in nature and You must provide supplemental responses as additional information or Documents become known to You.

10.     If You claim that any information responsive to any Interrogatory is lost, destroyed, erased or otherwise is no longer in Your possession, (a) Identify and describe such information,

7

(b) describe how the information was lost or destroyed, and (c) state when the information was lost or destroyed.

11.   If You claim that any information responsive to any Interrogatory is already in the possession of Merck, please Identify the information with sufficient specificity to allow Merck to locate it.

12.   Because Merck is propounding these Interrogatories without knowledge of the technical details of Your information technology systems, databases, and other electronically stored information, Merck requests that before You respond to these Interrogatories, representatives of Merck be allowed to meet and confer with Persons with technical knowledge of Your systems to facilitate the efficient production of Documents and information.

979865v.1

## INTERROGATORIES

### Interrogatories Relating to the Administration of the Government Health Program

**Interrogatory Number 1:**  Do You maintain any databases or other electronically stored information containing Documents Relating to prescriptions for Vioxx and Relevant Drugs that were written and/or filled for Beneficiaries by Healthcare Professionals and other medical treatment provided to Beneficiaries?  If your response is anything other than an unequivocal "No," Identify all fields in Your databases or other electronically stored information from January 1, 1998 to the present.[1]

**Response:**

**Interrogatory Number 2:**  If Your response to Interrogatory Number 1 is anything other than an unequivocal "No," Identify the Person(s) most knowledgeable about maintaining, updating, repairing, or otherwise servicing the databases or other electronically stored information You described in the response, whether that/those Person(s) be a present or former employee of Yours, a consultant, or a third party with whom You have contracted to provide services to You.

**Response:**

**Interrogatory Number 3:**  Identify all Persons responsible for deciding whether to place Vioxx and Relevant Drugs on the Formulary from January 1, 1998 to the present.

---

[1] Please see Instruction Number 12 before responding to this Interrogatory.

979865v.1

**Response:**

**Interrogatory Number 4:**  Identify all Relevant Drugs Including Vioxx that have been placed on the Formulary from January 1, 1998 to the present, and Identify the dates that each such drug was on the Formulary.

**Response:**

**Interrogatory Number 5:**  Identify whether Vioxx and any of the Relevant Drugs were placed by You on any lists of preferred drugs, preferences or other tiers, or were subject to prior authorization, co-pay, step therapy, or other requirements, or were exempted from any such lists or requirements, and Identify the dates that each such drug was subject to such preferences and requirements.

**Response:**

**Interrogatory Number 6:**  Have You implemented any methods for restricting or limiting Coverage of prescription drugs for Beneficiaries between January 1, 1998 and the present, Including prior authorization requirements, lists of preferred drugs, sub-categories of lists of preferred drugs, tiers or other preferences, exclusions, step therapy requirements, or co-payments that are applicable to Relevant Drugs?  If Your response is anything other than an unequivocal "No," Identify all such methods and Identify the dates during which time those requirements were or have been in place.

10

**Response:**

**Interrogatory Number 7:**  Identify any and all drugs for which You have restricted or limited Coverage for Beneficiaries because they were required by the Food and Drug Administration to carry a black box warning from January 1, 1998 to the present.

**Response:**

**Interrogatory Number 8:**  Identify all Persons responsible for analyzing the clinical risks and benefits of Vioxx and Relevant Drugs and for conducting or reviewing drug utilization studies for the Government Health Program from January 1, 1998 to the present, Identifying the time periods for which they have provided such services.

**Response:**

**Interrogatory Number 9:**  Identify all members of Your P & T Committee from January 1, 1998 to the present, Identifying the dates of their service.

**Response:**

**Interrogatory Number 10:**  Identify all present or former Merck employees or Persons acting on Merck's behalf that You allege provided false or misleading information upon which You

11

relied, and Identify with specificity what information they provided, to whom they provided it, how they provided it, and when they provided it.

**Response:**

**Interrogatory Number 11:**    Identify all present or former Merck employees or Persons acting on Merck's behalf that You allege fraudulently concealed or failed to disclose material information that Merck had a duty to disclose to You, and Identify with specificity what material information they concealed/failed to disclose, from whom they concealed/failed to disclose it, how they concealed/failed to disclose it, and when they concealed/failed to disclose it.

**Response:**

**Interrogatory Number 12:**    Identify each of the factual allegations in Your complaint that you contend constituted misrepresentations by Merck to You.

**Response:**

**Interrogatory Number 13:**  Identify all Persons who have participated in the negotiation of Your supplemental rebate agreements with pharmaceutical manufacturers Relating to Vioxx and Relevant Drugs between January 1, 1998 and the present, if any.

**Response:**

**Interrogatory Number 14:**  To the extent they Relate to Vioxx and Relevant Drugs, Identify all Persons who, from January 1, 1998 to the present, have had Communications with the Government Health Program Relating to:  the creation or maintenance of databases or other electronically stored information; decisions Relating to which drugs should be placed on the Formulary for the Government Health Program and their clinical risks and benefits; drug utilization studies; and rebates, discounts, or other price concessions from pharmaceutical manufacturers.

**Response:**

### Interrogatories Relating to Damages You Seek

**Interrogatory Number 15:**  State the types of damages You seek to recover in this lawsuit and state with specificity the factual and legal basis for each such claim for relief, the amount of damages You seek under each claim for relief, the factual basis for how You calculate the amount of damages You seek for each claim for relief, and the amount of money, if any, You have received as a result of any settlement Relating to Vioxx.

**Response:**

**Interrogatory Number 16:**  Do You seek to recover from Merck expenditures made by You to pay for Vioxx prescriptions for Beneficiaries?  If Your response is anything other than an unequivocal "No," state the amount of money You seek, whether any part of that amount was

13

paid by any other federal, state, or local government entity, the amount paid by such entities (if any), and the amount subject to rebate payments, discounts, or price concessions (if any).

**Response:**

**Interrogatory Number 17:**  Identify the number of reimbursements made by the Government Health Program for Vioxx and Relevant Drugs for each year since January 1, 1998, and Identify the prices reimbursed for each such Relevant Drug, itemizing the prices by date if they varied over time.

**Response:**

**Interrogatory Number 18:**  Identify the number of reimbursements made by the Government Health Program for Proton Pump Inhibitors for each year since January 1, 1998, and Identify the prices reimbursed for each such Proton Pump Inhibitor, itemizing the prices by date if they varied over time.

**Response:**

**Interrogatory Number 19:**  Do You seek to recover from Merck the cost of treating alleged Vioxx-related injuries suffered by Beneficiaries?  If Your response is anything other than an unequivocal "No," Identify each such affected Beneficiary, Identify the injury he or she

14

allegedly suffered, and state with specificity each legal basis You contend supports Your claim for relief, the types and amount of damages You seek to recover, the factual basis for how You calculate that amount, and the amount of money You spent for medical treatment of such injuries.

**Response:**

**Interrogatory Number 20:**  Do You seek to recover from Merck damages on behalf of Persons whom You contend individually have claims against Merck for the purchase of Vioxx by virtue of Your status as *parens patriae* or as a representative plaintiff?  If Your response is anything other than an unequivocal "No," Identify each such Person, and state with specificity each legal basis You contend supports Your claim for relief on their behalf, the types and amount of damages You seek to recover on their behalf, and the factual basis for how You calculate that amount.

**Response:**

**Interrogatory Number 21:**  Do You seek to recover damages on behalf of a government entity by virtue of Your status as a *qui tam* plaintiff, relator, taxpayer, or informer?  If Your response is anything other than an unequivocal "No," state with specificity each legal basis You contend authorizes You to bring and proceed with this lawsuit, the types and amount of damages You seek to recover on the government's behalf, and the factual basis for how You calculate that amount.

15

**Response:**

**Interrogatory Number 22:**  Do You seek disgorgement and/or restitution of funds Merck obtained as a result of the sale of Vioxx?  If Your response is anything other than an unequivocal "No," state with specificity each legal basis under which You contend You are entitled to such relief, the amount of money You seek, and the factual basis for how You calculate that amount.

**Response:**

**Interrogatory Number 23:**  Do You seek punitive and/or exemplary damages from Merck?  If Your response is anything other than an unequivocal "No," state with specificity each legal basis under which You contend You are entitled to such relief, the amount of such damages You seek, and the factual basis for how You calculate that amount.

**Response:**

**Interrogatory Number 24:**  Do You seek to recover statutory penalties from Merck?  If Your response is anything other than an unequivocal "No," state with specificity each legal basis under which You contend You are entitled to such relief, the amount of such penalties You seek, and the factual basis for how You calculate that amount.

**Response:**

16

**Interrogatory Number 25:**  Do You seek to recover damages Relating to costs incurred by any self-insured health, welfare or benefit plans?  If Your response is anything other than an unequivocal "No," state with specificity each legal basis under which You contend You are entitled to such relief, the types and amount of such damages You seek, and the factual basis for how You calculate that amount.

**Response:**

**Interrogatory Number 26:**  Do You seek to recover any other relief, either monetary or injunctive, that is not covered in any other Interrogatory?  If Your response is anything other than an unequivocal "No," state with specificity each legal basis under which You contend You are entitled to such relief, the types and amount of such damages You seek, and the factual basis for how You calculate that amount.

**Response:**

**Interrogatory Number 27:**  Do You seek to recover attorneys' fees from Merck?  If Your answer is anything other than an unequivocal "No," state with specificity each legal basis under which You contend You are entitled to such fees and Identify the amount You seek.

**Response:**

979865v.1

**Interrogatory Number 28:**  Were any of the expenditures You seek to recover paid for, in whole or in part, by any private sector or other government entities or programs besides You (Including administrative services only entities, healthcare insurance providers, health, welfare or benefit plans, Pharmacy Benefit Managers, the federal government, states, counties, or cities)? If Your response is anything other than an unequivocal "No," Identify each such entity or program, and state the amount paid to You by each such entity or program.

**Response:**

**Interrogatory Number 29:**  Is the Government Health Program administered by, in whole or in part, any private sector or other government entities or programs besides You (Including administrative services only entities, healthcare insurance providers, health, welfare or benefit plans, Pharmacy Benefit Managers, the federal government, states, counties, or cities)?  If Your response is anything other than an unequivocal "No," Identify each such entity or program and state the amount You paid each such entity or program.

**Response:**

**Interrogatory Number 30:**  Identify the amount of money You spent annually treating gastrointestinal bleeds or perforated ulcers Relating to Beneficiaries who were prescribed non-Cox-2 NSAIDs from January 1, 1998 to the present.

**Response:**


**Interrogatory Number 31:**  Identify the amount of money You spent annually for Vioxx and each of the Relevant Drugs prescribed for Beneficiaries for each year since January 1, 1998 to the present.


**Response:**


**Interrogatory Number 32:**  Identify the total amount of money the Government Health Program spent annually on Vioxx prescriptions for each year since January 1, 1998 to the present.


**Response:**


**Interrogatory Number 33:**  Identify the total amount of money the Government Health Program spent annually on Celebrex prescriptions for each year since January 1, 1998 to the present.


**Response:**

**Interrogatory Number 34:**  Identify the amount of money the Government Health Program spent annually on the concomitant use of Proton Pump Inhibitors with the Relevant Drugs by Beneficiaries for each year since January 1, 1998 to the present.

19

**Response:**

**Miscellaneous Interrogatories**

**Interrogatory Number 35:**  Do you now, or have You previously operated or participated in any joint programs, educational programs, or symposia, or entered into any agreements with any medical school, pharmacy school, medical association, medical organization, or medical specialty society Relating to decisions about Your Formulary?  If Your response is anything other than an unequivocal "No," Identify all Persons with whom You have had Communications Relating to such joint programs and agreements.

**Response:**

**Interrogatory Number 36:**  Identify all expert witnesses You intend to use at trial, Including their likely testimony.

**Response:**

**Interrogatory Number 37:**  Identify all fact witnesses You intend to call at trial, Including their likely testimony.

20

**Response:**


**Interrogatory Number 38:**  Have You put in place a legal hold to ensure the preservation of all relevant Documents and information Relating to Your lawsuit?  If so, Identify the date that hold was put in place.


**Response:**


Respectfully submitted,


*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

21

979865v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Defendant's First Set of Interrogatories to Plaintiffs have been served on Liaison Counsel, Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B on this 5th day of June, 2009.

*/s/ Dorothy H. Wimberly*

22

# DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS
## APPENDIX A

James R. Dugan
Dugan Law Firm
650 Poydras St., Ste. 2150
New Orleans, LA 70130
504-648-0180

*State of Louisiana*

Stuart A. Kritzer
Law Offices of Stuart A. Kritzer, P.C
140 E. Nineteenth Ave., Third Floor
Denver, CO 80203
303-393-1111

*Franklin ex rel. State of Colorado*

Sheila Bossier
Bossier & Kitchens
1520 North State St.
Jackson, MS 39202
601-352-5450

*State of Mississippi*

Randall M. Fox
Special Assistant Attorney General
Office of the New York Attorney General
Medicaid Fraud Control Unit
120 Broadway
New York, New York  10271
212- 417-5390

*State of New York*

James D. Caldwell
Louisiana Attorney General's Office
1885 N. Third St.
Baton Rouge, LA 70804
225-326-6300

*State of Louisiana*

Mark Lanier
Rick Meadow
Lanier Law Firm
126 East 56th St., 6th Floor
New York, NY 10022
212-421-2800

*Franklin ex rel. State of Colorado*

Rickey T. Moore
Geoffrey C. Morgan
Office of the Attorney General
Walter Sillers Building
550 High Street, Suite 1200
Jackson, MS 39201

*State of Mississippi*

John Low-Beer
Affirmative Litigation Division
New York City Law Dept.
100 Church St.
New York, New York 10007
212-788-1007

*State of New York*

1

## DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS
## APPENDIX A

Mark Lanier
Rick Meadow
Lanier Law Firm
126 East 56th St., 6th Floor
New York, NY 10022
212-421-2800

*State of Alaska*

Kenneth D. Lougee
Siegfried & Jensen
5664 South Green St.
Murray, Utah 84123
866-883-5350

*State of Utah*

Joseph W. Steele
5664 South Green St.
Murray, UT 84123
801-266-0999

*State of Utah*

Michael J. Miller
David J. Dickens
The Miller Firm, LLC
108 Railroad Ave.
Orange, VA 22960
540-672-4224

*State of Montana*

Attorney General Mike McGrath
PO Box 201401
Helena, MT 59620
406-444-2026

*State of Montana*

James E. Fosler
Fosler Law Group, Inc.
737 W. 5th Ave., Suite 205
Anchorage, AK 99501
907-277-1557

*State of Alaska*

David R. Stallard, CPA
Utah Special Ass't. AG
3238 Big Spruce Way
Park City, UT  84098
435-649-7622

*State of Utah*

Mark Lanier
Rick Meadow
Lanier Law Firm
126 East 56th St., 6th Floor
New York, NY 10022
212-421-2800

*State of Utah*

Bill Rossbach
Timothy Bechtold
Rossbach Hart Bechtold
401 N. Washington St.
Missoula, MT 59807
406-543-5156

*State of Montana*

E. Craig Daue
Buxbaum Dix & Daue
303 N. Ewing St.
Helena, MT 59601
406-327-8677

*State of Montana*

2

## DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS
## APPENDIX A

H. Vincent McKnight
Chris Tisi
Ashcraft & Gerel LLP
2000 L St., NW, Ste 400
Washington, DC 20036
202-783-6400

*Walker ex rel. District of Columbia*

James D. Young
Special Counsel
Office of the Attorney General
1300 Riverplace Blvd., Ste. 405
Jacksonville, FL 33204
904-348-2720

*State of Florida*

Patrick J. Coughlin
Coughlin Stoia
655 West Broadway, Suite 1900
San Diego, CA 92101
619-231-1058

*Santa Clara County, California*

Diane Paolicelli
Melissa Stewart
Roxanne De Francesco
Steven J. Philllips
Levy Phillips & Konigsberg, LLP
800 Third Ave., 13th Fl.
New York, NY 10022
212-605-6250

*Erie County, New York*

Robert J. Spagnoletti
Attorney General
441 4th St., NW, Ste. 1145S
Washington, DC 20001
202-727-3400

*Walker ex rel. District of Columbia*

Seth R. Lesser
Klafter Olsen & Lesser
1311 Mamaroneck Avenue
White Plains, NY 10605
914-997-5656

*Santa Clara County, California*

Steve Berman
Hagan Berman
1301 Fifth Avenue, Ste 2900
Seattle, WA 98101
206-268-9320

*Santa Clara County, California*

Diane Paolicelli
Melissa Stewart
Roxanne De Francesco
Steven J. Philllips
Levy Phillips & Konigsberg, LLP
800 Third Ave., 13th Fl.
New York, NY 10022
212-605-6250

*Chautauqua County, New York*

3

DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS
APPENDIX A

Diane Paolicelli
Melissa Stewart
Roxanne De Francesco
Steven J. Philllips
Levy Phillips & Konigsberg, LLP
800 Third Ave., 13th Fl.
New York, NY 10022
212-605-6250

*Orange County, New York*


James R. Dugan
Dugan Law Firm
650 Poydras St., Ste. 2150
New Orleans, LA 70130
504-648-0180

*State of Louisiana*

Stuart A. Kritzer
Law Offices of Stuart A. Kritzer, P.C
140 E. Nineteenth Ave., Third Floor
Denver, CO 80203
303-393-1111

*Franklin ex rel. State of Colorado*


Sheila Bossier
Bossier & Kitchens
1520 North State St.
Jackson, MS 39202
601-352-5450

*State of Mississippi*


Randall M. Fox
Special Assistant Attorney General
Office of the New York Attorney General
Medicaid Fraud Control Unit
120 Broadway
New York, New York  10271

Mark C. Schultz
Cohen, Placitella & Roth
Two Commerce Square
2001 Market Street
Suite 2900
Philadelphia, PA 19103
215-567-3500

*Commonwealth of Pennsylvania*


James D. Caldwell
LA Atty General's Office
1885 N. Third St.
Baton Rouge, LA 70804
225-326-6300

*State of Louisiana*

Mark Lanier
Rick Meadow
Lanier Law Firm
126 East 56th St., 6th Floor
New York, NY 10022
212-421-2800

*Franklin ex rel. State of Colorado*


Rickey T. Moore
Geoffrey C. Morgan
Office of the Attorney General
Walter Sillers Building
550 High Street, Suite 1200
Jackson, MS 39201

*State of Mississippi*


John Low-Beer
Affirmative Litigation Division
New York City Law Dept.
100 Church St.
New York, New York 10007
212-788-1007

4

## DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS
## APPENDIX A

212- 417-5390

*State of New York*

Mark Lanier
Rick Meadow
Lanier Law Firm
126 East 56th St., 6th Floor
New York, NY 10022
212-421-2800

*State of Alaska*

Kenneth D. Lougee
Siegfried & Jensen
5664 South Green St.
Murray, Utah 84123
866-883-5350

*State of Utah*

Joseph W. Steele
5664 South Green St.
Murray, UT 84123
801-266-0999

*State of Utah*


Michael J. Miller
David J. Dickens
The Miller Firm, LLC
108 Railroad Ave.
Orange, VA 22960
540-672-4224

*State of Montana*

*State of New York*

James E. Fosler
Fosler Law Group, Inc.
737 W. 5th Ave., Suite 205
Anchorage, AK 99501
907-277-1557

*State of Alaska*

David R. Stallard, CPA
Utah Special Ass't. AG
3238 Big Spruce Way
Park City, UT  84098
435-649-7622

*State of Utah*

Mark Lanier
Rick Meadow
Lanier Law Firm
126 East 56th St., 6th Floor
New York, NY 10022
212-421-2800

*State of Utah*

Bill Rossbach
Timothy Bechtold
Rossbach Hart Bechtold
401 N. Washington St.
Missoula, MT 59807
406-543-5156

*State of Montana*

5

979865v.1

# DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS
## APPENDIX A

Attorney General Mike McGrath
PO Box 201401
Helena, MT 59620
406-444-2026

*State of Montana*

H. Vincent McKnight
Chris Tisi
Ashcraft & Gerel LLP
2000 L St., NW, Ste 400
Washington, DC 20036
202-783-6400

*Walker ex rel. District of Columbia*

James D. Young
Special Counsel
Office of the Attorney General
1300 Riverplace Blvd., Ste. 405
Jacksonville, FL 33204
904-348-2720

*State of Florida*

Patrick J. Coughlin
Coughlin Stoia
655 West Broadway, Suite 1900
San Diego, CA 92101
619-231-1058

*Santa Clara County, California*

E. Craig Daue
Buxbaum Dix & Daue
303 N. Ewing St.
Helena, MT 59601
406-327-8677

*State of Montana*

Robert J. Spagnoletti
Attorney General
441 4th St., NW, Ste. 1145S
Washington, DC 20001
202-727-3400

*Walker ex rel. District of Columbia*

Seth R. Lesser
Klafter Olsen & Lesser
1311 Mamaroneck Avenue
White Plains, NY  10605
914-997-5656

*Santa Clara County, California*

Steve Berman
Hagan Berman
1301 Fifth Avenue, Ste 2900
Seattle, WA  98101
206-268-9320

*Santa Clara County, California*

979865v.1

DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS
APPENDIX A

Diane Paolicelli
Melissa Stewart
Roxanne De Francesco
Steven J. Philllips
Levy Phillips & Konigsberg, LLP
800 Third Ave., 13th Fl.
New York, NY 10022
212-605-6250

*Erie County, New York*

Diane Paolicelli
Melissa Stewart
Roxanne De Francesco
Steven J. Philllips
Levy Phillips & Konigsberg, LLP
800 Third Ave., 13th Fl.
New York, NY 10022
212-605-6250

*Orange County, New York*

Diane Paolicelli
Melissa Stewart
Roxanne De Francesco
Steven J. Philllips
Levy Phillips & Konigsberg, LLP
800 Third Ave., 13th Fl.
New York, NY 10022
212-605-6250

*Chautauqua County, New York*

Mark C. Schultz
Cohen, Placitella & Roth
Two Commerce Square
2001 Market Street
Suite 2900
Philadelphia, PA 19103
215-567-3500

*Commonwealth of Pennsylvania*

7

979865v.1