UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| | * | |
| | * | |
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
| All Government Actions | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**DEFENDANT'S FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS TO PLAINTIFFS**

To:     All Government Action plaintiffs, by and through their attorneys of record, as listed on

Appendix A.

Pursuant to FED. R. CIV. P. 34 and Pretrial Order Number 39, please respond to the

following Requests for Production of Documents ("Requests") within thirty (30) days of service

of the Requests.

**DEFINITIONS**

1.     "Address" means the telephone number, street number, street name, city, state, and zip

code of the subject person or entity.  For a natural person, please provide both the home and

business address.

2.     "Beneficiary" means any person who is entitled to or has received coverage under a

Government Health Program.

3.     "Communication" means, without limitation, any act, action, oral speech, written

correspondence, contact, expression of words, thoughts, and/or ideas, or transmission or

1

exchange of data or other information to another person, whether orally, person-to-person, in a group, by telephone, letter, personal delivery, telex, facsimile, and/or any other process, electronic or otherwise.  Communications in writing shall include printed, typed, handwritten, electronic and other readable documents.

4.      "Coverage" means any payment to or reimbursement of, or agreement or obligation to pay or reimburse, in whole or in part, the costs of medical treatment, including prescription drugs.

5.      "Document" means, without limitation, all originals and copies, duplicates, drafts, and recordings of any written, printed, graphic, photographic, electronic or otherwise recorded or stored matter or information, however produced or reproduced, and all writings, of any nature, whether on paper, magnetic tape, electronic or optical media or other information storage means, including film, tapes, computer disks or cards, databases, or personal data assistant memory; and where any such items contain any marking not appearing on the original or are altered from the original, such items shall be considered to be separate original documents.

6.      "Drug Utilization Review Board" means the advisory board to the Government Health Program with responsibility for implementing the requirements set out in 42 U.S.C. § 1396r-8(g) consisting of physicians and pharmacists, and any agent, representative, or present or former employee thereof.

7.      "Food and Drug Administration" ("FDA") means the United States Food and Drug Administration and any department, agent, director, officer, representative, or present or former employee thereof.

8.      "Formulary" means any list of drugs for which you authorize purchases by, reimbursements to, or coverage for beneficiaries, including any co-pay, preference, or other tiers,

979880v.1

lists of preferred drugs, or other sub-categories of lists of preferred drugs, together with any policies or procedures related to exceptions, prior authorization, step therapy, or similar restrictions or requirements related to the coverage or use of drugs.

9.      "Government Health Program" means a program under which you pay for, in whole or in part, the costs of medical treatment, including prescription drug benefits, to persons in your jurisdiction.

10.    "Healthcare Professional" means any physician (including interns and residents), nurse, psychologist, psychiatrist, counselor, pharmacist, pharmacy, dispensary, hospital, clinic, or nursing home, or any other individual or entity who or which provides or assists in the provision of any medical, pharmaceutical or mental health treatment, including those employed by you, or who practice or have practiced in your jurisdiction.

11.    "Including" means "including but not limited to" and "including without limitation."

12.    "Merck & Co., Inc." and "Merck" means the defendant in this action, and any of the subsidiaries, divisions, departments, affiliates, predecessors, successors or offices of the defendant by whatever name known, and all present and former officers, directors, employees, trustees, principals, agents, and representatives of Merck, as well as any person acting or purporting to act on its behalf.

13.    "NSAIDs" means non-steroidal anti-inflammatory drugs.

14.    "Person" means any natural person and any entity, including any corporation, association, partnership, or other business or government enterprise.

15.    "Pharmacy and Therapeutics Committee" ("P & T Committee") means any person or persons, acting either individually or as a committee on behalf of you, a pharmacy benefit manager, or other entity with responsibility for recommending or deciding which drugs will be

3

placed or kept on the formulary and/or the conditions and terms under which you will authorize purchase of, coverage of, or reimbursement for those drugs.

16.     "Pharmacy Benefit Manager" means any entity that undertakes the administration of a pharmacy benefit plan, including formulary development, contracting with pharmaceutical manufacturers, pharmacy network management, claims processing, pharmacy customer service, or mail order programs or plans.

17.     "Relate to" or "Relating to" means referring to, mentioning, reflecting, containing, pertaining to, evidencing, involving, describing, discussing, responding to, supporting, opposing, constituting or being a draft, copy or summary of, in whole or in part.

18.     "Relevant Drugs" means and includes (listed by branded (generic) names):

    a.  Anthrotec (diclofenac/misoprostol)

    b.  Bextra (valdecoxib)

    c.  Celebrex (celecoxib)

    d.  Daypro (oxaprozin)

    e.  Ibuprofen

    f.  Mobic (meloxicam)

    g.  Naprosyn, Anaprox, Naprelan, Aleve (naproxen)

    h.  Relafen (nabumetone)

    i.  Voltaren (diclofenac)

    j.  Proton pump inhibitors, including (listed by generic (branded) names:

        1.  Omeprazole (Losec, Prilosec, Zegerid, Ocid, Lomac, Omepral, Omez)

        2.  Lansoprazole (Prevacid, Zoton, Inhibitol, Levant, Lupizole)

        3.  Dexlansoprazole (Kapidex)

979880v.1

    4.    Esomeprazole (Nexium, Esotrex)

    5.    Pantoprazole (Protonix, Somac, Pantoloc, Pantozol, Zurcal, Pan)

    6.    Rabeprazole (Rabecid, Aciphex, Pariet, Rabeloc, Dorafem).

19.    "State Plan" means the document or documents described in 42 C.F.R. § 430.10 and filed with the federal Centers for Medicare and Medicaid Services.

20.    "Vioxx" means the drug rofecoxib sold by Merck under the registered trademark VIOXX®.

21.    "You" or "Your" means all plaintiffs listed on the complaint, along with all present and former employees, agents, representatives, departments, committees or equivalent entities, or attorneys of the State (including the District of Columbia), county, or city bringing this action or on whose behalf this action is brought, including any State, county, or city entities responsible for administration and oversight of the Government Health Program, the Pharmacy & Therapeutics Committee or equivalent entity, the Drug Utilization Review Board or equivalent entity, any third-party contractor or vendor working for, or providing services to, the State, county, or city and/or any of its agencies, as well as any person acting or purporting to act on your behalf, including the Office of the Attorney General, the Office of the County Attorney, the Office of the City Attorney, and any of the attorneys or law firms that purport to represent the plaintiffs in this action.

22.    The singular herein includes the plural and vice versa; the words "and" and "or" shall be construed as "and/or" in order to bring all information within the scope of the Request.  The words, "each," "all," and "any," mean "any and all" or "each and every."

979880v.1

## **INSTRUCTIONS**

1.     Each Request herein extends to any information in the possession, custody or control of any of Your present or former employees, agents, representatives, or attorneys, Including any of the attorneys or law firms that purport to represent You in this litigation.

2.     Each and every non-identical copy of a Document, whether different from the original because of indications of the recipient(s), handwritten notes, marks, attachments, marginalia, or any other reason, is a separate Document that must be produced.

3.     If You object to any portion of a Request on the ground of privilege, respond to the non-privileged portion of the Request by providing such non-privileged information as is responsive.

4.     If You object to any portion of a Request on any ground other than privilege, You should still provide Documents responsive to the remaining non-objectionable portion.

5.     In the event any Document is withheld on a claim of attorney/client privilege, other privilege, or work-product immunity, provide a detailed privilege log that describes the nature and basis for Your claim and the subject matter of the Document withheld, in a manner sufficient to disclose facts upon which You rely in asserting Your claim, and to permit the grounds and reasons for withholding the Document to be identified.  Such description should, at a minimum:

    a. state the date of the Document;

    b. identify each and every author of the Document;

    c. identify each and every Person who prepared or participated in the preparation of the Document;

    d. identify each and every Person who received the Document;

    e. identify each and every Person from whom the Document was received;

    f. state the present location of the Document and all copies thereof;

979880v.1

g.  identify each and every Person having custody or control of the Document and all copies thereof;

h.  describe the subject and purpose of the Document; and

i.  provide sufficient further information concerning the Document and circumstances thereof to explain the claim of privilege or immunity and permit the adjudication of the propriety of that claim.

6.    If the basis of an objection to any Request, or any portion thereof, is a statute, contract or other agreement, or any other obstacle to production that You claim is based in the law, please Identify the basis of that purported obstacle with specificity.

7.    If the basis of an objection to production is that a Document includes legally-protected confidential identifying information, please indicate this specifically, and state whether such information is capable of being redacted.  If redaction is possible, redacted versions should be produced.

8.    Each Request herein shall be construed independently, and no Request shall be viewed as limiting the scope of any other Request.  Please indicate where any portion of Your response to a Request has been covered in Your response to another Request, and please specify the Request numbers at issue.

9.    Each Request herein shall encompass the time period from January 1, 1998 to December 31, 2006 unless expressly stated in a specific Request.

10.    These Requests are continuing in nature and Your responses shall be supplemented or amended, and additional Documents produced promptly, if additional responsive Documents become known to You or come within Your possession, custody, or control.

979880v.1

11.    If a Document responsive to any Request once existed, but has been lost, destroyed, erased or otherwise is no longer in Your possession, (a) Identify and describe the Document, (b) describe how the Document was lost or destroyed, (c) state when the Document was lost or destroyed, and (d) provide the name and Address of the present custodian of any such Document known to You.

12.    If You claim that any Documents responsive to any Request are already in the possession of Merck, please Identify the Document with sufficient specificity to allow Merck to locate it.

13.    Documents should be produced electronically as single page tiffs with an IPRO load file, text files (OCR for documents originally in paper form and extracted text from originally electronic documents) with the following objective coding:

      a.  Author(s)

      b.  Recipient(s)

      c.  CC(s)

      d.  Document Date

      e.  Document Title

      f.  Document Type

      g.  Document Custodian

      h.  Beginning and End Bates Numbers

      i.  Beginning and End Bates Numbers of Attachments

      j.  Marginalia (yes or no)

      k.  Redacted (yes or no).

14.    Because Merck is propounding these Requests without knowledge of the technical details of Your information technology systems, databases, and other electronically stored information, Merck

979880v.1

requests that before You produce Documents responsive to these Requests, representatives of Merck be allowed to meet and confer with Persons with technical knowledge of Your systems to facilitate the efficient production of Documents.

979880v.1

## DOCUMENT REQUESTS

### Requests Relating to the Administration of The Government Health Program

**Request Number 1:** Produce Documents describing all databases or other electronically stored information You use to record or analyze prescriptions for drugs and other medical treatment paid for or reimbursed by the Government Health Program, Including Documents Identifying all data fields contained within those databases.[1]


**Response:**


**Request Number 2:** If Your response to Interrogatory Number 1 is anything other than an unequivocal "No," produce Documents Relating to the Person(s) Identified in Your response to Interrogatory Number 2 that Relate to facts implicated in Your lawsuit, Documents Relating to Communications between You and that/those Person(s) that Relate to facts implicated in Your lawsuit, and any other Documents that Relate to Your response to Interrogatory Number 2.


**Response:**


**Request Number 3:** If Your response to Interrogatory Number 6 is anything other than an unequivocal "No," produce Documents Relating to the methods Identified in Your response, and any other Documents that Relate to the response.


**Response:**

---

[1] Please see Instruction Number 14 before responding to this Request.

979880v.1

**Request Number 4:**  Produce organizational charts of the entities that manage or administer the Government Health Program from January 1, 1998 to the present.

**Response:**

**Request Number 5:**  Produce all Documents provided to, or generated by, the P & T Committee Relating to Vioxx and Relevant Drugs, Including minutes of meetings, transcripts of meetings, meeting agendas, and studies or analyses of any kind from January 1, 1998 to the present.

**Response:**

**Request Number 6:**  Produce all Documents provided to, or generated by, the Drug Utilization Review Board Relating to Vioxx and Relevant Drugs, Including minutes of meetings, transcripts of meetings, meeting agendas, and studies or analyses of any kind from January 1, 1998 to the present.

**Response:**

**Request Number 7:**  Produce all Communications Relating to Vioxx and Relevant Drugs provided under the Government Health Program from or between You and (1) the Centers for Medicare and Medicaid Services; (2) Pharmacy Benefit Managers, to the extent they Relate to safety, efficacy, pricing, or Coverage; (3) consultants, to the extent they Relate to safety,

979880v.1

efficacy, pricing, or Coverage; (4) administrative services only entities, to the extent they Relate to safety, efficacy, pricing, or Coverage; (5) private healthcare insurance providers, to the extent they Relate to safety, efficacy, pricing, or Coverage; and (6) administrators of health, welfare or benefit plans or their delegates or agents, to the extent they Relate to safety, efficacy, pricing, or Coverage.

**Response:**

**Request Number 8:**  Produce Documents Relating to all Communications between Merck and any Person employed by, under contract with, or acting on behalf of the Government Health Program Relating to Vioxx and Relevant Drugs from January 1, 1998 to the present.

**Response:**

**Request Number 9:**  Produce Documents Relating to all Communications between the Food and Drug Administration and any Person presently or formerly employed by, under contract with, or acting on behalf of the Government Health Program Relating to Vioxx and Relevant Drugs from January 1, 1998 to the present.

**Response:**

**Request Number 10:**  Produce copies of the Formulary for the Government Health Program from January 1, 1998 to the present, Including all drafts and amendments.

979880v.1

**Response:**


**Request Number 11:**  Produce copies of the State Plan for the Government Health Program from 1998 to the present, Including all drafts and amendments.


**Response:**


**Request Number 12:**  Produce copies of all rebate agreements and supplemental rebate agreements with pharmaceutical manufacturers, designating them as "Attorneys Eyes Only," Relating to Vioxx and Relevant Drugs for the Government Health Program from 1998 to the present and Documents sufficient to show the amount of rebates paid to You under those agreements.


**Response:**


**Request Number 13:**  Produce all Documents, designating them as "Attorneys Eyes Only," Relating to any discounts or price concessions that You received from any suppliers or the manufacturers of Vioxx and Relevant Drugs Relating to Vioxx and Relevant Drugs from January 1, 1998 to the present.


**Response:**

**Request Number 14:**  Produce copies of all statutes, regulations, opinion letters, policy manuals, policies and procedures, and rules Relating to the administration of the Government Health Program, Including rules Relating to Healthcare Professionals who have prescribed Vioxx and Relevant Drugs, rules Relating to pharmacies who seek reimbursements for such prescriptions, and rules Relating to developing or revising the Formulary, to the extent they pertain to Vioxx or Relevant Drugs.

**Response:**

**Request Number 15:**  Produce copies of all agreements between You and the federal government, other government entities, pharmaceutical manufacturers, consultants, Pharmacy Benefit Managers, and Healthcare Professionals that have been in force at any time between January 1, 1998 and the present, to the extent they Relate to the prescribing of Vioxx and Relevant Drugs.

**Response:**

**Request Number 16:**  Produce all Documents Relating to Beneficiaries switching between Vioxx, any of the Relevant Drugs, and any other drug or therapy.

**Response:**

14

**Request Number 17:**  Produce copies of all Communications between You and Healthcare Professionals that Relate to Vioxx or Relevant Drugs Including letters, newsletters, reports, educational materials, prescribing or treatment algorithms, or interventions.

**Response:**

**Requests Relating to Your Claims for Damages**

**Request Number 18:**  If Your response to Interrogatory Number 16 is anything other than an unequivocal "No," produce Documents Relating to prescriptions written for or received by Beneficiaries for Vioxx and Relevant Drugs from January 1, 1998 to the present, and any other Documents that Relate to the response.

**Response:**

**Request Number 19:**  If Your response to Interrogatory Number 19 is anything other than an unequivocal "No," produce Documents Relating to all medical services and treatment received by Beneficiaries who received prescriptions from Healthcare Professionals for Vioxx and Relevant Drugs from January 1, 1998 to the present.  Include all Documents (Including medical records, medical and laboratory reports, hospital records, Documents Relating to diagnoses, and notes made by Healthcare Professionals) that Relate to (1) the writing and filling of prescriptions for those Beneficiaries, (2) injuries allegedly suffered by those Beneficiaries, (3) the amount of money You spent on medical treatment of those injuries, and (4) any other Documents that Relate to the response.

15

**Response:**

**Request Number 20:**  If Your response to Interrogatory Number 20 is anything other than an unequivocal "No," produce (1) Documents Relating to each prescription of Vioxx received by each Person Identified in the response, (2) Documents Relating to the evidence that You believe shows that Merck's alleged misconduct caused the damages You seek to recover on behalf of such Persons, (3) Documents Relating to the amount of damages You seek to recover on behalf of such Persons, and (4) any other Documents that Relate to the response.

**Response:**

**Request Number 21:**  If Your response to Interrogatory Number 21 is anything other than an unequivocal "No," produce (1) all Documents Relating to Your compliance with all legal requirements, Including procedural and notice requirements, for initiating and proceeding with Your lawsuit, (2) all Documents Relating to Vioxx and Relevant Drugs, (3) Documents Relating to the evidence that You believe shows that Merck's alleged misconduct caused the damages for You seek to recover on behalf of the government, (4) Documents Relating to the amount of damages You seek to recover on behalf of the government, and (5) any other Documents that Relate to the response.

**Response:**

16

**Request Number 22:** If Your response to Interrogatory Number 22 is anything other than an unequivocal "No," produce all Documents Relating to the factual basis for Your calculation of disgorgement or restitution damages You seek, and any other Documents that Relate to the response.

**Response:**

**Request Number 23:** If Your response to Interrogatory Number 23 is anything other than an unequivocal "No," produce all Documents Relating to the factual basis for Your calculation of punitive or exemplary damages You seek, and any other Documents that Relate to the response.

**Response:**

**Request Number 24:** If Your response to Interrogatory Number 24 is anything other than an unequivocal "No," produce all Documents Relating to the factual basis for Your calculation of the statutory penalties You seek, and any other Documents that Relate to the response.

**Response:**

**Request Number 25:** If Your response to Interrogatory Number 25 is anything other than an unequivocal "No," produce Documents Relating to the amount of damages You seek to recover

979880v.1

on behalf of self-insured health, welfare, or benefit plans, copies of any agreements, contracts, or plan documents Relating to such plans, and any other Documents that Relate to the response.

**Response:**

**Request Number 26:**  If Your response to Interrogatory Number 26 is anything other than an unequivocal "No," produce all Documents Relating to the factual basis for Your calculation of the other monetary damages You seek, and any other Documents that Relate to the response.

**Response:**

**Request Number 27:**  If Your response to Interrogatory Number 27 is anything other than an unequivocal "No," produce Documents Relating to any fee agreements, work records, and invoices Relating to the attorneys' fees You seek, Documents Relating to the factual basis for Your calculation of the amount of such fees You Identified in the Response, and any other Documents that Relate to the response.

**Response:**

**Request Number 28:**  If Your response to Interrogatory Number 28 is anything other than an unequivocal "No," produce Documents Relating to any agreements, statutes, or regulations governing the relationship between You and the private sector or government entities Identified

in the response (Including contracts and plan documents), Documents sufficient to show the amount of money such entities paid You, and any other Documents that Relate to the response.

**Response:**

**Request Number 29:**  If Your response to Interrogatory Number 29 is anything other than an unequivocal "No," produce Documents Relating to any agreements, statutes, or regulations governing the relationship between You and the private sector or government entities Identified in the response (Including contracts and plan documents), Documents sufficient to show the amount of money You paid such entities, and any other Documents that Relate to the response.

**Response:**

**Request Number 30:**  Produce all Documents Relating to damages You seek to recover in this lawsuit that You did not produce in response to any other Request.

**Response:**

**Request Number 31:**  Produce Documents sufficient to show the amount of money, if any, You have received as a result of any settlement Relating to Vioxx.

979880v.1

**Response:**

**Request Number 32:**  Produce all studies, reports, analyses, and data compilations (Including utilization, outcome, and pharmacoeconomic studies) Relating to the concomitant use of Proton Pump Inhibitors with the Relevant Drugs by Beneficiaries.

**Response:**

**Requests Relating to Your Knowledge of the Risks of
Vioxx and Relevant Drugs**

**Request Number 33:**  Produce all Documents in your possession Relating to studies, analyses, and/or evaluations Relating to Vioxx and Relevant Drugs, Including utilization reports, pharmacoeconomic studies, periodic reports, and/or medical journal articles Relating to the clinical risks and benefits and/or health effects of those drugs, Including any studies or analyses performed by or for You.

**Response:**

**Request Number 34:**  If Your response to Interrogatory Number 35 is anything other than an unequivocal "No," produce Documents Relating to any joint programs, educational programs, symposia, or agreements between You and any medical school or affiliated personnel, pharmacy school or affiliated personnel, medical association, medical organization, or medical specialty society Relating to decisions about Your Formulary from January 1, 1998 to the present, and any other Documents that Relate to the response.

979880v.1

**Response:**

**Request Number 35:**  Produce all Communications between You and Healthcare Professionals, medical schools, pharmacy schools, medical associations, medical organizations, or medical specialty societies, and Beneficiaries Relating to the utilization or clinical risks and benefits of Vioxx and Relevant Drugs from January 1, 1998 to the present.

**Response:**

**Request Number 36:**  Produce all Documents in Your possession written, published, generated or otherwise created by any medical schools, medical associations, medical organizations, and medical specialty societies Relating to Vioxx and Relevant Drugs from January 1, 1998 to the present.

**Response:**

**Request Number 37:**  Produce copies of all promotional materials or advertisements Relating to Vioxx and Relevant Drugs that You received or reviewed.

**Response:**

**Miscellaneous Requests**

**Request Number 38:**  Produce copies of all engagement letters between You and any private counsel representing You in this lawsuit, Including all Documents Relating to the negotiation of such representation.


**Response:**


**Request Number 39:**  Produce all Documents You had in Your possession Relating to any changes to the FDA-approved label or product insert for Vioxx and Relevant Drugs during the time that Vioxx was on the market.


**Response:**


**Request Number 40:**  Produce Documents sufficient to show, on a yearly basis and a monthly basis for each year, the number of Beneficiaries entitled to Coverage.


**Response:**


**Request Number 41:**  Produce Documents Relating to any monetary effect Vioxx or any Relevant Drug (Including its presence, absence, and status on the Formulary) was expected to have or did have on Your budget from January 1, 1998 to the present.


**Response:**

**Request Number 42:**  Produce Documents Relating to the amount of money You spent annually on Proton Pump Inhibitors for Beneficiaries for each year since January 1, 1998 to the present.

**Response:**

**Request Number 43:**  Produce all expert reports for those experts You Identify in Your response to Interrogatory Number 31.

**Response:**

**Request Number 44:**  Produce copies of all witness statements for the fact witnesses You Identify in Your response to Interrogatory Number 32.

**Response:**

**Request Number 45:**  Produce copies of all exhibits You intend to use at trial.

**Response:**

979880v.1

Respectfully submitted,


*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

24

979880v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Defendant's First Set of Requests for Production of Documents to Plaintiffs have been served on Liaison Counsel, Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B on this 5th day of June, 2009.

_/s/ Dorothy H. Wimberly_____

979880v.1

DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFFS
APPENDIX A

James R. Dugan
Dugan Law Firm
650 Poydras St., Ste. 2150
New Orleans, LA 70130
504-648-0180

*State of Louisiana*

Stuart A. Kritzer
Law Offices of Stuart A. Kritzer, P.C
140 E. Nineteenth Ave., Third Floor
Denver, CO 80203
303-393-1111

*Franklin ex rel. State of Colorado*

Sheila Bossier
Bossier & Kitchens
1520 North State St.
Jackson, MS 39202
601-352-5450

*State of Mississippi*

Randall M. Fox
Special Assistant Attorney General
Office of the New York Attorney General
Medicaid Fraud Control Unit
120 Broadway
New York, New York  10271
212- 417-5390

*State of New York*

James D. Caldwell
Louisiana Attorney General's Office
1885 N. Third St.
Baton Rouge, LA 70804
225-326-6300

*State of Louisiana*

Mark Lanier
Rick Meadow
Lanier Law Firm
126 East 56th St., 6th Floor
New York, NY 10022
212-421-2800

*Franklin ex rel. State of Colorado*

Rickey T. Moore
Geoffrey C. Morgan
Office of the Attorney General
Walter Sillers Building
550 High Street, Suite 1200
Jackson, MS 39201

*State of Mississippi*

John Low-Beer
Affirmative Litigation Division
New York City Law Dept.
100 Church St.
New York, New York 10007
212-788-1007

*State of New York*

1

Mark Lanier
Rick Meadow
Lanier Law Firm
126 East 56th St., 6th Floor
New York, NY 10022
212-421-2800

*State of Alaska*

Kenneth D. Lougee
Siegfried & Jensen
5664 South Green St.
Murray, Utah 84123
866-883-5350

*State of Utah*

Joseph W. Steele
5664 South Green St.
Murray, UT 84123
801-266-0999

*State of Utah*


Michael J. Miller
David J. Dickens
The Miller Firm, LLC
108 Railroad Ave.
Orange, VA 22960
540-672-4224

*State of Montana*

Attorney General Mike McGrath
PO Box 201401
Helena, MT 59620
406-444-2026

*State of Montana*

James E. Fosler
Fosler Law Group, Inc.
737 W. 5th Ave., Suite 205
Anchorage, AK 99501
907-277-1557

*State of Alaska*

David R. Stallard, CPA
Utah Special Ass't. AG
3238 Big Spruce Way
Park City, UT  84098
435-649-7622

*State of Utah*

Mark Lanier
Rick Meadow
Lanier Law Firm
126 East 56th St., 6th Floor
New York, NY 10022
212-421-2800

*State of Utah*

Bill Rossbach
Timothy Bechtold
Rossbach Hart Bechtold
401 N. Washington St.
Missoula, MT 59807
406-543-5156

*State of Montana*

E. Craig Daue
Buxbaum Dix & Daue
303 N. Ewing St.
Helena, MT 59601
406-327-8677

*State of Montana*

979880v.1

H. Vincent McKnight
Chris Tisi
Ashcraft & Gerel LLP
2000 L St., NW, Ste 400
Washington, DC 20036
202-783-6400

*Walker ex rel. District of Columbia*

James D. Young
Special Counsel
Office of the Attorney General
1300 Riverplace Blvd., Ste. 405
Jacksonville, FL 33204
904-348-2720

*State of Florida*

Patrick J. Coughlin
Coughlin Stoia
655 West Broadway, Suite 1900
San Diego, CA 92101
619-231-1058

*Santa Clara County, California*

Diane Paolicelli
Melissa Stewart
Roxanne De Francesco
Steven J. Philllips
Levy Phillips & Konigsberg, LLP
800 Third Ave., 13th Fl.
New York, NY 10022
212-605-6250

*Erie County, New York*

Robert J. Spagnoletti
Attorney General
441 4th St., NW, Ste. 1145S
Washington, DC 20001
202-727-3400

*Walker ex rel. District of Columbia*

Seth R. Lesser
Klafter Olsen & Lesser
1311 Mamaroneck Avenue
White Plains, NY  10605
914-997-5656

*Santa Clara County, California*

Steve Berman
Hagan Berman
1301 Fifth Avenue, Ste 2900
Seattle, WA  98101
206-268-9320

*Santa Clara County, California*

Diane Paolicelli
Melissa Stewart
Roxanne De Francesco
Steven J. Philllips
Levy Phillips & Konigsberg, LLP
800 Third Ave., 13th Fl.
New York, NY 10022
212-605-6250

*Chautauqua County, New York*

3

Diane Paolicelli
Melissa Stewart
Roxanne De Francesco
Steven J. Philllips
Levy Phillips & Konigsberg, LLP
800 Third Ave., 13th Fl.
New York, NY 10022
212-605-6250

*Orange County, New York*

James R. Dugan
Dugan Law Firm
650 Poydras St., Ste. 2150
New Orleans, LA 70130
504-648-0180

*State of Louisiana*

Stuart A. Kritzer
Law Offices of Stuart A. Kritzer, P.C
140 E. Nineteenth Ave., Third Floor
Denver, CO 80203
303-393-1111

*Franklin ex rel. State of Colorado*

Sheila Bossier
Bossier & Kitchens
1520 North State St.
Jackson, MS 39202
601-352-5450

*State of Mississippi*

Randall M. Fox
Special Assistant Attorney General
Office of the New York Attorney General
Medicaid Fraud Control Unit
120 Broadway
New York, New York  10271
212- 417-5390

Mark C. Schultz
Cohen, Placitella & Roth
Two Commerce Square
2001 Market Street
Suite 2900
Philadelphia, PA 19103
215-567-3500

*Commonwealth of Pennsylvania*

James D. Caldwell
LA Atty General's Office
1885 N. Third St.
Baton Rouge, LA 70804
225-326-6300

*State of Louisiana*

Mark Lanier
Rick Meadow
Lanier Law Firm
126 East 56th St., 6th Floor
New York, NY 10022
212-421-2800

*Franklin ex rel. State of Colorado*

Rickey T. Moore
Geoffrey C. Morgan
Office of the Attorney General
Walter Sillers Building
550 High Street, Suite 1200
Jackson, MS 39201

*State of Mississippi*

John Low-Beer
Affirmative Litigation Division
New York City Law Dept.
100 Church St.
New York, New York 10007
212-788-1007

*State of New York*

4

979880v.1

*State of New York*

Mark Lanier
Rick Meadow
Lanier Law Firm
126 East 56th St., 6th Floor
New York, NY 10022
212-421-2800

*State of Alaska*

Kenneth D. Lougee
Siegfried & Jensen
5664 South Green St.
Murray, Utah 84123
866-883-5350

*State of Utah*

Joseph W. Steele
5664 South Green St.
Murray, UT 84123
801-266-0999

*State of Utah*

Michael J. Miller
David J. Dickens
The Miller Firm, LLC
108 Railroad Ave.
Orange, VA 22960
540-672-4224

*State of Montana*

Attorney General Mike McGrath
PO Box 201401
Helena, MT 59620
406-444-2026

*State of Montana*

James E. Fosler
Fosler Law Group, Inc.
737 W. 5th Ave., Suite 205
Anchorage, AK 99501
907-277-1557

*State of Alaska*

David R. Stallard, CPA
Utah Special Ass't. AG
3238 Big Spruce Way
Park City, UT  84098
435-649-7622

*State of Utah*

Mark Lanier
Rick Meadow
Lanier Law Firm
126 East 56th St., 6th Floor
New York, NY 10022
212-421-2800

*State of Utah*

Bill Rossbach
Timothy Bechtold
Rossbach Hart Bechtold
401 N. Washington St.
Missoula, MT 59807
406-543-5156

*State of Montana*

E. Craig Daue
Buxbaum Dix & Daue
303 N. Ewing St.
Helena, MT 59601
406-327-8677

*State of Montana*

5

979880v.1

H. Vincent McKnight
Chris Tisi
Ashcraft & Gerel LLP
2000 L St., NW, Ste 400
Washington, DC 20036
202-783-6400

*Walker ex rel. District of Columbia*

James D. Young
Special Counsel
Office of the Attorney General
1300 Riverplace Blvd., Ste. 405
Jacksonville, FL 33204
904-348-2720

*State of Florida*

Patrick J. Coughlin
Coughlin Stoia
655 West Broadway, Suite 1900
San Diego, CA 92101
619-231-1058

*Santa Clara County, California*

Diane Paolicelli
Melissa Stewart
Roxanne De Francesco
Steven J. Philllips
Levy Phillips & Konigsberg, LLP
800 Third Ave., 13th Fl.
New York, NY 10022
212-605-6250

*Erie County, New York*

Robert J. Spagnoletti
Attorney General
441 4th St., NW, Ste. 1145S
Washington, DC 20001
202-727-3400

*Walker ex rel. District of Columbia*

Seth R. Lesser
Klafter Olsen & Lesser
1311 Mamaroneck Avenue
White Plains, NY  10605
914-997-5656

*Santa Clara County, California*

Steve Berman
Hagan Berman
1301 Fifth Avenue, Ste 2900
Seattle, WA  98101
206-268-9320

*Santa Clara County, California*

Diane Paolicelli
Melissa Stewart
Roxanne De Francesco
Steven J. Philllips
Levy Phillips & Konigsberg, LLP
800 Third Ave., 13th Fl.
New York, NY 10022
212-605-6250

*Chautauqua County, New York*

6

Diane Paolicelli
Melissa Stewart
Roxanne De Francesco
Steven J. Philllips
Levy Phillips & Konigsberg, LLP
800 Third Ave., 13th Fl.
New York, NY 10022
212-605-6250

*Orange County, New York*

Mark C. Schultz
Cohen, Placitella & Roth
Two Commerce Square
2001 Market Street
Suite 2900
Philadelphia, PA 19103
215-567-3500

*Commonwealth of Pennsylvania*