**MURRAY LAW FIRM**
SUITE 2150 POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

| | |
|---|---|
| STEPHEN B. MURRAY* | TELEPHONE 504.525.8100 |
| STEPHEN B. MURRAY, JR. | 1.800.467.8100 |
| JULIE A. ARDOIN** | FAX 504.584.5249 |
| ARTHUR M. MURRAY | www.murray-lawfirm.com |
| NICOLE IEYOUB-MURRAY | |
| JESSICA W. HAYES | OF COUNSEL |
| JAMES R. DUGAN, II | |
| JUSTIN BLOOM **** | JOSEPH A RACE |
| DOUGLAS R. PLYMALE, Ph.D. | ROBERT J. DILIBERTO*** |
| KOREY A. NELSON | DAMON A. KIRIN |
| | WILLIAM W. GOODELL, JR., L.L.M. |
| * CERTIFIED AS A SPECIALIST IN | Energy and Environment |
|   CIVIL TRIAL ADVOCACY BY THE NATIONAL | |
|   BOARD OF TRIAL ADVOCACY | |
| ** LICENSED IN LA & MS | |
| ***LICENSED IN LA & TX | |
| **** LICENSED IN FL & NY | |

July 21, 2009

**Via E-mail**

Benjamin R. Barnett, Esq.
Dechert LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19104-2808

      Re:   Vioxx Product Liability Litigation, MDL 1657, Case No. 05-3700
           *State of Louisiana, ex rel. James D. Caldwell, Attorney General v. Merck & Co., Inc.*
           Meet-and-Confer Regarding Louisiana AG Master Discovery

Dear Mr. Barnett:

This letter serves to follow-up on the status of outstanding issues raised during the July 13, 2009 meet-and-confer teleconference regarding the Louisiana AG's responses to Merck's Master Discovery Requests that were memorialized in your letter of July 17, 2009. Taken in order from your letter:

First, Plaintiffs intend to produce a privilege log by the end of this week.

Second, Plaintiffs seek to clarify the term "rebate agreements" as referenced in your letter and discussed during the meet-and-confer. Specifically, Plaintiffs were referring to Plaintiffs' response to Merck's Request for Production No. 12, which states in part: "Plaintiffs believe the supplemental rebate agreements and the federal rebate agreements as they relate to the other drugs are confidential pursuant to 42 USC A 1396 r-8 and La R.S. 44:4 (36)."

Benjamin R. Barnett, Esq.                                                                              MURRAY LAW FIRM
July 21, 2009
Page 2

Third, Plaintiffs identify the following fact witnesses at this time:

- Holly Jacques (Government Affairs Executive);
- Mary Ogle (National Account Executive);
- Doug Jordan (National Account Executive);
- Doug Welch (National Account Executive);
- John Fevurly (National Account Executive for relevant PBM);
- Steven Shearer (National Account Executive for relevant PBM);
- Michael Davis (National Account Executive for relevant PBM);
- Wendy Lepore (Customer Manager);
- Warren Lambert (Regional Business Director);
- Fran Kaiser (Regional Medical Director);
- Kerry Edwards (Regional Medical Director);
- Allan Goldberg (Regional Medical Director);
- Terri Lee (Government Affairs & Policy official);
- Chuck Grezlak (Government Affairs & Policy official)

Plaintiffs reserve the right to supplement this response.

Fourth, Plaintiffs will supplement their response to RFP No. 17 with documents that were previously produced to Merck in response to its public records request in 2006. For all other responses, Plaintiffs state that they have completed their search for responsive materials and have either produced all responsive documents, or withheld documents that will be identified on the privilege log, or for several items discussed herein will be supplementing their production.

Fifth, regarding the claims data, enclosed please find a list of the fields produced with an explanation of the data contained in those fields. Plaintiffs have already identified a list of non-produced fields of the pharmacy claims system, and Plaintiffs have agreed to request from Unisys and produce a list of definitions of the non-produced fields. Note that this document is marked "HIGHLY CONFIDENTIAL." Please further note that the first field of the claims data produced contains an 18 character unique identifier for each claimant. Plaintiffs' position is that the fields produced adequately respond to Merck's discovery requests and contain all requested information.

Sixth, the proton pump inhibitors ("PPI") included in the claims data are: Aciphex (rabeprazole sodium), Kapidex (dexlansoprazole), lansoprazole, Nexium (esomeprazole magnesium trihydrate), Nexium I.V. (esomeprazole sodium) omeprazole, pantoprazole sodium Prevacid (lansoprazole), Prevacid IV (lansoprazole), Prilosec (omeprazole & omeprazole magnesium), Prilosec OTC (emprazole magnesium), Protonix (pantoprazole sodium), Protonix IV (pantoprazole sodium), and Zegerid (omeprazole/sodium bicarbonate) .

Seventh, regarding deposition dates for Ben Bearden, Mr. Bearden retired from DHH in 2006. Plaintiff is attempting to locate Mr. Bearden and will have dates for his deposition as soon as practicable.

Benjamin R. Barnett, Esq.                                                          MURRAY LAW FIRM
July 21, 2009
Page 3

Eighth, regarding whether the files, including emails, of certain individuals identified by Merck, were searched for both these discovery requests and those in 2006, please be advised of the following:

- Mary Terrabonne (Pharmacy Director for Louisiana Department of Health and Hospitals (DHH); Yes, both in 2006 and 2009.
- Vincent Culotta (Chair of the Louisiana P&T Committee during the relevant time frame) No, he is not and was not a DHH employee
- Ben Bearden (Member of P&T Committee and Director of the Bureau of Health Services Financing at DHH) Yes, his files and emails were searched in 2006.  He retired from DHH in 2006.  His files and emails no longer exist and were not searched in 2009.
- Melwyn Wendt (DHH official responsible for Drug Utilization Review-related activities); Yes, both in 2006 and 2009.
- David Hood (Former Secretary of DHH);  No, no files of his exist.
- Gina Biglane (Faculty member of the College of Pharmacy at University of Louisiana at Monroe who advised DHH on prior authorization);  Plaintiffs have requested confirmation from ULM and will supplement this response.
- Harvey Taylor (deceased) (Undersecretary of DHH). Yes, both in 2006 and 2009.  Germaine Becks-Moody took over his job and has his old files.  He was not undersecretary of DHH.  He was an employee of the Pharmacy Section.  Charles Castille was and is the undersecretary.

Ninth, regarding email systems at DHH, the previous email system was not retained by DHH and no longer exists.  It is possible that individual employees at DHH retained archives of their individual emails, and to the extent that these exist, they were searched by DHH employees for the 2009 requests.

   I remain,

                 Very truly yours,

                 /s/ *Douglas R. Plymale*

                 Douglas R. Plymale, Ph.D.

Enclosure
cc: Eben Flaster, Esq.  (Via e-mail)
   Tarek Ismail, Esq.  (Via e-mail)
   Travis J. Sales, Esq. (Via e-mail)
   Stephen D. Brody, Esq.  (Via e-mail)
   Bryan Anderson, Esq.  (Via e-mail)
   Leonard A. Davis, Esq. (Via-email)
   Dawn Barrios, Esq. (Via e-mail)
   James Dugan, Esq. (Via e-mail)