# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last: Frickleton | First: James | Middle: P |
|---|---|---|---|

| Name of Law Firm | Bartimus, Frickleton, Robertson & Gorny |
|---|---|

| Current Address | Street: 11150 Overbrook Road, Suite 200 | | | |
|---|---|---|---|---|
| | City: Leawood | State: KS | Zip: 66211 | Country: USA |

| Telephone Number | 913-266-2300 | Facsimile | 913-266-2366 | Email | jimf@bflawfirm.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last: Brooks | First: Jeffry | Middle: |
|---|---|---|---|

| Plaintiff Address | Street: 7016 Long | | | |
|---|---|---|---|---|
| | City: Shawnee | State: KS | Zip: 66216 | Country: USA |

| Telephone Number | 913-206-1313 | Facsimile | | Email | jeffrybrooks@aol.com |
|---|---|---|---|---|---|

| Case Caption | In Re: Vioxx |
|---|---|
| Case Number | MDL Docket No. 1657 |
| Court Where Case is Pending | Eastern District of Louisiana |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| Name | Last: Brooks | First: Elizabeth | Middle: |
|---|---|---|---|

| Address | Street: 7016 Long | | | |
|---|---|---|---|---|
| | City: Shawnee | State: KS | Zip: 66216 | Country: USA |

| Telephone Number | 913-915-6124 | Facsimile | | Email | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend   ☒ Relative (specify relationship: Wife) |
|---|---|

#344082

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  8 / 21 / 2009 .
    Month  Day  Year

☒ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**  8/24/09  _____
                (Month/Day/Year)              Counsel

#344082                                2



# BARTIMUS FRICKLETON
# ROBERTSON & GORNY

TRIAL LAWYERS
A PROFESSIONAL CORPORATION

*Attorneys*
JAMES BARTIMUS*
JAMES P. FRICKLETON**
EDWARD D. ROBERTSON, JR.+
STEPHEN M. GORNY**
ANTHONY L. DEWITT+
MARY D. WINTER+
MICHAEL C. RADER****
STEVEN D. HARRELL+
BRETT T. VOTAVA***
EDWARD D. ROBERTSON, III**
GRANT S. RAHMEYER**

OF COUNSEL
JULIE C. FRICKLETON**

*Licensed in Missouri, Kansas & Colorado
**Licensed in Missouri & Kansas
***Licensed in Missouri, Kansas & California
****Licensed in Missouri, Kansas & Mississippi
+Licensed in Missouri

*Business Manager*
KIM LIPPOLD

*Administration*
SUE WASSON
LISA GROVES BAX

*Legal Assistants*
TERESA CROSS
KERRI EMIG
KACY GLEASON
MISTY BODENSTAB
RACHEL HOLLIS
BRIGETTE WIENSTROER
RUTH TICKNER
ANGELA HOFFMAN
MELANIE MCINTOSH

*Financial Manager*
LISA BLAZIC

www.bflawfirm.com

**KANSAS CITY AREA OFFICE**
11150 Overbrook Road
Suite 200
Leawood, KS 66211
Phone: 913-266-2300
Fax: 913-266-2366

**JEFFERSON CITY OFFICE**
715 Swifts Highway
Jefferson City, MO 65109
Phone: 573-659-4454
Fax: 573-659-4460

**SPRINGFIELD OFFICE**
1442 E. Bradford Parkway
Springfield, MO 65804
Phone: 417-882-2112
Fax: 417-882-7715

August 24, 2009

*Reply to Leawood Office*

**VIA FEDERAL EXPRESS**

Clerk of Court
Eastern District Louisiana
500 Poydras Street
New Orleans, LA 70130

Re: Jeffry Brooks
In Re: Vioxx Docket No. 1657

Dear Clerk:

Enclosed please find an original and one copy of a Certification in Support of Motion to Withdraw as Counsel. Please file this document in your usual fashion and return a file-stamped copy to our office in the enclosed self-addressed stamped envelope.

If you should have any questions, please do not hesitated to call.

Very truly yours,

James P. Frickleton
*jimf@bflawfirm.com*

JPF/kdl
Enclosures