UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX  
        PRODUCTS LIABILITY LITIGATION:

MDL NO. 1657

SECTION: L

..................................................................

JUDGE FALLON  
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**  
Sue Archer, et. al.  v. Merck & Co., Inc., No. 2:06-cv-10108  
(previously SDIL USDC 3:06-cv-00767)  Plaintiff Harold Ousley

## MOTION FOR LEAVE TO FILE ADDITIONAL EXHIBIT

COME NOW Plaintiff, and hereby moves the Court for leave to file Additional Exhibit to Plaintiff's Memorandum in Support of Motion to Enforce Settlement filed on August 19, 2009 under seal.   The attached "Exhibit E" includes Plaintiff's response to his Amendment of Points.

Dated: August 27, 2009

RESPECTFULLY SUBMITTED,

BROWN AND CROUPPEN

/s/Seth S. Webb_____  
Seth S. Webb, MO #505666  
Brown & Crouppen, P.C.  
720 Olive Street, Ste. 1800  
St. Louis, MO 63101  
(314) 421-0216  
(314) 421-0359 fax  
swebb@brownandcrouppen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Enforce Settlement has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was filed electronically with the Clerk of Court, Eastern District of Louisiana on this 29th day of August, 2009.

By: /s/Seth S. Webb
Seth S. Webb, MO #505666