To Whom It May Concern:

I am writing this letter in consideration of the award that you would like to reduce. I ask that you reconsider this reduction because it would cause me considerable hardship. For years I have been living on a disability income, which is just barely enough to pay my rent and provide food. After living on a dialysis machine for six years, I was finally given a kidney one year ago. My medical and prescriptions expenses have shot up tremendously since then. I was not able to even buy the medications needed for my health. Since I have been receiving money from the award I have finally been able to pay my medical expenses and buy the prescription medication that is needed. I still have just exhausted the first part of the award with my expenses.

If you reduce the award at this time I will not be able to pay the rest of my expenses. I was depending on the amount established now to see me through this. A reduction would not allow me to keep up with medical expenses. I have already established payment plans on the amount of the award as is. Please reconsider this.

Sincerely,
Harold Ousley

*[signature]*

PLAINTIFF'S EXHIBIT E