**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

**IN RE: VIOXX**
  **PRODUCTS LIABILITY LITIGATION:**

**MDL NO. 1657**

**SECTION:  L**

**JUDGE FALLON**
**MAG. JUDGE KNOWLES**

...................................................................

**THIS DOCUMENT RELATES TO:**
Sue Archer, et. al.  v. Merck & Co., Inc., No. 2:06-cv-10108
(previously SDIL USDC 3:06-cv-00767)  **Plaintiff Harold Ousley**

### ORDER

Considering the foregoing Motion for Leave to File Additional Exhibit E to Plaintiff's

Memorandum in Support of Motion to Enforce Settlement,

IT IS ORDERED that Plaintiff Harold Ousley hereby is granted leave to file Exhibit E to

its Memorandum in Support of Motion to Enforce Settlement.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.

_____
DISTRICT JUDGE