UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| This document relates to: | SECTION L |
| Bill Black, et al. v. Merck & Co., Inc. Case No. 2:05cv4452, *specifically: Robert Hurst and Huey Small* | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |

MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, and in accordance with Pre-Trial Order No. 36, Robert L. Salim, Ronald Corkern, Jr., and Kenneth T. Fibich hereby respectfully move the Court for an Order granting them leave to withdraw as counsel of record in the above-styled action. Movers would show that Plaintiffs' medical expert was unwilling to make the attestations required by Pretrial Order No. 43. Movers do not believe they have a reasonable basis upon which to proceed with the prosecution of Plaintiffs' claims herein. As set forth in the attached Declaration, as required by Pretrial Order No. 36, the undersigned have explained to both Robert Hurst and Huey Small the reasons for counsel seeking to withdraw from the matter. Plaintiffs have consented to the withdrawal.

Movers further request that Plaintiffs be granted a period of sixty (60) days from the date of this Motion to obtain new counsel, and that all pending deadlines be tolled during this period. In the alternative, Movers request that Plaintiffs be given a period of time that is satisfactory to the Court to locate substitute counsel.

Movers would show that Robert Hurst's address and phone number are as follows: Robert Hurst, 150 Airport Road, #34, Many, Louisiana 71449, (318) 256-6427. Movers would show that

Huey Small's address and phone number are as follows: Huey Small, 2000 Old Minden Road, Apt. 29, Bossier City, Louisiana 71111, (318) 828-6983.

                                                RESPECTFULLY SUBMITTED,

                                      By: /s/Robert L. Salim
                                           Robert L. Salim (#11663)
                                           1901 Texas Street
                                           Natchitoches, Louisiana 71457
                                           Phone: (800) 491-1817; Fax: (318) 354-1227

                                           Ronald E. Corkern (#4403)
                                           Post Office Box 1036
                                           Natchitoches, Louisiana 71458
                                           Phone: (318) 352-2302; Fax: (318) 352-7458

                                           Kenneth T. Fibich (#06952600)
                                           1401 McKinney, Suite 1800
                                           Houston, Texas 77010
                                           Phone: (713) 751-0025; Fax: (713) 751-0030
                                           ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing Motion to Withdraw as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of August, 2009.

                                           /s/Robert L. Salim
                                           Robert L. Salim (#11663)
                                           1901 Texas Street
                                           Natchitoches, Louisiana 71457
                                           Phone: (800) 491-1817; Fax: (318) 354-1227

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| This document relates to: | SECTION L |
| Bill Black, et al. v. Merck & Co., Inc. Case No. 2:05cv4452, *specifically: Robert Hurst and Huey Small* | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |

DECLARATION OF COUNSEL FOR PLAINTIFF

As required by Paragraph IIA of Pretrial Order No. 36, Robert L. Salim, Ronald Corkern, Jr., and Kenneth T. Fibich, counsel for Plaintiff in the above captioned matter hereby declare as follows:

1.) Counsel has communicated with Plaintiffs, Robert Hurst and Huey Small;

2.) Counsel has explained to Plaintiffs the reasons for seeking to withdraw from the instant matter; and

3.) Plaintiffs have indicated understanding of these reasons for withdrawal and consent to the same.

RESPECTFULLY SUBMITTED,

By: /s/Robert L. Salim
Robert L. Salim (#11663)
1901 Texas Street
Natchitoches, Louisiana 71457
Phone: (800) 491-1817; Fax: (318) 354-1227
Ronald E. Corkern (#4403)
Post Office Box 1036
Natchitoches, Louisiana 71458
Phone: (318) 352-2302; Fax: (318) 352-7458
Kenneth T. Fibich (#06952600)
1401 McKinney, Suite 1800
Houston, Texas 77010
Phone: (713) 751-0025; Fax: (713) 751-0030
ATTORNEYS FOR PLAINTIFFS