UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER REFERRING MATTER TO MDL TRANSFEREE JUDGE

The undersigned has received the attached correspondence from Ms. Vivian Ross regarding VIOXX Claim Number 1057715. The Court refers this matter to the MDL Transferee Judge charged with the VIOXX proceedings for his review and the taking of appropriate action.

New Orleans, Louisiana, this 27th day of August, 2009.

_____
HONORABLE SARAH S. VANCE
CHIEF JUDGE