VIA FASCIMILE and U.S. Certified Mail

```
RECEIVED
AUG 2 7 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
SARAH S. VANCE
```

August 26, 2009

Chief Judge Sarah Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street, Romm C255
New Orleans, LA  70130

**Re:  Vioxx Claim Number (VCN):  1057715**

Dear Chief Judge Sarah Vance:

I am sending Judge Fallon and yourself copies of my letter to the Claims Administrator dated today August 26, 2009 in an attempt to keep all correspondence documented by your Court which oversees the Vioxx Settlement Program.

Sincerely,

*[signature]*
Vivian Ross

VIA FACSIMILE and Certified U.S. Mail

August 26, 2009

Diann Bates
Vioxx Claims Administrator
115 South 15th Street, Suite 400
Richmond, Virginia 23219-4209

Re: **Claims Administrator Notice of Points Award**
    **Vioxx Claim Number (VCN): 1057715**

Dear Ms. Bates:

As per our telephone conversation today I have received the Notice of Points Award.

The Overall duration of Vioxx use is stated as 2-6 months which should actually be 24 months as per the records that you have in your possession and which I am again faxing and mailing.

**You confirmed that you had pharmacy records for 2003 showing Vioxx usage for 12 months thus this seems to be an obvious oversight from the Claims Administrator which should not be cause for us to have to appeal as the records are clear.**

I must assume that November 1999 and May 2000 Vioxx usage records have also been missed thus I am also including these.

We have a deadline of September 4, 2009 to respond to this Notice. I am asking that this correction be made and mailed to us in time for us to mail back by the deadline.

Sincerely,

*Vivian Ross*
Vivian Ross

Cc:  Judge E. Fallon
     Judge Sarah Vance

ROSS, LOUIS
NOV 1 [illegible]
W: 187 lbs
B/P: 130/70

pt c̄ right leg swelling ī rash
⊖ SOB
P: 76 reg
lg - clear
ext - wnl

RXF - [illegible] edema

O: q leg edema ? DVT v.s.
   venous insuff chr stasis
   4 chol
P: Doppler of LE.
                                    [signature]

c/o cough ā antibiotic for
P: 70
lg - clear
ext - wnl
abd - soft
RXF - 0

O: ⊖ DVT by doppler
   4 chol.

P: Hold Zocor
   V: 0 x x [illegible] ☆
                                    [signature]

NOV 1 [illegible]
W: 188 lbs
B/P: 130/70

Patient's Name: ROSS, LOUIS

Date: MAY 0 8 2000   Chief Complaint: *pt is putg fair, no chest pain, or SOB. But tis complains at night*
*Wife S/p sudden cardiac death, and depression, both sig*

Lung: *clear*
Heart: *RRR  no S1 S2 ⊖ S3 Sx*
Abdomen: *soft  BS(+)*
Extremities: ∅

Dx: *q chol.*
*R f/u.*

Plan: *slowk 5mer OD*
*Norvasc 5 QD*
*Celexa 20 OD*
*Vioxx 25 OD*
*Lasix 40 QD*

Date: JUL 0 3 2000   Chief Complaint: *c/o depressed. not eating well wife has been in Florida x 3 wks due to family member death. He has to work for himself*

Wt: 177 lbs
BP: 130/70
Pulse: 70

Lung: *clear*
Heart: *RRR*
Abdomen: *soft  BS(+)*
Extremities: ∅

*↑ BW? 20# poor eating*

Dx: *q chol*
*chr R f/s.*

Plan: *c f/u*

000016

EALTHCARE PHARMACY  
23 N. GARFIELD AVE. #101  
MONTEREY PARK, CA 91754  
(626) 571-0154

PATIENT IRS STATEMENT  
Period 11/28/02 to 11/28/05  
Mon Nov 28, 2005

Page 1  
PID: 0589258

OSS, LOUIS  
13 1/2 N RAMPART BLVD  
L, CA 90026

| Rx Nbr | Rf | Date | Drug | Non-AR Plan(s) Paid | AR & Pat Paid | Doctor |
|---|---|---|---|---|---|---|
| 200802 | 00 | 01/23/03 | VIOXX 25MG TABLET | $262.35 | $0.00 | SHIH, CHIN S. |
| 200803 | 00 | 01/23/03 | NORVASC 5MG TABLET | $131.54 | $0.00 | SHIH, CHIN S. |
| 200804 | 00 | 01/23/03 | LANOXIN 125MCG TABLET | $23.40 | $0.00 | SHIH, CHIN S. |
| 213346 | 00 | 03/13/03 | NITROSTAT 0.4MG TABLET SL | $23.21 | $0.00 | SHIH, CHIN S. |
| 213347 | 00 | 03/13/03 | ZYPREXA 2.5MG TABLET | $148.50 | $0.00 | SHIH, CHIN S. |
| 216701 | 00 | 03/27/03 | ISOSORBIDE MN 60MG TAB | $26.03 | $0.00 | SHIH, CHIN S. |
| 223296 | 00 | 04/24/03 | POTASSIUM CL 8MEQ TABLET SA | $11.27 | $0.00 | SHIH, CHIN S. |
| 153995 | 02 | 05/08/03 | ALLEGRA 60MG TABLET | $130.49 | $0.00 | SHIH, CHIN S. |
| 200802 | 01 | 05/08/03 | VIOXX 25MG TABLET | $262.35 | $0.00 | SHIH, CHIN S. |
| 200803 | 01 | 05/08/03 | NORVASC 5MG TABLET | $136.15 | $0.00 | SHIH, CHIN S. |
| 200804 | 01 | 05/08/03 | LANOXIN 125MCG TABLET | $23.40 | $0.00 | SHIH, CHIN S. |
| 226132 | 00 | 05/08/03 | FUROSEMIDE 40MG TABLET | $9.54 | $0.00 | SHIH, CHIN S. |
| 230709 | 00 | 05/29/03 | LOTENSIN 10MG TABLET | $101.88 | $0.00 | SHIH, CHIN S. |
| 230710 | 00 | 05/30/03 | TRIAMTERENE/HCTZ 50/25 CAP | $47.24 | $0.00 | SHIH, CHIN S. |
| 236842 | 00 | 06/24/03 | DIOVAN 160MG TABLET | $153.92 | $0.00 | SHIH, CHIN S. |
| 238814 | 00 | 07/03/03 | ALLERFRIM TABLET | $6.91 | $0.00 | SHIH, CHIN S. |
| 250082 | 00 | 08/28/03 | MEGESTROL ACET 40MG/ML SUSP | $262.65 | $0.00 | SHIH, CHIN S. |
| 250083 | 00 | 08/28/03 | LANOXIN 125MCG TABLET | $23.40 | $0.00 | SHIH, CHIN S. |
| 250084 | 00 | 08/28/03 | FUROSEMIDE 40MG TABLET | $9.54 | $0.00 | SHIH, CHIN S. |
| 250085 | 00 | 08/28/03 | DIOVAN 160MG TABLET | $164.45 | $0.00 | SHIH, CHIN S. |
| 252834 | 00 | 09/11/03 | MEGESTROL ACET 40MG/ML SUSP | $262.65 | $0.00 | SHIH, CHIN S. |
| 262559 | 00 | 10/23/03 | ALLERFRIM TABLET | $6.91 | $0.00 | SHIH, CHIN S. |
| 262560 | 00 | 10/23/03 | LANOXIN 250MCG TABLET | $20.67 | $0.00 | SHIH, CHIN S. |
| 274265 | 00 | 12/11/03 | COREG 12.5MG TABLET | $165.54 | $0.00 | SHIH, CHIN S. |

Rx's = 24   Total Non-AR Plan(s) Paid  $2,413.99   Total AR & Patient Paid   $0.00