IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO: | |
| CLARA E. CLARK, et al.<br>v.<br>MERCK & CO., INC.,<br><br>Civil Action No.  06-6942 | Plaintiff:  Diana Flores-Meling |

**PLAINTIFF DIANA FLORES-MELING'S RESPONSE TO DEFENDANT MERCK & CO., INC.'S MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE REGISTRATION REQUIREMENTS OF PTO 31**

On this day came the Plaintiff Diana Flores-Meling, by counsel David P. Matthews of Matthews & Associates, and states the following in response to Defendant's motion filed August 13, 2009, ordering plaintiffs to show cause why cases should not be dismissed for non-compliance with Pre-trial Order No. 31:

1. On September 28, 2006, a complaint was filed on the behalf of Plaintiff Diana Flores-Meling in the United States District Court for the Eastern District of Louisiana and identified on the docket as Docket No. 2:06-cv-06942 under MDL 1657. Plaintiff Diana Flores-Meling asserted claims arising from Vioxx use of her incapacitated

mother, Eloina Flores.[1]  Inadvertently, Ms. Flores was not specifically named as Plaintiff and Diane Flores-Meling's representative capacity was not specified in the original complaint.  Regardless, all information for Ms. Flores' claim has been timely submitted. Plaintiff Diana Flores-Meling does not have a personal Vioxx claim.  Substitution of Eloina Flores for Diane Flores-Meling is necessary to satisfy the technical terms of the Vioxx Settlement program, but does not change the actual claim – the claim arising from Eloina Flores' use of Vioxx.  Plaintiff has concurrently filed *Plaintiff's Unopposed Motion for Substitution of Party* and moves that Eloina Flores, be substituted for Diana Flores-Meling, as Plaintiff.  Once substitution has been permitted, the case will be compliant with PTO 31 and dismissal would be improper.

    2.    Eloina Flores' claim was timely registered and enrolled with the VIOXX Settlement Program on 2/29/08 and assigned by Brown Greer PLC a VCN of 1084458. The enrollment documents for Eloina Flores were timely submitted to Brown Greer PLC on 3/12/2008 and 3/29/2008.  *See* screen printout of the VIOXX portal, a copy of which is attached hereto as Exhibit A.

    3.    Plaintiff timely submitted a "Claims Forms" to Brown Greer PLC.

    4.    Plaintiff timely submitted her complete Claims Package to Brown Greer PLC on 11/29/2008.

---

[1] Eloina Flores is incapacitated due to a Vioxx related stroke.

WHEREFORE, Plaintiff respectfully prays her case not be dismissed, for non-compliance with PTO 31, as she timely registered and enrolled in the VIOXX settlement program.

Respectfully submitted,

MATTHEWS & ASSOCIATES

*/s/David P. Matthews*
David P. Matthews
Texas Bar No. 13206200
2905 Sackett
Houston, TX  77098
(713) 522-5250
(713) 535-7184 fax
dmatthews@thematthewslawfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, David P. Matthews, counsel for Plaintiff, Eloina Flores with rep Diana Flores-Meling, in the above-styled action, certify that the above and foregoing **PLAINTIFF DIANA FLORES-MELING FOR ELOINA FLORES'S RESPONSE TO DEFENDANT MERCK & CO., INC.'S MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE REGISTRATION REQUIREMENTS OF PTO 31** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of August, 2009.

    */s/ David P. Matthews*
David P. Matthews
Texas Bar No. 13206200
2905 Sackett
Houston, TX  77098
(713) 522-5250
(713) 535-7184 fax
dmatthews@thematthewslawfirm.com
*Counsel for Plaintiff*