*Confidential Information*

| V4030 | | | Enrollment Status Report for Matthews & Associates (As of 6/25/08) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | VCN | Law Firm Unique ID | Claimant Name | Date Submitted for Enrollment | Release | MA | EA | Stipulation |
| 440. | 1082675 | 238899 | Fleming, Dewitt | 2/29/08 | 2/18/08 | 2/18/08 | 2/18/08 | 3/29/08 |
| 441. | 1082658 | 238803 | Flick, Gordon E. | 2/29/08 | 2/18/08 | 2/18/08 | 2/18/08 | 3/29/08 |
| 442. | 1082780 | 239429 | Flores Ramos, Armando | 2/29/08 | 2/14/08 | 2/14/08 | 2/14/08 | 3/29/08 |
| 443. | 1084458 | 250276 | Flores, Eloina | 2/29/08 | 3/12/08 | 3/12/08 | 3/12/08 | 3/29/08 |
| 444. | 1084401 | 249518 | Flores, Jose L. | 2/29/08 | 2/15/08 | 2/15/08 | 2/15/08 | 3/29/08 |
| 445. | 1083334 | 242556 | Flores, Marvin | 2/29/08 | 2/11/08 | 2/11/08 | 2/11/08 | 3/29/08 |
| 446. | 1083302 | 242443 | Floyd, Carl C. | 2/29/08 | 3/7/08 | 3/7/08 | 3/7/08 | 3/29/08 |
| 447. | 1082867 | 239881 | Foley, Dolores M. | 2/29/08 | 2/28/08 | 2/28/08 | 2/28/08 | 3/29/08 |
| 448. | 1082927 | 240269 | Fonseca Rivera, David | 2/29/08 | 2/15/08 | 2/15/08 | 2/15/08 | 3/29/08 |
| 449. | 1084324 | 248255 | Fontan, Mitchell R. | 2/29/08 | 2/25/08 | 2/25/08 | 2/25/08 | 3/29/08 |
| 450. | 1084247 | 246869 | Fontanez Rivera, Emma | 2/29/08 | 2/14/08 | 2/14/08 | 2/14/08 | 3/29/08 |
| 451. | 1082632 | 238677 | Fontenot, Aubrey J. | 2/29/08 | 2/11/08 | 2/11/08 | 2/11/08 | 3/29/08 |
| 452. | 1082946 | 240541 | Ford, Howard N. | 2/29/08 | 2/11/08 | 2/11/08 | 2/11/08 | 3/29/08 |
| 453. | 1083266 | 242261 | Forgy, Rhonda M. | 2/29/08 | 2/11/08 | 2/11/08 | 2/11/08 | 3/29/08 |
| 454. | 1083541 | 243354 | Forney, Diane M. | 2/29/08 | 2/15/08 | 2/15/08 | 2/15/08 | 3/29/08 |
| 455. | 108 68 | 238 | Foster William | 2/29/08 | 2/25/08 | 2/25/08 | 2/25/08 | 3/29/08 |
| 456. | 1083612 | 243690 | Fowler, Gerald W. | 2/29/08 | 3/7/08 | 3/7/08 | 3/7/08 | 3/29/08 |
| 457. | 1083751 | 244518 | Franklin, Bessie R. | 2/29/08 | 2/18/08 | 2/18/08 | 2/18/08 | 3/29/08 |
| 458. | 1083033 | 240824 | Fraser, Marilyn P. | 2/29/08 | 2/14/08 | 2/14/08 | 2/14/08 | 3/29/08 |
| 459. | 1083794 | 244698 | Frazier, Wilford L. | 2/29/08 | 2/18/08 | 2/18/08 | 2/18/08 | 3/29/08 |
| 460. | 1083209 | 242042 | Freeman, Melvin | 2/29/08 | 2/25/08 | 2/25/08 | 2/25/08 | 3/29/08 |
| 461. | 1084219 | 246706 | Frost, Jeffrey A. | 2/29/08 | 3/7/08 | 3/7/08 | 3/7/08 | 3/29/08 |
| 462. | 1084024 | 245739 | Frost, Johnnie T. | 2/29/08 | 2/28/08 | 2/28/08 | 2/28/08 | 3/29/08 |
| 463. | 1083041 | 240845 | Fruge, Weldon T. | 2/29/08 | 2/14/08 | 2/14/08 | 2/14/08 | 3/29/08 |
| 464. | 1083314 | 242484 | Frye, Josephine | 2/29/08 | 2/14/08 | 2/14/08 | 2/14/08 | 3/29/08 |
| 465. | 1084236 | 246778 | Fryer, Raymond D. | 2/29/08 | 2/14/08 | 2/14/08 | 2/14/08 | |
| 466. | 1083320 | 242498 | Fuentes Vasquez, Celina | 2/29/08 | 2/21/08 | 2/21/08 | 2/21/08 | 3/29/08 |
| 467. | 1083046 | 240857 | Fuller, Alexis L. | 2/29/08 | 3/28/08 | 3/28/08 | 3/28/08 | 3/29/08 |
| 468. | 1084098 | 246067 | Fuller, James A. | 2/29/08 | 2/11/08 | 2/11/08 | 2/11/08 | 3/29/08 |
| 469. | 1083405 | 242876 | Gabriel, Gloria | 2/29/08 | 2/15/08 | 2/15/08 | 2/15/08 | 3/29/08 |
| 470. | 1084099 | 246068 | Gaddis, Sandra F. | 2/29/08 | 2/14/08 | 2/14/08 | 2/14/08 | 3/29/08 |
| 471. | 1084053 | | | 2/29/08 | 2/13/08 | 2/13/08 | 2/13/08 | 3/29/08 |

**PLAINTIFF'S EXHIBIT A**