## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO: | |
| CLARA E. CLARK, et al. v. MERCK & CO., INC., | Plaintiff:  Diana Flores-Meling |
| Civil Action No.  06-6942 | |

### PLAINTIFF'S UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY

Movant Plaintiff Diana Flores-Meling, Personal Representative of Eloina Flores, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure moves that Eloina Flores, be substituted for Diana Flores-Meling, as plaintiff.

In support of the motion, Movant states:

1.     Diana Flores-Meling, the original plaintiff, was listed as a Plaintiff in the Original Complaint filed on September 29, 2006.

2.     Diana Flores-Meling, is the daughter and personal representative of Eloina Flores, who is incapacitated due to a Vioxx related stroke.

3.     Plaintiff Diana Flores-Meling asserted claims arising from Vioxx use of her incapacitated mother, Eloina Flores.[1]   Inadvertently, Eloina Flores was not specifically

---

[1]  Eloina Flores is incapacitated due to a Vioxx related stroke.

named as Plaintiff and Diane Flores-Meling's representative capacity was not specified in the original complaint.   Regardless, all information for Ms. Flores' claim has been timely submitted to the Vioxx Claims Administrator, Brown Greer, PLC.

4.     Plaintiff Diana Flores-Meling does not have a personal Vioxx claim.

5.     Eloina Flores is the proper party to this lawsuit.  Substitution of Eloina Flores for Diane Flores-Meling is necessary to satisfy the technical terms of the Vioxx Settlement program, but does not change the actual claim – the claim arising from Eloina Flores' use of Vioxx.

6.     Defendant Merck & Co. does not oppose the substitution.

7.     Defendant Merck & Co., Inc. will not be prejudiced by this substitution of Eloina Flores for Plaintiff Diana Flores-Meling.  Defendant had notice of Eloina Flores' claims through pleadings and discovery filed in this matter since September 29, 2006, including the timely registration and enrollment into the Vioxx Settlement Program.

<u>Conclusion</u>

Wherefore, it is prayed (1) that this motion be granted and (2) that Eloina Flores, be substituted for Diana Flores-Meling, as plaintiff.

MATTHEWS & ASSOCIATES

*/s/David P. Matthews*
David P. Matthews
Texas Bar No. 13206200
2905 Sackett
Houston, TX  77098

(713) 522-5250
(713) 535-7184 fax
dmatthews@thematthewslawfirm.com
*Counsel for Plaintiff*

### CERTIFICATE OF CONFERENCE

On August 28, 2008, a conference was held with defense counsel Dorothy Wimberly on the merits of Plaintiffs' Motion for Substitution of Party in the above-referenced case. Opposing Counsel is not opposed to the request under this Motion.

*/s/ David P. Matthews*
David P. Matthews

### CERTIFICATE OF SERVICE

I, David P. Matthews, counsel for Plaintiff Diana Flores-Meling in the above-styled action, certify that the above and foregoing **"Plaintiff's Motion for Substitution of Party"** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of August, 2009.

*/s/ David P. Matthews*
David P. Matthews