UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ] | MDL Docket No. 1657 |
| | ] | |
| | ] | SECTION L |
| PRODUCTS LIABILITY LITIGATION | ] | |
| | ] | JUDGE FALLON |
| This document relates to: | ] | |
| Myrna Hartzell, 4:05-cv-109 | ] | MAGISTRATE JUDGE KNOWLES |

### ORDER

Considering the Motion to Withdraw as Counsel of Record:

IT IS ORDERED that The Simon Law Firm, PC is hereby withdrawn as Counsel of Record for Myrna Hartzell.

NEW ORLEANS, LOUISIANA, this day of             ,2009.


                                                                            _____
                                                                            ELDON E. FALLON
                                                                            UNITED STATES DISTRICT JUDGE