UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ] | MDL Docket No. 1657 |
| | ] | |
| | ] | SECTION L |
| PRODUCTS LIABILITY LITIGATION | ] | |
| | ] | JUDGE FALLON |
| This document relates to: | ] | |
| Wanda Johnson, 4:05-cv-146 | ] | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

IT IS ORDERED that The Simon Law Firm, PC is hereby withdrawn as Counsel of Record for Wanda Johnson.

NEW ORLEANS, LOUISIANA, this day of            ,2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE