UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ] | MDL Docket No. 1657 |
| | ] | |
| | ] | SECTION L |
| PRODUCTS LIABILITY LITIGATION | ] | |
| | ] | JUDGE FALLON |
| This document relates to: | ] | |
| Aretha Ware, 4:05-cv-161 | ] | MAGISTRATE JUDGE KNOWLES |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, and in accordance with Pretrial Order 36, the Simon Law Firm, PC, counsel of record for Ceola Bailey, Representative and Surviving Natural Child of Aretha Ware, moves the Court for an Order granting leave for Counsel to Withdraw as Counsel of record in the above styled case/claim. In support of this motion, the undersigned states as follows:

1. Plaintiff and Counsel have come to a fundamental and irreconcilable disagreement over further handling of this claim. Counsel therefore seeks to withdraw. Counsel has advised Plaintiff of their intent to withdraw as per the requirements of PTO 43.

2. Written notice of the filing of this Motion was sent via certified mail to plaintiff's last known mailing address. Plaintiff's last known address is 4214 West Farlin, St. Louis, Missouri 63115.

3. PTO 36 will be complied with in all other respects, including providing a copy of said Order to plaintiff.

4. Counsel will rely upon the Certification annexed hereto.

For these reasons, The Simon Law Firm, PC urges the Court to grant their Motion to Withdraw as Counsel of Record in this matter.

Respectfully submitted this 31st day of August, 2009.

THE SIMON LAW FIRM, PC

Todd S. Hageman, Missouri Bar No. 44770
701 Market Street, Suite 1450
Saint Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Whitman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the *CM/ECF* system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 31st day of August, 2009.

THE SIMON LAW FIRM, PC

_____
Todd S. Hageman, Missouri Bar No. 44770
701 Market Street, Suite 1450
Saint Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029

ATTORNEY FOR PLAINTIFF