# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last: Hageman | First: Todd | Middle: S |
|---|---|---|---|
| Name of Law Firm | The Simon Law Firm, PC | | |

**Current Address**
- Street: 701 Market Street, Suite 1450
- City: St. Louis
- State: MO
- Zip: 63101
- Country: USA

| Telephone Number | 314-241-2929 | Facsimile | 314-241-2029 | Email | thageman@simonlawpc.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last: Bailey | First: Ceola | Middle: |
|---|---|---|---|

**Plaintiff Address**
- Street: 4214 West Farlin
- City: St. Louis
- State: MO
- Zip: 63115
- Country: USA

| Telephone Number | 314-389-2516 | Facsimile | N/A | Email | N/A |
|---|---|---|---|---|---|

| Case Caption | Richard Noble, et al. v. Merck & Co., Inc. |
|---|---|
| Case Number | 4:05-cv-161 |
| Court Where Case is Pending | Eastern District of Louisiana |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☒ Check here if Plaintiff failed to provide an alternative contact.

| Name | Last: | First: | Middle: |
|---|---|---|---|

**Address**
- Street:
- City:
- State:
- Zip:
- Country:

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend   ☐ Relative (specify relationship: ____) |
|---|---|

#344082

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __8__ / __31__ / __2009__ .
                                                                      Month  Day  Year

☒ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 8 / 31 / 2009 (Month/Day/Year) | *[signature]* Counsel |

#344082

2