# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | * |
| **Product Liability Litigation** | * |
| | * |
| **This document relates to:** | * |
| | * |
| *Antonia Acosta Cabrera, et al.* | * |
| *v.* | * |
| *Merck & Co., Inc.* | * |
| | * |
| *Only with regard to:* | * |
| *Petra Berrios Miranda* | * |
| | * |
| *Docket No. 2:05-cv-04589* | * |

MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

***********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Petra Berrios Miranda in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE