FILED 09 AUG 31 16:...

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Van Jelgerhuis, et al. v. Merck & Co. Inc.*, No. 05-458

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Janice Baum, in which she indicates her objection to the Motion to Withdraw William N. Riley and the Law Firm of Price, Waicukauski & Riley, LLC, as Attorney for Janice Baum (Rec. Doc. 21442). IT IS ORDERED that the correspondence be entered into the record.

IT IS FURTHER ORDERED that the Motion to Withdraw (Rec. Doc. 21442) IS DENIED. Mr. Riley and the law firm of Price, Waicukauski & Riley, LLC shall continue their representation of Ms. Baum.

New Orleans, Louisiana, this __28th__ day of __August__, 2007.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:
Janice M Baum
6638 Quail Ridge Lane
Fort Wayne IN 46804

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___