UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|   | : |   |
|   | : | JUDGE FALLON |
|   | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Danny Harris Crumley v. Merck & Co., Inc.*, **Case No. 05-1538**

# ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Danny H. Crumley. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel and the pro se curator to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 1st day of September, 2009.

_Eldon E. Fallon_
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Danny H. Crumley
131 Owen Medford Road
Lenox, GA 31637

Dorothy Wimberly
Stone Pigman Walther Wittman, LLC
546 Carondelet St.
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1