August 25, 2009

Ms. Dorothy H. Wimberly
Stone, Pigman, Walther, Wittmann
Counselors at Law
546 Carondelet Street
New Orleans, Louisiana   70130-3588

      Re:   Danny H. Crumley v Merck & Co., Inc. et al., No.2:05-cv-01538

Dear Ms. Wimberly,

   I am writing in response to your letter dated August 14, 2009 concerning the memorandum to Show Cause scheduled for hearing on September 17, 2009 before the Honorable Eldon E. Fallon, U.S. District Judge.

   I have, on numerous times, tried to call the phone number listed in your letter without any satisfaction. I have talked with a lady named Jennette once and she promised to check on this matter and call me back. However, at this writing, I have not heard from her.

   I wish to advise you and the Court that I do not wish my claim against Merck & Company to be dismissed. I have been damaged by Merck's product Vioxx and wish to have my day in court. While I have forgiven Merck and Company for needlessly destroying my life, it does not lessen their responsibility to me or my constitutional rights to seek restitution for my loss of the person I was before taking Vioxx. My family and I have suffered and will continue to suffer as we try to deal with my health issues.

   I am requesting the court to appoint an attorney to represent my cause since I am uneducated in the law and am unable to represent myself. Our small town attorneys cannot take on large corporations such as Merck & Co. because of the time involved to defend me. They know it would not be profitable time-wise for them.

   Since I am unable to reach anyone by phone, please advise me what I should do to have my case heard by the court.

                                                       Very truly yours,

                                                       Danny H. Crumley
                                                       131 Owen Medford Road
                                                       Lenox, Georgia   31637

C:  Honorable Eldon E. Fallon
    United States District Judge
    Eastern District of Louisiana
    New Orleans, Louisiana   70130