UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to: all actions | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

**CERTAIN HEALTH PLANS'**
**MOTION FOR PRELIMINARY INJUNCTION**

Certain Health Plans (listed on Exhibit A to the Memorandum in Support of Certain Health Plans' Motion for Preliminary Injunction, hereinafter the "Health Plans") hereby move this Court to enjoin BrownGreer from paying any portion of the final fifteen percent (15%) of settlement proceeds to (i) the 6,403 Plan members set forth on Exhibit E to the accompanying Fischer Declaration (representing insureds identified to the Health Plans as Eligible Claimants under the Master Settlement Agreement who have not elected to participate in the Private Lien Resolution Program), (ii) those additional Health Plan members who, although not identified to the Health Plans, are readily identifiable by The Garretson Firm through a definitive matching process previously approved by the Court, as privately-insured Eligible Claimants under the Master Settlement Agreement who have not elected to participate in the Private Lien Resolution Program. The injunction should last until such time as (a) the principal attorney for each such EC certifies in writing to The Garretson Firm that such EC has received actual written notice of the existence and benefits of the LRP and has affirmatively declined to participate, or (b) the claimant elects to participate in the LRP, or (c) further order of this Court.

1

The Health Plans have provided a Proposed Order and Certification Form for the Court's consideration.

                                            Respectfully submitted,

Dated: September 2, 2009            By: /s/ Mark D. Fischer
                                            Mark D. Fischer
                                            RAWLINGS & ASSOCIATES, PLLC
                                            325 West Main Street
                                            Suite 1700
                                            Louisville, KY 40202
                                            Telephone: (502) 814-2139

                                            /s/ Richard Cohen
                                            Richard W. Cohen
                                            Peter St. Phillip
                                            LOWEY DANNENBERG COHEN & HART, P.C.
                                            White Plains Plaza - 5th Floor
                                            One North Broadway
                                            White Plains, NY 10601
                                            Telephone: (914) 997-0500

                                            /s/ Joseph S. Grinstein
                                            Joseph S. Grinstein
                                            SUSMAN GODFREY LLP
                                            Suite 5100
                                            1000 Louisiana
                                            Houston, TX 77002-5096
                                            (713) 651-9366

                                            *Counsel for Health Plans Listed on "Exhibit A"*

                                            /s/ Thomas M. Sobol
                                            Thomas M. Sobol
                                            HAGENS BERMAN SOBOL SHAPIRO LLP
                                            55 Cambridge Parkway, Suite 301
                                            Cambridge, MA 02142
                                            (617) 482-3700

                                            *Of Counsel*

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Motion, along with the accompanying Memorandum, Declaration, and Exhibits, have been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this _2___ day of _____September_____, 2009.

                 /s/ Thomas M. Sobol
                Thomas M. Sobol