IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to ALL CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

**[PROPOSED] ORDER CONCERNING CERTAIN HEALTH PLANS'
MOTION FOR PRELIMINARY INJUNCTION**

WHEREAS, on January 15, 2009, the Plaintiffs' Steering Committee ("PSC") and the Negotiating Third Party Payor Counsel ("TPPC") entered into a Settlement Agreement that establishes a private lien resolution program ("LRP"); and

WHEREAS, the Court has kept apprised of the LRP's progress and has previously elected to exercise its supervisory authority over the LRP; and

WHEREAS, the matching program previously ordered by this Court in Pretrial Order No. 40 revealed the existence of at least 6,713 claimants who are privately insured but have not yet agreed to participate in the LRP; and

WHEREAS, the health plans participating in the LRP (the "Health Plans") have separately matched the names of Vioxx plaintiffs with the names of their insureds and have separately identified 6,403 claimants who are members of one or more of the Health Plans but have not agreed to participate in the LRP; and

WHEREAS, it appears that a number of firms representing Vioxx plaintiffs are not fully participating in the LRP; and

WHEREAS, the Court has considered the Memorandum In Support of Certain Health Plans' Motion for Preliminary Injunction as well as supporting material submitted

by the Health Plans;

**IT IS HEREBY ORDERED:**

BrownGreer is hereby enjoined from making payments of any portion of the final 15% of settlement proceeds to (i) the 6,403 Eligible Claimants identified on Exhibit F to the Declaration of Mark D. Fischer, Esq. in Support of Motion for Preliminary Injunctive Relief (the "Fisher Declaration"), and (ii) such additional Eligible Claimants who are determined to be insureds of the Health Plans (through the definitive matching process previously approved by this Court in Pretrial Order No. 40) and have not elected to participate in the Private Lien Resolution Program, and (iii) the attorneys for any Eligible Claimant that falls under (i) or (ii).  BrownGreer is enjoined from making such payments until such time as (i) the Principal Attorney (as defined in the Master Settlement Agreement) for each of the 6,403 eligible claimants certifies in writing to The Garretson Firm that such Eligible Claimant has received actual written notice of the LRP and affirmatively communicated to their Principal Attorney that they declined to participate in the LRP, or (ii) the Eligible Claimant elects to participate in the LRP, or (iii) further order of this Court.

The Garretson Firm shall provide a copy of the certification attached hereto to each of the firms identified on Exhibit F to the Fisher Declaration for use by the Principal Attorney in making the required certification to The Garretson Firm.

New Orleans, Louisiana, this ____ day of September, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE