**Exhibit A**
**(Untimely FES Claimants)**

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 1. | 1094801 | Ferrario, Joann | Carey & Danis, LLC | | Sterling, Roberta v. Merck & Co., Inc. | 2:06-cv-00791-EEF-DEK |
| 2. | 1096047 | Robinson, Vylene | Carey & Danis, LLC | | Nunn, Coy v. Merck & Co., Inc. | 2:06-cv-09331-EEF-DEK |
| 3. | 1058946 | Jensen, Anita | Driggs Bills & Day PC | | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| 4. | 1058967 | Westergard, Jim | Driggs Bills & Day PC | | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| 5. | 1093317 | Davies, Carol A. | Hackard & Holt | Harry Davies | Davies, Carol Ann v. Merck & Co., Inc. | 2:07-cv-03324-EEF-DEK |
| 6. | 1059210 | Mayo, Wesley | Houssiere Durant & Houssiere LLP | | Green Watkins, Brenda v. Merck & Co., Inc. | 2:05-cv-02373-EEF-DEK |
| 7. | 1048672 | Balarezo, Blanca | McKeever, James, Esq. | | Balarezo, Blanca v. Merck & Co., Inc. | 2:05-cv-01550-EEF-DEK |
| 8. | 1073598 | Allen, William E. | Murray Law Firm 1 | | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 9. | 1070033 | Hartzell, Myrna L. | Simon Passanante PC | | Bailey, George v. Merck & Co., Inc. | 2:05-cv-01034-EEF-DEK |
| 10. | 1070052 | Hoskins, Adolph | Simon Passanante PC | | Hicks, Dianna v. Merck & Co., Inc. | 2:05-cv-01048-EEF-DEK |
| 11. | 1107678 | Durant, Lottie V. | Wiggins, Childs, Quinn & Pantazis | | Blackshire, Jacqueline v. Merck & Co., Inc. | 2:07-cv-03999-EEF-DEK |
| 12. | 1051008 | Nieves-Velez, Carmelo | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 13. | 1050766 | Baez-Figueroa, Eduardo | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 14. | 1050787 | Caballero-Vazquez, Elizabeth | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 15. | 1050820 | Correa-Santos, Rafael L. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 16. | 1050892 | Fuster-Delgado, Vicente | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 17. | 1050905 | Gomez-Otero, Maria | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 18. | 1050909 | Gonzalez-Cordero, Myriam | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 19. | 1050928 | Hernandez-Alicia, Sonia | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 20. | 1051068 | Perez-Alvarez, Orlando | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 21. | 1051144 | Rodriguez-Oliveras, Monserrate | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 22. | 1051157 | Rolon-Maldonado, Efrain | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 23. | 1051197 | Santos-Vega, Lesvia | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 24. | 1051035 | Nuñez, Jeselina | Wood Law Firm, LLC | | Alvarado, Ramon v. Merck & Co., Inc. | 2:06-cv-07150-EEF-DEK |
| 25. | 1050756 | Arocho-Cortes, Carmen L. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 26. | 1050765 | Baez-Calderon, Felix | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 27. | 1050880 | Fernandez-Barrera, Aida | Wood Law Firm, LLC | Ivan Coralis | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 28. | 1050914 | Gonzalez-Irizarry, Ramon Antonio | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 29. | 1050929 | Hernandez-Cantres, Luis | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 30. | 1050931 | Hernández-Medina, Alexander | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 31. | 1050934 | Hernandez-Rivera, Marta I. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 32. | 1050942 | Jaca-La-Fontaine, Carmen | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 33. | 1050946 | Jimenez-Roman, Mercedes | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 34. | 1051042 | Ortega, Flora | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

| | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 35. | 1051057 | Otero-Orta, Maryland | Wood Law Firm, LLC | Ceclia Orta, Juan Ortero | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 36. | 1051067 | Perez-Abreu, Saturnino | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 37. | 1051070 | Perez-Valentin, Gilberto | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 38. | 1051089 | Ramos-Roman, Miguel | Wood Law Firm, LLC | Luz Perez Caban | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 39. | 1051112 | Rivera-Gonzalez, Zulma E. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 40. | 1051132 | Rivera-Torres, Maria I. | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 41. | 1051154 | Rodriguez-Vega, Lydia | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 42. | 1051155 | Roldan-Gonzalez, Virginia | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 43. | 1051180 | Sanchez-Landron, Felicita | Wood Law Firm, LLC | Ramon Sanchez Gonzalez | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 44. | 1051193 | Santiago-Rodriguez, Alexander | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 45. | 1051231 | Tosado-Caban, Lucila | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 46. | 1050813 | Colon-Cruz, Evaristo | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 47. | 1050956 | Lamourt-Alicea, Maria | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 48. | 1051163 | Rosado-Rodriguez, Juan E. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 49. | 1051177 | Salcedo-Velez, Alma G. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 50. | 1050970 | Lopez-Ramos, Livia | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 51. | 1051097 | Reyes-Negron, Luz | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 52. | 1051108 | Rivera-Cruz, Milagros | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |

| | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 53. | 1051120 | Rivera-Pena, Awilda | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |