## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Shirley Jean Witt, Personal* | * | JUDGE FALLON |
| *Representative of the Estate of* | * | |
| *Dean Witt, Sr., et al.* | * | MAGISTRATE JUDGE KNOWLES |
| *v.* | * | |
| *Merck & Co., Inc.* | * | |
| | * | |
| | * | |
| *Docket No. 2:07-cv-03144* | * | |

*************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Shirley Jean Witt, individually and as personal representative of the estate of Dean Paul Witt, Sr., and as representative of Dean Paul Witt, Jr. and Lara Ogden, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  1st  day of      September     , 2009.

_____
DISTRICT JUDGE