UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL 1657 |
|---|---|
| THIS DOCUMENT RELATES TO: *Chautauqua County, New York v. Merck & Co., Inc.*; Docket No. 08-1642 | HON. ELDON E. FALLON |

## NOTICE OF HEARING

Please Take Notice that plaintiff, Chautauqua County, New York will bring it's Motion to Remand as a Matter of Law for hearing on the 23rd day of September, 2009 at 9:00 o'clock a.m.

Dated: New York, New York
September 2, 2009

_____
U.S. DISTRICT JUDGE ELDON E. FALLON

00163845.WPD