UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL 1657 |
| THIS DOCUMENT RELATES TO:<br><br>*Orange County, New York v. Merck & Co., Inc.;*<br>*Docket No. 08-5215* | HON. ELDON E. FALLON |

## MOTION TO REMAND OF PLAINTIFF
## ORANGE COUNTY, NEW YORK

Comes now Plaintiff Orange County, New York and moves the Court for an Order remanding this matter to the Superior Court of New Jersey, Law Division, Atlantic County. This motion is supported by the accompanying memorandum of law.

Dated: New York, New York
September 2, 2009

**LEVY PHILLIPS & KONIGSBERG , LLP**

By:   /s/ Diane Paolicelli
Steven J. Phillips (SP9658)
Diane Paolicelli (DP3067)
Roxanne DeFrancesco (RD5870)
Quakerbridge Executive Center
101 Grovers Mill Road
Lawrenceville, New Jersey 08648
t: (212) 605-6200
f: (212) 605-6290
dpaolicelli@lpklaw.com
- and -
**DePROSPO, PETRIZZO, LONGO**
William L. DeProspo
42 Park Place
Goshen, New York 10924
(845) 294-8246
*Attorneys for Plaintiff*

00145741.WPD

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **PLAINTIFF ORANGE COUNTY, NEW YORK'S MOTION TO REMAND** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of September 2009.

**LEVY PHILLIPS & KONIGSBERG , LLP**

By: _____/s/ Diane Paolicelli_____
Steven J. Phillips (SP9658)
Diane Paolicelli (DP3067)
Roxanne DeFrancesco (RD5870)
Quakerbridge Executive Center
101 Grovers Mill Road
Lawrenceville, New Jersey 08648
t: (212) 605-6200
f: (212) 605-6290
dpaolicelli@lpklaw.com
- and -

**DePROSPO, PETRIZZO, LONGO**
William L. DeProspo
42 Park Place
Goshen, New York 10924
(845) 294-8246

00146899.WPD