UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | **MDL 1657** |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Orange County, New York v. Merck & Co., Inc.; Docket No. 08-5215* | **HON. ELDON E. FALLON** |

**NOTICE OF HEARING**
_____

      Please Take Notice that plaintiff, Orange County, New York will bring it's Motion to Remand as a Matter of Law for hearing on the 23rd day of September, 2009 at 9:00 o'clock a.m.

Dated:  New York, New York
        September 2, 2009

                                                    _____
                                                    U.S. DISTRICT JUDGE ELDON E. FALLON