UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br><br>DIVISION 3 |
| **This document relates to All Cases** | § | MAGISTRATE DANIEL E. KNOWLES III |

## NOTICE OF APPEAL

The O'Quinn Law Firm, in conformity with Rules 3 and 4 of the Federal rules of Appellate Procedure, hereby appeal to the United States Court of Appeals for the Fifth Circuit this Court's Order and Reasons of August 3, 2009, in which this Court stated that it granted in part and denied in part the VLC's Motion for Reconsideration files on December 20, 2009. This appeal encompasses the entirety of this Court's Order and Reasons of August 3, 2009, as well as the original August 27, 2008 Order and Reasons that the Court reconsidered.

Respectfully submitted,

*/s/ Michael Meyer*
M. MICHAEL MEYER
Texas Bar No. 13993850
Federal Admission I.D. No. 9398
THE O'QUINN LAW FIRM
2300 Lyric Centre Building
440 Louisiana Street
Houston, Texas 77002
Telephone: (713) 223-1000
Facsimile (713) 223-4870

**Attorney-in-Charge for**
**THE O'QUINN LAW FIRM**

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on September 2, 2009.

Respectfully submitted,

*/s/ M. Michael Meyer*
M. MICHAEL MEYER