UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To All Cases** | CIVIL ACTION<br><br>No. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**NOTICE OF APPEAL**

Douglas A. Allison and Jack Modesett, III, in conformity with Rules 3 and 4 of the Federal Rules of Appellate Procedure, hereby appeal to the United States Court of Appeals for the Fifth Circuit this Court's Order and Reasons of August 3, 2009, in which the Court stated that it granted in part and denied in part the Motion for Reconsideration filed by the Vioxx Litigation Consortium on December 10, 2008 and joined by Douglas A. Allison and Jack Modesett, III on January 6, 2009. This appeal encompasses the entirety of this Court's Order and Reasons of August 3, 2009, as well as the original August 27, 2008 Order and Reasons that the Court reconsidered.

Douglas A. Allison and Jack Modesett, III submits that the Order and Reasons of August 3, 2009 is a collateral final decision appealable under the doctrine established by *Cohen v Beneficial Industrial Loan Corp.*, 337 U.S. 541 (1959). The Court's Order and Reasons of August 27, 2008 were entered by the Court *sua sponte* and conclusively determined that the Court possessed jurisdiction and authority to limit contingency fee recovery to 32%. This Order was decided entirely separate from the merits of plaintiffs' claims against the Defendant and would effectively be

1

unreviewable on appeal at a later time.

The unique posture of this case has led to a lack of clarity over the proper course for appeal under the Federal Rules of Civil Procedure, the Federal Rules of Appellate Procedure and the United States Code. In order to preserve possible avenues of appeal the VLC requested that this Court certify the Order and Reasons of August 3, 2008 under 28 U.S.C. § 1292(b) and/or Rule 54(b). This Court denied the VLC's motion for expedited consideration of the motion for certification and set the motion for hearing on September 9, 2009. As this date falls beyond the date for filing a timely notice of appeal of this Court's August 3, 2009 Order the VLC filed a Notice of Appeal to preserve all appellate remedies. Douglas A. Allison and Jack Modesett, III are hereby filing this Notice pursuant to Fed. R. App. P. Rule 4(a)(1) and 4(a)(3).

Respectfully submitted,

/s/ Douglas A. Allison
Douglas A. Allison
State Bar No. 01083500
Federal ID No. 10252
LAW OFFICES OF DOUGLAS A. ALLISON
403 N. Tancahua St.
Corpus Christi, Texas 78401
361-888-6002
361-888-6651 FAX NUMBER

/s/ Jack Modesett, III
Jack Modesett III
State Bar No. 14244337
Federal ID No.: 13730
500 N. Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: (361) 887-6449
FAX: (361) 885-7983

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 2nd day of September, 2009.

                                          /s/ Douglas A. Allison
                                          Douglas A. Allison