1

RECEIVED
SEP - 1 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

PLAINTIFF,

JAMES IRA SMITH

Vs.

DEFENDANT,

DAWN BARRIOS

HON. JUDGE ELDON E. FALLON
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION - LAW

MDL DOCKET NO. 1657
SECTION L.

## MOTION TO GRANT SETTLEMENT OFFER

James Ira Smith, by and through individually, hereby moves the court to grant the Defendant Dawn Barrios a Settlement Offer, and in support thereof avers as follows:

1. This action was commenced by the Defendant's Dawn Barrios filing of Notice of Attempted Third Party Lien on March 13, 2009. Which we now believe to be Malpractice on Dawn Barrios part for firing my sick wife, and I, in the most humiliating way, and then running us off with a security guard from her office on 1/6/09, because I asked for a copy of my files, to make a decision whether to appeal my case or not. Her actions was most unprofessional, and very unethical, and brought great grief, and much anxiety on my wife and I, for many many months afterwards. *Correction made* → *IT AS PART OF THE RECORD*

2. Following argument, Judge Fallon issued an Order on the Motion to have ~~Dawn Barrios~~ *showing her* removed as our counsel. In the motion it read that she had exhibited unprofessional conduct, also, for quitting her client, before the case had finished. Also, her actions by her removing us from her office, with a security guard, will always be seen, and remembered as a personal attack on us. We left there humiliated, and very scarred psychologically, by Dawn Barrios actions. *Correction*

*NOTE JUDGE FALLON ONLY MADE OUR MOTION PART OF THE RECORD*

3. Finally, we also ask the court to offer Dawn Barrios a settlement for factual hours worked, times a recognized, and fare amount per hour, such as: 100 hours at $200.00 per hour = $20,000.00(twenty thousand dollars and no cents) plus $2,000.00 for the medical records that she received in our behalf plus $3,000.00 for any phone calls that she may have made, which we know that most of her phone calls was to me about my case, but I'm sure she had some, for a total settlement of $25,000.00(twenty five thousand dollars and no cents). But while keeping in mind why this motion was needed is because we do not believe that she deserves any money, because of paragraph 1. We have spoke with two very professional Attorney's, and we know that Mrs. Barrios did not have over 15 hours tops, factual working hours in my Vioxx case. We are without a doubt Your Honor, compromising our true feelings in order to reach a settlement agreement with Dawn Barrios.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Honorable Court grant this Motion of Settlement Offer.

Respectfully Submitted:

By: James Ira Smith

## VERIFICATION

STATE IF MISSISSIPPI        )
                            )
COUNTY OF Pearl River       )

PERSONALLY CAME AND APPEARED before me, the undersigned authority in and for the aforementioned jurisdiction, the within named, James I Smith, who, being by me first duty sworn, states upon here oath that the matters and things set forth in said DOCUMENT are true and correct as therein set forth, stated and charged.

SWORN TO AND SUBSCRIBED, before me, this the 25 day of August, A.D., 2009.

_Tammy Mayeaux_
NOTARY PUBLIC

My Commission Expires:
June 5, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX
    PRODUCT LIABILITY LITIGATION

PLAINTIFF,

JAMES IRA SMITH

Vs.

DEFENDANT,

DAWN BARRIOS

HON. JUDGE ELDON E. FALLON

CIVIL ACTION - LAW

MDL DOCKET NO. 7657
SECTION L.

## ORDER FOR SETTLEMENT

Comes now the Plaintiff, James Ira Smith asking the court to please be moved to grant this order for settlement for the Defendant Attorney Dawn Barrios. Who on January 6, 2009, by her own power and reasoning, fired myself James Ira Smith and my wife Cynthia Diane Smith, after luring us to her office to give me a copy of my files that I had asked for on the Friday before. I immediately wrote to you Judge Fallon the whole story of what happened. Therefore, even though we do not believe Mrs. Barrios deserves any money at all for the way she quit and then humiliated us because we just asked for a copy of our files. This story is well documented also with Attorney Phillip Strunk, administrator Diann Bates, who works for Brown and Greer the mediators for Merck and the victims of Vioxx. We believe this is more than fare Judge Fallon. So, we beg the court to please sign the order for settlement for a total sum $25,000.00(twenty five thousand dollars and no cents)

to settle this long running nightmare for our family.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Honorable Court grant this Motion of Settlement Offer.

Respectfully Submitted:

By: James Ira Smith