3

To: **UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Vioxx ® | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| | **JUDGE FALLON** |
| This document relates to: | **MAGISTRATE JUDGE KNOWLES** |
| Janet Sue Morgan, et al, v. Merck & Co., Inc.; Docket No. 2:05-cv-496 only regarding James I. Smith | |

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to grant Settlement Offer, and for very good cause shown, the Court finds the Motion well taken, and that same be granted.

IT IS ORDERED that attorney Dawn M. Barrios and BARRIOS, KINGSDORF & CASTEIZ, L.L.P has been granted Motion for Settlement Offer of total settlement of $25,000.00(twenty five thousand dollars and no cents), James I. Smith.

IT IS SO ORDERED.

_____          _____
Date                                              Judge Eldon E. Fallon
                                                      United States District Court Judge