UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | * | MDL No. 1657 |
| | * | |
| **Products Liability Litigation** | * | |
| | * | SECTION: L |
| | * | |
| **This Document Relates To** | * | Judge Fallon |
| | * | |
| **Hervie Martin,** | * | Magistrate Judge Knowles |
| | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| Merck & Co., Inc., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| Civil Action No.   05-3421 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL
## FOR PLAINTIFF HERVIE MARTIN

**COME NOW** the undersigned Craig L. Lowell and Williams C. Cunningham, and hereby moves this Court for an Order permitting them to withdraw as counsel for Plaintiff **Hervie Martin** in the above-styled case.  Plaintiff's last known Address is:

Hervie Martin
P.O. Box 1623
Oxford, MS 38655

1. Counsel seeks to withdraw from representation of this Plaintiff as Plaintiff was represented by both undersigned counsel and Beasley Allen, Crow, Methvin, Portis & Miles.  During the settlement phase of the case, Beasley, Allen was lead counsel. Plaintiff received a Notice of Ineligibility and has opted to file a Future Evidence Stipulation.  Undersigned counsel is not going to represent Plaintiff in this action and

has advised Plaintiff of the same.  ( See attached Exhibit A) This motion pertains only to Plaintiff **Hervie Martin**.

WHEREFORE, premises considered the undersigned Craig L. Lowell, respectfully requests this Honorable Court to enter an Order granting permission for attorneys Craig L. Lowell and William C. Cunningham's withdrawal as attorneys of record for Plaintiff **Hervie Martin**. This will not affect any of the other plaintiffs claims in MDL-05-3421.

Respectfully submitted, this 31st   day of August, 2009.


ORIGINAL SIGNED DOCUMENT ON FILE WITH THE COURT
William C. Cunningham
Craig L. Lowell


**COUNSEL FOR PLAINTIFF**
William C. Cunningham
William C. Cunningham, Attorney at Law
P.O. Box 624
Columbus, MS 39703

Craig L. Lowell
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing Motion To Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, as well as Susan Giamportone, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pretrial Order No. __8__, and filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this the _31st_ day of _August_ 2009.

Wilfred P. Coronato  
Hughes Hubbard & Reed, LLP  
101 Hudson Street, Suite 3601  
New Jersey City, NJ 07302-3908  

                                                           __S/ Craig L. Lowell__  
                                                           OF COUNSEL