UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

SERGEI CHEPILKO,
          Plaintiff,

-against-

MERCK & CO., INC.,
          Defendant.

05-MD-1657 L (3)

2: 08-CV- 00959-EEF-DEK
MDL Docket No. 1657
SECTION L

NOTICE OF MOTION

---

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED   JUL 2 8 2009
LORETTA G. WHYTE
Clerk

PLEASE TAKE NOTICE that upon the annexed affirmation of **Sergei CHEPILKO**, *(name)* affirmed on **July 20**, 20**09**, *(date)* and upon the exhibits attached thereto *(delete if no exhibits)*, ~~the accompanying Memorandum of Law in support of this motion~~ *(delete if there is no Memorandum of Law)*, and the pleadings herein, plaintiff/defendant will move this Court, before *(circle one)* **Judge E. FALLON** *(Judge's name)*, United States District/Magistrate Judge, for an order *(circle one)* pursuant to Rule _____ of the Federal Rules of Civil Procedure granting *(state what you want the Judge to order)*: **REQUEST FOR A TRANSCRIPT AT GOVERNMENT EXPENSE, BASED ON THE GRANTED POOR PERSON STATUS.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **BROOKLYN**, **NY**
      *(city)*   *(state)*
**July 20**, 20**09**
*(month) (day) (year)*

Signature **S. Chepilko**
Address **501 SURF AVE, APT. 13A**
**BROOKLYN, NY, 11224**
Telephone Number **718-266-1288**
Fax Number *(if you have one)* _____

TENDERED FOR FILING

JUL 2 8 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
X   Dktd _____
X   CtRmDep _____
___ Doc No. _____

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

---

SERGEI CHEPILKO,
Plaintiff,

-against-

MERCK & CO., INC.,
Defendant.

---

2: 08-CV- 00959-EEF-DEK
MDL Docket No. 1657
SECTION L

AFFIRMATION IN SUPPORT OF MOTION

I, Sergei Chepilko, affirm under penalty of perjury that:

1. I, Sergei Chepilko, am plaintiff Pro Se in the above entitled action.
2. The District Court has granted my motion to proceed in forma paupris on appeal.
3. My financial status has not been changed since that time, and I am unable to afford payment for a transcript.
4. I ask District Court to grant my request for a transcript at government expense.

WHEREFORE, I respectfully request that the Court grant this motion, as well as such other and further relief as may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: BROOKLYN, NY
(city) (state)
July 20, 2009
(month) (day) (year)

Signature S. Chepilko
Address 501 SURF AVE, APT. 13 A
BROOKLYN, NY 11224
Telephone Number 718-266-1288
Fax Number *(if you have one)* ______

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

SERGEI CHEPILKO,
        Plaintiff,

-against-

MERCK & CO., INC.,
        Defendant.

---

2:08-CV-00959-EEF-DEK
MDL Docket No. 1657
SECTION L

AFFIRMATION OF SERVICE

*(In the space above enter the full name(s) of the defendant(s)/respondent(s))*

I, **SERGEI CHEPILKO** (name), declare under penalty of perjury that I have served a copy of the attached **NOTICE OF MOTION FOR FREE TRANSCRIPT** (document you are serving) upon **DEFENDANT'S LIASON COUNSEL** (name of person served) whose address is **546 CARONDELET STREET, NEW ORLEANSE, LA 70130** (where you served document) by **MAIL** (how you served document. For example - personal delivery, mail, overnight express, etc.)

Dated: **NEW YORK**, **NY**
(town/city)  (state)

**July   21   2009**
(month) (day) (year)

Signature: **S. Chepicko**

Address: **501 SURF AVE, APT. 13A**

City, State: **BROOKLYN, NY**

Zip Code: **11224**

Telephone Number: **718-266-1288**

SERGEI CHEEPILKO
501 SURF Ave, Apt. 13A
Brooklyn, NY, 11224

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130