UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | *   SECTION L |
| | *   JUDGE FALLON |
| This document relates to: | *   MAGISTRATE JUDGE KNOWLES |
| Sergei Chepilko v. Merck & Co., Inc., 08-959 | |

************************************************************************

## ORDER

**IT IS ORDERED** that request for a transcript at government expense is granted.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2009.

_____
DISTRICT JUDGE

**TENDERED FOR FILING**

AUG - 3 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk