RECEIVED AUG 20 2009 CHAMBERS OF U.S. DISTRICT JUDGE ELDON E. FALLON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

05-MDL-1657

LAWRENCE W. FITZGERALD Jr

Judge Eldon Fallon

Civil Action 05-6618

V.

MDL NO. 1657
Section: L (3)

MERCK CO., Inc.,
IN RE: VIOXX
PRODUCTION LIABILITY LITIGATION

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   AUG 20 2009

LORETTA G. WHYTE
Clerk

## MOTION FOR ORDER TO SHOW CAUSE

Lawrence W. Fitzgerald, representing himself pro se respectfully moves this Honorable Court to issue an order directing the VIOXX Claims Administrator to show cause why Fitzgerald claims number 1122804 should not be reinstated. In support thereof, Fitzgerald states:

1. In the year of 2005, Fitzgerald filed a claim against Merck alleging health issues resulting from the use of vioxx.

2. This case was docketed as case number 05-CV-06618-EEF-DFK in the United States District Court for the Eastern District of Louisiana.

3. On February 3, 2009, this court directed the clerk of this court to transmit copies of the documentation filed in case 05-6618 to be entered into the record and to be sent to Plaintiff's Liason Counsel, the Pro Se Curator, and the Claims Administrator so that the appropriate actions, if any, may be taken. See 'Exhibit A', annexed hereto.

4. On February 3, 2009 Fitzgerald sent a letter to Claims Administrator Brown Greer PLC 115 South 15th Street Suit 400 Richmond, VA 2319-4209 within was a Pro Se Registration Affidavit Form Fitzgerald received from a inmated in the prison law library being he new nothing about this he mailed it in with letter.

Fee_____
Process_____
X Dktd_____
X CtRmDep_____
Doc No._____

5. On May 29, 2009, Fitzgerald received a letter from Diann Bates, the Pro Se Coordinator, informing Fitzgerald that pursuant to Merck's records he was not eligible to participate in the program, because he was not a party to a pending lawsuit or a Tolling Agreement with Merck as of November 9, 2007. But, informed Fitzgerald that if he felt this assertion was in error he could contact them within 20-days and send them documents showing the r existence of a lawsuit as of November 9, 2007, See 'Exhibit B.'

6. On June 10, 2009 within 20-day requirement, Fitzgerald transmitted a letter and copies of documentation to Diann Bates establishing that he did in fact have pending litigation against Merck in case number 05-CV-06618-EEF-DFK. Acopy of the letter and doucuments sent are attached in 'Exhibit C; along with a copy of the withdraw ticket for postage annexed as Exhibit D.'

7. On August 11, 2009, Fitzgerald wrote Vioxx Claims Administrator Diann Bates asking the status of his claim. See 'Exhibit E.'

8. On August 6, 2009, despite the fact Fitzgerald had established he had pending litigation against Merick at the time, the Vioxx Administrator Office sent Fitzgerald an unsigned letter stating that "Merck" has informed us that you did not have a pending case lawsuit or were not part of a tolling agreement as of November 9, 2007, which menas you are not eligible to partispate in the vioxx settlement program. As a result, we have closed your claim. See 'Exhibit F', annexed hereto.

9. Fitzgerald asserts that Merck's assertion that he did not have pending litigation as of November 9, 2007, directly conflicts with the all the documentation transmitted not only to the vioxx claims adminstator, but also filed with this court, and attached hereto.

10. The attached documentation clearly shows that this was pending litigation between Fitzgerald and Merck in case 05-CV-06618-EEF-DFK.

(2)

WHEREFORE, for the foregoing reasons, Fitzgerald respectfully requests this Honorable Court to issue an order directing the vioxx claims administrator to show cause, based on Fitzgerald; pending litigation in case number 05-CV-06618-EEF-DFK, why Fitzgerald's Vioxx Claim Number 1122804 should not be reopened and why he should not be eligible to participate in the Vioxx Settlement Program.

Respectfully Submitted on this 13 day of August, 2009.

*[signature]*
Lawrence W. Fitzgerald #66345
Kit Carson Correctional Center
Unit AA-122 Box 2000
Burlington Colorado 80807

CERTIFICATE OF MAILING

I. Lawrence W. Fitzgerald, placed a correct copy of the foregoing Motion For Order To Show Case in the United States Mail, postage prepaid on this 13th day of August, 2009 and addressed to the following bellow:

Clerk of Court for:
The Honorable Eldon F. Fallon Judge
United States District Court
Eastern District of Lousiana
500 Poydras St
New Orleans, LA 70130

Diann Bates
Pro Se Coordinator
VIOXX Claims Adminstrator
Mailing Adress:
P.O. Box 85031
Richmond, Virgina 23285-5031

*Lawrence W. Fitzgerald* (signature)
Lawrence W. Fitzgerald