FILED '09 FEB 05 07:59 USDC-LAE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|                                      |     |                      |
|--------------------------------------|-----|----------------------|
| IN RE: VIOXX                         |  :  | MDL NO. 1657         |
|       PRODUCTS LIABILITY LITIGATION  |  :  | SECTION: L           |
|                                      |  :  |                      |
|                                      |  :  | JUDGE FALLON         |
|                                      |  :  | MAG. JUDGE KNOWLES   |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS ORDER RELATES TO:    CASE NO. 05-6618**

## ORDER

The Court is in receipt of the attached correspondence from *pro se* Vioxx plaintiff

Lawrence Fitzgerald regarding the status of his claim. IT IS ORDERED that the correspondence

be entered into the record. In addition, copies of the letter shall be forwarded to Plaintiff's

Liaison Counsel, the Pro Se Curator, and the Claims Administrator so that the appropriate

actions, if any, may be taken.

New Orleans, Louisiana, this 3rd day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Vioxx Plaintiff's Liaison Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Mr. Robert Johnston
Vioxx Pro Se Curator
400 Poydras Street, Suite 2450
New Orleans, LA 70130

Mr. Lawrence Fitzgerald 66345
KCCC Unit B/C Box 2000
Burlington, CO 80807

Vioxx Claims Administrator
P.O. Box 85031
Richmond, VA 23285-5031

_____ Fee_____
_____ Process_____
_X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No._____

1

'EXHIBIT A'

#66345
Lawrence W. Fitzgerald
KCCC UNIT B/C-107
P.O. Box 2000
Burlington CO 80807

Claims Administrator
BROWN GREER PLC
115 South 15TH Street
Suite 400
Richmond, VA 23219-4209

Fitzgerald V. Merck + Co, Inc.
05-CV-06618-EEF-DEK

To Whom iT May Concern,
    I Have Just Received Pro Se
Registration AFFIDAVIT AND
THAT IS WHY iT IS LATE.

    I THANK YOU FOR THE Time
AND EFFORT TO ALLOW THE LATE
FILING.

                    SINCERELY,
                    Lawrence Fitzgerald

DATED: FEBRUARY 3, 2009

## PRO SE REGISTRATION AFFIDAVIT

By completing and signing this Registration Affidavit, I certify pursuant to 28 U.S.C. § 1746 to all the information in this Affidavit. I make this certification pursuant to the November 9, 2007 Order regarding registration of plaintiffs.

### A. PLAINTIFF INFORMATION

| Name | Last Fitzgerald | First Lawrence | Middle William |
|---|---|---|---|
| Date of Birth | 6/10/1955 (Month/Day/Year) | Social Security Number | 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 |

| Current Address | Street K.C.C.C. P.O. Box 2000 / 49477 COUNTY ROAD V | | | |
|---|---|---|---|---|
| | City Burlington, Colorado | State CO | Zip 80807 | Country U.S.A. |
| Telephone Number | Daytime N/A | Evening N/A | Email N/A | |

### B. LAWSUIT INFORMATION

I represent myself in the following lawsuit:

| Case Caption | Fitzgerald v. Merck & Co. Inc. | | |
|---|---|---|---|
| Docket Number | 05-CV-06618-EEF-DEK | Date Filed | 02/17/2006 (Month/Day/Year) |

### C. INJURY INFORMATION

I claim that I sustained a personal injury as a result of taking Vioxx®. I have marked the category of my injury and specified the date and place of my injury below:

☒ Myocardial Infarction or Sudden Cardiac Death

☐ Ischemic Stroke (not a hemorrhagic stroke or a transient ischemic attack)

☐ All other Injuries

| Date of Specified Injury | 5/14/2002 (Month/Day/Year) | Place of Injury | Colorado State Prison Limon Correctional Facility |
|---|---|---|---|

### D. USE OF VIOXX®

I took Vioxx before my claimed injury. I have specifically checked the category below that corresponds to my duration of Vioxx® use.

Check One:

☐ Duration of use up until the specified injury of 12 months or less

☒ Duration of use up until the specified injury of more than 12 months

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 01/13/2009 (Month/Day/Year) | Lawrence W. Fitzgerald Pro Se Claimant |
|---|---|---|

# VIOXX Claims Administrator

Toll-Free Telephone: (866) 866-1729
Facsimile: (804)521-7299
claimsadmin@browngreer.com

| Mailing Address: | Delivery Address: |
|---|---|
| P.O. Box 85031 | 115 South 15th Street, Suite 400 |
| Richmond, Virginia  23285-5031 | Richmond, Virginia  23219-4209 |

May 29, 2009

***By U.S. Mail***

Lawrence William Fitzgerald #66345
KCCC, CC – 122
Box 2000
Burlington, CO  80807

**Re:    Request to Enroll in the Vioxx Settlement Program**
**Vioxx Claim Number (VCN):  1122804**

Dear Mr. Fitzgerald:

We have received your request to Enroll in the Vioxx Settlement Program after the Final Enrollment Deadline Date of October 30, 2008.  According to information from Merck, you are not eligible to participate in the Program, for you were not a party to a pending lawsuit or a Tolling Agreement with Merck as of November 9, 2007, which is a requirement to participate in the Program.  If you feel this is in error, contact us within 20 days and send us documents showing the existence of a lawsuit or Tolling Agreement as of November 9, 2007.  Otherwise we will not be able to ask the Parties if you are permitted to Enroll in the Program at this time.

Please contact me if you have any questions or comments.  Thank you.

Sincerely,

*Diann W. Bates*

Diann Bates
Pro Se Coordinator

EXHIBIT B

31

DC 200-2C

**DEPARTMENT OF CORRECTIONS**

**MISC. WITHDRAWAL TICKET**

DATE 6/10/2004                                     AMOUNT  1.73

OFFENDER NO. 66345   FAC. KCCC              UNIT AA-122

OFFENDER NAME   FITZGERALD

REASON FOR TRANSACTION   VIOX DIRECTOR

MUSE 2 hour    DIANN BATES
KATHE HULL

I hereby authorize this amount to be deducted from my account.

Authorized by

Offender Signature

20003(R.5/01)

'EXHIBIT D'

Lawrence William Fitzgerald #66345
Kit Carson Correctional Center
Unit AA-122 Box 2000
Burlington Colorado 80807

Vioxx Claims Administrator
**Diann Bates**
Pro Se Coordinator
P.O. Box 85031
Richmond, Virgina 23285-5031

Dear Ms. Diann Bates,

I received your letter June 3, 2009 and now send this letter in response with exhibits to help you realize i've down everything my power as a laymen of the law from a prison cell to actively in pursuant to become a member of the vioxx settlement program.

Ms. Bates being incarcenated has caused me allot of problem in seeking the same rights as a free world victim of the product called Vioxx which caused my health on going health problems as you can and also caused so many others through out the world, who lost family members and are in failing health as my self because of this product started a chain of events which has shortened all of our life's unjustly and I come to you in good faith and a prayer you will see me as a human being which is incarcenated, that has the same rights as others seeking the damages of this settlement.

I sent you the letter dated February 3, 2009 with the **pro se registration affidavit** it was my thought you would of seen the case number **Fitzgerald v. Merck & CO, Inc 05-CV-06618-EEF-DEK,** would of made you turn on your computer in your office and review my flight and on going struggles from a prison cell, even as you can read my health is getting worse all the time, this is for my children and grandchildren also so please give me a liberal reading of my record in support of getting you to allow me to be part of this program **and** the truth of the matter is your firms **application** was given to me only days before sending to you, being in a cell having excess to information concerning this matter in now back within you hands and as I stated my only hope is you see in the interest of justice my case is just as good as others seeking compensation from the **Vioxx** product.

EXIBIT C

10

### History of Case

My name is Lawrence W. Fitzgerald, and i am a Colorado state prisoner who was first placed on the **Vioxx** product at a private prison like this one in another county in Colorado called **Connection Corporation Of America** in Crowley County Colorado on about April of the year 2001, shortly after being placed on this product they moved me back into the Colorado Department of Corrections prison system.

As you should be told the Vioxx product is a Non-Formulary Drug in the prison system meaning the Doctor had to get special permission by Colorado medical Department Directors to even allow me to have it in the first place.

I would like for you to review **Colorado Department of Corrections/Ambulatory Health Records** high lighted for your review showing I was at Limon Correctional Facility which is a Colorado Department of Corrections prison when on **March 13, 2002** was reordered by prison staff on the Vioxx product for another **six months**.

Ms Bates, when your on cronic medications they give it to you for six months at a time this was my **Second** reorder of the vioxx product showing you that i was on this product for a long period of time when the following happened.

I would like for you to look at my picture of what I looked like at the time of my heart failure and recent after on May 14, 2002 as you can see i've included **Colorado Department of Corrections CLINICAL SERVICES** nursing protocol and standing orders for **CHEST PAIN**.

Ms Bates, my health was perfect and if my health was not good at the time this happened and the fact I was in prison with **MEDICAL STAFF** this letter would of never been **written i would of been dead**.

I filed my first issues before Judge **Eldon Fallon** United States district Court Eastern District of Louisiana please look at the Order of February, 2006 that started all the issues now for you review showing i've done everything in my power to fight over and over to be heard as a **legal litigate of this claim before the Court** and is still pending as you realize and I would like for you to also realize as you look at the order of February 3rd 2009 **by Judge Fallon** and this order has gone unresponsive by Vioxx Plaintiff's Liaison Counsel, Herman, Herman, Katz & Cotlar, LLP 820 O'Keefe Avenue, New Orleans, also Mr. Robert Johnston Vioxx Pro Se Curator 400 Poydras Street, Suite 2450, New Orleans LA and your office Vioxx Claims Administrator P.O. Box 85031, Richmond, VA 23285-5031.

//

Ms Bates, as you can see i've been waiting for your office and the others parties to respond to this order and written letters with more evidence to support my case and plea has fallen on deaf ears and my thought is because of the fact i am a incarcerated individual.

As this letter comes to you with exhibits it should be told to you of my stay in the **hospital because of my irregular heat beat causing to again have heart failure in May of 2006**

I won a remand from the Colorado Court of Appeals on my illegal sentence went back to Court and while at Court my heart started giving me major troubles Heart Attack and the jail staff had me removed to the Denver Medical Hospital Unit were I stayed almost a week in intensive care then was moved to infirmary of the Denver Reception Unit for prisoners and shortly after moved back into the prison and a **alert** was placed on my irregular heart beat if ever it happened caused me troubles to go straight to the medical department see **exhibits of passes for your review, it should be noted for your personal attention this on going and they are placing me on more and more medication to keep my heart beat within line which was caused by the VIOXX product.**

You will find out in my medical records, i never had an irregular heart beat until **May 14, 2002 which caused my heart failure** and as you can see by the medical reports of my case and Court documents, my only hope and prayer is you will agree and help me to be placed within this litigation for the lateness was not of my own accord.

Dated June 8, 2009

Respectfully Submitted

Lawrence W. Fitzgerald 66345

303-436-6358
Ps Denver Health Medical Center
777 Bannock Street
Denver Colorado
DOB 6/10/1955
Heart Attack May 2006

/2

To: Mr Robert Johnson
VIOXX Pro Se Curator
400 Poydras Street, Suit 2450
New Orleans, LA 70130

VIOXX Plaintiff's Liaison Counsel
Herman, Herman, katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

VIOXX Claim Administrator
P.O. Box 85031
Richmond, VA 23285

From: Lawrence W. Fitzgerald prison number 66345
Kit Carson Correctional Center
P.O. Box 2000 Unit CC-122
Burlington Colorado 80807

Dated March 23, 2009

To whom it may concern,

     On February 3, 2009 United States District Judge Eldon Fallon issued
an Order in the case of In Re: Vioxx Case No. MDL No.1657, relating
to Case No. 05-6618 and Plaintiff Lawrence Fitzgerald, which were served
on you by the Clerk of Court.

     As of this date, I have not heard anything from any of you on the
status of my claim or proper actions to be taken. I am therefore now
requesting status of my case and information on what you are doing now
within my case. If I do not hear back from you within thirty days, I
will seek a contempt of court and begin a new legal action against you
for denying my access to the court and failure to provide me litigation
assistance you were ordered to provide.

     Also, attached is a copy of an Ambalatory Health Record showing
the documentation of my continuing irregular heart rhythm as of March
11, 2009 for your records, due to the Vioxx product I was placed on.

     If you have any question regarding this documentation, please Contact
Doctor Susan Tiona by calling (719) 346-9450 ext. 2234 or Fax at (719)
346-9458.

     Inclosing, I request your response as soon as possible. On this
as ordered to help me and this information being sent you should give
the needed support for my claims to be added on the Vioxx Products
Liability list of names you offices are handling  hopefully there has
been some mistake and this matter of your office no contacting me is
a over sight which now can be corrected by this letter.

                                        Sincerely
                                        Lawrence W. Fitzgerald

4

*13*

## CERTIFICATE OF MAILING

I, Lawrence W. Fitzgerald placed the following letters within the United States mail on this 23rd day of March 2009, postage prepaid and addressed to the following offices bellow:

Robert Johnson
Vioxx Pro Se Curator
400 Poydras Street, Suit 2450
New Orleans, LA 70130

Vioxx Plaintiff's Liaison Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Vioxx Claims Administrator
P.O. Box 85031
Richmond, VA 23285

Lawrence William Fitzgerald

Order and Medical Record attached

5

14

## DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

Printed By: TIONA, SUSAN M
Printed at: 03/11/2009 09:22:21

Encounter#: 1898556 @ KF

| 66345 | FITZGERALD, LAWRENCE W | Facility: | KF | LU: | KIT/UNIT C | | CC | 1 | 122 | B |

### SUBJECTIVE
Mr. Fitzgerald is here for routine CCC appt.
1. Bilateral arm pain and numbness, and neck pain. He is awaiting his EMG (had to be rescheduled because he had a parole hearing on the day that the test was originally scheduled).
2. BP. High today. Discussed. Will increase his clonadine.
3. Seborrhea. Mr. Fitzgerald asks about getting some Synalar solution (he has used this in the past with good results). Also asks about getting mycolog cream for his face, since the cortisone cream no longer contains aloe and doesn't work as well now.
4. Reports return of folliculitis. He had been given Keflex for 3 months last year for this same problem, and was clear until just a few weeks ago.

### OBJECTIVE
Moves cautiously on and off exam table.
BP noted and discussed.
Heart rhythm is irregular, with 3 beats followed by pause.
Skin with scattered erythematous papules on arms, chest and axillae; some small pustules.
Exam otherwise deferred (see extensive exam last visit)

### ASSESSMENT

723.4 - BRACHIAL NEURITIS/RADICULITIS NOS
278.01 - MORBID OBESITY
847.2 - LUMBAR SPRAIN AND STRAIN
847.0 - NECK SPRAIN AND STRAIN
701.1 - ACQUIRED KERATODERMA
401.1 - ESSENTIAL HYPERTENSION, BENIGN
702.19 - OTHER SEBORRHEIC KERATOSIS
530.81 - ESOPHAGEAL REFLUX
274.9 - GOUT, UNSPECIFIED
070.51 - ACUTE HEP C W/O MENTION HEP COMA
99214 - OFFICE/OUTPATIENT VISIT, EST

| Temperature: | | Pulse: | 60 | Weight: | 312 |
| Respiratory: | 16 | BP: | 142 / 100 | | |

### PLANS / ORDERS

Allergies: No Known Allergies

☒ BP callout x 3 months (done)

☒ Myconozole cream; apply to face Bid PRN x 30 days, 2 Rf's (none given yet)

☒ Synalar solution: apply to scalp QD PRN x 30 days (one bottle only)

☒ Keflex 500mg po BID x 30 days, 2 RF's

☒ Increase Clonadine to 0.1mg po QAM and 0.2mg po QPM x 30 days, 2 RF's

☒ Data Only: Ultram and Neurontin good until early May

☒ Colace 100mg po BID x 30 days, 2 RF's

☒ Fiber tabs 625mg po BID PRN x 30 days, 2 RF's

☒ Phenylgesic 2 po BID x 30 days, 2 RF's

| Datetime: | Providers: | TIONA, SUSAN M |
| 03/11/2009 09:05 | | |

PA/NP/RD _____
Datetime: 03/11/2009 09:05

PHYSICIAN _Sut Tiona MD_
Provider: TIONA, SUSAN M

NURSE _____
DateTime 3/11/09  1100

/5

FILED '08 DEC 01 13:28 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERM DISTRICT of LOUSIANA
Office Of The Clerk
**Loretta G. White**
500 Poydras St, Room C-151
New Orleans, LA 70130

Subject: **Fitzgerald v. Merk & CO Inc**
    **Case No. 05-6618 Section I, (3)**

Dated November 20th, 2008

Dear Loretta G. White,

  I would first like to answer this letter by thanking
for sending me the information telling me you have been
receiving the funds off my prison again as were Ordered
by the Honorable Judge Fallon 11th day of August 2008 &
more has been recently been sent for you hopfully.

  Ms White could you please help with a problem that you
are needed to help me with i've been informed Judge Fallon
has been hearing cases all over the United States with lawyer
and pro se people concerning MDL-1657 **Vioxx Product Liability
Litigation.**
  Your help is needed to explain a few things for me as
you personally realize i've been active in getting my case
heard concerning how the Vioxx product caused me to have
heart failure and your Court has records to confirm me being
on this product and all my health issues problem after words
in the last few years with my irregular heart beat and high
blood pressure which now causes me to take Clonide Hcl 0.3mg
daily.
  I read the current development update 10/29/2008 read
the dated times of the conference calls by lawyers and pro
se free world people this monthly status conference was
transcribed by Ms Karen Anderson Ibos Offical Court Reporter
in this letter head it says counsel my contact Ms Ibos to
request a copy of the transctipt. Ms White could you please
get me a copy of the transcript of the hearing your holding
tomorrow **Status Conference Friday November 21, 2008, in
Courtroom of Judge Eldon E. Fallon at 9:00 a.m.** Counsel
unable to attend in person may listen-in via telephone at
1-866-213-7163 if this information was not sent to me I
would of never new of anything which was going on within
the case could you please get me this transcript as you
do realize me being indigent hopefully will allow me access
to this transcript also for my personal review.
  My friend Mr Ken Hayter Denver Colorado 303-933-7712
told me he will be calling your office tomorrow 11-21-2008

to ask you about a statement concerning the deadline for
enrolling eligible claimants in the settlement program is
October 30th, 2008.

Ms Loretta G. White, as you as you now realize none of this
information has ever been sent to me and this has me at a great concern
of my status being a State of Colorado prisoner who was on this product
for over a year causing medical problems could you please tell me if
there is a problem in my case because its taking time to pay my Court
Ordered filing cost if this happens to be the problem I am sure you
already talked with my friend Mr Hayter at that number and he was willing
to pay the filing cost in full for my case.

I need you to explain to me my case in your Honorable Court is
going to be allowed within the settlement actions of all the freeworld
people who were on the same product call **Vioxx** and it there a problem
please explain to me, hopefully because your Honorable Court has been
receiving my filling fee's as ordered my claims are locked within the
Court's docket as all the other actions pending before the Court.

I thank you for taking the time out in getting me this transcript
of the hearing held with Honorable Judge Eldon E. Fallon and also taking
the time out to get the needed information concerning my status with
the class action as a prison.

Sincerely

Lawrence W. Fitzgerald# 66345
KCCC Unit R-C Box 900
Burlington Colorado 80807


CERTIFICATE OF MAILING

I placed this letter to the Clerk of Court Loretta G. White in the
United States Mail postage prepaid on this day of November 20th, 2008
and addressed as follows:

Clerk of Court
**Loretta G. White**
United States District Court
Eastern District of Lousiana
500 Poydras St, Room C-151
New Orleans, LA 70130

17



DEC   1 2008

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT of LOUSIANA
Office The Clerk
**Mason Pays for The Honorable Eldon F. Fallon Judge**
500 Poydras St
New Orleans, LA 70130

Subject: **Fitzgerald v. Merk & CO Inc**          Lawrence W. Fitzgerald 66345
         **Case NO. 05-6618 Section L (3)**       KCCC Unit B/C Box 2000
                                                  Burlington CO 80807

Dated November 4th, 2008

Dear Mr Mason Bays,

     I have found out through my friend Mr Ken Hayter Denver Colorado
303-933-7712 who you might found on your messages left on your office
that my case within your Honorable Court down there is in question.

     Sir, if you get this letter to read and look up my case you have
found out that i am a Colorado state prison who was also--taking the
**vioxx** product and your Court has records confirming me being on this
product and my health problems to this day because of my heart failure
on the day and time on the records within your Court.

     Sir, the only reason my heart did not red line that day was me being
in a prison and medical staff like me and treated me right way but after
this day my health and troubles followed more and more another heart
failure in 2006 and irregular heart beat and high blood pressure all
that started after the heart troubles while taking this product they
took me off right away in 2002 and now causes me to take clonide HCl
0.3mg daily.

     Mr Bays could you help me understand something i've never been sent
any information concerning this case MDL-1657 Vioxx Product Liability
Litigation held by Judge Eldon E. Fallon which you work for and if I
was not sent this web sight report of Current Developments concerning
the monthly status conference which was being held by the Honorable
Judge Eldon E. Fallon covering all the hearing covering the deadline
for enrolling eligible claimants in the settlement programs is October
30, 2008 and this print out also told of a hearing that just past with
in your Court November 21, 2008 at 9:00 a.m. which my friend Mr Hayter
called you about on the status of my case being pro se and paying the
filing cost that was Ordered by Judge Eldon E. Fallon 11th day of August
2008 and if your call the Clerk they have been receiving these's ordered
payment for i've received a letter October 31, 2008 stating Ms Loretta
G. White enclosed a copy for me of payment history.

     Sir, my friend Mr Hayter is willing to help me pay the full cost
of the filing fee's if it would help me to secure that my name is part
of the list of eligible claimants in the settlement program could you
please answer this letter or have one of your paralegals give me the
needed information about my status within this claim.

     Could you please tell me since i've been paying my Court Ordered
filing fee's this allow's me to be within the **deadline** date of enrolling
eligible claimants in the settlement program of October 30. Also could
you send me information concerning this matter and transcript of November
21, 2008 hearing.  I thank you for the time and help....

P.S
Please Send Records
Back once Copied

                                              Sincerely
                                              Lawrence W. Fitzgerald

7

18

DC Form 78 (2/93) / Old. No. 2635

WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

PRICARE CODE NO.

NAME: Fitzgerald, Lawrence

OFFENDER NO. 66345

LIVING UNIT: LCF 2

SUBJECTIVE: ① Needs _____ to _____
uses on _____ _____ _____
_____ of _____ _____
_____ 196 _____

DATE: 3-7-0?

TIME: 0918

PROBLEM 1 2
PLAN / ORDERS

OBJECTIVE: Temp 97  Pulse 68  Resp 24  B/P 120/80

② _____ Ointment _
Silvrs _____

③ Shoulder pain

_____ _____ scalp no
_____ or _____

_____ _____ about now a
_____ . _____ Shoulder to ≈
160° _____
② _____ + pain c _____
ASSESSMENT
① _____
② Seborrhea Dermatitis _____
③ _____ _____ Shields

X-ray both shoulders
OK to purchase
Meloumul from canteen
Use Alpha/Beta +
Pure + Natural Soap from
Canteen for skin cond
TAC Cream 0.025 Bid
to affected area X 6 mo
caution _____ sparingly on
face
_____ Solution 0.05
to scalp _____ X 6 mo

SIGNATURE
NURSE:

PHYSICIAN:

PRICARE CODE NO.

NAME: Fitzgerald, Lawrence

OFFENDER NO. 66345

LIVING UNIT: LCF 2

SUBJECTIVE: ① Pt states the "water"
here causes his gout and
wants a medical decision to be
T-302 _____ to another facility

DATE: 3-13-02

TIME: 0830

PROBLEM 1 2
PLAN / ORDERS

OBJECTIVE: Temp 98  Pulse 20  Resp 18  B/P 120/90

Urine Acid _____
No Disabled
Uloxy 50 _____ X 6 mo
_____

① foot + ankle From good
_____ + post tibial pulses _____
3 sec _____ _____ or _____
_____ _____ _____ _____
Difficulty

ASSESSMENT
DO
x gout .

SIGNATURE
NURSE: _____ 3-13-02

P.E.

PHYSICIAN:
Rx NO. _____ MD
3-14-02

'S BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.



*19*

Spectral☺

*CARDIAC STATUS™ CK-MB/Myoglobin/Troponin I Card Test*

Patient name: Fitzgerald, Lawrence

Patient ID: 66345

Date/Time of Test: 05/14/02

| Qualitative Results | POS | NEG | |
|---|---|---|---|
| CON: (Control) | ☒ | ☐ | * INVALID RESULTS |
| MYO: (Myoglobin) | ☐ | ☒ | |
| CK-MB | ☐ | ☒ | |
| TnI (Troponin I) | ☐ | ☒ | |

Signature/Date _____ / 05/14/02

Copied

OCT 2 8 2005

05/14/02
1400
1500

COL___ DO DEPARTMENT OF CORRECT___ S
CLINICAL SERVICES
NURSING PROTOCOL AND STANDING ORDERS FOR:

## CHEST PAIN

NAME: _Fitzgerald, Lawrence_    DOC #: _66345_  FACILITY: _LCF_

DATE & TIME: _5/14/0___    WORK ASSIGNMENT: _____

DEFINITION:  This **chest pain** protocol should be used when the patient has any or all of the following symptoms: *a pressing/squeezing/crushing pain, pain radiating to the arms (especially left), neck, jaw, or back, pain in chest brought on by exertion, diaphoresis, nocturnal pain, pain with dyspnea, pain with coughing, pain related to an infection or fever, pain related to eating or acid regurgitation, pain related to chest trauma*

Check all items below that are appropriate. If not applicable, please document.

Note: Chest pain can derive from the heart, respiratory tract, chest wall, digestive tract, and gall bladder. If the pain is cardiac in nature, *you have no time to waste.* Call for an ambulance for paramedic evaluation and ACLS. Refer to the Universal Protocol - Medical for immediate care. Symptoms of probable cardiac emergency are: crushing chest pain, diaphoresis, nausea, radiation of pain to jaw, inner left arm, anxiety. If patient is unconscious, use your basic assessment and CPR techniques as needed.

HISTORY:
1. Chief complaint: _Pain in chest @ 8+_
_continuing_

2. History of present illness:
   Date of onset: _____
   Abrupt onset: _____ N/Y
   Gradual onset: _____ N/Y

Describe nature, severity, duration, location, radiation, aggravation, relationship to exertion: _____
_____
_____
_____
_____

3. Other signs and symptoms:
   ☐ diaphoresis (profuse sweating)  ☐ cool, clammy skin
   ☒ shortness of breath  ☒ dyspnea  ☐ restlessness
   ☐ anxiety  ☐ nausea or vomiting  ☐ extreme fatigue
   ☐ pain with coughing  ☐ pain related to eating or regurgitation  ☐ pain related to chest trauma  ☐ chills
   ☐ disorientation  ☐ fainting  ☐ recent history of cocaine use

4. Pertinent past history: _____

5. Provocative(s) _walking_
   *(causative factors)*
   Palliative _____
   *(what makes it better)*
   Quality *(other)* _____
   ☐ Burning  ☐ Sharp  ☐ Dull  ☒ Pressure
   ☐ Stabbing  ☐ Constant  ☐ Waxing/Waning
   Radiation _Rt arm - numb_
   *(where it extends to)*
   Severity *(other)* _____
   Scale → 0  1  2  3  4  5  6  7  8 (9) 10
   *(0 = none → 10 = worst ever felt)*

   Timing _____
   *(of occurrence)*

6. Associated with pregnancy:     N/Y
   Due Date: _____

7. Allergies: _Endocin_
   _____
   _____

8. Medications: _Vioxx_
   _Glucaphase_

Copied

OCT 28 2005

31202-h

21

PATIENT _Estrella, Lourdes_   AGE _47_   SEX _M_   DATE _5/24/05_

ADDRESS _____   HEIGHT _____   WEIGHT _____

CASE NO. _____   ECG. NO. _____

ROOM NO. _____   MEDICATION _____   PATIENT I.D. _____

DOCTOR(S) _____

007036

Copied
OCT 28 2005

Spacelabs
burdick
500 Burdick Parkway, Deerfield, WI 53531
TEL (800) 777-1777 · (608) 764-1919 · FAX (608) 764-2394
http://www.burdick.com · info@burdick.com



FORM 13-80A1

# Sick Call Request

## Part A: (to be completed by Inmate/resident)

Inmate/Resident Name   Lawrence William Fitzgerald Gr

Inmate/Resident Number: 66345          Date: June 13, 2006

Work Assignment: _____

Work Hours: _____   Housing Assignment: ____ CC-201

Reason for requesting Health Services Appointment (BE SPECIFIC): ____ " CHRONIC CARE "

... meds ran out since being moved here, would like them refiled, also my health

... because of my lastest hospital visite because of my heart which was caused

by the VIOXX product given me, which lead to my heart going off beat & heart attack.

How long have you had this problem? My Gout problems, and Arthritis part of your records

with my blood pressure problems....Thank you...

Inmate/Resident Signature: _Lawrence W. Fitzgerald Sr_

Print Name: _Lawrence W. Fitzgerald Sr_

### ↓ DO NOT WRITE BELOW THIS LINE ↓

## Part B: (to be completed by Health Services personnel)

Health Services Reply: _____

____ Schedule c NP

____ Check the call and list for your schedueled

____ Appointment unyou thealty

Health Services Signature: _____ RWDay ADOP

Date: ____ 3 16 06

White Copy: To Medical Records          Yellow Copy: To Inmate During Exam

Property of Corrections Corporation of America

16

24

## CCA - KIT CARSON CORRECTIONAL CENTER
### Duty Status

Name _Fitzgerald Lawrence_   DOC# _66345_   Dorm _____   Start Date _6-16-06_

Stop Date _7-16-06_

Regular   Light Duty   Restricted Duty

Restrictions and/or limitations _when have weapher hurt rate_

_come to medical for EKG_   _Building SROUP_

Sports:   Yes ___   No ___

Light Duty Does Not Automatically mean Indoor Duties.

White - Medical   Yellow - Classification File   Pink - Inmate

---

## CCA - Kit Carson Correctional Center
### Duty Status

Name: _Fitzgerald Lawrence_   DOC. # _66345_

Dorm: _1B 108_   Start Date _8-27-08_

Stop Date _9-26-08_

Regular   Light Duty   Restricted Duty

Restrictions and/or limitations _I/m may come to medical if heart palpitations to g.t_

___ No

___ Yes

Light Duty DOES NOT Automatically

Mean Indoor Duties.

WHITE - MEDICAL   YELLOW - CLASSIFICATION FILE   PINK - INMATE

CCCC0019

25

FILED '08 AUG 14 13:32 USDC-LAE

e|

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LAWRENCE FITZGERALD JR                    CIVIL ACTION
#66345

VERSUS                                    NO. 05-6618

MERK & CO INC                             SECTION L (3)

### ORDER TO WITHDRAW FEES FOR APPEAL OF THIS COURT'S CERTIFICATION THAT THE APPEAL IS NOT TAKEN IN GOOD FAITH

This court has been notified that the plaintiff has sought to challenge this court's certification that the appeal is not taken in good faith. Pursuant to the provisions of Baugh v. Taylor and the Administrative Order of the United States Court of Appeals for the Fifth Circuit,

IT IS ORDERED that the sum of $ 13.38 as an initial partial filing fee be forwarded to the Clerk of Court by the Sheriff, Warden, or authorized prison official when funds exist in the inmate's prisoner account.

IT IS FURTHER ORDERED that, after payment of the initial filing fee, the inmate is required to make monthly payments of 20 percent of the preceding month's income credited to his account until the full amount of the filing fee is paid. The Sheriff, Warden, or authorized prison official SHALL forward such payments

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

21

26

from the inmate's account to the Clerk of Court, 500 Poydras Street, Rm. C-151, New Orleans, LA 70130, each time the amount in the inmate's account exceeds $10 until the balance of the $455 appellate filing fee is paid.

**IT IS FURTHER ORDERED** that, if the inmate is transferred to another facility or released from custody, the **Sheriff**, **Warden**, or authorized prison official shall notify the Court of the inmate's new facility or forwarding address within 30 days of the inmate's transfer or release.

New Orleans, Louisiana, this 11th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE

Clerk is to serve by mail:

Financial Unit

KIT CARSON CORRECTIONAL CENTER
**ATTN:  INMATE BANKING**
P.O. BOX 2000
BURLINGTON CO  80807

-2-

22

27

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

LORETTA G. WHYTE
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

October 31, 2008

Mr. Lawrence Fitzgerald, Jr., #66345
KCCC - D/B-122
P.O. Box 2000
Burlington, CO  80807

SUBJECT:  Your 10/16/08 Letter, 05-6618, L (3)

Dear Mr. Fitzgerald:

Enclosed is a copy of your payment history.  We have received your payment of $13.38 and a second payment of $32.52.  Your balance is $409.10.

You will be notified of any further action taken by the Court.

With kind regards, I am

Sincerely,

Pro Se Unit
Enclosure

FEDERAL COURT SYSTEM
EASTERN DISTRICT OF LOUISIANA

Report Date  12/31/08
Report Time: 12:35
Page No.:      1

PAYMENT HISTORY FOR FINE ACCOUNTS
PAYOR #8374

PAYOR NO.  PAYOR NAME
8374  LAWRENCE FITZGERALD, JR

| | | INVOICE | | | | RECEIPT | | |
|---|---|---|---|---|---|---|---|---|
| NO. | DATE | TYPE FUND | TOTAL OWED | DATE | NUMBER | AMOUNT | BALANCE | |
| 1 | 09/18/08 CF | 5100PL | 150.00 | 09/18/08 | 20035593100 | 13.38 | 104.10 | |
| | | | | 10/06/08 | 20036044300 | 32.52 | 104.10 | |
| | | | | | | 45.90 | 104.10 | |
| >> Invoice Total << | | | | | | | | |
| 2 | 09/18/08 CF | 0864PL | 105.00 | | | 0.00 | 105.00 | |
| 3 | 09/18/08 CF | 0864.00 | 200.00 | | | 0.00 | 200.00 | |
| >> Payer Total << | | | 455.00 | | | 45.90 | 409.10 | |

| | | | | | |
|---|---|---|---|---|---|
| >> FUND TOTALS << | 5100PL | 150.00 | | 45.90 | 104.10 |
| | 0864PL | 105.00 | | 0.00 | 105.00 |
| | 0864PL | 0.00 | | 0.00 | 0.00 |
| | 0864.00 | 200.00 | | 0.00 | 200.00 |
| >> REPORT TOTALS << | | 455.00 | | 45.90 | 409.10 |

20

29

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 23   AM 6: 47

LORETTA G. WHYTE
CLERK



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

LAWRENCE WILLIAM
FITZGERALD, JR.

CIVIL ACTION

VERSUS

NUMBER  05-6618

MANUFACTURE OF VIOXX,
MERCK & CO., INC.

SECTION "L" (3)

### ORDER

IT IS ORDERED that the Plaintiff's Motion for Appointment of Counsel is DENIED.  IT

IS FURTHER ORDERED that the Plaintiff's Motion for Leave to Proceed In Forma Pauperis is

DENIED.  Plaintiffs' Liaison Counsel is directed to contact the Plaintiff to inform him of the

status of MDL 1657 and to assist him in obtaining counsel.

New Orleans, Louisiana, this ___22nd___ day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Lawrence William Fitzgerald, Jr.
Inmate Number 66345
Unit 3-C A.V.C.F.
Colorado Department of Corrections
P.O. Box 1000
Crowley, Colorado 81034

Russ M. Herman
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

Leonard A. Davis
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

25

