UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS<br>          LIABILITY LITIGATION<br><br>This document relates to All Cases | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**THE VIOXX LITIGATION CONSORTIUM'S**
**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY**

The Vioxx Litigation Consortium files this motion and seeks an order granting leave to file a reply to the Tulane Law Clinic's Opposition to Motion for Certification so that the VLC may address some of the issues raised by the Clinic therein.  The VLC submits that the significance of the issues presented by the Motion for Certification justify leave.  Further, the attached Reply is reasonable and necessary to illustrate why this Court should certify the Order and Reasons of August 3, 2009 for immediate appeal under 28 U.S.C. § 1292(b) and/or Rule 54(b) and stay the variance procedure pending appeal.

{N2034744.1}                                                            1

Counsel has conferred with Stacy Seicshnaydre of the Tulane Law Clinic who stated that the Clinic would not oppose this motion.

> Respectfully submitted,
>
> /s/ *Harry S. Hardin III*
> HARRY S. HARDIN III (# 6540)
> MADELEINE FISCHER (# 5575)
> ERIC MICHAEL LIDDICK (# 31237)
> Jones, Walker, Waechter, Poitevent,
>   Carrère & Denègre, L.L.P.
> 201 St. Charles Avenue, 49th Floor
> New Orleans, Louisiana  70170-5100
> Telephone:     (504) 582-8208
> Facsimile:      (504) 589-8208
>
> JOHN J. McKETTA, III (Texas Bar No. 13711500)
> BOYCE C. CABANISS (Texas Bar No. 03579950)
> MATTHEW B. BAUMGARTNER
>   (Texas Bar No. 24062605)
> Graves Dougherty Hearon & Moody,
>   A Professional Corporation
> 401 Congress Avenue, Suite 2200
> Austin, Texas  78701
> Telephone:     (512) 480-5600
> Facsimile:      (512) 480-5816
>
> *Attorneys for John Eddie Williams, Jr., Drew Ranier, Walter Umphrey, Mikal Watts, and Grant Kaiser (the "Vioxx Litigation Consortium")*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by

using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on September 4, 2009.

                                                    Respectfully submitted,

                                                    /s/ *Eric Michael Liddick*
                                                    ERIC MICHAEL LIDDICK