UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

## **ORDER**

Considering the foregoing Unopposed Motion for Leave to File Reply filed by the Vioxx Litigation Consortium;

IT IS HEREBY ORDERED that the Motion for Leave to File Reply is GRANTED.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

{N2034747.1}