U. S. DISTRICT COURT
Eastern District of Louisiana

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

FILED   AUG 1 4 2009 𝒲𝒫

LORETTA G. WHYTE
Clerk

George Willie Buford, III,

      Plaintiff,

  vs.

Merck & Co., Inc.,

      Defendant.

05-MDL-1657 L(3)

C.A.5 #: 09-30562
USDC # : 2:05-MD-1657
USDC # : 2:09-CV-48

## PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW  the plaintiff in this action and, pursuant to the

Court of Appeals for the Fifth Circuit, and humbly request to

be allowed to proceed on appeal **in forma pauperis**. Enclosed is

a financial account statement given to me by FCC Terre Haute Unit

A:1 Counselor Rhonda Harvey, showing the previous six (6) months

of my financial transactions.

    Thanking the Court for its valuable time and attention.

Respectfully,

_George Willie Buford, III_

07 August 2009
Date

Mr. George Willie Buford, III
Apostille No.: A2009-5853
[ Fed. Reg. 30024-074 ]
United States Penitentiary
P.O. Box 33
Terre Haute, Indiana 47808

TENDERED FOR FILING

AUG 1 4 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

| | Fee | |
| --- | --- | --- |
| | Process | |
| X | Dktd | |
| X | CtRmDep | |
| | Doc No. | |

FORM 2

<u>ELECTION OF OPTIONS AND NOTICE TO THE COURT</u>

Fifth Circuit Case Number:      09-30563

Fifth Circuit Case Caption:     In re: Vioxx Products

USDC Case Number:   2:05-MD-1657
USDC Case Number:   2:09-CV-48


(To inmate completing this form.  Please place an "x" in the appropriate box)

[ ]On (date)   _N/A_   , the $455.00 filing fees were paid to the **district court clerk** of the U.S. District Court for the _N/A_ District of _N/A_ . If you have a copy of a receipt from the district court, please attach it.

[ ]On (date)_____, I applied to the United States District Court for the _EASTERN_ District of _LOUISIANA_ for permission to appeal in forma pauperis (IFP). If you have a copy of the application to the district court, please attach it.

[ ]On (date)_____, the United States District Court for the _____ District of _____ granted me permission to proceed on appeal IFP. If you have a copy of the district court's order, please attach it.

**YOU MUST COMPLETE AND RETURN THIS FORM WITHIN 45 DAYS OF THE DATE OF THE FORWARDING LETTER OR YOUR APPEAL MAY BE DISMISSED WITHOUT FURTHER NOTICE.**

(Name)          _George Willie Buford II_

(Prisoner Number)   _[30024-074]_

(Address)       _P.O. Box 33 Terre Haute, IN 47808_


*DKTPLRA-1*

## CERTIFICATE OF SERVICE

I, George Willie Buford, III, do hereby CERTIFY that the foregoing has been served upon opposing counsel by placing same in FCC Terre Haute Mail Room, First-Class postage pre-paid and addressed to the following:

Dorothy H. Wimberly
Stone Pigman Walther Wittman, L.L.C.
546 Carondelet Street
New Orleans, Louisiana
70130-3588

Attest True,

07 August 2009
Date

Mr. George Willie Buford, III