# Inmate Statement



| | | |
|---|---|---|
| **Inmate Reg #:** 30024074 | **Current Institution:** | Terre Haute FCI |
| **Inmate Name:** BUFORD, GEORGE | **Housing Unit:** | THP-A-A |
| **Report Date:** 08/07/2009 | **Living Quarters:** | A01-107LH |
| **Report Time:** 2:12:53 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 4/28/2009 8:04:37 AM | 56 | | | Sales | $0.00 | | $0.70 |
| THA | 3/24/2009 8:39:46 AM | ITHAD144 - 1779 | | | Debt Encumbrance | | ($0.70) | -------- |
| THA | 2/17/2009 10:24:07 AM | TFN0217 | | | Phone Withdrawal | ($5.00) | | $0.70 |
| THA | 2/9/2009 5:23:45 AM | IIPP0109 | | | Payroll - IPP | $5.25 | | $5.70 |
| THA | 1/20/2009 2:09:14 PM | 16 | | | Sales | ($6.95) | | $0.45 |
| THA | 1/12/2009 2:19:22 PM | 22 | | | Sales | ($4.75) | | $7.40 |
| THA | 1/8/2009 6:39:22 AM | IIPP1208 | | | Payroll - IPP | $12.00 | | $12.15 |
| THA | 12/15/2008 5:26:21 PM | 48 | | | Sales | ($4.20) | | $0.15 |
| THA | 12/10/2008 6:37:14 PM | TFN1210 | | | Phone Withdrawal | ($3.00) | | $4.35 |
| THA | 12/8/2008 2:11:24 PM | 15 | | | Sales | ($5.55) | | $7.35 |
| THA | 12/8/2008 5:47:25 AM | IIPP1108 | | | Payroll - IPP | $12.00 | | $12.90 |
| THA | 11/24/2008 1:47:51 PM | 6 | | | Sales | ($7.35) | | $0.90 |
| THA | 11/20/2008 5:26:25 PM | 104 | | | Sales | ($4.25) | | $8.25 |
| THA | 11/7/2008 6:15:48 AM | IIPP1008 | | | Payroll - IPP | $12.00 | | $12.50 |
| THA | 10/29/2008 11:53:13 AM | IJV0005 | | | Photo Copies | ($3.00) | | $0.50 |
| THA | 10/29/2008 11:26:52 AM | IJV0005 | | | Photo Copies | ($1.35) | | $3.50 |
| THA | 10/24/2008 8:10:00 AM | | 476 | | Court Fees | ($3.44) | | $4.85 |
| THA | 10/22/2008 5:18:45 PM | 100 | | | Sales | ($11.30) | | $8.29 |
| THA | 10/8/2008 6:13:24 AM | IIPP0908 | | | Payroll - IPP | $18.60 | | $19.59 |

1

**Total Transactions: 19**

**Totals:** ($0.29) ($0.70)

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $0.00 | $0.00 | $0.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.70 |
| **Totals:** | **$0.00** | **$0.00** | **$0.70** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.70** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $5.25 | $5.00 | $0.92 | $0.70 | $0.70 | N/A | N/A |