≈AO 240 (EDLA Rev. 8/02)

# UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

__George Willie Buford, III__
Plaintiff

V.

__Merck & Co., Inc.,__
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05-MDL-1657, L(3)

I, __George Willie Buford, III__, declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant        ☒ other   __Appellant__

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __FCC Terre Haute__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   **N/A**

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   **Atlanta, Georgia  1998**
   **Pearle Vision Centre, 800.00 per month**

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes", describe each source of money and state the amount received and what you expect you will continue to receive.

**TENDERED FOR FILING**

**N/A**

**AUG 3 1 2009**

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____ N/A _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   | Name | Relationship | Amount Contributed for Support |
   |------|--------------|-------------------------------|
   | N/A  | N/A          | N/A                           |

I declare under penalty of perjury that the above information is true and correct.

__24 August 2009__    _Mr. George Willie Buford, III_
Date                   Signature of Applicant

---

## STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)
(To be completed by the institution of incarceration)

I hereby certify that this inmate, __Buford, George__, has a present inmate account balance of $ __.70__ at the __USP THA__ institution. I further certify that the average monthly deposits for the preceding six months is  $ __0.00__

*(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is divided by six).*

I further certify that the average monthly balance for the prior six months is  $ __0.00__

*(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).*

__08-26-09__                                      __[signature]__, Counselor
Date Certified                                    Authorized Officer of Institution

# Inmate Statement



| Inmate Reg #: | 30024074 | Current Institution: | Terre Haute FCI |
|---|---|---|---|
| Inmate Name: | BUFORD, GEORGE | Housing Unit: | THP-A-A |
| Report Date: | 08/26/2009 | Living Quarters: | A01-107LH |
| Report Time: | 9:49:44 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 4/28/2009 8:04:37 AM | 56 | | | Sales | $0.00 | | $0.70 |
| THA | 3/24/2009 8:39:46 AM | ITHAD144 - 1779 | | | Debt Encumbrance | | ($0.70) | -------- |
| THA | 2/17/2009 10:24:07 AM | TFN0217 | | | Phone Withdrawal | ($5.00) | | $0.70 |
| THA | 2/9/2009 5:23:45 AM | IIPP0109 | | | Payroll - IPP | $5.25 | | $5.70 |
| THA | 1/20/2009 2:09:14 PM | 16 | | | Sales | ($6.95) | | $0.45 |
| THA | 1/12/2009 2:19:22 PM | 22 | | | Sales | ($4.75) | | $7.40 |
| THA | 1/8/2009 6:39:22 AM | IIPP1208 | | | Payroll - IPP | $12.00 | | $12.15 |
| THA | 12/15/2008 5:26:21 PM | 48 | | | Sales | ($4.20) | | $0.15 |
| THA | 12/10/2008 6:37:14 PM | TFN1210 | | | Phone Withdrawal | ($3.00) | | $4.35 |
| THA | 12/8/2008 2:11:24 PM | 15 | | | Sales | ($5.55) | | $7.35 |
| THA | 12/8/2008 5:47:25 AM | IIPP1108 | | | Payroll - IPP | $12.00 | | $12.90 |
| THA | 11/24/2008 1:47:51 PM | 6 | | | Sales | ($7.35) | | $0.90 |
| THA | 11/20/2008 5:26:25 PM | 104 | | | Sales | ($4.25) | | $8.25 |
| THA | 11/7/2008 6:15:48 AM | IIPP1008 | | | Payroll - IPP | $12.00 | | $12.50 |
| THA | 10/29/2008 11:53:13 AM | IJV0005 | | | Photo Copies | ($3.00) | | $0.50 |
| THA | 10/29/2008 11:26:52 AM | IJV0005 | | | Photo Copies | ($1.35) | | $3.50 |
| THA | 10/24/2008 8:10:00 AM | | 476 | | Court Fees | ($3.44) | | $4.85 |
| THA | 10/22/2008 5:18:45 PM | 100 | | | Sales | ($11.30) | | $8.29 |
| THA | 10/8/2008 6:13:24 AM | IIPP0908 | | | Payroll - IPP | $18.60 | | $19.59 |

1

**Total Transactions: 19**

Totals: ($0.29) ($0.70)

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $0.00 | $0.00 | $0.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.70 |
| Totals: | $0.00 | $0.00 | $0.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.70 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.70 | $0.70 | $0.70 | N/A | N/A |

Mr. George Willie Buford, III
[ Fed. Reg. #30024-074 ]
United States Penitentiary
P.O. Box 33
Terre Haute, Indiana 47808

LEGAL MAIL

INMATE IDENTIFICATION CONFIRMED

TERRE HAUTE IN 478
1 AUG 2009 PM 1 T

7013 0330 3367

Attn.: Clerk of Court
United States District Court
Eastern District of Louisiana
C-456 U.S. Courthouse
500 Poydras Street
New Orleans, Louisiana 70130

USA FIRST-CLASS FOREVER