UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Thu Nguyen; Kim Pham; Jose Romo; Lugardita Romo; Linda Stevens; Richard Valdez; Angie Valdez; Guido Valdner; Mary Valdner; Al Bisogno; Nancy Bisogno; Robert Cohoon; Deborah Cohoon; Ricky Hill; Shawn Hill; Edith Joe Kasmer; Robert Kasmer; Conrado Levario; Elizabeth Levario; Gary McDowell; Tamara McDowell; Margaret Brock Metts; Robert Metts; Joe Payne; Lisa Payne; Linda Reitz; Robert Reitz; Marco Rodriguez; Ileana Rodriguez; Gordon Wright; Diana Wright; Stephen Walden; Cynthia Walden; Felipe A. Seiler; Dyana Coe; Willy Abeele; Alice Albright; Elizabeth Bagley; Bettie Baptiste; Victoria Bieze; Betty Judd; Priscilla H. Blue; Clarence L. Brace; Margaret E. Carper; Joaquin Fermoselle-Bacardi; Lucy Decker; Margaret DeMarco; Vivian DeShields; Michael Dobbs; Jerry Dossett; Arvinda Engineer,<br>    Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>    Defendant(s). | DOCKET NO. **2:07-cv-04159-EEF-DEK**<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiff Linda Stevens, against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Turner W. Branch
BRANCH LAW FIRM, L.L.P.
Attorneys for Plaintiffs
808 Travis, Suite 1553
Houston, TX 77002
(505) 243-3500 Telephone
(505)243-3534 Facsimile


Dated: 2/23/08

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 8-25-09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th day of September, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.