UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:**
**Case No. 08-1642, Chautauqua County, New York v. Merck & Co., Inc.**
**Case No. 08-5215, Orange County, New York v. Merck & Co., Inc.**

## ORDER

IT IS ORDERED that Plaintiff's Motion to Remand (Rec. Doc. 23224) and Plaintiff's Motion to Remand (Rec. Doc. 23225) are CONTINUED WITHOUT DATE. The motion, and any objections thereto, will be addressed by the Court at the appropriate time.

New Orleans, Louisiana, this 3rd day of September, 2009.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

1