**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *See Attached List* | * | **KNOWLES** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PROPOSED ORDER TO SHOW CAUSE WHY CASES**
**SHOULD NOT BE DISMISSED WITH PREJUDICE**

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 17th day of September, 2009, immediately following the monthly status conference, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 11th day of September , 2009.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 15th day of September , 2009.

NEW ORLEANS, LOUISIANA, this  3rd  day of    September   , 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

**Exhibit A**
**(Untimely FES Claimants)**

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 1. | 1094801 | Ferrario, Joann | Carey & Danis, LLC | | Sterling, Roberta v. Merck & Co., Inc. | 2:06-cv-00791-EEF-DEK |
| 2. | 1096047 | Robinson, Vylene | Carey & Danis, LLC | | Nunn, Coy v. Merck & Co., Inc. | 2:06-cv-09331-EEF-DEK |
| 3. | 1058946 | Jensen, Anita | Driggs Bills & Day PC | | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| 4. | 1058967 | Westergard, Jim | Driggs Bills & Day PC | | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| 5. | 1093317 | Davies, Carol A. | Hackard & Holt | Harry Davies | Davies, Carol Ann v. Merck & Co., Inc. | 2:07-cv-03324-EEF-DEK |
| 6. | 1059210 | Mayo, Wesley | Houssiere Durant & Houssiere LLP | | Green Watkins, Brenda v. Merck & Co., Inc. | 2:05-cv-02373-EEF-DEK |
| 7. | 1048672 | Balarezo, Blanca | McKeever, James, Esq. | | Balarezo, Blanca v. Merck & Co., Inc. | 2:05-cv-01550-EEF-DEK |
| 8. | 1073598 | Allen, William E. | Murray Law Firm 1 | | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 9. | 1070033 | Hartzell, Myrna L. | Simon Passanante PC | | Bailey, George v. Merck & Co., Inc. | 2:05-cv-01034-EEF-DEK |
| 10. | 1070052 | Hoskins, Adolph | Simon Passanante PC | | Hicks, Dianna v. Merck & Co., Inc. | 2:05-cv-01048-EEF-DEK |
| 11. | 1107678 | Durant, Lottie V. | Wiggins, Childs, Quinn & Pantazis | | Blackshire, Jacqueline v. Merck & Co., Inc. | 2:07-cv-03999-EEF-DEK |
| 12. | 1051008 | Nieves-Velez, Carmelo | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 13. | 1050766 | Baez-Figueroa, Eduardo | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 14. | 1050787 | Caballero-Vazquez, Elizabeth | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 15. | 1050820 | Correa-Santos, Rafael L. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 16. | 1050892 | Fuster-Delgado, Vicente | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 17. | 1050905 | Gomez-Otero, Maria | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 18. | 1050909 | Gonzalez-Cordero, Myriam | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 19. | 1050928 | Hernandez-Alicia, Sonia | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 20. | 1051068 | Perez-Alvarez, Orlando | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 21. | 1051144 | Rodriguez-Oliveras, Monserrate | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 22. | 1051157 | Rolon-Maldonado, Efrain | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 23. | 1051197 | Santos-Vega, Lesvia | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 24. | 1051035 | Nuñez, Jeselina | Wood Law Firm, LLC | | Alvarado, Ramon v. Merck & Co., Inc. | 2:06-cv-07150-EEF-DEK |
| 25. | 1050756 | Arocho-Cortes, Carmen L. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 26. | 1050765 | Baez-Calderon, Felix | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 27. | 1050880 | Fernandez-Barrera, Aida | Wood Law Firm, LLC | Ivan Coralis | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 28. | 1050914 | Gonzalez-Irizarry, Ramon Antonio | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 29. | 1050929 | Hernandez-Cantres, Luis | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 30. | 1050931 | Hernández-Medina, Alexander | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 31. | 1050934 | Hernandez-Rivera, Marta I. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 32. | 1050942 | Jaca-La-Fontaine, Carmen | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 33. | 1050946 | Jimenez-Roman, Mercedes | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 34. | 1051042 | Ortega, Flora | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

|    | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 35. | 1051057 | Otero-Orta, Maryland | Wood Law Firm, LLC | Ceclia Orta, Juan Ortero | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 36. | 1051067 | Perez-Abreu, Saturnino | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 37. | 1051070 | Perez-Valentin, Gilberto | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 38. | 1051089 | Ramos-Roman, Miguel | Wood Law Firm, LLC | Luz Perez Caban | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 39. | 1051112 | Rivera-Gonzalez, Zulma E. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 40. | 1051132 | Rivera-Torres, Maria I. | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 41. | 1051154 | Rodriguez-Vega, Lydia | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 42. | 1051155 | Roldan-Gonzalez, Virginia | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 43. | 1051180 | Sanchez-Landron, Felicita | Wood Law Firm, LLC | Ramon Sanchez Gonzalez | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 44. | 1051193 | Santiago-Rodriguez, Alexander | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 45. | 1051231 | Tosado-Caban, Lucila | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 46. | 1050813 | Colon-Cruz, Evaristo | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 47. | 1050956 | Lamourt-Alicea, Maria | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 48. | 1051163 | Rosado-Rodriguez, Juan E. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 49. | 1051177 | Salcedo-Velez, Alma G. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 50. | 1050970 | Lopez-Ramos, Livia | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 51. | 1051097 | Reyes-Negron, Luz | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 52. | 1051108 | Rivera-Cruz, Milagros | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |

3

|     | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
| --- | --- | --- | --- | --- | --- | --- |
| 53. | 1051120 | Rivera-Pena, Awilda | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

4

**Exhibit B**
**(Untimely FES Claimants)**

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 1. | 1050849 | De-Jesus-De-Jesus, Natividad | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 2. | 1050780 | Bravo-Pagan, Luis J. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 3. | 1050782 | Bruno-Lopez, Marta | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 4. | 1050788 | Cabrera-Ubiles, Guadalupe | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 5. | 1050789 | Caceres-Calderon, Andrea | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 6. | 1050797 | Cartagena-Vazquez, Ines M. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 7. | 1050801 | Castro-Del-Valle, Josefina | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 8. | 1050861 | Diaz-Medina, Victor | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 9. | 1050903 | Goire-Pedrosa, Rafaela | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 10. | 1050910 | Gonzalez-Cotto, Nilda A. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 11. | 1050911 | Gonzalez-Cruz, Minerva | Wood Law Firm, LLC | David Pizarro Gonzalez | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 12. | 1050913 | Gonzalez-Hernandez, Sol A. | Wood Law Firm, LLC | Vanessa Rios Gonzalez, | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 13. | 1050915 | Gonzalez-Martinez, Juan | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 14. | 1050916 | Gonzalez-Melendez, Johanna | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 15. | 1050922 | Guzman-Arias, Gladys E. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 16. | 1050924 | Guzman-Silva, Milagros | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

|     | VCN     | Claimant                      | Primary Counsel      | Derivative Claimant(s)            | Case Caption                                       | Docket Number Current    |
| --- | ------- | ----------------------------- | -------------------- | --------------------------------- | -------------------------------------------------- | ------------------------ |
| 17. | 1050972 | Lorenzo-Nieves, Felicita      | Wood Law Firm, LLC   |                                   | Amadis-Rosario, Gladys v. Merck & Co., Inc.        | 2:05-cv-06234-EEF-DEK    |
| 18. | 1051069 | Perez-Balaguer, Maria         | Wood Law Firm, LLC   |                                   | Amadis-Rosario, Gladys v. Merck & Co., Inc.        | 2:05-cv-06234-EEF-DEK    |
| 19. | 1050743 | Alcocer-Marcano, Harry        | Wood Law Firm, LLC   |                                   | Amadis-Rosario, Gladys v. Merck & Co., Inc.        | 2:05-cv-06234-EEF-DEK    |
| 20. | 1050745 | Alicea-Reyes, Olga E.         | Wood Law Firm, LLC   |                                   | Amadis-Rosario, Gladys v. Merck & Co., Inc.        | 2:05-cv-06234-EEF-DEK    |
| 21. | 1050747 | Alvarez-Piñeiro, Ermelinda    | Wood Law Firm, LLC   |                                   | Amadis-Rosario, Gladys v. Merck & Co., Inc.        | 2:05-cv-06234-EEF-DEK    |
| 22. | 1050752 | Amaro-Morales, Elsie          | Wood Law Firm, LLC   | Luiz Gonzalez                     | Adames De La Rosa, Rogelio v. Merck & Co., Inc.    | 2:06-cv-06999-EEF-DEK    |
| 23. | 1050792 | Candelario-Maldonado, Leonor  | Wood Law Firm, LLC   |                                   | Acevedo, Jose v. Merck & Co., Inc.                 | 2:06-cv-06997-EEF-DEK    |
| 24. | 1051064 | Pedraza-Lopez, Martha         | Wood Law Firm, LLC   |                                   | Amadis-Rosario, Gladys v. Merck & Co., Inc.        | 2:05-cv-06234-EEF-DEK    |
| 25. | 1051078 | Quinones-Carmona, Ismael      | Wood Law Firm, LLC   |                                   | Amadis-Rosario, Gladys v. Merck & Co., Inc.        | 2:05-cv-06234-EEF-DEK    |
| 26. | 1051086 | Ramos-Diaz, Yolanda           | Wood Law Firm, LLC   |                                   | Acevedo, Jose v. Merck & Co., Inc.                 | 2:06-cv-06997-EEF-DEK    |
| 27. | 1050753 | Aponte-Santiago, Ivette M.    | Wood Law Firm, LLC   |                                   | Amadis-Rosario, Gladys v. Merck & Co., Inc.        | 2:05-cv-06234-EEF-DEK    |
| 28. | 1050757 | Arocho-Montalvo, Carmen R.    | Wood Law Firm, LLC   |                                   | Amadis-Rosario, Gladys v. Merck & Co., Inc.        | 2:05-cv-06234-EEF-DEK    |
| 29. | 1050761 | Aviles-Arroyo, Aida L.        | Wood Law Firm, LLC   |                                   | Amadis-Rosario, Gladys v. Merck & Co., Inc.        | 2:05-cv-06234-EEF-DEK    |
| 30. | 1050764 | Ayuso-Delgado, Freddy         | Wood Law Firm, LLC   | Bethzaida Hensen-Figueroa         | Adames De La Rosa, Rogelio v. Merck & Co., Inc.    | 2:06-cv-06999-EEF-DEK    |
| 31. | 1050772 | Bell, Walter C.               | Wood Law Firm, LLC   |                                   | Bell, Walter v. Merck & Co., Inc.                  | 2:06-cv-06998-EEF-DEK    |
| 32. | 1050776 | Bonilla-Negron, Jose          | Wood Law Firm, LLC   | Sonia Negron                      | Amadis-Rosario, Gladys v. Merck & Co., Inc.        | 2:05-cv-06234-EEF-DEK    |
| 33. | 1050831 | Crespo-Santiago, Luz Z.       | Wood Law Firm, LLC   |                                   | Amadis-Rosario, Gladys v. Merck & Co., Inc.        | 2:05-cv-06234-EEF-DEK    |
| 34. | 1050855 | Del-Valle-Diaz, Elsie         | Wood Law Firm, LLC   | Manuel Malave Aviles              | Amadis-Rosario, Gladys v. Merck & Co., Inc.        | 2:05-cv-06234-EEF-DEK    |

|     | VCN     | Claimant                       | Primary Counsel         | Derivative Claimant(s) | Case Caption                                      | Docket Number Current      |
| --- | ------- | ------------------------------ | ----------------------- | ---------------------- | ------------------------------------------------- | -------------------------- |
| 35. | 1050869 | Escribano-Fuentes, Luis        | Wood Law Firm, LLC      |                        | Amadis-Rosario, Gladys v. Merck & Co., Inc.       | 2:05-cv-06234-EEF-DEK      |
| 36. | 1050889 | Franceschi-Rodriguez, Mariana  | Wood Law Firm, LLC      |                        | Amadis-Rosario, Gladys v. Merck & Co., Inc.       | 2:05-cv-06234-EEF-DEK      |
| 37. | 1050894 | Garcia-Caraballo, Rafael       | Wood Law Firm, LLC      | Ada M. Casado          | Amadis-Rosario, Gladys v. Merck & Co., Inc.       | 2:05-cv-06234-EEF-DEK      |
| 38. | 1050896 | Garcia-Garamendi, Rosario      | Wood Law Firm, LLC      |                        | Amadis-Rosario, Gladys v. Merck & Co., Inc.       | 2:05-cv-06234-EEF-DEK      |
| 39. | 1050902 | Giovannetti-Rosado, Juan       | Wood Law Firm, LLC      |                        | Adames De La Rosa, Rogelio v. Merck & Co., Inc.   | 2:06-cv-06999-EEF-DEK      |
| 40. | 1050906 | Gonzalez, Susana               | Wood Law Firm, LLC      |                        | Amadis-Rosario, Gladys v. Merck & Co., Inc.       | 2:05-cv-06234-EEF-DEK      |
| 41. | 1050919 | Greaux-Morales, Jeannette      | Wood Law Firm, LLC      |                        | Adames De La Rosa, Rogelio v. Merck & Co., Inc.   | 2:06-cv-06999-EEF-DEK      |
| 42. | 1050944 | Jackson-Rojas, Quirsis         | Wood Law Firm, LLC      |                        | Amadis-Rosario, Gladys v. Merck & Co., Inc.       | 2:05-cv-06234-EEF-DEK      |
| 43. | 1050951 | Khury-Musa, Mercedes           | Wood Law Firm, LLC      |                        | Amadis-Rosario, Gladys v. Merck & Co., Inc.       | 2:05-cv-06234-EEF-DEK      |
| 44. | 1050959 | Lanza-Alvira, Gloria M.        | Wood Law Firm, LLC      |                        | Amadis-Rosario, Gladys v. Merck & Co., Inc.       | 2:05-cv-06234-EEF-DEK      |
| 45. | 1050961 | Lao-Melendez, Israel           | Wood Law Firm, LLC      |                        | Adames De La Rosa, Rogelio v. Merck & Co., Inc.   | 2:06-cv-06999-EEF-DEK      |
| 46. | 1051003 | Melendez-Arroyo, Jose M.       | Wood Law Firm, LLC      |                        | Amadis-Rosario, Gladys v. Merck & Co., Inc.       | 2:05-cv-06234-EEF-DEK      |
| 47. | 1051014 | Merced-David, Felisa           | Wood Law Firm, LLC      |                        | Adames De La Rosa, Rogelio v. Merck & Co., Inc.   | 2:06-cv-06999-EEF-DEK      |
| 48. | 1051020 | Montes-Jordan, Hector L.       | Wood Law Firm, LLC      |                        | Amadis-Rosario, Gladys v. Merck & Co., Inc.       | 2:05-cv-06234-EEF-DEK      |
| 49. | 1051031 | Muñiz-Burgos, Carmen           | Wood Law Firm, LLC      |                        | Amadis-Rosario, Gladys v. Merck & Co., Inc.       | 2:05-cv-06234-EEF-DEK      |
| 50. | 1051036 | Núñez-Peña, Carmen L.          | Wood Law Firm, LLC      |                        | Amadis-Rosario, Gladys v. Merck & Co., Inc.       | 2:05-cv-06234-EEF-DEK      |
| 51. | 1051038 | Oquendo-Jacome, Hilda L.       | Wood Law Firm, LLC      |                        | Amadis-Rosario, Gladys v. Merck & Co., Inc.       | 2:05-cv-06234-EEF-DEK      |
| 52. | 1051052 | Ortiz-Ortiz, Maria M.          | Wood Law Firm, LLC      |                        | Amadis-Rosario, Gladys v. Merck & Co., Inc.       | 2:05-cv-06234-EEF-DEK      |

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 53. | 1051058 | Otero-Santiago, Jorge | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 54. | 1051083 | Ramirez-Morell, Celia A. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 55. | 1051093 | Reyes-Castillo, Pedro | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 56. | 1051104 | Rivas-Santiago, Nicolas | Wood Law Firm, LLC | Gloria Hernandez | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 57. | 1051123 | Rivera-Reyes, Arlene | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 58. | 1051124 | Rivera-Rivera, Milagros | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 59. | 1051128 | Rivera-Rodriguez, Jose L. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 60. | 1051129 | Rivera-Roman, Luz M. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 61. | 1051151 | Rodriguez-Rodriguez, Estebania | Wood Law Firm, LLC | | Alvarado, Ramon v. Merck & Co., Inc. | 2:06-cv-07150-EEF-DEK |
| 62. | 1051152 | Rodriguez-Sepúlveda, Jovino | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 63. | 1051164 | Rosado-Santana, Isabel | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 64. | 1051166 | Rosario-Roa, Edna W. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 65. | 1051170 | Ruben-Rubert, Carmen | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 66. | 1051172 | Ruiz-Leon, Eusebia | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 67. | 1051174 | Ryan-Guzman, Guillermo | Wood Law Firm, LLC | Isidra Campuzano Guerrero | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 68. | 1051186 | Santana-Colon, Hector | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 69. | 1051191 | Santiago-Miranda, Maria L. | Wood Law Firm, LLC | Marisol Perez | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 70. | 1051194 | Santiago-Valentin, Hector | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 71. | 1051195 | Santos-Caliz, Maria Victoria | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 72. | 1051200 | Serrano-Lopez, Lizette | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 73. | 1051205 | Serrano-Velez, Dalia | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 74. | 1051224 | Torres-Dominicana, Norma | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 75. | 1051225 | Torres-Hernandez, Pedro | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 76. | 1051226 | Torres-Lopez, Jose | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 77. | 1050740 | Aguilu-Vega, Carlos | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 78. | 1050750 | Amadeo-Maldonado, Stephanie | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 79. | 1050808 | Clabaguera-Savinon, Juan M. | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 80. | 1050816 | Colon-Torres, Iris M. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 81. | 1050828 | Crespo-Gonzalez, Gladys | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 82. | 1050840 | Cruz-Velazquez, Ana M. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 83. | 1050846 | Davila-Mateo, Evelio | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 84. | 1050890 | Fraquada-Doner, Angel L. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 85. | 1050912 | Gonzalez-Gonzalez, Francisco | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 86. | 1051040 | Henry, Orpha I. | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 87. | 1050927 | Hernandez, Reina | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 88. | 1050935 | Hernandez-Rivera, Sandra | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 89. | 1050963 | Lassend-Figueroa, Francisco | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 90. | 1050997 | Matos-Garcia, Rafael | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 91. | 1051270 | Pion-Baez, Maria | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 92. | 1051076 | Puentes-Castro, Jesus | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 93. | 1051081 | Rabassa, Carmen M. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 94. | 1051116 | Rivera-Oliveras, Evangelista | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 95. | 1051121 | Rivera-Ramirez, Carmen R. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 96. | 1051214 | Soto-Valle, Elisa | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 97. | 1051220 | Suarez-Rosado, Maria D. | Wood Law Firm, LLC | Denise Vallellanes | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 98. | 1050799 | Castañer-Colon, Maria M. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 99. | 1050806 | Chaparro-Chaparro, Elisa | Wood Law Firm, LLC | Joaquin Rivera | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 100. | 1050815 | Colon-Rosado, Maria | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 101. | 1050836 | Cruz-Juarbe, Jose | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 102. | 1050839 | Cruz-Velazquez, Miguel | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 103. | 1050888 | Fontanez-Rivera, Alida | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 104. | 1051264 | Leguisamon-Moria, Filomena | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 105. | 1050976 | Maisonet-Acosta, Tommy | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 106. | 1050979 | Maldonado-Gonzalez, Fernando | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |

6

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 107. | 1050992 | Martinez-Rivera, Benjamin | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 108. | 1050994 | Martinez-Santos, Mayra | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 109. | 1051021 | Montiel, Robert C. | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 110. | 1051023 | Morales-Carrasquillo, Eliud | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 111. | 1051034 | Nieves-Quiles, Orlando | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 112. | 1051139 | Rodriguez-Garcia, Lucelenia | Wood Law Firm, LLC | Jose Rodriguez Perez | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 113. | 1051142 | Rodriguez-Mont, Rafael | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 114. | 1051156 | Roldan-Ramirez, Mildred | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 115. | 1051182 | Sanchez-Santiago, Evaristo | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 116. | 1051227 | Torres-Rivera, Carmen | Wood Law Firm, LLC | Wilfredo Feliciano Rodriguez, | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 117. | 1051234 | Trinidad-Quiles, Jose A. | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 118. | 1051238 | Vargas-Cuebas, German | Wood Law Firm, LLC | Evelyn Cuebas-Aviles | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 119. | 1051240 | Vazquez-Cruz, Josefina | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 120. | 1051241 | Vazquez-Perez, Luz | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 121. | 1051242 | Vazquez-Vazquez, Jose | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 122. | 1051125 | Rivera-Rodriguez, Nixsa | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 123. | 1051159 | Roque-Ortiz, Margarita | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 124. | 1050738 | Acevedo, Efrain | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 125. | 1050762 | Aviles-Marzan, Ruth N. | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 126. | 1050769 | Baez-Serrano, Regina | Wood Law Firm, LLC | Ramon Serrano, Luis Serrano | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 127. | 1050827 | Crespo-Gabriel, Irma L. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 128. | 1050872 | Estrella-Huertas, Johanna | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 129. | 1050967 | Lopez-Dirube, Fernando | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 130. | 1050969 | Lopez-Medina, Irma | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 131. | 1050971 | Lopez-Santiago, Manuel | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 132. | 1051010 | Mendez-Cuadrado, Carmen L. | Wood Law Firm, LLC | Elsic Valasquez | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 133. | 1051033 | Nieves-Huarneck, Maria | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 134. | 1051037 | Oliveras-Colon, Carmen A. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 135. | 1051045 | Ortiz-Ayala, Edgardo | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 136. | 1051050 | Ortiz-Marañon, Elena R. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 137. | 1051061 | Pagan-De-Jesus, Ana Maria | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 138. | 1051082 | Ramirez-Gomez, Hector | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 139. | 1051098 | Reyes-Perez, Edgar | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 140. | 1051106 | Rivera-Castro, Irene | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 141. | 1051134 | Robles-Mercado, Jose D. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 142. | 1051143 | Rodriguez-Morales, Joaquin | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |

8

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 143. | 1051153 | Rodriguez-Torres, Gilberto | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 144. | 1051173 | Ruiz-Ruiz, Elizardo | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 145. | 1050786 | Caballero-Martinez, Jorge R. | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 146. | 1050826 | Cotto-Rivera, Generosa | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 147. | 1050837 | Cruz-Ortiz, Carmen A. | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 148. | 1050847 | Deathe, Virginia | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 149. | 1050854 | Del-R.-Rosa-Maldonado, Maria | Wood Law Firm, LLC |  | Alvarado, Ramon v. Merck & Co., Inc. | 2:06-cv-07150-EEF-DEK |
| 150. | 1050856 | Del-Valle-Velazquez, Victor | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 151. | 1050857 | Diadone-Alers, Mario A. | Wood Law Firm, LLC | Brumilda Diadone | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 152. | 1050866 | Echevarria, Gladys | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 153. | 1050898 | Garcia-Rodriguez, Jose R. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 154. | 1050899 | Garcia-Sanchez, Ana L. | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 155. | 1050936 | Hidalgo, Juanita | Wood Law Firm, LLC | Angel Puig Hildalgo, Omar Puig Hidalgo | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 156. | 1050939 | Iglesias-Benitez, Ramon | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 157. | 1050941 | Irizarry-Matos, Carmen | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 158. | 1050988 | Marrero-Morales, Elizabeth | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 159. | 1051048 | Ortiz-Garcia, Agnes | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 160. | 1051062 | Pagan-San-Miguel, Carmen | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 161. | 1051206 | Skipper, Caroll D. | Wood Law Firm, LLC |  | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |
| 162. | 1051210 | Sosa-Alvarado, Maria | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 163. | 1051213 | Soto-Segerra, Luz N. | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 164. | 1050795 | Caraballo-Pagan, Gerardo | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 165. | 1050859 | Diaz-Colon, Hilda | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 166. | 1050860 | Diaz-Irizarry, Angelica | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 167. | 1050862 | Diaz-Ramirez, Carmen | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 168. | 1050868 | Escobar-Caceres, Myrna | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 169. | 1050877 | Febus-Febus, Juan | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 170. | 1050882 | Fernandini-Ruiz, Rosa R. | Wood Law Firm, LLC | Juan Matlas | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 171. | 1050885 | Figueroa-Torres, Luz | Wood Law Firm, LLC | Bethzaida Henson Figueroa | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 172. | 1050897 | Garcia-Garcia, Angel M. | Wood Law Firm, LLC | Cecilia Sanchez Guzman | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 173. | 1050943 | Jackson, Inez | Wood Law Firm, LLC |  | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |
| 174. | 1050948 | Jordan, Daisy D. | Wood Law Firm, LLC |  | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |
| 175. | 1050881 | Fernandez-Martinez, Cruz | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 176. | 1050996 | Martorel-Martinez, Milagros | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 177. | 1051004 | Melendez-Burgos, Otilio | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 178. | 1051019 | Montanez-Camacho, Josaphat | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 179. | 1051239 | Vargas-Ortega, Victor | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 180. | 1051011 | Mendez-Diaz, Edna M. | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |

11