UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> Janet Sue Morgan, et al, v. Merck & Co., Inc.; Docket No. 2:05-cv-496 only regarding **James I. Smith** | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

## MOTION TO SET MEDIATION

Pursuant to the Court's directive made at the Status Conference of June 24, 2009, Dawn M. Barrios, Esq. of Barrios, Kingsdorf & Casteix, L.L.P. ("Barrios") moves this Court for an Order requiring mediation to resolve the attorney's fee and cost lien asserted by Barrios against Barrios' former client, Vioxx Resolution Program claimant James I. Smith ("Plaintiff"), VCN 1014244, and states, as follows:

1. On November 14, 2004, Barrios and James Minge (collectively "Barrios") and Plaintiff entered into a Contingency Fee & Cost Employment Agreement for representation in the Vioxx Products Liability Litigation.  Barrios was the primary attorney handling Plaintiff's Vioxx claim and spent a considerable amount of time counseling with Plaintiff, collecting and analyzing all medical records, evaluating an EIF claim, timely submitting a complete claims package to the Claims Administrator in the Vioxx Resolution Program.

1

2. On October 31, 2008, the Claims Administrator issued a Notice of Points Award in the Vioxx Resolution Program, attached hereto as Exhibit A.  Barrios notified Plaintiff of the award and received his permission to appeal the Claims Administrator's unwarranted finding of obesity.

3. Barrios successfully appealed the finding of obesity and obtained a Post-Appeal Notice of Points Award on November 19, 2008, attached hereto as Exhibit B.

4. After the Post-Appeal Notice of Points Award, Plaintiff's actions caused several fundamental disagreements with Barrios which led to Barrios being required to terminate the attorney-client relationship with Plaintiff on January 6, 2009.  Pursuant to Plaintiff's request that he receive a complete copy of his entire file, Barrios provided Plaintiff with a copy of the file on January 6, 2009.

5. Barrios filed a Motion to Withdraw as Counsel of Record.  A copy of the Order granting same is attached hereto as Exhibit C.

6. Plaintiff thereafter filed a motion to have Barrios removed, which was entered into the record by Order of the Court, attached hereto as Exhibit D.

7. On March 19, 2009, Barrios submitted a Notice of Attempted Lien to the Claims Administrator, attached hereto as Exhibit E.

8. On August 25, 2009 Plaintiff filed a Motion to Dismiss Third Party Attempted Lien, attached hereto as Exhibit F.

9. At the June 24, 2009 Status Conference during the Pro Se Curator, Robert Johnston's ("Johnson"), report, the Court discussed appointment of the Pro Se Curator as mediator between claimants and former counsel and further suggested that should any counsel wish to employ this procedure, filing a motion to order mediation would be appropriate.

10. Barrios has spoken with Johnston and requested that Johnson speak with Plaintiff about mediating the lien with Johnston as mediator and with Barrios paying the cost of the mediation.

11. Johnston spoke with Plaintiff about mediating the issue and, at Plaintiff's request, confirmed the details of the conversation in correspondence.

12. Plaintiff has declined the offer to mediate, stating that he wanted the Court to resolve the issue.

13. Barrios has spoken with Johnston about this Motion and has forwarded him a copy prior to filing.  Johnston is willing to act as mediator in this lien dispute, but will only do so if authorized by the Court.

WHEREFORE, Dawn M. Barrios, Esq. of Barrios, Kingsdorf & Casteix, L.L.P. moves this Court for an Order requiring mediation with Robert Johnston as mediator to resolve an attorney fee and cost lien with Vioxx Resolution Program claimant James I. Smith, VCN 1014244.

Dated:  September 4, 2009                             Respectfully submitted,

BARRIOS, KINGSDORF & CASTEIX, L.L.P.

By:    /s/ Dawn M. Barrios
Dawn M. Barrios, Esq.
LA Bar Roll No. 2821
701 Poydras Street, Suite 3650
New Orleans, LA  70139
Telephone: 504-524-3300
Facsimile:  504-524-3313
Email: barrios@bkc-law.com

**CERTIFICATE OF SERVICE**

     I herby certify that the above and foregoing Motion to Set Mediation has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, on Plaintiff, James I. Smith by U.S. Mail, and Certified Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of September, 2009.

                                          /s/ Dawn M. Barrios
                                          Dawn M. Barrios, Esq.
                                          LA Bar Roll No. 2821
                                          Barrios, Kingsdorf & Casteix, L.L.P.
                                          701 Poydras Street, Suite 3650
                                          New Orleans, LA  70139
                                          Telephone: 504-524-3300
                                          Facsimile:  504-524-3313
                                          Email: barrios@bkc-law.com