UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Vioxx ®

PRODUCTS LIABILITY
LITIGATION

This document relates to:

*Janet Sue Morgan, et al, v. Merck & Co.,
Inc.*; Docket No. 2:05-cv-496 only regarding
**James I. Smith**

MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

**<u>ORDER</u>**

Upon due consideration of the foregoing Motion to Order Mediation,

IT IS ORDERED that the lien for attorney's fees and costs asserted by Dawn M. Barrios and James Minge against James I. Smith be mediated, with former counsel to pay the cost of mediation.  The mediation shall occur within the next 30 days before mediator, Robert M. Johnston.  Robert M. Johnston shall have the authority to adjourn the mediation and resume it until the issue is resolved or until further mediation is fruitless, at his discretion.

New Orleans, Louisiana this   _____day of _____, 2009.

_____
Judge Eldon E. Fallon
United States District Court Judge