**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | * | **MDL Docket No. 1657** |
| **This document relates to:** | * | **SECTION L** |
| ***Vivian Copher, et al.***<br>***v.***<br>***Merck & Co., Inc., et al.*** | * | **JUDGE FALLON**<br>**MAGISTRATE JUDGE KNOWLES** |
| ***Only with regard to:***<br>***Carrie Hart*** | * | |
| ***Docket No. 2:06-cv-11441*** | * | |

***********************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Carrie Hart in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 3rd day of September, 2009.

Eldon E. Fallon

DISTRICT JUDGE