UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**************************************************************************

### FINDING OF SPECIAL MASTER UNDER PROVISIONS OF ARTICLE 10.4.2 OF SETTLEMENT AGREEMENT PERTAINING TO THE CLAIM OF VANESSA TERRY VCN #1024114

As a result of the audit performed on this claim, it was determined that records of Madelyn Terry were contained in the submissions on the Vanessa Terry claim. The Special Master has reviewed the Vanessa Terry claim and after considering the explanation of counsel, the Special Master finds that the pharmacy records of Madelyn Terry were inadvertently submitted with the records in the Vanessa Terry claim. The pharmacy records of Madelyn Terry are not to be considered in the evaluation of the Vanessa Terry claim.

Lafayette, Louisiana, this 8th day of September, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 8, 2009, I electronically filed the foregoing Finding with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants.  I further certify that I mailed the foregoing Finding and the notice of electronic filing to the following:

| | |
|---|---|
| Tyler C. Vail<br>Davis and Norris, LLP<br>2154 Highland Avenue<br>Birmingham, AL 35205 | Douglas R. Marvin<br>Williams & Connolly<br>725 Twelfth Street, NW<br>Washington, DC 20005 |
| Russ M. Herman<br>Herman, Herman, Katz & Cotlar<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | Orran L. Brown<br>Brown Greer, PLC<br>Post Office Box 85031<br>Richmond, VA 23285-5031 |

Lafayette, Louisiana, this 8th day of September, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com