UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**************************************************************************

## NOTICE

TO:  Tyler C. Vail
     Davis and Norris, LLP
     2154 Highland Avenue
     Birmingham, AL 35205
     Fax No.: (205) 930-9989

The Special Master is in receipt of the Audit findings of the Claims Administrator and your written response to the Claims Administrator dated September 2, 2009 regarding the claim of **Carl Taylor, VCN #1024108**.

A hearing before the Special Master will be held at 9:00 a.m. on September 29, 2009, at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, for the claimant to present his response to the findings of the Claims Administrator.

Lafayette, Louisiana, this 8th day of September, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2009, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I mailed and faxed the foregoing Notice and the notice of electronic filing to the following:

| | |
|---|---|
| Tyler C. Vail<br>Davis and Norris, LLP<br>2154 Highland Avenue<br>Birmingham, AL 35205<br>Fax No.: (205) 930-9989 | Douglas R. Marvin<br>Williams & Connolly<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>Fax No.: (202) 434-5029 |
| Russ M. Herman<br>Herman, Herman, Katz & Cotlar<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>Fax No.: (504) 561-6024 | Orran L. Brown<br>Brown Greer, PLC<br>Post Office Box 85031<br>Richmond, VA 23285-5031<br>Fax No.: (804) 521-7299 |

Lafayette, Louisiana, this 8th day of September, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com