UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| This document relates to: | * |
| | * MAGISTRATE JUDGE |
| | * KNOWLES |
| Sergei Chepilko v. Merck & Co., Inc., 08-959 | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**IT IS ORDERED** that request for a transcript at government expense is granted.

**NEW ORLEANS, LOUISIANA,** this __4th__ day of __September__, 2009.

_____
DISTRICT JUDGE