**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Sue Archer, et al.* | * | **KNOWLES** |
| *v.* | * | |
| *Merck & Co., Inc.* | * | |
| *Docket No. 2:06-cv-10108* | * | |
| *Plaintiff Harold Ousley* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFENDANT MERCK & CO., INC.'S MOTION AND INCORPORATED**
**MEMORANDUM FOR LEAVE TO FILE OPPOSITION TO**
**PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT UNDER SEAL**

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby

moves the Court for leave to file its Opposition to Plaintiff's Motion to Enforce Settlement under

seal.  The opposition should be filed under seal as it discusses matters which are privileged in

nature.

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted leave

to file the its Opposition to Plaintiff's Motion to Enforce Settlement under seal.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361
Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion and Order for Leave to File Opposition Under Seal has been served on has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of September, 2009.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

991099v.1