# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Sue Archer, et al.* | * | **KNOWLES** |
| *v.* | * | |
| *Merck & Co., Inc.* | * | |
| *Docket No. 2:06-cv-10108* | * | |
| *Plaintiff Harold Ousley* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Defendant Merck & Co., Inc.'s Motion and Incorporated memorandum for Leave to File Opposition to Plaintiff's Motion to Enforce Settlement under seal,

IT IS ORDERED that Defendant Merck & Co., Inc. be and it hereby is granted leave to file its Opposition to Plaintiff's Motion to Enforce Settlement under seal.

NEW ORLEANS, LOUISIANA, this ____ day of September, 2009.

_____
DISTRICT JUDGE

991102v.1