**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 8, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX | MDL NO. 1657 |
|       PRODUCTS LIABILITY LITIGATION | |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO | |
| CIVIL ACTIONS 06-11277, 05-6509, 05-6522 | JUDGE FALLON |
| 06-10885 AND 05-3173 | |

**BEFORE JUDGE ELDON E. FALLON**
Case Manager: Gaylyn Lambert
Court Reporter: Jodi Simcox

Appearances: Stephen Strauss, Esq. For Merck & Company
             Leonard Davis, Esq. For the PLC

---

**Second Motion of defendant, Merck & Company, to Dismiss Non-Submitting Program Claimants' Cases (22581)**

**Argument - Granted.**  Claimants, as listed on Exhibit A of the Court's Order (to be filed separately), are dismissed with prejudice.

JS10   :04