UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Janet Sue Morgan, et al. v. Merck & Co., Inc.*; Case No. 05-496 as to James I. Smith only

## ORDER

Considering the foregoing Motion to Order Mediation (Rec. Doc. 23370);

IT IS ORDERED that the motion is DENIED. If the parties can agree to conduct a mediation to resolve their dispute regarding the attempted lien, than they are encouraged to do so. Otherwise, the matter must await determination through an adversarial process.

New Orleans, Louisiana, this 8th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE

1