UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO:      ALL CASES**

### ORDER

Considering the foregoing Unopposed Motion for Leave to File Reply by the Vioxx Lititgation Consortium (Rec. Doc. 23326);

IT IS ORDERED that the Motion for Leave to File Reply is GRANTED.

New Orleans, Louisiana, this 8th day of September, 2009.

                                                                                   _____
                                                                                   UNITED STATES DISTRICT JUDGE

1