UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**     **ALL CASES**

**ORDER**

    On January 20, 2009, Plaintiffs Liaison Counsel filed a motion for a specific award of plaintiffs' common benefit counsel fees and reimbursement of expenses (Rec. Doc. 17642). Subsequently, numerous parties filed objections to the position advanced by the PLC's motion. The Court, having previously considered the reimbursement of expenses to plaintiffs' counsel in the above captioned case, has determined that it is now appropriate to turn its' attention to the award of common benefit fees.

    Having been advised that certain parties would like the Court to set a discovery schedule and to schedule briefing and argument, IT IS ORDERED that a status conference shall be held in the Chambers of Judge Eldon E. Fallon on Tuesday, September 15, 2009, at 1:30 p.m. CST to discuss these issues. At least two (2) days in advance of this status conference, the parties are instructed to provide the Court with a letter outlining their suggested agenda for this meeting.

    New Orleans, Louisiana, this 8th day of September, 2009.

                                                 _____
                                               UNITED STATES DISTRICT JUDGE

1

2