UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS<br>LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**MOTION TO LIFT STAY, TO CONDUCT DISCOVERY,
AND TO SHORTEN PERIOD FOR RESPONDING TO DISCOVERY
OR FOR CONTINUANCE OF SEPTEMBER 24, 2009 HEARING**

Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser (referred to here as the Vioxx Litigation Consortium or "VLC") bring this motion and respectfully request that this Court lift the stay ordered in Pretrial Order 30 and allow the VLC to conduct discovery. The VLC also requests that this Court, as permitted under Federal Rule of Civil Procedure 34(b)(2)(A), shorten the period for responding to written discovery.

On several occasions, this Court has stated that it would set a schedule for discovery, briefing, and argument on the common benefit fund issues. The VLC submits that discovery into

the circumstances surrounding the increased assessment, as embodied in Section 9.2.1. of the Agreement dated November 9, 2007, is necessary to protect its due process rights and provide this Court with complete and adequate briefing and argument.

The VLC also asks that this Court continue the hearing of September 24, 2009 to allow sufficient time to complete the necessary discovery, rather than the mere fifteen days presently available. The VLC has not been able to engage in discovery due to the Court's stay, and therefore, the shortened time available for discovery is not due to any lack of diligence on the part of the VLC. Continuance of the September 24, 2009 hearing would also allow the Court to set a reasonable discovery schedule as originally stated.

The VLC was informed yesterday by Liaison Counsel that the Court intends to set the motion for common benefit fee for hearing on September 24, 2009. As discovery has been stayed, this is not enough time in order to complete discovery within normal time constraints. If the Court intends to go forward on September 24, 2009 then discovery should be immediately opened and the VLC asks that this Court shorten the time period for responses to discovery.

Accordingly, for the reasons set forth in the attached memorandum, the VLC respectfully requests that this Court lift the stay, allow the VLC to conduct discovery regarding the VLC's objection to the increased common benefit fee assessment, and shorten the periods for responding to discovery requests.

Respectfully submitted,

/s/ *Harry S. Hardin III*
HARRY S. HARDIN III (# 6540)
MADELEINE FISCHER (# 5575)
ERIC MICHAEL LIDDICK (# 31237)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana  70170-5100

Telephone: (504) 582-8208
Facsimile: (504) 589-8208

JOHN J. McKETTA, III (Texas Bar No. 13711500)
BOYCE C. CABANISS (Texas Bar No. 03579950)
MATTHEW B. BAUMGARTNER
  (Texas Bar No. 24062605)
Graves Dougherty Hearon & Moody,
  A Professional Corporation
401 Congress Avenue, Suite 2200
Austin, Texas  78701
Telephone: (512) 480-5600
Facsimile: (512) 480-5816

*Attorneys for John Eddie Williams, Jr., Drew Ranier, Walter Umphrey, Mikal Watts, and Grant Kaiser (the "Vioxx Litigation Consortium")*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on September 9, 2009.

Respectfully submitted,

/s/ *Eric Michael Liddick*
ERIC MICHAEL LIDDICK