UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS<br>LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Vioxx Litigation Consortium will bring its Motion to Lift Stay, to Conduct Discovery, and to Shorten Period for Responding to Discovery or for Continuance of September 24, 2009 Hearing for hearing before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 on the 7th day of October, 2009, at 9:00 a.m., or as soon as counsel may be heard.

Respectfully submitted,

/s/ *Harry S. Hardin III*

{N2036177.1}                                               1

        HARRY S. HARDIN III (# 6540)
        MADELEINE FISCHER (# 5575)
        ERIC MICHAEL LIDDICK (# 31237)
        Jones, Walker, Waechter, Poitevent,
         Carrère & Denègre, L.L.P.
        201 St. Charles Avenue, 49th Floor
        New Orleans, Louisiana 70170-5100
        Telephone:    (504) 582-8208
        Facsimile:    (504) 589-8208

        JOHN J. McKETTA, III (Texas Bar No. 13711500)
        BOYCE C. CABANISS (Texas Bar No. 03579950)
        MATTHEW B. BAUMGARTNER
         (Texas Bar No. 24062605)
        Graves Dougherty Hearon & Moody,
         A Professional Corporation
        401 Congress Avenue, Suite 2200
        Austin, Texas  78701
        Telephone:    (512) 480-5600
        Facsimile:    (512) 480-5816

        *Attorneys for Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser ("Vioxx Litigation Consortium")*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on September 9, 2009.

        /s/ *Eric Michael Liddick*
        ERIC MICHAEL LIDDICK