UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX PRODUCTS<br>           LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**MOTION FOR EXPEDITED CONSIDERATION OF
THE VIOXX LITIGATION CONSORTIUM'S MOTION TO LIFT STAY,
TO CONDUCT DISCOVERY, AND TO SHORTEN
PERIOD FOR RESPONDING TO DISCOVERY
<u>OR FOR CONTINUANCE OF SEPTEMBER 24, 2009 HEARING</u>**

This motion is brought by Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser (collectively, the "Vioxx Litigation Consortium" or "VLC"), who respectfully move this Court for expedited consideration of their Motion to Lift Stay, to Conduct Discovery, and to Shorten Period for Responding to Discovery or for Continuance of September 24, 2009 Hearing.

{N2036006.1}                                 1

On April 16, 2009, this Court issued an Order (Rec. Doc. No. 17739) requiring all parties objecting to the Plaintiff Steering Committee's Motion for Award of 8% of the Settlement Proceeds as Common Benefit Funds to file a notice of objection by May 8, 2009.  In the same Order, the Court noted that it would thereafter convene a status conference with any objectors and PSC representatives "to discuss an appropriate schedule for discovery, briefing, and argument."  The VLC timely filed its Notice of Objection on May 4, 2009.

The VLC recently learned that this Court set the parties' objections for hearing on September 24, 2009.  Since this Court has not set a discovery schedule, the VLC now seeks permission to conduct limited discovery so that it may adequately brief the issues presented by the Motion for Award of 8% of the Settlement Proceeds as Common Benefit Funds, as well as prepare for argument.  Since the hearing on the PSC's motion is set for September 24, 2009 – fifteen days from this date – the VLC requests that this Court give expedited consideration to the VLC's Motion to Lift Stay, to Conduct Discovery, and to Shorten Period for Responding to Discovery.  Expedited consideration is imperative for discovery to take place before the September 24, 2009 hearing and for the VLC to submit its opposition and incorporate information learned in discovery.

For these reasons, the VLC requests that this Court consider and decide this motion on an expedited basis.  The VLC contemporaneously files a proposed order with this motion.

                    Respectfully submitted,

                    /s/ *Harry S. Hardin III*
                    HARRY S. HARDIN III (# 6540)
                    MADELEINE FISCHER (# 5575)
                    ERIC MICHAEL LIDDICK (# 31237)
                    Jones, Walker, Waechter, Poitevent,
                     Carrère & Denègre, L.L.P.
                    201 St. Charles Avenue, 49th Floor
                    New Orleans, Louisiana  70170-5100

Telephone: (504) 582-8208
Facsimile: (504) 589-8208

JOHN J. McKETTA, III (Texas Bar No. 13711500)
BOYCE C. CABANISS (Texas Bar No. 03579950)
MATTHEW B. BAUMGARTNER
  (Texas Bar No. 24062605
Graves Dougherty Hearon & Moody,
  A Professional Corporation
401 Congress Avenue, Suite 2200
Austin, Texas  78701
Telephone: (512) 480-5600
Facsimile: (512) 480-5816

*Attorneys for John Eddie Williams, Jr., Drew Ranier, Walter Umphrey, Mikal Watts, and Grant Kaiser (the "Vioxx Litigation Consortium")*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on September 9, 2009.

Respectfully submitted,

/s/ *Eric Michael Liddick*
ERIC MICHAEL LIDDICK