UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

### ORDER

Considering the foregoing Motion for Expedited Consideration of the Motion To Lift Stay, To Conduct Discovery, And To Shorten Period For Responding To Discovery Or For Continuance Of September 24, 2009 Hearing filed by Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser:

**IT IS HEREBY ORDERED** that Court will consider the motion on an expedited basis.

New Orleans, Louisiana, this _____ day of _____ 2009.

_____
JUDGE ELDON E. FALLON

{N2036006.1}