## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD AND SUPPORTING DOCUMENTS has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this  10th  day of   September   2009.

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD AND SUPPORTING DOCUMENTS has been served on Plaintiff by certified mail pursuant to PreTrial Order No. 36 on this  10th  day of   September   2009.

By: _____

Brian A. Goldstein, Esq.
CELLINO & BARNES, P.C.
17 Court Street, 7th Floor
Buffalo, NY  14202-3290
(716) 854-2020
(716) 854-6291
brian.goldstein@cellinoandbarnes.com