To: UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ® | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| | JUDGE FALLON |
| This document relates to: | MAGISTRATE JUDGE KNOWLES |
| Janet Sue Morgan, et al, v. Merck & Co., Inc.; Docket No. 2:05-cv-496 only regarding James I. Smith | |

Confirmed letter to show that Dawn Barrios has been notified of the **Motion to Dismiss Mediation** by certified mail. No is  7009 0820 0001 1803 2274

The motion was sent off on 9/9/09 at the Picayune Ms. Post Office located on hwy 11, North. Time was 3:30 Pm  9/9/09. A copy of this letter and Motion was also sent to Dawn Barrios, Mr. Robert Johnston the curator, and Philip Strunk Mediator at Brown and Greer.

9/9/09
James Ira Smith  9/9/09