Tuesday, September 8, 2009

## To: UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Vioxx ® | MDL Docket No. 1657

**PRODUCTS LIABILITY LITIGATION** | SECTION L

| JUDGE FALLON

This document relates to: | MAGISTRATE JUDGE KNOWLES

Janet Sue Morgan, et al, v. Merck & Co., Inc.; Docket No. 2:05-cv-496 only regarding James I. Smith

---

# ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Dismiss Mediation, and for very good cause shown, the Court finds the Motion well taken, and that same be granted.

IT IS ORDERED that James I. Smith, VCN 1014244 has been granted Motion to Dismiss the Mediation Motion, entered by attorney Dawn M. Barrios and BARRIOS, KINGSDORF & CASTEIZ, L.L.P on September 4, 2009.

IT IS SO ORDERED.

_____  
Date

_____  
Judge Eldon E. Fallon  
United States District Court Judge

4