U. S. DISTRICT COURT
Eastern District of Louisiana

FILED AUG 3 1 2009 WP

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA
NEW ORLEANS LOUISANA

JAMAL ALI BILAL,
  Plaintiff,

05-MDL No. 1657 L(3)
Docket No. 2:06-cv-02364-EEF-DEK

v.

MERCK & Co., Inc.,
  Defendants.
_____/

## MOTION FOR EXTENTION OF TIME TO SUBMIT CLAIMS PACKAGE ON OR BEFORE SEPTEMBER 1, 2009

**COMES NOW** Plaintiff Jamaal Ali Bilal pro se requesting an extension of time to file claim package upon the following grounds:

1. Plaintiff has attempted to perform, to the best of his ability, all of submissions of final PME Records obligations under the terms of the Vioxx Settlement Agreement.

2. On or before November 30, 2008, Plaintiff submitted pertinent records showing the dates and times he ingested Vioxx; the period he suffered stroke from such ingestion; and, pharmacy records related to the purchase of the drug.

3. Ms. Diann Bates, Pro se Vioxx Claims Administrator, P.O. Box 85031, Richmond, Virginia 23285-5031, recently notified Plaintiff that he had to file further documents and forms prior to September 1, 2009.

___ Fee _____
___ Process _____
X Dktd _____
X CtRmDep _____
___ Doc No. _____

1

4. Plaintiff has attempted to retrieve further medical records from mental health officials here at this facility in compliance with a September 1, 2009 deadline to file further documents, as specified by Ms. Bates, but Ms. A. Soto, GEO-FCCC Records Supervisor, refuses to turn over pertinent medical records in an apparent attempt to stymie Plaintiff's litigation of his Vioxx claims to this court.

5. Ms Soto, has, for the past two years, refused or delayed Plaintiff's request for copies of pertinent medical records in retaliation based upon her knowledge of Plaintiff's pending Vioxx claim litigation dependant of medical records her office contains.

6. Plaintiff was recently on facility suicide-watch beginning from the date of July 26, 2009 ending August 21, 2009.

7. During this course of time Mr. Bilal was without his legal property or access to the law library computer to notify this court of the impediments put upon him in attempts made to retrieve copies of medical records needed for Vioxx litigation purposes.

8. Plaintiff's request for time extension made by is therefore made in abundance of caution to assure that his claims package will properly submitted in a timely manner.

2

**WHEREFORE** Plaintiff requests a time extension for a 30 day period or a time period consummate to his needs as a pro se litigant.

Respectfully submitted,

_____
Jamaal Ali Bilal 990124
FCCC, 13619 S.E. Hwy 70
Arcadia, Florida 34266

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail to Attorneys for Merck & Co., Inc.; Robert M. Johnston, Esquire, 400 Poydras Street, Suite 2450, New Orleans, Louisiana 70130; and Diann Bates, Pro Se Coordinator, P.O. Box 85031, Richmond, Virginia 23285-5031 this 25th day of August 2009.

_____
Jamaal Ali Bilal

3

Jamaal Ali Bilal 94-0124
(DCCC) 13619 S.E. Hwy 70
Arcadia, Fl 34266

MANASOTA FL 342
26 AUG 2009 PM 2 L

Honorable Judge Fallon
United States District Court Judge
United States Courthouse
Eastern District of Louisiana
New Orleans, Louisiana 70130

70130/9999

Legal Mail