RECEIVED
AUG 3 1 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Jamaal Ali Bilal 99-0124
FCCC, 13619 S.E. Hwy 70
Arcadia, FL 34266

August 25, 2009

Ms. Diann Bates
Pro se Coordinator
Vioxx Claims Administrator
P.O. Box 85031
Richmond, Virginia 23285-5031

**Subject:** Unintended Delays Filing September 1, 2009 Documents

Dear Ms. Bates:

    I attach a motion for time extension needed to comply with your latest directive.

    Thank you in advance for your prompt assistance in this regards.

Sincerely,

Jamaal Ali Bilal
Jamaal Ali Bilal

CC: Honorable Judge Fallon, U.S. District Court, New Orleans

1