UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to all plaintiffs | * | |
| on the attached Exhibit A | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

*********************************************************************

### ORDER

Defendant Merck & Co., Inc.'s Second Motion and Incorporated Memorandum to Dismiss Non-Submitting Program Claimants' Cases (R. Doc. 22581) came on for hearing on the 8th day of September, 2009. For the reasons orally assigned, the Court entered judgment as follows:

**IT IS ORDERED** that the claims of all plaintiffs on Exhibit A be and they hereby are dismissed with prejudice.

NEW ORLEANS, LOUISIANA, this ___ day of September, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

991077v.1

## Exhibit A
### (Second Motion to Dismiss NSPC Claimants)

| | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number | Status |
|---|---|---|---|---|---|---|---|---|
| 1. | 1025861 | Kershaw, Cutter & Ratinoff, LLP | Roque, Alma | Missing stipulation | | Alma Roque v. Merck et al. | 2:06-cv-11277 | NSPC |
| 2. | 1113911 | McFarland & Lovely, PSC | Bush, Terry | Missing stipulation | | Terry Bush v. Merck | 2:05-cv-06509 | NSPC |
| 3. | 1113910 | McFarland & Lovely, PSC | Prater, Roma | Missing stipulation | | Roma Lynn Prater v. Merck | 2:05-cv-06522 | NSPC |
| 4. | 1117993 | Tabor, Marion Jackson | Schunior, Emil | S-1, S-3, S-99 | Margaret Schunior | Margaret Schunior v. Merck | 2:06-cv-10885 | NSPC |
| 5. | 1081952 | Whitehead Law Firm | Scott, Lee | Missing stipulation | Angela Scott | Lee Scott et al v. Merck | 2:05-cv-03173 | NSPC |