UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Alton Key v. Merck & Co., Inc.*<br>Case No. 2:05-CV-04075 | MDL No. 1657<br><br>Section L<br><br>Judge Eldon E. Fallon<br><br>Magistrate Judge Daniel E. Knowles, III |

## COUNSEL'S MOTION TO WITHDRAW

Counsel for Plaintiff, Walter Umphrey and PROVOST UMPHREY LAW FIRM, LLP; John Eddie Williams and WILLIAMS KHERKHER HART BOUNDAS, LLP; Drew Ranier and RANIER, GAYLE & ELLIOT, LLC; Mikal Watts and THE WATTS LAW FIRM, LLP; and Grant Kaiser and THE KAISER FIRM, LLP ("Counsel"), request that this Court allow them to withdraw as attorneys for plaintiff.

1. The Claims Administrator has informed us that it received notice from this Claimant and/or his new attorney that Counsel no longer represents this Claimant.

2. The Vioxx Settlement Claims Administrator has informed Counsel for plaintiff that Counsel are no longer Primary Counsel for him in the Vioxx Settlement. Counsel, therefore, are unable to access information from the Claims Administrator relating to plaintiff's claim, including information on the Claims Administrator's web portal.

3. Under these circumstances, plaintiff has effectively discharged Counsel from further representation. Counsel therefore seek to withdraw pursuant to American

Bar Association Mod. R. Prof. Cond. 1.16(a) which mandates termination of the representation if discharged.

4. Counsel has delivered a copy of this motion to plaintiff and a copy of PTO 43 by certified mail to Plaintiff's last known mailing address:

> 912 Norman St.
> West Helena, AR 72390

5. For the reasons stated herein, Walter Umphrey and PROVOST UMPHREY LAW FIRM, LLP; John Eddie Williams and WILLIAMS KHERKHER HART BOUNDAS, LLP; Drew Ranier and RANIER, GAYLE & ELLIOT, LLC; Mikal Watts and THE WATTS LAW FIRM, LLP; and Grant Kaiser and THE KAISER FIRM, LLP ask this Court to grant this Motion to Withdraw as Counsel for Plaintiff.

Dated: September 10, 2009

Respectfully submitted,

/s/_____
Grant Kaiser
The Kaiser Law Firm L.L.P.
Texas Bar No. 11078900
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
gkaiser@thekaiserfirm.com
Phone: (713) 223-0000
Fax: (713) 223-0440

ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U. S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on September 10, 2009.

/s/_____
Grant Kaiser