IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENTS RELATES TO: | * | |
| *Amadis rosario, Gladys v. Merck, et al;* | | |
| *Adames De La Rosa, Rogelio v. Merck, et al* | | |
| *Acevedo v. Merck, et al* | * | |
| | * | |
| ************************************* | | MAG. JUDGE KNOWLES |

**RESPONSE OF THE WOOD  FIRM, LLC** TO DEFENDANT MERCK & CO., INC.'S MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE REGISTRATION REQUIREMENT OF PTO 31

**COME NOW** those plaintiffs represented by The Wood Law Firm, LLC,  in the above captioned causes and  file this their *Response to Defendant Merck & Co. Inc., Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure to Comply With the Registration Requirement of PTO 31* and would state as follows*:*

1. Defendants filed their Motion on August 13, 2009 with an attached Exhibit A setting forth some 98 cases; eight  (8) of which are, or were,  represented by The Wood Law Firm, LLC.  Plaintiffs have set forth below explanations for each of those eight claimants.

2. One of the claimants listed; **Hector Colon Mage** was previously dismissed by this Court by way of Order dated 4/16/08.

3. **Jose Ortiz Naveira (Narvera)** - this claimant was properly enrolled in the program in February of 2008 and has been given **VCN 1051051.**  The claimants

completed claim package was submitted to the defendants on July 3, 2008. The case has proceeded through the entire settlement program. The Defendants have often times carried the name incorrectly in their database and that may be the reason for the discrepancy.

4. **Jose Quintana Zayas** - This has been addressed previously; Mr. Quintana is only a derivative claimant of Bernabela Zayas Zayas and is not a Vioxx user. In accordance with Puerto Rico law, Mr. Quintana originally filed the claim under his name as having a claim for the death of Bernabela Zayas-Zayas. His claim as a derivative should not be dismissed; but any personal injury claim as a Vioxx user is due to be dismissed.

5. **Gloria Hernandez** - Gloria Hernandez is the derivative claimant for Nicolas Rivas Santiago - **VCN1051104.** This case has proceeded through the entire settlement program. Defendants have Gloria Hernandez listed as being in the *Gladys Amadis Rosario v. Merck & Co., Inc.,* case; when in fact this is part of the *Jose Acevedo v. Merck & Co., Inc*.

6. **Maria Gomez** - This case has been addressed previously, Maria Gomez is a derivative claimant of Pedro Gomez-Figueroa - **VCN1050904.** She was not a Vioxx user.

7. **Maria Gomez** - this case is due to be dismissed; as we did not enroll this claimant.

8. **Maria Colon -** this case is due to be dismissed as we did not enroll this claimant..

9. **Carmen Cordero** - this case is due to be dismissed as we did not enroll this claimant.

*Respectfully submitted,*

*/s/ E. Kirk Wood, Esq.*
E. Kirk Wood, Esq.
THE WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, AL 35238-2434
(205) 612-0243

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Response has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this 11th day of September, 2009.

*/s/ E. Kirk Wood, Esq.*
E. Kirk Wood, Esq.
THE WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, AL 35238-2434
(205) 612-0243