UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**************************************************************************

**FINDING OF SPECIAL MASTER UNDER PROVISIONS OF
ARTICLE 10.4.2 OF SETTLEMENT AGREEMENT PERTAINING
TO THE CLAIM OF GEORGE H. MANSET (DECEASED) VCN #1023870**

The Special Master has considered the Audit Notice regarding the claim of George H. Manset (Deceased) VCN #1023870, together with the response of counsel regarding this claim dated September 2, 2009. It is the finding of the Special Master that while there are some inconsistencies in the affidavits of Mrs. Manset and Diana McCutcheon, M.D., these inconsistencies do not rise to the level of misrepresentation and/or fraud. It is also the finding of the Special Master that it is not proven that the pharmacy records are those of George H. Manset and, accordingly, such records are not to be considered by the Claims Administrator in making an award in this matter.

Lafayette, Louisiana, this 11th day of September, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2009, I electronically filed the foregoing Finding with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I mailed the foregoing Finding and the notice of electronic filing to the following:

| | |
|---|---|
| Tyler C. Vail<br>Davis and Norris, LLP<br>2154 Highland Avenue<br>Birmingham, AL 35205 | Douglas R. Marvin<br>Williams & Connolly<br>725 Twelfth Street, NW<br>Washington, DC 20005 |
| Russ M. Herman<br>Herman, Herman, Katz & Cotlar<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | Orran L. Brown<br>Brown Greer, PLC<br>Post Office Box 85031<br>Richmond, VA 23285-5031 |

Lafayette, Louisiana, this 11th day of September, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com