UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX® | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION "L" |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| | : | DOCKET NO. |
| Helen Atemborski v. Merk & Co. | : | 05-4825 |

## PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

Counsel for Plaintiff Helen Atemborski respectfully move this Court for an Order permitting them to file their Petition Respecting Distribution of Special Master's Award and their Affidavit of Counsel for Claimant Respecting Distribution of Special Master's Award and the exhibits attached thereto, under seal.

1. The reason for Plaintiffs' motion to file under seal is that the Motion and Exhibits contain personal information and information regarding settlement amounts which is confidential in accordance with the Vioxx Master Settlement Agreement dated November 9, 2007.

2. Plaintiffs request the Court grant leave to file the following documents under seal:

      1. Petition Respecting Distribution of Special Master's Award

      2. Affidavit of Counsel for Claimant Respecting Distribution of Special Master's Award and Exhibits A-E.

Dated this 11th day of September, 2009

  s/Stacy K. Hauer

Ronald S. Goldser (MN # 35932)
Stacy K. Hauer (MN #317093)
ZIMMERMAN REED, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
612-341-0400 ph
612-341-0844 fax

**COUNSEL FOR CLAIMANT**