UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : |  |
|  | : | MDL NO. 1657 |
| IN RE:  VIOXX® | : |  |
|         PRODUCTS LIABILITY LITIGATION | : | SECTION "L" |
|  | : |  |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
|  | : | DOCKET NO. |
| Helen Atemborski v. Merk & Co. | : | 05-4825 |

**(Proposed) ORDER TO FILE
<u>DOCUMENTS UNDER SEAL</u>**

Considering Plaintiff's Motion to File Documents Under Seal, it is hereby ORDERED that Plaintiffs Petition Respecting Distribution of Special Master's Award and their Affidavit of Counsel for Claimant Respecting Distribution of Special Master's Award and attached exhibits be filed under seal.

_____

Honorable Eldon E. Fallon