UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### FINDING OF SPECIAL MASTER UNDER PROVISIONS OF ARTICLE 10.4.2 OF SETTLEMENT AGREEMENT PERTAINING TO THE CLAIM OF CARL TAYLOR VCN #1024108

The Special Master has considered the Audit Notice regarding the claim of Carl Taylor VCN #1024108, together with the response and submission of counsel regarding this claim. It is the finding of the Special Master that the pharmacy records of Carolyn Taylor were inadvertently submitted with the claim of Carl Taylor and, accordingly, the claim of Carl Taylor VCN #1024108 is to proceed, but the pharmacy records of Carolyn Taylor are not to be considered by the Claims Administrator in making the award in this matter. Counsel are cautioned to be thorough in the review and submission of supporting documents.

The hearing set for September 29, 2009 on the claim of Carl Taylor VCN #1024108 is cancelled.

Lafayette, Louisiana, this 14th day of September, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 14, 2009, I electronically filed the foregoing Finding with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants.  I further certify that I mailed the foregoing Finding and the notice of electronic filing to the following:

| | |
|---|---|
| Tyler C. Vail<br>Davis and Norris, LLP<br>2154 Highland Avenue<br>Birmingham, AL 35205 | Douglas R. Marvin<br>Williams & Connolly<br>725 Twelfth Street, NW<br>Washington, DC 20005 |
| Russ M. Herman<br>Herman, Herman, Katz & Cotlar<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | Orran L. Brown<br>Brown Greer, PLC<br>Post Office Box 85031<br>Richmond, VA 23285-5031 |

Lafayette, Louisiana, this 14th day of September, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com