UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

******************************************************************************

### FINDING OF SPECIAL MASTER UNDER PROVISIONS OF ARTICLE 10.4.2 OF SETTLEMENT AGREEMENT PERTAINING TO THE CLAIM OF KENNETH CLARIDGE VCN #1086411

The Special Master has considered the Audit Notice regarding the claim of Kenneth Claridge VCN #1086411, together with the response of counsel regarding this claim dated September 10, 2009. It is the finding of the Special Master that the claimant submissions included a record that contained four sections with Vioxx fill dates. These submissions were for claim number 1086411. An examination of this submission reveals that the four sections were cut and pasted together which gave the impression that it was the single pharmacy record of Kenneth Claridge VCN #1086411. Further examination of these records reveal that the first three sections of the submission are records that pertain to Donna Claridge and not Kenneth Claridge. This submission is a material deception of the actual records and under the provision of Article 10.4.2 of the Settlement Agreement, the claim of Kenneth Claridge VCN #1086411 is denied and Kenneth Claridge shall cease to have any further rights under the Program. Kenneth Claridge's Dismissal with prejudice, Stipulation and Release shall be delivered to Merck.

Lafayette, Louisiana, this 14th day of September, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2009, I electronically filed the foregoing Finding with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I mailed the foregoing Finding and the notice of electronic filing to the following:

| | |
|---|---|
| Michael J. Ryan | Douglas R. Marvin |
| Krupnick, Campbell, Malone, Buser, | Williams & Connolly |
|    Slama, Hancock, Liberman & McKee | 725 Twelfth Street, NW |
| 700 Southeast Third Avenue, Suite 100 | Washington, DC 20005 |
| Fort Lauderdale, FL 33316-1186 | |
| | |
| Russ M. Herman | Orran L. Brown |
| Herman, Herman, Katz & Cotlar | Brown Greer, PLC |
| 820 O'Keefe Avenue | Post Office Box 85031 |
| New Orleans, LA 70113 | Richmond, VA 23285-5031 |

Lafayette, Louisiana, this 14th day of September, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com