FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 SEP 11  PM 3: 11

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY DE LA GARZA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF RUBEN T. PEREZ, DECEASED | § § § § § § | CASE NO.: 05-5543<br><br>Related to: MDL Case No. 1657<br>United States District Court for<br>the Eastern District of Louisiana<br>Section: L |
| *Plaintiffs,* | § § | |
| v. | § § | JUDGE FALLON |
| MERCK & CO., INC., also d/b/a MERCK, SHARP AND DOHME and d/b/a MSD SHARP & DOHME, GmbH | § § § § § | MAG. JUDGE KNOWLES<br><br>Jury Demand Endorsed Hereon |
| *Defendant.* | § | |

### Notice of Appearance on behalf of
### Plaintiff Estate of Ruben T. Perez, Deceased

In accordance with Rule 1.4 of the Multidistrict Litigation Rules under 28 U.S.C. § 1407, Carl F. Schwenker, an attorney licensed in Texas and admitted to appear in the United States District Courts for the Northern, Southern and Western Districts of Texas, enters an appearance in this action on behalf of Plaintiff the Estate of Ruben T. Perez, Deceased (acting through its authorized representative and probate court-appointed Independent Administrator Ruben T. Perez, Jr.).

Respectfully submitted,

LAW OFFICES OF CARL F. SCHWENKER

By: _____
Carl F. Schwenker, Attorney-in-charge
Texas Bar No. 00788374
1621 West Sixth Street
Austin, Texas 78703
Tel. (512) 480-8427
Fax (512) 857-1294
E-mail: cfslaw@swbell.net

ATTORNEYS FOR THE ESTATE OF RUBEN T. PEREZ, DECEASED, ACTING THROUGH ITS REPRESENTATIVE AND APPOINTED INDEPENDENT ADMINISTRATOR RUBEN T. PEREZ, JR.