UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY DE LA GARZA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF RUBEN T. PEREZ, DECEASED<br><br>*Plaintiffs,*<br><br>v.<br><br>MERCK & CO., INC., also d/b/a MERCK, SHARP AND DOHME and d/b/a MSD SHARP & DOHME, GmbH<br><br>*Defendant.* | §§§§§§§§§§§§§§§ | CASE NO.: 05-5543<br><br>Related to: MDL Case No. 1657<br>United States District Court for the Eastern District of Louisiana<br>Section: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**Plaintiff Estate of Ruben T. Perez's**
<u>**Motion to Amend its Original Complaint**</u>

Under Rule 15 of the Federal Rules of Civil Procedure, Plaintiff the Estate of Ruben Perez, Deceased (the "Estate"), acting through its authorized representative and court-appointed Independent Administrator Ruben T. Perez, Jr., files this motion to amend its Original Complaint as follows:

The Estate has asserted claims in this lawsuit. The deadline for amending pleadings and adding parties has not expired prior to filing of this motion and the Estate has not previously amended its pleadings in this action. The Estate seeks to amend its pleadings to include the designation of its authorized representative and court-appointed Independent Administrator Ruben T. Perez, Jr. This amendment is not being presented to prejudice the parties, but for substantial justice.

For the foregoing reasons, this motion should be granted and the Estate requests that it be allowed to file its attached First Amended Complaint and that the Court deem the attached

pleading filed effective as of the filing date of this motion and relating back to the filing of date of Plaintiff's Original Complaint.

        Respectfully submitted,

        LAW OFFICES OF CARL F. SCHWENKER

By: _____
        Carl F. Schwenker, Attorney-in-charge
        Texas Bar No. 00788374
        1621 West Sixth Street
        Austin, Texas 78703
        Tel. (512) 480-8427
        Fax (512) 857-1294
        E-mail: cfslaw@swbell.net

        ATTORNEYS FOR THE ESTATE OF RUBEN T. PEREZ, DECEASED, ACTING THROUGH ITS REPRESENTATIVE AND APPOINTED INDEPENDENT ADMINISTRATOR RUBEN T. PEREZ, JR.