UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY DE LA GARZA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF RUBEN T. PEREZ, DECEASED<br><br>*Plaintiffs,*<br><br>v.<br><br>MERCK & CO., INC., also d/b/a MERCK, SHARP AND DOHME and d/b/a MSD SHARP & DOHME, GmbH<br><br>*Defendant.* | §§§§§§§§§§§§§§ | CASE NO.: 05-5543<br><br>Related to: MDL Case No. 1657<br>United States District Court for the Eastern District of Louisiana<br>Section: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### Order on Plaintiff Estate of Ruben T. Perez's Motion to Amend its Original Complaint

The Court has considered Plaintiff Estate of Ruben T. Perez's (the "Estate's") motion to amend its Original Complaint in this action and, having determined that the motion is meritorious, hereby orders that the motion is granted and that the Estate's First Amended Complaint, which was submitted along with the Estate's motion, is hereby deemed filed as a pleading in this action as of the filing date of the Estate's motion and is further deemed to relate back to the filing date of Original Complaint in this action.

Signed on this _____ day of _____, 2009.

_____
United States District Judge

Fee_____
Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____