UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY DE LA GARZA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF RUBEN T. PEREZ, DECEASED | § § § § § | CASE NO.: 05-5543 Related to: MDL Case No. 1657 United States District Court for the Eastern District of Louisiana Section: L |
| *Plaintiffs,* | § § | |
| v. | § § | |
| MERCK & CO., INC., also d/b/a MERCK, SHARP AND DOHME and d/b/a MSD SHARP & DOHME, GmbH | § § § § | JUDGE FALLON MAG. JUDGE KNOWLES |
| *Defendant.* | § § | Jury Demand Endorsed Hereon |

**PLAINTIFF ESTATE OF RUBEN T. PEREZ'S
FIRST AMENDED COMPLAINT**

Plaintiff Estate of Ruben T. Perez (acting through its authorized representative and appointed Independent Administrator Ruben T. Perez, Jr.) amends its Original Complaint and states as follows for its First Amended Complaint against Defendant(s) in this action:

1.     The first clause of the Introductory Paragraph of page 1 of Plaintiff's Original Complaint is amended to state as follows: "Plaintiff MARY DE LA GARZA, INDIVIDUALLY AND RUBEN T. PEREZ, JR. AS THE APPOINTED INDEPENDENT ADMINISTRATOR AND REPRESENTATIVE OF THE ESTATE OF RUBEN T. PEREZ, DECEASED, files this Complaint,".

2.     Paragraph 1 of Plaintiff's Original Complaint is amended to state as follows: "Plaintiff MARY DE LA GARZA, INDIVIDUALLY AND RUBEN T. PEREZ, JR. AS THE APPOINTED INDEPENDENT ADMINISTRATOR AND REPRESENTATIVE OF THE ESTATE OF RUBEN T. PEREZ, DECEASED, are residents of Texas."

1



The remainder of Plaintiff's Original Complaint is restated and adopted as if fully set forth and herein.

Respectfully submitted,

LAW OFFICES OF CARL F. SCHWENKER

By:_____

Carl F. Schwenker, Attorney-in-charge
Texas Bar No. 00788374
1621 West Sixth Street
Austin, Texas 78703
Tel. (512) 480-8427
Fax (512) 857-1294
E-mail: cfslaw@swbell.net

ATTORNEYS FOR THE ESTATE OF RUBEN T. PEREZ,
DECEASED, ACTING THROUGH ITS
REPRESENTATIVE AND APPOINTED INDEPENDENT
ADMINISTRATOR RUBEN T. PEREZ, JR.

2