# EXHIBIT A

MURRAY LAW FIRM
SUITE 2150 POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

STEPHEN B. MURRAY*
STEPHEN B. MURRAY, JR.
JULIE A. ARDOIN**
ARTHUR M. MURRAY
NICOLE IEYOUB-MURRAY
JESSICA W. HAYES
JAMES R. DUGAN, II
JUSTIN BLOOM ****
DOUGLAS R. PLYMALE, Ph.D.
KOREY A. NELSON

*  CERTIFIED AS A SPECIALIST IN
   CIVIL TRIAL ADVOCACY BY THE NATIONAL
   BOARD OF TRIAL ADVOCACY
** LICENSED IN LA & MS
***LICENSED IN LA & TX
**** LICENSED IN FL & NY

TELEPHONE 504.525.8100
1.800.467.8100
FAX 504.584.5249
www.murray-lawfirm.com

OF COUNSEL

JOSEPH A RACE
ROBERT J. DILIBERTO***
DAMON A. KIRIN

WILLIAM W. GOODELL, JR., L.L.M.
Energy and Environment

September 14, 2009

**Via E-mail**

Eben S. Flaster
Dechert LLP
Cira Centere
2929 Arch Street
Philadelphia, PA 19104

Re: State of Louisiana, ex rel. James D. Caldwell, Attorney General v. Merck & Co., Inc., No. 2:05-cv-3700, MDL 1657, Eastern District of Louisiana

Dear Eben:

I have reviewed the discovery that your office has produced pursuant to counsel's agreement with respect to the four 30(B)(6) depositions noticed by Plaintiff on July 1, 2009 and note the following deficiencies:

Consumer Refund Program Document Production

Your August 24, 2009 letter describes a rolling production of custodial files as well as the production of departmental files of Merck's Manufacturing Division with anticipated completion times. To date, we have yet to receive the custodial file of Maria Wirths (to have been produced shortly after September 4, 2009) as well as the departmental files of Merck's Manufacturing Division (to have been produced within a few weeks of the August 24, 2009 letter.) We hope to receive these documents as soon as possible. Please advise as to when we can expect this late production.

Pricing Document Production

      Your August 24, 2009 letter describes a rolling production of custodial files beginning on September 2, 2009 with a completion date of September 25, 2009, as well as the production of departmental files of Merck's Manufacturing Division on or about September 4, 2001. We are in receipt and thank you for the timely production of the departmental files of Merck's Manufacturing Division, however, we have received none of the identified custodial files. Please advise as to when we can expect to begin receiving the custodial files.

      Very truly yours,

      *Justin Bloom*

      Justin Bloom

Cc:    Brian Anderson (Via E-mail)
        Benjamin Barnett (Via E-mail)
        Travis Sales (Via E-mail)
        James Dugan (Via E-mail)
        Dawn Barrios (Via E-mail)
        Lenny Davis (Via E-mail)