# EXHIBIT B

MURRAY LAW FIRM
SUITE 2150 POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

STEPHEN B. MURRAY*
STEPHEN B. MURRAY, JR.
JULIE A. ARDOIN**
ARTHUR M. MURRAY
NICOLE IEYOUB-MURRAY
JESSICA W. HAYES
JAMES R. DUGAN, II
JUSTIN BLOOM ****
DOUGLAS R. PLYMALE, Ph.D.
KOREY A. NELSON

TELEPHONE 504.525.8100
1.800.467.8100
FAX 504.584.5249
www.murray-lawfirm.com

OF COUNSEL

JOSEPH A RACE
ROBERT J. DILIBERTO***
DAMON A. KIRIN

WILLIAM W. GOODELL, JR., L.L.M.
Energy and Environment

*   CERTIFIED AS A SPECIALIST IN
    CIVIL TRIAL ADVOCACY BY THE NATIONAL
    BOARD OF TRIAL ADVOCACY
**  LICENSED IN LA & MS
*** LICENSED IN LA & TX
**** LICENSED IN FL & NY

September 10, 2009

**Via E-mail**

Travis Sales
Baker Botts LLP
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995

Re: State of Louisiana, ex rel. James D. Caldwell, Attorney General v. Merck & Co., Inc., No. 2:05-cv-3700, MDL 1657, Eastern District of Louisiana

Dear Travis:

As per your request of September 3, 2009 the requested deponents are available on the following dates in October:

1. Ben Beardan- 5,9,12,16,and 19

2. Gina Biglane- 1,12,13,14,15,26,27,28,29

3. Charles Castille- 1,2,19,20,21,22,23,26,27,28,29,30

4. MJ Terrebonne- 1,2,5,6,7,8,9,15,16,19,20,21,26,27,29,30

Please note that Melwyn Wendt was previously requested to be deposed. He is available 1,6,7,8,9,12,13,14,15,16,19,20,21,22,23,26,27,28,29.

With best regards, I am

Very truly yours,

James R. Dugan, II

JRD/tb

Cc: John Beisner (Via E-mail)
    Eben Flaster (Via E-mail)
    Brian Anderson (Via E-mail)
    Ben Barnett (Via E-mail)