# EXHIBIT C

MURRAY LAW FIRM
SUITE 2150 POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

STEPHEN B. MURRAY*
STEPHEN B. MURRAY, JR.
JULIE A. ARDOIN**
ARTHUR M. MURRAY
NICOLE IEYOUB-MURRAY
JESSICA W. HAYES
JAMES R. DUGAN, II
JUSTIN BLOOM ****
DOUGLAS R. PLYMALE, Ph.D.
KOREY A. NELSON

\* CERTIFIED AS A SPECIALIST IN
  CIVIL TRIAL ADVOCACY BY THE NATIONAL
  BOARD OF TRIAL ADVOCACY
\*\* LICENSED IN LA & MS
\*\*\*LICENSED IN LA & TX
\*\*\*\* LICENSED IN FL & NY

TELEPHONE 504.525.8100
1.800.467.8100
FAX 504.584.5249
www.murray-lawfirm.com

OF COUNSEL

JOSEPH A RACE
ROBERT J. DILIBERTO***
DAMON A. KIRIN

WILLIAM W. GOODELL, JR., L.L.M.
Energy and Environment

September 10, 2009

**Via E-mail**

Ben Barnett
Dechert LLP
Cira Centere
2929 Arch Street
Philadelphia, PA 19104

Re: State of Louisiana, ex rel. James D. Caldwell, Attorney General v. Merck & Co., Inc., No. 2:05-cv-3700, MDL 1657, Eastern District of Louisiana

Dear Ben:

We would like to depose the following people in reference to the above-captioned matter. Please give us available dates in the month of October for:

1. Holly Jacques
2. Mary Ogle
3. Doug Jordan
4. John Fevurly
5. Steve Shearer
6. Michael Davis
7. Wendy Lepore
8. Warren Lambert
9. Fran Kaiser
10. Kerry Edwards
11. Allan Goldberg

12. Terri Lee
13. Chuck Grezlak
14. Alice Reicin
15. Doug Welch

With best regards, I am

Very truly yours,

James R. Dugan, II

JRD/tb

Cc: John Beisner (Via E-mail)
Eben Flaster (Via E-mail)
Brian Anderson (Via E-mail)
Travis Sales (Via E-mail)