| Claimant | Case Number |
|---|---|
| Finch, Linda | 2:05-cv-04445-EEF-DEK |
| Pearce, Melvin | 2:05-cv-04445-EEF-DEK |
| Wilkinson, James | 2:05-cv-04445-EEF-DEK |
| Garcia, Lionel | 2:05-cv-04446-EEF-DEK |
| Grimmick, Walter | 2:05-cv-04446-EEF-DEK |
| Hessel, Gary | 2:05-cv-04446-EEF-DEK |
| Mort, James | 2:05-cv-04446-EEF-DEK |
| Eldridge, Joanne | 2:05-cv-04447-EEF-DEK |
| Talbert, Jr., Russell | 2:05-cv-04447-EEF-DEK |
| Alder, Bryant | 2:05-cv-04448-EEF-DEK |
| Crawford, Gary | 2:05-cv-04448-EEF-DEK |
| Davis, Allen | 2:05-cv-04448-EEF-DEK |
| Gardner, Frances | 2:05-cv-04448-EEF-DEK |
| Smithhisler, Edward | 2:05-cv-04448-EEF-DEK |
| Switzer, Raylene | 2:05-cv-04448-EEF-DEK |
| Trinklein, Kenneth | 2:05-cv-04448-EEF-DEK |
| Kanable, Robert | 2:05-cv-04628-EEF-DEK |
| Allison, Patricia | 2:05-cv-05822-EEF-DEK |
| Conklin, Marilyn | 2:05-cv-05822-EEF-DEK |
| Creech, Verna | 2:05-cv-05822-EEF-DEK |
| Danielson, John | 2:05-cv-05822-EEF-DEK |
| Foland, Judith | 2:05-cv-05822-EEF-DEK |
| Geiger, Gary | 2:05-cv-05822-EEF-DEK |
| Grant, Gwendolyn | 2:05-cv-05822-EEF-DEK |
| Howton, Margaret | 2:05-cv-05822-EEF-DEK |
| Kirkwood, Larry | 2:05-cv-05822-EEF-DEK |
| Miille, Carol | 2:05-cv-05822-EEF-DEK |
| Norman, Velma | 2:05-cv-05822-EEF-DEK |
| Swart, Nolan | 2:05-cv-05822-EEF-DEK |
| Schad, Shirley | 2:06-cv-03737-EEF-DEK |
| Wood, James | 2:06-cv-05577-EEF-DEK |
| Worth, Shirley | 2:06-cv-08356-EEF-DEK |
| Cabantan, Salvador | 2:06-cv-10630-EEF-DEK |