UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation <br><br> This Document Relates to: <br><br> JAMES FRANKLIN on behalf of the STATE OF COLORADO, <br><br>                       Plaintiff, <br><br>   versus <br><br> MERCK & CO., INC., <br><br>                       Defendant. <br><br> Case No. 06-10485 | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## [PROPOSED] ORDER TO SHOW CAUSE WHY PLAINTIFF'S COMPLAINT SHOULD NOT BE DISMISSED

**IT IS ORDERED** that plaintiff show cause on the \_\_\_\_ day of _____, 2009, at _____ o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why plaintiff's case should not be dismissed.

**IT IS FURTHER ORDERED** that plaintiff in the above-referenced case file and serve upon Liaison Counsel any opposition to the Rule on or before the \_\_\_ day of _____, 2009.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon plaintiff's counsel in the above-referenced case any reply to the opposition on or before the \_\_\_ day of _____, 2009.

NEW ORLEANS, LOUISIANA, this \_\_\_\_ day of _____, 2009.

                                    _____
                                    ELDON E. FALLON
                                    UNITED STATES DISTRICT JUDGE