UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX  PRODUCTS<br>LIABILITY LITIGATION<br><br>**This Document Relates To All Cases** | CIVIL ACTION<br><br>No. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

## THE LAW OFFICES OF DOUGLAS A. ALLISON AND THE LAW OFFICES OF JACK MODESETT, III'S OBJECTION TO THE COURT'S FEE VARIANCE PROCEDURE

In this Court's Order and Reasons of August 3, 2009, the Court created a procedure for attorneys to request a departure from the Court's 32% "universal cap" in a particular case.[1] The Order requires attorneys who seek to enforce their fee agreement to file an "objection" by September 15, 2009.  The Law Offices of Douglas A. Allison and the Law Office of Jack Modesett, III objects to the Court's procedure and declines to participate in it because participating in the procedure as designed by the Court would force the Law Offices of Douglas A. Allison and the Law Office of Jack Modesett, III to litigate against its own clients, with whom it has no dispute.

Because the variance procedure constructed by this Court creates litigation between the Law Offices of Douglas A. Allison and the Law Office of Jack Modesett, III and their clients when there is no dispute, and because the procedure does not permit the Law Offices of Douglas A. Allison and

---

[1] "[T]here may be one or more cases in which special treatment might be justified." Order and Reasons at 26.

1

the Law Office of Jack Modesett, III to seek an across-the-board increase of the limit for its efforts

benefitting all of its own clients and no others, the Law Offices of Douglas A. Allison and the Law

Office of Jack Modesett, III object to the variance procedure created by the Court and will not

participate in the hearings envisioned by that procedure.

Respectfully submitted,

/s/ Douglas A. Allison
Douglas A. Allison
State Bar No. 01083500
Federal ID No. 10252
LAW OFFICES OF DOUGLAS A. ALLISON
403 N. Tancahua St.
Corpus Christi, Texas 78401
361-888-6002
361-888-6651 FAX NUMBER

/s/ Jack Modesett, III
Jack Modesett III
State Bar No. 14244337
Federal ID No.: 13730
919 Congress Ave., Suite 1425
Austin, TX 78701
TEL: (361) 887-6449
FAX: (361) 885-7983

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 15th day of September, 2009.

/s/ Douglas A. Allison

Douglas A. Allison