UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:  Vioxx** | **MDL NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| **This document relates to:** | **JUDGE FALLON** |
| **William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding Rosie Burks, Pamela Giambelluca, Michael Green, Arthur Lewis, Edrice Thomas and Ollie Walker** | **MAGISTRATE JUDGE** **KNOWLES** |
| **Aubrey Gates, et al v. Merck, et al, Docket No. 05-5727, only Regarding Jane Naomi** | |
| **Lois Jordan, et al v. Merck, et al, Docket No. 05-4439, only Regarding Lois Jordan** | |

## <u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

Murray Law Firm, Leger & Shaw, and/or Guerriero & Guerriero, by counsel undersigned, pursuant to Local Rule 83.2.11 respectfully move this Court for an order allowing them leave to withdraw as counsel of record for plaintiffs, Rosie Burks and her derivative Plaintiff Diane Hansen, Pamela Giambelluca, Michael Green, John Lyons, Arthur Lewis, Edrice Thomas, Ollie Walker, Jane Naomi, and Lois Jordan (collectively "Plaintiffs" herein) in the above-captioned cases, and for these Plaintiffs to be granted a modest extension to the deadlines set in Pretrial Order No. 43 to allow them to secure new counsel or appear *pro se*.  In support of this motion, the undersigned states as follows:

1.        Each of the Plaintiffs enrolled in the Vioxx Master Settlement Program;

2.      Prior to the scoring of Plaintiffs claims by the Claims Administrator, Counsel advised each Plaintiff that if their claim was found not to qualify for payment under the terms of the Vioxx Master Settlement Program, that Counsel and their Law Firms would not continue to represent Plaintiffs if Plaintiffs wished to continue to litigate their Vioxx cases;

3.      Each Plaintiff was provided a copy of all Notices from the Claims Administrator regarding their case;

4.      Plaintiffs did not qualify for payment under the Vioxx Master Settlement Program;

5.      Plaintiffs have all advised Counsel that they wished to continue to litigate their Vioxx claim, as is their right under the terms of the Vioxx Master Settlement Agreement;

6.      Counsel have advised each Plaintiff that they must secure new counsel or proceed *pro se* to continue to litigate their case;

7.      Counsel have provided Plaintiffs with a copy of the Future Evidence Stipulation and certified materials from the Claims Administrator for their case;

8.      Counsel have provided Plaintiffs with a copy of Pretrial Order No. 43 and a written explanation of the requirements thereof and the importance in complying with the deadlines therein;

9.      Counsel have discussed with Plaintiffs the requirements and deadlines of Pretrial Order No. 43;

10.     To date, Plaintiffs have been unable to secure new Counsel, but still desire to continue to litigate their case;

11. Counsel will send to each Plaintiff a copy of this motion and proposed order to via certified mail;

For these reasons, Murray Law Firm, Leger & Shaw, Guerriero & Guerriero urge the Court to grant their motion to withdraw as counsel of record in this matter and grant plaintiffs a 30 day extension of time in which to obtain new counsel, or appear and proceed *pro se*, and comply with the requirements of PTO 43.

Respectfully submitted this the 15th day of September, 2009.

/s/ Douglas R. Plymale
Douglas R. Plymale, (LSBA No. 28409)
James R. Dugan, II (LSBA No. 24785)
Stephen B. Murray, Sr. (LSBA No. 9858)
Stephen Murray, Jr. (LSBA No. 23877)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana  70112-4000
Telephone:  (504) 648-0180
Facsimile:   (504) 648-0181

Walter J. Leger, Jr. (LSBA No. 8278)
LEGER & SHAW
600 Carondelet Street, 9th Floor
New Orleans, Louisiana 70130

Jeffrey D. Guerriero
GUERRIERO & GUERRIERO
2200 Forsythe Avenue
Monroe, Louisiana 71211-4092

Attorneys for Plaintiffs

## CERTIFICATE OF COUNSEL

Pursuant to Local Rule 37.1E, Plaintiffs state that counsel for the Plaintiffs and Defendant's Liaison Counsel have conferred by telephone for the purposes of amicably resolving the issues raised in the accompanying Plaintiffs' Motion to Withdraw as Counsel of Record and Defendant neither opposes nor consents to the filing of this motion.

/s/ Douglas R. Plymale

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing Plaintiff's Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U. S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 15th day of September, 2009.

<u>/s/ Douglas R. Plymale</u>