UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:  Vioxx** | **MDL NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| **This document relates to:** | **JUDGE FALLON** |
| **William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding Rosie Burks, Pamela Giambelluca, Michael Green, Arthur Lewis, Edrice Thomas and Ollie Walker** | **MAGISTRATE JUDGE** **KNOWLES** |
| **Aubrey Gates, et al v. Merck, et al, Docket No. 05-5727, only Regarding Jane Naomi** | |
| **Lois Jordan, et al v. Merck, et al, Docket No. 05-4439, only Regarding Lois Jordan** | |

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED**, that Murray Law Firm, Leger & Shaw and Guerriero & Guerriero, are hereby withdrawn as Counsel of Record for the listed plaintiffs;

**IT IS ORDERED**, that the listed Plaintiffs will be granted an extension of time until 30 days from the date of this Order in which to obtain new counsel, or appear *pro se*, and comply with the requirements of PTO 43.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2009.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**