**Exhibit B**
**(Untimely FES Claimants)**

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 1. | 1050849 | De-Jesus-De-Jesus, Natividad | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 2. | 1050780 | Bravo-Pagan, Luis J. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 3. | 1050782 | Bruno-Lopez, Marta | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 4. | 1050788 | Cabrera-Ubiles, Guadalupe | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 5. | 1050789 | Caceres-Calderon, Andrea | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 6. | 1050797 | Cartagena-Vazquez, Ines M. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 7. | 1050801 | Castro-Del-Valle, Josefina | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 8. | 1050861 | Diaz-Medina, Victor | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 9. | 1050903 | Goire-Pedrosa, Rafaela | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 10. | 1050910 | Gonzalez-Cotto, Nilda A. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 11. | 1050911 | Gonzalez-Cruz, Minerva | Wood Law Firm, LLC | David Pizarro Gonzalez | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 12. | 1050913 | Gonzalez-Hernandez, Sol A. | Wood Law Firm, LLC | Vanessa Rios Gonzalez, Oscar Rios | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 13. | 1050915 | Gonzalez-Martinez, Juan | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 14. | 1050916 | Gonzalez-Melendez, Johanna | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 15. | 1050922 | Guzman-Arias, Gladys E. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 16. | 1050924 | Guzman-Silva, Milagros | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 17. | 1050972 | Lorenzo-Nieves, Felicita | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 18. | 1051069 | Perez-Balaguer, Maria | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 19. | 1050743 | Alcocer-Marcano, Harry | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 20. | 1050745 | Alicea-Reyes, Olga E. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 21. | 1050747 | Alvarez-Piñeiro, Ermelinda | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 22. | 1050752 | Amaro-Morales, Elsie | Wood Law Firm, LLC | Luiz Gonzalez | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 23. | 1050792 | Candelario-Maldonado, Leonor | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 24. | 1051064 | Pedraza-Lopez, Martha | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 25. | 1051078 | Quinones-Carmona, Ismael | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 26. | 1051086 | Ramos-Diaz, Yolanda | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 27. | 1050753 | Aponte-Santiago, Ivette M. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 28. | 1050757 | Arocho-Montalvo, Carmen R. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 29. | 1050761 | Aviles-Arroyo, Aida L. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 30. | 1050764 | Ayuso-Delgado, Freddy | Wood Law Firm, LLC | Bethzaida Hensen-Figueroa | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 31. | 1050772 | Bell, Walter C. | Wood Law Firm, LLC |  | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |
| 32. | 1050776 | Bonilla-Negron, Jose | Wood Law Firm, LLC | Sonia Negron | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 33. | 1050831 | Crespo-Santiago, Luz Z. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 34. | 1050855 | Del-Valle-Diaz, Elsie | Wood Law Firm, LLC | Manuel Malave Aviles | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 35. | 1050869 | Escribano-Fuentes, Luis | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 36. | 1050889 | Franceschi-Rodriguez, Mariana | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 37. | 1050894 | Garcia-Caraballo, Rafael | Wood Law Firm, LLC | Ada M. Casado | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 38. | 1050896 | Garcia-Garamendi, Rosario | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 39. | 1050902 | Giovannetti-Rosado, Juan | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 40. | 1050906 | Gonzalez, Susana | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 41. | 1050919 | Greaux-Morales, Jeannette | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 42. | 1050944 | Jackson-Rojas, Quirsis | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 43. | 1050951 | Khury-Musa, Mercedes | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 44. | 1050959 | Lanza-Alvira, Gloria M. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 45. | 1050961 | Lao-Melendez, Israel | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 46. | 1051003 | Melendez-Arroyo, Jose M. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 47. | 1051014 | Merced-David, Felisa | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 48. | 1051020 | Montes-Jordan, Hector L. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 49. | 1051031 | Muñiz-Burgos, Carmen | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 50. | 1051036 | Núñez-Peña, Carmen L. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 51. | 1051038 | Oquendo-Jacome, Hilda L. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 52. | 1051052 | Ortiz-Ortiz, Maria M. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 53. | 1051058 | Otero-Santiago, Jorge | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 54. | 1051083 | Ramirez-Morell, Celia A. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 55. | 1051093 | Reyes-Castillo, Pedro | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 56. | 1051104 | Rivas-Santiago, Nicolas | Wood Law Firm, LLC | Gloria Hernandez | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 57. | 1051123 | Rivera-Reyes, Arlene | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 58. | 1051124 | Rivera-Rivera, Milagros | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 59. | 1051128 | Rivera-Rodriguez, Jose L. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 60. | 1051129 | Rivera-Roman, Luz M. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 61. | 1051151 | Rodriguez-Rodriguez, Estebania | Wood Law Firm, LLC |  | Alvarado, Ramon v. Merck & Co., Inc. | 2:06-cv-07150-EEF-DEK |
| 62. | 1051152 | Rodriguez-Sepúlveda, Jovino | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 63. | 1051164 | Rosado-Santana, Isabel | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 64. | 1051166 | Rosario-Roa, Edna W. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 65. | 1051170 | Ruben-Rubert, Carmen | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 66. | 1051172 | Ruiz-Leon, Eusebia | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 67. | 1051174 | Ryan-Guzman, Guillermo | Wood Law Firm, LLC | Isidra Campuzano Guerrero | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 68. | 1051186 | Santana-Colon, Hector | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 69. | 1051191 | Santiago-Miranda, Maria L. | Wood Law Firm, LLC | Marisol Perez | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 70. | 1051194 | Santiago-Valentin, Hector | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 71. | 1051195 | Santos-Caliz, Maria Victoria | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 72. | 1051200 | Serrano-Lopez, Lizette | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 73. | 1051205 | Serrano-Velez, Dalia | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 74. | 1051224 | Torres-Dominicana, Norma | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 75. | 1051225 | Torres-Hernandez, Pedro | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 76. | 1051226 | Torres-Lopez, Jose | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 77. | 1050740 | Aguilu-Vega, Carlos | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 78. | 1050750 | Amadeo-Maldonado, Stephanie | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 79. | 1050808 | Clabaguera-Savinon, Juan M. | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 80. | 1050816 | Colon-Torres, Iris M. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 81. | 1050828 | Crespo-Gonzalez, Gladys | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 82. | 1050840 | Cruz-Velazquez, Ana M. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 83. | 1050846 | Davila-Mateo, Evelio | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 84. | 1050890 | Fraquada-Doner, Angel L. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 85. | 1050912 | Gonzalez-Gonzalez, Francisco | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 86. | 1051040 | Henry, Orpha I. | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 87. | 1050927 | Hernandez, Reina | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 88. | 1050935 | Hernandez-Rivera, Sandra | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

5

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 89. | 1050963 | Lassend-Figueroa, Francisco | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 90. | 1050997 | Matos-Garcia, Rafael | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 91. | 1051270 | Pion-Baez, Maria | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 92. | 1051076 | Puentes-Castro, Jesus | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 93. | 1051081 | Rabassa, Carmen M. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 94. | 1051116 | Rivera-Oliveras, Evangelista | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 95. | 1051121 | Rivera-Ramirez, Carmen R. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 96. | 1051214 | Soto-Valle, Elisa | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 97. | 1051220 | Suarez-Rosado, Maria D. | Wood Law Firm, LLC | Denise Vallellanes | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 98. | 1050799 | Castañer-Colon, Maria M. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 99. | 1050806 | Chaparro-Chaparro, Elisa | Wood Law Firm, LLC | Joaquin Rivera | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 100. | 1050815 | Colon-Rosado, Maria | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 101. | 1050836 | Cruz-Juarbe, Jose | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 102. | 1050839 | Cruz-Velazquez, Miguel | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 103. | 1050888 | Fontanez-Rivera, Alida | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 104. | 1051264 | Leguisamon-Moria, Filomena | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 105. | 1050976 | Maisonet-Acosta, Tommy | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 106. | 1050979 | Maldonado-Gonzalez, Fernando | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 107. | 1050992 | Martinez-Rivera, Benjamin | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 108. | 1050994 | Martinez-Santos, Mayra | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 109. | 1051021 | Montiel, Robert C. | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 110. | 1051023 | Morales-Carrasquillo, Eliud | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 111. | 1051034 | Nieves-Quiles, Orlando | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 112. | 1051139 | Rodriguez-Garcia, Lucelenia | Wood Law Firm, LLC | Jose Rodriguez Perez | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 113. | 1051142 | Rodriguez-Mont, Rafael | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 114. | 1051156 | Roldan-Ramirez, Mildred | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 115. | 1051182 | Sanchez-Santiago, Evaristo | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 116. | 1051227 | Torres-Rivera, Carmen | Wood Law Firm, LLC | Wilfredo Feliciano Rodriguez, | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 117. | 1051234 | Trinidad-Quiles, Jose A. | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 118. | 1051238 | Vargas-Cuebas, German | Wood Law Firm, LLC | Evelyn Cuebas-Aviles | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 119. | 1051240 | Vazquez-Cruz, Josefina | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 120. | 1051241 | Vazquez-Perez, Luz | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 121. | 1051242 | Vazquez-Vazquez, Jose | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 122. | 1051125 | Rivera-Rodriguez, Nixsa | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 123. | 1051159 | Roque-Ortiz, Margarita | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 124. | 1050738 | Acevedo, Efrain | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 125. | 1050762 | Aviles-Marzan, Ruth N. | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 126. | 1050769 | Baez-Serrano, Regina | Wood Law Firm, LLC | Ramon Serrano, Luis Serrano | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 127. | 1050827 | Crespo-Gabriel, Irma L. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 128. | 1050872 | Estrella-Huertas, Johanna | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 129. | 1050967 | Lopez-Dirube, Fernando | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 130. | 1050969 | Lopez-Medina, Irma | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 131. | 1050971 | Lopez-Santiago, Manuel | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 132. | 1051010 | Mendez-Cuadrado, Carmen L. | Wood Law Firm, LLC | Elsic Valasquez | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 133. | 1051033 | Nieves-Huarneck, Maria | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 134. | 1051037 | Oliveras-Colon, Carmen A. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 135. | 1051045 | Ortiz-Ayala, Edgardo | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 136. | 1051050 | Ortiz-Marañon, Elena R. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 137. | 1051061 | Pagan-De-Jesus, Ana Maria | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 138. | 1051082 | Ramirez-Gomez, Hector | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 139. | 1051098 | Reyes-Perez, Edgar | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 140. | 1051106 | Rivera-Castro, Irene | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 141. | 1051134 | Robles-Mercado, Jose D. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 142. | 1051143 | Rodriguez-Morales, Joaquin | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 143. | 1051153 | Rodriguez-Torres, Gilberto | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 144. | 1051173 | Ruiz-Ruiz, Elizardo | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 145. | 1050786 | Caballero-Martinez, Jorge R. | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 146. | 1050826 | Cotto-Rivera, Generosa | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 147. | 1050837 | Cruz-Ortiz, Carmen A. | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 148. | 1050847 | Deathe, Virginia | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 149. | 1050854 | Del R.-Rosa-Maldonado, Maria | Wood Law Firm, LLC |  | Alvarado, Ramon v. Merck & Co., Inc. | 2:06-cv-07150-EEF-DEK |
| 150. | 1050856 | Del-Valle-Velazquez, Victor | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 151. | 1050857 | Diadone-Alers, Mario A. | Wood Law Firm, LLC | Brumilda Diadone | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 152. | 1050866 | Echevarria, Gladys | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 153. | 1050898 | Garcia-Rodriguez, Jose R. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 154. | 1050899 | Garcia-Sanchez, Ana L. | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 155. | 1050936 | Hidalgo, Juanita | Wood Law Firm, LLC | Angel Puig Hildalgo, Omar Puig Hidalgo | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 156. | 1050939 | Iglesias-Benitez, Ramon | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 157. | 1050941 | Irizarry-Matos, Carmen | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 158. | 1050988 | Marrero-Morales, Elizabeth | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 159. | 1051048 | Ortiz-Garcia, Agnes | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 160. | 1051062 | Pagan-San-Miguel, Carmen | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |

Case 2:05-md-01657-EEF-DEK Document 23822-2 Filed 09/15/09 Page 10 of 11
Case 2:05-md-01657-EEF-DEK Document 23218-3 Filed 09/02/2009 Page 10 of 11

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 161. | 1051206 | Skipper, Caroll D. | Wood Law Firm, LLC | | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |
| 162. | 1051210 | Sosa-Alvarado, Maria | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 163. | 1051213 | Soto-Segerra, Luz N. | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 164. | 1050795 | Caraballo-Pagan, Gerardo | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 165. | 1050859 | Diaz-Colon, Hilda | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 166. | 1050860 | Diaz-Irizarry, Angelica | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 167. | 1050862 | Diaz-Ramirez, Carmen | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 168. | 1050868 | Escobar-Caceres, Myrna | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 169. | 1050877 | Febus-Febus, Juan | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 170. | 1050882 | Fernandini-Ruiz, Rosa R. | Wood Law Firm, LLC | Juan Matlas | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 171. | 1050885 | Figueroa-Torres, Luz | Wood Law Firm, LLC | Bethzaida Henson Figueroa | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 172. | 1050897 | Garcia-Garcia, Angel M. | Wood Law Firm, LLC | Cecilia Sanchez Guzman | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 173. | 1050943 | Jackson, Inez | Wood Law Firm, LLC | | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |
| 174. | 1050948 | Jordan, Daisy D. | Wood Law Firm, LLC | | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |
| 175. | 1050881 | Fernandez-Martinez, Cruz | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 176. | 1050996 | Martorel-Martinez, Milagros | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 177. | 1051004 | Melendez-Burgos, Otilio | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 178. | 1051019 | Montanez-Camacho, Josaphat | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |

| | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 179. | 1051239 | Vargas-Ortega, Victor | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 180. | 1051011 | Mendez-Diaz, Edna M. | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |