UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1657  SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * * * * | JUDGE ELDON E. FALLON  MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO AMEND PTO 8 AND PTO 8B TO ADD LIAISON COUNSEL and LEAD COUNSEL FOR THE INELIGIBLE OR NON ENROLLED CLAIMS TO CERTIFICATES OF SERVICE

Ann B. Oldfather was appointed by the Court as Liaison Counsel for the Ineligible or Non Enrolled Claims on April 28, 2009. On July 13, 2009, the Court appointed Ms. Oldfather as Lead Counsel for the newly formed PSC for Ineligible or Non Enrolled Claims. Pursuant to the Court's Order of appointment, the duties of the new PSC are "identical to those set forth in Pretrial Orders No. 1 and No. 6 in handling these claims." *Id.* Those duties include, *inter alia*, attending to discovery issues among and between all claims, acting as a spokesperson to the Court, developing necessary evidence, exploring settlement, conducting meetings, negotiating stipulations, maintaining adequate files, and the preparation of periodic status reports.

The original PSC has informed counsel and the Court that it will not undertake any responsibility for liaison or substance for the ineligible or non enrolled claims. Without the new

PSC, there are a significant number of cases before the Court that would not be coordinated nor represented by an organized steering committee.[1]

In both capacities (as Lead Counsel and as Liaison Counsel), it is crucial that Ms. Oldfather be fully informed on the papers filed in all cases before the Court.  Not all pleadings are served in the Master Case, nor should they be.  Ms. Oldfather must coordinate with counsel in the remaining cases, since all of the remaining personal injury cases fall within the ambit of her responsibilities.

For the foregoing reasons, Liaison Counsel/Lead Counsel for the PSC for Ineligible and Not Enrolled Claims requests that the Court enter the Proposed Order filed herewith.

                        Respectfully submitted,

                        s/ Ann B. Oldfather
                        Ann B. Oldfather
                        KBA Bar #52553
                        Liaison Counsel/Lead Counsel
                        OLDFATHER LAW FIRM
                        1330 S. Third Street
                        Louisville, KY   40208
                        502.637.7200
                        502.637.3999
                        aoldfather@oldfather.com

---

[1] The exact number of cases coming back to the MDL as a result of Future Evidence Stipulations filed in the Resolution Program by ineligible claimants is unknown at this time. However, Brown Greer will be providing a report at the September 17, 2009 Status Conference and they will provide a total to date of such cases.  Further, there are a significant number of cases filed after November 9, 2007, which were not eligible to participate in the Vioxx Resolution Program and remain before this Court as non enrolled claims.  Liaison Counsel expects to have a good estimate of this number by the time of the September 17, 2009 Status Conference.

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Motion has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of September, 2009.

      s/ Ann B. Oldfather
      Ann B. Oldfather
      KBA Bar #52553
      Liaison Counsel/Lead Counsel
      OLDFATHER LAW FIRM
      1330 S. Third Street
      Louisville, KY   40208
      502.637.7200
      502.637.3999
      aoldfather@oldfather.com