UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1657  SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * * * * | JUDGE ELDON E. FALLON  MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRETRIAL ORDER 8C**
**(Amending PTO 8 And PTO 8B To Add Liaison Counsel And Lead Counsel For The Ineligible Or Non Enrolled Claims To Certificates Of Service)**

IT IS HEREBY ORDERED:

In order to effect service of any document filed by a party, the counsel of record who is filing the document, or in the case of an unrepresented party, the unrepresented party who is filing the document, shall, in addition to all other requirements of Pretrial Orders 8 and 8B, send the document, including all exhibits and attachments, by U.S. Mail and e-mail to Ann B. Oldfather, Liaison Counsel for the Ineligible or Non Enrolled Claims, at the following address and email:

> Ann B. Oldfather
> 1330 South Third Street
> Louisville, KY  40208
> aoldfather@oldfather.com

Counsel of record or the unrepresented party effecting such service must use a uniform

Certificate of Service in the following form:

### **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing [DOCUMENT] has been served on Liaison Counsels, Phillip Wittmann, Russ Herman and Ann Oldfather, by U.S. mail and e-mail, or by hand-delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this __ day of ____, 200_.

                                s/ [Attorney's Name]
                                Attorney's Name
                                Attorney's Bar Roll Number
                                Attorney for [Party]
                                Law Firm Name
                                Law Firm Address
                                Telephone Number
                                Fax Number
                                Attorney's E-Mail Address

New Orleans, Louisiana, this _____ day of _____, 2009.

                                _____
                                UNITED STATES DISTRICT JUDGE