U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 SEP 14  AM 10: 56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®  
       PRODUCTS LIABILITY LITIGATION:

MDL Docket No. 1657

SECTION L

JUDGE FALLON  
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

ALL CASES  
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO SUBSTITUTE COUNSEL

The Veen Firm, PC, counsel for plaintiffs listed in Exhibit 1, and Butler Viadro, LLP, hereby jointly move to substitute Butler Viadro, LLP as attorneys of record for the plaintiffs listed in Exhibit 1. The Veen Firm, PC, Butler Viadro, LLP and the plaintiffs listed in Exhibit 1 agree to this substitution.

//

//

//

//

//

//

//

//

4849-3100-1603, v. 1

All future pleadings, discovery, notices, communications and correspondence, etc. should be directed to:

>James Butler
>Christopher A. Viadro
>Butler Viadro, LLP
>711 Van Ness Avenue, Suite 220
>San Francisco, CA 94102
>Tel: (510) 287-2400
>Fax: (415) 771-5845

DATED: September 10, 2009

>Respectfully Submitted,
>THE VEEN FIRM, P.C.
>
>_____
>William L. Veen
>
>The Veen Firm, P.C.
>711 Van Ness Avenue, Suite 220
>San Francisco, CA 94102
>Tel: (415) 673-4800
>Fax: (415) 771-5845
>w.veen@veenfirm.com
>Attorney for plaintiff

DATED: September 10, 2009

>Respectfully Submitted,
>BUTLER VIADRO, LLP
>
>_____
>Christopher A. Viadro
>
>Butler Viadro, LLP
>711 Van Ness Avenue, Suite 220
>San Francisco, CA 94102
>Tel: (510) 287-2400
>Fax: (415) 771-5845
>viadro@butlerviadro.com
>Attorney for plaintiff

4849-3100-1603, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Substitute Counsel, Exhibit and Proposed Order has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was served for filing by Federal Express with the Clerk of Court, Eastern District of Louisiana, on this 10th day of September, 2009.

Christopher A. Viadro
Butler Viadro, LLP
711 Van Ness Avenue, Suite 220
San Francisco, CA  94102
Tel: (510) 287-2400
Fax: (415) 771-5845
ATTORNEYS FOR PLAINTIFFS
viadro@butlerviadro.com
Attorney for plaintiff

4849-3100-1603, v. 1