UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®                        MDL Docket No. 1657
        PRODUCTS LIABILITY LITIGATION:
                                               SECTION L

                                               JUDGE FALLON
THIS DOCUMENT RELATES TO:         MAG. JUDGE KNOWLES

ALL CASES

*******************************************

## ORDER

THIS CAUSE, having come before the Court upon the Joint Motion To Substitute Counsel and the Court, having considered the Motion, hereby ORDERS that James Butler and Christopher Viadro of Butler Viadro, LLP are hereby substituted for The Veen Firm, P.C., as attorneys of record for the plaintiffs listed in Exhibit 1, and all further pleadings shall be served upon James Butler and Christopher Viadro, Butler Viadro, LLP, 711 Van Ness Avenue, Suite 220, San Francisco, CA 94102.

Said substitution is to become effective on the date of this ORDER.

DATE: _____            _____
                                                          United States District Court Judge

4849-8133-3251, v. 1