# EXHIBIT 1

| | |
|---|---|
| Takle v. Merck & Co., Inc. | E.D. La. Docket No. 06-2170 |
| Cline v. Merck & Co., Inc. | E.D. La. Docket No. 06-2969 |
| Chavez v. Merck & Co., Inc. | E.D. La. Docket No. 06-1805 |

207153_1.doc

4849-8133-3251, v. 1