

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1  215  994  4000  Main
+1  215  994  2222  Fax
www.dechert.com

**EBEN S. FLASTER**

eben.flaster@dechert.com
+1 (215) 994-2407  Direct
+1 (215) 655-2407  Fax

September 15, 2009

**VIA EMAIL & FIRST CLASS MAIL**

Justin Bloom, Esq.
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA  70130

Re:  *State of Louisiana,* ex rel. *James D. Caldwell, Attorney General v. Merck & Co., Inc.*;
      *In Re: Vioxx Products Liability Litigation, MDL No. 1657*;
      Merck's Productions Associated with Plaintiffs' 30(b)(6) Notices

Dear Mr. Bloom:

This letter responds to your correspondence of September 14, 2009 regarding the status of certain productions identified in my letter to James Dugan on August 24, 2009.

At the outset, it is worth noting that our August 24th letter provided plaintiff's counsel with an update regarding efforts made by Merck & Co., Inc. ("Merck") to collect, review, and produce documents on a rolling basis that might obviate the need to proceed with certain 30(b)(6) depositions noticed under the general Government Actions case caption in the MDL. Given the nature of that communication, which was intended to provide only good faith estimates of a schedule for Merck to produce a large number of documents, your letter and its characterization of "late" or somehow "deficient" productions is disappointing. The productions are not governed by a court order and are in no way deficient. In the future, we believe that it would be more efficient and constructive for you to simply call us if you are concerned about the timing of one of our productions. Because you instead elected to send us a letter, we offer below a further update on the status of Merck's productions made pursuant to the agreement between the parties.

**VIOXX® Consumer Refund Program**

Regarding the 30(b)(6) notice on the subject of the "Vioxx Consumer Refund Program," Merck has completed its productions from the custodial files of the following Merck employees:

Erik Hart
Rosemary Hoy
Marilyn Marsh
Robert McMahon
Jamie Rosati
Matt Strasburger

US  Austin  Boston  Charlotte  Hartford  New York  Newport Beach  Philadelphia  Princeton  San Francisco  Silicon Valley  Washington DC
EUROPE  Brussels  London  Luxembourg  Moscow  Munich  Paris  ASIA  Beijing  Hong Kong


LLP

Justin Bloom, Esq.
September 15, 2009
Page 2

Scott Summers
Johnelle Whipple

In addition, we anticipate producing responsive documents from the custodial file of Maria Wirths by the end of this week and from the departmental files of Merck's Manufacturing Division by the end of next week. These projections are generally consistent with the estimated timeframe for rolling productions set forth in my August 24th letter.

**Pricing**

Regarding the 30(b)(6) notice on the subject of "Pricing," Merck has completed its production of documents from the departmental files of Merck's Economic Affairs Department. We anticipate producing responsive documents from the custodial file of Robert Shepherd by the end of this week and those for the remaining custodians by the end of this month.

As suggested above, should you have any questions or concerns regarding Merck's productions in the future, you should feel free to contact me directly by telephone.

Very truly yours,

Eben S. Flaster

ESF/lm

cc:     James R. Dugan, II, Esq. (via email: jdugan@dugan-lawfirm.com)
        Leonard A. Davis, Esq. (via email: ldavis@hhkc.com)
        Dawn Barrios, Esq. (via email: dbarrios@bkc-law.com)
        James D. Young, Esq. (via email: james.young@myfloridalegal.com)
        Benjamin R. Barnett, Esq. (via email: ben.barnett@dechert.com)
        Brian C. Anderson, Esq. (via email: banderson@omm.com)