UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Robert Wilkins, representative of the* | * | JUDGE FALLON |
| *Estate of Shirley Collins, deceased* | * | |
| *v.* | * | MAGISTRATE JUDGE KNOWLES |
| *Merck & Co., Inc.* | * | |
| | * | |
| | * | |
| *Docket No. 2:05-cv-03899* | * | |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Robert Wilkins, individually and as representative of the estate of Shirley Collins, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 14th day of    September    , 2009.

_____
DISTRICT JUDGE