READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

# TRANSCRIPT ORDER

**District Court:** Eastern District of Louisiana
**District Court Docket Number:** MDL 1657-L
**Short Case Title:** In re: Vioxx Products Liability
**Court Reporter:** Toni Doyle Tusa
**Date Notice of Appeal Filed by Clerk of District Court:** 9/01/2009
**Court of Appeals #:** _____ (If Available)

## PART I. (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

**A. Complete one of the following:**
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☒ This is to order a transcript of the following proceedings: (check appropriate box)
  - Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  - Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☒;
  - Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 12/19/08 | Status Conference | Fallon |

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☒ Private funds; ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy); ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

**Signature:** [signed] Eric Michael Liddick
**Date Transcript Ordered:** 9/14/09
**Print Name:** Eric Michael Liddick
**Counsel for:** VLC
**Address:** 201 St. Charles Ave, Fl 49, New Orleans, LA 70170
**Telephone:** 504-582-8302

ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

## PART II. COURT REPORTER ACKNOWLEDGEMENT
(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
|  |  |  |  |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other (Specify) _____

**Date** _____ **Signature of Court Reporter** _____ **Telephone** _____
**Address of Court Reporter:** _____

* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

## PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT
(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.

**Actual Number of Pages** _____ **Actual Number of Volumes** _____
**Fee** _____

**Date** _____ **Signature of Court Reporter** _____

Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I

DKT-13 (5/96)





Eric Michael Liddick
Not admitted in Alabama
Direct Dial 504-582-8302
Direct Fax 504-589-8302
eliddick@joneswalker.com

September 14, 2009

**By Hand**
Loretta G. Whyte
Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, Louisiana 70130

    Re:    ***In re Vioxx Products Liability Litigation***
            **USDC, ED LA, MDL-1657-L**
            **Transcript Order**

Dear Ms. Whyte:

    The undersigned represents the Vioxx Litigation Consortium in the above-referenced matter. The Vioxx Litigation Consortium recently filed a Notice of Appeal. In accordance with Federal Rule of Appellate Procedure 10.1, the Vioxx Litigation Consortium submits the enclosed Transcript Order in relation to its Notice of Appeal in this matter.

    Should you have any questions, please do not hesitate to contact us.

                                       Sincerely,

                                       Eric Michael Liddick

EML/
Enclosure

    cc:    Grant Kaiser, Esq. (*via e-mail*)
            Harry Hardin, Esq. (*via e-mail*)
            Madeleine Fischer, Esq. (*via e-mail*)

{N2038050.1}    JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE • NEW ORLEANS, LOUISIANA 70170-5100 • 504-582-8000 • FAX 504-582-8583 • E-MAIL info@joneswalker.com • www.joneswalker.com
ALABAMA    ARIZONA    DISTRICT OF COLUMBIA    FLORIDA    GEORGIA    LOUISIANA    TEXAS