UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**     ALL CASES

## ORDER

Considering the foregoing the Motion for Certification Under 28 U.S.C. § 1292(b) and for Alternative Final Judgment Under Rule 54(b), and for Stay Pending Appeal (Rec. Doc. 22132) by the Vioxx Litigation Consortium;

IT IS ORDERED that the motion IS DENIED.

New Orleans, Louisiana, this 16th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE

1