**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 15, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| **ALL CASES** | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

On this date, a status conference was held in the Chambers of Judge Eldon E. Fallon to discuss the status of Plaintiff Liaison Counsel's motion for a specific award of plaintiffs' common benefit counsel fees and reimbursement of expenses (Rec. Doc. 17642). At the conference, the Court appointed Harry Hardin to act as liaison counsel for the parties that object to the PLC's motion. The parties indicated that they will meet and confer to discuss their proposals regarding a discovery schedule for the issue, as well as the scope of discovery and any other relevant issues. In the event that the parties are unable to resolve these issues on their own, they are directed to submit their competing proposals to the Court, who will settle any existing disputes.

Any objectors who would like to contribute or offer their input to the Objectors' Liaison Counsel are directed to contact Harry Hardin at hhardin@joneswalker.com.

1

JS10(00:45)