**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 16, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| **ALL CASES** | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

On this date, the Court received telephonic communication from Russ Herman and Harry Hardin regarding the common benefit fees issue. Mr. Hardin indicated that after communicating with his clients, it has become apparent that he is unable to act as liaison counsel for the objectors regarding this issue. Accordingly, it seems that the group of objectors presently lacks the structure necessary to proceed with efficient and effective discovery. Therefore, the Court will defer this issue at the present time. Future orders will attempt to establish a structure within the objector group that will make discovery feasible. In the meantime, the objectors are directed to consider a suitable leadership structure.

1

JS10(00:10)