UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2009 SEP 18 AM 8: 23
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
Case No. 06-5980, *Martha Alvarado, et al. v. Merck & Co., Inc.*, as to Larry Long only

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Larry Long. IT IS ORDERED that the correspondence be entered into the record. Because the correspondence contains sensitive medical records, IT IS FURTHER ORDERED that the documents be SEALED. In addition, a copy of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 14th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Larry Long
5383 Astoria Park Dr.
Acworth, GA 30101

1

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

BrownGreer, PLC
Claims Administrator
P.O. Box 85031
Richmond, VA 23285-5031

Michael J. Miller
105 North Alfred Street
Alexandria, VA 22314