**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 17, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX                                   :
                                                :        MDL Docket No. 1657
PRODUCTS LIABILITY LITIGATION    :
                                                :        SECTION L
**THIS DOCUMENT RELATES TO:**    :
05-3700, STATE OF LOUISIANA,          :        JUDGE FALLON
ex rel. JAMES D. CALDWELL,             :        MAG. JUDGE KNOWLES
ATTORNEY GENERAL                      :

On this date, a status conference was held in the Chambers of Judge Eldon E. Fallon.

John Beisner, Brian Anderson, and Eben Flaster participated on behalf of the Defendant.  Steve

Murray, Jim Dugan, Doug Plymale, Leonard Davis, and Dawn Barrios participated on behalf of

the Plaintiff.  At the conference, the parties discussed the status of the case and the progress of

discovery.

IT IS ORDERED that Merck's Motion to Compel (Rec. Doc. 22913) IS GRANTED.

Plaintiff shall respond to the requested discovery no later than Thursday, October 1, 2009.

IT IS FURTHER ORDERED that counsel for Plaintiff is directed to coordinate with the

Court in order to set up a conference between Plaintiff and IMS regarding the production of

certain proprietary IMS data.

IT IS FURTHER ORDERED that the Plaintiff shall submit their expert reports to Merck

no later than Friday, November 6, 2009.  These reports may later be supplemented, if necessary.



1