UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY DE LA GARZA, INDIVIDUALLY<br>AND AS REPRESENTATIVE OF THE<br>ESTATE OF RUBEN T. PEREZ,<br>DECEASED<br><br>        *Plaintiffs*,<br><br>v.<br><br>MERCK & CO., INC., also<br>d/b/a MERCK, SHARP AND DOHME<br>and d/b/a MSD SHARP & DOHME, GmbH<br><br>        *Defendant*. | §§§§§§§§§§§§§§§ | CASE NO.: 05-5543<br><br>Related to: MDL Case No. 1657<br>United States District Court for<br>the Eastern District of Louisiana<br>Section: L<br><br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**Notice of Designation of Counsel for**
**Plaintiff Estate of Ruben T. Perez, Deceased**

Plaintiff the Estate of Ruben T. Perez, Deceased (acting through its authorized representative and probate court-appointed Independent Administrator Ruben T. Perez, Jr.) hereby designates and confirms the appointment of Carl F. Schwenker of the Law Offices of Carl F. Schwenker as its counsel in this action and requests that all parties serve all papers, pleadings, and other correspondence in this matter on him at the address set forth below:

    Law Offices of Carl F. Schwenker
    Attn: Carl F. Schwenker
    1621 West Sixth Street
    Austin, Texas 78703
    Tel. (512) 480-8427
    Fax (512) 857-1294
    E-mail: cfslaw@swbell.net

Respectfully submitted,

LAW OFFICES OF CARL F. SCHWENKER

By:_____
Carl F. Schwenker, Attorney-in-charge
Texas Bar No. 00788374
1621 West Sixth Street
Austin, Texas 78703
Tel. (512) 480-8427
Fax (512) 857-1294
E-mail: cfslaw@swbell.net

ATTORNEYS FOR THE ESTATE OF RUBEN T. PEREZ, DECEASED, ACTING THROUGH ITS REPRESENTATIVE AND APPOINTED INDEPENDENT ADMINISTRATOR RUBEN T. PEREZ, JR.

Approved and Agreed:

Estate of Ruben T. Perez

By:_____
Ruben T. Perez, Jr., Court-Appointed Independent
Administrator for the Estate of Ruben T. Perez, Deceased

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 21st day of September, 2009, the foregoing document was served on all parties of record via the following method (check applicable method): ___ U.S. First Class Mail, sufficient postage prepaid; ___ facsimile; ___ hand-delivery; X Court CM/ECF system.

By:_____