MINUTE ENTRY
FALLON, J.
SEPTEMBER 17, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>        LIABILITY LITIGATION | CIVIL ACTION |
| | NO.  05-MD-1657 |
| This document relates to cases indicated below | |
| | SECTION: L |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Toni Tusa

Appearances: Michael J. Williams, Esq. For plaintiffs (in rec. doc. 22493)
            No appearance by counsel for plaintiff (in rec. doc. 20864)
            Ana Reyes, Esq. For Merck & Co., Inc.

1. Motion of plaintiff, Betty Pickett in CA 06-1115, for Relief from Judgment (20864)

    The motion is DENIED.


2. Motion of plaintiffs (as shown below) for Relief from Judgment and to Shorten Time (22493)
    Maryilou Billard, individually, and as trustee of the Estate of Dorothy Mack 07-1394
    Dorothy Mack 06-2216
    Barbara Dick 06-2217
    Rita Ersing 06-1187
    Bernice Goodman 06-2216
    Andrew J. Holmes 06-2198
    Francisco Martinez 06-2211
    Henry Minney 06-2213
    Veda Woods, individually, and as trustee of the Estate of James Moore 08-327
    Wanda Prezioso 06-2216
     Nancy Schreck 06-2198
     Effie Watson 06-2201
     Betty Wilson 06-2209

    Argument - The motion is DENIED.

JS10:        :15