UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This Document Relates To: | § | JUDGE FALLON |
| | § | |
| Case No.: 05-5543, *Mary de la Garza, et al, v. Merck & Co, Inc., et al.* | § § | MAGISTRATE JUDGE KNOWLES |

### PLAINTIFF MRS. MARY DE LA GARZA'S
### DEMAND FOR ARBITRATION

Plaintiff, Mrs. Mary de la Garza, respectfully files this Demand for Arbitration pursuant to Article 8 of the Vioxx Settlement Agreement dated November 9, 2007.

### BACKGROUND

On November 14, 2005, Mrs. de la Garza individually, and as representative of the Estate of Ruben T. Perez, Sr., filed her Plaintiffs' Original Complaint against Merck & Co, Inc., et al, seeking damages for the wrongful death of her husband, Mr. Ruben T. Perez, Sr.

On November 9, 2007, Merck and others announced a settlement of Vioxx claims that meet criteria set forth in the Vioxx Settlement Agreement.

Since November 9, 2007, and through today, Mrs. de la Garza has fully complied with the terms of the Vioxx Settlement Agreement. Her claim has been issued a Final Point Award and the Interim Payment has been made to her attorneys.

After receiving the Final Point Award, the undersigned counsel for Mrs. de la Garza began their due diligence regarding probate matters. In doing so, they discovered that Mr. Perez, Sr., previously had a Will, it had been probated in Duval County, Texas,

Mr. Ruben T. Perez, Jr., had been appointed Administrator of the Estate, and that there were a total of three children Mr. Perez, Sr., had by a prior marriage.

Upon learning this information, the undersigned counsel contacted the three children, Mr. Ruben Perez, Jr., Ms. Felicia Perez Gonzalez, and Ms. Melissa Ann Perez Elliott, informed them that Mrs. de la Garza had filed a claim for the wrongful death of her husband (and their father), the Vioxx claim had settled, the amount of the point award and estimated total value of the settlement. Mrs. de la Garza authorized the undersigned to attempt to negotiate a resolution of any claim the three children and/or the Estate may have. Unfortunately, a negotiated resolution was not reached; thus, Mrs. de la Garza must resort to an arbitrated resolution.

Thereafter, the Estate of Mr. Ruben T. Perez, Sr., hired counsel, Mr. Carl F. Schwenker. Mr. Schwenker has made an appearance in this Court by filing a motion to amend the complaint. The undersigned contacted Mr. Schwenker regarding the possibility of a negotiated resolution of the claims, if any, of his client, but Mr. Schwenker never contacted the undersigned about any resolution or otherwise.

## NATURE OF DISPUTE

The Estate of Ruben T. Perez, Sr., claims a right to all of the Vioxx settlement proceeds arising out of Mr. Perez Sr.'s death. But, the Estate's right to any funds and the amount of any funds is uncertain and disputed by Mrs. de la Garza.

## CLAIM OR RELIEF SOUGHT

Mrs. de la Garza requests pursuant to Article 8 of the Vioxx Settlement Agreement that the Estate of Ruben T. Perez, Sr., and Mrs. de la Garza be ordered to arbitrate this dispute. She requests that the Special Master determine the following questions:

1. Does the Estate of Mr. Perez, Sr., have any legal right to any of the Vioxx settlement funds?

2. If "yes":  How much, if any, is the Estate legally entitled to?

## CONCLUSION

Plaintiff, Mrs. Mary de la Garza, respectfully requests arbitration of this dispute and final resolution in accordance with the Special Master's determinations.

Respectfully submitted,

| | |
|---|---|
| John Eddie Williams | Walter Umphrey |
| Texas Bar No. 21600300 | Texas Bar No. 20380000 |
| Williams Kherkher Hart Boundas, LLP | Provost Umphrey Law Firm |
| 8441 Gulf Freeway, Suite 600 | 490 Park |
| Houston, Texas 77017 | Beaumont, Texas 77701 |
| 713-230-2200 - Telephone | (409) 838-8848 - Telephone |
| 713-643-6226 - Facsimile | (409) 838-8888 - Facsimile |
| | |
| Drew Ranier | Mikal Watts |
| Louisiana Bar No. 8320 | Texas Bar No. 20981820 |
| Texas Bar No. 16544500 | The Watts Law Firm, LLP |
| Ranier, Gayle & Elliot, LLC | 300 Convent, Suite 100 |
| 1419 Ryan Street | San Antonio, Texas 78205 |
| Lake Charles, Louisiana 70601 | 210-527-0500 - Telephone |
| 337-494-7171 - Telephone | |
| 337-494-7218 - Facsimile | |

/s/
Grant Kaiser
Texas Bar #11078900
The Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713-223-0000
713-223-0440 (facsimile)

ATTORNEYS FOR PLAINTIFF
MRS. MARY DE LA GARZA

3

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served (1) on Liaison Counsels, Phillip Wittmann and Russ Herman, by U. S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 and (2) on counsel for the Estate of Mr. Ruben T. Perez, Sr., by regular and certified mail, on this 21st day of September 2009.

/s/
Grant Kaiser