UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This Document Relates To: | § | JUDGE FALLON |
| | § | |
| Case No.: 05-5543, *Mary de la Garza, et al. v. Merck & Co, Inc., et al.* | § § | MAGISTRATE JUDGE KNOWLES |

## ORDER TO ARBITRATE

Considering Plaintiff, Mrs. Mary de la Garza's, Demand for Arbitration,

IT IS ORDERED BY THE COURT that the Estate of Ruben T. Perez, Sr., and Mrs. de la Garza arbitrate their entitlement, if any, to the Vioxx settlement proceeds issued arising out of the death of Mr. Ruben T. Perez, Sr.

IT IS FURTHER ORDERED BY THE COURT that the counsel for the Estate of Ruben T. Perez, Sr., and Mrs. de la Garza shall appear for arbitration proceedings as scheduled by the Special Master, after which the Special Master shall make his determinations pursuant to Article 8 of the Vioxx Settlement Agreement.

NEW ORLEANS, Louisiana, this _____ day of _____, 2009.

_____
Eldon E. Fallon
United States District Judge