Case 2:05-md-01657-EEF-DEK Document 23925 Filed 09/18/09 Page 1 of 4

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

MDL NO. 1657

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: ALL CASES

## NOTICE OF ATTORNEY'S CHARGING LIEN

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Teresa Toriseva, Esquire, ("Charging Party") an attorney licensed to practice in West Virginia, and a member of a West Virginia Professional Limited Liability Company formally known as Hill, Toriseva & Williams, PLLC, asserts a lien over a portion of the settlement proceeds paid or payable to the plaintiffs in 563 cases, identified in the listing appended hereto as Appendix "1". Significantly, plaintiff's lien is limited to a 24% share of the proceeds of such settlement of such cases as this Court has heretofore determined and set aside as plaintiffs' attorneys' fees, net of the 8% of such proceeds as the Court has set aside for attorneys whose services contributed to the common benefit of all plaintiffs. The circumstances and facts related to the lien asserted herein are more fully detailed in a Complaint filed in the Circuit Court of Ohio County, West Virginia which seeks declaratory relief, a true and correct copy of which is appended hereto as Appendix "2".

The Charging Party hereby requests that the Court forthwith direct that the funds to which the above described lien attaches, that being the 24% of the portion of the settlement

{L0271626.1}   1

proceeds in each of the 563 cases identified in the listing appended hereto as Appendix "1", immediately be paid over to and deposited with the Circuit Court of Ohio County, West Virginia, to be further disbursed as that Court shall declare and direct.

By: _____
Avrum Levicoff, Esquire
W.Va. I.D. #: 4549
Laura A. Kibby, Esquire
W.Va. I.D. #. 10457
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15222
(412) 434-5200

*Counsel for Teresa Toriseva, Esquire*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

MDL NO. 1657

IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION     SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: ALL CASES

### CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2009, I electronically filed the foregoing NOTICE OF ATTORNEY'S CHARGING LIEN with the Clerk of Court via first class, U.S. Mail (for filing with the Court and for entry upon the CM/ECF filing system which will send notification of such filing to CM/ECF participants), counsel for the VLC, Harry S. Hardin, III, by email (hhardin@joneswalker.com) and upon Liaison Counsel Phillip Wittman and Russ Herman by email (rherman@hhkc.com and pwittmann@stonepigman.com) which will send notification of such filing to the following CM/ECF participants.

By: _____
Avrum Levicoff, Esquire
W.Va. I.D. #: 4549
Laura A. Kibby, Esquire
W.Va. I.D. #. 10457
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15222
(412) 434-5200

*Counsel for Teresa Toriseva, Esquire*



AVRUM LEVICOFF†
ALAN T. SILKO
ELIZABETH E. DEEMER‡
BRETT C. SHEAR
CAREY L. CUMMINGS†
EDWARD I. LEVICOFF
SHARYN S. BOWSER
R. BRANDON McCULLOUGH
SARAH R. DENNE
LAURA A. KIBBY†‡
JONATHAN G. PRESTON✧

†Admitted in West Virginia
‡Admitted in Ohio
✧Admitted in New Jersey

LEVICOFF, SILKO & DEEMER, P.C.
ATTORNEYS AT LAW

Centre City Tower
Suite 1900
650 Smithfield Street
Pittsburgh, Pennsylvania 15222

Telephone (412) 434-5200
Facsimile (412) 434-5203
www.LSandD.net

September 14, 2009

*ALevicoff@LSandD.net*



RECEIVED
SEP 18 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Carolyn Stewart
United States District Court for the
 Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

    RE:    VIOXX PRODUCTS LIABILITY LITIGATION MATTER
    MDL NO.:    1657
    OUR FILE NO.:    02551/999

Dear Ms. Stewart:

    Per your conversation with my assistant Erin Bowser today, I am forwarding herewith the original of our *Notice of Attorney's Charging Lien* for filing with the Court in the above referenced matter.

    If you have any questions or require any additional information please feel free to contact me at your convenience.

    Again, thank you for permitting us to file this via paper format.

    Very truly yours,

    AVRUM LEVICOFF

AL/eab
Enclosure

{L0293391.1 }