UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY DRESSEL AND** | * | |
| **ANTOINE DRESSEL** | * | **CIVIL ACTION NO.: 05-4963** |
| **Plaintiffs** | * | |
| | * | **SECTION "L"** |
| **VERSUS** | * | |
| | * | **JUDGE ELDON E. FALLON** |
| **MERCK & CO., INC.** | * | |
| **Defendant** | * | **MAGISTRATE JUDGE** |
| | * | **DANIEL E. KNOWLES, III** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO ENROLL AS ADDITIONAL COUNSEL**

**NOW INTO COURT**, comes Attorney John Christopher Alexander, Sr., who, upon suggesting to this Honorable Court that his services have been retained by the Plaintiffs herein, does respectfully submit this Motion to Enroll as Additional Counsel and who, with respect to same, does hereby allege, aver, depose, and state as follows:

1.

The Plaintiffs in this matter, Antoine Dressel and the Estate of Mary Dressel, are presently represented by Attorney Felix J. Sternfels, Esq.

2.

At a certain point in time following the unfortunate death of Plaintiff Mary Dressel, Attorney John Christopher Alexander, Sr., Esq. was retained as additional counsel of record.

**3.**

Through Attorney Alexander's efforts, the above-captioned matter was placed into the voluntary Vioxx Settlement proceedings being administered by Brown Greer, PLC.

**4.**

For reasons which are presently not known, the claims of Antoine Dressel and the Estate of Mary Dressel were deemed unacceptable by the Vioxx Settlement Administrator, and the relevant claims were administratively closed on or about August 26, 2009.

**5.**

Plaintiffs requested an internal appeal of the claim denial to no avail.

**6.**

Since the claims asserted by the Plaintiffs are now at an end with regard to the formal Vioxx Settlement proceedings, Plaintiffs now return to this Honorable Court to proceed with the previously-initiated litigation.

**7.**

Since Plaintiffs are now jointly represented by Attorney John Christopher Alexander, Sr., Esq., the instant Motion to Enroll as Additional Counsel of Record is both appropriate and necessitous.

**8.**

Undersigned counsel would respectfully show he is a member in good standing of the Bar of the State of Louisiana, and, further, he is a member in good standing of the United States District Court in and for the Eastern District of Louisiana.

**9.**

Mover John Christopher Alexander, Sr., Esq. is entitled to and does hereby seek enrollment in the above-captioned matter for the purpose of reinstituting and reinitiating litigation on behalf of the named claimants herein.

**WHEREFORE**, in consideration of the above and foregoing Motion to Enroll as Additional Counsel of Record, the Mover, John Christopher Alexander, Sr., Esq., respectfully prays this Honorable Court grant his Motion to Enroll and thereafter allow and permit his enrollment in this matter and cause as additional counsel of record for the Plaintiffs.

Respectfully Submitted,

**J. Christopher Alexander, Sr., Esq., LLC**
Attorneys and Counselors at Law

_____
J. Christopher Alexander, Sr., Esq.
Louisiana Bar Roll No.: 26,591
3751 Government Street, Suite "A"
Baton Rouge, Louisiana 70806
225-761-9456 (telephone)
225-761-7899 (facsimile)
jca@jcalaw.us
Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon all counsel of record herein via delivery of this self-same document into the Court's electronic filing system, which delivery does thereby fulfill counsel's duty to provide notice to all parties herein, and which filing was made on this the _21st_ day of September, 2009, from the City of Baton Rouge, Parish of East Baton Rouge, State of Louisiana.

_____
J. Christopher Alexander, Sr., Esq.