## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY DRESSEL AND** * | |
| **ANTOINE DRESSEL** * | **CIVIL ACTION NO.: 05-4963** |
|     **Plaintiffs** * | |
| * | **SECTION "L"** |
| **VERSUS** * | |
| * | **JUDGE ELDON E. FALLON** |
| **MERCK & CO., INC.** * | |
|     **Defendant** * | **MAGISTRATE JUDGE** |
| * | **DANIEL E. KNOWLES, III** |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER ON MOTION TO ENROLL AS ADDITIONAL COUNSEL

**IN CONSIDERATION** of the foregoing Motion to Enroll as Additional Counsel filed by the Mover, Attorney John Christopher Alexander, Sr., Esq.; and,

**IN CONSIDERATION** of the facts as alleged therein and the law and equities applicable thereunto:

**IT IS HEREBY ORDERED** that Attorney John Christopher Alexander, Sr., Esq. be and he is allowed to enroll herein as Additional Counsel of Record for the Plaintiff.

**THUS DONE AND SIGNED** on this the _____ day of September, 2009, in the City of New Orleans, Parish of Orleans, State of Louisiana.

_____
Judge, United States District Court