IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to All Private Third-Party Payor Cases, Government Action Cases, and Case No. 05-3700, STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL | Judge Fallon |
| | Magistrate Judge Knowles |

**NOTICE OF FRE 30(B)(6) MARKET FORECAST
DEPOSITION AND SUBPOENA DUCES TECUM**

TO:  Merck and Company, and its attorneys:
     Phillip A. Wittmann, Esquire
     Stone, Pigman, Walther, Wittmann, L.L.C.
     546 Carondelet Street
     New Orleans, Louisiana 70130-3588
     Merck & Co., Liaison Counsel

PLEASE TAKE NOTICE that pursuant to Rule 26 and 30(b)(6) of the Federal Rules of Civil Procedure and PTO 38, counsel for All Private Third-Party Payor Cases, Government Action Cases, and Case No. 05-3700, State of Louisiana, ex rel. James D. Caldwell, Attorney General, will take the deposition upon oral examination of the representatives or representative of Defendant Merck & Co. Inc. who is most knowledgeable regarding the matters designated in Exhibit A attached hereto. The deposition will take place on October 21, 2009 at 9:00 A.M., at Merck & Co. Inc. Corporate Headquarters, One Merck Drive, Whitehouse Station, NJ 08889, or at another location mutually agreed upon by the parties, and will continue from day to day thereafter

until completed. Defendant is requested to designate one or more officers, directors, managing agents or other persons to testify on its behalf as to matters known or reasonably available to Defendant to testify with respect to the subject matter(s) on the list annexed hereto as Exhibit A.

Statement of Deposition Procedures – The deposition shall be taken pursuant to Pre-Trial Order No. 9 (Amended) (Deposition Guidelines) entered September 28, 2006. The terms of such order are incorporated into this notice.

| | |
|---|---|
| Primary Examiner: | A member of the Third-Party Payor Cases, Government Action Cases, and Case No. 05-3700, State of Louisiana, ex rel. James D. Caldwell, Attorney General |
| Videotaped Deposition: | Yes |
| Call-In Number: | To be assigned. |

The deposition shall be taken before a notary public or another officer authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

Plaintiffs' Liaison Counsel files this as an accommodation and for the benefit of All Private Third-Party Payor Cases, Government Action Cases, and Case No. 05-3700, State of Louisiana, ex rel. James D. Caldwell, and pursuant to Pretrial Order No. 2.

Respectfully submitted,

Dated:   September 21, 2009	/s/  Leonard A. Davis         
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis ( Bar No. 14190)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel:    (504) 581-4892
Fax:    (504) 561-6024
*Plaintiffs' Liaison Counsel*

**As Government Actions Co-Chair Counsel:**

**James R. Dugan, II**
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel: (504) 648-0180
Fax:(504) 648-0181
jdugan@dugan-lawfirm.com
**Representing the State of Louisiana**

**James D. Young**
OFFICE OF THE ATTORNEY GENERAL,
STATE OF FLORIDA
Office of the Attorney General, Special Counsel
1300 Riverplace Blvd, Suite 405,
Jacksonville, Florida 32207
Tel: (904) 348-2720
Fax: (904) 858-6918
james.young@myfloridalegal.com
**Representing the State of Florida**

**As Government Actions Executive Committee Members:**

**Elizabeth J. Cabraser**
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008
ECABRASER@lchb.com
**Representing the Plaintiffs Steering Committee Purchase Claims Committee**

**Randall M. Fox**
OFFICE OF ANDREW M. CUOMO, NEW YORK STATE ATTORNEY GENERAL
Office of the Attorney General, Medicaid Fraud Control Unit
120 Broadway – 13th Floor
New York, NY 10271
Tel: (212) 417-5390
Fax: (212) 417-5335
randall.fox@oag.state.ny.us
**Representing the State of New York**

| | |
|---|---|
| James R. Dugan, II<br>MURRAY LAW FIRM<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>Tel: (504) 648-0180<br>Fax:(504) 648-0181<br>jdugan@dugan-lawfirm.com<br><br>Thomas M. Sobol<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>One Main Street, 4th Floor<br>Cambridge, Massachusetts 02142<br>Tel: (617) 482-3700<br>Fax: (617) 482-3003<br>Tom@hbsslaw.com | Elizabeth J. Cabraser<br>LIEFF CABRASER HEIMANN<br>  & BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 3000<br>San Francisco, CA 94111-3339<br>Tel:  (415) 956-1000<br>Fax:  (415) 956-1008<br>ECABRASER@lchb.com<br><br>Richard A. Freese<br>FREESE & GOSS, PLLC<br>2031 Second Ave. North<br>Birmingham, AL 35203<br>Tel: (205) 871-4144<br>Fax:(205) 871-4104<br>richfreese@aol.com |

PRIVATE THIRD PARTY PAYOR BELLWETHER TRIAL COMMITTEE CO-CHAIRS

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of FRE 30(B)(6) Deposition and Subpoena Duces Tecum to Defendant Merck & Co., Inc. pursuant to Pretrial Order No. 38 has been served on Defendant's Liaison Counsel, Phillip A. Wittmann, by U. S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this the 21st day of September, 2009.

      /s/ Leonard A. Davis_____
      **Leonard A. Davis** (Bar No. 14190)
      *Herman, Herman, Katz & Cotlar, L.L.P.*
      820 O'Keefe Ave.
      New Orleans, Louisiana 70113
      Telephone: (504) 581-4892
      Facsimile: (504) 561-6024
      ldavis@hhkc.com

## EXHIBIT "A"

### Definitions

The following definitions apply to this Notice of Deposition, including those matters set forth in Exhibit A hereto, and are deemed to be incorporated into each subject and request for documents listed below:

1. "Identify" or "identity" with respect to persons, means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment.

2. "Merck" means Defendant Merck & Co., Inc. and any of its subsidiaries, affiliates, officers, agents, attorneys, employees, representatives, or others acting on its behalf.

3. "Person" means natural person, as well as corporate and/or governmental entity.

4. "Vioxx" means any product containing rofecoxib in any form, dosage, or mode of administration, either alone or in combination with other chemicals and also includes the product sold under the brand name Vioxx.

5. "Vioxx Representatives" or "Professional Representative" means persons employed or contracted, directly or indirectly, by Merck to promote Vioxx to Health Care Providers, including but not limited to professional representatives, field personnel, office based representative, hospital representatives, A&A specialty representatives, A&A HSAs, CV specialty representatives, CV specialty HSAs, national account executives, customer service managers and customer managers.

6. "Relating to," "relate to," "referring to," "refer to," "reflecting," "reflect," "with regard to," "concerning," or "concern" shall mean evidencing, regarding, concerning, discussing, embodying, describing, summarizing, containing, constituting, showing, mentioning, reflecting, pertaining to, dealing with, relating to, referring to in any way or manner, or in any way logically or factually, connecting with the matter described in that paragraph of these demands, including documents attached to or used in the preparation of or concerning the preparation of the documents.

7. "Documents" as used in the Request is coextensive with the meaning of the terms "documents" and "tangible things" in Federal Rule of Civil Procedure 34, and shall have the broadest possible meaning and interpretation ascribed to the terms "documents" and "tangible things" under Federal Rule of Civil Procedure 34. "Document" is used in its broadest sense, and means the original and any non-identical copy, regardless of origin or location. Typical categories of material included within the term "document" are: books, pamphlets, periodicals, memoranda (including those of telephone and in-person conversations), letters, reports, notes, telegraphs, statements, records, diaries, minutes, bulletins, circulars, brochures, studies, instructions, working papers, charts, work assignments, drawings, prints, flow sheets, graphs, invention disclosures, photographs, photomicrographs, microfilm, medical and hospital records and reports, x-ray photographs, drafts, advertisements, catalogs, paper, indices, tapes, disc, data sheet or data processing material, or any handwritten, recorded, transcribed, punched, taped, filmed or graphic matter, however, produced or reproduced in Your possession, custody or control or to which You have had access. "Document" includes all electronic or optical media or other information storage means, including film, tapes,

computer disks or cares, databases, or personal data assistant memory. When any Document contains any marking not appearing on the original or altered from the original, such item shall be considered to be separate original documents.

    8.    "Sales and marketing materials" refer to and include advertising, promotional, sales and marketing materials, all of which include but are not limited to all print, internet, and broadcast advertisements, sales aids, visuals, sales scripts, question and answer guides, sales implementation and resource guides, (including but not limited to pain resource guides), reminder pieces, promotional items, product monographs, formulary kits, "Dear formulary Committee Member" letters, stocking sell sheets, health economic formulary packets, Vioxx business summaries, mail outs from pharmacy benefit managers, voucher programs, and any and all other materials referenced in 21 C.F.R. 202.1, subdivisions (1)(1) and (1)(2).

    9.    "Or" and "and" will be used interchangeably.

    10.    "You," "Your," "Yours," or "MERCK" refers to Defendant MERCK & CO., INC., as well as all its partners, directors, officers, employees, servants, agents, attorneys, joint ventures, or other representatives, including all corporations and entities affiliated with MERCK & CO., INC.  The terms "You" or "Your" shall also include all predecessor business entities, as well as any predecessor's partners, directors, officers, employees, servants, agents, joint ventures or other representatives.  The terms "YOU" or "YOUR" shall also include all foreign subsidiaries or foreign parent companies, as well as any foreign subsidiaries' or parent companies' partners, directors, officers, employees, servants, agents, joint ventures or other representatives.

Unless otherwise indicated, the relevant time period for the information sought is January 1, 1998 to present.

**Confidentiality**

A confidentiality order has been entered in this case by the Honorable Eldon Fallon, Judge of the United States District Court of the Eastern District of Louisiana in the matter of In Re: Vioxx Product Liability Litigation, MDL 1957 (E.D.La), and can be obtained from the Court's website at www.laed.uscourts.gov.

**Deposition Subject Matter**

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Merck shall designate and produce for deposition one or more of its officers, directors, managing agents, or other persons who consent to testify on its behalf concerning the following subject matter

1. Every version of the complete organization chart that identifies the personnel involved in Market Forecasting at Merck, that was prepared between 1996 and 2009;

2. All persons involved in market forecast research, investigation, drafting, writing, editing, commenting, both within Merck and outside Merck, by title, job description, direct reporting responsibility, supervisory responsibility, time frame of involvement, current position at Merck.

3. All long Range Operating Plans (LROPs) and all personnel within and outside of Merck involved with creation of LROPs.

4. Use of LROPs for any and all business purposes;

5. Regulatory issues related to preparation and use of Market Forecasts;

6. All Merck manuals, guidelines, directives, policies and other writings related to Market Forecast practices and procedures at Merck and elsewhere.

7. All reference materials related to Market Forecast practices and principles, including but not limited to research materials, notebooks, articles, books, seminar materials, standards, and other materials kept and/or used by Merck in connection with Market Forecast.

8. Sales and/or revenue forecasting for Vioxx from 1998 to 2004 and (2) the projected impact on sales and/or revenue as a result of any actual or discussed label changes on Vioxx from 1998 to 2004.

**Documents to produce:**

1. All documents related to sales and revenue forecasting for Vioxx from 1998 to 2004.

2. All documents related to the effect on sales and revenue concerning Vioxx as a result of any actual or considered label changes on Vioxx from 1998 to 2004. This is to include documents related to the effect of location or placement of safety information, and the utilization of warnings as compared to precautions.

3. All profit plans related to Vioxx from 1998 to 2004.

4. All documents related to the methodology used for revenue and/or sales forecasting for Vioxx from 1998 to 2004.

5. All documents related to the potential or actual impact upon sales and/or revenue related to Vioxx as a result of disclosure of health information not already contained on the Vioxx label or in the PDR. This is to include documents related to the

effect of location or placement of safety information, and the utilization of warnings as compared to precautions.

      6.      All LROPS (Long Range Operating Plans) prepared for Vioxx

      7.      Every version of the complete organization chart that identifies the personnel involved in Market Forecasting at Merck, that was prepared between 1996 and 2009.