UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| This document relates to ALL CASES : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

## CERTAIN HEALTH PLANS' MOTION TO WITHDRAW
## MOTION FOR PRELIMINARY INJUNCTION

Certain Health Plans (listed on Exhibit A to the Memorandum in Support of Certain Health Plans' Motion for Preliminary Injunction, filed September 2, 2009, Docket No. 23217) hereby move this Court to withdraw Certain Health Plans' Motion for Preliminary Injunction and exhibits thereto, filed September 2, 2009, Docket No. 23217. Said Health Plans now file a Revised Motion for Preliminary Injunction that requests different relief. *See* Certain Health Plan's Revised Motion for Preliminary Injunction and accompanying exhibits, filed September 22, 2009, Docket No. 23962.

Respectfully submitted,

Dated: September 22, 2009       By: /s/ Mark D. Fischer
                                Mark D. Fischer
                                RAWLINGS & ASSOCIATES, PLLC
                                325 West Main Street
                                Suite 1700
                                Louisville, KY 40202
                                Telephone: (502) 814-2139

                                /s/ Richard Cohen

1

Richard W. Cohen
Peter St. Phillip
LOWEY DANNENBERG COHEN & HART, P.C.
White Plains Plaza - 5th Floor
One North Broadway
White Plains, NY  10601
Telephone: (914) 997-0500


/s/ Joseph S. Grinstein_____
Joseph S. Grinstein
SUSMAN GODFREY LLP
Suite 5100
1000 Louisiana
Houston, TX 77002-5096
(713) 651-9366

*Counsel for Plaintiffs*

 /s/ Thomas M. Sobol_____
Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
(617) 482-3700

*Of Counsel*

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this   22   day of       September     , 2009.

        /s/ Thomas M. Sobol  
       Thomas M. Sobol