UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to: all actions | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

**CERTAIN HEALTH PLANS'
REVISED MOTION FOR PRELIMINARY INJUNCTION**

Certain Health Plans (listed on Exhibit A to the Memorandum in Support of Certain Health Plans' Motion for Preliminary Injunction, hereinafter the "Health Plans") hereby move this Court to enjoin those Primary Counsel (as defined in the Master Settlement Agreement) who represent the 6,418 Eligible Claimants ("ECs") appearing on Exhibit F to the Declaration of Mark D. Fischer – which list identifies by name Eligible Claimants who are privately insured but who have not agreed to participate in the private Lien Resolution Program ("LRP") – from disbursing any portion of the final 15% of settlement proceeds to said ECs until such time as either (i) Primary Counsel (as defined in the Master Settlement Agreement) certifies in writing to The Garretson Firm that such EC has received actual written notice of the LRP, communicated with counsel about the program, and affirmatively communicated to counsel that he or she declines to participate in the LRP, or (ii) the EC elects to participate in the LRP.

The Health Plans also move this Court to apply this injunction to counsel for any additional Health Plan members who, although not identified to the Health Plans, are readily identified by The Garretson Firm through a definitive matching process previously approved by

1

the Court as privately-insured claimants under the Master Settlement Agreement who have not elected to participate in the LRP.

In support of this Revised Motion, the Health Plans provide a Memorandum in Support of Certain Health Plan's Motion for Preliminary Injunction, a Declaration of Mark D. Fischer, and Proposed Order (with Certification Form) for the Court's consideration.

                                                Respectfully submitted,

Dated:  September 22, 2009              By:  /s/ Mark D. Fischer
                                                Mark D. Fischer
                                                RAWLINGS & ASSOCIATES, PLLC
                                                325 West Main Street
                                                Suite 1700
                                                Louisville, KY  40202
                                                Telephone: (502) 814-2139

                                                /s/ Richard Cohen
                                                Richard W. Cohen
                                                Peter St. Phillip
                                                LOWEY DANNENBERG COHEN & HART, P.C.
                                                White Plains Plaza - 5th Floor
                                                One North Broadway
                                                White Plains, NY  10601
                                                Telephone: (914) 997-0500

                                                /s/ Joseph S. Grinstein
                                                Joseph S. Grinstein
                                                SUSMAN GODFREY LLP
                                                Suite 5100
                                                1000 Louisiana
                                                Houston, TX 77002-5096
                                                (713) 651-9366

                                                *Counsel for Health Plans Listed on "Exhibit A"*

                                                 /s/ Thomas M. Sobol
                                                Thomas M. Sobol
                                                HAGENS BERMAN SOBOL SHAPIRO LLP
                                                55 Cambridge Parkway, Suite 301
                                                Cambridge, MA 02142

(617) 482-3700

*Of Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion, along with the accompanying Memorandum, Declaration, and Exhibits, have been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this _22___ day of ____September____, 2009.

    /s/ Thomas M. Sobol_____
Thomas M. Sobol