**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 21, 2009**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|    PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon.  Ann Oldfather participated on behalf of certain Plaintiffs;  Doug Marvin and Dorothy Wimberly participated on behalf of Merck.  Russ Herman, Leonard Davis, and Andy Birchfield also attended on behalf of the PSC.  At the Conference, the parties discussed Ms. Oldfather's request to receive notice of filings in the main case and in all cases that are subject to Pretrial Order No. 28, Pretrial Order No. 29, and Pretrial Order No. 43.  Also at the conference, it was clarified that Ms. Oldfather's responsibilities as Liaison Counsel extend only to those cases subject to Pretrial Order No. 28, and not to those cases subject to Pretrial Order No. 29 or Pretrial Order No. 43.  At this time, the Court has only limited information regarding the cases subject to Pretrial Order No. 29 and Pretrial Order No. 43.  When it becomes appropriate, the Court will determine whether further structure is needed in those, and if so, will convene a status conference to discuss the issue.

As further discussed at the conference, Merck shall provide notice to Ms. Oldfather of

-2-

any motion's to dismiss the claims of plaintiffs subject to Pretrial Order 28, Pretrial Order 29, or Pretrial Order 43 filed by Merck.  Where sensitive medical information or other proprietary information is at issue in one of these motions, Merck shall reserve the right to keep this information confidential.

