UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This Document Relates To: | § | JUDGE FALLON |
| | § | |
| Case No.: 05-5543, *Mary de la Garza, et al, v. Merck & Co, Inc., et al.* | § § | MAGISTRATE JUDGE KNOWLES |

**PLAINTIFF MRS. MARY DE LA GARZA'S
MOTION TO COMPEL ARBITRATION**

Plaintiff, Mrs. Mary de la Garza, respectfully files this Motion to Compel Arbitration pursuant to Article 8 of the Vioxx Settlement Agreement dated November 9, 2007.

**BASIS OF MOTION**

Mrs. de la Garza requests that the Estate of Ruben T. Perez, Sr., and Mrs. de la Garza be ordered to arbitrate a dispute arising out of the Vioxx Settlement Agreement. The grounds for the motion are contained in the attached Memorandum in Support.

Plaintiff, Mrs. Mary de la Garza, respectfully requests arbitration of this dispute and final resolution in accordance with the Special Master's determinations.

Respectfully submitted,

| | |
|---|---|
| John Eddie Williams | Walter Umphrey |
| Texas Bar No. 21600300 | Texas Bar No. 20380000 |
| Williams Kherkher Hart Boundas, LLP | Provost Umphrey Law Firm |
| 8441 Gulf Freeway, Suite 600 | 490 Park |
| Houston, Texas 77017 | Beaumont, Texas 77701 |
| 713-230-2200 - Telephone | (409) 838-8848 - Telephone |
| 713-643-6226 - Facsimile | (409) 838-8888 - Facsimile |

- 1 -

| | |
|---|---|
| Drew Ranier | Mikal Watts |
| Louisiana Bar No. 8320 | Texas Bar No. 20981820 |
| Texas Bar No. 16544500 | The Watts Law Firm, LLP |
| Ranier, Gayle & Elliot, LLC | 300 Convent, Suite 100 |
| 1419 Ryan Street | San Antonio, Texas 78205 |
| Lake Charles, Louisiana 70601 | 210-527-0500 - Telephone |
| 337-494-7171 - Telephone | |
| 337-494-7218 - Facsimile | |

/s/Grant Kaiser
Grant Kaiser
Texas Bar #11078900
The Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713-223-0000
713-223-0440 (facsimile)

ATTORNEYS FOR PLAINTIFF
MRS. MARY DE LA GARZA

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing has been served (1) on Liaison Counsels, Phillip Wittmann and Russ Herman, by U. S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 and (2) on counsel for the Estate of Mr. Ruben T. Perez, Sr., by regular and certified mail, on this 23rd day of September 2009.

/s/Grant Kaiser
Grant Kaiser