UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This Document Relates To: | § | JUDGE FALLON |
| | § | |
| Case No.: 05-5543, *Mary de la Garza, et al, v. Merck & Co, Inc., et al.* | § § | MAGISTRATE JUDGE KNOWLES |

**MEMORANDUM IN SUPPORT OF PLAINTIFF MRS. MARY DE LA GARZA'S
MOTION TO COMPEL ARBITRATION**

**BACKGROUND**

On November 14, 2005, Mrs. de la Garza individually, and as representative of the Estate of Ruben T. Perez, Sr., filed her Plaintiffs' Original Complaint against Merck & Co, Inc., et al, seeking damages for the wrongful death of her husband, Mr. Ruben T. Perez, Sr.

On November 9, 2007, Merck and others announced a settlement of Vioxx claims that meet criteria set forth in the Vioxx Settlement Agreement.

Since November 9, 2007, and through today, Mrs. de la Garza has fully complied with the terms of the Vioxx Settlement Agreement.  Her claim has been issued a Final Point Award and the Interim Payment has been made to her attorneys.

After receiving the Final Point Award, the undersigned counsel for Mrs. de la Garza began their due diligence regarding probate matters.  In doing so, they discovered that Mr. Perez, Sr., previously had a Will, it had been probated in Duval County, Texas, Mr. Ruben T. Perez, Jr., had been appointed Administrator of the Estate, and that there were a total of three children Mr. Perez, Sr., had by a prior marriage.

Upon learning this information, the undersigned counsel contacted the three children, Mr. Ruben Perez, Jr., Ms. Felicia Perez Gonzalez, and Ms. Melissa Ann Perez Elliott, informed them that Mrs. de la Garza had filed a claim for the wrongful death of her husband (and their father), the Vioxx claim had settled, the amount of the point award and estimated total value of the settlement. Mrs. de la Garza authorized the undersigned to attempt to negotiate a resolution of any claim the three children and/or the Estate may have. Unfortunately, a negotiated resolution was not reached; thus, Mrs. de la Garza must resort to an arbitrated resolution.

Thereafter, the Estate of Mr. Ruben T. Perez, Sr., hired counsel, Mr. Carl F. Schwenker. Mr. Schwenker has made an appearance in this Court by filing an appearance for the Estate and by filing a motion to amend the complaint. The undersigned contacted Mr. Schwenker regarding the possibility of a negotiated resolution of the claims, if any, of his client, but as of this filing, there has been no direct communications regarding resolution from the Estate.

## NATURE OF DISPUTE

The Estate of Ruben T. Perez, Sr., claims a right to all of the Vioxx settlement proceeds arising out of Mr. Perez Sr.'s death. But, the Estate's right to any funds and the amount of any funds is uncertain and disputed by Mrs. de la Garza.

## LEGAL AUTHORITIES

The Vioxx Settlement Agreement provides that disputes arising under the Agreement shall be arbitrated. Section 8.1.2 of the Vioxx Settlement Agreement provides:

> Except as specifically provided in this Agreement, any dispute that arises under or otherwise in connection with (i) this Agreement and/or any Program Claim and/or (ii) any other Administrative Agreement under which disputes are agreed to be handled in the manner set forth in this Article 8,

>   shall be submitted to the Chief Administrator who shall sit as a binding arbitration panel and whose decision shall be final, binding and Non-Appealable. If any such dispute is brought to the Chief Administrator, each party who has a stake shall have 15 days (or as the Chief Administrator shall otherwise order) to submit papers and supporting evidence and to be heard on oral argument if the Chief Administrator desires oral argument.

Section 8.1.3 provides:

>   If the Chief Administrator concludes, for whatever reason, that he should not determine an issue arising under this Agreement or otherwise in connection with this Agreement and/or any Program Claim, the Special Master shall sit as a binding arbitration panel to decide the issue.

Section 8.1.3.1 provides:

>   In such instances, any party may serve a demand for arbitration on the Special Master and all parties who have a stake in the issue disputed. Service shall be effected by regular and certified mail. Service shall be complete upon mailing.

Based on these contractual provisions, Mrs. de la Garza respectfully requests that any dispute as to the entitlement to Vioxx settlement funds arising out of Ruben T. Perez, Sr.'s use of Vioxx and subsequent death be determined by arbitration.

## CONCLUSION

Plaintiff, Mrs. Mary de la Garza, respectfully requests arbitration of this dispute.

Respectfully submitted,

| | |
|---|---|
| John Eddie Williams | Walter Umphrey |
| Texas Bar No. 21600300 | Texas Bar No. 20380000 |
| Williams Kherkher Hart Boundas, LLP | Provost Umphrey Law Firm |
| 8441 Gulf Freeway, Suite 600 | 490 Park |
| Houston, Texas 77017 | Beaumont, Texas 77701 |
| 713-230-2200 - Telephone | (409) 838-8848 - Telephone |
| 713-643-6226 - Facsimile | (409) 838-8888 - Facsimile |

| | |
|---|---|
| Drew Ranier | Mikal Watts |
| Louisiana Bar No. 8320 | Texas Bar No. 20981820 |
| Texas Bar No. 16544500 | The Watts Law Firm, LLP |
| Ranier, Gayle & Elliot, LLC | 300 Convent, Suite 100 |
| 1419 Ryan Street | San Antonio, Texas 78205 |
| Lake Charles, Louisiana 70601 | 210-527-0500 - Telephone |
| 337-494-7171 - Telephone | |
| 337-494-7218 - Facsimile | |

/s/Grant Kaiser
Grant Kaiser
Texas Bar #11078900
The Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713-223-0000
713-223-0440 (facsimile)

ATTORNEYS FOR PLAINTIFF
MRS. MARY DE LA GARZA

**CERTIFICATE OF SERVICE**

 I hereby certify that the above and foregoing has been served (1) on Liaison Counsels, Phillip Wittmann and Russ Herman, by U. S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 and (2) on counsel for the Estate of Mr. Ruben T. Perez, Sr., by regular and certified mail, on this 23rd day of September 2009.

/s/Grant Kaiser
Grant Kaiser