UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This Document Relates To: | § | JUDGE FALLON |
| | § | |
| Case No.: 05-5543, *Mary de la Garza, et al, v. Merck & Co, Inc., et al.* | § § | MAGISTRATE JUDGE KNOWLES |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff, Mrs. Mary de la Garza, will bring its Demand for Arbitration before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on the 23rd of October, 2009, at 9:00 a.m.

Respectfully submitted,

John Eddie Williams
Texas Bar No. 21600300
Williams Kherkher Hart Boundas, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713-230-2200 - Telephone
713-643-6226 - Facsimile

Walter Umphrey
Texas Bar No. 20380000
Provost Umphrey Law Firm
490 Park
Beaumont, Texas 77701
(409) 838-8848 - Telephone
(409) 838-8888 - Facsimile

Drew Ranier
Louisiana Bar No. 8320
Texas Bar No. 16544500
Ranier, Gayle & Elliot, LLC
1419 Ryan Street
Lake Charles, Louisiana 70601
337-494-7171 - Telephone
337-494-7218 - Facsimile

Mikal Watts
Texas Bar No. 20981820
The Watts Law Firm, LLP
300 Convent, Suite 100
San Antonio, Texas 78205
210-527-0500 - Telephone

/s/Grant Kaiser
Grant Kaiser
Texas Bar #11078900
The Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713-223-0000
713-223-0440 (facsimile)

ATTORNEYS FOR PLAINTIFF
MRS. MARY DE LA GARZA

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served (1) on Liaison Counsels, Phillip Wittmann and Russ Herman, by U. S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 and (2) on counsel for the Estate of Mr. Ruben T. Perez, Sr., by regular and certified mail, on this 23rd day of September 2009.

/s/Grant Kaiser
Grant Kaiser