UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | *<br>*<br>*<br>*<br>*<br>* | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG: JUDGE KNOWLES |

*****************************************************************
This document relates to : Case No. 09-4373, Sandra Hurst v. Michael D. Riley, et al
*****************************************************************

## MOTION TO DISMISS WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiff **Sandra Hurst,** who moves this Court for the entry of an order dismissing, without prejudice, the claim of Sandra Hurst in the above captioned lawsuit against Merck & Co., Inc. reserving all rights to pursue her claim against Michael D. Riley and Continental Casualty Company in the previously filed state court proceeding in Civil District Court for the Parish of Orleans, State of Louisiana, bearing Docket No. 09-5852, Division D. Counsel for defendant Merck & Co,. Inc. has been contacted and neither expressed opposition or agreement to this motion.

Respectfully Submitted,

s/Robert J. Caluda
ROBERT J. CALUDA
La. Bar No. 3804
Attorney for Plaintiff
The Caluda Law Firm
3232 Edenborn Avenue
Metairie, Louisiana 70002
Telephone: (504)586-0361
Facsimile: (504) 522-5161
**rcaluda@rcaluda.com**

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2009 a copy of the foregoing Motion to Dismiss Without Prejudice was submitted to the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel in this matter.

s/Robert J. Caluda<br>
ROBERT J. CALUDA