UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 1657<br>*<br>* SECTION: L<br>*<br>* JUDGE FALLON<br>* MAG: JUDGE KNOWLES |

*************************************************************************

This document relates to : Case No. 09-4373, Sandra Hurst v. Michael D. Riley, et al

*************************************************************************

### MEMORANDUM IN SUPPORT OF MOTION TO DISMISS WITHOUT PREJUDICE

**MAY IT PLEASE THE COURT:**

Plaintiff desires to dismiss Merck & Co., Inc. as a defendant in this matter so that plaintiff may proceed with her legal malpractice claim against the attorney defendant in Civil District Court for the Parish of Orleans. Undersigned counsel has repeatedly attempted to contact counsel for Merck & Co., Inc. and has not received a response as to whether or not counsel for Merck & Co., Inc. agrees or objects to this dismissal.

                                      Respectfully Submitted,

                                      s/Robert J. Caluda<br>
                                      ROBERT J. CALUDA<br>
                                      La. Bar No. 3804<br>
                                      Attorney for Plaintiff<br>
                                      The Caluda Law Firm<br>
                                      3232 Edenborn Avenue<br>
                                      Metairie, Louisiana 70002<br>
                                      Telephone: (504)586-0361<br>
                                      Facsimile: (504) 522-5161<br>
                                      rcaluda@rcaluda.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2009 a copy of the foregoing Motion to Dismiss Without Prejudice was submitted to the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel in this matter.

s/Robert J. Caluda<br>
ROBERT J. CALUDA