# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY DRESSEL AND | * | |
| ANTOINE DRESSEL | * | CIVIL ACTION NO.: 05-4963 |
|     Plaintiffs | * | |
| | * | SECTION "L" |
| VERSUS | * | |
| | * | JUDGE ELDON E. FALLON |
| MERCK & CO., INC. | * | |
|     Defendant | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| | * | |

* * * * * * * * * * * * * * * * * *

## ORDER ON MOTION TO ENROLL AS ADDITIONAL COUNSEL

**IN CONSIDERATION** of the foregoing Motion to Enroll as Additional Counsel filed by the Mover, Attorney John Christopher Alexander, Sr., Esq.; and,

**IN CONSIDERATION** of the facts as alleged therein and the law and equities applicable thereunto:

**IT IS HEREBY ORDERED** that Attorney John Christopher Alexander, Sr., Esq. be and he is allowed to enroll herein as Additional Counsel of Record for the Plaintiff.

**THUS DONE AND SIGNED** on this the __22nd__ day of September, 2009, in the City of New Orleans, Parish of Orleans, State of Louisiana.

_____
Judge, United States District Court