READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

## TRANSCRIPT ORDER

**District Court:** Eastern District of Louisiana

**District Court Docket Number:** MDL 1657-L

**Short Case Title:** VIOXX Products Liability

**Court Reporter:** Toni Doyle Tusa

**Date Notice of Appeal Filed by Clerk of District Court:** 9/21/2009

**Court of Appeals #:** _____ (If Available)

### PART I. (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

**A. Complete one of the following:**
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☒ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*

  Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  Jury instructions ☐; Sentencing ☐; Bail hearing ☐.

  HEARING DATE(S)      PROCEEDING

FILED 2009 SEP 21 PM 4: [--] U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA LORETTA G. WHYTE CLERK

JUDGE/MAGISTRATE

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☒ Other  N/A

**Signature:** [signed]
**Date Transcript Ordered:** 9/14/2009
**Print Name:** Eric Michael Liddick
**Counsel for:** VLC
**Address:** 201 St. Charles Avenue, FL 49, New Orleans, LA 70170
**Telephone:** (504) 582-8302

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

### PART II. COURT REPORTER ACKNOWLEDGEMENT
*(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
|  |  |  |  |

☐ Satisfactory Arrangements for payment were made on _____
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

_____ Date    _____ Signature of Court Reporter    _____ Telephone

Address of Court Reporter: _____

* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

### PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT
*(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages    _____ Actual Number of Volumes    Fee _____

X Dktd _____
CtRmDep _____
Doc. No _____

_____ Date    _____ Signature of Court Reporter    Process _____

Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I

DKT-13 (5/96)

READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

## TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Eastern District of Louisiana | MDL 1657-L |

Short Case Title: **VIOXX Products Liability**    Court Reporter: **Karen A. Ibos**
Date Notice of Appeal Filed by Clerk of District Court: **9/21/09**    Court of Appeals #: _____ (If Available)

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☒ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: (check appropriate box)
    Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
    Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
    Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

HEARING DATE(S)                PROCEEDING

FILED 2009 SEP 21 PM 4:14 LORETTA G. WHYTE CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy); ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☒ Other **n/a**

Signature: _[signed]_    Date Transcript Ordered: **9/14/09**
Print Name: **Eric Michael Liddick**    Counsel for: **VLC**
Address: **201 St. Charles Avenue, PL 49, New Orleans, LA 70170**    Telephone: **(504) 582-8302**

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
|  |  |  |  |

☐ Satisfactory Arrangements for payment were made on _____
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other (Specify) _____

_____    _____    _____
Date    Signature of Court Reporter    Telephone

Address of Court Reporter: _____
\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____
Fee _____
Process _____
X Dktd _____
Date _____    Signature of Court Reporter    CtRmDep _____
Doc. No. _____

Copy 6 – Appellant's Copy to be sent to the District Court upon completion of Part I

DKT-13 (5/96)





Eric Michael Liddick
*Not admitted in Alabama*
Direct Dial 504-582-8302
Direct Fax 504-589-8302
eliddick@joneswalker.com

September 21, 2009

**By Hand**
Loretta G. Whyte
Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, Louisiana 70130

      Re:    ***In re Vioxx Products Liability Litigation***
                **USDC, ED LA, MDL-1657-L**
                **Transcript Order**

Dear Ms. Whyte:

      The undersigned represents the Vioxx Litigation Consortium in the above-referenced matter. The Vioxx Litigation Consortium recently filed a Notice of Appeal and, in accordance with Federal Rule of Appellate Procedure 10.1, submitted a Transcript Order in relation to its Notice of Appeal.

      Today, the Vioxx Litigation Consortium filed its Amended Notice of Appeal. In accordance with Rule 10.1, we submit a Transcript Order; however, since the transcripts requested would be identical to those requested on September 14, 2009, we selected the box labeled "Transcript is already on file in Clerk's office".

      Should you have any questions, please do not hesitate to contact us.

                                Sincerely,

                                Eric Michael Liddick

EML/
Enclosure

    cc:    Grant Kaiser, Esq. (*via e-mail*)
              Harry Hardin, Esq. (*via e-mail*)
              Madeleine Fischer, Esq. (*via e-mail*)

{N2041426.1}

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE ▪ NEW ORLEANS, LOUISIANA 70170-5100 ▪ 504-582-8000 ▪ FAX 504-582-8583 ▪ E-MAIL info@joneswalker.com ▪ www.joneswalker.com

ALABAMA    ARIZONA    DISTRICT OF COLUMBIA    FLORIDA    GEORGIA    LOUISIANA    TEXAS