UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FINDING OF SPECIAL MASTER UNDER PROVISIONS OF
ARTICLE 10.4.2 OF SETTLEMENT AGREEMENT PERTAINING
TO THE CLAIM OF SHERON CORDELL VCN #1030883**

As the result of the audit performed on this claim, it was determined that an autopsy had been performed on Sheron Cordell and that the autopsy report issued as a result of the autopsy was not submitted by the claimant as required by the terms of the Settlement Agreement. The Special Master has reviewed the Sheron Cordell claim and after considering the Affidavit of Glenn A. Zuckerman and the exhibits attached thereto, including the Affidavit of Tommy Cordell, it is the finding of the Special Master that there was no deception, dishonesty or fraud committed by Weitz & Luxenberg, Glenn A. Zuckerman or Tommy Cordell in the submission of this claim. It is also the finding of the Special Master that the autopsy report on Sheron Cordell VCN #1030883 should and is also to be considered by the Claims Administrator in its re-review of this claim.

Lafayette, Louisiana, this 23rd day of September, 2009.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 23, 2009, I electronically filed the foregoing Finding with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants.  I further certify that I mailed the foregoing Finding and the notice of electronic filing to the following:

  Mr. Glenn A. Zuckerman      Douglas R. Marvin
  Weitz & Luxenberg         Williams & Connolly
  210 Lake Drive East, Suite 101    725 Twelfth Street, NW
  Cherry Hill, NJ 08002       Washington, DC 20005

  Russ M. Herman         Orran L. Brown
  Herman, Herman, Katz & Cotlar   Brown Greer, PLC
  820 O'Keefe Avenue        Post Office Box 85031
  New Orleans, LA 70113      Richmond, VA 23285-5031

Lafayette, Louisiana, this 23rd day of September, 2009.

                 /s/ PATRICK A. JUNEAU
                 PATRICK A. JUNEAU, Bar # 07594
                 Special Master
                 1018 Harding Street, Suite 202
                 Lafayette, LA 70503
                 Telephone: (337) 269-0052
                 Facsimile: (337) 269-0061
                 Email: paj@juneaudavid.com