UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GEORGE WILLIE BUFORD, III<br>30024-074 | CIVIL ACTION |
| VERSUS | NO. 09-0048<br>05-MDL-1657 |
| MERCK & CO., INC. | SECTION L (3) |

## ORDER REGARDING MOTION TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

Considering the application and affidavit to appeal in forma pauperis,

[✓] **IT IS ORDERED** that the party appealing is entitled to proceed in forma pauperis.
**IT IS FURTHER ORDERED** that the sum of $ _0_ as an initial partial filing fee be forwarded to the Clerk of Court by the Sheriff, Warden, or authorized prison official when funds exist in the inmate's prisoner account.
**IT IS FURTHER ORDERED** that, after payment of the initial filing fee, the inmate is required to make monthly payments of 20 percent of the preceding month's income credited to his account until the full amount of the filing fee is paid. The Sheriff, Warden, or authorized prison official SHALL forward such payments from the inmate's account to the Clerk of Court, 500 Poydras Street, Rm. C-151, New Orleans, LA 70130, each time the amount in the inmate's account exceeds $10 until the balance of the $455 appellate filing fee is paid.
**IT IS FURTHER ORDERED** that, if the inmate is transferred to another facility or released from custody, the Sheriff, Warden, or authorized prison official shall notify the Court of the inmate's new facility or forwarding address within 30 days of the inmate's transfer or release.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

☐   The motion is **DENIED**. The party is not entitled to proceed in forma pauperis for the following reason(s):

   __   the inmate has failed to provide the Court with a certified copy of his prisoner account statement for the preceding six month period.
   __   the party has sufficient funds to pay a $455 filing fee.
   __   the party has already paid the $455 filing fee.
   __   the inmate has, on three or more occasions, while incarcerated or detained, brought an action or appeal in a federal court that was dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted, and he has made no allegation that he is under imminent danger of serious physical injury.
   __   the court certifies that the appeal is not taken in good faith for the listed reason(s):

   _____

   _____

IF PERMISSION TO APPEAL IN FORMA PAUPERIS IS DENIED BECAUSE THE COURT CERTIFIES THE APPEAL IS NOT TAKEN IN GOOD FAITH, COMPLETE THE SECTION BELOW.

☐   Although this court has certified that the appeal is not taken in good faith under 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), the applicant may challenge this finding pursuant to Baugh v. Taylor, 117 F 3d 197 (5th Cir. 1997), by filing a separate motion to proceed in forma pauperis on appeal with the Clerk of Court, U. S. Court of Appeals for the Fifth Circuit, within 30 days of this order. The cost to file a motion to proceed on appeal with the Fifth Circuit is calculated below, and if the appellant moves to proceed on appeal in forma pauperis, the prison authorities will be directed to collect the fees as calculated in this order.

The petitioner, GEORGE WILLIE BUFORD, III, is assessed an initial partial filing fee of $_____. The agency having custody of the prisoner shall collect this amount from the inmate's trust fund account or institutional equivalent when funds are available, and forward it to the clerk of the district court. Thereafter, the prisoner shall pay the remainder of the $455.00 filing fee in periodic installments. The appellant is required to make payments of 20% of the preceding month's income credited to the appellant's prison account until the appellant has paid the total filing fees of $455.00. The agency having custody of the prisoner shall collect this amount from the trust fund account or institutional equivalent, when funds are available and when permitted by 28 U. S. C. §1915 (b)(2), and forward it to the clerk of the district court.

If the appellant moves to proceed on appeal in forma pauperis before the Fifth Circuit Court of Appeals, the court will order withdrawal of fees as calculated above.

New Orleans, Louisiana, this 22 day of Sept, 2009.

UNITED STATES DISTRICT JUDGE

**ONLY IF THIS ORDER IS GRANTED**
shall the Clerk serve by mail:

Financial Unit

UNITED STATES PENITENTIARY
**ATTN: INMATE BANKING**
P.O. BOX 33
TERRE HAUTE, INDIANA 47808