UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| This document relates to ALL CASES : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

ORDER

Certain Health Plans' Motion for Preliminary Injunction with supporting exhibits, filed September 2, 2009, Docket No. 23217, is hereby withdrawn. The Court acknowledges that the Health Plans filed a Revised Motion for Preliminary Injunction with supporting exhibits on September 22, 2009, Docket No. 23962.

New Orleans, Louisiana, this 23rd day of September, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT
JUDGE