U.S. District Court - Eastern District of Loui

'09 SEP 23 PM 2:14

LORETTA G. WHYTE
CLERK

***CM/ECF ON-LINE TRAINING NOW AVA

The court has directed that it is MANDATORY
to those initiating a new case, be filed ele
the Administrative Procedures for Electronic
Local Rule 5.7.E. All new complaints, notice
as well as sealed documents, shall continue
office.

To obtain an e-filing account, attorney mus
provides live classroom training at the cou
the court has recently implemented an optic

For more information, and to register for
tutorial, go to the court's website at htt

An attorney who, due to exceptional circum
requirements of electronic filing, may app
exemption. The application shall be in wr
the reason for the attorney's inability t

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Lawrence Biondi
17th Judicial District Court
201 Green St.
Thibodaux, LA 70301

NIXIE        708  CE 1           02   09/20/09
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 70130                *2493-00329-20-20*

Case: 2:05-cv-03872  #2
3 pages.
Tue Sep 15 15:42:42 2009

Hasler
$00.440

___Fee _____
___Process _____
_x_Dktd _____
___CtRmDep _____
___Doc. No. _____