UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION I (3) |
| THIS DOCUMENT RELATES TO<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## MOTION FOR APPOINTMENT OF LIAISON COUNSEL FOR COMMON BENEFIT FEE APPLICATION OBJECTORS

This Court has requested that objectors to the common benefit fee application work with the fee applicants to work out a discovery and briefing schedule. The Court has asked that this be done expeditiously. In order to accomplish this task and to develop an agreed upon course among objectors for subsequent discovery and briefing, the objectors have met and reached consensus that it is desirable that undersigned be appointed as liaison counsel for all of the objectors. Undersigned requests that this Court appoint him to such capacity- thereby allowing the objectors to speak with one voice on discovery, briefing, argument and negotiation. It is understood that liaison counsel will regularly communicate with the objectors and that he will be assisted by the objectors in conducting discovery, preparing briefs and argument. Further, it is the intent of the objectors that the liaison reach consensus among the group before binding the group to any particular course of action.

Wherefore, undersigned requests that this appointment be made so that agreements can be worked on with the fee applicants.

Dated at New Haven, CT this 25th day of September, 2009.

THE PLAINTIFFS,

By_____
MICHAEL A. STRATTON
CT 08166
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
TEL: 203-624-9500
FAX: 203-624-9100
mstratton@strattonfaxon.com

## CERTIFICATION OF SERVICE

I hereby certify that the above and forgoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 25th day of September, 2009.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Alan Schwartz
Iris Gafni-Kane
Usha-Kiran Ghia
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT  06508

_____
Michael A. Stratton