UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs listed on Exhibit A. | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Defendant Merck & Co., Inc.'s First Motion, Rule and Incorporated Memorandum for an Order to Show Cause Why Stipulations of Dismissal Should Not Be Filed For Failure to Submit Timely Future Evidence Stipulations and PTO 43 Lone Pine Reports (R. Doc. 23218) came on for hearing on the 17th day of September, 2009.  For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the claims of all plaintiffs on Exhibit A be and they hereby are dismissed with prejudice

NEW ORLEANS, LOUISIANA, this  24th  day of September, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

# Exhibit A

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 1. | 1094801 | Ferrario, Joann | Carey & Danis, LLC | | Sterling, Roberta v. Merck & Co., Inc. | 2:06-cv-00791-EEF-DEK |
| 2. | 1096047 | Robinson, Vylene | Carey & Danis, LLC | | Nunn, Coy v. Merck & Co., Inc. | 2:06-cv-09331-EEF-DEK |
| 3. | 1058946 | Jensen, Anita | Driggs Bills & Day PC | | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| 4. | 1058967 | Westergard, Jim | Driggs Bills & Day PC | | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| 5. | 1093317 | Davies, Carol A. | Hackard & Holt | Harry Davies | Davies, Carol Ann v. Merck & Co., Inc. | 2:07-cv-03324-EEF-DEK |
| 6. | 1059210 | Mayo, Wesley | Houssiere Durant & Houssiere LLP | | Green Watkins, Brenda v. Merck & Co., Inc. | 2:05-cv-02373-EEF-DEK |
| 7. | 1048672 | Balarezo, Blanca | McKeever, James, Esq. | | Balarezo, Blanca v. Merck & Co., Inc. | 2:05-cv-01550-EEF-DEK |
| 8. | 1073598 | Allen, William E. | Murray Law Firm 1 | | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 9. | 1070033 | Hartzell, Myrna L. | Simon Passanante PC | | Bailey, George v. Merck & Co., Inc. | 2:05-cv-01034-EEF-DEK |
| 10. | 1070052 | Hoskins, Adolph | Simon Passanante PC | | Hicks, Dianna v. Merck & Co., Inc. | 2:05-cv-01048-EEF-DEK |
| 11. | 1107678 | Durant, Lottie V. | Wiggins, Childs, Quinn & Pantazis | | Blackshire, Jacqueline v. Merck & Co., Inc. | 2:07-cv-03999-EEF-DEK |
| 12. | 1051008 | Nieves-Velez, Carmelo | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 13. | 1050766 | Baez-Figueroa, Eduardo | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 14. | 1050787 | Caballero-Vazquez, Elizabeth | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 15. | 1050820 | Correa-Santos, Rafael L. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 16. | 1050892 | Fuster-Delgado, Vicente | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 17. | 1050905 | Gomez-Otero, Maria | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |

|     | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|-----|-----|----------|-----------------|------------------------|--------------|----------------------|
| 18. | 1050909 | Gonzalez-Cordero, Myriam | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 19. | 1050928 | Hernandez-Alicia, Sonia | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 20. | 1051068 | Perez-Alvarez, Orlando | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 21. | 1051144 | Rodriguez-Oliveras, Monserrate | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 22. | 1051157 | Rolon-Maldonado, Efrain | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 23. | 1051197 | Santos-Vega, Lesvia | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 24. | 1051035 | Nuñez, Jeselina | Wood Law Firm, LLC | | Alvarado, Ramon v. Merck & Co., Inc. | 2:06-cv-07150-EEF-DEK |
| 25. | 1050756 | Arocho-Cortes, Carmen L. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 26. | 1050765 | Baez-Calderon, Felix | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 27. | 1050880 | Fernandez-Barrera, Aida | Wood Law Firm, LLC | Ivan Coralis | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 28. | 1050914 | Gonzalez-Irizarry, Ramon Antonio | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 29. | 1050929 | Hernandez-Cantres, Luis | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 30. | 1050931 | Hernández-Medina, Alexander | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 31. | 1050934 | Hernandez-Rivera, Marta I. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 32. | 1050942 | Jaca-La-Fontaine, Carmen | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 33. | 1050946 | Jimenez-Roman, Mercedes | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 34. | 1051042 | Ortega, Flora | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 35. | 1051057 | Otero-Orta, Maryland | Wood Law Firm, LLC | Ceclia Orta, Juan Ortero | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

| | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 36. | 1051067 | Perez-Abreu, Saturnino | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 37. | 1051070 | Perez-Valentin, Gilberto | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 38. | 1051089 | Ramos-Roman, Miguel | Wood Law Firm, LLC | Luz Perez Caban | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 39. | 1051112 | Rivera-Gonzalez, Zulma E. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 40. | 1051132 | Rivera-Torres, Maria I. | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 41. | 1051154 | Rodriguez-Vega, Lydia | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 42. | 1051155 | Roldan-Gonzalez, Virginia | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 43. | 1051180 | Sanchez-Landron, Felicita | Wood Law Firm, LLC | Ramon Sanchez Gonzalez | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 44. | 1051193 | Santiago-Rodriguez, Alexander | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 45. | 1051231 | Tosado-Caban, Lucila | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 46. | 1050813 | Colon-Cruz, Evaristo | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 47. | 1050956 | Lamourt-Alicea, Maria | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 48. | 1051163 | Rosado-Rodriguez, Juan E. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 49. | 1051177 | Salcedo-Velez, Alma G. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 50. | 1050970 | Lopez-Ramos, Livia | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 51. | 1051097 | Reyes-Negron, Luz | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 52. | 1051108 | Rivera-Cruz, Milagros | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 53. | 1051120 | Rivera-Pena, Awilda | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

3

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 54. | 1050849 | De-Jesus-De-Jesus, Natividad | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 55. | 1050780 | Bravo-Pagan, Luis J. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 56. | 1050782 | Bruno-Lopez, Marta | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 57. | 1050788 | Cabrera-Ubiles, Guadalupe | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 58. | 1050789 | Caceres-Calderon, Andrea | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 59. | 1050797 | Cartagena-Vazquez, Ines M. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 60. | 1050801 | Castro-Del-Valle, Josefina | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 61. | 1050861 | Diaz-Medina, Victor | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 62. | 1050903 | Goire-Pedrosa, Rafaela | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 63. | 1050910 | Gonzalez-Cotto, Nilda A. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 64. | 1050911 | Gonzalez-Cruz, Minerva | Wood Law Firm, LLC | David Pizarro Gonzalez | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 65. | 1050913 | Gonzalez-Hernandez, Sol A. | Wood Law Firm, LLC | Vanessa Rios Gonzalez, | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 66. | 1050915 | Gonzalez-Martinez, Juan | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 67. | 1050916 | Gonzalez-Melendez, Johanna | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 68. | 1050922 | Guzman-Arias, Gladys E. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 69. | 1050924 | Guzman-Silva, Milagros | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 70. | 1050972 | Lorenzo-Nieves, Felicita | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

| | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 71. | 1051069 | Perez-Balaguer, Maria | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 72. | 1050743 | Alcocer-Marcano, Harry | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 73. | 1050745 | Alicea-Reyes, Olga E. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 74. | 1050747 | Alvarez-Piñeiro, Ermelinda | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 75. | 1050752 | Amaro-Morales, Elsie | Wood Law Firm, LLC | Luiz Gonzalez | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 76. | 1050792 | Candelario-Maldonado, Leonor | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 77. | 1051064 | Pedraza-Lopez, Martha | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 78. | 1051078 | Quinones-Carmona, Ismael | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 79. | 1051086 | Ramos-Diaz, Yolanda | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 80. | 1050753 | Aponte-Santiago, Ivette M. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 81. | 1050757 | Arocho-Montalvo, Carmen R. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 82. | 1050761 | Aviles-Arroyo, Aida L. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 83. | 1050764 | Ayuso-Delgado, Freddy | Wood Law Firm, LLC | Bethzaida Hensen-Figueroa | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 84. | 1050772 | Bell, Walter C. | Wood Law Firm, LLC | | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |
| 85. | 1050776 | Bonilla-Negron, Jose | Wood Law Firm, LLC | Sonia Negron | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 86. | 1050831 | Crespo-Santiago, Luz Z. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 87. | 1050855 | Del-Valle-Diaz, Elsie | Wood Law Firm, LLC | Manuel Malave Aviles | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 88. | 1050869 | Escribano-Fuentes, Luis | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 89. | 1050889 | Franceschi-Rodriguez, Mariana | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 90. | 1050894 | Garcia-Caraballo, Rafael | Wood Law Firm, LLC | Ada M. Casado | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 91. | 1050896 | Garcia-Garamendi, Rosario | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 92. | 1050902 | Giovannetti-Rosado, Juan | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 93. | 1050906 | Gonzalez, Susana | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 94. | 1050919 | Greaux-Morales, Jeannette | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 95. | 1050944 | Jackson-Rojas, Quirsis | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 96. | 1050951 | Khury-Musa, Mercedes | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 97. | 1050959 | Lanza-Alvira, Gloria M. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 98. | 1050961 | Lao-Melendez, Israel | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 99. | 1051003 | Melendez-Arroyo, Jose M. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 100. | 1051014 | Merced-David, Felisa | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 101. | 1051020 | Montes-Jordan, Hector L. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 102. | 1051031 | Muñiz-Burgos, Carmen | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 103. | 1051036 | Núñez-Peña, Carmen L. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 104. | 1051038 | Oquendo-Jacome, Hilda L. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 105. | 1051052 | Ortiz-Ortiz, Maria M. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 106. | 1051058 | Otero-Santiago, Jorge | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

|  | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 107. | 1051083 | Ramirez-Morell, Celia A. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 108. | 1051093 | Reyes-Castillo, Pedro | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 109. | 1051104 | Rivas-Santiago, Nicolas | Wood Law Firm, LLC | Gloria Hernandez | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 110. | 1051123 | Rivera-Reyes, Arlene | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 111. | 1051124 | Rivera-Rivera, Milagros | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 112. | 1051128 | Rivera-Rodriguez, Jose L. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 113. | 1051129 | Rivera-Roman, Luz M. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 114. | 1051151 | Rodriguez-Rodriguez, Estebania | Wood Law Firm, LLC |  | Alvarado, Ramon v. Merck & Co., Inc. | 2:06-cv-07150-EEF-DEK |
| 115. | 1051152 | Rodriguez-Sepúlveda, Jovino | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 116. | 1051164 | Rosado-Santana, Isabel | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 117. | 1051166 | Rosario-Roa, Edna W. | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 118. | 1051170 | Ruben-Rubert, Carmen | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 119. | 1051172 | Ruiz-Leon, Eusebia | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 120. | 1051174 | Ryan-Guzman, Guillermo | Wood Law Firm, LLC | Isidra Campuzano Guerrero | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 121. | 1051186 | Santana-Colon, Hector | Wood Law Firm, LLC |  | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 122. | 1051191 | Santiago-Miranda, Maria L. | Wood Law Firm, LLC | Marisol Perez | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 123. | 1051194 | Santiago-Valentin, Hector | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 124. | 1051195 | Santos-Caliz, Maria Victoria | Wood Law Firm, LLC |  | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |

| | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 125. | 1051200 | Serrano-Lopez, Lizette | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 126. | 1051205 | Serrano-Velez, Dalia | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 127. | 1051224 | Torres-Dominicana, Norma | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 128. | 1051225 | Torres-Hernandez, Pedro | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 129. | 1051226 | Torres-Lopez, Jose | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 130. | 1050740 | Aguilu-Vega, Carlos | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 131. | 1050750 | Amadeo-Maldonado, Stephanie | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 132. | 1050808 | Clabaguera-Savinon, Juan M. | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 133. | 1050816 | Colon-Torres, Iris M. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 134. | 1050828 | Crespo-Gonzalez, Gladys | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 135. | 1050840 | Cruz-Velazquez, Ana M. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 136. | 1050846 | Davila-Mateo, Evelio | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 137. | 1050890 | Fraquada-Doner, Angel L. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 138. | 1050912 | Gonzalez-Gonzalez, Francisco | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 139. | 1051040 | Henry, Orpha I. | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 140. | 1050927 | Hernandez, Reina | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 141. | 1050935 | Hernandez-Rivera, Sandra | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 142. | 1050963 | Lassend-Figueroa, Francisco | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |

| | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 143. | 1050997 | Matos-Garcia, Rafael | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 144. | 1051270 | Pion-Baez, Maria | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 145. | 1051076 | Puentes-Castro, Jesus | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 146. | 1051081 | Rabassa, Carmen M. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 147. | 1051116 | Rivera-Oliveras, Evangelista | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 148. | 1051121 | Rivera-Ramirez, Carmen R. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 149. | 1051214 | Soto-Valle, Elisa | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 150. | 1051220 | Suarez-Rosado, Maria D. | Wood Law Firm, LLC | Denise Vallellanes | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 151. | 1050799 | Castañer-Colon, Maria M. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 152. | 1050806 | Chaparro-Chaparro, Elisa | Wood Law Firm, LLC | Joaquin Rivera | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 153. | 1050815 | Colon-Rosado, Maria | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 154. | 1050836 | Cruz-Juarbe, Jose | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 155. | 1050839 | Cruz-Velazquez, Miguel | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 156. | 1050888 | Fontanez-Rivera, Alida | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 157. | 1051264 | Leguisamon-Moria, Filomena | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 158. | 1050976 | Maisonet-Acosta, Tommy | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 159. | 1050979 | Maldonado-Gonzalez, Fernando | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 160. | 1050992 | Martinez-Rivera, Benjamin | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

| | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 161. | 1050994 | Martinez-Santos, Mayra | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 162. | 1051021 | Montiel, Robert C. | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 163. | 1051023 | Morales-Carrasquillo, Eliud | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 164. | 1051034 | Nieves-Quiles, Orlando | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 165. | 1051139 | Rodriguez-Garcia, Lucelenia | Wood Law Firm, LLC | Jose Rodriguez Perez | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 166. | 1051142 | Rodriguez-Mont, Rafael | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 167. | 1051156 | Roldan-Ramirez, Mildred | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 168. | 1051182 | Sanchez-Santiago, Evaristo | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 169. | 1051227 | Torres-Rivera, Carmen | Wood Law Firm, LLC | Wilfredo Feliciano Rodriguez, | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 170. | 1051234 | Trinidad-Quiles, Jose A. | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 171. | 1051238 | Vargas-Cuebas, German | Wood Law Firm, LLC | Evelyn Cuebas-Aviles | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 172. | 1051240 | Vazquez-Cruz, Josefina | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 173. | 1051241 | Vazquez-Perez, Luz | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 174. | 1051242 | Vazquez-Vazquez, Jose | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 175. | 1051125 | Rivera-Rodriguez, Nixsa | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 176. | 1051159 | Roque-Ortiz, Margarita | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 177. | 1050738 | Acevedo, Efrain | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 178. | 1050762 | Aviles-Marzan, Ruth N. | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |

| | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 179. | 1050769 | Baez-Serrano, Regina | Wood Law Firm, LLC | Ramon Serrano, Luis | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 180. | 1050827 | Crespo-Gabriel, Irma L. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 181. | 1050872 | Estrella-Huertas, Johanna | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 182. | 1050967 | Lopez-Dirube, Fernando | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 183. | 1050969 | Lopez-Medina, Irma | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 184. | 1050971 | Lopez-Santiago, Manuel | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 185. | 1051010 | Mendez-Cuadrado, Carmen L. | Wood Law Firm, LLC | Elsic Valasquez | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 186. | 1051033 | Nieves-Huarneck, Maria | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 187. | 1051037 | Oliveras-Colon, Carmen A. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 188. | 1051045 | Ortiz-Ayala, Edgardo | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 189. | 1051050 | Ortiz-Marañon, Elena R. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 190. | 1051061 | Pagan-De-Jesus, Ana Maria | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 191. | 1051082 | Ramirez-Gomez, Hector | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 192. | 1051098 | Reyes-Perez, Edgar | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 193. | 1051106 | Rivera-Castro, Irene | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 194. | 1051134 | Robles-Mercado, Jose D. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 195. | 1051143 | Rodriguez-Morales, Joaquin | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 196. | 1051153 | Rodriguez-Torres, Gilberto | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |

|     | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|-----|-----|----------|-----------------|------------------------|--------------|------------------------|
| 197. | 1051173 | Ruiz-Ruiz, Elizardo | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 198. | 1050786 | Caballero-Martinez, Jorge R. | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 199. | 1050826 | Cotto-Rivera, Generosa | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 200. | 1050837 | Cruz-Ortiz, Carmen A. | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 201. | 1050847 | Deathe, Virginia | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 202. | 1050854 | Del-R.-Rosa-Maldonado, Maria | Wood Law Firm, LLC | | Alvarado, Ramon v. Merck & Co., Inc. | 2:06-cv-07150-EEF-DEK |
| 203. | 1050856 | Del-Valle-Velazquez, Victor | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 204. | 1050857 | Diadone-Alers, Mario A. | Wood Law Firm, LLC | Brumilda Diadone | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 205. | 1050866 | Echevarria, Gladys | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 206. | 1050898 | Garcia-Rodriguez, Jose R. | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 207. | 1050899 | Garcia-Sanchez, Ana L. | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 208. | 1050936 | Hidalgo, Juanita | Wood Law Firm, LLC | Angel Puig Hildalgo, Omar Puig Hidalgo | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 209. | 1050939 | Iglesias-Benitez, Ramon | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 210. | 1050941 | Irizarry-Matos, Carmen | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 211. | 1050988 | Marrero-Morales, Elizabeth | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 212. | 1051048 | Ortiz-Garcia, Agnes | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 213. | 1051062 | Pagan-San-Miguel, Carmen | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 214. | 1051206 | Skipper, Caroll D. | Wood Law Firm, LLC | | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |

| | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 215. | 1051210 | Sosa-Alvarado, Maria | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 216. | 1051213 | Soto-Segerra, Luz N. | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 217. | 1050795 | Caraballo-Pagan, Gerardo | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 218. | 1050859 | Diaz-Colon, Hilda | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 219. | 1050860 | Diaz-Irizarry, Angelica | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 220. | 1050862 | Diaz-Ramirez, Carmen | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 221. | 1050868 | Escobar-Caceres, Myrna | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 222. | 1050877 | Febus-Febus, Juan | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 223. | 1050882 | Fernandini-Ruiz, Rosa R. | Wood Law Firm, LLC | Juan Matlas | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 224. | 1050885 | Figueroa-Torres, Luz | Wood Law Firm, LLC | Bethzaida Henson Figueroa | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 225. | 1050897 | Garcia-Garcia, Angel M. | Wood Law Firm, LLC | Cecilia Sanchez Guzman | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 226. | 1050943 | Jackson, Inez | Wood Law Firm, LLC | | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |
| 227. | 1050948 | Jordan, Daisy D. | Wood Law Firm, LLC | | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |
| 228. | 1050881 | Fernandez-Martinez, Cruz | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 229. | 1050996 | Martorel-Martinez, Milagros | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 230. | 1051004 | Melendez-Burgos, Otilio | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 231. | 1051019 | Montanez-Camacho, Josaphat | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 232. | 1051239 | Vargas-Ortega, Victor | Wood Law Firm, LLC | | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |

| | VCN | Claimant | Primary Counsel | Derivative Claimant(s) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 233. | 1051011 | Mendez-Diaz, Edna M. | Wood Law Firm, LLC | | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |