# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs listed on Exhibits A-C | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |

**********************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Second Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 22557) came on for hearing on the 17th day of September, 2009. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is deferred as to the plaintiffs on Exhibit A until October 23, 2009 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the claims of all plaintiffs on Exhibit B be and they hereby are dismissed with prejudice with consent of the plaintiffs.

**IT IS FURTHER ORDERED** the claims of all plaintiffs on Exhibit C be and they hereby are dismissed with prejudice.

NEW ORLEANS, LOUISIANA, this  24th  day of September, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

993238v.1

**PTO 43 Lone Pine No. 2 ORDER**
**Exhibit A**
**(Motion Deferred until October 23, 2009)**

| Last Name | First Name | Counsel | Additional Derivative Plaintiffs | Caption | Docket Number |
|---|---|---|---|---|---|
| Wilson | Tarlice | Simon Passanante PC | | Lindsay, Sharon v. Merck & Co., Inc. | 2:05-cv-01049-EEF-DEK |
| Davis | Barbara | Matthews & Associates | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |

**PTO 43 Lone Pine No. 2 ORDER**
**Exhibit B**
**(Cases Dismissed With Prejudice – with consent)**

| Last Name | First Name | Counsel | Additional Derivative Plaintiff(s) | Case Caption | Docket Number |
|---|---|---|---|---|---|
| Sibley | Harry | Becnel Law Firm, LLC | | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |

**PTO 43 Lone Pine No. 2 ORDER**
**Exhibit C**
**(Cases Dismissed With Prejudice)**

|  | Last Name | First Name | Counsel | Additional Derivative Plaintiff(s) | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | James | Fannie | Boone Law Firm, P.A. |  | James, Fannie v. Merck & Co., Inc. | 2:08-cv-00267-EEF-DEK |
| 2. | Skinner | Wallace | Boone Law Firm, P.A. |  | Skinner, Wallace v. Merck & Co., Inc. | 2:08-cv-01366-EEF-DEK |
| 3. | Warf | Don | Driggs Bills & Day PC |  | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| 4. | Dirickson, Sr | Ricky | Fibich, Hampton & Leebron, LLP | Candy Dirickson | Barker, Rita B. v. Merck & Co., Inc. | 2:05-cv-06535-EEF-DEK |
| 5. | Farris | Pamela | Girardi & Keese |  | Farris, Pamela v. Merck & Co., Inc. | 2:07-cv-06119-EEF-DEK |
| 6. | Lear | Irene | Hackard & Holt |  | Lear, Irene v. Merck & Co., Inc. | 2:07-cv-02064-EEF-DEK |
| 7. | Johnson | Sallie | Hossley Embry, LLP |  | Johnson, Sallie v. Merck & Co., Inc. | 2:05-cv-01144-EEF-DEK |
| 8. | Maudlin | Mary | Lanier Law Firm, PC |  | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 9. | Nelson | Rubie | Lanier Law Firm, PC |  | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 10. | Hanson | Daryl | Matthews & Associates |  | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| 11. | Kollock | Theresa | Matthews & Associates |  | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| 12. | Felder | Robert | Norsworthy, Kenneth A., Law Office of |  | Felder, Robert v. Merck & Co., Inc. | 2:06-cv-10970-EEF-DEK |
| 13. | Day, Sr. | Vernon | Simon Passanante PC |  | Casimere, Clara v. Merck & Co., Inc. | 2:05-cv-01044-EEF-DEK |
| 14. | Kirksey | Lillie Irene | Simon Passanante PC |  | Gulledge, Janice v. Merck & Co., Inc. | 2:05-cv-01036-EEF-DEK |
| 15. | Moore | Leah | Weykamp, Paul A., Law Offices of | William J. Moore, Jr. | Moore, Leah v. Merck & Co., Inc. | 2:05-cv-05099-EEF-DEK |
| 16. | Arroyo-Montezuma | Pedro | Wood Law Firm, LLC |  | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 17. | Exia-Quintana | Milagros | Wood Law Firm, LLC | Wilson G. Cruz-Exia; Victor M. Cruz-Exia, Efrin V. Exia | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 18. | Jordan | Jeffrey | Wood Law Firm, LLC |  | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |

|     | **Last Name** | **First Name** | **Counsel** | **Additional Derivative Plaintiff(s)** | **Case Caption** | **Docket Number** |
|-----|---------------|----------------|-------------|----------------------------------------|------------------|-------------------|
| 19. | Rivera-Pacheco | Rosaura | Wood Law Firm, LLC | | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 20. | Sanchez-Torres | Carmen | Wood Law Firm, LLC | Angel Fortanez-Sanchez | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 21. | Williams | Carolyn | Wood Law Firm, LLC | | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |