# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibits A-D. | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Defendant Merck & Co., Inc.'s First Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 22492) came on for hearing on the 17th day of September, 2009. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as to all plaintiffs on Exhibit A.

**IT IS FURTHER ORDERED** that the motion is deferred as to the plaintiffs on Exhibit B until October 23, 2009 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the claims of all plaintiffs on Exhibit C be and they hereby are dismissed with prejudice with consent of the plaintiffs.

**IT IS FURTHER ORDERED** the claims of all plaintiffs on Exhibit D be and they hereby are dismissed with prejudice

NEW ORLEANS, LOUISIANA, this 24th day of September, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

**PTO 43 Lone Pine No. 1 ORDER**
**Exhibit A**
**(Motion Withdrawn)**

|   | Last Name | First Name | Counsel | Additional Derivative Plaintiffs | Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | Barnett | Meryl | Corea Firm, P.L.L.C., The | | Kincaid, Johnny v. Merck & Co., Inc. | 2:06-cv-08418-EEF-DEK |
| 2. | Buffington | Sammuel | Corea Firm, P.L.L.C., The | | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 3. | Campbell | James | Corea Firm, P.L.L.C., The | | Kincaid, Johnny v. Merck & Co., Inc. | 2:06-cv-08418-EEF-DEK |
| 4. | Cooper | J.C. | Corea Firm, P.L.L.C., The | | Kincaid, Johnny v. Merck & Co., Inc. | 2:06-cv-08418-EEF-DEK |
| 5. | Davis | John | Corea Firm, P.L.L.C., The | | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 6. | Burks | Rosie | Murray Law Firm 1 | Drane Hassen | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 7. | Morales | Elicenia | Ranier, Gayle & Elliot, L.L.C. (TX) | | Morales, Elicenia v. Merck & Co., Inc. | 2:05-cv-06366-EEF-DEK |

**PTO 43 Lone Pine No. 1 ORDER**
**Exhibit B**
**(Motion Deferred until October 23, 2009)**

|   | Last Name | First Name | Counsel | Additional Derivative Plaintiffs | Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | Baum | Janice | Price Waicukauski & Riley, LLC | | Heavrin, Michael v. Merck & Co., Inc. | 2:05-cv-00458-EEF-DEK |
| 2. | Giambelluca | Pamela | Murray Law Firm 1 | | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 3. | Green | Michael | Murray Law Firm 1 | | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 4. | Lewis | Arthur | Murray Law Firm 1 | | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 5. | Naomi | Jane | Murray Law Firm 1 | | Gates, Aubrey v. Merck & Co., Inc. | 2:05-cv-05727-EEF-DEK |

**PTO 43 Lone Pine No. 1 ORDER**
**Exhibit C**
**(Cases Dismissed With Prejudice – with consent)**

|    | Last Name | First Name | Counsel | Additional Derivative Plaintiffs | Caption | Docket Number |
|----|-----------|------------|---------|----------------------------------|---------|---------------|
| 1. | Artis | Dennis | Becnel Law Firm, LLC | | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 2. | Deal | Octavia | Becnel Law Firm, LLC | | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 3. | Gamble | Tessie | Becnel Law Firm, LLC | | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 4. | Grainer | Herman | Becnel Law Firm, LLC | | Scott, Marva P. v. Merck & Co., Inc. | 2:04-cv-03372-EEF-DEK |
| 5. | Mougeot | Evelyn | Becnel Law Firm, LLC | | Boudreaux, Joan v. Merck & Co., Inc. | 2:05-cv-04443-EEF-DEK |
| 6. | Mungo | Hessie | Becnel Law Firm, LLC | | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 7. | Music | Gertrude | Becnel Law Firm, LLC | | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 8. | Smith | Jennifer | Becnel Law Firm, LLC | Garland Smith | Johnson, Eva M. v. Merck & Co., Inc. | 2:05-cv-05720-EEF-DEK |
| 9. | Thornton | Larry | Becnel Law Firm, LLC | | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 10. | Woods | Connie | Becnel Law Firm, LLC | | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |

**PTO 43 Lone Pine No. 1 ORDER**
**Exhibit D**
**(Cases Dismissed With Prejudice)**

|  | Last Name | First Name | Counsel | Additional Derivative Plaintiffs | Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | Grammer | Cynthia | Barrett Law Office, PA (MS) | | Grammer, Cynthia S. v. Merck & Co., Inc. | 2:05-cv-03422-EEF-DEK |
| 2. | Martin | Hervie | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | | Guess, Geraldine v. Merck & Co., Inc. | 2:05-cv-03421-EEF-DEK |
| 3. | Dixon | Estate of Pearlie | Boone Law Firm, P.A. | Glenda Dixon | Dixon, Pearlie Estate of v. Merck & Co., Inc. | 2:08-cv-00255-EEF-DEK |
| 4. | Duffin | Linda | Boone Law Firm, P.A. | | Duffin, Linda v. Merck & Co., Inc. | 2:08-cv-00258-EEF-DEK |
| 5. | Howard | Ethel | Boone Law Firm, P.A. | | Howard, Ethel Mae v. Merck & Co., Inc. | 2:08-cv-00276-EEF-DEK |
| 6. | Lee-Thornton | Beatrice | Boone Law Firm, P.A. | | Thornton, Beatrice v. Merck & Co., Inc. | 2:08-cv-00264-EEF-DEK |
| 7. | Perry, Jr. | Ezzie | Boone Law Firm, P.A. | | Perry, Ezzie Jr. v. Merck & Co., Inc. | 2:08-cv-00269-EEF-DEK |
| 8. | Sims | Ida | Boone Law Firm, P.A. | | Sims, Ida M. v. Merck & Co., Inc. | 2:08-cv-00281-EEF-DEK |
| 9. | Wince | Burse | Boone Law Firm, P.A. | | Blanks, Katie v. Merck & Co., Inc. | 2:07-cv-07512-EEF-DEK |
| 10. | Young | Richard | Boone Law Firm, P.A. | | Young, Richard v. Merck & Co., Inc. | 2:08-cv-01365-EEF-DEK |
| 11. | Beck | Randy | Brown & Crouppen, PC | | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| 12. | Besterfeldt | Linda | Brown & | | Adams, Shirley | 2:06-cv-02101- |

|  | Last Name | First Name | Counsel | Additional Derivative Plaintiffs | Caption | Docket Number |
|---|---|---|---|---|---|---|
|  |  |  | Crouppen, PC |  | v. Merck & Co., Inc. | EEF-DEK |
| 13. | Brown | Sheena | Brown & Crouppen, PC |  | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| 14. | Davis | Bobbie | Brown & Crouppen, PC |  | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| 15. | Just | Richard | Brown & Crouppen, PC |  | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| 16. | Lifritz | Janine | Brown & Crouppen, PC |  | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK |
| 17. | Boswell | Mattie | Carey & Danis, LLC |  | Boswell, Mattie v. Merck & Co., Inc. | 2:05-cv-06389-EEF-DEK |
| 18. | Bowen | Donald | Carey & Danis, LLC |  | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK |
| 19. | Buehler | Wilburn | Carey & Danis, LLC |  | Mullins, Arthur v. Merck & Co., Inc. | 2:05-cv-05302-EEF-DEK |
| 20. | Cover | Bob | Carey & Danis, LLC |  | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK |
| 21. | Creason | Daryl | Carey & Danis, LLC | Gayle Creason | Atkinson, Allen v. Merck & Co., Inc. | 2:05-cv-04130-EEF-DEK |
| 22. | Dunn | James | Carey & Danis, LLC |  | McDonald, James v. Merck & Co., Inc. | 2:06-cv-03390-EEF-DEK |
| 23. | Durant | Robert | Carey & Danis, LLC |  | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 24. | Goff | Harriet | Carey & Danis, LLC |  | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 25. | Harris-Hurd | Gwen | Carey & Danis, LLC |  | Means, Clarence v. Merck & Co., | 2:06-cv-03371-EEF-DEK |

2

|  | Last Name | First Name | Counsel | Additional Derivative Plaintiffs | Caption | Docket Number |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Inc. |  |
| 26. | Hutchinson | Anthony | Carey & Danis, LLC |  | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK |
| 27. | Lenhardt, Sr. | Ronald | Carey & Danis, LLC |  | Harris, Marlene v. Merck & Co., Inc. | 2:05-cv-02580-EEF-DEK |
| 28. | Longdon | Margaret | Carey & Danis, LLC |  | McGhee, Edna v. Merck & Co., Inc. | 2:05-cv-02573-EEF-DEK |
| 29. | McDaniel | Jeffrey | Carey & Danis, LLC |  | McDaniel, Jeffrey v. Merck & Co., Inc. | 2:05-cv-03811-EEF-DEK |
| 30. | Mitchelle | Jane | Carey & Danis, LLC |  | Ganser, Dorothy v. Merck & Co., Inc. | 2:05-cv-05300-EEF-DEK |
| 31. | Shepherd | Robert | Carey & Danis, LLC |  | Angel, Lash v. Merck & Co., Inc. | 2:05-cv-06386-EEF-DEK |
| 32. | Susz | Mary | Cloon Law Firm | Adam Susz | Susz, Adam v. Merck & Co., Inc. | 2:06-cv-09741-EEF-DEK |
| 33. | Clark | Larry | Driggs Bills & Day PC |  | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| 34. | Stafford | Evelyn | Driggs Bills & Day PC |  | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| 35. | Ward | Jon | Driggs Bills & Day PC |  | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| 36. | Daumler | Anne | Girardi & Keese |  | Daumler, Anne v. Merck & Co., Inc. | 2:07-cv-06147-EEF-DEK |
| 37. | Krajcovic | Genevieve | Kimmins & Associates, P.C. | William Krajcovic, Sr. | Krajcovic, William T. v. Merck & Co., Inc. | 2:07-cv-00322-EEF-DEK |
| 38. | Ahl | June | Lanier Law Firm, PC |  | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |

| | **Last Name** | **First Name** | **Counsel** | **Additional Derivative Plaintiffs** | **Caption** | **Docket Number** |
|---|---|---|---|---|---|---|
| 39. | Clark | Cortrena | Lanier Law Firm, PC | | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 40. | Walker | Juanita | Lanier Law Firm, PC | | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 41. | Wentling | Ronald | Lanier Law Firm, PC | | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 42. | Carter | Wilda | Matthews & Associates | | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK |
| 43. | Broomfield | Eddie | Schlapprizzi, Donald L., P.C | | Broomfield, Eddie v. Merck & Co., Inc. | 2:06-cv-00688-EEF-DEK |
| 44. | Fairbanks | Lucille | Schlapprizzi, Donald L., P.C | | Coleman, James v. Merck & Co., Inc. | 2:06-cv-01970-EEF-DEK |
| 45. | Richardson | Charles | Schlapprizzi, Donald L., P.C | | Lewis, Linda S. v. Merck & Co., Inc. | 2:05-cv-06739-EEF-DEK |
| 46. | Allen | Glen | Simon Passanante PC | | Allen, Glen v. Merck & Co., Inc. | 2:05-cv-05498-EEF-DEK |
| 47. | Barbee | Betty | Simon Passanante PC | | Allen, Mary A. v. Merck & Co., Inc. | 2:05-cv-01039-EEF-DEK |
| 48. | Bennett | Patricia | Simon Passanante PC | | Broadhurst, William G. v. Merck & Co., Inc. | 2:05-cv-01047-EEF-DEK |
| 49. | Campbell | Charles | Simon Passanante PC | | Crouter, Donny v. Merck & Co., Inc. | 2:05-cv-01046-EEF-DEK |
| 50. | Coffman | Julie | Simon Passanante PC | | Crouter, Donny v. Merck & Co., Inc. | 2:05-cv-01046-EEF-DEK |
| 51. | Franko | Lori | Simon Passanante PC | | Long, James v. Merck & Co., Inc. | 2:05-cv-01050-EEF-DEK |
| 52. | Kelly | Opal | Simon Passanante PC | | James, Kathryn v. Merck & Co., Inc. | 2:05-cv-01038-EEF-DEK |
| 53. | Roan | Janice | Simon | | Noble, Richard | 2:05-cv-01060- |

4

|  | **Last Name** | **First Name** | **Counsel** | **Additional Derivative Plaintiffs** | **Caption** | **Docket Number** |
|---|---|---|---|---|---|---|
|  |  |  | Passanante PC |  | v. Merck & Co., Inc. | EEF-DEK |
| 54. | White | Corrine | Simon Passanante PC | Clyde White | Wiser, Sharon v. Merck & Co., Inc. | 2:05-cv-01545-EEF-DEK |
| 55. | Davis | Lee | Underwood, Earl P., Jr. | Bell Holloway | Connell, Clara J. v. Merck & Co., Inc. | 2:06-cv-06235-EEF-DEK |

5