# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| All Plaintiffs on the attached Exhibits A, B, C & D | * | KNOWLES |
| | * | |

*****************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Ninth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the *Lone Pine* Requirements of PTO 28 (R.Doc. 21961) came on for hearing on the 17th day of September, 2009, immediately following the monthly status conference. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the claims of all plaintiffs on the attached Exhibits A and C be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 28.

IT IS FURTHER ORDERED that the motion is deferred until October 23, 2009, immediately following the monthly status conference scheduled for 9:00 a.m. as to all plaintiffs on Exhibit B.

IT IS FURTHER ORDERED that the claims of all plaintiffs on the attached Exhibit D be and they hereby are dismissed without prejudice.

NEW ORLEANS, LOUISIANA, this 24th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE

993249v.1

**Exhibit A**
**PTO No. 28 *Lone Pine* No. 9**
*(Represented Plaintiffs Dismissed With Prejudice)*

|  | Plaintiff | Counsel | Caption | Case No. |
|---|---|---|---|---|
| 1. | Wray, Edward T | Bowersox Law Firm, P.C. | Coleman, William v. Merck & Co., Inc. | 2:05-cv-04446-EEF-DEK |
| 2. | Bonilla, Ramon | Brown Chiari LLP | Bonilla, Norma J. v. Merck & Co., Inc. | 2:07-cv-02014-EEF-DEK |
| 3. | Caraker, Patricia E | Carey & Danis, LLC | Hale, Arthur v. Merck & Co., Inc. | 2:05-cv-02579-EEF-DEK |
| 4. | Gaston, Wilma J | Carey & Danis, LLC | Neal, Lavona v. Merck & Co., Inc. | 2:05-cv-02928-EEF-DEK |
| 5. | Luttrall, Gail | Carey & Danis, LLC | Bailey, Shirley v. Merck & Co., Inc. | 2:05-cv-03414-EEF-DEK |
| 6. | Reddel, Mark | Carey & Danis, LLC | McGhee, Edna v. Merck & Co., Inc. | 2:05-cv-02573-EEF-DEK |
| 7. | Smith, Sharon I | Carey & Danis, LLC | Likins, George v. Merck & Co., Inc. | 2:06-cv-00787-EEF-DEK |
| 8. | Granier, Arthur C | Hingle, Michael and Associates | Charpentier, Matt D. v. Merck & Co., Inc. | 2:05-cv-04458-EEF-DEK |
| 9. | Sullivan, Sidney E | Langston & Langston, PLLC | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK |
| 10. | West, Alice | Langston & Langston, PLLC | Avant, Janet v. Merck & Co., Inc. | 2:08-cv-00882-EEF-DEK |
| 11. | Pompey, Elvia H | Lopez, McHugh LLP | Pompey, Elvia v. Merck & Co., Inc. | 2:05-cv-03606-EEF-DEK |
| 12. | Lester, Lisa R | McGraw Law Offices | Brumfield, Donald v. Merck & Co., Inc. | 2:07-cv-01407-EEF-DEK |
| 13. | Phillips, Christian L | McGraw Law Offices | Brumfield, Donald v. Merck & Co., Inc. | 2:07-cv-01407-EEF-DEK |
| 14. | Clark, Cheryl A | Miller Firm, LLC, The (PA) | Bailey, Isolina v. Merck & Co., Inc. | 2:06-cv-05982-EEF-DEK |
| 15. | Buchanan, Connie | Natale, II, Frank A., Law Office of | Green, Barry v. Merck & Co., Inc. | 2:05-cv-01114-EEF-DEK |

|     | **Plaintiff**          | **Counsel**                          | **Caption**                              | **Case No.**              |
| --- | ---------------------- | ------------------------------------ | ---------------------------------------- | ------------------------- |
| 16. | Green, Barry           | Natale, II, Frank A., Law Office of  | Green, Barry v. Merck & Co., Inc.        | 2:05-cv-01114-EEF-DEK     |
| 17. | Moyer, Dorothy J       | Natale, II, Frank A., Law Office of  | Green, Barry v. Merck & Co., Inc.        | 2:05-cv-01114-EEF-DEK     |
| 18. | McCreadie, Marsha      | Weiner Carroll & Strauss             | Gomez, Camille v. Merck & Co., Inc.      | 2:06-cv-01512-EEF-DEK     |
| 19. | Williams, Curtis L     | Weitz & Luxenberg, P.C.              | Williams, Rahnee v. Merck & Co., Inc.    | 2:06-cv-10181-EEF-DEK     |

Exhibit A to 9th Lone Pine motion
*992450v.1*

**Exhibit B**
**PTO No. 28** *Lone Pine* **No. 9**
*(Deferred Until October 23, 2009)*

|    | **Plaintiff** | **Counsel** | **Caption** | **Case No.** |
|----|---|---|---|---|
| 1. | Connors, Jeanette A | Cellino & Barnes, P.C. | Connors, Jeanette v. Merck & Co., Inc. | 2:06-cv-01190-EEF-DEK |
| 2. | Kwiek, Mary | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 3. | Schneller, James D. | *Pro Se* | Schneller, James D. v. Merck & Co., Inc | 2:05-cv-05382-EEF-DE |

Exhibit A to 9th Lone Pine motion
*992452v.1*

## Exhibit C
### *(Pro Se – Dismissed With Prejudice)*

|  | **Plaintiff** | **Caption** | **Case No.** |
|---|---|---|---|
| 1. | Ada-Lindsey, Janice | Ada Lindsey, Janice v. Merck & Co., Inc. | 2:05-cv-05867-EEF-DEK |
| 2. | Bjornson, Bambi | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 3. | Carney, Karen L | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 4. | Chapel, Marchell L | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 5. | Clark, Fred | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 6. | Danek, Constance C | Danek, Carl v. Merck & Co., Inc. | 2:07-cv-00819-EEF-DEK |
| 7. | Farmer, Alice | Farmer, Alice v. Merck & Co., Inc. | 2:07-cv-00785-EEF-DEK |
| 8. | Ferguson, K. B | Ferguson, K. B. v. Merck & Co., Inc. | 2:05-cv-04719-EEF-DEK |
| 9. | Fields, Jayn | Fields, Jayn v. Merck & Co., Inc. | 2:07-cv-00762-EEF-DEK |
| 10. | Fortune, Carol | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |
| 11. | Gaines, William | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 12. | Hale, Julia | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 13. | Herrick, Betty | Herrick, Betty v. Merck & Co., Inc. | 2:05-cv-04603-EEF-DEK |
| 14. | Huff, Michele J | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 15. | Killman, Brian | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |

Exhibit C to 9th Lone Pine Motion
992454v.1

|     | **Plaintiff** | **Caption** | **Case No.** |
| --- | --- | --- | --- |
| 16. | Messenger, Raymond | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 17. | Montgomery, James D | Montgomery, James v. Merck & Co., Inc. | 2:06-cv-05581-EEF-DEK |
| 18. | Morrell, Janice F | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 19. | Petrash, Barbara D | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 20. | Smith, Lavoid | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 21. | Starks, Lula | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 22. | Thompson, Beverly J | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |
| 23. | Yaggie, Lana M | Yaggie, Lana v. Merck & Co., Inc. | 2:06-cv-00751-EEF-DEK |

Exhibit C to 9th Lone Pine Motion
992454v.1

**Exhibit D**
*(Pro Se – Dismissed Without Prejudice)*

|   | **Plaintiff** | **Caption** | **Case No.** |
|---|---|---|---|
| 1. | Cardinal McQuery, Jean | Cardinal McQuery, Jean v. Merck & Co., Inc. | 2:07-cv-00861-EEF-DEK |
| 2. | Cochran, John O | Cochran, John O. v. Merck & Co., Inc. | 2:05-cv-01795-EEF-DEK |
| 3. | Johnson, Reba | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 4. | Porter, Tammantha L | Oller, Virginia v. Merck & Co., Inc. | 2:05-cv-01102-EEF-DEK |
| 5. | Shaw, Shirley F | Shaw, Shirley F. v. Merck & Co., Inc. | 2:06-cv-09405-EEF-DEK |
| 6. | Trimble, Sandinia A | Thompson, Mary v. Merck & Co., Inc. | 2:06-cv-00433-EEF-DEK |

Exhibit C to 9th Lone Pine Motion
992456v.1