| | |
|---|---|
| SANDRA PLYER, Individually and as a ) | |
| Representative of the Estate of ) | **IN THE UNITED STATES** |
| CHARLES PLYER, ) | **DISTRICT COURT FOR THE** |
| ) | **EASTERN DISTRICT OF LOUISIANA** |
| Plaintiff, ) | |
| ) | |
| v. ) | **DOCKET NO. 2:08-cv-01794-EEF-DEK** |
| ) | |
| MERCK & CO., INC., ) | |
| ) | **STIPULATION OF DISMISSAL** |
| Defendant. ) | **WITH PREJUDICE AS TO** |
| ) | **ALL DEFENDANTS** |

Pursuant to Rule 41, Fed.R.Civ.P., the undersigned counsel hereby stipulate

that all claims of plaintiff, **SANDRA PLYER**, Individually and as Representative of the

Estate of **CHARLES PLYER**, against defendant Merck & Co., Inc. and all other named

defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Tim K. Goss
Freese & Goss, PLLC
3031 Allen St., Ste. 200
Dallas, TX 75204
214-761-6617
214-761-6688 fax

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 12/22/08

Dated: _____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With

Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip

Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by

electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-

Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the

United States District Court for the Eastern District of Louisiana by using the CM/ECF system

which will send a Notice of Electronic Filing in accord with the procedures established in MDL

1657, on this 26th day of September, 2009.

> /s/ Stephen G. Strauss
> Stephen G. Strauss
> BRYAN CAVE LLP
> 211 North Broadway, Suite 3600
> St. Louis, Missouri 63102
> Phone: 314-259-2000
> Fax:    314-259-2020
> sgstrauss@bryancave.com
>
> Attorneys for Defendant
> Merck & Co., Inc.