# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx®<br>**Product Liability Litigation** | * * * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| This document relates to: | * * | |
| *Carmen I. Reyes, as Administratrix of* | * | **JUDGE FALLON** |
| *the Estate of Alfrida Reyes, and* | * | |
| *Carmen Reyes, Individually* | * | **MAGISTRATE JUDGE KNOWLES** |
| *v.* | * | |
| *Merck & Co., Inc.* | * | |
| | * | |
| | * | |
| | * | |
| *Docket No. 2:06-cv-08381* | * | |
| ************************************ | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Carmen I. Reyes, individually and as administratrix of the estate of Alfrida Reyes, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE