# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Marie Allen v. Merck & Co., Inc.*, No. 2:06-cv-02220-EEF-DEK (Gloria Wilson and MaryLou Otto only); and | * * * | |
| *Ronnie Allen, v. Merck & Co., Inc,* No. 2:06-cv-02212-EEF-DEK (Angelo Smiley only) | * * | |

*****************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Second Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice Under Rule 25(a)(1) (R.Doc. 21919) came on for hearing on the the 17th day of September, 2009.  For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that all claims of plaintiffs Gloria Wilson, MaryLou Otto and Angelo Smiley be and they hereby are dismissed without prejudice.

NEW ORLEANS, LOUISIANA, this __24th__ day of September, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

993243v.1