# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | *   SECTION L |
| | *   JUDGE FALLON |
| This document relates to: | * |
| *Bette Mae Terrill v. Merck & Co., Inc., No. 2:08-cv-3959* | *   MAGISTRATE JUDGE KNOWLES |

*****************************************************************************

## ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the *Lone Pine* Requirements of PTO 29 (R.Doc. 19650) came on for hearing on September 17, 2009, immediately following the monthly status conference. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the motion be and it hereby is withdrawn as to plaintiff Bette Mae Terrill.

NEW ORLEANS, LOUISIANA, this 24th day of September, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

993247v.1