## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Idalia Morales-Ortiz, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Sheily M. Rodriguez Perez, Wanda I.* | * | |
| *Rodriguez Roman, and Manuel A.* | * | |
| *Rodriguez Roman, individually and as* | * | |
| *representatives of the Estate of Manuel* | * | |
| *Rodriguez Marquez* | * | |
| | * | |
| | * | |
| *Docket No. 2:05-cv-04591* | * | |

**************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Sheily M. Rodriguez Perez, Wanda I. Rodriguez Roman, and Manuel A. Rodriguez Roman, individually and as representatives of the Estate of Manuel Rodriguez Marquez, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE