**Exhibit A**

*Renewed Motion*

|  | **Last Name** | **First Name** | **Primary Counsel** | **Short Caption** | **Docket Number** |
|---|---|---|---|---|---|
| 1. | Adams | Mary | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 2. | Albright | Ann | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 3. | Allen | Marie | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 4. | Blankenship | Donald | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 5. | Brown | Dianne | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 6. | Butterfield | Myrtle | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 7. | Byrd | Deborah | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 8. | Carmen | Joan | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 9. | Carroll | John | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 10. | Desormeau | Margaret | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 11. | Eddy | Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 12. | Edwards | June | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 13. | Estep | John | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 14. | Farnsworth | Wilson | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 15. | Greeley | Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 16. | Habecker | Linda | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 17. | Mayeu | Michael | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 18. | McDaniels | Asa | Cellino & Barnes, P.C. | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| 19. | McMurray | Scott | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 20. | McPhaden | Arleen | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 21. | Melton | Roberta | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |

|  | **Last Name** | **First Name** | **Primary Counsel** | **Short Caption** | **Docket Number** |
|---|---|---|---|---|---|
| 22. | Negron | Myriam | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 23. | Pierre | Edele | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 24. | Rarick | Kenneth | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 25. | Scherf | Frank | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 26. | Schultz | Barbara | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 27. | Shahid | Marge | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 28. | Steerman | Gladys | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 29. | Tydus | Kathryn | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 30. | Webb | Carol | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 31. | Weese | Roxana | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |