LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

ANA C. REYES
(202) 434-5276
areyes@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

August 12, 2009

**BY FIRST CLASS MAIL & ELECTRONIC MAIL**

Brian A. Goldstein, Esq.
Cellino & Barnes, P.C.
2500 Main Place Tower
350 Main Street
Buffalo, NY 14202

Re: ***In Re Vioxx Products Liability Litigation,* MDL No. 1657**

Dear Mr. Goldstein:

This letter addresses certain material deficiencies in the discovery materials produced by the plaintiffs listed below pursuant to Pre-Trial Order No. 28. Please be advised that if these material deficiencies are not cured within thirty (30) days of this notice, we will file a Motion for Order to Show Cause why the particular plaintiff's case should not be dismissed with prejudice.

**Adams, Mary Ellen**

We are missing the following required information:

1. Medical records from any healthcare providers other than EMH Regional Medical Center (and, accordingly, we are also missing signed certifications that the health care providers—including the EMH Regional Medical Center—have each made a complete production).

2. A signed certification that Rite Aid Pharmacy has made a complete production of all pharmacy records regarding the dispensing of drugs to Ms. Adams for the period from January 1, 1995 to the present.

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 2

    3.  We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Albright, Ann**

We are missing the following required information:

1. Medical records from the following healthcare providers (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production):

   - Choudhry, Wajid, M.D.
   - Genesee Hospital
   - Hellems, Stephen, M.D.
   - Lakeside Memorial Hospital
   - Lepage, Theodore, M.D.
   - The Nephrology Associates, LLP
   - Park Ridge Hospital
   - Ridgewood Medical Center, LLP
   - Strong Memorial Hospital
   - Wainio, Michael, M.D.

2. Ms. Albright has provided pharmacy records for the period from 2002 to 2005. However, we are missing a signed certification that Ms. Albright's pharmacy has made a complete production.

3. An Amended and Supplemental Plaintiff Profile Form. Though Ms. Albright may have filed a Plaintiff Profile Form, PTO 28 requires her to also fill out an Amended Supplemental Plaintiff Profile Form because she did not suffer a Myocardial Infarction, Sudden Cardiac Death, or Stroke.

4. Answers to the Interrogatories.

5. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Allen, Marie**

We are missing the following required information:

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 3

1. Medical records from Dr. Olaf Lieberg (and, accordingly, we are also missing a signed certification that Dr. Lieberg has made a complete production).

2. Ms. Allen has provided pharmacy records for the period from August of 1999 to May of 2001. However, we are missing a signed certification that Ms. Allen's pharmacy has made a complete production.

3. A complete Amended and Supplemental Plaintiff Profile Form.

4. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Amiss, Louise H.**

We are missing the following required information:

1. Medical records from the following healthcare providers (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production):

   - Bergen Passaic Women's Health Center
   - Gartner, Joseph, M.D.
   - Patel, Ashvin, M.D.
   - Valley Hospital

2. Pharmacy records regarding the dispensing of drugs to Ms. Amiss for the period of January 1, 1995 to January 2002. Accordingly, we are also missing signed certifications that Ms. Amiss's pharmacies have each made a complete production.

3. An Amended and Supplemental Plaintiff Profile Form. Though Ms. Amiss filed a Plaintiff Profile Form, PTO 28 requires her to also fill out an Amended Supplemental Plaintiff Profile Form because she did not suffer a Myocardial Infarction, Sudden Cardiac Death or Stroke.

4. Answers to the Interrogatories.

5. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

WILLIAMS & CONNOLLY LLP
Brian A. Goldstein, Esq.
August 12, 2009
Page 4

**Ballantyne, Arthur W.**

We are missing the following required information:

1. Medical records from all healthcare providers other than The Ohio State University Medical Center, Jaren D. Bombach, M.D., and Wendy Sparling, M.D. (and, accordingly, we are also missing signed certifications that the health care providers—including The Ohio State University Medical Center, Jaren D. Bombach, M.D., and Wendy Sparling, M.D.—have each made a complete production).

2. Pharmacy records (including from CVS) regarding the dispensing of drugs to Mr. Ballantyne for the period from January 1, 1995 to the present.  Accordingly, we are also missing signed certifications that Mr. Ballantyne's pharmacies have each made a complete production.

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

4. An Amended and Supplemental Plaintiff Profile Form.  Although Mr. Ballantyne filed a Plaintiff Profile Form, PTO 28 requires him also to fill out an Amended Supplemental Plaintiff Profile Form because he did not suffer a Myocardial Infarction, Sudden Cardiac Death, or Stroke.

5. Answers to the Interrogatories.

**Barrett, Jacqueline**

We are missing the following required information:

1. Medical records from any health care providers other than from Jamaica Hospital Diagnostic and Treatment Center, Inc. (and, accordingly, we are also missing signed certifications that the health care providers—including Jamaica Hospital Diagnostic and Treatment Center, Inc.—have each made a complete production).

2. A signed certification that St. Albans Pharmacy has made a complete production of all pharmacy records regarding the dispensing of drugs to Ms. Barrett for the period from January 1, 1995 to the present.

3. An Amended and Supplemental Plaintiff Profile Form.  Although Ms. Barrett filed a Plaintiff Profile Form, PTO 28 requires her also to fill out an Amended Supplemental Plaintiff Profile Form because she did not suffer a Myocardial Infarction, Sudden Cardiac Death, or Stroke.

WILLIAMS & CONNOLLY LLP
Brian A. Goldstein, Esq.
August 12, 2009
Page 5

    4.  Answers to the Interrogatories.

    5.  We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Barrett, Janet F.**

We are missing the following required information:

1. Medical records from any health care providers (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

2. Pharmacy records (other than records from Target Stores) regarding the dispensing of drugs to Ms. Barrett for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Ms. Barrett's pharmacies—including Target Stores—have each made a complete production.

3. We have neither a Plaintiff Profile Form nor an Amended and Supplemental Plaintiff Profile Form.

4. Answers to the Interrogatories.

5. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Blankenship, Donald**

We are missing the following required information:

1. Medical records from any health care providers other than MetroHealth Medical Center and John Nickels, M.D. (and, accordingly, we are also missing signed certifications that the health care providers—including MetroHealth Medical Center and John Nickels, M.D.—have each made a complete production).

2. A signed certification that Rite Aid Pharmacy has made a complete production of all pharmacy records regarding the dispensing of drugs to Mr. Blankenship for the period from January 1, 1995 to the present.

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

WILLIAMS & CONNOLLY LLP
Brian A. Goldstein, Esq.
August 12, 2009
Page 6

    4.  Since Mr. Blankenship apparently died, we also must receive a death certificate, and an autopsy report (if one exists).

**Blodgett, Donald**

We are missing the following required information:

1. Medical records from any health care providers other than F.F. Thompson Hospital and Dr. Donna Schue (and, accordingly, we are also missing signed certifications that the health care providers—including F.F. Thompson Hospital and Dr. Donna Schue—have each made a complete production).

2. Pharmacy records (other than plaintiff-provided records from Sidney Hillman Health Center) regarding the dispensing of drugs to Mr. Blodgett for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Mr. Blodgett's pharmacies have each made a complete production, and we are missing a signed certification from Sidney Hillman Health Center.

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Brown, Dianne**

1. Medical records from Medina Memorial Hospital. We are also missing signed certifications that Hassan Medical Group, Medina Memorial Hospital, and Upstate Cardiology have each made a complete production.

2. Complete pharmacy records regarding the dispensing of drugs to Ms. Brown for the period from January 1, 1995 to present. Accordingly, we are missing signed certifications that those pharmacies have made a complete production.

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Brown, James N.**

1. Medical records from the following health care providers (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production):

   • Barrett, Thomas, M.D.

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 7

- Brown, Timothy J., M.D.
- Burgan, (no first name provided), M.D.
- Central Ohio Nutrition Center (J. Broyles, M.D. and Richard Lutes, M.D.)
- Chaudhry, Arshad, M.D.
- Chen, T.R., M.D.
- Drew, George S., M.D.
- Ferrell, Jerry W., M.D.
- Gupta, Pavanender, M.D. (Hardingview Medical Associates)
- Kirkham, Steven M., M.D.
- Laracuente, Benjamin A., M.D.
- Lee, Thomas H., M.D.
- Orzo, Michael, M.D.

Certifications have not been provided for the following (in addition to those doctors who have not yet made any production):

- Marion Area Health Center/General Hospital & Bhola Rama, M.D.
- Smith Clinic & R. Awasty, M.D.

2. Complete pharmacy records regarding the dispensing of drugs to Mr. Brown for the period from January 1, 1995 to present, other than CVS records. Also, we are missing signed certifications that Mr. Brown's pharmacies, including CVS, have made a complete production.

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

4. An Amended and Supplemental Plaintiff Profile Form. Though Mr. Brown filed a Plaintiff Profile Form, PTO 28 requires him to also fill out an Amended Supplemental Plaintiff Profile Form because he did not suffer a Myocardial Infarction, Sudden Cardiac Death or Stroke.

5. Interrogatory responses.

**Burkey, Robert**

1. Medical records from the following health care providers (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production):

- Brunie, James, D.D.S.

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 8

- Cecil, Mark L., M.D.
- Family Medical Center of Alliance, Inc. (Mark Shivers, M.D. and Mary L. Pavlica, M.D.)
- McGrady, Michael Lawrence, M.D.
- Mungo (no first name provided), M.D.
- Neo Surgical Associates
- Paragon Heart Group
- Varga (no first name provided), M.D.

Certifications have also not been provided by Alliance Community Hospital, Mark Shivers, M.D. and Paul F. Hudzik, M.D.

2. Complete pharmacy records regarding the dispensing of drugs to Mr. Burkey for the period from January 1, 1995 to the present from Buds Discount Drug Store/Pharmacy, or any other pharmacy. Moreover, we are missing signed certifications that those pharmacies, or Walmart Pharmacy, have made a complete production.

3. An Amended and Supplemental Plaintiff Profile Form. Though Mr. Burkey filed a Plaintiff Profile Form, PTO 28 requires him to also fill out an Amended Supplemental Plaintiff Profile Form because he did not suffer a Myocardial Infarction, Sudden Cardiac Death or Stroke.

4. Interrogatory responses.

5. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Butterfield, Myrtle**

1. Medical records from the following health care providers (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production):

- Allen Fletcher Health Care (including Dr. Bonita Liebman)
- Canton Potsdam Hospital
- Choong, Patrick T., M.D.
- Claxton Hepburn Medical Center
- Close, Jan, M.D.
- Farrell, Francis J., M.D.
- Handelsman, Benjamin, M.D.

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 9

- Hutchings, James, M.D.
- Laplatney, Ruth, M.D.
- Maravegias, Iseme, M.D.
- McElwain, Joan, M.D.
- Moose, Richard, M.D.
- Nordberg, Robert E., M.D.
- Petersen, William, M.D.
- Stewart, Mark, M.D.
- Thakur-Thornton, Magendra, M.D.
- Travis, Earle, M.D.
- Vira, Nasima, M.D.
- Wasicek, Charles, M.D.

2. Complete pharmacy records regarding the dispensing of drugs to Ms. Butterfield for the period from January 1, 1995 to present, including Health Direct Pharmacy, Kinney Drugs, and Scrip Pharmacy. Also, we are missing signed certifications that those pharmacies and Rite Aid Pharmacy have made a complete production.

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Byrd, Deborah A.**

We are missing the following required information:

1. Medical records from any health care providers other than the Cleveland Clinic (and, accordingly, we are also missing signed certifications that the health care providers—including the Cleveland Clinic—have each made a complete production).

2. Pharmacy records (other than records from Giant Eagle Pharmacy) regarding the dispensing of drugs to Ms. Byrd for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Ms. Byrd's pharmacies have each made a complete production, and we are missing a signed certification from Giant Eagle Pharmacy.

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 10

**Carman, Joan D.**

We are missing the following required information:

1. Medical records from any healthcare providers other than the Hunterdon Orthopedics and Dein Shapiro, M.D. (and, accordingly, we are also missing signed certifications that the health care providers—including Hunterdon Orthopedics and Dein Shapiro, M.D.—have each made a complete production).

2. Pharmacy records (other than records from Medco) regarding the dispensing of drugs to Ms. Carman for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Ms. Carman's pharmacies have each made a complete production, and we are missing a signed certification from Medco.

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Carrigan, Georgia A.**

We are missing the following required information:

1. Medical records from any health care providers other than St. Gabriel's Hospital and Lisa Germscheid, M.D. (and, accordingly, we are also missing signed certifications that the health care providers—including St. Gabriel's Hospital and Lisa Germscheid, M.D.—have each made a complete production).

2. Pharmacy records (other than records from Walmart) regarding the dispensing of drugs to Ms. Carrigan for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Ms. Carrigan's pharmacies have each made a complete production, and we are missing a signed certification from Walmart.

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 11

**Carroll, John**

We are missing the following required information:

1. Medical records from any health care providers other than Long Island College Hospital (and, accordingly, we are also missing signed certifications that the health care providers—including Long Island College Hospital—have each made a complete production).

2. A signed certification that CVS Pharmacy and Rite Aid Pharmacy have made a complete production of all pharmacy records regarding the dispensing of drugs to Mr. Carroll for the period from January 1, 1995 to the present.

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Carter, James A.**

We are missing the following required information:

1. Medical records, including from the following health care providers (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production):

   - Adams, Sr., John, M.D.
   - Baluch, John D., M.D.
   - Cardiovascular Ultrasound Services Inc.
   - Carpenters, Mick, M.D.
   - Columbus Community Hospital
   - Columbus Orthopedics - Hanger Prosthetics and Orthotics Inc.
   - Columbus Rehabilitation and Subacute Institute
   - Doctors Hospital Ohio Health
   - Doctors West
   - Dublin Imaging
   - Finlay, (no first name provided), M.D.
   - Hanger-Columbus Orthopaedic
   - Lever, (no first name provided), M.D.
   - Massa, Eric, M.D.
   - Metropolitan Life Insurance Company Anesthesia
   - Milich, Cynthia J., N.P.
   - Mount Carmel Medical Center

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 12

- Nauman, Mary Lou, M.D.
- Neurologic Specialists Inc.
- Orthopedics & Sports Medicine Inc.
- Pongonis, Raymond M., D.O.
- R.H. Bracken D.O. & R.R. Brightwell D.O. Inc.
- Richard M. Ross Heart Hospital
- Sharma, (no first name provided), M.D.
- Shirck, (no first name provided), M.D.
- State of Ohio Rehabilitation Services Commission
- The Ohio State University Medical Center
- The Ohio State University Prosthetics and Orthotics Clinic
- White, Mark, M.D.
- Williams, (no first name provided), M.D.
- Zeller, (no first name provided), M.D.

2. We are missing signed certifications attesting to the completeness of the production from all of the providers for which records have been provided.

3. Pharmacy records (other than records from Kroger Pharmacy) regarding the dispensing of drugs to Mr. Carter for the period from January 1, 1995 to the present, including those from Medco. We are also missing signed certifications that Mr. Carter's pharmacies—including Kroger—have each made a complete production.

4. An Amended and Supplemental Plaintiff Profile Form. Although Mr. Carter filed a Plaintiff Profile Form, PTO 28 requires him also to fill out an Amended Supplemental Plaintiff Profile Form because he did not suffer a Myocardial Infarction, Sudden Cardiac Death, or Stroke.

5. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Desormeau, Margaret S.**

We are missing the following required information:

1. Medical records from any health care providers other than Samaritan Medical Center (and, accordingly, we are also missing signed certifications that the health care providers—including Samaritan Medical Center—have each made a complete production).

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 13

2. Pharmacy records (other than records from Kinney Drugs) regarding the dispensing of drugs to Ms. Desormeau for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Ms. Desormeau's pharmacies—including Kinney Drugs—have each made a complete production.

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**DeSouza, William R.**

We are missing the following required information:

1. Medical records from any health care providers other than Midland Memorial Hospital and Texas VA Health Care System (and, accordingly, we are also missing signed certifications that the health care providers—including Memorial Hospital and Texas VA Health Care System—have each made a complete production).

2. Complete pharmacy records regarding the dispensing of drugs to Mr. DeSouza for the period from January 1, 1995 to present, and certifications from all pharmacies that may have records that they have made complete productions for the relevant time periods.

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Donahue, James J.**

We are missing the following required information:

1. Medical records from any health care providers other than the Lakeside Health System and Dr. Hari Garg (and, accordingly, we are also missing signed certifications that the health care providers—other than Lakeside Health System and Dr. Hari Garg—have each made a complete production).

2. Complete pharmacy records regarding the dispensing of drugs to Mr. Donahue for the period from January 1, 1995 to present, and certifications from all pharmacies that may have records that they have made complete productions for the relevant time periods.

3. An Amended and Supplemental Plaintiff Profile Form.  Although Mr. Donahue filed a Plaintiff Profile Form, PTO 28 requires him also to fill out an Amended

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 14

>Supplemental Plaintiff Profile Form because he did not suffer a Myocardial Infarction, Sudden Cardiac Death, or Stroke.

>4. Answers to the Interrogatories.

>5. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Eddy, Judith**

We are missing the following required information:

>1. Medical records regarding the provision of health care services to Ms. Eddy for the period from January 1, 1995 to the present.  Accordingly, we are also missing signed certifications that these health care providers have each made a complete production.

>2. Pharmacy records regarding the dispensing of drugs to Ms. Eddy for the period from January 1, 1995 to the present.  Accordingly, we are also missing signed certifications that the pharmacies have each made a complete production.

>3. We have also not yet received an executed affidavit attesting to the completeness of the records and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Edwards, June**

We are missing the following required information:

>1. Medical records regarding the provision of health care services to Ms. Edwards for the period from January 1, 1995 to the present.  Accordingly, we are also missing signed certifications that these health care providers have each made a complete production.

>2. Pharmacy records regarding the dispensing of drugs to Ms. Edwards for the period from January 1, 1995 to the present.  Accordingly, we are also missing signed certifications that the pharmacies have each made a complete production.

>3. We have also not yet received an executed affidavit attesting to the completeness of the records and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 15

**Estep, John**

We are missing the following required information:

1. Medical records from health care providers other than Mansfield Health Center and Soldiers and Sailors Memorial Hospital (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

2. A signed certification from Wal-Mart Pharmacy that it has made a complete production.

3. We also have not yet received an executed affidavit attesting to the completeness of the production and identifying the specific page(s) of the medical records containing the alleged injury.

**Farnsworth, Wilson**

We are missing the following required information:

1. Medical records from health care providers other than Landmark Medical Center and Carol Lee, M.D. (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

2. A signed certification from Wegmans Pharmacy that it has made a complete production.

3. The case contains an allegation of Loss of Consortium, but no answers to "Defendant Merck & Co., Inc.'s First Set of Interrogatories to Loss of Consortium Plaintiff" were provided.

4. We also have not yet received an executed affidavit attesting to the completeness of the production and identifying the specific page(s) of the medical records containing the alleged injury.

**Greeley, Judith**

We are missing the following required information:

1. Medical records from health care providers other than Doctors Hospital and Plyush Gupta, M.D. (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 16

2. Pharmacy records regarding the dispensing of drugs to Ms. Greeley for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that the pharmacies have each made a complete production.

3. We have also not received an executed affidavit attesting to the completeness of the records and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Habecker, Linda**

We are missing the following required information:

1. Medical records from the following health care providers (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production):

   - Genesee Region Home Care
   - Howard, Steven J., M.D.
   - Kaplan, (no first name provided), M.D.
   - Panorama Internal Medicine Group
   - Rochester General Hospital
   - Sodus Hospital / Myers Community Hospital

2. Pharmacy records from Wayne LTC Pharmacy. We are also missing signed certifications that Wayne LTC Pharmacy and CVS Pharmacy have made a complete production.

3. The case contains an allegation of Loss of Consortium, but no answers to "Defendant Merck & Co., Inc.'s First Set of Interrogatories to Loss of Consortium Plaintiff" were provided

**Johnson, Esther M.**

We are missing the following required information:

1. Medical records from health care providers other than Lourdes Hospital and Paul Buckthal, M.D. (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

2. Pharmacy records regarding the dispensing of drugs to Ms. Johnson for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that the pharmacies have each made a complete production.

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 17

3. Answers to the Interrogatories.

4. We also have not yet received an executed affidavit attesting to the completeness of the production and identifying the specific page(s) of the medical records containing the alleged injury.

**Kelly, Patricia A.**

We are missing the following required information:

1. Medical records from the following health care providers (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production):

   - Alleghany General Hospital
   - Casey, Kenneth, M.D.
   - Clinton Crossing Surgical Center
   - Finkbeiner, Gregory S., M.D.
   - Gabel, Donald J., M.D.
   - Genesee Hospital
   - Goldstein, Mary, M.D.
   - Greater Rochester Neurological Associates (including Dr. Joseph Mann)
   - Jannetta, Peter J., M.D.
   - Lee, Charis, M.D.
   - Linden Medical Group (including Mitchell Ehrenberg, M.D. and Kelly Lisciandro, M.D.)
   - Pupparo, Frank, M.D.
   - Quidir, (no first name provided),
   - Rochester General Hospital (including Roderick Spears, M.D. and Peter A. Kouides, M.D.)
   - Romeo, Allan, M.D.
   - Sannon, Manesh, M.D.
   - Westfall Orthopedic & Sports Medical

2. Complete pharmacy records regarding the dispensing of drugs to Ms. Kelly for the period from January 1, 1995 to present, including records from Wegmans and Eckert pharmacies. Accordingly, we are missing signed certifications that the relevant pharmacies, including Brooks pharmacy, have each made a complete production.

3. Answers to the Interrogatories.

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 18

4. An Amended and Supplemental Plaintiff Profile Form.  Though Ms. Kelly filed a Plaintiff Profile Form, PTO 28 requires her to also fill out an Amended Supplemental Plaintiff Profile Form because she did not suffer a Myocardial Infarction, Sudden Cardiac Death, or Stroke.

5. An expert report based on the appropriate medical records.  It appears that the expert report of Richard Castaldo, M.D., is based upon medical records of Deborah Robinson, not Ms. Kelly.

6. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Kingsley, Ella F.**

We are missing the following required information:

1. Medical records from the following health care providers (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production):

   - Cleveland Clinic – Lorain Family Health and Surgery Center
   - Centers for Medicare and Medicaid
   - Chan, (no first name provided), M.D.
   - Costin, (no first name provided), M.D.
   - Larios, Patricia, M.D.
   - Leake, Jonathan F., M.D.
   - Lisi, James E., M.D.
   - Magruder Hospital
   - Parzynski, Frank, M.D.
   - Shierk, (no first name provided), M.D.
   - St. Francis Hospital Medical Records Department
   - Wisler, Kevin E., M.D.

2. A signed certification from Discount Drug Mart that it has made a complete production.

3. The case contains an allegation of Loss of Consortium, but no answers to "Defendant Merck & Co., Inc.'s First Set of Interrogatories to Loss of Consortium Plaintiff" were provided.

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 19

4. We also have not yet received an executed affidavit attesting to the completeness of the production and identifying the specific page(s) of the medical records containing the alleged injury.

**Kollin, Jean M.**

We are missing the following required information:

1. Medical records from the following health care providers in addition to the approximately 20 pages of records provided by Ms. Kollin (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production):

   - Ohio Chest Physicians, Ltd.
   - State Road Family Practice

2. Ms. Kollin has provided Pharmacy records for the period from February 2002 to December 2004. However, we are missing a signed certification that Ms. Kollin's pharmacy has made a complete production.

3. An Amended and Supplemental Plaintiff Profile Form. Though Ms. Kollin filed a Plaintiff Profile Form, PTO 28 requires her to also fill out an Amended Supplemental Plaintiff Profile Form because she did not suffer a Myocardial Infarction, Sudden Cardiac Death or Stroke.

4. Answers to the Interrogatories.

5. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Kulesza, Jeff A.**

We are missing the following required information:

1. Medical records from health care providers other than Robinson Memorial Hospital (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production).

2. Mr. Kulesza has provided Pharmacy records from 2001 to 2004. However, we are missing a signed certification that Mr. Kulesza's pharmacy has made a complete production.

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 20

3.  An Amended and Supplemental Plaintiff Profile Form.  Though Mr. Kulesza filed a Plaintiff Profile Form, PTO 28 requires him to also fill out an Amended Supplemental Plaintiff Profile Form because he did not suffer a Myocardial Infarction, Sudden Cardiac Death or Stroke.

4.  Answers to the Interrogatories.

5.  We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Maiorano, Patricia M.**

We are missing the following required information:

1.  An Amended and Supplemental Plaintiff Profile Form.  Though Ms. Maiorano filed a Plaintiff Profile Form, PTO 28 requires her to also fill out an Amended Supplemental Plaintiff Profile Form because she did not suffer a Myocardial Infarction, Sudden Cardiac Death or Stroke.

2.  Ms. Mairoano has provided pharmacy records from 2001 to 2005.  However, we are missing a signed certification that Ms. Maiorano's pharmacy has made a complete production.

3.  Answers to the Interrogatories.

4.  We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Marble, Judy A.**

We are missing the following required information:

1.  Ms. Marble has provided records from Brooks Pharmacy from 2000 to 2004.  However, we are missing pharmacy records from Eckerd, which she identified on her Plaintiff Profile Form as a pharmacy that has dispensed medication to her in the last ten years.  Additionally, we are missing a signed certification that her pharmacies have each made a complete production.

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 21

2. Medical records from health care providers other than Kenmore Mercy Hospital
   (and, accordingly, we are also missing signed certifications that these
   health care providers have each made a complete production).

3. An Amended and Supplemental Plaintiff Profile Form.  Though Ms. Marble filed
   a Plaintiff Profile Form, PTO 28 requires her to also fill out an Amended
   Supplemental  Plaintiff Profile Form because she did not suffer a Myocardial
   Infarction, Sudden Cardiac Death or Stroke.

4. Answers to the Interrogatories.

5. We also have not yet received an executed affidavit attesting to the completeness
   of the document production and identifying the specific page(s) of the medical
   records containing the diagnosis of the alleged injury.

**Matos Cruz, Migdalia**

We are missing the following required information:

1. Medical records from healthcare providers other than New York-Presbyterian
   Hospital (and, accordingly, we are also missing signed certifications that these
   health care providers have each made a complete production).

2. Ms. Matos Cruz has provided records from Rite Aid Pharmacy from 2001 to
   2004.  However, we are missing a signed certification that that pharmacy has made
   a complete production.

3. An Amended and Supplemental Plaintiff Profile Form.  Though Ms. Matos Cruz
   filed a Plaintiff Profile Form, PTO 28 requires her to also fill out an Amended
   Supplemental  Plaintiff Profile Form because she did not suffer a Myocardial
   Infarction, Sudden Cardiac Death or Stroke.

4. Answers to the Interrogatories.

5. We also have not yet received an executed affidavit attesting to the completeness
   of the document production and identifying the specific page(s) of the medical
   records containing the diagnosis of the alleged injury.

**Mayeu, Michael**

We are missing the following required information:

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 22

1. Mr. Mayeu has provided pharmacy records from the Wegmans Pharmacy located in Newark, NY. However, we are missing pharmacy records from the Wegmans Pharmacy located in Perington, NY, which he identified on his Plaintiff Profile Form as a pharmacy that has dispensed medication to him in the last ten years. Accordingly, we are also missing a signed certification that the Wegmans Pharmacy in Perington has made a complete production.

2. Medical records from health care providers other than Newark-Wayne Community Hospital and Paul E. Heasley, M.D. (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production).

3. A complete Amended and Supplemental Plaintiff Profile Form.

4. Answers to "Defendant Merck & Co., Inc's First Set of Interrogatories to Loss of Consortium Plaintiff."

5. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**McDaniels, Asa J.**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Mr. McDaniels for the period of January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Mr. McDaniels's pharmacies have each made a complete production.

2. Medical records from all health care providers (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production).

3. A complete Amended and Supplemental Plaintiff Profile Form.

4. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 23

**McMurray, Scott**

We are missing the following required information:

1. Mr. McMurray has provided pharmacy records from Miller's Drug store from 2000 to 2004. However, we are missing pharmacy records from Medco Pharmacy, which he identified on his Plaintiff Profile Form as a pharmacy that has dispensed medication to him in the last ten years. Additionally, we are missing a signed certification that Miller's Drug store has made a complete production.

2. Medical records from health care providers other than Kingston City Hospital and Margaretville Memorial Hospital (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production).

3. A complete Amended and Supplemental Plaintiff Profile Form.

4. Answers to "Defendant Merck & Co., Inc's First Set of Interrogatories to Loss of Consortium Plaintiff."

5. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**McPhaden, Arleen**

We are missing the following required information:

1. Ms. McPhaden has provided pharmacy records from Rite Aid from August of 2001 to October of 2004. However, we are missing pharmacy records regarding the dispensing of drugs to Ms. McPhaden for the rest of the period of January 1, 1995 to the present. Additionally, we are missing a signed certification that Ride Aid has made a complete production.

2. Medical records from health care providers other than Barnes Primary Care Associates and Lake Shore Hospital (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production).

3. A complete Amended and Supplemental Plaintiff Profile Form.

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 24

4. Answers to "Defendant Merck & Co., Inc's First Set of Interrogatories to Loss of Consortium Plaintiff."

5. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Melton, Roberta**

We are missing the following required information:

1. Ms. Melton has provided pharmacy records from Target pharmacy from 1999 to 2004. However, we are missing pharmacy records from Canada Pharmacy, which she identified on her Plaintiff Profile Form. Accordingly, we are also missing a signed certification that Canada Pharmacy has made a complete production.

2. Medical records from the following health care providers and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production):

   - Abbott Northwestern Hospital
   - Fairview Southdale Hospital
   - Hu, Michael, M.D.
   - Kaldor, (no first name provided), M.D.
   - Methodist Hospital
   - Schoushoe, John, M.D.
   - Thomas, (no first name provided), M.D.
   - White, Kevin, M.D.

3. A complete Amended and Supplemental Plaintiff Profile Form.

4. Answers to "Defendant Merck & Co., Inc's First Set of Interrogatories to Loss of Consortium Plaintiff."

5. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Mertz, Charles R.**

We are missing the following required information:

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 25

1. Medical records from the following health care providers (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production):

   - Aquilina, Alan T., M.D.

2. Mr. Mertz has provided Pharmacy records for the period from 2002 to 2006. However, we are missing a signed certification that Mr. Mertz's pharmacy has made a complete production.

3. An Amended and Supplemental Plaintiff Profile Form.  Though Mr. Mertz filed a Plaintiff Profile Form, PTO 28 requires him to also fill out an Amended Supplemental  Plaintiff Profile Form because he did not suffer a Myocardial Infarction, Sudden Cardiac Death or Stroke.

4. Answers to the Interrogatories.

5. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Mietlowski, Alan D.**

We are missing the following required information:

1. Mr. Mietlowski has provided Pharmacy records from Rite Aid pharmacy. However, we are missing pharmacy records from Wegman's, K-Mart, and Eckerd pharmacies, which are identified on the Plaintiff Profile Form as pharmacies that dispensed medication to Mr. Mietlowski in the last ten years.

2. Medical records from the following health care providers (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production):

   - Boepple, Hartwig, M.D.
   - Freundel, Anthony, M.D.
   - Hendricks, Orville, M.D.
   - Hocko, Michael, M.D.
   - Mt. St. Mary's Hospital
   - Ramgopal, Chinniah, M.D.
   - Sadiq, Riffat, M.D.
   - Soniwala, Saif, M.D.

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 26

3.  An Autopsy Report.

4.  An Amended and Supplemental Plaintiff Profile Form.  Though Mr. Mietlowski filed a Plaintiff Profile Form, PTO 28 requires him to also fill out an Amended Supplemental  Plaintiff Profile Form because he did not suffer a Myocardial Infarction, Sudden Cardiac Death or Stroke.

5.  Answers to the Interrogatories.

6.  We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Miller, Charlene**

We are missing the following required documents:

1.  Pharmacy records regarding the dispensing of drugs to Ms. Miller for the period of January 1, 1995 to the present.  Accordingly, we are also missing signed certifications that Ms. Miller's pharmacies have each made a complete production.

2.  Medical records from the following health care providers (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production):

    •  Lutheran Hospital

3.  An Amended and Supplemental Plaintiff Profile Form.  Though Ms. Miller filed a Plaintiff Profile Form, PTO 28 requires her to also fill out an Amended Supplemental  Plaintiff Profile Form because she did not suffer a Myocardial Infarction, Sudden Cardiac Death or Stroke.

4.  Answers to the Interrogatories set out in Exhibit B to PTO 28.

5.  We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 27

**Miskho, Brian W.**

We are missing the following required documents:

1. Pharmacy records regarding the dispensing of drugs to Mr. Miskho for the period of January 1, 1995 to the present.  Accordingly, we are also missing signed certifications that Mr. Miskho's pharmacies have each made a complete production.

2. Medical records from the following health care providers (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production):

   - Kenmore Mercy Hospital
   - Lewis, Clementina, M.D.
   - Mitchell, (first name not provided), M.D.
   - Reszel, Elizabeth, M.D.
   - St. Joseph's Hospital

3. An Amended and Supplemental Plaintiff Profile Form.  Though Mr. Mishko filed a Plaintiff Profile Form, PTO 28 requires him to also fill out an Amended Supplemental  Plaintiff Profile Form because he did not suffer a Myocardial Infarction, Sudden Cardiac Death or Stroke.

4. Answers to the Interrogatories set out in Exhibit B to PTO 28.

5. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Negron, Myriam**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Ms. Negron for the period from January 1, 1995 to the present.  Accordingly, we are also missing signed certifications that her pharmacies have each made a complete production.

2. We have not yet received records from any of Ms. Negron's health care providers (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 28

    3.  We have also not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Petty, Lee C.**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Mr. Petty for the period from January 1, 1995 to the present.  While we have received records from CVS, K-Mart, and Rite Aid, Mr. Petty's Plaintiff Profile Form indicates that he also received prescriptions from Eckerd and St. Mary's Outpatient, from which we have no records.  Accordingly, we are also missing signed certifications that Eckerd and St. Mary's Outpatient pharmacies have each made a complete production.

2. Medical records from health care providers other than Dr. Michael Divincenzo, Dr. Mike Mazza, and Park Ridge (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

3. Answers to the Interrogatories.

4. An Amended and Supplemental Plaintiff Profile Form.  Though Mr. Petty filed a Plaintiff Profile Form, PTO 28 requires him to also fill out an Amended Supplemental Plaintiff Profile Form because he did not suffer a Myocardial Infarction, Sudden Cardiac Death, or Stroke.

5. We have also not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Pierre, Edele**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Ms. Pierre for the period from January 1, 1995 to the present.  Accordingly, we are also missing signed certifications that her pharmacies have each made a complete production.

2. Medical records from health care providers other than Brookdale University Hospital and Dr. Elliot Biondi (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 29

3. We have also not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Plambeck, Richard G.**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Mr. Plambeck for the period from January 1, 1995 to the present.  Accordingly, we are also missing signed certifications that Mr. Plambeck's pharmacies have each made a complete production.

2. Medical records from health care providers other than Summersville Memorial Hospital (which were provided by Mr. Plambeck) and Putnam Hospital Center.  Accordingly, we are also missing signed certifications that the health care providers other than Putnam Hospital Center have each made a complete production.

3. We have also not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

4. Answers to the Interrogatories.

5. An Amended and Supplemental Plaintiff Profile Form.  Though Mr. Plambeck filed a Plaintiff Profile Form, PTO 28 requires him to also fill out an Amended Supplemental Plaintiff Profile Form because he did not suffer a Myocardial Infarction, Sudden Cardiac Death, or Stroke.

**Rarick, Kenneth L.**

We are missing the following required information:

1. Medical records from health care providers other than Dr. Saralyn Notaro Reitz and Dr. Andre Cappuccino, which were provided by Mr. Rarick.  Accordingly, we are also missing signed certifications that the health care providers have each made a complete production.

2. We have also not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 30

**Reilly, James A.**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Mr. Reilly for the period from January 1, 1995 to the present. Mr. Reilly has only provided us with one page of pharmacy records from Brooks Pharmacy and two pages of pharmacy records from CVS Pharmacy. We are also missing signed certifications that Mr. Reilly's pharmacies have each made a complete production.

2. Medical records from health care providers other than Mid Hudson Pain Management and Vassar Brothers Hospital, which were provided by Mr. Reilly. Accordingly, we are also missing signed certifications that the health care providers have each made a complete production.

3. We have also not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

4. Answers to the Interrogatories.

5. An Amended and Supplemental Plaintiff Profile Form. Though Mr. Reilly filed a Plaintiff Profile Form, PTO 28 requires him to also fill out an Amended Supplemental Plaintiff Profile Form because he did not suffer a Myocardial Infarction, Sudden Cardiac Death, or Stroke.

**Robinson, Deborah**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Ms. Robinson for the period from January 1, 1995 to the present. While we have received records from Wegman's Pharmacy, we have not yet received records from Rite Aid, which was also identified as one of Ms. Robinson's pharmacies on her Plaintiff Profile Form. Accordingly, we are also missing a signed certification that Rite Aid has made a complete production.

2. Medical records from the following health care providers (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production):

   • Advanced Imaging Centers

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 31

- Allied Claim Service
- Amherst Orthopedic Physical Therapy, P.C.
- DeGraff Memorial Hospital
- Dent Neurologic Group
- E.M. Management, Inc.
- Miller, Jonathan H., M.D., P.C.
- Norman, Allyn, D.O.
- Patel, Malti, M.D.
- R.B. Medical Group
- Regalla, Sylvia H., M.D.
- Social Security Disability – Bridgeport Office
- Somogyi, Ronald M., M.D.
- Sound Medical Associates
- Sound Medical Group
- Suburban Medical Imaging, L.L.C.
- U.S. Radiology
- Williams, Aston B., M.D.
- Williamsville Medical Imaging

3. Answers to the Interrogatories.

4. An Amended and Supplemental Plaintiff Profile Form.  Though Ms. Robinson filed a Plaintiff Profile Form, PTO 28 requires her to also fill out an Amended Supplemental Plaintiff Profile Form because she did not suffer a Myocardial Infarction, Sudden Cardiac Death, or Stroke.

5. We have also not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.


**Sackett, Marlo R.**

We are missing the following required information:

1. Medical records from the following health care providers (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production):

   - ACM Medical Laboratory, Inc.
   - Ajal K. Nemani Interventional Pain Management

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 32

- Blue Cross Blue Shield of Rochester
- Borg Imaging Group
- Botros, Nader, M.D.
- Cafarell, Robert, M.D.
- Grove, C. Samuel, M.D.
- Jey, Arthur, M.D.
- Maletzke, Marta J., M.D.
- McComis, Janet, M.D.
- O'Brecht, Michael, M.D.
- Panorama Valley/Greece Obstetrics & Gynecology, LLP
- Rashid, Husayn A., M.D.
- Rush Family Medicine
- Weber, Karl P., M.D.
- Wilson Health Center
- Worker's Compensation

2. Answers to the Interrogatories.

3. An Amended and Supplemental Plaintiff Profile Form. Though Ms. Sackett filed a Plaintiff Profile Form, PTO 28 requires her to also fill out an Amended Supplemental Plaintiff Profile Form because she did not suffer a Myocardial Infarction, Sudden Cardiac Death, or Stroke.

4. We have also not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Scherf, Frank**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Mr. Scherf for the period from January 1, 1995 to the present. Mr. Reilly has only provided us with pharmacy records from Medicine Shoppe Pharmacy. Accordingly, we are also missing signed certifications that Mr. Scherf's pharmacies other than Medicine Shoppe have each made a complete production.

2. Medical records from health care providers other than records provided by Mr. Scherf from Grand Itasca Hospital (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 33

3. An Amended and Supplemental Plaintiff Profile Form.  Though Mr. Scherf filed a Plaintiff Profile Form, PTO 28 requires him to also fill out an Amended Supplemental Plaintiff Profile Form because he did not suffer a Myocardial Infarction, Sudden Cardiac Death, or Stroke.

4. We have also not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Schultz, Barbara**

We are missing the following required information:

1. Medical records from health care providers other than Northfield Hospital (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

2. We have also not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Shahid, Marge A.**

We are missing the following required information:

1. Medical records from health care providers other than Rochester General Hospital (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

2. We have also not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Steerman, Gladys**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Ms. Steerman for the period from January 1, 1995 to the present.  We have received records from Wal-Mart Pharmacy but have not yet received records from Rite Aid Pharmacy.  Accordingly,

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 34

we are also missing signed certifications that Rite Aid has made a complete production.

2. Medical records from health care providers other than Robinson Memorial Hospital (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

3. We have also not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Tydus, Kathryn**

We are missing the following required information:

1. Medical records from health care providers other than ten pages of records from Joseph Maddi, M.D. (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

2. We have also not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Vecchio, Teresa M.**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Ms. Vecchio for the period from January 1, 1995 to the present. Ms. Vecchio appears to have mistakenly identified two pharmacies on her Plaintiff Profile Form, as both of those pharmacies (CVS and Tops) have indicated that they have no records. Accordingly, we are also missing signed certifications that her pharmacies have each made a complete production.

2. Medical records from the following health care providers (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production):

   - Achar, Bhaskar T., M.D.
   - Advanced Cardiac Surgical Associates, PLLC
   - Amherst Ear Nose and Throat LLC
   - Blue Cross & Blue Shield of Western New York

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 35

- Buffalo Heart Group, LLP
- Buffalo Medical Group, P.C.
- Buffalo Rheumatology
- Cardio-Thoracic Associates of Western New York, P.C.
- Dent Neurologic Group
- Diagnostic Imaging Associates
- Digestive Health Physicians, P.C.
- Elma Primary Care
- Erie County Medical Center
- Gage, Andrew M., M.D.
- Grisanti, Michael W., M.D.
- Gurevich, Leonard, M.D.
- Hong, Michael, M.D.
- Lancaster Primary Care Center
- Lancaster Radiology, P.C.
- Major, (first name not provided), M.D.
- Martinez, Carlos, M.D., P.C.
- McAuley Seton Home Care
- Mercy Hospital of Buffalo
- Millard Fillmore Suburban Hospital
- National Imaging Associates, Inc.
- Niagara Frontier Heart Associates, P.C.
- Northtowns Orthopedics, P.C.
- Physicians MRI, LLP
- Pulmonary Satellite Center
- Quest Diagnostics
- Senior Blue
- Vascular-Interventional Associates
- Western New York Eye Center
- Western New York Physical & Occupational Therapy Group, PLLC
- Williamsville Medical Imaging, P.C.
- Windsong Radiology, P.C.

3. Answers to the Interrogatories.

4. An Amended and Supplemental Plaintiff Profile Form. Though Ms. Vecchio filed a Plaintiff Profile Form, PTO 28 requires her to also fill out an Amended Supplemental Plaintiff Profile Form because she did not suffer a Myocardial Infarction, Sudden Cardiac Death, or Stroke.

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 36

5. We have also not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Walker, Renee**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Ms. Walker for the period from January 1, 1995 to the present.  Accordingly, we are also missing signed certifications that Ms. Walker's pharmacies have each made a complete production.

2. We have not yet received records from any of Ms. Walker's health care providers (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

3. We have also not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Webb, Carol R.**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Ms. Webb for the period from January 1, 1995 to the present.  While we have received pharmacy records provided by Ms. Webb from Snyder Drugs, we have yet to receive any records from Medco Health Solutions, to which a preservation notice was sent.  Accordingly, we are also missing a signed certification that Medco Health Solutions has made a complete production.

2. We have not yet received records from any of Ms. Webb's health care providers (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

3. We have also not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 37


**Webb, Kathleen**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Ms. Webb for the period from January 1, 1995 to the present. Ms. Webb has directly provided us with records from Medco and Walgreens, but those records indicate that she visited several other pharmacies, including Safeway, K-Mart, and Target. We have not yet received any records from these additional pharmacies. Accordingly, we are also missing signed certifications that those pharmacies have each made a complete production.

2. We have not yet received records from any of Ms. Webb's health care providers (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

3. Answers to the Interrogatories.

4. An Amended and Supplemental Plaintiff Profile Form. Though Ms. Webb filed a Plaintiff Profile Form, PTO 28 requires her to also fill out an Amended Supplemental Plaintiff Profile Form because she did not suffer a Myocardial Infarction, Sudden Cardiac Death, or Stroke.

5. We have also not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.


**Weese, Roxana**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Ms. Weese for the period from January 1, 1995 to the present. Ms. Weese has directly provided us with records from Sterling Drug, but other records indicate that she filled prescriptions at other pharmacies from which we have received no records, including Caremark and Merck-Medco PA. Accordingly, we are also missing signed certifications that Ms. Weese's pharmacies have each made a complete production.

2. Medical records from health care providers other than Dr. Amit Chandra and Respiratory Consultants, P.A. (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 38

3.  We have also not yet received an executed affidavit attesting to the completeness of
    the document production and identifying the specific page(s) of the medical records
    containing the diagnosis of the alleged injury.

**Weiser, Harlan L.**

We are missing the following required information:

1.  Medical records from health care providers other than Buffalo Cardiology &
    Pulmonary Associates and PMSI.  We are also missing signed certifications that Mr.
    Weiser's health care providers have each made a complete production.

2.  Answers to the Interrogatories.

3.  An Amended and Supplemental Plaintiff Profile Form.  Though Mr. Weiser filed a
    Plaintiff Profile Form, PTO 28 requires him to also fill out an Amended
    Supplemental Plaintiff Profile Form because he did not suffer a Myocardial
    Infarction, Sudden Cardiac Death, or Stroke.

4.  We have also not yet received an executed affidavit attesting to the completeness of
    the document production and identifying the specific page(s) of the medical records
    containing the diagnosis of the alleged injury.

**Werner-Vecellio, Paula R.**

We are missing the following required information:

1.  Medical records from the following health care providers (and, accordingly, we are
    also missing signed certifications that the health care providers have each made a
    complete production):

    - Bertrand Chaffee Hospital
    - Cleveland Clinic
    - Coumadin Clinic
    - Diagnostic X-Ray Service, Inc.
    - Heitmann, Jeffrey, M.D.
    - Holland Clinic
    - Kaplan, Robert, M.D.
    - Korolevich, Robert, M.D.
    - Lincoln Medical and Mental Health Center
    - Naples Community Hospital

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 39

- Naples Medical Center
- Petusevsky, Mitchell, M.D.
- Physicians Regional Medical Center & Medical Surgical Specialists
- Plotkin, Gary, M.D.
- Southgate Physicians Imaging Center
- Sporn, Gary, M.D.
- Steinwachs, Ted, M.D.
- Wandass, Joseph, M.D.
- Williams, R., M.D.
- Zampogna, Antonio, M.D.

2. Answers to the Interrogatories.

3. An Amended and Supplemental Plaintiff Profile Form.  Though Ms. Werner-Vecellio filed a Plaintiff Profile Form, PTO 28 requires her to also fill out an Amended Supplemental Plaintiff Profile Form because she did not suffer a Myocardial Infarction, Sudden Cardiac Death, or Stroke.

4. We have also not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Woodcock, Christine D.**

We are missing the following required information:

1. Medical records from the following health care providers (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production):

- Alspan, Kami, M.D.
- Buffalo Cardiology & Pulmonary Associates P.C.
- Curtis B. DuBois & Associates Physical Therapy
- Fiorica, Norman O., M.D.
- Grisanti, Joseph, M.D.
- Hamill, Christopher L., M.D.
- McDonnell, Margaret, P., M.D.
- Mohamed, Iqbal, M.D.
- Niagara Falls Memorial Hospital
- Northwest Buffalo Community Health Care Center

WILLIAMS & CONNOLLY LLP

Brian A. Goldstein, Esq.
August 12, 2009
Page 40

- Parkland Diagnostic Imaging PLLC
- RehabNY
- Sarpel, Suleyman C., M.C.
- Sisters Hospital
- Tourbaf, Kamal, M.D.
- Women and Children's Hospital of Buffalo

2. Signed certifications from each healthcare provider indicating that all records in the possession, custody or control of the provider have been produced. We have only received a certification for Harold Ruebens, M.D.

3. An Amended and Supplemental Plaintiff Profile Form. Though Ms. Woodcock may have filed a Plaintiff Profile Form, PTO 28 requires her to also fill out an Amended Supplemental Plaintiff Profile Form because she did not suffer a Myocardial Infarction, Sudden Cardiac Death, or Stroke.

4. Answers to the Interrogatories.

5. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

Finally, as we move forward, we may need updated or new blank authorizations for some plaintiffs. We will contact you with these requests as appropriate.

We look forward to your prompt response and cooperation.

Sincerely,

Ana C. Reyes