UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| All Plaintiffs on the attached Exhibits A, B & C | * | KNOWLES |
| | * | |

*************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the Registration Requirements of PTO 31 (R.Doc. 22134) came on for hearing on the 17th day of September, 2009, immediately following the monthly status conference.  For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the claims of all plaintiffs on the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 31.

IT IS FURTHER ORDERED that the motion be and it hereby is withdrawn as to all plaintiffs on the attached Exhibit B.

IT IS FURTHER ORDERED that the motion is deferred until October 23, 2009 immediately following the monthly status conference scheduled for 9:00 a.m. as to all plaintiffs on the attached Exhibit C.

NEW ORLEANS, LOUISIANA, this  24th  day of   September  , 2009.

_____
UNITED STATES DISTRICT JUDGE

993256v.1

# EXHIBIT A
# Dismissed With Prejudice

|    | Docket Number | Case Name | Plaintiff Name | Plaintiff Counsel |
|----|---|---|---|---|
| 1  | 2:05-cv-05204-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Albert, David | Jones, Verras & Freiberg, LLC |
| 2  | 2:05-cv-04510-EEF-DEK | Allemand, Mary v. Merck & Co., Inc. | Allemand, Mary | Gallagher Law Firm |
| 3  | 2:06-cv-05980-EEF-DEK | Alvarado, Martha v. Merck & Co., Inc. | Alvarado, Martha | The Miller Firm LLC |
| 4  | 2:07-cv-03786-EEF-DEK | Abeyta, Frances v. Merck & Co., Inc. | Aragon, Corina | Branch Law Firm |
| 5  | 2:05-cv-04416-EEF-DEK | Jenkins, Jackie v. Merck & Co., Inc. | Balkin, Mark | Domengeaux Wright Roy and Edwards |
| 6  | 2:05-cv-02946-EEF-DEK | Ivers, Deloris v. Merck & Co., Inc. | Barranada, Matias A | Climaco Lefkowitz Peca Wilcox & Garofoli Co LPA |
| 7  | 2:05-cv-04435-EEF-DEK | Allen, Donna v. Merck & Co., Inc. | Batiste, Ray | Jones, Verras & Freiberg, LLC |
| 8  | 2:06-cv-10077-EEF-DEK | Baugher, Anna v. Merck & Co., Inc. | Baugher, Anna | Alvis and Willingham LLP |
| 9  | 2:07-cv-00743-EEF-DEK | Beatty, Ruth v. Merck & Co., Inc. | Beatty, Ruth | Hersh and Hersh |
| 10 | 2:05-cv-00473-EEF-DEK | Merrit, Norma v. Merck & Co., Inc. | Bissic, Brenda J | Singleton Law Firm |
| 11 | 2:05-cv-04510-EEF-DEK | Allemand, Mary v. Merck & Co., Inc. | Blanson, Laura | Gallagher Law Firm |
| 12 | 2:05-cv-00515-EEF-DEK | Pagan, Carmen v. Merck & Co., Inc. | Brown, Clarise | Ballon Stoll Bader and Nadler PC |
| 13 | 2:05-cv-06516-EEF-DEK | Asher, Barbara v. Merck & Co., Inc | Brummett, Kathleen | Donald G. Smith Law Office PLLC |
| 14 | 2:05-cv-04435-EEF-DEK | Allen, Donna v. Merck & Co., Inc. | Byrd, Arbell | Jones, Verras & Freiberg, LLC |
| 15 | 2:06-cv-05989-EEF-DEK | Bates, Mary A. v. Merck & Co., Inc. | Carlin, Christopher | The Miller Firm LLC |
| 16 | 2:05-cv-05204-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Celestine, Eula | Jones, Verras & Freiberg, LLC |
| 17 | 2:05-cv-04605-EEF-DEK | Cheramie, Aujest v. Merck & Co., Inc. | Cheramie, Aujest J | Robert E. Lee Sr. |
| 18 | 2:05-cv-06234-EEF-DEK | Amadis-Rosario, Gladys v. Merck & Co., Inc. | Colon Mage, Hector M | Lamb Firm LLC |
| 19 | 2:05-cv-06234-EEF-DEK | Amadis-Rosario, Gladys v. Merck & Co., Inc. | Colon, Maria | Lamb Firm LLC |
| 20 | 2:05-cv-04510-EEF-DEK | Allemand, Mary v. Merck & Co., Inc. | Conner, Jill | Gallagher Law Firm |
| 21 | 2:05-cv-05204-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Cooks, Mitchell Joyce | Jones, Verras & Freiberg, LLC |
| 22 | 2:08-cv-00877-EEF-DEK | Christie, Pearly v. Merck & Co., Inc. | Cooper, William | Goodman, Meagher and Enoch LLP |

|    | Docket Number        | Case Name                                    | Plaintiff Name     | Plaintiff Counsel                     |
|----|----------------------|----------------------------------------------|--------------------|---------------------------------------|
| 23 | 2:05-cv-06234-EEF-DEK | Amadis-Rosario, Gladys v. Merck & Co., Inc. | Cordero, Carmen    | Lamb Firm LLC                         |
| 24 | 2:05-cv-01245-EEF-DEK | Janke, Sherry v. Merck & Co., Inc.          | Creel, Carlene J   | Vandermay Law Firm                    |
| 25 | 2:06-cv-02653-EEF-DEK | Culberson, Bob v. Merck & Co., Inc.         | Culp, Francis      | Schlichter Bogard and Denton          |
| 26 | 2:05-cv-04810-EEF-DEK | Deiter, Brenda v. Merck & Co., Inc.         | Deiter, Brenda     | Robert E. Lee Sr.                     |
| 27 | 2:06-cv-01561-EEF-DEK | Anderson, Arie v. Merck & Co., Inc.         | Edwards, Richard C | Matt Freeman and Associates           |
| 28 | 2:06-cv-02735-EEF-DEK | Edwards, Robert v. Merck & Co., Inc.        | Edwards, Robert M  | Mullin Hoard Brown LLP                |
| 29 | 2:07-cv-01368-EEF-DEK | Schultz, Gabrielle v. Merck & Co., Inc.     | Elliott, Jack      | Carey & Danis, LLC                    |
| 30 | 2:05-cv-04510-EEF-DEK | Allemand, Mary v. Merck & Co., Inc.         | Foret, Shirley     | Gallagher Law Firm                    |
| 31 | 2:06-cv-03162-EEF-DEK | Artis, Dennis v. Merck & Co., Inc.          | Franchot, Theodore | Daniel E. Becnel Jr. Law              |
| 32 | 2:05-cv-06701-EEF-DEK | George, Truett v. Merck & Co., Inc.         | George, Truett     | Spohrer Wilner Maxwell & Matthews PA  |
| 33 | 2:06-cv-05503-EEF-DEK | Green, Jacob v. Merck & Co., Inc.           | Green, Jacob       | Spohrer Wilner Maxwell & Matthews PA  |
| 34 | 2:06-cv-10160-EEF-DEK | Grove, Sherrill v. Merck & Co., Inc.        | Green, Nancy       | Seeger Weiss                          |
| 35 | 2:05-cv-04510-EEF-DEK | Allemand, Mary v. Merck & Co., Inc.         | Guidrey, Weston    | Gallagher Law Firm                    |
| 36 | 2:05-cv-06513-EEF-DEK | Hays, Jody v. Merck & Co., Inc.             | Hays, Jody         | Donald G. Smith Law Office PLLC       |
| 37 | 2:05-cv-04416-EEF-DEK | Jenkins, Jackie v. Merck & Co., Inc.        | Hunsicker, John    | Domengeaux Wright Roy and Edwards     |
| 38 | 2:05-cv-04510-EEF-DEK | Allemand, Mary v. Merck                     | Johnson, Dorothy   | Gallagher Law Firm                    |
| 39 | 2:08-cv-00877-EEF-DEK | Christie, Pearly v. Merck & Co., Inc.       | Johnson, Leroy     | Goodman, Meagher and Enoch LLP        |
| 40 | 2:06-cv-03366-EEF-DEK | Roles, Loretta v. Merck & Co., Inc.         | Jones, Janice      | Carey & Danis, LLC                    |
| 41 | 2:05-cv-04997-EEF-DEK | Kivi, Kevin v. Merck & Co., Inc.            | Kivi, Kevin E      | Alex Alvarez PA                       |
| 42 | 2:06-cv-10773-EEF-DEK | Trammel, Velva v. Merck & Co., Inc.         | Kline, Nick        | Carey & Danis, LLC                    |
| 43 | 2:05-cv-06272-EEF-DEK | Kennedy, James v. Merck & Co., Inc.         | Lewis, Hester      | Allan Berger and Associates PLC       |
| 44 | 2:05-cv-01102-EEF-DEK | Oller, Virginia v. Merck & Co., Inc.        | Lewis, James A     | Foshee & Yaffe                        |
| 45 | 2:06-cv-03234-EEF-DEK | McCord, James v. Merck & Co., Inc.          | McCord, Joanne     | Spohrer, Wilner, Maxwell & Matthews PA|
| 46 | 2:05-cv-04738-EEF-DEK | Allen, Denise v. Merck & Co., Inc.          | McGlothin, Vernon  | Carlile Law Firm LLP                  |
| 47 | 2:08-cv-00877-EEF-DEK | Christie, Pearly v. Merck & Co., Inc.       | Mobley, Manny      | Goodman, Meagher and Enoch LLP        |

|    | Docket Number | Case Name | Plaintiff Name | Plaintiff Counsel |
|----|---|---|---|---|
| 48 | 2:06-cv-09371-EEF-DEK | Wright, Victor v. Merck & Co., Inc. | Moore, Dorothy | Schlichter Bogard and Denton |
| 49 | 2:07-cv-06322-EEF-DEK | O'Donahue, Harry v. Merck & Co., Inc. | O'Donahue, Harry | Jack W. Harang Law |
| 50 | 2:05-cv-00515-EEF-DEK | Pagan, Carmen v. Merck & Co., Inc. | Pagan, Carmen | Ballon Stoll Bader and Nadler PC |
| 51 | 2:08-cv-00877-EEF-DEK | Christie, Pearly v. Merck & Co., Inc. | Palmer, Roxanne | Goodman, Meagher and Enoch LLP |
| 52 | 2:08-cv-00877-EEF-DEK | Christie, Pearly v. Merck & Co., Inc. | Parlor, Gloria | Goodman, Meagher and Enoch LLP |
| 53 | 2:05-cv-03873-EEF-DEK | Patrakas, Dimostithinis v. Merck & Co., Inc. | Patrakas, Dimostithinis | Lawrence P. Biondi Law |
| 54 | 2:05-cv-05304-EEF-DEK | Zook, Shirley v. Merck & Co., Inc. | Patterson, James | Carey & Danis, LLC |
| 55 | 2:05-cv-04510-EEF-DEK | Allemand, Mary v. Merck | Perry, Larry | Gallagher Law Firm |
| 56 | 2:06-cv-04040-EEF-DEK | Petry, Marilyn S. v. Merck & Co., Inc. | Petry, Marilyn S | Elswick and Richardson PLLC |
| 57 | 2:06-cv-00802-EEF-DEK | Banda, Sulema L. v. Merck & Co., Inc. | Reyna, Josefa | Sanes Matthews and Forester |
| 58 | 2:06-cv-04366-EEF-DEK | Risk, Ronald v. Merck & Co., Inc. | Risk, Ronald | Patti and Sgro Ltd |
| 59 | 2:06-cv-00414-EEF-DEK | Veatch, Christopher P. v. Merck & Co., Inc. | Robinson, Daniel | Kevin A. Rieth and Brian C. Beckwith |
| 60 | 2:05-cv-05481-EEF-DEK | Russell, Dennis K. v. Merck & Co., Inc. | Russell, Annette B | W. Kent Robertson Jr. Law |
| 61 | 2:05-cv-05481-EEF-DEK | Russell, Dennis K. v. Merck & Co., Inc. | Russell, Dennis K | W. Kent Robertson Jr. Law |
| 62 | 2:07-cv-00667-EEF-DEK | Antivola, Sharon J. v. Merck & Co., Inc. | Salgado, Ana M | Richard L. Garrigues Law |
| 63 | 2:08-cv-01033-EEF-DEK | Saavedra, Selma v. Merck & Co., Inc. | Sandoval, Fred | Branch Law Firm |
| 64 | 2:06-cv-04216-EEF-DEK | Savio, Vicki D. v. Merck & Co., Inc. | Savio, Vicki D | James F. Humphreys and Associates LC |
| 65 | 2:05-cv-04743-EEF-DEK | Aiono, Saolotoga v. Merck & Co., Inc. | Schaelling, Kaylynn | Sherman Salkow and Newkirk |
| 66 | 2:06-cv-03066-EEF-DEK | Schindler, Alice R. v. Merck & Co., Inc. | Schindler, Alice | Jeffrey Jones PLLC |
| 67 | 2:06-cv-11339-EEF-DEK | Schmerber, Frank v. Merck & Co., Inc. | Schmerber, Frank | Elizabeth Brukhardt Law |
| 68 | 2:06-cv-08378-EEF-DEK | Shaffner, Bernell v. Merck & Co., Inc. | Shaffner, Bernell | C. Dallas Horton and Associates |
| 69 | 2:07-cv-00667-EEF-DEK | Antivola, Sharon J. v. Merck & Co., Inc. | Shikholeslami, Fattaneh | Richard L. Garrigues Law |
| 70 | 2:06-cv-10679-EEF-DEK | Snipes, Sidney v. Merck & Co., Inc. | Snipes, Sidney | Parks and Associates PC |
| 71 | 2:06-cv-03070-EEF-DEK | Steele, Matthews v. Merck & Co., Inc. | Steele, Betty | Jason L. McCoy Law |
| 72 | 2:05-cv-01781-EEF-DEK | Stein, Les v. Merck & Co., Inc. | Stein, Lesley P | Goddard Ronan and Dineen LLP |

|    | Docket Number | Case Name | Plaintiff Name | Plaintiff Counsel |
|----|---------------|-----------|----------------|-------------------|
| 73 | 2:06-cv-06682-EEF-DEK | Campbell, Victoria C. v. Merck & Co., Inc. | Stelly, John F | Jones, Verras & Freiberg, LLC |
| 74 | 2:05-cv-04450-EEF-DEK | Allison, Kelly v. Merck & Co., Inc. | Stone, Terry | Domengeaux Wright Roy and Edwards |
| 75 | 2:06-cv-03113-EEF-DEK | Suwak, Nick v. Merck & Co., Inc. | Suwak, Nicholas | Peter M. Suwak |
| 76 | 2:05-cv-04450-EEF-DEK | Allison, Kelly v. Merck & Co., Inc. | Taddei, Theresa | Domengeaux Wright Roy and Edwards |
| 77 | 2:05-cv-04450-EEF-DEK | Allison, Kelly v. Merck & Co., Inc. | Theisen, David J | Domengeaux Wright Roy and Edwards |
| 78 | 2:05-cv-01257-EEF-DEK | Whittaker, Denise v. Merck & Co., Inc. | Theodore, Irene | Stratton Faxon |
| 79 | 2:08-cv-00877-EEF-DEK | Christie, Pearly v. Merck & Co., Inc. | Thomas, Thuron | Goodman, Meagher and Enoch LLP |
| 80 | 2:05-cv-01102-EEF-DEK | Oller, Virginia v. Merck & Co., Inc. | Thompson, Evelyn L | Foshee & Yaffe |
| 81 | 2:05-cv-05204-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Turner, Alvin T | Jones, Verras & Freiberg, LLC |
| 82 | 2:05-cv-04728-EEF-DEK | Villareal, Juanita v. Merck & Co., Inc. | Villareal, Juanita | Reaud Morgan and Quinn LLP |
| 83 | 2:06-cv-06951-EEF-DEK | Walker, Vivan v. Merck & Co., Inc. | Walker, Vivian D | Matt Freeman and Associates |
| 84 | 2:05-cv-05204-EEF-DEK | Abrams, Clarence v. Merck & Co., Inc. | Ware, Ella | Jones, Verras & Freiberg, LLC |
| 85 | 2:05-cv-06740-EEF-DEK | Warmann, Gene v. Merck & Co., Inc. | Warmann, Gene | Martin Malec and Leopold PC |
| 86 | 2:06-cv-09752-EEF-DEK | Carrigan, Joanne A. v. Merck & Co., Inc. | Waterman, Cynthia J | Trepanier and MacGillis PA |
| 87 | 2:05-cv-00379-EEF-DEK | Weigel, Patricia T. v. Merck & Co., Inc. | Weigel, Patricia | Avram C. Herman Law |
| 88 | 2:05-cv-06042-EEF-DEK | Boyd, Joseph v. Merck & Co., Inc. | White, Cephus | Glenda M. August and Associates |
| 89 | 2:05-cv-04435-EEF-DEK | Allen, Donna v. Merck & Co., Inc. | Williams, Harold | Jones, Verras & Freiberg, LLC |
| 90 | 2:05-cv-04510-EEF-DEK | Allemand, Mary v. Merck & Co., Inc. | Williams, Verna | Gallagher Law Firm |
| 91 | 2:05-cv-06161-EEF-DEK | Wilson, Beverly v. Merck & Co., Inc. | Wilson, Freddie G | Pujol and Pryor |
| 92 | 2:05-cv-04553-EEF-DEK | Berry, Lillie Mae v. Merck & Co., Inc. | Young, Laurie | Austin and Associates LLC |
| 93 | 2:06-cv-06129-EEF-DEK | Zinz, Martin v. Merck & Co., Inc. | Zinz, Marcene | Climaco Lefkowitz Peca Wilcox & Garofoli Co LPA |

# EXHIBIT B
## Motion Withdrawn as Moot

|   | Docket Number | Case Name | Plaintiff Name | Plaintiff Counsel |
|---|---|---|---|---|
| 1 | 2:05-cv-06234-EEF-DEK | Amadis-Rosario, Gladys v. Merck & Co., Inc. | Hernandez, Gloria | Lamb Firm LLC |
| 2 | 2:05-cv-06234-EEF-DEK | Amadis-Rosario, Gladys v. Merck & Co., Inc. | Ortiz Narvera, Jose | Lamb Firm LLC |

# EXHIBIT C
# Motion Deferred Until October 23, 2009

|   | Docket Number | Case Name | Plaintiff Name | Plaintiff Counsel |
|---|---|---|---|---|
| 1 | 2:06-cv-06942-EEF-DEK | Clark, Clara E. v. Merck & Co., Inc. | Flores-Meling, Diana | Abraham Watkins Nichols Sorrels Matthews & Friend |