**Exhibit A - No PTO 29 Discovery Materials**

| Counsel | Pertaining to: | Case Name | Docket Number |
|---|---|---|---|
| Limberopoulos Law | Gifford, Joan D | Gifford, Joan D v. Merck & Co., Inc. | 2:08-cv-03962-EEF-DEK |