**Exhibit B - No Expert Report, Some PTO 29 Discovery Materials**

| Counsel | Pertaining to: | Case Name | Docket Number |
|---|---|---|---|
| Sanford Knott and Associates PA | Bass, Josephine | Bass, Josephine v. Merck & Co., Inc. | 2:09-cv-03291-EEF-DEK |
| Joseph H. Watson Law | Hardy, William J | Hardy, William J v. Merck & Co., Inc. | 2:08-cv-01403-EEF-DEK |