# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

*Also Admitted in the District of Columbia*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902-0607

Phone 607-772-1442 / Fax 607-772-1678                     Email:ronbenjaminlaw@stny.rr.com

February 27, 2009

Douglas R. Marvin, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005

    Re: **<u>Vioxx Product Liability Litigation</u>**

Dear Mr. Marvin:

  This letter will serve as plaintiff's response to the February 26 letters alleging deficiencies in discovery regarding the cases mentioned in the nine letters that were sent.

  Form letters in which boxes are merely checked off does not represent any type of meaningful discussion of issues that may be implicated by information that may be missing, does not address seeking information that is irrelevant and designed either to delay or harass plaintiff, and most importantly, does not address specifically what is needed and why the same is necessary to defend the action.

  Plaintiffs have made substantial disclosure, over and above what is necessary for you to defend your client in most instances. The purpose of this letter is to advise you that I am willing to meet and confer in connection with any particular case in which there is specific information that you contend Merck is lacking and which is necessary and relevant for Merck to properly defend itself.

  In light of the same I suggest that you or someone from your firm be prepared to discuss substantively what information is actually missing and how the same is relevant to the case. Especially significant in any conference would be discussing information Merck already has, substantial medical records which were obtained through Litigation Management, Inc., or otherwise obtained, since it is patently absurd to be asking for information that you already have.

  In some instances it is not so much a lack of information but a disagreement about what

M01 2839045

Merck is entitled to, e.g., your contentions about deficiencies in the expert report submitted. You are aware that the Court has explained in subsequent decisions that it is not looking for full-blown Rule 26 reports with regard to the requirements of PTO 28. Our position on the expert reports is that they are adequate for purposes of PTO 28, and may be sufficient for discovery purposes absent a waiver to take the deposition of Dr. Rich.

Plaintiffs may consider supplementing the reports at some future date; however, that is in many respects dependent upon whether we can reach some agreement as to how to proceed in a manner that provides Merck what it is entitled to without unnecessarily burdening plaintiffs with duplicative discovery.

Since you are fully aware of arguments that have been raised in the past regarding PTO 28 I do not see any point belaboring matters by addressing those here, except to reiterate that we are fully prepared to comply with all reasonable discovery requirements, to provide Merck with information that is necessary for it to properly defend itself, but are not going to be subject to demands that are designed to delay the proceedings, impose undue burdens upon plaintiffs which have no other basis besides delay or harassment.

Finally, I am demanding that no further facsimiles be sent in connection with any deficiency letters or however else you want to characterize the letters sent February 26, 2009. We will accept e-mail or regular mail but facsimiles tie up our fax machine, waste a lot of paper and staff time. Please promptly advise if you consent to the same since it is an issue that would require motion practice if we cannot come to an agreement regarding the same.

I will be available to meet and confer either by phone or in person; however, prior to any such conference I would like you to provide specific information and reasons why the same is necessary to defend, etc. In the meantime I will be reviewing the letters and any information which is obviously missing and should be provided will be turned over.

Very truly yours,

Ronald R. Benjamin

RRB/dw