UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Margaret R. Lucero; Vera Lucero; Lois Merl Hollifield; Tony Hollifield; Lloyd Becker; Ann Becker; Dwayne Carter; Elaine M. Carter; Linda Nevarez; Benjamin Nevarez; Sandra Hanson; Lawrence Hanson; Charles Routledge; Joye Routledge; Deborah Barnett; William Barnett; Jean I. Love; Ken Love; Norman Bernier; Ida Bernier; Betty Minero; Ida Montoya; Annette Moore; Eric William Olson; Shirley Ondersma; Darceia Reeder; Lila Mary Richards; Barbara L. Robertson; Chester Steveson, Sr.; Joanna Wallis; Gerald Wilkerson; Deborah Barnett; Gina Torres; Clinton Bowman; Pauline Audrienne Brooks; Gary Crowell; David Dickens; Thomas Duran; John Gilbert; Julius Golden; George Harvey, Jr.;   Cynthia Jackson; George James McLean; Randy McMechan; Pamela Patterson; Irene Paylor; Joyce Pugliese; Christine Romine; George Rosner; Dina Rubenstein; Mary Rush; Manuel Santillanes; Pete Santistevan;             ,<br>Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant(s). | DOCKET NO. **2:07-cv-04043-EEF-DEK**<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiff Pauline Audrienne Brooks, against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.

_(signature)_

Turner W. Branch
BRANCH LAW FIRM, L.L.P.
Attorneys for Plaintiffs
808 Travis, Suite 1553
Houston, TX 77002
(505) 243-3500 Telephone
(505) 243-3534 Facsimile

Dated: 2/22/08

_(signature)_

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 9-25-09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of September, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.