UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| **This document relates to:** | * * | |
| *Ramon Galarza Castello, Deceased,* <br> *through Noemi Roman Padilla, Personal* <br> *Representative* <br> *v.* <br> *Merck & Co., Inc.* | * * * * * * * | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:05-cv-04527* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Noemi Roman Padilla, individually and as personal representative of the estate of Ramon Galarza Castello, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 28th day of September, 2009.

_____
DISTRICT JUDGE