UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**   *Mary De La Garza v. Merck & Co., Inc., et al.*,
No. 05-5543

### ORDER

The Court is in receipt of the Motion to Compel Arbitration (Rec. Doc. 24010) filed by Plaintiff.  IT IS ORDERED that a response to this motion, if any, shall be filed no later than Tuesday, October 6, 2009.

New Orleans, Louisiana, this 29th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE

1