UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                                    |   |                      |
|----------------------------------------------------|---|----------------------|
|                                                    | : | MDL NO. 1657         |
| IN RE: VIOXX                                       | : |                      |
|    PRODUCTS LIABILITY LITIGATION    | : | SECTION:  L          |
|                                                    | : |                      |
|                                                    | : | JUDGE FALLON         |
|                                                    | : | MAG. JUDGE KNOWLES   |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : |   |                      |

**THIS DOCUMENT RELATES TO:**        **ALL CASES**

## ORDER

Considering the foregoing Motion for Clarification of Pretrial Order No. 49 (Rec. Doc. 24336):

The Court has not authorized the Claims Administrator or any plaintiff's counsel to hold in escrow any amount exceeding 32% of a settlement award pending resolution of appeals regarding the final contingency fee percentage.

New Orleans, Louisiana, this 29th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE

1