## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: VIOXX** | : | |
| | : | **MDL Docket NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION L** |
| | : | |
| **This document relates to ALL ACTIONS** | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLES** |
| | : | |

## SUPPLEMENTAL AFFIDAVIT OF PHILIP A. GARRETT, C.P.A.

| | | |
|---|---|---|
| STATE OF LOUISIANA | : | |
| | : | SS |
| PARISH OF ORLEANS | : | |

Philip A. Garrett, being duly sworn according to law deposes and says:

1.     I am a certified public accountant.  I make this Affidavit for purposes of Plaintiffs' Liaison Counsel's Supplemental Memorandum in Support of Reimbursement of Common Benefit Expenses.

2.     As outlined in my Affidavit of Philip A. Garrett, C.P.A. (dated January 19, 2009), I am associated with Wegman Dazet & Company (WDC).  WDC and I have continued to review the submissions of Common Benefit Counsel to assure their compliance with Pretrial Order No. 6.  We have also worked closely with the members of the Fee Allocation Committee to support their efforts of reviewing the submissions of Common Benefit Counsel following my review thereof.

3.     As a result of my review of the cost submissions of Common Benefit Counsel, I have finalized certain cost submissions as of September 16, 2009.  This information was presented to the Vioxx Fee Allocation Committee.  That Committee, following a separate review process, has reported to me their conclusions regarding approved held costs per individual law firm.  (I

1

understand that the underlying fee submission material reviewed by me and WDC that support the

exhibits to this affidavit have been scanned to CD-rom or DVD, which disc(s) has been presented by

Liaison Counsel to the Court under seal.)  The held costs approved by the Fee Allocation Committee

and MDL assessments paid by each individual firm are set forth in the spreadsheet attached hereto as

Exhibit "A".  As described therein, the total held costs approved by the Fee Allocation Committee

are $35,409,748.16; the total MDL assessments are $4,640,000.00; and the sum of these two entries

is $40,049,748.16.

4.      The review of costs submissions of individual law firms (in some cases) is ongoing.

Attached hereto is a revised Exhibit "B" that reports submissions as of September 16, 2009.

5.      I have included a reserve of $500,000.00 for future continuing costs and a reserve of

$2,000,000.00 for unaccounted for submissions for past months.  The grand total of all expenses is

$42,747,567.43.

FURTHER AFFIANT SAYETH NOT.

_____

PHILIP A. GARRETT, C.P.A.

Sworn & Subscribed
before me this  30th
day of September, 2009.

_____

NOTARY PUBLIC
LEONARD A. DAVIS
LSBA NO. 14190
COMMISSION EXPIRES AT DEATH

2

**EXHIBIT  A**

## VIOXX MDL 1657
## Total Costs
## AS OF September 16, 2009

| | Law Firm | Held Costs Approved by Fee Committee | MDL Assessments | Total to be Reimbursed |
|---|---|---|---|---|
| 1 | Alex Alvarez | $ 2,763.89 | $ | 2,763.89 |
| 2 | Alley Clark | $ 197,945.81 | $ | 197,945.81 |
| 3 | Anapol Schwartz | $ 579,749.50 | $ | 579,749.50 |
| 4 | Anastopoulo & Clore | $ 80,373.47 | $ | 80,373.47 |
| 5 | Andrews Thornton | $ 388,500.11 | $ | 388,500.11 |
| 6 | Ashcraft & Gerel | $ 194,437.40 | $ 355,000.00 | 549,437.40 |
| 7 | Audet & Partners | $ 243,687.26 | $ | 243,687.26 |
| 8 | Aylstock Witkin & Sasser | $ - | $ | - |
| 9 | Balkin & Eisbrouch | $ 2,000.00 | $ | 2,000.00 |
| 10 | Barnow | $ - | $ | - |
| 11 | Barrios, Kingsdorf & Castex, L.L.P. | $ 20,403.98 | $ | 20,403.98 |
| 12 | Bartimus Frikleton | $ 486.95 | $ | 486.95 |
| 13 | Beasley Allen | $ 3,580,230.05 | $ 355,000.00 | 3,935,230.05 |
| 14 | Bencomo | $ 14,055.27 | $ | 14,055.27 |
| 15 | Blizzard McCarthy | $ 1,001,218.43 | $ | 1,001,218.43 |
| 16 | Bossier & Associates | $ - | $ | - |
| 17 | Branch | $ 406,059.86 | $ | 406,059.86 |
| 18 | Brian K. Balser | $ 12,357.19 | $ | 12,357.19 |
| 19 | Brown & Crouppen | $ - | $ | - |
| 20 | Bruce C. Dean | $ - | $ | - |
| 21 | Burg Simpson | $ 20,321.56 | $ | 20,321.56 |
| 22 | Cafferty Faucher | $ 1,441.62 | $ | 1,441.62 |
| 23 | Capshaw Goss | $ 2,306.50 | $ | 2,306.50 |
| 24 | Carey & Danis | $ 98,725.28 | $ | 98,725.28 |

**EXHIBIT A**

## VIOXX MDL 1657
## Total Costs
## AS OF September 16,2009

| | Law Firm | Held Costs Approved by Fee Committee | MDL Assessments | Total to be Reimbursed |
|---|---|---|---|---|
| 25 | Charfoos | $ | 4,561.00 | $ | $ | 4,561.00 |
| 26 | Childers Buck | $ | - | $ | $ | - |
| 27 | Cohen Milstein | $ | 5,699.56 | $ | $ | 5,699.56 |
| 28 | Cohen Placitella | $ | 112,452.57 | $ | $ | 112,452.57 |
| 29 | Cuneo Gilbert | $ | 210,843.97 | $ | $ | 210,843.97 |
| 30 | Daniel E. Becnel, Jr. | $ | 143,518.37 | $ | $ | 143,518.37 |
| 31 | Davis Champ | $ | - | $ | $ | - |
| 32 | Decision Quest | $ | 1,947,440.14 | $ | $ | 1,947,440.14 |
| 33 | Dugan & Browne | $ | 198.10 | $ | $ | 198.10 |
| 34 | Engstrom Lipscomb | $ | - | $ | $ | - |
| 35 | Eric H. Weinberg | $ | 144,768.90 | $ | $ | 144,768.90 |
| 36 | Escobedo Tippit | $ | 444,938.71 | $ | $ | 444,938.71 |
| 37 | Fayard & Honeycutt | $ | - | $ | $ | - |
| 38 | Fibich Hampton | $ | 80,640.50 | $ | $ | 80,640.50 |
| 39 | Freese & Goss | $ | 7,198.39 | $ | $ | 7,198.39 |
| 40 | Friedman | $ | - | $ | $ | - |
| 41 | Gainsburgh Benjamin | $ | 15,208.64 | $ | 355,000.00 | $ | 370,208.64 |
| 42 | Gancedo & Nieves | $ | 146,983.76 | $ | $ | 146,983.76 |
| 43 | Gianni-Petoyan | $ | 86,308.50 | $ | $ | 86,308.50 |
| 44 | Girardi & Keese | $ | 1,260,020.01 | $ | $ | 1,260,020.01 |
| 45 | Hagens Berman | $ | - | $ | $ | - |
| 46 | Heins Mills | $ | 128.91 | $ | $ | 128.91 |
| 47 | Heninger Garrison | $ | 269,578.55 | $ | $ | 269,578.55 |
| 48 | Herman Herman Katz & Cotlar | $ | 184,493.75 | $ | 355,000.00 | $ | 539,493.75 |

**EXHIBIT A**

## VIOXX MDL 1657
## Total Costs
## AS OF September 16,2009

| | Law Firm | Held Costs Approved by Fee Committee | MDL Assessments | Total to be Reimbursed |
|---|---|---|---|---|
| 49 | Hovde Dassow | $ 217,569.13 | $ | $ 217,569.13 |
| 50 | Irpino | $ 16,937.78 | $ | 16,937.78 |
| 51 | Jacobs Burns | $ - | $ | - |
| 52 | John Hornbeck | $ - | $ | - |
| 53 | Johnson & Perkinson | $ 8,774.86 | $ | 8,774.86 |
| 54 | Jones Verras | $ 1,639.13 | $ | 1,639.13 |
| 55 | Kasowitz Benson | $ 47,471.72 | $ | 47,471.72 |
| 56 | Keller Rohrback | $ 1,933.63 | $ | 1,933.63 |
| 57 | Kerpsack | $ - | $ | - |
| 58 | Kline & Specter | $ 189,318.33 | $ 355,000.00 | $ 544,318.33 |
| 59 | Labaton Sucharow | $ 1,979.33 | | 1,979.33 |
| 60 | Langston | $ - | | - |
| 61 | Lanier | $ 8,521,265.35 | | 8,521,265.35 |
| 62 | Levin Papantonio | $ 377,471.47 | $ 355,000.00 | 732,471.47 |
| 63 | Levin Simes | $ 3,855.42 | | 3,855.42 |
| | Levin, Fishbein, Sedran & | | | |
| 64 | Berman | $ 436,435.89 | $ 355,000.00 | 791,435.89 |
| 65 | Lewis & Roberts | $ 144,458.90 | $ | 144,458.90 |
| 66 | Lieff Cabraser | $ 1,008,233.96 | $ 355,000.00 | 1,363,233.96 |
| | Lockridge, Grindal, Nauen, | | | |
| 67 | PLLP | $ 52,452.97 | $ | 52,452.97 |
| 68 | Locks | $ 355,301.06 | $ | 355,301.06 |
| | Lopez, Hodes, Restaino, | | | |
| 69 | Milman | $ 60,571.03 | $ | 60,571.03 |
| 70 | Lundy & Davis | $ 19,387.68 | $ | 19,387.68 |

**EXHIBIT A**

## VIOXX MDL 1657
## Total Costs
## AS OF September 16, 2009

| | Law Firm | Held Costs Approved by Fee Committee | MDL Assessments | Total to be Reimbursed |
|---|---|---|---|---|
| 71 | Martin & Jones | $ 114,842.86 | $ | 114,842.86 |
| 72 | Matthews & Associates | $ 962,802.74 | $ | 962,802.74 |
| 73 | Milthoff | $ 67,703.21 | | 67,703.21 |
| 74 | Morelli Ratner | $ 79,398.97 | | 79,398.97 |
| 75 | Motley Rice | $ 311,447.25 | | 311,447.25 |
| 76 | Murray Law Firm | $ 27,032.58 | | 27,032.58 |
| 77 | Neblett, Beard & Arsenault | $ 75,257.15 | $ 355,000.00 | 430,257.15 |
| 78 | New Jersey Litigation Fund | $ 393,785.50 | | 393,785.50 |
| 79 | Panish Shea | $ 460,662.64 | | 460,662.64 |
| 80 | Price Waicukauski | $ 3,811.97 | | 3,811.97 |
| 81 | Provost Umphrey | $ - | | - |
| 82 | Ranier Gayle | $ 187,768.05 | $ 355,000.00 | 542,768.05 |
| 83 | Rebecca A. Cunard | $ 17,005.57 | | 17,005.57 |
| 84 | Richardson Patrick | $ 6,844.33 | | 6,844.33 |
| 85 | Robert J. DeBry | $ 958.07 | | 958.07 |
| 86 | Robert M. Becnel | $ 1,275.58 | | 1,275.58 |
| 87 | Robins Kaplan | $ 48,522.82 | | 48,522.82 |
| 88 | Robinson, Calcagnie & Robinson | $ 3,123,013.77 | $ 380,000.00 | 3,503,013.77 |
| 89 | RodaNast | $ 5,635.95 | | 5,635.95 |
| 90 | Sanders Viener | $ - | | - |
| 91 | Sanford Pinedo | $ 81,371.36 | $ 355,000.00 | 436,371.36 |
| 92 | Seeger Weiss | $ 3,264,310.80 | $ 355,000.00 | 3,619,310.80 |
| 93 | Sheller Ludwig | $ 11,691.00 | | 11,691.00 |
| 94 | Silverman Fodera | $ 11,323.27 | | 11,323.27 |

EXHIBIT A

## VIOXX MDL 1657
## Total Costs
## AS OF September 16,2009

| | Law Firm | Held Costs Approved by Fee Committee | MDL Assessments | Total to be Reimbursed |
|---|---|---|---|---|
| 95 | Singleton | $ 10,531.75 | $ | 10,531.75 |
| 96 | Snapka | $ 107,264.03 | $ | 107,264.03 |
| 97 | Ted Kanner | $ - | $ | - |
| 98 | Terrell Hogan | $ 14,186.93 | $ | 14,186.93 |
| 99 | The Brandi Law Firm | $ 340,355.44 | $ | 340,355.44 |
| 100 | The Gallagher Law Firm | $ - | $ | - |
| 101 | The Holman Law Firm | $ - | $ | - |
| 102 | The Kaiser Firm | $ - | $ | - |
| 103 | The Whitehead Law Firm | $ 11,318.83 | $ | 11,318.83 |
| 104 | Ury & Moskow | $ - | $ | - |
| 105 | Watts Law Firm | $ 466,196.90 | $ | 466,196.90 |
| 106 | Weitz & Luxenberg | $ 907,403.51 | $ | 907,403.51 |
| 107 | White Meany & Wetherall | $ 41,682.61 | $ | 41,682.61 |
| 108 | Williams Kherkner | $ 870,345.22 | $ | 870,345.22 |
| 109 | Williamson & Williams | $ 651.33 | $ | 651.33 |
| 110 | Wold | $ 41.25 | $ | 41.25 |
| 111 | Zimmerman Reed | $ 6,200.82 | $ | 6,200.82 |
| 112 | Zink, Diane K. | $ - | $ | - |
| | **All Firms** | $ 35,209,748.16 | $ 4,640,000.00 | $ 40,049,748.16 |

**EXHIBIT B**

## VIOXX MDL 1657
## Total Costs
## AS OF September 16, 2009

| | Law Firm | Total per Exhibit "A" | Costs under review or in dispute | Total including Costs under review or in dispute |
|---|---|---|---|---|
| 1 | Alex Alvarez | $ 2,763.89 | $ - | $ 2,763.89 |
| 2 | Alley Clark | $ 197,945.81 | $ - | $ 197,945.81 |
| 3 | Anapol Schwartz | $ 579,749.50 | $ - | $ 579,749.50 |
| 4 | Anastopoulo & Clore | $ 80,373.47 | | $ 80,373.47 |
| 5 | Andrews Thornton | $ 388,500.11 | $ - | $ 388,500.11 |
| 6 | Ashcraft & Gerel | $ 549,437.40 | $ - | $ 549,437.40 |
| 7 | Audet & Partners | $ 243,687.26 | $ - | $ 243,687.26 |
| 8 | Aylstock Witkin & Sasser | $ - | $ - | $ - |
| 9 | Balkin & Eisbrouch | $ 2,000.00 | $ - | $ 2,000.00 |
| 10 | Barnow | $ - | $ - | $ - |
| 11 | Barrios, Kingsdorf & Castex, L.L.P. | $ 20,403.98 | $ - | $ 20,403.98 |
| 12 | Bartimus Frikleton | $ 486.95 | $ - | $ 486.95 |
| 13 | Beasley Allen | $ 3,935,230.05 | $ - | $ 3,935,230.05 |
| 14 | Bencomo | $ 14,055.27 | $ - | $ 14,055.27 |
| 15 | Blizzard McCarthy | $ 1,001,218.43 | $ - | $ 1,001,218.43 |
| 16 | Bossier & Associates | $ - | $ - | $ - |
| 17 | Branch | $ 406,059.86 | $ - | $ 406,059.86 |
| 18 | Brian K. Balser | $ 12,357.19 | $ - | $ 12,357.19 |
| 19 | Brown & Crouppen | $ - | $ - | $ - |
| 20 | Bruce C. Dean | $ - | $ - | $ - |
| 21 | Burg, Simpson, Eldredge, Hersh & Jardine, P.C. | $ 20,321.56 | $ - | $ 20,321.56 |
| 22 | Cafferty Faucher | $ 1,441.62 | $ - | $ 1,441.62 |
| 23 | Capshaw Goss | $ 2,306.50 | $ 1,000.00 | $ 3,306.50 |

**EXHIBIT B**

VIOXX MDL 1657
Total Costs
AS OF September 16, 2009

| | Law Firm | Total per Exhibit "A" | Costs under review or in dispute | Total including Costs under review or in dispute |
|---|---|---|---|---|
| 24 | Carey & Danis | $ 98,725.28 | - | $ 98,725.28 |
| 25 | Charfoos | $ 4,561.00 | | $ 4,561.00 |
| 26 | Childers Buck | $ - | | $ - |
| 27 | Cohen Milstein | $ 5,699.56 | - | $ 5,699.56 |
| 28 | Cohen Placitella | $ 112,452.57 | - | $ 112,452.57 |
| 29 | Cuneo Gilbert | $ 210,843.97 | - | $ 210,843.97 |
| 30 | Daniel E. Becnel, Jr. | $ 143,518.37 | 6,343.71 | $ 149,862.08 |
| 31 | Davis Champ | $ - | | $ - |
| 32 | Decision Quest | $ 1,947,440.14 | | $ 1,947,440.14 |
| 33 | Dugan & Browne | $ 198.10 | | $ 198.10 |
| 34 | Engstrom Lipscomb | $ - | | $ - |
| 35 | Eric H. Weinberg | $ 144,768.90 | 66,131.58 | $ 210,900.48 |
| 36 | Escobedo Tippit | $ 444,938.71 | - | $ 444,938.71 |
| 37 | Fayard & Honeycutt | $ - | - | $ - |
| 38 | Fibich Hampton | $ 80,640.50 | | $ 80,640.50 |
| 39 | Freese & Goss | $ 7,198.39 | 3,040.98 | $ 10,239.37 |
| 40 | Friedman | $ - | | $ - |
| 41 | Gainsburgh Benjamin | $ 370,208.64 | | $ 370,208.64 |
| 42 | Gancedo & Nieves | $ 146,983.76 | - | $ 146,983.76 |
| 43 | Gianni-Petoyan | $ 86,308.50 | | $ 86,308.50 |
| 44 | Girardi & Keese | $ 1,260,020.01 | - | $ 1,260,020.01 |
| 45 | Hagens Berman | $ - | | $ - |
| 46 | Heins Mills | $ 128.91 | | $ 128.91 |
| 47 | Heninger Garrison | $ 269,578.55 | - | $ 269,578.55 |
| 48 | Herman Herman Katz & Cotlar | $ 539,493.75 | - | $ 539,493.75 |
| 49 | Hovde Dassow | $ 217,569.13 | - | $ 217,569.13 |

**EXHIBIT B**

VIOXX MDL 1657
Total Costs
AS OF September 16, 2009

| | Law Firm | | Total per Exhibit "A" | Costs under review or in dispute | Total including Costs under review or in dispute |
|---|---|---|---|---|---|
| 50 | Irpino | $ | 16,937.78 | - | $ 16,937.78 |
| 51 | Jacobs Burns | $ | - | | $ - |
| 52 | John Hornbeck | $ | - | | $ - |
| 53 | Johnson & Perkinson | $ | 8,774.86 | - | $ 8,774.86 |
| 54 | Jones Verras | $ | 1,639.13 | | $ 1,639.13 |
| 55 | Kasowitz Benson | $ | 47,471.72 | | $ 47,471.72 |
| 56 | Keller Rohrback | $ | 1,933.63 | | $ 1,933.63 |
| 57 | Kerpsack | $ | - | | $ - |
| 58 | Kline & Specter | $ | 544,318.33 | - | $ 544,318.33 |
| 59 | Labaton Sucharow | $ | 1,979.33 | 1,435.66 | $ 3,414.99 |
| 60 | Langston | $ | - | 13,652.84 | $ 13,652.84 |
| 61 | Lanier | $ | 8,521,265.35 | | $ 8,521,265.35 |
| 62 | Levin Papantonio | $ | 732,471.47 | - | $ 732,471.47 |
| 63 | Levin Simes | $ | 3,855.42 | | $ 3,855.42 |
| 64 | Levin, Fishbein, Sedran & Berman | $ | 791,435.89 | - | $ 791,435.89 |
| 65 | Lewis & Roberts | $ | 144,458.90 | - | $ 144,458.90 |
| 66 | Lieff Cabraser | $ | 1,363,233.96 | - | $ 1,363,233.96 |
| 67 | Lockridge, Grindal, Nauen, PLLP | $ | 52,452.97 | - | $ 52,452.97 |
| 68 | Locks | $ | 355,301.06 | - | $ 355,301.06 |
| 69 | Lopez, Hodes, Restaino, Milman | $ | 60,571.03 | - | $ 60,571.03 |
| 70 | Lundy & Davis | $ | 19,387.68 | - | $ 19,387.68 |
| 71 | Martin & Jones | $ | 114,842.86 | - | $ 114,842.86 |
| 72 | Matthews & Associates | $ | 962,802.74 | - | $ 962,802.74 |

**EXHIBIT B**

## VIOXX MDL 1657
## Total Costs
## AS OF September 16, 2009

| | Law Firm | Total per Exhibit "A" | Costs under review or in dispute | Total including Costs under review or in dispute |
|---|---|---|---|---|
| 73 | Mithoff | $ 67,703.21 | $ - | $ 67,703.21 |
| 74 | Morelli Ratner | $ 79,398.97 | $ - | $ 79,398.97 |
| 75 | Motley Rice | $ 311,447.25 | $ - | $ 311,447.25 |
| 76 | Murray Law Firm | $ 27,032.58 | $ - | $ 27,032.58 |
| 77 | Neblett, Beard & Arsenault | $ 430,257.15 | $ | $ 430,257.15 |
| 78 | New Jersey Litigation Fund | $ 393,785.50 | $ | $ 500,000.00 |
| 79 | Panish Shea | $ 460,662.64 | $ - | $ 460,662.64 |
| 80 | Price Waicukauski | $ 3,811.97 | $ - | $ 3,811.97 |
| 81 | Provost Umphrey | $ - | $ | $ - |
| 82 | Ranier Gayle | $ 542,768.05 | $ | $ 542,768.05 |
| 83 | Rebecca A. Cunard | $ 17,005.57 | $ | $ 17,005.57 |
| 84 | Richardson Patrick | $ 6,844.33 | $ | $ 6,844.33 |
| 85 | Robert J. DeBry | $ 958.07 | $ | $ 958.07 |
| 86 | Robert M. Becnel | $ 1,275.58 | $ | $ 1,275.58 |
| 87 | Robins Kaplan | $ 48,522.82 | $ - | $ 48,522.82 |
| 88 | Robinson, Calcagnie & Robinson | $ 3,503,013.77 | $ - | $ 3,503,013.77 |
| 89 | RodaNast | $ 5,635.95 | $ - | $ 5,635.95 |
| 90 | Sanders Viener | $ - | $ | $ - |
| 91 | Sanford Pinedo | $ 436,371.36 | $ - | $ 436,371.36 |
| 92 | Seeger Weiss | $ 3,619,310.80 | $ - | $ 3,619,310.80 |
| 93 | Sheller Ludwig | $ 11,691.00 | $ - | $ 11,691.00 |
| 94 | Silverman Fodera | $ 11,323.27 | $ - | $ 11,323.27 |
| 95 | Singleton | $ 10,531.75 | $ - | $ 10,531.75 |
| 96 | Snapka | $ 107,264.03 | $ | $ 107,264.03 |

**EXHIBIT B**

## VIOXX MDL 1657
## Total Costs
## AS OF September 16, 2009

| | Law Firm | Total per Exhibit "A" | Costs under review or in dispute | Total including Costs under review or in dispute |
|---|---|---|---|---|
| 97 | Ted Kanner | $ - | $ | $ - |
| 98 | Terrell Hogan | $ 14,186.93 | $ | $ 14,186.93 |
| 99 | The Brandi Law Firm | $ 340,355.44 | - | $ 340,355.44 |
| 100 | The Gallagher Law Firm | $ - | $ | $ - |
| 101 | The Holman Law Firm | $ - | $ | $ - |
| 102 | The Kaiser Firm | $ - | $ | $ - |
| 103 | The Whitehead Law Firm | $ 11,318.83 | $ | $ 11,318.83 |
| 104 | Ury & Moskow | $ - | $ | $ - |
| 105 | Watts Law Firm | $ 466,196.90 | $ | $ 466,196.90 |
| 106 | Weitz & Luxenberg | $ 907,403.51 | - | $ 907,403.51 |
| 107 | White Meany & Wetherall | $ 41,682.61 | $ | $ 41,682.61 |
| 108 | Williams Kherkher | $ 870,345.22 | $ | $ 870,345.22 |
| 109 | Williamson & Williams | $ 651.33 | - | $ 651.33 |
| 110 | Wold | $ 41.25 | $ | $ 41.25 |
| 111 | Zimmerman Reed | $ 6,200.82 | - | $ 6,200.82 |
| 112 | Zink, Diane K. | $ - | $ | $ - |
| | **All Firms** | $ 40,049,748.16 | $ 91,604.77 | $ 40,247,567.43 |
| | Future Continuing Costs | | $ | $ 2,500,000.00 |
| | Total Accepted Costs and Estimated Future Costs | | $ | $ 42,747,567.43 |