UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

### PRETRIAL ORDER NO. 52

Considering the foregoing unopposed Motion for Appointment of Liaison Counsel for Common Benefit Fee Application Objectors (Rec. Doc. 24216) and finding that the motion is well-taken and timely:

IT IS ORDERED that the motion is GRANTED and the Michael A. Stratton, 56 Elm Street, New Haven, CT, 06510 is hereby designated Liaison Counsel for Common Benefit Fee Application Objectors.

IT IS FURTHER ORDERED that, within 7 days, the newly appointed liaison counsel shall meet and confer with Plaintiffs' Liaison Counsel, Russ Herman, to discuss an appropriate discovery schedule for the common benefit fee issue, as well as the scope of discovery and any other relevant issues. Thereafter, the parties are directed to contact the Court and a status conference will be convened.

New Orleans, Louisiana, this 30th day of September, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE