## Exhibit A
## (Third Motion to Dismiss NSPC Claimants)

|  | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number | Status |
|---|---|---|---|---|---|---|---|---|
| 1. | 1113975 | Harrill & Sutter, PLLC | Hendrix, Dennis C. | Missing stipulation | | Dennis Hendrix v. Merck et al. | 2:05-cv-01728 | NSPC |
| 2. | 1113996 | Law Office of Edward O. Fitzhugh | Naas, Oralia | Missing stipulation | Richard Naas | Oralia Naas et al. v. Merck | 2:06-cv-10091 | |
| 3. | 1098539 | Pro Se | Bryant, Rosetta | Missing stipulation | | Rosetta Bryant v. Merck | 2:05-cv-05332 | NSPC |
| 4. | 1108632 | Pro Se | Clark, Russell Clayton | Missing stipulation | | Russell Clayton Clark v. Merck et al. | 2:06-cv-09430 | NSPC |
| 5. | 1113217 | Pro Se | Martin, Richard | Missing stipulation | | Richard Martin v. Merck | 2:05-cv-06011 | NSPC |
| 6. | 1093279 | Pro Se | Mosley-Shertzer, Gretonda | Missing stipulation | | Johnny Allen et al. v. Merck | 2:06-cv-06601 | NSPC |
| 7. | 1122405 | Pro Se | Perkins, Lucille | S-1, S-2, S-3, S-99 | | Caffie Aaron et al. v. Merck | 2:07-cv-08076 | |
| 8. | 1113250 | Pro Se | Pickett, Dell W. | S-1, S-2, S-3, S-99 | Doris Neal | Dell Pickett et al. v. Merck | 2:05-cv-04087 | |
| 9. | 1056202 | Pro Se | Sarles, Blake Dave | Missing stipulation | F. Colleene Bradshaw-Sarles | Blake Dave Sarles, Jr. et al. v. Merck | 2:06-cv-03122 | |
| 10. | 1113254 | Pro Se | Smith, Jewel D. | Missing stipulation | | Jewel Smith v. Merck | 2:05-cv-06579 | |
| 11. | 1058868 | Pro Se | Styka, Edward Joseph | Missing stipulation | | Edward Styka v. Merck | 2:05-cv-03538 | |