IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2009 OCT -1 PM 2: 57
LORETTA G. WHYTE
CLERK

In re:

Vioxx Products Liability Litigation

MDL Docket No.: 1657

Section L

Judge Fallon

Magistrate Judge Knowles

This document relates to:

*Patterson v. Merck & Co., Inc.*
Case No.: 2006cv08319

## MOTION FOR SUBSTITUTION OF COUNSEL

COME NOW, Robert D. Erben of Moriarty Leyendecker PC and Megan M. Hottman of Moriarty Leyendecker PC, and hereby stipulate to the withdrawal of Robert D. Erben and the substitution and entry of appearance of Megan M. Hottman as counsel for Plaintiffs Bonnie Patterson, Matthew Patterson, and James Patterson.

Respectfully submitted this 24th day of September 2009.

s/ Robert D. Erben
Robert D. Erben
MORIARTY LEYENDECKER PC
1123 Spruce Street, Suite 200
Boulder, CO 80302
(303) 495-2658 Tel / (713) 528-1390 Fax
*Attorney for Plaintiffs*

s/ Megan M. Hottman
Megan M. Hottman
MORIARTY LEYENDECKER PC
1123 Spruce Street, Suite 200
Boulder, CO 80302
(303) 495-2658 Tel / (713) 528-1390 Fax
*Attorney for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify on September 24, 2009 that a true and correct copy of the above and foregoing **MOTION FOR SUBSTITUTION OF COUNSEL** was filed by first class mail and/or facsimile with the Court and served by first class mail to the following named persons:

| | |
|---|---|
| John N. Poulos, Esq.<br>Hughes Hubbard & Reed, LLP<br>101 Hudson Street, Suite 3601<br>Jersey City, NJ 07302-3910 | *Out-of-State Attorney for Defendant* |
| Andrew H. Myers, Esq.<br>Wheeler, Trigg, Kennedy LLP<br>1801 California Street, Suite 3600<br>Denver, CO 80202 | *Resident Attorney for Defendant* |
| Phillip A. Wittman, Esq.<br>Stone Pigman Walther Wittman, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | *Defendant's Liason Counsel* |
| Russ M. Herman, Esq.<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | *Plaintiff's Liason Counsel* |

/s/ Christina J. Kim
Christina J. Kim
MORIARTY LEYENDECKER PC

2