IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re: | MDL Docket No.: 1657 |
|---|---|
|  | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
|  | Magistrate Judge Knowles |

This document relates to:

*Patterson v. Merck & Co., Inc.*
Case No.: 2006cv08319

## ORDER RE: MOTION FOR SUBSTITUTION OF COUNSEL

This Court, having considered the Motion for Substitution of Counsel filed by Robert D. Erben and Megan M. Hottman, hereby ORDERS that:

The motion to withdraw Robert D. Erben and the substitution and entry of appearance of Megan M. Hottman, as attorney for Plaintiffs Bonnie Patterson, Matthew Patterson and James Patterson, is GRANTED.

IT IS SO ORDERED.

DATED this _____ day of _____, 2007.

_____
United States District Judge