UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : |  |
|  | : | MDL NO. 1657 |
| IN RE:  VIOXX® | : |  |
|       PRODUCTS LIABILITY LITIGATION | : | SECTION "L" |
|  | : |  |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
|  | : | DOCKET NO. |
| Helen Atemborski v. Merk & Co. | : | 05-4825 |

ORDER TO FILE
DOCUMENTS UNDER SEAL

Considering Plaintiff's Motion to File Documents Under Seal, it is hereby ORDERED that Plaintiffs Petition Respecting Distribution of Special Master's Award and their Affidavit of Counsel for Claimant Respecting Distribution of Special Master's Award and attached exhibits be filed under seal.

New Orleans, Louisiana, this 1st day of October, 2009.

_____

Honorable Eldon E. Fallon