UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

**Loretta G. Whyte**
**Clerk**

500 Poydras St., Room C-151
New Orleans, LA 70130

September 8, 2009

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

APPEAL NO. _____
09-30927

IN RE: Vioxx Products Liability Litigation    MD 05-1657 L

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

- _x_ 1) Certified copy of the notice of appeal and docket entries.
- ___ 2) Certified copy of notice of a cross-appeal and docket entries.
- _x_ 3) The Court of Appeals docket fee ___ HAS _x_ HAS NOT been paid.
- ___ 4) This case is proceeding in forma pauperis
- ___ 5) Order Appointing Counsel ___ CJA-20 ___ FPD
- _x_ 6) District Judge entering the final judgment is Eldon E Fallon
- _x_ 7) Court Reporter assigned to the case David Zarek, Karen Ibos, Toni Tusa, Cathy Pepper, Pinky Ferdinand, Jodi Simcox
- ___ 8) If criminal case, number and names of other defendants on appeal ____
- ___ 9) This case was decided without a hearing; there will be no transcript.
- ___ 10) Spears hearing held.

In connection with this record, the following documents are transmitted.

- ___ 1) Electronic record on appeal consisting of:

    ___ Volume(s) of record   ___ Volume(s) transcript

    ___ Volume(s) of depositions

    ___ Container(s) of exhibits ___ Box ___ Envelope ___ Folder

- ___ 2) Supplemental record, including updated _____
- ___ 3) SEALED Doc. _____
- ___ 4) Other: _____

Very truly yours,

By___Alicia Phelps___
Deputy Clerk