UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *See Attached List* | * | |
| | * | |

*************************************************************************

### ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 29th day of October, 2009, at 9:00 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 16th day of October, 2009.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 27th day of October, 2009.

NEW ORLEANS, LOUISIANA, this 30th day of    September   , 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

| Exhibit A - No PTO 29 Discovery Materials | | | |
|---|---|---|---|
| **Counsel** | **Pertaining to:** | **Case Name** | **Docket Number** |
| Limberopoulos Law | Gifford, Joan D | Gifford, Joan D v. Merck & Co., Inc. | 2:08-cv-03962-EEF-DEK |

| Exhibit B - No Expert Report, Some PTO 29 Discovery Materials | | | |
|---|---|---|---|
| **Counsel** | **Pertaining to:** | **Case Name** | **Docket Number** |
| Sanford Knott and Associates PA | Bass, Josephine | Bass, Josephine v. Merck & Co., Inc. | 2:09-cv-03291-EEF-DEK |
| Joseph H. Watson Law | Hardy, William J | Hardy, William J v. Merck & Co., Inc. | 2:08-cv-01403-EEF-DEK |