UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached List* | * | KNOWLES |
| | * | |

**************************************************************************

### ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 29th day of October, 2009 at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases listed on Exhibit A to the Third Motion dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 16th day of October, 2009.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 27th day of October, 2009.

NEW ORLEANS, LOUISIANA, this 30th day of September, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

**Exhibit A**
*Third Motion*

|  | Plaintiff | Short Caption | Docket Number | Pharm. Records | Medical Records | Affidavit of Completeness | Other Deficiency |
|---|---|---|---|---|---|---|---|
| 1. | David Agard | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | None | Partial | None | |
| 2. | Scott Berthel | Gates, Robert D. v. Merck | 2:05-cv-06221-EEF-DEK | None | One provider | None | |
| 3. | Richard Core | Core, Richard F. v. Merck & Co., Inc. | 2:05-02583-EEF-DEK | None | Partial | None | |
| 4. | Marjorie Curtis | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | None | 4 pages | None | |
| 5. | James Demoski | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | None | Two providers | None | Amended & Supplemental PPF |
| 6. | Kristine Hia | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | None | Partial | None | |
| 7. | Maurice Hoyt | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-2708 | None | 1 page | None | |
| 8. | Mary Kurtz | Mary Kurtz v. Merck & Co., Inc. | 2:06-cv-05779-EEF-DEK | None | None | None | |
| 9. | Timothy Mack | Dier, Glenn L. v. Merck & Co., Inc. | 2:05-cv-01088-EEF-DEK | None | Partial | None | Amended & Supplemental PPF |

| 10. | Ann Mannino | Holobosky, Rosemary v. Merck & Co., Inc. | 2:05-cv-01091-EEF-DEK | None | None | None | Amended & Supplemental PPF |
| 11. | Viola Santacrose | Aljibory Adnan v. Merck & Co. Inc. | 2:05-cv-01090-EEF-DEK | None | Partial (all bills, no medical records) | None | |
| 12. | Frank Spencer | Dufresne, Lori v. Merck & Co., Inc. | 2:08-cv-3220-EEF-DEK | None | None | None | PPF or Amended & Supplemental PPF; Statement of Allegation regarding death |

2