UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *See Attached Exhibit A* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER TO SHOW CAUSE WHY CASES
SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 29th day of October, 2009 at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 16th day of October, 2009.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 27th day of October, 2009.

NEW ORLEANS, LOUISIANA, this 1st day of October, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

993560v.1

**Exhibit A**

*PTO 28 Material Non-Compliance No. 2*

|  | **Plaintiff** | **Plaintiff's Counsel** | **Case Caption** | **Case Number** |
|---|---|---|---|---|
| 1. | Amiss, Louise H | Cellino & Barnes, P.C. | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 2. | Barrett, Jacqueline | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 3. | Barrett, Janet F | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 4. | Donahue, James J | Cellino & Barnes, P.C. | Donahue, James J. v. Merck & Co., Inc. | 2:06-cv-01206-EEF-DEK |
| 5. | Johnson, Esther M | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 6. | Marble, Judy A | Cellino & Barnes, P.C. | Czekalski, Cindy v. Merck & Co., Inc. | 2:06-cv-01207-EEF-DEK |
| 7. | Miller, Charlene | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 8. | Webb, Kathleen | Cellino & Barnes, P.C. | Carr, Marie v. Merck & Co., Inc. | 2:06-cv-03612-EEF-DEK |
| 9. | Carter, James A | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 10. | Mietlowski, Alan D | Cellino & Barnes, P.C. | Coles, Patti v. Merck & Co., Inc. | 2:07-cv-02936-EEF-DEK |
| 11. | Miskho, Brian W | Cellino & Barnes, P.C. | Miskho, Brian v. Merck & Co., Inc. | 2:06-cv-01159-EEF-DEK |
| 12. | Plambeck, Richard G | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 13. | Reilly, James A | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 14. | Robinson, Deborah | Cellino & Barnes, P.C. | Czekalski, Cindy v. Merck & Co., Inc. | 2:06-cv-01207-EEF-DEK |
| 15. | Sackett, Marlo R | Cellino & Barnes, P.C. | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| 16. | Mertz, Charles R | Cellino & Barnes, P.C. | Monte, John v. Merck & Co., Inc. | 2:06-cv-01167-EEF-DEK |
| 17. | Walker, Renee | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 18. | Werner-Vecellio, Paula R | Cellino & Barnes, P.C. | Werner Vecellio, Paula v. Merck & Co., Inc. | 2:06-cv-03900-EEF-DEK |