| | | |
|---|---|---|
| MAMIE CHISM, Deceased, By and Through, MARGARET BAILEY, et al., | ) ) ) | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case Code No: 1657 Docket No: 2:07-cv-09604-EEF-DEK |
| MERCK & CO., INC., | ) ) | MOTION TO OPT-OUT OF SETTLEMENT PROGRAM AND LIFT STAY, OR, IN THE ALTERNATIVE, MOTION REQUESTING ACCEPTANCE OF MEDICAL DOCUMENTATION AS TIMELY SUBMITTED |
| Defendant. | ) ) ) | |

**ORAL ARGUMENT REQUESTED**

COMES NOW, Claimant, **Mamie Chism, Deceased, by and through, Margaret Bailey**, hereinafter referred to as "Claimant", by and through her attorney of record, Jason L. Shelton, and files this her Motion to Opt-Out of Settlement Program and Lift Stay, or, In the Alternative, Motion Requesting Acceptance of Medical Documentation as Timely Submitted, and in support thereof would show the following facts to wit:

1.

That the claimant previously filed suit against the above named Defendant and said suit was removed and transferred to the Vioxx MDL in this Honorable Court.

2.

That the claimant was enrolled in the settlement program administered BrownGreer, PLC, but that a claims package was not submitted on behalf of said Claimant in a timely manner,

pursuant to the rules of the settlement program.

3.

That it was in good faith believed, at the time, that the Claimant would not qualify for funding under the settlement program because of a question of usage of Vioxx, but, it has since been determined that claimant would qualify under the settlement because she has adequate proof of usage and died of a sudden myocardial infarction (heart attack).

4.

That the deadline to submit a claims package and other necessary documentation, however, has elapsed and the Claimant's only recourse is to proceed with her originally filed lawsuit which is still pending in this Honorable Court.

5.

That a Request for Relief from Deadline and completed Claims Package is being submitted to BrownGreer, PLC at this time, but it is unknown whether said relief will be granted and it is herein assumed that said request will be denied.

6.

That the Claimant suffered injury as a result of the usage of Vioxx and will be without remedy or recourse if not allowed to proceed with her pending lawsuit in this Honorable Court.

7.

That it is within the discretion of this Honorable Court to allow the Claimant to opt-out of the settlement agreement and/or order that the claims materials be accepted as timely within the settlement program and it is respectfully requested that this Honorable Court exercise said discretion in favor of the claimant so that the interest of justice may be served.

WHEREFORE, PREMISES CONSIDERED, Claimant has been able to locate records which would support her claim in the Settlement Program and said Claimant, in conjunction with Claimant's counsel, would respectfully request that she be allowed to Opt-Out of the Settlement Program and Lift Stay. In the alternative, Claimant requests that her medical documentation be accepted as timely submitted. Claimant prays this Motion be well taken and would respectfully show that said Motion is not being filed to hinder or delay any action(s) pending with this Honorable Court but only to ensure that justice may be served. Claimant prays any other relief, either general or specific, to which she may be entitled.

Respectfully submitted this the 4th day of October, 2009.

                        MAMIE CHISM, Deceased, By and
                        Through, MARGARET BAILEY, Claimant

BY:     /s/   Jason L. Shelton
           JASON L. SHELTON, Attorney for Claimant
           Mississippi Bar No: 99676

OF COUNSEL:

SHELTON & ASSOCIATES, P.A.
218 NORTH SPRING STREET
POST OFFICE BOX 1362
TUPELO, MISSISSIPPI 38802
(662) 842-5051/ TELEPHONE
(662) 841-1941/ FACSIMILE

## CERTIFICATE OF SERVICE

This is to certify that notice of filing has been sent to all counsel of record via electronically through this Honorable Court's ECF filing system.

This, the 4th day of October, 2009.

                                                               /s/   Jason L. Shelton