# IN THE CHANCERY COURT OF UNION COUNTY, MISSISSIPPI

IN THE MATTER OF THE ESTATE OF:
MAMIE KATHERINE CHISM                NO. CV2009-00399

## PETITION FOR PROBATE OF ESTATE OF MAMIE KATHERINE CHISM AND APPOINTMENT OF ADMINISTRATOR

COMES NOW, Margaret Bailey, Petitioner, by and through her attorney and files this her Petition for Probate of the Estate of Mamie Katherine Chism and Appointment of Administrator, and in support thereof would show unto the Court the following, to-wit:

1.

Mamie Katherine Chism died intestate in Union County, Mississippi on the 14th day of December, 2003, at the time of her death the decedent owned real property and had a fixed place of residence and being a resident of Union County, Mississippi.

2.

Petitioner is an adult resident citizen of Union County, Mississippi, and is the niece of the decedent. At the time of her death, the decedent had the following heirs: Elaine Hill; Sister and Ben Potter; Brother

3.

The Petitioner is of sound and disposing mind and is not a convicted felon, and therefore the fit and proper person to be appointed as Administrator of the Estate of Mamie Katherine Chism, deceased, and be authorized to serve without the necessity of posting a bond or of providing an inventory or accounting to the Court.

4.

FILED THIS THE 2 DAY OF October 2009 at 2 o'clock ___m
ANNETTE HICKEY, CHANCERY CLERK
By _____ D.C.

Dated: 10/2/09 at 1:30 pm
_____

The Petitioner is requesting that the Court grant this her Petition appointing her as administrator of the Estate and to also give her the authority to institute suit if necessary, and/or to settle and negotiate the same.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that this petition be received and filed and that upon a hearing the Court grant the following relief:

1. That Petitioner Margaret Bailey be appointed the administrator of the Estate of Mamie Katherine Chism;

2. That no bond be ordered in probating the Estate of Mamie Katherine Chism;

3. That the Court direct that Letters of Administration be issued to the Petitioner, upon her taking the oath prescribed by law;

4. That the Court grant the Administrator the authority to institute suit if necessary, and/or to settle and negotiate the same.

Petitioner prays for general relief.

Respectfully submitted, this the ___ day of ___Oct___, 2009.

_____
JASON L. SHELTON, MBN 99676

Of Counsel:
SHELTON & ASSOCIATES, P.A.
218 NORTH SPRING STREET
POST OFFICE BOX 1362
TUPELO, MISSISSIPPI 38802-1362
(662) 842-5051/ TELEPHONE
(662) 841-1941/ FACSIMILE

STATE OF MISSISSIPPI
COUNTY OF Lafayette

PERSONALLY APPEARED BEFORE ME, the undersigned authority, within and for the aforesaid county and state, the within named, MARGARET BAILEY, who being first by me duly sworn on her oath, states that the statements in the above and foregoing *Petition for Probate of Estate of Mamie Katherine Chism and Appointment of Administrator* are true and correct as therein stated, and those things stated on information and belief, she verily believed to be true.

_Margaret Bailey_
MARGARET BAILEY

SWORN TO AND SUBSCRIBED BEFORE ME, this the 2nd day of October, 2009.

_Amanda A. Jadol_
NOTARY PUBLIC

My Commission Expires:
MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES APRIL 4, 2011
THRU STEGALL NOTARY SERVICE

## IN THE CHANCERY COURT OF UNION COUNTY, MISSISSIPPI

IN THE MATTER OF THE ESTATE OF:
MAMIE KATHERINE CHISM

NO. YC2009-000399

### ORDER AUTHORIZING APPOINTMENT OF ADMINISTRATOR AND ISSUANCE OF LETTERS OF ADMINISTRATION

THIS CAUSE came on this day to be heard on Petition of Margaret Bailey, by and through her counsel, praying that this Court authorize the appointment of administrator and issuance of Letters of Administration upon the estate of Mamie Katherine Chism, deceased, and the Court having fully heard and considered the same and being fully advised in the premises finds as fact the following:

I.

Petitioner, Margaret Bailey, is a competent adult resident citizen of Union County, Mississippi, and is the neice of the decedent.

II.

On the 14th day of December, 2003, Mamie Katherine Chism, departed this life in the City of Dumas, Union County, Mississippi. At the time of her death, said decedent maintained a fixed place of residence in Union County, Mississippi.

III.

On the date of death, the decedent left surviving the following heirs:

Elaine Hill; Sister and Ben Potter; Brother

IV.

The decedent died without leaving a will, so far as your Petitioner knows.

V.

The estate should be promptly administered to inure that the rights of the heir of the

FILED THIS THE 2 DAY OF
Oct 2009 at 2 o'clock P m
ANNETTE HICKEY, CHANCERY CLERK
BY _____ D.C.

decedent are protected by virtue of the laws of the State of Mississippi.

VI.

The Petitioner, Margaret Bailey, is over the age of eighteen years, of sound mind, and has not been convicted of a felony, and therefore the fit and proper person to be appointed as Administratrix of the Estate of Mamie Katherine Chism, deceased, and be authorized to serve without the necessity of posting a bond or of providing an inventory or accounting to the Court.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that letters of Administration be issued to Margaret Bailey upon her taking the oath prescribed by law; that bond be temporarily waived [until further order], and that an inventory and appraisal of the assets of the estate be dispensed with as unnecessary unless the need therefore should later arise and be ordered by this Court.

SO ORDERED, ADJUDGED, AND DECREED this the ___2___ day of ___October___, 2009.

_____
CHANCELLOR

Presented By:
JASON L. SHELTON
SHELTON & ASSOCIATES, P.A.
218 NORTH SPRING STREET
POST OFFICE BOX 1362
TUPELO, MISSISSIPPI 38802-1362
(662) 842-5051/ TELEPHONE
(662) 841-1941/ FACSIMLE

IN THE CHANCERY COURT OF UNION COUNTY, MISSISSIPPI

IN THE MATTER OF THE ESTATE OF:
MAMIE KATHERINE CHISM, DECEASED        CAUSE NO. YC2009-000399

## LETTERS OF ADMINISTRATION

STATE OF MISSISSIPPI

COUNTY OF UNION

   Whereas Mamie Katherine Chism, late of said Union county, died intestate, as I was informed, having whilst she lived, and at the time of her death, divers goods, chattels and credits within the state; and I, desiring that the said goods, chattels and credits may be well and truly administered, do hereby grant unto MARGARET BAILEY full power to administer the said goods, chattels and credits of the said decedent; to ask, levy, recover and receive the same, and pay the debts in which the deceased stood bound, so far as his effects will extend, according to the rate and order of the law; to make a true and perfect inventory or inventories of all the said goods, chattels and credits, which shall come to my hands, possession or knowledge, or into the hands and possession of any other person, or persons for them to return into our said court, at or before the expiration of sixty days from the date hereof, such inventory or inventories; to make in our said court, when required, a just and true account or accounts of their acting and proceedings therein; and in all things according to law, to exert the rights and perform the duties of the trust hereby conferred.

   IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court.

   ISSUED this the 2 day of Oct, 2009.

Witness my Hand and Seal of Court, this 2 day of October, 2009.

Annette M Hickey
~~Tom Cooper,~~
UNION COUNTY CHANCERY CLERK

By Chusy Shane D.C.

FILED THIS THE 2 DAY OF
Oct 2009 at 2 o'clock P m
ANNETTE HICKEY, CHANCERY CLERK
By ly Shane D.C.