| | |
|---|---|
| CHARLES BANKS, et al ) | |
| ) | IN THE UNITED STATES |
| ) | DISTRICT COURT FOR THE |
| Plaintiff, ) | EASTERN DISTRICT OF |
| ) | LOUISIANA |
| ) | |
| v. ) | Case Code No: 1657 |
| ) | Docket No: 2:07-cv-09587-EEF-DEK |
| MERCK & CO., INC., ) | |
| ) | **MOTION TO OPT-OUT OF** |
| | **SETTLEMENT PROGRAM AND LIFT** |
| | **STAY, OR, IN THE ALTERNATIVE,** |
| | **MOTION REQUESTING** |
| | **ACCEPTANCE OF MEDICAL** |
| | **DOCUMENTATION AS TIMELY** |
| | **SUBMITTED** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**ORAL ARGUMENT REQUESTED**

COMES NOW, Claimant, **Nelle Williams**, hereinafter referred to as "Claimant", by and through her attorney of record, Jason L. Shelton, and files this her Motion to Opt-Out of Settlement Program and Lift Stay, or, In the Alternative, Motion Requesting Acceptance of Medical Documentation as Timely Submitted, and in support thereof would show the following to-wit:

1.

That the claimant previously filed suit against the above named Defendant and said suit was removed and transferred to the Vioxx MDL in this Honorable Court.

2.

That the claimant was enrolled in the settlement program administered by BrownGreer, PLC, but that a claims package was not submitted on behalf of said Claimant in a timely manner, pursuant to the rules of the settlement program.

3.

That it was in good faith believed, at the time, that the Claimant would not qualify for funding under the settlement program because of a question of eligibility, but, it has since been determined that claimant would qualify under the settlement because she has adequate proof of usage and suffered from an ischemic stroke.

4.

That the deadline to submit a claims package and other necessary documentation, however, has elapsed and the Claimant's only recourse is to proceed with her originally filed lawsuit which is still pending in this Honorable Court.

5.

That a Request for Relief from Deadline and completed Claims Package is being submitted to BrownGreer, PLC at this time, but it is unknown whether said relief will be granted and it is herein assumed that said request will be denied.

6.

That the Claimant suffered injury as a result of the usage of Vioxx and will be without remedy or recourse if not allowed to proceed with her pending lawsuit in this Honorable Court.

7.

That it is within the discretion of this Honorable Court to allow the Claimant to opt-out of the settlement agreement and/or order that the claims materials be accepted as timely within the

settlement program and it is respectfully requested that this Honorable Court exercise said discretion in favor of the claimant so that the interest of justice may be served.

WHEREFORE, PREMISES CONSIDERED, Claimant has been able to locate medical records which would potentially support her claim in the Settlement Program and said Claimant, in conjunction with Claimant's counsel, would respectfully request that this Honorable Court grant her Motion to Opt-Out of Settlement Program and Lift Stay.  In the alternative, Claimant respectfully requests that her medical documentation be accepted as timely submitted.  Claimant prays this Motion be well taken and would respectfully show that said Motion is not being filed to hinder or delay any action(s) pending with this Honorable Court but only to ensure that justice is properly served.  Claimant prays for any other relief, either general or specific, to which she may be entitled.

Respectfully submitted this the 4th day of October, 2009.

NELLE WILLIAMS, Claimant

BY:     /s/    Jason L. Shelton
        JASON L. SHELTON, Attorney for Claimant
        Mississippi Bar No: 99676

OF COUNSEL:

SHELTON & ASSOCIATES, P.A.
218 NORTH SPRING STREET
POST OFFICE BOX 1362
TUPELO, MISSISSIPPI 38802
(662) 842-5051/ TELEPHONE
(662) 841-1941/ FACSIMILE

**CERTIFICATE OF SERVICE**

This is to certify that notice of filing has been sent to all counsel of record via electronically through this Honorable Court's ECF filing system.

This, the 4th day of October, 2009.

                                            /s/    Jason L. Shelton