UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to ALL CASES | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**MOTION FOR ORDER REQUIRING PAYMENT OF COMMON BENEFIT FEES BY PLANS PARTICIPATING IN THE PRIVATE LIEN RESOLUTION PROGRAM**

Negotiating Third Party Payor Counsel, on behalf of itself and counsel who participated in the crafting of the Private Lien Resolution Program, respectfully moves this Court for entry of an Order requiring payment into a common benefit fund of 10% of the gross recovery by any plan participating in the Private Lien Resolution Program as specified and for the reasons outlined in the accompanying memorandum of law and affidavit.

Dated: October 5, 2009

Respectfully submitted,

_____
Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: 617-482-3700

*In his capacity as*
*Negotiating Third Party Payor Counsel*