# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| This document relates to: | * * | SECTION L |
| Margaret R. Lucero, et al. v. Merck & Co., Inc. | * * * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| Only with regard to: George Harvey, Jr. | * * * * | |
| Docket No. 2:07-cv-04043 | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff George Harvey, Jr. in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 1st day of October, 2009.

_____
DISTRICT JUDGE