UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| *Lucille Harris, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc, et al..* | * * | MAGISTRATE JUDGE KNOWLES |
| **Only with regard to:** **Pamela Wiggins** | * * * * | |
| *Docket No. 2:06-cv-01195* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Pamela Wiggins in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 5th day of ____October____, 2009.

_____
DISTRICT JUDGE