UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Willard Allanson, et al.* | * | JUDGE FALLON |
| v. | * | |
| *Merck & Co., Inc, et al..* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| **Only with regard to:** | * | |
| ***Edward Welton and Mary L. Welton*** | * | |
| | * | |
| | * | |
| *Docket No. 2:06-cv-02213* | * | |

*************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Edward Welton and Mary L. Welton in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  5th  day of ___October___, 2009.

_____
DISTRICT JUDGE