2-19-91

# My Will

I Ruben T. Perez SR. being of sound mind And Health Here by leave my house And lot To Ruben T. Perez JR.

I Ruben T. Perez SR. leave All monies From Insurance Policies, Retirement or Any Cash coming to me To my three children, To be divided in equal Amounts. Ruben T. Perez JR., Felicia Perez, Melissa Ann Perez.

I Ruben T. Perez SR. Leave All Land That I have Inhereted or will Inheret To be divided in equal Amounts to my three children Ruben T. Perez JR., Felicia Perez And Melissa Ann Perez.

It is my will and Intention that my children Spend the least Amount of Money For my burial And No Pain or Suffering should be Felt Towards my death.

*Ruben T. Perez*