No. 2822

| IN THE ESTATE OF | § | IN THE COUNTY COURT |
| --- | --- | --- |
| | § | |
| RUBEN T. PEREZ, SR., | § | OF |
| | § | |
| DECEASED | § | DUVAL COUNTY, TEXAS |

### ORDER PROBATING WILL, GRANTING INDEPENDENT ADMINISTRATION AND AUTHORIZING LETTERS OF ADMINISTRATION PURSUANT TO SECTION 145(d) OF THE TEXAS PROBATE CODE

On this day came on to be heard the Application filed herein by Ruben T. Perez, Jr., for the probate of the Will of Ruben T. Perez, Sr., hereinafter called Decedent, and for an independent administration pursuant to Section 145(d) of the Texas Probate Code, and for the issuance of Letters of Administration.

The Court, after having heard and considered the evidence, finds that legal notices of the filing of said Application have been issued and posted in the manner and for the length of time required by law; and it further appearing that said Will was executed on February 19, 1991 with the formalities and solemnities and under the circumstances required by law to make it a valid Will, was not self-proved, but it was proved from the sworn testimony in open court of two persons familiar with the signature of Decedent; that on the date said will was made Decedent had attained the age of eighteen (18) years and was of sound mind; that such Will has not been revoked by Decedent; that Decedent died at Duval County, Texas on November 14, 2002; that this Court has jurisdiction and venue over the estate because Decedent was domiciled in Texas and had a fixed place of residence in Duval County, Texas at the time of his death; that four years have not elapsed since the death of Decedent or prior to the said Application; that no state, governmental agency of the state, nor charitable organization is named by the Will as a devisee; that Decedent's will failed to name an Executor; and although the Will fails to provide for an independent administration, the distributees have agreed on the advisability of having an independent administration; that a necessity exists for the administration of this estate; that it is advisable and in the best interests of

the estate of the Decedent that Ruben T. Perez, Jr. be appointed to serve as independent Administrator under the provisions of Section 145(d) of the Texas Probate Code, and that no other action should be had in this Court in relation to the settlement of the Decedent's estate than the return of an inventory, appraisement and list of claims of such estate, and that Ruben T. Perez, Jr. would not be disqualified by law from serving as such or from accepting Letters of Administration.

**IT IS THEREFORE ORDERED AND DECREED** by the Court that said Will is hereby proved and established and admitted to probate and recorded as the **LAST WILL AND TESTAMENT** of Ruben T. Perez, Sr., Deceased, that an independent administration of the Estate of Ruben T. Perez, Sr. is granted and that Ruben T. Perez, Jr. be, and is hereby appointed Independent Administrator of said Will and Estate without bond. set at $20,000.00

**IT IS FURTHER ORDERED** by the Court that Letters of Administration upon the Will and Estate of Ruben T. Perez, Sr., Deceased, be and the same are hereby granted, that the Clerk shall issue said Letters of Administration to Ruben T. Perez, Jr., as Independent Administrator, when qualified according to law, and that no other action shall be had in this Court other than the return of an Inventory, Appraisement and List of Claims as required by law. Appraisers are waived.

**SIGNED** on July 24, 2003.

_____
**JUDGE PRESIDING**

FILED FOR RECORD
2003 JUL 24 PM 3: 13
OSCAR GARCIA, JR.
COUNTY CLERK DUVAL COUNTY
BY: _____ DEPUTY

2