No. 2822

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE COUNTY COURT |
| | § | |
| RUBEN T. PEREZ, SR., | § | OF |
| | § | |
| DECEASED | § | DUVAL COUNTY, TEXAS |

## RENUNCIATION AND DISCLAIMER

I, MARY DE LA GARZA, do hereby renounce and disclaim any and all interest in any property of whatever kind or nature and wherever situated, which I may be entitled to receive from the Estate of RUBEN T. PEREZ, SR., Deceased.

I specifically renounce and disclaim any homestead rights I may have in and to the following described property:

> Those certain 273.92 acres of land, more or less, being Fifty (50) acres out of Pedro Garcia Homestead Survey No. 22, Abstract No. 233; Fifty-nine and 22/100 (59.22) acres out of J.G. Garcia Homestead Survey No. 7, Abstract No. 234; One Hundred twenty-five and 30/100 (135.30) acres out of Marcus Lamb Survey No. 7, Abstract 341; and Thirty-nine and 40/100 (39.40) acres out of J. Poitevent Survey No. 1, Abstract No. 466. Said two hundred seventy-three and 92/100 (273.92) acres being known as Share No. 2 set aside to Maria R. Benavides in Commissioner's Report of Partition and Decree of Partition in Cause No. 3792, styled Oscar Gonzalez, et al, in the District Court of Duval County, Texas, and said 273.92 acres being more particularly described by metes and bounds in Deed from Jose M. Benavides and wife, Maria R. Benavides to Tomas B. Perez, dated August 10, 1957, recorded in Book 98, Pages 534-536, Deed Records of Duval County, Texas, as follows:

> BEGINNING at a rock set in the ground in lane and near corner of fence (2 feet) the extreme East corner of the Marcus Lamb original Homestead Survey No. 7;
> THENCE S. 50 W. with at 630 vs. passed the East corner of rock of the Cohn Farm Lot No. 14, at 1424.5 vs. to the South corner of said Farm Lot 14;
> THENCE N. 40 W. with the southwest boundary line of said Farm

Lot 954.7 vs. to a stake in said line, a corner of Share No. 1 of the above described partition;

THENCE S. 40 E, with the line of said Share No. 1, 113 vs. to a corner of Share No. 1;

THENCE N. 50 E. with the line of Share No. 1, 466 vs. to a corner of said Share No. 1;

THENCE S. 40 E. 477 vs. to a corner of Share No. 1 in the line dividing the Rosales Homestead designation from the encumbered lands;

THENCE N. 50 E. with said line, 239 vs. to a stake a corner of Share No. 1;

THENCE S. 40 E. 577 vs. to a corner of Share No. 1;

THENCE N. 66.45 E. 120 vs. to a corner of Share No. 1;

THENCE N. 36 E. 307 vs. to a large mesquite tree serving as corner post of fence, a corner of Share No. 1;

THENCE N. 52.30 E. 21 vs. to a pointed post, a corner of Share No. 1;

THENCE S. 40 E. 631.4 vs. to a stake in the S.E. boundary line of the J. A. Garcia original Homestead Survey No. 7, a corner of Share No. 1;

THENCE S. 50 W. 434.2 vs. to the original South of said Homestead Survey No. 7;

THENCE N. 40 W. with the S.W. boundary line of said Homestead Survey No. 7, to the place of beginning at 840 varas.

The above described lands are subject to the conveyance by Tomas B. Perez and wife, Felicitas C. Perez of 9.62 acres of land to Jose E. Marquez and wife, Elpidia Marquez in a Deed which is recorded in Volume 187, Pages 132-134, Deed Records of Duval County, Texas, reference herein made to said Deed for all pertinent purposes. Such property herein conveyed which was initially 273.92 acres also being subject to a conveyance by and additional Deed of One (1.0) acre of land which is out of a 15 acre tract out of the said 273.92 acres of land which was conveyed by Tomas B. Perez and wife, Felicitas C. Perez unto Jose E. Marquez and wife, Elpidia Marquez and subsequently conveyed by them to the Veterans Land Board of Texas by Deed dated July 2, 1982, and such land being further subject to deed to Duval County and also subject to Right-of-Way from Tomas B. Perez to Duval County, dated May 24, 1963, recorded in Volume 124, Pages 240 et seq., Deed Records of Duval County, Texas, reference herein made to said Deed for all pertinent purposes

I specifically renounce and disclaim any interest of whatever nature in and to any family allowance in lieu of exempt property that I may be entitled to receive from the Estate of RUBEN

T. PEREZ, SR., Deceased.

I further hereby renounce and disclaim any interest of whatever kind and nature, including, without limitation, any claims of community property interest in and to the Estate of RUBEN T. PEREZ. SR., Deceased.

I hereby acknowledge the receipt of ten Dollars and other good and valuable consideration in exchange for my renunciation and disclaimer herein.

This Renunciation and Disclaimer is an unqualified refusal to accept any and all interest I may have in the Estate of RUBEN T. PEREZ, SR., Deceased and is irrevocable.

DATED this 30th day of March, 2005.

_____
MARY DE LA GARZA

STATE OF TEXAS          §
COUNTY OF DUVAL     §

This instrument was acknowledged before me on this 30th day of March, 2005 by MARY DE LA GARZA.

_____
Notary Public, State of Texas

MARGO G. NINO
MY COMMISSION EXPIRES
July 25, 2005

- 3 -