U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   OCT - 5 2009

LORETTA G. WHYTE
Clerk

05-MD-1657 L(3)

United States District Court

\*
\*
\*
\*
\*
\*

Inref..Vioxx

Part,4

M.D.I N.1157

Section.L
Judge Fallen

Special Master
Patrick Juneau

Petition For Permission To Appeal

Under Rule.23-f Appeal
    A court may permit a Appeal from an order Granting or Denying
Class action certification.under this rule if a petition for permission
To appeal is filed with circuit Clerk within 10 days after the order
Is entered an appeal does not stay proceeding in the district court
Unless the district judge or court of appeal so Order.
TO THE CLERK
 COME NOW.Reginald K.Fears

Asking permission to Appeal the Special Master Order,Report,
Asking for a new Trial.

Sinerely
Reginald K.Fears

TENDERED FOR FILING

OCT - 5 2009

U.S DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
X  Dktd _____
X  CtRmDep _____
___ Doc No. _____

Reginald K. Evans
9910 Wileyvale St.
Houston, TX 77078

CERTIFIED MAIL

7009 0820 0001 1776 2606

TO: Honorable Loretta D. Whyte
Clerk of Court U.S.D.C.
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, Louisiana 70130

7013043315

U.S. POSTAGE PAID
HOUSTON, TX 77051
OCT 03, 09
AMOUNT $5.54
00065599-07