UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | **MDL Docket No. 1657** |
| | | **SECTION L** |
| **This document relates to:** | * <br> * | |
| *Melvin Cormier, et al.* <br> v. <br> *Merck & Co., Inc.* | * <br> * <br> * <br> * | **JUDGE FALLON** <br><br> **MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:* <br> *Earnestine Cooper, Shirley Cooper,* <br> *Gloridean Cooper, Helena Cooper, Gail* <br> *Cooper, and Willie Cooper, individually* <br> *and as representatives of the estate of* <br> *Helen Cooper* | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | |
| *Docket No. 2:05-cv-04991* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Earnestine Cooper, Shirley Cooper, Gloridean Cooper, Helena Cooper, Gail Cooper, and Willie Cooper, individually and as representatives of the estate of Helen Cooper, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE