## AFFIDAVIT

STATE OF FLORIDA         )
COUNTY OF <u>BROWARD</u>   )

      Before me, the undersigned authority, personally appeared, **STEPHANIE L. SCHNEIDER, ESQUIRE** who swore that:

    1.    Affiant is the attorney representing Mr. Clarence T. Harvey in relation to preserving his Vioxx settlement proceeds and maintaining his entitlement to government benefits namely, Medicaid assistance.

    2.    Affiant is board certified by The Florida Bar and the National Elder Law Foundation in Elder Law.

    3.    Affiant has met with Mr. Clarence T. Harvey on several occasions to discuss and plan to implement a qualified disability trust (also known as a 'special needs trust') to hold his settlement proceeds in order to maintain his Medicaid assistance.

    3.    Mr. Harvey is oriented to date, time, place. Mr. Harvey can identify his family and the natural objects of his bounty. Mr. Harvey can identify and value his income and assets.

    4.    Mr. Harvey understands that upon his demise any monies remaining in his qualified disability trust will first be used to repay the Medicaid lien. Mr. Harvey understands that after the Medicaid lien is repaid any remaining monies will be distributed to the persons he has selected as designated in the Clarence Thomas Harvey Qualified Disability Trust.

    5.    Affiant is of the opinion that Mr. Harvey is competent and understands his legal rights and options as it relates to preserving the Vioxx settlement proceeds and maintaining his Medicaid benefits.

                                                _/s/ Stephanie L. Schneider_
                                           **STEPHANIE L. SCHNEIDER, ESQUIRE**

    Sworn to and subscribed before me this <u>21</u> day of <u>May, 2009,</u> by **STEPHANIE L. SCHNEIDER, ESQUIRE** who is __✓__ personally known to me or has ____ produced _____ as identification.

                                               _/s/ Yvette D. Wilson_
                                               NOTARY PUBLIC - State of Florida
                                               My Commission Expires: 7/18/11

F:\CLIENTS\ClientFiles-200...\Affidavit of Capacity...