UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX                                              * | MDL Docket No. 1657 |
|       Products Liability Litigation      * | |
| | *   SECTION L |
| This Document Relates to:                      * | |
| | *   JUDGE FALLON |
|     STATE OF LOUISIANA, *ex rel.*    * | |
|     JAMES D. CALDWELL, JR.,         * | |
|     Attorney General,                          * | MAGISTRATE JUDGE |
| | *   KNOWLES |
|           Plaintiff,                              * | |
| | * |
|        versus                                       * | |
| | * |
| MERCK & CO., INC.                            * | |
| | * |
|           Defendant.                          * | |
| | * |
| | * |
| Case No. 05-3700                            * | |
| | * |

* * * * * * * * * * * * * * * * * * * * * * *

### ENTRY OF APPEARANCE

Andrew Goldman, Tarek Ismail and Brian O'Donoghue of Goldman Ismail Tomaselli Brennan & Baum LLP, hereby enter their appearance as additional counsel of record for Merck & Co., Inc. in the above-referenced case.  The undersigned certifies that this appearance of additional counsel of record will be noted in LexisNexis File & Serve in accordance with PreTrial Order 8A.

Travis J. Sales and Michael Cancienne of Baker Botts LLP, also hereby enter their appearance as additional counsel of record for Merck & Co., Inc. in the above-referenced case.

814443v.1

The undersigned certifies that this appearance of additional counsel of record will be noted in LexisNexis File & Serve in accordance with PreTrial Order 8A.

    Respectfully submitted,

    /s/ Dorothy H. Wimberly
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    Carmelite M. Bertaut, 3054
    STONE PIGMAN WALTHER
    WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone:  504-581-3200
    Fax:    504-581-3361

    Defendants' Liaison Counsel

    And

    Andrew Goldman
    Tarek Ismail
    Brian O'Donoghue
    GOLDMAN ISMAIL TOMASELLI
    BRENNAN & BAUM LLP
    1 N. Franklin Street, Suite 625
    Chicago, Illinois 60606
    Phone:   312-591-3000
    Fax:     312-629-8107

    Travis J. Sales
    Michael Cancienne
    BAKER BOTTS LLP
    One Shell Plaza
    910 Louisiana Street
    Houston, Texas 77002-4995
    Phone:  713-229-1234
    Fax:    713-229-1522

    Attorneys for Merck & Co., Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Appearance* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th of October, 2009.

        */s/ Dorothy H. Wimberly*
        Dorothy H. Wimberly, 18509
        STONE PIGMAN WALTHER WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana  70130
        Phone:  504-581-3200
        Fax:     504-581-3361
        dwimberly@stonepigman.com

        Defendants' Liaison Counsel

814443v.1