UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This document applies to:<br><br>　　All Government Action Cases. | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE KNOWLES |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rebecca S. Bjork, O'Melveny & Myers, LLP, 1625 Eye Street, N.W., Washington, DC 20006, (202) 383-5300, rbjork@omm.com, hereby enters her appearance as additional counsel of record for defendant Merck & Co., Inc. in all Government Action cases. Please update and add Ms. Bjork to your service and distribution lists in these cases.

Respectfully Submitted,

  /s/ Dorothy Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:   504-581-3200
Fax:       504-581-3361
*Defendants' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th of October, 2009.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel