UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    *   MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION    *
                                                     *   SECTION: L(3)
                                                     *
                                                     *   JUDGE FALLON
                                                     *   MAG. JUDGE KNOWLES

* * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Chism, et al. v. Merck & Co. Inc.*, No. 07-9604 (as to Mamie Chism only)
*Banks, et al. v. Merck & Co. Inc.*, No. 07-9587 (as to Nelle Williams only)
*Acton, et al. v. Merck & Co. Inc.*, No. 07-9591 (as to James Harbin and Martha Namie only)
*Williams, et al. v. Merck & Co. Inc.*, No. 07-9597 (as to Larry Beatty only)
*Blair, et al. v. Merck & Co. Inc.*, No. 07-9592 (as to Sybil Carty only)
*Adams, et al. v. Merck & Co. Inc.*, No. 07-9594 (as to Billy F. Garrett only)

## ORDER

The Court has considered the motions to opt-out of the Settlement Agreement or for additional time to submit medical records (Rec. Docs. 24667, 24677, 24670, 24674, 24679, 24686, 24688, and 24693) in the above captioned cases. IT IS ORDERED that the motions are DENIED.

New Orleans, Louisiana, this __6th__ day of __October__, 2009.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE