UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Mary De La Garza v. Merck & Co., Inc., et al.*, No. 05-5543

## ORDER

Considering the foregoing Motion to Compel Arbitration (Rec. Doc. 24010) filed by Plaintiff:

IT IS ORDERED that the motion IS DENIED.

New Orleans, Louisiana, this 7th day of October, 2009.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE

1