| | |
|---|---|
| JOYCE DEAN,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>NEW ORLEANS DIVISION<br><br>DOCKET NO. 05-4458<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to Rules 23(e) and Rule 41 of the Federal Rules of Civil Procedure the undersigned counsel hereby stipulate that all claims of plaintiff, Joyce Dean, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____　　_____　　_____
Ronald J. Favre　　　　　　　　　　　　Stephen G. Strauss　　　　　　　　　　Phillip A. Wittmann
Michael Hingle & Associates　　　　　　Bryan Cave LLP　　　　　　　　　　　Dorothy H. Wimberly
220 Gause Boulevard　　　　　　　　　211 N. Broadway, Suite 3600　　　　　Stone Pigman Walther
Slidell, Louisiana 70458　　　　　　　　St. Louis, MO 63102　　　　　　　　　Wittmann LLC
Telephone: (985) 641-6800　　　　　　(314) 259-2000 Tel　　　　　　　　　546 Carondelet Street
Fax: (985) 646-1471　　　　　　　　　(314) 259-2020 Fax　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(504) 581-3200 Tel
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(504) 581-3361 Fax

　　　　　　　　　　　　　　　　　　　Attorneys for Merck & Co., Inc.

Dated: Jan. 29 2008

　　　　　　　　　　　　　　　　　　　Dated: 10-8-09

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of October, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.