UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    :   MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION    :   SECTION: L
                                                :
                                                :   JUDGE FALLON
                                                :   MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:**   05-1554, *Freda, et al. v. Merck & Co., Inc.*

## ORDER

IT IS ORDERED that the attached documents are filed UNDER SEAL. Considering the foregoing Motion to Enforce Settlement which has been filed on behalf of Joseph and Vincenza Freda, IT IS FURTHER ORDERED that the motion IS DENIED.

New Orleans, Louisiana, this 9th day of October, 2009.

                                               UNITED STATES DISTRICT JUDGE