UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx®<br>**Product Liability Litigation** | * * * | **MDL Docket No. 1657**<br><br>**SECTION L** |
| **This document relates to:** | * * | |
| *Mary Smith, et al.*<br>*v.*<br>*Merck & Co., Inc., et al.* | * * * * | **JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:*<br>*Max Loflin* | * * * | |
| *Docket No. 2:05-cv-01035* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Max Loflin in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.


_____
DISTRICT JUDGE