**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | : | CIVIL ACTION |
| LIABILITY LITIGATION | : | |
| | : | NO.  2:05-MD-01657-EEF-DEK |
| | : | |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | DIVISION 3 |
| This document relates to All cases | : | MAG. JUDGE DANIEL E. KNOWLES |

**SUPERVISING ATTORNEYS' INTRODUCTION OF AND MOTION TO ENROLL LAW STUDENTS PURSUANT TO LOCAL RULE 83.2.13, TO WITHDRAW FORMER STUDENT ATTORNEYS, AND TO WITHDRAW COUNSEL OF RECORD**

NOW INTO COURT, comes Stacy Seicshnaydre, supervising attorney with the Tulane Law Clinic, who respectfully represents:

1.

On December 19, 2008, this Court appointed the Tulane Civil Litigation Clinic to represent the interests of claimants subject to the Court's 32% Capping Order of August 27, 2008.  Undersigned counsel, Stacy E. Seicshnaydre, has already appeared in this matter, most recently in filing a Memorandum in Opposition to Motion for Certification.  (Rec. Doc. 23122).

2.

Attorney Seicshnaydre respectfully introduces law students Jonathan J. Belaga, Nathaniel R. Copping, Whitney R. Duesman, Esther L. Greenbaum, Patrick O. Hernon, Amiel J. Provosty,

1

Michael D. Schopf, and Kelsie J. Tregilgas to this Court pursuant to Local Rule 83.2.13. These students are duly enrolled in Tulane Law School, a law school approved by the American Bar Association. The students have completed four full-time semesters of legal studies and have taken the oath set forth in Local Rule 83.2.13. The certification of the Dean of Tulane Law School relating to the students is attached as Exhibit A.

3.

Several claimants subject to the Court's 32% Capping Order have consented to representation by the Tulane Law Clinic Student Attorneys. Undersigned counsel attaches 28 forms entitled Consent for Representation by Tulane Law Clinic Student Attorney[s] as *in globo* Exhibit B.

4.

Attorney Seicshnaydre is admitted to practice before this Court, has been approved by the Dean of Tulane Law School as supervising lawyer for the Civil Clinic, and is enrolled as counsel of record in this action. Seicshnaydre assumes personal professional responsibility and liability for the students' guidance in any work undertaken and for supervising the quality of the students' work, and will assist the students in their preparation. As supervising attorney, Seicshnaydre approves of the appearance by the aforementioned students in this case.

5.

Undersigned counsel also respectfully seeks to withdraw previously enrolled student attorneys Joshua K. Chesser, Marshall A. Hevron, Peter J. Kee, and Molly W. Sullivan due to their graduation.

5.

On behalf of Tulane Law Clinic, Stacy Seicshnaydre will continue to appear on behalf of

all claimants subject to the Court's 32% Capping Order.  However, Jane Johnson no longer serves as supervising attorney for the Tulane Law Clinic.  Therefore, undersigned counsel also respectfully seeks to withdraw Jane Johnson as counsel of record and supervising attorney in this action.

WHEREFORE, undersigned counsel prays that Jonathan J. Belaga, Nathaniel R. Copping, Whitney R. Duesman, Esther L. Greenbaum, Patrick O. Hernon, Amiel J. Provosty, Michael D. Schopf, and Kelsie J. Tregilgas be enrolled as co-counsel of record for the following claimants consenting to representation by student attorneys:

    Stacey A. Evering
    Paul Roth, Special Administrator for the Estate of Hildegard Roth
    Ruby Spencer
    Francis Paul
    Linda Davis
    Mike Wilkes
    Harriett Matiak
    Geri Huitt
    David O. Tritsch
    Shirley Worth
    James Bush
    Robert J. Wozniak
    Donald R. Allsup
    Timothy M. O'Connor
    Diannia Hicks
    Herman J. Francois
    James Millikan
    Yusef K. Ahmed-Lasana, on behalf of Margie Grimes Jewell (deceased)
    Norman A. Jester
    Mary F. Lehtonen, surviving spouse and personal representative for John W. Lehtonen
    Cordelia Meadows
    Alvin A. Pennington
    Geraldine Guess
    Robert Kanable
    Jay S. Dawson
    Frederick Holman
    David Meneese
    Kathleen Ambrefe, Executor for the Estate of Janice Shea

WHEREFORE, undersigned counsel prays further that previously enrolled student attorneys Joshua K. Chesser, Marshall A. Hevron, Peter J. Kee, and Molly W. Sullivan be withdrawn as co-counsel of record, and Jane Johnson be withdrawn as counsel of record for claimants subject to the Court's 32% Capping Order.

          Respectfully submitted,

          TULANE LAW CLINIC
          6329 Freret Street
          New Orleans, LA  70118
          (504) 865-5153
          (504) 862-8753 (fax)

          By:

          **/s/ Stacy Seicshnaydre**
          STACY SEICSHNAYDRE, No. 22193, T.A.
          E-mail: sseicshn@tulane.edu
          (504) 865-5158
          Supervising Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Counsel for the VLC, Harry S. Hardin III, by e-mail (hhardin@joneswalker.com), and upon Liaison Counsel, Phillip Wittmann and Russ Herman by e-mail (rherman@hhkc.com, pwittmann@stonepigman.com), and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 1657 on October 13, 2009.

Respectfully submitted,

**/s/ Stacy Seicshnaydre**
STACY SEICSHNAYDRE, No. 22193
E-mail: sseicshn@tulane.edu
(504) 865-5158
Supervising Attorney
Tulane Law Clinic
6329 Freret Street
New Orleans, Louisiana 70118