UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | : | CIVIL ACTION |
| LIABILITY LITIGATION | : | |
| | : | NO.  2:05-MD-01657-EEF-DEK |
| | : | |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | DIVISION 3 |
| This document relates to All cases | : | MAG. JUDGE DANIEL E. KNOWLES |

**O R D E R**

Considering the introduction and motion of Tulane Law Clinic counsel,

IT IS ORDERED that student attorneys Jonathan J. Belaga, Nathaniel R. Copping, Whitney R. Duesman, Esther L. Greenbaum, Patrick O. Hernon, Amiel J. Provosty, Michael D. Schopf, and Kelsie J. Tregilgas be and they are hereby ENROLLED as co-counsel of record for the following claimants consenting to representation by student attorneys:

Stacey A. Evering
Paul Roth, Special Administrator for the Estate of Hildegard Roth
Ruby Spencer
Francis Paul
Linda Davis
Mike Wilkes
Harriett Matiak
Geri Huitt
David O. Tritsch
Shirley Worth
James Bush
Robert J. Wozniak
Donald R. Allsup
Timothy M. O'Connor

    Diannia Hicks
    Herman J. Francois
    James Millikan
    Yusef K. Ahmed-Lasana, on behalf of Margie Grimes Jewell (deceased)
    Norman A. Jester
    Mary F. Lehtonen, surviving spouse and personal representative for John W. Lehtonen
    Cordelia Meadows
    Alvin A. Pennington
    Geraldine Guess
    Robert Kanable
    Jay S. Dawson
    Frederick Holman
    David Meneese
    Kathleen Ambrefe, Executor for the Estate of Janice Shea

    IT IS FURTHER ORDERED that previously enrolled student attorneys Joshua K. Chesser, Marshall A. Hevron, Peter J. Kee, and Molly W. Sullivan be and are hereby withdrawn as co-counsel of record, and that Jane Johnson be and is hereby withdrawn as counsel of record for claimants subject to the Court's 32% Capping Order.

    New Orleans, Louisiana this _____ day of _____, 2009.

                                          _____
                                            **U.S. DISTRICT JUDGE**