# Exhibit B – Consent for Representation by Tulane Law Clinic Student Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

### CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Stacey A. Evering_, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.  On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _24_ day of _March_____, 2009.

_Stacey A. Evering_____
Signature

_Stacey A. Evering_____
Name (Printed)

Respectfully submitted,

_Jane Johnson_____
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:  VIOXX PRODUCTS
        LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana. *For estate of Hildegard Both, dec.*

I, _Paul Roth, Special Administrator_, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _23_ day of _March_____, 2009.

_Paul Roth_____
Signature

_PAUL ROTH_____
Name (Printed)

Respectfully submitted,

_Jane Johnson_____
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Ruby Spencer_, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.  On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _2H_ day of _____March_____, 2009.

_Ruby Spencer_
**Signature**

_RUBY   SPENCER_
**Name (Printed)**

---

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

### CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, *FRANCIS PAUL*, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic. I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008. On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this __21__ day of __MARCH_____, 2009.

_____
Signature

FRANCIS PAUL
_____
Name (Printed)

Respectfully submitted,

_____
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

This document relates to All Cases

SECTION L
JUDGE ELDON E. FALLON

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _LINDA J DAVIS_, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this __22__ day of _MARCH_ , 2009.

_____
Signature

__LINDA DAVIS__
Name (Printed)

Respectfully submitted,

_____
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:  VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to All Cases

SECTION L
JUDGE ELDON E. FALLON

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Mike Willis_, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _24_ day of _Mar_____, 2009.

_Mike Wilkes_
Signature

_Mike Wilkes_
Name (Printed)

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

This document relates to All Cases

SECTION L
JUDGE ELDON E. FALLON

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Namieh Mah'al_ do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.  On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this 25 day of March , 2009.

*Harriett Matlak*

Signature

*Harriett Matlak*

Name (Printed)

Respectfully submitted,

*Jane Johnson*

JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

This document relates to All Cases

NO. 2:05-MD-01657-EEF-DEK

SECTION L
JUDGE ELDON E. FALLON

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Geri Dewitt_____, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic. I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _23rd_ day of _March_____, 2009.

_Geri Huitt_____
Signature

_Geri Huitt_____
Name (Printed)

Respectfully submitted,

_Jane Johnson_____
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _DAVID O. TRITSCH_____, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic. I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008. On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _19TH_ day of _mayy_____, 2009.

_____
Signature

DAVID O. TRITSCH
_____
Name (Printed)


Respectfully submitted,


_____
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:  VIOXX PRODUCTS
          LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule 83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _SHIRLEY WORTH_, do hereby consent to being represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys are senior law students at Tulane University School of Law and have special permission to practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in the Order of August 27, 2008.  On every other matter in this case, I continue to be represented by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case, including appearing in court proceedings, under the supervision of a licensed attorney, through the Tulane Law Clinic.

Read and signed this _21_ day of ___March___, 2009.

_Shirley Worth_
Signature

_SHIRLEY WORTH_
Name (Printed)

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

### CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I,   _James Bush_____,   do   hereby   consent   to   being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.  On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this **25** day of **march**, 2009.

_James Bush_
Signature

_James Bush_
Name (Printed)

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Robert J. Wozniak_, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic. I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.  On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _24th_ day of _MARCH_____, 2009.

*Robert J Wozniak*
Signature

*Robert J Wozniak*
Name (Printed)


Respectfully submitted,

*Jane Johnson*
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:  VIOXX PRODUCTS
          LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Donald N Allaup_, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _23_ day of _February_, 2009.

_Donald R Allsup_
**Signature**

_Donald R Allsup_
**Name (Printed)**

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

This document relates to All Cases

SECTION L
JUDGE ELDON E. FALLON

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _____, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.  On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this 21 ST day of March , 2009.

_Timothy M O'Connor_
**Signature**

_Timothy M. O'Connor_
**Name (Printed)**

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
          LIABILITY LITIGATION

This document relates to All Cases

SECTION L
JUDGE ELDON E. FALLON

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Dianna Hicks_____, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _24_ day of _March_ _____, 2009.

_Diannia Nicks_
**Signature**

_Diannia Nicks_
**Name (Printed)**

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:  VIOXX PRODUCTS
        LIABILITY LITIGATION                    SECTION L
                                                JUDGE ELDON E. FALLON
This document relates to All Cases
                                                DIVISION 3
                                                MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _~Herman G. Francois~_, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic. I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.  On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _23_ day of _MARCH_ , 2009.

_Herman J Francis_
Signature

_HERMAN J FRANCOIS_
Name (Printed)

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I,  *James Millikan*  , do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.  On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _21st_ day of _March_, 2009.

_James Millikan_
Signature

_James Millikan_
Name (Printed)

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:  VIOXX PRODUCTS
        LIABILITY LITIGATION

This document relates to All Cases

SECTION L
JUDGE ELDON E. FALLON

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, ___Yusef K. AHMED-LASANA___, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.  On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _20th_ day of ___MARCH___, 2009.

_Yusef K Ahmed-Lasana_ on Behalf of the late,
Signature   _Margie Grimes Jewell_

_Yusef K. Ahmed-Lasana_ ON BEHALF OF the LATE,
Name (Printed)   MARgie Grimes Jewell

Respectfully submitted,

_Jane Johnson_

JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I,   NORMAN A. JESTER                    ,   do   hereby   consent   to   being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.  On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _21St_ day of _MARCH_____, 2009.

_Norman A Jester_____
Signature

_NORMAN A. JESTER_
Name (Printed)

Respectfully submitted,

_Jane Johnson_____
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

This document relates to All Cases

SECTION L
JUDGE ELDON E. FALLON

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _MARY F. LEHZONELl_, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.  On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this 31st day of _March_, 2009.

_Mary F. Lehtonen_
**Signature**

_MARY F. LEHTONEN_
**Name (Printed)**

AS SURVIVING SPOUSE +
PERSONAL REP. OF THE
ESTATE OF          Respectfully submitted,
JOHN W. LEHTONEN

_Jane Johnson_

JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:  VIOXX PRODUCTS
       LIABILITY LITIGATION

This document relates to All Cases

SECTION L
JUDGE ELDON E. FALLON

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, *Cordelia Meadows*, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _03_ day of _April_, 2009.

*Cordelia Meadows*
Signature

*Cordelia Meadows*
Name (Printed)

Respectfully submitted,

*Jane Johnson*
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

This document relates to All Cases

SECTION L
JUDGE ELDON E. FALLON

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

**CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY**

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Alvin A. Pennington_, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic. I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008. On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _____ 7TH _____ day of _____ April _____, 2009.

_Alvin C. Pennington_
Signature

_Alvin A. Pennington_
Name (Printed)

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
          LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Gearbine Guess_____, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic. I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008. On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _7th_ day of _April_____, 2009.

_Gearldine Guess_
Signature

_Gearldine Guess_
Name (Printed)

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:  VIOXX PRODUCTS
LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Robert Kanable_, do hereby consent to being

represented by student attorneys at the Tulane Law Clinic. I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.  On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this ___4___ day of ___June_____, 2009.

*Robert Kanable*

Signature

Robert Kanable

Name (Printed)

Respectfully submitted,

*Jane Johnson*

JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
        LIABILITY LITIGATION

This document relates to All Cases

SECTION L
JUDGE ELDON E. FALLON

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule

83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Jay S. Dawson_ , do hereby consent to being

represented by student attorneys at the Tulane Law Clinic.  I understand that student-attorneys

are senior law students at Tulane University School of Law and have special permission to

practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in

the Order of August 27, 2008.   On every other matter in this case, I continue to be represented

by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case,

including appearing in court proceedings, under the supervision of a licensed attorney, through

the Tulane Law Clinic.

Read and signed this _28_ day of ___MARCH___, 2009.

_Jay S. Dawson_
Signature

_JAy S. DAwSoN_
Name (Printed)

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule 83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, *Frederck G. Holman*, do hereby consent to being represented by student attorneys at the Tulane Law Clinic. I understand that student-attorneys are senior law students at Tulane University School of Law and have special permission to practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in the Order of August 27, 2008. On every other matter in this case, I continue to be represented by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case, including appearing in court proceedings, under the supervision of a licensed attorney, through the Tulane Law Clinic.

Read and signed this _____1st_____ day of _____June_____, 2009.

_Frederick G. Holman_
Signature

_Frederick G. Holman_
Name (Printed)

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

In re:   VIOXX PRODUCTS
         LIABILITY LITIGATION

SECTION L
JUDGE ELDON E. FALLON

This document relates to All Cases

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule 83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Wanda Meneese_ , do hereby consent to being represented by student attorneys at the Tulane Law Clinic. I understand that student-attorneys are senior law students at Tulane University School of Law and have special permission to practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in the Order of August 27, 2008. On every other matter in this case, I continue to be represented by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case, including appearing in court proceedings, under the supervision of a licensed attorney, through the Tulane Law Clinic.

Read and signed this _28th_ day of _~~~~ May ~~_ , 2009.

_(signature)_
Signature

_David Mencese_
Name (Printed)


Respectfully submitted,

_(signature)_
JANE JOHNSON, LSBN 7300
Tulane Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
504-865-5153
Fax 504 862-8753

From:

03/25/2009 09:39 #010 P.001/008

Read and signed this _25th_ day of _____April_____, 2009.

_Kathleen Ambrefe_                                    _Jane Johnson_

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

In re:   VIOXX PRODUCTS
LIABILITY LITIGATION

NO. 2:05-MD-01657-EEF-DEK

This document relates to All Cases

SECTION L
JUDGE ELDON E. FALLON

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## CONSENT FOR REPRESENTATION BY TULANE LAW CLINIC STUDENT ATTORNEY

The following authorization is completed in accordance with the provisions of Local Rule 83.3.13 and Rule XX of the Rules of the Supreme Court of Louisiana.

I, _Kathleen Ambrefe_ do hereby consent to being represented by student attorneys at the Tulane Law Clinic. I understand that student-attorneys are senior law students at Tulane University School of Law and have special permission to practice under the supervision of a licensed attorney, through the Tulane Law Clinic.

This representation is limited to the question of the capping of attorneys fees at 32% in the Order of August 27, 2008. On every other matter in this case, I continue to be represented by my attorney of record in the Vioxx litigation.

I understand and consent to each student attorney's full participation in my case, including appearing in court proceedings, under the supervision of a licensed attorney, through the Tulane Law Clinic.