## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

Joseph Apice, David Bartley; Robert
Beaston; Victor Brown; Tina Callahan for
the Estate of James Goughnour; Donald
Carter; Patti Carter; Henri Coene; Sherri
Coene; Annie Collier; Dolores Congdon;
Debra Dalbenzio for the Estate of Barbara
Zangrando; Linda M. Deyarmin for the
Estate of Roxie Luzier; Sami Elsayed;
Ernest Evans; Dorothy Gallagher; Pat
Gallagher; Theodore Gallagher; Nancy
Gardner; Joyce Haralson; J.C. Holley;
Sheila Holley; Robert Jones; Tina Karen;
Joy Karnes for the Estate of Joyce Karnes;
Ann Kaufman; Dorothy Kelley; Betty Kelly;
Donald Kennedy; Mark King, individually
and for the Estate of Patricia King; Betty
Kling; William Knox; Donna Kohler;
Robert Kohler; Esther Long; Barbara
Martin; Henry Martin; Peggy Miller; Jean
Misutka, individually and for the Estate of
Richard Misutka; Joshua Paul Moore;
Christine Morrin; Vikki O'Herrick; Cathy
Omelia; Jim Overy; Marilyn Overy;  Ronald
Palmore; Dorothy Passanita; Ariene Perrin;
Robert Perrin; Edward Polanski,
individually and on behalf of the Estate of
Joan Polanski; Norman Rager, Sr.; Tom
Rager; Antoinette Richie; Elwood
Saltsgiver; Edith Slatcovich; Lynn Sullivan;
Sandra Taylor; James Turner; Margaret
Waterhouse; Haven Whary; Beverly
Woodring, individually and for the Estate of
Gerald Woodring; and Michael Wunsch,

     Plaintiff(s),

v.

MERCK & CO., INC.,

     Defendant(s).

DOCKET NO.  06-6439

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**
**AS TO ALL DEFENDANTS**

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiff, Vikki O'Herrick, against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.

Turner W. Branch
Richard Sandoval
BRANCH LAW FIRM, L.L.P
Attorneys for Plaintiffs
808 Travis, Suite 1553
Houston, TX 77002
(505) 243-3500 Telephone
(505)243-3534 Facsimile

Dated: __3/25/08__

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: __10-13-09__

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13th day of October, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.