**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 9, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| **ALL CASES** | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

On this date, a telephone status conference was held in the Chambers of Judge Eldon E. Fallon to discuss the Revised Motion for Preliminary Injunction by Certain Health Plans (Rec. Doc. 23962).  Leonard David, Chris Seeger, and Andy Birchfield participated on behalf of Plaintiffs' Liaison Counsel; Tom Sobol participated on behalf of certain health plans participating in the Private Lien Resolution Program ("the Plans").

Prior to the conference, the parties submitted competing proposed pretrial orders regarding the issuance of an injunction.  The parties had been unable to agree upon the scope of the potential injunction.

At the conference, the Court indicated that it approved the PSC's proposed language which was narrowly tailored to enjoin the distribution of funds by those counsel listed on Exhibit F to the Declaration of Mark D. Fischer, Esq. in Support of Motion for Preliminary Injunctive Relief ("Exhibit F").  The Court rejected the broad language proposed by the Plans as it did not specifically identify by name those counsel who would be affected by the injunction and might

1

JS10(00:05)

therefore lead to enforcement problems.  However, if it later becomes appropriate to make

certain additions to the list of enjoined counsel, the Plans will be permitted to amend Exhibit F as

necessary.

2