IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | MAGISTRATE JUDGE KNOWLES |
| CLARA E. CLARK, et al. v. MERCK & CO., INC., | Plaintiff: Diana Flores-Meling |
| Civil Action No. 06-6942 | |

## ORDER FOR SUBSTITUTION OF PARTY

This matter comes before this Court on Plaintiff's Unopposed Motion for Substitution of Party. The Court finds that the Motion should be granted. Accordingly, the Court orders:

1. The parties that Eloina Flores be substituted in the place and stead of Diana Flores-Meling as the plaintiff herein; and

2. That the caption of this case be conformed to reflect such substitution.

IT IS SO ORDERED in NEW ORLEANS, LOUISIANA, this  9th  day of   October  , 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

- 1 -

APPROVED:

MATTHEWS & ASSOCIATES


_____
David P. Matthews
Texas Bar No. 13206200
2905 Sackett
Houston, TX  77098
(713) 522-5250
(713) 535-7184 fax
dmatthews@thematthewslawfirm.com
*Counsel for Plaintiff*



_____
Dorothy H. Wimberly
STONE PIGMAN WALTHER WITTMANN, P.C.
546 Carondelet Street
New Orleans, LA  70130
(504) 593-0849
(504) 596-0849 fax
dwimberly@stonepigman.com
*Counsel for Defendant Merck & Co., Inc.*