UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX<br>　　　Products Liability Litigation<br><br>This Document Relates to:<br><br>　　STATE OF LOUISIANA, ex rel.<br>　　JAMES D. CALDWELL,<br>　　ATTORNEY GENERAL<br>　　　　　　Plaintiff<br><br>versus<br><br>MERCK & CO., INC.,<br>　　　　　　Defendant<br><br>Case No. 05-3700 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

TO:   Merck & Co., Inc.
　　　through its attorney of record
　　　Travis Sales, Esq.
　　　Baker Botts, LLP
　　　910 Louisiana Street
　　　Houston, Texas 77002

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, Plaintiff State of Louisiana, ex rel. James D. Caldwell Attorney General, pursuant to Federal rules of Civil Procedure, will take the deposition of Wendy Lepore October 26, 2009 starting at 9:30 a.m., and ending at 5:30 p.m. at the office of Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104.

The deposition will be taken before a person authorized by law to administer paths, pursuant to federal rule of Civil Procedure 28.

Dated: October 13, 2009

/s/ James R. Dugan
James R. Dugan, II (La. Bar No. 24785)
Douglas R. Plymale. (La. Bar No. 28409)
Stephen B. Murray, Jr. (La. Bar No. 23877)
Stephen B. Murray, Sr. (La. Bar No. 9858)
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Amended Notice of Deposition has this day been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance to pretrial order No. 8B, on this the 13th day of October, 2009.

/s/ James R. Dugan