Lonnie R. Wages

        Plaintiff(s),

v.

MERCK & CO., INC.,

        Defendant(s).

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL DOCKET NO.  1657

MDL CIVIL ACTION #  2:05-cv-04399


**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**


Pursuant to Fed. R. Civ. P. Rule 41(a)(1), the undersigned counsel hereby

stipulate that all claims of plaintiff, Lonnie R. Wages  against defendant Merck & Co., Inc., and

all other named defendants be dismissed in their entirety with prejudice, each party to bear its

own costs.

| | |
|---|---|
| Grant Kaiser | Stephen G. Strauss    Phillip A. Wittmann |
| The Kaiser Firm, L.L.P. | Bryan Cave LLP    Dorothy H. Wimberly |
| 8441 Gulf Freeway, Suite 600 | 211 N. Broadway, Suite 3600    Stone Pigman Walther |
| Houston, Texas 77017-5001 | St. Louis, MO 63102    Wittmann LLC |
| 713-223-0000 | (314) 259-2000 Tel    546 Carondelet Street |
| | (314) 259-2020 Fax    New Orleans, LA 70130 |
| |     (504) 581-3200 Tel |
| |     (504) 581-3361 Fax |

Dated:  **FEB 2 6 2008**

Attorneys for Merck & Co., Inc.

Dated: _____

27332 **ID**
1103159


V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of October, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.