UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

****************************************************************************

## ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the cases listed in the attached Exhibit A to show cause on the 29th day of October, 2009, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b). Plaintiffs shall file and serve upon Liaison Counsel any oppositions to the Rule on or before the 21st day of October, 2009. Defendant Merck & Co., Inc., shall file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies to the oppositions on or before the 27th day of October, 2009.

NEW ORLEANS, LOUISIANA, this 13th day of October, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

994919v.1

PTO No. 43 Lone Pine No. 3
Exhibit A

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 1. | 1105217 | Severson, Patricia J. |  | Aubuchon, Raniere & Panzeri P.C. | Stiff, David v. Merck & Co., Inc. | 2:06-cv-03304-EEF-DEK |
| 2. | 1094067 | Cox, John Russell |  | Balch & Bingham L.L.P. | Cox, John R. v. Merck & Co., Inc. | 2:07-cv-08074-EEF-DEK |
| 3. | 1094062 | Harris, Russell C. | Harris, Martha | Balch & Bingham L.L.P. | Harris, Martha J. v. Merck & Co., Inc. | 2:07-cv-02940-EEF-DEK |
| 4. | 1028017 | Brooks, Jeffry |  | Bartimus, Frickleton, Robertson & Gorny | Brooks, Jeffry v. Merck & Co., Inc. | 2:06-cv-10111-EEF-DEK |
| 5. | 1028187 | Sanjanwala, Smita |  | Bartimus, Frickleton, Robertson & Gorny | Smita, Sanjanwala v. Merck & Co., Inc. | 2:05-cv-01011-EEF-DEK |
| 6. | 1113775 | Vasquez, Carlotta |  | Bauer, Crystal Sharp | Vasquez, Carlotta v. Merck & Co., Inc. | 2:07-cv-01244-EEF-DEK |
| 7. | 1088444 | Chiszle, Clarence |  | Becnel Law Firm, LLC | Chiszle, Clarence v. Merck & Co., Inc. | 2:05-cv-00469-EEF-DEK |
| 8. | 1088503 | Swope, Etta L. |  | Becnel Law Firm, LLC | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 9. | 1088850 | Gilbert, Margie |  | Boone Law Firm, P.A. | Gilbert, Margie L. v. Merck & Co., Inc. | 2:08-cv-00242-EEF-DEK |
| 10. | 1088859 | Lamar, Tammie |  | Boone Law Firm, P.A. | Lamar, Tammie v. Merck & Co., Inc. | 2:08-cv-00244-EEF-DEK |
| 11. | 1088867 | Roy, J. W. |  | Boone Law Firm, P.A. | Roy, J. W. Jr. v. Merck & Co., Inc. | 2:08-cv-00278-EEF-DEK |
| 12. | 1119261 | Moore, Rebecca | Moore, Max | Chessick, Kenneth C., The Law Office of | Moore, Rebecca v. Merck & Co., Inc. | 2:06-cv-04296-EEF-DEK |
| 13. | 1091903 | Williams, James L. |  | Deakle, Couch | Williams, James L. v. Merck & Co., Inc. | 2:05-cv-01383-EEF-DEK |
| 14. | 1081383 | Capozzi, Joseph A. |  | Dougherty, Hildre & Haklar | Capozzi, Joseph v. Merck & Co., Inc. | 2:05-cv-05282-EEF-DEK |
| 15. | 1081393 | Scott, Robert C. |  | Dougherty, Hildre & Haklar | Scott, Robert v. Merck & Co., Inc. | 2:05-cv-05287-EEF-DEK |
| 16. | 1097291 | Henry, Leslie | Henry, Sislyn | Douglas & London, PC | Henry, Leslie v. Merck & Co., Inc. | 2:07-cv-07514-EEF-DEK |
| 17. | 1058940 | Friesz, Betty G. | Friesz, Jack | Driggs Bills & Day PC | Allred, Terry v. Merck & Co., Inc. | 2:06-cv-04050-EEF-DEK |
| 18. | 1058958 | Schneider, Ann K. |  | Driggs Bills & Day PC | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| 19. | 1088614 | Elliott, Sandra K. |  | Fabbro, Steven A., Law Office of | Elliott, Sandra v. Merck & Co., Inc. | 2:06-cv-10987-EEF-DEK |
| 20. | 1088661 | Zolt, Elliott |  | Fabbro, Steven A., Law Office of | Zolt, Elliot v. Merck & Co., Inc. | 2:06-cv-11020-EEF-DEK |
| 21. | 1100388 | Cooley (deceased), Sharon D. | Cooley, James | Fibich, Hampton & Leebron, LLP | Barker, Rita B. v. Merck & Co., Inc. | 2:05-cv-06535-EEF-DEK |

994918v.1

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 22. | 1100460 | Van Hooser, Marva L. |  | Fibich, Hampton & Leebron, LLP | Barker, Rita B. v. Merck & Co., Inc. | 2:05-cv-06535-EEF-DEK |
| 23. | 1072501 | Puckett, Josephine | Puckett, Roy | Getty & Childers, PLLC | Puckett, Roy v. Merck & Co., Inc. | 2:06-cv-04157-EEF-DEK |
| 24. | 1013697 | Wenzel, Carol |  | Girardi & Keese | Wenzel, Carol v. Merck & Co., Inc. | 2:07-cv-06310-EEF-DEK |
| 25. | 1057739 | Williams, Jimella | Eastman, Rutha | Girardi & Keese | Williams, Jimella v. Merck & Co., Inc. | 2:07-cv-06151-EEF-DEK |
| 26. | 1081406 | Blechinger, Lotus |  | Hossley Embry, LLP | Blechinger, Lotus v. Merck & Co., Inc. | 2:06-cv-10275-EEF-DEK |
| 27. | 1081431 | Hatcher, Robert |  | Hossley Embry, LLP | Hatcher, Robert v. Merck & Co., Inc. | 2:06-cv-10883-EEF-DEK |
| 28. | 1081448 | Marling, James |  | Hossley Embry, LLP | Marling, James v. Merck & Co., Inc. | 2:06-cv-03653-EEF-DEK |
| 29. | 1081474 | Walker, Marjorie |  | Hossley Embry, LLP | Walker, Marjorie v. Merck & Co., Inc. | 2:06-cv-10289-EEF-DEK |
| 30. | 1081476 | West, Donald |  | Hossley Embry, LLP | West, Donald v. Merck & Co., Inc. | 2:05-cv-01140-EEF-DEK |
| 31. | 1015039 | Hudson, Janice L. |  | Jackson & Tucker, P. C. | Hudson, Janice L. v. Merck & Co., Inc. | 2:06-cv-06583-EEF-DEK |
| 32. | 1071923 | Tibbetts, Vicki L. |  | James, Vernon & Weeks, P.A. | Tibbetts, Vicky v. Merck & Co., Inc. | 2:06-cv-09730-EEF-DEK |
| 33. | 1122365 | James, Linda G. |  | Jones, Jr., Bennie L. & Associates | Singleton, Catherine H. v. Merck & Co., Inc. | 2:09-cv-02413-EEF-DEK |
| 34. | 1105357 | Irving, Doretha | Crockett, Jeanie | Jones, Swanson, Huddell & Garrison, L.L.C. | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| 35. | 1037785 | Jackson, Lendia F. |  | Lanier Law Firm, PC | Ahl, June v. Merck & Co., Inc. | 2:05-cv-00548-EEF-DEK |
| 36. | 1058146 | Rotem, Meir |  | Lennon, Janet J., Esq. | Rotem, Meir v. Merck & Co., Inc. | 2:07-cv-00703-EEF-DEK |
| 37. | 1059884 | Avant, Albertine E. |  | Mainor, Eglet, Cottle LLP | Avant, Albertine v. Merck & Co., Inc. | 2:07-cv-00900-EEF-DEK |
| 38. | 1059891 | Coon, Norma D. | Coon, Howard | Mainor, Eglet, Cottle LLP | Coon, Norma v. Merck & Co., Inc. | 2:07-cv-00903-EEF-DEK |
| 39. | 1059899 | Hawthorne, Teresa A. | Hawthorne, Keith | Mainor, Eglet, Cottle LLP | Maestro, Calvin v. Merck & Co., Inc. | 2:07-cv-02100-EEF-DEK |
| 40. | 1059903 | James, Dorothy A. | Ameen, Betty; James, Veronica; James, Allen | Mainor, Eglet, Cottle LLP | Batiz, Buddy v. Merck & Co., Inc. | 2:07-cv-00901-EEF-DEK |
| 41. | 1059904 | Katsibubas, John | Katsibubas, April | Mainor, Eglet, Cottle LLP | Katsibubas, John v. Merck & Co., Inc. | 2:07-cv-06436-EEF-DEK |
| 42. | 1059905 | Kishbaugh, Kenneth H. |  | Mainor, Eglet, Cottle LLP | Kishbaugh, Kenneth v. Merck & Co., Inc. | 2:07-cv-01383-EEF-DEK |

994918v.1

| | VCN | Plaintiff Name | Derivative Plaintiffs | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 43. | 1059909 | Linton, Ruth M. | Linton, Charles | Mainor, Eglet, Cottle LLP | Fitgerald, Charles v. Merck & Co., Inc. | 2:07-cv-02099-EEF-DEK |
| 44. | 1059911 | Maestro, Calvin J. | Maestro, Felinita | Mainor, Eglet, Cottle LLP | Maestro, Calvin v. Merck & Co., Inc. | 2:07-cv-02100-EEF-DEK |
| 45. | 1059916 | Morris, George R. | Morris, Mercedes | Mainor, Eglet, Cottle LLP | Morris, George v. Merck & Co., Inc. | 2:07-cv-02101-EEF-DEK |
| 46. | 1059917 | Osiak, Gabrielle A. | | Mainor, Eglet, Cottle LLP | Morris, George v. Merck & Co., Inc. | 2:07-cv-02101-EEF-DEK |
| 47. | 1059921 | Prince, Essie L. | | Mainor, Eglet, Cottle LLP | Chapman, Don v. Merck & Co., Inc. | 2:07-cv-00902-EEF-DEK |
| 48. | 1059925 | Rivas, Ruby | Rivas, Leary | Mainor, Eglet, Cottle LLP | Maestro, Calvin v. Merck & Co., Inc. | 2:07-cv-02100-EEF-DEK |
| 49. | 1059935 | Wheeler, Beverly A. | | Mainor, Eglet, Cottle LLP | Wheeler, Beverly Ann v. Merck & Co., Inc. | 2:07-cv-00663-EEF-DEK |
| 50. | 1015389 | Wilkins, Nathan | | Mann Firm, The | Adams, Pansy v. Merck & Co., Inc. | 2:05-cv-02968-EEF-DEK |
| 51. | 1084507 | Cosey, Julia | | Matthews & Associates | Cotton, James v. Merck & Co., Inc. | 2:07-cv-02202-EEF-DEK |
| 52. | 1083014 | Davis, Barbara A. | | Matthews & Associates | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 53. | 1083651 | Edwards, Hubert B. | Edwards, Robert | Matthews & Associates | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| 54. | 1084172 | Fortuno Morales, Lorraine | | Matthews & Associates | Padilla, Rosa M Acostav. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK |
| 55. | 1084047 | Henry, Judge D. | | Matthews & Associates | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944-EEF-DEK |
| 56. | 1084483 | Stafisz, John J. | | Matthews & Associates | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 57. | 1093312 | Bluett, Arthur | Bluett, Patricia | Michael A. Hackard | Bluett, Arthur v. Merck & Co., Inc. | 2:07-cv-03327-EEF-DEK |
| 58. | 1098039 | Clark, Flora | | Miller Firm, LLC, The (PA) | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| 59. | 1098182 | Lacy, Nancy | | Miller Firm, LLC, The (PA) | Gennaro, Mary v. Merck & Co., Inc. | 2:06-cv-05981-EEF-DEK |
| 60. | 1098196 | Leflore, Ronnie | Leflore, Mary | Miller Firm, LLC, The (PA) | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| 61. | 1098199 | Lewis, Patricia | | Miller Firm, LLC, The (PA) | Gladden, Keith v. Merck & Co., Inc. | 2:06-cv-05996-EEF-DEK |
| 62. | 1109238 | Alldredge, Junior D. | | Morris, Steve, Law | Alldreage, Junior v. Merck & Co., Inc. | 2:06-cv-10971-EEF-DEK |
| 63. | 1109235 | Graves, Ruth D. | | Morris, Steve, Law | Graves, Ruth v. Merck & Co., Inc. | 2:07-cv-06874-EEF-DEK |
| 64. | 1109228 | May, Michael D. | | Morris, Steve, Law | May, Michael D. v. Merck & Co., Inc. | 2:06-cv-01889-EEF-DEK |

994918v.1

| | VCN | Plaintiff Name | Derivative Plaintiffs | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 65. | 1109242 | Richey, Rosa W. | | Morris, Steve, Law | Alldreage, Junior v. Merck & Co., Inc. | 2:06-cv-10971-EEF-DEK |
| 66. | 1088100 | Giambelluca, Pamela | | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 67. | 1073619 | Green, Michael D. | | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 68. | 1088143 | Jordan, Lois | | Murray Law Firm 1 | Jordan, Lois v. Merck & Co., Inc. | 2:05-cv-04439-EEF-DEK |
| 69. | 1088150 | Lyons, John D. | | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 70. | 1088131 | Naomi, Jane L. | | Murray Law Firm 1 | Gates, Aubrey v. Merck & Co., Inc. | 2:05-cv-05727-EEF-DEK |
| 71. | 1073652 | Shows, William A. | | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 72. | 1088163 | Thomas, Edrice W. | | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 73. | 1088122 | Walker, Ollie M. | | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 74. | 1090381 | Allen, Morris | | O'Quinn Law Firm, The | Allen, Morris v. Merck & Co., Inc. | 2:05-cv-05975-EEF-DEK |
| 75. | 1090411 | Breaux, Luvenia H. | | O'Quinn Law Firm, The | Breaux, Luvenia v. Merck & Co., Inc. | 2:05-cv-05978-EEF-DEK |
| 76. | 1011130 | Valentine, Randy | | Phillips & Associates | Valentine, Randy v. Merck & Co., Inc. | 2:07-cv-00880-EEF-DEK |
| 77. | 1087437 | Ingrisano, Elaine | Ingrisano, Tom | Podlofsky Hill Orange & Modzelweski, LLP | Ingrisano, Elaine v. Merck & Co., Inc. | 2:05-cv-01086-EEF-DEK |
| 78. | 1087438 | Siders, Beverly | | Podlofsky Hill Orange & Modzelweski, LLP | Siders, Beverly v. Merck & Co., Inc. | 2:08-cv-00161-EEF-DEK |
| 79. | 1081541 | Baum, Janice M. | | Price Waicukauski & Riley, LLC | Heavrin, Michael v. Merck & Co., Inc. | 2:05-cv-00458-EEF-DEK |
| 80. | 1037599 | Allen, George M. | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 81. | 1056191 | Bethea, Stanley | | Pro Se | Bethea, Stanley v. Merck & Co., Inc. | 2:05-cv-06775-EEF-DEK |
| 82. | 1037611 | Calder, Virginia Baker | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 83. | 1037652 | Holland, Wanda R. | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 84. | 1056203 | Monroy Jimenez, Salvador | | Pro Se | Monroy, Salvador v. Merck & Co., Inc. | 2:06-cv-06009-EEF-DEK |
| 85. | 1037681 | Moreno, Jesus R. | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 86. | 1037702 | Ray, Darrell O. | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 87. | 1038567 | Schiller, Myles | Schiller, Carol | Pro Se | Schiller, Myles v. Merck & Co., Inc. | 2:07-cv-02809-EEF-DEK |
| 88. | 1056336 | Strujan, Elena | | Pro Se | Strujan, Elena v. Merck & Co., Inc. | 2:07-cv-00906-EEF-DEK |

994918v.1

| | VCN | Plaintiff Name | Derivative Plaintiffs | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 89. | 1037721 | Thomas, Geraldine D. | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 90. | 1037727 | Villarreal, Manuela | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 91. | 1037741 | Wiley, Littie L. | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 92. | 1012526 | Amacker, Cynthia | | Salim, Robert L. | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| 93. | 1012531 | Arvie, Shirley | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 94. | 1012548 | Brignac, Carol | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 95. | 1012578 | Davis, Brenda | | Salim, Robert L. | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| 96. | 1012581 | Dozier, Calvin | | Salim, Robert L. | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| 97. | 1012586 | Efferson, Mildred | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 98. | 1012591 | Frank, Oreather | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 99. | 1012592 | Gardner, Marsha | | Salim, Robert L. | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| 100. | 1012616 | Hoffman, Roxanne | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 101. | 1012621 | Hurst, Robert | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 102. | 1012644 | Langston, Fred | Pierre, Irene | Salim, Robert L. | Langston, Fred v. Merck & Co., Inc. | 2:06-cv-06413-EEF-DEK |
| 103. | 1012647 | Leathers, Sabrina | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 104. | 1012664 | Milton, Claudia | | Salim, Robert L. | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| 105. | 1012670 | Odom, Jr., James R. | | Salim, Robert L. | Odum, James v. Merck & Co., Inc. | 2:06-cv-07107-EEF-DEK |
| 106. | 1012702 | Small, Huey | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 107. | 1012713 | Walker, Larry | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 108. | 1012715 | Watkins, John | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 109. | 1012718 | White, Annie | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 110. | 1069938 | Bleam, Marvin E. | | Simon Passanante PC | Long, James v. Merck & Co., Inc. | 2:05-cv-01050-EEF-DEK |
| 111. | 1069978 | Crain, Jr., Lewis E. | | Simon Passanante PC | Broadhurst, William G. v. Merck & Co., Inc. | 2:05-cv-01047-EEF-DEK |
| 112. | 1070073 | Johnson, Wendell K. | | Simon Passanante PC | Bodimer, Dennis v. Merck & Co., Inc. | 2:05-cv-01040-EEF-DEK |

994918v.1

| | VCN | Plaintiff Name | Derivative Plaintiffs | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 113. | 1070138 | Mitchell, Billie D. | | Simon Passanante PC | Means, Diana v. Merck & Co., Inc. | 2:05-cv-01059-EEF-DEK |
| 114. | 1070202 | Setser, Jerry A. | | Simon Passanante PC | Smith, Mary v. Merck & Co., Inc. | 2:05-cv-01035-EEF-DEK |
| 115. | 1070211 | Smith, Joyce J. | | Simon Passanante PC | Wilshusen, Carol v. Merck & Co., Inc. | 2:05-cv-01055-EEF-DEK |
| 116. | 1070241 | Vegher, Leroy J. | | Simon Passanante PC | Dulle, Maurice v. Merck & Co., Inc. | 2:05-cv-01037-EEF-DEK |
| 117. | 1070260 | Wilson, Tarlice M. | | Simon Passanante PC | Lindsay, Sharon v. Merck & Co., Inc. | 2:05-cv-01049-EEF-DEK |
| 118. | 1070270 | Zerr-Moore, Renna G. | | Simon Passanante PC | Noble, Richard v. Merck & Co., Inc. | 2:05-cv-01060-EEF-DEK |
| 119. | 1093419 | Anderson, Penelope M. | Phelps, Rex | The Limberopoulos Law Firm, P.A. | Anderson, Penelope v. Merck & Co., Inc. | 2:06-cv-00398-EEF-DEK |
| 120. | 1081724 | Bates, Kenneth J. | | Underwood, Earl P., Jr. | Connell, Clara J. v. Merck & Co., Inc. | 2:06-cv-06235-EEF-DEK |
| 121. | 1108896 | Drumgoole, Bernice | | Weykamp, Paul A., Law Offices of | Drumgoole, Bernice v. Merck & Co., Inc. | 2:05-cv-05109-EEF-DEK |
| 122. | 1108904 | Lane, William T. | | Weykamp, Paul A., Law Offices of | Lane, William v. Merck & Co., Inc. | 2:05-cv-05107-EEF-DEK |
| 123. | 1107674 | Coker, Josephine | | Wiggins, Childs, Quinn & Pantazis, LLC | Coker, Josephine v. Merck & Co., Inc. | 2:07-cv-03998-EEF-DEK |
| 124. | 1117824 | Williams, Carrie B. | Williams, Meredith | Williams, Antoinette L., P.C. | Williams, Meredith v. Merck & Co., Inc. | 2:07-cv-01254-EEF-DEK |
| 125. | 1113920 | Delaune, Michael J. | Delaune, Stephanie; Delaune, Adeline; Delaune, Mary Claire | Woody Falgoust, A Law Corporation | Delaune, Michael J. v. Merck & Co., Inc. | 2:05-cv-04418-EEF-DEK |
| 126. | 1059790 | Fletcher, Desmond A. | | Zoll, Kranz & Borgess LLC | Scoble, Walter v. Merck & Co., Inc. | 2:06-cv-09799-EEF-DEK |

994918v.1