*In Re: VIOXX Products Liability Litigation*
MDL No. 1657

## CERTIFICATION BY PRIMARY COUNSEL REGARDING WRITTEN NOTICE TO CLIENTS OF THE PRIVATE LEIN RESOLUTION PROGRAM

Principal Attorney:   <u>Earl  P.  Underwood,  Jr.</u>
                       First         Middle            Last

Firm Name:   <u>Law Offices of Earl P. Underwood, Jr.</u>

In accordance with the Order Concerning Certain Health Plans' Motion For Preliminary Injunction entered on [DATE] in *In Re: Vioxx Products Liability Litigation*, MDL Docket No. 1657, I hereby certify as follows:

<u>  X  </u>    I have complied with Pretrial Order No. 48 and all Clients have been afforded a reasonable opportunity to opt into the Private Lien Resolution Program.

Signed this <u>14th</u> day of <u>October</u>, 20<u>09</u> under the PAINS and PENALTIES of perjury.

NAME: Earl P. Underwood, Jr.