UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx®<br>**Product Liability Litigation** | * * * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| This document relates to: | * * | |
| *Betty Barnett, et al.*<br>v.<br>*Merck & Co., Inc.* | * * * * | **JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:*<br>*Betty Barnett* | * * * | |
| *Docket No. 2:06-cv-06704* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Betty Barnett in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE