FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 OCT 13  PM 5: 13

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                           :   MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION          :   SECTION: L
                                           :
                                           :   JUDGE FALLON
                                           :   MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**  Dorothy A. Griffin only

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Dorothy A. Griffin. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 7th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Dorothy A. Griffin
P.O. Box 7463
Tyler, TX 73711

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras St.
Suite 2450
New Orleans, LA 70130

1