United States District Court
Att: Judge E. Fallon
& Johnston (Attorney)

Dr. Vona wants you to let him know if its anything that he can do to help about the letter, because he say that he is not a Heart Doctor. But he will do what he can, Only if you say he can do it. So he wants to hear from you.

Dorothy A. Griffin
P.O. Box 7463
Tyler, TX. 75711
MDL: 1657
VCN# 1081041

# NEUROLOGY SLEEP DISORDER CENTER OF SOUTH ARKANSAS

### SHAILESH C. VORA, M.D.
DIPLOMATE, AMERICAN BOARD OF PSYCHIATRY & NEUROLOGY
BOARD CERTIFIED IN NEUROLOGY, SLEEP DISORDER MEDICINE, PSYCHIATRY & GERIATRIC PSYCHIATRY

CROSSETT OFFICE
305 B W FIRST AVE
CROSSETT, AR 71635

EL DORADO OFFICE
300 THOMPSON
EL DORADO, AR 71730

MONTICELLO OFFICE
111 E GAINES
MONTICELLO, AR 71655

ELECTROENCEPHALOGRAPHY
NERVE CONDUCTION & ELECTROMYOGRAPHY
EVOKE POTENTIAL STUDIES
CAROTID DUPLEX INTERPRETATION
MRI

TELEPHONE: 870 863-7399
FAX: 870 863-7292
TOLL FREE TELEPHONE: 1-888-SLEEP-02
(1-888-753-3702)

NEUROLOGIST
PSYCHIATRIST
SLEEP DISORDER MEDICINE
CLINICAL NEUROPHYSIOLOGY
GERIATRIC PSYCHIATRIST

---

## PHYSICIAN ORDERS

DATE: 9-3-09

PATIENT NAME: Dorothy Griffin    CHART #: 506    DAY PHONE: _____

BIRTH DATE: _____   SS#: _____   NIGHT PHONE: _____

PLACE OF TEST: _____   DIAGNOSIS: _____

**EKG**
DATE: _____
TIME: _____

**CARDIAC ECHO**
DATE: _____
TIME: _____

**LEG DOPPLER**
DATE: _____
TIME: _____

**CAROTID DOPPLER**
DATE: _____
TIME: _____

**SLEEP STUDIES**
PSG I   MSLT   PSG II
DATE: _____
TIME: _____

**NERVE CONDUCTION/EMG**
UPPER   LOWER   4-EXT
DATE: 9-17
TIME: 8:00

**EEG**
DATE: _____
TIME: _____

**MRI**: C+L spine
DATE: 10-5
TIME: 9:40

**OTHER**: EU
DATE: 9-17
TIME: 9:30

**EEG INSTRUCTIONS**: You must have clean, dry hair. <u>Absolutely</u> no oils, gels, sprays or other hair products. Please wear your hair down. No braids, clips or weaves. No more than four (4) hours sleep the night before your test.

**NERVE CONDUCTION/EMG INSTRUCTIONS**: Please do not apply any lotion prior to having these test performed. If you have lotion on your skin when coming for your tests it will cause the tape used to not stick on your skin and you will be at the office longer than expected.

Please report to our office at the above date and time. If you are unable to keep this appointment, please call our office at (870) 863-7399 as soon as possible so we may schedule another appointment for you. <u>Otherwise you may be charged $20.00</u>. A deposit may be required at the time of your test. You may call in advance to ask the amount required.

*[Signature]*
Shailesh C. Vora, M.D.

For: Extraordinary Injury payment

MDL: 1657
VCN: 1081041
Doc. #13136

VIOXX Claims Administrator
Att: Diann W. Bates

United States District Court
Att: Judge Fallon

To whom it may concern... I am writing you to inform you that... I had an appt. with Dr. Clark for my hands locking up on me, stiff, knots in my hands from the Accident with Celadon Trucking Co. I was turned away... because the doctor would not take my Insurance with Medicare and Champa VA. I was told that it was a Workers comp. claim... they could not see me because Celadon Trucking Co. was suppose to pay for it. So I don't know what to do. Celadon Trucking would not pay for anything for me. My Workers comp. claim was Denied. I was referred to Dr. Clark by my regular Dr. Johnston at EMTC.

P.S. Here is a copy of the paper work for Dr. Clark.

Thank you
Dorothy A. Griffin


*[Handwritten at top:] Dorothy H. Griffin / Dierker  
Appt. 8:00 A.M  
7-21-09*

# AZALEA ORTHOPEDICS

## Donnybrook

Jan H. Garrett, M.D.
Gary P. Goodfried, M.D.
Todd M. Raabe, M.D.
Michael E. Russell, II, M.D.
William E. Schreiber, M.D.
Jerry W. Schwarzbach, M.D.
John F. Walker, M.D.

**1**

1905 Donnybrook
Tyler, Texas 75701
903/592-6811
1-800-780-6811
FAX 903/533-1472
*Enter thru pink awning, take elevator to 2nd floor

## Golden Road

Timothy L. Beck, M.D.
John T. Camp, M.D.
Carey A. Clark, III, M.D.
Robert W. Dennis, M.D.
Kim A. Foreman, M.D.
James R. Harris, M.D.
L. Matthew Jones, M.D.
John F. Priddy, M.D.
M. Joseph Shepard, M.D.

**2**

3414 Golden Rd.
Tyler, Texas 75701
903/939-7500
1-800-248-0426
FAX 903/597-1245
* Enter thru front door, take immediate left

---

Back and Neck Injury
EMG's/Nerve Conduction Studies
Foot and Ankle Surgery
Hand and Upper Extremity Surgery
Joint Replacement Surgery
Laser / Arthroscopic Surgery

Nerve Injury Evaluation
Orthopedic Medicine
Reconstruction Surgery:
 Pelvis
 Hip
 Knee

Physical Medicine & Rehabilitation
Scoliosis
Spine Care
Spine Surgery
Sports Medicine
Trauma

Workers' Compensation
Physical Therapy
Occupational Therapy
Magnetic Resonance Imaging
Bone Densitometry

AZ-50



1905 Donnybrook
Tyler, Texas 75701
Phone 903/595-0400

3414 Golden Rd.
Tyler, Texas 75701
Phone 903/939-7500

## CASH PATIENTS

It is our understanding you will be receiving services from Azalea Orthopedic on a self-pay basis. The charge for the first visit with the doctor will be a minimum of $150.00. Please come prepared to pay for all charges from the first visit. As we are specialists, many times more tests or treatment is needed. At the time these services are provided, payment is due in full. If you have any questions, please discuss them with our staff.

## HMO INSURANCE

If your insurance company is an "HMO" and require you to have a referral from your primary care physician (PCP) **PLEASE** call them and make certain they have sent it to us **BEFORE** your appointment, or you will be required to pay all charges at the time of your visit. You also need to know what hospital, lab and pathology facility you are required to use.

## PPO INSURANCE

If your insurance is a "PPO", please check with your insurance company to see if the doctor you will be seeing at Azalea is in your network **PRIOR TO YOUR APPOINTMENT,** or you will be required to pay all charges at time of your visit. You will also need to know what hospital, lab and pathology facility you are required to use.

## MEDICARE PATIENT

If you have chosen a plan other than standard Medicare, check with your insurance company prior to your visit to determine if the doctor is in the plan. If any referral is necessary, it is your responsibility to obtain it prior to the visit. You will also need to know what hospital, lab and pathology facility you are required to use. This is also necessary for all supplements to Medicare.

You must know what kind of insurance you have. Check with your insurance carrier if you are not sure. All patients are required to pay their deductible and copay or percentage amounts at the time of the visit.

ALWAYS BRING YOUR INSURANCE CARD (S),
WITH YOU TO EACH APPOINTMENT

AZ-98

# NOTICE OF PRIVACY PRACTICES

**Please read this notice carefully. It concerns your individual, private healthcare information and how this information may be used and disclosed by this office. After reviewing this notice you will be asked to consent to the use of your information as described. This consent is voluntary on your part.**

1] We have a legal, ethical and moral obligation to protect your confidentiality. Any information about you and/or your family will be held strictly confidentially by all employees. No discussions about you outside of the patient care framework will be allowed, and any conversation between staff members that pertains to delivering you quality care will be held in a confidential and professional manner.

2] In order to provide quality care to you, as well as operate this office in an efficient manner; we will need to access your private health care information for purposes of treatment, payment and operations [such as quality assurance]. In using this information this office will comply with all state and federal; laws pertaining to your privacy rights, including the Privacy and Security protections provided to you by the Health Insurance Portability and Accountability Act ["HIPAA"].

3] Specifically, we will need to disclose your private information under the following circumstances:

   a] **Sharing information for purposes of treatment:** We will share information with all members of your treatment team, both within this office and with other providers [personal and institutional] in order to provide you with quality care and the educational/wellness programs specified in your insurance plan;

   b] **Sharing of Information for Purposes of Payment:** We will share all necessary information with your insurer[s], payor[s], governmental entities [such as Medicare, Medicaid, etc.] and their representatives [including, but not limited to benefit determination and utilization review] as well as our representatives involved in the billing process [including, but not limited to claims representatives, data warehouses, billing companies].

   c] **Sharing Of Information For Purposes Of Operations:** We will share all information necessary for ongoing operations of this office, including [but not limited to] credentialing processes, peer review, accreditation and compliance with all federal and state laws.

4] Your consent for use and disclosure of information as described may be revoked in writing at any time. Please notify the office/Privacy Officer if you ever decide to revoke your consent.

5] Your specific authorization will be required for the release of any information not included above. Your authorization will need to be in writing and it will be specific to the disclosure requested. Incidences which may require your authorization under the HIPAA regulations include [but are not limited to] some marketing purposes, the disclosure of any psychotherapy records in our possession and disclosures for fundraising by any entity.

6] This office will not release any information other than those incidents described above, unless disclosure is required by law, a court, a legal process or government agencies.

7] When the HIPAA privacy rule becomes effective in this office, you will have the right to inspect and copy your protected information, amend your record, have reasonable requests for confidential communications accommodated and may obtain an accounting of disclosures. All other rights afforded to you by state and federal law will be honored as they are created. This office will attempt to comply with any of your requests before the HIPAA compliance date if feasible. Please contact the Privacy Officer if you have any question about your rights, the compliance date[s] for this office or any other privacy related questions you may have.

8] This office has policies and procedures in place to facilitate compliance with the law, as well as assure that this office consistently treats you with respect for you and your privacy and confidentiality. These policies and procedures are available for you to review. If you would like to read them please notify the Privacy Officer.

9] The Privacy Officer is the person in the office responsible for your privacy and the security of your information. Any complaints you or your family may have in this area should be directed to the Privacy Officer. The front office staff will assist you in contacting them.





7/21/09





Timothy A. Griffin
P.O. Box 7463
Tyler, TX, 75711

ATT: Judge Fallon

United States District Court
RE: VIOXX Litigation
Eastern District of Louisiana
New Orleans, LA. 70130