UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:**   06-1493, Thomas v. Merck & Co., Inc.

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Edward Earl Thomas. To the extent that the letters can be interpreted as motions, those motions are DENIED. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

Plaintiff in this case has filed numerous letters and/or motions. Frequently, the filings are unrelated to the Plaintiff's Vioxx case. To the extent that the filings are related to this case, the Court has previously denied numerous similar motions filed by this Plaintiff. Nevertheless, the Plaintiff continues to frivolously submit these letters and motions. Accordingly, IT IS FURTHER ORDERED that the Plaintiff is forbidden from filing any further documents in this action without prior Court approval.

To the extent that these letters are unrelated to the above captioned case, the Plaintiff is

1

directed to contact an attorney, the prison staff, or the appropriate court to address his concerns.

New Orleans, Louisiana, this 7th day of October, 2009.

*[signature]*
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

Mr. Edward Earl Thomas
208 S. Harrisson
Saginaw, MI 48602