#1 Supplemental Brief / correspondence
Appeal Re "none" letter
Emergency Request
Via Telesconference
and Audio/TV

Motion to District / Notice of Appeal / Request
/ Remand

**RECEIVED**

**AUG 31 2009**

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Case MDL 05-1657
and 06-1493

Dear Judge Eldon E. fallon / Chairman

I am mentioning "all" rules of FRAP 25 filing
and Service, FRAP 43 Substitution of Parties (decedents)
, FRAP 45 Clerk's duties, FRAP 44 Constitional Question
(state and federal), and FRAP 47 Local Rule
Court of Appeals I am not sent federal Rules
of Civil Procedure etc, no sanction or other
disadvantage may be imposed for noncompliance
and no notice of the requirement 28 USC § 2072
I now ask for counsel cause physical liberty
, the risk, and lose the litigation.
Director of the Administration Office of the United States.
compensation for travel and transportation etc,
Circuit Executive, Chief Judge, Rule Committee (proposal
/recommendation), Chair of Advisory Committee and
I woman law student at (accredited) and
public member too then "appointment of counsel"
not given, joint consolidation after coordination
and presentence investigation

Signed, Edward Earl Thomas
lillipop 08-24-2009

This is pertinent information.

Supplemental Brief
Appeal
Emergency
Via teleconference
and Audio TV

Independence
letter

Motion On Notice Of Appeal / Oral Argument / En Banc / Rehearing En Banc / Supreme Court and Congress / Remand / Counsel

Case MDL 05-1657
and 06-1493

Dear Judge Eldon E. Fallon / Chairman

I have asked for counsel over and over, over 40 motions sent since January of 2008 — no response I was sent one mailing a month ago "open" and put under my door that is shut - closed daily sometimes cracked even a towel goes under door cause I put water all over floor and all other inmates rooms are painted but mine and poisonous fibers are in my vent I wash my own walls and floor the phone was taken out for a call to the FBI which I filed a closed lawsuit years ago Bob Lucas, Asians, and a white agent that speaks five different languages run by SAC Fenolds — now foley here in Michigan now on this 2.7 Billion amended lawsuit many wants me dead no copies by Pam / Sandy Kaul, Nelson, Coffee, Conic has made copies but refuse to now and are just in coersion to hurt or kill me. I ask for counsel cause indigent and lose, a physical liberty and risk and I would lose litigation. Signed, This is pertinent information. Edward Earl Thomas 8/25/09

#3 Supplemental Brief
Appeal file no. 06                                              Correspondence
Emergency Request                                                   letter
Via teleconference
and Audio TV

Motion On Manifest On Constitutional Question
/ Notice Of Appeal / Remand

                                    Case MDL 05-1657
                                    and 06-1493


Dear Judge Eldon E. Fallon, Circuit Executive, and
Chairman / Staff Attorney

     at the Saginaw County Courthouse the law
library books was taken-out saying just use the
computer this is were I filed this lawsuit and
I am refused jail law library both illegal
to ask about state constitutional question nor
a federal constitutional question the Book of
federal Civil Procedure in either district never
sent to me .. And I keep asking for counsel
cause of physical liberty, the risk and lose
the litigation. Now asking for a woman law
student at (accredited) school and public member
then consolidation after coordination and
presentence investigation. I have question on
FRAP 25, 43, 44, 45, and 47 then 28 USC § 2072.
One other FRAP 22 habeas corpus. Also MDL
under 28 USC § 1407 even FRAP 21.
                                    Signed,
                                    Edward Earl Thomas
This is pertinent information          8-25-2009



*Supplement, correspondence*
*Appeal file no 60*
*letter*
*Emergency*

Motion to Change Venue / Counsel

**RECEIVED**

AUG 25 2009

CHAMBERS OF
U.S. DISTRICT JUDGE
... DON E. FALL...

MDL 05-1657
and 06-1493

Dear Circuit Executive / Judge Eldon E. Fallon
/ Staff Attorney

on grounds of peers, discrimination, defame,
beating / jumping, mail fraud. door closed were
it hard to breath, and I ask for counsel (women)
cause I am indigent and will lose a physical
liberty (s) cause I would lose the litigation and I
have children etc, also I need staff attorney to help
with product liability laws. What about time -
violation, speedy trial, due process, discovery, insanity,
temporary insanity, hyteria, memoradum, memoranda,
, ethics, state of the evidence. never received local
rules or federal rules of civil procedure nor third-party
form. It is my knowledge should have went to
the first (1st) circuit from Michigan to Chicago this
case please notify me on Chicago ... my daughter
Chevette Gamble was shot inmates and judicial
officer cops about the issues with "hate crimes."
Jean L. Kanitz, Ph.D. Therapist (omnibus) 1-888-509-6066
on-call buf mailing defraud 90% of the time
even lawyer / attorney. Signed, Edward (Joe) Thomas
This is pertinent information.
8/14/2009



*Supplemental Brief*
*Approval*
*Emergency - circuit Executive*

AUG 24 2009

*Correspondence letter*

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON



# SAGINAW COUNTY
# SHERIFF'S OFFICE

618 CASS STREET
SAGINAW, MICHIGAN 48602
(989) 790-5456
FAX (989) 790-5429

# SHERIFF
# WILLIAM L. FEDERSPIEL

## UNDERSHERIFF
## ROBERT X. KARL

*Motion to Amend And Counsel / Request*

### GRIEVANCE FORM

DATE: _____   OFFICER(S) NAME: MDL 05-1657 and 06-1493

TIME: _____   SHIFT COMMANDER(S) NAME: _____

GRIEVANCE: Dear Judge Eldon E. Fallon / Staff Attorney's

I ask to amend this case to 2.7 Billion and need staff attorney's to help with product liability law ... I need local rule and federal Rules Of Civil Procedure. I also would like to represent myself or asked judge to appoint counsel cause I am an indigent litigant and will lose a physical liberty if I lose litigation ... See Hassiter v. Dep't of Social Servs. 452. 4555 U.S. 18, 25 (1981); Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), reh'g en banc on other ground 154 F.3d 952 (9th Cir. 1998) I do need "special help" ... Judge Breyer MDL 05-1699 and 06-3674 "Closed" motion on correct /amend, 2nd hearing on "MRI's" and remand last — remand by Panel ... I have stolen out the cookie jar and sold drug(s) I am mentally ill and suffer "Hysteria" U.S mail fraud to: Lawyer Honigman Miller, Schwartz & Cohn, Thomas Foley, Cornelius Pitts, Jeffrey, Fiezer, Nelson, Mullens, Riley and Seah + Gough LLP, Koldeny / Kold etc.

Rev. 09/22/05

FROM: Signed
Edward Earl Thomas
08/18/2009

*"Working Together To Make Saginaw County A Safer Place To Live"*

THE SAGINAW VALLEY
STRONG ROOTS...STRONG FUTURE



Edward Earl Thomas 0810.23
208 t. Harrison
Saginaw Michigan 48602

Clerk/Judge Fallon
500 Poydras St.
New Orleans Louisiana
70130

SAGINAW MI 486
14 AUG 2009 PM 2

J. S. MARSHALS

SEABISCUIT
USA

701304221 9

*Supplemental Brief*
*Agree* *Emergency* *correspondence letter*

**RECEIVED**

AUG 24 2009

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

# SAGINAW COUNTY
# SHERIFF'S OFFICE

618 CASS STREET
SAGINAW, MICHIGAN 48602
(989) 790-5456
FAX (989) 790-5429

**SHERIFF**
**WILLIAM L. FEDERSPIEL**

**UNDERSHERIFF**
**ROBERT X. KARL**

*Motion On Beating And Mail fraud*

## GRIEVANCE FORM

*case MDL 05-1657*
*and 06-1493*

DATE: _____          OFFICER(S) NAME: _____

TIME: _____          SHIFT COMMANDER(S) NAME: _____

GRIEVANCE: Dear Judge Eldon E. fallon / U.S. Marshall's (third-party)

remember I asked over and over again to send a colored woman U.S. Marshall's I been jumped over and over by Welch, Boff, with Sgt Anderson, Sgt Austin Werner, Sheldon Dean and Yost, Sgt Pasco, Lagale, Vanriper now Sgt Weber Coffee and Ewald in pain the nurse and doctor refuse me treatment Dr Natali and Dr Zarski (mental health) state/fedural grievance forms goes unanswered and even now inmates across the hall in 1½ man taught me that I talk to much and speak on my daughter Chivette Gamble who was shot one inmate says to glad she was shot Sgt Austin, Welch, Boff, Sheldon refuse to give names of inmates I get names myself though my people or officer calling their name I need to be transferred to a mental health hospital..

FROM: Edward Earl Thomas

081023
8/11/2009

Rev. 09/22/05

*"Working Together To Make Saginaw County A Safer Place To Live"*



Edward Earl Thomas 081023
208 S. Benson
Saginaw, Michigan
48602

Clerk / Judge Fallon
500 Poydras st
New Orleans LA

NEW ORLEANS LA 701
SAGINAW MI 486
15 AUG 2005 PM 1 T

SEABISCUIT

Supplemental Brief
Appeal Be
Emergency - Request

**RECEIVED**

**AUG 24 2009**

**CHAMBERS OF**
**U.S. DISTRICT JUDGE**
**ELDON E. FALLON**

Correspondence
letter

Motion On Court Jury / Remand
/ Notice of Appeal / Request

Case MDL 05-1657
and 06-1493

Dear Judge Eldon E. Fallon / Circuit Executive
/ Staff Attorney

I would ask for a judge of my peer and
a jury of my peer "Christians" the baptist, the
saints, I mean (s) Arabs, Greeks, Colored, and
English .. A woman attorney (white, oriental, or
colored) appointed by U.S. Judge or Congress
cause I am indigent and lose physical liberty
if I loses the litigation it the risk .. I
would like "Third-Party" issues please unless
talk about .. Subpoena to Governor Jennifer Granholm
, Magistrate Charles Binder, Judge David Lawson,
Circuit Executive, Ex-Chief Judge James L. Ryan,
Secretary of State Hillary Clinton, Treasury Depart-
ment, President Barak Obama, Vice President
Joe Biden, Congress and Caucus etc,.
U.S. personal protection order's U.S. Marshall's
, Secret Service and CIA on duty and off maybe
On-Star two woman officer to one man officer.

Signed,
Edward Carl Thomas
08-20-2009



Edward Earl Thomas 081023
208 s. Harrison
Saginaw Michigan
48602

Clerk U/S Judge Fallon
500 Poydras St
New Orleans Louisiana
70130

70130+3313 C026

Supplement to Brief
Appeal Si no oo
Emergency

Correspondence
Letter

RECEIVED

AUG 24 2009

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Motion On Counsel / Hearing / Notice Of Appeal

Case MDL 05-1657
and 06-1493

Dear Staff Attorney's, Circuit Executive, and
Judge Eldon E. fallon

The defendant shall not the plaintiff watch
him ... I have no law library for Lf. Hatzwiller
and all new books and computer .. from "Webster's"
dictionary to demonstrate risk of losing physical liberty
if litigation is lost .. examples, eye witnesses,
medical examination (views) law of nature, matter
, physics, and mind prove.
I can "Reopen" a "Dow Chemical" case in
Bay City or Detroit I should not need too..
I have Pacer ET0362 and B.'73TPEK Every
Edward Earl Thomas remember Judge Charles R. Breyer
now "Reconsiderations"/ Reopen on clerk manifest on
MRI's etc local rules etc counsel. Signed,
Edward Earl Thomas
8-15-2009

This is pertinent information.

Supplemental Brief
Appeal file no doc
Emergency

RECEIVED
AUG 2 1 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Correspondence
letter

Motion On Decision / Defame / Mental
Health Hospital / Counsel

MDL 05-1657
and 06-1493

Dear Circuit Executive / Judge Eldone E. fallon
/ Staff Attorney

I am no allowed copies from Pam O'Dell as
I know Kaul, Coffee, and Nelson has done copie
but still use coersion. I can not have a legal
phone-call a non-phone call and the phone was
taken-out my cell when a call to the FBI was
made. I can not have visitation, no law
library can I use no address + phone are given
of phone board I write kites... my door is open
by officer and closed by a white trusee as officer
Ig refuse to give names I am not allowd to file
charges on inmate nor officer but charges are file
over and over on new issues on me. Mail fraud
to state and federal clerks and judges over $11,000
has been taken from Bank though inmate Derick
Thompson outside world Domineka Donald to send
my children money for school Pam says I can
not send money to them I can not even have
a hair-cut or get toe nail cut now over 1 year...
                              Signed, Edward Earl Thomas
                                        8/14/2009

This is partenent information



Raymond Leoš Pennel 081023
2083. Harrison
Saginaw Michigan
48602

Clerk of Judge Fallon
500 Poydras St.
New Orleans Louisiana

70130

SAGINAW MI
21 AUG 2009 PM

70130*3313

*Supplemental Brief*
*appeal*
*Emergency*

*Correspondence letter*



## SAGINAW COUNTY
## SHERIFF'S OFFICE

618 CASS STREET
SAGINAW, MICHIGAN 48602
(989) 790-5456
FAX (989) 790-5429

**SHERIFF**
**WILLIAM L. FEDERSPIEL**
*Captain Lutzwiller*

**UNDERSHERIFF**
**ROBERT X. KARL**

*Motion On Mail fraud / Defraud / Counsel / Move Me*

### GRIEVANCE FORM

OFFICER(S) NAME: *MDL 05-1657 and 06-1493*

DATE: _____

TIME: _____

SHIFT COMMANDER(S) NAME: _____

GRIEVANCE: *Dear Circuit Executive / Judge Eldon E. fallon / Staff Attorney*

*Sgt Austin, Kolb, and Huskins had my mail I banked at National City Bank some how my social security check was stopped I was keep weekly contact with my bank on this lawsuit and Judge Charles R Breyer MDL 05-1699 and 06-3694 on which Roosevelt Puffin Clinic has not provide the milligrams of the bextra and celebrex I took he is update in "Reconsiderations" motion cause I do have MRI Echo-grams, and a stress test in that I am trying to have copies done FOIA eh, from MDL Courts I cause I put "All" CD's in the case in Judge Breyer MDL 05-1699 case Sgt Austin has beat/jumped me in a mental health chair with Werner, Sheldon Dilbert over 30 times Sgt Anderson, Sgt Weber, Sgt Casco Welch Bolt, Lagalo, began, fost, Enfald, foster / Jackson too.*

Rev. 09/22/05

FROM: *Edward Carl Thomas*

*Ex Sgt Rimmer, Shaff*

Edward Earl Thomas 081023
208 S. Harrison
Saginaw Michigan
48602

SAGINAW MI 485
15 AUG 2009 PM 2

USA 44

SEABISCUIT

Clerk / Judge Fallon
500 Poydras St.
New Orleans Louisiana
70130

70130+7303

*Correspondence letter*

AUG 21 2009

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLO

Motion On Mental Health Hospital / IRS

MDL 05-1657
and 06-1493

Dear Circuit Executive / Staff Attorneys and Judge
Eldon E. fallon / U.S. Marshalls

I am asking to be in a mental health
hospital we are being feed daily human and
animal bile and gaule with biochemical nurse
and Dr Natole does zero even dentist a colored.
I have and ear-infection Kathy has refused
to treat me for days and today couse I would
not drink water but cover under my door the
cover has gone off and on since here not from
nurse other nurses closed door themselfs, when
officer open door and leave like Welch, Rimmer
(ex-Sgt), Conic, Nolls she and Kirk change suits
since state and now new federal or mental health
grievances the "Door" is shut more now cleaning
cell less to never mostly ex-Sgt Rimmer my name
comes up everyday about my daughter Chevette Amble
19 beeing shot and threats on other family members
even by officer and inmates (white/black) the FBI
courses to hurt me along with state officials send
third-party forms "Daily Signed, Edward Carl Thomas
this is pertinent information.
8-15-2009

Supples t k Brief                    Correspondence
Appeal de no 00
Emergency
Case 3:05-md-01657-EEF-DEK   Document 25252-1   Filed 10/13/09   Page 19 of 38

Motion On Records from Congress / IRS

MDL 05-1657 and
06-1493

Dear Circuit Executive / Staff Attorney's and Judge
Eldon E. fallon / U.S. Marshall

I am asking for counsel from this Court cause
I am indigent and would lose a physical liberty cause
cause I would lose the litigation with children ...
even 28 U.S.C. § 2072 I am try to get the Merck
file (merck) and Dr. Peter Roast testimony both from
congress DC. U.S. Mail fraud here stopps me
from writing lawyer / attorneys. doctors, Roosevelt, Ruffin
Clinic, constituents, and family and friends. My
door has been closed - shut were I can not breath
well water has to be put down on floor over and
over to breath sometimes a cover is put under the
door to seal of more are today nurse Kathy who
refuse to treat ear - infection told me to get water to
drink I said I was OK she told Sheldon to put
cover under door he did she, Beth etc, has charged me
over $750.00 $10.00 a nurse visit to resolve the medical
staff refuses companys address or phone writing hospitals
Covenant, St. Marys, Midland Medical, Hurley, or
Pontiac Hospital even Bay Medical no response Edward Carlmore

Signed,
Edward Carlmore
08-15-2009



Edward Earl Howard 091823
208 n. Hamilton
Saginaw Michigan
48662

Clerk / Judge Ellen E. Fallon
500 Poydras st. # H
New Orleans Louisiana
70130

Supplemental Brief
Appeal the novel
Emergency

Correspondence
Letter

Poor ET0862 and
B173TPEK

Motion for Record On Appeal

MDL 1657 and
06-1493

Dear Clerk's and Judge's

to the "Special Master" if needed
the media contracting etc w/ U.S. mailing
defraud continually 1 year 6 months etc., we
can talk settlement

Signed,
Edward Earl Thomas
8-1-2009

TENDERED FOR FILING

AUG - 3 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Supplemental Brief                    correspondence
Appeal De _____                         letter
Emergency

                              Doar ET0862 and
                              B!73TPEK Query


Motion to Amend


                        MDL 1657 and
                         06-1493


Dear Chief Clerk / Deputy Clerk / Staff Attorney


please Loretta G. Whyte I asking to amend
this case to 2.7 billion and if there is any-
thing, anything needed please contact me
onytime I am in need of local rule and
federal Rules Of Civil Procedure then third-party
and U.S. personal protection order now indigent
and lose a physical liberty(s) cause I would
lose liligation I want a white, colored, or
oriental woman lawyer / attorney.
  I have lawsuits Judge Charles R. Breyor MDL05-1699
and 06-3674 hextra / celebrex defendant Michelle W.
Sadowsky public website https://ecf. cand U.S. Courts.
gov. / cand / hextra /. and ask to dinner to talk ....
other as Judge Denise Page Hood 07-11526 social security
, Judge Victoria A. Roberts 08-11543 Saginaw st, ——
subpoena to U.S. Treasury, Secretary. U.S. Health
and Human Service, U.S. Interior, U.S. Military
Colonel / General, U.S. House / Senate Judiciary Committees,
byes and Doctor's. Signed, Edward Earl Thomas  8/1/2009

Supplemental Brief                              Correspondence
Appeal De novo                                       letter
Emergency                              Pacer ET0862 and
                                        B!737PEK query

Motion to Staff Attorneys / Notice Of Appeal

                              MDL 1657 and
                                06-1493

Dear Judge Eldon E. Falon / Staff Attorneys
/ U.S. Marshalls

   I need law (s) on product liability and
mental issues even now indigent and lose a
physical liberty (s) cause I would lose litigation.
Then I need third-party and U.S. personal
protection forms now ... Please send application
, address, and phone to U.S. House Judiciary
Committee's on show cause and extension of time
on or for U.S. House Judiciary Committee's judge
Charles R. Breyer MDL 85-1699 and 06-3674 — now
indigent and lose a physical liberty (s) cause
I would lose litigation. Contact Kriendler
/ Kriendler New York .. then caucas. Send certified
, mailing defraud ,... and federal Rules Of Civil
Procedure. On anti-Christian and the "Universal
Medication,, leave the "Pot" open ..
                              Signed,
                         Edward Earl Thomas
                                /7/30/2009

This is pertinent information.

Supplemental Brief
Appeal / Evidence
Emergency
letter
Pacer ET0862 and
B!73TPEK Avery

Motion for Counsel / Notice Of Appeal

MDL 1657 and
06-1493

Dear Judge Eldon E. fallon / Staff Attorney
/ U.S. Marshalls

I have not seen or till of any U.S.
mail in now over 1 and 6 months untill today
and I wrote over 40 letters / motion no response
Human and animal bile and guile feedings
daily with biochemicals malnutrition beatings
and door closed were I can not breath I put
water on floor for some oxygen I ask for mental
health I am put in restraint chair to git air
without warm cover I only receive this treatment
so to go back to room, lack of air.. Sgt Anderson,
Welch, Bolk with Lf. Gutzweiler, Sgt Irvine has
jumped and beat me over and over nursing wear
no name tag charging $10.00 a visit without doctor
now I owe over $760.00 or taken out and I receive
"Medicare" call in the U.S. Marshalls. I am
indigent I receive SSI/SSO 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 and took
viaxx and I have children and I would lose
a physical liberty(s) if I lose litigation.. I can
settle out. Signed, Edward Gary Thomas 7/30/2009
This is pertinent information.

Supplemental Brief
Appeal is no #8
Emergency                                            Correspondence
                                                          letter
Poeu E-0862 and                                    7/29/2009
B! 73 TPEK Emery

Motion for Response / Reply / Notice of Appeal

MDL 1657
and 06-1493


Dear Judge Eldon E. Fallon / Staff Attorney
    / U. S. Marshalls

    the letter from the Court I received today
was open as much mail even certified mail
and inmates with officers speak on insurance
cards and tell on my daughter Chwette Gamble
who was shot .. and officer Welch, Bolk, Werner
, Sgt Anderson, Sgt Austin, and Sgt Rasco jumps and
beats me even on a restraint chair.
    My liaison has not sent me any mail in
over 1 year 6 months I need a total update back..,
then storf "certified-mailing." I have a bad
heart / heart problem call U. S. Marshall cause
manifest my door is closed-shut and I can not
breath properly water is needed to help but other
inmates door is open .. cause of grievance then
writing to family, lawyers (pro bono), congress, congress
caucases, media, military services etc I need third-
party and U. S. personel protection forms. Now cover
is put under my door by trustee(s) usally their
family member name are not given. Signed,
this is pertinent information.        Edward Earl Thomas 7/29/2009

Edward Earl Thomas 081123
208 d. Harrison
Saginaw Michigan
48602

SAGINAW MI 485

31 JUL 2009 PM 1 L

Clerk Loretta G. Whyte
500 Poydras St.
New Orleans Louisiana
70130

70130#3367

Supplement to Brief

Appeal De novo

Emergency -

Daughter Chevelle shot

wt alive

Correspondence
letter

Motion to Change Venue

RECEIVED

JUL 21 2009

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Case MDL 05-1657

and 06-01493

Dear Judge Eldon E. falon / Staff Attorney

I have had mail fraud now over 1 year and
7 months Pam incharge of mailing systems refuse to
change system mail always open and grievance not
answered mail to media, french, colored, greek lawyers
and constituents etc. Kolb and Huenskens (woman)
took lots of mail all I know is my bank National
City account was stopped and it was two months
before social security found me; a judge Denise Page
Hood 07-11526 social security lawsuit I still receive
check in jail I filed a lawsuit on jail and judges
to Cornejo, Lagalo, feldotte asians, Welch, Zimmer
, Powell, Ernie colored received much mail too
no return Lagalo, Welch, Vanripper, Werner, Dean
Yost, Bolt, Sheldon, Coffee, Psycher, Jackson,
foster (colored woman), and Gilbert beat, jump and
pulled hair with Sgt Austin, Sgt Kacey (colored woman)
, Sgt Anderson, and Sgt Weber. Lt now Captain
Gutzwiller just look and has closed my door were
water is need on floor for oxygen etc, Signed, 7/14/2009
Edward Earl Thomas

Supplemental Brief
Appeal file no. th                                    Correspondence
Emergency                                              letter

Motion for Records On Appeal or District Court
Records

Case. MDL 05-1657
and 06-01493

Dear Judge Eldon E. falon / Special Master

I do not wish to go special master but
I am making motion MRI's, echo-gram, and
stress-test was sent to Judge Charles L. Breyer
Your Honor if possible can review MDL 05-1699 and
06-3674 were mail fraud has stopped after about
one year cause of spies I sent on outside mail.
Now I need application for appointment of counsel
financial affidavit, supplemental relief, third-party
, and U. S. personal protection forms (for me, family
, and witnesses) then what about my due process and
speedy trial rights. time violation, with a cross-
application then staff attorney helping with applicable
statue even high treason concerning my daughter
Chevette Gamble she was shot but alive the U.S
Marshall and U.S. Secret Service french and colored
division being contacted even the Military General
then media... Brandon Smith and mothers
intent daughter.                          Signed,
                                    Edward Joel Thomas
                                          7/14/2009



Edward Earl Thomas 081003
308 A. Harrison
Saginaw Michigan 48602

SAGINAW MI 486
15 JUL 2009 PM

SEABISCUIT

Clerk / Judge Fallon
500 Poydras St
New Orleans Louisiana

70130

*Supplemental Brief*
*Appeal De novo*
*Emergency*

*Correspondence letter*

**RECEIVED**

**AUG 12 2009**

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

*Motion for Discovery / Notice Of Appeal*

MDL 05-1657 and
06-1493

Dear Circuit Executive / Staff Attorney / Clerks

I need help with product liability laws physical and mental illness I am an american with disability (chemical imbalance) as a young individual I am indigent and if I lose a physical liberty (s) if I lose litigation. Then hysteria and temporary insanity no proper medication manifest for doctors then concern for DNA-hereditary pattern chromosome / RNA genetic information even "Redress" I have a bad heart so a lot of cases if possible to adjourn to Michigan...

Signed,
Edward Earl Thomas
8-7-2009

This is pertinent information.

Supplemental Brief
Appeal De Ni ov
Emergency

Correspondence
letter

Motion On Service / filing Transfer and Practice
/ Notice Of Appeal

MAL 05 - 1657
and 06 - 1493

Dear Circuit Executive / Staff Attorney / Clerks

Judges I know I have a lawsuit to complete
myself so I am finding all help I can I
need the federal Rules Of Civil Procedure even
the Attorney Manuel.

I need help with product liability laws
physical and mental illness I am an american
with disability (chemical imbolance) as a young
individual I am indigent and if I lose a
physical liberty (s) if I lose litigation ...

Signed,
Edward Earl Thomas
/ 8-7-2009

This is pertinent information.

Supplement to Brief
appeal De novo do
Emergency

Motion On Reopening / Reinstate / Reconsideration

MDL 05-1657
and 06-1493

Dear Circuit Executive / Staff Attorney / Clerks

The scope on pro per / pro se I need help
with product liability laws physical and
mental illness I am an american with
disability (chemical imbalance) as a young
individual I am indigent and if I lose a
physical liberty(s) if I lose litigation...

Signed,
Edward Earl Thomas
8-7-2009

This is pertinent information.



Supplimental Brief —
appeals De no vo
Emergency — U.S Marshalls

Correspondence
letter

Motion on Cross - Application / Reconsideration

RECEIVED

AUG 0 6 2009

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

MDL 05 - 1657
and 06 - 1493

Dear Judge Eldon E. Falon / Staff Attorney's

time violations, due process and speedy trial,
hate crimes, and high treason. Cause of "bad heart"
I will need to adjourn some of trial to Michigan
if posible again I need help from staff attorney's
on "applicable statue" on "product leability" and
tell me if I need petition for permission to show cause
I am indigent and will lose a physical liberty (s)
cause if I lose litigation ( trash vioxy, bextra, and celebrex
and I have about 23 children). I have another case
Judge Charles R. Breyer MDL 05-1699 and 06-3674 bextra
/celebrex liaison Ms. Cabraser 1-800-541-7358 amended
4.7 billion defendant Michelle W. Sadowsky 1-888-
472-4293 public website https://ecf. cand U.S. Courts
. gov. / cand / bextra /. look I suffer "Hysteria" I
cry, but state Judges use manifest Philip J.
Thomas (313) 961-6585 (state grievance) and Judicial
Tenure Commission refusing law library or address and
phone the phone in cell taken out and I can not
have visitation etc, family and constituents as geek and
adobe mail fraud for "Gifts." Signed Edward Earl Thomas
8-3-2009

Supplemental Brief
Appeal
Emergency - U.S. Marshalls

Case 2:05-md-01657-EEF-DEK   Document 25252-1   Filed 10/13/09   Page 35 of 38

Correspondence
letter

Motion On Reply / Notice Of Appeal / Counsel

MDL 05 - 1657
and 06 - 1493

Dear Judge Eldon E. Fallon / Staff Attorney's

as I write my daughter Chevette Gamble was shot she lives officers and inmates across the hall white and colored has spoke defame of her daily and I am taughted daily of FBI agents asians, my other family member are talk of insurance cards and if I do not do as told what will happen.. I need U.S. personal protection when I write U.S. mail defraud Lt / Captain Gutzwiller and Sheriff federspiel before Sheriff Brown (asians) to my phone in cell refusing me a legal phone call on non-emergency call I, can not even use law library no haircut. no shaving, no recreation / exercise, no civil copies my door closed shut were I can not breath water has to be put on floor many, many times daily. Sgt Anderson, Sgt Austin, Sgt Rizzo, Sgt Weber corse heatings with Welch, Bolk. and Werner the longest and worst... Sheldon, Dean, Coffee, Yost, Ewald next Jackson and foster would heat against bars now Ex-Sgt Rimmer and Oriel refusals. Signed, Edward Earl Thomas

8-3-2009



Edward Earl Thomas 091023
308 S. Washington
Saginaw Michigan
48602

Clerk/Judge Fallon
500 Poydras St.
New Orleans Louisiana
70130

SAGINAW MI 486
03 AUG 2009

RECEIVED
AUG 06 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

70130+3313

Supplemental Brief

Appeal De no vo

Emergency

RECEIVED

JUL 3 0 2009

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Correspondence
letter

Motion for Records On Appeal / District Court Records
/ Notice of Appeal

Case MDL 05 - 1657
and 06 - 01493

Dear Judge Eldon E. Falon / Special Master
Judge Fern Smith / Clerks

Judge Charles R. Breyer MDL 05-1699 and C6-3674 has MRI's echo-gram, and stress-test I am in jail if possible Your Honor can use those records I do not wish to come to the special master unless need be I have 1 year 7 months U.S. mail fraud on this case over 50 letters sent no response I am refuses to respond Lt / Captain Gatzweiler refuses me copies (civil) law library, visitation, and exercise / recreation, no legal phone call and the phone was taken out my cell other inmates has phones etc, now my daughter Chevelle Gamble has been shot but aline by Brandon Smith and asians the sheriffs, police , nor FBI has responded. Send application for appointment of counsel financial affedavit, supplemental relief, and third-party form even U.S. personal protection for me, family, and witnesses.

Signed,
Edward Garf Thomas
7 / 14 / 2009

This is pertinent information.

