UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION I (3) |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL CASES | : | MAG. JUDGE KNOWLES |

_____

## ORDER

AND NOW, this ____ day of October, 2009, upon consideration of Plaintiff's Motion for Discovery/Briefing Schedule relating to Common Benefit Fee Application Objections ,

IT IS HEREBY ORDERED that Plaintiff's motion with respect to the instant matter is GRANTED/DENIED.

BY THE COURT:

_____
Daniel E. Knowles, III U.S.D.J.