UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Bordeaux v. Merck & Co. Inc.*, Case No. 05-1567

### ORDER

The Court is in receipt of the attached correspondence from Winona Bordeaux on behalf of her husband Felix Bordeaux, a Vioxx plaintiff. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 7th day of October, 2009.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Felix and Winona Bordeaux
P.O. Box 2441
Siouxx Falls, SD 57101

Leon J. Vanderlinden
Delaney, Vanderlinden & Delaney
P.O. Box 615
Webster, SD 57274

1

