RECEIVED

JUL 22 2009

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Judge Fallon,

Am Felix Bordeaux, Wife,
You never sent, the fee
contract back.
The one he signed in 2004.
Felix wants a copy of the
the original fee contract,
He signed in 2004.
Not copy of the 2nd fee
contract, Felix signed in 2007.
Leon Vander-Linden had Felix
sign a 2nd fee contract.
Telling Felix
1st one He signed in 2004
was lost.
Mr. Hossney, Said, one fee
contract per client.
But Felix signed 2 fee contracts
As a Judge, over-seeing this
case. You should have these fee
contracts.
Were going to get a lawyer to
check into this.
Judge Fallon,
Felix needs those 2 fee contracts
He signed in 2004 - 2009
Leon-Vander-Linden denies, He ever
had Felix sign a 2nd fee
contract. As a lawyer He shouldn't
lie but I guess, when money is
involved.

I just don't WANT Felix
TAKEN by GREEDy
LAWyERS
(YOU SURPRISE) ME),
AND THIS is OK by YOU,

THANK YOU
WINONA BORDEAUX

Felix Bordeaux

