In the United States District Court for the Eastern District of Louisiana

7-24-09

STANLEY BETHEA, Plaintiff

vs.

MERCK + Co. Inc Defendant

CASE NO: 2:05CV-06775-EEF-DEF

Jury Trial Demanded

(05-md-1657 L(3))

FILED JUL 27 2009
LORETTA G. WHYTE
Clerk

U.S. DISTRICT COURT
Eastern District of Louisiana

Motion to Remand
28 U.S.C.A. §1447(c)

Plaintiff moves to remand this action to the state court In the Court of Common Pleas Dauphin County HBG, PA, 17101  CASE NO: 2005 CV 4142 CV Because the plaintiff Is No Longer In the Vioxx Settlement Program His Dismissal Stipulation was file Late. Plaintiff motion to Remand Back to State Court Under 28 U.S.C.A. §1447(c) This will Relieve Plaintiff of Hardship.

Stanley Bethea
STANLEY BETHEA

TENDERED FOR FILING
JUL 27 2009
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc. No. _____

## CERTIFICATE OF SERVICE

I STANLEY BETHEA HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE MOTION TO REMAND 28 U.S.C. AS 1447(c) WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID UPON THE FOLLOWING

DOROTHY H. WIMBERLY, ESQ
546 CARONDELET STREET
NEW ORLEANS, LA 70130

*Stanley Bethea*
STANLEY BETHEA

STANLEY BETTER
P.O. Box 704
HBG, PA, 17108

CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, ROOM C-151
NEW ORLEANS, LA 70130