In the United States   7-24-09
District Court for the
Eastern District of Louisiana

Stanley Bethea,                    Case No: 2:05CV-06775-
                                           EEF-DEF
            Plaintiff

    vs.

Merck + Co. Inc,
            Defendant

## Order

This cause having been removed to this court and Plaintiff having made and filed in this court his motion to have the cause remanded to state court in HBG, GA. It is ordered that this cause be remanded to state court upon the ground that this case is no longer in the Vioxx settlement program. And further ordered that the clerk of this court make out a certified copy of the motion to remand, and this order and that the forward it to the clerk of the state court.

Dated: _____

_____ United States District Judge