UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:**   05-6775, *Bethea v. Merck & Co., Inc.*

## ORDER

On September 12, 2007, the Court forbid the Plaintiff in the above-captioned case from filing any further documents in this action without prior Court approval, in light of his repeated frivolous filings requesting remand of his case. (Rec. Doc. 12237). Once again, Plaintiff has attempted to file the attached motions to remand. The Court will accept the filings but will treat them as motions for leave to file a motion to remand. The Court issues this Order to enter the Plaintiff's filings into the record and to DENY him leave to file his frivolous motions to remand.

New Orleans, Louisiana, this 7th day of October, 2009.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Stanley Bethea
P.O. Box 704
Harrisburg, PA 17108

1