In the United States District Court
Eastern District of Louisiana

No. MDL Docket No. 1657
Section L

Stanley Bethea
    Plaintiff

vs.

Merck + Co., Inc.
    Defendant

Civil Action No. 2:05-cv-6775

Brief In Support of Plaintiff's Motion to Remand Complaint

Plaintiff filed suit against Merck in September 2005 in State Court in Harrisburg, Pennsylvania. The Defendants' attorney remand the complaint into Federal Court in HBG, PA. Then had the case transfer to District Court of Louisiana for Vioxx settlement program because of diversity of citizenship.

-1-

PLAINTIFF HAS SUFFER HARDSHIP FOR FOUR YEARS EVERY TIME HE ASK TO HAVE HIS COMPLAINT REMANDED HE GOT NO RESPONSE FROM THE DEFENDANT. DEFENDANT HAD SET A DATE FOR PLAINTIFF TO HAVE PAPER WORK RETURN TO THEM ON NOV 30, 2009 OR HE WOULD NO LONGER BE APART OF THE PROGRAM PLAINTIFF DID NOT RETURN THE PAPERS ON TIME SO HE'S NO LONGER APART OF THE SETTLEMENT PROGRAM. DEFENDANT SAID IF THIS HAPPENS THE COMPLAINT WOULD BE RETURN TO THE COURT SYSTEM. PLAINTIFF WANT THE COMPLAINT RETURN TO FEDERAL COURT FED HBG, PA. AND THERE WILL BE NO DIVERSITY OF CITIZENSHIP NOR NO HARDSHIP ON PLAINTIFF. THERE WILL NOT BE NO DUPLICATE OF EACH OTHER WORK BECAUSE THERE WAS NO WORK DONE EXCEPT DEFENDANT KEEP CHANGING THE RULES OVER FOUR YEARS TO QUALIFY FOR SETTLEMENT PLAINTIFF IS NOT GETTING BACK INTO NO PART OF THIS PROGRAM AND WANT HIS COMPLAINT RETURN TO THE COURT FED HBG, PA. SEE EXHIBIT-A

-2-

## CONCLUSION

FOR THE FOREGOING REASONS PLAINTIFF REQUEST THAT THIS COURT GRANT A REMAND TO PLAINTIFF'S MOTION.

Respectfully Submitted

Stanley Bethea

STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17108

EXHIBIT - A

## VIOXX Claims Administrator

Toll-Free Telephone: (866) 866-1729
Facsimile: (804)521-7299
claimsadmin@browngreer.com

| Mailing Address: | Delivery Address: |
|---|---|
| P.O. Box 85031 | 115 South 15th Street, Suite 400 |
| Richmond, Virginia 23285-5031 | Richmond, Virginia 23219-4209 |

November 20, 2008

**By U.S. Mail**

Stanley Bethea
P.O.Box 704
Harrisburg, PA 17108

Re: **Pro Se Enrollment Deficiencies**
    **Vioxx Claim Number (VCN): 1056191**

Dear Claimant:

You submitted documents to enroll in the Vioxx Settlement Program. Counsel for Merck and/or the Claims Administrator have reviewed your submissions to determine if they are complete and sufficient to complete your Enrollment in the Settlement Program.

### A. Stipulation of Dismissal

☒ You submitted a Stipulation of Dismissal, but it is deficient. Sign and submit the enclosed Stipulation of Dismissal, **by November 30, 2008.**

### B. Deadline Warning

If any Cure Action is required of you, you must submit the required correction by November 30, 2008. Make sure that you postmark your response no later than that date. If you do not respond, you will not be able to participate in the Program.

If you have any questions, please contact me toll free at (866)866-1729 or by email at dbates@browngreer.com, or contact the Pro Se Curator by telephone at (504)561-7799 or by email at cps@ahhelaw.com . Thank you.

Sincerely,

*Diann W. Bates*

Diann Bates
Pro Se Coordinator

Enclosure

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE BRIEF HAS BEEN SERVED BY FIRST CLASS MAIL PRE-PAID POSTAGE UPON THE FOLLOWING:

ELIZABETH BALAKHANI, ESQ
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104-2808

And

DOROTHY H WIMBERLY, 18509
546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130

*Stanley Bethea*
STANLEY BETHEA
P.O. BOX 704
HBG, PA, 17108

STANLEY BETHEA
P.O. BOX 704
HBG, PA, 17108

CLERK OF COURT
U.S. District Court
EASTERN DISTRICT OF LOUISIANA
500 Poydras Street, Room C-151
NEW ORLEANS, LA 70130

CERTIFICATE OF SERVICE

I STANLEY BETHEA HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE MOTION TO REMAND 28 U.S.C. AS 1447(c) WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID UPON THE FOLLOWING

DOROTHY H. WIMBERLY, ESQ
546 CARONDELET STREET
NEW ORLEANS, LA 70130

*Stanley Bethea*
STANLEY BETHEA

In the United States District Court for the Eastern District of Louisiana

7-24-09

STANLEY BETHEA,
    PLAINTIFF

vs.

MERCK + Co. Inc,
    DEFENDANT

CASE NO: 2:05CV-06775-EEF-DEF

## ORDER

This cause having been removed to this Court and Plaintiff having made and filed in this Court his motion to have the cause remanded to State Court in HBG, PA. It is ordered that this cause be remanded to State Court upon the ground that this case is no longer in the Vioxx Settlement Program and further ordered that the Clerk of this Court make out a certified copy of the motion to remand, and this order and that the forward it to the Clerk of the State Court.

DATED: _____

_____
United States District Judge

STANLEY BETHEA
P.O. Box 704
HBG, PA, 17108

CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET ROOM C-151
NEW ORLEANS, LA 70130