UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHIRLEY HENSON, LOIS TURNER<br><br>VERSUS<br><br>PFIZER INC.; PHARMACIA & UPJOHN COMPANY; PHARMACIA CORPORATION; MERCK & COMPANY, INC., a corporation; McKESSON CORPORATION, a corporation; DOE PHARMACEUTICAL COMPANIES 1 through 50, inclusive; DOE PHARMACIES 51 through 100, inclusive; DOE DISTRIBUTORS 101 through 150, inclusive and DOES 151 through 300, inclusive. | MDL Docket No. 1657<br><br>CASE NO. : 2:06-cv-10779-EEF-DEK<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

[STIPULATION FOR DISMISSAL WITH PREJUDICE]

IT IS HEREBY STIPULATED, by and between Plaintiff SHIRLEY HENSON, individually and Defendant PFIZER, INC., individually by and through their respective counsel of record, that this action shall be dismissed with prejudice, each party to bear its own costs.

_____
Attorney for Plaintiff Shirley Henson
GRUBER & GRUBER
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
(818) 981-0066

10/8/09
Dated

_____
QUENTIN F. URQUHART, JR. (No. 14475)
CAMALA E. CAPODICE (No. 29117)
**Irwin Fritchie Urquhart & Moore LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
**COUNSEL FOR PFIZER DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a copy of same to all counsel of record in this case.

_____
Camala E. Capodice