UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHIRLEY HENSON, LOIS TURNER<br><br>VERSUS<br><br>PFIZER INC.; PHARMACIA & UPJOHN COMPANY; PHARMACIA CORPORATION; MERCK & COMPANY, INC., a corporation; McKESSON CORPORATION, a corporation; DOE PHARMACEUTICAL COMPANIES 1 through 50, inclusive; DOE PHARMACIES 51 through 100, inclusive; DOE DISTRIBUTORS 101 through 150, inclusive and DOES 151 through 300, inclusive. | MDL Docket No. 1657<br><br>CASE NO. : 2:06-cv-10779-EEF-DEK<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the foregoing Stipulation of Dismissal;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Shirley Henson against the Pfizer defendants be dismissed with prejudice, all parties to bear their own costs.

New Orleans, Louisiana, this the _____ day of _____.

_____
UNITED STATES DISTRICT JUDGE
ELDON E. FALLON