|  |  |
|---|---|
| JIM HENRY BELLE, et al., | ) IN THE UNITED STATES |
| | ) DISTRICT COURT FOR THE |
| | ) EASTERN DISTRICT OF |
| | ) LOUISIANA |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-02863-EEF-DEK |
| | ) |
| | ) |
| MERCK & CO., INC., | ) STIPULATION OF DISMISSAL |
| | ) WITH PREJUDICE AS TO |
| Defendant. | ) ALL DEFENDANTS |
| | ) |

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby stipulate that all

claims of plaintiffs, **EMMET CLEARY** and **MARY JO CLEARY**, against defendant Merck &

Co., Inc., and all other named defendants be dismissed in their entirety with prejudice, each party

to bear its own costs.


_Michael R—_

Michael R. Hugo
Brent Coon & Associates
277 Dartmouth Street, 4th Floor
Boston, MA  02110
(617) 973-9777


_Stephen J. Strauss_

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: __10-15-09__


Dated: __11/10/08__

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of October, 2009.

> /s/ Stephen G. Strauss
> Stephen G. Strauss
> BRYAN CAVE LLP
> 211 North Broadway, Suite 3600
> St. Louis, Missouri 63102
> Phone:  314-259-2000
> Fax:     314-259-2020
> sgstrauss@bryancave.com
>
> Attorneys for Defendant
> Merck & Co., Inc.