

## Exhibit A

*Renewed Motion*

|     | Last Name | First Name | Primary Counsel | Short Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | Adams | Mary | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 2. | Albright | Ann | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 3. | Allen | Marie | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 4. | Blankenship | Donald | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 5. | Brown | Dianne | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 6. | Butterfield | Myrtle | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 7. | Byrd | Deborah | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 8. | Carmen | Joan | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 9. | Carroll | John | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 10. | Desormeau | Margaret | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 11. | Eddy | Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 12. | Edwards | June | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 13. | Estep | John | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 14. | Farnsworth | Wilson | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 15. | Greeley | Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 16. | Habecker | Linda | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 17. | Mayeu | Michael | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 18. | McDaniels | Asa | Cellino & Barnes, P.C. | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| 19. | McMurray | Scott | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 20. | McPhaden | Arleen | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 21. | Melton | Roberta | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |

993563v.1

|     | Last Name | First Name | Primary Counsel | Short Caption | Docket Number |
|-----|-----------|------------|-----------------|---------------|---------------|
| 22. | Negron | Myriam | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 23. | Pierre | Edele | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 24. | Rarick | Kenneth | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 25. | Scherf | Frank | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 26. | Schultz | Barbara | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 27. | Shahid | Marge | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 28. | Steerman | Gladys | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 29. | Tydus | Kathryn | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 30. | Webb | Carol | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 31. | Weese | Roxana | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Opposition to Defendant Merck & Co., Inc.'s Renewed First Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Material Non-Compliance with the Discovery Requirements of PTO 28 has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th Day of October, 2009.

/s/ Brian A Goldstein
Brian A. Goldstein
Main Place Towers
350 Main Street, 25th Floor
Buffalo, NY 14202
(716) 854-2020