Plaintiff's Exhibit 1

Dear Counsel:

Thank you for your inquiry into how to access the Merck Vioxx® Record Repository. In order to begin the process of granting access, I will need some information from your law firm. **Please provide the following information**:

- The address, telephone and fax numbers of your firm;

- A list of the name(s) and email address(es) of each individual in your firm that will need access to the Record Repository, so that username(s) and password(s) can be generated and communicated to each person;

- A listing of the plaintiffs that your law firm will need to access, including last name, first name, docket number, case caption, and jurisdiction;
    - If a plaintiff is representing an estate, please identify the decedent as well as the estate administrator/representative.
    - Only those plaintiffs who ingested Vioxx will have records on file.

- The name and email address of your firm's primary contact person;
    - As part of the Record Repository service, your firm can choose to receive email notifications sent to this primary contact whenever new records are received for one of your clients.

- The name and email address of the person to whom invoices should be directed; and
    - As another service of the Record Repository, your firm will receive email notification when records have been purchased. These detailed invoices are emailed overnight following each day's purchase(s) and include the plaintiff's name, the name of the facility from which records were received, and the total amount charged to your firm's credit card. In order to generate these emails, we must identify a financial contact from your firm to receive the email.

- Any co-counsel firm with which you are working.
    - If co-counsel's name does not appear on the Complaint, approval of the law firm identified on the complaint will be required prior to co-counsel accessing the web site and any plaintiff records.

Also required before access can be granted is a signed Terms of Use Agreement and Credit Card form. Once the signed agreement is received, each user will be sent a username, password and a tutorial on how to access and use the Records Repository.

**Fee Information**

Please see also the Terms of Use agreement, which explains the fee arrangement in more detail. Generally, there is a $25.00 charge per plaintiff per provider, regardless of the size of the record obtained. This fee will be billed to the firm credit card on file at LMI. Once the fee has been paid for access to a provider, all approved users from your firm will be able to view, download and print the purchased records. Also, statements of no record and case pleadings are made available on the Record Repository free of charge.

The charges are made directly to the credit card provided by your firm. At this time, the Record Repository is able to accept Visa and MasterCard only and is not able to accommodate alternative billing arrangements.

If you have any questions or concerns, please contact me at 440-665-7646 or via email at recordrepository@lmi-med.com.

Sincerely,

Abigail Rollings