Plaintiff's Exhibit 2

| Plaintiff Name | Docket Number | Case Caption | Record Status |
|---|---|---|---|
| Adelberg, Carol | 006682/05 | Adelberg, Carol v. Merck & Co., Inc. | No Records Available |
| Agard, David | 2:05-cv-01089-EEF-DEK | Agard, David v. Merck & Co., Inc. | No Records Available |
| Alapeck, Geraldine M | 106237/05 | Bilik, Helen v. Merck & Co., Inc. | No Records Available |
| Alapeck, Geraldine M | 06111293 | Alapeck, Geraldine M. v. Merck & Co., Inc. | No Records Available |
| Aljibory, Adnan | 2:05-cv-01090-EEF-DEK | Aljibory, Adnan v. Merck & Co., Inc. | No Records Available |
| Amendoeira, Antonio | 006682/05 | Adelberg, Carol v. Merck & Co., Inc. | No Records Available |
| Bates, Elizabeth A | 114938-04 | Bates, Elizabeth A. v. Merck & Co., Inc. | No Records Available |
| Berthel, Scott R | 2:05-cv-06221-EEF-DEK | Gates, Robert D. v. Merck & Co., Inc. | No Records Available |
| Bilik, Anthony | 101550/05 | Golub, Andrea S. v. Merck & Co., Inc. | No Records Available |
| Bilik, Helen | 106237/05 | Bilik, Helen v. Merck & Co., Inc. | No Records Available |
| Boone, Elizabeth | 106237/05 | Bilik, Helen v. Merck & Co., Inc. | No Records Available |
| Boone, Elizabeth | 06111294 | Boone, Elizabeth v. Merck & Co., Inc. | No Records Available |
| Bozick, Mary Ann | 2:05-cv-01090-EEF-DEK | Aljibory, Adnan v. Merck & Co., Inc. | Records Available |
| Cadwell, Samuella | 106547/05 | Cadwell, Samuella v. Merck & Co., Inc. | No Records Available |
| Carneiro, Manuel | 2:06-cv-02238-EEF-DEK | Hoffner, Kathleen v. Merck & Co., Inc. | No Records Available |
| Cavallo, Matthew | 2:05-cv-01513-EEF-DEK | Cavallo, Matthew v. Merck & Co., Inc. | No Records Available |
| Connolly, Marjorie | 2:06-cv-02708-EEF-DEK | Connolly, Marjorie v. Merck & Co., Inc. | No Records Available |
| Core, Richard F | 2:05-cv-02583-EEF-DEK | Core, Richard F. v. Merck & Co., Inc. | Records Available |
| Corprew, Wilbert E | 106547/05 | Cadwell, Samuella v. Merck & Co., Inc. | No Records Available |
| Croft, Caroline S | 06111295 | Croft, Caroline S. v. Merck & Co., Inc. | No Records Available |
| Croft, Carolyn S | 106237/05 | Bilik, Helen v. Merck & Co., Inc. | No Records Available |

| Name | Case No. | Case Caption | Records Status |
|---|---|---|---|
| Curtis, Marjorie | 2:06-cv-02708-EEF-DEK | Connolly, Marjorie v. Merck & Co., Inc. | No Records Available |
| Darrow, Rodney | 2:05-cv-01089-EEF-DEK | Agard, David v. Merck & Co., Inc. | Records Available |
| Demoski, James | 2:05-cv-01089-EEF-DEK | Agard, David v. Merck & Co., Inc. | Records Available |
| DeRosa, Alphonse | 2:05-cv-01513-EEF-DEK | Cavallo, Matthew v. Merck & Co., Inc. | Records Available |
| DeVincentiis, Carlo | 2:05-cv-02297-EEF-DEK | DeVincentiis, Carlo v. Merck & Co., Inc. | No Records Available |
| Dier, Glenn L | 2:05-cv-01088-EEF-DEK | Dier, Glenn L. v. Merck & Co., Inc. | Records Available |
| Dixson, Charles H | 101551/05 | Dixson, Charles H. v. Merck & Co., Inc. | No Records Available |
| Donahue, Kristina | 2:06-cv-02708-EEF-DEK | Connolly, Marjorie v. Merck & Co., Inc. | No Records Available |
| Egan, Richard T | 06114215 | Egan, Richard T. v. Merck & Co., Inc. | No Records Available |
| Figueroa, Mayra | 06111296 | Figueroa, Mayra v. Merck & Co., Inc. | No Records Available |
| Figueroa, Mayra | 101551/05 | Dixson, Charles H. v. Merck & Co., Inc. | No Records Available |
| Gates, Robert D | 2:05-cv-06221-EEF-DEK | Gates, Robert D. v. Merck & Co., Inc. | Records Available |
| Gehm, Herbert | 2:05-cv-06221-EEF-DEK | Gates, Robert D. v. Merck & Co., Inc. | No Records Available |
| Giordano, Margharita | 101551/05 | Dixson, Charles H. v. Merck & Co., Inc. | No Records Available |
| Giordano, Margharita | 06111298 | Giordano, Margharita v. Merck & Co., Inc. | No Records Available |
| Golub, Robert S | 101550/05 | Golub, Andrea S. v. Merck & Co., Inc. | No Records Available |
| Harris, Charles Jr | 2:06-cv-02708-EEF-DEK | Connolly, Marjorie v. Merck & Co., Inc. | No Records Available |
| Henderson, Edward | 2:05-cv-01089-EEF-DEK | Agard, David v. Merck & Co., Inc. | No Records Available |
| Hia, Kristine | 2:06-cv-02708-EEF-DEK | Connolly, Marjorie v. Merck & Co., Inc. | No Records Available |
| Hickok, Sheila | 2:06-cv-02708-EEF-DEK | Connolly, Marjorie v. Merck & Co., Inc. | Records Available |

| Name | Case No. | Case Caption | Records Status |
|---|---|---|---|
| Hochrun, Joanne | 2:06-cv-02708-EEF-DEK | Connolly, Marjorie v. Merck & Co., Inc. | Records Available |
| Hoffner, Kathleen | 2:06-cv-02238-EEF-DEK | Hoffner, Kathleen v. Merck & Co., Inc. | No Records Available |
| Holdredge, Suzanne | 2:06-cv-02708-EEF-DEK | Connolly, Marjorie v. Merck & Co., Inc. | Records Available |
| Holobosky, Rosemary | 2:05-cv-01091-EEF-DEK | Holobosky, Nicholas v. Merck & Co., Inc. | No Records Available |
| House, Rebecca M | 101550/05 | Golub, Andrea S. v. Merck & Co., Inc. | No Records Available |
| Hoyt, Maurice | 2:06-cv-02708-EEF-DEK | Connolly, Marjorie v. Merck & Co., Inc. | No Records Available |
| Jaros, Barbara | 04-116110 | Jaros, Barbara v. Merck & Co., Inc. | No Records Available |
| Jarvis, Patricia | 101550/05 | Golub, Andrea S. v. Merck & Co., Inc. | No Records Available |
| Kunik, Frank Sr | 2:06-cv-02708-EEF-DEK | Connolly, Marjorie v. Merck & Co., Inc. | Records Available |
| Kurtz, Mary | 2:06-cv-05779-EEF-DEK | Kurtz, Mary v. Merck & Co., Inc. | No Records Available |
| Lindsey, Kimberly | 2:05-cv-02297-EEF-DEK | DeVincentiis, Carlo v. Merck & Co., Inc. | No Records Available |
| Lord, Wilson E | 2:05-cv-02297-EEF-DEK | DeVincentiis, Carlo v. Merck & Co., Inc. | Records Available |
| Lupole, Barbara I | 101550/05 | Golub, Andrea S. v. Merck & Co., Inc. | No Records Available |
| Mack, Timothy F | 2:05-cv-01088-EEF-DEK | Dier, Glenn L. v. Merck & Co., Inc. | Records Available |
| Mahar, Mary J | 106237/05 | Bilik, Helen v. Merck & Co., Inc. | No Records Available |
| Mahar, Mary J | 06111300 | Mahar, Mary J. v. Merck & Co., Inc. | No Records Available |
| Mannino, Ann Marie | 2:05-cv-01091-EEF-DEK | Holobosky, Nicholas v. Merck & Co., Inc. | No Records Available |
| Matias, Mary K | 06111312 | Matias, Mary K. v. Merck & Co., Inc. | No Records Available |
| Matias, Mary K | 101551/05 | Dixson, Charles H. v. Merck & Co., Inc. | No Records Available |
| McKan, Ronald P | 2:05-cv-02297-EEF-DEK | DeVincentiis, Carlo v. Merck & Co., Inc. | No Records Available |

| | | | |
|---|---|---|---|
| Mills, Rochelle V | 2:05-cv-02297-EEF-DEK | DeVincentiis, Carlo v. Merck & Co., Inc. | No Records Available |
| Nobile, Lucretia | 06111313 | Nobile, Lucretia v. Merck & Co., Inc. | No Records Available |
| Nobile, Lucretia | 101572/05 | Sabatino, Mary A. v. Merck & Co., Inc. | No Records Available |
| OConnor, Ronald R | 2:05-cv-01089-EEF-DEK | Agard, David v. Merck & Co., Inc. | No Records Available |
| Orioles, Anthony | 101572/05 | Sabatino, Mary A. v. Merck & Co., Inc. | No Records Available |
| Orioles, Anthony | 06111299 | Orioles, Anthony v. Merck & Co., Inc. | No Records Available |
| Patrick, William | 2:06-cv-02708-EEF-DEK | Connolly, Marjorie v. Merck & Co., Inc. | No Records Available |
| Peer, Bruce D | 04-116110 | Jaros, Barbara v. Merck & Co., Inc. | No Records Available |
| Peltz, Hilda | 06111314 | Peltz, Hilda v. Merck & Co., Inc. | No Records Available |
| Peltz, Hilda | 101572/05 | Sabatino, Mary A. v. Merck & Co., Inc. | No Records Available |
| Pitcher, Kevin | 101551/05 | Dixson, Charles H. v. Merck & Co., Inc. | No Records Available |
| Pitcher, Kevin | 06111311 | Pitcher, Kevin v. Merck & Co., Inc. | No Records Available |
| Plocek, Elsa | 106547/05 | Cadwell, Samuella v. Merck & Co., Inc. | No Records Available |
| Pratt, Arthur | 2:05-cv-02297-EEF-DEK | DeVincentiis, Carlo v. Merck & Co., Inc. | Records Available |
| Quackenbush, Ronald Sr | 04-116110 | Jaros, Barbara v. Merck & Co., Inc. | No Records Available |
| Quackenbush, Sharon Seymour | 04-116110 | Jaros, Barbara v. Merck & Co., Inc. | No Records Available |
| Raftis, Marianne | 101551/05 | Dixson, Charles H. v. Merck & Co., Inc. | No Records Available |
| Raftis, Marianne | 06111297 | Raftis, Marianne v. Merck & Co., Inc. | No Records Available |
| Robinson, Rosanna | 2:05-cv-01090-EEF-DEK | Aljibory, Adnan v. Merck & Co., Inc. | Records Available |
| Roman, Thomas | 2:06-cv-02238-EEF-DEK | Hoffner, Kathleen v. Merck & Co., Inc. | No Records Available |
| Sabatino, Mary Ann | 101572/05 | Sabatino, Mary A. v. Merck & Co., Inc. | No Records Available |
| | | | |
| Sabatino, Raymond | 06111289 | Sabatino, Raymond v. Merck & Co., Inc. | No Records Available |
| Sabatino, Raymond | 101572/05 | Sabatino, Mary A. v. Merck & Co., Inc. | No Records Available |

| Name | Case No. | Case Caption | Status |
|---|---|---|---|
| Santacrose, Dean | 106237/05 | Bilik, Helen v. Merck & Co., Inc. | No Records Available |
| Santacrose, Dean | 06111290 | Santacrose, Dean v. Merck & Co., Inc. | No Records Available |
| Santacrose, Viola | 2:05-cv-01090-EEF-DEK | Aljibory, Adnan v. Merck & Co., Inc. | No Records Available |
| Schaffer, Ronald H | 106547/05 | Cadwell, Samuella v. Merck & Co., Inc. | No Records Available |
| Simmons, Stasia | 106237/05 | Bilik, Helen v. Merck & Co., Inc. | No Records Available |
| Simmons, Stasia | 06111291 | Simmons, Stasia v. Merck & Co., Inc. | No Records Available |
| Singer, Cheryl | 07150026 | Singer, Cheryl v. Merck & Co., Inc. | No Records Available |
| Singer, Cheryl | 101550/05 | Golub, Andrea S. v. Merck & Co., Inc. | No Records Available |
| Smith, Sheila | 2:05-cv-01091-EEF-DEK | Holobosky, Nicholas v. Merck & Co., Inc. | No Records Available |
| Smith, Victoria | 2:05-cv-01513-EEF-DEK | Cavallo, Matthew v. Merck & Co., Inc. | No Records Available |
| Spencer, Frank | CA-2006-02135 | Dufresne, Lori v. Merck & Co., Inc. | No Records Available |
| Steinhoff, Margaret | 06111292 | Steinhoff, Margaret v. Merck & Co., Inc. | No Records Available |
| Steinhoff, Margaret | 101572/05 | Sabatino, Mary A. v. Merck & Co., Inc. | No Records Available |
| Sullivan, Thomas | 2:05-cv-01091-EEF-DEK | Holobosky, Nicholas v. Merck & Co., Inc. | No Records Available |
| Whitaker, Rebecca | 2:05-cv-01513-EEF-DEK | Cavallo, Matthew v. Merck & Co., Inc. | No Records Available |