Plaintiff's Exhibit 4

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

October15, 2009

**BY E-MAIL and FAX: 202/434-5029**
Douglas R. Marvin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re:     **Scott Berthel v. Merck & Co., Inc.**
         [Gates, et al., v. Merck & Co., Inc., EDLA 2:05-cv-0622-EEF-DEK]

Dear Mr. Marvin:

In response to the Order to Show Cause returnable October 16, 2009, on your client's Third
Motion seeking to enforce PTO 28 in the Vioxx litigation, I am providing the following
information which addresses the only deficiencies identified in Exhibit A pertaining to **Scott
Berthel.**

**Medical Records:**   Plaintiff has met the obligation to produce medical records.   In the first
instance, Exhibit A to the Order to Show Cause does not list lack of a PPF, so I trust you
acknowledge that Mr. Berthel submitted his Plaintiff's Profile Form dated November 4, 2005,
with the required signed authorizations for release of his healthcare records to Hughes Hubbard
& Reed LLP at that time, as confirmed in letters from John N. Poulos, Esq., dated February 14,
2006, and February 27, 2007..  This occurred prior to the issuance of PTO 28 later in 2007.

The PPF submitted by Mr. Berthel and the PPF attached as Exhibit A to PTO 28 are identical as
to requested documents, and both limit the medical records to be produced by the plaintiff in the
following express language:

## VI. DOCUMENTS
Please indicate if any of the following documents and things are currently in
your possession, custody, or control, or in the possession, custody, or control of
your lawyers by checking **"yes"** or **"no"**. Where you indicated **"yes,"** please
attach the documents and things to your responses to this profile form.

The limited scope of the production required in the above provision in the PPF is entirely

Page 2 of 2

consistent with the fact that plaintiff was also required to, and did, provide signed authorizations for release of medical and other records to Merck's counsel as well as the PPF.

With respect to subparagraph (II)(A)(6) of PTO 28 only requires medical records to be produced as to "*all healthcare providers requested in the Amended and Supplemental Plaintiff Profile Form....*" Because Mr. Berthel clearly submitted his PPF prior to November 9, 2007, he is by definition excluded from having to file an amended and supplemental PPF under the language in PTO 28 (II)(A)(3) stating "*unless Plaintiff . . . has of the date of this Order submitted a Plaintiff Profile Form . . ..*" Moreover, since you indicate you have "Partial" records for Mr. Berthel, I trust you acknowledge you have collected the same from my office and/or the healthcare providers, and I repeat my request that you advise what records you do or do not have.

**Pharmacy Records**: With respect to PTO 28(II)(A)(1), Mr. Berthel's prescriptions were filled at the following pharmacies:
    (1)    CVS Pharmacy #0562, 345 Main Street, Binghamton, NY
    (2)    Clintwood Pharmacy, 343 Clinton Street, Binghamton, NY.

Enclosed is a copy of the CVS #0562 pharmacy record for the period 01/01/03 to 12/02/04. (*See Exhibit 1*.) Mr. Berthel is disabled, and Amy Berthel, P.O.A., has requested a complete certified copy of his pharmacy record from CVS, as evinced by the attached signed statement of the pharmacist. (*See Exhibit 2.*)

**Affidavit of Completeness**: With respect to the affidavit required by PTO 28(II)(A)(7), I would note that, with reference to subparagraph (7)(ii), the same does not apply to him as he was not required by PTO 28 to file an amended and supplemental PPF. To the extent your client believes this affidavit should attest as to medical records collection, we will submit an amended affidavit of plaintiff after the medical records that have been collected by Merck and its counsel have been identified for that purpose.

This letter and enclosures will be annexed to the opposition to the Third Motion Order to Show Cause. I ask that you withdraw Merck's motion since dismissal of this plaintiff's case for any reason, and particularly for failure to prosecute, is clearly unwarranted in light of the above.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Enclosures

**EXHIBIT 1**

CVS PHARMACY #0622
PATIENT PRESCRIPTION RECORD
01/01/2003 THRU 12/02/2004

PAGE: 5
DATE: 12/02/2004   TIME: 18:48:29

PHARMACY NAME: CVS PHARMACY #0622
ADDRESS: 68-70 MAIN STREET
CITY, ST, ZIP: BINGHAMTON         NY 139050000

PATIENT KEY: 01294801
PATIENT NAME: SCOTT BERTHEL
ADDRESS: 536 CASSCADE VALLEY RD.
CITY, ST, ZIP: WINDSOR         NY 138652437

TELEPHONE: 607-655-2035
BIRTHDATE: 11/29/1957
SEX:
RELATIONSHIP: M

| RX NUMBER | RFL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP. | PRIMARY PAYER # | SCDRY PAYER # | TOTAL PRICE | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 524319 | | 0046051201 | OXYCODONE W/APAP 5/325 TAB MCK | ALT, ALLEN | 09/07/2003 RS | PRIMARY AUTH # | 120 | 145 | SECNDRY AUTH # : | | .50 | | .00 | .50 |
| 524454 | | 00006011068 | VIOXX 25 MG TABLET MSD | ALT, ALLEN | 09/09/2003 DK | PRIMARY AUTH # | 30 | 145 | SECNDRY 2 AUTH # : | | 2.00 | | .00 | 2.00 |
| 524455 | | 0378226001 | AMITRIPTYLINE HCL 50 MG TABMYL | ALT, ALLEN | 09/09/2003 DK | PRIMARY AUTH # | 30 | 145 | SECNDRY AUTH # : | | .00 | | .00 | .00 |
| 517808 | 4 | 0060035618201 | QUININE SULFATE 260 MG TAB QUA | ALT, ALLEN | 09/10/2003 RS | PRIMARY AUTH # | 30 | 145 | SECNDRY AUTH # : | | .50 | | .00 | .50 |
| 517810 | 4 | 0078128556560 | RANITIDINE 150 MG CAPSULE SAN | ALT, ALLEN | 09/10/2003 RS | PRIMARY AUTH # | 60 | 145 | SECNDRY AUTH # : | | .50 | | .00 | .50 |
| 525682 | | 60258017201 | MAGNESIUM OXIDE 400 MG TAB CYP | ALT, ALLEN | 09/27/2003 DK | PRIMARY AUTH # | 180 | 145 | SECNDRY AUTH # : | | .50 | | .00 | .50 |
| 525681 | | 5348901601 | SMZ/TMP DOUBLE-STR TAB MFC | ALT, ALLEN | 09/27/2003 DK | PRIMARY AUTH # | 28 | 145 | SECNDRY AUTH # : | | .50 | | .00 | .50 |
| 525683 | | 0059155201 | HYDROXYZINE HCL 25 MG TABLEMAT | ALT, ALLEN | 09/27/2003 DK | PRIMARY AUTH # | 50 | 145 | SECNDRY AUTH # : | | .00 | | .00 | .50 |
| 526118 | | 0016008031 | HYDROCORTISONE 2.5% CREAM FOU | ALT, ALLEN | 10/03/2003 RS | PRIMARY AUTH # | 30 | 145 | SECNDRY AUTH # : | | .50 | | .00 | .50 |
| 526119 | | 51672127506 | CLOTRIMAZOLE 1% CREAM TAR | ALT, ALLEN | 10/03/2003 RS | PRIMARY AUTH # | 45 | 145 | SECNDRY AUTH # : | | .50 | | .00 | .50 |
| 526317 | | 0046051201 | OXYCODONE W/APAP 5/325 TAB MCK | ALT, ALLEN | 10/07/2003 DK | PRIMARY AUTH # | 120 | 145 | SECNDRY AUTH # : | | .50 | | .00 | .50 |
| 526119 | 1 | 51672127506 | CLOTRIMAZOLE 1% CREAM TAR | ALT, ALLEN | 12/03/2003 RS | PRIMARY AUTH # | 45 | 145 | SECNDRY AUTH # : | | .50 | | .00 | .50 |
| 530132 | | 60951060270 | ENDOCET 5/325 TABLET END | ALT, ALLEN | 12/06/2003 DK | PRIMARY AUTH # | 60 | 145 | SECNDRY AUTH # : | | .50 | | .00 | .50 |
| 530133 | | 60258017201 | MAGNESIUM OXIDE 400 MG TAB CYP | ALT, ALLEN | 12/06/2003 DK | PRIMARY AUTH # | 180 | 145 | SECNDRY AUTH # : | | .50 | | .00 | .50 |
| 523174 | 1 | 0037826500 | TRAMADOL HCL 50 MG TABLET TEV | ALT, ALLEN | 12/08/2003 RS | PRIMARY AUTH # | 120 | 145 | SECNDRY AUTH # : | | .50 | | .00 | .50 |
| 524455 | 1 | 0378226001 | AMITRIPTYLINE HCL 50 MG TABMYL | ALT, ALLEN | 12/08/2003 RS | PRIMARY AUTH # | 30 | 145 | SECNDRY AUTH # : | | .00 | | .00 | .00 |
| 531612 | | 6095160270 | ENDOCET 5/325 TABLET END | ALT, ALLEN | 12/29/2003 DK | PRIMARY AUTH # | 120 | 145 | SECNDRY AUTH # : | | .50 | | .00 | .50 |
| 533149 | | 5348901601 | SMZ/TMP DOUBLE-STR TAB MFC | ALT, ALLEN | 01/23/2004 RS | PRIMARY AUTH # | 28 | 145 | SECNDRY AUTH # : | | .50 | | .00 | .50 |
| 533148 | | 0078128556560 | RANITIDINE 150 MG CAPSULE SAN | ALT, ALLEN | 01/23/2004 RS | PRIMARY AUTH # | 60 | 145 | SECNDRY AUTH # : | | .50 | | .00 | .50 |
| 524455 | 2 | 0378226001 | AMITRIPTYLINE HCL 50 MG TABMYL | ALT, ALLEN | 01/31/2004 DK | PRIMARY AUTH # | 30 | 147 | SECNDRY AUTH # : | | .00 | | .00 | .00 |
| 530133 | 1 | 60258017201 | MAGNESIUM OXIDE 400 MG TAB CYP | ALT, ALLEN | 01/31/2004 DK | PRIMARY AUTH # | 180 | 145 | SECNDRY AUTH # : | | .50 | | .50 | .00 |

CVS PHARMACY #0622
PATIENT PRESCRIPTION RECORD
01/01/2003 THRU 12/02/2004

DATE: 12/02/2004
PAGE: 6
TIME: 18:48:29

PHARMACY NAME: CVS PHARMACY #0622
ADDRESS: 68-70 MAIN STREET
CITY, ST, ZIP: BINGHAMTON NY 139050000

PATIENT KEY: 01294801
PATIENT NAME: SCOTT BERTHEL
ADDRESS: 536 CASSCADE VALLEY RD.
CITY, ST, ZIP: WINDSOR NY 138652437

TELEPHONE: 607-655-2035
BIRTHDATE: 11/29/1957
SEX: M
RELATIONSHIP: H

| RX NUMBER | RFL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP. | PRIMARY PAYER # | SCDRY PAYER # | TOTAL PRICE | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 534069 |   | 53489014601 | SMZ/TMP DOUBLE-STR TAB MPC | ALT.ALLEN | 02/06/2004 | RS | 42 | 511341080 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 534411 |   | 00536354201 | DAILY-VITE TABLET RUG | ALT.ALLEN | 02/11/2004 | RS | 30 | 312419550 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 534412 |   | 00536353201 | ASCORBIC ACID 500 MG TABLETRUG | ALT.ALLEN | 02/11/2004 | RS | 60 | 312394340 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 534411 | 1 | 00781285560 | RANITIDINE 150 MG CAPSULE SAN | ALT.ALLEN | 02/22/2004 | RS | 60 | 010261610 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 531148 | 1 | 00781285560 | RANITIDINE 150 MG CAPSULE SAN | RAI.JAGRAJ S | 03/01/2004 | DX | 20 | 103563760 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 535530 |   | 53489014601 | SMZ/TMP DOUBLE-STR TAB MPC | RAI.JAGRAJ S | 03/01/2004 | RS | 60 | 212130790 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 535530 |   | 00677006901 | FERROUS GLUCONATE 27 MG TABUTR | ALT.ALLEN | 03/09/2004 | DX | 30 | 210074850 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 536165 |   | 60951060270 | ENDOCET 5/325 TABLET END | ALT.ALLEN | 03/09/2004 | RS | 30 | 210122770 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 536164 |   | 00536353201 | ASCORBIC ACID 500 MG TABLETRUG | ALT.ALLEN | 03/10/2004 | RS | 30 | 309122770 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 534411 |   | 00536354201 | DAILY-VITE TABLET RUG | ALT.ALLEN | 03/10/2004 | RS | 30 | 309129940 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 534412 | 1 | 00536353201 | ASCORBIC ACID 500 MG TABLETRUG | ALT.ALLEN | 03/10/2004 | RS | 30 | 309115610 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 534411 | 2 | 00536353201 | ASCORBIC ACID 500 MG TABLETRUG | ALT.ALLEN | 04/16/2004 | RS | 120 | 117586830 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 535530 | 2 | 00781285560 | RANITIDINE 150 MG CAPSULE SAN | ALT.ALLEN | 04/16/2004 | RS | 60 | 511547810 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 531148 | 2 | 00781285560 | RANITIDINE 150 MG CAPSULE SAN | YU.HONG | 04/22/2004 | RS | 30 | 515547810 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 538003 |   | 60951060270 | ENDOCET 5/325 TABLET END | ALT.ALLEN | 04/22/2004 | RS | 60 | 416127790 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 534412 |   | 00536354701 | DAILY-VITE TABLET RUG | ALT.ALLEN | 04/27/2004 | RS | 60 | 292296040 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 534412 |   | 60951060270 | ENDOCET 5/325 TABLET END | ALT.ALLEN | 04/27/2004 | RS | 60 | 416206200 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 534411 | 2 | 60258017101 | MAGNESIUM OXIDE 400 MG TAB CYP | ALT.ALLEN | 05/24/2004 | RS | 180 | 292997370 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 534411 | 3 | 00536353201 | ASCORBIC ACID 500 MG TABLETRUG | ALT.ALLEN | 05/24/2004 | RS | 180 | 116497960 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 531148 | 3 | 00781285560 | RANITIDINE 150 MG CAPSULE SAN | ALT.ALLEN | 05/24/2004 | RS | 30 | 116485830 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 534411 | 3 | 00536354701 | DAILY-VITE TABLET RUG | ALT.ALLEN | 05/24/2004 | RS | 60 | 116499530 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 531148 |   | 00781285560 | RANITIDINE 150 MG CAPSULE SAN | ALT.ALLEN | 06/10/2004 | DX | 120 | 418206200 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 542475 | 4 | 60951060270 | ENDOCET 5/325 TABLET END | ALT.ALLEN | 06/24/2004 | DX | 120 | 418206200 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |
| 534412 | 4 | 00536354701 | DAILY-VITE TABLET RUG | ALT.ALLEN | 06/24/2004 | DX | 30 | 418306390 / PRIMARY AUTH # : | 145 / SECNDRY AUTH # : | .50 | .00 |  | .50 |

CVS PHARMACY #0622
PATIENT PRESCRIPTION RECORD
01/01/2003 THRU 12/02/2004

DATE: 12/02/2004  PAGE: 7  TIME: 18:48:29

PHARMACY NAME: CVS PHARMACY #0622
ADDRESS: 68-70 MAIN STREET
CITY, ST, ZIP: BINGHAMTON   NY 139050000

PATIENT KEY: 01294801
PATIENT NAME: SCOTT BERTHEL
ADDRESS: 536 CASSCADE VALLEY RD.
CITY, ST, ZIP: WINDSOR   NY 138652437

TELEPHONE: 607-655-2035
BIRTHDATE: 11/29/1997
SEX: M
RELATIONSHIP: H

| RX NUMBER | NDC / RFL NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP. | PRIMARY PAYER # | SCDRY PAYER # | TOTAL PRICE | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 534411 | 4 0053632920l | ASCORBIC ACID 500 MG TABLETRUG | ALT.ALLEN | 06/24/2004 | DK | 60 | 418293190 | | .50 | .00 | | .00 |
| 536165 | 1 0067700690l | FERROUS GLUCONATE 27 MG TABSTR | ALT.ALLEN | 06/24/2004 | DK | 60 | 418300290 | | .50 | .00 | | .50 |
| 533148 | 5 0078128556o | RANITIDINE 150 MG CAPSULE SAN | ALT.ALLEN | 06/24/2004 | DK | 60 | 418292810 | | .50 | .00 | | .50 |
| 544829 | 0002668513 5l | CIPRO 500 MG TABLET BAY | HEINTZELMAN KEVIN | 07/18/2004 | CF | 14 | 016199050 | | 2.00 | .00 | 2.00 | 2.00 |
| 544872 | 6095106027o | ENDOCET 5/325 TABLET END | ALT.ALLEN | 07/19/2004 | RS | 120 | 114360410 | | .50 | .50 | | .50 |
| 544846 | 0078128556o | RANITIDINE 150 MG CAPSULE SAN | ALT.ALLEN | 07/19/2004 | RF | 60 | 113337690 | | .50 | .00 | | .50 |
| 534412 | 5 0053635470l | ASCORBIC ACID 500 MG TABLETRUG | ALT.ALLEN | 07/21/2004 | EX | 60 | 318008210 | | .50 | .00 | | .50 |
| 534411 | 5 0053635470l | DAILY-VITE TABLET RUG | ALT.ALLEN | 07/21/2004 | EX | 60 | 317596730 | | .50 | .00 | | .50 |
| 544846 | 0078128556o | RANITIDINE 150 MG CAPSULE SAN | ALT.ALLEN | 07/21/2004 | EX | 60 | 318008350 | | .50 | .00 | | .50 |
| 536165 | 2 0067700690l | FERROUS GLUCONATE 27 MG TABSTR | ALT.ALLEN | 07/23/2004 | RS | 30 | 516397780 | | 2.00 | .00 | | 2.00 |
| 545676 | 0055508770 2 | FLUOXETINE 20 MG CAPSULE BRR | ALT.ALLEN | 07/30/2004 | DK | 15 | 535935670 | | .50 | .00 | | .50 |
| 545211 | 0066770069 01 | FERROUS GLUCONATE 27 MG TABSTR | ALT.ALLEN | 07/30/2004 | DK | 120 | 614419070 | | .50 | .00 | | .50 |
| 536165 | 0066770069 01 | MAGNESIUM OXIDE 400 MG TAB CYP | ALT.ALLEN | 08/14/2004 | DK | 120 | 516397780 | | .50 | .00 | | .50 |
| 544551 | 6095106027o | ENDOCET 5/325 TABLET END | ALT.ALLEN | 09/01/2004 | DK | 15 | 311518080 | | .50 | .00 | | .50 |
| 547610 | 590110105lo | OXYCONTIN 40 MG TABLET SA PUR | ALT.ALLEN | 09/01/2004 | DK | 15 | 311518080 | | 2.00 | .00 | | 2.00 |
| 547610 | 590110105lo | OXYCONTIN 40 MG TABLET SA PUR | ALT.ALLEN | 09/01/2004 | DK | 60 | 311075310 | | .50 | .00 | | .50 |
| 544846 | 0078128556o | RANITIDINE 150 MG CAPSULE SAN | ALT.ALLEN | 09/01/2004 | DK | 60 | 312065060 | | .50 | .00 | | .50 |
| 536165 | 0067700690l | OXYCONTIN 40 MG TABLET SA PUR | ALT.ALLEN | 09/01/2004 | DK | 180 | 312019860 | | .50 | .00 | | .50 |
| 536165 | 0067700690l | OXYCONTIN 40 MG TABLET SA PUR | ALT.ALLEN | 09/01/2004 | DK | 30 | 312003200 | | .50 | .00 | | .50 |
| 547611 | 6025801710l | MAGNESIUM OXIDE 400 MG TAB CYP | ALT.ALLEN | 09/01/2004 | DK | 60 | 314049870 | | .50 | .00 | | .50 |
| 547612 | 0053635470l | DAILY-VITE TABLET RUG | ALT.ALLEN | 09/01/2004 | DK | 120 | 312003200 | | .50 | .00 | | .50 |
| 547622 | 0053632920l | ASCORBIC ACID 500 MG TABLETRUG | ALT.ALLEN | 09/17/2004 | RS | 60 | 516311030 | | .50 | .00 | | .50 |
| 548718 | 6095106027o | ENDOCET 5/325 TABLET END | ALT.ALLEN | 09/30/2004 | RS | 120 | 411420620 | | .50 | .00 | | .50 |
| 547622 | 0053632920l | ASCORBIC ACID 500 MG TABLETRUG | ALT.ALLEN | 09/30/2004 | RS | 60 | 411420620 | | .50 | .00 | | .50 |
| 548846 | 0078128556o | RANITIDINE 150 MG CAPSULE SAN | ALT.ALLEN | 09/30/2004 | RS | 60 | 411434250 | | .50 | .00 | | .50 |
| 547622 | 1 0053632920l | ASCORBIC ACID 500 MG TABLETRUG | ALT.ALLEN | 09/30/2004 | RS | 145 | 411434250 | | .50 | .00 | | .50 |

CVS PHARMACY #0622
PATIENT PRESCRIPTION RECORD
01/01/2003 THRU 12/02/2004

DATE: 12/02/2004
PAGE: 8
TIME: 18:48:29

PHARMACY NAME: CVS PHARMACY #0622
ADDRESS: 68-70 MAIN STREET
CITY, ST, ZIP: BINGHAMTON      NY 139050000

PATIENT KEY: 01294801
PATIENT NAME: SCOTT BERTHEL
ADDRESS: 536 CASCADE VALLEY RD.
CITY, ST, ZIP: WINDSOR      NY 138652437

TELEPHONE: 607-655-2035
BIRTHDATE: 11/29/1957
SEX: M
RELATIONSHIP: M

| RX NUMBER | RFL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP. | PRIMARY PAYER # | SCDRY PAYER # | TOTAL PRICE | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 547612 | 1 | 00536354701 | DAILY-VITE TABLET RUG | ALT.ALLEN | 09/30/2004 RS | | 30 | PRIMARY AUTH # : 411431360 | SECNDRY AUTH # : | .50 | .00 | | .50 |
| 550242 | | 59011010510 | OXYCONTIN 40 MG TABLET SA PUR | ALT.ALLEN | 10/08/2004 DK | | 15 | PRIMARY AUTH # : | SECNDRY AUTH # : 2.00 | 2.00 | .00 | 2.00 | |
| 550693 | | 60951060270 | ENDOCET 5/325 TABLET END | ALT.ALLEN | 10/15/2004 RS | | 120 | PRIMARY AUTH # : 516216680 | SECNDRY AUTH # : | .50 | .00 | | .50 |
| 550694 | | 00677006901 | FERROUS GLUCONATE 27 MG TABUTR | ALT.ALLEN | 10/15/2004 RS | | 60 | PRIMARY AUTH # : 511447240 | SECNDRY AUTH # : | .50 | .00 | | .50 |
| 550692 | | 00555081610 | CIPROFLOXACIN HCL 750 MG TABRR | ALT.ALLEN | 10/15/2004 RS | | 28 | PRIMARY AUTH # : 511461810 | SECNDRY AUTH # : | .50 | .00 | | .50 |
| 550745 | | 53489014601 | SMZ/TMP DOUBLE-STR TAB MPC | ALT.ALLEN | 10/15/2004 RS | | 28 | PRIMARY AUTH # : 511420120 | SECNDRY AUTH # : | .50 | .00 | | .50 |
| 547612 | 2 | 00536354701 | DAILY-VITE TABLET RUG | ALT.ALLEN | 10/28/2004 DK | | 30 | PRIMARY AUTH # : 517003440 | SECNDRY AUTH # : | .50 | .00 | | .50 |
| 547622 | 2 | 00536329201 | ASCORBIC ACID 500 MG TABLETRUG | ALT.ALLEN | 10/28/2004 DK | | 60 | PRIMARY AUTH # : 418135490 | SECNDRY AUTH # : | .50 | .00 | | .50 |
| 544846 | 3 | 00781285560 | RANITIDINE 150 MG CAPSULE SAN | ALT.ALLEN | 10/28/2004 DK | | 60 | PRIMARY AUTH # : 418133610 | SECNDRY AUTH # : | .50 | .00 | | .50 |
| 553686 | | 59011010510 | OXYCONTIN 40 MG TABLET SA PUR | ALT.ALLEN | 11/23/2004 RS | | 15 | PRIMARY AUTH # : 418138320 | SECNDRY AUTH # : 2.00 | 2.00 | .00 | 2.00 | |
| 553687 | | 60951060270 | ENDOCET 5/325 TABLET END | ALT.ALLEN | 11/23/2004 RS | | 120 | PRIMARY AUTH # : 212327920 | SECNDRY AUTH # : | .50 | .00 | | .50 |
| 547622 | 3 | 00536329201 | ASCORBIC ACID 500 MG TABLETRUG | ALT.ALLEN | 12/02/2004 RS | | 60 | PRIMARY AUTH # : 212342860 | SECNDRY AUTH # : | .50 | .00 | | .50 |
| 547612 | 3 | 00536354701 | DAILY-VITE TABLET RUG | ALT.ALLEN | 12/02/2004 RS | | 30 | PRIMARY AUTH # : 408279150 | SECNDRY AUTH # : | .50 | .00 | | .50 |
| 544846 | 4 | 00781285560 | RANITIDINE 150 MG CAPSULE SAN | ALT.ALLEN | 12/02/2004 RS | | 60 | PRIMARY AUTH # : 408279060 | SECNDRY AUTH # : | .50 | .00 | | .50 |
| 550694 | 1 | 00677006901 | FERROUS GLUCONATE 27 MG TABUTR | ALT.ALLEN | 12/02/2004 DK | | 60 | PRIMARY AUTH # : 418447770 | SECNDRY AUTH # : | .50 | .00 | | .50 |

SCRIPT COUNT:      159      TOTAL AMOUNTS:      104.00      .00      1.00      103.00

```
                    CVS PHARMACY #0622
               PATIENT PRESCRIPTION RECORD
               01/01/2003 THRU 12/02/2004                          DATE: 12/02/2004    PAGE:    9
                                                                                       TIME: 18:48:29

PHARMACY NAME: CVS PHARMACY #0622
ADDRESS:       68-70 MAIN STREET
CITY, ST, ZIP: BINGHAMTON       NY 139050000

PATIENT KEY:   0129480I
PATIENT NAME:  SCOTT BERTHEL                     TELEPHONE:    607-655-2035
ADDRESS:       536 CASSCADE VALLEY RD.           BIRTHDATE:    11/29/1957
CITY, ST, ZIP: WINDSOR          NY 138652437     SEX:          M
                                                 RELATIONSHIP: H

                                                 SCRIPT COUNT:   159   TOTAL AMOUNTS:
```

|  | TOTAL PRICE | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|
|  | 104.00 | .00 | 1.00 | 103.00 |

CVS PHARMACY #0622
PATIENT PRESCRIPTION RECORD
01/01/2003 THRU 12/02/2004

PAGE: 1
DATE: 12/02/2004   TIME: 18:48:29

PHARMACY NAME: CVS PHARMACY #0622
ADDRESS: 68-70 MAIN STREET
CITY, ST, ZIP: BINGHAMTON   NY 139050000

PATIENT KEY: 01294801
PATIENT NAME: SCOTT BERTHEL
ADDRESS: 536 CASCCADE VALLEY RD.
CITY, ST, ZIP: WINDSOR   NY 138652437

TELEPHONE: 607-655-2035
BIRTHDATE: 11/29/1957
SEX: M
RELATIONSHIP: H

CURRENT ALLERGIES ON RECORD:
None communicated by the patient

CURRENT CONDITIONS ON RECORD:
None communicated by the patient

| RX NUMBER | RFL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP. | PRIMARY PAYER # | SCDRY PAYER # | TOTAL PRICE | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 502767 | 4 | 0037826I001 | AMITRIPTYLINE HCL 10 MG TABMYL | ALT.ALLEN | 01/23/2003 DK | | 100 | 145 | | .00 | .00 | | .00 |
| | | | | PRIMARY AUTH # : 413270370 | | | | | SECNDRY AUTH # : | | | | |
| 506658 | 2 | 0078I285560 | RANITIDINE 150 MG CAPSULE SAN | ALT.ALLEN | 01/23/2003 DK | | 60 | 145 | | .50 | .00 | | .50 |
| | | | | PRIMARY AUTH # : 412889280 | | | | | SECNDRY AUTH # : | | | | |
| 506662 | 2 | 0037820320I | FUROSEMIDE 80 MG TABLET MYL | ALT.ALLEN | 01/23/2003 DK | | 60 | 145 | | .50 | .00 | | .50 |
| | | | | PRIMARY AUTH # : 413260140 | | | | | SECNDRY AUTH # : | | | | |
| 506661 | 2 | 005910719905 | QUININE SULFATE 260 MG TAB WAT | ALT.ALLEN | 01/23/2003 DK | | 30 | 145 | | .50 | .00 | | .50 |
| | | | | PRIMARY AUTH # : 413312360 | | | | | SECNDRY AUTH # : | | | | |
| 506659 | 2 | 0037821460I | SPIRONOLACTONE 25 MG TABLETMYL | ALT.ALLEN | 01/23/2003 DK | | 120 | 145 | | .50 | .00 | | .50 |
| | | | | PRIMARY AUTH # : 413291490 | | | | | SECNDRY AUTH # : | | | | |
| 506662 | 3 | 0037820320I | FUROSEMIDE 80 MG TABLET MYL | ALT.ALLEN | 02/24/2003 DK | | 60 | 145 | | .50 | .00 | | .50 |
| | | | | PRIMARY AUTH # : 120184440 | | | | | SECNDRY AUTH # : | | | | |
| 506658 | 3 | 0078I285560 | RANITIDINE 150 MG CAPSULE SAN | ALT.ALLEN | 02/24/2003 DK | | 60 | 145 | | .50 | .00 | | .50 |
| | | | | PRIMARY AUTH # : 120209800 | | | | | SECNDRY AUTH # : | | | | |
| 506659 | 3 | 0037821460I | SPIRONOLACTONE 25 MG TABLETMYL | ALT.ALLEN | 02/24/2003 DK | | 120 | 145 | | .50 | .00 | | .50 |
| | | | | PRIMARY AUTH # : 120209820 | | | | | SECNDRY AUTH # : | | | | |
| 502767 | 5 | 0037826I001 | AMITRIPTYLINE HCL 10 MG TABMYL | ALT.ALLEN | 02/24/2003 DK | | 100 | 145 | | .50 | .00 | | .50 |
| | | | | PRIMARY AUTH # : 120182650 | | | | | SECNDRY AUTH # : | | | | |
| 506661 | 3 | 005910719905 | QUININE SULFATE 260 MG TAB WAT | ALT.ALLEN | 02/24/2003 DK | | 30 | 145 | | .50 | .00 | | .50 |
| | | | | PRIMARY AUTH # : 120207770 | | | | | SECNDRY AUTH # : | | | | |
| 512401 | 3 | 0026851351 | CIPRO 500 MG TABLET BAY | ALT.ALLEN | 02/25/2003 DK | | 28 | 145 | | 2.00 | .00 | | 2.00 |
| | | | | PRIMARY AUTH # : 211317410 | | | | | SECNDRY AUTH # : | | | | |
| 512400 | 3 | 0040650120I | OXYCODONE W/APAP 5/325 TAB MCK | ALT.ALLEN | 02/25/2003 DK | | 120 | 145 | | .50 | .00 | | .50 |
| | | | | PRIMARY AUTH # : 211223150 | | | | | SECNDRY AUTH # : | | | | |
| 513098 | 3 | 0009300580S | TRAMADOL HCL 50 MG TABLET TEV | ALT.ALLEN | 03/07/2003 TA | | 100 | 145 | 147 | .50 | .00 | .50 | .00 |
| | | | | PRIMARY AUTH # : 315109790 | | | | | SECNDRY AUTH # : | | | | |
| 513915 | 5 | 5042899573 | CVS STERILE PADS 4"X4" CVS | ALT.ALLEN | 03/20/2003 RS | | 50 | 145 | | 1.00 | .00 | | 1.00 |
| | | | | PRIMARY AUTH # : 415496350 | | | | | SECNDRY AUTH # : | | | | |
| 513917 | 0 | 0060611068 | VIOXX 25 MG TABLET MSD | ALT.ALLEN | 03/20/2003 RS | | 30 | 145 | | 1.00 | .00 | | 1.00 |
| | | | | PRIMARY AUTH # : 415517820 | | | | | SECNDRY AUTH # : | | | | |
| 513916 | 0 | 0038004803 | SODIUM CHLORIDE 0.9% IRRIG.BAX | ALT.ALLEN | 03/20/2003 RS | | 1000 | 145 | | 2.00 | .00 | | 2.00 |
| | | | | PRIMARY AUTH # : 415506670 | | | | | SECNDRY AUTH # : | | | | |
| 513963 | 0 | 0026851351 | CIPRO 500 MG TABLET BAY | ALT.ALLEN | 03/21/2003 RS | | 40 | 145 | | 2.00 | .00 | | 2.00 |
| | | | | PRIMARY AUTH # : 511256690 | | | | | SECNDRY AUTH # : | | | | |
| 514259 | 0 | 0040650120I | OXYCODONE W/APAP 5/325 TAB MCK | ALT.ALLEN | 03/26/2003 RS | | 120 | 145 | | .50 | .00 | | .50 |
| | | | | PRIMARY AUTH # : 312019660 | | | | | SECNDRY AUTH # : | | | | |

PHARMACY NAME: CVS PHARMACY #0622
ADDRESS: 68-70 MAIN STREET
CITY, ST, ZIP: BINGHAMTON          NY 139050000

PATIENT KEY:    01294801
PATIENT NAME:   SCOTT BERTHEL
ADDRESS:        536 CASSCADE VALLEY RD.
CITY, ST, ZIP:  WINDSOR            NY 138652437

CVS PHARMACY #0622
PATIENT PRESCRIPTION RECORD
01/01/2003 THRU 12/02/2004

TELEPHONE:     607-655-2035
BIRTHDATE:     11/29/1957
SEX:           M
RELATIONSHIP:  M

DATE: 12/02/2004
PAGE:  2
TIME: 18:48:29

| RX NUMBER | RFL NUMBER | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANTY DISP. | PRIMARY PAYER # | SCDRY PAYER # | TOTAL PRICE | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 506662 | 4 | 0037802301 | FUROSEMIDE 80 MG TABLET MYL | ALT, ALLEN | 03/27/2003 | DK | 60 | 145 | | .50 | | .00 | .50 |
| | | | PRIMARY AUTH # : 431161270 | | | | | SECNDRY AUTH # : | | | | | |
| 506658 | 4 | 0078128560 | RANITIDINE 150 MG CAPSULE SAN | ALT, ALLEN | 03/27/2003 | DK | 60 | 145 | | .50 | | .00 | .50 |
| | | | PRIMARY AUTH # : 431154660 | | | | | SECNDRY AUTH # : | | | | | |
| 506661 | 4 | 0591017505 | QUININE SULFATE 260 MG TAB WAT | ALT, ALLEN | 03/27/2003 | DK | 30 | 145 | | .50 | | .00 | .50 |
| | | | PRIMARY AUTH # : 431160820 | | | | | SECNDRY AUTH # : | | | | | |
| 514414 | 4 | 0037826001 | AMITRIPTYLINE HCL 50 MG TABMYL | ALT, ALLEN | 03/27/2003 | DK | 120 | 145 | | .50 | | .00 | .50 |
| | | | PRIMARY AUTH # : 432949050 | | | | | SECNDRY AUTH # : | | | | | |
| 506659 | 4 | 0037821601 | SPIRONOLACTONE 25 MG TABLETMYL | ALT, ALLEN | 03/27/2003 | DK | 120 | 145 | | .50 | | .00 | .50 |
| | | | PRIMARY AUTH # : 431953820 | | | | | SECNDRY AUTH # : | | | | | |
| 513098 | 1 | 0009300585 | TRAMADOL HCL 50 MG TABLET TEV | ALT, ALLEN | 03/31/2003 | RS | 100 | 145 | | .50 | | .00 | .00 |
| | | | PRIMARY AUTH # : 115248800 | | | | | SECNDRY AUTH # : | | | | | |
| 513963 | 1 | 0002685135l | CIPRO 500 MG TABLET BAY | ALT, ALLEN | 04/17/2003 | DK | 40 | 145 | | 2.00 | | .00 | 2.00 |
| | | | PRIMARY AUTH # : 431599670 | | | | | SECNDRY AUTH # : | | | | | |
| 513915 | 1 | 5042899957J | CVS STERILE PADS 4"X4" CVS | ALT, ALLEN | 04/17/2003 | DK | 50 | 145 | | 1.00 | | .00 | 1.00 |
| | | | PRIMARY AUTH # : 415200960 | | | | | SECNDRY AUTH # : | | | | | |
| 513916 | 1 | 0033800480J | SODIUM CHLORIDE 0.9% IRRIG.BAX | ALT, ALLEN | 04/17/2003 | DK | 1000 | 145 | | 1.00 | | .00 | 1.00 |
| | | | PRIMARY AUTH # : 415207550 | | | | | SECNDRY AUTH # : | | | | | |
| 515992 | 1 | 0000601106J | VIOXX 25 MG TABLET MSD | YU, HONG | 04/17/2003 | DK | 30 | 145 | | 2.00 | | .00 | 2.00 |
| | | | PRIMARY AUTH # : 415193960 | | | | | SECNDRY AUTH # : | | | | | |
| 513917 | 1 | 0016000615 | TRIAMCINOLONE 0.1% CREAM FOU | YU, HONG | 04/23/2003 | RS | 15 | 145 | | .50 | | .00 | .50 |
| | | | PRIMARY AUTH # : 312070020 | | | | | SECNDRY AUTH # : | | | | | |
| 506658 | 5 | 0078128560 | RANITIDINE 150 MG CAPSULE SAN | ALT, ALLEN | 04/23/2003 | RS | 60 | 145 | | .50 | | .00 | .50 |
| | | | PRIMARY AUTH # : 320485770 | | | | | SECNDRY AUTH # : | | | | | |
| 506659 | 5 | 0037821601 | SPIRONOLACTONE 25 MG TABLETMYL | ALT, ALLEN | 04/23/2003 | RS | 120 | 145 | | .50 | | .00 | .50 |
| | | | PRIMARY AUTH # : 320489520 | | | | | SECNDRY AUTH # : | | | | | |
| 514414 | 1 | 0037826001 | AMITRIPTYLINE HCL 50 MG TABMYL | ALT, ALLEN | 04/23/2003 | RS | 30 | 145 | | .00 | | .00 | .00 |
| | | | PRIMARY AUTH # : 320480540 | | | | | SECNDRY AUTH # : | | | | | |
| 506661 | 5 | 0591017505 | QUININE SULFATE 260 MG TAB WAT | ALT, ALLEN | 04/23/2003 | RS | 30 | 145 | | .50 | | .00 | .50 |
| | | | PRIMARY AUTH # : 320480590 | | | | | SECNDRY AUTH # : | | | | | |
| 506662 | 5 | 0037802301 | FUROSEMIDE 80 MG TABLET MYL | ALT, ALLEN | 04/23/2003 | RS | 60 | 145 | | .50 | | .00 | .50 |
| | | | PRIMARY AUTH # : 320482550 | | | | | SECNDRY AUTH # : | | | | | |
| 515991 | 4 | 0406050201 | OXYCODONE W/APAP 5/325 TAB MCK | YU, HONG | 04/23/2003 | RS | 120 | 145 | | .50 | | .00 | .50 |
| | | | PRIMARY AUTH # : 312101380 | | | | | SECNDRY AUTH # : | | | | | |
| 516494 | 4 | 0093005805 | TRAMADOL HCL 50 MG TABLET TEV | ALT, ALLEN | 04/30/2003 | DK | 100 | 145 | | .50 | | .00 | .50 |
| | | | PRIMARY AUTH # : 319035540 | | | | | SECNDRY AUTH # : | | | | | |
| 513916 | 2 | 0338004803 | SODIUM CHLORIDE 0.9% IRRIG.BAX | ALT, ALLEN | 05/19/2003 | DK | 1000 | 145 | | 1.00 | | .00 | 1.00 |
| | | | PRIMARY AUTH # : 119100390 | | | | | SECNDRY AUTH # : | | | | | |
| 517810 | 4 | 0078128560 | RANITIDINE 160 MG CAPSULE SAN | ALT, ALLEN | 05/19/2003 | RS | 60 | 145 | | .50 | | .00 | .50 |
| | | | PRIMARY AUTH # : 115479640 | | | | | SECNDRY AUTH # : | | | | | |
| 513915 | 2 | 5042899957J | CVS STERILE PADS 4"X4" CVS | ALT, ALLEN | 05/19/2003 | DK | 50 | 145 | | 1.00 | | .00 | 1.00 |
| | | | PRIMARY AUTH # : 119126400 | | | | | SECNDRY AUTH # : | | | | | |

```
PHARMACY NAME: CVS PHARMACY #0622
ADDRESS: 68-70 MAIN STREET
CITY, ST, ZIP: BINGHAMTON        NY 139050000

PATIENT KEY:   01294801
PATIENT NAME:  SCOTT BERTHEL
ADDRESS:       536 CASCADDE VALLEY RD.
CITY, ST, ZIP: WINDSOR           NY 138652437
```

CVS PHARMACY #0622
PATIENT PRESCRIPTION RECORD
01/01/2003 THRU 12/02/2004

TELEPHONE:     607-655-2035
BIRTHDATE:     11/29/1957
SEX:           M
RELATIONSHIP:  H

DATE: 12/02/2004
TIME: 18:48:29
PAGE: 3

| RX NUMBER | NDC / RFL NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP. | PRIMARY PAYER # | SCDRY PAYER # | TOTAL PRICE | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 517808 | 0017230010160 | QUININE SULFATE 260 MG TAB ZEN | ALT.ALLEN | 05/19/2003 | RS | 30 | 115458690 | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | .50 | .00 | .00 | .50 |
| 519917 | 0006601068 | VIOXX 25 MG TABLET MSD | ALT.ALLEN | 05/19/2003 | DK | 30 | 115146970 | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | 2.00 | .00 | .00 | 2.00 |
| 515992 (1) | 0016800415 | TRIAMCINOLONE 0.1% CREAM FOU | YU,HONG | 05/19/2003 | DK | 15 | 113131650 | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | .50 | .00 | .00 | .50 |
| 514414 (2) | 0037826365001 | AMITRIPTYLINE HCL 50 MG TABMYL | ALT.ALLEN | 05/19/2003 | DK | 30 | 115136990 | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | .50 | .00 | .00 | .50 |
| 517809 | 0037823201 | FUROSEMIDE 80 MG TABLET MYL | ALT.ALLEN | 05/19/2003 | | 60 | 115463050 | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | .50 | .00 | .00 | .50 |
| 517811 (1) | 0037821601 | SPIRONOLACTONE 25 MG TABLETMYL | ALT.ALLEN | 05/19/2003 | RS | 30 | 115474880 | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | .50 | .00 | .00 | .50 |
| 517876 | 0046065201 | OXYCODONE W/APAP 5/325 TAB MCK | ALT.ALLEN | 05/20/2003 | RS | 120 | 212107290 | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | .50 | .00 | .00 | .50 |
| 516694 | 0009300568605 | TRAMADOL HCL 50 MG TABLET TEV | ALT.ALLEN | 05/27/2003 | RS | 100 | 218511910 | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | .50 | .00 | .00 | .50 |
| 517915 | 0009300568573 | QUININE SULFATE 260 MG TAB ZEN | ALT.ALLEN | 06/16/2003 | RS | 50 | 110437590 | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | 1.00 | .00 | .00 | 1.00 |
| 517915 (3) | 5042899573 | CVS STERILE PADS 4"X4" CVS | ALT.ALLEN | 06/16/2003 | DK | 30 | 110044660 | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | .50 | .00 | .00 | .50 |
| 517808 | 0017230010160 | OXYCODONE W/APAP 5/325 TAB MCK | ALT.ALLEN | 06/16/2003 | RS | 30 | 110439280 | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | .50 | .00 | .00 | .50 |
| 517917 | 0006601068 | RANITIDINE 150 MG CAPSULE SAN | ALT.ALLEN | 06/16/2003 | RS | 1000 | 110428210 | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | 1.00 | .00 | .00 | 2.00 |
| 513916 | 0038004803 | SODIUM CHLORIDE 0.9% IRRIG.BAX | ALT.ALLEN | 06/16/2003 | RS | 28 | | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | .50 | .00 | .00 | .50 |
| 513917 | 0038004803 | SODIUM CHLORIDE 0.9% IRRIG.BAX | ALT.ALLEN | 06/16/2003 | DK | 30 | 111560840 | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | .50 | .00 | .00 | 1.00 |
| 519449 | 5349014601 | SMZ/TMP DOUBLE-STR TAB MPC | ALT.ALLEN | 06/17/2003 | DX | 60 | 119047450 | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | .00 | .00 | .00 | .00 |
| 514414 | 0037826365001 | AMITRIPTYLINE HCL 50 MG TABMYL | ALT.ALLEN | 06/18/2003 | RS | 120 | 220419370 | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | .50 | .00 | .00 | .50 |
| 519916 | 0009300568605 | SODIUM CHLORIDE 0.9% IRRIG.BAX | ALT.ALLEN | 06/23/2003 | RS | 50 | 313270720 | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | 1.00 | .00 | .00 | 1.00 |
| 519916 | 0009300568605 | TRIAMCINOLONE 0.1% CREAM FOU | ALT.ALLEN | 06/23/2003 | RS | 15 | 119011820 | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | 1.00 | .00 | .00 | .50 |
| 519916 | 0009300568605 | TRAMADOL HCL 50 MG TABLET TEV | ALT.ALLEN | 06/23/2003 | RS | 1000 | 119017920 | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | 1.00 | .00 | .00 | 1.00 |
| 520177 | 5349014601 | SMZ/TMP DOUBLE-STR TAB NPC | ALT.ALLEN | 06/27/2003 | RS | 28 | 510443980 | 145 | PRIMARY AUTH #: / SECNDRY AUTH #: | .50 | .00 | .00 | .50 |

CVS PHARMACY #0622
PATIENT PRESCRIPTION RECORD
01/01/2003 THRU 12/02/2004

DATE: 12/02/2004
TIME: 18:48:29
PAGE: 4

PHARMACY NAME: CVS PHARMACY #0622
ADDRESS: 68-70 MAIN STREET
CITY, ST, ZIP: BINGHAMTON      NY 139050000

PATIENT KEY: 01294801
PATIENT NAME: SCOTT BERTHEL
ADDRESS: 536 CASSCADE VALLEY RD.
CITY, ST, ZIP: WINDSOR      NY 138652437

TELEPHONE: 607-655-2035
BIRTHDATE: 11/29/1957
SEX: M
RELATIONSHIP: H

| RX NUMBER | RFL NUMBER | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP. | PRIMARY PAYER # | SCDRY PAYER # | TOTAL PRICE | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 514414 | 4 | 0037282565001 | AMITRIPTYLINE HCL 50 MG TABMYL ALT.ALLEN | | 07/14/2003 | PRIMARY AUTH # : | 30 | 108456380 | SECNDRY AUTH # : | .00 | .00 | .00 | .00 |
| 513917 | 4 | 0006601I1068 | VIOXX 25 MG TABLET MSD | ALT.ALLEN | 07/14/2003 | PRIMARY AUTH # : | 30 | 145 | SECNDRY AUTH # : | 2.00 | .00 | .00 | 2.00 |
| 513915 | 5 | 5042899573 | CVS STERILE PADS 4"X4" CVS | ALT.ALLEN | 07/14/2003 | PRIMARY AUTH # : | 50 | 108459770 | SECNDRY AUTH # : | .00 | .00 | .00 | .00 |
| 521143 | | 00406051201 | OXYCODONE W/APAP 5/325 TAB MCK PAUSHTER, STEPHEN L | | 07/14/2003 | PRIMARY AUTH # : | 120 | 108457750 | SECNDRY AUTH # : | 1.00 | .00 | .00 | 1.00 |
| 517810 | 2 | 0078128560 | RANITIDINE 150 MG CAPSULE SAN | ALT.ALLEN | 07/14/2003 | PRIMARY AUTH # : | 60 | 116187930 | SECNDRY AUTH # : | .50 | .00 | .00 | .50 |
| 517808 | 2 | 00172300160 | QUININE SULFATE 260 MG TAB ZEN ALT.ALLEN | | 07/14/2003 | PRIMARY AUTH # : | 30 | 108464200 | SECNDRY AUTH # : | .50 | .00 | .00 | .50 |
| 519916 | 1 | 0009300805 | TRAMADOL HCL 50 MG TABLET TEV | ALT.ALLEN | 07/19/2003 | PRIMARY AUTH # : | 100 | 108454030 | SECNDRY AUTH # : | .50 | .00 | .00 | .50 |
| 522762 | | 00406051201 | OXYCODONE W/APAP 5/325 TAB MCK ALT.ALLEN | | 08/11/2003 | PRIMARY AUTH # : | 120 | 617466680 | SECNDRY AUTH # : | .50 | .00 | .00 | .50 |
| 514414 | 5 | 0037282565001 | AMITRIPTYLINE HCL 50 MG TABMYL ALT.ALLEN | | 08/12/2003 | PRIMARY AUTH # : | 30 | 111555720 | SECNDRY AUTH # : | .50 | .00 | .00 | .50 |
| 513917 | 5 | 0006601I1068 | VIOXX 25 MG TABLET MSD | ALT.ALLEN | 08/12/2003 | PRIMARY AUTH # : | 30 | 2194.14580 | SECNDRY AUTH # : | 2.00 | .00 | .00 | 2.00 |
| 517811 | 1 | 0037282I4601 | SPIRONOLACTONE 25 MG TABLETMYL ALT.ALLEN | | 08/12/2003 | PRIMARY AUTH # : | 30 | 2194.18990 | SECNDRY AUTH # : | .50 | .00 | .00 | .50 |
| 517810 | 3 | 0078128560 | RANITIDINE 150 MG CAPSULE SAN | ALT.ALLEN | 08/12/2003 | PRIMARY AUTH # : | 60 | 219417180 | SECNDRY AUTH # : | .50 | .00 | .00 | .50 |
| 517808 | 3 | 00603561821 | QUININE SULFATE 260 MG TAB QUA ALT.ALLEN | | 08/12/2003 | PRIMARY AUTH # : | 30 | 2194.18000 | SECNDRY AUTH # : | .50 | .00 | .00 | .50 |
| 517809 | 1 | 0037802201 | FUROSEMIDE 80 MG TABLET MYL | ALT.ALLEN | 08/12/2003 | PRIMARY AUTH # : | 60 | 220019290 | SECNDRY AUTH # : | .50 | .00 | .00 | .50 |
| 521174 | | 0009300805 | TRAMADOL HCL 50 MG TABLET TEV | ALT.ALLEN | 08/18/2003 | PRIMARY AUTH # : | 120 | 2194.16900 | SECNDRY AUTH # : | .50 | .00 | .00 | .50 |
| 523533 | | 0059155250 | METRONIDAZOLE 500 MG TABLETWAT ALT.ALLEN | | 08/25/2003 | PRIMARY AUTH # : | 15 | 116432370 | SECNDRY AUTH # : | .50 | .00 | .00 | .50 |
| 523524 | | 0002681450 | CIPRO 750 MG TABLET BAY | ALT.ALLEN | 08/25/2003 | PRIMARY AUTH # : | 10 | 115103640 | SECNDRY AUTH # : | 2.00 | .00 | .00 | 2.00 |
| 523919 | | 0002681450 | CIPRO 750 MG TABLET BAY | ALT.ALLEN | 08/29/2003 | PRIMARY AUTH # : | 10 | 115109700 | SECNDRY AUTH # : | 2.00 | .00 | .00 | 2.00 |
| 523920 | | 0059155250 | METRONIDAZOLE 500 MG TABLETWAT ALT.ALLEN | | 08/29/2003 | PRIMARY AUTH # : | 15 | 519250310 | SECNDRY AUTH # : | .50 | .00 | .00 | .50 |
| 524211 | | 0059155250 | METRONIDAZOLE 500 MG TABLETWAT ALT.ALLEN | | 09/05/2003 | PRIMARY AUTH # : | 15 | 519361170 | SECNDRY AUTH # : | .50 | .00 | .00 | .50 |
| 524211 | | 0009308253 | METRONIDAZOLE 500 MG TABLETTEV ALT.ALLEN | | 09/05/2003 | PRIMARY AUTH # : | 30 | 124134J0 | SECNDRY AUTH # : | .50 | .00 | .00 | .50 |
| 524210 | | 0055508I610 | CIPROFLOXACIN HCL 750 MG TABRR ALT.ALLEN | | 09/05/2003 | PRIMARY AUTH # : | 20 | 124312570 | SECNDRY AUTH # : | .50 | .00 | .00 | .50 |

**EXHIBIT 2**

Ronald Benjamin, Esq

attn: Suzanne

in the matter of
Scott R Berthel
request has been instituted
for all CVS records
to be mailed to patient

## CVS/pharmacy AUTHORIZATION FORM
### One CVS Drive, Woonsocket, RI 02895
### Fax (401) 652-1593

PATIENT REQUESTING DISCLOSURE

Name: _Scott R. Berthel_
Address: _579 Cascade Valley Road Windsor New York_
Address: _13865_
Date of Birth _11/29/52_

I hereby authorize CVS/pharmacy to disclose my Patient Prescription Record (PPR), reflecting information regarding my pharmacy services as set forth below:

1.  My Patient Prescription Record (PPR) may be disclosed to the following person(s):
    Name: _Scott R. Berthel_
    Address: _579 Cascade Valley Road Windsor New York_
    Address: _13865_

2.  I understand that I may revoke this authorization at any time by writing to CVS/pharmacy Privacy Office, 1 CVS Drive, Woonsocket, RI 02895, or fax to 1-401-765-9304, except to the extent that CVS/pharmacy has taken action in reliance on this authorization.

3.  I understand that I am signing this Authorization of my own free will and that this authorization will not affect my ability to obtain treatment from the Pharmacy. I hereby state that this disclosure is at my request. A photocopy or facsimile of this signed authorization is as valid as the original and will be accepted.

4.  I understand that if the person or entity that receives my PPR is not required to comply with the federal privacy regulations, the information described above may be redisclosed and would no longer be protected by those regulations.

5.  This Authorization will expire 6 months from the dated signature on this authorization unless otherwise indicated here _____

_Mary Butler P.O.A._        _Oct      2009_
Signature of Patient or Personal Representative*        Date

*To the patient's personal representative, explain your authority to act on behalf of the patient: _____

_____

PPRAUTH.doc revised 02/28/03

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX®** | * **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * **SECTION L** |
| | * **JUDGE FALLON** |
| | * **MAGISTRATE JUDGE KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**      Scott Berthel v. Merck & Co., et al.
                                                           Case No.: 2:05-cv-6221-EEF-DEK

### PLAINTIFFS' ANSWERS TO DEFENDANT MERCK & CO., INC.'S
### FIRST SET OF INTERROGATORIES

Plaintiff hereby answers the defendant's First Set of Interrogatories as follows:

**INTERROGATORY NO. 1:**  Please identify, for the present civil action, the title of the action, the civil action number, the name of the court in which this action was filed, the name of the court in which this action is currently pending, and the full name, address, telephone number and facsimile number of the principal attorney representing you in this action.

ANSWER:  Robert D. Gates, et Ux. Mary Gates, Herbert Gehm, and

Scott R. Berthel v. Merck & Co., Inc., Civil Action No. 2:05-cv-6221.  The action was originally

filed in the United States District Court for the Northern District of New York, and is now

pending in the Eastern District of Louisiana.  Principal attorney:  Ronald R. Benjamin, 126

Riverside Drive, P. O. Box 607, Binghamton, NY 13902-0607, 607/772-1442 phone, 607/772-

1678 fax.

**INTERROGATORY NO. 2:**   Please identify each person having knowledge or information regarding the facts, circumstances, injuries, damages, or allegations contained in your Complaint.

ANSWER:  In addition to plaintiff and defendant, witnesses include:

Alan Alt, M.D.
161 Riverside Drive
Binghamton NY 13905

John D. Dimenna, M.D.
Cardiology Associates
161 Riverside Drive, Suite 205
Binghamton, New York 13905

Carlos E. Martinez, M.D.
169 Riverside Drive, Suite 307
Binghamton, New York 13905

Julie Barnes, NP
UHS Windsor Family Care
College Avenue
Windsor, New York 13865

Craig Berthel- brother
579 Cascade Valley Road
Windsor, New York 13865

Craig Berthel, Jr.- nephew
579 Cascade Valley Road
Windsor, New York 13865

Carl Berthel- father
579 Cascade Valley Road
Windsor, New York 13865

INTERROGATORY NO. 3:  Provide the factual basis and a computation for each category of damages you claim and identify all documents upon which you will rely in support of each category of damages.

ANSWER:  All general compensatory damages, including past and future pain and

suffering, as opposed to special damages, are jury issues for resolution at trial.  My medical bills

were paid by medical bills were paid by Medicaid, for which it is anticipated liens will be

imposed and are, therefore, a category of damage. Plaintiff incorporates and relies on the records

of my medical providers and Medicaid records with respect to the computation of past and future

medical expenses.

INTERROGATORY NO. 4:   Please state whether you have been reimbursed or filed a claim under an insurance policy with respect to alleged injuries that form the basis of this action.  If so, for each claim, identify the person with whom you filed a claim, the insurer, the policyholder, the policy number, and the claim number.

ANSWER:   Not Applicable

INTERROGATORY NO. 5:   State whether you have undergone a physical examination in connection with any application for life insurance since January 1, 1990.  If so, state the date of any such examination, where it was conducted, who conducted the examination, whether there is a report of such physical examination and the life insurance company on whose behalf the examination was conducted.  If a report was made, attach a true copy.  If any such physical examination resulted in denial of your application, please describe such action.

ANSWER:   No

INTERROGATORY NO. 6:   Identify all information, instructions, warnings or precautions about Vioxx obtained by you from any source. For each item of information, instruction , warning, or precaution, identify the source, the date you received it, and if you relied upon it in any manner, describe what action you took or did not take as a result.

ANSWER:   Plaintiff recalls being given some sort of patient insert at least one time by

the pharmacy where his prescriptions were refilled, but does not recall when. Plaintiff's last

bottle of Vioxx tablets has a yellow label stating to "Take with food", and to " Limit alcohol use

while taking this drug. Daily alcohol use is risky."

INTERROGATORY NO. 7:   State whether you have ever filed a claim (including a worker's compensation or a social security disability claim) or instituted a legal proceeding for any personal, economic or other injury. If so, state the date and nature of the injuries and damages claimed, the date and place of filing for each such claim or legal proceeding , the full names and addresses of all parties to the action and their attorneys if any, the name of the court or other forum, the title of the action and the case number, and the present states if each claim or legal proceeding. If terminated, give the final result of each such claim or legal proceeding, including any monetary judgement, settlement or award.

ANSWER:   Yes.  Filed worker's compensation claim in 1996-1997 for leg problems

involving venus stataus ulcer, classified as disabled for approximately one year; Worker's

Compensation Board, State Office Building, Hawley Street, P. O. Box 5025, Binghamton, NY

13901.  Employer:  American Pipe and Plastics, P.O. Box 577 Binghamton NY, 13902

Kirkwood, NY.    Plaintiff applied for Social Security disability on July 23, 1996 and was

approved in the same month; Social Security Administration, 15 Henry Street, Binghamton, NY

13901.

INTERROGATORY NO. 8:  Please identify whether you are in possession of any unused Vioxx.
If so, please identify the number of tablets or amount of oral suspension in your possession, the
date of the prescription to which the unused Vioxx relates, and the current location of the unused
Vioxx.

    ANSWER:   Law office for plaintiff has in their possession 27 Vioxx tablets, 25mg,

from plaintiff's prescription last refill dated 9/9/2003.

INTERROGATORY NO. 9:  Please identify all communications, whether oral, written or
electronic (including email, communication as part of internet "chat rooms" or email groups),
with others not including your counsel, regarding Vioxx or your alleged injuries.

    ANSWER:   None.

INTERROGATORY NO. 10:  Please identify whether you conducted any research on your
computer regarding Vioxx, the current location of your computer, whether you ever sent and/or
received any emails relating to Vioxx or your alleged injuries (other than those from your
attorney), and whether you are in possession of the emails sent or received relating to Vioxx or
you alleged injuries.

    ANSWER:  No.

Ronald R. Benjamin Fed. Bar No. 101131
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442

## <u>VERIFICATION</u>

I, Scott Berthel, declare under penalty of perjury subject to 28 U.S.C. § 1746 that the foregoing answers to interrogatories are true and correct to the best of my knowledge.

_____                         _____
Signature                                                               Date: May 1, 2008

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above PLAINTIFFS' ANSWERS TO DEFENDANT MERCK & CO., INC.'S FIRST SET OF INTERROGATORIES was served in accordance with Pre-Trial Nos. 8, 18C (paras. 5-7) and 28, by serving a hard copy on Wilfred P. Coronato, Esq., at Hughes Hubbard & Reed LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, and by serving an electronic copy via LexisNexis File & Serve on Wilfred P. Coronato at Hughges Hubbard & Reed, LLP, Phillip A. Wittmann at Stone Pigman Walther Wittmann LLC, Dimitrios Mavroudis at Dechert LLP, and Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC, on this 1st day of May, 2008.

Marya C. Young    Fed. Bar No. 301339
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL DOCKET NO: 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE GALLON |
| | ) | |
| | ) | MAG. JUDGE KNOWLES |
| | ) | |
| | ) | |

STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28)
Scott Berthel: 2:05-cv-06221

Pursuant to Pre-Trial Order No. 28, Plaintiff Scott Berthel sent Document Preservation Notices to the following individuals and entities. Copies of the Notices sent are attached and marked as Exhibit "1".

Medical Providers:

Jagraj S. Rai, MD
c/o Vestal Medical Associates, Lourdes
1020 Vestal Parkway East
Vestal, NY 13850

Vestal Medical Associates, Lourdes
1020 Vestal Parkway East
Vestal, NY 13850

Lourdes Hospital
169 Riverside Drive
Binghamton, NY 13905

Lourdes Family Practice
161 Riverside Drive, #306
Binghamton, NY 13905

Allen D. Alt, MD
c/o Lourdes Family Practice
161 Riverside Drive, #306
Binghamton, NY 13905

John D Dimenna, MD
c/o Cardiology Associates
161 Riverside Drive, #205
Binghamton, NY 13905

Cardiology Associates
161 Riverside Drive, #205
Binghamton, NY 13905

Cardiology Associates
30 Harrison Street, Suite 250
Johnson City, NY 13790

CVS
Pharmacy Privacy Office
One CVS Drive
Woonsocket, RI 02895

Barnes Kasson Hospital
400 Turnpike Street
Susquehanna, PA 18847


Executed on March 10, 2008 in Binghamton, NY.


                                        /s/ Ronald R. Benjamin
                                        Ronald R. Benjamin, Esq.
                                        126 Riverside Drive
                                        PO Box 607
                                          Binghamton, NY 13902-0607
                                          607-772-1442

### LAW OFFICES OF RONALD R. BENJAMIN
#### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

*Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Jagraj S. Rai, MD
c/o Vestal Medical Associates, Lourdes
1020 Vestal Parkway East
Vestal, NY 13850

      Re: Scott Berthel, et. al.; Plaintiff v. Merck & Co., Inc.
         In Re: VIOXX Products Liability Litigation
         MDL No. 1657
         Case No. 2:05cv06221



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

                Very truly yours,

                Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Vestal Medical Associates, Lourdes
1020 Vestal Parkway East
Vestal, NY 13850

      Re: Scott Berthel, et. al.; Plaintiff v. Merck & Co., Inc.
         In Re: VIOXX Products Liability Litigation
         MDL No. 1657
         Case No. 2:05cv06221



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

                    Very truly yours,

                    Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13905-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Lourdes Hospital
169 Riverside Drive
Binghamton, NY 13905

>　　Re: Scott Berthel, et. al.; Plaintiff v. Merck & Co., Inc.
>　　　　In Re: VIOXX Products Liability Litigation
>　　　　MDL No. 1657
>　　　　Case No. 2:05cv06221



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,   P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

### N O T I C E

Allen D. Alt, MD
c/o Lourdes Family Practice
161 Riverside Drive, #306
Binghamton, NY 13905



     Re: Scott Berthel, et. al.; Plaintiff v. Merck & Co., Inc.
        In Re: VIOXX Products Liability Litigation
        MDL No. 1657
        Case No. 2:05cv06221

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

               Very truly yours,

               Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
## *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,   P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

### N O T I C E

Lourdes Family Practice
161 Riverside Drive, #306
Binghamton, NY 13905

      Re: Scott Berthel, et. al.; Plaintiff v. Merck & Co., Inc.
      In Re: VIOXX Products Liability Litigation
      MDL No. 1657
      Case No. 2:05cv06221

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

                Very truly yours,

                Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
## *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## **N O T I C E**

John D Dimenna, MD
c/o Cardiology Associates
161 Riverside Drive, #205
Binghamton, NY 13905



Re: Scott Berthel, et. al.; Plaintiff v. Merck & Co., Inc.
In re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:05cv06221

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

# N O T I C E

Cardiology Associates
161 Riverside Drive, #205
Binghamton, NY 13905

Re: Scott Berthel, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:05cv06221

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

### N O T I C E

Cardiology Associates
30 Harrison Street, Suite 250
Johnson City, NY 13790

Re: Scott Berthel, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:05cv06221



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

### N O T I C E

**VIA U.S. CERTIFIED MAIL**
CVS
Pharmacy Privacy Office
One CVS Drive
Woonsocket, RI 02895

> Re: Scott Berthel, et. al.; Plaintiff v. Merck & Co., Inc.
> In Re: VIOXX Products Liability Litigation
> MDL No. 1657
> Case No. 2:05cv06221



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutlidistrict litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

*· Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Barnes Kasson Hospital
400 Turnpike Street
Susquehanna, PA 18847



Re: Scott Berthel, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:05cv06221

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing documents have been served electronically on Susan Giamportone, by U.S. Mail and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of March, 2008.

Ronald R. Benjamin
#101113
Law Office of Ronald R. Benjamin
126 Riverside Drive
PO Box 607
Binghamton, NY 13902-0607
607-772-1442
607-772-1678 9 (Fax)
ronbenjaminlaw@stny.rr.com

# Steven A. Rich, M.D.
## *Internal Medicine-Geriatrics-Clinical Pharmacology*
*4884 North Road Canandaigua, NY 14424*
*srich@rochester.rr.com*
*Voice: 585-922-0392*

December 30, 2008

Ronald R Benjamin
PO Box 607
126 Riverside Drive
Binghamton, NY 13902

**Re: Scott R Berthel**
**DOB: 11-29-1957**
**Date of Injury: 09-13-03 (Myocardial infacrtion)**

Mr. Benjamin:

Thank you for the opportunity to review records regarding and the events surrounding the myocardial infaction suffered by Mr.Berthel and his VIOXX® usage.

My education includes a Doctor of Medicine Degree as well as a degree in Pharmacokinetics. My training includes certifications in Internal Medicine and Geriatric Medicine by the American Board of Internal Medicine. A copy of my Curriculum Vitae is attached. My experience includes 21 years of direct patient care including primary, secondary and tertiary care of acute coronary syndromes, rheumatoid conditions and the consequences of these diseases. I have treated patients similar to this patient during the course of my career. I have been active in clinical pharmacology for 21 years, and have authored peer-reviewed and published articles. I have also reviewed published medical literature and Merck documents relating to VIOXX®.

Mr. Berthel was 45 years old at the time of his myocardial infarction. As a self employed carpenter and divorced father of one child he had little functional limitation. He had once been disable for a period of time by venous stasis ulcer related to his work, but otherwise had active health problems. He had discontinued smoking prior to the myocardial infarction and was unaware of any other significant cardiac risk factors. His use of VIOXX® began with a prescription from Dr Allen Alt on 03/20/03 for leg pain and he continued the use of this medication through the time of his myocardial infarction. This is documented in the records of CVS Pharmacy Store #0622 .

1

With a review of the information currently available to me I do believe that it is more likely than not that there was some prothrombotic factor active in the myocardial infarction that this relatively low risk man experienced, and that within a reasonable degree of certainty the consistent ingestion of VIOXX® was a cause in this event.

All of my opinions are stated within a reasonable degree of medical certainty. My opinions are based on my education, training, and experience. My opinions may be modified based on review of subsequent medical information not currently available to me.

Sincerely,

Steven A. Rich, M.D.
Chief of Geriatrics and Director of the Geriatric Consultative Service
    Rochester General Health System, Rochester NY
Clinical Assistant Professor of Medicine
    University of Rochester School of Medicine and Dentistry

2

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

October16, 2009

**BY E-MAIL**
Douglas R. Marvin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

    Re:   **Scott Berthel v. Merck & Co., Inc.**
             [Gates, et al., v. Merck & Co., Inc., EDLA 2:05-cv-0622-EEF-DEK]

Dear Mr. Marvin:

I am forwarding under separate cover with this e-mail a copy of a prescription bottle with unused Vioxx 25 mg pills filled on 09/09/2003 for this plaintiff that is in the possession of this office.

Please advise if, when and where you want to make arrangements to view the bottle.

                    Very truly yours,

                    Ronald R. Benjamin

RRB/mc
Attachment



Berthel,
Scott