Plaintiff's Exhibit 5

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

October15, 2009

**BY E-MAIL and FAX: 202/434-5029**
Douglas R. Marvin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re:   **Richard Core**
[Core v. Merck & Co., Inc., 2:05-cv-02583-EEF-DEK]

Dear Mr. Marvin:

In response to the Order to Show Cause returnable October 16, 2009, on your client's Third Motion seeking to enforce PTO 28 in the Vioxx litigation, I am providing the following information which addresses the only deficiencies identified in Exhibit A pertaining to **Richard Core.**   Judge Fallon signed an order dated June 12, 2008, substituting his wife as plaintiff due to Mr. Core's death on July 2, 2007, and her appointment as personal representative of his estate.

**Certificate of Death**:   A copy of Mr. Core's Certificate of Death is annexed hereto as *Exhibit 1*. The copy of Ms. Core's Letters Testamentary was attached to the Suggestion of Death and Motion for Substitution filed in this case in April 2008.   No autopsy was performed.

**Medical Records:**   The obligation to produce medical records has been met in this case.   In the first instance, Exhibit A to the Order to Show Cause does not list lack of a PPF, so I trust you acknowledge that Mr. Core submitted his Plaintiff's Profile Form dated October 16, 2004, with signed authorizations for release of his healthcare records to Hughes Hubbard & Reed LLP in or before April 2006, as confirmed by correspondence from John Poulos, Esq., dated April 13, 2006.  This occurred prior to the issuance of PTO 28 on November 9, 2007.

The PPF submitted by Mr. Core and the PPF attached as Exhibit A to PTO 28 are identical, and both limit the medical records to be produced by the plaintiff in the following express language:

Page 2 of 3

## VI. **DOCUMENTS**

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking "**yes**" or "**no**". Where you indicated "**yes,**" please attach the documents and things to your responses to this profile form.

The limited scope of the production required in the above provision in the PPF is entirely consistent with the fact that plaintiff was also required to, and did, provide signed authorizations for release of medical and other records to Merck's counsel. Since you indicate you have "Partial" records for Mr. Core, I trust you have collected the same from my office and/or from the healthcare providers using signed authorizations, but the motion does not identify the records already collected by Merck and is counsel. I am also repeating my request that you advise specifically what healthcare provider records you do or do not have for plaintiffs represented by my office. I am emailing to you under separate cover the medical records that have been collected by us to ensure there is no dispute you received the same.

I would also point out that, with respect to subparagraph (II)(A)(6) of PTO 28, it only requires medical records to be produced as to "*all healthcare providers requested in the Amended and Supplemental Plaintiff Profile Form....*" Because Mr. Core had already submitted his PPF prior to November 9, 2007, he was by definition excluded from having to file an amended and supplemental PPF under the language in PTO 28 (II)(A)(3) stating "*unless Plaintiff . . . has of the date of this Order submitted a Plaintiff Profile Form . . ..*"

Moreover, medical releases signed by Mr. Core were provided to John N. Poulos, Esq., at Hughes Hubbard & Reed LLP with a letter dated May 8, 2006. Also, Mr. Core's healthcare providers were listed in his PPF, as well as in the preservation notices that were e-filed and served on March 12, 2008. Your "Third Motion" indicates that only "Partial" records have been collected or provided for Mr. Core, and does not identify what records are outstanding. To extent Merck's counsel has collected or was unable to collect medical records with the medical releases provided, the same should be identified so that Plaintiff can submit an appropriate Affidavit of Completeness. Moreover, since you acknowledge you have "Partial" records for this plaintiff, it is clear duplication is unreasonable and unnecessary.

**Pharmacy Records**: With respect to PTO 28(II)(A)(1), the only pharmacy that dispensed drugs to or for Mr. Core from 1995 to his date of death was CVS Pharmacy #5019 at 215 Delaware Street, Walton, NY 13856. He obtained a copy of his pharmacy records for the almost 8-year period 01/01/1997 thru 10/11/2004. *See copy of CVS record annexed hereto as Exhibit 2.* Mrs. Core is in the process of requesting a complete certified record, to the extent the same exists.

**Affidavit of Completeness:** With respect to the affidavit required by PTO 28(II)(A)(7), I I would note that, with reference to subparagraph (ii), the same does not apply to Mr. Core as he

Page 3 of 3

was not required by PTO 28 to file an amended and supplemental PPF.   To the extent your client has taken the position this affidavit should attest as to all medical records collection, Mrs. Core will be able to submit an affidavit after all of the medical records that have been collected by Merck and its counsel have been identified and disclosed for that purpose.

This letter and enclosures will be annexed to the opposition to the Third Motion Order to Show Cause.   I ask that you withdraw Merck's motion since dismissal of this plaintiff's case for any reason, and particularly for failure to prosecute, is clearly unwarranted in light of the above matters.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Enclosures

**EXHIBIT 1**

# CERTIFICATE OF DEATH

REGISTER NUMBER 23

| 1. NAME: FIRST | MIDDLE F. | LAST | 2. SEX | 3A. DATE OF DEATH: MONTH DAY YEAR | 3B. HOUR |
|---|---|---|---|---|---|
| Richard | F. | CORE | MALE ☒ 1 FEMALE ☐ 2 | 07 02 2007 | 02:35 AM |

| 4A. PLACE OF DEATH: (Check one) | 4B. HOSPITAL: (Check one) | | | | | 4C. IF FACILITY: DATE ADMITTED: MONTH DAY YEAR |
|---|---|---|---|---|---|---|
| HOSPITAL ☐ | DOA ☐ | HOSPITAL OUTPATIENT ☐ | HOSPITAL INPATIENT ☒ | NURSING HOME ☐ | PRIVATE RESIDENCE ☐ | HOSPICE FACILITY ☐ OTHER (Specify) ☐ | 6/30/07 |

4C. NAME OF FACILITY: (If not facility, give address)  **7 Delaware Valley Hospital**

| 4D. LOCALITY: (Check one and specify) CITY VILLAGE ☒ TOWN | 4E. COUNTY OF DEATH |
|---|---|
| Walton | Delaware |

| 4F. MEDICAL RECORD NO. | 4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION? (If yes, specify institution name, city or town, county and state) |
|---|---|
| 000052569 | ☒ Roscoe Nursing Home, Colchester, Delaware, NY |

| 5. DATE OF DEATH: MONTH DAY YEAR | 6A. AGE IN YEARS: | 6B. IF UNDER 1 YEAR: ENTER: months days | 6C. IF UNDER 1 DAY: ENTER: hours minutes | 7A. CITY AND STATE OF BIRTH: (If not USA, County and Region/Province) | 7B. IF UNDER 1 YEAR, NAME OF HOSPITAL OF BIRTH: |
|---|---|---|---|---|---|
| 05 19 1932 | 75 yrs | | | Dallas, Texas | |

| 8. SERVED IN U.S. ARMED FORCES? (specify years) NO ☐ ☒ 1 | 9. DECEDENT OF HISPANIC ORIGIN? Check the boxes that best describe whether the decedent is Spanish/Hispanic/Latin. |
|---|---|
| | ☒ No, not Spanish/Hispanic/Latino  ☐ Yes, Mexican, Mexican-American, Chicano  ☐ Yes, Puerto Rican  ☐ Yes, Cuban  ☐ Yes, Other Spanish/Hispanic/Latino (specify) |

10. DECEDENT'S RACE: Check one or more races to indicate what the decedent considered himself or herself to be
A ☒ White/Caucasian  B ☐ Black or African American  C ☐ Asian Indian  D ☐ Chinese
E ☐ Filipino  F ☐ Japanese  G ☐ Korean  H ☐ Vietnamese
I ☐ Native Hawaiian  K ☐ Guamanian or Chamorro  M ☐ Samoan
☐ American Indian or Alaska Native (specify)
☐ Other Asian (specify)  ☐ Other Pacific Islander (specify)

11. DECEDENT'S EDUCATION: Check the box that best describes the highest degree or level of school completed at the time of death
☐ 8 8th grade or less  ☐ 9-12 9th-12th grade, no diploma  ☐ High school graduate or GED  ☒ Some college, no degree  ☐ Associate degree  ☐ Bachelor's degree  ☐ Master's degree  ☐ Doctorate/Professional degree

| 12. SOCIAL SECURITY NUMBER: | 13. MARITAL STATUS: NEVER MARRIED ☐ MARRIED ☒ 2 WIDOWED ☐ 3 DIVORCED ☐ 4 SEPARATED ☐ 5 | 14. SURVIVING SPOUSE: Enter name if married or separated. If surviving spouse is wife, enter maiden name. |
|---|---|---|
| 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 | | Marilyn Gorman |

| 15A. USUAL OCCUPATION: (Do not enter retired) | 15B. KIND OF BUSINESS OR INDUSTRY: | 15C. NAME AND LOCALITY OF COMPANY OR FIRM: |
|---|---|---|
| Police Officer | Law Enforcement | Rockville Center, Long Island, NY Police Dept. |

| 16A. RESIDENCE: (State or Country if not USA) | 16B. County or Region/Province if not USA: | 16C. LOCALITY: (Check one and specify) CITY VILLAGE ☒ TOWN | 16D. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS? ☐ YES ☐ NO, SPECIFY TOWN: |
|---|---|---|---|
| New York | Delaware | Walton | |

| 16D. STREET AND NUMBER OF RESIDENCE: | 16E. ZIP CODE: |
|---|---|
| 17 North St., Walton, NY | 13856 |

| 17. NAME OF FATHER: FIRST MI LAST | 18. MAIDEN NAME OF MOTHER: FIRST MI LAST |
|---|---|
| Ralph Core | Cornelia Mission |

| 19A. NAME OF INFORMANT: | 19B. MAILING ADDRESS: (include zip code) |
|---|---|
| Marilyn Core | 17 North St., Walton, NY 13856 |

| 20A. ☐ BURIAL ☒ CREMATION ☐ HOLD ☐ DONATION ☐ ENTOMBMENT | 20A.1 MONTH DAY YEAR 07 03 2007 | 20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION: Hillington Crematory | 20C. (City or town and state) Morris, NY |
|---|---|---|---|

| 21A. NAME AND ADDRESS OF FUNERAL HOME: Clark, Winter & Courtney FH, 25 Townsend St, Walton, NY 13856 | 21B. REGISTRATION NUMBER: 00335 |
|---|---|

| 22A. NAME OF FUNERAL DIRECTOR: R. Calvin Courtney | 22B. SIGNATURE OF FUNERAL DIRECTOR: | 22C. REGISTRATION NO. 00854 |
|---|---|---|

| 23A. SIGNATURE OF REGISTRAR: | 23B. DATE FILED: MONTH DAY YEAR 07 03 2007 | 24A. BURIAL OR REMOVAL PERMIT ISSUED BY: | 24B. DATE ISSUED: MONTH DAY YEAR 07 03 2007 |
|---|---|---|---|

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN -- OR -- CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

25A. CERTIFICATION: To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.

| Certifier's Name: B. Castro-Nunez | License No. 237729 | Signature: | Date MONTH DAY YEAR 07 02 07 |
|---|---|---|---|

| 25B. Certifier's Title: ☒ Attending Physician ☐ Physician acting on behalf of Attending Physician ☐ Coroner ☐ Medical Examiner / Deputy Medical Examiner | Address: 1 Titus Place Walton NY 13856 |
|---|---|

25B. If coroner is not a physician, enter Coroner's Physician's name & title:    License No.    Signature:    Address:

25C. If certifier is not attending physician, enter Attending Physician's name & title:    License No.    Address:

| 26A. Attending physician attended deceased: FROM Month Day Year TO | 26B. Deceased last seen alive by attending physician: Month Day Year | 26C. Pronounced Dead: Month Day Year |
|---|---|---|

| 27. MANNER OF DEATH: NATURAL CAUSE ☒ 1 ACCIDENT ☐ 2 HOMICIDE ☐ 3 SUICIDE ☐ 4 UNDETERMINED CIRCUMSTANCES ☐ 5 PENDING INVESTIGATION ☐ 6 | 28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER? NO ☒ 0 YES ☐ 1 | 29A. AUTOPSY? NO ☒ 0 YES ☐ 1 REFUSED ☐ | 29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH? NO ☐ 0 YES ☐ 1 |
|---|---|---|---|

CONFIDENTIAL    SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH    CONFIDENTIAL

30. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B) and (C).)

PART I. IMMEDIATE CAUSE
(A) Septic Shock
DUE TO OR AS A CONSEQUENCE OF:
(B) Bowel Obstruction
DUE TO OR AS A CONSEQUENCE OF:
(C) Multi-Organ Failure

| | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A)  Moderate-Severe Alzheimer, Hypertension

| DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ YES ☐ NO ☐ PROBABLY ☐ UNKNOWN |
|---|

| 31A. INJURY DATE: MONTH DAY YEAR | HOUR | 31B. INJURY LOCALITY: (City or town and county and state) | 31C. DESCRIBE HOW INJURY OCCURRED: | 31D. PLACE OF INJURY: | 31E. INJURY AT WORK? NO ☐ YES ☐ |
|---|---|---|---|---|---|

| 31F. IF TRANSPORTATION INJURY, SPECIFY: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ OTHER (specify) | 32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS? NO ☐ YES ☐ | 33A. IF FEMALE: ☐ Not pregnant within last year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within past year | 33B. DATE OF DELIVERY: MONTH DAY YEAR |
|---|---|---|---|

**EXHIBIT 2**

```
                              CVS PHARMACY #5019
                         PATIENT PRESCRIPTION RECORD
                         01/01/1997 THRU 10/11/2004                                                        DATE: 10/11/2004    PAGE:   1
                                                                                                                               TIME: 19:25:15

PHARMACY NAME: CVS PHARMACY #5019
ADDRESS:       215 DELAWARE STREET
CITY, ST, ZIP: WALTON      NY 138560000

PATIENT KEY:   01061001           TELEPHONE:    607-865-6683
PATIENT NAME:  RICHARD F CORE      BIRTHDATE:    05/19/1932
ADDRESS:       17 NORTH ST.        SEX:          M
CITY, ST, ZIP: WALTON    NY 138560000   RELATIONSHIP: H

CURRENT ALLERGIES ON RECORD:
     None communicated by the patient

CURRENT CONDITIONS ON RECORD:
     None communicated by the patient
```

| RX NUMBER | RFL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP. | PRIMARY PAYER # | SCDRY PAYER # | TOTAL PRICE | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 179422 | | 00172428670 | VERAPAMIL 180MG TABLET SA ZEN | DOHNER,ERIC | 02/13/2001 WH | | 90 | 4212 | | 5.00 | | | 5.00 |
| | | | | PRIMARY AUTH # | | | 000003557000008 | SECNDRY AUTH # | | | .00 | | |
| 179422 | 1 | 00172428670 | VERAPAMIL 180MG TABLET SA ZEN | DOHNER,ERIC | 05/16/2001 DS | | 90 | 4212 | | 5.00 | | | 5.00 |
| | | | | PRIMARY AUTH # | | | 00453466 | SECNDRY AUTH # | | | .00 | | |
| 194692 | | 00310013210 | ZESTRIL 20MG TABLET ZEN | DOHNER,ERIC | 06/05/2001 BH | | 90 | 4212 | | 15.00 | | | 15.00 |
| | | | | PRIMARY AUTH # | | | 00248494 | SECNDRY AUTH # | | | .00 | | |
| 201041 | | 59762737902 | IBUPROFEN 600MG TABLET GRE | DOHNER,ERIC | 07/30/2001 DS | | 360 | 4212 | | 5.00 | | | 5.00 |
| | | | | PRIMARY AUTH # | | | 52025220 | SECNDRY AUTH # | | | .00 | | |
| 179422 | 2 | 00172428670 | VERAPAMIL 180MG TABLET SA ZEN | DOHNER,ERIC | 08/10/2001 BH | | 90 | 4212 | | 5.00 | | | 5.00 |
| | | | | PRIMARY AUTH # | | | 01967964 | SECNDRY AUTH # | | | .00 | | |
| 211542 | | 00173039400 | CEFTIN 500MG TABLET GSK | DOHNER,ERIC | 10/24/2001 DS | | 20 | 4212 | | 15.00 | | | 15.00 |
| | | | | PRIMARY AUTH # | | | 53291732 | SECNDRY AUTH # | | | .00 | | |
| 179422 | 3 | 00172428670 | VERAPAMIL 180MG TABLET SA ZEN | DOHNER,ERIC | 11/14/2001 DS | | 90 | 4212 | | 5.00 | | | 5.00 |
| | | | | PRIMARY AUTH # | | | 54045075 | SECNDRY AUTH # | | | .00 | | |
| 201041 | 1 | 59762737902 | IBUPROFEN 600MG TABLET GRE | DOHNER,ERIC | 11/19/2001 DS | | 360 | 4212 | | 5.00 | | | 5.00 |
| | | | | PRIMARY AUTH # | | | 54303141 | SECNDRY AUTH # | | | .00 | | |
| 219408 | | 00378075101 | CYCLOBENZAPRINE 10MG TABLETWYL | DOHNER,ERIC | 12/27/2001 BH | | 100 | 4212 | | 5.00 | | | 5.00 |
| | | | | PRIMARY AUTH # | | | 54811891 | SECNDRY AUTH # | | | .00 | | |
| 225566 | | 00378118001 | VERAPAMIL SA 180MG TABLET MYL | DOHNER,ERIC | 02/13/2002 DS | | 90 | 4212 | | 5.00 | | | 5.00 |
| | | | | PRIMARY AUTH # | | | 55321559 | SECNDRY AUTH # | | | .00 | | |
| 194692 | 1 | 00310013210 | ZESTRIL 20MG TABLET ZEN | DOHNER,ERIC | 02/28/2002 EZ | | 90 | 4212 | | 15.00 | | | 15.00 |
| | | | | PRIMARY AUTH # | | | 56391622 | SECNDRY AUTH # | | | .00 | | |
| 228932 | | 52544049950 | DOXYCYCLINE 100MG TABLET WAT | DOHNER,ERIC | 03/11/2002 DS | | 20 | 4212 | | 5.00 | | | 5.00 |
| | | | | PRIMARY AUTH # | | | 56690495 | SECNDRY AUTH # | | | .00 | | |
| 219408 | 1 | 00378075101 | CYCLOBENZAPRINE 10MG TABLETWYL | DOHNER,ERIC | 03/27/2002 DS | | 100 | 4212 | | 5.00 | | | 5.00 |
| | | | | PRIMARY AUTH # | | | 56983439 | SECNDRY AUTH # | | | .00 | | |
| 232536 | | 00029152725 | BACTROBAN 2% CREAM GSK | SALTON,SHIRLEY | 04/06/2002 DS | | 30 | 4212 | | 15.00 | | | 15.00 |
| | | | | PRIMARY AUTH # | | | 57700611 | SECNDRY AUTH # | | | .00 | | |
| 201041 | 2 | 59762737902 | IBUPROFEN 600MG TABLET GRE | DOHNER,ERIC | 04/09/2002 BH | | 360 | 4212 | | 5.00 | | | 5.00 |
| | | | | PRIMARY AUTH # | | | 57955691 | SECNDRY AUTH # | | | ANY)SG | .00 | |
| 225566 | 1 | 00378118001 | VERAPAMIL SA 180MG TABLET MYL | DOHNER,ERIC | 05/19/2002 DS | | 90 | 7415 | | 5.00 | | | 5.00 |
| | | | | PRIMARY AUTH # | | | 58582812 | SECNDRY AUTH # | | | .00 | | |
| 239106 | | 00310013210 | ZESTRIL 20MG TABLET ZEN | DOHNER,ERIC | 05/28/2002 DS | | 90 | 7415 | | 15.00 | | | 15.00 |
| | | | | PRIMARY AUTH # | | | 58236312 | SECNDRY AUTH # | | | .00 | | |
| 240432 | | 52544049950 | DOXYCYCLINE 100MG TABLET WAT | DOHNER,ERIC | 06/05/2002 DS | | 20 | 7415 | | 5.00 | | | 5.00 |
| | | | | PRIMARY AUTH # | | | 58520385 | SECNDRY AUTH # | | | .00 | | |

```
                              CVS PHARMACY #5019                                    PAGE:  2
                        PATIENT PRESCRIPTION RECORD                     DATE: 10/11/2004
                        01/01/1997 THRU 10/11/2004                      TIME: 19:25:15
```

PHARMACY NAME: CVS PHARMACY #5019
ADDRESS:       215 DELAWARE STREET
CITY, ST., ZIP: WALTON        NY 138560000

PATIENT KEY:   01061001
PATIENT NAME:  RICHARD F CORE                  TELEPHONE: 607-865-6683
ADDRESS:       17 NORTH ST.                     BIRTHDATE: 05/19/1932
CITY, ST., ZIP: WALTON        NY 138560000      SEX: M
                                                RELATIONSHIP: H

| RX NUMBER | RFL NUMBER | NDC | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED / PRIMARY AUTH # | RPH INT | QUANT DISP. | PRIMARY PAYER # | SCDRY PAYER # | TOTAL PRICE / SECNDRY AUTH # | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240433 |   | 00186107008 | RHINOCORT AQUA NASAL SPRAY AST | DOHNER, ERIC | 06/05/2002 DS / PRIMARY AUTH # : | | 8.6 | 58075385 | 7415 | 15.00 / SECNDRY AUTH # : | .00 | | 15.00 |
| 241725 |   | 00006011068 | VIOXX 25MG TABLET MSD | DOHNER, ERIC | 06/17/2002 DS / PRIMARY AUTH # : | | 30 | 58389817 | 7415 | 15.00 / SECNDRY AUTH # : | .00 | | 15.00 |
| 245411 |   | 00006011068 | VIOXX 25MG TABLET MSD | DOHNER, ERIC | 07/16/2002 DS / PRIMARY AUTH # : | | 30 | 59031484 | 7415 | 15.00 / SECNDRY AUTH # : | .00 | | 15.00 |
| 219408 | 2 | 00378075101 | CYCLOBENZAPRINE 10MG TABLETMYL | DOHNER, ERIC | 08/14/2002 DS / PRIMARY AUTH # : | | 100 | 60535057 | 7415 | 5.00 / SECNDRY AUTH # : | .00 | | 5.00 |
| 225566 | 2 | 00378118001 | VERAPAMIL SA 180MG TABLET MYL | DOHNER, ERIC | 08/20/2002 DS / PRIMARY AUTH # : | | 90 | 05713954B | 7415 | 5.00 / SECNDRY AUTH # : | .00 | | 5.00 |
| 240433 | 1 | 00186107008 | RHINOCORT AQUA NASAL SPRAY AST | DOHNER, ERIC | 08/21/2002 DS / PRIMARY AUTH # : | | 8.6 | 60219961 | 7415 | 15.00 / SECNDRY AUTH # : | .00 | | 15.00 |
| 239100 | 1 | 00781166701 | LISINOPRIL 20MG TABLET SAN | DOHNER, ERIC | 08/26/2002 DS / PRIMARY AUTH # : | | 90 | 05100415 | 7415 | 5.00 / SECNDRY AUTH # : | .00 | | 5.00 |
| 252864 |   | 00093314701 | CEPHALEXIN 500MG CAPSULE TEV | DAOUD, MAGDA | 09/16/2002 DS / PRIMARY AUTH # : | | 30 | 60518671 | 7415 | 5.00 / SECNDRY AUTH # : | .00 | | 5.00 |
| 245411 | 1 | 00006011068 | VIOXX 25MG TABLET MSD | DOHNER, ERIC | 10/15/2002 DS / PRIMARY AUTH # : | | 30 | 06447135 | 7415 | 15.00 / SECNDRY AUTH # : | .00 | | 15.00 |
| 225566 | 3 | 00378118001 | VERAPAMIL SA 180MG TABLET MYL | DOHNER, ERIC | 11/19/2002 DS / PRIMARY AUTH # : | | 90 | 61005383 | 7415 | 5.00 / SECNDRY AUTH # : | .00 | | 5.00 |
| 219408 | 3 | 00378075101 | CYCLOBENZAPRINE 10MG TABLETMYL | DOHNER, ERIC | 11/25/2002 DS / PRIMARY AUTH # : | | 100 | 61816395 | 7415 | 5.00 / SECNDRY AUTH # : | .00 | | 5.00 |
| 239300 | 2 | 00781166701 | LISINOPRIL 40MG TABLET SAN | DOHNER, ERIC | 12/03/2002 DS / PRIMARY AUTH # : | | 90 | 62752911 | 7415 | 5.00 / SECNDRY AUTH # : | .00 | | 5.00 |
| 240433 | 2 | 00186107008 | RHINOCORT AQUA NASAL SPRAY AST | DOHNER, ERIC | 12/24/2002 DS / PRIMARY AUTH # : | | 8.6 | 07961760 | 7415 | 15.00 / SECNDRY AUTH # : | .00 | | 15.00 |
| 267460 |   | 00006011068 | VIOXX 25MG TABLET MSD | DOHNER, ERIC | 01/09/2003 WH / PRIMARY AUTH # : | | 90 | 62456870 | 7415 | 15.00 / SECNDRY AUTH # : | .00 | | 15.00 |
| 271495 |   | 00069306075 | ZITHROMAX 250MG Z-PAK TAB PFI | DOHNER, ERIC | 02/09/2003 DS / PRIMARY AUTH # : | | 6 | 63912471 | 7415 | 15.00 / SECNDRY AUTH # : | .00 | | 15.00 |
| 271562 |   | 63304075220 | CEFUROXIME AXETIL 500MG TABRAN | MITKOWSKI, GARY | 02/10/2003 BH / PRIMARY AUTH # : | | 20 | 07482727 | 7415 | 5.00 / SECNDRY AUTH # : | .00 | | 5.00 |
| 271563 |   | 00603554321 | Q-BID LA CAPLET SA QUA | MITKOWSKI, GARY | 02/10/2003 BH / PRIMARY AUTH # : | | 20 | 07568727 | 7415 | 5.00 / SECNDRY AUTH # : | .00 | | 5.00 |
| 271658 |   | 60432024516 | ACETAMINOPHEN/COD ELIXIR MOR | MITKOWSKI, GARY | 02/10/2003 BH / PRIMARY AUTH # : | | 480 | 63002501 | 7415 | 5.00 / SECNDRY AUTH # : | .00 | | 5.00 |
| 272702 |   | 00378118001 | VERAPAMIL SA 180MG TABLET MYL | DOHNER, ERIC | 02/19/2003 WH / PRIMARY AUTH # : | | 90 | 63787616 | 7415 | 5.00 / SECNDRY AUTH # : | .00 | | 5.00 |
| 239100 | 3 | 00781166701 | LISINOPRIL 20MG TABLET SAN | DOHNER, ERIC | 03/02/2003 DS / PRIMARY AUTH # : | | 90 | 09935075 | 7415 | 5.00 / SECNDRY AUTH # : | .00 | | 5.00 |
| 274557 |   | 00378075101 | CYCLOBENZAPRINE 10MG TABLETMYL | DOHNER, ERIC | 03/04/2003 DS / PRIMARY AUTH # : | | 100 | 63401229 | 7415 | 5.00 / SECNDRY AUTH # : | .00 | | 5.00 |

CVS PHARMACY #5019
PATIENT PRESCRIPTION RECORD
01/01/1997 THRU 10/11/2004

DATE: 10/11/2004

PAGE: 3
TIME: 19:25:15

PHARMACY NAME: CVS PHARMACY #5019
ADDRESS: 215 DELAWARE STREET
CITY, ST, ZIP: WALTON    NY 138560000

PATIENT KEY:   01061001
PATIENT NAME:  RICHARD P CORE
ADDRESS:       17 NORTH ST.
CITY, ST, ZIP: WALTON    NY 138560000

TELEPHONE:     607-865-6683
BIRTHDATE:     05/19/1932
SEX:           M
RELATIONSHIP:  M

| RX NUMBER | RFL NUMBER | NDC | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP. | PRIMARY PAYER # | SCDRY PAYER # | TOTAL PRICE | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 267460 | 1 | 00006011068 | VIOXX 25MG TABLET MSD | DOHNER,ERIC | 04/14/2003 | DS | 90 | 64915789 | 7415 | 221.98 | 206.98 | | 15.00 |
| 282489 | | 00406035705 | HYDROCODONE/APAP 5/500 TAB MCK | DOHNER,ERIC | 05/01/2003 | DS | 50 | 65780721 | 7415 | 10.31 | 5.31 | | 5.00 |
| 284384 | | 00378075101 | CYCLOBENZAPRINE 10MG TABLET MYL | DOHNER,ERIC | 05/15/2003 | WH | 270 | 65082477 | 7415 | 128.69 | 123.69 | | 5.00 |
| 272702 | 1 | 00378118001 | VERAPAMIL SA 180MG TABLET MYL | DOHNER,ERIC | 05/19/2003 | DS | 90 | 09473241 | 7415 | 62.59 | 57.59 | | 5.00 |
| 286711 | 1 | 00781166701 | LISINOPRIL 20MG TABLET SAN | DOHNER,ERIC | 06/02/2003 | DS | 90 | 65889881 | 7415 | 55.36 | 50.36 | | 5.00 |
| 292361 | | 00006011068 | VIOXX 25MG TABLET MSD | DOHNER,ERIC | 07/14/2003 | BH | 90 | 66174657 | 7415 | 232.54 | 217.54 | | 15.00 |
| 292682 | | 63653117106 | PLAVIX 75MG TABLET BRI | SCHNEIDER,ERICH | 07/16/2003 | BH | 94 | 66262708 | 7415 | 338.88 | 323.88 | | 15.00 |
| 293637 | | 00003519410 | PRAVACHOL 40MG TABLET SQU | DOHNER,ERIC | 07/23/2003 | DS | 90 | 66120448 | 7415 | 347.81 | 332.81 | | 15.00 |
| 272702 | 2 | 00378118001 | VERAPAMIL SA 180MG TABLET MYL | DOHNER,ERIC | 08/20/2003 | BH | 90 | 67907236 | 7415 | 62.59 | 57.59 | | 5.00 |
| 286711 | 1 | 00781166701 | LISINOPRIL 20MG TABLET SAN | DOHNER,ERIC | 08/29/2003 | DS | 90 | 67688953 | 7415 | 55.36 | 50.36 | | 5.00 |
| 292361 | 1 | 00006011068 | VIOXX 25MG TABLET MSD | DOHNER,ERIC | 10/12/2003 | BH | 90 | 11995527 | 7415 | 232.54 | 217.54 | | 15.00 |
| 292682 | | 63653117106 | PLAVIX 75MG TABLET BRI | SCHNEIDER,ERICH | 10/14/2003 | DS | 94 | 11433306 | 7415 | 338.88 | 323.88 | | 15.00 |
| 293637 | | 00003519410 | PRAVACHOL 40MG TABLET SQU | DOHNER,ERIC | 10/15/2003 | BH | 90 | 11636373 | 7415 | 347.81 | 332.81 | | 15.00 |
| 272702 | 3 | 00378118001 | VERAPAMIL SA 180MG TABLET MYL | DOHNER,ERIC | 11/16/2003 | DS | 90 | 11381189 | 7415 | 65.59 | 60.59 | | 5.00 |
| 284384 | 1 | 00378075101 | CYCLOBENZAPRINE 10MG TABLETMYL | DOHNER,ERIC | 11/24/2003 | DS | 270 | 12938506 | 7415 | 161.99 | 156.99 | | 5.00 |
| 311141 | | 00781166701 | LISINOPRIL 20MG TABLET SAN | DOHNER,ERIC | 12/01/2003 | DS | 90 | 12985961 | 7415 | 55.36 | 50.36 | | 5.00 |
| 314951 | | 00045152550 | LEVAQUIN 500MG TABLET MCN | DOHNER,ERIC | 12/29/2003 | DS | 10 | 12070508 | 7415 | 91.84 | 76.84 | | 15.00 |
| 316494 | | 00006011068 | VIOXX 25MG TABLET MSD | DOHNER,ERIC | 01/08/2004 | DS | 90 | 13430061 | 7415 | 232.54 | 217.54 | | 15.00 |
| 317508 | | 00003519410 | PRAVACHOL 40MG TABLET SQU | DOHNER,ERIC | 01/15/2004 | DS | 90 | 13758129 | 7415 | 372.01 | 357.01 | | 15.00 |
| 292682 | 2 | 63653117106 | PLAVIX 75MG TABLET BRI | SCHNEIDER,ERICH | 01/16/2004 | BH | 94 | 139973314 | 7415 | 365.48 | 350.48 | | 15.00 |
| 320852 | | 00378118001 | VERAPAMIL SA 180MG TABLET MYL | DOHNER,ERIC | 02/09/2004 | DS | 90 | 13576196 | 7415 | 41.10 | 36.10 | | 5.00 |

PRIMARY AUTH #   SECNDRY AUTH #

*(handwritten annotations)*
① IN HOSP ABOUT 4-23-04 BLOOD CLOT OFF VIOXX 10-1-04
② IN HOSP ABOUT APRIL 04 STROKE

CVS PHARMACY #5019
PATIENT PRESCRIPTION RECORD
01/01/1997 THRU 10/11/2004

PAGE: 4
TIME: 19:25:15

PHARMACY NAME: CVS PHARMACY #5019
ADDRESS: 215 DELAWARE STREET
CITY, ST, ZIP: WALTON    NY 138560000

PATIENT KEY: 01061001
PATIENT NAME: RICHARD F CORE
ADDRESS: 17 NORTH ST.
CITY, ST, ZIP: WALTON    NY 138560000

TELEPHONE: 607-865-6683
BIRTHDATE: 05/19/1932
SEX: M
RELATIONSHIP: H

| RX NUMBER | NDC RFL NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP | PRIMARY AUTH # | PRIMARY PAYER # | SCNDRY PAYER # | TOTAL PRICE | PRIMARY PD AMT | SCNDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 322229 | 50111056301 | CYCLOBENZAPRINE 10MG TABLET KI | DOHNER,ERIC | 02/18/2004 | DS | 270 | 63117469 | 7415 | SECNDRY AUTH # | 69.81 | 64.81 | | 5.00 |
| 311141 | 1 00781116701 | LISINOPRIL 20MG TABLET SAN | DOHNER,ERIC | 02/24/2004 | DS | 90 | 13004785 | 7415 | SECNDRY AUTH # | 25.05 | 20.05 | | 5.00 |
| 328776 | 00168000415 | TRIAMCINOLONE 0.1% CREAM FOU | DOHNER,ERIC | 04/05/2004 | DS | 30 | 65811101 | 7415 | SECNDRY AUTH # | 4.98 | .00 | | 4.98 |
| 328775 | 51672127502 | CLOTRIMAZOLE 1% CREAM TAR | DOHNER,ERIC | 04/05/2004 | DS | 90 | 65120101 | 7415 | SECNDRY AUTH # | 15.81 | 10.81 | | 5.00 |
| 317508 | 1 00003519410 | PRAVACHOL 40MG TABLET SQU | DOHNER,ERIC | 04/10/2004 | WH | 90 | 65628391 | 7415 | SECNDRY AUTH # | 372.01 | 357.01 | | 15.00 |
| 316494 | 1 00006011068 | VIOXX 25MG TABLET MSD | DOHNER,ERIC | 04/10/2004 | WH | 30 | 65598391 | 7415 | SECNDRY AUTH # | 243.60 | 228.60 | | 15.00 |
| 328775 | 51672127502 | CLOTRIMAZOLE 1% CREAM TAR | DOHNER,ERIC | 04/19/2004 | DS | 30 | 65195313 | 7415 | SECNDRY AUTH # | 15.81 | 10.81 | | 5.00 |
| 292682 | 3 63653117106 | PLAVIX 75MG TABLET BRI | SCHNEIDER,ERICH | 04/19/2004 | DS | 94 | 65272193 | 7415 | SECNDRY AUTH # | 365.48 | 350.48 | | 15.00 |
| 328776 | 1 00168000415 | TRIAMCINOLONE 0.1% CREAM FOU | DOHNER,ERIC | 04/19/2004 | DS | 30 | 14769744 | 7415 | SECNDRY AUTH # | 4.98 | .00 | | 4.98 |
| 331821 | 00056017270 | COUMADIN 5MG TABLET DUP | DOHNER,ERIC | 04/27/2004 | DS | 50 | 14531876 | 7415 | SECNDRY AUTH # | 39.99 | 24.97 | | 15.00 |
| 320852 | 1 00378118001 | VERAPAMIL SA 180MG TABLET MYL | DOHNER,ERIC | 04/27/2004 | DS | 90 | 65438788 | 7415 | SECNDRY AUTH # | 40.37 | 35.37 | | 5.00 |
| 322229 | 1 50111056301 | CYCLOBENZAPRINE 10MG TABLET KI | DOHNER,ERIC | 05/13/2004 | DS | 270 | 66221126 | 7415 | SECNDRY AUTH # | 69.81 | 64.81 | | 15.00 |
| 335733 | 00781116701 | LISINOPRIL 20MG TABLET SAN | DOHNER,ERIC | 05/24/2004 | DS | 90 | 15832468 | 7415 | SECNDRY AUTH # | 24.58 | 19.58 | | 15.00 |
| 341414 | 1 00006011068 | VIOXX 25MG TABLET MSD | DOHNER,ERIC | 06/02/2004 | DS | 90 | 67651033 | 7415 | SECNDRY AUTH # | 243.60 | 228.60 | | 15.00 |
| 342360 | 00003519410 | PRAVACHOL 40MG TABLET SQU | DOHNER,ERIC | 07/08/2004 | DS | 90 | 16581043 | 7415 | SECNDRY AUTH # | 372.01 | 357.01 | | 15.00 |
| 343823 | 00555083202 | WARFARIN SODIUM 2.5MG TAB BRR | GRAHAM,ELIZABETH | 07/15/2004 | DS | 90 | 16931452 | 7415 | SECNDRY AUTH # | 50.57 | 45.57 | | 5.00 |
| 343822 | 63653117106 | PLAVIX 75MG TABLET BRI | GRAHAM,ELIZABETH | 07/27/2004 | DS | 90 | 67798338 | 7415 | SECNDRY AUTH # | 350.02 | 335.02 | | 15.00 |
| 346342 | 1 00378118001 | VERAPAMIL SA 180MG TABLET MYL | GRAHAM,ELIZABETH | 07/27/2004 | DS | 90 | 67377759 | 7415 | SECNDRY AUTH # | 40.37 | 35.37 | | 5.00 |
| 336733 | 1 00781116701 | LISINOPRIL 20MG TABLET SAN | DOHNER,ERIC | 08/16/2004 | DS | 90 | 17082052 | 7415 | SECNDRY AUTH # | 24.25 | 19.25 | | 5.00 |
| 350979 | 1 00378075110 | CYCLOBENZAPRINE 10MG TABLETMYL | DOHNER,ERIC | 09/20/2004 | DS | 270 | 66599420 | 7415 | SECNDRY AUTH # | 68.81 | 63.81 | | 5.00 |
| 352665 | 55111010101 | IBUPROFEN 400MG TABLET DRL | DOHNER,ERIC | 10/01/2004 | DS | 270 | 68268466 | 7415 | SECNDRY AUTH # | 6.83 | 1.83 | | 5.00 |

SCRIPT COUNT: 81     TOTAL AMOUNTS:     6594.97     5880.01     .00     714.96

CVS PHARMACY #5019
PATIENT PRESCRIPTION RECORD
01/01/1997 THRU 10/11/2004

DATE: 10/11/2004     PAGE: 5
TIME: 19:25:15

PHARMACY NAME: CVS PHARMACY #5019
ADDRESS: 215 DELAWARE STREET
CITY, ST, ZIP: WALTON     NY 138560000

PATIENT KEY: 01061001
PATIENT NAME: RICHARD F CORE
ADDRESS: 17 NORTH ST.
CITY, ST, ZIP: WALTON     NY 138560000

TELEPHONE: 607-865-6683
BIRTHDATE: 05/19/1932
SEX: M
RELATIONSHIP: H

| | TOTAL PRICE | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|
| SCRIPT COUNT: 81   TOTAL AMOUNTS: | 6594.97 | 5880.01 | .00 | 714.96 |

# CVS
## Pharmacy

**Private and Confidential**

**Intended for Addressee Only**

RICHARD F CORE
17 NORTH ST.
WALTON        NY 138560000

10/11/2004

Dear Patient:

Enclosed is your Patient Prescription Record, as recently requested from CVS/pharmacy.

If you have questions about this record, please go to www.CVS.com/privacy for further information or contact the Privacy Office at 1.800.287.2414.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                               )        MDL DOCKET NO: 1657
                                           )
PRODUCTS LIABILITY LITIGATION              )        SECTION L
                                           )
                                           )        JUDGE GALLON
                                           )
                                           )        MAG. JUDGE KNOWLES
                                           )
                                           )

STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28)
Richard Core: 2:05-cv-02583

Pursuant to Pre-Trial Order No. 28, Plaintiff Richard Core sent Document Preservation
Notices to the following individuals and entities. Copies of the Notices sent are attached
and marked as Exhibit "1".

Medical Providers:

Dr Eric Dohner
70 Delaware St
Walton, NY 13856-1333

A. O. Fox Memorial Hospital
1 Norton Avenue
Oneonta, NY 13820

Delaware Valley Hospital
1 Titus Place
Walton, NY 13856

Michael Freeman, MD
c/o Family Health Center, Walton
2 Titus Place
Walton, NY 13856

Family Health Center, Walton
2 Titus Place
Walton, NY 13856

CVS
Pharmacy Privacy Office
One CVS Drive
Woonsocket, RI 02895

Eckerd Corporation Privacy Office
50 Service Avenue
Warwick, RI 02886

Executed on March 10, 2008 in Binghamton, NY.

      /s/ Ronald R. Benjamin
Ronald R. Benjamin, Esq.
126 Riverside Drive
PO Box 607
Binghamton, NY 13902-0607
607-772-1442

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## N O T I C E

**VIA U.S. CERTIFIED MAIL**
CVS
Pharmacy Privacy Office
One CVS Drive
Woonsocket, RI 02895

   Re: Richard Core, et. al.; Plaintiff v. Merck & Co., Inc.
    In Re: VIOXX Products Liability Litigation
    MDL No. 1657
    Case No. 2:05cv02583

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

      Very truly yours,


      Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

N O T I C E

**VIA U.S. CERTIFIED MAIL**
Dr Eric Dohner
70 Delaware St
Walton, NY 13856-1333

      Re: Richard Core, et. al.; Plaintiff v. Merck & Co., Inc.
         In Re: VIOXX Products Liability Litigation
         MDL No. 1657
         Case No. 2:05cv02583

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

         Very truly yours,

         Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
A. O. Fox Memorial Hospital
1 Norton Avenue
Oneonta, NY 13820

Re: Richard Core, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:05cv02583



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,


Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Delaware Valley Hospital
1 Titus Place
Walton, NY 13856



Re: Richard Core, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:05cv02583

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Family Health Center, Walton
2 Titus Place
Walton, NY 13856

      Re: Richard Core, et. al.; Plaintiff v. Merck & Co., Inc.
          In Re: VIOXX Products Liability Litigation
          MDL No. 1657
          Case No. 2:05cv02583

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

          Very truly yours,

          Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Michael J. Freeman, MD
c/o Family Health Center, Walton
2 Titus Place
Walton, NY 13856

    Re: Richard Core, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:05cv02583

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

               Very truly yours,

               Ronald R. Benjamin

RRB/mc
Attachment

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing documents have been served electronically on Susan Giamportone, by U.S. Mail and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of March, 2008.

Ronald R. Benjamin
#101113
Law Office of Ronald R. Benjamin
126 Riverside Drive
PO Box 607
Binghamton, NY 13902-0607
607-772-1442
607-772-1678 9 (Fax)
ronbenjaminlaw@stny.rr.com

# Steven A. Rich, M.D.

### *Internal Medicine-Geriatrics-Clinical Pharmacology*
*4884 North Road Canandaigua, NY 14424*
*srich@rochester.rr.com*
*Voice: 585-922-0392*

December 30, 2008

Ronald R Benjamin
PO Box 607
126 Riverside Drive
Binghamton, NY 13902

**Re:  Mr. Richard Core**
**DOB: 05/19/1932**
**Date of Injury: 05/07/2003**

Mr. Benjamin:

Thank you for the opportunity to review records regarding the events surrounding the ischemic stroke and deep venous thrombosis suffered by Mr. Richard Core and its relation to his chronic use of VIOXX® from  June 17, 2002 through July 8, 2004.

My education includes a Doctor of Medicine Degree as well as a degree in Pharmacokinetics.  My training includes certifications in Internal Medicine and Geriatric Medicine by the American Board of Internal Medicine.  A copy of my Curriculum Vitae is attached.  My experience includes 21 years of direct patient care including primary, secondary and tertiary care of acute coronary syndromes, rheumatoid conditions and the consequences of these diseases.  I have treated patients similar to this patient  during the course of my career.  I have been active in clinical pharmacology for 21 years, and have authored peer-reviewed and published articles.  I have also reviewed published medical literature and Merck documents relating to VIOXX®.

Mr. Richard Core was 71 years old at the time of his ischemic stroke with no prior history of cerebrovascular disease. He began using VIOXX®  on June 17, 2002 for pain related to his osteoarthritis. He presented to Delaware Valley Hospital on May 7 2008 with an episode of loss of consciousness and difficulty with coordination.  It was ultimately determined that he had suffered an ischemic stroke, and the patient never recovered his ability to maintain his balance well.  He suffered additional strokes with lead to his diagnosis of having vascular dementia during that time he was on VIOXX® ,and prior to its discontinuation on July 8, 2004 .  It was also during this period of time when the patient suffered a deep venous thrombosis, confirmed by ultrasound, and requiring

1

admission to Delaware Valley Hospital in April 2004.  This was an unprovoked event and required the patient to be on warfarin.

It is my opinion that the events suffered by this individual on the above mentioned dates were caused by the  ingestion of VIOXX®.  Furthermore, that as a result of these events This patient has suffered permanent brain and functional decline that required, monitoring  and medications for the rest of this patient's life .  The injuries suffered as a result of ingesting VIOXX®  are  the likely cause of his progressive functional capacity of this patient, and  were  likely contributing causes to his reduced affect life span.

All of my opinions are stated within a reasonable degree of medical certainty.  My opinions are based on my education, training, and experience.  My opinions may be modified based on review of subsequent medical information not currently available to me.

Sincerely,

Steven A. Rich, M.D.
Chief of Geriatrics and Director of the Geriatric Consultative Service
  Rochester General Health System, Rochester NY
Clinical Assistant Professor of Medicine
  University of Rochester School of Medicine and Dentistry