Plaintiff's Exhibit 6

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax    : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

October16, 2009

**BY E-MAIL and FAX : 202/434-5029**
Douglas R. Marvin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re:    **Marjorie Curtis**
       [Connolly, et al., v. Merck & Co., Inc., EDLA 2:06-cv-02708-EEF-DEK]

Dear Mr. Marvin:

In response to the Order to Show Cause returnable October 16, 2009, on your client's Third Motion seeking to enforce PTO 28 in the Vioxx litigation, I am providing the following information which addresses the only deficiencies identified in Exhibit A thereof that pertain to **Marjorie Curtis**.

**Medical Records:**  Plaintiff has met the obligation to produce medical records.   In the first instance, Exhibit A to the Order to Show Cause does not list lack of a PPF, so I trust you acknowledge that Ms. Curtis submitted her Plaintiff's Profile Form with the required signed authorizations for release of her healthcare records to Hughes Hubbard & Reed LLP, as confirmed in the October 26, 2006 letter of John N. Poulos, Esq., and our November 22, 2006 response. This occurred prior to issuance of PTO 28 on November 9, 2007.

The PPF submitted by Ms. Curtis and the PPF attached as Exhibit A to PTO 28 are identical, and both limit the medical records to be produced by the plaintiff in the following express language:

**VI.  DOCUMENTS**

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking "**yes**" or "**no**". Where you indicated "**yes**," please attach the documents and things to your responses to this profile form.

The limited scope of the production required in the above provision in the PPF is entirely consistent with the fact that plaintiff was also required to, and did, provide signed authorizations for release of medical and other records to Merck's counsel as well as the PPF.   You indicate you have "4 pages" of medical records, apparently produced by plaintiff.   Copies of the medical records collected on her behalf since her PPF are being supplemented by e-mail to you under separate cover this date.

With respect to PTO 28, subparagraph (II)(A)(6) of PTO 28 only requires medical records to be produced as

Page 2 of 2

to "*all healthcare providers requested in the Amended and Supplemental Plaintiff Profile Form....*" Thus, subparagraph (6) does not apply, because Ms. Curtis clearly submitted her PPF prior to November 9, 2007, and is excluded from having to file an amended and supplemental PPF under the language in PTO 28 (II)(A)(3) stating "*unless Plaintiff or Claimant has as of the date of this Order submitted a Plaintiff Profile Form or Claimant Profile Form.*"

**Pharmacy Records:**  The pharmacies plaintiff used in the 10 years prior to her PPF are:
- (1)     CVS Pharmacy #0625, 249-253½ Main Street, Binghamton, NY 13905
- (2)     CVS Pharmacy #0754, 37 Riverside Drive, Binghamton, NY 13790
- (3)     Pharmacare [now CVS Caremark], 7034 Alamo Downs Pkwy, San Antonio, TX 73238
- (4)     Express Scripts, P. O. Box 66537, St. Louis, Mo. 63166.

Attached hereto are copies of records from CVS #0625 and CVS #0754 for the period 04/01/2000 and 02/20/2008. (*See Exhibit 1.*) A certification has not been obtained as of this date with respect to these or additional periods of records; Ms. Curtis' son (James Curtis, P.O.A.) attempted to obtain a signed certification for the above copies, but the pharmacists refused and indicated copies must be obtained from the corporate headquarters. Attempts to obtain from CVS corporate headquarters indicated there is a $50.00 fee for the service. Attempts to obtain records from Express Scripts indicates there is a "non-refundable process fee of $75.00." *See Exhibit 2.*  CVS Caremark requires a $50 processing fee. *See Exhibit 3.*  Ms. Curtis is in a nursing home and does not have funds for these processing fees, nor should she have to pay for the same without an agreement from Merck accepting the authenticity of such records for trial, so that additional costs are not incurred.  I note that the prescribing doctor's records confirm that, on 7/21/03, a prescription of "Vioxx 25 mg...qd #90 [with] 3 refills called to Pharmacare 1-800-553-4362." *See Exhibit 4.*  I also note Merck has made no showing whether it attempted to obtain the records from those pharmacies, and has not indicated to me that Merck cannot obtain the same.

**Affidavit of Completeness:**  PTO 28(II)(A)(7) (I) indicates that plaintiff must attest in an affidavit that all pharmacy and medical records "have been collected."  However, Merck's counsel has refused to disclose or identify the medical and pharmacy records they have or have not collected  with the HIPPA-compliant authorizations plaintiff did provide, as opposed to what plaintiff has produced, thus preventing plaintiff from being able to submit an appropriate Affidavit of Completeness as to records.  In addition, as to medical records, PTO 28 makes clear she is not required to aver completeness since (A)(6) does not apply to her.

This letter and attachments will be annexed to the opposition to the Third Motion Order to Show Cause.  I ask that you withdraw Merck's motion dismissal of this plaintiff's case for any reason, and particularly for failure to prosecute, is clearly unwarranted in light of the above matters.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachments

# EXHIBIT 1

CVS.22220K.07026519096.0017L.0917I.LCVS49903.V20001510647

**CVS PHARMACY**
Patient Prescription Record
04/01/2000
PHARM... # 625

| PAGE: | 1 of 2 |
|---|---|
| RUN DATE: | 03/03/2008 |
| REQUEST NBR: | 310647 |

PHARMACY NAME: CVS PHARMACY #0625
ADDRESS: 249-253 1/2 MAIN STREET
CITY, ST, ZIP: BINGHAMTON NY 13905

PATIENT KEY: 6257401
PATIENT NAME: CURTIS MARJORIE
ADDRESS: 12 SUMNER AVE
CITY, ST, ZIP: BINGHAMTON NY 13905

TELEPHONE: 607-797-0213
BIRTHDATE: 11/21/1921

ALLERGIES:

None communicated by the patient

CONDITIONS:

None communicated by the patient

| RX NUMBER | RFL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP. | TOTAL PRICE | PATIENT PD AMT | PAYER # | PAYER PD AMT | TP AUTHORIZATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420905 | 2 | 0013830304 | XALATAN 0.005% EYE DROPS | RUBIN,CHARL | 04/07/2000 | DF | 3 | 44.50 | 5.00 | 9013 | 39.50 | |
| 420905 | 3 | 0013830304 | XALATAN 0.005% EYE DROPS | RUBIN,CHARL | 05/25/2000 | DF | 3 | 44.50 | 5.00 | 9013 | 39.50 | |
| 420905 | 4 | 0013830304 | XALATAN 0.005% EYE DROPS | RUBIN,CHARL | 06/29/2000 | DF | 3 | 44.50 | 5.00 | 9013 | 39.50 | |
| 428630 | 0 | 0009301501D | ACETAMINOPHEN/COD #3 TABL | COWINI,WILLI | 04/12/2000 | RN | 30 | 6.98 | 5.00 | 9013 | 1.98 | |
| 442068 | 0 | 0006011068 | VIOXX 25MG TABLET MSD | COWINI,WILLI | 08/04/2000 | RN | 20 | 46.94 | 5.00 | 9013 | 41.94 | |
| 442152 | 0 | 0013830304 | XALATAN 0.005% EYE DROPS | RUBIN,CHARL | 08/07/2000 | DF | 3 | 44.50 | 5.00 | 9013 | 39.50 | |
| 442152 | 1 | 0013830304 | XALATAN 0.005% EYE DROPS | RUBIN,CHARL | 09/06/2000 | RN | 3 | 44.50 | 5.00 | 9013 | 39.50 | |
| 442152 | 2 | 0013830304 | XALATAN 0.005% EYE DROPS | RUBIN,CHARL | 09/27/2000 | RN | 3 | 44.50 | 5.00 | 9013 | 39.50 | |
| 443271 | 0 | 0006011068 | VIOXX 25MG TABLET MSD | COWINI,WILLI | 08/16/2000 | RN | 30 | 69.16 | 5.00 | 9013 | 64.16 | |



CVS #22320A 07025510061056 06173 00173 CVS9801 70000160LE27

CVS PHARMACY
Patient Pres' 'ption Record
04/01/2000          02/20/2008
PHARM... # 625

PAGE:                2 of 2
RUN DATE:            ~-03/03/2008
REQUEST NBR:         510647

PHARMACY NAME:       CVS PHARMACY #0625
ADDRESS:             249-253 1/2 MAIN STREET
CITY, ST, ZIP:       BINGHAMTON NY 13905

PATIENT KEY:         6257401
PATIENT NAME:        CURTIS MARJORIE              TELEPHONE:    607-797-0213
ADDRESS:             12 SUMNER AVE                BIRTHDATE:    11/21/1921
CITY, ST, ZIP:       BINGHAMTON NY 13905

SCRIPT COUNT:    9       TOTAL AMOUNT:  390.08      TOTAL PATIENT PAID:  45.00      TOTAL AGENCY PAID:  345.08

```
                                              CVS PHARMACY                    PAGE:              1 of 2
                                         Patient Prescription Record         RUN DATE:        ~03/03/2008
                                                   02/20/2008                 REQUEST NBR:       510647
                                               PHARMACY # 754
```

PHARMACY NAME:     CVS PHARMACY #0754
ADDRESS:           37 RIVERSIDE DRIVE
CITY, ST, ZIP:     JOHNSON CITY NY 13790

PATIENT KEY:       75486903                    TELEPHONE:    607-797-1381
PATIENT NAME:      CURTIS MARJORIE             BIRTHDATE:    11/21/1921
ADDRESS:           12 SUMNER AVE.
CITY, ST, ZIP:     BINGHAMTON NY 13905

CONDITIONS:        None communicated by the patient

ALLERGIES:
99                 Unknown                     Notified:     02/18/2002

| RX NUMBER | REFL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP | TOTAL PRICE | PATIENT PD AMT | PAYER # | PAYER PD AMT | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 187275 | 0 | 59762332701 | METHYLPREDNISOLONE 4MG DS | CONTINI,WILLI | 02/18/2002 | JT | 21 | 10.25 | 5.00 | 9013 | 5.25 | |
| 187766 | 0 | 00591505210 | PREDNISONE 5MG TABLET WAT | CONTINI,WILLI | 02/27/2002 | JT | 10 | 2.80 | 2.80 | 9013 | .00 | |
| 191748 | 0 | 00378021801 | ATENOLOL 25MG TABLET MYL | CONTINI,WILLI | 04/12/2002 | AA | 30 | 5.00 | 5.00 | 9013 | .00 | |
| 191750 | 0 | 53265025004 | NITROVAL 0.4MG TAB SL 4X2 | CONTINI,WILLI | 04/12/2002 | AA | 25 | 5.47 | 5.00 | 9013 | .47 | |
| 191751 | 0 | 63653117106 | FLAVIX 75MG TABLET BRI | CONTINI,WILLI | 04/12/2002 | AA | 30 | 103.76 | 5.00 | 9013 | 98.76 | |
| 196567 | 0 | 59930150201 | ISOSORBIDE MN 30MG TAB SA | CONTINI,WILLI | 06/09/2002 | AA | 30 | 26.21 | 5.00 | 9013 | 21.21 | |
| 211418 | 0 | 00406036005 | HYDROCODONE/APAP 7.5/750 | CONTINI,WILLI | 12/13/2002 | JT | 20 | 5.10 | 5.00 | 9013 | .10 | |
| 214728 | 0 | 00006074031 | ZOCOR 20MG TABLET MSD | AHMAD,MASEE | 01/27/2003 | JT | 30 | 120.30 | 5.00 | 9013 | 115.30 | |
| 214729 | 0 | 00406035705 | HYDROCODONE/APAP 5/500 TA | AHMAD,MASEE | 01/27/2003 | JT | 30 | 5.46 | 5.00 | 9013 | .46 | |
| 214730 | 0 | 53265025004 | NITROVAL 0.4MG TAB SL 4X2 | AHMAD,MASEE | 01/27/2003 | JT | 25 | 5.42 | 5.00 | 9013 | .42 | |
| 214731 | 0 | 00000804181 | PROTONIX 40MG TABLET EC W | AHMAD,MASEE | 01/27/2003 | JT | 60 | 183.25 | 5.00 | 9013 | 178.25 | |
| 214732 | 0 | 00378021801 | ATENOLOL 25MG TABLET MYL | AHMAD,MASEE | 01/27/2003 | JT | 30 | 6.79 | 5.00 | 9013 | 1.79 | |
| 218650 | 0 | 00406035705 | HYDROCODONE/APAP 5/500 TA | CAPECCI,ROBER | 03/13/2003 | KY | 30 | 5.46 | 5.00 | 9013 | .46 | |
| 245054 | 0 | 00378021610 | FUROSEMIDE 40MG TABLET MY | CONTINI,WILLI | 02/10/2004 | NM | 30 | 4.18 | 4.18 | 7434 | .00 | |
| 277449 | 0 | 59930150201 | ISOSORBIDE MN 30 MG TAB S | CONTINI,WILLI | 03/07/2005 | AO | 30 | 6.81 | 5.00 | 7434 | 1.81 | 9066589040500001 |

TP AUTHORIZATION # (selected rows):
- 214732: 3072409840869999
- 218650: 9043321113000991



CVS.4251C-.072635.10065.00177.CV5359-0000031610643

CVS PHARMACY
Patient Prescription Record
04/01/2000 / 02/20/2008
PHARMACY # 754

PHARMACY NAME: CVS PHARMACY #0754
ADDRESS: 37 RIVERSIDE DRIVE
CITY, ST, ZIP: JOHNSON CITY NY 13790

PATIENT KEY: 75486903
PATIENT NAME: CURTIS MARJORIE          TELEPHONE: 607-797-1381
ADDRESS: 12 SUMNER AVE.               BIRTHDATE: 11/21/1921
CITY, ST, ZIP: BINGHAMTON NY 13905

SCRIPT COUNT: 15      TOTAL AMOUNT: 496.26      TOTAL PATIENT PAID: 116.98      TOTAL AGENCY PAID: 424.28

**EXHIBIT 2**

 **EXPRESS SCRIPTS®**

## Authorization to Use and Disclose Health Information

---

**PLEASE PRINT CLEARLY**

Patient's Name: _____     ID Number _____

Address: _____     SSN: _____
     Street

_____     Date of Birth: _____ / _____ / _____
     City, State, Zip                         MM     DD     YYYY

Plan Sponsor/Employer (if available) _____

[ ] Check here if Plan Sponsor is Department of Defense

---

I authorize Express Scripts, Inc. or one of its subsidiaries to use or disclose my health information as described below.  I understand that the information I authorize a person or entity to disclose may be shared with other people or entities and no longer protected by federal privacy regulations.

1.    The following health information may be used or disclosed:
    [ ]   Prescription Claims Information/ Prescription History (PBM records)
    [ ]   Check here if only mail order records are requested

2.    The health information identified above may be used or disclosed for the following purpose(s):

    _____

    _____

3.    The health information identified above may only be disclosed to the following individual(s) or organization(s):

    Name:    _____

    Address:    _____

                _____

4.    I understand that the health information that I authorized to be used or disclosed may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), human immunodeficiency virus (HIV), mental health and/or substance abuse.

5.    I understand that this authorization is voluntary and that I may refuse to sign this authorization.  I understand that my refusal to sign this authorization does not affect payment for services, my ability to obtain treatment, or my eligibility for benefits or enrollment.

87658v5
Rev. 08/09
©2005, Express Scripts, Inc., All Rights Reserved

6.   I understand that if this authorization is for the disclosure of health information for a research study, I may refuse to sign this authorization. I understand that if I refuse to sign this authorization, I may not receive the treatment related to the research study.

7.   I understand that I may revoke this authorization at any time provided that the information has not already been disclosed. Information that has already been disclosed may not be further disclosed once the authorization has been revoked. I understand that if I choose to revoke this authorization, I must do so in writing to the following address:

Express Scripts, Inc.
P.O. Box 66561
St. Louis, MO 63166-6561

8.   I understand that I have a right to request and receive a copy of Express Scripts' Notice of Privacy Practices at www.express-scripts.com.

9.   A photocopy of this authorization is as valid as the original.

10.   I understand that this authorization will expire one hundred eighty (180) days from the date signed below.

---

**SIGNATURE**

_____          _____

Signature of patient or patient's personal representative                              Date

_____

Printed name of patient or patient's personal representative

If signed by patient's personal representative, please complete the following:

Relationship to patient: _____

Authority to act for the patient: _____

---

Prescription Claims Information is readily available from 2002 to present. Patients wanting their own prescription claim information sent to their address on file should call the number on the back of their prescription identification card.

Please return completed form along with a check or money order for the non-refundable processing fee of $75.00 to:

Express Scripts, Inc.
Attn:  Legal Department- Records
One Express Way
Mail Route HQ2E03
St. Louis MO 63121
866-254-2313 (fax)

Please allow 6-8 weeks for the request to be processed.
For questions or concerns, please call toll-free 800-332-5455, x344102.

87658v5
Rev. 08/09
©2005, Express Scripts, Inc., All Rights Reserved

**EXHIBIT 3**

# CVS/Caremark Pharmacy
# Privacy Office

April 17, 2008

Law Offices of Ronald R. Benjamin
126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902



RE:  Pharmacy Records Request for Marjorie Curtis

Dear: Sir or Madam

CVS Caremark received your Pharmacy Records Request and is unable to process your request because the
**Authorization Form included was not complete because of the following reason(s):**

> Include the Caremark Plan Participant's Primary Cardholder ID number. This is **not** always a
> social security number. Name and date of birth alone are **not** sufficient to accurately identify an
> individual in the Caremark database consisting of millions of individuals.

**Pre-payment required**-CVS Caremark company policy requires reimbursement in the amount of $50.00
for the reasonable costs incurred in processing your request, including but not limited to searching for files
or records (whether or not any records are actually located), reproduction, and delivery costs. Please have
your check made payable to CVS Caremark Rx, Inc. and forward to my attention at 7034 Alamo Downs
Parkway, San Antonio, Texas, 78238.  Please return your payment along with all enclosed documents when
responding. Once payment is received, we will process your request.  For your records, our tax
identification number is 63-1151076.

CVS Caremark Corporation
Attn: Diana Hernandez
Privacy Office Specialist
7034 Alamo Downs Parkway
San Antonio, TX  78238
(210) 706-2441

**EXHIBIT 4**

United Health Services
United Medical
Associates

LAST: CURTIS
FIRST: MARJORIE
DOB: 11/21/1921
PT. ID #: 00004646097

## PROGRESS NOTES
Provider Initials_____

| | |
|---|---|
| **DATE:** DATE | 7/21/03 Vioxx 25mg ÷ qd #90 c 3 |
| WT | refills called to dr Pharmacare |
| B/P | 1-800-553-4362  C.Redgraski LPN |
| T-26-04 | wgt-132        B/p-150/70      P-64 |
| P | Hospital Follow-up |
| R | Chief Complaint: Pains in both Arms - Relieved |
| | by NITRO @ least 1 x wk  -φ c actly n anxty, tabs 15-20 |
| DATE | min for relf). |
| WT | dev mem syncope of tim gyging dinner (? ↓ vol) |
| B/P | Carotids |
| T | Wt      2gm ↓ Lasix ↓ 20 q ↓. |
| P | Ly |
| R | Ext ✓ |
| | abr ✓ |
| | Fu       #3 |
| 3-9-04 | Fosamax 70mg 1 x wkly #12 Rf x 4 mailed to pt |
| | Lasix 40mg TOD # 90 Rf x 4         Redcap |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX® | * MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * SECTION L |
|  | * JUDGE FALLON |
|  | * MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO:     Marjorie Curtis v. Merck & Co., et al.
Case No.: 2:06-cv-2708-EEF-DEK

## PLAINTIFFS' ANSWERS TO DEFENDANT MERCK & CO., INC.'S FIRST SET OF INTERROGATORIES

Plaintiff hereby answers the defendant's First Set of Interrogatories as follows:

INTERROGATORY NO. 1:  Please identify, for the present civil action, the title of the action, the civil action number, the name of the court in which this action was filed, the name of the court in which this action is currently pending, and the full name, address, telephone number and facsimile number of the principal attorney representing you in this action.

    ANSWER:  Marjorie Connolly, Marjorie Curtis, Kristina Donahue, Charles Harris, Jr.,

Kristine Hia, Sheila Hickok, Joanne Hochrun, Suzanne Holdredge, et ux. Larry Holdredge,

Maurice Hoyt, et ux., Angela Hoyt, Frank Kunik, Sr., et ux. Carol Kunik, and William Patrick, et

ux. Mary Patrick, Civil Action No. 2:06-cv-2708.  The action was originally filed in the United

States District Court for the Northern District of New York, and is currently pending in the

United States District Court for the Eastern District of Louisiana.  Principal attorney:  Ronald R.

Benjamin, 126 Riverside Drive, P. O. Box 607, Binghamton, NY 13902-0607, 607/772-1442

phone, 607/772-1678 fax.

INTERROGATORY NO. 2:   Please identify each person having knowledge or information regarding the facts, circumstances, injuries, damages, or allegations contained in your Complaint.

ANSWER:   In addition to the plaintiffs and defendant Merck the following:

William Contini, M.D., 601 Riverside Drive, Johnson City, NY

James Curtis, son, 19 Mildred Ave, Johnson City, NY 13790

Sharon Young, niece - 6 Crestmont Avenue, Binghamton, NY 13905

Betty Ann Tolan, 47 Green St. Carbondale, PA 18470

INTERROGATORY NO. 3:   Provide the factual basis and a computation for each category of damages you claim and identify all documents upon which you will rely in support of each category of damages.

ANSWER:   All general compensatory damages, including past and future pain and

suffering, as opposed to special damages, are jury issues for resolution at trial.   Plaintiff's

medical bills were paid by Excellus BCBS, Medicare and DSS,  for which it is anticipated liens

will be imposed and are, therefore, a category of damage.  Plaintiff is currently in a nursing

home, which is on a self-pay basis, the precise cost of which is not yet calculated.   Plaintiff

incorporates and relies on the records of her medical providers and health insurer with respect to

the computation of past and future medical expenses, for which she has supplied authorizations

to defendant.

INTERROGATORY NO. 4:   Please state whether you have been reimbursed or filed a claim under an insurance policy with respect to alleged injuries that form the basis of this action.  If so, for each claim, identify the person with whom you filed a claim, the insurer, the policyholder, the policy number, and the claim number.

ANSWER: Johnson City School System, Excellus BCBS, ID # YNZ1392K9830,

YNZ186169618, Group # 70144-01, PO Box 4809 Syracuse NY 13221-4809, Policy holder

Marjorie Curtis, Johnson City Self Insured Prescription Program, employee Marjorie Curtis, 186-

16-9618, processor # 610449, Johnson City High School Reynolds Road, Johnson City, NY

13790, Medicare, ID # 204-9-9697-DP.


**INTERROGATORY NO. 5:**   State whether you have undergone a physical examination in connection with any application for life insurance since January 1, 1990.  If so, state the date of any such examination, where it was conducted, who conducted the examination, whether there is a report of such physical examination and the life insurance company on whose behalf the examination was conducted.  If a report was made, attach a true copy.  If any such physical examination resulted in denial of your application, please describe such action.

   ANSWER:  No.


**INTERROGATORY NO. 6:**   Identify all information, instructions, warnings or precautions about Vioxx obtained by you from any source. For each item of information, instruction , warning, or precaution, identify the source, the date you received it, and if you relied upon it in any manner, describe what action you took or did not take as a result.

   ANSWER: Patient drug information pamphlet and the dosage and instructions on the

bottle/container were provided by the pharmacy (Eckerd's) at the time prescriptions were filled

on the dates reflected in the pharmacy records that have already been provided to defendant

Merck or for which an authorization has been provided.  I relied on the same, but no instructions

or other information was provided about Vioxx and cardiovascular injuries or cardiac arrest.


**INTERROGATORY NO. 7:**   State whether you have ever filed a claim (including a worker's compensation or a social security disability claim) or instituted a legal proceeding for any personal, economic or other injury. If so, state the date and nature of the injuries and damages claimed, the date and place of filing for each such claim or legal proceeding , the full names and addresses of all parties to the action and their attorneys if any, the name of the court or other forum, the title of the action and the case number, and the present states if each claim or legal proceeding. If terminated, give the final result of each such claim or legal proceeding, including any monetary judgement, settlement or award.

ANSWER: A Social Security disability claim was approved in December 2007, but the

plaintiff is in a nursing home and unable to ascertain the information sought at this time, and will

provide at a later date.


INTERROGATORY NO. 8:  Please identify whether you are in possession of any unused Vioxx.
If so, please identify the number of tablets or amount of oral suspension in your possession, the
date of the prescription to which the unused Vioxx relates, and the current location of the unused
Vioxx.

ANSWER: No.


INTERROGATORY NO. 9:  Please identify all communications, whether oral, written or
electronic (including email, communication as part of internet "chat rooms" or email groups),
with others not including your counsel, regarding Vioxx or your alleged injuries.

ANSWER: No.


INTERROGATORY NO. 10:  Please identify whether you conducted any research on your
computer regarding Vioxx, the current location of your computer, whether you ever sent and/or
received any emails relating to Vioxx or your alleged injuries (other than those from your
attorney), and whether you are in possession of the emails sent or received relating to Vioxx or
you alleged injuries.

ANSWER: No.


Ronald R. Benjamin Fed. Bar No. 101131
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442

**VERIFICATION**

I, James Curtis, under a power of attorney for Marjorie Curtis, declare under penalty of perjury subject to 28 U.S.C. § 1746 that the foregoing answers to interrogatories are true and correct to the best of my knowledge.

_____          _____, 2008
Signature                                                          Date

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above PLAINTIFFS' ANSWERS TO DEFENDANT MERCK & CO., INC.'S FIRST SET OF INTERROGATORIES was served on the following, by US Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of May, 2008.

> Marya C. Young    Fed. Bar No. 301339
> LAW OFFICE OF RONALD R. BENJAMIN
> Attorneys for Plaintiffs
> 126 Riverside Drive, PO Box 607
> Binghamton, New York 13902-0607
> 607/772-1442

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                              )        MDL DOCKET NO: 1657
                                          )
PRODUCTS LIABILITY LITIGATION             )        SECTION L
                                          )
                                          )        JUDGE GALLON
                                          )
                                          )        MAG. JUDGE KNOWLES
                                          )
                                          )

STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28)
Marjorie Curtis: 2:06-cv-02708

Pursuant to Pre-Trial Order No. 28, Plaintiff Marjorie Curtis sent Document Preservation
Notices to the following individuals and entities. Copies of the Notices sent are attached
and marked as Exhibit "1".

Medical Providers:

Charles Rubin, MD
95 Riverside Drive
Johnson City, NY 13790

Wilson Regional Memorial Hospital
33-57 Harrison Street
Johnson City, NY 13790

Kent D. Struck, MD
c/o United Medical Associates
601 Riverside Avenue
Johnson City, NY 13790

Hisham E. Kashou, MD
c/o United Medical Associates
601 Riverside Avenue
Johnson City, NY 13790

United Medical Associates
601 Riverside Avenue
Johnson City, NY 13790

William Contini, MD
c/o United Medical Associates
601 Riverside Avenue
Johnson City, NY 13790

United Medical Associates
601 Riverside Avenue
Johnson City, NY 13790

Orthopedic Associates of 65 Pennsylvania Ave., PC
65 Pennsylvania Avenue
Binghamton, NY 13903

United Health Services
Binghamton General Hospital
10-42 Mitchell Avenue
Binghamton, NY 13903

Lourdes Hospital
169 Riverside Drive
Binghamton, NY 13905

Suryanarayan M. Putcha, MD
201 East Main Street
Endicott, NY 13760

CVS
Pharmacy Privacy Office
One CVS Drive
Woonsocket, RI 02895

Express Scripts
PO Box 66537
Saint Louis, MO 63166

Executed on March 10, 2008 in Binghamton, NY.

_____/s/ Ronald R. Benjamin_____
Ronald R. Benjamin, Esq.
126 Riverside Drive
PO Box 607
Binghamton, NY 13902-0607
607-772-1442

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Charles Rubin, MD
95 Riverside Drive
Johnson City, NY 13790

Re: Marjorie Curtis, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
## *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

### **N O T I C E**

Wilson Regional Memorial Hospital
33-57 Harrison Street
Johnson City, NY 13790



    Re: Marjorie Curtis, et. al.; Plaintiff v. Merck & Co., Inc.
        In Re: VIOXX Products Liability Litigation
        MDL No. 1657
        Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

                    Very truly yours,



                    Ronald R. Benjamin

RRB/mc
Attachment

### *LAW OFFICES OF RONALD R. BENJAMIN*
*ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## N O T I C E

Kent D. Struck, MD
c/o United Medical Associates
601 Riverside Avenue
Johnson City, NY 13790



    Re: Marjorie Curtis, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

               Very truly yours,

               Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## **N O T I C E**

Hisham E. Kashou, MD
c/o United Medical Associates
601 Riverside Avenue
Johnson City, NY 13790

Re: Marjorie Curtis, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
## *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,   P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

United Medical Associates
601 Riverside Avenue
Johnson City, NY 13790

     Re: Marjorie Curtis, et. al.; Plaintiff v. Merck & Co., Inc.
        In Re: VIOXX Products Liability Litigation
        MDL No. 1657
        Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

               Very truly yours,

               Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
*ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

William Contini, MD
c/o United Medical Associates
601 Riverside Avenue
Johnson City, NY 13790



    Re: Marjorie Curtis, et. al.; Plaintiff v. Merck & Co., Inc.
    In Re: VIOXX Products Liability Litigation
    MDL No. 1657
    Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

        Very truly yours,

        Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## N O T I C E

United Medical Associates
601 Riverside Avenue
Johnson City, NY 13790

Re: Marjorie Curtis, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Orthopedic Associates of 65 Pennsylvania Ave., PC
65 Pennsylvania Avenue
Binghamton, NY 13903

Re: Marjorie Curtis, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
## *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

United Health Services
Binghamton General Hospital
10-42 Mitchell Avenue
Binghamton, NY 13903

Re: Marjory Curtis, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

### N O T I C E

Lourdes Hospital
169 Riverside Drive
Binghamton, NY 13905

      Re: Marjorie Curtis, et. al.; Plaintiff v. Merck & Co., Inc.
         In Re: VIOXX Products Liability Litigation
         MDL No. 1657
         Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

               Very truly yours,

               Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Suryanarayan M. Putcha, MD
201 East Main Street
Endicott, NY 13760

> Re: Marjorie Curtis, et. al.; Plaintiff v. Merck & Co., Inc.
> In Re: VIOXX Products Liability Litigation
> MDL No. 1657
> Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

* Also admitted in the District of Columbia

January 8, 2008

## N O T I C E

**VIA U.S. CERTIFIED MAIL**
CVS
Pharmacy Privacy Office
One CVS Drive
Woonsocket, RI 02895



      Re: Marjorie Curtis, et. al.; Plaintiff v. Merck & Co., Inc.
         In Re: VIOXX Products Liability Litigation
         MDL No. 1657
         Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

               Very truly yours,

               Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Express Scripts
PO Box 66537
Saint Louis, MO 63166



Re: Marjorie Curtis, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing documents have been served electronically on Susan Giamportone, by U.S. Mail and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of March, 2008.

Ronald R. Benjamin
#101113
Law Office of Ronald R. Benjamin
126 Riverside Drive
PO Box 607
Binghamton, NY 13902-0607
607-772-1442
607-772-1678 9 (Fax)
ronbenjaminlaw@stny.rr.com

# Steven A. Rich, M.D.

*Internal Medicine-Geriatrics-Clinical Pharmacology*

*4884 North Road Canandaigua, NY 14424*
*srich@rochester.rr.com*
*Voice: 585-922-0392*

December 30, 2008

Ronald R Benjamin
PO Box 607
126 Riverside Drive
Binghamton, NY 13902

**Re: Marjorie Curtis**
**DOB: 11/21/21**
**Date of Injury: 4/1/02**

Mr. Benjamin:

Thank you for the opportunity to review records regarding Mrs. Marjorie Curtis and the events surrounding the myocardial infarction of 4/1/2002 and Mrs. Curtis's VIOXX® usage.

My education includes a Doctor of Medicine Degree as well as a degree in Pharmacokinetics. My training includes certifications in Internal Medicine and Geriatric Medicine by the American Board of Internal Medicine. A copy of my Curriculum Vitae is attached. My experience includes 21 years of direct patient care including primary, secondary and tertiary care of acute coronary syndromes, rheumatoid conditions and the consequences of these diseases. I have treated patients similar to Mrs. Curtis during the course of my career. I have been active in clinical pharmacology for 21 years, and have authored peer-reviewed and published articles. I have also reviewed published medical literature and Merck documents relating to VIOXX®.

At the age of 80 Mrs. Curtis had experienced a myocardial infarction in 1993 and recovered. She was initiated on VIOXX® for musculoskeletal problems on 8/4/00 according to pharmacy records. This was used periodically, and she was reinitiated on the medication 1/18/2002, stopping in April 2002. The medication was reinitiated 12/12/02, and 7/29/03. The patient was admitted to Wilson Medical Center for myocardial infarction 4/1/02, which was treated with percutaneous coronary intervention. She has had subsequent episodes of angina noted 12/17/03. Her course remained uncomplicated with hospital visits for heart complaints at Lourdes Hospital in January 2005, and an additional myocardial infarction 3/15/05 complicated by respiratory arrest.

1

It is my opinion that the myocardial infarction that Mrs. Marjorie Curtis suffered on 4/1/02 was caused by her ingestion of VIOXX®. Furthermore, that as a result of his myocardial infarction Mrs. Curtis suffered permanent myocardial damage that required the cardiac medical treatment documented in the medical records and likely contributed to future cardiac medical complications, treatments and medications. The myocardial infarctions suffered by Mrs. Curtis have reduced her ability to live independently and will likely adversely affect her life expectancy. Finally, Mrs. Curtis has suffered cardiac complications, which occurred after the use of VIOXX®, were due to an unstable coronary disease of which her previous use of VIOXX® was a cause.

All of my opinions are stated within a reasonable degree of medical certainty. My opinions are based on my education, training, and experience. My opinions may be modified based on review of subsequent medical information not currently available to me.

Sincerely,

Steven A. Rich, M.D.
Chief of Geriatrics and Director of the Geriatric Consultative Service
/Rochester General Health System, Rochester NY
Clinical Assistant Professor of Medicine
University of Rochester School of Medicine and Dentistry

2