Plaintiff's Exhibit 7

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

October16, 2009

**BY E-MAIL and FAX: 202/434-5029**
Douglas R. Marvin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re:   **James Demoski v. Merck & Co., Inc.**
      [Agard, et al., v. Merck & Co., Inc., EDLA 2:05-cv-01089-EEF-DEK]

Dear Mr. Marvin:

In response to the Order to Show Cause returnable October 16, 2009, on your client's Third Motion seeking to enforce PTO 28 in the Vioxx litigation, I am providing the following information which addresses the only deficiencies identified in Exhibit A pertaining to **James Demoski.**

**Medical Records:**   Plaintiff has met the obligation to produce medical records.   In the first instance, Exhibit A to the Order to Show Cause does not list lack of a PPF, so I trust you acknowledge that Mr. Demoski submitted his Plaintiff's Profile Form dated November 18, 2005, was sent with the required signed authorizations for release of his healthcare records to Hughes Hubbard & Reed LLP on November 28, 2005at time, as confirmed in letters from John N. Poulos, Esq., dated January 26, 2006.  This occurred prior to the issuance of PTO 28 later in 2007.

The PPF submitted by Mr. Demoski and the PPF attached as Exhibit A to PTO 28 are identical as to requested documents, and both limit the medical records to be produced by the plaintiff in the following express language:

## VI.  **DOCUMENTS**
Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking **"yes"** or **"no"**.  Where you indicated **"yes,"** please attach the documents and things to your responses to this profile form.

Page 2 of 2

The limited scope of the production required in the above provision in the PPF is entirely consistent with the fact that plaintiff was also required to, and did, provide signed authorizations for release of medical and other records to Merck's counsel as well as the PPF.

With respect to subparagraph (II)(A)(6) of PTO 28 only requires medical records to be produced as to "*all healthcare providers requested in the Amended and Supplemental Plaintiff Profile Form....*"  Because Mr. Demoski clearly submitted his PPF prior to November 9, 2007, he is by definition excluded from having to file an amended and supplemental PPF under the language in PTO 28 (II)(A)(3) stating "*unless Plaintiff . . . has of the date of this Order submitted a Plaintiff Profile Form . . . .*"  Moreover, since you indicate you have medical records for "Two providers", I trust you acknowledge you have collected the same from my office and/or the healthcare providers, and I repeat my request that you advise what records you do or do not have.

**Pharmacy Records**:   With respect to PTO 28(II)(A)(1), Mr. Demoski's prescriptions were filled at the CVS Pharmacy #0678, 1010 Union Center Hwy, Endicott, NY 13760.  Enclosed are copies of the CVS #0678 for the periods 01/01/1999 to 2/28/2005, and 07/01/2001 thru 01/23/2005. (*See Exhibit 1*.)  Mr. Demoski attempted to obtain certified copies of his records at the local pharmacy, but was told they do not maintain records in their computers beyond one year, and the same will have to be requested from the corporate headquarters.  Mr. Demoski has already sent a requested to CVS headquarters, and the same will be produced when received.

**Affidavit of Completeness**:    With respect to the affidavit required by PTO 28(II)(A)(7), I would note that, with reference to subparagraph (7)(ii), the same does not apply to him as he was not required by PTO 28 to file an amended and supplemental PPF.  To the extent your client believes this affidavit should attest as to medical records collection, we will submit an amended affidavit of plaintiff after the medical records that have been collected by Merck and its counsel have been identified for that purpose.

This letter and enclosures will be annexed to the opposition to the Third Motion Order to Show Cause.  I ask that you withdraw Merck's motion since dismissal of this plaintiff's case for any reason, and particularly for failure to prosecute, is clearly unwarranted in light of the above.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Enclosures

**EXHIBIT 1**

# CVS
**pharmacy**

Privacy Office
One CVS Drive
Woonsocket, RI 02895

**Private and Confidential**
**Intended for Addressee Only**

1154728
RONALD BENJAMIN LAW OFFICE
126 RIVERSIDE DR PO BOX 607     *3 pages*
BINGHAMTON NY 13902

*James Demoski*     *Q1085-061*

02/28/2005

Enclosed is your Patient Prescription Record, as recently requested from CVS/pharmacy.

To cover the expense of processing these records, please remit a payment of     $25.00
each to CVS/pharmacy, One CVS Drive, Woonsocket, RI 02895, Attn: Privacy Office.
The Federal Tax ID number is 05-03-40626.

If you have questions regarding this report you may contact the Privacy Office at
1-800-287-2414 or e-mail us at PrivacyOffice@cvs.com.

Thank you.

PHARMACY NAME: CVS PHARMACY #0078
ADDRESS: 1010 UNION CENTER HWY.
CITY, ST, ZIP: ENDICOTT NY 13760

PATIENT KEY: 67860821
PATIENT NAME: DEMOSKI JAMES
ADDRESS: 680 BEACH ROAD
CITY, ST, ZIP: APALACHIN NY 13732

TELEPHONE: 607-625-3947
BIRTHDATE: 01/30/1984

ALLERGIES: None communicated by the patient.
CONDITIONS: None communicated by the patient.

**CVS PHARMACY**
**PATIENT PRESCRIPTION RECORD**
**BETWEEN 01/01/1999 AND 02/28/2005**
PHARMACY # 678

PAGE: 1
RUN DATE: 02/28/2005   TIME: 18:00:20
REQUEST NBR: 1154728

| RX NUMBER | REL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP | PRIMARY PAYER # | SCDRY PAYER # | TOTAL PRICE | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 117353 | 0 | 00093053701 | NAPROXEN SODIUM 550MG TAB | TERIS, WAYNE C | 02/25/2000 | MB | 30 | 7339 | | 9.44 | 6.44 | 0.00 | 3.00 |
| 121084 | 0 | 00378075101 | CYCLOBENZAPRINE 10MG TABLET | OHARA, PATRICK E | 03/26/2000 | JR | 12 | 7339 | | 3.87 | 0.87 | 0.00 | 3.00 |
| 121085 | 0 | 59762738002 | IBUPROFEN 800MG TABLET | OHARA, PATRICK E | 03/26/2000 | JR | 15 | 7339 | | 3.27 | 0.27 | 0.00 | 3.00 |
| 121085 | 1 | 59762738002 | IBUPROFEN 800MG TABLET | OHARA, PATRICK E | 04/08/2000 | MB | 15 | 7339 | | 3.02 | 0.02 | 0.00 | 3.00 |
| 134572 | 0 | 49502050001 | EPIPEN 0.3MG AUTO-INJECTOR | GUPTA, ASHA | 07/22/2000 | BB | 1 | 7339 | | 39.21 | 36.21 | 0.00 | 3.00 |
| 180570 | 0 | 49502050001 | EPIPEN 0.3MG AUTO-INJECTOR | GUPTA, ASHA | 08/11/2001 | MB | 2 | 7339 | | 81.42 | 78.42 | 0.00 | 3.00 |
| 183934 | 0 | 00074316560 | BIAXIN XL 500MG TABLET SA | TERIS, WAYNE | 09/12/2001 | MB | 20 | 7339 | | 79.82 | 76.82 | 0.00 | 3.00 |
| 192100 | 0 | 00085112802 | CLARITIN REDITABS 10MG | TERIS, WAYNE | 11/18/2001 | LS | 30 | 7339 | | 80.17 | 77.17 | 0.00 | 3.00 |
| 192100 | 1 | 00085112802 | CLARITIN REDITABS 10MG | TERIS, WAYNE | 12/22/2001 | MB | 30 | 7339 | | 80.42 | 77.42 | 0.00 | 3.00 |
| 200012 | 1 | 00085112802 | CLARITIN REDITABS 10MG | TERIS, WAYNE | 01/22/2002 | LS | 30 | 4000 | | 40.46 | 37.46 | 0.00 | 3.00 |
| 206933 | 0 | 00065064705 | TOBRADEX EYE DROPS | DEVITA, VINCENT J | 03/19/2002 | MB | 5 | 4000 | | 5.32 | 2.32 | 0.00 | 3.00 |
| 210083 | 1 | 00591565810 | CYCLOBENZAPRINE 10MG TABLET | MUNROE, FRAN B | 04/23/2002 | RR | 30 | 4000 | | 5.32 | 2.32 | 0.00 | 3.00 |
| 210083 | 2 | 00060011068 | VIOXX 25MG TABLET | TERIS, WAYNE | 12/09/2002 | AM | 30 | 4000 | | 72.17 | 67.33 | 0.00 | 3.00 |
| 211083 | 0 | 00060011068 | VIOXX 25MG TABLET | TERIS, WAYNE | 03/04/2003 | RR | 30 | 4000 | | 72.42 | 67.33 | 0.00 | 3.00 |
| 211083 | 1 | 00060011068 | VIOXX 25MG TABLET | TERIS, WAYNE | 05/14/2002 | RR | 30 | 4000 | | 64.17 | 67.33 | 0.00 | 3.00 |
| 213618 | 0 | 00093015010 | ACETAMINOPHEN/COD #3 TABLET | SANGOSANYA, A A | 07/01/2002 | BL | 30 | 4000 | | 7.61 | 4.61 | 0.00 | 3.00 |
| 219170 | 1 | 00071080324 | NEURONTIN 100MG CAPSULE | SANGOSANYA, A A | 07/20/2002 | LS | 60 | 4000 | | 75.33 | 75.33 | 0.00 | 3.00 |
| 221342 | 0 | 49502050001 | EPIPEN 0.3MG AUTO-INJECTOR | GUPTA, ASHA | 09/17/2003 | KD | 2 | 4000 | | 28.22 | 20.22 | 0.00 | 3.00 |
| 256169 | 0 | 00060011068 | VIOXX 25MG TABLET | TERIS, WAYNE | 05/02/2003 | RL | 30 | 4000 | | 83.40 | 70.85 | 0.00 | 3.00 |
| 256169 | 1 | 00060011068 | VIOXX 25MG TABLET | TERIS, WAYNE | 07/19/2003 | RR | 30 | 4000 | | 78.65 | 70.85 | 0.00 | 3.00 |
| 256169 | 2 | 00060011068 | VIOXX 25MG TABLET | TERIS, WAYNE | 09/17/2003 | RR | 30 | 4000 | | 78.65 | 70.85 | 0.00 | 3.00 |
| 256169 | 3 | 00060011068 | VIOXX 25MG TABLET | TERIS, WAYNE | 11/02/2003 | JH | 30 | 4000 | | 78.65 | 70.85 | 0.00 | 3.00 |
| 256169 | 4 | 00060011068 | VIOXX 25MG TABLET | TERIS, WAYNE | 03/10/2004 | JH | 30 | 4000 | | 78.65 | 70.85 | 0.00 | 3.00 |
| 256170 | 0 | 00060011068 | VIOXX 25MG TABLET | TERIS, WAYNE | 05/09/2003 | RL | 30 | 4000 | | 64.36 | 56.36 | 0.00 | 3.00 |
| 256170 | 1 | 00008110947 | ALLEGRA 180MG TABLET | TERIS, WAYNE | 07/19/2003 | JH | 30 | 4000 | | 87.26 | 79.26 | 0.00 | 3.00 |
| 298319 | 0 | 49502050002 | EPIPEN EC 500MG TAB | GUPTA, ASHA | 04/20/2004 | RR | 2 | 4000 | | 21.91 | 18.91 | 0.00 | 3.00 |
| 298320 | 0 | 00406003505 | NAPROXEN EC 500MG TAB | BRETZ, GREGORY | 04/20/2004 | TA | 30 | 4000 | | 6.22 | 3.22 | 0.00 | 3.00 |
| 300057 | 0 | 00406003805 | HYDROCODONE/APAP 7.5/750 TB | BRETZ, GREGORY | 05/22/2004 | RR | 30 | 4000 | | 82.54 | 74.54 | 0.00 | 3.00 |
| 300057 | 1 | 00406003805 | HYDROCODONE/APAP 7.5/750 TB | FEDEROWICZ, DANIEL | 07/19/2004 | JH | 30 | 4000 | | 8.43 | 5.43 | 0.00 | 3.00 |
| 308441 | 0 | 00060011068 | VIOXX 25MG TABLET | FEDEROWICZ, DANIEL | 07/19/2004 | JH | 15 | 4000 | 607.29 | 599.29 | 0.00 | 3.00 |
| 308442 | 0 | 00075062300 | LOVENOX 100MG PREFILLED SYR | SCHWARTZ, JERROLD | 07/25/2004 | RR | 10 | 4000 | | 14.36 | 11.36 | 0.00 | 3.00 |
| 308442 | 1 | 00075062300 | LOVENOX 100MG PREFILLED SYR | SCHWARTZ, JERROLD | 09/01/2004 | JH | 30 | 4000 | | 14.36 | 11.36 | 0.00 | 3.00 |
| 307094 | 0 | 00555083302 | WARFARIN SODIUM 5MG TABLET | TERIS, WAYNE | 07/25/2004 | JH | 30 | 4000 | | 14.36 | 11.36 | 0.00 | 3.00 |
| 307094 | 1 | 00555083302 | WARFARIN SODIUM 5MG TABLET | TERIS, WAYNE | 09/01/2004 | RR | 30 | 4000 | | 14.36 | 11.36 | 0.00 | 3.00 |
| 307094 | 2 | 00555083302 | WARFARIN SODIUM 5MG TABLET | TERIS, WAYNE | 10/07/2004 | JH | 30 | 4000 | | 14.36 | 11.36 | 0.00 | 3.00 |
| 319985 | 0 | 00555083302 | WARFARIN SODIUM 5MG TABLET | TERIS, WAYNE | 11/13/2004 | JH | 30 | 4000 | | 14.36 | 11.36 | 0.00 | 3.00 |
| 319985 | 1 | 00555083302 | WARFARIN SODIUM 5MG TABLET | TERIS, WAYNE | 12/20/2004 | JH | 30 | 4000 | | 14.36 | 11.36 | 0.00 | 3.00 |
| 319985 | 2 | 00555083302 | WARFARIN SODIUM 5MG TABLET | TERIS, WAYNE | 02/14/2005 | JH | 30 | 4000 | | 14.36 | 11.36 | 0.00 | 3.00 |
| 319985 | 3 | 00555083302 | WARFARIN SODIUM 5MG TABLET | TERIS, WAYNE | 02/18/2005 | TA | 30 | 4000 | | 14.36 | 11.36 | 0.00 | 3.00 |
| 331417 | 20 | 00406035705 | HYDROCODONE/APAP 5/500 TAB | FEDEROWICZ, STEVEN | 02/14/2005 | TA | 20 | 4000 | | 3.38 | 0.38 | 0.00 | 3.00 |
| 331417 | 20 | 00406035705 | HYDROCODONE/APAP 5/500 TAB | FEDEROWICZ, STEVEN | 02/18/2005 | RR | 20 | 4000 | | 3.38 | 0.38 | 0.00 | 3.00 |
| 331924 | 0 | 00055083302 | WARFARIN SODIUM 5MG TABLET | TERIS, WAYNE | 02/17/2005 | RR | 30 | 4000 | | 12.92 | 9.92 | 0.00 | 3.00 |
| 331925 | 0 | 00075062300 | LOVENOX 100 MG PREFILLED SYR | TERIS, WAYNE | 02/17/2005 | RR | 10 | 4000 | | 634.16 | 626.16 | 0.00 | 8.00 |

PHARMACY NAME: CVS PHARMACY #0678
ADDRESS: 1010 UNION CENTER HWY.
CITY, ST, ZIP: ENDICOTT NY 13760

PATIENT KEY: 67860821
PATIENT NAME: DEMOSKI JAMES
ADDRESS: 680 BEACH ROAD
CITY, ST, ZIP: APALACHIN NY 13732

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 01/01/1999 AND 02/28/2005
PHARMACY # 678

TELEPHONE: 607-625-3947
BIRTHDATE: 01/30/1964

PAGE: 2
RUN DATE: 02/28/2005   TIME: 18:00:20
REQUEST NBR: 1154728

| RX NUMBER | REL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP. | PRIMARY PAYER # | SCDRY PAYER # | TOTAL PRICE | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 332310 | 0 | 00406036005 | HYDROCODONE/APAP 7.5/750 TB | TERIS, WAYNE | 02/21/2005 | RR | 30 | 4000 | | 4.85 | 1.85 | 0.00 | 3.00 |
| 923940 | 0 | 52544034901 | HYDROCODONE/APAP 5/500 TAB | FARRELL, MICHAEL J | 02/12/1999 | MB | 30 | 7339 | | 4.15 | 1.15 | 0.00 | 3.00 |
| 924459 | 0 | 00093014901 | NAPROXEN 500MG TABLET | FARRELL, MICHAEL J | 02/17/1999 | MB | 30 | 7339 | | 7.96 | 4.96 | 0.00 | 3.00 |
| 938472 | 0 | 49502050001 | EPIPEN 0.3MG AUTO-INJECTOR | GUPTA, ASHA | 06/15/1999 | LS | 1 | 7339 | | 37.04 | 34.04 | 0.00 | 3.00 |

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 01/01/1999 AND 02/28/2005
PHARMACY # 678

PAGE: 3
RUN DATE: 02/28/2005 TIME: 18:00:20
REQUEST NBR: 1154728

PHARMACY NAME: CVS PHARMACY #6678
ADDRESS: 1010 UNION CENTER HWY.
CITY, ST, ZIP: ENDICOTT NY 13760

PATIENT KEY: 67860821
PATIENT NAME: DEMOSKI JAMES
ADDRESS: 680 BEACH ROAD
CITY, ST, ZIP: APALACHIN NY 13732

TELEPHONE: 607-625-3947
BIRTHDATE: 01/30/1964

| RX NUMBER | REL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP | PRIMARY PAYER# | SCDRY PAYER # | TOTAL PRICE | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | SCRIPT COUNT: | 42 | | TOTAL AMOUNT: | | 2816.86 | 2590.86 | 0.00 | 226.00 |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX® | * | **MDL Docket No. 1657** |
|  | * |  |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
|  | * |  |
|  | * | **JUDGE FALLON** |
|  | * | **MAGISTRATE JUDGE KNOWLES** |
|  | * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**     James Demoski  v.  Merck & Co., et al.
Case No.: 2:05-cv-01089-EEF-DEK

## PLAINTIFFS' ANSWERS TO DEFENDANT MERCK & CO., INC.'S
## FIRST SET OF INTERROGATORIES

Plaintiff hereby answers the defendant's First Set of Interrogatories as follows:

INTERROGATORY NO. 1:  Please identify, for the present civil action, the title of the action, the civil action number, the name of the court in which this action was filed, the name of the court in which this action is currently pending, and the full name, address, telephone number and facsimile number of the principal attorney representing you in this action.

ANSWER:  David Agard, et ux, Betty Lu Agard, Rodney Darrow, et ux, Devina Darrow, James Demoski, et ux, Doreen Demoski, Edward Henderson, et ux, Louise Henderson, v. Merck & Co, Inc, 2:05-cv-01089, Originally filed in the New York State Supreme Court for the County of New York, and removed to the Southern District of New York, the action is currently pending in Eastern District of Louisiana.  Principal attorney:  Ronald R. Benjamin, 126 Riverside Drive, P. O. Box 607, Binghamton, NY 13902-0607, 607/772-1442 phone, 607/772-1678 fax.

INTERROGATORY NO. 2:   Please identify each person having knowledge or information regarding the facts, circumstances, injuries, damages, or allegations contained in your Complaint.

ANSWER: In addition to the plaintiffs and defendant Merck the following:

Stephen Federowicz, MD., Lourdes Hospital, 169 Riverside Drive, Binghamton, NY 13905 and

Tier Orthopedic Associates, P.C., 100 Plaza Dr. Vestal, NY 13850

Wayne Teris, MD., Broome Oncology, 1302 E. Main St., Endicott, NY 13760

INTERROGATORY NO. 3:   Provide the factual basis and a computation for each category of damages you claim and identify all documents upon which you will rely in support of each category of damages.

ANSWER: All general compensatory damages, including past and future pain and

suffering, as opposed to special damages, are jury issues for resolution at trial.   Plaintiff's

medical bills were paid by workers compensation, for which it is anticipated liens will be

imposed and are, therefore, a category of damage.   Plaintiff incorporates and relies on the

records of his medical providers, Medicare and health insurer with respect to the computation of

past and future medical expenses.

INTERROGATORY NO. 4:   Please state whether you have been reimbursed or filed a claim under an insurance policy with respect to alleged injuries that form the basis of this action.  If so, for each claim, identify the person with whom you filed a claim, the insurer, the policyholder, the policy number, and the claim number.

ANSWER: NYS Worker's Compensation Board, Binghamton, NY.  NYSEG, Claim #

WCB90402935, Liberty Mutual, 520 White Plains Road, Kerrytown, NY 10591

INTERROGATORY NO. 5:   State whether you have undergone a physical examination in connection with any application for life insurance since January 1, 1990.  If so, state the date of any such examination, where it was conducted, who conducted the examination, whether there is a report of such physical examination and the life insurance company on whose behalf the examination was conducted.  If a report was made, attach a true copy.  If any such physical examination resulted in denial of your application, please describe such action.

ANSWER:   Yes, $490K Life Ins Policy in 1995 - 1997, examination was conducted at home a nurse came to the house at took a urine sample for drugs, smoking, Company was Prudential Insurance , do not recall who conducted the examination, presumes that there must have been a report, however does not have knowledge of who would have that report. Policy was approved and still in force.

INTERROGATORY NO. 6:   Identify all information, instructions, warnings or precautions about Vioxx obtained by you from any source. For each item of information, instruction , warning, or precaution, identify the source, the date you received it, and if you relied upon it in any manner, describe what action you took or did not take as a result.

ANSWER: No information was provided, first ingestion was provided as samples.

INTERROGATORY NO. 7:   State whether you have ever filed a claim (including a worker's compensation or a social security disability claim) or instituted a legal proceeding for any personal, economic or other injury. If so, state the date and nature of the injuries and damages claimed, the date and place of filing for each such claim or legal proceeding , the full names and addresses of all parties to the action and their attorneys if any, the name of the court or other forum, the title of the action and the case number, and the present states if each claim or legal proceeding. If terminated, give the final result of each such claim or legal proceeding, including any monetary judgement, settlement or award.

ANSWER: NYS Worker's Compensation Board, Binghamton, NY. April 20, 2004, knee injury, cartilage damage and torn ligaments, awarded scheduled loss of $35,000, represented by Attorney James Troy, Binghamton, NY

INTERROGATORY NO. 8:   Please identify whether you are in possession of any unused Vioxx. If so, please identify the number of tablets or amount of oral suspension in your possession, the date of the prescription to which the unused Vioxx relates, and the current location of the unused Vioxx.

ANSWER: One bottle with thirteen (13) 25mg tablets dated 5/22/04, Rx #300057 and

one empty bottle of 25mg tablets dated 3/10/04, Rx # 256169, currently located at The Law

Office of Ronald R. Benjamin.

INTERROGATORY NO. 9:  Please identify all communications, whether oral, written or electronic (including email, communication as part of internet "chat rooms" or email groups), with others not including your counsel, regarding Vioxx or your alleged injuries.

ANSWER: Spoke with co-worker who also used Vioxx and family members at the time

of ingestion.

INTERROGATORY NO. 10:   Please identify whether you conducted any research on your computer regarding Vioxx, the current location of your computer, whether you ever sent and/or received any emails relating to Vioxx or your alleged injuries (other than those from your attorney), and whether you are in possession of the emails sent or received relating to Vioxx or you alleged injuries.

ANSWER: looked up information on internet after recall, CNN website, advertising by

attorneys that were taking cases.

Dated:   May 1, 2008.

Ronald R. Benjamin Fed Bar No. 101131
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442

STATE OF NEW YORK     :
                            ss:
COUNTY OF BROOME      :

JAMES J. DEMOSKI, being sworn, says: I am the plaintiff in the action herein: I have read the annexed ANSWERS TO FIRST SET OF INTERROGATORIES, know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

                                                  JAMES J. DEMOSKI

SWORN TO BEFORE ME
ON THE 30ᵀᴴ OF Apl , 2008

NOTARY PUBLIC

BRIAN NAYOR
Notary Public - State of New York
No. 01NA6116006
Qualified in Broome County
My Commission Expires 9/20/20_ 9

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above PLAINTIFFS' ANSWERS TO DEFENDANT MERCK & CO., INC.'S FIRST SET OF INTERROGATORIES was served in accordance with Pre-Trial Nos. 8, 18C (paras. 5-7) and 28, by serving a hard copy on Wilfred P. Coronato, Esq., at Hughes Hubbard & Reed LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, and by serving an electronic copy via LexisNexis File & Serve on Wilfred P. Coronato at Hughges Hubbard & Reed, LLP, Phillip A. Wittmann at Stone Pigman Walther Wittmann LLC, Dimitrios Mavroudis at Dechert LLP, and Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC, on this 1st day of May, 2008.

Marya C. Young    Fed. Bar No. 301839
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL DOCKET NO: 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE GALLON |
| | ) | |
| | ) | MAG. JUDGE KNOWLES |
| | ) | |
| | ) | |

STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28)
James Demoski: 2:05-cv-01089

Pursuant to Pre-Trial Order No. 28, Plaintiff James Demoski sent Document Preservation Notices to the following individuals and entities. Copies of the Notices sent are attached and marked as Exhibit "1".

Medical Providers:

Wilson Regional Memorial Hospital
33-57 Harrison Street
Johnson City, NY 13790

Wayne C. Teris, MD
c/o United Medical Associates - Endicott Walk-In
1302 East Main Street
Endicott, NY 13760

United Medical Associates -
Endicott Walk-In
1302 East Main Street
Endicott, NY 13760

Stephen G. Federowicz, MD
c/o Tier Orthopedic Assoc., P.C.
100 Plaza Drive, Suite C
Vestal, NY 13850

Tier Orthopedic Assoc., P.C.
100 Plaza Drive, Suite C
Vestal, NY 13850

United Health Services
Binghamton General Hospital
10-42 Mitchell Avenue
Binghamton, NY 13903

Lourdes Hospital
169 Riverside Drive
Binghamton, NY 13905

CVS
Pharmacy Privacy Office
One CVS Drive
Woonsocket, RI 02895


Executed on March 10, 2008 in Binghamton, NY.


                                        /s/ Ronald R. Benjamin
                              Ronald R. Benjamin, Esq.
                              126 Riverside Drive
                              PO Box 607
                              Binghamton, NY 13902-0607
                              607-772-1442

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Wilson Regional Memorial Hospital
33-57 Harrison Street
Johnson City, NY 13790



Re: James Demoski, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:05cv01089

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## N O T I C E

Wayne C. Teris, MD
c/o United Medical Associates - Endicott Walk-In
1302 East Main Street
Endicott, NY 13760



   Re: James Demoski, et. al.; Plaintiff v. Merck & Co., Inc.
    In Re: VIOXX Products Liability Litigation
    MDL No. 1657
    Case No. 2:05cv01089

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

      Very truly yours,

      Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

United Medical Associates - Endicott Walk-In
1302 East Main Street
Endicott, NY 13760



  Re: James Demoski, et. al.; Plaintiff v. Merck & Co., Inc.
   In Re: VIOXX Products Liability Litigation
   MDL No. 1657
   Case No. 2:05cv01089

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

      Very truly yours,

      Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

### N O T I C E

Stephen G. Federowicz, MD
c/o Tier Orthopedic Assoc., P.C.
100 Plaza Drive, Suite C
Vestal, NY 13850



Re: James Demoski, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:05cv01089

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Tier Orthopedic Assoc., P.C.
100 Plaza Drive, Suite C
Vestal, NY 13850



    Re: James Demoski, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:05cv01089

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

                    Very truly yours,


                    Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

United Health Services
Binghamton General Hospital
10-42 Mitchell Avenue
Binghamton, NY 13903



  Re: James Demoski, et. al.; Plaintiff v. Merck & Co., Inc.
   In Re: VIOXX Products Liability Litigation
   MDL No. 1657
   Case No. 2:05cv01089

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

      Very truly yours,

      Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Lourdes Hospital
169 Riverside Drive
Binghamton, NY 13905



    Re: James Demoski, et. al.; Plaintiff v. Merck & Co., Inc.
    In Re: VIOXX Products Liability Litigation
    MDL No. 1657
    Case No. 2:05cv01089

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

        Very truly yours,

        Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
CVS
Pharmacy Privacy Office
One CVS Drive
Woonsocket, RI 02895

COPY

    Re: James Demoski, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:05cv01089

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

          Very truly yours,

          Ronald R. Benjamin

RRB/mc
Attachment

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing documents have been served electronically on Susan Giamportone, by U.S. Mail and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of March, 2008.

Ronald R. Benjamin
#101113
Law Office of Ronald R. Benjamin
126 Riverside Drive
PO Box 607
Binghamton, NY 13902-0607
607-772-1442
607-772-1678 9 (Fax)
ronbenjaminlaw@stny.rr.com

# Steven A. Rich, M.D.

## *Internal Medicine-Geriatrics-Clinical Pharmacology*

*4884 North Road Canandaigua, NY 14424*
*srich@rochester.rr.com*
*Voice: 585-922-0392*

December 30, 2008

Ronald R Benjamin
PO Box 607
126 Riverside Drive
Binghamton, NY 13902

**Re:  Jim Demoski**
**DOB:1-30-64**
**Date of Injury:  7-1-04**

Mr. Benjamin:

Thank you for the opportunity to review records of Mr. Jim Demoski and the events
surrounding the acute deep venous thrombosis he experienced during his use of
VIOXX®.

My education includes a Doctor of Medicine Degree as well as a degree in
Pharmacokinetics.  My training includes certifications in Internal Medicine and Geriatric
Medicine by the American Board of Internal Medicine.  A copy of my Curriculum Vitae
is attached.  My experience includes 21 years of direct patient care including primary,
secondary and tertiary care of acute coronary syndromes, rheumatoid conditions and the
consequences of these diseases.  I have treated patients similar to this patient  during the
course of my career.  I have been active in clinical pharmacology for 21 years, and have
authored peer-reviewed and published articles.  I have also reviewed published medical
literature and Merck documents relating to VIOXX®.

Mr. Demoski was 40 years old at the time of his unprovoked deep venous thrombosis
with no prior history of thrombotic disease. He began using VIOXX® in 2001 for carpal
tunnel syndrome and continued the use of this medication for back and knee pain through
the time of his deep vein thrombosis on 2004. His deep vein thrombosis was confirmed
by ultrasound at Lourdes hospital. This required treatment with intravenous
anticoagulants.

It is my opinion that the events suffered by this individual on the above mentioned dates
were caused by the  ingestion of VIOXX®.  Furthermore, that as a result of these events
this patient has suffered an injury to his venous system that required the urgent  medical

1

treatment documented in the medical records and will require future medical treatment, monitoring and medications for the rest of this patient's life to prevent recurrence of a life threatening condition, namely pulmonary embolism. Patient who have had a deep venous thrombosis are prone to subsequent thrombosis and embolism.

All of my opinions are stated within a reasonable degree of medical certainty. My opinions are based on my education, training, and experience. My opinions may be modified based on review of subsequent medical information not currently available to me.

Sincerely,

Steven A. Rich, M.D.
Chief of Geriatrics and Director of the Geriatric Consultative Service
   Rochester General Health System, Rochester NY
Clinical Assistant Professor of Medicine
   University of Rochester School of Medicine and Dentistry

2

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

October16, 2009

**BY E-MAIL**
Douglas R. Marvin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re:   **James Demoski v. Merck & Co., Inc.**
      [Agard, et al., v. Merck & Co., Inc., EDLA 2:05-cv-01089-EEF-DEK]

Dear Mr. Marvin:

I am forwarding under separate cover with this e-mail a copy of a prescription bottles for Vioxx 25 mg pills filled on 05/08/2003, 03/10/2004 and 05/22/2004 for this plaintiff that is in the possession of this office.

Please advise if, when and where you want to make arrangements to view the bottle.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment







**pharmacy**

DEMOSO
680 BEACH
APALACH

300057

FEDEROW

TAKE 1 TABLET BY MOU
VERY DAY

XX 25MG TABLET MSD

1 times before 05-22
PHARMACIST AT CVS
05-22-2004   Orig Date 05-2



TAKE WITH FOOD

LIMIT ALCOHOL USE WHILE
TAKING THIS DRUG. DAILY
ALCOHOL USE IS RISKY.

8678 Ph.607.754-2240
SKI, JAMES
ROAD
NY 13732-0000

WAYNE

RY DAY

WSD

07-2004  Qty: 30  TA
Tech.RK  FIC:ELAINE
05-08-2003   Discard After:03-16

