Plaintiff's Exhibit 8

## LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

October15, 2009

**BY E-MAIL and FAX : 202/434-5029**
Douglas R. Marvin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re:   **Kristine Hia**
[Connolly, et al., v. Merck & Co., Inc., EDLA 2:06-cv-02708-EEF-DEK]

Dear Mr. Marvin:

In response to the Order to Show Cause returnable October 16, 2009, on your client's Third
Motion seeking to enforce PTO 28 in the Vioxx litigation, I am providing the following
information which addresses the only deficiencies identified in Exhibit A thereof that pertain to
**Kristine Hia**.

**Medical Records:**   Plaintiff has met the obligation to produce medical records.   In the first
instance, Exhibit A to the Order to Show Cause does not list lack of a PPF, so I trust you
acknowledge that Ms. Hia submitted her Plaintiff's Profile Form with the required signed
authorizations for release of her healthcare records to Robert W. Brundige, Jr., Esq., of Hughes
Hubbard & Reed LLP on September 14, 2007, and e-served the PPF on September 20, 2007,
along with two sets of medical records of 87 and 73 pages each. *See notice attached hereto as*
*Exhibit 1.*  This occurred prior to the issuance of PTO 28 on November 9, 2007.

The PPF submitted by Ms. Hia and the PPF attached as Exhibit A to PTO 28 are identical, and
both limit the medical records to be produced by the plaintiff in the following express language:

### VI.  DOCUMENTS
Please indicate if any of the following documents and things are currently in
your possession, custody, or control, or in the possession, custody, or control of
your lawyers by checking "**yes**" or "**no**".  Where you indicated "**yes,**" please
attach the documents and things to your responses to this profile form.

Page 2 of 2

The limited scope of the production required in the above provision in the PPF is entirely consistent with the fact that plaintiff was also required to, and did, provide signed authorizations for release of medical and other records to Merck's counsel along with the PPF. The medical records are being e-mailed to you under separate cover.

With respect to PTO 28, subparagraph (II)(A)(6) of PTO 28 only requires medical records to be produced as to "*all healthcare providers requested in the Amended and Supplemental Plaintiff Profile Form....*" Because Ms. Hia clearly submitted her PPF prior to November 9, 2007, she is excluded from having to file an amended and supplemental PPF under the language in PTO 28 (II)(A)(3) stating "*unless Plaintiff or Claimant has of the date of this Order submitted a Plaintiff Profile Form or Claimant Profile Form.*"

**Pharmacy Records**: Ms. Hia did not have possession, custody or control of pharmacy records at the time she submitted her PPF in September 2007, and thus they were not produced at that time. However, a review of her PPF and the medical records produced at that time documented that the healthcare providers at Owego Family Practice (Lourdes) gave her samples of Vioxx 25 mg and 50 mg on several occasions. *See pages of medical records annexed in Exhibit 2.* There are no producible pharmacy records regarding samples, and the documentation thereof is, instead, contained in her medical records which have already been provided to Merck.

The pharmacies she used in the prior 10 years are listed in her PPF. Merck has made no showing whether it attempted to obtain the records from those pharmacies, and has not indicated to me that Merck cannot obtain the same.

**Affidavit of Completeness**: PTO 28(II)(A)(7) (I) indicates that plaintiff must attest in an affidavit that all pharmacy records "have been collected." However, Merck's counsel has refused to disclose or identify the medical and pharmacy records they have or have not collected with the HIPPA-compliant authorizations plaintiff did provide, thus preventing plaintiff from being able to submit an appropriate Affidavit of Completeness as to pharmacy records. As to medical records, PTO 28 makes clear she is not required to aver completeness since (A)(6) does not apply to her.

This letter and attachments will be annexed to the opposition to the Third Motion Order to Show Cause. I ask that you withdraw Merck's motion dismissal of this plaintiff's case for any reason, and particularly for failure to prosecute, is clearly unwarranted in light of the above matters.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachments

**EXHIBIT 1**

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

*TIP:* Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 16390378 |
| **Submitted by:** | Diane Walter, Benjamin, Ronald R |
| **Authorized by:** | Ronald R Benjamin, Benjamin, Ronald R |
| **Authorize and file on:** | Sep 20 2007 5:38PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical(3) |
| **Case Number:** | 2:06cv02708 |
| **Case Name:** | Connolly, Marjorie et al vs Merck & Co Inc |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | Kristine Hia |

**Documents List**
**2 Document(s)**

**Attached Document, 11 Pages   Document ID: 11372616**          PDF Format  |  Original Format

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Plaintiff Profile Form | Secure Public | $0.00 | |
| **Document title:** | | | |
| Hia PPF | | | |

**Attached Document, 7 Pages   Document ID: 11372746**          PDF Format  |  Original Format
Related Document ID: 11372616

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Other Court Filed Documents | Secure Public | $0.00 | |
| **Document title:** | | | |
| Hia Authorizations | | | |

Expand All

 **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Connolly, Marjorie | Plaintiff | Benjamin, Ronald R | Benjamin, Ronald R | Attorney in Charge |

 **Recipients (12)**

  **Service List (12)**

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Defendants Liaison Counsel | Defendant | Williams, Catherine Michelle Shelly | McCranie Sistrunk Anzelmo Hardy Maxwell & McDaniel | National Counsel | E-Service |
| Service | Defendants Liaison Counsel | Defendant | Wimberly, Dorothy H | Stone Pigman Walter Wittmann LLC | National Counsel | E-Service |
| Service | Defendants Liaison Counsel | Defendant | Wittmann, Phillip | Stone Pigman Walter Wittmann LLC | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Cohen, Charles W | Hughes Hubbard & Reed LLP-New York | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Coronato, Wilfred P | Hughes Hubbard & Reed LLP-New York | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Hayes, Vilia B | Hughes Hubbard & Reed LLP-New York | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Giamportone, Susan J | Womble Carlyle Sandridge & Rice PLLC-Winston-Salem | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Mavroudis/973004, Dimitrios | Dechert LLP-Philadelphia | Attorney in Charge | E-Service |
| | Plaintiffs Liaison | | | Beasley Allen Crow Methvin Portis | | E- |

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

*TIP:* Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| Transaction ID: | 16391573 |
| Submitted by: | Diane Walter, Benjamin, Ronald R |
| Authorized by: | Ronald R Benjamin, Benjamin, Ronald R |
| Authorize and file on: | Sep 20 2007 6:28PM CDT |

| | |
|---|---|
| Court: | LA US District Court Eastern District E-Service-Vioxx |
| Division/Courtroom: | N/A |
| Case Class: | Civil-Vioxx |
| Case Type: | Product Liability-Pharmaceutical(3) |
| Case Number: | 2:06cv02708 |
| Case Name: | Connolly, Marjorie et al vs Merck & Co Inc |

| | |
|---|---|
| Transaction Option: | Serve Only – Private |
| Billing Reference: | Kristine Hia |

**Documents List**
**2 Document(s)**

Attached Document, 87 Pages   Document ID: 11374426          PDF Format | Original Format
Document Type: Exhibits    Access: Sealed, electronic    Statutory Fee: $0.00    Linked:
Document title: Hia Medical Records

Attached Document, 73 Pages   Document ID: 11374457          PDF Format | Original Format
Related Document ID: 11374426
Document Type: Exhibits    Access: Sealed, electronic    Statutory Fee: $0.00    Linked:
Document title: Hia Medical Records 1

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Connolly, Marjorie | Plaintiff | Benjamin, Ronald R | Benjamin, Ronald R | Attorney in Charge |

⊟ **Recipients (12)**

⊟ Service List (12)

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Defendants Liaison Counsel | Defendant | Williams, Catherine Michelle Shelly | McCranie Sistrunk Anzelmo Hardy Maxwell & McDaniel | National Counsel | E-Service |
| Service | Defendants Liaison Counsel | Defendant | Wimberly, Dorothy H | Stone Pigman Walter Wittmann LLC | National Counsel | E-Service |
| Service | Defendants Liaison Counsel | Defendant | Wittmann, Phillip | Stone Pigman Walter Wittmann LLC | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Cohen, Charles W | Hughes Hubbard & Reed LLP-New York | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Coronato, Wilfred P | Hughes Hubbard & Reed LLP-New York | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Hayes, Vilia B | Hughes Hubbard & Reed LLP-New York | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Giamportone, Susan J | Womble Carlyle Sandridge & Rice PLLC-Winston-Salem | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Mavroudis/973004, Dimitrios | Dechert LLP-Philadelphia | Attorney in Charge | E-Service |
| | Plaintiffs Liaison | | | Beasley Allen Crow Methvin Portis | | E- |

| Service | Counsel | Plaintiff | Birchfield, Andy D | & Miles PC | Co-Counsel | Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Seeger, Christopher | Seeger Weiss LLP | Co-Counsel | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Davis, Leonard | Herman Herman Katz & Cotlar LLP | Attorney in Charge | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Herman, Russ | Herman Herman Katz & Cotlar LLP | Co-Counsel | E-Service |

□ Additional Recipients (0)

⊞ **Case Parties**

| Begin a New Transaction | | Return to My File & Serve | | Print |



About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2007 LexisNexis®. All rights reserved.

**EXHIBIT 2**

**FAMILY PRACTICE**

PATIENT PROGRESS NOTE

NAME: Kristine Hia

D.O.B. 8/25/60   DATE: _____

BP: _____   WEIGHT: _____   TEMP: _____

2/18 (cont'd)

in for any refills and in the medication record it has been indicated that the medication had been "stopped". John's chart has this noted as well. In the end I decided to give Kristen exactly a one month supply of the Vioxx, 50 mg. tablets that would be #30 with the directions to take it once a day, no refills, Lortab 10 mg., #120 one every six hours as needed, with no refills, and Flexeril 10 mg. #90 one three times a day as needed with no refills, and urged her to f/u with Michele as soon as she returns from Florida in about one month. Additionally, I will speak with Michele regarding my visit with Kristen today as it may be beneficial for both her and myself.
V. Gregory, D.O./meo

| | |
|---|---|
| 3-10-03 | S: follow up. No △ in sx |
| MSD/KW | Cold weather is "bothering" her |
| Wt 174 | Pain Rating - 8. Constant. / K. Warrington - |
| BP 118/80 | Rx refills needed on meds - |
| P 100 | Pt believes now self-pay - No more |
| R 18 | no fault. |

Kristine Health -
Cultivate

Lortab 10mg 1 Q6hrs. 120 c 3 Refills.
dictation mw

KRISTINE HIA   3/10/03
DOB: 8/25/60
S: This patient presents for f/u, there been no change in her symptoms the cold weather has been bothering her more, since the last time she was here she did have to go and take care of her father's estate and help settle her mother so she is still under a lot of stress, she indicates the pain is still constant as always and no change in that and does need a refill on the medications, she no longer has no fault coverage, she has a hearing but it was rescheduled from Jan. and supposedly to be rescheduled within six months from Jan. so she will call to find out about that but in the meantime she has no insurance and cannot afford to pay, which brings her to the next point of anything routine healthwise which she is well overdue for, there is no coverage for that so at this time there is no light at the end of that tunnel as to when we might be able to complete that. She also has some areas of her skin of psoriasis which there have been a flareup and she has tried a lot of OTC medications but would like some help with that.
O: Female, NAD, she can perform ROM which is identical every time she has come in here and is very limited flexion of the head, she can turn to the left and right a little bit better than usual but she did have crepitus and there was a loud crack when she turned her head to the right, however, the left rib cage looked moderately reddened and had slight bulging noted, nodes neg. Chest clear, abd. neg. Vital signs stable.

**FAMILY PRACTICE**                                                                        **TIENT PROGRESS NOTES**

NAME: _Kristine Hia_        D.O.B. _8/25/60_ DATE: _____

BP: _____        WEIGHT: _____        TEMP: _____

_3/10 (cont'd)_

**A:** Female with cervical radiculopathy, cervical herniation, fusion of C5-7 with bilateral OM and psoriasis on the right lower leg.
**P:** Will use some Cultivate cream b.i.d. and skin care for the psoriasis, I did renew her Lortab 10 mg. one q 6h #120 with three refills, gave her some samples of Vioxx 25 mg. that we had and I will set some aside for her should she need more, she will keep me posted as to what is going on with her hearing and we did talk about applying for reduced fees, etc. and she will call me and let me know how she is doing and will plan for the next appropriate f/u.
Michele Stewart-Donato, RNFNP-C/meo _m Stewart Donato FNP C_

6-11-03    _Pt has to leave to go to FL - her mother had a stroke._
_Requesting renewals._
_Flexeril 10mg ÷ TID prn #90. 1 Refill_
_Lortab 10mg ÷ Q6hr prn #120 ÷ R._  _m Stewart_
_Vioxx 50mg ÷ QD #30 1 refill._         _DNP_
_M called to R.A. Oncq_ _Rendulmer FNP C_

6/24/03  _Card sent to patient requesting her to schedule a 30 minute_
_appt ō Dr Beach to address form from her attorney._
_B. Wilford MOA_

6/25/03    _Follow up p̄ car accident_ _Kristin_
_wt 173#  Lortab 10mg ÷ Q6hrs prn #120 1 Refill_
_B/P 128/82  No charge for todays visit   See dictation Mario_
_P 84                  charge for todays_
_R 22                   visit_
_MDN/hm_

**KRISTINE HIA**  6/25/03
DOB: 8/25/60
**S:** This patient was originally supposed to be scheduled with Dr. Beach, she presents for an eval. which is being required by her lawyer and the social security dept. This was discussed with Dr. Beach several days ago and she was to have her on his schedule, this did not happen, she was scheduled with me so at this time she comes in today for this evaluation that we are unable to complete today. She is going to reschedule that as she has to pay for this visit herself and she was not charged for her visit today. I did refill her Lortab 10 mg. one q. 6h p.r.n. #120 with one refill. I gave her samples of Vioxx 50 one q.d. I gave her #40 in tablets, though though she will reschedule with Dr. Beach and then will plan for any f/u needed after that.
Michele Stewart-Donato, RNFNP-C/meo _m Stewart Donato FNP C_

6  -05

**LOURDES HOSPITAL**

**PATIENT PROGRESS NOTES**

NAME: Kristine Hia          D.O.B. 8-25-60    DATE: _____

BP: _____          WEIGHT: _____          TEMP: _____

```
5-14-04      Walk in / States just left hosp - Wilson 0
Wt 1162#     24° stay - pt states she didn't feel ready to
B/P 108/72   leave - Pt requesting meds -
P 84         Needs: Diazepam 5mg T/D  pt requests stronger
R 17         pain med stating "med she is on is not strong
Temp 98.5    enough"                                    KH cqn
Pain Scale: Chest pain going through to back 8/10 ; nothing helps
BB/rg        states pt                                  Tglpn
```

---

**5/14/04       KRISTINE HIA          DOB: 8/25/60**

**S:** Kristine is a 43-year-old female patient of Dr. Beach's who I am seeing acutely today. She has a history of coronary artery disease, and is status post angioplasty and stent in the LAD approximately two weeks ago. She tells me yesterday she had a recurrence of chest pain. She went to Wilson and was admitted for cardiac cath. There were no blockages noted and she was diagnosed with coronary vessel spasm. She was started on Norvasc 2.5 mg q.d. Her beta blocker, Toprol XL, was discontinued. She was discharged a few hours ago. She has a history of chronic pain syndrome with cervical disc herniation and radiculopathy. She tells me she was discharged on Lortab for pain control for her groin discomfort secondary to cath as well as her chest discomfort. She tells me that she tried to tell the doctors there that this is something she takes chronically so it was not going to help her with this kind of pain. They discharge her anyway and she came straight to Wilson Hospital to our office to get more pain medication. She tells me she did not feel quite ready to leave the hospital. She is complaining of chest discomfort at the moment but tells me it is "not like her cardiac chest pain". She tells me it is discomfort only from the catheterization. Patient also takes Diazepam 5 mg t.i.d. Apparently, this was 2.5 mg b.i.d. but patient tells me it was increased while she was in the hospital. She takes this for anxiety, as well as for a history of spasm. She is also on Vioxx, over the counter Zantac as needed, Zocor, NitroQuick sublingual as needed, calcium, multi vitamins, daily aspirin, Plavix 75 mg q.d. She denies any dyspnea. No palpitations. She was driven here today by a friend. She is asking for pain medications so she can leave. She continues to smoke, although she assures me she has cut down quite a bit.

**O:** Vital signs noted. Blood pressure 108/72. Temperature 98.5°. Generally, she is in no acute distress. She is walking, able to get on and off the exam table with minimal assistance. She is moving slow. HEENT: Pupils are small but not pinpoint, equally reactive to light and accommodation. Oral mucosa is moist without lesions. Neck supple. There is no JVD and no bruit. Lungs are clear bilaterally. Heart regular rate and rhythm, there is no murmur or ectopy. Abdomen is soft and nontender. Examination of bilateral femoral regions reveal no hematoma, no erythema. Bandage on the left side is intact. It is tender to touch. Extremities without any edema or rashes.
EKG shows normal sinus rhythm at 66 beats/minute. There are no acute ST or T wave changes and no ectopy noted.

**FAMILY PRACTICE**

NAME: Kristine Ha

D.O.B. _____  PATIENT PROGRESS N

BP: _____   DATE: _____

WEIGHT: _____

TEMP: _____

7/8/03

wt 178#   Insurance Evaluation   SSI

B/P 130/80   neck pain   91   MUA   neck inj   out of work, 4 sx,

P 84   99   "   disc surg + fusion 2 levels   NOD   Flex

R 22   01   "   Fle

RR/Rg

(R) hip pain – arthritis

Flexeril 10 x hs

lortabs   3-4 tabs co

Xanax   50 co

last worked 99 č mon

Waitress

prior occup – restaurant manager, waitress

tax examiner IRS

daily pain,   nocturnal awakening

(R) post cervical → occiput → HA

numbness (L) thumb (L) index

weak grip (R) hand.   exc steady pain up arm

lies down during d/ 3-4° total   ¼ hr turn – doesn't sleep

↓ flex mod – severe

sl ↓ ext

sl ↓ lat flex

mod ↓ rotate

? weather dou flex (L) wrist

mild food other

↓ IR (R) hip mod

↓ ↑ ER (R) hip mild

abd + flex ar

(Ө) car up

(L) post cervical bap, + lumbar band

12/93

Oxycod BPAP 2-5/500

$564   $60



**LOURDES HOSPITAL**

**PATIENT PROGRESS NOTES**

NAME: Kristine Hia     D.O.B. 8/25/60     DATE: _____

BP: _____     WEIGHT: _____     TEMP: _____

7/8/03 Cont.

**Christine Hia**     7/8/03

**S:** The patient is in for a functional capacity exam. She's applying for Social Security Disability. Her disability is chronic neck pain and chronic right hip pain. The patient stated that her neck pain is the result of 3 automobile accidents, the first in '91. She was out of work for 4 years after that accident. The 2nd accident was in '99 and then resulting from that accident, in September of 2000, she believes, she had disc surgery and fusion at 2 levels. This was done in Florida and was cervical disc. Again, she had an accident in 2001. She last worked in '99 prior to her '99 auto accident. She was working as a waitress at that time and prior jobs had been restaurant manager, hostess and a tax examiner for the IRS. The patient states she's in daily pain, both during the day and at night, sometimes wakes her up at night. Primarily, she's talking about her neck. The pain is mostly in the left posterior cervical region radiating up to the occiput and causing headaches. She has some numbness in the left thumb and index and notices weakness of her left hand grip. She occasionally has shooting pains up her arm. She states that for a total of about 3-4 hours during the day, she lies down to try to help her neck pain, usually about ½ an hour at a time, although she doesn't sleep during those episodes. Her current medications are of Flexeril 10mg as written at tid but she just takes it at bedtime because it makes her a little groggy with blurred vision, has Lortab a tab every 6 hours and averages 3-4 a day but says it's not working for her now as she's been on it a long time and Vioxx 50mg once a day.

**O:** Neck range of motion shows a moderate restriction of flexion. She cannot get her chin to her chest and this is associated with pain, neck extension is slightly restricted with pain, lateral flexion is slightly restricted with pain, left and right and rotation is moderately mild to moderately restricted bilaterally. Cervical compression test is negative. DTRs are symmetric. Muscle strength testing has some equivocal weakness of the wrist extensors of left wrist and otherwise, muscle function is good. She has tenderness over the left posterior cervical musculature especially inferior and trapezius musculature and to a slight degree, rhomboid musculature on the left. Hips, the patient walks without a limp, does have decreased internal rotation of the right hip to a moderate degree and decreased external rotation to a mild degree. Abduction and flexion seem normal.

**A:** A nearly 43 year old female with chronic neck pain over 10 years and for right hip pain since she was about 30. Please see the copy of the functional capacity evaluation that I have in the chart.

**P:** For pain, we did change her to Oxycodone 7.5/500mg 1 every 6 hours PRN #60. She's to return in 2 weeks and discuss her pain management with Michele. It might be that if she's taking frequent short-acting pain medications, that she would do well with a long acting twice a day pain medication with short acting for break-through.
       Dr. Beach/ck

LOURDES
HOSPITAL

**NAME:** Kristine Hia

**BP:** _____    **D.O.B.** 8/25/60    **PATIENT PROGRESS**

**WEIGHT:** _____    **DATE:** _____

7/21/03

**TEMP:** _____

Wt 176#

B/P 118/78

P 80

R 20

M80 1mg

Follow ā disability eval; Med review Kn
leaving Wed for FL. made feel srdy + nausea
Zantac OTC.
Vioxx 50mg (12 50mg sample gium) needs pro
Flexeril 10mg: ā@ks #30 6 refills - see script out sheet
.06-Phrgen #120  3 Refills.  Loetab 10m
asabl. Use last sem by M. Beach - leaving for FL
to return Proned P. neubab. No problem identified
except MV B oxycod. P&P A Rx by M. Beach - thinks she ha
No chage for mistaken visit. Pt has no Insurance. Mark

'13 Lortab not helping; oxycodone 7.5/500 + Sig 4 pm #90
/hme

(n)

**LOURDES HOSPITAL**

**PATIENT PROGRESS NOTES**

NAME: Kristine Hia _____  D.O.B. 8/25/60  DATE: _____

BP: _____     WEIGHT: _____     TEMP: _____

9/16/03 (cont'd)

**A:**  1) Resolving pyelonephritis.  2) Elevated Lipase of uncertain etiology.  3) Chronic neck pain.

**P:**  Finish out Keflex and prescriptions for Lortab, Flexeril and Vioxx as per the Xerox copy in the chart for her mail order pharmacy.  I didn't write these on triplicates because they are going to an out of state pharmacy.  Lipase, amylase and CBC were drawn.  When she returns to see me in a month, will give her an order to have a repeat pelvic ultrasound to follow up on the 3cm left ovarian cyst.
                    Dr. Beach/ck

10/10/03  R.A calling pt calling for refill on Lortab, Flexeril herbcho Flexeril Darvet - written 9/9/03 filled 9/16 1:50 from Dr Beach. Withdrawn Drug screen not to fill if pt not clean.

10/24/03  10/24/03 Pt just out of hosp. requests samples Vioxx 25mg & Effexor XR 75mg - two samples given per Dr. Beach, Pt has f/u appt on 10/28/03 KLA

10/27/03  Pt called c/o Chest pain, ↑sweating, ↓urination, Nausea c vomiting, pt advised to call 911 et go to ER for further eval.

**LOURDES HOSPITAL**

**PATIENT PROGRESS NOTES**

NAME: _Kristine Hia_ D.O.B. _8/25/60_ DATE: ____

Provider: _Beach_ (primary) ____ (covering) Date: _12-29-03_ Time: _9 ³⁵_

Patient: _Kristine Haa_ DOB: _8-25-60_ Phone #: _315-295-___ Staff: _SDB_

Pharmacy: _2480_

Medication Allergies: ____ Insurance: ____

Reason For Call: ____

_Needs_

① _Diazapam 5 mg ½ tab BID → mua 3 #30_

_1003_
_1960_
_dgs_

② _Vioxx — refilled 12/2/03 #30 x5  date 12/29/03_

③ _Lortab 10/500 + bts 4-6 h #150  dated 1/2/04_

_Will pick up today_

Provider Response: ____

_copy meth for client_

[ ] Spoke to Patient Provider: ____ / [ ] Spoke to Patient STAFF: ____

784-453086 (10/96)

---

_12. 04 - 5' 7/11 - ② sid back wound healed. Neuris pain._
_wt : 163 #        Needs samples of Vioxx 50mg_
_B/P - 112/86                                      Jean King Leg_
_P - 88        SR @ 12 dpuit Fc._
_R - 16                                            Magnesie ._
_B/GK        low fat, vegan                        LP_
_                                                  - ALT_

_① chest → ① back  tight_
_              20' - 30'                           perimenopausal_

_Upper Campai   ① dyspnea._
_               ① sweats                           12 ultra lgt cig COD_
_               ⊝ N                                (was 3PPD)_

_stress precipitates     occ awakening at night_
_pleuritic_

---

_29/04 Please notify lab results — Magnesium and_
_LT (liver test) — normal. Cholesterol is excellent (Jn_
_it needs to call. Neu Ph)_

_29-04 Above info given_
_to pt        BvR_

LOURDES
HOSPITAL

**PATIENT PROGRESS NOTES**

NAME: Kristine Hia                    D.O.B. 8/25/60   DATE: _____

BP: _____          WEIGHT: _____          TEMP: _____

1/27/04 Cont.

**Kristine Hia          1/27/04**

**S:** The patient is in for recheck. She's back from Florida. She found that even decreasing the Effexor to 37.5mg a day was not satisfactory. She still was somewhat confused and had dulled thought processes. So, she stopped the medication, she's trying to work on her depression on her own by increasing exercise. She's walking in the house and on good days, she tries to walk outside. She ran out of Vioxx and didn't have enough money to buy a prescription so, she's been taking a few more of Lortab. She's decreased her smoking from former three packs a day to 12 Ultra-light cigarettes a day. She's following a low fat, Began diet. Weight is 163 which is down from the 170s plus back in October. She is due for recheck of lipid profile now that she's on Zocor 40mg daily. The patient complains of left chest discomfort that radiates towards her back, is like a tightness, lasts for 20-30 minutes at a time, usually precipitated by stress, sometimes can be with walking, sometimes can awaken her at night, may be associated with left upper arm pain, dyspnea and sweating but no nausea. The patient had a gaited stress myocardial perfusion scan on October 21st when she was hospitalized for another problem and that was entirely normal. However, Dr. DiMenna or the covering cardiologist, did send her home on Nitroglycerine. The patient's stress primarily deals with her son, Jon, who is unhappy in this area. He wants to move back to the Long Island/Brooklyn New York City area. He wants to go to school there next year. So, he's investigating moving down there. She does have family in that area that he could possibly stay with. Jon's father, who Kristine never married, is Dominick Russo, who lives in this area but Jon is not close to Mr. Russo.

**O:** Vital signs as recorded. The patient looks actually more upbeat and cheerful today. She's well dressed, looks neat and looks much healthier than she has in the past. She was congratulated on her weight loss and changes in her lifestyle to promote a more healthy lifestyle and wellness. The excisional biopsy site for her sebaceous cyst of the left upper back is well healed. She had sutures removed in Florida after about twelve days post-surgery. Neck unremarkable, no JVD, carotids palpable without bruits. Lungs clear to auscultation with no adventitious sounds. Heart regular rhythm without murmurs or gallops. She has no chest wall tenderness, no abdominal tenderness, no hepatosplenomegaly.

**A:** 1) Depression stable off medication. 2) Chest pain that is probably noncardiac, possibly just intercostal muscle tightness from stress. 3) Hypercholesterolemia. 4) Chronic back pain due to prior motor vehicle accident with cervical radiculopathy and cervical disc disease. 5) History of ovarian cyst found on ultrasound during her Wilson hospitalization in September. The patient is overdue for pap smear and will be coming back in a month for that. She did have a mammogram done October 20, 2003 when she was hospitalized.

**P:** She was given samples for about a month for Zocor 40mg and Vioxx 50mg, I wrote prescriptions for her Diazepam 5mg ½ tab bid PRN and Lortab 10/500mg one tab Q 4 hours PRN #150 with no refills.
                    Brian Beach, M.D./ck

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX® | * | MDL Docket No. 1657 |
|  | * |  |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
|  | * |  |
|  | * | JUDGE FALLON |
|  | * | MAGISTRATE JUDGE KNOWLES |
|  | * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO:     Kristine Hia  v.  Merck & Co., et al.
                              Case No.: 2:06-cv-2708-EEF-DEK

## PLAINTIFFS' ANSWERS TO DEFENDANT MERCK & CO., INC.'S FIRST SET OF INTERROGATORIES

Plaintiff hereby answers the defendant's First Set of Interrogatories as follows:

INTERROGATORY NO. 1:  Please identify, for the present civil action, the title of the action, the civil action number, the name of the court in which this action was filed, the name of the court in which this action is currently pending, and the full name, address, telephone number and facsimile number of the principal attorney representing you in this action.

ANSWER:  Marjorie Connolly, Marjorie Curtis, Kristina Donahue, Charles Harris, Jr., Kristine Hia, Sheila Hickok, Joanne Hochrun, Suzanne Holdredge, *et ux.* Larry Holdredge, Maurice Hoyt, *et ux.*, Angela Hoyt, Frank Kunik, Sr., *et ux.* Carol Kunik, and William Patrick, *et ux.* Mary Patrick, Civil Action No. 2:06-cv-2708.  The action was originally filed in the United States District Court for the Northern District of New York, and is currently pending in the United States District Court for the Eastern District of Louisiana.   Principal attorney:  Ronald R. Benjamin, 126 Riverside Drive, P. O. Box 607, Binghamton, NY 13902-0607, 607/772-1442 phone, 607/772-1678 fax.

INTERROGATORY NO. 2:   Please identify each person having knowledge or information regarding the facts, circumstances, injuries, damages, or allegations contained in your Complaint.

ANSWER:   In addition to the plaintiffs and defendant Merck the following:

Brian W. Beach, MD
Michelle Stewart-Donato, FCNP
Owego Family Practice
500 5th Ave., Owego NY 13827

Christine H, Fenlon, M.D.
Wilson Medical Center
or 177 Riverside Dr.
Johnson City, NY 13790

Randall Alfred Bottler, M.D.
100 Port Washington Blvd
Roslyn, NY 11576-1353

Charles D. Phillips, M.D.
3066 S.W. Martin Downs Blvd
Palm City, FL 34990

John R. Robinson, M.D.
Dept. Of Neurosurgery
Martin Memorial Health Systems
509 Riverside Drive, Suite 203
Stuart, FL 34994

Govindarajan Venkatesh, M.D.
Guthrie Clinic Sayre
Guthrie Square
Guthrie, PA 18840

Nche Zama, M.D.
Formerly at Guthrie Clinic, Sayre, PA;
now at Pocono Medical Center
206 East Brown Street
East Stroudsburg, PA 18301

Charles Campbell, M.D.
John D. DiMenna, M.D.
Cardiology Associates
161 Riverside Drive #205
Binghamton, NY 13905

Mario Capparuccini, M.D.
Vestal Medical Associates
1020 Vestal Parkway #2
Vestal, NY 13850

Nasiruddin M. Jamal, M.D.
Richard Ryder, M.D.
Nicholas J. Stamato, M.D.
Cardiology Associates
30 Harrison Street, Suite 250
Johnson City, NY 13790

James Hollandt, M.D.
United Medical Associates
800 Hooper Road
Endwell, NY 13760

Kenneth T. Wong, M.D.
Binghamton Cardiovascular & Thoracic
Surgeons, P.C.
41 Arch Street
Johnson City, NY 13790

Irene Katz, mother
2000 Boyle Road, Apt. 21
Selden, NY 11784-1200

Jon K. Hia, son
382 Owego Road
Candor, NY 13743-1645

INTERROGATORY NO. 3:   Provide the factual basis and a computation for each category of damages you claim and identify all documents upon which you will rely in support of each category of damages.

ANSWER:    All general compensatory damages, including past and future pain and suffering, as opposed to special damages, are jury issues for resolution at trial.    Plaintiff's medical bills were paid under Medicaid by the Tioga County Department of Social Services, Route 38, Town of Owego, P. O. Box 240, Owego, NY 13827, for which it has served a Notice of Lien for $8,275.74 as of March 2006, but the full amount of the lien is not yet known, and the same are, therefore, a category of damage and will be supplemented.    Plaintiff incorporates and relies on the records of her medical providers and health insurer with respect to the computation of past and future medical expenses, for which she has supplied authorizations to defendant.

INTERROGATORY NO. 4:    Please state whether you have been reimbursed or filed a claim under an insurance policy with respect to alleged injuries that form the basis of this action.  If so, for each claim, identify the person with whom you filed a claim, the insurer, the policyholder, the policy number, and the claim number.

ANSWER:    No.

INTERROGATORY NO. 5:    State whether you have undergone a physical examination in connection with any application for life insurance since January 1, 1990.  If so, state the date of any such examination, where it was conducted, who conducted the examination, whether there is a report of such physical examination and the life insurance company on whose behalf the examination was conducted.  If a report was made, attach a true copy.  If any such physical examination resulted in denial of your application, please describe such action.

ANSWER:    No.

INTERROGATORY NO. 6:    Identify all information, instructions, warnings or precautions about Vioxx obtained by you from any source. For each item of information, instruction , warning, or precaution, identify the source, the date you received it, and if you relied upon it in any manner, describe what action you took or did not take as a result.

ANSWER:    None recalled.

INTERROGATORY NO. 7:   State whether you have ever filed a claim (including a worker's compensation or a social security disability claim) or instituted a legal proceeding for any personal, economic or other injury. If so, state the date and nature of the injuries and damages claimed, the date and place of filing for each such claim or legal proceeding , the full names and addresses of all parties to the action and their attorneys if any, the name of the court or other forum, the title of the action and the case number, and the present status of each claim or legal proceeding. If terminated, give the final result of each such claim or legal proceeding, including any monetary judgement, settlement or award.

ANSWER:   Yes.   (1) Claimed SSI/SSD and workers compensation based on total disability due to cervical fusion and osteoarthritis, August 1999 to present.   Awarded disability which continues to the present. Addresses:  U.S. Social Security Administration, 15 Henry Street, Binghamton, NY 13901.  Suffolk County Workers Compensation, Mailing: P. O. Box 5205, Binghamton, NY 13902-5205; District Office: 220 Rabro Drive, Suite 100, Happauge, NY 11788-4230.

Defendant has been provided with authorizations to obtain release of the additional information requested above.

(2) Commenced a lawsuit in or about 1999 for automobile negligence, but do not recall the name of the defendants or court, or the monetary settlement details.

(3) On February 2, 2005, commenced a medical malpractice lawsuit, Kristine Hia v. Kenneth Wong, M.D., and United Health Services, Inc., d/b/a Wilson Memorial Regional Medical Center, 2005-000367 in the New York State Supreme Court for the County of Broome, for malpractice negligence related to single coronary bypass surgery and lack of follow-up care; this lawsuit is ongoing.

INTERROGATORY NO. 8:  Please identify whether you are in possession of any unused Vioxx. If so, please identify the number of tablets or amount of oral suspension in your possession, the

date of the prescription to which the unused Vioxx relates, and the current location of the unused Vioxx.

    <u>ANSWER</u>:   No.

<u>INTERROGATORY NO. 9</u>:  Please identify all communications, whether oral, written or electronic (including email, communication as part of internet "chat rooms" or email groups), with others not including your counsel, regarding Vioxx or your alleged injuries.

    <u>ANSWER</u>:   None, other than family member s and medical providers as confirmed in

the medical records.

<u>INTERROGATORY NO. 10</u>:  Please identify whether you conducted any research on your computer regarding Vioxx, the current location of your computer, whether you ever sent and/or received any emails relating to Vioxx or your alleged injuries (other than those from your attorney), and whether you are in possession of the emails sent or received relating to Vioxx or you alleged injuries.

    <u>ANSWER</u>:  No.

                         Ronald R. Benjamin Fed. Bar No. 101131
                         LAW OFFICE OF RONALD R. BENJAMIN
                         Attorneys for Plaintiffs
                         126 Riverside Drive, PO Box 607
                         Binghamton, New York 13902-0607
                         607/772-1442

**<u>VERIFICATION</u>**

I, Kristine Hia, declare under penalty of perjury subject to 28 U.S.C. § 1746 that the

foregoing answers to interrogatories are true and correct to the best of my knowledge.

_Kristine S. Hia_                         ___08/19_____, 2008
Signature                                 Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL DOCKET NO: 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE GALLON |
| | ) | |
| | ) | MAG. JUDGE KNOWLES |
| | ) | |
| | ) | |

STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28)
Kristine Hia: 2:06-cv-02708

Pursuant to Pre-Trial Order No. 28, Plaintiff Kristine Hia sent Document Preservation
Notices to the following individuals and entities. Copies of the Notices sent are attached
and marked as Exhibit "1".

Medical Providers:

Wilson Regional Memorial Hospital
33-57 Harrison Street
Johnson City, NY 13790

Mario D. Capparuccini, MD
c/o Vestal Medical Associates, Lourdes
1020 Vestal Parkway East
Vestal, NY 1385

Vestal Medical Associates, Lourdes
1020 Vestal Parkway East
Vestal, NY 13850

James E. Hollandt, MD
c/o United Medical Associates
601 Riverside Avenue
Johnson City, NY 13790

United Medical Associates
601 Riverside Avenue
Johnson City, NY 13790

United Medical Associates -

Endicott Walk-In
1302 East Main Street
Endicott, NY 13760

Tier Cardiology Group P.C.
101 Main Street
Johnson City, NY 13790

Nasiruddin M-K Jamal, MD
c/o Tier Cardiology Group P.C.
101 Main Street
Johnson City, NY 13790

Vanesa Gregory
c/o Lourdes Family Practice - Owego
500 5th Avenue
Owego, NY 13827

Lourdes Family Practice - Owego
500 5th Avenue
Owego, NY 13827

Brian W. Beach, MD
c/o Lourdes Family Practice - Owego
500 5th Avenue
Owego, NY 13827

Michelle Stewart-Donato
c/o Lourdes Family Practice - Owego
500 5th Avenue
Owego, NY 13827

Christine H Fenlon, MD
c/o Lourdes Hospital
169 Riverside Drive
Binghamton, NY 13905

Lourdes Hospital
169 Riverside Drive
Binghamton, NY 13905

Lourdes Family Practice
161 Riverside Drive, #306
Binghamton, NY 13905

Nicholas J. Stamato, MD

c/o Cardiology Associates
161 Riverside Drive, #205
Binghamton, NY 13905

Cardiology Associates
161 Riverside Drive, #205
Binghamton, NY 13905

Charles R. Campbell, MD
c/o Cardiology Associates
161 Riverside Drive, #205
Binghamton, NY 13905

John D Dimenna, MD
c/o Cardiology Associates
161 Riverside Drive, #205
Binghamton, NY 13905

Richard A. Ryder, MD
c/o Cardiology Associates
30 Harrison Street, Suite 250
Johnson City, NY 13790

Cardiology Associates
30 Harrison Street, Suite 250
Johnson City, NY 13790

Binghamton Cardiovascular & Thoracic Sugeons, P.C.
41 Arch Street
Johnson City, NY 13790

Kenneth Ting-Hung Wong, MD
c/o Binghamton Cardiovascular & Thoracic Sugeons, P.C.
41 Arch Street
Johnson City, NY 13790

CVS
Pharmacy Privacy Office
One CVS Drive
Woonsocket, RI 02895

Rite Aid
PO Box 3165
Harrisburg, PA 17105

John Robinson, MD

c/o Martin Memorial Health Systems – Surgicenter
509 Southeast Riverside Drive
Stuart, FL 34994

Martin Memorial Health Systems – Surgicenter
509 Southeast Riverside Drive
Stuart, FL 34994

Pocono Health System
206 E Brown St
East Stroudsburg, PA 18301-3006

Martin Memorial
200 Southeast Hospital Avenue
Stuart, FL 34994

Walgreens
1250 NE Jensen Beach Blvd
Jensen Beach, FL 34957

A. Bottler Randall, MD
1 Norton Avenue
Oneonta, NY 13820

Eckerd Corporation Privacy Office
50 Service Avenue
Warwick, RI 02886

Robert McLennand, MD
c/o Guthrie Medical Center
Robert Packer Hospital
One Guthrie Square
Sayre, PA 18840

Giordaraja Venkatesh, MD
c/o Guthrie Medical Center
Robert Packer Hospital
One Guthrie Square
Sayre, PA 18840

Nche Zama, MD
c/o Guthrie Medical Center
Robert Packer Hospital
One Guthrie Square
Sayre, PA 18840

Guthrie Medical Center
Robert Packer Hospital
One Guthrie Square
Sayre, PA 18840

Executed on March 10, 2008 in Binghamton, NY.

                                               /s/ Ronald R. Benjamin
                                             Ronald R. Benjamin, Esq.
                                             126 Riverside Drive
                                             PO Box 607
                                             Binghamton, NY 13902-0607
                                             607-772-1442

### LAW OFFICES OF RONALD R. BENJAMIN
#### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Wilson Regional Memorial Hospital
33-57 Harrison Street
Johnson City, NY 13790

    Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:06cv02708



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

              Very truly yours,

              Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Mario D. Capparuccini, MD
c/o Vestal Medical Associates, Lourdes
1020 Vestal Parkway East
Vestal, NY 13850

Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Vestal Medical Associates, Lourdes
1020 Vestal Parkway East
Vestal, NY 13850



    Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
        In Re: VIOXX Products Liability Litigation
        MDL No. 1657
        Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

                Very truly yours,

                Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
## *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## N O T I C E

James E. Hollandt, MD
c/o United Medical Associates
601 Riverside Avenue
Johnson City, NY 13790

Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the multi-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

### N O T I C E

United Medical Associates
601 Riverside Avenue
Johnson City, NY 13790



Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## N O T I C E

United Medical Associates - Endicott Walk-In
1302 East Main Street
Endicott, NY 13760

      Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
         In Re: VIOXX Products Liability Litigation
         MDL No. 1657
         Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

                    Very truly yours,

                    Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

<u>**N O T I C E**</u>

Nasiruddin M-K Jamal, MD
c/o Tier Cardiology Group P.C.
101 Main Street
Johnson City, NY 13790



     Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
        In Re: VIOXX Products Liability Litigation
        MDL No. 1657
        Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

                Very truly yours,

                Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,   P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Tier Cardiology Group P.C.
101 Main Street
Johnson City, NY 13790

    Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
        In Re: VIOXX Products Liability Litigation
        MDL No. 1657
        Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

        Very truly yours,

        Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,   P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

### N O T I C E

Vanesa Gregory
c/o Lourdes Family Practice - Owego
500 5th Avenue
Owego, NY 13827



    Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

               Very truly yours,

               Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## N O T I C E

Lourdes Family Practice - Owego
500 5th Avenue
Owego, NY 13827



Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

### N O T I C E

Michelle Stewart-Donato
c/o Lourdes Family Practice - Owego
500 5th Avenue
Owego, NY 13827



Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Brian W. Beach, MD
c/o Lourdes Family Practice - Owego
500 5th Avenue
Owego, NY 13827

Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,   P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Christine H Fenlon, MD
c/o Lourdes Hospital
169 Riverside Drive
Binghamton, NY 13905

   Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
     In Re: VIOXX Products Liability Litigation
     MDL No. 1657
     Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

       Very truly yours,

       Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

*Also admitted in the District of Columbia*

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## N O T I C E

Lourdes Hospital
169 Riverside Drive
Binghamton, NY 13905

Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## N O T I C E

Lourdes Family Practice
161 Riverside Drive, #306
Binghamton, NY 13905

Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
## *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## N O T I C E

Nicholas J. Stamato, MD
c/o Cardiology Associates
161 Riverside Drive, #205
Binghamton, NY 13905

Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

### LAW OFFICES OF RONALD R. BENJAMIN
#### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,   P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Cardiology Associates
161 Riverside Drive, #205
Binghamton, NY 13905

    Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:06cv02708



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

            Very truly yours,

            Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

# N O T I C E

John D Dimenna, MD
c/o Cardiology Associates
161 Riverside Drive, #205
Binghamton, NY 13905

Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc. 
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

### <u>N O T I C E</u>

Charles R. Campbell, MD
c/o Cardiology Associates
161 Riverside Drive, #205
Binghamton, NY 13905

Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
    In Re: VIOXX Products Liability Litigation
    MDL No. 1657
    Case No. 2:06cv02708



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

### N O T I C E

Richard A. Ryder, MD
c/o Cardiology Associates
30 Harrison Street, Suite 250
Johnson City, NY 13790

Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## N O T I C E

Cardiology Associates
30 Harrison Street, Suite 250
Johnson City, NY 13790



Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## N O T I C E

Kenneth Ting-Hung Wong, MD
c/o Binghamton Cardiovascular & Thoracic Sugeons, P.C.
41 Arch Street
Johnson City, NY 13790



      Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
        In Re: VIOXX Products Liability Litigation
        MDL No. 1657
        Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

                Very truly yours,

                Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## **N O T I C E**

Binghamton Cardiovascular & Thoracic Sugeons, P.C.
41 Arch Street
Johnson City, NY 13790



Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## N O T I C E

**VIA U.S. CERTIFIED MAIL**
CVS
Pharmacy Privacy Office
One CVS Drive
Woonsocket, RI 02895

    Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

           Very truly yours,

           Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Rite Aid
PO Box 3165
Harrisburg, PA 17105

  Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
    In Re: VIOXX Products Liability Litigation
    MDL No. 1657
    Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

      Very truly yours,

      Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
*ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
John R. Robinson, MD
c/o Martin Memorial Health Systems – Surgicenter
509 Southeast Riverside Drive
Stuart, FL 34994

> Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
> In Re: VIOXX Products Liability Litigation
> MDL No. 1657
> Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Martin Memorial Health Systems – Surgicenter
509 Southeast Riverside Drive
Stuart, FL 34994

  Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
   In Re: VIOXX Products Liability Litigation
   MDL No. 1657
   Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

     Very truly yours,

     Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,   P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Pocono Health System
206 E Brown St
East Stroudsburg, PA 18301-3006

Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

### LAW OFFICES OF RONALD R. BENJAMIN
##### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Martin Memorial
200 Southeast Hospital Avenue
Stuart, FL 34994

      Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
         In Re: VIOXX Products Liability Litigation
         MDL No. 1657
         Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

                Very truly yours,

                Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

<u>VIA U.S. CERTIFIED MAIL</u>
Walgreens
1250 NE Jensen Beach Blvd
Jensen Beach, FL 34957

    Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:06cv02708



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

               Very truly yours,

               Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

<u>**VIA U.S. CERTIFIED MAIL**</u>
A. Bottler Randall, MD
1 Norton Avenue
Oneonta, NY 13820



    Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No. 1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

              Very truly yours,

              Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Eckerd Corporation Privacy Office
50 Service Avenue
Warwick, RI 02886

    Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
        In Re: VIOXX Products Liability Litigation
        MDL No. 1657
        Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

        Very truly yours,

        Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,   P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Robert McLennand, MD
c/o Guthrie Medical Center
Robert Packer Hospital
One Guthrie Square
Sayre, PA 18840

Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Giorndaraja Venkatesh, MD
c/o Guthrie Medical Center
Robert Packer Hospital
One Guthrie Square
Sayre, PA 18840

    Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutlidistrict litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

           Very truly yours,

           Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Nche Zama, MD
c/o Guthrie Medical Center
Robert Packer Hospital
One Guthrie Square
Sayre, PA 18840

Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above: Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,   P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Guthrie Medical Center
Robert Packer Hospital
One Guthrie Square
Sayre, PA 18840



    Re: Kristine Hia, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

          Very truly yours,

          Ronald R. Benjamin

RRB/mc
Attachment

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing documents have been served electronically on Susan Giamportone, by U.S. Mail and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of March, 2008.

Ronald R. Benjamin
#101113
Law Office of Ronald R. Benjamin
126 Riverside Drive
PO Box 607
Binghamton, NY 13902-0607
607-772-1442
607-772-1678 9 (Fax)
ronbenjaminlaw@stny.rr.com

# Steven A. Rich, M.D.

*Internal Medicine-Geriatrics-Clinical Pharmacology*
*4884 North Road Canandaigua, NY 14424*
*srich@rochester.rr.com*
*Voice: 585-922-0392*

December 30, 2008

Ronald R Benjamin
PO Box 607
126 Riverside Drive
Binghamton, NY 13902

**Re: Kristine Hia**
**DOB: 8-25-1960**
**Date of Injury: 4-22-04 (Unstable angina), 8/26/04(Myocardial infarction),**
**8/26/04(Ischemic stroke)**

Mr. Benjamin:

Thank you for the opportunity to review records regarding Ms Kia and the events surrounding the unstable angina, acute myocardial infarction, and ischemic stroke and information regarding VIOXX® usage.

My education includes a Doctor of Medicine Degree as well as a degree in Pharmacokinetics. My training includes certifications in Internal Medicine and Geriatric Medicine by the American Board of Internal Medicine. A copy of my Curriculum Vitae is attached. My experience includes 21 years of direct patient care including primary, secondary and tertiary care of acute coronary syndromes, rheumatoid conditions and the consequences of these diseases. I have treated patients similar to this patient during the course of my career. I have been active in clinical pharmacology for 21 years, and have authored peer-reviewed and published articles. I have also reviewed published medical literature and Merck documents relating to VIOXX®.

Kristine Hia was 44 years old at the time of her heart attack with no prior history of heart disease. He began using VIOXX® in 1999 for chronic pain resulting from cervical disease from motor vehicle accidents. She reports having had continued use of this medication through the time of her myocardial infarction and subsequent complications., Kristine Hia presented to physicians with complaints of exertional chest pain which was felt to be cardiac in origin, and representing an acute coronary syndrome. She underwent angiography confirming that she had a proximal left anterior descending narrowing which was treated with angioplasty and drug-eluting stent. She had persistent

1

symptoms following her procedure, and required repeat cardiac catheterization, and a single-vessel coronary artery bypass procedure which was performed 7/26/04 at Wilson Medical Center. The patient had complications of a sternal wound infection and persistent pain. She was felt to have suffered an additional myocardial infarction on 8/26/04 when she had abnormal electrocardiographic findings, elevated cardiac enzymes and a confirmatory opinion by a consulting cardiologist. Around that same time she was diagnosed as having suffered a stroke at Wilson Medical Center when she presented with right-sided weakness.

It is my opinion that the events suffered by this individual on the above mentioned dates were caused by the ingestion of VIOXX®. Furthermore, that as a result of these events, this patient has suffered permanent injury that required the urgent medical treatment documented in the medical records and will require future cardiac medical treatment, monitoring and medications for life . The injuries suffered as a result of ingesting VIOXX® are likely to reduce the functional capacity of this patient, and will likely adversely affect life expectancy

All of my opinions are stated within a reasonable degree of medical certainty. My opinions are based on my education, training, and experience. My opinions may be modified based on review of subsequent medical information not currently available to me.

Sincerely,

Steven A. Rich, M.D.
Chief of Geriatrics and Director of the Geriatric Consultative Service
Rochester General Health System, Rochester NY
Clinical Assistant Professor of Medicine
University of Rochester School of Medicine and Dentistry

2