Plaintiff's Exhibit 9

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

October16, 2009

**BY E-MAIL and FAX: 202/434-5029**
Douglas R. Marvin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re:   **Maurice Hoyt v. Merck & Co., Inc.**
[Connolly, et al., v. Merck & Co., Inc., EDLA 2:05-cv-02708-EEF-DEK]

Dear Mr. Marvin:

In response to the Order to Show Cause returnable October 16, 2009, on your client's Third
Motion seeking to enforce PTO 28 in the Vioxx litigation, I am providing the following
information which addresses the only deficiencies identified in Exhibit A pertaining to **Maurice
Hoyt.**

**Medical Records:**   Plaintiff has met the obligation to produce medical records.   In the first
instance, Exhibit A to the Order to Show Cause does not list lack of a PPF, so I trust you
acknowledge that Mr. Hoyt submitted his Plaintiff's Profile Form, with the required signed
authorizations for release of his healthcare records on August 4, 2006,  to Hughes Hubbard &
Reed LLP,  as confirmed in letters from John N. Poulos, Esq., dated November 28, 2006, and our
response and further authorizations sent December 18, 2006.  This occurred prior to the issuance
of PTO 28 later in 2007.

The PPF submitted by Mr. Hoyt and the PPF attached as Exhibit A to PTO 28 are identical as to
requested documents, and both limit the medical records to be produced by the plaintiff in the
following express language:

## VI. DOCUMENTS
Please indicate if any of the following documents and things are currently in
your possession, custody, or control, or in the possession, custody, or control of
your lawyers by checking **"yes"** or **"no"**.  Where you indicated **"yes,"** please
attach the documents and things to your responses to this profile form.

Page 2 of 2

The limited scope of the production required in the above provision in the PPF is entirely consistent with the fact that plaintiff was also required to, and did, provide signed authorizations for release of medical and other records to Merck's counsel as well as the PPF.

With respect to subparagraph (II)(A)(6) of PTO 28, the same only requires medical records to be produced as to "*all healthcare providers requested in the Amended and Supplemental Plaintiff Profile Form....*"   Because Mr. Hoyt clearly submitted his PPF prior to November 9, 2007, he is by definition excluded from having to file an amended and supplemental PPF under the language in PTO 28 (II)(A)(3) stating "*unless Plaintiff . . . has of the date of this Order submitted a Plaintiff Profile Form . . . .*"   His PPF indicates did not have records at that time.  Moreover, since you indicate you have "1 page" of medical records for Mr. Hoyt, I trust you acknowledge you have had authorizations from Mr. Hoyt for almost a year prior to PTO 28.

**Pharmacy Records**:  With respect to PTO 28(II)(A)(1), Mr. Hoyt's prescriptions were filled at the following pharmacies:

(1)     Eckerd Pharmacy #5052 [formerly Fay's Drugs, now Rite-Aid], 511 Hooper Road, Endwell, NY

(2)     CVS Pharmacy #1951, 1103 North Street, Endicott, NY

Mr. Hoyt took Vioxx from March 1, 2002 through about March 3, 2004, per records examined by Dr. Steven Rich. (See attached Report). In addition, as set forth in his PPF, Drs. Paul Maurer and Saeed Bajwa gave him samples of Vioxx 25mg, and pharmacy records do not exist for such samples. Mr. Hoyt was told by the pharmacists at CVS and Eckerd's that no records were available locally prior to 2007 and 2008; he was instructed to contact their Corporate headquarters and has done so. We hope to provide you these records in a timely manner.

**Affidavit of Completeness**:    With respect to the affidavit required by PTO 28(II)(A)(7), I would note that, with reference to subparagraph (7)(ii), the same does not apply to him as he was not required by PTO 28 to file an amended and supplemental PPF.  To the extent your client believes this affidavit should attest as to medical records collection, we will submit an amended affidavit of plaintiff after the medical records that have been collected by Merck and its counsel have been identified for that purpose.

This letter and enclosures will be annexed to the opposition to the Third Motion Order to Show Cause.  I ask that you withdraw Merck's motion since dismissal of this plaintiff's case for any reason, and particularly for failure to prosecute, is clearly unwarranted in light of the above.

Very truly yours,

Ronald R. Benjamin

RRB/mcy
Enc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
|---|---|

**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs *not* making a claim for lost wages or earnings or earning capacity.)**

Name:  Maurice Hoyt
Date of Birth:  September 19, 1957
Social Security Number:  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

I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment and education (with the exception of W-4 and W-2 forms) to the law firm of **HUGHES HUBBARD & REED LLP, One Battery Park Plaza, New York, New York 10004-1482, and/or to the law firm of RONALD R. BENJAMIN, 126 Riverside Drive, P O Box 607, Binghamton, New York 13905, and/or their designated agents ("Receiving Parties").** These records shall be used or disclosed solely in connection with the currently pending VIOXX® litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's VIOXX® litigation concludes.

I understand that this authorization includes the above-named person's complete employment personnel file with the exception of W-4 and W-2 forms (including attendance reports, performance reports, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or Ronald R. Benjamin.

Dated this 22 day of MAY, 200 6

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or Ronald R. Benjamin.

Dated this 22 day of MAY, 200 6.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |

**AUTHORIZATION FOR
RELEASE OF PSYCHOTHERAPY
NOTES  PURSUANT TO
45 C.F.R. § 164.508 (HIPAA)**

Name:   Maurice Hoyt
Date of Birth:   September 19, 1957
Social Security Number:  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

I hereby authorize _____ to release  all existing psychotherapy notes regarding the above-named person's medical care, treatment, physical/mental condition, and/or medical expenses to law firm of **HUGHES HUBBARD & REED LLP, One Battery Park Plaza, New York, New York 10004-1482, and/or to the law firm of RONALD R BENJAMIN, 126 Riverside Drive, Binghamton, New York 13905, and/or their designated agents ("Receiving Parties").** These records shall be used or disclosed solely in connection with the currently pending VIOXX® litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's VIOXX® litigation concludes. The Receiving Parties shall return or destroy the protected health information (including all copies made) at the end of the above-named person's litigation or proceeding.

I understand that this authorization includes all psychotherapy notes maintained separately from the above-named person's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress.

I understand that the health information being disclosed by these psychotherapy notes may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
|---|---|
| | **AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)** |

Name:  Maurice Hoyt
Date of Birth:  September 19, 1957
Social Security Number:  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

I hereby authorize _____ to release all existing medical records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the law firm of **HUGHES HUBBARD & REED LLP, One Battery Park Plaza, New York, New York 10004-1482, and/or to the law firm of RONALD R. BENJAMIN, 126 Riverside Drive, P.O. Box 607, Binghamton, New York 13905 and/or their designated agents ("Receiving Parties")**. These records shall be used or disclosed solely in connection with the currently pending VIOXX® litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's VIOXX® litigation concludes. The Receiving Parties shall return or destroy the protected health information (including all copies made) at the end of the above-named person's litigation or proceeding.

I understand that the health information being used/disclosed may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things

pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or Ronald R. Benjamin.

Dated this 22 day of May , 200 6

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL No. 1657

**AUTHORIZATION FOR
RELEASE OF
PSYCHOLOGICAL/PSYCHIATRIC
RECORDS PURSUANT TO
45 C.F.R. § 164.508 (HIPAA)**

Name:  Maurice Hoyt
Date of Birth:   September 19, 1957
Social Security Number:  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

     I hereby authorize _____ to release all existing records regarding the above-named person's psychological or psychiatric care, treatment, condition, and/or expenses to the law firm of **HUGHES HUBBARD & REED LLP, One Battery Park Plaza, New York, New York 10004-1482, and/or to the law firm of RONALD R. BENJAMIN, 126 Riverside Drive, P O Box 607, Binghamton, New York 13905, and/or their designated agents ("Receiving Parties").** These records shall be used or disclosed solely in connection with the currently pending VIOXX® litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's VIOXX® litigation concludes. The Receiving Parties shall return or destroy the protected health information (including all copies made) at the end of the above-named person's litigation or proceeding.

     I understand that this authorization includes information regarding the diagnosis and treatment of psychiatric and psychological disorders, and that the health information being used/disclosed may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders.

     This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological treatment and counseling records, narratives, and any correspondence/memoranda and billing

information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or Ronald R. Benjamin.

Dated this 22 day of MAy , 2006.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

Signature            Print Name     MAURICE R Hoyt     Date   May-22-2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO:     Maurice Hoyt v. Merck & Co., et al.
Case No.: 2:06-cv-2708-EEF-DEK


**PLAINTIFFS' ANSWERS TO DEFENDANT MERCK & CO., INC.'S
FIRST SET OF INTERROGATORIES**

Plaintiff hereby answers the defendant's First Set of Interrogatories as follows:


INTERROGATORY NO. 1:   Please identify, for the present civil action, the title of the action, the civil action number, the name of the court in which this action was filed, the name of the court in which this action is currently pending, and the full name, address, telephone number and facsimile number of the principal attorney representing you in this action.

ANSWER:     Marjorie Connolly, Marjorie Curtis, Kristina Donahue, Charles Harris, Jr.,

Kristine Hia, Sheila Hickok, Joanne Hochrun, Suzanne Holdredge, *et ux.* Larry Holdredge,

Maurice Hoyt, *et ux.*, Debra Hoyt, Frank Kunik, Sr., *et ux.* Carol Kunik, and William Patrick, *et*

*ux.* Mary Patrick, Civil Action No. 2:06-cv-2708.  The action was originally filed in the United

States District Court for the Northern District of New York, and is currently pending in the

United States District Court for the Eastern District of Louisiana.  Principal attorney:  Ronald R.

Benjamin, 126 Riverside Drive, P. O. Box 607, Binghamton, NY 13902-0607, 607/772-1442

phone, 607/772-1678 fax.

INTERROGATORY NO. 2:   Please identify each person having knowledge or information regarding the facts, circumstances, injuries, damages, or allegations contained in your Complaint.

ANSWER:   In addition to the plaintiffs and defendant Merck the following:

Arjun Patel, M.D., 609 E. Main Street, Endicott, NY 13760

Paul Maurer, M.D., 1401 Stone Road, Rochester, NY

Saeed Bawja, M.D., 46 Harrison Street, Johnson City, NY 13790

Haridas Varma, M.D., Cardiology Associates, 30 Harrison Street, Suite 250, Johnson City, NY 13790-2143

Mother, Angela Hoyt, 3573 Smith Drive Endwell, NY 13760


INTERROGATORY NO. 3:   Provide the factual basis and a computation for each category of damages you claim and identify all documents upon which you will rely in support of each category of damages.

ANSWER:   All general compensatory damages, including past and future pain and suffering, as opposed to special damages, are jury issues for resolution at trial.   Some of my medical expenses were paid by Medicare, and some I paid myself, with bills outstanding, but I lost all of the documentation due to flood in 2006 (lost entire house), and it is anticipated liens will be imposed by DSS and are, therefore, a category of damage.   I incorporate and rely on the records of my medical providers and health insurer with respect to the computation of past and future medical expenses, which are identified in my Plaintiff Profile Form and for which I have supplied authorizations to defendant for release of records.


INTERROGATORY NO. 4:   Please state whether you have been reimbursed or filed a claim under an insurance policy with respect to alleged injuries that form the basis of this action.  If so, for each claim, identify the person with whom you filed a claim, the insurer, the policyholder, the policy number, and the claim number.

ANSWER:   Yes.   Medicare ID # 078480543-A, Hospital Part A, 10/01/99, Part B

11/1/2000,  Healthcare Financing and Administration, Baltimore MD 08150

INTERROGATORY NO. 5:  State whether you have undergone a physical examination in connection with any application for life insurance since January 1, 1990.  If so, state the date of any such examination, where it was conducted, who conducted the examination, whether there is a report of such physical examination and the life insurance company on whose behalf the examination was conducted.  If a report was made, attach a true copy.  If any such physical examination resulted in denial of your application, please describe such action.

ANSWER: No.

INTERROGATORY NO. 6:  Identify all information, instructions, warnings or precautions about Vioxx obtained by you from any source. For each item of information, instruction , warning, or precaution, identify the source, the date you received it, and if you relied upon it in any manner, describe what action you took or did not take as a result.

ANSWER:  Patient drug information pamphlet and the dosage and instructions on the

sample packs provided by the doctors and on the bottle/container were provided by the pharmacy

(Fays, CVS, Eckerd's) at the time prescriptions were filled on the dates reflected in the pharmacy

records that have already been provided to defendant Merck or for which an authorization has

been provided.  I relied on the same, but no instructions or other information was provided about

Vioxx and cardiovascular injuries or cardiac arrest.

INTERROGATORY NO. 7:  State whether you have ever filed a claim (including a worker's compensation or a social security disability claim) or instituted a legal proceeding for any personal, economic or other injury. If so, state the date and nature of the injuries and damages claimed, the date and place of filing for each such claim or legal proceeding , the full names and addresses of all parties to the action and their attorneys if any, the name of the court or other forum, the title of the action and the case number, and the present states if each claim or legal proceeding. If terminated, give the final result of each such claim or legal proceeding, including any monetary judgement, settlement or award.

ANSWER:  Yes.  Social Security Disability 11/1996 to present for disability related to

two (2) crushed vertebrae; awarded approximately $22,000.00 and approx $40,000.00 workers

compensation claim; attorneys: Hinman, Howard & Kattel, 700 Security Mutual Building, Box

5250, Binghamton, NY 13902.


INTERROGATORY NO. 8:  Please identify whether you are in possession of any unused Vioxx.
If so, please identify the number of tablets or amount of oral suspension in your possession, the
date of the prescription to which the unused Vioxx relates, and the current location of the unused
Vioxx.

    ANSWER: No.


INTERROGATORY NO. 9:  Please identify all communications, whether oral, written or
electronic (including email, communication as part of internet "chat rooms" or email groups),
with others not including your counsel, regarding Vioxx or your alleged injuries.

    ANSWER: No.


INTERROGATORY NO. 10:   Please identify whether you conducted any research on your
computer regarding Vioxx, the current location of your computer, whether you ever sent and/or
received any emails relating to Vioxx or your alleged injuries (other than those from your
attorney), and whether you are in possession of the emails sent or received relating to Vioxx or
you alleged injuries.

    ANSWER: No.

Ronald R. Benjamin Fed. Bar No. 101131
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442

## **VERIFICATION**

I, MAURICE HOYT, declare under penalty of perjury subject to 28 U.S.C. § 1746 that

the foregoing answers to interrogatories are true and correct to the best of my knowledge.

_____         5-1-08 , 2008
Signature                                Date

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above PLAINTIFFS' ANSWERS TO DEFENDANT MERCK & CO., INC.'S FIRST SET OF INTERROGATORIES was served in accordance with Pre-Trial Nos. 8, 18C (paras. 5-7) and 28, by serving a hard copy on Wilfred P. Coronato, Esq., at Hughes Hubbard & Reed LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, and by serving an electronic copy via LexisNexis File & Serve on Wilfred P. Coronato at Hughges Hubbard & Reed, LLP, Phillip A. Wittmann at Stone Pigman Walther Wittmann LLC, Dimitrios Mavroudis at Dechert LLP, and Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC, on this 1st day of May, 2008.

Marya C. Young    Fed. Bar No. 301389
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL DOCKET NO: 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE GALLON |
| | ) | |
| | ) | MAG. JUDGE KNOWLES |
| | ) | |
| | ) | |

STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28)
Maurice Hoyt: 2:06-cv-02708

Pursuant to Pre-Trial Order No. 28, Plaintiff Maurice Hoyt sent Document Preservation
Notices to the following individuals and entities. Copies of the Notices sent are attached
and marked as Exhibit "1".

Medical Providers:

Wilson Regional Memorial Hospital
33-57 Harrison Street
Johnson City, NY 13790

Arjun J. Patel, MD
c/o Wilson Regional
Memorial Hospital
33-57 Harrison Street
Johnson City, NY 13790

Southern NY Neurosurgical
Group, PC
46 Harrison Street
Johnson City, NY 13790

Saeed A. Bajwa, MD
c/o Southern NY Neurosurgical Group, PC
46 Harrison Street
Johnson City, NY 13790

Paul K. Maurer MD
1401 Stone RD, Suite 303
Rochester, NY 14615

Homestead Hospital
Medical Records Dept.
160 NW 13 St
Homestead, FL 33030

CVS
Pharmacy Privacy Office
One CVS Drive
Woonsocket, RI 02895

Lourdes Hospital
169 Riverside Drive
Binghamton, NY 13905

Eckerd Corporation Privacy Office
50 Service Avenue
Warwick, RI 02886

Executed on March 10, 2008 in Binghamton, NY.

                                              /s/ Ronald R. Benjamin
                                           Ronald R. Benjamin, Esq.
                                           126 Riverside Drive
                                           PO Box 607
                                           Binghamton, NY 13902-0607
                                           607-772-1442

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Lourdes Hospital
169 Riverside Drive
Binghamton, NY 13905

Re: Maurice Hoyt, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

### LAW OFFICES OF RONALD R. BENJAMIN
#### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Eckerd Corporation Privacy Office
50 Service Avenue
Warwick, RI 02886

     Re: Maurice Hoyt, et. al.; Plaintiff v. Merck & Co., Inc.
        In Re: VIOXX Products Liability Litigation
        MDL No. 1657
        Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

        Very truly yours,

        Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Wilson Regional Memorial Hospital
33-57 Harrison Street
Johnson City, NY 13790

    Re: Maurice Hoyt, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:06cv02708



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

               Very truly yours,

               Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

<u>**VIA U.S. CERTIFIED MAIL**</u>
CVS
Pharmacy Privacy Office
One CVS Drive
Woonsocket, RI 02895

Re: Maurice Hoyt, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

### N O T I C E

Arjun J. Patel, MD
c/o Wilson Regional Memorial Hospital
33-57 Harrison Street
Johnson City, NY 13790

Re: Maurice Hoyt, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Saeed A. Bajwa, MD
c/o Southern NY Neurosurgical Group, PC
46 Harrison Street
Johnson City, NY 13790

> Re: Maurice Hoyt, et. al.; Plaintiff v. Merck & Co., Inc.
> In Re: VIOXX Products Liability Litigation
> MDL No. 1657
> Case No. 2:06cv02708



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Southern NY Neurosurgical Group, PC
46 Harrison Street
Johnson City, NY 13790

Re: Maurice Hoyt, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Homestead Hospital
Medical Records Dept.
160 NW 13 St
Homestead, FL 33030

Re: Maurice Hoyt, et. al.; Plaintiff v. Merck & Co., Inc.
    In Re: VIOXX Products Liability Litigation
    MDL No. 1657
    Case No. 2:06-cv-02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Paul K. Maurer MD
1401 Stone RD, Suite 303
Rochester, NY 14615

> Re: Maurice Hoyt, et. al.; Plaintiff v. Merck & Co., Inc.
>      In Re: VIOXX Products Liability Litigation
>      MDL No. 1657
>      Case No. 2:06-cv-02708

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing documents have been served electronically on Susan Giamportone, by U.S. Mail and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of March, 2008.

Ronald R. Benjamin
#101113
Law Office of Ronald R. Benjamin
126 Riverside Drive
PO Box 607
Binghamton, NY 13902-0607
607-772-1442
607-772-1678 9 (Fax)
ronbenjaminlaw@stny.rr.com

# Steven A. Rich, M.D.

*Internal Medicine-Geriatrics-Clinical Pharmacology*
*4884 North Road Canandaigua, NY 14424*
*srich@rochester.rr.com*
*Voice: 585-922-0392*

December 30, 2008

Ronald R Benjamin
PO Box 607
126 Riverside Drive
Binghamton, NY 13902

**Re:  Maurice Hoyt**
**DOB: 09-10-57**
**Date of Injury:  03-03-04 (Myocardial infarction)**

Mr. Benjamin:

Thank you for the opportunity to review records regarding and the events surrounding the myocardial infaction suffered by Mr.Maurice Hoyt and his VIOXX® usage.

My education includes a Doctor of Medicine Degree as well as a degree in Pharmacokinetics.  My training includes certifications in Internal Medicine and Geriatric Medicine by the American Board of Internal Medicine.  A copy of my Curriculum Vitae is attached.  My experience includes 21 years of direct patient care including primary, secondary and tertiary care of acute coronary syndromes, rheumatoid conditions and the consequences of these diseases.  I have treated patients similar to this patient during the course of my career.  I have been active in clinical pharmacology for 21 years, and have authored peer-reviewed and published articles.  I have also reviewed published medical literature and Merck documents relating to VIOXX®.

Mr. Hoyt was 44 years old at the time of his myocardial infarction. He was in Florida at the time of the event, and was cared for at Miami Presbyterian Hospital, from which records ae still pending at the time of this report. He had been been disabled since a work related back injury in 1996. It was related this injury that he started taking  VIOXX® at the suggestion of his neurosurgeon, Dr Maurer. He continued this from 3-1-02 until the time of his heart attack on 3-3-04. Mr Hoyt  has been a smoker for approximately 10 years, smoking an average of 5 cigarettes each day. In the records I have reviewed there are no other major cardiac risk factors evident. .

1

When a young man with relatively few risk factors experiences a myocardial infarction it is prudent to consider if there is some prothrombotic factor active. The consistent ingestion of VIOXX® has been seen to have just such an effect. The APPROVe study showed that this can occur early, and persist even one year after discontinuing the drug. It is also felt that the outcome of a myocardial infarction may be worse with the use of a cyclooxygenase-2 inhibitor, such as VIOXX®, based upon studies done at the time of cardiac surgery.

Therefore, I think it reasonable to consider that VIOXX® is a significant cause of the event that Mr. Hoyt experienced, as well as a contributor to complication of that event.

All of my opinions are stated within a reasonable degree of medical certainty. My opinions are based on my education, training, and experience. My opinions may be modified based on review of subsequent medical information not currently available to me.

Sincerely,

Steven A. Rich, M.D.
Chief of Geriatrics and Director of the Geriatric Consultative Service
   Rochester General Health System, Rochester NY
Clinical Assistant Professor of Medicine
   University of Rochester School of Medicine and Dentistry

2