Plaintiff's Exhibit 10

LAW OFFICE OF RONALD R. BENJAMIN
ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

October15, 2009

**BY E-MAIL and FAX : 202/434-5029**
Douglas R. Marvin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re:   **Mary Kurtz**
      [Kurtz, et al., v. Merck & Co., Inc., EDLA 2:06-cv-05779-EEF-DEK]

Dear Mr. Marvin:

In response to the Order to Show Cause returnable October 16, 2009, on your client's Third
Motion seeking to enforce PTO 28 in the Vioxx litigation, I am providing the following
information which addresses the only deficiencies identified in Exhibit A thereof that pertain to
**Mary Kurtz**.

**Medical Records:**   Plaintiff has met the obligation to produce medical records.   In the first
instance, Exhibit A to the Order to Show Cause does not list lack of a PPF, so I trust you
acknowledge that Ms. Kurtz submitted her Plaintiff's Profile Form with the required signed
authorizations for release of her healthcare records to Hughes Hubbard & Reed LLP, as
confirmed in the October 9, 2007 letter of Robert W. Brundige, Jr.  This occurred prior to
issuance of PTO 28 on November 9, 2007.

The PPF submitted by Ms. Kurtz and the PPF attached as Exhibit A to PTO 28 are identical, and
both limit the medical records to be produced by the plaintiff in the following express language:

## VI. **DOCUMENTS**
Please indicate if any of the following documents and things are currently in
your possession, custody, or control, or in the possession, custody, or control of
your lawyers by checking **"yes"** or **"no"**.  Where you indicated **"yes,"** please
attach the documents and things to your responses to this profile form.

The limited scope of the production required in the above provision in the PPF is entirely

Page 2 of 2

consistent with the fact that plaintiff was also required to, and did, provide signed authorizations for release of medical and other records to Merck's counsel as well as the PPF. Copies of the medical records collected on her behalf are being e-mailed to you under separate cover.

With respect to PTO 28, subparagraph (II)(A)(6) of PTO 28 only requires medical records to be produced as to "*all healthcare providers requested in the Amended and Supplemental Plaintiff Profile Form....*" Because Ms. Kurtz clearly submitted her PPF prior to November 9, 2007, she is excluded from having to file an amended and supplemental PPF under the language in PTO 28 (II)(A)(3) stating "*unless Plaintiff or Claimant has of the date of this Order submitted a Plaintiff Profile Form or Claimant Profile Form.*"

**Pharmacy Records**: The pharmacies she used in the 10 years prior to the PPF are listed in her PPF. Enclosed herewith are certified copies of the pharmacy records for two of the four pharmacies listed, to wit: ( Eckerd Drug (now Rite-Aid) (*annexed as Exhibit 1*); Wal-Mart (annexed as *Exhibit 2*); Fairway MPA Pharmaceutical (*annexed as Exhibit 3*).. Also, I am attaching a copy of the undated cover letter from Merck's corporate offices with a reimbursement check in the amount of $41.10 for her "unused portion of Vioxx© based upon your receipt value." *(See Exhibit 4.)* We anticipate providing additional certified pharmacy records that exist in the near future, and note that the attached records show Vioxx was dispensed to her from the above pharmacies. I note Merck has made no showing whether it attempted to obtain the records from those pharmacies, and has not indicated to me that Merck cannot obtain the same.

**Affidavit of Completeness:** PTO 28(II)(A)(7) (I) indicates that plaintiff must attest in an affidavit that all pharmacy and medical records "have been collected." However, Merck's counsel has refused to disclose or identify the medical and pharmacy records they have or have not collected with the HIPPA-compliant authorizations plaintiff did provide, thus preventing plaintiff from being able to submit an appropriate Affidavit of Completeness as to records. In addition, as to medical records, PTO 28 makes clear she is not required to aver completeness since (A)(6) does not apply to her.

This letter and attachments will be annexed to the opposition to the Third Motion Order to Show Cause. I ask that you withdraw Merck's motion dismissal of this plaintiff's case for any reason, and particularly for failure to prosecute, is clearly unwarranted in light of the above matters.

Very truly yours,

Ronald R. Benjamin

RRB/mc /
Attachments

**EXHIBIT 1**

```
                        ==================================================
                        P A T I E N T   H I S T O R Y                                    Page   1
01-Feb-05
                    Date Range:  01/01/98   TO   02/01/05
                    Drug Class Range:              TO
```

```
                Mary       Kurtz                    ECKERD DRUGS #5948
          R R 1 Box 1389                            ROUTE 706 LAKE MONTROSE
          Brackney      PA 18812                    MONTROSE      PA 18801
          (717) 967-2683                            License #
          Birthdate: 04/04/35  Sex: F
          Social Security No:
```

| Date | Rx No. | Ref. No. | Drug Name | Unit | NDC | Dispensed Qty | Day Sup | Doctor Name | R.Ph. Init. | Third Party Authorization | Patient Pays |
|------|--------|----------|-----------|------|-----|---------------|---------|-------------|-------------|---------------------------|--------------|
| 01/05/98 | 6225757 | 00 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 30.000 | 30 | Dr.Waronker | MIJ | 03725669710066 | 5.00 |
| 02/04/98 | 6229563 | 00 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 90.000 | 90 | Dr.Waronker | RAS | 03742716894259 | 5.00 |
| 05/04/98 | 6229563 | 01 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 10.000 | 10 | Dr.Waronker | RAS | 03792950035670 | 5.00 |
| 07/01/98 | 6246289 | 00 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 34.000 | 34 | Dr.DANA | GJF | 03825783840054 | 20.00 |
| 08/07/98 | 6246289 | 01 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 34.000 | 34 | Dr.DANA | GJF | 03846857245727 | 20.00 |
| 09/14/98 | 6246289 | 02 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 34.000 | 34 | Dr.DANA | GJF | 03868256874463 | 20.00 |
| 10/28/98 | 6246289 | 03 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 34.000 | 34 | Dr.DANA | RAS | 03893238290660 | 20.00 |
| 11/30/98 | 6246289 | 04 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 34.000 | 34 | Dr.DANA | RAS | 03911875086538 | 20.00 |
| 01/06/99 | 6246289 | 05 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 34.000 | 34 | Dr.DANA | RAS | 03932962213396 | 20.00 |
| 02/15/99 | 6246289 | 06 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 34.000 | 34 | Dr.DANA | GJF | 03955500119373 | 20.00 |
| 03/19/99 | 6246289 | 07 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 34.000 | 34 | Dr.DANA | GJF | 03973576705184 | 20.00 |
| 05/04/99 | 6246289 | 08 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 34.000 | 34 | Dr.DANA | RAS | 03999684245616 | 20.00 |
| 0r    '99 | 6246289 | 09 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 34.000 | 34 | Dr.DANA | GJF | 04021139182807 | 20.00 |
| 12,  /00 | 6351295 | 00 | PREDNISONE 10MG TABS | TA | 00364-0461-02 | 42.000 | 12 | Dr.DANA | GJF | 056001 | 4.57 |
| 12/18/00 | 6351293 | 00 | ACTICIN 5% CR | GM | 25074-0131-06 | 60.000 | 1 | Dr.DANA | GJF | 022133 | 24.88 |
| 04/11/01 | 6365507 | 00 | VANIQA 13.9% CR | GM | 00072-1500-30 | 30.000 | 10 | Dr.DANA | JPC | 929484 | 39.01 |
| 05/17/01 | 6370070 | 00 | AMOXICILLIN 500MG CAPS | CA | 00093-3109-05 | 40.000 | 10 | Dr.KELLY | GJF | 079044 | 9.13 |
| 06/29/01 | 6375173 | 00 | PRINIVIL 5MG TAB | TA | 00006-0019-58 | 30.000 | 30 | Dr.DANA | SLB | 296431 | 29.07 |
| 07/12/01 | 6376712 | 00 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 30.000 | 30 | Dr.DANA | GJF | 018476 | 29.90 |
| 07/12/01 | 4376711 | 00 | PROPOXY N 100MG W/APAP | TA | 00093-0490-05 | 10.000 | 3 | Dr.DANA | GJF | 929005 | 5.87 |
| 08/09/01 | 6376712 | 01 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 30.000 | 30 | Dr.DANA | GJF | 789519 | 29.90 |
| 10/02/01 | 6376712 | 02 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 30.000 | 30 | Dr.DANA | JPC | 680041 | 29.90 |
| 11/05/01 | 6376712 | 03 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 30.000 | 30 | Dr.DANA | GJF | 027210 | 29.90 |
| 12/13/01 | 6376712 | 04 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 30.000 | 30 | Dr.DANA | GJF | 656123 | 29.90 |
| 01/10/02 | 6376712 | 05 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 30.000 | 30 | Dr.DANA | JPC | SNDH73R | 27.44 |
| 02/21/02 | 6404468 | 00 | ZOCOR 20MG TABS | TA | 00006-0740-31 | 30.000 | 30 | Dr.DANA | GJF | SRHR1RC | 114.07 |
| 03/04/02 | 6405993 | 00 | AMOXICILLIN 500MG CAPS | CA | 00093-3109-05 | 30.000 | 10 | Dr.DANA | JPC | STDDH1M | 4.97 |
| 03/04/02 | 6405994 | 00 | PSEUDO/GUAIFENESIN ER TB | TA | 51285-0402-02 | 14.000 | 7 | Dr.DANA | JPC | STDDKQR | 5.55 |
| 03/20/02 | 6404468 | 01 | ZOCOR 20MG TABS | TA | 00006-0740-31 | 30.000 | 30 | Dr.DANA | GJF | SWLHCQF | 106.02 |
| 04/18/02 | 6376712 | 06 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 30.000 | 30 | Dr.DANA | GJF | S1PX3MP | 15.05 |
| 04/18/02 | 6404468 | 02 | ZOCOR 20MG TABS | TA | 00006-0740-31 | 30.000 | 30 | Dr.DANA | GJF | S1PX3NC | 57.04 |
| 05/18/02 | 6404468 | 03 | ZOCOR 20MG TABS | TA | 00006-0740-31 | 30.000 | 30 | Dr.DANA | JPC | S73F9RM | 57.04 |
| 05/18/02 | 6415281 | 00 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 30.000 | 30 | Dr.DANA | JPC | S73F97M | 15.05 |
| 06/17/02 | 6415524 | 00 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 30.000 | 30 | Dr.DANA | GJF | SCDHCPM | 15.05 |
| 06/17/02 | 6415523 | 00 | ZOCOR 20MG TABS | TA | 00006-0740-31 | 30.000 | 30 | Dr.DANA | GJF | SCDHCMM | 57.04 |
| 06/27/02 | 6419958 | 00 | METHYLPREDNISOLONE DOSPA | EA | 59762-3327-01 | 21.000 | 6 | Dr.DANA | GJF | SC1NLT9 | 4.53 |
| 07/18/02 | 6415524 | 01 | PRINIVIL 10MG TAB | TA | 00006-0106-58 | 30.000 | 30 | Dr.DANA | JPC | SEKH7KF | 15.05 |
| 07/19/02 | 6415523 | 01 | ZOCOR 20MG TABS | TA | 00006-0740-31 | 30.000 | 30 | Dr.DANA | JPC | SEKH3Q3 | 57.04 |
| 0   02 | 3422981 | 00 | APAP W/COD 30MG TABLET | TA | 00093-0150-01 | 40.000 | 6 | Dr.DANA | JPC | SERH3EC | 4.53 |
| 08/09/02 | 6424941 | 00 | LISINOPRIL 20MG TABS | TA | 00093-1114-01 | 30.000 | 30 | Dr.DANA | RAS | SF7C9RT | 10.61 |
| 08/20/02 | 6426246 | 00 | VIOXX 25MG TAB | TA | 00006-0110-68 | 30.000 | 30 | Dr.Nazar | JPC | SHTX19W | 35.91 |
| 08/26/02 | 6415523 | 02 | ZOCOR 20MG TABS | TA | 00006-0740-31 | 30.000 | 30 | Dr.DANA | GJF | SKCFRWH | 57.04 |
| 08/26/02 | 6424941 | 01 | LISINOPRIL 20MG TABS | TA | 00093-1114-01 | 30.000 | 30 | Dr.DANA | GJF | SKCFR37 | 10.61 |

01-Feb-05

```
                              P A T I E N T   H I S T O R Y
                              ====================================
                    Date Range:   01/01/98   TO   02/01/05
                    Drug Class Range:         TO
```

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0/ | 02 | 6415523 | 03 | ZOCOR 20MG TABS | TA | 00006-0740-31 | 30.000 | 30 Dr.DANA | JPC | SLMHNHQ | 57.04 |
| 09/12/02 | 6424941 | 02 | LISINOPRIL 20MG TABS | TA | 00093-1114-01 | 30.000 | 30 Dr.DANA | JPC | SLMHNMH | 10.61 |
| 09/12/02 | 6426246 | 01 | VIOXX 25MG TAB | TA | 00006-0110-68 | 30.000 | 30 Dr.Nazar | JPC | SLMHNPK | 35.91 |
| 10/17/02 | 6426246 | 02 | VIOXX 25MG TAB | TA | 00006-0110-68 | 30.000 | 30 Dr.Nazar | GJF | FDMDLXT | 37.49 |
| 10/17/02 | 6424941 | 03 | LISINOPRIL 20MG TABS | TA | 00093-1114-01 | 30.000 | 30 Dr.DANA | GJF | 0CANLMH | 10.61 |
| 10/17/02 | 6415523 | 04 | ZOCOR 20MG TABS | TA | 00006-0740-31 | 30.000 | 30 Dr.DANA | GJF | 0CANK1A | 57.04 |
| 11/19/02 | 6415523 | 05 | ZOCOR 20MG TABS | TA | 00006-0740-31 | 30.000 | 30 Dr.DANA | GJF | FFRW3KH | 57.04 |
| 11/19/02 | 6424941 | 04 | LISINOPRIL 20MG TABS | TA | 00093-1114-01 | 30.000 | 30 Dr.DANA | GJF | SQTNMC7 | 10.61 |
| 11/19/02 | 6434806 | 00 | VIOXX 25MG TAB | TA | 00006-0110-68 | 60.000 | 60 Dr.Nazar | GJF | OXHX3WX | 74.16 |
| 12/16/02 | 6440960 | 00 | COVERA-HS 240MG TABS | TA | 00025-2021-31 | 30.000 | 30 Dr.DANA | GJF | O3CTLE7 | 28.37 |
| 12/16/02 | 6440961 | 00 | OMEPRAZOLE DR 20MG CAPS | CA | 62175-0118-32 | 30.000 | 30 Dr.DANA | GJF | STPXMC7 | 54.07 |
| 12/16/02 | 6434806 | 01 | VIOXX 25MG TAB | TA | 00006-0110-68 | 60.000 | 60 Dr.Nazar | GJF | O3CHLPR | 74.16 |
| 12/16/02 | 6424941 | 05 | LISINOPRIL 20MG TABS | TA | 00093-1114-01 | 30.000 | 30 Dr.DANA | GJF | STPEXH9 | 8.80 |
| 12/16/02 | 6415523 | 06 | ZOCOR 20MG TABS | TA | 00006-0740-31 | 30.000 | 30 Dr.DANA | GJF | STP8W11 | 57.04 |
| 01/13/03 | 6434806 | 02 | VIOXX 25MG TAB | TA | 00006-0110-68 | 60.000 | 60 Dr.Nazar | GJF | 0LEATTL | 148.31 |
| 01/15/03 | 6444624 | 00 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | RAS | 0LH91R1 | 59.85 |
| 01/22/03 | 6445503 | 00 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 Dr.DANA | GJF | 0LTP1KN | 30.72 |
| 02/13/03 | 6444624 | 01 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | RAS | S3DWKX7 | 95.33 |
| 02/28/03 | 6444624 | 02 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | DRJ | 7P3K9KE | 59.85 |
| 02/28/03 | 6450821 | 00 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 Dr.DANA | DRJ | 7F3LCKN | 15.36 |
| 02/28/03 | 6450820 | 00 | PLENDIL 10MG TAB | TA | 00186-0452-58 | 30.000 | 30 Dr.DANA | DRJ | FMDTH7P | 28.74 |
| 03/05/03 | 6451512 | 00 | FUROSEMIDE 40MG TAB | TA | 00172-2907-80 | 10.000 | 10 Dr.DANA | RAS | 0PA711Q | 1.39 |
| 03/10/03 | 6452130 | 00 | FUROSEMIDE 80MG TAB | TA | 00172-2908-80 | 40.000 | 10 Dr.DANA | RAS | FMMMMLM | 2.00 |
| 03/10/03 | 6452129 | 00 | KLOR-CON 10 MEQ TABS | TA | 00245-0041-15 | 30.000 | 30 Dr.DANA | RAS | 7HMCMDH | 3.23 |
| 03/19/03 | 6444624 | 03 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | GJF | S9CCXAF | 59.85 |
| 0?     03 | 6453375 | 00 | FUROSEMIDE 40MG TAB | TA | 00172-2907-80 | 10.000 | 10 Dr.DANA | GJF | 0P1RN7A | 1.92 |
| 03,  /03 | 6450820 | 01 | PLENDIL 10MG TAB | TA | 00186-0452-58 | 30.000 | 30 Dr.DANA | GJF | S9CCXCC | 28.74 |
| 03/19/03 | 6452129 | 01 | KLOR-CON 10 MEQ TABS | TA | 00245-0041-15 | 30.000 | 30 Dr.DANA | GJF | 0P1QHC9 | 3.23 |
| 03/20/03 | 6453572 | 00 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 Dr.RUCKER | GJF | ODLQ73A | 10.13 |
| 04/21/03 | 6444624 | 04 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | GJF | OFDHPTN | 59.85 |
| 04/21/03 | 6434806 | 03 | VIOXX 25MG TAB | TA | 00006-0110-68 | 60.000 | 60 Dr.Nazar | GJF | SA7CF17 | 74.16 |
| 04/21/03 | 6450821 | 01 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 Dr.DANA | GJF | FNTP19C | 15.36 |
| 04/21/03 | 6457495 | 00 | ZOCOR 20MG TABS | TA | 00006-0740-31 | 30.000 | 30 Dr.DANA | GJF | SA7HHHC | 59.29 |
| 04/21/03 | 6453572 | 01 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 Dr.RUCKER | GJF | 0RTDPPL | 10.13 |
| 05/11/03 | 6444624 | 05 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | EFW | OHFEM9R | 59.85 |
| 05/11/03 | 6450821 | 02 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 Dr.DANA | EFW | 0TXAPHR | 15.36 |
| 05/11/03 | 6457495 | 01 | ZOCOR 20MG TABS | TA | 00006-0740-31 | 30.000 | 30 Dr.DANA | EFW | 7M1XDXP | 59.29 |
| 05/11/03 | 6453572 | 02 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 Dr.RUCKER | EFW | FPHHMC7 | 10.13 |
| 05/12/03 | 6460271 | 00 | PATANOL OPTH 0.1% SOLN | ML | 00065-0271-05 | 5.000 | 5 Dr.GILROY | RAS | FPHR9K9 | 30.68 |
| 05/28/03 | 6462549 | 00 | DIFLUNISAL 500MG TABS | TA | 00093-0755-01 | 60.000 | 30 Dr.NAZAR | RAS | 0WTCXLL | 22.04 |
| 06/11/03 | 6462527 | 00 | VIOXX 25MG TAB | TA | 00006-0110-68 | 30.000 | 30 Dr.NAZAR | GJF | FQEFTDF | 37.49 |
| 06/11/03 | 6444624 | 06 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | GJF | OK3TNDF | 59.85 |
| 06/11/03 | 6453572 | 03 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 Dr.RUCKER | GJF | 0XMQFWD | 10.13 |
| 06/11/03 | 6450821 | 03 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 Dr.DANA | GJF | 0XMQFRN | 15.36 |
| 06/11/03 | 6457495 | 02 | ZOCOR 20MG TABS | TA | 00006-0740-31 | 30.000 | 30 Dr.DANA | GJF | 0XMQFX7 | 59.29 |
| 07/15/03 | 6457495 | 03 | ZOCOR 20MG TABS | TA | 00006-0740-31 | 30.000 | 30 Dr.DANA | GJF | 7RH1P9W | 59.29 |
| 07/15/03 | 6453572 | 04 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 Dr.RUCKER | GJF | FRDKMMM | 10.13 |
| 07/15/03 | 6450821 | 04 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 Dr.DANA | GJF | FRDKMLT | 15.36 |
| 07/15/03 | 6462527 | 01 | VIOXX 25MG TAB | TA | 00006-0110-68 | 30.000 | 30 Dr.NAZAR | GJF | 7RH1Q2C3 | 39.25 |
| 07/16/03 | 6468852 | 00 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | RAS | FRDT9LA | 61.62 |
| 07/?4/03 | 6469801 | 00 | ZOCOR 40MG TABS | TA | 00006-0749-31 | 30.000 | 30 Dr.DANA | GJF | 7RWXMPP | 59.29 |
| 0/  03 | 6469801 | 01 | ZOCOR 40MG TABS | TA | 00006-0749-31 | 30.000 | 30 Dr.DANA | GJF | 7T9QNDF | 59.29 |
| 08/17/03 | 6468852 | 01 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | GJF | SLDTLAM | 61.62 |
| 08/17/03 | 6450821 | 05 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 Dr.DANA | GJF | 0731KK1 | 15.82 |

```
P A T I E N T   H I S T O R Y                                          Page   3
```

```
                    Date Range:  01/01/98  TO   02/01/05

                    Drug Class Range:          TO
```

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 03 | 6453475 | 00 | VIOXX 25MG TAB | TA | 00006-0110-68 | 60.000 | 60 Dr.NAZAR | GJF | FTAKR73 | 77.67 |
| 08/17/03 | 6460270 | 00 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 Dr.DANA | GJF | OPK9T9E | 10.13 |
| 09/15/03 | 6476308 | 00 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 Dr.DANA | RAS | SMTC7EL | 10.13 |
| 09/15/03 | 6469801 | 02 | ZOCOR 40MG TABS | TA | 00006-0749-31 | 30.000 | 30 Dr.DANA | RAS | SMRWALL | 59.29 |
| 09/15/03 | 6476309 | 00 | VIOXX 25MG TAB | TA | 00006-0110-68 | 30.000 | 30 Dr.DANA | RAS | OAMWDMP | 39.25 |
| 09/15/03 | 6450821 | 06 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 Dr.DANA | RAS | OQ3NNQC | 15.82 |
| 09/15/03 | 6468852 | 02 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | RAS | OQ3NPEC | 61.62 |
| 10/15/03 | 6476309 | 01 | VIOXX 25MG TAB | TA | 00006-0110-68 | 30.000 | 30 Dr.DANA | GJF | ODCQ3TF | 39.25 |
| 10/15/03 | 6469801 | 03 | ZOCOR 40MG TABS | TA | 00006-0749-31 | 30.000 | 30 Dr.DANA | GJF | SPHX9HX | 59.29 |
| 10/15/03 | 6476308 | 01 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 Dr.DANA | GJF | OTPW1C9 | 10.13 |
| 10/15/03 | 6468852 | 03 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | GJF | FWWK3WX | 61.62 |
| 10/16/03 | 6480563 | 00 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 Dr.DANA | GJF | OTQE3NA | 15.82 |
| 11/12/03 | 6480563 | 01 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 Dr.DANA | RAS | SQXRNMR | 15.82 |
| 11/12/03 | 6476309 | 02 | VIOXX 25MG TAB | TA | 00006-0110-68 | 30.000 | 30 Dr.DANA | RAS | SQXRNK3 | 39.25 |
| 11/12/03 | 6469801 | 04 | ZOCOR 40MG TABS | TA | 00006-0749-31 | 30.000 | 30 Dr.DANA | RAS | OXAQRWW | 61.86 |
| 11/12/03 | 6476308 | 02 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 Dr.DANA | RAS | 77RDR7Q | 10.13 |
| 11/12/03 | 6484090 | 01 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | RAS | 77RL7RF | 61.62 |
| 12/07/03 | 6476309 | 03 | VIOXX 25MG TAB | TA | 00006-0110-68 | 30.000 | 30 Dr.DANA | SLB | O1LQTHQ | 39.25 |
| 12/07/03 | 6480563 | 02 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 Dr.DANA | SLB | 799DMEA | 15.82 |
| 12/07/03 | 6476308 | 03 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 Dr.DANA | SLB | STDRHCL | 10.13 |
| 12/07/03 | 6469801 | 05 | ZOCOR 40MG TABS | TA | 00006-0749-31 | 30.000 | 30 Dr.DANA | SLB | O1LQTFR | 61.86 |
| 12/07/03 | 6484090 | 01 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | SLB | OF7MPF1 | 61.62 |
| 12/08/03 | 6476308 | 04 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 10.000 | 10 Dr.DANA | RAS | | 13.49 |
| 01/18/04 | 6484090 | 02 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | MDK | OLFFKAT | 69.69 |
| 01/18/04 | 6476309 | 04 | VIOXX 25MG TAB | TA | 00006-0110-68 | 30.000 | 30 Dr.DANA | MDK | C7TNDCQ | 78.50 |
| 0 | 04 | 6480563 | 03 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 Dr.DANA | MDK | SXMMA7C | 31.63 |
| 01/18/04 | 6476308 | 05 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 Dr.DANA | MDK | | 32.39 |
| 01/18/04 | 6469801 | 06 | ZOCOR 40MG TABS | TA | 00006-0749-31 | 30.000 | 30 Dr.DANA | MDK | F3ME7TM | 123.72 |
| 02/21/04 | 6480563 | 04 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 Dr.DANA | RAS | S3ECM9M | 15.82 |
| 02/21/04 | 6484090 | 03 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | RAS | S3ECNCE | 61.62 |
| 02/21/04 | 6476309 | 05 | VIOXX 25MG TAB | TA | 00006-0110-68 | 30.000 | 30 Dr.DANA | RAS | 0M79DKR | 39.25 |
| 02/23/04 | 6497503 | 00 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 Dr.DANA | GJF | 0NAAFEC | 9.60 |
| 02/23/04 | 6497502 | 00 | ZOCOR 40MG TABS | TA | 00006-0749-31 | 30.000 | 30 Dr.DANA | GJF | 9PAWMP9 | 61.86 |
| 03/23/04 | 6484090 | 04 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | GJF | 0PPEKMM | 61.62 |
| 03/23/04 | 6480563 | 05 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 Dr.DANA | GJF | 9HP3NAP | 15.82 |
| 03/23/04 | 6501415 | 00 | VIOXX 25MG TAB | TA | 00006-0110-68 | 30.000 | 30 Dr.DANA | GJF | 9HP9LKX | 39.25 |
| 03/23/04 | 6497502 | 01 | ZOCOR 40MG TABS | TA | 00006-0749-31 | 30.000 | 30 Dr.DANA | GJF | OC9MC1C | 61.86 |
| 03/23/04 | 6497503 | 01 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 Dr.DANA | GJF | OC9MC7R | 9.60 |
| 04/21/04 | 6497502 | 02 | ZOCOR 40MG TABS | TA | 00006-0749-31 | 30.000 | 30 Dr.DANA | RAS | SAD1H1T | 61.86 |
| 04/21/04 | 6484090 | 05 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | RAS | SAD1HRT | 62.83 |
| 04/21/04 | 6497503 | 02 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 Dr.DANA | RAS | OEL7TF1 | 9.60 |
| 04/21/04 | 6505340 | 00 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 Dr.DANA | GJF | F91M9DX | 16.70 |
| 04/21/04 | 6501415 | 01 | VIOXX 25MG TAB | TA | 00006-0110-68 | 30.000 | 30 Dr.DANA | RAS | 0Q7W379 | 41.10 |
| 05/21/04 | 6497502 | 03 | ZOCOR 40MG TABS | TA | 00006-0749-31 | 30.000 | 30 Dr.DANA | GJF | SCRDXCN | 61.86 |
| 05/21/04 | 6497503 | 03 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 Dr.DANA | GJF | OF3D97P | 9.60 |
| 05/21/04 | 6505340 | 01 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 Dr.DANA | GJF | 9MMQ1M9 | 16.70 |
| 05/21/04 | 6509547 | 00 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | GJF | 9MMW9XC | 62.83 |
| 05/21/04 | 6501415 | 02 | VIOXX 25MG TAB | TA | 00006-0110-68 | 30.000 | 30 Dr.DANA | GJF | SCRDXDH | 41.10 |
| 05/22/04 | 6497503 | 04 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 14.000 | 14 Dr.DANA | GJF | | 17.59 |
| 06/18/04 | 6497502 | 04 | ZOCOR 40MG TABS | TA | 00006-0749-31 | 30.000 | 30 Dr.DANA | RAS | 9NW1D7Q | 61.86 |
| 06 | 04 | 6501415 | 03 | VIOXX 25MG TAB | TA | 00006-0110-68 | 30.000 | 30 Dr.DANA | RAS | 9NW1D7W | 41.10 |
| 0 | 04 | 6505340 | 02 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 Dr.DANA | RAS | 9NW1D9F | 16.70 |
| 06/18/04 | 6509547 | 01 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | RAS | 9NW1D9R | 62.83 |
| 07/01/04 | 6497503 | 05 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 Dr.DANA | HMS | OKXNTEE | 9.60 |

01-Feb-05

                        Date Range:  01/01/98   TO    02/01/05
                        Drug Class Range:              TO

| Date | Rx# | Ref | Drug | Form | NDC | Qty | Days | Doctor | Init | Code | Price |
|------|-----|-----|------|------|-----|-----|------|--------|------|------|-------|
| 0    | 04 6515825 | 00 | ZETIA 10MG TABS | TA | 66582-0414-31 | 30.000 | 30 | Dr.Lewis | RAS | SE73LRN | 35.26 |
| 07/10/04 | 6515824 | 00 | ZOCOR 80MG TAB | TA | 00006-0543-31 | 30.000 | 30 | Dr.Lewis | RAS | HCWPF7E | 61.86 |
| 07/10/04 | 6515826 | 00 | PLAVIX 75MG TABS | TA | 63653-1171-01 | 30.000 | 30 | Dr.Lewis | RAS | SE73LXX | 58.84 |
| 07/21/04 | 6517145 | 00 | PROCTOSOL-HC 2.5% CR | GM | 63304-0407-01 | 28.350 | 10 | Dr.DANA | HMS | OLT99XQ | 11.22 |
| 07/21/04 | 6517144 | 00 | PATANOL OPTH 0.1% SOLN | ML | 00065-0271-05 | 5.000 | 30 | Dr.DANA | HMS | SFM7QW3 | 33.66 |
| 07/21/04 | 6517147 | 00 | PREVACID 30MG | CA | 00300-3046-13 | 7.000 | 7 | Dr.DANA | HMS | A6046038138141 | .00 |
| 07/21/04 | 6517146 | 00 | HYDROCORTISONE 25MG SUPP | SU | 53265-0761-12 | 20.000 | 10 | Dr.DANA | HMS | 01F7X7W | 2.08 |
| 07/28/04 | 6505340 | 03 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 | Dr.DANA | GJF | 01PXPEN | 16.70 |
| 07/28/04 | 6509547 | 02 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 | Dr.DANA | GJF | SPWXMCQ | 62.83 |
| 07/28/04 | 6517869 | 00 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 | Dr.DANA | GJF | 9QQQ9CA | 9.60 |
| 08/03/04 | 6515824 | 01 | ZOCOR 80MG TAB | TA | 00006-0543-31 | 30.000 | 30 | Dr.Lewis | GJF | 9Q3RWWN | 61.86 |
| 08/03/04 | 6515825 | 01 | ZETIA 10MG TABS | TA | 66582-0414-31 | 30.000 | 30 | Dr.Lewis | GJF | 9Q3RW7H | 35.26 |
| 08/03/04 | 6515826 | 01 | PLAVIX 75MG TABS | TA | 63653-1171-01 | 30.000 | 30 | Dr.Lewis | GJF | 9Q3RWQL | 58.84 |
| 08/12/04 | 6519755 | 00 | ISOSORBIDE MONO ER 30MG | TA | 58177-0222-04 | 30.000 | 30 | Dr.Nasiruddin | HMS | OMWRXPL | 5.64 |
| 08/30/04 | 6505340 | 04 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 | Dr.DANA | RAS | ONPMFAB | 17.18 |
| 08/30/04 | 6509547 | 03 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 | Dr.DANA | RAS | SKHLTFC | 62.83 |
| 08/30/04 | 6517869 | 01 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 | Dr.DANA | RAS | ONPMFDH | 9.60 |
| 09/02/04 | 6515825 | 02 | ZETIA 10MG TABS | TA | 66582-0414-31 | 30.000 | 30 | Dr.Lewis | RAS | 07HQRNP | 35.26 |
| 09/02/04 | 6515824 | 02 | ZOCOR 80MG TAB | TA | 00006-0543-31 | 30.000 | 30 | Dr.Lewis | RAS | HD97DNW | 61.86 |
| 09/02/04 | 6519755 | 01 | ISOSORBIDE MONO ER 30MG | TA | 58177-0222-04 | 30.000 | 30 | Dr.Nasiruddin | RAS | ONWPMDK | 5.64 |
| 09/02/04 | 6515826 | 02 | PLAVIX 75MG TABS | TA | 63653-1171-01 | 30.000 | 30 | Dr.Lewis | RAS | HD97DTW | 58.84 |
| 09/21/04 | 6524697 | 00 | AMOXICILLIN 500MG CAPS | CA | 00093-3109-05 | 40.000 | 10 | Dr.KELLY | GJF | HEMWQD1 | 2.66 |
| 09/29/04 | 6515824 | 03 | ZOCOR 80MG TAB | TA | 00006-0543-31 | 30.000 | 30 | Dr.Lewis | GJF | OP9CLFL | 61.86 |
| 09/29/04 | 6509547 | 04 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 | Dr.DANA | GJF | SLWA3AN | 62.83 |
| 09/29/04 | 6505340 | 05 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 | Dr.DANA | GJF | SLWA3AA | 17.18 |
| 0    | '04 6519755 | 02 | ISOSORBIDE MONO ER 30MG | TA | 58177-0222-04 | 30.000 | 30 | Dr.Nasiruddin | GJF | 9WPRLHR | 5.64 |
| 09/29/04 | 6517869 | 02 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 | Dr.DANA | GJF | SLWA7Q3 | 9.60 |
| 09/29/04 | 6515825 | 03 | ZETIA 10MG TABS | TA | 66582-0414-31 | 30.000 | 30 | Dr.Lewis | GJF | HEREWK9 | 35.26 |
| 09/29/04 | 6515826 | 03 | PLAVIX 75MG TABS | TA | 63653-1171-01 | 30.000 | 30 | Dr.Lewis | GJF | SLWA3QE | 58.84 |
| 11/03/04 | 6530727 | 00 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 | Dr.DANA | RAS | 91HXQ31 | 17.18 |
| 11/03/04 | 6509547 | 05 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 | Dr.DANA | DCH | ORT73KT | 64.07 |
| 11/03/04 | 6519755 | 03 | ISOSORBIDE MONO ER 30MG | TA | 58177-0222-04 | 30.000 | 30 | Dr.Nasiruddin | RAS | 91HNTC9 | 5.64 |
| 11/03/04 | 6515825 | 04 | ZETIA 10MG TABS | TA | 66582-0414-31 | 30.000 | 30 | Dr.Lewis | RAS | 0CHAHTQ | 35.26 |
| 11/03/04 | 6515824 | 04 | ZOCOR 80MG TAB | TA | 00006-0543-31 | 30.000 | 30 | Dr.Lewis | DCH | ORT73KX | 61.86 |
| 11/03/04 | 6515826 | 04 | PLAVIX 75MG TABS | TA | 63653-1171-01 | 30.000 | 30 | Dr.Lewis | DCH | 0CHAHTX | 58.84 |
| 11/03/04 | 6517869 | 03 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 | Dr.DANA | DCH | SNM7LMX | 9.60 |
| 11/16/04 | 6532763 | 00 | BEXTRA 10MG TABS | TA | 00025-1975-31 | 30.000 | 30 | Dr.DANA | DCH | OTLPEP3 | 42.87 |
| 11/22/04 | 6515825 | 05 | ZETIA 10MG TABS | TA | 66582-0414-31 | 30.000 | 30 | Dr.Lewis | HMS | 0DE1AHA | 35.26 |
| 11/22/04 | 6515824 | 05 | ZOCOR 80MG TAB | TA | 00006-0543-31 | 30.000 | 30 | Dr.Lewis | HMS | SPLT3AT | 61.86 |
| 11/22/04 | 6515826 | 05 | PLAVIX 75MG TABS | TA | 63653-1171-01 | 30.000 | 30 | Dr.Lewis | HMS | 93PHE1W | 58.84 |
| 11/22/04 | 6530727 | 01 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 | Dr.DANA | HMS | 93PHCTD | 17.18 |
| 11/22/04 | 6533591 | 00 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 | Dr.DANA | GJF | 93PHRN71 | 64.07 |
| 11/22/04 | 6532763 | 01 | BEXTRA 10MG TABS | TA | 00025-1975-31 | 30.000 | 30 | Dr.DANA | HMS | SPLTWCH | 42.87 |
| 11/22/04 | 6519755 | 04 | ISOSORBIDE MONO ER 30MG | TA | 58177-0222-04 | 30.000 | 30 | Dr.Nasiruddin | HMS | 93PHD33 | 5.64 |
| 11/22/04 | 6517869 | 04 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 | Dr.DANA | HMS | 93PHEWK | 9.60 |
| 12/09/04 | 6535984 | 00 | GUAIFENESIN600/PSE 120 T | TA | 60258-0275-01 | 10.000 | 5 | Dr.DANA | RAS | HHLRFFM | 2.77 |
| 12/09/04 | 6535983 | 00 | AMOXICILLIN/CLAV 875MG | TA | 00093-2275-34 | 14.000 | 7 | Dr.DANA | RAS | 97CL13L | 21.30 |
| 12/14/04 | 6536542 | 00 | NITROQUICK 0.4MG(4X25)TB | TA | 58177-0324-18 | 25.000 | 4 | Dr.DANA | RAS | HHN7W8H | 2.51 |
| 12/20/04 | 6517869 | 05 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 | Dr.DANA | RAS | 0EQC13X | 9.60 |
| 12/20/04 | 6515824 | 06 | ZOCOR 80MG TAB | TA | 00006-0543-31 | 30.000 | 30 | Dr.Lewis | RAS | 97QQCH1 | 61.86 |
| 12/ '04 | 6515825 | 06 | ZETIA 10MG TABS | TA | 66582-0414-31 | 30.000 | 30 | Dr.Lewis | RAS | OXAAHTX | 35.26 |
| 1    | 04 6515826 | 06 | PLAVIX 75MG TABS | TA | 63653-1171-01 | 30.000 | 30 | Dr.Lewis | RAS | SQW9WEW | 58.84 |
| 12/20/04 | 6530727 | 02 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 | Dr.DANA | RAS | HHRWELE | 17.82 |
| 12/20/04 | 6533591 | 01 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 | Dr.DANA | RAS | HHRWELN | 64.07 |

01-Feb-05                    P A T I E N T    H I S T O R Y
                    ===================================

                    Date Range:   01/01/98   TO    02/01/05
                  Drug Class Range:            TO

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1? | 04 6519755 05 | ISOSORBIDE MONO ER 30MG | TA | 58177-0222-04 | 30.000 | 30 Dr.Nasiruddin | RAS | SQW9WFX | 5.64 |
| 12/21/04 | 6532763 02 | BEXTRA 10MG TABS | TA | 00025-1975-31 | 30.000 | 30 Dr.DANA | DCH | OXCWCMC | 42.87 |
| 01/17/05 | 6541245 00 | PLAVIX 75MG TABS | TA | 63653-1171-01 | 30.000 | 30 Dr.Jamal | GJF | 0F97XAT | 103.63 |
| 01/17/05 | 6533591 02 | PREVACID 30MG | CA | 00300-3046-13 | 30.000 | 30 Dr.DANA | DCH | HKKTWNE | 128.14 |
| 01/17/05 | 6530727 03 | TOPROL XL 100MG TAB | TA | 00186-1092-05 | 30.000 | 30 Dr.DANA | DCH | 999N1AP | 35.63 |
| 01/17/05 | 6541246 00 | ENALAPRIL/HCTZ 10/25 TAB | TA | 00093-1052-01 | 30.000 | 30 Dr.Jamal | GJF | STE1LTT | 9.60 |
| 01/17/05 | 6541249 00 | ZETIA 10MG TABS | TA | 66582-0414-31 | 30.000 | 30 Dr.Jamal | GJF | 0F973M3 | 37.15 |
| 01/17/05 | 6541248 00 | ISOSORBIDE MONO ER 30MG | TA | 58177-0222-04 | 30.000 | 30 Dr.Nasiruddin | GJF | HKLD1TQ | 5.64 |
| 01/17/05 | 6541247 00 | ZOCOR 80MG TAB | TA | 00006-0543-31 | 30.000 | 30 Dr.Jamal | GJF | AAAL9HH | 64.12 |
| 01/20/05 | 6532763 03 | BEXTRA 10MG TABS | TA | 00025-1975-31 | 30.000 | 30 Dr.DANA | RAS | HKMRLHQ | 44.97 |

                                                        Total Patient Pays:   $7,705.95


I hereby certify that these drugs and medicines were dispensed to the above
named person(s) by order of his (or her) personal physician

     Date: 01-Feb-05        Pharmacist Signature:_____

**EXHIBIT 2**

Store #: 1835
Report Date: 03/03/2008

**Connexus Pharmacy System**
**Wal-Mart Pharmacy 10-1835**
**Medical Expenses Summary**

Patient:  KURTZ, MARY
          RR1 BOX 1389 TRIPP LAKE
          BRACKNEY PA-18812

Birthdate:  4/4/1935

Below is a list of your Pharmacy Orders for the date range of: 01/01/1997 to 03/03/2008

| Date Filled | Rx # | Drug Name | Prescriber | Qty | Days | Dispense | Patient Paid Cash Price |
|---|---|---|---|---|---|---|---|
| Date Written | Fill ID | NDC | Physician DEA | Refill # | Supply As Written | | TP Ref # |

**Wal-Mart Pharmacy, 2405 VESTAL PKWY E, VESTAL NY-13850**
**NABP Number: 3324302  ID: BW5356731**

| Date Filled | Rx # | Drug Name | Prescriber | Qty | Days | Dispense | Patient Paid Cash Price |
|---|---|---|---|---|---|---|---|
| 01/11/2001 | 6827764 | DESOXIMETAS 0.25% OIN | NEWMARK,JOSEPH | 60 | 15 | 0 | $42.84  PCS |
| 01/11/2001 | 1581374 | 51672-1262-03 | AN1388443 | 0 | | | $42.84 |
| 01/11/2001 | 6827765 | ACTICIN 5% CRE | NEWMARK,JOSEPH | 60 | 1 | 0 | $24.88  PCS |
| 01/11/2001 | 1581375 | 62794-0131-06 | AN1388443 | 0 | | | $27.98 |
| 01/11/2001 | 6827766 | HYDROXYZ HCL 10MG TAB | NEWMARK,JOSEPH | 50 | 25 | 0 | $5.33  PCS |
| 01/11/2001 | 1581376 | 00536-4567-10 | AN1388443 | 0 | | | $10.68 |

Total:  $73.05

Report Date: 03/03/2008
Attested To By:  _____
                Registered Pharmacist

**\*\*CONFIDENTIAL-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL\*MART PHARMACY IMMEDIATELY.**
**WAL\*MART STORES, INC.**

Store #: 1884
Report Date: 03/03/2008

**Connexus Pharmacy System**
**Wal-Mart Pharmacy 10-1884**
**Medical Expenses Summary**

**Patient:**  KURTZ, MARY
PO BOX 87
BRACKNEY PA-18812

**Birthdate:**  4/4/1935

Below is a list of your Pharmacy Orders for the date range of: 01/01/1997 to 03/03/2008

| Date Filled | Rx # | Drug Name | Prescriber | Qty | Days | Dispense | Patient Paid Cash Price |
|---|---|---|---|---|---|---|---|
| Date Written | Fill ID | NDC | Physician DEA | Refill # | Supply | As Written | TP Ref # |

**Wal-Mart Pharmacy, 900 COMMERCE BLVD.AZA, DICKSON CITY PA-18519**
**NABP Number: 3965677 ID: BW5462495**

| Date Filled | Rx # | Drug Name | Prescriber | Qty | Days | Dispense | Patient Paid Cash Price |
|---|---|---|---|---|---|---|---|
| 12/03/1998 | 4413586 | MERIDIA 10MG CAP | TAYOUN,PAUL J. | 21 | 21 | 0 | $58.92 |
| 12/03/1998 | 1268191 | 00048-0610-01 | BT2890413 | 0 | | | $58.92 |
| 12/17/1998 | 4413709 | MERIDIA 10MG CAP | TAYOUN,PAUL J. | 28 | 28 | 0 | $76.97 |
| 12/17/1998 | 1270496 | 00048-0610-01 | BT2890413 | 0 | | | $76.97 |
| 01/21/1999 | 4413991 | MERIDIA 15MG CAP | TAYOUN,PAUL J. | 28 | 28 | 0 | $98.92 |
| 01/21/1999 | 1275802 | 00048-0615-01 | BT2890413 | 0 | | | $98.92 |
| 02/18/1999 | 6701486 | SERZONE 150MG TAB | TAYOUN,PAUL J. | 56 | 28 | 0 | $20.00  AET |
| 02/18/1999 | 1280010 | 00087-0039-31 | BT2890413 | 0 | | | $70.72 |
| 03/18/1999 | 6703173 | SERZONE 150MG TAB | TAYOUN,PAUL J. | 56 | 28 | 0 | $20.00  AET |
| 03/18/1999 | 1284513 | 00087-0039-31 | BT2890413 | 0 | | | $70.72 |
| 04/15/1999 | 6704764 | SERZONE 150MG TAB | TAYOUN,PAUL J. | 60 | 30 | 0 | $20.00  AET |
| 04/15/1999 | 1288754 | 00087-0039-31 | BT2890413 | 0 | | | $70.92 |
| 05/06/1999 | 6705996 | XENICAL 120MG CAP | TAYOUN,PAUL J. | 42 | 21 | 0 | $60.68 |
| 05/06/1999 | 1292025 | 00004-0256-52 | BT2890413 | 0 | | | $60.68 |
| 05/27/1999 | 6707326 | XENICAL 120MG CAP | TAYOUN,PAUL J. | 63 | 31 | 0 | $86.62 |
| 05/27/1999 | 1295516 | 00004-0256-52 | BT2890413 | 0 | | | $86.62 |
| 05/27/1999 | 6707327 | SERZONE 150MG TAB | TAYOUN,PAUL J. | 63 | 31 | 0 | $20.00  AET |
| 05/27/1999 | 1295515 | 00087-0039-31 | BT2890413 | 0 | | | $75.78 |
| 06/24/1999 | 6708997 | XENICAL 120MG CAP | TAYOUN,PAUL J. | 42 | 21 | 0 | $61.62 |
| 06/24/1999 | 1300043 | 00004-0256-52 | BT2890413 | 0 | | | $61.62 |

**\*\*CONFIDENTIAL-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL\*MART PHARMACY IMMEDIATELY.**
**WAL\*MART STORES, INC.**

Store #: 1884
Report Date: 03/03/2008

**Connexus Pharmacy System**
**Wal-Mart Pharmacy 10-1884**
**Medical Expenses Summary**

**Patient:**    KURTZ, MARY
              PO BOX 87
              BRACKNEY PA-18812

**Birthdate:**    4/4/1935

Below is a list of your Pharmacy Orders for the date range of: 01/01/1997 to 03/03/2008

| Date Filled | Rx # | Drug Name | Prescriber | Qty | Days | Dispense | Patient Paid Cash Price |
|---|---|---|---|---|---|---|---|
| Date Written | Fill ID | NDC | Physician DEA | Refill # | | Supply As Written | TP Ref # |
| 07/27/1999 | 6710782 | XENICAL 120MG CAP | TAYOUN,PAUL J. | 42 | 21 | 0 | $61.62 |
| 07/15/1999 | 1305228 | 00004-0256-52 | BT2890413 | 0 | | | $61.62 |
| 08/05/1999 | 6711354 | XENICAL 120MG CAP | TAYOUN,PAUL J. | 42 | 21 | 0 | $61.62 |
| 08/05/1999 | 1306796 | 00004-0256-52 | BT2890413 | 0 | | | $61.62 |
| 09/09/1999 | 6713422 | XENICAL 120MG CAP | TAYOUN,PAUL J. | 42 | 21 | 0 | $57.89 |
| 09/09/1999 | 1312647 | 00004-0256-52 | BT2890413 | 0 | | | $57.89 |
| 11/04/1999 | 6716938 | XENICAL 120MG CAP | TAYOUN,PAUL J. | 42 | 21 | 0 | $57.89 |
| 11/04/1999 | 1322263 | 00004-0256-52 | BT2890413 | 0 | | | $57.89 |

**Total:  $762.75**

Report Date: 03/03/2008
Attested To By: _____
                        Registered Pharmacist

**\*\*CONFIDENTIAL-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL\*MART PHARMACY IMMEDIATELY.**
**WAL\*MART STORES, INC.**

# WAL★MART®
# LEGAL DEPARTMENT

Corporate Offices
702 S.W. 8TH Street
Bentonville, Arkansas 72716-0215
Phone (479) 273-4505
Fax (479) 204-9696

**LITIGATION SUPPORT**

TO:     Law Office of Ronald R. Benjamin
        Binghamton, NY 13905

RE:     Mary Kurtz   DOB: 4/4/1935
        Store: All - All (Dates of Service: 1/1/97 - 3/3/08)

## CERTIFICATION OF RECORDS

Enclosed are the prescription records of Mary Kurtz (3 page(s)). We are producing the records pursuant to a subpoena/authorized release issued to Wal-Mart in the matter of Mary Kurtz. Please accept this document as certification of the records produced herewith. The records you have requested are maintained by the Pharmacy Division of Wal-Mart Stores, Inc. in various locations throughout the company. Upon receipt of your subpoena/authorized release by the Wal-Mart Stores, Inc. Legal Department, we requested of the appropriate location of Wal-Mart Pharmacy to provide all documents in their possession responsive to your subpoena/authorized release. The records produced herewith are accurate, complete, true and correct copies of all records received or retrieved by Legal pursuant to your request. I further certify that Wal-Mart Stores, Inc. is the custodian of record, that the records were kept in the regular course of business and that this is a regularly conducted business activity, that these records were made at or near the time the acts, events, conditions, opinions, or diagnoses occurred or within a reasonable time thereafter, that the charges were reasonable for similar services, necessary as payment for a prescription filled by our pharmacy pursuant to a doctor's orders and finally that these records were made by, or from information transmitted by, a person with knowledge of the acts, events, conditions, opinions or diagnoses stated therein.


Rebekah Burgess, Discovery Specialist
Wal-Mart Stores, Inc. Legal Department
Bentonville, AR 72716-0215

STATE OF ARKANSAS  )
                   )  ss.
COUNTY OF BENTON   )

The foregoing instrument was acknowledged before me this ____ day of March 08.

_____
Notary Public

MARY LOU LOHR
NOTARY PUBLIC
BENTON COUNTY, ARKANSAS
Commission Expires 12/27/17
Commission No. 12363857

**EXHIBIT 3**

```
1 0001629  Name: KURTZ, MARY                              Home:              Sex: F
2 Addr: RR 1 BOX 1389, BRACKNEY, PA 18812                   Bd:04-04-1935/ 72
3 [PC/HC]  PT:          Disc:        SC: N   LG:            Tel:      967-2683
4 Allg: NO KNOWN DRUG ALLERGY
  Cvg: TRX Pl:      Gp:H1600007        Id:LAP111289           L#:
  C/H: KURTZ, MARY                         Elig: I    Cpy:    .00  ExDt:
```

```
─────────────── PATIENT RX HISTORY ALL ───────────────
          Rx#  Last Fill  Drug Name              N/R   Qty    Price  Doctor    Bill
         ─────  ─────────  ────────────────────   ───   ───    ─────  ────────  ────
1        60862  05-01-06   NITROQUICK  SL 4 X 2   N06Expired     9.56  DANA      MCO
2        60861  05-01-06   AMOXICILLIN 500MG CA   N  Expired    16.81  DANA      MCO
3        55168  12-15-05   AMBIEN CR 12.5MG TAB   N  Expired    28.76  DANA      TRX
4        55154  12-15-05   PATANOL 0.1% ML        N06Expired    86.19  MORELLO   MCO
5        50852  09-20-05   SULFAMETHOXAZOLE/TMP   R  Expired     6.95  NAZAR
```

```
X#, N#, R#, L#, PE#, UP#, AF#, H, HA, I, DT, PD, MOP, %, <F1>, <ESC>:   .....
```

## NOTICE

Please be advised that we have sent this information multiple times to your office — every time you have requested it. If all records need to be preserved, I would hope you'd not find a need to ask for them again.

Thanks — Kathy at
Fairway
Pharmacy
570-278-8790

**EXHIBIT 4**

**Merck & Co., Inc.**
c/o NNC Group
2670 Executive Dr.
Indianapolis, IN 46241

Event Id:    1389
Id:    9093803

MARY KURTZ

RR1 BOX 1389

BRACKNEY, PA  18812

Attached is your reimbursement check for your unused portion of Vioxx® based upon your receipt value.
Merck & Co., Inc. thanks you for your cooperation and sincerely regrets any inconvenience this may have
caused you.  If you have any questions, please call 1-800-805-9387.

### Reimbursement Detail

| Reimbursment Items | Reimbursement $ |
|---|---|
| Receipt Amount | $41.10 |
| Shipping | $0.6 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
|  | * | JUDGE FALLON |
|  | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:     Mary Kurtz  v.  Merck & Co., et al.
                              Case No.: 27:06-cv-05779-EEF-DEK


PLAINTIFFS' ANSWERS TO DEFENDANT MERCK & CO., INC.'S
AMENDED FIRST SET OF INTERROGATORIES

Plaintiff hereby answers the defendant's First Set of Interrogatories as follows:

INTERROGATORY NO. 1:  Please identify, for the present civil action, the title of the action,
the civil action number, the name of the court in which this action was filed, the name of the
court in which this action is currently pending, and the full name, address, telephone number and
facsimile number of the principal attorney representing you in this action.

ANSWER:  Mary Kurtz v. Pfizer, Inc., Pharmacia Corporation, and Pharmacia & Upjohn

Company, and Merck & Co., Inc., Civil Action No. 2:06-cv-05779, currently filed in the United

States District Court for the Eastern District of Louisiana.  The action was originally filed in the

United States District Court for the Southern District of New York under Civil Action No. 7:06-

cv-5434, and was split transferred to this Court for the Vioxx MDL, and to the Celebrex/Bextra

MDL 1699 in the United States District Court for the Northern District of California, Case No.

C06-5948-CRB.


INTERROGATORY NO. 2:   Please identify each person having knowledge or information
regarding the facts, circumstances, injuries, damages, or allegations contained in your Complaint.

ANSWER: In addition to the plaintiffs and defendant Merck the following:

Dr. Ihab Dana, EMHS, 3 Grow Avenue, Montrose, Pa 18801

Dr. Nasiruddin Jamal, Cardiology Associates, 30 Harrison St, Suite 250, Johnson City, NY 13790

Laurie Lynch, niece, 727 Hemlock St., Scranton, PA 18505


INTERROGATORY NO. 3:   Provide the factual basis and a computation for each category of damages you claim and identify all documents upon which you will rely in support of each category of damages.

ANSWER: All general compensatory damages, including past and future pain and

suffering, as opposed to special damages, are jury issues for resolution at trial.   Plaintiff's medical

bills were paid by Medicare and AARP Healthcare Options, United Healthcare Claims Division,

for which it is anticipated third-party liens will be imposed and are, therefore, a category of

damage.   Plaintiff incorporates and relies on the records of her medical providers, Medicare and

AARP Healthcare Options insurer with respect to the computation of past and future medical

expenses.


INTERROGATORY NO. 4:   Please state whether you have been reimbursed or filed a claim under an insurance policy with respect to alleged injuries that form the basis of this action.  If so, for each claim, identify the person with whom you filed a claim, the insurer, the policyholder, the policy number, and the claim number.

ANSWER: Yes.   I filed claims with Medicare and AARP Healthcare Options, which paid

all of the bills directly to my knowledge.  Medicare Policy No. 169242873D, Healthcare

Financing Administration, Baltimore, MD 21244,-1850, Policy Holder William Kurtz, AARP

Healthcare Options, Policy No. 02866794311, United Healthcare Claim Division, PO Box

740819, Atlanta, GA, 30374-0819, policyholder Mary Kurtz.

INTERROGATORY NO. 5:  State whether you have undergone a physical examination in connection with any application for life insurance since January 1, 1990.  If so, state the date of any such examination, where it was conducted, who conducted the examination, whether there is a report of such physical examination and the life insurance company on whose behalf the examination was conducted.  If a report was made, attach a true copy.  If any such physical examination resulted in denial of your application, please describe such action.

    ANSWER: No.


INTERROGATORY NO. 6:  Identify all information, instructions, warnings or precautions about Vioxx obtained by you from any source. For each item of information, instruction , warning, or precaution, identify the source, the date you received it, and if you relied upon it in any manner, describe what action you took or did not take as a result.

    ANSWER: Patient drug information pamphlet and the dosage and instructions on the

bottle/container were provided by the pharmacy (Eckerd's, Fairway, Express Scripts, Waltmart) at

the time prescriptions were filled on the dates reflected in the pharmacy records that have already

been provided to defendant Merck or for which an authorization has been provided.  I relied on

the same, but no instructions or other information was provided about Vioxx and cardiovascular

injuries or cardiac arrest.


INTERROGATORY NO. 7:  State whether you have ever filed a claim (including a worker's compensation or a social security disability claim) or instituted a legal proceeding for any personal, economic or other injury. If so, state the date and nature of the injuries and damages claimed, the date and place of filing for each such claim or legal proceeding , the full names and addresses of all parties to the action and their attorneys if any, the name of the court or other forum, the title of the action and the case number, and the present states if each claim or legal proceeding. If terminated, give the final result of each such claim or legal proceeding, including any monetary judgement, settlement or award.

    ANSWER: No.

INTERROGATORY NO. 8:  Please identify whether you are in possession of any unused Vioxx. If so, please identify the number of tablets or amount of oral suspension in your possession, the

date of the prescription to which the unused Vioxx relates, and the current location of the unused Vioxx.

    ANSWER: No.

INTERROGATORY NO. 9:  Please identify all communications, whether oral, written or electronic (including email, communication as part of internet "chat rooms" or email groups), with others not including your counsel, regarding Vioxx or your alleged injuries.

    ANSWER: No.

INTERROGATORY NO. 10:   Please identify whether you conducted any research on your computer regarding Vioxx, the current location of your computer, whether you ever sent and/or received any emails relating to Vioxx or your alleged injuries (other than those from your attorney), and whether you are in possession of the emails sent or received relating to Vioxx or you alleged injuries.

    ANSWER: No.

Ronald R. Benjamin Fed. Bar No. 101131
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442

## **VERIFICATION**

I, Mary Kurtz, declare under penalty of perjury subject to 28 U.S.C. § 1746 that the

foregoing answers to interrogatories are true and correct to the best of my knowledge.

_____          _____5-12_____, 2008
Signature                                 Date

## CERTIFICATE OF SERVICE *amended*

The undersigned hereby certifies that a copy of the above PLAINTIFFS' ANSWERS TO DEFENDANT MERCK & CO., INC.'S FIRST SET OF INTERROGATORIES was served in accordance with Pre-Trial Nos. 8, 18C (paras. 5-7) and 28, by serving a hard copy on Wilfred P. Coronato, Esq., at Hughes Hubbard & Reed LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, and by serving an electronic copy via LexisNexis File & Serve on Wilfred P. Coronato at Hughges Hubbard & Reed, LLP, Phillip A. Wittmann at Stone Pigman Walther Wittmann LLC, Dimitrios Mavroudis at Dechert LLP, and Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC, on this 20th day of May, 2008.

Marya C. Young   Fed. Bar No. 301339
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above PLAINTIFFS' ANSWERS TO DEFENDANT MERCK & CO., INC.'S FIRST SET OF INTERROGATORIES was served in accordance with Pre-Trial Nos. 8, 18C (paras. 5-7) and 28, by serving a hard copy on Wilfred P. Coronato, Esq., at Hughes Hubbard & Reed LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, and by serving an electronic copy via LexisNexis File & Serve on Wilfred P. Coronato at Hughges Hubbard & Reed, LLP, Phillip A. Wittmann at Stone Pigman Walther Wittmann LLC, Dimitrios Mavroudis at Dechert LLP, and Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC, on this 1st day of May, 2008.

Marya C. Young     Fed. Bar No. 301339
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                              )        MDL DOCKET NO: 1657
                                          )
PRODUCTS LIABILITY LITIGATION             )        SECTION L
                                          )
                                          )        JUDGE GALLON
                                          )
                                          )        MAG. JUDGE KNOWLES
                                          )
                                          )

STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28)
Mary Kurtz: 2:06-cv-5434

Pursuant to Pre-Trial Order No. 28, Plaintiff Mary Kurtz sent Document Preservation
Notices to the following individuals and entities. Copies of the Notices sent are attached
and marked as Exhibit "1".

Medical Providers:

Wilson Regional Memorial Hospital
33-57 Harrison Street
Johnson City, NY 13790

Express Scripts
PO Box 66537
Saint Louis, MO 63166

Dana Ihab, MD
c/o Endless Mountain Health Systems, Inc.
3 Grow Avenue
Montrose, PA 18801

Endless Mountain Health Systems, Inc.
3 Grow Avenue
Montrose, PA 18801

AARP Healthcare Options
P.O. Box 1017
Philadelphia, PA 19101-1017

Jose Nazar, MD
c/o Memorial Hospital, Inc.

One Hospital Drive
Towanda, PA 18848

Memorial Hospital, Inc.
One Hospital Drive
Towanda, PA 18848

Fairway Pharmacy
Price Chopper Plaza
Montrose, PA 18801

Walmart Pharmacy
2405 Vestal Pkwy E
Vestal, NY 13850

Tier Cardiology Group P.C.
101 Main Street
Johnson City, NY 13790

Nasiruddin M-K Jamal, MD
c/o Tier Cardiology Group P.C.
101 Main Street
Johnson City, NY 13790

Eckerd Corporation Privacy Office
50 Service Avenue
Warwick, RI 02886


Executed on March 10, 2008 in Binghamton, NY.

                                        /s/ Ronald R. Benjamin
                                    Ronald R. Benjamin, Esq.
                                    126 Riverside Drive
                                    PO Box 607
                                    Binghamton, NY 13902-0607
                                    607-772-1442

# *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

<u>N O T I C E</u>

Wilson Regional Memorial Hospital
33-57 Harrison Street
Johnson City, NY 13790



Re: Mary Kurtz, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06cv5434

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

*\* Also admitted in the District of Columbia*

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Eckerd Corporation Privacy Office
50 Service Avenue
Warwick, RI 02886



> Re: Mary Kurtz, et. al.; Plaintiff v. Merck & Co., Inc.
> In Re: VIOXX Products Liability Litigation
> MDL No. 1657
> Case No. 2:06cv5434

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Express Scripts
PO Box 66537
Saint Louis, MO 63166

Re: Mary Kurtz, et. al.; Plaintiff v. Merck & Co., Inc.
    In Re: VIOXX Products Liability Litigation
    MDL No. 1657
    Case No. 2:06cv5434



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Endless Mountain Health Systems, Inc.
3 Grow Avenue
Montrose, PA 18801

    Re: Mary Kurtz, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:06cv5434



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

          Very truly yours,

          Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
## *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Dana Ihab, MD
c/o Endless Mountain Health Systems, Inc.
3 Grow Avenue
Montrose, PA 18801



    Re: Mary Kurtz, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:06cv5434

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

                Very truly yours,

                Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
## *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,   P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
AARP Healthcare Options
P.O. Box 1017
Philadelphia, PA 19101-1017

      Re: Mary Kurtz, et. al.; Plaintiff v. Merck & Co., Inc.
           In Re: VIOXX Products Liability Litigation
           MDL No. 1657
           Case No. 2:06-cv-5434

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

           Very truly yours,

           Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

*Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Jose Nazar, MD
c/o Memorial Hospital, Inc.
One Hospital Drive
Towanda, PA 18848



    Re: Mary Kurtz, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:06-cv-5434

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

              Very truly yours,

              Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Memorial Hospital, Inc.
One Hospital Drive
Towanda, PA 18848

Re: Mary Kurtz, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:06-cv-5434

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

### LAW OFFICES OF RONALD R. BENJAMIN
#### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Fairway Pharmacy
Price Chopper Plaza
Montrose, PA 18801



Re: Mary Kurtz, et. al.; Plaintiff v. Merck & Co., Inc.
    In Re: VIOXX Products Liability Litigation
    MDL No. 1657
    Case No. 2:06-cv-5434

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

### *LAW OFFICES OF RONALD R. BENJAMIN*
*ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Walmart Pharmacy
2405 Vestal Pkwy E
Vestal, NY 13850

  Re: Mary Kurtz, et. al.; Plaintiff v. Merck & Co., Inc.
   In Re: VIOXX Products Liability Litigation
   MDL No. 1657
   Case No. 2:06cv5434



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

     Very truly yours,

     Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Nasiruddin M-K Jamal, MD
c/o Tier Cardiology Group P.C.
101 Main Street
Johnson City, NY 13790

Re: Mary Kurtz, et. al.; Plaintiff v. Merck & Co., Inc.
    In Re: VIOXX Products Liability Litigation
    MDL No. 1657
    Case No. 2:06cv5434



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Tier Cardiology Group P.C.
101 Main Street
Johnson City, NY 13790

    Re: Mary Kurtz, et. al.; Plaintiff v. Merck & Co., Inc.
        In Re: VIOXX Products Liability Litigation
        MDL No. 1657
        Case No. 2:06cv5434



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

                    Very truly yours,

                    Ronald R. Benjamin

RRB/mc
Attachment

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing documents have been served electronically on Susan Giamportone, by U.S. Mail and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of March, 2008.

Ronald R. Benjamin
#101113
Law Office of Ronald R. Benjamin
126 Riverside Drive
PO Box 607
Binghamton, NY 13902-0607
607-772-1442
607-772-1678 9 (Fax)
ronbenjaminlaw@stny.rr.com

# Steven A. Rich, M.D.

*Internal Medicine-Geriatrics-Clinical Pharmacology*

*4884 North Road Canandaigua, NY 14424*
*srich@rochester.rr.com*
*Voice: 585-922-0392*

December 30, 2008

Ronald R Benjamin
PO Box 607
126 Riverside Drive
Binghamton, NY 13902

**Re: Mary Kurtz**
**DOB: 04-04-1935**
**Date of Injury: 07-05-04 (Myocardial infarction)**

Mr. Benjamin:

Thank you for the opportunity to review records regarding the events surrounding the
myocardial infaction suffered by Mrs. Mary Kurtz and her VIOXX® usage.

My education includes a Doctor of Medicine Degree as well as a degree in
Pharmacokinetics. My training includes certifications in Internal Medicine and Geriatric
Medicine by the American Board of Internal Medicine. A copy of my Curriculum Vitae
is attached. My experience includes 21 years of direct patient care including primary,
secondary and tertiary care of acute coronary syndromes, rheumatoid conditions and the
consequences of these diseases. I have treated patients similar to this patient during the
course of my career. I have been active in clinical pharmacology for 21 years, and have
authored peer-reviewed and published articles. I have also reviewed published medical
literature and Merck documents relating to VIOXX®.

Mrs. Mary Kurtz was 69 years old at the time of her myocardial infarction. By that time
he had stopped smoking (in 1988) , and this retired ,widowed ,former worker for Sears
enjoyed working at craft shows and traveling She had some elevation of lipid, which was
managed by her primary physician, Ihab A Dana MD.. He began filling his first
VIOXX® prescription on 08/20/02, as this was prescribed for pain related to
osteoarthritis by her primary care physician . The pharmacy records from Eckerd Drugs
indicate that she continued the use of this into the summer of 2004, filling her last
prescription of thirty 25 mg tablets on 06-18-08.

1

The patient's summer activity was disrupted on July 4th 2004 by the onset of back and jaw pain that was worse with minimal exertion and lasting 5-15 minutes. After 24 hours of progressively increasing episodes of pain she was see at Montrose Hospital and transferred to Wilson Medical Center where an acute myocardial infarction was confirmed by electrocardiographic changes and elevation on creatine kinase and troponin level. She underwent angiography and stenting of an partially occluded left circumflex artery, and angioplasty of a completely occluded right circumflex artery.

The data on the use of rofecoxib (VIOXX®)  that is derived from randomized controlled trials suggests that the detrimental effect of this drug in causing adverse cardiovascular event occurs early in the course of using the medication, and it persist for at least a year after the medicine was discontinued. While there are certainly other factors that contribute to myocardial infarctions, the review of the information available to me leads me to believe the use of VIOXX® is more likely than not be a contributing cause to the myocardial infarction experienced by Mrs. Mary Kurtz..

All of my opinions are stated within a reasonable degree of medical certainty. My opinions are based on my education, training, and experience. My opinions may be modified based on review of subsequent medical information not currently available to me.

Sincerely,

Steven A. Rich, M.D.
Chief of Geriatrics and Director of the Geriatric Consultative Service
  Rochester General Health System, Rochester NY
Clinical Assistant Professor of Medicine
  University of Rochester School of Medicine and Dentistry

2