Plaintiff's Exhibit 11

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

October15, 2009

**BY E-MAIL and FAX: 202/434-5029**
Douglas R. Marvin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re:   **Timothy Mack v. Merck & Co., Inc.**
[Dier, et al., v. Merck & Co., Inc., EDLA 2:05-cv-01088-EEF-DEK]

Dear Mr. Marvin:

In response to the Order to Show Cause returnable October 16, 2009, on your client's Third
Motion seeking to enforce PTO 28 in the Vioxx litigation, I am providing the following
information which addresses the only deficiencies identified in Exhibit A pertaining to **Timothy
Mack**:

**Medical Records:**   Plaintiff has met the obligation to produce medical records.   In the first
instance, Exhibit A to the Order to Show Cause does not list lack of a PPF, so I trust you
acknowledge that Mr. Mack submitted his Plaintiff's Profile Form dated on December 1, 2005,
with the required signed authorizations for release of his healthcare records to Hughes Hubbard
& Reed LLP at that time.  This occurred prior to the issuance of PTO 28 on November 9, 2007.
Therefore, for the following reasons, you incorrectly list Mr. Mack has missing an amended and
supplemental PPF.

The PPF submitted by Mr. Mack in December 2005 and the PPF attached as Exhibit A to PTO
28 are identical as to document production, and both limit the medical records to be produced by
the plaintiff in the following express language:

## VI. DOCUMENTS
Please indicate if any of the following documents and things are currently in
your possession, custody, or control, or in the possession, custody, or control of
your lawyers by checking **"yes"** or **"no"**.  Where you indicated **"yes,"** please
attach the documents and things to your responses to this profile form.

Page 2 of 2

The limited scope of the production required in the above provision in the PPF is entirely consistent with the fact that plaintiff was also required to, and did, provide signed authorizations for release of medical and other records to Merck's counsel along with the PPF. Since you indicate you have "Partial" records for Mr. Mack, I trust you have collected the same from my office and/or the healthcare providers. I am emailing to you under separate cover the medical records that have been collected earlier this year to ensure there is no dispute you have received the same. I am also repeating my request that you advise what records you do or do not have.

With respect to PTO 28, subparagraph (II)(A)(6) of PTO 28 only requires medical records to be produced as to "*all healthcare providers requested in the Amended and Supplemental Plaintiff Profile Form....*" Because Mr. Mack clearly submitted his PPF prior to November 9, 2007, he is by definition excluded from having to file an amended and supplemental PPF under the language in PTO 28 (II)(A)(3) stating "*unless Plaintiff . . . has of the date of this Order submitted a Plaintiff Profile Form . . ..*"

**Pharmacy Records**: With respect to PTO 28(II)(A)(1), Mr. Mack indicates that Eckerd Pharmacy #5088 [now Rite-Aid Pharmacy], 67-71 Robinson Street, Binghamton, NY 13901, is the only pharmacy that dispensed Vioxx to or for him. According to our records, certified copies of his Eckerd Pharmacy records for the period 01/01/2000 to 02/01/2005 and 01/01/01 to 12/31/2001, were already submitted with a letter to John N. Poulos, Esq., Hughes Hubbard & Reed LLP dated May 5, 2006. A copy of the certified Eckerd Pharmacy records for the above period are attached. (*See* **Exhibit 1**). We anticipate Rite-Aid Pharmacy will provide a complete certified set for the period 1995 to present, as exist, and the same will be produced.

**Affidavit of Completeness**: With respect to the affidavit required by PTO 28(II)(A)(7), I would note that, with reference to subparagraph (7)(ii), the same does not apply to him as he was not required by PTO 28 to file an amended and supplemental PPF. To the extent your client believes this affidavit should attest as to medical records collection, we will submit an affidavit of plaintiff after the medical records that have been collected by Merck and its counsel have been identified for that purpose.

This letter and enclosures will be annexed to the opposition to the Third Motion Order to Show Cause. I ask that you withdraw Merck's motion since dismissal of this plaintiff's case for any reason, and particularly for failure to prosecute, is clearly unwarranted in light of the above.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Enclosures

**EXHIBIT 1**

```
                        ========================================
                        P A T I E N T   H I S T O R Y                                          Page   1
                        ========================================
11-Feb-05
                      Date Range:  01/01/00   TO   02/01/05
                    Drug Class Range:          TO


         TIMOTHY          MACK                           ECKERD DRUGS #5088
         21 WILLIAM ST.                                  67-71 ROBINSON STREET
         BINGHAMTON     NY 13904                         BINGHAMTON     NY 13901
         (607)772-7658                                   License # 015233
         Birthdate: 10/26/53 Sex: M
         Social Security No:
```

| Date | Rx No. | Ref. No. | Drug Name | Unit | NDC | Dispensed Qty | Day Sup | Doctor Name | R.Ph. Init. | Third Party Authorization | Patient Pays |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/04/00 | 6004681 | 00 | LEVAQUIN 500MG TABS | TA | 00045-1525-50 | 10.000 | 10 | Dr.RAI | DS | | 97.89 |
| 03/11/00 | 6004681 | 01 | LEVAQUIN 500MG TABS | TA | 00045-1525-50 | 10.000 | 10 | Dr.RAI | MP | | 97.89 |
| 04/28/00 | 6011592 | 00 | LEVOTHROID 25MCG TABS | TA | 00456-0320-01 | 30.000 | 30 | Dr.GREENBERG | RAS | | 7.99 |
| 05/29/00 | 6011592 | 01 | LEVOTHROID 25MCG TABS | TA | 00456-0320-01 | 30.000 | 30 | Dr.GREENBERG | MP | | 7.99 |
| 06/26/00 | 6018738 | 00 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | | 12.49 |
| 07/28/00 | 6018738 | 01 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | | 12.69 |
| 09/03/00 | 6018738 | 02 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | RAS | | 13.29 |
| 10/02/00 | 6018738 | 03 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | MP | | 13.69 |
| 11/02/00 | 6018738 | 04 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | | 13.69 |
| 12/13/00 | 6039470 | 00 | ACETIC ACID/ALUM 2%OTIC | ML | 24208-0615-77 | 60.000 | 10 | Dr.KING | RAS | | 15.49 |
| 12/17/00 | 6018738 | 05 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | RAS | | 13.69 |
| 01/30/01 | 6045672 | 00 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | | 14.99 |
| 03/12/01 | 6045672 | 01 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | MP | | 14.99 |
| 04/17/01 | 6045672 | 02 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | RAS | 91074747520001 | 2.23 |
| 05/28/01 | 6045672 | 03 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | RAS | 91482460560001 | 2.30 |
| 07/04/01 | 6045672 | 04 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | 91850550040001 | 2.30 |
| 07/11/01 | 6066063 | 00 | VIOXX 25MG TAB | TA | 00006-0110-68 | 30.000 | 30 | Dr.RAI | MP | 91920194080001 | 14.04 |
| 08/02/01 | 6068577 | 00 | WARFARIN SOD 5MG TAB | TA | 00555-0833-02 | 30.000 | 30 | Dr.RAI | DS | 92147859180001 | 3.36 |
| 08/10/01 | 4069529 | 00 | PROPOXY N 100MG W/APAP | TA | 00093-0490-05 | 50.000 | 17 | Dr.RAI | RAS | 92227371790001 | 2.25 |
| 08/10/01 | 6069530 | 00 | LEVAQUIN 500MG TABS | TA | 00045-1525-50 | 5.000 | 5 | Dr.RAI | RAS | 92227371710001 | 8.13 |
| 08/10/01 | 6069528 | 00 | WARFARIN SOD 7.5MG TAB | TA | 00555-0834-02 | 30.000 | 30 | Dr.RAI | RAS | 92227371670001 | 4.69 |
| 08/19/01 | 6045672 | 05 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | SKB | 92317893890001 | 2.30 |
| 08/19/01 | 6066063 | 01 | VIOXX 25MG TAB | TA | 00006-0110-68 | 30.000 | 30 | Dr.RAI | SKB | 92317893930001 | 14.04 |
| 09/18/01 | 6073957 | 00 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | 92617144140001 | 2.30 |
| 09/18/01 | 6069528 | 01 | WARFARIN SOD 7.5MG TAB | TA | 00555-0834-02 | 30.000 | 30 | Dr.RAI | DS | 92617144270001 | 4.69 |
| 10/01/01 | 6075619 | 00 | ALLEGRA-D TABS | TA | 00088-1090-47 | 60.000 | 30 | Dr.RAI | DS | 92747338370001 | 13.15 |
| 10/12/01 | 6068577 | 01 | WARFARIN SOD 5MG TAB | TA | 00555-0833-02 | 30.000 | 30 | Dr.RAI | RAS | 92857652140001 | 3.36 |
| 10/19/01 | 6073957 | 01 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | 92927197030001 | 2.30 |
| 11/08/01 | 6080532 | 00 | ETODOLAC 300MG CAP | CA | 55953-0397-40 | 20.000 | 3 | Dr.WARNER  DDS | DS | 93127918210001 | 2.54 |
| 11/09/01 | 6080597 | 00 | CLINDAMYCIN 150MG CAP | CA | 00093-3171-01 | 40.000 | 10 | Dr.WARNER  DDS | DS | 93137890980001 | 7.36 |
| 11/20/01 | 6069528 | 02 | WARFARIN SOD 7.5MG TAB | TA | 00555-0834-02 | 30.000 | 30 | Dr.RAI | DS | 93247212520001 | 4.69 |
| 11/20/01 | 6068577 | 02 | WARFARIN SOD 5MG TAB | TA | 00555-0833-02 | 30.000 | 30 | Dr.RAI | DS | 93247212650001 | 3.36 |
| 11/20/01 | 6073957 | 02 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | 93247212610001 | 2.30 |
| 12/26/01 | 6069528 | 03 | WARFARIN SOD 7.5MG TAB | TA | 00555-0834-02 | 30.000 | 30 | Dr.RAI | DS | 93607016060001 | 4.69 |
| 12/26/01 | 6068577 | 03 | WARFARIN SOD 5MG TAB | TA | 00555-0833-02 | 30.000 | 30 | Dr.RAI | DS | 93607016910001 | 3.36 |
| 12/26/01 | 6073957 | 03 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | 93607015900001 | 2.30 |
| 02/08/02 | 6073957 | 04 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | 90397099270001 | 10.62 |
| 02/18/02 | 6093186 | 00 | AVELOX 400MG TABS | TA | 00026-8581-69 | 10.000 | 10 | Dr.PILLER | RAS | 90497482690001 | 78.77 |
| 03/01/02 | 6093186 | 01 | AVELOX 400MG TABS | TA | 00026-8581-69 | 10.000 | 10 | Dr.PILLER | RAS | 90607743720001 | 16.37 |
| 03/29/02 | 6073957 | 05 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | SKB | 90887876580001 | 2.18 |
| 05/03/02 | 4102814 | 00 | PROPOXY N 100MG W/APAP | TA | 00093-0490-05 | 30.000 | 5 | Dr.PILLER | MP | 91237675370001 | 1.45 |
| 05/03/02 | 6102815 | 00 | NAPROXEN 500MG TABS | TA | 00093-0149-01 | 20.000 | 10 | Dr.PILLER | MP | 91237675090001 | 1.05 |
| 05/15/02 | 6102815 | 01 | NAPROXEN 500MG TABS | TA | 00093-0149-01 | 20.000 | 10 | Dr.PILLER | DS | 91357975150001 | 1.05 |

PATIENT   HISTORY

11-Feb-05

=======================================

Date Range:  01/01/00   TO   02/01/05

Drug Class Range:            TO

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/20/02 | 6104704 00 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | 9140768558001 | 2.18 |
| 07/16/02 | 6104704 01 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | MP | 91977164850001 | 2.18 |
| 09/18/02 | 6119278 00 | CIPRO HC OTIC SUSP | ML | 00065-8531-10 | 10.000 | 10 | Dr.KING | RAS | 92617392430001 | 13.10 |
| 09/18/02 | 6119279 00 | ACETIC ACID/ALUM 2%OTIC | ML | 24208-0615-77 | 60.000 | 5 | Dr.HANRAHAN | RAS | 92617392270001 | 1.65 |
| 09/18/02 | 6104704 02 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | RAS | 92617392570001 | 2.25 |
| 11/03/02 | 6124909 00 | AVELOX ABC PACK | TA | 00026-8581-41 | 5.000 | 5 | Dr.MC CARVILLE | MP | 93077594320001 | 8.36 |
| 12/08/02 | 6104704 03 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | 93427418660001 | 2.25 |
| 04/11/03 | 6104704 04 | SYNTHROID 0.05MG TABS | TA | 00074-4552-13 | 30.000 | 30 | Dr.RAI | DD | 50022536 | 10.00 |
| 04/23/03 | 6146074 00 | OMNICEF 300MG CAPS | CA | 00074-3769-60 | 30.000 | 15 | Dr.MC CARVILLE | MP | 00216237 | 10.00 |
| 05/17/03 | 6104704 05 | SYNTHROID 0.05MG TABS | TA | 00074-4552-13 | 30.000 | 30 | Dr.RAI | NG | 00765524 | 10.00 |
| 07/01/03 | 6154906 00 | SYNTHROID 0.05MG TABS | TA | 00074-4552-13 | 90.000 | 90 | Dr.GREENBERG | MP | 50618740 | 15.00 |
| 08/07/03 | 3159719 00 | APAP W/COD 30MG TABLET | TA | 00093-0150-01 | 30.000 | 5 | Dr.PILLER | DD | 50396426 | 5.00 |
| 08/18/03 | 3159719 01 | APAP W/COD 30MG TABLET | TA | 00093-0150-01 | 30.000 | 5 | Dr.PILLER | NG | 00684802 | 5.00 |
| 12/01/03 | 6173742 00 | SYNTHROID 0.05MG TABS | TA | 00074-4552-13 | 90.000 | 90 | Dr.GREENBERG | NG | 00159343 | 15.00 |
| 03/15/04 | 6186736 00 | ACETIC ACID 2% OTIC | ML | 60432-0741-15 | 15.000 | 10 | Dr.Kantharaj   RPA | NG | 50579399 | 5.00 |
| 03/15/04 | 6186735 00 | BIAXIN XL 500MG TABS | TA | 00074-3165-60 | 20.000 | 10 | Dr.Kantharaj   RPA | NG | 50557399 | 10.00 |
| 04/09/04 | 6173742 01 | SYNTHROID 0.05MG TABS | TA | 00074-4552-13 | 90.000 | 90 | Dr.GREENBERG | DS | 00367140 | 15.00 |
| 08/10/04 | 6173742 02 | SYNTHROID 0.05MG TABS | TA | 00074-4552-13 | 90.000 | 90 | Dr.GREENBERG | NG | 50076248 | 31.05 |
| 12/05/04 | 6219584 00 | XALATAN 0.005% OPH. SOLN | ML | 00013-8303-04 | 2.500 | 30 | Dr.RUBIN | NG | 00447452 | 10.00 |
| 12/14/04 | 6220794 00 | SYNTHROID 0.05MG TABS | TA | 00074-4552-13 | 30.000 | 30 | Dr.MC CARVILLE | DS | 50164505 | 13.51 |
| 01/21/05 | 6220794 01 | SYNTHROID 0.05MG TABS | TA | 00074-4552-13 | 30.000 | 30 | Dr.MC CARVILLE | NG | 00140549 | 13.51 |
| 01/27/05 | 6226473 00 | LEVOXYL 75MCG TAB | TA | 52604-5075-01 | 42.000 | 42 | Dr.MC CARVILLE | NG | 88144136 | .00 |

Total Patient Pays:    $760.34

I hereby certify that these drugs and medicines were dispensed to the above
named person(s) by order of his (or her) personal physician.

Date: 11-Feb-05        Pharmacist Signature:_____

P A T I E N T    H I S T O R Y

Page    1

26-Oct-04

Date Range:  01/01/00   TO   12/31/01
Drug Class Range:        6   TO        6

TIMOTHY        MACK
21 WILLIAM ST.
BINGHAMTON      NY 13904
(607)772-7658
Birthdate: 10/26/53  Sex: M
Social Security No:

ECKERD DRUGS #5088
67-71 ROBINSON STREET
BINGHAMTON      NY 13901
License # 015233

| Date | Rx No. | Ref. No. | Drug Name | Unit | NDC | Dispensed Qty | Day Sup | Doctor Name | R.Ph. Init. | Third Party Authorization | Patient Pays |
|------|--------|----------|-----------|------|-----|---------------|---------|-------------|-------------|---------------------------|--------------|
| 03/04/00 | 6004681 | 00 | LEVAQUIN 500MG TABS | TA | 00045-1525-50 | 10.000 | 10 | Dr.RAI | DS | | 97.89 |
| 03/11/00 | 6004681 | 01 | LEVAQUIN 500MG TABS | TA | 00045-1525-50 | 10.000 | 10 | Dr.RAI | MP | | 97.89 |
| 04/28/00 | 6011592 | 00 | LEVOTHROID 25MCG TABS | TA | 00456-0320-01 | 30.000 | 30 | Dr.GREENBERG | RAS | | 7.99 |
| 05/29/00 | 6011592 | 01 | LEVOTHROID 25MCG TABS | TA | 00456-0320-01 | 30.000 | 30 | Dr.GREENBERG | MP | | 7.99 |
| 06/26/00 | 6018738 | 00 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | | 12.49 |
| 07/28/00 | 6018738 | 01 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | | 12.69 |
| 09/03/00 | 6018738 | 02 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | RAS | | 13.29 |
| 10/02/00 | 6018738 | 03 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | MP | | 13.69 |
| 11/02/00 | 6018738 | 04 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | | 13.69 |
| 12/13/00 | 6039470 | 00 | ACETIC ACID/ALUM 2%OTIC | ML | 24208-0615-77 | 60.000 | 10 | Dr.KING | RAS | | 15.49 |
| 12/17/00 | 6018738 | 05 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | RAS | | 13.69 |
| 01/30/01 | 6045672 | 00 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | | 14.99 |
| 03/12/01 | 6045672 | 01 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | MP | | 14.99 |
| 04/17/01 | 6045672 | 02 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | RAS | 91074747520001 | 2.23 |
| 05/28/01 | 6045672 | 03 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | RAS | 91482460560001 | 2.30 |
| 07/04/01 | 6045672 | 04 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | 91850550040001 | 2.30 |
| 07/11/01 | 6066063 | 00 | VIOXX 25MG TAB | TA | 00006-0110-68 | 30.000 | 30 | Dr.RAI | MP | 91920194080001 | 14.04 |
| 08/02/01 | 6068577 | 00 | WARFARIN SOD 5MG TAB | TA | 00555-0833-02 | 30.000 | 30 | Dr.RAI | DS | 92147859180001 | 3.36 |
| 08/10/01 | 6069528 | 00 | LEVAQUIN 500MG TABS | TA | 00045-1525-50 | 5.000 | 5 | Dr.RAI | RAS | 92227371710001 | 8.13 |
| 08/10/01 | 6069528 | 00 | WARFARIN SOD 7.5MG TAB | TA | 00555-0834-02 | 30.000 | 30 | Dr.RAI | RAS | 92227371670001 | 4.69 |
| 08/19/01 | 6045672 | 05 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | SKB | 92317893890001 | 2.30 |
| 08/19/01 | 6066063 | 01 | VIOXX 25MG TAB | TA | 00006-0110-68 | 30.000 | 30 | Dr.RAI | SKB | 92317893930001 | 14.04 |
| 09/18/01 | 6069528 | 01 | WARFARIN SOD 7.5MG TAB | TA | 00555-0834-02 | 30.000 | 30 | Dr.RAI | DS | 92617144270001 | 4.69 |
| 09/18/01 | 6073957 | 00 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | 92617144140001 | 2.30 |
| 10/01/01 | 6075619 | 00 | ALLEGRA-D TABS | TA | 00088-1090-47 | 60.000 | 30 | Dr.RAI | DS | 92747338370001 | 13.15 |
| 10/12/01 | 6068577 | 01 | WARFARIN SOD 5MG TAB | TA | 00555-0833-02 | 30.000 | 30 | Dr.RAI | RAS | 92857652140001 | 3.36 |
| 10/19/01 | 6073957 | 01 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | 92927197030001 | 2.30 |
| 11/08/01 | 6080532 | 00 | ETODOLAC 300MG CAP | CA | 55953-0397-40 | 20.000 | 3 | Dr.WARNER  DDS | DS | 93127918210001 | 2.54 |
| 11/09/01 | 6080597 | 00 | CLINDAMYCIN 150MG CAP | CA | 00093-3171-01 | 40.000 | 10 | Dr.WARNER  DDS | DS | 93137890980001 | 7.36 |
| 11/20/01 | 6068577 | 02 | WARFARIN SOD 5MG TAB | TA | 00555-0833-02 | 30.000 | 30 | Dr.RAI | DS | 93247212650001 | 3.36 |
| 11/20/01 | 6069528 | 02 | WARFARIN SOD 7.5MG TAB | TA | 00555-0834-02 | 30.000 | 30 | Dr.RAI | DS | 93247212520001 | 4.69 |
| 11/20/01 | 6073957 | 02 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | 93247212610001 | 2.30 |
| 12/26/01 | 6068577 | 03 | WARFARIN SOD 5MG TAB | TA | 00555-0833-02 | 30.000 | 30 | Dr.RAI | DS | 93607016910001 | 3.36 |
| 12/26/01 | 6069528 | 03 | WARFARIN SOD 7.5MG TAB | TA | 00555-0834-02 | 30.000 | 30 | Dr.RAI | DS | 93607016060001 | 4.69 |
| 12/26/01 | 6073957 | 03 | SYNTHROID 0.05MG TABS | TA | 00048-1040-03 | 30.000 | 30 | Dr.RAI | DS | 93607015900001 | 2.30 |

Total Patient Pays:     $446.56

I hereby certify that these drugs and medicines were dispensed to the above
named person(s) by order of his (or her) personal physician.

Date: 26-Oct-04        Pharmacist Signature: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX® | * MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * SECTION L |
|  | * JUDGE FALLON |
|  | * MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**   Timothy F. Mack  v.  Merck & Co., et al.
Case No.: 2:05-cv-1088-EEF-DEK

**PLAINTIFFS' ANSWERS TO DEFENDANT MERCK & CO., INC.'S
FIRST SET OF INTERROGATORIES**

Plaintiff hereby answers the defendant's First Set of Interrogatories as follows:

INTERROGATORY NO. 1:  Please identify, for the present civil action, the title of the action, the civil action number, the name of the court in which this action was filed, the name of the court in which this action is currently pending, and the full name, address, telephone number and facsimile number of the principal attorney representing you in this action.

ANSWER:   Glenn L. Dier, et ux. Cheryl Dier, and Timothy F. Mack v. Merck & Co,

Inc., currently pending in the U. S. District Court for the Eastern District of Louisiana, Case No.:

2:05-cv-1088-EEF-DEK.  The action was  filed in the United States District Court for the

Northern District of New York.  Principal attorney:  Ronald R. Benjamin, 126 Riverside Drive,

P. O. Box 607, Binghamton, NY 13902-0607, 607/772-1442 phone, 607/772-1678 fax.

INTERROGATORY NO. 2:   Please identify each person having knowledge or information regarding the facts, circumstances, injuries, damages, or allegations contained in your Complaint.

ANSWER: In addition to the plaintiffs and defendant Merck the following:

Lourdes Hospital, 169 Riverside Drive, Binghamton, NY 13905

Michael McCarville, M.D. and Jagrai Rai, M.D., Vestal Medical Associates, 1020 Vestal Parkway East,

Vestal, NY 13850

INTERROGATORY NO. 3:   Provide the factual basis and a computation for each category of damages you claim and identify all documents upon which you will rely in support of each category of damages.

ANSWER: All general compensatory damages, including past and future pain and suffering, as opposed to special damages, are jury issues for resolution at trial.  Plaintiff's medical bills were paid by private insurance, for which it is anticipated liens will be imposed and are, therefore, a category of damage.  Plaintiff incorporates and relies on the records of his medical providers and health insurer with respect to the computation of past and future medical expenses.

INTERROGATORY NO. 4:   Please state whether you have been reimbursed or filed a claim under an insurance policy with respect to alleged injuries that form the basis of this action.  If so, for each claim, identify the person with whom you filed a claim, the insurer, the policyholder, the policy number, and the claim number.

ANSWER:    Yes.   I filed claims with Excellus Blue Cross and Blue Shield  which paid bills directly to my knowledge.  Excellus Blue Cross and Blue Shield, PO Box 4809, Syracuse, NY 13221-4809, ID # YNT2523G7699, through the Upstate Dairy Association, policy holder Timothy Mack.

INTERROGATORY NO. 5:  State whether you have undergone a physical examination in connection with any application for life insurance since January 1, 1990.  If so, state the date of any such examination, where it was conducted, who conducted the examination, whether there is a report of such physical examination and the life insurance company on whose behalf the examination was conducted.  If a report was made, attach a true copy.  If any such physical examination resulted in denial of your application, please describe such action.

ANSWER:  No.

INTERROGATORY NO. 6:  Identify all information, instructions, warnings or precautions about Vioxx obtained by you from any source. For each item of information, instruction , warning, or precaution, identify the source, the date you received it, and if you relied upon it in any manner, describe what action you took or did not take as a result.

ANSWER:  Patient drug information pamphlet and the dosage and instructions on the

bottle/container were provided by the pharmacy (Eckerd's) at the time prescriptions were filled

on the dates reflected in the pharmacy records that have already been provided to defendant

Merck or for which an authorization has been provided.  I relied on the same, but no instructions

or other information was provided about Vioxx and cardiovascular injuries or cardiac arrest.

INTERROGATORY NO. 7:  State whether you have ever filed a claim (including a worker's compensation or a social security disability claim) or instituted a legal proceeding for any personal, economic or other injury. If so, state the date and nature of the injuries and damages claimed, the date and place of filing for each such claim or legal proceeding , the full names and addresses of all parties to the action and their attorneys if any, the name of the court or other forum, the title of the action and the case number, and the present states if each claim or legal proceeding. If terminated, give the final result of each such claim or legal proceeding, including any monetary judgement, settlement or award.

ANSWER: Yes, filed a worker's compensation claim for strained lower back, I was out

of work for approximately three months, claim was approved for medical bills. I filed a claim in

1976 for an injury to my right toe while using a jackhammer, I was out of work for

approximately three months, claim was approved for medical bills.


INTERROGATORY NO. 8:  Please identify whether you are in possession of any unused Vioxx.
If so, please identify the number of tablets or amount of oral suspension in your possession, the
date of the prescription to which the unused Vioxx relates, and the current location of the unused
Vioxx.

    ANSWER: No.


INTERROGATORY NO. 9:  Please identify all communications, whether oral, written or
electronic (including email, communication as part of internet "chat rooms" or email groups),
with others not including your counsel, regarding Vioxx or your alleged injuries.

    ANSWER: No.


INTERROGATORY NO. 10:  Please identify whether you conducted any research on your
computer regarding Vioxx, the current location of your computer, whether you ever sent and/or
received any emails relating to Vioxx or your alleged injuries (other than those from your
attorney), and whether you are in possession of the emails sent or received relating to Vioxx or
you alleged injuries.

    ANSWER: No.


Dated:  May 20, 2008.


                        _____
                        Ronald R. Benjamin Fed. Bar No. 101131
                        LAW OFFICE OF RONALD R. BENJAMIN
                        Attorneys for Plaintiffs
                        126 Riverside Drive, PO Box 607
                        Binghamton, New York 13902-0607
                        607/772-1442

## **VERIFICATION**

I, Timothy Mack, declare under penalty of perjury subject to 28 U.S.C. § 1746 that the

foregoing answers to interrogatories are true and correct to the best of my knowledge.

_____          _____ 2008
Signature                          Date

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above PLAINTIFFS' ANSWERS TO DEFENDANT MERCK & CO., INC.'S FIRST SET OF INTERROGATORIES was served in accordance with Pre-Trial Nos. 8, 18C (paras. 5-7) and 28, by serving a hard copy on Wilfred P. Coronato, Esq., at Hughes Hubbard & Reed LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, and by serving an electronic copy via LexisNexis File & Serve on Wilfred P. Coronato at Hughges Hubbard & Reed, LLP, Phillip A. Wittmann at Stone Pigman Walther Wittmann LLC, Dimitrios Mavroudis at Dechert LLP, and Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC, on this 20th day of May, 2008.

Marya C. Young/  Fed. Bar No. 301339
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL DOCKET NO: 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE GALLON |
| | ) | |
| | ) | MAG. JUDGE KNOWLES |
| | ) | |
| | ) | |

STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28)
Timothy Mack: 2:05-cv-01088

Pursuant to Pre-Trial Order No. 28, Plaintiff Timothy Mack sent Document Preservation Notices to the following individuals and entities. Copies of the Notices sent are attached and marked as Exhibit "1".

Medical Providers:

Lourdes Hospital
169 Riverside Drive
Binghamton, NY 13905

Vestal Medical Associates, Lourdes
1020 Vestal Parkway East
Vestal, NY 13850

Eckerd Corporation Privacy Office
50 Service Avenue
Warwick, RI 02886

Michael T. McCarville, MD
c/o Vestal Medical Associates, Lourdes
1020 Vestal Parkway East
Vestal, NY 13850

Jagraj S. Rai, MD
c/o Vestal Medical Associates, Lourdes
1020 Vestal Parkway East
Vestal, NY 13850

Executed on March 10, 2008 in Binghamton, NY.

_____/s/ Ronald R. Benjamin_____
Ronald R. Benjamin, Esq.
126 Riverside Drive
PO Box 607
Binghamton, NY 13902-0607
607-772-1442

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Jagraj S. Rai, MD
c/o Vestal Medical Associates, Lourdes
1020 Vestal Parkway East
Vestal, NY 13850

    Re: Timothy Mack, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:05cv01088



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

         Very truly yours,

         Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
## *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

# N O T I C E

Michael T. McCarville, MD
c/o Vestal Medical Associates, Lourdes
1020 Vestal Parkway East
Vestal, NY 13850

Re: Timothy Mack, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:05cv01088



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## N O T I C E

Vestal Medical Associates, Lourdes
1020 Vestal Parkway East
Vestal, NY 13850

Re: Timothy Mack, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:05cv01088



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## N O T I C E

Lourdes Hospital
169 Riverside Drive
Binghamton, NY 13905

Re: Timothy Mack, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:05cv01088



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,   P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Eckerd Corporation Privacy Office
50 Service Avenue
Warwick, RI 02886

        Re: Timothy Mack, et. al.; Plaintiff v. Merck & Co., Inc.
            In Re: VIOXX Products Liability Litigation
            MDL No. 1657
            Case No. 2:05cv01088

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

                    Very truly yours,

                    Ronald R. Benjamin

RRB/mc
Attachment

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing documents have been served electronically on Susan Giamportone, by U.S. Mail and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of March, 2008.

Ronald R. Benjamin
#101113
Law Office of Ronald R. Benjamin
126 Riverside Drive
PO Box 607
Binghamton, NY 13902-0607
607-772-1442
607-772-1678 9 (Fax)
ronbenjaminlaw@stny.rr.com

# Steven A. Rich, M.D.
## *Internal Medicine-Geriatrics-Clinical Pharmacology*
*4884 North Road Canandaigua, NY 14424*
*srich@rochester.rr.com*
*Voice: 585-922-0392*

January 9, 2009

Ronald R Benjamin
PO Box 607
126 Riverside Drive
Binghamton, NY 13902

**Re: Mack, Timothy**
**DOB:1 0-26-53**
**Date of Injury: 08-28-01**

Mr. Benjamin:

Thank you for the opportunity to review records regarding and the events surrounding the thrombophlebitis suffered by Mr. Mack and his VIOXX® usage.

My education includes a Doctor of Medicine Degree as well as a degree in Pharmacokinetics. My training includes certifications in Internal Medicine and Geriatric Medicine by the American Board of Internal Medicine. A copy of my Curriculum Vitae is attached. My experience includes 21 years of direct patient care including primary, secondary and tertiary care of acute coronary syndromes, rheumatoid conditions and the consequences of these diseases. I have treated patients similar to this patient during the course of my career. I have been active in clinical pharmacology for 21 years, and have authored peer-reviewed and published articles. I have also reviewed published medical literature and Merck documents relating to VIOXX®.

Mr. Mack was 47 years old at the time of this episode of thromboplebitis. He began using VIOXX® on or about 7-11-01 for left knee pain related to osteoarthritis, as evidenced by the records from Eckherd Drug Store #5088. He continued VIOXX® 25 mg daily up until his hospital admission for an unprovoked deep vein thrombophlebitis at Lourdes Hospital on 7-21-01. Records from Lourdes indicate that he not only continued the use of this medication through the time of his thrombophlebitis, but the dose was actually increased to 25 mg twice daily. He required treatment with heparin and warfarin and bedrest.

1

It is my opinion that the ingestion of VIOXX® was a significant cause of the unprovoked deep vein thrombophlebitis suffered by this individual on above mentioned dates . Furthermore, that as a result of these events this patient has suffered injury that required medical treatment that exposed him to significant risk for hemorrhage, as documented in the medical records and may require future intervention, and medications for the rest of this patient's life. .

All of my opinions are stated within a reasonable degree of medical certainty. My opinions are based on my education, training, and experience. My opinions may be modified based on review of subsequent medical information not currently available to me.

Sincerely,

Steven A. Rich, M.D.
Chief of Geriatrics and Director of the Geriatric Consultative Service
 Rochester General Health System, Rochester NY
Clinical Assistant Professor of Medicine
  University of Rochester School of Medicine and Dentistry