Plaintiff's Exhibit 12

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

October15, 2009

**BY E-MAIL and FAX : 202/434-5029**
Douglas R. Marvin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re:   **AnnMarie Mannino**
      [Holobosky, et al., v. Merck & Co., Inc., EDLA 2:05-cv-01091-EEF-DEK]

Dear Mr. Marvin:

In response to the Order to Show Cause returnable October 16, 2009, on your client's Third
Motion seeking to enforce PTO 28 in the Vioxx litigation, I am providing the following
information which addresses the only deficiencies identified in Exhibit A thereof that pertain to
**AnnMarie Mannino.**

**Medical Records:**   Plaintiff has met the obligation to produce medical records.   In the first
instance, Exhibit A to the Order to Show Cause does not list lack of a PPF, so I trust you
acknowledge that Ms. Mannino submitted her Plaintiff's Profile Form with the required signed
authorizations for release of her healthcare records to Hughes Hubbard & Reed LLP, on
December 1, 2005, as confirmed in the April 14, 2006 letter of John N. Poulos, Esq., and our
May 5, 2006 response.  This occurred prior to issuance of PTO 28 on November 9, 2007.

The PPF submitted by Ms. Mannino and the PPF attached as Exhibit A to PTO 28 are identical,
and both limit the medical records to be produced by the plaintiff in the following express
language:

## VI.  DOCUMENTS
Please indicate if any of the following documents and things are currently in
your possession, custody, or control, or in the possession, custody, or control of
your lawyers by checking **"yes"** or **"no"**.  Where you indicated **"yes,"** please
attach the documents and things to your responses to this profile form.

The limited scope of the production required in the above provision in the PPF is entirely

Page 2 of 2

consistent with the fact that plaintiff was also required to, and did, provide signed authorizations for release of medical and other records to Merck's counsel as well as the PPF. Copies of the medical records collected on her behalf then or since her PPF are being supplemented by e-mail to you under separate cover this date.

With respect to PTO 28, subparagraph (II)(A)(6) of PTO 28 only requires medical records to be produced as to "*all healthcare providers requested in the Amended and Supplemental Plaintiff Profile Form....*" Thus, subparagraph (6) does not apply, because Ms. Mannino clearly submitted her PPF prior to November 9, 2007, and is excluded from having to file an amended and supplemental PPF under the language in PTO 28 (II)(A)(3) stating "*unless Plaintiff or Claimant has as of the date of this Order submitted a Plaintiff Profile Form or Claimant Profile Form.*"

**Pharmacy Records**:  The pharmacy plaintiff used in the prior 10 years listed in her PPF is CVS Pharmacy #6049, 1361 Hylan Blvd, Staten Island, New York 10305  Enclosed herewith is a copy of the pharmacy records that were obtained from said pharmacy for the period  04/01/2000 to 12/31/2007, which show Vioxx 50 mg was dispensed to her, with the cover letter indicating it is a complete copy of their record for that period. (*See Exhibit 1*.)  Also attached is a copy of an advisory letter CVS Pharmacy sent to Ms. Mannino on October 12, 2004. (*See Exhibit 2*.)  We anticipate providing in the near future additional certified pharmacy records that exist.  I note she was also given a sample bottle of Vioxx as stated in her PPF, so no pharmacy records exist for the same.  A certification has not been obtained as of this date with respect to these or additional periods of records.  I also note Merck has made no showing whether it attempted to obtain the records from those pharmacies, and has not indicated to me that Merck cannot obtain the same.

**Affidavit of Completeness**:  PTO 28(II)(A)(7) (I) indicates that plaintiff must attest in an affidavit that all pharmacy and medical records "have been collected."  However, Merck's counsel has refused to disclose or identify the medical and pharmacy records they have or have not collected  with the HIPPA-compliant authorizations plaintiff did provide, thus preventing plaintiff from being able to submit an appropriate Affidavit of Completeness as to records.  In addition, as to medical records, PTO 28 makes clear she is not required to aver completeness since (A)(6) does not apply to her.

This letter and attachments will be annexed to the opposition to the Third Motion Order to Show Cause.  I ask that you withdraw Merck's motion dismissal of this plaintiff's case for any reason, and particularly for failure to prosecute, is clearly unwarranted in light of the above matters.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachments

**EXHIBIT 1**

# CVS/pharmacy®

Privacy Office
One CVS Drive
Woonsocket, RI 02895

**PRIVATE & CONFIDENTIAL**
**INTENDED FOR ADDRESSEE ONLY**

1561962                                     000005
LAW OFFICE OF RONALD R. BENJAMIN
P.O. BOX 607
BINGHAMTON NY 13902



RECEIVED
JUL 7 2008
By

06/30/2008

Re:   ANNMARIE MANNINO

Enclosed, please find the patient prescription profile obtained using the information as specified per your request.

To cover the expense of processing these records, please remit a payment of $50.00 to: CVS/pharmacy, Privacy Office, One CVS Drive, Woonsocket, RI 02895. The Federal Tax ID number is 05-03-40626.

If you have questions regarding this report you may contact the Privacy Office at 1-800-287-2414 or e-mail us at PrivacyOffice@cvs.com.

Sincerely,
CVS/Pharmacy Privacy Office

---

## INVOICE

LAW OFFICE OF RONALD R. BENJAMIN

| **Request Nbr**<br>1561962 | **Date**<br>06/30/2008 | **Amount Due:**<br>~~$50.00~~<br>3.50 | **Payment Amount:**<br>$ _____ |
| --- | --- | --- | --- |

**Payment Due Upon Receipt**

**Mail payment to:**
CVS/pharmacy
Privacy Office
One CVS Drive
Woonsocket, RI 02895

Make Checks Payable to: CVS/pharmacy
Include Request Number and customer
name on check.


*1561962*



CVS PHARMACY
Patient Prescription Record
04/01/2000 to 12/31/2007
PHARMACY # 6049

| PHARMACY NAME: | CVS/pharmacy #06049 |
|---|---|
| ADDRESS: | 1361 HYLAN BLVD. |
| CITY, ST. ZIP: | STATEN ISLAND NY 10305 |

| PATIENT KEY: | 6049325351 | | |
|---|---|---|---|
| PATIENT NAME: | MANNINO ANNMARIE | TELEPHONE: | 718-273-6983 |
| ADDRESS: | 64 COLUMBUS AVE | BIRTHDATE: | 01/08/1972 |
| CITY, ST. ZIP: | STATEN ISLAND NY 10304 | | |

ALLERGIES:        None communicated by the patient

CONDITIONS:       None communicated by the patient

| RX NUMBER | REL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP | TOTAL PRICE | PATIENT PD AMT | PAYER # | PAYER PD AMT | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 106792 | 0 | 65597010430 | BENICAR 40 MG TABLET SKO | LUCENTE, RICHA | 04/29/2005 | FK | 30 | 45.22 | 3.00 | 5000 | 42.22 | 037279 |
| 116061 | 0 | 00173056562 | VALTREX 1 GM CAPLET GSK | LUCENTE, RICHA | 05/24/2005 | JP | 4 | 35.11 | 3.00 | 5000 | 32.11 | 0511910021348604 |
| 116062 | 0 | 49884094601 | TRAMADOL HCL-ACETAMINOPHE | LUCENTE, RICHA | 05/24/2005 | JP | 90 | 74.76 | 3.00 | 5000 | 71.76 | 0511910063841086 |
| 123145 | 0 | 00093310905 | AMOXICILLIN 500 MG CAPSUL | VISCONTI, ERNES B | 06/02/2005 | JP | 20 | 4.15 | 3.00 | 5000 | 1.15 | 0512905042290021 |
| 123144 | 0 | 00093310905 | AMOXICILLIN 500 MG CAPSUL | VISCONTI, ERNES B | 06/14/2005 | JP | 20 | 4.15 | 3.00 | 5000 | 1.15 | 0513903352456764 |
| 130630 | 0 | 63304075220 | CEFUROXIME AXETIL 500 MG | VISCONTI, ERNES B | 07/07/2005 | KS | 20 | 50.51 | 3.00 | 5000 | 47.51 | 0514912446673105 |
| 130633 | 0 | 63314064510 | NEO/POLYMYXIN/HC EAR SUSP | VISCONTI, ERNES B | 07/07/2005 | JP | 10 | 17.73 | 3.00 | 5000 | 14.73 | 0514912349543926 |
| 135283 | 0 | 63304075220 | CEFUROXIME AXETIL 500 MG | VISCONTI, ERNES B | 07/20/2005 | BC | 20 | 50.51 | 3.00 | 5000 | 47.51 | 0515911650567809 |
| 169503 | 0 | 63304075220 | CIPROFLOXACIN HCL 500 MG | SCHIRRIPA, MICHA A | 11/02/2005 | MT | 14 | 7.06 | 3.00 | 5000 | 4.06 | 0523904204460708 |
| 172505 | 0 | 00078040705 | STALEVO 50 MG TABLET NOV | SHARON, IDAN | 11/10/2005 | JP | 30 | 63.63 | 3.00 | 5000 | 60.63 | 0523912212705870 |
| 222021 | 0 | 00173093308 | VALTREX 500 MG CAPLET GSK | LUCENTE, RICHA | 03/24/2006 | DK | 14 | 21.57 | 3.00 | 5000 | 18.57 | 0607906110202262 |
| 237249 | 0 | 00078017915 | LAMISIL 250 MG TABLET NOV | RUSSO, ANDRE | 05/05/2006 | WT | 30 | 327.49 | 21.00 | 5000 | 306.49 | 0610906973601137 |
| 251549 | 0 | 52152015902 | PHENTERMINE 37.5 MG TABLE | ASHTON, RICHA | 06/15/2006 | DK | 30 | 16.14 | 7.00 | 5000 | 9.14 | 0613905201452206 |
| 260501 | 0 | 52152015902 | PHENTERMINE 37.5 MG TABLE | RUSSO, ANDRE | 07/12/2006 | WT | 30 | 14.24 | 7.00 | 5000 | 7.24 | 0615900403895821 |
| 295171 | 0 | 00173056504 | VALTREX 1 GM CAPLET GSK | RUSSO, ANDRE | 10/24/2006 | FK | 4 | 39.91 | 21.00 | 5000 | 18.91 | 06229104800000899 |
| 305369 | 0 | 00026851351 | CIPRO 500MG TABLET BAY | RACCO, ALEX | 04/18/2000 | JM | 20 | 82.02 | 3.00 | 5000 | 79.02 | |
| 305370 | 0 | 00299383645 | METROCREAM 0.75% CREAM GA | RACCO, ALEX | 04/18/2000 | JM | 45 | 42.97 | 3.00 | 5000 | 39.97 | |
| 310182 | 0 | 63304071001 | CIPROFLOXACIN HCL 500 MG | RUSSO, ANDRE | 12/06/2000 | DK | 14 | 57.63 | .00 | 5000 | .00 | 06259011712426855 |
| 313101 | 0 | 00071022006 | ACCURETIC 20-12.5MG TABLE | MORETTI, ANTHO | 05/12/2000 | JM | 60 | 57.63 | 3.00 | 5000 | 54.63 | |
| 313102 | 0 | 00029321113 | PAXIL 20MG TABLET SKB | RACCO, ALEX | 05/12/2000 | JM | 30 | 68.45 | 3.00 | 5000 | 65.45 | |
| 320240 | 0 | 00149071001 | MACROBID 100MG CAPSULE P4 | REDASH, ALLAN | 06/05/2002 | LZ | 14 | 23.00 | 3.00 | 5000 | 20.00 | |
| 331286 | 0 | 63304071001 | CIPROFLOXACIN HCL 500 MG | RUSSO, ANDRE | 01/30/2007 | SM | 14 | 7.00 | 7.00 | 5000 | .00 | 07093102408112655 |
| 344672 | 0 | 00126027116 | PERIOGARD 0.12% ORAL RINS | BECKER, STANL S | 08/24/2002 | DL | 480 | 9.85 | 3.00 | 5000 | 6.85 | |
| 387355 | 0 | 00085092402 | LOTRISONE CREAM SCH | HERZOG, DAVID M | 12/23/2000 | BL | 45 | 52.30 | 3.00 | 5000 | 49.30 | |
| 390150 | 0 | 63304071001 | CIPROFLOXACIN HCL 500 MG | RUSSO, ANDRE | 07/13/2007 | BG | 7 | 7.00 | 7.00 | 5000 | .00 | 0715906071401904 |
| 411055 | 0 | 00135031552 | DENAVIR 1% CREAM SKB | MORETTI, ANTHO | 02/23/2001 | LC | 2 | 23.36 | 3.00 | 5000 | 20.36 | |
| 411056 | 0 | 59762371901 | ALPRAZOLAM 0.25MG TABLET | MORETTI, ANTHO | 02/23/2001 | LC | 30 | 4.37 | 3.00 | 5000 | 1.37 | |
| 411858 | 0 | 52544049850 | DOXYCYCLINE 100MG CAPSULE | BASSELL, JAY | 02/26/2001 | LC | 14 | 5.98 | 3.00 | 5000 | 2.98 | |
| 425770 | 0 | 59762371901 | ALPRAZOLAM 0.25MG TABLET | MORETTI, ANTHO | 03/29/2001 | LC | 120 | 9.24 | 3.00 | 5000 | 6.24 | |
| 425770 | 0 | 00093005805 | TRAMADOL HCL 50 MG TABLET | RUSSO, ANDRE | 10/23/2007 | HB | 120 | 10.66 | 7.00 | 5000 | 3.66 | 0722910622204958 |
| 430094 | 0 | 59762738002 | IBUPROFEN 800MG TABLET GR | FAGAN, TERES | 04/18/2001 | JM | 60 | 9.21 | 3.00 | 5000 | 6.21 | |



PAGE: 2 of 4
RUN DATE: 06/30/2008
REQUEST NBR: 1561962

CVS PHARMACY
Patient Prescription Record
04/01/2000 THRU 12/31/2007
PHARMACY # 6049

PHARMACY NAME: CVS/pharmacy #06049
ADDRESS: 1361 HYLAN BLVD.
CITY, ST, ZIP: STATEN ISLAND NY 10305

PATIENT KEY: 6049325351
PATIENT NAME: MANNINO ANNMARIE
ADDRESS: 64 COLUMBUS AVE
CITY, ST, ZIP: STATEN ISLAND NY 10304

TELEPHONE: 718-273-6983
BIRTHDATE: 01/08/1972

| RX NUMBER | REF NBR | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH ENT | QUANT DISP. | TOTAL PRICE | PATIENT PD AMT | PAYER # | PAYER PD AMT | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 430826 | 0 | 00555097102 | AMPHETAMINE SALTS 5 MG TA | RUSSO,ANDRE | 11/05/2007 | BR | 100 | 48.45 | 7.00 | 5000 | 41.45 | 07239092062438 |
| 430827 | 0 | 00603388721 | HYDROCODONE-APAP 10-325 T | RUSSO,ANDRE | 11/05/2007 | IX | 30 | 24.21 | 7.00 | 5000 | 17.21 | 072390963895742 |
| 430827 | 1 | 00603388721 | HYDROCODONE-APAP 10-325 T | RUSSO,ANDRE | 12/17/2007 | IX | 30 | 24.21 | 7.00 | 5000 | 17.21 | 07269095216393 |
| 430828 | 0 | 68180050201 | MELOXICAM 15 MG TABLET LU | RUSSO,ANDRE | 11/05/2007 | PR | 30 | 7.67 | 7.00 | 5000 | .67 | 072390919361396 |
| 475086 | 0 | 00026851351 | CIPRO 500MG TABLET BAY | HERZOG,DAVID M | 08/24/2001 | SH | 14 | 61.62 | 3.00 | 5000 | 58.62 | |
| 523436 | 0 | 00026851351 | CIPRO 500MG TABLET BAY | SCHIRRIPA,MICHA A | 04/02/2002 | LC | 14 | 58.91 | 3.00 | 5000 | 55.91 | |
| 555254 | 0 | 00004026401 | DESOXEX 20MG TABLET ROC | VISCONTI,ERNES B | 03/19/2002 | DA | 30 | 26.07 | 3.00 | 5000 | 23.07 | |
| 649575 | 0 | 00071015523 | LIPITOR 10MG TABLET P-D | VISCONTI,ERNES B | 12/09/2002 | HC | 30 | 62.27 | 3.00 | 5000 | 59.27 | |
| 697100 | 0 | 00078038615 | FAMVIR 500MG TABLET SAN | VISCONTI,ERNES B | 01/26/2003 | MT | 30 | 208.01 | 3.00 | 5000 | 205.01 | |
| 671100 | 0 | 00026851351 | CIPRO 500MG TABLET BAY | SCHIRRIPA,MICHA A | 02/12/2003 | HC | 14 | 70.60 | 3.00 | 5000 | 67.60 | 792104 |
| 703972 | 0 | 00033101905 | AMOXICILLIN 500MG CAPSULE | RACCO DO,ALEX | 05/07/2003 | JP | 30 | 5.75 | 3.00 | 5000 | 2.75 | 915217 |
| 759258 | 0 | 00078038615 | FAMVIR 500MG TABLET SAN | VISCONTI,ERNES B | 10/14/2003 | VL | 42 | 299.07 | 3.00 | 5000 | 296.07 | 646944 |
| 759259 | 0 | 00062125115 | ORTHO EVRA 59 OINTMENT BIO | VISCONTI,ERNES B | 10/14/2003 | VL | 15 | 76.57 | 3.00 | 5000 | 73.57 | 021507 |
| 763874 | 0 | 00085056702 | ELOCON 0.18 CREAM SCH | RANDAZO,ILANA | 10/27/2003 | MT | 28 | 35.96 | 3.00 | 5000 | 32.96 | 051624 |
| 767943 | 0 | 45802026937 | PERMETHRIN 59 CREAM CPL | GADOWSKI,JOHN J | 11/06/2003 | VT | 45 | 45.28 | 3.00 | 5000 | 42.28 | 584745 |
| 801098 | 0 | 00006011468 | VIOXX 50MG TABLET MER | VISCONTI,ERNES B | 02/04/2004 | MT | 60 | 27.45 | 3.00 | 5000 | 24.45 | 967056 |
| 801099 | 0 | 00025198031 | BEXTRA 20MG TABLET MER | VISCONTI,ERNES B | 02/04/2004 | JP | 40 | 40.29 | 3.00 | 5000 | 37.29 | 927189 |
| 821699 | 0 | 60793013601 | SKELAXIN 800MG TABLET KIN | LUCENTE,RICHA | 04/02/2004 | VL | 30 | 116.75 | 3.00 | 5000 | 113.75 | 085080 |
| 821700 | 0 | 65597010330 | BENICAR 20MG TABLET SKO | LUCENTE,RICHA | 04/02/2004 | VL | 30 | 60.97 | 3.00 | 5000 | 57.97 | 368462 |
| 821701 | 0 | 65597010330 | BENICAR 20MG TABLET SKO | LUCENTE,RICHA | 04/02/2004 | VL | 30 | 41.83 | 3.00 | 5000 | 38.83 | 509466 |
| 821701 | 1 | 65597010330 | BENICAR 20MG TABLET SKO | LUCENTE,RICHA | 05/09/2004 | JP | 30 | 41.83 | 3.00 | 5000 | 38.83 | 136564 |
| 821701 | 2 | 65597010330 | BENICAR 20MG TABLET SKO | LUCENTE,RICHA | 06/09/2004 | VL | 30 | 41.83 | 3.00 | 5000 | 38.83 | 011081 |
| 821701 | 3 | 65597010330 | BENICAR 20MG TABLET SKO | LUCENTE,RICHA | 07/08/2004 | VL | 30 | 41.83 | 3.00 | 5000 | 38.83 | 648574 |
| 821701 | 4 | 65597010330 | BENICAR 20 MG TABLET SKO | LUCENTE,RICHA | 08/27/2004 | JP | 30 | 41.83 | 3.00 | 5000 | 38.83 | 097972 |
| 821702 | 0 | 00067602415 | DENAVIR 18 CREAM NOV | LUCENTE,RICHA | 01/18/2005 | KS | 2 | 45.22 | 3.00 | 5000 | 42.22 | 001519 |
| 822698 | 0 | 00555081502 | CIPROFLOXACIN HCL 500MG T | SCHIRRIPA,MICHA | 04/02/2004 | JP | 14 | 25.01 | 3.00 | 5000 | 22.01 | 858261 |
| 825738 | 0 | 52268080002 | MIRALAX POWDER BRA | TRICARICO,JOSEP | 04/05/2004 | JP | 255 | 74.78 | 3.00 | 5000 | 71.78 | 646397 |
| 833986 | 0 | 63653117106 | PLAVIX 75MG TABLET BRI | SHARON,IDAN | 05/07/2004 | JP | 30 | 20.91 | 3.00 | 5000 | 17.91 | 292293 |
| 833986 | 1 | 63653117106 | PLAVIX 75MG TABLET BRI | SHARON,IDAN | 06/08/2004 | JP | 30 | 120.74 | 3.00 | 5000 | 117.74 | 283490 |
| 833986 | 2 | 63653117106 | PLAVIX 75MG TABLET BRI | SHARON,IDAN | 07/08/2004 | RV | 30 | 120.74 | 3.00 | 5000 | 117.74 | 355045 |
| 836004 | 0 | 00071015623 | LIPITOR 20MG TABLET P-D | WARCHOL,ANDRE J | 05/13/2004 | RV | 30 | 120.74 | 3.00 | 5000 | 117.74 | 053360 |
| 836004 | 1 | 00071015623 | LIPITOR 20MG TABLET P-D | WARCHOL,ANDRE J | 06/20/2004 | JP | 30 | 99.86 | 3.00 | 5000 | 96.86 | 902244 |
| 836004 | 2 | 00071015623 | LIPITOR 20MG TABLET P-D | WARCHOL,ANDRE J | 08/27/2004 | JP | 30 | 99.86 | 3.00 | 5000 | 96.86 | 004025 |
| 836004 | 3 | 00071015623 | LIPITOR 20 MG TABLET P-D | WARCHOL,ANDRE J | 02/13/2005 | BI | 30 | 99.86 | 3.00 | 5000 | 96.86 | 098886 |
| 839003 | 0 | 00074376960 | OMNICEF 300MG CAPSULE ABB | LUCENTE,RICHA | 05/21/2004 | MT | 10 | 103.57 | 3.00 | 5000 | 100.57 | 032026 |
| 856637 | 0 | 00555069502 | CIPROFLOXACIN HCL 500MG T | SCHIRRIPA,MICHA A | 07/14/2004 | VL | 30 | 42.48 | 3.00 | 5000 | 39.48 | 551880 |
| 861628 | 0 | 63653117106 | PLAVIX 75MG TABLET BRI | SHARON,IDAN | 08/31/2004 | MT | 30 | 9.77 | 3.00 | 5000 | 6.77 | 662366 |
| 871628 | 0 | 63653117106 | PLAVIX 75 MG TABLET BRI | SHARON,IDAN | 01/18/2005 | KS | 30 | 120.74 | 3.00 | 5000 | 117.74 | 901224 |
| 871628 | 1 | 63653117106 | PLAVIX 75MG TABLET BRI | SHARON,IDAN | 07/14/2005 | MT | 30 | 122.78 | 3.00 | 5000 | 119.78 | 708746 |
| 895218 | 0 | 01722041840 | TETRACYCLINE 250 MG CAPSU | EPSTEIN,SALOM N | 11/  04 | KS | 20 | 2.76 | 2.76 | 5000 | .00 | 678681 |

PAGE:            3 of 4
RUN DATE:        06/30/2008
REQUEST NBR:     61962

CVS PHARMACY
Patient Prescription Record
04/01/2000 - 12/31/2007
PHARMACY # 6049

| PHARMACY NAME: | CVS/pharmacy #06049 |
| ADDRESS: | 1361 HYLAN BLVD. |
| CITY, ST, ZIP: | STATEN ISLAND NY 10305 |

| PATIENT KEY: | 6049325351 |
| PATIENT NAME: | MANNINO ANNMARIE |
| ADDRESS: | 64 COLUMBUS AVE |
| CITY, ST, ZIP: | STATEN ISLAND NY 10304 |

| TELEPHONE: | 718-273-6983 |
| BIRTHDATE: | 01/08/1972 |

| RX NUMBER | RFL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILED | RPH INT | QUANT DISP. | TOTAL PRICE | PATIENT PD AMT | PAYER # | PAYER PD AMT | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 908099 | 0 | 00173056902 | VALTREX 1 GM CAPLET GSK | SHARON,IDAN | 12/15/2004 | JP | 4 | 34.52 | 3.00 | 5000 | 31.52 | 486402 |
| 908099 | 1 | 00173056902 | VALTREX 1 GM CAPLET GSK | SHARON,IDAN | 01/13/2005 | MT | 4 | 34.15 | 3.00 | 5000 | 31.15 | 877705 |
| 915796 | 0 | 00093227534 | AMOX TR-K CLV 875-125 MG | COSTAGIOLA,RALPH | 01/04/2005 | VL | 15 | 48.44 | 3.00 | 5000 | 45.44 | 710370 |
| 915798 | 0 | 00406051262 | OXYCODONE W/APAP 5/325 TA | COSTAGIOLA,RALPH | 01/04/2005 | VL | 16 | 4.48 | 3.00 | 5000 | 1.48 | 800412 |
| 919250 | 0 | 00406051262 | OXYCODONE W/APAP 5/325 TA | COSTAGIOLA,RALPH | 01/12/2005 | JP | 14 | 4.23 | 3.00 | 5000 | 1.23 | 595549 |
| 929941 | 0 | 00026858169 | AVELOX 400 MG TABLET BAY | LUCENTE,RICHA | 02/10/2005 | WT | 7 | 66.42 | 3.00 | 5000 | 63.42 | 012825 |
| 929942 | 0 | 00472162916 | PROMETHAZINE VC/COD SYRUP | LUCENTE,RICHA | 02/10/2005 | WT | 180 | 17.69 | 3.00 | 5000 | 14.69 | 013096 |
| 932519 | 0 | 00026858169 | AVELOX 400 MG TABLET BAY | VISCONTI,ERNES B | 02/17/2005 | FX | 10 | 94.04 | 3.00 | 5000 | 91.04 | 601442 |
| 932538 | 0 | 51672130200 | TERCONAZOLE 0.88 VAGINAL | SCHIRRIPA,MICHA | 02/17/2005 | FX | 20 | 33.49 | 3.00 | 5000 | 30.49 | 262075 |
| 942579 | 0 | 00071015623 | LIPITOR 20 MG TABLET P-D | WARCHOL,ANDRE J | 03/17/2005 | MT | 30 | 103.57 | 3.00 | 5000 | 100.57 | 376559 |
| 942584 | 0 | 65597010330 | BENICAR 20 MG TABLET SKO | LUCENTE,RICHA | 03/17/2005 | TM | 30 | 45.22 | 3.00 | 5000 | 42.22 | 735592 |
| 946715 | 0 | 00173073001 | WELLBUTRIN XL 150 MG TABL | SHARON,IDAN | 03/29/2005 | JP | 30 | 84.80 | 3.00 | 5000 | 81.80 | 141610 |
| 946715 | 1 | 00173073001 | WELLBUTRIN XL 150 MG TABL | SHARON,IDAN | 04/26/2005 | WT | 30 | 84.80 | 3.00 | 5000 | 81.80 | 162390 |
| 946716 | 0 | 63653117106 | PLAVIX 75 MG TABLET BRI | SHARON,IDAN | 03/29/2005 | JP | 30 | 122.78 | 3.00 | 5000 | 119.78 | 143251 |



PAGE:                    4 of 4
RUN DATE:                ^6/30/2008
REQUEST NBR:             61962

CVS PHARMACY
Patient Presr    tion Record
04/01/2000  1    12/31/2007
PHARMACY # 6049

PHARMACY NAME:          CVS/pharmacy #06049
ADDRESS:                1361 HYLAN BLVD.
CITY, ST, ZIP:          STATEN ISLAND NY 10305

PATIENT KEY:            6049325351
PATIENT NAME:           MANNINO ANNMARIE
ADDRESS:                64 COLUMBUS AVE
CITY, ST, ZIP:          STATEN ISLAND NY 10304

TELEPHONE:              718-273-6983
BIRTHDATE:              01/08/1972

SCRIPT COUNT: 85          TOTAL AMOUNT: 4709.93          TOTAL PATIENT PAID: 330.76          TOTAL AGENCY PAID: 4379.17

CVS.=05410=.0823804006.00039.60039.CVSPFR01.03000.1561962

# EXHIBIT 2

Annmarie Mannino                         033L45                October 12, 2004
64 Columbus Ave.
Staten Island, NY  10304-4303

|ın|||ını||ıllıını|ılılı|ılı||lıını|ılıllıını|ı|ı||

Dear Annmarie Mannino,

According to our prescription records, you have previously received a prescription for
VIOXX® (rofecoxib). As such, we have important information that we want to ensure you
are aware of.

Merck & Co. Inc. ("Merck"), the manufacturer of VIOXX®, has elected to voluntarily
withdraw this product from the market.

The U.S. Food and Drug Administration ("FDA") recommends that patients who are
currently taking VIOXX® contact their physician to discuss discontinuing VIOXX®. A
number of alternative medications are available. Based upon your individual needs, your
physician can select an alternative therapy that is appropriate for you. Our pharmacy staff
is committed to providing the highest standards of service to you and your physician to
assist in this transition.

Merck has established a program to directly reimburse you for any unused VIOXX® tablets
or oral suspension that you may have. You may call the VIOXX® Patient Return Line at
1-800-805-9542. Upon calling, Merck will send you a return kit that will include a
self-addressed, postage paid envelope and instructions regarding how to return your
unused product.

Additional information regarding the withdrawal of VIOXX® may be obtained from Merck at
either 1-888-368-4699 or at www.merck.com. The Food and Drug Administration also has
information available at 1-888-463-6332 or at www.fda.gov/cder.

For your additional information, enclosed is a copy of an open letter to VIOXX® patients
that Merck has recently published in a number of national newspapers.

As always, please do not hesitate to contact your pharmacist with any concerns or
questions.

Sincerely,

Your CVS Pharmacy Team

*This mailing is supported by funding provided by Merck.*
*No information about you has been provided to Merck.*
*VIOXX® is a registered Trademark of Merck.*

# IMPORTANT INFORMATION
# FOR PATIENTS TAKING VIOXX®(rofecoxib)

 **MERCK**

September 30, 2004

## *Merck Voluntarily Withdraws VIOXX*

Dear VIOXX Patient:

Merck & Co., Inc. announced today a voluntary withdrawal of VIOXX®.

This decision is based on new data from a three-year clinical study. In this study, there was an increased risk for cardiovascular (CV) events, such as heart attack and stroke, in patients taking VIOXX 25 mg compared to those taking placebo (sugar pill). While the incidence of CV events was low, there was an increased risk beginning after 18 months of treatment. The cause of the clinical study result is uncertain, but our commitment to our patients is clear.

Patients who are currently taking VIOXX should contact their health care providers to discuss discontinuing use of VIOXX and possible alternative treatments. In addition, patients and health care professionals may obtain information from merck.com and vioxx.com or may call 1-888-368-4699.

Merck will reimburse all patients for their unused VIOXX. All dosage strengths and formulations of VIOXX are affected by this voluntary withdrawal. Information can be found at vioxx.com or at 1-888-368-4699.

Merck is notifying physicians and pharmacists and has informed the Food and Drug Administration of this decision.

We are taking this action because we believe it best serves the interests of patients. That is why we undertook this clinical trial to better understand the safety profile of VIOXX. And it's why we instituted this voluntary withdrawal upon learning about these data.

Be assured that Merck will continue to do everything we can to maintain the safety of our medicines.

Raymond V. Gilmartin,
Chairman, President & CEO

Please read the Patient Prescribing Information for VIOXX.

**Where patients come first** **MERCK**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|                                        |   |                                  |
|----------------------------------------|---|----------------------------------|
|                                        | * |                                  |
| IN RE: VIOXX®                          | * | MDL Docket No. 1657              |
|                                        | * |                                  |
| PRODUCTS LIABILITY LITIGATION          | * | SECTION L                        |
|                                        | * |                                  |
|                                        | * | JUDGE FALLON                     |
|                                        | * | MAGISTRATE JUDGE KNOWLES         |
|                                        | * |                                  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO:      Ann Mannino v. Merck & Co., et al.
Case No.: 2:05-cv-1091-EEF-DEK

## PLAINTIFFS' ANSWERS TO DEFENDANT MERCK & CO., INC.'S
## FIRST SET OF INTERROGATORIES

Plaintiff hereby answers the defendant's First Set of Interrogatories as follows:

INTERROGATORY NO. 1:   Please identify, for the present civil action, the title of the action, the civil action number, the name of the court in which this action was filed, the name of the court in which this action is currently pending, and the full name, address, telephone number and facsimile number of the principal attorney representing you in this action.

ANSWER:  Rosemary Holobosky, et Ux. Nicholas Holobosky, Ann Marie Mannino, et

Ux. Joseph Mannino, Sheila Smith, et Ux. Lee Smith, and Thomas Sullivan, et Ux. Genevieve

Sullivan v. Merck & Co., Inc., Civil Action No. 2:05-cv-1091, was originally filed in the New

York State Supreme Court for the County of New York, and removed to the Southern District of

New York, the action is currently pending in Eastern District of Louisiana. Principal attorney:

Ronald R. Benjamin, 126 Riverside Drive, P. O. Box 607, Binghamton, NY 13902-0607,

607/772-1442 phone, 607/772-1678 fax.

INTERROGATORY NO. 2:   Please identify each person having knowledge or information regarding the facts, circumstances, injuries, damages, or allegations contained in your Complaint.

ANSWER: In addition to the plaintiffs and defendant Merck the following:

Idan Sharon, MD., Neurology & Psychiatry, 345 Seaview Ave, Staten Island, NY 10305

Richard.Lucente, MD, 345 Seaview Ave. Staten Island, NY 10305

Ernest B Visconti, MD., 314 Seaview Ave Staten Island, NY 10305

Andrew Russo, MD, 433  77th St. Brooklyn, NY 11209

Francis Maddalena, 17 Joval Court, Brooklyn, NY 11229

INTERROGATORY NO. 3:   Provide the factual basis and a computation for each category of damages you claim and identify all documents upon which you will rely in support of each category of damages.

ANSWER: All general compensatory damages, including past and future pain and

suffering, as opposed to special damages, are jury issues for resolution at trial.   Plaintiff's

medical bills were paid by Local 731, for which it is anticipated liens will be imposed and are,

therefore, a category of damage.   Plaintiff incorporates and relies on the records of his medical

providers and Local 731 with respect to the computation of past and future medical expenses.

INTERROGATORY NO. 4:   Please state whether you have been reimbursed or filed a claim under an insurance policy with respect to alleged injuries that form the basis of this action.  If so, for each claim, identify the person with whom you filed a claim, the insurer, the policyholder, the policy number, and the claim number.

ANSWER: Yes.   I filed claims with Local 731, which paid all of the bills directly to my

knowledge.  Policy No. 068702706, 11-27-69, Address: ;_____, policyholder Joseph

Mannino.

INTERROGATORY NO. 5:   State whether you have undergone a physical examination in connection with any application for life insurance since January 1, 1990.  If so, state the date of any such examination, where it was conducted, who conducted the examination, whether there is a report of such physical examination and the life insurance company on whose behalf the

examination was conducted.  If a report was made, attach a true copy.  If any such physical examination resulted in denial of your application, please describe such action.

ANSWER:  No.

INTERROGATORY NO. 6:   Identify all information, instructions, warnings or precautions about Vioxx obtained by you from any source. For each item of information, instruction , warning, or precaution, identify the source, the date you received it, and if you relied upon it in any manner, describe what action you took or did not take as a result.

ANSWER: Patient drug information pamphlet and the dosage and instructions on the

bottle/container were provided by the pharmacy (CVS) at the time prescriptions were filled on

the dates reflected in the pharmacy records that have already been provided to defendant Merck

or for which an authorization has been provided.  I relied on the same, but no instructions or

other information was provided about Vioxx and cardiovascular injuries or cardiac arrest.

INTERROGATORY NO. 7:   State whether you have ever filed a claim (including a worker's compensation or a social security disability claim) or instituted a legal proceeding for any personal, economic or other injury. If so, state the date and nature of the injuries and damages claimed, the date and place of filing for each such claim or legal proceeding , the full names and addresses of all parties to the action and their attorneys if any, the name of the court or other forum, the title of the action and the case number, and the present states if each claim or legal proceeding. If terminated, give the final result of each such claim or legal proceeding, including any monetary judgement, settlement or award.

ANSWER: No.

INTERROGATORY NO. 8:   Please identify whether you are in possession of any unused Vioxx. If so, please identify the number of tablets or amount of oral suspension in your possession, the date of the prescription to which the unused Vioxx relates, and the current location of the unused Vioxx.

ANSWER: No.

<u>INTERROGATORY NO. 9</u>:  Please identify all communications, whether oral, written or electronic (including email, communication as part of internet "chat rooms" or email groups), with others not including your counsel, regarding Vioxx or your alleged injuries.

     <u>ANSWER</u>: No.


<u>INTERROGATORY NO. 10</u>:   Please identify whether you conducted any research on your computer regarding Vioxx, the current location of your computer, whether you ever sent and/or received any emails relating to Vioxx or your alleged injuries (other than those from your attorney), and whether you are in possession of the emails sent or received relating to Vioxx or you alleged injuries.

     <u>ANSWER</u>: No.


Dated:   June 13, 2008.


                      Ronald R. Benjamin Fed. Bar No. 101131
                      LAW OFFICE OF RONALD R. BENJAMIN
                      Attorneys for Plaintiffs
                      126 Riverside Drive, PO Box 607
                      Binghamton, New York 13902-0607
                      607/772-1442

## VERIFICATION

I, Ann Marie Mannino, declare under penalty of perjury subject to 28 U.S.C. § 1746 that the foregoing answers to interrogatories are true and correct to the best of my knowledge.

_____          _____, 2008
Signature                                     Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    )        MDL DOCKET NO: 1657
                                                )
PRODUCTS LIABILITY LITIGATION                   )        SECTION L
                                                )
                                                )        JUDGE GALLON
                                                )
                                                )        MAG. JUDGE KNOWLES
                                                )
                                                )

STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28)
Ann Mannino: 2:05-cv-01091

Pursuant to Pre-Trial Order No. 28, Plaintiff Ann Mannino sent Document Preservation
Notices to the following individuals and entities. Copies of the Notices sent are attached
and marked as Exhibit "1".

Medical Providers:

CVS
Pharmacy Privacy Office
One CVS Drive
Woonsocket, RI 02895

Ernest Visconti, MD
c/o Seaview Medical,
314 Seaview Avenue
Staten Island, NY 10305

Richard Lucente, MD
c/o Seaview Medical,
314 Seaview Avenue
Staten Island, NY 10305

Idan Sharon, MD
c/o Seaview Medical,
314 Seaview Avenue
Staten Island, NY 10305

Seaview Medical,
314 Seaview Avenue
Staten Island, NY 10305

Michael Schirripa, MD
c/o Womens Healthcare Specialists, PC
1050 Clove Rd.
Staten Island, NY 10301

Womens Healthcare Specialists, PC
1050 Clove Rd.
Staten Island, NY 10301

Staten Island University Hospital
475 Seaview Avenue
Staten Island, NY 10305

St Vincent's Hospital - Staten Island
355 Bard Avenue
Staten Island, NY 10310


Executed on March 10, 2008 in Binghamton, NY.


                                      /s/ Ronald R. Benjamin
                                      Ronald R. Benjamin, Esq.
                                      126 Riverside Drive
                                      PO Box 607
                                        Binghamton, NY 13902-0607
                                      607-772-1442

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
CVS
Pharmacy Privacy Office
One CVS Drive
Woonsocket, RI 02895

Re: Ann M. Mannino, et. al.; Plaintiff v. Merck & Co., Inc.
    In Re: VIOXX Products Liability Litigation
    MDL No. 1657
    Case No. 2:05cv01091



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Seaview Medical
314 Seaview Avenue
Staten Island, NY 10305

Re: Ann M. Mannino, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:05cv01091



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Richard Lucente, MD
c/o Seaview Medical
314 Seaview Avenue
Staten Island, NY 10305

Re: Ann M. Mannino, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:05cv01091



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

# N O T I C E

**VIA U.S. CERTIFIED MAIL**
Idan Sharon, MD
c/o Seaview Medical
314 Seaview Avenue
Staten Island, NY 10305

  Re: Ann M. Mannino, et. al.; Plaintiff v. Merck & Co., Inc.
    In Re: VIOXX Products Liability Litigation
    MDL No. 1657
    Case No. 2:05cv01091



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

      Very truly yours,

      Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
## *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Ernest B. Visconti, MD
c/o Seaview Medical
314 Seaview Avenue
Staten Island, NY 10305

  Re: Ann M. Mannino, et. al.; Plaintiff v. Merck & Co., Inc.
   In Re: VIOXX Products Liability Litigation
   MDL No. 1657
   Case No. 2:05cv01091

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the multi-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

     Very truly yours,

     Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Michael A. Schirripa, MD
c/o Womens Healthcare Specialists, PC
1050 Clove Rd.
Staten Island, NY 10301

Re: Ann Mannino, et. al.; Plaintiff v. Merck & Co., Inc.
    In Re: VIOXX Products Liability Litigation
    MDL No. 1657
    Case No. 2:05-cv-01091



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

# N O T I C E

**VIA U.S. CERTIFIED MAIL**
Womens Healthcare Specialists, PC
1050 Clove Rd.
Staten Island, NY 10301



Re: Ann Mannino, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:05-cv-01091

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Staten Island University Hospital
475 Seaview Avenue
Staten Island, NY 10305

Re: Ann Mannino, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:05-cv-01091



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
St Vincent's Hospital - Staten Island
355 Bard Avenue
Staten Island, NY 10310

Re: Ann Mannino, et. al.; Plaintiff v. Merck & Co., Inc.
    In Re: VIOXX Products Liability Litigation
    MDL No. 1657
    Case No. 2:05-cv-01091



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing documents have been served electronically on Susan Giamportone, by U.S. Mail and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of March, 2008.

Ronald R. Benjamin
#101113
Law Office of Ronald R. Benjamin
126 Riverside Drive
PO Box 607
Binghamton, NY 13902-0607
607-772-1442
607-772-1678 9 (Fax)
ronbenjaminlaw@stny.rr.com

# Steven A. Rich, M.D.

*Internal Medicine-Geriatrics-Clinical Pharmacology*
*4884 North Road Canandaigua, NY 14424*
*srich@rochester.rr.com*
*Voice: 585-922-0392*

December 30, 2008

Ronald R Benjamin
PO Box 607
126 Riverside Drive
Binghamton, NY 13902

**Re: Ann Mammino**
**DOB: 01/08/1972**
**Date of Injury: 03/30/04**

Mr. Benjamin:

Thank you for the opportunity to review records regarding and the events surrounding the cerebrovascular events suffered by Mrs. Mammino and how this related to her VIOXX® usage.

My education includes a Doctor of Medicine Degree as well as a degree in Pharmacokinetics. My training includes certifications in Internal Medicine and Geriatric Medicine by the American Board of Internal Medicine. A copy of my Curriculum Vitae is attached. My experience includes 21 years of direct patient care including primary, secondary and tertiary care of acute coronary syndromes, rheumatoid conditions and the consequences of these diseases. I have treated patients similar to this patient during the course of my career. I have been active in clinical pharmacology for 21 years, and have authored peer-reviewed and published articles. I have also reviewed published medical literature and Merck documents relating to VIOXX®.

Mrs. Mammino was 32 years old at the time of this episode of cerebrovascular events that required her evaluation at Staen Island University hospital on 3/29/08 and 3/30/08.. Mrs. Mammino began using VIOXX® for leg discomfort through the use of sample and 50 mg tablets prescribed by her physician. She experienced right facial weakness associated with elevations of blood pressure. She was subsequently diagnoses has having transcient ischemic events by a neurologist, and the patient has reported persistent exacerbation of depression and anxiety which is requiring medical treatment.

1

It is my opinion that the ingestion of VIOXX® is a significant risk factor for transient ischemic attacks as well as ischemic strokes. It is therefore likely that the patient's ingestion of VIOXX was a contributing cause of the transient ischemic attacks suffered by this individual on above mentioned dates . Furthermore, if the thrombotic potential of VIOXX® had been acknowledged by the manufacturer it is unlikely that it would be prescribed to a person with risk factors for such an event, and unlikely that an informed patient would have taken it

All of my opinions are stated within a reasonable degree of medical certainty. My opinions are based on my education, training, and experience. My opinions may be modified based on review of subsequent medical information not currently available to me.

Sincerely,

Steven A. Rich, M.D.
Chief of Geriatrics and Director of the Geriatric Consultative Service
Rochester General Health System, Rochester NY
Clinical Assistant Professor of Medicine
University of Rochester School of Medicine and Dentistry

2

LAW OFFICE OF RONALD R. BENJAMIN
ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

October16, 2009

**BY E-MAIL**
Douglas R. Marvin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re:     **AnnMarie Mannino**
        [Holobosky, et al., v. Merck & Co., Inc., EDLA 2:05-cv-01091-EEF-DEK]

Dear Mr. Marvin:

I am forwarding under separate cover with this e-mail a copy of a prescription bottle for Vioxx 50 mg pills filled on 02-04-2004 for this plaintiff that is in the possession of this office.

Please advise if, when and where you want to make arrangements to view the bottle.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

Mannino



S/pharmacy

...GEN DX, INC.
...ON MEAN BLVD.
...LAND ISLAND, NY
...004

RE  801099

TAKE 1 TABLET EVER

VIOXX 50MG TABLET M
...RCK & CO.

Refills, authorization requi
...TAN,MELISSA
...te filled 02-04-2004   Orig Date:

