Plaintiff's Exhibit 13

## LAW OFFICE OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

October15, 2009

**BY E-MAIL and FAX : 202/434-5029**
Douglas R. Marvin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re:     **Viola Santacrose**
        [Aljibory, et al., v. Merck & Co., Inc., EDLA 2:05-cv-01090-EEF-DEK]

Dear Mr. Marvin:

In response to the Order to Show Cause returnable October 16, 2009, on your client's Third
Motion seeking to enforce PTO 28 in the Vioxx litigation, I am providing the following
information which addresses the only deficiencies identified in Exhibit A thereof that pertain to
**Viola Santacrose**.

**Medical Records:**   Plaintiff has met the obligation to produce medical records.   In the first
instance, Exhibit A to the Order to Show Cause does not list lack of a PPF, so I trust you
acknowledge that Ms. Santacrose submitted her Plaintiff's Profile Form with the required signed
authorizations for release of her healthcare records to Hughes Hubbard & Reed LLP, as
confirmed in the April 13, 2006 letter of John N. Poulos, Esq., and our May 8, 2006 response.
This occurred prior to issuance of PTO 28 on November 9, 2007.

The PPF submitted by Ms. Santacrose and the PPF attached as Exhibit A to PTO 28 are identical,
and both limit the medical records to be produced by the plaintiff in the following express
language:

### VI.  DOCUMENTS
        Please indicate if any of the following documents and things are currently in
your possession, custody, or control, or in the possession, custody, or control of
your lawyers by checking "**yes**" or "**no**". Where you indicated "**yes,**" please
attach the documents and things to your responses to this profile form.

Page 2 of 2

The limited scope of the production required in the above provision in the PPF is entirely consistent with the fact that plaintiff was also required to, and did, provide signed authorizations for release of medical and other records to Merck's counsel as well as the PPF.   Copies of the medical records collected on her behalf since her PPF are being supplemented by e-mail to you under separate cover this date.

With respect to PTO 28, subparagraph (II)(A)(6) of PTO 28 only requires medical records to be produced as to "*all healthcare providers requested in the Amended and Supplemental Plaintiff Profile Form....*" Thus, subparagraph (6) does not apply, because Ms. Santacrose clearly submitted her PPF prior to November 9, 2007, and is excluded from having to file an amended and supplemental PPF under the language in PTO 28 (II)(A)(3) stating "*unless Plaintiff or Claimant has as of the date of this Order submitted a Plaintiff Profile Form or Claimant Profile Form.*"

**Pharmacy Records**:   The pharmacy plaintiff used in the prior 10 years listed in her PPF is KMart Pharmacy #7375.   Enclosed herewith is a copy of the pharmacy records that were obtained from said pharmacy for the period 01/01/2003 and 10/21/04, which show Vioxx was dispensed to her.   (*See Exhibit 1*.)   A certification has not been obtained as of this date with respect to these or additional periods of records.   We anticipate providing additional certified pharmacy records that exist in the near future.   I also note Merck has made no showing whether it attempted to obtain the records from those pharmacies, and has not indicated to me that Merck cannot obtain the same.

**Affidavit of Completeness:**   PTO 28(II)(A)(7) (I) indicates that plaintiff must attest in an affidavit that all pharmacy and medical records "have been collected."   However, Merck's counsel has refused to disclose or identify the medical and pharmacy records they have or have not collected  with the HIPPA-compliant authorizations plaintiff did provide, thus preventing plaintiff from being able to submit an appropriate Affidavit of Completeness as to records.   In addition, as to medical records, PTO 28 makes clear she is not required to aver completeness since (A)(6) does not apply to her.

This letter and attachments will be annexed to the opposition to the Third Motion Order to Show Cause.   I ask that you withdraw Merck's motion dismissal of this plaintiff's case for any reason, and particularly for failure to prosecute, is clearly unwarranted in light of the above matters.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachments

# EXHIBIT 1

# M E D I C A L   E X P E N S E S

SANTVI1

| | |
|---|---|
| Patient: SANTACROCE, VIOLA (NSC) | Pharmacy: KMART PHARMACY #7375 |
| RespPty: | 527 ENDICOTT PLAZA |
| 3227 WAYNE STREET | ENDICOTT     NY 13760 |
| | RPh: |
| ENDWELL     NY 13760 | NCPDP#: 3367162 |
| Birth: 01/19/1930 | |

Prescriptions:                          Date: 01/01/2003 TO 10/21/2004

| LastFill | Rx # | Drug Name | Qty | Physician Name | T/P | Price | RPh |
|---|---|---|---|---|---|---|---|
| 01/13/03 | 6714562 | HYZAAR 100-25MG | 100 | Dr.RAMANUJAN | EPI | 20.00 | AWA |
| 01/13/03 | 6718705 | OXYBUTYNIN CHLO 5MG | 30 | Dr.MICHAELS | EPI | 3.00 | AWA |
| 01/14/03 | 6719622 | SULFASALAZINE 500MG | 60 | Dr.DHARMAPURI | EPI | 7.00 | JVS |
| 01/15/03 | 6719661 | CATAPRES-TTS0.2/24H | 4 | Dr.RAMANUJAN | EPI | 20.00 | JVS |
| 01/28/03 | 6718705 | OXYBUTYNIN CHLO 5MG | 30 | Dr.MICHAELS | EPI | 3.00 | JVS |
| 01/28/03 | 6719236 | VIOXX 25MG | 30 | Dr.MICHAELS | EPI | 20.00 | JVS |
| 01/29/03 | 6719661 | CATAPRES-TTS0.2/24H | 4 | Dr.RAMANUJAN | EPI | 20.00 | JVS |
| 02/18/03 | 6720523 | LIPITOR 40MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | JVS |
| 02/18/03 | 6720524 | VIOXX 25MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | JVS |
| 02/18/03 | 6720525 | BENICAR 20MG | 100 | Dr.RAMANUJAN | EPI | 20.00 | JVS |
| 03/10/03 | 6721097 | OXYBUTYNIN CHLO 5MG | 100 | Dr.RAMANUJAN | EPI | 7.00 | AWA |
| 03/10/03 | 6721099 | SULFASALAZINE 500MG | 100 | Dr.RAMANUJAN | EPI | 7.00 | AWA |
| 03/10/03 | 6721098 | MONOPRIL 40MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | AWA |
| 03/10/03 | 6721101 | CATAPRES-TTS0.2/24H | 4 | Dr.RAMANUJAN | EPI | 20.00 | AWA |
| 05/01/03 | 6721101 | CATAPRES-TTS0.2/24H | 4 | Dr.RAMANUJAN | EPI | 20.00 | AWA |
| 05/01/03 | 6722430 | PLAVIX 75MG | 30 | Dr.WOLFF | EPI | 20.00 | AWA |
| 05/01/03 | 6722431 | ATENOLOL 25MG | 30 | Dr.WOLFF | EPI | 3.00 | AWA |
| 05/01/03 | 6722432 | COZAAR 25MG | 30 | Dr.WOLFF | EPI | 15.00 | AWA |
| 05/02/03 | 6722471 | FOLTX | 60 | Dr.WOLFF | EPI | 7.00 | JVS |
| 05/06/03 | 6720523 | LIPITOR 40MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | JVS |
| 05/06/03 | 6720525 | BENICAR 20MG | 100 | Dr.RAMANUJAN | EPI | 20.00 | JVS |
| 05/06/03 | 6722558 | HYDROCHLOROTHI 25MG | 30 | Dr.RAMANUJAN | EPI | 3.00 | JVS |
| 05/10/03 | 6721099 | SULFASALAZINE 500MG | 100 | Dr.RAMANUJAN | EPI | 7.00 | JVS |
| 05/10/03 | 6721097 | OXYBUTYNIN CHLO 5MG | 100 | Dr.RAMANUJAN | EPI | 7.00 | JVS |
| 05/23/03 | 6721101 | CATAPRES-TTS0.2/24H | 4 | Dr.RAMANUJAN | EPI | 20.00 | JVS |
| 05/23/03 | 6722558 | HYDROCHLOROTHI 25MG | 100 | Dr.RAMANUJAN | EPI | 3.00 | JVS |
| 05/24/03 | 6723035 | ATENOLOL 25MG | 90 | Dr.RAMANUJAN | EPI | 7.00 | JVS |
| 05/24/03 | 6723036 | PLAVIX 75MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | JVS |
| 05/28/03 | 6723091 | FOLTX | 60 | Dr.RAMANUJAN | EPI | 7.00 | AWA |
| 06/10/03 | 6721098 | MONOPRIL 40MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | JVS |
| 06/10/03 | 6720524 | VIOXX 25MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | JVS |
| 06/18/03 | 6721101 | CATAPRES-TTS0.2/24H | 4 | Dr.RAMANUJAN | EPI | 20.00 | JVS |
| 06/18/03 | 6723091 | FOLTX | 60 | Dr.RAMANUJAN | EPI | 7.00 | JVS |
| 06/25/03 | 6723791 | LIPITOR 80MG | 30 | Dr.RAMANUJAN | EPI | 20.00 | AWA |
| 07/03/03 | 6720525 | BENICAR 20MG | 100 | Dr.RAMANUJAN | EPI | 20.00 | AWA |
| 07/03/03 | 6721099 | SULFASALAZINE 500MG | 100 | Dr.RAMANUJAN | EPI | 7.00 | AWA |
| 07/03/03 | 6721097 | OXYBUTYNIN CHLO 5MG | 100 | Dr.RAMANUJAN | EPI | 7.00 | AWA |
| 08/19/03 | 6725130 | NITROTAB 0.4MG | 25 | Dr.CAMPBELL | EPI | 3.00 | AWA |
| 08/26/03 | 6725293 | NORVASC 5MG | 30 | Dr.RAMANUJAN | EPI | 4.00 | JVS |
| 08/26/03 | 6721097 | OXYBUTYNIN CHLO 5MG | 100 | Dr.RAMANUJAN | EPI | | JVS |
| 08/26/03 | 6723035 | ATENOLOL 25MG | 90 | Dr.RAMANUJAN | EPI | | JVS |
| 08/26/03 | 6720525 | BENICAR 20MG | 100 | Dr.RAMANUJAN | EPI | | JVS |
| 08/26/03 | 6723036 | PLAVIX 75MG | 90 | Dr.RAMANUJAN | EPI | | JVS |
| 09/08/03 | 6722558 | HYDROCHLOROTHI 25MG | 50 | Dr.RAMANUJAN | EPI | | AWA |
| 09/10/03 | 6721098 | MONOPRIL 40MG | 90 | Dr.RAMANUJAN | EPI | | JVS |
| 09/26/03 | 6723791 | LIPITOR 80MG | 90 | Dr.RAMANUJAN | EPI | | JVS |
| 09/26/03 | 6720524 | VIOXX 25MG | 90 | Dr.RAMANUJAN | EPI | | JVS |
| 10/02/03 | 6725293 | NORVASC 5MG | 30 | Dr.RAMANUJAN | EPI | | AWA |
| 10/06/03 | 6721097 | OXYBUTYNIN CHLO 5MG | 100 | Dr.RAMANUJAN | EPI | | AWA |
| 10/06/03 | 6726274 | HYDROCHLOROTHI 25MG | 100 | Dr.RAMANUJAN | EPI | | AWA |
| 10/18/03 | 6726547 | BENICAR 40MG | 30 | Dr.RAMANUJAN | EPI | | AWA |

M E D I C L   E X P E N S E S

SANTVI1

Patient: SANTACROCE, VIOLA (NSC)     Pharmacy: KMART PHARMACY #7375
RespPty:                                        527 ENDICOTT PLAZA
         3227 WAYNE STREET                      ENDICOTT      NY 13760
                                                RPh:
         ENDWELL          NY 13760              NCPDP#: 3367162
  Birth: 01/19/1930

Prescriptions:                    Date: 01/01/2003 TO 10/21/2004

| LastFill | Rx # | Drug Name | Qty | Physician Name | T/P | Price | RPh |
|----------|------|-----------|-----|----------------|-----|-------|-----|
| 10/18/03 | 6726546 | MONOPRIL 40MG | 60 | Dr.RAMANUJAN | EPI | | AWA |
| 11/13/03 | 6725293 | NORVASC 5MG | 30 | Dr.RAMANUJAN | EPI | | JVS |
| 11/13/03 | 6726547 | BENICAR 40MG | 30 | Dr.RAMANUJAN | EPI | | JVS |
| 11/13/03 | 6726546 | MONOPRIL 40MG | 60 | Dr.RAMANUJAN | EPI | | JVS |
| 11/19/03 | 6727275 | ATENOLOL 25MG | 30 | Dr.RAMANUJAN | EPI | | JVS |
| 11/19/03 | 6727276 | PLAVIX 75MG | 30 | Dr.RAMANUJAN | EPI | | JVS |
| 12/01/03 | 6721097 | OXYBUTYNIN CHLO 5MG | 100 | Dr.RAMANUJAN | EPI | 7.00 | AWA |
| 12/08/03 | 6726546 | MONOPRIL 40MG | 60 | Dr.RAMANUJAN | EPI | 20.00 | AWA |
| 12/08/03 | 6725293 | NORVASC 5MG | 30 | Dr.RAMANUJAN | EPI | 15.00 | AWA |
| 12/08/03 | 6726547 | BENICAR 40MG | 30 | Dr.RAMANUJAN | EPI | 15.00 | AWA |
| 12/16/03 | 6727901 | PLAVIX 75MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | JVS |
| 12/16/03 | 6727902 | ATENOLOL 25MG | 90 | Dr.RAMANUJAN | EPI | 7.00 | JVS |
| 12/19/03 | 6727998 | LIPITOR 80MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | JVS |
| 12/22/03 | 6720524 | VIOXX 25MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | AWA |
| 01/05/04 | 6727916 | NORVASC 10MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | AWA |
| 01/05/04 | 6727917 | BENICAR 40MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | AWA |
| 01/05/04 | 6727918 | FOSINOPRIL 40MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | AWA |
| 01/05/04 | 6726274 | HYDROCHLOROTHI 25MG | 100 | Dr.RAMANUJAN | EPI | 3.00 | AWA |
| 01/12/04 | 6728564 | HYDRALAZINE HC 25MG | 90 | Dr.SCOTT-HLAVAC | EPI | 7.00 | AWA |
| 01/21/04 | 6728806 | OXYBUTYNIN CHLO 5MG | 100 | Dr.RAMANUJAN | EPI | 7.00 | AWA |
| 02/19/04 | 6726546 | MONOPRIL 40MG | 60 | Dr.RAMANUJAN | EPI | 20.00 | AWA |
| 03/09/04 | 6727998 | LIPITOR 80MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | JVS |
| 03/09/04 | 6727902 | ATENOLOL 25MG | 90 | Dr.RAMANUJAN | EPI | 7.00 | JVS |
| 03/09/04 | 6727901 | PLAVIX 75MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | JVS |
| 03/09/04 | 6728806 | OXYBUTYNIN CHLO 5MG | 100 | Dr.RAMANUJAN | EPI | 7.00 | JVS |
| 03/19/04 | 6726546 | MONOPRIL 40MG | 60 | Dr.RAMANUJAN | EPI | 20.00 | JVS |
| 03/19/04 | 6730311 | VIOXX 25MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | JVS |
| 04/03/04 | 6728564 | HYDRALAZINE HC 25MG | 90 | Dr.SCOTT-HLAVAC | EPI | 7.00 | AWA |
| 04/03/04 | 6726274 | HYDROCHLOROTHI 25MG | 100 | Dr.RAMANUJAN | EPI | 3.00 | AWA |
| 04/03/04 | 6727916 | NORVASC 10MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | AWA |
| 04/03/04 | 6727917 | BENICAR 40MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | AWA |
| 05/03/04 | 6728806 | OXYBUTYNIN CHLO 5MG | 100 | Dr.RAMANUJAN | EPI | 7.00 | AWA |
| 05/03/04 | 6726546 | MONOPRIL 40MG | 60 | Dr.RAMANUJAN | EPI | 20.00 | AWA |
| 05/21/04 | 6731816 | ELIDEL 1% | 30 | Dr.SCOTT-HLAVAC | EPI | 15.00 | JVS |
| 05/21/04 | 6731817 | DIOVAN 320MG | 30 | Dr.SCOTT-HLAVAC | EPI | 20.00 | JVS |
| 06/02/04 | 6732107 | ATENOLOL 25MG | 90 | Dr.RAMANUJAN | EPI | 7.00 | AWA |
| 06/02/04 | 6732108 | FOSINOPRIL 40MG | 100 | Dr.RAMANUJAN | EPI | 20.00 | AWA |
| 06/02/04 | 6732109 | LIPITOR 80MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | AWA |
| 06/02/04 | 6732110 | VIOXX 25MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | AWA |
| 06/02/04 | 6732111 | PLAVIX 75MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | AWA |
| 06/23/04 | 6728806 | OXYBUTYNIN CHLO 5MG | 100 | Dr.RAMANUJAN | EPI | 7.00 | JVS |
| 06/23/04 | 6728564 | HYDRALAZINE HC 25MG | 90 | Dr.SCOTT-HLAVAC | EPI | 7.00 | JVS |
| 06/30/04 | 6731817 | DIOVAN 320MG | 30 | Dr.SCOTT-HLAVAC | EPI | 20.00 | JVS |
| 07/01/04 | 6732748 | NORVASC 10MG | 90 | Dr.RAMANUJAN | EPI | 20.00 | JVS |
| 07/21/04 | 6728806 | OXYBUTYNIN CHLO 5MG | 100 | Dr.RAMANUJAN | MDP | 1.81 | AWA |
| 07/21/04 | 6732108 | FOSINOPRIL 40MG | 100 | Dr.RAMANUJAN | MDP | 11.02 | AWA |
| 07/21/04 | 6726274 | HYDROCHLOROTHI 25MG | 100 | Dr.RAMANUJAN | MDP | 1.15 | AWA |
| 08/10/04 | 6731817 | DIOVAN 320MG | 30 | Dr.SCOTT-HLAVAC | MDP | 6.75 | JVS |
| 09/01/04 | 6732109 | LIPITOR 80MG | 90 | Dr.RAMANUJAN | MDP | 7.00 | AWA |
| 09/01/04 | 6732111 | PLAVIX 75MG | 90 | Dr.RAMANUJAN | MDP | 20.00 | AWA |
| 09/01/04 | 6728806 | OXYBUTYNIN CHLO 5MG | 100 | Dr.RAMANUJAN | EPI | 7.00 | AWA |

```
                      M E D I C  L  E X P E N S E S
         SANTVI1
Patient: SANTACROCE, VIOLA (NSC)      Pharmacy: KMART PHARMACY #7375
RespPty:                                        527 ENDICOTT PLAZA
         3227 WAYNE STREET                      ENDICOTT        NY 13760
                                                RPh:
         ENDWELL          NY 13760              NCPDP#: 3367162
   Birth: 01/19/1930

Prescriptions:                        Date: 01/01/2003 TO 10/21/2004
```

| LastFill | Rx # | Drug Name | Qty | Physician Name | T/P | Price | RPh |
|---|---|---|---|---|---|---|---|
| 09/01/04 | 6731817 | DIOVAN 320MG | 30 | Dr.SCOTT-HLAVAC | EPI | 10.00 | AWA |
| 09/01/04 | 6732110 | VIOXX 25MG | 90 | Dr.RAMANUJAN | MDP | | AWA |
| 09/01/04 | 6734048 | FOSINOPRIL 40MG | 90 | Dr.RAMANUJAN | MDP | | AWA |
| 09/23/04 | 6728564 | HYDRALAZINE HC 25MG | 90 | Dr.SCOTT-HLAVAC | MDP | | AWA |
| 09/23/04 | 6732748 | NORVASC 10MG | 90 | Dr.RAMANUJAN | MDP | | AWA |
| 09/23/04 | 6734555 | DIOVAN 320MG | 90 | Dr.RAMANUJAN | MDP | | AWA |
| 10/01/04 | 6734768 | MOBIC 7.5 | 30 | Dr.RAMANUJAN | MDP | | PAC |

```
 Report Date: 10/21/2004                              $1,146.73



Attested To By: _____
                Registered Pharmacist
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                      |   |                                   |
|--------------------------------------|---|-----------------------------------|
| IN RE: VIOXX®                        | * | MDL Docket No.  1657              |
|                                      | * |                                   |
| PRODUCTS LIABILITY LITIGATION        | * | SECTION L                         |
|                                      | * |                                   |
|                                      | * | JUDGE FALLON                      |
|                                      | * | MAGISTRATE JUDGE KNOWLES          |
|                                      | * |                                   |

* * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:    Viola Santacrose  v.  Merck & Co., et al.
Case No.: 04-cv-09654-EEF-DEK

## PLAINTIFFS' ANSWERS TO DEFENDANT MERCK & CO., INC.'S FIRST SET OF INTERROGATORIES

Plaintiff hereby answers the defendant's First Set of Interrogatories as follows:

INTERROGATORY NO. 1:  Please identify, for the present civil action, the title of the action, the civil action number, the name of the court in which this action was filed, the name of the court in which this action is currently pending, and the full name, address, telephone number and facsimile number of the principal attorney representing you in this action.

ANSWER: ADNAN ALJIBORY, MARY ANNE BOZICH, ROSANNA ROBINSON, and VIOLA SANTACROSE, v. MERCK & CO, INC, et. al., Case No.: 04-cv-09654-EEF-DEK, Originally filed in the New York State Supreme Court for the County of New York, and removed to the Southern District of New York, the action is currently pending in Eastern District of Louisiana.  Principal attorney:  Ronald R. Benjamin, 126 Riverside Drive, P. O. Box 607, Binghamton, NY 13902-0607, 607/772-1442 phone, 607/772-1678 fax.

INTERROGATORY NO. 2:   Please identify each person having knowledge or information regarding the facts, circumstances, injuries, damages, or allegations contained in your Complaint.

ANSWER: This information has been provided in sections I.C.1.c and VII. A, B, and E of

the Plaintiff Profile Form. In addition to the plaintiffs and defendant Merck the following:

Dr.  Brian Wolff , 730 Goodlitte Roadin, Naples FL 34102

Dr. Ramanujan, 40 Mitchell Ave., Binghamton, New York 13903

Dr. Charles Campbell 161 Riverside Drive , Binghamton, New York 13905

Dr. Robert Michaels  33 Mitchell Ave, Binghamton, NY 13903-1674

Michael Santacrose, 200 Diamond Circle, #205, Naples Fl, 34110

This does not include any experts or other witnesses that may testify as to the liability and/or

damages.

INTERROGATORY NO. 3:   Provide the factual basis and a computation for each category of
damages you claim and identify all documents upon which you will rely in support of each
category of damages.

    ANSWER: All general compensatory damages, including past and future pain and

suffering, as opposed to special damages, are jury issues for resolution at trial.   Plaintiff's

medical bills were paid by Medicare & self paid, for which it is anticipated liens will be imposed

and are, therefore, a category of damage.   Plaintiff incorporates and relies on the records of his

medical providers, Medicare & self paid with respect to the computation of past and future

medical expenses.


INTERROGATORY NO. 4:   Please state whether you have been reimbursed or filed a claim
under an insurance policy with respect to alleged injuries that form the basis of this action.  If so,
for each claim, identify the person with whom you filed a claim, the insurer, the policyholder, the
policy number, and the claim number.

    ANSWER: Yes. I filed claims with Medicare, which paid all of the bills directly to my

knowledge.  Medicare Policy No. 070228347A & B, Medicare Healthcare Financing

Administration, Baltimore MD, 21244-1850, policyholder; Viola Santacrose.

INTERROGATORY NO. 5:   State whether you have undergone a physical examination in connection with any application for life insurance since January 1, 1990. If so, state the date of any such examination, where it was conducted, who conducted the examination, whether there is a report of such physical examination and the life insurance company on whose behalf the examination was conducted. If a report was made, attach a true copy. If any such physical examination resulted in denial of your application, please describe such action.

   ANSWER: No.


INTERROGATORY NO. 6:   Identify all information, instructions, warnings or precautions about Vioxx obtained by you from any source. For each item of information, instruction , warning, or precaution, identify the source, the date you received it, and if you relied upon it in any manner, describe what action you took or did not take as a result.

   ANSWER: Patient drug information pamphlet and the dosage and instructions on the

bottle/container were provided by the pharmacy (Kmart) at the time prescriptions were filled on

the dates reflected in the pharmacy records that have already been provided to defendant Merck

or for which an authorization has been provided. I relied on the same, but no instructions or

other information was provided about Vioxx and cardiovascular injuries or cardiac arrest.


INTERROGATORY NO. 7:   State whether you have ever filed a claim (including a worker's compensation or a social security disability claim) or instituted a legal proceeding for any personal, economic or other injury. If so, state the date and nature of the injuries and damages claimed, the date and place of filing for each such claim or legal proceeding , the full names and addresses of all parties to the action and their attorneys if any, the name of the court or other forum, the title of the action and the case number, and the present states if each claim or legal proceeding. If terminated, give the final result of each such claim or legal proceeding, including any monetary judgement, settlement or award.

   ANSWER: No.


INTERROGATORY NO. 8:   Please identify whether you are in possession of any unused Vioxx. If so, please identify the number of tablets or amount of oral suspension in your possession, the

date of the prescription to which the unused Vioxx relates, and the current location of the unused Vioxx.

ANSWER: No.

INTERROGATORY NO. 9:  Please identify all communications, whether oral, written or electronic (including email, communication as part of internet "chat rooms" or email groups), with others not including your counsel, regarding Vioxx or your alleged injuries.

ANSWER: I may have spoken with my doctor, about a link between Vioxx and my heart attack, at or near the time when the drug was taken off the market, but I do not recall the precise date or details.

INTERROGATORY NO. 10:   Please identify whether you conducted any research on your computer regarding Vioxx, the current location of your computer, whether you ever sent and/or received any emails relating to Vioxx or your alleged injuries (other than those from your attorney), and whether you are in possession of the emails sent or received relating to Vioxx or you alleged injuries.

ANSWER: No.

Dated:   May 30, 2008.

Ronald R. Benjamin Fed. Bar No. 101131
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442

## **VERIFICATION**

I, Viola Santacrose, declare under penalty of perjury subject to 28 U.S.C. § 1746 that the

foregoing answers to interrogatories are true and correct to the best of my knowledge.

_Viola Santarose_                    _5/19_ , 2008
Signature                             Date

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above PLAINTIFFS' ANSWERS TO DEFENDANT MERCK & CO., INC.'S FIRST SET OF INTERROGATORIES was served in accordance with Pre-Trial Nos. 8, 18C (paras. 5-7) and 28, by serving a hard copy on Wilfred P. Coronato, Esq., at Hughes Hubbard & Reed LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, and by serving an electronic copy via LexisNexis File & Serve on Wilfred P. Coronato at Hughges Hubbard & Reed, LLP, Phillip A. Wittmann at Stone Pigman Walther Wittmann LLC, Dimitrios Mavroudis at Dechert LLP, and Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC, on this 30th day of May, 2008.

Marya C. Young   Fed. Bar No. 301739
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL DOCKET NO: 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE GALLON |
| | ) | |
| | ) | MAG. JUDGE KNOWLES |
| | ) | |
| | ) | |

STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28)
Viola Santacrose: 2:05-cv-01090

Pursuant to Pre-Trial Order No. 28, Plaintiff Viola Santacrose sent Document
Preservation Notices to the following individuals and entities. Copies of the Notices sent
are attached and marked as Exhibit "1".

Medical Providers:

Lourdes Hospital
169 Riverside Drive
Binghamton, NY 13905

Wilson Regional Memorial Hospital
33-57 Harrison Street
Johnson City, NY 13790

Robert M. Michaels, MD
c/o Binghamton Family Care Center
33 Mitchell Avenue
Binghamton, NY 13903

Binghamton Family Care Center
33 Mitchell Avenue
Binghamton, NY 13903

K-Mart Pharmacy
527 Endicott Plaza
Endicott , NY 13760

Endocrinology Care Center
40 Mitchell Avenue

Binghamton, NY 13903

R.A. Ramanujan, MD
c/o Endocrinology Care Center
40 Mitchell Avenue
Binghamton, NY 13903

Cardiology Associates
161 Riverside Drive, #205
Binghamton, NY 13905

Charles R. Campbell, MD
c/o Cardiology Associates
161 Riverside Drive, #205
Binghamton, NY 13905

Brian D. Wolff, MD
671 Goodlette Rd. Ste. 120
Naples, FL 34102

NCH Healthcare System
350 7th Street North
Naples FL 34102

Executed on March 10, 2008 in Binghamton, NY.

                                         /s/ Ronald R. Benjamin
                                         Ronald R. Benjamin, Esq.
                                         126 Riverside Drive
                                         PO Box 607
                                         Binghamton, NY 13902-0607
                                         607-772-1442

# LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## N O T I C E

Lourdes Hospital
169 Riverside Drive
Binghamton, NY 13905

      Re: Viola Santacrose, et. al.; Plaintiff v. Merck & Co., Inc.
         In Re: VIOXX Products Liability Litigation
         MDL No. 1657
         Case No. 2:05cv01090



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

                    Very truly yours,

                    Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Wilson Regional Memorial Hospital
33-57 Harrison Street
Johnson City, NY 13790

     Re: Viola Santacrose, et. al.; Plaintiff v. Merck & Co., Inc.
        In Re: VIOXX Products Liability Litigation
        MDL No. 1657
        Case No. 2:05cv01090



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

                Very truly yours,

                Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

*Also admitted in the District of Columbia*

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

### N O T I C E

Robert M. Michaels, MD
c/o Binghamton Family Care Center
33 Mitchell Avenue
Binghamton, NY 13903

Re: Viola Santacrose, et. al.; Plaintiff v. Merck & Co., Inc.
     In Re: VIOXX Products Liability Litigation
     MDL No. 1657
     Case No. 2:05cv01090



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

## *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

Binghamton Family Care Center
33 Mitchell Avenue
Binghamton, NY 13903

    Re: Viola Santacrose, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:05cv01090

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

       Very truly yours,

       Ronald R. Benjamin

RRB/mc
Attachment

## LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

K-Mart Pharmacy
527 Endicott Plaza
Endicott , NY 13760

Re: Viola Santacrose, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:05cv01090

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
## *ATTORNEYS AT LAW*

Ronald R. Benjamín*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,   P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## N O T I C E

R.A. Ramanujan, MD
c/o Endocrinology Care Center
40 Mitchell Avenue
Binghamton, NY 13903

Re: Viola Santacrose, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:05cv01090

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## N O T I C E

Endocrinology Care Center
40 Mitchell Avenue
Binghamton, NY 13903

    Re: Viola Santacrose, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:05cv01090

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of
injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-
district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any
records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial
Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-
Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses
preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if
you have any questions or concerns with regard to this notification.

                Very truly yours,

                Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## N O T I C E

Charles R. Campbell, MD
c/o Cardiology Associates
161 Riverside Drive, #205
Binghamton, NY 13905

Re: Viola Santacrose, et. al.; Plaintiff v. Merck & Co., Inc.
    In Re: VIOXX Products Liability Litigation
    MDL No. 1657
    Case No. 2:05cv01090



Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
## *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

## **N O T I C E**

Cardiology Associates
161 Riverside Drive, #205
Binghamton, NY 13905



Re: Viola Santacrose, et. al.; Plaintiff v. Merck & Co., Inc.
In Re: VIOXX Products Liability Litigation
MDL No. 1657
Case No. 2:05cv01090

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

# LAW OFFICES OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

\* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
NCH Healthcare System
350 7th Street North
Naples FL 34102

    Re: Viola Santacrose, et. al.; Plaintiff v. Merck & Co., Inc.
       In Re: VIOXX Products Liability Litigation
       MDL No. 1657
       Case No. 2:05-cv-01090

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

           Very truly yours,

           Ronald R. Benjamin

RRB/mc
Attachment

# *LAW OFFICES OF RONALD R. BENJAMIN*
### *ATTORNEYS AT LAW*

Ronald R. Benjamin*
Marya C. Young*
Mary Jane Murphy (of counsel)

* Also admitted in the District of Columbia

126 RIVERSIDE DRIVE,  P.O. BOX 607
BINGHAMTON, NEW YORK 13902-0607
Tel. No.:(607) 772-1442
Fax No.: (607) 772-1678
E-mail: ronbenj@aol.com

January 8, 2008

**N O T I C E**

**VIA U.S. CERTIFIED MAIL**
Brian D. Wolff, MD
671 Goodlette Rd. Ste. 120
Naples, FL 34102

　　　Re: Viola Santacrose, et. al.; Plaintiff v. Merck & Co., Inc.
　　　　In Re: VIOXX Products Liability Litigation
　　　　MDL No. 1657
　　　　Case No. 2:05-cv-01090

Our law firm represents the above named plaintiff on claims against Merck & Co. arising out of injuries suffered from the use of VIOXX. You may have records relevant to claims in the mutli-district litigation proceeding, In re: VIOXX Products Liability Litigation also noted above. Any records relating to the above named plaintiffs/claimants must be preserved pursuant to Pre-Trial Order No.1 entered by the Court on February 17, 2005, pending collection. A copy of the Pre-Trial Order No. 1 is attached to this notice. Please note that paragraph 13 of the order addresses preservation of evidence.

Thank you for your cooperation in this matter, and please do not hesitate to contact my office if you have any questions or concerns with regard to this notification.

　　　　　　　Very truly yours,

　　　　　　　Ronald R. Benjamin

RRB/mc
Attachment

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing documents have been served electronically on Susan Giamportone, by U.S. Mail and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of March, 2008.

Ronald R. Benjamin
#101113
Law Office of Ronald R. Benjamin
126 Riverside Drive
PO Box 607
Binghamton, NY 13902-0607
607-772-1442
607-772-1678 9 (Fax)
ronbenjaminlaw@stny.rr.com

# Steven A. Rich, M.D.
*Internal Medicine–Geriatrics–Clinical Pharmacology*
*4884 North Road Canandaigua, NY 14424*
*srich@rochester.rr.com*
*Voice: 585-922-0392*

December 31, 2008

Ronald R Benjamin
PO Box 607
126 Riverside Drive
Binghamton, NY 13902

**Re: Viola Santacroce**
**DOB: 01-19-1930**
**Type of Injury: Myocardial infarction**

Mr. Benjamin:

Thank you for the opportunity to review records regarding and the events surrounding the
myocardial infaction suffered by Mrs.Santacroce andher VIOXX® usage.

My education includes a Doctor of Medicine Degree as well as a degree in
Pharmacokinetics. My training includes certifications in Internal Medicine and Geriatric
Medicine by the American Board of Internal Medicine. A copy of my Curriculum Vitae
is attached. My experience includes 21 years of direct patient care including primary,
secondary and tertiary care of acute coronary syndromes, rheumatoid conditions and the
consequences of these diseases. I have treated patients similar to this patient during the
course of my career. I have been active in clinical pharmacology for 21 years, and have
authored peer-reviewed and published articles. I have also reviewed published medical
literature and Merck documents relating to VIOXX®.

From the records I have available to me, which include the patient's pharmacy records
from Kmart pharmacy #7375, as well as billing statements for clinical services rendered
between June and September 2003 I could discern that the patient was using 25 mg of
VIOXX®.routinely from at least the end of January 2003 through the end of November.
Targeted procedures common to stroke  recovery are evident in the June 2003 statement.
Contrarywise, the July 2003 statements are  focused on treatment of coronary artery
disease . Therse services were provided  July 2003 between the 18th and the 21st.

Because data from randomized controlled trials of VIOXX®  demonstrate an increased

1

incidence of both heart attacks and stroke, I believe it is more likely than not that there is a casual relationship. I am in need of additional information regarding that patient's clinical state in June and July 2003 to clarify this relationship.

Therefore, I think it reasonable to consider that VIOXX® is a significant cause of the events that Ms Santacroce experienced until additional information proves otherwise

All of my opinions are stated within a reasonable degree of medical certainty. My opinions are based on my education, training, and experience. My opinions may be modified based on review of subsequent medical information not currently available to me.

Sincerely,

Steven A. Rich, M.D.
Chief of Geriatrics and Director of the Geriatric Consultative Service
Rochester General Health System, Rochester NY
Clinical Assistant Professor of Medicine
University of Rochester School of Medicine and Dentistry

2

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

October16, 2009

**BY E-MAIL**
Douglas R. Marvin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re:   **Viola Santacrose**
[Aljibory, et al., v. Merck & Co., Inc., EDLA 2:05-cv-01090-EEF-DEK]

Dear Mr. Marvin:

I am forwarding under separate cover with this e-mail a copy of a Kmart prescription bottle with unused Vioxx 25 mg pills refilled 09/01/04 (original RX 05/20/04) for this plaintiff that is in the possession of this office.

Please advise if, when and where you want to make arrangements to view the bottle.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Attachment

Suntacrose,
Viole

TAB MERC



