Plaintiff's Exhibit 14

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

*Also Admitted in the District of Columbia

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

October 16, 2009

**BY E-MAIL and FAX: 202/434-5029**
Douglas R. Marvin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re:   **Frank Spencer**
[DuFresne v. Merck & Co., Inc., EDLA 2:08-cv-03220-EEF-DEK]

Dear Mr. Marvin:

In response to the Order to Show Cause returnable October 16, 2009, on your client's Third Motion seeking to enforce PTO 28 in the Vioxx litigation, I am providing the following information which addresses the only deficiencies identified in Exhibit A pertaining to **Frank Spencer**:

**Medical Records:** Exhibit A to the Order to Show Cause lists lack of a PPF or amended and supplemental PPF.   However, our records indicate that the representative of his estate, sister Lori DuFresne, completed and certified a PPF on January 2, 2007.   *See copy annexed as Exhibit 1.*   At that time, the case was pending in New York State Supreme Court for the County of Broome, and, thereafter, the defendant(s) moved for change of venue and the action was transferred, on or about April 27, 2007, to the New York State Supreme Court for the County of New York, the coordinated litigation.   Less than a year later, Pfizer was discontinued from the suit, and, as your files will reflect, Merck removed the action to the U.S. District Court for the Southern District of New York, from which it was transferred to MDL 1657 on August 8, 2008. Please review your files and advise if it was received.   In the event Merck's counsel did not receive the January 2, 2007 PPF, it was an oversight on the part of my office, apparently due to the constant venue changes.   While the administrator of his estate, Ms. DuFresne appears to have also executed authorizations at that time, I am sending under separate cover newly signed authorizations because the requirements for the contents of the same appear to have changed in the interim.

I would note the obvious, namely, that because Mr. Spencer died on October 2, 2004, there is no

Page 2 of 2

question the information provided for him remains the same since this PPF was signed.  As to Ms. DuFresne, her home address has changed to: Box 8892, Endwell, NY 13762.  Attached herewith is a copy of his death certificate.  *See Exhibit 2.*  No autopsy was performed.

**Pharmacy Records**:  With respect to the pharmacies listed in the PPF, plaintiff has been able to obtain certified copies of Mr. Frank Spencer  A copy of Medicine Shoppe for the period May 27/2004 through his death on 10/2/2004.  (*See* **Exhibit 3**).  We anticipate providing certified records for the the period 1995 to the present, as exist, from all the three pharmacies in the near future and will produce the same.

**Affidavit of Completeness**:  To the extent your client believes this affidavit should attest as to medical records collection, we will submit an affidavit of plaintiff after the medical records that have been collected by Merck and its counsel have been identified for that purpose.

This letter and enclosures will be annexed to the opposition to the Third Motion Order to Show Cause.  I ask that you withdraw Merck's motion since dismissal of this plaintiff's case for failure to prosecute is clearly unwarranted in light of the above.

Very truly yours,

Ronald R. Benjamin

RRB/mc
Enclosures

**EXHIBIT 1**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X
LORI DUFRESNE, Individually and as Personal
Representative for the Estate of Frank Spencer,
Deceased,

Plaintiffs,

    - against -                           **Index No.:** 2135/06

PFIZER, INC., PHARMACIA CORPORATION, a
wholly-owned subsidiary of PFIZER, INC.,
and PHARMACIA & UPJOHN COMPANY, a wholly-
owned subsidiary of PHARMACIA CORPORATION,
and MERCK & CO., INC.,

Defendants.
------------------------------------------------------------------X

<u>PLAINTIFF PROFILE FORM</u>

    Other than in Sections I (B), those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

I.   <u>CASE INFORMATION</u>

A.  Name of person completing this form:  <u>LORI LEE DUFRESNE</u>

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

    1.  Social Security Number:  <u>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</u>

    2.  Maiden or other names used or by which you have been known:  <u>Lori Spencer</u>

    3.  Address:  <u>295 Hillside Terrace, Endwell, NY 13760-1038</u>

    4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate?  <u>Court-appointed personal representative</u>

    5.  If you were appointed as a representative by a court, state the:
        Court: <u>Broome County Surrogate's</u>    Date of Appointment:  <u>October 2, 2006</u>

    6.  What is your relationship to deceased or represented person or person claimed to be injured?
        <u>Sister</u>

    7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died:
        <u>Died:  October 2, 2004.  Address: 295 Hillside Terrace, Endwell, NY 13760-1038</u>

C.  Claim Information

    1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?
        Yes __X__  No _____  *If "yes,"*

        a.  What is your understanding of the bodily injury you claim resulted from your use of
            VIOXX®? _____Death_____

        b.  When do you claim this injury occurred? _____10/2/04_____

        c.  Who diagnosed the condition? _____.

        d.  Did you ever suffer this type of injury prior to the date set forth in answer to the
            prior question? Yes __  No __X__  *If "yes,"* when and who diagnosed the
            condition at that time? _____

        e.  Do you claim that your use of VIOXX® worsened a condition that you already had or
            had in the past? Yes ____ No __X__  *If "yes,"* set forth the injury or condition;
            whether or not you had already recovered from that injury or condition before you
            took VIOXX®; and the date of recovery, if any.
            _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
    Yes ____ No __X__
    *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist,
    psychologist, counselor) from whom have sought treatment for psychological, psychiatric or
    emotional problems during the last ten (10) years, state:

        a.  Name and address of each person who treated you: _____

        b.  To your understanding, condition for which treated: _____

        c.  When treated: _____

        d.  Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: ___FRANK C. SPENCER_____

B.  Maiden or other names used or by which you have been known: __Not applicable_____

C.  Social Security Number: ____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_____

D.  Address: ___295 Hillside Terrace, Endwell, NY 13760-1038_____

E.  Identify each address at which you have resided during the last ten (10) years, and list when
    you started and stopped living at each one:

| Address | Dates of Residence |
|---------|--------------------|
| 295 Hillside Terrace, Endwell, NY 13760 | 7/04 - 10/2/04 |
| 901 White Birch Lane, Endwell, NY 13760 | 1/02 - 7/04 |
| 28 Hepburn St., Norfolk, NY 13667 | 6/62 - 1/02 |

F.  Driver's License Number and State Issuing License:  _None_____

G.  Date and Place of Birth:  _June 24, 1962 in Potsdam, New York_____

H.  Sex: Male _X___ Female ____

I.  Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|-------------|----------------|-----------------|---------------------|
| Potsdam High School | 76-80 | Special Education | None |

J.  Employment Information.

1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|-----------------------|
| ARC - The Sheltered Workshop | Cutler Pond Rd. Binghamton, NY | 2002-October 2004 | Manufacture/assembly |

2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|-----------------------|
| None | | | |
| | | | |
| | | | |

3.  Are you making a wage loss claim for either your present or previous employment?
Yes _____ No _X___
*If "yes,"* state your annual income at the time of the injury alleged in Section IC: _____

K.  Military Service Information: Have you ever served in the military, including the military reserve or national guard?  Yes _____ No _X___

*If "yes,"* were you ever rejected or discharged from military service for any reason relating

to your physical, psychiatric or emotional condition?   Yes _____   No _____

L.   Insurance / Claim Information:

    1.   Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes _____   No __X_____   *If "yes,"* to the best of your knowledge please state:

       a. Year claim was filed: _____

       b. Nature of disability: _____

       c. Approximate period of disability: _____

    2.   Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____   No _____   *If "yes,"* set forth when and the reason. _____.

    3.   Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes _____   No __X_____   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

M.   As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes _____   No __X_____   *If "yes,"* set forth where, when and the felony and/or crime. _____

## III.   **FAMILY INFORMATION**

A.   List for each marriage:

    1. The name of your spouse _____None_____

    2. Spouse's date of birth (for your current spouse only)_____

    3. Spouse's occupation _____

    4. Date of marriage_____

    5. Date the marriage ended, if applicable _____

    6. How the marriage ended (e.g., divorce, annulment, death): _____

B.   Has your spouse filed a loss of consortium claim in this action? Yes _____   No __X_____

C.   To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, scarlet fever, rheumatic fever, atrial fibrillation, stroke?

Yes __X__   No _____   Don't Know _____

*If "yes,"* identify each such person below and provide the information requested.

Name:  __Paternal Grandmother - Mary Spencer__
Current Age (or Age at Death): __Mid 70's__
Type of Problem:  __Heart problems__
If Applicable, Cause of Death:  ____CHF____

Name:  __Paternal Grandfather - Frank Spencer__
Current Age (or Age at Death): __Mid 70's__
Type of Problem:  __Unknown__
If Applicable, Cause of Death:  ____Stroke resulting in death____

D.  If applicable, for each of your children, list his/her name, age and address: __None__

E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent.
Lori Lee Dufresne - Sister
Lynn Marie Rose  - Sister
Don Mark Spencer - Brother

## IV.  VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you?  __Wayne C. Teris, M.D.__

B.  On which dates did you begin to take, and stop taking, VIOXX®?
__Began: 5/25/04  Stopped:  9/30/04.__

C.  Did you take VIOXX® continuously during that period? Yes __X__  No ___ Don't recall ____

D.  To your understanding, for what condition were you prescribed VIOXX®?
__Costochrondritis__

E.  Did you renew your prescription for VIOXX®? Yes __X__  No ___ Don't recall ____

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided:  __None__

G.  Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
__X__ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H.  How many times per day did you take VIOXX®?  __Once per day__

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for
    VIOXX®? Yes _____ No __X__ Don't recall _____

J.  Instructions or Warnings:
    1.  Did you receive any written or oral information about VIOXX® before you took it?  Yes _
        _____ No __X__ Don't Recall _____

    2.  Did you receive any written or oral information about VIOXX® while you took it?  Yes _
        _____ No __X__ Don't Recall _____

    3.  *If "yes,"*
        a.  When did you receive that information?  _____
        b.  From whom did you receive it?  _____
        c.  What information did you receive?  _____

K.  What over-the-counter pain relief medications, if any, were you taking at the same time you were
    taking VIOXX®?  __Motrin_____

## V.  MEDICAL BACKGROUND

A.  Height: __5'8"_____

B.  Current Weight: __230 lbs.___
    Weight at the time of the injury, illness, or disability described in Section I(C): __230 lbs.___

C.  Smoking/Tobacco Use History:  *Check the answer and fill in the blanks applicable to your*
    *history of smoking and/or tobacco use.*
    __X_ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
    ____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
        a.      Date on which smoking/tobacco use ceased: ___
        b.      Amount smoked or used: on average _____ per day for _____ years.
    ____Current smoker of cigarettes/cigars/pipe tobacco or user of chewing
        tobacco/snuff.
        a.      Amount smoked or used: on average _____ per day for _____ years.
    ____Smoked different amounts at different times.

D.  Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey,
    etc.)? Yes _____ No __X___  *If "yes," fill in the appropriate blank* with the number of drinks
    that represents your average alcohol consumption during the period you were taking VIOXX®
    up to the time that you sustained the injuries alleged in the complaint:
    ____ drinks per week,
    ____ drinks per month,
    ____ drinks per year, *or*
    ____ Other (describe): _____

E. Illicit Drugs: Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®- related injury?"
   Yes _____ No _X_ Don't recall _____ *If "yes"*, identify each substance and state when you first and last used it.

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

   1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| none | | | | |
| | | | | |

   2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| Cardiac catheterization | 3/2004 | John D. DiMenna, M.D. | Lourdes Hospital |
| | | | |
| | | | |

   3. To your knowledge, have you had any of the following tests performed: chest Xray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
   Yes _X_ No _____ Don't Recall _____ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| EKG | 3/04 | DiMenna | Lourdes | chest pains |
| echocardiogram | 3/04 | DiMenna | Lourdes | chest pains |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## VI.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes __X__  No _____

B.  Decedent's death certificate (if applicable). Yes __X__  No _____

C.  Report of autopsy of decedent (if applicable). Yes _____  No __X__

## VII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.  Your current family and/or primary care physician:

| Name | Address |
|------|---------|
| Wayne Teris, MD | 1302 East Main St., Endicott, NY 13760 |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| Ibrahim Elkhayat, MD | private practice(Potsdam, NY) - now in FL (130 Pablo St., Lakeland, FL 33803) | 1997 - 2001 |
| John Shields | private Practice - died | 1995 - 1997 |
| Samuel Livingston | private practice - retired | 1962 - 1995 |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Lourdes Hospital | 169 Riverside Drive, Binghamton, NY 13905 | 6/02 | chest pains |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Wilson Regional Medical Center | 33-57 Harrison St. Johnson City, NY | | |

| Potsdam Hosp | 50 Leroy St., Potsdam, NY 13676 | monthly | Monthly bloodwork |

E.   Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| John D. DiMenna, M.D. | 161 Riverside Drive, Binghamton, NY 13905-4183 | June 2002 - October 2004 |
| Wayne C. Teris, M.D. | 1302 East Main St., Endicott, NY 13760 | June 2002 - October 2004 |
| Richard Blansky, M.D. | 161 Riverside Drive, Binghamton, NY 13905 | March 2004 |
| Alexandru Stoain, MD | 6604 S.H 56, Potsdam, NY 13676 | 1995 - 1997 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

F.   Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Eckerds | 201 Market St., Potsdam, NY 13676-1218 |
| Medicine Shoppe | 521 Hooper Road, Endicott, NY 13760 |
| CVS | 1000 North Street, Endicott, NY 13760 |

G.   If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| none |  |

H.   If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| none |  |

## CERTIFICATION

I declare under penalty of perjury subject to N.Y. C.P.L.R. 3133(b) (McKinney 2005) that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in Section VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____        _____        _____
Signature                     Print Name                    Date

Lori Dufresne    1/2/07

# EXHIBIT 2

**NEW YORK STATE**
**DEPARTMENT OF HEALTH**

# TIFICATE OF DEATH

CERTIFIED COPY (7-7-04) Gail L. Springer
GAIL L. SPRINGER, REGISTRAR

RESIDENCE
REGISTER NUMBER 112

| 1. NAME: FIRST | MIDDLE | LAST | 2. SEX: MALE / FEMALE | 3A. DATE OF DEATH: MONTH DAY YEAR | 3B. HOUR: |
|---|---|---|---|---|---|
| FRANK | | SPENCER | ☒ 1 MALE ☐ 2 | 10 02 2004 | 7:02 A m |

| 4A. PLACE OF DEATH: (Check one) HOSPITAL, HOSPITAL DOA, HOSPITAL ER, HOSPITAL OUTPATIENT, HOSPITAL INPATIENT, NURSING HOME, PRIVATE RESIDENCE ☒, HOSPICE FACILITY, OTHER (Specify): | 4B. IF FACILITY, (DATE ADMITTED): MONTH DAY YEAR |

| 4C. NAME OF FACILITY: (If not facility, give address) | 4D. LOCALITY: (Check one and specify) CITY VILLAGE TOWN ☒ UNION | 4E. COUNTY OF DEATH: |
|---|---|---|
| 295 HILLSIDE TERRACE | | BROOME |

| 4F. MEDICAL RECORD NO. | 4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION? (If yes, specify institution name, city or town, county and state) NO ☐ YES ☐ |

| 5. DATE OF BIRTH: MONTH DAY YEAR | 6A. AGE IN YEARS: | 6B. IF UNDER 1 YEAR ENTER: months days | 6C. IF UNDER 1 DAY ENTER: hours minutes | 7A. CITY AND STATE OF BIRTH: (If not USA, Country and Region/Province) | 7B. IF AGE UNDER 1 YEAR, NAME OF HOSPITAL OF BIRTH: |
|---|---|---|---|---|---|
| 06 24 1961 | 43 yrs. | | | POTSDAM, NY | |

| 8. SERVED IN U.S. ARMED FORCES? (Specify years) YES ☒ NO ☐ | 9. DECEDENT OF HISPANIC ORIGIN? Check the boxes that best describe whether the decedent is Spanish/Hispanic/Latino. A ☒ No, not Spanish/Hispanic/Latino B ☐ Yes, Mexican, Mexican American, Chicano C ☐ Yes, Puerto Rican D ☐ Yes, Cuban E ☐ Yes, Other Spanish/Hispanic/Latino (specify) | 10. DECEDENT'S RACE: Check one or more boxes to indicate what the decedent considered himself or herself to be. A ☒ White/Caucasian B ☐ Black or African American C ☐ Asian Indian D ☐ Chinese E ☐ Filipino F ☐ Japanese G ☐ Korean H ☐ Vietnamese J ☐ Native Hawaiian G ☐ Guamanian or Chamorro M ☐ Samoan N ☐ American Indian or Alaska Native (specify) P ☐ Other Asian (specify) R ☐ Other Pacific Islander (specify) S ☐ Other (specify) |

| 11. DECEDENT'S EDUCATION: Check the box that best describes the highest degree or level of school completed at the time of death. 1 ☒ ≤ 8th grade 2 ☐ 9th-12th grade; no diploma 3 ☐ High school graduate or GED 4 ☐ Some college credit, but no degree 5 ☐ Associate's degree 6 ☐ Bachelor's degree 7 ☐ Master's degree 8 ☐ Doctorate/Professional degree |

| 12. SOCIAL SECURITY NUMBER: | 13. MARITAL STATUS: NEVER MARRIED ☒, MARRIED 2, WIDOWED 3, DIVORCED 4, SEPARATED 5 | 14. SURVIVING SPOUSE: Enter name if married or separated. If surviving spouse is wife, enter maiden name. |
|---|---|---|
| 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 | | |

| 15A. USUAL OCCUPATION: (Do not enter retired) | 15B. KIND OF BUSINESS OR INDUSTRY: | 15C. NAME AND LOCALITY OF COMPANY OR FIRM: NY |
|---|---|---|
| LABORER | HANDICAP SERVICES | BROOME-TIOGA ARC BINGHAMTON |

| 16A. RESIDENCE: (State or Country if not USA) | 16B. County or Region/County if not USA: | 16C. LOCALITY: (Check one and specify) CITY VILLAGE TOWN ☒ | 16F. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS? ☐ YES ☐ NO IF NO, SPECIFY TOWN: |
|---|---|---|---|
| NEW YORK | BROOME | UNION | |

| 16D. STREET AND NUMBER OF RESIDENCE: | 16E. ZIP CODE: |
|---|---|
| 295 HILLSIDE TERRACE (ENDWELL) | 13760 |

| 17. NAME OF FATHER: FIRST MI LAST | 18. MAIDEN NAME OF MOTHER: FIRST MI LAST |
|---|---|
| DONALD SPENCER | THERESA PAYNE |

| 19A. NAME OF INFORMANT: | 19B. MAILING ADDRESS: (include zip code) |
|---|---|
| LORI DuFRESNE | 295 HILLSIDE TERRACE ENDWELL, NEW YORK 13760 |

| 20A. 1 ☐ BURIAL 2 ☒ CREMATION 4 ☐ REMOVAL 4 ☐ HOLD 5 ☐ ANATOMICAL GIFT MONTH DAY YEAR 10 04 2004 | 20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION: CITY CREMATIONS, INC. | 20C. LOCATION: (City or town and state) BINGHAMTON, NEW YORK |

| 21A. NAME AND ADDRESS OF FUNERAL HOME: | 21B. REGISTRATION NUMBER: |
|---|---|
| BUCK FUNERAL HOME, INC. 7 PARK STREET NORWOOD, NEW YORK | 00242 |

| 22A. NAME OF FUNERAL DIRECTOR: | 22B. SIGNATURE OF FUNERAL DIRECTOR: | 22C. REGISTRATION NUMBER: |
|---|---|---|
| EDWARD J. FISCHER, JR | Edward J. Fischer Jr | 01327 |

| 23A. SIGNATURE OF REGISTRAR: Gail L. Springer | 23B. DATE FILED: MONTH DAY YEAR 10 04 2004 | 23A. BURIAL OR REMOVAL PERMIT ISSUED BY: Gail L. Springer | 23B. DATE ISSUED: MONTH DAY YEAR 10 04 2004 |

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN, CORONER, CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

| 25A. CERTIFICATION - CHECK ONE: ☐ I am the attending physician or a physician acting on behalf of the attending physician and to the best of my knowledge, death occurred at the time, date and place and due to the causes stated. ☐ I am the medical examiner, deputy medical examiner, coroner, or coroner's physician and on the basis of investigation and such examinations as I felt necessary, in my opinion death occurred at the time, date and place and due to the causes stated. |
|---|
| Joseph Manino MD Title: License No.: 153063-1 Signature: Joy Manino Month Day Year 10 2 04 |
| Address: |

| 25B. If coroner, not a physician: Coroner's Physician's Name: | Title: | License No.: | Signature: | Month Day Year |

| 25C. If certifier, not attending physician Attending Physician's Name: Joseph Manino MD | Attending Physician's Name: License No.: 153063-1 | Address: 502 Fifth Ave Owego NY. |

| 26A. Attending physician attended deceased: FROM Month Day Year - Month Day Year | 26B. Deceased last seen alive by attending physician: Month Day Year | 26C. Pronounced Dead: ON 10 2 04 AT 7:02 A m |

| 27. MANNER OF DEATH: NATURAL CAUSE ☒ 1, ACCIDENT 2, HOMICIDE 3, SUICIDE 4, UNDETERMINED CIRCUMSTANCES 5, PENDING INVESTIGATION 6 | 28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER? ☒ NO 0 YES 1 | 29A. AUTOPSY? NO ☒ 0 YES 1 REFUSED 2 | 29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH? ☐ NO 0 YES 1 |

CONFIDENTIAL — SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH — CONFIDENTIAL

| 30. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR A (A), (B), AND (C).) | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|
| PART I. IMMEDIATE CAUSE: (A) CARDIAC FAILURE | INSTANT |
| DUE TO OR AS A CONSEQUENCE OF: (B) cardiomyopathy | years |
| DUE TO OR AS A CONSEQUENCE OF: (C) | |
| PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A): severe mental retardation | DID TOBACCO USE CONTRIBUTE TO DEATH? 0 ☐ NO 1 ☐ YES 2 ☐ PROBABLY 3 ☒ UNKNOWN |

| 31A. INJURY, DATE: MONTH DAY YEAR | HOUR: | 31B. INJURY LOCALITY: (City or town and county and state) | 31C. DESCRIBE HOW INJURY OCCURRED: | 31D. PLACE OF INJURY: | 31E. INJURY AT WORK? NO ☐ YES ☐ |

| 31F. IF TRANSPORTATION INJURY, SPECIFY: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian | 32. WAS DECEDENT HOSPITALIZED IN NO ☐ YES ☐ LAST 2 MONTHS? ☐ | 33A. IF FEMALE: ☐ Not pregnant within last year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death | 33B. DATE OF DELIVERY: MONTH DAY YEAR |

**EXHIBIT 3**

I certify that the attached is a complete copy of the record.

10/15/09
_____
Date

_____   to/75 R.Ph
Signature

ANDREW M. POLAK

The Medicine Shoppe #1513
519 Hooper Road
Endwell, NY 13760
(607)-748-7373

( 5 pages attached )



# Patient Profile Report

**THE MEDICINE SHOPPE**
CBC PHARMACY INC ● ENDWELL, NY 13760 ● (607) 748-7373 ● Fax (607) 785-0849

## PATIENT INFORMATION

FRANK SPENCER

SSN:
DOB: 06/24/1961

, 0

(607) 754-8322

## PRESCRIPTION INFORMATION

| RX | REFILL | DATE PRESCRIBER PLAN | NDC CLAIM AUTH NO | DRUG DESCRIPTION PHONE DAW | DEA # | B/G STATE | QTY | DAYS TOTAL AMT | PATIENT AMT |
|----|--------|------|-----|-----|------|------|-----|------|------|
| 1000720 | 0/5 | 09/30/04 TERIS, WAYNE C MEDICAID | 00025-1525-31 411039480 | CELEBREX 200MG CAP 607-754-2323 AT9531965 0 | | BRAND 0100146758 | 28 | 28 $0.00 | $0.00 |
| 997626 | 0/0 | 07/31/04 TERIS, WAYNE C MEDICAID | 60505-1201-00 611090300 | CEFUROXIME 500MG TABS 607-754-2323 AT9531965 0 | | GNRC 0100146758 | 20 | 10 $0.00 | $0.00 |
| 997056 | 0/5 | 07/20/04 BLAKE, NANCY MEDICAID | 00000-1000-00 209065390 | HEARING AID BATT 13 ZINC 754-2323 BB7922936 0 | | BRAND 0100223034 | 4 | 12 $0.00 | $0.00 |
| 994747 | 0/5 | 06/03/04 TERIS, WAYNE C MEDICAID | 00071-0530-23 411213650 | ACCUPRIL 10MG TAB 607-754-2323 AT9531965 0 | | BRAND 0100146758 | 28 | 28 $0.00 | $0.00 |
| 994747 | 1/5 | 09/21/04 TERIS, WAYNE C MEDICAID | 00071-0530-23 309188650 | ACCUPRIL 10MG TAB 607-754-2323 AT9531965 0 | | BRAND 0100146758 | 28 | 28 $0.00 | $0.00 |
| 994747 | 2/5 | 08/27/04 TERIS, WAYNE C MEDICAID | 00071-0530-23 513179700 | ACCUPRIL 10MG TAB 607-754-2323 AT9531965 0 | | BRAND 0100146758 | 28 | 28 $0.00 | $0.00 |
| 994747 | 3/5 | 07/22/04 TERIS, WAYNE C MEDICAID | 00071-0530-23 409386210 | ACCUPRIL 10MG TAB 607-754-2323 AT9531965 0 | | BRAND 0100146758 | 28 | 28 $0.00 | $0.00 |
| 994747 | 4/5 | 07/01/04 TERIS, WAYNE C MEDICAID | 00071-0530-23 411116710 | ACCUPRIL 10MG TAB 607-754-2323 AT9531965 0 | | BRAND 0100146758 | 28 | 28 $0.00 | $0.00 |
| 994721 | 0/5 | 06/02/04 TERIS, WAYNE C MEDICAID | 00378-0216-10 316424650 | FUROSEMIDE 40MG TAB 607-754-2323 AT9531965 0 | | GNRC 0100146758 | 56 | 28 $0.00 | $0.00 |
| 994721 | 1/5 | 09/21/04 TERIS, WAYNE C MEDICAID | 00378-0216-10 311376060 | FUROSEMIDE 40MG TAB 607-754-2323 AT9531965 0 | | GNRC 0100146758 | 56 | 28 $0.00 | $0.00 |
| 994721 | 2/5 | 08/27/04 TERIS, WAYNE C MEDICAID | 00378-0216-10 513146800 | FUROSEMIDE 40MG TAB 607-754-2323 AT9531965 0 | | GNRC 0100146758 | 56 | 28 $0.00 | $0.00 |
| 994721 | 3/5 | 07/22/04 TERIS, WAYNE C MEDICAID | 00378-0216-10 409366090 | FUROSEMIDE 40MG TAB 607-754-2323 AT9531965 0 | | GNRC 0100146758 | 56 | 28 $0.00 | $0.00 |
| 994721 | 4/5 | 07/01/04 TERIS, WAYNE C MEDICAID | 00378-0216-10 411104860 | FUROSEMIDE 40MG TAB 607-754-2323 AT9531965 0 | | GNRC 0100146758 | 56 | 28 $0.00 | $0.00 |
| 994719 | 0/5 | 06/02/04 TERIS, WAYNE C MEDICAID | 00007-4139-20 316404340 | COREG 3.125MG TAB 607-754-2323 AT9531965 0 | | BRAND 0100146758 | 56 | 28 $0.00 | $0.00 |
| 994719 | 1/5 | 09/21/04 TERIS, WAYNE C MEDICAID | 00007-4139-20 311412190 | COREG 3.125MG TAB 607-754-2323 AT9531965 0 | | BRAND 0100146758 | 56 | 28 $0.00 | $0.00 |



# Patient Profile Report

**THE MEDICINE SHOPPE**
CBC PHARMACY INC ● ENDWELL, NY 13760 ● (607) 748-7373 ● Fax (607) 785-0849

## PATIENT INFORMATION

FRANK SPENCER

SSN:
DOB: 06/24/1961

, 0
(607) 754-8322

## PRESCRIPTION INFORMATION

| RX | REFILL | DATE | NDC | DRUG DESCRIPTION | B/G | QTY | DAYS | |
|---|---|---|---|---|---|---|---|---|
| | PRESCRIBER | | | PHONE DEA # | STATE | | | |
| | PLAN | | CLAIM AUTH NO | DAW | | | TOTAL AMT | PATIENT AMT |
| 994719 | 2/5 | 08/27/04 | 00007-4139-20 | COREG 3.125MG TAB | BRAND | 56 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323 AT9531965 | 0100146758 | | | |
| | MEDICAID | | 513150600 | 0 | | | $0.00 | $0.00 |
| 994719 | 3/5 | 07/22/04 | 00007-4139-20 | COREG 3.125MG TAB | BRAND | 56 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323 AT9531965 | 0100146758 | | | |
| | MEDICAID | | 409408540 | 0 | | | $0.00 | $0.00 |
| 994719 | 4/5 | 07/01/04 | 00007-4139-20 | COREG 3.125MG TAB | BRAND | 56 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323 AT9531965 | 0100146758 | | | |
| | MEDICAID | | 410476460 | 0 | | | $0.00 | $0.00 |
| 994718 | 0/5 | 06/02/04 | 00536-3547-01 | DAILY VITE TAB | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323 AT9531965 | 0100146758 | | | |
| | MEDICAID | | 316386600 | 0 | | | $0.00 | $0.00 |
| 994718 | 1/5 | 09/22/04 | 00536-3547-01 | DAILY VITE TAB | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323 AT9531965 | 0100146758 | | | |
| | Cash | | 309227900 | 0 | | | $0.00 | $0.00 |
| 994718 | 2/5 | 08/27/04 | 00536-3547-01 | DAILY VITE TAB | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323 AT9531965 | 0100146758 | | | |
| | MEDICAID | | NO CLAIM TO FA | 0 | | | $0.00 | $0.00 |
| 994718 | 3/5 | 07/22/04 | 00536-3547-01 | DAILY VITE TAB | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323 AT9531965 | 0100146758 | | | |
| | MEDICAID | | 409319420 | 0 | | | $0.00 | $0.00 |
| 994718 | 4/5 | 07/01/04 | 00536-3547-01 | DAILY VITE TAB | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323 AT9531965 | 0100146758 | | | |
| | MEDICAID | | 410435470 | 0 | | | $0.00 | $0.00 |
| 994717 | 0/5 | 06/02/04 | 00904-0004-14 | MI-ACID 200/200MG | GNRC | 360 | 14 | |
| | TERIS, WAYNE C | | | 607-754-2323 AT9531965 | 0100146758 | | | |
| | MEDICAID | | 316379770 | 0 | | | $0.00 | $0.00 |
| 994716 | 0/5 | 06/02/04 | 49614-0423-78 | MS ARTHRITIS PAIN 650MG | BRAND | 100 | 25 | |
| | TERIS, WAYNE C | | | 607-754-2323 AT9531965 | 0100146758 | | | |
| | Cash | | | 0 | | | $0.00 | $9.99 |
| 994716 | 1/5 | 08/19/04 | 49614-0423-78 | MS ARTHRITIS PAIN 650MG | BRAND | 100 | 25 | |
| | TERIS, WAYNE C | | | 607-754-2323 AT9531965 | 0100146758 | | | |
| | Cash | | | 0 | | | $0.00 | $9.99 |
| 994394 | 0/5 | 05/27/04 | 00527-1324-01 | DIGOXIN 0.125MG TAB | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323 AT9531965 | 0100146758 | | | |
| | MEDICAID | | 413530890 | 0 | | | $0.00 | $0.00 |
| 994394 | 1/5 | 09/21/04 | 00527-1324-01 | DIGOXIN 0.125MG TAB | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323 AT9531965 | 0100146758 | | | |
| | MEDICAID | | 308425700 | 0 | | | $0.00 | $0.00 |
| 994394 | 2/5 | 08/27/04 | 00527-1324-01 | DIGOXIN 0.125MG TAB | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323 AT9531965 | 0100146758 | | | |
| | MEDICAID | | 513166070 | 0 | | | $0.00 | $0.00 |
| 994394 | 3/5 | 07/22/04 | 00527-1324-01 | DIGOXIN 0.125MG TAB | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323 AT9531965 | 0100146758 | | | |
| | MEDICAID | | 409383590 | 0 | | | $0.00 | $0.00 |



# Patient Profile Report

**THE MEDICINE SHOPPE**
CBC PHARMACY INC ● ENDWELL, NY 13760 ● (607) 748-7373 ● Fax (607) 785-0849

## PATIENT INFORMATION

FRANK SPENCER

SSN:
DOB: 06/24/1961

, 0
(607) 754-8322

## PRESCRIPTION INFORMATION

| RX | REFILL | DATE | NDC | DRUG DESCRIPTION | B/G | QTY | DAYS | |
|----|--------|------|-----|------------------|-----|-----|------|--|
| | PRESCRIBER | | | PHONE   DEA # | STATE | | | |
| | PLAN | | CLAIM AUTH NO | DAW | | | TOTAL AMT | PATIENT AMT |
| 994394 | 4/5 | 07/01/04 | 00527-1324-01 | DIGOXIN 0.125MG TAB | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 411121970 | 0 | | | $0.00 | $0.00 |
| 994370 | 0/5 | 05/27/04 | 00781-5077-01 | LORATADINE 10MG TABS | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | Cash | | 410212780 | 0 | | | $0.00 | $0.00 |
| 994370 | 1/5 | 09/22/04 | 00781-5077-01 | LORATADINE 10MG TABS | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | Cash | | 308494930 | 0 | | | $0.00 | $0.00 |
| 994370 | 2/5 | 08/27/04 | 00781-5077-01 | LORATADINE 10MG TABS | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | NO CLAIM TO FA | 0 | | | $0.00 | $0.00 |
| 994370 | 3/5 | 07/22/04 | 00781-5077-01 | LORATADINE 10MG TABS | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 409251650 | 0 | | | $0.00 | $0.00 |
| 994370 | 4/5 | 07/01/04 | 00781-5077-01 | LORATADINE 10MG TABS | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 410455860 | 0 | | | $0.00 | $0.00 |
| 994369 | 0/5 | 05/27/04 | 00527-1325-01 | DIGOXIN 0.25MG TAB | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 410210610 | 0 | | | $0.00 | $0.00 |
| 994369 | 1/5 | 09/21/04 | 00527-1325-01 | DIGOXIN 0.25MG TAB | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 312145150 | 0 | | | $0.00 | $0.00 |
| 994369 | 2/5 | 08/27/04 | 00527-1325-01 | DIGOXIN 0.25MG TAB | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 513134060 | 0 | | | $0.00 | $0.00 |
| 994369 | 3/5 | 07/22/04 | 00527-1325-01 | DIGOXIN 0.25MG TAB | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 409406320 | 0 | | | $0.00 | $0.00 |
| 994369 | 4/5 | 07/01/04 | 00527-1325-01 | DIGOXIN 0.25MG TAB | GNRC | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 411095620 | 0 | | | $0.00 | $0.00 |
| 994368 | 0/5 | 05/27/04 | 00245-0057-11 | KLOR-CON M 10MEQ TAB | GNRC | 56 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 410216850 | 0 | | | $0.00 | $0.00 |
| 994368 | 1/5 | 09/21/04 | 00245-0057-11 | KLOR-CON M 10MEQ TAB | GNRC | 56 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 311338330 | 0 | | | $0.00 | $0.00 |
| 994368 | 2/5 | 08/27/04 | 00245-0057-11 | KLOR-CON M 10MEQ TAB | GNRC | 56 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 513157350 | 0 | | | $0.00 | $0.00 |
| 994368 | 3/5 | 07/22/04 | 00245-0057-11 | KLOR-CON M 10MEQ TAB | GNRC | 56 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 409404680 | 0 | | | $0.00 | $0.00 |

 **Patient Profile Report**

THE MEDICINE SHOPPE
CBC PHARMACY INC ● ENDWELL, NY 13760 ● (607) 748-7373 ● Fax (607) 785-0849

## PATIENT INFORMATION

FRANK SPENCER

SSN:
DOB: 06/24/1961

, 0

(607) 754-8322

## PRESCRIPTION INFORMATION

| RX | REFILL | DATE | NDC | DRUG DESCRIPTION | B/G | QTY | DAYS | |
|---|---|---|---|---|---|---|---|---|
| | | | | PHONE     DEA # | STATE | | | |
| | PRESCRIBER | | | | | | | |
| | PLAN | | CLAIM AUTH NO | DAW | | | TOTAL AMT | PATIENT AMT |
| 994368 | 4/5 | 07/01/04 | 00245-0057-11 | KLOR-CON M 10MEQ TAB | GNRC | 56 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323   AT9531965 | 0100146758 | | | |
| | MEDICAID | | 411096460 | 0 | | | $0.00 | $0.00 |
| 994367 | 0/5 | 05/27/04 | 00006-0110-31 | VIOXX 25MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323   AT9531965 | 0100146758 | | | |
| | MEDICAID | | 410221160 | 0 | | | $0.00 | $0.00 |
| 994367 | 1/5 | 09/21/04 | 00006-0110-31 | VIOXX 25MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323   AT9531965 | 0100146758 | | | |
| | MEDICAID | | 312319810 | 0 | | | $0.00 | $0.00 |
| 994367 | 2/5 | 08/27/04 | 00006-0110-31 | VIOXX 25MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323   AT9531965 | 0100146758 | | | |
| | MEDICAID | | 513135810 | 0 | | | $0.00 | $0.00 |
| 994367 | 3/5 | 07/22/04 | 00006-0110-31 | VIOXX 25MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323   AT9531965 | 0100146758 | | | |
| | MEDICAID | | 409403440 | 0 | | | $0.00 | $0.00 |
| 994367 | 4/5 | 07/01/04 | 00006-0110-31 | VIOXX 25MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323   AT9531965 | 0100146758 | | | |
| | MEDICAID | | 411105860 | 0 | | | $0.00 | $0.00 |
| 994366 | 0/5 | 05/27/04 | 00456-2010-01 | LEXAPRO 10MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323   AT9531965 | 0100146758 | | | |
| | MEDICAID | | 410171750 | 0 | | | $0.00 | $0.00 |
| 994366 | 1/5 | 09/21/04 | 00456-2010-01 | LEXAPRO 10MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323   AT9531965 | 0100146758 | | | |
| | MEDICAID | | 310300550 | 0 | | | $0.00 | $0.00 |
| 994366 | 2/5 | 08/27/04 | 00456-2010-01 | LEXAPRO 10MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323   AT9531965 | 0100146758 | | | |
| | MEDICAID | | 513153840 | 0 | | | $0.00 | $0.00 |
| 994366 | 3/5 | 07/22/04 | 00456-2010-01 | LEXAPRO 10MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323   AT9531965 | 0100146758 | | | |
| | MEDICAID | | 409383750 | 0 | | | $0.00 | $0.00 |
| 994366 | 4/5 | 07/01/04 | 00456-2010-01 | LEXAPRO 10MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323   AT9531965 | 0100146758 | | | |
| | MEDICAID | | 411105430 | 0 | | | $0.00 | $0.00 |
| 994365 | 0/5 | 05/27/04 | 00071-0532-23 | ACCUPRIL 20MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323   AT9531965 | 0100146758 | | | |
| | MEDICAID | | 410174620 | 0 | | | $0.00 | $0.00 |
| 994365 | 1/5 | 09/21/04 | 00071-0532-23 | ACCUPRIL 20MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323   AT9531965 | 0100146758 | | | |
| | MEDICAID | | 312070120 | 0 | | | $0.00 | $0.00 |
| 994365 | 2/5 | 08/27/04 | 00071-0532-23 | ACCUPRIL 20MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323   AT9531965 | 0100146758 | | | |
| | MEDICAID | | 513143060 | 0 | | | $0.00 | $0.00 |
| 994365 | 3/5 | 07/22/04 | 00071-0532-23 | ACCUPRIL 20MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323   AT9531965 | 0100146758 | | | |
| | MEDICAID | | 409380420 | 0 | | | $0.00 | $0.00 |



# Patient Profile Report

**THE MEDICINE SHOPPE**
CBC PHARMACY INC ● ENDWELL, NY 13760 ● (607) 748-7373 ● Fax (607) 785-0849

## PATIENT INFORMATION

FRANK SPENCER

SSN:
DOB: 06/24/1961

, 0
(607) 754-8322

## PRESCRIPTION INFORMATION

| RX | REFILL | DATE | NDC | DRUG DESCRIPTION | B/G | QTY | DAYS | |
|----|--------|------|-----|------------------|-----|-----|------|--|
| | PRESCRIBER | | | PHONE     DEA # | STATE | | | |
| | PLAN | | CLAIM AUTH NO | DAW | | | TOTAL AMT | PATIENT AMT |
| 994365 | 4/5 | 07/01/04 | 00071-0532-23 | ACCUPRIL 20MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 411123680 | 0 | | | $0.00 | $0.00 |
| 994364 | 0/5 | 05/27/04 | 00008-0841-81 | PROTONIX 40MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 410131400 | 0 | | | $0.00 | $0.00 |
| 994364 | 1/5 | 09/22/04 | 00008-0841-81 | PROTONIX 40MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | Cash | | 309289670 | 0 | | | $0.00 | $0.00 |
| 994364 | 2/5 | 08/27/04 | 00008-0841-81 | PROTONIX 40MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | NO CLAIM TO FA | 0 | | | $0.00 | $0.00 |
| 994364 | 3/5 | 07/22/04 | 00008-0841-81 | PROTONIX 40MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 409251980 | 0 | | | $0.00 | $0.00 |
| 994364 | 4/5 | 07/01/04 | 00008-0841-81 | PROTONIX 40MG TAB | BRAND | 28 | 28 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 411072320 | 0 | | | $0.00 | $0.00 |
| 994362 | 0/5 | 05/27/04 | 00555-0833-02 | WARFARIN 5MG TAB | GNRC | 60 | 30 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 410152850 | 0 | | | $0.00 | $0.00 |
| 994362 | 1/5 | 09/21/04 | 00555-0833-02 | WARFARIN 5MG TAB | GNRC | 60 | 30 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 312139190 | 0 | | | $0.00 | $0.00 |
| 994362 | 2/5 | 08/27/04 | 00555-0833-02 | WARFARIN 5MG TAB | GNRC | 60 | 30 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 513127450 | 0 | | | $0.00 | $0.00 |
| 994362 | 3/5 | 07/22/04 | 00555-0833-02 | WARFARIN 5MG TAB | GNRC | 60 | 30 | |
| | TERIS, WAYNE C | | | 607-754-2323  AT9531965 | 0100146758 | | | |
| | MEDICAID | | 409363620 | 0 | | | $0.00 | $0.00 |

| | | TOTAL AMT | PATIENT AMT |
|--|--|-----------|-------------|
| TOTALS | MEDICAID | $0.00 | $0.00 |
| | CASH | $0.00 | $19.98 |
| | TOTALS | $0.00 | $19.98 |

# Steven A. Rich, M.D.

## *Internal Medicine-Geriatrics-Clinical Pharmacology*

*4884 North Road Canandaigua, NY 14424*
*srich@rochester.rr.com*
*Voice: 585-922-0392*

December 30, 2008

Ronald R Benjamin
PO Box 607
126 Riverside Drive
Binghamton, NY 13902

**Re: Frank Spencer**
**DOB: 06-24-61**
**Date of Injury: 10-02-04 (Date of Death)**

Mr. Benjamin:

Thank you for the opportunity to review records regarding and the events surrounding the
death of Mr. Frank Spencer and his VIOXX® usage.

My education includes a Doctor of Medicine Degree as well as a degree in
Pharmacokinetics. My training includes certifications in Internal Medicine and Geriatric
Medicine by the American Board of Internal Medicine. A copy of my Curriculum Vitae
is attached. My experience includes 21 years of direct patient care including primary,
secondary and tertiary care of acute coronary syndromes, rheumatoid conditions and the
consequences of these diseases. I have treated patients similar to this patient during the
course of my career. I have been active in clinical pharmacology for 21 years, and have
authored peer-reviewed and published articles. I have also reviewed published medical
literature and Merck documents relating to VIOXX®.

Mr. Frank Spencer was 42 years old at the time he began using VIOXX® on in April
2004. Mr. Spencer suffered from a development disability and had moved to Binghamton
after his mother became ill and could not care for him anymore in Plattsburgh NY. He
had been diagnosed as having a dilated cardiomyopathy in 1996, but was without
symptoms unless he exerted himself strenuously (Class II heart failure). Upon his move
to Binghamton New York he had a cardiovascular evaluation with echocardiogram on
06-25-02. At that time his prognosis was felt to be stable from a cardiovascular
standpoint. This appeared to be confirmed by a repeat echocardiogram being performed
02-18-04 with no significant change over two years. The patient did have problems with
chest and arm pains and underwent an angiogram in March 2004, which was remarkable

1

for the absence of any coronary artery disease. At the follow up visit following his cardiac catheterization on 04-14-08 it was noted that the patient had significant weight gain and edema, which was unexplained. It was notable that the patient was now taking Vioxx 25 mg at that visit, and this proceeded his first prescription for Vioxx 25 mg daily being filled at the Medicine Shoppe pharmacy in Endwell. Review of the pharmacy records indicate that the patient remained on that dose of medication through the time of his death on 10-04-08.Review of the patient's death certificate indicated the patient died of congestive heart failure complicating his dilated cardiomyopathy.

Patients with dilated cardiomyopathy are very dependent upon prostaglandin mediated vasodilatation in the kidneys to maintain normal fluid balance. This process is dependent upon the functioning of the cyclooxygenase-2 enzyme, which is preferentially and selectively inhibited by VIOXX®. Despite initial assurances that VIOXX® would a safe pain medication to use in patients with congestive heart failure and kidney failure, subsequent studies have demonstrated that VIOXX® causes a degree of fluid retention and hypertension higher than other cyclooxygenase-2 inhibitors, and many traditional NSAIDs.

Based upon the significant change in the patient's stable cardiac condition after the initiation of VIOXX®, and what is known about the pharmacology of prostaglandins in compensated dilated cardiomyopathy, and based upon the records I have available to me, I think it is more likely than not that the ingestion of VIOXX® was a significant cause of the congestive heart failure suffered by this individual, and was a likely a significant contributing cause to his death.

All of my opinions are stated within a reasonable degree of medical certainty. My opinions are based on my education, training, and experience. My opinions may be modified based on review of subsequent medical information not currently available to me.

Sincerely,

Steven A. Rich, M.D.
Chief of Geriatrics and Director of the Geriatric Consultative Service
Rochester General Health System, Rochester NY
Clinical Assistant Professor of Medicine
University of Rochester School of Medicine and Dentistry

2