Plaintiff's Exhibit 15

To: Diane Walter
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you
selected was "Serve Only - Public". The details for this transaction are
listed below.

Court:                          LA US District Court Eastern District E-Service-
Vioxx
Case Name:                      In Re: VIOXX Products Liability Litigation MDL
No 1657
Case Number:                    MDL-1657 Master Case
Transaction ID:                 18974617
Document Title(s):
     Agard Statement of Notices Sent (28 pages)
     Statement of Notices Sent (18 pages)
     Statement of Notices Sent (13 pages)
     Statement of Notices Sent (18 pages)
Authorized Date/Time:           Mar 13 2008  8:48AM CDT
Authorizer:                     Ronald R Benjamin
Authorizer's Organization:      Benjamin, Ronald R
Sending Parties:
     Plaintiff
Served Parties:
     Plaintiff
     Defendant
     Defendants Steering Committee
     Defendants Liaison Counsel
     Plaintiffs Liaison Counsel
Additional Recipients:
     Susan Giamportone

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer
Service by phone at 1-888-529-7587 (24/7).

_____ NOD32 2944 (20080313) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

To: Diane Walter
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you
selected was "Serve Only - Public". The details for this transaction are
listed below.

Court:                              LA US District Court Eastern District E-Service-
Vioxx
Case Name:                          In Re: VIOXX Products Liability Litigation MDL
No 1657
Case Number:                        MDL-1657 Master Case
Transaction ID:                     18975046
Document Title(s):
      Statement of Notices Sent (3 pages)
      Statement of Notices Sent (12 pages)
      Statement of Notices Sent (12 pages)
      Statement of Notices Sent (9 pages)
      Statement of Notices Sent (16 pages)
      Statement of Notices Sent (15 pages)
      Statement of Notices Sent (11 pages)
      Statement of Notices Sent, DeRosa (15 pages)
      Statement of Notices Sent, DeVincentiis (15 pages)
      Statement of Notices Sent, Dier (11 pages)
      Statement of Notices Sent, Donahue (14 pages)
Authorized Date/Time:               Mar 13 2008 10:34AM CDT
Authorizer:                         Ronald R Benjamin
Authorizer's Organization:          Benjamin, Ronald R
Sending Parties:
      Plaintiff
Served Parties:
      Plaintiff
      Defendant
      Defendants Steering Committee
      Defendants Liaison Counsel
      Plaintiffs Liaison Counsel

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer
Service by phone at 1-888-529-7587 (24/7).


_____ NOD32 2945 (20080313) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 18975046 |
| **Submitted by:** | Diane Walter, Benjamin, Ronald R |
| **Authorized by:** | Ronald R Benjamin, Benjamin, Ronald R |
| **Authorize and file on:** | Mar 13 2008 10:34AM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical |
| **Case Number:** | MDL-1657 Master Case |
| **Case Name:** | In Re: VIOXX Products Liability Litigation MDL No 1657 |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | Vioxx Preservation Notice Service |

**Documents List**

**11 Document(s)**

**Attached Document, 3 Pages   Document ID: 22793747**                     PDF Format | Original Format

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent

**Attached Document, 12 Pages   Document ID: 22793748**                     PDF Format | Original Format
Related Document ID: 22793747

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent

**Attached Document, 12 Pages   Document ID: 22793749**                     PDF Format | Original Format
Related Document ID: 22793747

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent

**Attached Document, 9 Pages   Document ID: 22793750**                     PDF Format | Original Format
Related Document ID: 22793747

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent

**Attached Document, 16 Pages   Document ID: 22793751**                     PDF Format | Original Format
Related Document ID: 22793747

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent

**Attached Document, 15 Pages   Document ID: 22793752**                     PDF Format | Original Format
Related Document ID: 22793747

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent

**Attached Document, 11 Pages   Document ID: 22793753**                     PDF Format | Original Format
Related Document ID: 22793747

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|

| Notice | Secure Public | $0.00 |

**Document title:**
Statement of Notices Sent

**Attached Document, 15 Pages   Document ID: 22793754**                    PDF Format | Original Format
Related Document ID: 22793747

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, DeRosa

**Attached Document, 15 Pages   Document ID: 22793755**                    PDF Format | Original Format
Related Document ID: 22793747

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, DeVincentiis

**Attached Document, 11 Pages   Document ID: 22793756**                    PDF Format | Original Format
Related Document ID: 22793747

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Dier

**Attached Document, 14 Pages   Document ID: 22793757**                    PDF Format | Original Format
Related Document ID: 22793747

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Donahue

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
| Plaintiff | Interested Party | Benjamin, Ronald R | Benjamin, Ronald R | Attorney in Charge |

⊞ **Recipients (1687)**

 ⊞ Service List (1687)

 ⊟ Additional Recipients (0)


⊞ **Case Parties**


[ Close ]

 **LexisNexis®**   About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2008 LexisNexis®. All rights reserved.

To: Diane Walter
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you
selected was "Serve Only - Public". The details for this transaction are
listed below.

Court:                        LA US District Court Eastern District E-Service-
Vioxx
Case Name:                    In Re: VIOXX Products Liability Litigation MDL
No 1657
Case Number:                  MDL-1657 Master Case
Transaction ID:               18977768
Document Title(s):
        Statement of Notices Sent, Gates (13 pages)
        Statement of Notices Sent, Gehm (13 pages)
        Statement of Notices Sent, Harris (8 pages)
        Statement of Notices Sent, Henderson (26 pages)
        Statement of Notices Sent, Hia (42 pages)
        Statement of Notices Sent, Hickok (18 pages)
        Statement of Notices Sent, Hochrun (14 pages)
        Statement of Notices Sent, Hoffner (3 pages)
        Statement of Notices Sent, Holdredge (19 pages)
        Statement of Notices Sent, Holobosky (17 pages)
        Statement of Notices Sent, Hoyt (12 pages)
Authorized Date/Time:         Mar 13 2008 10:53AM CDT
Authorizer:                   Ronald R Benjamin
Authorizer's Organization:    Benjamin, Ronald R
Sending Parties:
        Plaintiff
Served Parties:
        Plaintiff
        Defendant
        Defendants Steering Committee
        Defendants Liaison Counsel
        Plaintiffs Liaison Counsel

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer
Service by phone at 1-888-529-7587 (24/7).


_____ NOD32 2945 (20080313) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 18977768 |
| **Submitted by:** | Diane Walter, Benjamin, Ronald R |
| **Authorized by:** | Ronald R Benjamin, Benjamin, Ronald R |
| **Authorize and file on:** | Mar 13 2008 10:53AM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical |
| **Case Number:** | MDL-1657 Master Case |
| **Case Name:** | In Re: VIOXX Products Liability Litigation MDL No 1657 |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | Vioxx Preservation Notices Served |

**Documents List**
**11 Document(s)**

**Attached Document, 13 Pages   Document ID: 22794666**                    PDF Format  |  Original Format

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Gates

**Attached Document, 13 Pages   Document ID: 22794667**                    PDF Format  |  Original Format
Related Document ID: 22794666

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Gehm

**Attached Document, 8 Pages   Document ID: 22794668**                    PDF Format  |  Original Format
Related Document ID: 22794666

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Harris

**Attached Document, 26 Pages   Document ID: 22794669**                    PDF Format  |  Original Format
Related Document ID: 22794666

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Henderson

**Attached Document, 42 Pages   Document ID: 22794670**                    PDF Format  |  Original Format
Related Document ID: 22794666

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Hia

**Attached Document, 18 Pages   Document ID: 22794671**                    PDF Format  |  Original Format
Related Document ID: 22794666

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Hickok

**Attached Document, 14 Pages   Document ID: 22794672**                    PDF Format  |  Original Format
Related Document ID: 22794666

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| | | | |

Notice                                   Secure Public              $0.00
**Document title:**
Statement of Notices Sent, Hochrun
**Attached Document, 3 Pages   Document ID: 22794673**                    PDF Format  |  Original Format
Related Document ID: 22794666
**Document Type:**              **Access:**                 **Statutory Fee:**        **Linked:**
Notice                         Secure Public               $0.00
**Document title:**
Statement of Notices Sent, Hoffner
**Attached Document, 19 Pages   Document ID: 22794674**                   PDF Format  |  Original Format
Related Document ID: 22794666
**Document Type:**              **Access:**                 **Statutory Fee:**        **Linked:**
Notice                         Secure Public               $0.00
**Document title:**
Statement of Notices Sent, Holdredge
**Attached Document, 17 Pages   Document ID: 22794675**                   PDF Format  |  Original Format
Related Document ID: 22794666
**Document Type:**              **Access:**                 **Statutory Fee:**        **Linked:**
Motion                         Secure Public               $0.00
**Document title:**
Statement of Notices Sent, Holobosky
**Attached Document, 12 Pages   Document ID: 22794676**                   PDF Format  |  Original Format
Related Document ID: 22794666
**Document Type:**              **Access:**                 **Statutory Fee:**        **Linked:**
Notice                         Secure Public               $0.00
**Document title:**
Statement of Notices Sent, Hoyt

Expand All

□ **Sending Parties (1)**

  **Party     Party Type       Attorney          Firm            Attorney Type**
  Plaintiff Interested Party Benjamin, Ronald R Benjamin, Ronald R Attorney in Charge

⊞ **Recipients (1687)**

  ⊞ **Service List (1687)**

  □ **Additional Recipients (0)**


⊞ **Case Parties**


[ Close ]

 **LexisNexis**®    About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2008 LexisNexis®. All rights reserved.

To: Diane Walter
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you
selected was "Serve Only - Public". The details for this transaction are
listed below.

Court:                          LA US District Court Eastern District E-Service-
Vioxx
Case Name:                      In Re: VIOXX Products Liability Litigation MDL
No 1657
Case Number:                    MDL-1657 Master Case
Transaction ID:                 18979828
Document Title(s):
      Statement of Notices Sent, Kunik (12 pages)
      Statement of Notices Sent, Kurtz (15 pages)
      Statement of Notices Sent, Lindsey (7 pages)
      Statement of Notices Sent, Lord (8 pages)
      Statement of Notices Sent, Mack (7 pages)
      Statement of Notices Sent, Mannino (12 pages)
      Statement of Notices Sent, McKan (5 pages)
      Statement of Notices Sent, O'Connor (16 pages)
      Statement of Notices Sent, Patrick (11 pages)
      Statement of Notices Sent, Pratt (8 pages)
Authorized Date/Time:           Mar 13 2008 12:42PM CDT
Authorizer:                     Ronald R Benjamin
Authorizer's Organization:      Benjamin, Ronald R
Sending Parties:
      Plaintiff
Served Parties:
      Plaintiff
      Defendant
      Defendants Steering Committee
      Defendants Liaison Counsel
      Plaintiffs Liaison Counsel

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer
Service by phone at 1-888-529-7587 (24/7).


_____ NOD32 2945 (20080313) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 18979828 |
| **Submitted by:** | Diane Walter, Benjamin, Ronald R |
| **Authorized by:** | Ronald R Benjamin, Benjamin, Ronald R |
| **Authorize and file on:** | Mar 13 2008 12:42PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical |
| **Case Number:** | MDL-1657 Master Case |
| **Case Name:** | In Re: VIOXX Products Liability Litigation MDL No 1657 |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | Vioxx Preservation Notices Sent |

**Documents List**
**10 Document(s)**

**Attached Document, 12 Pages   Document ID: 22799230**     PDF Format | Original Format

| | | | |
|---|---|---|---|
| **Document Type:** Notice | **Access:** Secure Public | **Statutory Fee:** $0.00 | **Linked:** |

**Document title:**
Statement of Notices Sent, Kunik

**Attached Document, 15 Pages   Document ID: 22799231**     PDF Format | Original Format
Related Document ID: 22799230

| | | | |
|---|---|---|---|
| **Document Type:** Notice | **Access:** Secure Public | **Statutory Fee:** $0.00 | **Linked:** |

**Document title:**
Statement of Notices Sent, Kurtz

**Attached Document, 7 Pages   Document ID: 22799232**     PDF Format | Original Format
Related Document ID: 22799230

| | | | |
|---|---|---|---|
| **Document Type:** Notice | **Access:** Secure Public | **Statutory Fee:** $0.00 | **Linked:** |

**Document title:**
Statement of Notices Sent, Lindsey

**Attached Document, 8 Pages   Document ID: 22799233**     PDF Format | Original Format
Related Document ID: 22799230

| | | | |
|---|---|---|---|
| **Document Type:** Notice | **Access:** Secure Public | **Statutory Fee:** $0.00 | **Linked:** |

**Document title:**
Statement of Notices Sent, Lord

**Attached Document, 7 Pages   Document ID: 22799234**     PDF Format | Original Format
Related Document ID: 22799230

| | | | |
|---|---|---|---|
| **Document Type:** Notice | **Access:** Secure Public | **Statutory Fee:** $0.00 | **Linked:** |

**Document title:**
Statement of Notices Sent, Mack

**Attached Document, 12 Pages   Document ID: 22799235**     PDF Format | Original Format
Related Document ID: 22799230

| | | | |
|---|---|---|---|
| **Document Type:** Notice | **Access:** Secure Public | **Statutory Fee:** $0.00 | **Linked:** |

**Document title:**
Statement of Notices Sent, Mannino

**Attached Document, 5 Pages   Document ID: 22799236**     PDF Format | Original Format
Related Document ID: 22799230

| | | | |
|---|---|---|---|
| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |

Notice                              Secure Public                    $0.00

**Document title:**
Statement of Notices Sent, McKan

**Attached Document, 16 Pages   Document ID: 22799237**                    PDF Format  |  Original Format
Related Document ID: 22799230

**Document Type:**                  **Access:**                       **Statutory Fee:**          **Linked:**
Notice                              Secure Public                     $0.00

**Document title:**
Statement of Notices Sent, O'Connor

**Attached Document, 11 Pages   Document ID: 22799239**                    PDF Format  |  Original Format
Related Document ID: 22799230

**Document Type:**                  **Access:**                       **Statutory Fee:**          **Linked:**
Notice·                             Secure Public                     $0.00

**Document title:**
Statement of Notices Sent, Patrick

**Attached Document, 8 Pages   Document ID: 22799240**                     PDF Format  |  Original Format
Related Document ID: 22799230

**Document Type:**                  **Access:**                       **Statutory Fee:**          **Linked:**
Notice                              Secure Public                     $0.00

**Document title:**
Statement of Notices Sent, Pratt

Expand All

⊟ **Sending Parties (1)**

   **Party   Party Type     Attorney     Firm     Attorney Type**
   Plaintiff Interested Party Benjamin, Ronald R Benjamin, Ronald R Attorney in Charge

⊞ **Recipients (1687)**·

  ⊞ **Service List (1687)**

  ⊟ **Additional Recipients (0)**

⊞ **Case Parties**

[ Close ]

**LexisNexis**   About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2008 LexisNexis®. All rights reserved.

To: Diane Walter
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you selected was "Serve Only - Public". The details for this transaction are listed below.

Court:                          LA US District Court Eastern District E-Service-Vioxx
Case Name:                      In Re: VIOXX Products Liability Litigation MDL No 1657
Case Number:                    MDL-1657 Master Case
Transaction ID:                 18982254
Document Title(s):
      Statement of Notices Sent, Robinson (24 pages)
      Statement of Notices Sent, Roman (3 pages)
      Statement of Notices Sent, S Smith (12 pages)
      Statement of Notices Sent, Sullivan (7 pages)
      Statement of Notices Sent, V Santacrose (14 pages)
      Statement of Notices Sent, V Smith (5 pages)
Authorized Date/Time:           Mar 13 2008 12:49PM CDT
Authorizer:                     Ronald R Benjamin
Authorizer's Organization:      Benjamin, Ronald R
Sending Parties:
      Plaintiff
Served Parties:
      Plaintiff
      Defendant
      Defendants Steering Committee
      Defendants Liaison Counsel
      Plaintiffs Liaison Counsel

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by phone at 1-888-529-7587 (24/7).

_____ NOD32 2945 (20080313) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 18982254 |
| **Submitted by:** | Diane Walter, Benjamin, Ronald R |
| **Authorized by:** | Ronald R Benjamin, Benjamin, Ronald R |
| **Authorize and file on:** | Mar 13 2008 12:49PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical |
| **Case Number:** | MDL-1657 Master Case |
| **Case Name:** | In Re: VIOXX Products Liability Litigation MDL No 1657 |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | Vioxx Preservation Notices Sent Service |

**Documents List**
6 Document(s)

**Attached Document, 24 Pages  Document ID: 13928449**                          PDF Format | Original Format

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Robinson

**Attached Document, 3 Pages  Document ID: 13928465**                          PDF Format | Original Format
Related Document ID: 13928449

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Roman

**Attached Document, 12 Pages  Document ID: 13928486**                          PDF Format | Original Format
Related Document ID: 13928449

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, S Smith

**Attached Document, 7 Pages  Document ID: 13928512**                          PDF Format | Original Format
Related Document ID: 13928449

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, Sullivan

**Attached Document, 14 Pages  Document ID: 13928539**                          PDF Format | Original Format
Related Document ID: 13928449

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, V Santacrose

**Attached Document, 5 Pages  Document ID: 13928556**                          PDF Format | Original Format
Related Document ID: 13928449

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Secure Public | $0.00 | |

**Document title:**
Statement of Notices Sent, V Smith

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Plaintiff | Interested Party | Benjamin, Ronald R | Benjamin, Ronald R | Attorney in Charge |

⊞ **Recipients (1788)**

⊞ Service List (1788)

⊟ Additional Recipients (0)

⊞ **Case Parties**

Close

 LexisNexis

About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2008 LexisNexis®. All rights reserved.