Plaintiff's Exhibit 20

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

ANA C. REYES
(202) 434-5276
areyes@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

May 12, 2009

**BY FIRST CLASS MAIL & ELECTRONIC MAIL**

Ronald R. Benjamin
Law Office of Ronald R. Benjamin
126 Riverside Drive
PO Box 607
Binghamton, New York 13902

      Re:    *In Re Vioxx Products Liability Litigation*, **MDL No. 1657**

Dear Mr. Benjamin:

      We understand that you believe that you have provided sufficient discovery in the above-referenced litigation. While we believe that Pre-Trial Order 28 is clear in its requirements, we will list for each case the specific information that has not yet been produced so that there can be no mistake as to what steps must be taken in order to come into compliance with PTO 28.

      As we have previously pointed out, PTO 28 requires the production of basic information relating to the prosecution of claims. In the event that this basic information is not provided within thirty (30) days of this Notice, please understand that Merck will file a Motion for Order to Show Cause why the particular plaintiff's complaint should not be dismissed with prejudice.

      As we move forward, we may need from your clients updated or new blank authorizations. We will contact you with these requests as appropriate.

Ronald R. Benjamin
May 12, 2009
Page 2

**Agard, David**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Mr. Agard for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Mr. Agard's pharmacies have each made a complete production.

2. Medical records from the following healthcare providers (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production):

    - Antecol, David, M.D.
    - Binghamton Family Care Center
    - Binghamton General Hospital
    - Broome Gastroenterology Associates
    - Capecci, Robert, M.D.
    - Cardiology Associates of Northern New York
    - Centers for Medicare and Medicaid Services
    - Fox Hospital
    - Kammerman, David E., M.D.
    - Kanas, Ronnie, M.D.
    - Monticello, Anthony, M.D.
    - Orthopedic Associates of 65 Pennsylvania Avenue
    - Orthopedic Institute of Central New York Avenue
    - Phillips, William J., M.D
    - Samaritan Hospital
    - Seybold, Eric A., M.D.
    - Simon, Richard M., M.D.
    - Slattery, Michael, M.D.
    - Social Security Disability
    - Southern Tier Pain Management
    - Stamato, Nicolas, M.D.
    - Upstate Medical University
    - Walters, John, M.D.

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

Ronald R. Benjamin
May 12, 2009
Page 3

**Berthel, Scott**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Mr. Berthel for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Mr. Berthel's pharmacies have each made a complete production.

2. Medical records from healthcare providers other than Our Lady of Lourdes Hospital (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Bozich, Mary**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Ms. Bozich for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Ms. Bozich's pharmacies have each made a complete production.

2. Medical records from healthcare providers other than Dr. Hisham Kashou (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

4. Answers to the Interrogatories.

Ronald R. Benjamin
May 12, 2009
Page 4

**Cavallo, Matthew**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Mr. Cavallo for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Mr. Cavallo's pharmacies have each made a complete production.

2. Medical records from the following healthcare providers (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production):

   - Centers for Medicare and Medicaid Services
   - Hartford Hospital
   - Internal Medicine Associates
   - Norwich Internal Medicine and Multi-specialty Care
   - Pagnozzi, John A., M.D.
   - Social Security Disability
   - William W. Backus Hospital
   - Workers Compensation State of Connecticut

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Core, Richard**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Mr. Core for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Mr. Core's pharmacies have each made a complete production.

2. Medical records from the following healthcare providers (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production):

   - Cardiology Associates, P.C.
   - Centers for Medicare and Medicaid Services
   - Dohner, Eric A., M.D.
   - Eckerd Corporation

Ronald R. Benjamin
May 12, 2009
Page 5

- Empire Blue Cross and Blue Shield
- Family Health Center Walton
- LabCorp Raritan
- Oneonta Surgical Associates P.C.
- Orthopedic Institute of Central New York
- Tri-Valley MRI PLLC
- United Medical Associates
- William Life Insurance Company of New York

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

### Curtis, Marjorie

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Ms. Curtis for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Ms. Curtis's pharmacies have each made a complete production.

2. Medical records from healthcare providers other than four pages of medical records she provided from United Medical Associates (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

### Demoski, James

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Mr. Demoski for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Mr. Demoski's pharmacies have each made a complete production.

2. Medical records from healthcare providers other than Liberty Mutual Group and United Medical Association (and, accordingly, we are also missing signed

Ronald R. Benjamin
May 12, 2009
Page 6

>    certifications that the health care providers have each made a complete production).
>
> 3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.
>
> 4. An Amended and Supplemental Plaintiff Profile Form. Though Mr. Demoski filed a Plaintiff Profile Form, PTO 28 requires him to also fill out an Amended Supplemental Plaintiff Profile Form because he did not suffer a Myocardial Infarction, Sudden Cardiac Death or Stroke.

**Henderson, Edward**

> We are missing the following required information:
>
> 1. We have plaintiff provided pharmacy records for Eckerd Drugs, but we are missing signed certifications that Mr. Henderson's pharmacies have each made a complete production.
>
> 2. Medical records from the following healthcare providers (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production):
>
>    - Andusko, Joseph F., P.A.
>    - Binghamton Family Care Center
>    - Binghamton General Hospital
>    - Centers for Medicare & Medicaid Corporate Office
>    - Eder, Frank, M.D.
>    - Eyesight Associates
>    - Federowicz, Stephen G., M.D.
>    - Kashou, Hishman, M.D.
>    - Lourdes Clinic - Front Street
>    - Our Lady of Lourdes Hospital
>    - Pecora, Lawrence J., M.D.
>    - Peters, Lance, M.D.
>    - Tier Orthopedic Associates P.C.
>    - Whitney Point Family Practice
>    - Wilson Regional Hospital Medical

Ronald R. Benjamin
May 12, 2009
Page 7

>   3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Hia, Kristine**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Ms. Hia for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Ms. Hia's pharmacies have each made a complete production.

2. Medical records from the following healthcare providers (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production):

    - Candor Family Care Center
    - Cardiology Associates
    - Centers for Medicare & Medicaid Corporate Office
    - Endicott Walk In
    - Guthrie Clinic Sayre
    - Guthrie Medical Center
    - Lourdes Owego Family
    - Martin Memorial
    - Our Lady of Lourdes Hospital
    - Phillips, Charles, M.D.
    - Pocono Medical Center
    - Randall, A, Bottler, M.D.
    - Robert Packer Hospital
    - Ryder, Richard, M.D.
    - Social Security Disability
    - Suffolk County Workers Compensation
    - Tier Cardiology Group
    - United Health Services
    - United Medical Associates
    - Vestal Medical Associates
    - Wilson Medical Center
    - Workers Compensation State of New York

Ronald R. Benjamin
May 12, 2009
Page 8

   3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

### Hoyt, Maurice

We are missing the following required information:

   1. Pharmacy records regarding the dispensing of drugs to Mr. Hoyt for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Mr. Hoyt's pharmacies have each made a complete production.

   2. Medical records from healthcare providers (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production). Mr. Hoyt has produced to us only one page of one medical record, from Paul K. Maurer, M.D.

   3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

### Kurtz, Mary

We are missing the following required information:

   1. Pharmacy records regarding the dispensing of drugs to Ms. Kurtz for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Ms. Kurtz's pharmacies have each made a complete production.

   2. Medical records from healthcare providers other (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

   3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

### Lord, Wilson

We are missing the following required information:

   1. We have plaintiff provided pharmacy records for CVS, but we are missing signed certifications that Mr. Lord's pharmacies have each made a complete production.

Ronald R. Benjamin
May 12, 2009
Page 9

2. Medical records from the following healthcare providers (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production):

- Associates in Medicine P.C.
- Capital District Physicians Health Plan
- Cardiology Associates
- Centers for Medicare and Medicaid Services
- Gastroenterology Associates of Riverside Drive
- Orthopedic Associates
- Park Avenue Associates in Radiology P.C.
- Rai, Jagrah, M.D.
- United Health Services
- United Medical Associates P.C.
- Vestal Medical Affiliates

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

4. An Amended and Supplemental Plaintiff Profile Form. Though Mr. Lord filed a Plaintiff Profile Form, PTO 28 requires him to also fill out an Amended Supplemental Plaintiff Profile Form because he did not suffer a Myocardial Infarction, Sudden Cardiac Death or Stroke.

**Mack, Timothy**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Mr. Mack for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Mr. Mack's pharmacies have each made a complete production.

2. Medical records from healthcare providers (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

4. An Amended and Supplemental Plaintiff Profile Form.

Ronald R. Benjamin
May 12, 2009
Page 10

**Mannino, Ann**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Ms. Mannino for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Ms. Mannino's pharmacies have each made a complete production.

2. Medical records from healthcare providers (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

4. An Amended and Supplemental Plaintiff Profile Form. Though Ms. Mannino filed a Plaintiff Profile Form, PTO 28 requires her to also fill out an Amended Supplemental Plaintiff Profile Form because she did not suffer a Myocardial Infarction, Sudden Cardiac Death or Stroke.

**Oakley, James**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Mr. Oakley for the period from January 1, 1995 to the present other than from Kroger Pharmacy. Accordingly, we are also missing signed certifications that Mr. Oakley's pharmacies (including Kroger) have each made a complete production.

2. Medical records from the following healthcare providers (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production):

    - Grenada Clinic
    - Hart, Douglas J., PhD
    - Mays & Schnapp Pain Clinic and Rehabilitation Center
    - Memphis Surgery Associates P.C.
    - Quigley, Karen K., M.D.
    - Semmes-Murphey Clinic
    - Thompson, Tommy C., M.D.
    - Ying, Xu M.D.

Ronald R. Benjamin
May 12, 2009
Page 11

   3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

   4. Answers to the Interrogatories.

**Pratt, Arthur**

We are missing the following required information:

   1. Pharmacy records regarding the dispensing of drugs to Mr. Pratt for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Mr. Pratt's pharmacies have each made a complete production.

   2. Medical records from healthcare providers (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

   3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Santacrose, Viola**

We are missing the following required information:

   1. Pharmacy records regarding the dispensing of drugs to Ms. Santacrose for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Ms. Santacrose's pharmacies have each made a complete production.

   2. Medical records from the following healthcare providers (and, accordingly, we are also missing signed certifications that these health care providers have each made a complete production):

      - Binghamton Family Care Center
      - Campbell, Charles R., M.D.
      - Cardiology Associates
      - Centers for Medicare and Medicaid Services
      - Emergency Physicians of Naples
      - Empire Medicare Services
      - Endocrinology Care Center

Ronald R. Benjamin
May 12, 2009
Page 12

- Grandview Hospital
- Michaels, Robert M., M.D.
- Naples Community Hospital
- Neuro Medical Care Associates
- North Collier Hospital
- Our Lady of Lourdes Hospital
- United Health Services
- Wilson Memorial Regional Hospital
- Wolff, Brian D., M.D.

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

**Spencer, Frank**

We are missing the following required information:

1. Pharmacy records regarding the dispensing of drugs to Mr. Spencer for the period from January 1, 1995 to the present. Accordingly, we are also missing signed certifications that Mr. Spencer's pharmacies have each made a complete production.

2. Medical records from healthcare providers (and, accordingly, we are also missing signed certifications that the health care providers have each made a complete production).

3. We also have not yet received an executed affidavit attesting to the completeness of the document production and identifying the specific page(s) of the medical records containing the diagnosis of the alleged injury.

4. An Amended and Supplemental Plaintiff Profile Form.

5. A Statement of Allegation regarding Mr. Spencer's death, a death certificate, and an autopsy report.

Sincerely,

Ana C. Reyes