## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2009, the above and foregoing Plaintiff's Opposition To Order to Show Cause Why Their Cases Should Not Be Dismissed With Prejudice Pursuant to Fed.R. Civ. Pr. 41(b), with Exhibits 1-21, have been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by US Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the District Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

_Marya C. Young_
Marya C. Young, Fed. No. 301339
LAW OFFICE OF RONALD R. BENJAMIN
126 Riverside Drive, P.O. Box 607
Binghamton, NY 13902-0607
607/772-1442