**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | * | **MDL Docket No. 1657** |
| **This document relates to:** | * | **SECTION L** |
| ***Cathy England, et al.***<br>***v.***<br>***Merck & Co., Inc.*** | * | **JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |
| ***Only with regard to:***<br>***Arthur Felder*** | * | |
| ***Docket No. 2:06-cv-06706*** | * | |

************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Arthur Felder in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of ________________, 2009.

______________________
DISTRICT JUDGE