Via Certified U.S. Mail



August 7, 2009

Eldon E. Fallon
United States District Judge
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

**Re: Vioxx Case #BC 340272
      For Louis Ross (Deceased)**

Your Honor:

We wish to have the enclosed documents entered into the record.

The documents herewith enclosed are:

1) Copy of Independent Medical Review/Opinion of records of Mr. Louis Ross Attesting to a Myocardial Infarction on March 2003.

2) Pharmacy records for 2003.

3) Copy of Death Certificate certifying cause of death as "Acute Myocardial Infarction".

4) Copy of our letter to the Claims Administrator dated August 4, 2009 asking for an appeal.

5) Copy of letter from Girardi Keese dated July 17, received on July 28, 2009.

6) Copy of Federal Express receipt dated July 28, 2009 (delivery date).

7) Copy of letter from Girardi Keese dated August 6, 2009.

8) Copy of our letter to Girardi Keese dated August 7, 2009.

Sincerely,

*Rita Ross*          *Vivian Ross*

Rita Ross (Surviving Spouse) and Vivian Ross (Daughter)


Cc: Bill Atkinson, Claims Administrator
    Russ Herman, Plaintiff's Liaison Counsel

# STEPHEN C. BERENS, M.D., F.A.C.C.
A Medical Corporation

*CARDIOLOGY*

Telephone
(310) 828-4633
FAX (310) 828-6205

2001 Santa Monica Blvd., Suite 268W
Santa Monica, California 90404

August 3, 2009

Ms. Vivian Ross/Mrs. Rita Ross
13900 Panay Way, Unit SR302
Marina del Rey CA  90292

**RE:** Independent Medical Review/Opinion of Records of
MR. LOUIS ROSS – Date of Birth: 10/06/16

Records reviewed:
- Adenosine Myoview Scan report and images from 6/21/01 and a similar study of 3/20/03.
- Echocardiogram 3/20/03 report and the actual images on CD-ROM.
- Coronary angiogram report and the images from 6/20/03, which includes a left ventriculogram.
- Medical records from June 18, 2003, July 15, 2003 and December 4, 2003. These are likely to be incomplete.

Supplementary conversation with Ms. Vivian Ross regarding the onset of known hypertension in her father, approximately 1999 – 2000. His death in 2005 was from a myocardial infarction, the diagnosis of which was apparently corroborated by several physicians.

I am a board certified cardiologist. I have been practicing consultative cardiology since 1973. I am actively involved in medical-legal case review.

After reviewing the above data, it is clear that Mr. Louis Ross had a small amount of damage (myocardial infarction), as detected in the Adenosine Myoview Cardiac Study of March 20, 2003. It is reported as a "small partial reversal defect in the inferoapical wall". I have reviewed the actual data and agree with that interpretation. In addition, it is in contrast to a normal appearing Adenosine Myoview Study from June 21, 2001. The damage took place sometime between the two studies. The documentation is straightforward. This is a small region. The echocardiogram of June 20, 2003, the same day as the nuclear study, was reviewed by me. There is no evidence of a wall motion abnormality by that study (a wall motion abnormality signifies ischemia or damage). The nuclear test is known to be able pick up smaller regions of infarction which an echocardiogram could miss.

August 3, 2009
RE: Independent Medical Review/Opinion of Records of Mr. Louis Ross
Page Two

It is well documented in the records that Mr. Ross had significant congestive heart failure as well as atrial fibrillation. There is a lab test of the CK-MB on June 18, 2003 which shows it at 5.07, (*with the upper limits of normal at 5.0*). However, the other parameters in that group of tests do not support a diagnosis of a myocardial infarction at that time. Slight enzyme leakage can occur with congestive heart failure even without coronary artery disease. Thus that finding does not help us in terms of pinpointing the time range when the small heart attack described above actually occurred.

Finally, the cause of the congestive heart failure is most likely hypertensive heart disease. There is no evidence to suggest that the small amount of muscle damage in the region of the myocardial infarction contributed to the congestive heart failure. An interesting additional note is the possibility of amyloidosis. This is an issue because of the very large atriae noted, along with other findings, on the echocardiogram. However this is only speculation as there is not enough data to substantiate that as a realistic diagnosis.

**CONCLUSIONS:**

It is clear that as of March 20, 2003, there was a small area of myocardial damage (infarction) present on the nuclear study, with "peri-infarction ischemia". This latter term refers to tissue not getting enough blood, but has not yet infarcted. This is a typical finding around a heart attack of any size.

If you have any questions regarding the above, please contact me directly.

Sincerely yours,

Stephen C. Berens, M.D.
SCB/ir

2

```
HEALTHCARE PHARMACY                 PATIENT IRS STATEMENT                          Page   1
223 N. GARFIELD AVE. #101           Period 11/28/02 to 11/28/05                    PID: 0589258
MONTEREY PARK, CA  91754                Mon Nov 28, 2005
(626) 571-0154


ROSS, LOUIS
313 1/2 N RAMPART BLVD
LA, CA 90026


                                          Non-AR       AR &
Rx Nbr   Rf    Date    Drug              Plan(s) Paid  Pat Paid       Doctor


200802   00   01/23/03  VIOXX 25MG TABLET      $262.35   $0.00       SHIH, CHIN S.
200803   00   01/23/03  NORVASC 5MG TABLET     $131.54   $0.00       SHIH, CHIN S.
200804   00   01/23/03  LANOXIN 125MCG TABLET   $23.40   $0.00       SHIH, CHIN S.
213346   00   03/13/03  NITROSTAT 0.4MG TABLET SL $23.21 $0.00       SHIH, CHIN S.
213347   00   03/13/03  ZYPREXA 2.5MG TABLET   $148.50   $0.00       SHIH, CHIN S.
216701   00   03/27/03  ISOSORBIDE MN 60MG TAB  $26.03   $0.00       SHIH, CHIN S.
223296   00   04/24/03  POTASSIUM CL 8MEQ TABLET SA $11.27 $0.00     SHIH, CHIN S.
153995   02   05/08/03  ALLEGRA 60MG TABLET    $130.49   $0.00       SHIH, CHIN S.
200802   01   05/08/03  VIOXX 25MG TABLET      $262.35   $0.00       SHIH, CHIN S.
200803   01   05/08/03  NORVASC 5MG TABLET     $136.15   $0.00       SHIH, CHIN S.
200804   01   05/08/03  LANOXIN 125MCG TABLET   $23.40   $0.00       SHIH, CHIN S.
226132   00   05/08/03  FUROSEMIDE 40MG TABLET   $9.54   $0.00       SHIH, CHIN S.
230709   00   05/29/03  LOTENSIN 10MG TABLET   $101.88   $0.00       SHIH, CHIN S.
230710   00   05/30/03  TRIAMTERENE/HCTZ 50/25 CAP $47.24 $0.00      SHIH, CHIN S.
236842   00   06/24/03  DIOVAN 160MG TABLET    $153.92   $0.00       SHIH, CHIN S.
238814   00   07/03/03  ALLERFRIM TABLET         $6.91   $0.00       SHIH, CHIN S.
250082   00   08/28/03  MEGESTROL ACET 40MG/ML SUSP $262.65 $0.00    SHIH, CHIN S.
250083   00   08/28/03  LANOXIN 125MCG TABLET   $23.40   $0.00       SHIH, CHIN S.
250084   00   08/28/03  FUROSEMIDE 40MG TABLET   $9.54   $0.00       SHIH, CHIN S.
250085   00   08/28/03  DIOVAN 160MG TABLET    $164.45   $0.00       SHIH, CHIN S.
252834   00   09/11/03  MEGESTROL ACET 40MG/ML SUSP $262.65 $0.00    SHIH, CHIN S.
262559   00   10/23/03  ALLERFRIM TABLET         $6.91   $0.00       SHIH, CHIN S.
262560   00   10/23/03  LANOXIN 250MCG TABLET   $20.67   $0.00       SHIH, CHIN S.
274265   00   12/11/03  COREG 12.5MG TABLET    $165.54   $0.00       SHIH, CHIN S.

No. Rx's = 24   Total Non-AR Plan(s) Paid  $2,413.99  Total AR & Patient Paid   $0.00
```



# COUNTY OF LOS ANGELES
## DEPARTMENT OF HEALTH SERVICES
### CERTIFICATION OF VITAL RECORD
### CERTIFICATE OF DEATH
STATE OF CALIFORNIA

**DECEDENT'S PERSONAL DATA**

- 1. NAME OF DECEDENT — FIRST (Given): LOUIS
- 2. MIDDLE: —
- 3. LAST (Family): ROSS
- AKA: —
- 4. DATE OF BIRTH: 10/05/1916
- 5. AGE Yrs.: 89
- 6. SEX: M
- 9. BIRTH STATE/FOREIGN COUNTRY: CUBA
- 10. SOCIAL SECURITY NUMBER: 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
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS: MARRIED
- 7. DATE OF DEATH: 12/15/2005
- 8. HOUR (24 Hours): 0240
- 13. EDUCATION: BACHELOR'S
- 14/15. HISPANIC/LATINO: YES — CUBAN
- 16. DECEDENT'S RACE: WHITE
- 17. USUAL OCCUPATION: BUSINESS MAN
- 18. KIND OF BUSINESS OR INDUSTRY: VARIOUS
- 19. YEARS IN OCCUPATION: 25

**USUAL RESIDENCE**

- 20. DECEDENT'S RESIDENCE: 1640 N. FAIR OAKS AVE.
- 21. CITY: PASADENA
- 22. COUNTY/PROVINCE: LOS ANGELES
- 23. ZIP CODE: 91103
- 24. YEARS IN COUNTY: 37
- 25. STATE/FOREIGN COUNTRY: CA.

**INFORMANT**

- 26. INFORMANT'S NAME, RELATIONSHIP: VIVIAN ROSS - DAUGHTER
- 27. INFORMANT'S MAILING ADDRESS: P.O. BOX 11507 MARINA DEL REY, CA. 90295

**SPOUSE AND PARENT INFORMATION**

- 28. NAME OF SURVIVING SPOUSE — FIRST: RITA
- 29. MIDDLE: DOLORES
- 30. LAST (Maiden Name): DUYOS
- 31. NAME OF FATHER — FIRST: PLACIDO
- 32. MIDDLE: —
- 33. LAST: ROSS
- 34. BIRTH STATE: CUBA
- 35. NAME OF MOTHER — FIRST: FRANCISCA
- 36. MIDDLE: —
- 37. LAST (Maiden): VERGARA
- 38. BIRTH STATE: CUBA

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

- 39. DISPOSITION DATE: 12/27/2005
- 40. PLACE OF FINAL DISPOSITION: RESIDENCE OF RITA ROSS 13900 PANAY WAY MARINA DEL REY, CA. 90292
- 41. TYPE OF DISPOSITION(S): CR/RES
- 42. SIGNATURE OF EMBALMER: NOT EMBALMED
- 43. LICENSE NUMBER: —
- 44. NAME OF FUNERAL ESTABLISHMENT: ARMSTRONG FAMILY MALLOY-MITTEN
- 45. LICENSE NUMBER: FD-380
- 46. SIGNATURE OF LOCAL REGISTRAR: Thomas L. [signature]
- 47. DATE: 12/23/2005

**PLACE OF DEATH**

- 101. PLACE OF DEATH: ST VINCENT MED CTR
- 102. IF HOSPITAL, SPECIFY ONE: IP
- 104. COUNTY: LOS ANGELES
- 105. FACILITY ADDRESS: 2131 W. 3rd ST.
- 106. CITY: LOS ANGELES

**CAUSE OF DEATH**

- 107. CAUSE OF DEATH:
  - (A) IMMEDIATE CAUSE: CARDIORESPIRATORY ARREST — Onset and Death: IMMED
  - (B) ACUTE MYOCARDIAL INFARCT — DAYS
- 108. DEATH REPORTED TO CORONER?: NO
- 109. BIOPSY PERFORMED?: NO
- 110. AUTOPSY PERFORMED?: NO
- 111. USED IN DETERMINING CAUSE?: NO
- 112. OTHER SIGNIFICANT CONDITIONS: END STAGE RENAL FAILURE
- 113. WAS OPERATION PERFORMED: NO
- 113A. IF FEMALE, PREGNANT IN LAST YEAR?: —

**PHYSICIAN'S CERTIFICATION**

- 114. Decedent Attended Since: 08/17/2004
- Decedent Last Seen Alive: 12/14/2005
- 115. SIGNATURE AND TITLE OF CERTIFIER: [signature] M.D.
- 116. LICENSE NUMBER: A36193
- 117. DATE: 12/21/2005
- 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: FELIPE L. CHU, M.D. 711 N. ALVARADO #101 L.A. CA. 90026

**CORONER'S USE ONLY**

- 119. MANNER OF DEATH: Natural / Accident / Homicide / Suicide / Pending Investigation / Could not be determined
- 120. INJURED AT WORK?: —
- 121. INJURY DATE: —
- 122. HOUR: —
- 123. PLACE OF INJURY: —
- 124. DESCRIBE HOW INJURY OCCURRED: —
- 125. LOCATION OF INJURY: —
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: —
- 127. DATE: —
- 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: —

STATE REGISTRAR: A B C D E

*H00147736*

This is a true certified copy of the record filed in the County of Los Angeles Department of Health Services if it bears the Registrar's signature in purple ink.

[signature] Thomas L. [Garthwaite]
Director of Health Services and Registrar

DATE ISSUED: DEC 27 2005

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.



August 4, 2009

Claims Administrator
Attn: Bill Atkinson
PO Box 85031
Richmond, Virginia 23285-5031

Re: Vioxx Case #BC 340272
   For Louis Ross (Deceased)

Dear Mr. Bill Atkinson:

On July 28rd, 2009 we received a letter from Girardi & Keese Attorneys that our case had been found not eligible.

Based on the criteria set forth in the Agreement we believe our case is eligible.

We wish to appeal the case through the Special Master.

We are including with this correspondence a report based on an independent Medical Review conducted by Cardiologist Stephen C. Berens which attests that a myocardial infarction was detected in the Adenosine Myoview Cardiac Study of March 20, 2003.

My father had ingested Vioxx in 2002 and during the entire year of 2003.

If there are any additional records that you need us to submit, please advise.

Sincerely,

Rita Ross (Surviving Spose) and Vivian Ross (Daughter)

Cc: Thomas Girardi, Attorney
    Mr. Russ Herman, Plaintiff's Liaison Counsel
    Judge Eldon E. Fallon, United States District Judge



# GIRARDI | KEESE
## LAWYERS

July 17, 2009

**VIA FED EX**

Rita Ross
13900 Panay Way Apt SR302
Marina del Rey, CA 90292

*Received July 28th, 2009 (See Fed Ex Receipt)*

Re: **Louis Ross v. Merck**

Dear Rita Ross:

I am very sorry to advise you that we have received the decision in your Vioxx case. We have taken the case all the way down the line. Unfortunately, the case was not eligible for any money under the settlement.

The settlement was intended to compensate people who took Vioxx and who suffered a myocardial infarction (heart attack) or a stroke. The medical records show that the client did not suffer either a heart attack or a stroke while the client was on Vioxx.

Therefore, we'd like to dismiss the case. Although you have the right to have the case sent back to court, we do not believe that any good will come of it. It would cost tens of thousands of dollars to take the case to trial and we do not believe that the verdict would exceed the costs that you would incur.

You have the right to get another attorney to represent you, but we will not be able to continue to represent you because the evidence needed to prove your case is insufficient.

Just in case you are unwilling to dismiss the case and wish to find another attorney to represent you, enclosed please find a Future Evidence Stipulation for you to sign and return to our office. This document will preserve your right to pursue the case should you choose to. You should sign the Stipulation under Section D "Signature by Representative Claimant". **This document must be notarized under Section E "Notarization of Claimant's or Representative's Signature".**

1126 WILSHIRE BOULEVARD • LOS ANGELES, CALIFORNIA • 90017-1904
TELEPHONE: 213-977-0211 • FACSIMILE: 213-481-1554

G | K

I have enclosed a Return FedEx envelope for your convenience.
<u>This document must be returned to our office no later that June 24, 2009.</u>

By the way, if you do not send us the notarized and signed Stipulation, your case will be dismissed as we have recommended.

Please call me if you have any questions.

With kind regards,

*James G. O'Callahan*

James G. O'Callahan

JGO:cat
Enclosure

From: Origin ID: EMTA (213) 977-0211
Louis Ross
Girardi and Keese
1126 WILSHIRE BLVD

LOS ANGELES, CA 90017


FedEx Express

J09200908152023

SHIP TO: (213) 977-0211     BILL SENDER
**Vioxx Team**
**Girardi and Keese**
**1126 WILSHIRE BLVD**

LOS ANGELES, CA 90017



Ship Date: 27JUL09
ActWgt: 1.0 LB
CAD: 5152190/INET9060
Account#: S *********

Delivery Address Bar Code



Ref #    21239
Invoice #
PO #
Dept #

TRK# 7977 9715 3824      TUE - 28JUL    A1
0201                     PRIORITY OVERNIGHT

WZ EMTA              90017
                     CA-US
                     LAX





# GIRARDI | KEESE
LAWYERS

Via Federal Express & U.S. Mail

August 6, 2009

Vivian Ross
13900 Panay Way, Apt. SR302
Marina Del Rey, CA 90292
(310) 827-4081

RE:  **Ross v. Merck**

Dear Ms. Ross:

In light of your correspondence, I think it would be more appropriate for you to communicate with me in writing and I will communicate with you in writing.

If you have additional medical records, I will be happy to provide them. The rules, however, are these: The medical records must show that a heart attack was a cause of death. Indeed prior heart attack will probably not be considered.

I think the best way to proceed would be for you to obtain a lawyer in your town. You may show this letter to the lawyer which is our commitment to pay his fees to give you advice. We can then communicate with the lawyer and he will be able to communicate with you.

With kind regards,

THOMAS V. GIRARDI
TVG/kc

21239\Cor

1126 WILSHIRE BOULEVARD • LOS ANGELES, CALIFORNIA • 90017-1904
TELEPHONE: 213-977-0211 • FACSIMILE: 213-481-1554
WWW.GIRARDIKEESE.COM

Via Certified U.S. Mail

August 7, 2009

Girardi Keese Lawyers
1126 Wilshire Blvd
Los Angeles, CA  90017-1904
Attn: Thomas V. Girardi

**RE:  Vioxx Case #BC 340272**
      **For Louis Ross (Deceased)**

Mr. Girardi:

On April 27th and again on May 12th, 2009 I wrote letters to Judge Fallon asking for his intervention and help with our claim because we felt your firm has not represented us properly.

**Your letter dated July 17th (copy herewith attached) advising us that our claim had been found Not eligible was received on July 28th (Federal Express receipt herewith attached). That letter advises us against an appeal which is in sharp contrast with the advice that the Plaintiff's Liaison Council gives its clients.**

**We do no wish to have the case dismissed.**

As per my previous letter of August 4, 2009 to the Claims Administrator we are appealing because **under the terms of the Agreement that we entered into our case meets all criteria to be eligible.**

On your letter dated August 6, 2009 (copy herewith attached) for the first time in two years since your firm took over our case you are telling us about the rules: The medical records must show that a heart attack was the cause of death and that prior heart attack will probably not be considered.

This information comes now for the first time because we are providing a Cardiologist report confirming a heart attack in March 2003 while my father was ingesting Vioxx.

**The Death certificate (herewith attached) shows the cause of Death was a "Myocardial Infarction".**

**It is obvious that Vioxx caused permanent damage which resulted in Death.**

It is my understanding that the Claims Administrator was appointed to make the decisions pertaining each case. Thus I will need a letter from the Claims Administrator advising us of any additional information that they need at this time in order to re evaluate our claim.

It would certainly not be expected of your Firm to engage in Bad Faith practice.

Therefore if you do not wish to continue to represent us through the appeals process you will need to instruct us regarding transfer of our case to the Plaintiff's Liaison Council as you should be very well aware that at this stage it will be extremely difficult for us to retain another Attorney.

Sincerely,

*Rita Ross*     *Vivian Ross*

Rita Ross (Surviving Spouse) and Vivian Ross (Daughter)


Cc: Bill Atkinson, Claims Administrator
    Judge Eldon E, Fallon, United States District Judge
    Mr. Russ Herman, Plaintiff's Liaison Counsel

VIA FACSIMILE and Certified U.S. Mail

August 12, 2009



RECEIVED
AUG 2 1 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Eldon E. Fallon
United States District Judge
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA  70130

Re: Vioxx Case #BC 340272
    For Louis Ross (Deceased)

Your Honor:

As per the US Post Office confirmation receipt, our correspondence of August 7, 2009 was received by you on August 11, 2009 at 8:46 am.

Included in that mailing is a letter from Girardi Keese advising us for the first time that our case had been found Not Eligible. This letter was received on July 28, 2009. The Federal Express receipt showing dates delivered (July 27, 2009) and dates received July 28, 2009) is also attached.

Girardi Keese does not give us the option to appeal which is contrary to the terms of the Settlement Agreement. Furthermore, they state that they do not wish to represent us any longer.

This proves what we have tried to communicate to you via several letters. They have misrepresented us and acted in "Bad Faith".

<u>Your Court presides over the Vioxx Settlement Program.</u>

The Independent review and report from Cardiologist Stephen Berens attesting to a Myocardial Infarction in March 2003 pertains to the Medical records that were supposed to have been reviewed by the Committee.

In the process of reviewing the medical records the Committee failed to properly examine such records.

Girardi Keese has repeatedly insisted that we sign Future Evidence Stipulations which would take away our right to appeal the claim in the Program.

Girardi Keese has failed to return several telephone calls we have placed to their firm.

<u>We responded to their letter received on July 28, 2009 informing them and the Claims Administrator that we wish to appeal the case under the terms of the Program. This letter Was also mailed directly to the Claims Administrator.</u>

<u>They continue to ignore our request for an Appeal.</u>

As the Judge presiding over this matter you are responsible to ascertain that Attorneys act properly and abide by the terms of the Agreement. That they notify their clients in a timely manner and that they properly advise them as to the different options such as the option to appeal.

Sincerely,

*Vivian Ross*

Vivian Ross (Daughter of deceased Claimant Louis Ross)

VIA FACSIMILE Aand Certified U.S. Mail

August 12, 2009

Attn: Thomas Girardi
    Girardi Keese Lawyers
    1126 Wilshire Boulevard
    Los Angeles, CA  90017

From:  Vivian Ross

Re: Ross vs. Merck
    Vioxx Case #BC 340272

You have ignored our request for an appeal.

You failed to notify us in a timely manner concerning the Notice of Inegibility from the Committee.

You have failed to inform us about our right to appeal under the terms of the Agreement.

You have furthermore insisted on our signing the Future Evidence Stipulations which would take away our right to appeal.

The report from Cardiologist Stephen Berens **is not new evidence.** His review and opinion pertain to the Medical records that were improperly reviewed by the Committee. These are medical records that have been in the possession of the Committee for over two years.

*Vivian Ross* (signature)

# USPS PRIORITY MAIL

**Flat Rate Mailing Envelope**
For Domestic and International Use
Visit us at usps.com

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

7008 3230 0002 0434 8943

INTERNATIONAL RESTRICTIONS APPLY:
4-POUND WEIGHT LIMIT ON INTERNATIONAL APPLIES

From/Expéditeur:
VIVIAN ROSS
13900 PANAY WAY #SR302
MARINA DEL REY, CA 90292

To/Destinataire:
ELDON E. FALLON
U.S. DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, ROOM C456
NEW ORLEANS, LA 70130

Please recycle.
Recycled Paper

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008; All rights reserved.

