RECEIVED
AUG 24 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

08/16/2009
Meri Cooley
13790 cr 88
Pierce Co, 80650

Dear Judge Fallon,

        I am writing to thank you for your recent ruling upholding the 32% cap fee order. I also want to thank you for, indirectly, contacting my lawyer, M. Michael Meyer of The O'Quinn Law Firm in Houston Texas. After keeping my interim settlement payment since April 2, 2009, he is offering me a "Distribution Agreement" contract, which allows him to keep 32% of my settlement in attorney fees plus what amounts to more than 16% in common and individual expenses along with a fee reserve to compensate him in the event your cap fee ruling is overturned before the final distribution. I contacted Joe Escandon in the Tulane Civil Litigation Clinic, who informed me that those costs over and above my lawyer's fees are part of what is considered "Reasonable Costs." I was originally told by one of Mr. Michael Meyer's legal aides to expect up to possibly "$1500-$2000" in costs, but was shocked when I learned he would take over $13,000. I received my first actual phone call from Mr. Meyer on Tuesday August 11, 2009, who explained how the contingency fee contract I had previously signed covered all the questions I had about my expenses. He states he will send me a written account 25 pages long, so I can better understand the aforementioned expenses. I will try to discuss my biggest concern with Mr. Meyer's Distribution Agreement with him, as soon as possible. He is making me sign an agreement which says I completely agree with the amount and way the monies are being disbursed in order to receive my settlement. Obviously, since I realized he was withholding my money since April 2, and have registered my concerns with him and yourself, and others, I don't agree with this statement .However, Mr. Meyer's clients at least have an option to receive their settlements now, for which again, I Thank You.

        Sincerely, Meri Cooley.



**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE

Mailing Envelope
For Domestic Use

From:

United States Postal Service
**SIGNATURE CONFIRMATION**

2301 0370 0000 1319 4563

schedule pickup of your postage
paid envelopes visit us at
usps.com/pickup.



**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE
For Domestic and International Use

From:
Meri Cooley
13790 WCR 88
Pierce, CO. 80650

Judge Eldon E. Fallon
TO US District Court
500 Poydras Street
Room C-151
New Orleans, La. 70130



1006   70130

U.S. POSTAGE
PAID
GREELEY, CO
80631
AUG 18, '09
AMOUNT
$7.30
00033263-09

Label 228, January 2008


EP14B