UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:   Long K. Vu only

## ORDER

The Court is in receipt of the attached correspondence from Long K. Vu on behalf of his father, a Vioxx plaintiff. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 7th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Long K. Vu
2205 Hanford Drive
San Diego, CA 92111

Vioxx Pro Se Curator
400 Poydras St.
Suite 2450
New Orleans, LA 70130

1