RECEIVED
JUL 23 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Date: 07-17-09

Dear: Judge Elton E. Fallon

My name is Long K. Vu. I am the son who is representing on behalf of my father the Vioxx case. The reason I am writing to you is something is not clear. "OK here is it." Somebody out there is create alot of problem for us to solve this case. <u>First</u> the pharmacy <u>Second</u> the Social Security <u>Third</u> the prose Coordinator. I did leave alot of message to the prose coordinator. I got no return call about my father case. That is why I am write this letter to you to know about. They are innert and dont care of my father case. I hope you are the good Judge that I can trust. Thank you for reading this message

Thank you
Judge: Elton E. Fallon
by: Long K Vu

ps¹: They did change the prose Coordinator that you appoint. They dont even let me know.

ps²: This is my Second letter. I did write a letter to you on 11-25-08. I dont know did you receive it or not.

Vioxx Claims Number (VCN): 1011164

From: LONG K. Vu
2205 HANFORD DR
SAN-DIEGO, CA.
92111

LONG K VU
(858) 201-9740
THE UPS STORE #0835
5663 BALBOA AVE
SAN DIEGO CA 92111-2705

1 LBS   1 OF 1
SHP WT: 1 LBS
DATE: 20 JUL 2009

SHIP  JUDGE ELDON E. FALLON
TO:   UNITED STATE DISTRICT COURT
      RM C 456
      500 POYDRAS ST

NEW ORLEANS  LA 70130-3319

LA 701 9-02

UPS GROUND
TRACKING #: 1Z 93E 664 03 3705 3310

BILLING: P/P

ISH 10.00 E2844 90.5A 04/2009

International Shipping Notice  Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.
For shipping places, call 1-800-782-7892                                                              United Parcel Service, Louisville, KY

Scotch™  Photo/Document Mailer