UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
    *Allen, et al v Merck & Co. Inc., et al.*, Case No. 06-6437 (as to Tina Pouncil only)

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Tina Pouncil. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 7th day of October, 2009.

                            UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman  
Plaintiff's Liaison Counsel  
Herman, Herman Katz & Cotlar, LLP  
820 O'Keefe Ave.  
New Orleans, LA 70113

Turner Branch  
Branch Law Firm  
1424 K. Street N.W.  
Washington, DC 20005

Mr. Phillip Wittmann  
Stone Pigman Walter Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130

\_\_\_ Fee\_\_\_\_
\_\_\_ Process\_\_\_\_
X Dktd\_\_\_\_
\_\_\_ CtRmDep\_\_\_\_
\_\_\_ Doc. No.\_\_\_\_