8/11/09

To: Jarred
From: Tina P.

Re: MDL 066437

Questions call (314) 312-2023



# HERSHBERGER MEDICAL GROUP
4722 W. KELLOGG DR., WICHITA, KANSAS 67209
316.440.2565-PHONE 316.440.2750-FAX
ImmediateCareWichita.com

July 20, 2009

To Whom It May Concern:

I have reviewed the hospitalization records on Willie S. Clay with regard to Vioxx Injury Gate Criteria (Exhibit 2.2.1.1).

Following the Injury Gate Criteria through #4 and #5- the medical record is silent as to whether or not there was a Myocardial Infarction-

**4a.** However, the patient did experience weakness, nausea, loss of consciousness abnormal heart rhythms (V-tach and V-Fib) blood pressure decrease requiring epinephrine and dopamine to control hypotension. On January 31, 2002, Ms. Clay had an ECG which showed antrolateral infarct noted.

**4b.** Reviewing lab studies on Jan 31, 2002 her CPK MV (her normal 0.58) found to be 10.2- continued to rise through Feb 2, 2002 to level of 21.1 (greater than 3x rise in CPKMB). Ms. Clay passed away 2/3/02 due to ventricular arrhythmia.

**5.** The death summary did not rule out the possibility of myocardial infarction. Cardiology consult during hospital stay did not rule out Myocardial Infarction.

It is therefore apparent that Ms. Clay did meet the injury gate criteria to be admitted into the Vioxx claim due to acute Myocardial Infarction- silent to the record- but present in lab results and not being ruled out in death summary and in-house cardiology consult.

Respectfully,

Dr. Grover Hershberger, D.O.
Immediate Medical Care
(316)409-0951-cell

**EXHIBIT 2.2.1.1**

**INJURY GATE CRITERIA**

**Definition of Myocardial Infarction.**

1. A final or discharge diagnosis in contemporaneous medical records of a myocardial infarction or heart attack.



2. A diagnosis or affirmative finding in the contemporaneous medical records (e.g., a report of consultation) by a cardiologist of a myocardial infarction or heart attack; or, within 14 days of discharge from the hospitalization related to the Event, an independent diagnosis by a treating cardiologist that the Event was a myocardial infarction or heart attack; provided that, in either instance, the final or discharge diagnosis does not rule out a myocardial infarction.



3. If the medical records are silent as to whether or not there was a myocardial infarction, new pathological Q waves in two or more contiguous leads.



4. If the medical records are silent as to whether or not there was a myocardial infarction, (a) signs and symptoms described in medical records of a heart attack (including but not limited to chest pain, pressure, tightness or discomfort, pain or discomfort in the upper areas of the body including but not limited to one or both arms, the back, neck, jaw or stomach, or shoulders; shortness of breath, weakness, dizziness, cold sweat, or excessive sweating, nausea, weakness, fatigue, loss of consciousness or posture, lightheadedness, feeling of faintness, heart-burn or indigestion sensations, feelings of restlessness or anxiousness, a sense of impending doom, disorientation, lips, hands or feet turning slightly blue, abnormal heart rhythms (arrhythmias), or loss of consciousness, cardiac arrest, blood pressure fluctuations or drops requiring medical intervention) or new ischemic ST-T wave changes on an electrocardiogram in two or more contiguous leads; AND

(b) a rise and fall of cardiac enzymes that includes a rise in serum creatine kinase-MB (CK-MB) to greater than two times the upper limit of normal (based on the individual's laboratory's normal range) or a rise in serum cardiac troponin greater than two times the upper limit of normal that a given laboratory considers diagnostic for infarctions. (In the event that the laboratory records do not reflect the normal diagnostic range for troponin that is utilized by that specific laboratory, a rise in the troponin to greater than 1.5 ng/ml shall be deemed to indicate a myocardial infarction.)

5. An event is **not** a myocardial infarction under definition Nos. 3 or 4 above, if myocardial infarction is ruled out as a diagnosis in the discharge summary or by an in-house cardiology consult at the time of the event, or the final diagnosis is angina or unstable angina.

- 1 -

# DEATH SUMMARY

DISCHARGE DIAGNOSIS
1. Recurrent ventricular tachycardia with eventual inability to successfully resuscitate despite multiple episodes of cardiac arrest and attempts at resuscitation resulting in death.
2. Gangrenous right foot.
3. End-stage renal disease secondary to diabetic and hypertensive glomerulosclerosis.
4. Hypotension secondary to recurrent episodes of V-tach.
5. Anemia of chronic renal failure.
6. Hypoglycemia secondary to non-insulin-requiring diabetes mellitus.
7. Metabolic acidosis.

CLINICAL HISTORY
Willie Clay was a very nice 70-year-old African-American female with a history of diabetes and hypertension. She had recent history of an out-of-hospital episode of sudden death which had occurred in the dialysis unit prior to starting dialysis on 01/10/02. During that hospitalization it was suspected that she had had a cardiac arrhythmia, most likely ventricular tachycardia. For this reason she had been started on amiodarone. She was admitted this time, however, because of progressive darkening of her right foot. This was attempted to be treated by her daughter with "popping" of blisters which had developed on her right foot. The foot, however, had become progressively darker and cool, and did appear to have a dry gangrene present. The patient was admitted to the hospital for further evaluation and treatment.

PHYSICAL EXAMINATION
At the time of admission physical examination revealed a blood pressure of 94/60, pulse 80 and regular.
HEENT: Pupils were reactive. Extraocular movements intact. Oropharynx revealed moist mucosa.
NECK: Supple. There was no jugular venous distention or carotid bruit at 30 degrees.
CHEST: Chest revealed a few basilar crackles bilaterally.
CARDIOVASCULAR: Exam revealed a regular rate and rhythm without S3.
ABDOMEN: Soft and nontender. The right extremity did reveal a large blister and some erythema. She had a clotted Gore-Tex graft on the right side, as well. She atherosclerotic heart disease a Soft-Cell catheter in her right jugular system.
NEUROLOGIC: She was not thought to have any significant deficits.

| VIA CHRISTI REGIONAL MEDICAL CTR WICHITA, KANSAS | NAME: | CLAY, WILLIE S | | |
|---|---|---|---|---|
| | MR#: | 1122693 | | |
| | CASE#: | 011226930185 | | |
| | FACILITY: | St. Francis Campus | | |
| | DOB: | 08/25/1931 | PT/HOSP SVC: | I/MED |
| | AGE: | 70 | UNIT/RM#: | F3TBBT33 |
| DEATH SUMMARY 599974 | ADMIT DATE: | 01/27/2002 | DISCH. DATE: | 02/03/2002 |
| | | | | Page 1 of 3 |

## HOSPITAL COURSE

The patient was admitted. Dr. Alex Ammar was consulted. Doppler studies of the lower extremities were ordered. She was treated with Clindamycin and Rocephin. Her amiodarone was continued. Dr. Bingaman was also asked to see the patient because of the gangrenous changes in her right leg and clotted access. I had discussions with Willie and her daughters on 01/29/02 regarding the very poor outlook for her right leg. Dr. Ammar did not feel that revascularization would be of any value in preserving her lower extremity. I did agree with Dr. Bingaman and Dr. Ammar's assessment that amputation was necessary. The family wished for another surgical opinion in this regard, and we did ask Dr. Steven Howell to evaluate Willie. He too, agreed that amputation was going to be necessary, and probably an above-knee amputation. The patient was at excessive risk for perioperative complications, especially because of her poor overall clinical status, poor nutritional status, and her recent cardiac arrest. The family was also concerned with the patient's poor nutritional status and wished to put off her surgery until she was in better shape. Unfortunately, my concern was with progression of her gangrenous changes in her right lower extremity and the possibility of superimposed systemic infection, I did not feel that we had much time to wait for the amputation. Dr. Hussam Farhoud was also called in to follow with the patient during this time because of her previous episode of out-of-hospital sudden death.

The patient was found unresponsive later on the evening of 01/31/02. She had successfully undergone dialysis that day without incident. She was found to be in ventricular fibrillation. The ACLS protocol was followed. She was successfully resuscitated and transferred to the burn unit, as this was where we had an available intensive care unit bed. I saw her that evening at 2040. She was in and out of V-tach. I did have Dr. Farhoud come in and he helped participate in her care that evening. Lidocaine drip was ordered. We discussed at length with the family the very poor outlook with this patient's multiple medical problems, and now recurrent episodes of V-tach. The family, however, did wish for full support. She was intubated on a ventilator at that point, and I did ask Dr. Spann to help with ventilator management. Plans were also made for Dobbhoff placement and nutritional support. She was able to undergo dialysis on 02/01/02. Dr. Farhoud and Dr. Spann did follow the patient. She did have attempts to wean off the ventilator which was done by Dr. Spann on 02/02/02, and she was subsequently extubated. Unfortunately, she required re-intubation later that evening and did have a code-blue. She went into V-tach at that point and was seen by Dr. Ravi Bajaj, who did assist in her management. He discussed at length the patient's very poor prognosis, especially because of her recurrent ventricular tachycardia which was occurring despite amiodarone and lidocaine. She also had marked hypotension, and the patient became dependent on epinephrine simply to maintain her blood pressure.

| VIA CHRISTI REGIONAL MEDICAL CTR WICHITA, KANSAS | NAME: | CLAY, WILLIE S | | |
|---|---|---|---|---|
| | MR#: | 1122693 | | |
| | CASE#: | 011226930185 | | |
| | FACILITY: | St. Francis Campus | | |
| DEATH SUMMARY 599974 | DOB: | 08/25/1931 | PT/HOSP SVC: | I/MED |
| | AGE: | 70 | UNIT/RM#: | F3TBBT33 |
| | ADMIT DATE: | 01/27/2002 | DISCH. DATE: | 02/03/2002 |

Page 2 of 3

She continued to have recurrent episodes of ventricular tachycardia. Dr. Linda Francisco discussed the very high likelihood that this patient would not be able to survive the multiple episodes of V-tach. The family did subsequently decide that no further attempts were warranted, and the patient subsequently did expire and was pronounced deceased on 0946, 02/03/2002.

_____
Michael E Grant, M.D.

Dictated by Michael E Grant, M.D.
Job #: 744448   D: 02/13/2002   T: 02/19/2002 8:06 P /bc
cc:   Michael E Grant, M.D.

| VIA CHRISTI REGIONAL MEDICAL CTR WICHITA, KANSAS | NAME: | CLAY, WILLIE S | | |
|---|---|---|---|---|
| | MR#: | 1122693 | | |
| | CASE#: | 011226930185 | | |
| | FACILITY: | St. Francis Campus | | |
| DEATH SUMMARY 599974 | DOB: | 08/25/1931 | PT/HOSP SVC: | I/MED |
| | AGE: | 70 | UNIT/RM#: | F3TBBT33 |
| | ADMIT DATE: | 01/27/2002 | DISCH. DATE: | 02/03/2002 |
| | | | | Page 3 of 3 |

| DATE FEB 03 2002 | TEMP | PULSE BP | 0700 | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 1600 | 1700 | 1800 | 1900 | 2000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROOM 33 | 105 | 230 | | | | | | | | | | | | | | |
| | 104 | 220 | | | | | | | | | | | | | | |
| O = PULSE | 103 | 210 | | | | | | | | | | | | | | |
| X = TEMP | 102 | 200 | | | | | | | | | | | | | | |
| ✕ = CUFF BP | 101 | 190 | | | | | | | | | | | | | | |
| ● = ARTERIAL LINE | 100 | 180 | | | | | | | | | | | | | | |
| | 99 | 170 | | | | | | | | | | | | | | |
| — * AUGMENTED DIASTOLIC PRESSURE | 98 | 160 | | | | | | | | | | | | | | |
| | 97 | 150 | | | | | | | | | | | | | | |
| | 96 | 140 | | | | | | | | | | | | | | |
| | 95 | 130 | | | | | | | | | | | | | | |
| | | 120 | | | | | | | | | | | | | | |
| | | 110 | V | V | | | | | | | | | | | | |
| EPI .002 | | 100 | | | V | | | | | | | | | | | |
| DOP .5 | | 90 | | | | | | | | | | | | | | |
| | | 80 | | | | | | | | | | | | | | |
| | | 70 | ● ● | ● | | | | | | | | | | | | |
| | | 60 | | | | | | | | | | | | | | |
| | | 50 | | | | | | | | | | | | | | |
| | | 40 | | | | | | | | | | | | | | |
| | | 30 | | | | | | | | | | | | | | |

| | 0700 | 0800 | 0900 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAIN SCALE SCORE | | | | | | | | | | | | | | |
| PAS / PAD | | | | | | | | | | | | | | |
| CVP / PAWP | | | | | | | | | | | | | | |
| VENT. RATE / PT. RATE | 12/12 | 12/12 | 12/12 | | | | | | | | | | | |
| TV / MODE | 400 | 400 | 400 | | | | | | | | | | | |
| O₂ / FIO₂ | 45% | 45 | 45 | | | | | | | | | | | |
| PEEP / PRESSURE SUPPORT | 3/8 | 3/8 | 3/8 | | | | | | | | | | | |
| O₂ SAT / SVO₂ | 100 | 100 | 100 | | | | | | | | | | | |
| SUCTIONING | | | | | | | | | | | | | | |
| ACTIVITY B=BACK C=CHAIR | | | | | | | | | | | | | | |

INTAKE:
- ORAL / IV Med
- TUBE FEEDING
- IV
- Lidocaine: 45 | 45/70 | 45/35
- Epi: 19 | 19/18 | 19/37

OUTPUT:
- URINE: CRF
- CHEST TUBE

PHYSICIAN VISIT



DISMISSAL SUMMARY OF LAB RESULTS AS OF   02/../02 0004

## CHEMISTRY

---- ROUTINE BLOOD CHEMISTRY ----

| TEST | MAGNESIUM |
|---|---|
| LOW | 1.9 |
| HIGH | 2.7 |
| UNITS | MG/DL |
| 01/31/02 2150 | 1.5 L |
| 02/01/02 0450 | 2.2 |
| 02/02/02 0425 | 1.8 L |
| 02/02/02 1705 | 1.6 L |
| 02/03/02 0412 | 1.5 L |
| 02/03/02 0905 | 1.8 L |

---- ENZYMES ----

| TEST | ALK PHOS | ALT-SGPT | AST-SGOT | CPK |
|---|---|---|---|---|
| LOW | 34 | 7 | 13 | 32 |
| HIGH | 104 | 52 | 39 | 237 |
| UNITS | U/L | U/L | U/L | U/L |
| 01/27/02 1851 | 367 H | 22 | 29 | |
| 01/31/02 1920 | | | | 305 H |
| 01/31/02 2150 | | | | 340 H |
| 02/01/02 0450 | | | | 411 H |
| 02/01/02 1200 | | | | 457 H |
| 02/02/02 1705 | | | | 952 H |
| 02/03/02 0905 | | | | 888 H |

---- CARDIAC MARKERS ----

| TEST | CKMB MASS | CKMB MASS INDX | TROPONIN I |
|---|---|---|---|
| LOW | 0.0 | 0.0 | 0.00 |
| HIGH | 5.8 | 1.5 | 1.00 |
| UNITS | NG/ML | | NG/ML |
| 01/31/02 1920 | 10.2 H | 3.3 H | |
| 01/31/02 2150 | 11.0 H | | |
| 02/01/02 0450 | 12.2 H | 3.0 H | <0.50 |
| 02/01/02 1200 | 12.0 H | 2.6 H | <0.50 |
| 02/02/02 1705 | 21.1 H | 2.2 H | <0.50 |
| 02/02/02 1725 | | | <0.50 |
| 02/03/02 0215 | | | <0.50 |
| 02/03/02 0412 | | | <0.50 |
| 02/03/02 0905 | 13.1 H | 1.5 | <0.50 |

--- RESPIRATORY THERAPY - ARTERIAL BLOOD GASES ---

| TEST | PH | PCO2 | PO2 | HCO3 | CO2 CT | BASE EXCESS | O2 SAT | FIO2 |
|---|---|---|---|---|---|---|---|---|
| LOW | 7.35 | 35 | 80 | 22 | 23 | 0 | 90.0 | |
| HIGH | 7.45 | 45 | 100 | 26 | 27 | 2 | 97.0 | |
| UNITS | | MMHG | MMHG | MEQ/L | MEQ/L | | % | % |
| 01/31/02 1928 | 7.46 H | 26 L | 457 H | 18 L | 19 L | -4 L | 100.0 H | 100 |
| 01/31/02 2025 | 7.33 L | 45 | 103 H | 23 | 24 | -3 L | 97.3 H | 60 |
| 02/01/02 0522 | 7.35 | 42 | 149 H | 23 | 24 | -3 L | 99.1 H | 60 |
| 02/01/02 1031 | 7.34 L | 42 | 134 H | 22 | 23 | -4 L | 98.7 H | 50 |
| 02/02/02 0607 | 7.33 L | 35 | 103 H | 18 L | 19 L | -7 L | 97.1 H | 40 |
| 02/02/02 1546 | 7.35 | 40 | 92 | 22 | 23 | -4 L | 96.5 | 40 |

**Footnotes**
L = LOW, H = HIGH

VIA CHRISTI REGIONAL MEDICAL CENTER
CLINICAL LABORATORY
WICHITA, KANSAS
CLIA # 17-D-0452076
CLIA # 17-D-0451945

**CLAY, WILLIE S**
MED. REC.#: (00000)1122693
CASE: 1122693-0185   PAT TYPE: INPATIENT
SEX: F   AGE:   70 YRS
DR: GRANT MICHAEL E (WNG)

CONTINUED....

PAGE:   4

# KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT
## Office of Vital Statistics
### CERTIFICATE OF DEATH

**BLACK TYPE ONLY — FOR INSTRUCTIONS SEE HANDBOOK**

Stamp: 2-7-02

**STATE FILE NUMBER:**

**DECEDENT**

1. DECEDENT'S NAME: Willie Sue Clay
2. SEX: F
3. DATE OF DEATH: 2-3-02
4. SOCIAL SECURITY NUMBER: 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
5a. AGE—Last Birthday (Yrs.): 70
6. DATE OF BIRTH: 8-25-31
7. BIRTHPLACE: Sunflower, MS
8. WAS DECEDENT EVER IN U.S. ARMED FORCES: No
9a. PLACE OF DEATH: Hospital — Inpatient
9b. FACILITY NAME: Via Christi St. Francis Medical Cntr
9c. CITY, TOWN OR LOCATION OF DEATH: Wichita
9d. COUNTY OF DEATH: Sedgwick
10. MARITAL STATUS: Widowed
11. SURVIVING SPOUSE:
12a. DECEDENT'S USUAL OCCUPATION: Homemaker
12b. KIND OF BUSINESS/INDUSTRY: Domestic
13a. RESIDENCE—STATE: Kansas
13b. COUNTY: Sedgwick
13c. CITY, TOWN, OR LOCATION AND ZIP CODE: Wichita 67214
13d. STREET AND NUMBER: 2912 E. Elm
13e. INSIDE CITY LIMITS?: Yes
14. ANCESTRY: African-American
15. RACE: Black
16. DECEDENT'S EDUCATION:

**PARENTS**

17. FATHER'S NAME: Charlie Box Williams
18. MOTHER'S NAME: Sue Willie Brown

**INFORMANT**

19a. INFORMANT'S NAME: Tina Pouncil
19b. MAILING ADDRESS: 545 N. Green; Wichita, KS 67214

**DISPOSITION**

20a. METHOD OF DISPOSITION: Burial
21a. FUNERAL SERVICE LICENSEE: #2188
21b. NAME OF EMBALMER & LICENSE NO.: Michael D. Vann #3182
22. NAME AND ADDRESS OF FIRM: Vann Funeral Services; 1211 N. Cleveland; Wichita, KS 67214

**CERTIFIER**

23a. Signature: (Michael Bretton?)
23b. DATE SIGNED: 2/7/02

**CAUSE OF DEATH**

PART I.
a. IMMEDIATE CAUSE: Recurrent Ventricular Arrhythmias
b. DUE TO: Atherosclerotic Coronary Vasc Dis
c. DUE TO: Diabetes Mellitus

PART II. Other significant conditions:
End Stage Renal Disease
DR4 Compkns (R) CAG

27. AUTOPSY: No
28. WAS CASE REFERRED TO CORONER: No
29. MANNER OF DEATH: Natural

VS-231 Rev. 4/90