RECEIVED

SEP - 9 2009

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

**ROBERT C. MCHUGH**
1022 Second Street
Morgan City, La. 70380
September 6, 2009

Seeger Weiss, Attorneys At Law
550 Broad Street
Newark, New Jersey 07102-4573

Attn: Sindhu S. Daniel                 Re: Vioxx Settlement – Robert C. McHugh

Dear Mr. Daniel:

This will acknowledge receipt of a Vioxx Settlement Statement dated August 26, 2009.
In this statement there are expenses listed for this settlement that I just do not understand.

The original contract that I signed indicated that I would not be responsible for paying
any expenses – none.  How is it that now Seeger Weiss can arbitrarily change the
obligations of the contract to include expenses?

Also, on July 1, 2009 I spoke with someone named Kevin and at that time reluctantly
accepted the offered settlement of $5,000.  Kevin mentioned nothing of expenses coming
out of the settlement.  He also said that I would be receiving a check in 3 to 4 weeks.
That was on July 1st and it is now September 6, 68 days or exactly 9 weeks and 5 days
since I spoke with "Kevin".  Point made.  Why the delay?  I asked this question to the
lady that called me.  She had no answer.

I would like a logical explanation as to why I am now responsible for expenses.  I know
that you do not have an answer on the delay.

Very truly yours,

Robert C. McHugh

CC: Judge Eldon E. Fallon (United States District Court, Eastern District of Louisiana)