UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



|   |   |   |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|   | : |   |
|   | : | JUDGE FALLON |
|   | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Alvarado, et al. v. Merck & Co. Inc.*, Case No. 06-5980 (as to Larry Long only)

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Debra Long. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 7th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Larry and Debra Long
P.O. Box 2335
Woodstock, GA 30118

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1