The UPS Store
1720 Mars Hill Rd Suite 8
Acworth, GA. 30101
770-528-0901 770-528-0902 Fax
email store2925@theupsstore.com



# FAX

To: Judge Fallon

Company: U.S. Court LA

Fax number: 504 589 6966

Date: 8/24/09

From: Debra Long

Phone number: 6785087449

Fax number:

Total pages: 4 + cover

Job number:

The UPS Store

# Urgent

August 24, 2009

U.S. Court
Judge Fallon
500 Poydras, RmC, Ste 456
New Orleans, La 70130

Re: Larry L. Long – VCN 1098207
Vioxx – Hardship Claim

Dear Judge Fallon

We are writing because we have been approved for a hardship claim – Vioxx claim – Brown & Greer they are trying to assist us. We have a eviction + urgent needs. Our hardship was review on last Thursday 8/20/09. Our attorney office Miller Law Firm will not call me, I talked to a Felicia Coleman a paralegal + asked what I need to do. She faxed the letter. Our doctor, Runnaway medical records with stroke + rehab + Occupation + speech therapy records were destroyed. There are no other records prior to the stroke + after – all we

have are a statement from Dr. Dunnaway stating # (Larry Long) had samples the amt, the duration the stroke, + injuries it cause. He is not our doctor now he moved out of town.

Our attorney just faxed the letter by my request on today regarding incomplete that cuts the 14 days down to 9½ day of completing any info. We need our attorney to check the portal daily & notify us. They are do not know how the crisis is effecting

Larry Loney - Please help me! They are being paid when the class case is complete but we are receiving very poor service. I called 1 week ago + they keep telling me attorney Gomez + attorney Michell Mizzno are not available. It is so frustrating!

Debra Loney
678 508 7044g
PO Box 2335
Woodstock GA 30188

5383 Astoria Park Dr
Acworth, GA 30101



Debra Long
*(signature)* Debra Long

Michael Berg
*(signature)*

[Notary seal: MICHAEL BERG, NOTARY PUBLIC, GEORGIA, COBB COUNTY, EXPIRES FEB. 01, 2011]