UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| Plaintiff Blake Dave Sarles, Jr. et ux v. Merck & Co, Inc. Docket# 2:06-cv-03122 | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF HEARING ON MOTION FOR RELEASE FROM JUDGMENT

The court is in receipt of Plaintiffs' Motion for Relief From Judgment.

The hearing on Plaintiffs' Motion From Judgment is set for 9:00 a.m. on Wednesday, December 2, 2009.

New Orleans, Louisiana, this _____th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE