UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

This document relates to: 06-1493, Thomas v. Merck & Co., Inc.

## ORDER

The Court is in receipt of a copy of Vioxx Claimant Edward Earl Thomas's Last Will and Testament. The Court will not forward this document, but will instead retain it UNDER SEAL in the interest of privacy.

New Orleans, Louisiana, this 7th day of October, 2009.

*[signature]*
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Edward Earl Thomas
208 S. Harrisson
Saginaw, MI 48602

1