UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to all Claimants on the | * | |
| attached Exhibits A and B | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

******************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Rights of Certain Tolling Claimants Should Not Be Extinguished (R.Doc. 19360) came on for hearing on the 24th day of June, 2009.  For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that the claims of all tolling claimants listed on the attached Exhibit A be and they hereby are extinguished, and the Tolling Agreement (Notice filed in the MDL Court on June 9, 2005) is hereby voided as to those claimants.

**IT IS FURTHER ORDERED** that the motion is deferred until October 29, 2009, at 9:00 a.m. as to the five claimants on the attached Exhibit B.

**NEW ORLEANS, LOUISIANA**, this  14th   day of        October        , 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

995388v.1

## Exhibit A

## Tolling Claimants Whose Claims are Extinguished
## and for whom the Tolling Agreement is Voided

|  | **Primary Counsel** | **VCN** | **Claimant Name** |
|---|---|---|---|
| 1. | Davis & Norris, LLP | 1023733 | Green, Doris L. |
| 2. | Davis & Norris, LLP | 1023906 | Miles, Darell |
| 3. | Davis & Norris, LLP | 1023951 | Nutt, Bill |
| 4. | Davis & Norris, LLP | 1024036 | Roy, Cheryl Ann |
| 5. | Davis & Norris, LLP | 1024066 | Smith, Betty |
| 6. | Davis & Norris, LLP | 1024191 | Yancey, Jill |
| 7. | DeHart Crockett, PC | 1107395 | Franklin, Brenda K. |
| 8. | Fenner & Boles LLC | 1029190 | Hall, Charles E. |
| 9. | Fenner & Boles LLC | 1029226 | Hofmann, Mary |
| 10. | Gallagher Law Firm (TX) | 1104461 | Dickerson, Esther |
| 11. | Gallagher Law Firm (TX) | 1104468 | Dunkle, Betty |
| 12. | Gallagher Law Firm (TX) | 1104492 | Fondren, Christine |
| 13. | Gallagher Law Firm (TX) | 1104702 | Rechtfertig, Scott C. |
| 14. | Gallagher Law Firm (TX) | 1104757 | Smith, Edna |
| 15. | Gallagher Law Firm (TX) | 1104758 | Smith, Glenn |
| 16. | Gallagher Law Firm (TX) | 1104770 | Stainbrook, Nancy |
| 17. | Gallagher Law Firm (TX) | 1104799 | Wade, Leon |
| 18. | Gallagher Law Firm (TX) | 1104809 | Ware, Betty |
| 19. | Gallagher Law Firm (TX) | 1104841 | Wooten, Reba |
| 20. | Harang, Jack W., APLC | 1082321 | Conway, Robert L. |
| 21. | Harang, Jack W., APLC | 1082328 | Diederich, Sheila |
| 22. | Harang, Jack W., APLC | 1082164 | Dooley, Barbara A. |
| 23. | Harang, Jack W., APLC | 1082226 | Dunn, Rubert E. |
| 24. | Harang, Jack W., APLC | 1082358 | Hayes, Lucy P. |
| 25. | Harang, Jack W., APLC | 1082343 | Holder, John |
| 26. | Harang, Jack W., APLC | 1082384 | Hudson, Robert L. |
| 27. | Harang, Jack W., APLC | 1082347 | Lucious, Paul |
| 28. | Harang, Jack W., APLC | 1082187 | Marlow, Junilla .. |
| 29. | Harang, Jack W., APLC | 1082376 | Maston, Sarah M. |
| 30. | Harang, Jack W., APLC | 1082194 | Nolen, Timothy L. |
| 31. | Harang, Jack W., APLC | 1082364 | Payton, Lavoughn |
| 32. | Harang, Jack W., APLC | 1082198 | Sneed, Gwendolyn |
| 33. | Harang, Jack W., APLC | 1082337 | Stahlman, Walter D. |
| 34. | Harang, Jack W., APLC | 1082280 | Swicegood, Gail |

|     | **Primary Counsel**            | **VCN**  | **Claimant Name**                   |
| --- | ------------------------------ | -------- | ----------------------------------- |
| 35. | Hollis, Wright & Harrington    | 1066965  | Brewer, Rondie                      |
| 36. | Hollis, Wright & Harrington    | 1066986  | Fraser, Harold                      |
| 37. | Hollis, Wright & Harrington    | 1067004  | Howard, Cathy Bradshaw For Catherine |
| 38. | Hollis, Wright & Harrington    | 1067033  | Richardson, Dale                    |
| 39. | Hollis, Wright & Harrington    | 1067056  | Walker, Lizzie M.                   |
| 40. | Langston & Langston, PLLC      | 1097645  | Perkins, Willie M.                  |
| 41. | Langston & Langston, PLLC      | 1097637  | Robinson, Mamie                     |
| 42. | Levensten Law Firm, P.C.       | 1111956  | Ibrahim, Nazir                      |
| 43. | Levin Fishbein Sedran & Berman | 1009149  | Harriman, Clarence B.               |
| 44. | Levin Fishbein Sedran & Berman | 1009140  | Wade, Deborah                       |
| 45. | Lopez, McHugh LLP              | 1111990  | Arnold, Otelia                      |
| 46. | Lopez, McHugh LLP              | 1092466  | Hall, John                          |
| 47. | Lopez, McHugh LLP              | 1092474  | Haskins, Alice                      |
| 48. | Lopez, McHugh LLP              | 1092503  | Isbell, Julie L.                    |
| 49. | Lopez, McHugh LLP              | 1112003  | Masters, Joe                        |
| 50. | Lopez, McHugh LLP              | 1112010  | Schlauch, Elizabeth                 |
| 51. | Lopez, McHugh LLP              | 1092323  | Schrah, Phyllis D.                  |
| 52. | Lopez, McHugh LLP              | 1092687  | Souders, Joseph A.                  |
| 53. | Mayfield & Ogle, PA            | 1101084  | Champa, Gerald                      |
| 54. | Mayfield & Ogle, PA            | 1101115  | Kirby, Delores J.                   |
| 55. | Mayfield & Ogle, PA            | 1101116  | Kirby, Kenneth N.                   |
| 56. | Mayfield & Ogle, PA            | 1101146  | Smith, Alice R.                     |
| 57. | Monsour Law Firm, The          | 1036048  | Bridges, Margie                     |
| 58. | Monsour Law Firm, The          | 1036100  | Lee, Wanda J.                       |
| 59. | Mulligan Law Firm              | 1008967  | Johnson, Enide T.                   |
| 60. | Mulligan Law Firm              | 1008980  | Prewitt, Loyall W.                  |
| 61. | Powell and Majestro, PLLC      | 1093206  | Brown, Sharon D.                    |
| 62. | Powell and Majestro, PLLC      | 1093214  | Crisp, Margaret K.                  |
| 63. | Powell and Majestro, PLLC      | 1093268  | O'Brien, Valerie P.                 |
| 64. | Powell and Majestro, PLLC      | 1093297  | Varney, David R.                    |
| 65. | Pro Se                         | 1114821  | Beal, Louise                        |
| 66. | Pro Se                         | 1082614  | Bray, Franklin Wayne                |
| 67. | Pro Se                         | 1100367  | Breed, Carl                         |
| 68. | Pro Se                         | 1057185  | Byrd, Bobbie                        |
| 69. | Pro Se                         | 1113287  | Cartwright, Nora M.                 |
| 70. | Pro Se                         | 1113355  | Crenshaw, Larry Paul                |

|  | **Primary Counsel** | **VCN** | **Claimant Name** |
|---|---|---|---|
| 71. | Pro Se | 1113809 | Harris, Brenda Diane |
| 72. | Pro Se | 1113181 | Higgs, Reginal Eugene |
| 73. | Pro Se | 1113184 | Hopkins, Regina |
| 74. | Pro Se | 1113315 | Horan, Benita M. |
| 75. | Pro Se | 1101765 | Kelley, Sheryl D. |
| 76. | Pro Se | 1056168 | King, Linda Mae |
| 77. | Pro Se | 1059838 | Morris, Ronnette Jean |
| 78. | Pro Se | 1107654 | Potts, Betty |
| 79. | Pro Se | 1080692 | Simmons, Mary E. |
| 80. | Pro Se | 1055963 | Slatten, Danny Wayne |
| 81. | Pro Se | 1080796 | Smith, Lois Jean |
| 82. | Pro Se | 1113790 | Tiller, Catherine H. |
| 83. | Ruiz, John H., PA, Law Firm of | 1069241 | Acebal, Caridad |
| 84. | Ruiz, John H., PA, Law Firm of | 1069243 | Acosta, Olga |
| 85. | Ruiz, John H., PA, Law Firm of | 1069244 | Aguilera, Geraldo |
| 86. | Ruiz, John H., PA, Law Firm of | 1069253 | Alonso, Paula |
| 87. | Ruiz, John H., PA, Law Firm of | 1069254 | Alonso, Rogerio |
| 88. | Ruiz, John H., PA, Law Firm of | 1069258 | Alvarez, Barbaro |
| 89. | Ruiz, John H., PA, Law Firm of | 1069259 | Alvarez, Eladio S. |
| 90. | Ruiz, John H., PA, Law Firm of | 1069263 | Alvarez, Mirta |
| 91. | Ruiz, John H., PA, Law Firm of | 1069265 | Amador, Ela |
| 92. | Ruiz, John H., PA, Law Firm of | 1069269 | Arcas, Nicolas |
| 93. | Ruiz, John H., PA, Law Firm of | 1069276 | Arteaga, Raul |
| 94. | Ruiz, John H., PA, Law Firm of | 1069279 | Avila, Isabel |
| 95. | Ruiz, John H., PA, Law Firm of | 1069280 | Badell, Himilse B. |
| 96. | Ruiz, John H., PA, Law Firm of | 1069282 | Balaban, Dolores |
| 97. | Ruiz, John H., PA, Law Firm of | 1069283 | Barbar, Alicia |
| 98. | Ruiz, John H., PA, Law Firm of | 1069287 | Barrientos, Miriam |
| 99. | Ruiz, John H., PA, Law Firm of | 1069296 | Berdion, Nieves |
| 100. | Ruiz, John H., PA, Law Firm of | 1069300 | Bisio, Ricardo |
| 101. | Ruiz, John H., PA, Law Firm of | 1069301 | Blanco, Luzelsy |
| 102. | Ruiz, John H., PA, Law Firm of | 1069302 | Blanco, Santa |
| 103. | Ruiz, John H., PA, Law Firm of | 1069304 | Bombino, Pilar |
| 104. | Ruiz, John H., PA, Law Firm of | 1069305 | Bompeixe, Edson Luiz |
| 105. | Ruiz, John H., PA, Law Firm of | 1069306 | Bonavia, Carmen L. |
| 106. | Ruiz, John H., PA, Law Firm of | 1069308 | Borrayo, Migdalia |

|      | **Primary Counsel**           | **VCN**  | **Claimant Name**         |
|------|-------------------------------|----------|---------------------------|
| 107. | Ruiz, John H., PA, Law Firm of | 1069313 | Bueno, Carlos             |
| 108. | Ruiz, John H., PA, Law Firm of | 1069317 | Bugnes, Ercilio           |
| 109. | Ruiz, John H., PA, Law Firm of | 1069318 | Buitrago, Marta           |
| 110. | Ruiz, John H., PA, Law Firm of | 1069319 | Burroto, Gladys           |
| 111. | Ruiz, John H., PA, Law Firm of | 1069321 | Cabezas, Sara             |
| 112. | Ruiz, John H., PA, Law Firm of | 1069322 | Cabrera, Helffrida Z.     |
| 113. | Ruiz, John H., PA, Law Firm of | 1069329 | Cadi, Lucrecia D.         |
| 114. | Ruiz, John H., PA, Law Firm of | 1069334 | Campo, Jose Giovanni      |
| 115. | Ruiz, John H., PA, Law Firm of | 1069337 | Capeztany, Acenth         |
| 116. | Ruiz, John H., PA, Law Firm of | 1069338 | Caraballo, Lourdes Dolores|
| 117. | Ruiz, John H., PA, Law Firm of | 1069355 | Chamorro, Alfredo         |
| 118. | Ruiz, John H., PA, Law Firm of | 1069356 | Checa, Eugenio            |
| 119. | Ruiz, John H., PA, Law Firm of | 1069372 | Cruz, Lucille             |
| 120. | Ruiz, John H., PA, Law Firm of | 1069378 | De La Cruz, Humberto      |
| 121. | Ruiz, John H., PA, Law Firm of | 1069379 | De La Cruz, Minerva       |
| 122. | Ruiz, John H., PA, Law Firm of | 1069383 | Del Carmen, Zoyla         |
| 123. | Ruiz, John H., PA, Law Firm of | 1069388 | Deschamps, Belkis         |
| 124. | Ruiz, John H., PA, Law Firm of | 1069393 | Diaz, Irene E.            |
| 125. | Ruiz, John H., PA, Law Firm of | 1069394 | Diaz, Jose M.             |
| 126. | Ruiz, John H., PA, Law Firm of | 1069396 | Diaz, Maria               |
| 127. | Ruiz, John H., PA, Law Firm of | 1069398 | Diaz, Regla               |
| 128. | Ruiz, John H., PA, Law Firm of | 1069399 | Doce, Mirtha E.           |
| 129. | Ruiz, John H., PA, Law Firm of | 1069402 | Dominguez, Sofia          |
| 130. | Ruiz, John H., PA, Law Firm of | 1069403 | Draschner, Hilda          |
| 131. | Ruiz, John H., PA, Law Firm of | 1069404 | Dreyfus, Flor             |
| 132. | Ruiz, John H., PA, Law Firm of | 1069407 | Durarte, Maria Luisa      |
| 133. | Ruiz, John H., PA, Law Firm of | 1069412 | Escobar, Violeta          |
| 134. | Ruiz, John H., PA, Law Firm of | 1069414 | Espilda, Alejandrina      |
| 135. | Ruiz, John H., PA, Law Firm of | 1069415 | Espinosa, Jorge F.        |
| 136. | Ruiz, John H., PA, Law Firm of | 1069426 | Faull, Wernner            |
| 137. | Ruiz, John H., PA, Law Firm of | 1069432 | Fitzpatrick, Maria        |
| 138. | Ruiz, John H., PA, Law Firm of | 1069435 | Flores, Maritza           |
| 139. | Ruiz, John H., PA, Law Firm of | 1069436 | Flores, Santos            |
| 140. | Ruiz, John H., PA, Law Firm of | 1069439 | Galarrago, Rosario        |
| 141. | Ruiz, John H., PA, Law Firm of | 1069442 | Galvan, Danilo            |

| | **Primary Counsel** | **VCN** | **Claimant Name** |
|---|---|---|---|
| 142. | Ruiz, John H., PA, Law Firm of | 1069443 | Galvez, Rolando |
| 143. | Ruiz, John H., PA, Law Firm of | 1069444 | Gamboa, Noel |
| 144. | Ruiz, John H., PA, Law Firm of | 1069448 | Garcia, Alejandro |
| 145. | Ruiz, John H., PA, Law Firm of | 1069449 | Garcia, Alfredo |
| 146. | Ruiz, John H., PA, Law Firm of | 1069450 | Garcia, Bienvenido |
| 147. | Ruiz, John H., PA, Law Firm of | 1069452 | Garcia, Delfin |
| 148. | Ruiz, John H., PA, Law Firm of | 1069453 | Garcia, Eduardo |
| 149. | Ruiz, John H., PA, Law Firm of | 1069456 | Garcia, Jorge |
| 150. | Ruiz, John H., PA, Law Firm of | 1069458 | Garcia, Juana |
| 151. | Ruiz, John H., PA, Law Firm of | 1069462 | Garcia, Moraima |
| 152. | Ruiz, John H., PA, Law Firm of | 1069465 | Gaytan, Ana |
| 153. | Ruiz, John H., PA, Law Firm of | 1069468 | Gil, Juana |
| 154. | Ruiz, John H., PA, Law Firm of | 1069475 | Gonzalez, Ceida |
| 155. | Ruiz, John H., PA, Law Firm of | 1069477 | Gonzalez, Jose |
| 156. | Ruiz, John H., PA, Law Firm of | 1069481 | Granado, Juan |
| 157. | Ruiz, John H., PA, Law Firm of | 1069483 | Gravina, Luz |
| 158. | Ruiz, John H., PA, Law Firm of | 1069484 | Greco, Elba |
| 159. | Ruiz, John H., PA, Law Firm of | 1069488 | Guitierrez, Caridad |
| 160. | Ruiz, John H., PA, Law Firm of | 1069489 | Guitierrez, Femylda |
| 161. | Ruiz, John H., PA, Law Firm of | 1069490 | Guzman, Ligia |
| 162. | Ruiz, John H., PA, Law Firm of | 1069491 | Guzman, Maria |
| 163. | Ruiz, John H., PA, Law Firm of | 1069492 | Hechavarria, Carmen |
| 164. | Ruiz, John H., PA, Law Firm of | 1069494 | Heredero, Ricardo |
| 165. | Ruiz, John H., PA, Law Firm of | 1069498 | Hernandez, Fermina |
| 166. | Ruiz, John H., PA, Law Firm of | 1069499 | Hernandez, Genaro |
| 167. | Ruiz, John H., PA, Law Firm of | 1069501 | Hernandez, Josefa Caridad |
| 168. | Ruiz, John H., PA, Law Firm of | 1069502 | Hernandez, Juan Ramon |
| 169. | Ruiz, John H., PA, Law Firm of | 1069503 | Hernandez, Manuel |
| 170. | Ruiz, John H., PA, Law Firm of | 1069504 | Hernandez, Nancy I. |
| 171. | Ruiz, John H., PA, Law Firm of | 1069505 | Hernandez, Nelida |
| 172. | Ruiz, John H., PA, Law Firm of | 1069507 | Hernandez, Ormedis C. |
| 173. | Ruiz, John H., PA, Law Firm of | 1069515 | Izquierdo, Delfina |
| 174. | Ruiz, John H., PA, Law Firm of | 1069516 | James, Jesse |
| 175. | Ruiz, John H., PA, Law Firm of | 1069526 | Lanz, Jorge Luis |
| 176. | Ruiz, John H., PA, Law Firm of | 1069527 | Larranaga, Irma |

|      | **Primary Counsel**           | **VCN**  | **Claimant Name**         |
|------|-------------------------------|----------|---------------------------|
| 177. | Ruiz, John H., PA, Law Firm of | 1069532 | Leyva, Manuel             |
| 178. | Ruiz, John H., PA, Law Firm of | 1069533 | Llauger, Evangelina       |
| 179. | Ruiz, John H., PA, Law Firm of | 1069535 | Longo, Jorge F.           |
| 180. | Ruiz, John H., PA, Law Firm of | 1069538 | Lopez, Julio              |
| 181. | Ruiz, John H., PA, Law Firm of | 1069539 | Lopez, Olga               |
| 182. | Ruiz, John H., PA, Law Firm of | 1069541 | Lorente, Martha R.        |
| 183. | Ruiz, John H., PA, Law Firm of | 1069543 | Lorenzo, Pura Maria R.    |
| 184. | Ruiz, John H., PA, Law Firm of | 1069544 | Luzardo, Edicta Ramona    |
| 185. | Ruiz, John H., PA, Law Firm of | 1069547 | Manzanares, Alma          |
| 186. | Ruiz, John H., PA, Law Firm of | 1069546 | Manzanares, Gabriel       |
| 187. | Ruiz, John H., PA, Law Firm of | 1069550 | Marce, Caridad            |
| 188. | Ruiz, John H., PA, Law Firm of | 1069552 | Marin, Luz B.             |
| 189. | Ruiz, John H., PA, Law Firm of | 1069551 | Marquez, Eloina           |
| 190. | Ruiz, John H., PA, Law Firm of | 1069553 | Marrero, Maria T.         |
| 191. | Ruiz, John H., PA, Law Firm of | 1069560 | Martinez, Jose            |
| 192. | Ruiz, John H., PA, Law Firm of | 1069565 | Marzo, Juana              |
| 193. | Ruiz, John H., PA, Law Firm of | 1069566 | Marzolin, Nelida          |
| 194. | Ruiz, John H., PA, Law Firm of | 1069567 | Massanet, Marbis          |
| 195. | Ruiz, John H., PA, Law Firm of | 1069576 | Medina , Rafael           |
| 196. | Ruiz, John H., PA, Law Firm of | 1069577 | Meinilla, Silvia M.       |
| 197. | Ruiz, John H., PA, Law Firm of | 1069585 | Mesa, Angela              |
| 198. | Ruiz, John H., PA, Law Firm of | 1069586 | Mesa, Domingo             |
| 199. | Ruiz, John H., PA, Law Firm of | 1069599 | Morales, Tania            |
| 200. | Ruiz, John H., PA, Law Firm of | 1069601 | Morazon, Nora             |
| 201. | Ruiz, John H., PA, Law Firm of | 1069602 | Moreno, Sandalio          |
| 202. | Ruiz, John H., PA, Law Firm of | 1069606 | Mulero, Maria             |
| 203. | Ruiz, John H., PA, Law Firm of | 1069607 | Mulgado, Dulce M. Pantaleon |
| 204. | Ruiz, John H., PA, Law Firm of | 1069611 | Naranjo, Esteban          |
| 205. | Ruiz, John H., PA, Law Firm of | 1069612 | Natalli, Walter           |
| 206. | Ruiz, John H., PA, Law Firm of | 1069613 | Negrete, Martha           |
| 207. | Ruiz, John H., PA, Law Firm of | 1069621 | Olivera, Zenaida          |
| 208. | Ruiz, John H., PA, Law Firm of | 1069622 | Ordonez, Ana              |
| 209. | Ruiz, John H., PA, Law Firm of | 1069623 | Orta, Eduardo             |
| 210. | Ruiz, John H., PA, Law Firm of | 1069626 | Ortega, Norma             |
| 211. | Ruiz, John H., PA, Law Firm of | 1069630 | Padilla, Juana            |
| 212. | Ruiz, John H., PA, Law Firm of | 1069637 | Pascual, Pedro            |
| 213. | Ruiz, John H., PA, Law Firm of | 1069638 | Pastora, Silvia           |

|      | **Primary Counsel**              | **VCN**  | **Claimant Name**          |
| ---- | -------------------------------- | -------- | -------------------------- |
| 214. | Ruiz, John H., PA, Law Firm of   | 1069642  | Pena, Zenaida              |
| 215. | Ruiz, John H., PA, Law Firm of   | 1069633  | Peredes, Leonidas          |
| 216. | Ruiz, John H., PA, Law Firm of   | 1069646  | Perez, Alberto             |
| 217. | Ruiz, John H., PA, Law Firm of   | 1069653  | Perez, Felix               |
| 218. | Ruiz, John H., PA, Law Firm of   | 1069656  | Perez, Jesus               |
| 219. | Ruiz, John H., PA, Law Firm of   | 1069655  | Perez, Jesus               |
| 220. | Ruiz, John H., PA, Law Firm of   | 1069657  | Perez, Jose                |
| 221. | Ruiz, John H., PA, Law Firm of   | 1069658  | Perez, Lidia               |
| 222. | Ruiz, John H., PA, Law Firm of   | 1069660  | Perez, Luz                 |
| 223. | Ruiz, John H., PA, Law Firm of   | 1069662  | Perez, Mayra               |
| 224. | Ruiz, John H., PA, Law Firm of   | 1069664  | Perez, Noelvis             |
| 225. | Ruiz, John H., PA, Law Firm of   | 1069665  | Perez, Oneida              |
| 226. | Ruiz, John H., PA, Law Firm of   | 1069666  | Perez, Onelia R.           |
| 227. | Ruiz, John H., PA, Law Firm of   | 1069668  | Perez, Rosendo             |
| 228. | Ruiz, John H., PA, Law Firm of   | 1069673  | Pimienta, Roberto          |
| 229. | Ruiz, John H., PA, Law Firm of   | 1069678  | Polanco, Arlene            |
| 230. | Ruiz, John H., PA, Law Firm of   | 1069679  | Porto, Maria E.            |
| 231. | Ruiz, John H., PA, Law Firm of   | 1069681  | Prado, Arismaida           |
| 232. | Ruiz, John H., PA, Law Firm of   | 1069683  | Prieto, Jesus              |
| 233. | Ruiz, John H., PA, Law Firm of   | 1069684  | Prieto, Magda              |
| 234. | Ruiz, John H., PA, Law Firm of   | 1069687  | Pujol, Mary                |
| 235. | Ruiz, John H., PA, Law Firm of   | 1069688  | Puntriano, Ingrid          |
| 236. | Ruiz, John H., PA, Law Firm of   | 1069689  | Quesada, Jorge Miguel      |
| 237. | Ruiz, John H., PA, Law Firm of   | 1069690  | Quesada, Zoraida           |
| 238. | Ruiz, John H., PA, Law Firm of   | 1069692  | Quintana, Heberto          |
| 239. | Ruiz, John H., PA, Law Firm of   | 1069693  | Raja, Rogelia              |
| 240. | Ruiz, John H., PA, Law Firm of   | 1069697  | Ramos, Pastora             |
| 241. | Ruiz, John H., PA, Law Firm of   | 1069699  | Reigada, Dalgys            |
| 242. | Ruiz, John H., PA, Law Firm of   | 1069703  | Rigo, Ana                  |
| 243. | Ruiz, John H., PA, Law Firm of   | 1069705  | Rios, Maritza              |
| 244. | Ruiz, John H., PA, Law Firm of   | 1069715  | Rodriguez, Amparo          |
| 245. | Ruiz, John H., PA, Law Firm of   | 1069719  | Rodriguez, Carlos          |
| 246. | Ruiz, John H., PA, Law Firm of   | 1069721  | Rodriguez, Ivon            |
| 247. | Ruiz, John H., PA, Law Firm of   | 1069722  | Rodriguez, Javier          |
| 248. | Ruiz, John H., PA, Law Firm of   | 1069723  | Rodriguez, Jorge           |
| 249. | Ruiz, John H., PA, Law Firm of   | 1069735  | Rodriguez, Toribia         |
| 250. | Ruiz, John H., PA, Law Firm of   | 1069737  | Rodriguez-Coello, Gloria   |
| 251. | Ruiz, John H., PA, Law Firm of   | 1069744  | Romero, Flover             |
| 252. | Ruiz, John H., PA, Law Firm of   | 1069746  | Rubier, Carmen             |
| 253. | Ruiz, John H., PA, Law Firm of   | 1069757  | Sanabria, Hilda            |

|  | **Primary Counsel** | **VCN** | **Claimant Name** |
|---|---|---|---|
| 254. | Ruiz, John H., PA, Law Firm of | 1069761 | Santana, Rosa |
| 255. | Ruiz, John H., PA, Law Firm of | 1069763 | Santiago, Sandra |
| 256. | Ruiz, John H., PA, Law Firm of | 1069769 | Socarras, Teresa |
| 257. | Ruiz, John H., PA, Law Firm of | 1069875 | Solorzano, Sonia |
| 258. | Ruiz, John H., PA, Law Firm of | 1069779 | Suarez, Maria Luisa |
| 259. | Ruiz, John H., PA, Law Firm of | 1069780 | Suarez, Olga |
| 260. | Ruiz, John H., PA, Law Firm of | 1069782 | Tapanes, Martha |
| 261. | Ruiz, John H., PA, Law Firm of | 1069783 | Tapanes, Teresa M. |
| 262. | Ruiz, John H., PA, Law Firm of | 1069785 | Tavarez, Dora S. |
| 263. | Ruiz, John H., PA, Law Firm of | 1069786 | Teijeiro, Elida Lucia |
| 264. | Ruiz, John H., PA, Law Firm of | 1069789 | Toll, Jose |
| 265. | Ruiz, John H., PA, Law Firm of | 1069790 | Toral, Maria |
| 266. | Ruiz, John H., PA, Law Firm of | 1069794 | Torres, Ricardo |
| 267. | Ruiz, John H., PA, Law Firm of | 1069797 | Ulabarro, Nery |
| 268. | Ruiz, John H., PA, Law Firm of | 1069809 | Valdivia, Adan E. |
| 269. | Ruiz, John H., PA, Law Firm of | 1069813 | Varela, Roberto J. |
| 270. | Ruiz, John H., PA, Law Firm of | 1069815 | Vargas, Cosme |
| 271. | Ruiz, John H., PA, Law Firm of | 1069817 | Vargas, Ramona |
| 272. | Ruiz, John H., PA, Law Firm of | 1069818 | Vargas, Rufina |
| 273. | Ruiz, John H., PA, Law Firm of | 1069820 | Vazquez, Santa Veronica |
| 274. | Ruiz, John H., PA, Law Firm of | 1069821 | Vega, Maria A. |
| 275. | Ruiz, John H., PA, Law Firm of | 1069823 | Vega, Serafin |
| 276. | Ruiz, John H., PA, Law Firm of | 1069826 | Velez, Jannette |
| 277. | Ruiz, John H., PA, Law Firm of | 1069832 | Verdecia, Jose |
| 278. | Ruiz, John H., PA, Law Firm of | 1069841 | Wong, Alfonso |
| 279. | Ruiz, John H., PA, Law Firm of | 1069843 | Zaldivar, Jorge |
| 280. | Salsbury, Clements, Bekman, Marder & Adkins | 1080961 | King, Heidi L. |
| 281. | Solberg, Stewart, Miller & Tjon | 1091384 | Asplin, Gregory P. |
| 282. | The Law Group, Ltd. | 1070633 | Marvin, Shirley M. |
| 283. | The Law Group, Ltd. | 1070691 | Perry, Billy R. |
| 284. | The Law Group, Ltd. | 1070785 | Tarkenton, William P. |
| 285. | Warren & Griffin, P.C. | 1106420 | Mostiller, Altia O. |
| 286. | Whitehead Law Firm | 1112038 | Johnson, Sr., Ricardo E. |
| 287. | Wilner Block, P.A. | 1093466 | Blake, Marilyn |
| 288. | Wilner Block, P.A. | 1093509 | Curry, Dwight |

|      | **Primary Counsel**  | **VCN**  | **Claimant Name**     |
|-----:|----------------------|----------|------------------------|
| 289. | Wilner Block, P.A.   | 1093526  | Edwards, Bonnie Jean   |
| 290. | Wilner Block, P.A.   | 1093596  | Kelly, Altram          |
| 291. | Wilner Block, P.A.   | 1093654  | Parker, Felicia        |
| 292. | Wilner Block, P.A.   | 1093660  | Peterson, Mary         |
| 293. | Wilner Block, P.A.   | 1093663  | Pierre, Paul           |
| 294. | Wilner Block, P.A.   | 1093677  | Roberts, Linda         |
| 295. | Wilner Block, P.A.   | 1093754  | Younger, Penny         |

## Exhibit B

## Motion Deferred Until October 29, 2009 at 9:00 a.m.

|    | **Primary Counsel**                                        | **VCN**  | **Claimant Name**   |
|----|------------------------------------------------------------|----------|---------------------|
| 1. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.        | 1003774  | Carpenter, Karen D. |
| 2. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.        | 1003775  | Pender, Kinney      |
| 3. | Freese & Goss, PLLC                                        | 1067544  | Ealn, Barbara       |
| 4. | Freese & Goss, PLLC                                        | 1067771  | Posey, Betty M.     |
| 5. | Gainsburgh, Benjamin, Davis, Meunier & Warshauer, LLC      | 1105782  | Gibson, Paula Jean  |