Exhibit A to 7th Latecomer's Motion

| Case Name | Plaintiff | Docket Number | Plaintiff Counsel |
|---|---|---|---|
| Presley, Larry | Durden, Terry | 2:09-cv-03507 | N. Albert Bacharach, Jr. PA |
| Presley, Larry | Ewell, Arleas I | 2:09-cv-03507 | N. Albert Bacharach, Jr. PA |
| Presley, Larry | Gibson, Shirley | 2:09-cv-03507 | N. Albert Bacharach, Jr. PA |
| Presley, Larry | Presley, Larry | 2:09-cv-03507 | N. Albert Bacharach, Jr. PA |
| Presley, Larry | Shade, Bruce | 2:09-cv-03507 | N. Albert Bacharach, Jr. PA |
| Presley, Larry | Stewart, Oscar | 2:09-cv-03507 | N. Albert Bacharach, Jr. PA |