Exhibit B to 7th Latecomers

| Case Name | Plaintiff | Docket Number | Plaintiff Counsel |
|---|---|---|---|
| DeAngelis, MaryAnn | DeAngelis, Joseph | 2:09-cv-03839 | Avalon Law Offices, PC |