## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Vioxx®                                        *          MDL Docket No. 1657
**Product Liability Litigation**                      *
                                                      *          SECTION L
**This document relates to:**                         *
                                                      *
*Julian Bantigue, et al.*                             *          JUDGE FALLON
*v.*                                                  *
*Merck & Co., Inc.*                                   *          MAGISTRATE JUDGE KNOWLES
                                                      *
*Only with regard to:*                                *
*Julian Bantigue*                                     *
                                                      *
*Docket No. 2:06-cv-06717*                            *
**********************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Julian Bantigue in the above-captioned case

be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 19th day of _____October_____, 2009.

_____
DISTRICT JUDGE