**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
|  | : |  |
|  | : |  |
| THIS DOCUMENT RELATES TO: | : |  |
|  | : |  |

Michael Heavrin, et al., current filed as MDL No. 05-0458
(pertaining to Janice Baum, **only**)

---

**JANICE M. BAUM'S RESPONSE IN**
**OPPOSITION TO RULE 41(b) REQUEST**

---

Pursuant to this Court's Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice (Doc. 25175), Janice M. Baum, by counsel, respectfully submits the following response:

1. On September 29, 2009, Ms. Baum, by counsel, requested an extension of time to satisfy the requirements of PTO 43. A true and correct copy of the letter from J. Williams to E. Horn requesting the extension is attached to this response as Exhibit A.

2. On that same day, counsel for the Defendant, Elaine Horn, agreed to the requested extension. A true and correct copy of the email from E. Horn to J. Williams agreeing to the extension is attached to this response as Exhibit B.

3. On October 15, 2009, after receiving and reviewing this Court's order to show cause (Doc. 25175), counsel for Ms. Baum confirmed that the previously requested extension

was still in place. A true and correct copy of the letter from J. Williams to E. Horn confirming the previously agreed to extension of time is attached to this response as Exhibit C.

4. On October 16, 2009, counsel for the defendant, Elaine Horn, confirmed that Ms. Baum had an extension of time to satisfy the requirements of PTO 43. A true and correct copy of the email from E. Horn to J. William confirming the extension of time is attached to this response as Exhibit D.

5. Considering that the defendant has agreed to an extension of time for Ms. Baum to meet the requirements of PTO 43, her case should not be dismissed.

WHEREFORE, Janice M. Baum, by counsel, respectfully requests that the Court deny defendant's Rule 41(b) motion, and grant Ms. Baum all further just and appropriate relief in the premises.

Respectfully submitted,

PRICE WAICUKAUSKI & RILEY, LLC


/s/ William N. Riley
Henry J. Price, Bar No. 5822-49
William N. Riley, Bar No. 14941-49
Jana K. Strain, Bar No. 20677-49
Jamie R. Kendall, Bar No. 25124-49

Counsel for Plaintiff Janice Baum

The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone:  (317) 633-8787
Fax:  (317) 633-8797

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Janice M. Baum's Response in Opposition to Rule 41(b) Request has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of October, 2009. Copies have also been sent via U.S. Mail and e-mail to:

    M. Elaine Horn
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, N.W.
    Washington, DC  20005
    Email: ehorn@wc.com

    George M. Plews, Esq.
    Brett E. Nelson, Esq.
    David L. Pippen, Esq.
    PLEWS SHADLEY RACHER & BRAUN
    1346 North Delaware Street
    Indianapolis, IN  46204
    Emal:  gplews@psrb.com
           bnelson@psrb.com
           dpippen@psrb.com

    Ellen M. Gregg, Esq.
    WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
    301 North Main Street, Suite 300
    Winston-Salem, NC  27101
    Email: mdl@wcsr.com

                                  /s/ William N. Riley
                                  William N. Riley