

**Joseph N. Williams**
Attorney at Law

September 29, 2009

*Via Email: ehorn@wc.com
and U.S. Mail*

M. Elaine Horn
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

   Re:   Janice Baum (VCN 1081541)

Dear Ms. Horn:

   We noticed that Janice Baum's case was scheduled for discussion at the next status conference (per the Court's September 24, 2009 Order). *See* Doc. 24224. Please recall that you granted us the courtesy of an extension up to and including November 9, 2009 for Ms. Baum to comply with PTO 43. Considering that you previously granted us this extension, we wanted to ensure that Ms. Baum's action will not be dismissed at the upcoming status conference for failing to comply with PTO 43. If you have any questions, then please do not hesitate to call.

                              Sincerely,

                              PRICE WAICUKAUSKI & RILEY, LLC


                              _____
                              Joseph N. Williams

JNW/mll

Hammond Block Building
301 Massachusetts Ave
Indianapolis, IN 46204

**317-633-8787**
Fax 317-633-8797

jwilliams@price-law.com

EXHIBIT A