## Mary Llewellyn

| | |
|---|---|
| **From:** | Horn, Elaine [EHorn@wc.com] |
| **Sent:** | Tuesday, September 29, 2009 4:25 PM |
| **To:** | Mary Llewellyn |
| **Cc:** | Joe Williams; William Riley; Jamie Kendall; Brad Catlin; Erin Amos; Karen Cavosie |
| **Subject:** | RE: Janice Baum (VCN 1081541) |

Yes. Ms. Baum has an extension until November 9. The matter will be deferred until the November status conference (which will not be scheduled until the October conference).

**From:** Mary Llewellyn [mailto:mllewellyn@price-law.com]
**Sent:** Tuesday, September 29, 2009 3:56 PM
**To:** Horn, Elaine
**Cc:** Joe Williams; William Riley; Jamie Kendall; Brad Catlin; Erin Amos; Karen Cavosie
**Subject:** Janice Baum (VCN 1081541)

Ms. Horn, please find attached a letter from Mr. Joseph Williams in this matter. Thank you.

Mary L. Llewellyn
Legal Secretary for Joseph N. Williams & Brad A. Catlin



Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204
(317) 633-8787
Fax: (317) 633-8797

```
---------------------------------------------------------------------------
NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message
and all its attachments.

===========================================================================
```

EXHIBIT B