

<u>Via Email:  ehorn@wc.com</u>

M. Elaine Horn
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

      Re:    Janice Baum (VCN 1081541)

Dear Ms. Horn:

      Please recall that you had granted my client, Janice M. Baum, an extension up to and including November 9, 2009 to comply with PTO 43.  We recently received the Court's Order to show cause why our client's case should not be dismissed for failure to comply with PTO 43.  I trust this is a mistake.  Again, considering that you granted my client an extension, I wanted to ensure that Ms. Baum's action will not be dismissed for failure to comply with PTO 43.  If you have any questions, then please do not hesitate to call.

                Sincerely,

                PRICE WAICUKAUSKI & RILEY, LLC


                /s/ *Joseph N. Williams*
                Joseph N. Williams

JNW/mll

Hammond Block Building
301 Massachusetts Ave
Indianapolis, IN 46204

317-633-8787
Fax 317-633-8797

jwilliams@price-law.com

                                                  EXHIBIT C