## Mary Llewellyn

**From:** Horn, Elaine [EHorn@wc.com]
**Sent:** Friday, October 16, 2009 10:44 AM
**To:** Mary Llewellyn
**Cc:** Joe Williams; William Riley; Jamie Kendall; Brad Catlin; Karen Cavosie; Erin Amos
**Subject:** RE: Vioxx Litigation - Janice Baum

Please find attached my original response to your Sept 29 letter regarding our PTO 43 motion. This email will re-confirm that although this motion is set for the October 23 MDL hearing, it will be deferred until the November MDL hearing. The exact date of the November hearing will be set at the October 23rd conference.

**From:** Mary Llewellyn [mailto:mllewellyn@price-law.com]
**Sent:** Thursday, October 15, 2009 2:38 PM
**To:** Horn, Elaine
**Cc:** Joe Williams; William Riley; Jamie Kendall; Brad Catlin; Karen Cavosie; Erin Amos
**Subject:** Vioxx Litigation - Janice Baum

Ms. Horn, please find attached a letter from Mr. Williams in this matter. Thank you.

Mary L. Llewellyn
Legal Secretary for Joseph N. Williams & Brad A. Catlin



Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204
(317) 633-8787
Fax:  (317) 633-8797

```
------------------------------------------------------------------------
NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message
and all its attachments.

========================================================================
```

EXHIBIT D

10/21/2009