*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF LOUISIANA*

| | |
|---|---|
| **In re: Vioxx** | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION:  L** |
| **This Document Relates To:** | **JUDGE:  Fallon** |
| 2:07-cv-02940-EEF-DEK | **MAGISTRATE:  Knowles** |

**MARTHA J. HARRIS'S OPPOSITION TO THE OREDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE**

Martha J. Harris[1] opposes the Rule that her case be dismissed for failure to comply with the Lone Pine Requirements of PTO 43 because, in fact, she has complied with those requirements, as is set out below.  Merck & Co. asserted that Ms. Harris "served a FES on the Claims Administrator, but [has] failed to submit the case-specific expert report called for by PTO 43."  Motion (Doc. 24995), p. 2.  But Ms. Harris has supplied Merck with a case-specific expert report and therefore complied with PTO 43.  Accordingly, her case should not be dismissed.

---

[1] Ms. Harris has since remarried and her name is now Martha Harris Cole.  However, to avoid confusion we will continue to refer to her as Ms. Harris.

117632.1

Martha J. Harris served her Future Evidence Stipulation on August 6, 2009. PTO 43 therefore required Ms. Harris to serve on Susan Giamportone at Womble Carlyle Sandrige & Rice, PLLC, by September 7, 2009, an Amended and Supplemental Plaintiff Profile Form, executed Authorizations for Release of Records, and a Rule 26(a)(2) case-specific expert report. *See* PTO 43(II)(A). Counsel for Ms. Harris requested and received from Ms. Giamportone an extension to comply with PTO 43 until October 7, 2009. *See* E-Mail Correspondence, attached as Exhibit A.

On October 7, 2009, Ms. Harris served upon Ms. Giamportone and other defendants' liaison counsel her Amended and Supplemental Plaintiff Profile Form (with attached medical records), executed Authorizations for Release of Records, and a Rule 26(a)(2) case-specific expert report. *See* File and Serve Filing Receipt, attached as Exhibit B. On that same day, a hard copy of those documents was mailed via U.S. Mail to Ms. Giamportone. *See* Cover Letter, attached as Exhibit C (attached documents are omitted). A copy the case-specific expert report that was served on Merck & Co. on October 7, 2009, is attached as Exhibit D.

Based on the foregoing, Ms. Harris has complied with the case-specific expert report requirements of PTO 43. According to PTO 43,

> Service by Plaintiffs shall be made in accordance with the service procedures of PTO No. 8 and paragraphs 5 through 7 of PTO 18C. Service by Plaintiffs shall be made on Susan Giamportone at Womble Carlyle Sandrige & Rice, PLLC.

PTO 8 requires counsel to register with LexisNexis File and Serve and to serve documents electronically through that service. Paragraphs 5 through 7 of PTO 18C require service of a hard

copy in addition to electronic service through LexisNexis File and Serve, direct plaintiffs to clearly label the plaintiff profile form, and require that medical records be submitted either by uploading through LexisNexis File and Serve or on disk.  Ms. Harris complied with all service requirements.  *See* Exhibits B and C.

In its motion, Merck & Co. asserts: "The plaintiffs listed on Exhibit A have served a FES on the Claims Administrator, but have failed to submit the case-specific expert report called for by PTO 43."  Motion (Doc. 24995), p. 2.  In Ms. Harris's case, however, this simply is not true.  Apparently, Ms. Harris was included in Merck & Co.'s Motion either by mistake or by oversight.  Since Ms. Harris has complied with the Line Pine requirements of PTO 43, her case should not be dismissed.

Respectfully submitted, this the 21st day of October, 2009.

                                              s/Donald Alan Windham Jr.
                                              Attorney for Plaintiff,
                                              Martha J. Harris

**OF COUNSEL:**

Donald Alan Windham, Jr. (pro hac vice)
BALCH & BINGHAM LLP
401 East Capitol Street
Suite 200
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466

## **CERTIFICATE**

I hereby certify that the above and foregoing Opposition to the Order to Show Cause why Cases Should not be Dismissed with Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 21st day of October, 2009.

s/Donald Alan Windham Jr.
Of Counsel
