## Windham, Alan

**From:** Giamportone, Susan [SGiamportone@wcsr.com]
**Sent:** Monday, August 31, 2009 8:54 AM
**To:** Windham, Alan
**Subject:** RE: Extension to Comply with PTO 43

Dear Mr. Windham,

This will confirm the granting of the requested extension of time through October 7, 2009, by which to comply with the requirements of PTO 43.

Your sincerely,
Susan Giamportone


Susan J. Giamportone
Attorney at Law
Womble Carlyle Sandridge & Rice, PLLC
301 N. Main Street, Suite 300
Winston-Salem, NC 27101
(336) 728-7075 - direct telephone
(336) 726-6044 - direct facsimile


**From:** Windham, Alan [mailto:awindham@balch.com]
**Sent:** Friday, August 28, 2009 10:47 AM
**To:** Giamportone, Susan
**Subject:** Extension to Comply with PTO 43

Re:   LAED Case No. 2:07-cv-2940 - Harris v. Merck & Co., Inc.

Ms. Giamportone,

We submitted a Future Evidence Stipulation for the Plaintiff in the above-referenced lawsuit. I write to request a thirty-day to comply with the discovery requirements in PTO43(II). The future evidence stipulation, according to the Claims Administrator, was served on August 6 and thus discovery would be due on September 7, which is a holiday. Thirty days from that date would be October 7. Please let me know if you are agreeable to an extension.

Sincerely,
Alan Windham


**Donald Alan Windham Jr.**
Balch & Bingham LLP
401 East Capitol Street
Suite 200
Jackson, Mississippi 39201-2608
(601) 965-8178 - Phone
(866) 830-1506 - Fax



EXHIBIT
A

10/21/2009

IRS CIRCULAR 230 DISCLOSURE: Unless explicitly stated to the contrary, this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein. Click here for more information.

CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

---

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

CONFIDENTIALITY NOTICE: This electronic mail transmission has been sent by a lawyer. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Thank you for your cooperation.

10/21/2009