# Windham, Alan

| | |
|---|---|
| **From:** | LexisNexis File & Serve [TransactionReceipt@fileandserve.lexisnexis.com] |
| **Sent:** | Wednesday, October 07, 2009 4:15 PM |
| **To:** | Windham, Alan |
| **Subject:** | Case: 2:07cv02940; Transaction: 27454073 Transaction Receipt |

```
To: Alan Windham
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you selected
was "Serve Only - Private". The details for this transaction are listed below.

Court:                          LA US District Court Eastern District E-Service-Vioxx
Case Name:                              Harris vs Merck & Co Inc et al
Case Number:                    2:07cv02940
Transaction ID:                 27454073
Document Title(s):
        Amended and Supplemental Plaintiff Profile Form (51 pages)
        Expert Disclosure Pursuant to PTO 43 (7 pages)
        Medical Records Volume One (70 pages)
        Medical Records Volume Two (70 pages)
        Medical Records Volume Three (70 pages)
        Medical Records Volume Four-A (32 pages)
        Medical Records Volume Four-B (33 pages)
        Medical Records Volume Five (18 pages)
        Medical Records Volume Six (13 pages)
        Death Certificate (1 page)
        Pharmacy Records (4 pages)
Authorized Date/Time:           Oct  7 2009  4:13PM CDT
Authorizer:                             Alan Windham
Authorizer's Organization:      Balch & Bingham LLP-Birmingham
Sending Parties:
        Harris, Martha J
Served Parties:
        Merck & Co Inc
        Plaintiffs Liaison Counsel
        Defendants Liaison Counsel

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by
phone at 1-888-529-7587 (24/7).
```

1



EXHIBIT B