

## BALCH & BINGHAM LLP

Alabama • Georgia • Mississippi • Washington, DC

Donald Alan Windham, Jr.
(601) 965-8178

Attorneys and Counselors
401 East Capitol Street
Suite 200
P.O. Box 22587 (39225)
Jackson, Mississippi 39201
(601) 961-9900
(601) 961-4466 Fax
www.balch.com
(866) 830-1506 (direct fax)
awindham@balch.com

October 7, 2009

<u>BY U.S. MAIL</u>

Ms. Susan J. Giamportone
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101

   Re: Harris v. Merck & Co., Inc.
      Eastern District of Louisiana, Civil Action No. 2:07-cv-02940
      MDL No. 1627

Dear Ms. Giamportone:

  Enclosed are our Amended and Supplemental Plaintiff Profile Form and Expert Disclosures as required by PTO 43. I have also filed these documents on LexisNexis File and Serve along with additional document production.

              Sincerely,

              Donald Alan Windham, Jr.

DAW:nm
Enclosures

**EXHIBIT C**