UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| MARTHA J. HARRIS<br>Individually and on behalf of<br>Russell C. Harris, Deceased,<br><br>Plaintiff<br><br>In re: Vioxx<br><br>PRODUCTS LIABILITY<br>LITIGATION | MDL Docket No. 1657<br>Case No. 2:07-cv-2940-EEF-DEK<br><br>Section L<br><br>Judge Fallon |
|---|---|

**PRETRIAL ORDER NO. 43 MEDICAL EXPERT REPORT**

Pursuant to Pretrial Order No. 43, Plaintiff Martha J. Harris hereby submits A Rule 26(a) (2) case-specific expert report from a medical expert. Also attached hereto is a Curriculum Vitae, supplying the information about this expert required by Rule 26(a) (2).

Respectfully submitted,

BALCH & BINGHAM, LLP

/s/ Donald Alan Windham, Jr.
Donald Alan Windham, Jr.
Pro Hac Vice
401 E. Capitol Street, Suite 200
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466

**ATTORNEY FOR PLAINTIFF**

117186



## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via LexisNexis electronic File and Serve to all counsel of record on this the 7th day of October 2009.

/s/ Donald Alan Windham, Jr.
Donald Alan Windham, Jr.

J. KEITH MANSEL, M.D.
606 North Lamar Blvd.
Oxford, Mississippi 38655

Telephone
(662) 236-7720
(662) 236-6867
(601) 672-8965 (Cell)
Fax
(662) 236-7720

E-Mail
keithmansel@hotmail.com

Board Certified:
Internal Medicine
Pulmonary Diseases

Donald Alan Windham Jr.
Balch & Bingham, LLP
401 East Capitol Street, Suite 200
Jackson, MS 39201

Re: Russell Harris Vioxx Claim

Dear Mr. Windham,

Prior to your filing suit in this case, I reviewed Mr. Harris's medical records specifically with regarding to Vioxx related medical illness. I am a physician licensed in the state of Mississippi and board certified in internal medicine. My opinion is based on generally accepted medical principles and within a reasonable degree of medical certainty.

Mr. Harris had a long history of both cerebrovascular and cardiovascular disease, having suffered from both heart attacks and strokes. Mr. Harris was also diabetic, suffered from high blood pressure, and from peripheral artery disease. Mr. Harris began taking Vioxx in July of 2000 for Arthritis and took it continuously until his death.

On February 5, 2002, Mr. Harris was admitted to the Forrest General Hospital in Hattiesburg, MS, complaining of chest pain. He was given an EKG that showed generalized ST depression. Mr. Harris was admitted with "unstable angina," and his clinical impression was that Mr. Harris's ST depression "may be associated with myocardial infarction." He was treated with Lovenox and IV nitroglycerine. His discharge summary includes diagnoses of coronary artery disease and intermediate coronary syndrome. Mr. Harris died from congestive heart failure within weeks of his discharge. While being treated in February, Mr. Harris's physician considered his condition to be "end stage."

Acute coronary syndrome ("ACS") is a range of symptoms related to the heart and associated with myocardial ischemia and coronary thrombosis. Based on Mr. Harris's diagnosis, EKG, and treatment, he suffered from ACS, and his diagnosis could just as easily have been a non-ST segment elevation myocardial infarction. The exact definition is irrelevant, however, as the pathogenesis of unstable angina, ACS, and myocardial infarction are the same – at least as it relates to Vioxx use – coronary thrombosis.

**J. KEITH MANSEL, M.D.**
606 North Lamar Blvd.
Oxford, Mississippi 38655

Telephone
(662) 236-7720
(662) 236-6867
(601) 672-8965 (Cell)
Fax
(662) 236-7720

E-Mail
keithmansel@hotmail.com

Board Certified:
Internal Medicine
Pulmonary Diseases

According to Mr. Harris's medical records, he was first prescribed Vioxx in July of 2000. According to his widow, he took Vioxx daily from that time until February of 2002. Her statement is supported by the medical records, which contain evidence his prescriptions. Further, Vioxx was noted as one of Mr. Harris's home medications in many of his medical records. Vioxx was listed as one of Mr. Harris's medications when he was admitted to the hospital on February 5, 2002.

Based on Mr. Harris's history of Vioxx use, it is my opinion that Mr. Harris's coronary artery disease was aggravated by Vioxx, that the ACS Mr. Harris suffered in February of 2002 was caused by his treatment with Vioxx. Further, the ACS Mr. Harris suffered in February of 2002 was a direct cause of his death from congestive heart failure. Although Mr. Harris certainly suffered from pre-existing heart problems, that does not preclude a finding that Vioxx caused his death. The pro-thrombotic nature of Vioxx is extremely dangerous to persons with pre-existing conditions such as diabetes and coronary artery disease. Mr. Harris suffered from both. Thus, although Mr. Harris suffered from other risk factors, the use of Vioxx statistically increased the risk of heart attack so significantly that it must be considered a substantial cause of his ACS and death.

In forming my opinion, I have relied upon Mr. Harris's medical records from the Covington County Hospital, Forrest General Hospital, and the Hattiesburg Clinic. In addition, I have reviewed the literature regarding Vioxx and Cox-2 inhibitors which demonstrate the pro-thrombotic nature of Vioxx and the relative risks of Vioxx use verses the placebo and other NSAIDs.

Sincerely,

J. Keith Mansel MD

# CURRICULUM VITAE

J. KEITH MANSEL, M.D.
JULY 2003

Social Security Number: 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

Home Address: 606 North Lamar Blvd.
Oxford, MS 38655
Phone (662) 236-7720

Work Address: Oxford Lung Physicians, P.A.
P.O. Box 768
Oxford, MS 38655
Phone (662) 234-0119

Date and Place of Birth: February 9, 1953; Vicksburg, MS

Marital Status: Married to Darri Dubberly, 1978

Children: Elizabeth Ferriday 10/22/81
Jane Deloache 06/11/84

Language Proficiency: English

## EDUCATIONAL BACKGROUND:

College: University of Mississippi; Oxford, MS
B.S. Degree, 1975

Professional Study: University of Mississippi School of Medicine; Jackson, MS
M.D., 1979

Postgraduate Training: Mayo Graduate School of Medicine;
Rochester, Minnesota
Resident, Internal Medicine, 1979-1982
Fellow, Thoracic Diseases, 1982-1985

## BOARD CERTIFICATION:

Diplomate, American Board of Internal Medicine, 1982
Diplomate, Pulmonary Disease, 1984
Special Qualifications in Critical Care Medicine, 1987-1997

LICENSURE: Mississippi, Number 08768, 1979

## HONORS AND AWARDS:

Member, Omicron Delta Kappa Leadership Honorary, 1973
Member, Phi Kappa Phi Scholastic Honorary, 1973
Who's Who in American Colleges and Universities, 1975
Robert Wood Johnson Foundation Scholar, 1975-1979
President, University Medical Center Senior Class, 1979
Chairman, Mayo Graduate Education Committee, 1981-1982

HONORS AND AWARDS: (Continued)

Recipient, Mayo Graduate Travel Award for Excellence in Internal Medicine, 1982
Fellow, American College of Chest Physicians, 1986
Vice-President, Central Mississippi Medical Society, 1990
Secretary/Treasurer, Mississippi Thoracic Society, 1989
Vice-President, Mississippi Thoracic Society, 1990
President, Mississippi Thoracic Society, 1991
Vice Chief of Staff, Baptist Memorial Hospital-North Mississippi, 1995-1996
Chief of Staff, Baptist Memorial Hospital-North Mississippi, 1997-1998
Information and Quality Healthcare Board Member, 2001-2003
Best Doctor's in America, 1996, 2002
Guide to America's Top Physicians, 2003

PROFESSIONAL MEMBERSHIPS:

Member, Judicial Council
State Medical Association, 1996
American Medical Association
Mississippi State Medical Association
Mississippi Thoracic Society
American Thoracic Society
American College of Chest Physicians
American College of Physicians
American Federation for Clinical Research
Society of Critical Care Medicine

ACADEMIC APPOINTMENTS:

Clinical Associate Professor of Medicine, Division of Pulmonary Disease,
University Medical Center, 1992-present
Associate Professor of Medicine
Division of Pulmonary Diseases
University of Mississippi Medical Center, June 1991 - June 1992

Assistant Professor of Medicine
Division of Pulmonary Diseases
University of Mississippi Medical Center, September 1987 - June 1991

Assistant Professor of Anesthesiology
Department of Anesthesiology
University of Mississippi Medical Center, August 1988 - June of 1992

Assistant Director of Respiratory Therapy
University of Mississippi Medical Center, September 1987 - June 1992

ADMINISTRATIVE DUTIES:

Co-Director, Critical Care Medicine Training Program, 1989 - June 1992
Co-Chairman, Pulmonary Fellowship Committee, 1988-1992
Member, Institutional Self-Study Task Force, 1988
Member, Liaison Committee on Medical Education, 1989
Member, University Hospital Credentials Committee, 1988-1992
Member, American College of Chest Physicians Committee on Respiratory Care, 1989

ADMINISTRATIVE DUTIES: (Continued)

Chairman, University of Mississippi Medical Center Code Blue Committee, 1989-1990
Member, University of Mississippi Medical Center Patient Care Committee, 1990
Member, University of Mississippi Medical Center Product Evaluation Committee, 1990
Member, University of Mississippi Medical Center Anesthesiology Chair Search Committee, 1990
Mississippi Program Chairman, Tri-State Thoracic Conference, 1989, 1990
Program Chairman, Mississippi Thoracic Society Annual Program, 1990
Reviewer, American College of Chest Physicians Abstracts, 1989
Member, Lung Transplant Group of University of Mississippi Medical Center, 1987-1992
Co-Medical Director, Baptist Memorial Hospital-North Mississippi, Respiratory Therapy, Critical Care Services, Sleep Lab, 1992 - Present

GRANTS:

Mississippi Lung Association, $2000. Evaluation of the Work of Breathing in Pressure Support Ventilation and Intermittent Mandatory Ventilation, 1989.

CIVIC AFFAIRS:

Member, Oxford Rotary Club, 1992-1996
Member, Oxford-Lafayette County Chamber of Commerce, 1995 - Present
Graduate, Mississippi Economic Council's Leadership Mississippi, 1987
Member, North Jackson Rotary Club, 1986-1987
Member, Salvation Army Advisory Board, 1988
Member, St. Andrew's Episcopal Day School Corporation, 1987-1991
Member, St. Andrew's Episcopal Cathedral Vestry, 1989-1992
Member, St. Andrew's Episcopal Day School Board of Trustees, 1991-1992
Member, St. Peter's Episcopal Church Vestry, 1993-1996, 1999-2001
Member, Stewardship Committee, St Peter's Episcopal Church, 1996, 1998
Board Member, Lafayette County Cancer Society, 1996-1998
Member, University of Mississippi Alumni Board, 1995-1998
Member, University of Mississippi Medical Alumni Board, 1994-1997
Board Member, Oxford-Lafayette Heritage Foundation, 1998-2002
Trustee, Oxford School District, 2000 - Present
Director, Oxford University Bank, 2001 - Present