UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx | MDL NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| This document relates to: | JUDGE FALLON |
| William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding Pamela Giambelluca, Michael Green, John Lyons, Edrice Thomas and Ollie Walker | MAGISTRATE JUDGE KNOWLES |
| Aubrey Gates, et al v. Merck, et al, Docket No. 05-5727, only Regarding Jane Naomi | |
| Lois Jordan, et al v. Merck, et al, Docket No. 05-4439, only Regarding Lois Jordan | |

**MEMORANDUM IN OPPOSITION TO MERCK & CO., INC.'S *THIRD* MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE *LONE PINE* REQUIREMENTS OF PTO 43**

Plaintiffs Counsel have filed a Motion to Withdraw as Counsel of Record and requested that Plaintiffs, Pamela Giambelluca, Michael Green, Arthur Lewis, and Jane Naomi in the above-captioned cases, be granted 30 days to secure new counsel, or to appear and proceed *pro se*, and to comply with the requirements of PTO 43, which is incorporated herein in its entirety by reference.  In that Motion, Plaintiffs urged the Court to grant Plaintiffs a 30 day extension of time in which to obtain new counsel, or appear and proceed *pro se*, and comply with the requirements of PTO 43.

Respectfully submitted this the 16th day of October, 2009.

1

/s/ Douglas R. Plymale
Douglas R. Plymale, (LSBA No. 28409)
James R. Dugan, II (LSBA No. 24785)
Stephen B. Murray, Sr. (LSBA No. 9858)
Stephen Murray, Jr. (LSBA No. 23877)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana  70112-4000
Telephone:  (504) 648-0180
Facsimile:   (504) 648-0181

Walter J. Leger, Jr. (LSBA No. 8278)
LEGER & SHAW
600 Carondelet Street, 9th Floor
New Orleans, Louisiana 70130

Jeffrey D. Guerriero
GUERRIERO & GUERRIERO
2200 Forsythe Avenue
Monroe, Louisiana 71211-4092

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiff's Memorandum In Opposition To Merck & Co., Inc.'s *First* Motion, Rule And Incorporated Memorandum To Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure To Comply With The *Lone Pine* Requirements Of PTO 43 has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U. S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 16th day of October, 2009.

/s/ Douglas R. Plymale