| | |
|---|---|
| CAROLYN MISTOLER, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> MERCK & CO., INC., ) <br> ) <br> Defendant. ) <br> ) | **IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA** <br><br> **Case Code Number: 1657** <br> **Docket Number: 05-4320** <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiff **Tayari Williams**, individually and as representative of **Betty Williams**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____    _____
Wanda J. Edwards                                                      Stephen G. Strauss
Fayard & Honeycutt, APC                                       Bryan Cave LLP
519 Florida Avenue, Sw                                          211 N. Broadway, Suite 3600
Denham Springs, LA 70726                                   St. Louis, MO 63102
                                                                                    (314) 259-2000 Tel
                                                                                    (314) 259-2020 Fax

                                                                                    Phillip A. Wittmann
                                                                                    Dorothy H. Wimberly
                                                                                    Stone Pigman Walther
                                                                                    Wittmann LLC
                                                                                    546 Carondelet Street
                                                                                    New Orleans, LA 70130
                                                                                    (504) 581-3200 Tel
Dated: 9/19/09                                                              (504) 581-3361 Fax

                                                                                    Attorneys for
                                                                                    Merck & Co., Inc.

                                                                                    Dated: 10-21-09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of October, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.