# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | MDL Docket No. 1657 <br><br> **SECTION L** |
| This document relates to: | * <br> * | |
| *Martha Maxwell, et al.* <br> v. <br> *Merck & Co., Inc., et al.* | * <br> * <br> * <br> * | JUDGE FALLON <br><br> **MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:* <br> *Judith Green, individually and as* <br> *representative of the estate of* <br> *Kenneth Green* | * <br> * <br> * <br> * <br> * | |
| *Docket No. 2:06-cv-01975* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Judith Green, individually and as representative of the estate of Kenneth Green, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 20th day of ____October____, 2009.

_____
DISTRICT JUDGE