UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | **MDL Docket No. 1657** |
| This document relates to: | * * | **SECTION L** |
| *Lonnie Hardy* v. *Merck & Co., Inc., et al.* | * * * * | **JUDGE FALLON** **MAGISTRATE JUDGE KNOWLES** |
| *Docket No. 2:05-cv-01033* | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Lonnie Hardy in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 20th day of ____October____, 2009.

_____
DISTRICT JUDGE