UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                              :    MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION          :    SECTION: L
                                                           :
                                                           :    JUDGE FALLON
                                                           :    MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**       ALL CASES

### ORDER

     Considering the foregoing Motion for a Discovery/Briefing Schedule Relating to the Common Benefit Fee Application Objections (Rec. Doc. 25255):

     IT IS ORDERED that a status conference shall be held in the Chambers of Judge Eldon E. Fallon on Monday, November 9, 2009, at 1:30 p.m. to discuss the issues raised by the motion. Representatives of the common benefit fee applicants, Liaison Counsel for the objectors, and Defendant's Liaison Counsel are directed to attend.

     New Orleans, Louisiana, this 21st day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE