U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  OCT 2 1 2009

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

MDL NO. 1657

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:  ALL CASES

## SUPPLEMENT TO NOTICE OF ATTORNEY'S CHARGING LIEN

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

Teresa Toriseva, Esquire, ("Charging Party") submits this supplement to make clear that the lien that she asserted by notice filed on September 14, 2009, does not extend to any funds properly otherwise dispersed to claimants, or counsel other than Barry Hill, Esquire, or any other funds properly disbursed in this matter. Rather, the lien extends only to the portion of the amount of each award designated by the Court as comprising attorneys' fees specifically the allocable to Barry Hill, Esquire. The Charging Party expressly stipulates and agrees that all other funds may properly be dispersed free and clear of the lien. The appropriate amounts that are embraced by the Charging Party's lien in each affected case are set forth on the two attached spreadsheets, in column "R," labeled "Barry Hill fee". Those funds are the only amounts embraced by the lien.

By: /s/ Avrum Levicoff
Avrum Levicoff, Esquire
W.Va. I.D. #: 4549
Laura A. Kibby, Esquire
W.Va. I.D. #. 10457
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15222
(412) 434-5200

*Counsel for Teresa Toriseva, Esquire*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

MDL NO. 1657

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION    SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: ALL CASES

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2009, I filed the foregoing SUPPLEMENT TO NOTICE OF ATTORNEY'S CHARGING LIEN with the Clerk of Court via first class, U.S. Mail (for filing with the Court and for entry upon the CM/ECF filing system which will send notification of such filing to CM/ECF participants), counsel for the VLC, Harry S. Hardin, III, by email (hhardin@joneswalker.com) and upon Liaison Counsel Phillip Wittman and Russ Herman by email (rherman@hhkc.com and pwittmann@stonepigman.com).

By: _____
Avrum Levicoff, Esquire
W.Va. I.D. #: 4549
Laura A. Kibby, Esquire
W.Va. I.D. #. 10457
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15222
(412) 434-5200

*Counsel for Teresa Toriseva, Esquire*

{L0297782.1}    3