MI Final Payment Report
Ansapol, Schwartz, Weiss, Conan, Feldman & Smalley, P.C.
(Data as of 9/30/09)

V4097B

| Row | VCN | Claimant Name | Executing Derivatives | Total Points | 100% Award Value at $1,865.01 per Point | Previous Payments | Federal Medicare Reimbursement | State Medicaid Liens | Other Government Liens | PLRP Resolution Amounts | Private Liens | Common Benefit Fees (8%) | Common Benefit Costs (1%) | Attorneys' Fees (24%) | Total of All Deductions | Final Payment Amount | Barry Hill Fee | New Total Deductions | New Final Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 1063995 | Abbott (deceased), Ada Lee | Firman, Mariam C. | 180.00 | $335,701.80 | $137,880.00 | $143.27 | $0.00 | $0.00 | $0.00 | $80,568.43 | $26,856.14 | $3,357.02 | $0.00 | $248,804.86 | $86,896.94 | $ 22,711.10 | $ 190,947.53 | $ 144,754.27 |
| 2. | 1063708 | Adams, Helen M. | | 55.42 | $103,358.85 | $2,581.14 | $2,581.14 | $0.00 | $0.00 | $0.00 | $15,653.82 | $8,268.71 | $1,033.59 | $0.00 | $94,795.11 | $8,563.74 | $ 4,163.80 | $ 74,152.78 | $ 29,206.07 |
| 3. | 1063486 | Ahls, Carleton E | Ahls, Beth | 42.04 | $78,405.02 | $32,202.64 | $0.00 | $0.00 | $0.00 | $0.00 | $18,817.20 | $6,272.40 | $784.05 | $0.00 | $58,076.29 | $20,328.73 | $ 5,241.19 | $ 44,500.28 | $ 33,904.74 |
| 4. | 1063511 | Amos, Robert S. | Amos, Patty L. | 116.43 | $217,143.11 | $89,185.38 | $2,581.14 | $0.00 | $0.00 | $0.00 | $32,721.46 | $17,371.45 | $2,171.43 | $0.00 | $196,145.21 | $20,997.90 | $ 14,617.73 | $ 158,648.59 | $ 38,494.52 |
| 5. | 1063489 | Angelo, Karen | | 60.37 | $112,590.65 | $46,243.42 | $0.00 | $0.00 | $0.00 | $0.00 | $17,038.59 | $9,007.25 | $1,125.91 | $0.00 | $100,436.93 | $12,153.72 | $ 7,546.53 | $ 80,961.70 | $ 31,628.95 |
| 6. | 1063516 | Ankrom, James | Ankrom, Geraldine | 198.52 | $370,241.79 | $152,066.32 | $2,581.14 | $0.00 | $0.00 | $0.00 | $55,686.26 | $29,619.34 | $3,702.42 | $0.00 | $332,513.51 | $37,728.28 | $ 25,066.47 | $ 268,721.95 | $ 101,519.84 |
| 7. | 1063741 | Barilla, Peter | Barilla, Peter | 45.74 | $85,305.56 | $35,036.84 | $0.00 | $0.00 | $0.00 | $0.00 | $27,021.76 | $6,824.44 | $853.06 | $0.00 | $65,768.81 | $19,536.75 | $ 5,705.05 | $ 51,000.53 | $ 34,305.03 |
| 8. | 1063817 | Bartlett, Wilma | Bartlett, Wilma | 70.56 | $131,595.11 | $54,048.96 | $2,581.14 | $0.00 | $0.00 | $0.00 | $19,889.26 | $10,527.61 | $1,315.95 | $0.00 | $119,945.75 | $11,649.36 | $ 8,853.20 | $ 97,216.12 | $ 34,378.99 |
| 9. | 1063742 | Bates, Jack | Bates, Jacklyn K. | 104.72 | $195,303.85 | $80,215.52 | $2,581.14 | $0.00 | $0.00 | $0.00 | $29,445.57 | $15,624.31 | $1,953.04 | $0.00 | $176,692.50 | $18,611.35 | $ 13,181.65 | $ 143,001.23 | $ 52,302.62 |
| 10. | 1063608 | Bedwell (deceased), Ethel | Bedwell, Larry | 346.50 | $646,225.97 | $265,419.00 | $143.27 | $0.00 | $0.00 | $0.00 | $46,872.92 | $51,698.08 | $6,462.26 | $0.00 | $478,816.84 | $167,409.13 | $ 43,850.28 | $ 367,572.89 | $ 278,653.08 |
| 11. | 1063863 | Bennett, Philip D | Bennett, Donna Kay | 144.39 | $269,288.79 | $110,602.74 | $143.27 | $0.00 | $0.00 | $0.00 | $29,445.57 | $21,543.10 | $2,692.89 | $0.00 | $240,127.97 | $29,160.82 | $ 18,184.12 | $ 193,682.78 | $ 75,606.01 |
| 12. | 1063557 | Bennett, Thelma | | 31.05 | $57,908.56 | $23,784.30 | $116.62 | $569.40 | $0.00 | $40,543.31 | $13,898.05 | $4,632.68 | $579.09 | $0.00 | $46,044.66 | $11,863.90 | $ 3,853.94 | $ 36,000.55 | $ 21,908.01 |
| 13. | 1063828 | Best, Irene | Bly, Wilma A. | 94.08 | $175,460.14 | $72,065.28 | $2,581.14 | $0.00 | $0.00 | $26,459.02 | $42,110.43 | $14,036.81 | $1,754.60 | $0.00 | $159,017.28 | $16,442.86 | $ 11,842.65 | $ 128,749.50 | $ 46,710.64 |
| 14. | 1063559 | Bly, Allen R | Bly, Wilma A. | 94.30 | $175,870.44 | $72,233.80 | $116.62 | $0.00 | $0.00 | $0.00 | $17,038.59 | $14,069.64 | $1,758.70 | $0.00 | $130,387.67 | $45,482.77 | $ 7,120.14 | $ 95,289.90 | $ 50,571.54 |
| 15. | 1063517 | Blystone, Mark | Blystone, Linda | 214.99 | $400,938.50 | $164,682.34 | $0.00 | $26,319.02 | $0.00 | $60,293.77 | $96,230.04 | $32,076.08 | $4,009.59 | $0.00 | $357,292.42 | $43,666.08 | $ 27,166.27 | $ 288,228.65 | $ 112,729.85 |
| 16. | 1063491 | Busch, Barbara | | 45.16 | $84,223.85 | $34,592.56 | $2,581.14 | $0.00 | $0.00 | $0.00 | $20,213.72 | $6,737.91 | $1,315.95 | $0.00 | $123,794.37 | $7,800.74 | $ 8,848.51 | $ 101,060.05 | $ 33,846.72 |
| 17. | 1063856 | Briscoe, Evelyn M | | 70.56 | $131,595.11 | $54,048.96 | $0.00 | $0.00 | $0.00 | $31,582.83 | $31,582.83 | $10,527.61 | $1,315.95 | $0.00 | $123,794.37 | $7,800.74 | $ 8,848.51 | $ 101,060.05 | $ 33,535.06 |
| 18. | 1063558 | Butler, Constance M | Brobst, Virginia M. | 371.25 | $699,384.96 | $284,377.50 | $2,581.14 | $0.00 | $0.00 | $104,007.74 | $166,172.39 | $55,390.80 | $6,923.85 | $0.00 | $619,453.42 | $72,931.54 | $ 46,975.71 | $ 500,256.74 | $ 192,128.22 |
| 19. | 1063540 | Cannon, Ronald D. | Cannon, Janet | 263.34 | $491,131.73 | $201,718.44 | $2,581.14 | $0.00 | $0.00 | $73,819.75 | $117,871.62 | $39,290.54 | $4,911.32 | $0.00 | $440,192.81 | $50,938.92 | $ 33,265.58 | $ 355,586.77 | $ 135,544.96 |
| 20. | 1063714 | Brooks, Nicky E. | Brooks, Judith | 178.75 | $333,370.54 | $136,922.50 | $116.62 | $0.00 | $0.00 | $50,155.58 | $80,008.93 | $26,669.64 | $3,333.71 | $0.00 | $297,206.98 | $36,163.56 | $ 22,550.78 | $ 239,748.83 | $ 93,621.71 |
| 21. | 1063744 | Brobst, Samuel E. | | 47.98 | $89,483.18 | $36,752.68 | $2,581.14 | $0.00 | $0.00 | $13,572.47 | $21,475.96 | $7,158.65 | $894.83 | $0.00 | $82,435.73 | $7,047.45 | $ 6,007.75 | $ 66,967.52 | $ 22,515.66 |
| 22. | 1063876 | Choate (deceased), John | Choate, Linda | 269.50 | $502,620.20 | $206,437.00 | $2,581.14 | $0.00 | $0.00 | $0.00 | $120,628.85 | $40,209.62 | $5,026.20 | $0.00 | $374,882.81 | $127,737.39 | $ 34,103.37 | $ 288,357.33 | $ 214,262.87 |
| 23. | 1063751 | Burnette, Elizabeth M. | Chaffins, Brenda | 49.39 | $92,112.84 | $37,832.74 | $0.00 | $0.00 | $0.00 | $13,966.92 | $22,107.08 | $7,369.03 | $921.13 | $0.00 | $82,196.90 | $9,915.94 | $ 6,176.88 | $ 66,266.70 | $ 25,846.14 |
| 24. | 1063775 | Cotton, Joel C. | Davis Collins, Katherine R. | 123.48 | $230,291.43 | $94,585.58 | $2,581.14 | $0.00 | $0.00 | $34,693.71 | $55,269.94 | $18,423.31 | $2,302.92 | $0.00 | $205,392.17 | $24,899.26 | $ 15,546.49 | $ 165,668.72 | $ 64,622.71 |
| 25. | 1063673 | Burris, Charles | Burris, Alice L. | 176.40 | $328,987.76 | $135,122.40 | $116.62 | $0.00 | $0.00 | $13,966.92 | $78,957.06 | $26,319.02 | $3,289.88 | $0.00 | $243,804.98 | $85,182.78 | $ 22,251.00 | $ 187,098.92 | $ 141,888.84 |
| 26. | 1063737 | Chuck, Victor J. | Chuck, Patsy | 44.78 | $83,515.15 | $34,301.48 | $116.62 | $0.00 | $0.00 | $0.00 | $20,043.64 | $6,681.21 | $835.15 | $0.00 | $61,978.10 | $21,537.05 | $ 5,578.10 | $ 56,400.52 | $ 27,937.58 |
| 27. | 1063733 | Ciurro, Neal | Ciurro, Judy | 137.20 | $255,879.37 | $105,095.20 | $2,581.14 | $0.00 | $0.00 | $17,038.59 | $27,021.76 | $20,470.35 | $2,558.79 | $0.00 | $192,116.53 | $63,762.84 | $ 10,388.33 | $ 141,093.83 | $ 114,785.54 |
| 28. | 1063736 | Clay, Patsy Kay | Clay, Freddie | 3.23 | $5,000.00 | $0.00 | $126.76 | $0.00 | $0.00 | $0.00 | $1,200.00 | $50.00 | $0.00 | $0.00 | $1,376.76 | $3,623.24 | $ 249.22 | $ 425.98 | $ 4,574.02 |
| 29. | 1063537 | Cleary, Thomas | | 54.98 | $102,538.25 | $42,114.68 | $2,581.14 | $0.00 | $0.00 | $0.00 | $24,609.18 | $8,203.06 | $1,025.38 | $0.00 | $78,533.44 | $24,004.81 | $ 6,877.39 | $ 60,801.65 | $ 41,736.60 |
| 30. | 1063664 | Clendenen, George T. | Clendenen, Sandra K. | 65.98 | $123,053.36 | $50,540.68 | $2,581.14 | $0.00 | $0.00 | $18,608.00 | $29,532.81 | $9,844.27 | $1,230.53 | $0.00 | $109,756.29 | $13,297.07 | $ 8,265.04 | $ 88,488.52 | $ 30,375.86 |
| 31. | 1063796 | Collins, Donald | Davis Collins, Katherine R. | 107.26 | $200,040.97 | $82,161.16 | $2,581.14 | $0.00 | $0.00 | $30,156.14 | $48,009.83 | $16,003.28 | $2,000.41 | $0.00 | $180,911.96 | $19,129.01 | $ 13,509.13 | $ 146,411.26 | $ 53,629.71 |
| 32. | 1063460 | Davis, Ruth Ellen | | 103.49 | $193,009.88 | $79,273.34 | $2,581.14 | $0.00 | $0.00 | $29,101.48 | $46,322.37 | $15,440.79 | $1,930.10 | $0.00 | $174,649.22 | $18,360.66 | $ 12,852.75 | $ 141,179.60 | $ 51,830.28 |
| 33. | 1063593 | Davis, Susan T. | Davis, Harry J. | 177.11 | $251,664.45 | $103,364.04 | $0.00 | $0.00 | $0.00 | $0.00 | $40,599.47 | $20,133.16 | $2,516.64 | $0.00 | $186,413.31 | $65,251.14 | $ 16,892.68 | $ 142,906.52 | $ 108,757.93 |
| 34. | 1063748 | Delfino, Louise | Davis, Harry J. | 100.98 | $188,328.71 | $77,350.68 | $0.00 | $63,332.00 | $0.00 | $45,198.89 | $14,817.13 | $15,066.30 | $1,883.29 | $0.00 | $139,499.16 | $48,829.55 | $ 12,708.00 | $ 107,008.27 | $ 81,320.44 |
| 35. | 1063781 | Craig, Della | | 15.05 | $28,068.40 | $11,528.30 | $2,581.14 | $0.00 | $0.00 | $4,360.26 | $6,736.42 | $2,245.47 | $280.68 | $0.00 | $27,732.27 | $336.13 | $ 1,820.92 | $ 22,816.77 | $ 5,251.63 |
| 36. | 1063422 | Crowey, Cleo | | 59.98 | $111,863.30 | $45,944.68 | $2,581.14 | $0.00 | $0.00 | $0.00 | $26,847.19 | $8,949.06 | $1,118.63 | $0.00 | $85,440.70 | $26,422.60 | $ 4,499.65 | $ 63,093.16 | $ 48,770.14 |
| 37. | 1063526 | Davis, Larry D. | Davis, Anna M. | 149.42 | $278,669.79 | $114,455.72 | $0.00 | $0.00 | $0.00 | $41,950.46 | $66,880.75 | $22,293.58 | $2,786.70 | $0.00 | $248,367.21 | $30,302.58 | $ 18,856.53 | $ 200,342.81 | $ 78,326.98 |
| 38. | 1063874 | Davis, Patsy B. | Davis, Donna | 62.51 | $116,581.78 | $47,882.66 | $116.62 | $0.00 | $0.00 | $0.00 | $27,979.63 | $9,326.54 | $1,165.82 | $0.00 | $86,534.65 | $30,227.13 | $ 7,830.90 | $ 66,205.92 | $ 50,375.86 |
| 39. | 1063509 | Doyle, Mary C. | Duhamme, Janet | 154.30 | $287,771.04 | $118,193.80 | $116.62 | $0.00 | $0.00 | $0.00 | $69,065.05 | $23,021.68 | $2,877.71 | $0.00 | $213,274.86 | $74,496.18 | $ 19,489.74 | $ 163,699.55 | $ 124,071.49 |
| 40. | 1063826 | Dunbar, Amy | Dunbar, Chad | 169.79 | $316,660.05 | $130,059.14 | $0.00 | $0.00 | $0.00 | $0.00 | $75,998.41 | $25,332.80 | $3,166.60 | $0.00 | $297,888.95 | $18,771.10 | $ 21,447.68 | $ 243,338.22 | $ 73,321.83 |
| 41. | 1063377 | Dunn, Jo Ann | | 117.81 | $219,716.83 | $90,242.46 | $0.00 | $0.00 | $0.00 | $0.00 | $52,732.04 | $17,577.35 | $2,197.17 | $0.00 | $162,749.02 | $56,967.81 | $ 14,846.81 | $ 124,863.79 | $ 94,853.04 |
| 42. | 1063755 | Ellenberger, Holly | Ellenberger, Donald | 53.77 | $100,281.59 | $41,187.82 | $0.00 | $0.00 | $0.00 | $15,192.23 | $24,067.58 | $8,022.53 | $1,002.82 | $0.00 | $89,472.98 | $10,808.61 | $ 6,728.79 | $ 72,134.19 | $ 28,147.40 |
| 43. | 1063529 | Estes, Philip M | Estes, Peggy A. | 113.19 | $211,100.48 | $86,703.54 | $0.00 | $0.00 | $0.00 | $0.00 | $50,664.12 | $16,888.04 | $2,111.00 | $0.00 | $156,366.70 | $54,733.78 | $ 14,272.17 | $ 119,974.75 | $ 91,125.73 |
| 44. | 1063483 | Evans, Blaine | | 138.30 | $257,930.88 | $105,937.88 | $0.00 | $0.00 | $0.00 | $38,839.63 | $61,903.41 | $20,634.47 | $2,579.31 | $0.00 | $229,894.62 | $28,036.26 | $ 17,450.34 | $ 185,441.55 | $ 72,489.33 |
| 45. | 1063510 | Evans, Janet E. | Evans, Michael | 31.05 | $57,908.56 | $23,784.30 | $0.00 | $0.00 | $0.00 | $8,836.28 | $14,632.68 | $4,632.68 | $579.09 | $0.00 | $51,730.40 | $6,178.16 | $ 3,850.01 | $ 41,682.36 | $ 16,226.20 |
| 46. | 1063520 | Ewers, David | Ewers, Carole | 164.65 | $307,073.90 | $126,121.90 | $0.00 | $0.00 | $0.00 | $13,898.05 | $73,697.74 | $24,565.91 | $3,070.74 | $0.00 | $273,667.37 | $33,406.53 | $ 20,791.27 | $ 220,760.90 | $ 86,313.00 |
| 47. | 1063547 | Fennell (deceased), Daniel | Fennell, Carole | 93.38 | $174,154.63 | $71,529.08 | $143.27 | $0.00 | $0.00 | $41,797.11 | $13,932.37 | $13,932.37 | $1,741.55 | $0.00 | $129,143.38 | $45,011.25 | $ 5,880.54 | $ 93,226.81 | $ 80,927.82 |
| 48. | 1063807 | Fields, Calvin | Fields, Bonnie | 81.79 | $151,606.66 | $62,268.14 | $233.24 | $0.00 | $0.00 | $22,890.99 | $36,385.60 | $12,128.53 | $1,516.07 | $0.00 | $135,422.57 | $16,184.09 | $ 10,228.77 | $ 109,265.74 | $ 42,340.92 |
| 49. | 1063850 | Fraker, Jesse | Fraker, Carl | 71.08 | $132,564.91 | $54,447.28 | $116.62 | $0.00 | $0.00 | $0.00 | $31,815.58 | $10,605.19 | $1,325.65 | $0.00 | $98,310.32 | $34,254.59 | $ 8,926.78 | $ 75,421.52 | $ 57,143.39 |
| 50. | 1063783 | Fredericks, Rex | Fredericks, Altheme | 65.86 | $122,829.56 | $50,448.76 | $116.62 | $0.00 | $0.00 | $18,574.43 | $29,479.09 | $9,826.36 | $1,228.30 | $0.00 | $112,138.08 | $10,691.48 | $ 8,268.57 | $ 90,927.56 | $ 31,902.00 |
| 51. | 1063945 | Freeman, Clifford | Freeman, Christy | 232.75 | $434,081.08 | $0.00 | $2,581.14 | $0.00 | $0.00 | $65,262.16 | $104,179.46 | $34,726.49 | $4,340.81 | $0.00 | $211,090.06 | $222,991.02 | $ 29,438.79 | $ 136,349.39 | $ 297,731.69 |

V497B

## M1 Final Payment Report
## Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
### (Data as of 9/30/09)

| Row | VCN | Claimant Name | Executing Derivatives | Total Points | 100% Award Value at $1,865.01 per Point | Previous Payments | Federal Medicare Reimbursement | State Medicaid Liens | Other Government Liens | PLRP Resolution Amounts | Private Liens | Common Benefit Fees (8%) | Common Benefit Costs (1%) | Attorneys' Fees (24%) | Total of All Deductions | Final Payment Amount | Barry Hill Fee | New Total Deductions | New Final Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 56 | 1063820 | Fuller, Michael | Galloway, Charles D. | 168.30 | $313,881.18 | $128,917.80 | $0.00 | $0.00 | $0.00 | $0.00 | $75,331.48 | $25,110.49 | $3,138.81 | $0.00 | $232,498.58 | $81,382.60 | $ 21,237.91 | $ 178,405.01 | $ 135,476.17 |
| 57 | 1063847 | Galloway, Audrey A. | | 67.44 | $125,776.27 | $51,659.04 | $2,581.14 | $0.00 | $0.00 | $0.00 | $19,016.44 | $10,062.10 | $1,257.76 | $0.00 | $114,762.79 | $11,013.48 | $ 8,481.06 | $ 93,057.54 | $ 32,718.73 |
| 58 | 1063459 | Garret, Rita Jean | | 52.92 | $98,696.33 | $40,536.72 | $0.00 | $0.00 | $0.00 | $0.00 | $30,186.31 | $0.00 | $0.00 | $0.00 | $73,106.51 | $25,589.82 | $ 6,497.79 | $ 55,917.18 | $ 42,779.15 |
| 59 | 1063709 | Garret, Gary W. | Garret, Wanda | 218.30 | $407,131.68 | $167,217.80 | $0.00 | $0.00 | $0.00 | $61,219.75 | $23,687.12 | $7,895.71 | $986.96 | $0.00 | $362,797.00 | $44,340.68 | $ 22,594.27 | $ 292,673.67 | $ 114,458.01 |
| 60 | 1063787 | Gaskill, Richard | Gaskill, Leona | 80.64 | $150,394.41 | $61,770.24 | $2,581.14 | $0.00 | $0.00 | $97,711.60 | $52,094.66 | $32,570.53 | $4,071.32 | $0.00 | $113,981.53 | $36,412.88 | $ 10,141.17 | $ 88,028.04 | $ 62,366.37 |
| 61 | 1063572 | Gill, Jerry | Gill, Deborah | 235.20 | $438,650.35 | $180,163.20 | $0.00 | $0.00 | $0.00 | $65,947.55 | $105,276.08 | $33,092.03 | $4,386.50 | $0.00 | $390,865.36 | $47,784.99 | $ 29,735.20 | $ 315,324.48 | $ 123,325.87 |
| 62 | 1063777 | Godby (deceased), Jewell | Mullins, Judy C. | 300.00 | $559,503.00 | $229,800.00 | $143.27 | $0.00 | $0.00 | $134,280.72 | $44,760.24 | $44,595.03 | $5,595.03 | $0.00 | $414,579.26 | $144,923.74 | $ 37,966.28 | $ 318,264.82 | $ 241,238.18 |
| 63 | 1063777 | Gomez, Richard | | 58.07 | $108,301.13 | $44,481.62 | $0.00 | $0.00 | $0.00 | $16,395.16 | $22,992.27 | $8,664.09 | $1,083.01 | $0.00 | $96,616.15 | $11,684.98 | $ 7,259.75 | $ 77,883.63 | $ 30,417.50 |
| 64 | 1063805 | Goodpastor, Verle | Goodpastor, Teresa L. | 93.87 | $175,068.49 | $71,904.42 | $116.62 | $0.00 | $0.00 | $26,410.27 | $42,016.44 | $14,005.48 | $1,750.68 | $0.00 | $156,203.91 | $18,864.58 | $ 7,083.96 | $ 121,271.43 | $ 53,797.06 |
| 65 | 1063815 | Grabowski, Ralph W. | Grabowski, Mary F. | 111.77 | $208,452.17 | $85,615.82 | $116.62 | $0.00 | $0.00 | $50,028.52 | $16,676.17 | $16,676.17 | $2,084.52 | $0.00 | $154,521.65 | $53,930.52 | $ 14,089.65 | $ 118,582.78 | $ 89,869.39 |
| 66 | 1063494 | Groves, Michael | Groves, Kathleen H. | 41.49 | $77,379.26 | $31,781.34 | $0.00 | $0.00 | $0.00 | $11,756.88 | $18,571.02 | $6,190.34 | $773.79 | $0.00 | $69,073.37 | $8,305.89 | $ 5,170.63 | $ 55,672.98 | $ 21,706.28 |
| 67 | 1063816 | Gunnoe (deceased), Gary David | Gunnoe, Savannah | 119.11 | $222,141.34 | $91,238.26 | $0.00 | $0.00 | $0.00 | $53,313.92 | $53,313.92 | $2,221.41 | $0.00 | $0.00 | $164,544.90 | $57,596.44 | $ 15,007.86 | $ 126,238.84 | $ 95,902.50 |
| 68 | 1063717 | Haddox, Roy R. | | 302.40 | $563,979.02 | $231,638.40 | $2,581.14 | $0.00 | $0.00 | $84,746.85 | $135,354.97 | $45,118.32 | $5,639.79 | $0.00 | $505,079.47 | $58,899.55 | $ 38,271.63 | $ 407,996.13 | $ 155,982.89 |
| 69 | 1063570 | Hagerman, Verne L. | Hall, Dotte L. | 95.26 | $177,660.85 | $72,969.16 | $2,581.14 | $0.00 | $0.00 | $0.00 | $42,638.60 | $14,212.87 | $1,776.61 | $0.00 | $134,178.38 | $43,482.47 | $ 11,993.67 | $ 103,533.45 | $ 74,127.40 |
| 70 | 1063798 | Hall, Terry F. | | 84.21 | $157,052.49 | $64,504.86 | $116.62 | $0.00 | $0.00 | $23,707.87 | $37,692.60 | $12,564.20 | $1,570.52 | $0.00 | $140,156.67 | $16,895.82 | $ 10,595.19 | $ 113,059.26 | $ 43,993.23 |
| 71 | 1063729 | Hammond, Dale | Hammond, Valorie | 42.98 | $80,158.13 | $32,922.68 | $0.00 | $0.00 | $0.00 | $0.00 | $19,237.95 | $6,412.65 | $801.58 | $0.00 | $59,374.86 | $20,783.27 | $ 5,361.03 | $ 45,497.94 | $ 34,660.19 |
| 72 | 1063822 | Hart (deceased), Billy Ray | Hart, Helen A. | 288.00 | $537,122.88 | $220,608.00 | $143.27 | $0.00 | $0.00 | $80,718.43 | $128,909.49 | $42,969.83 | $5,371.23 | $0.00 | $478,720.25 | $58,402.63 | $ 36,423.45 | $ 386,234.21 | $ 100,886.67 |
| 73 | 1063791 | Hatfield (deceased), Rhoda | May, Ella Louise, May, Cari | 68.60 | $127,939.69 | $52,547.60 | $116.62 | $0.00 | $0.00 | $0.00 | $30,705.52 | $10,235.18 | $1,279.40 | $0.00 | $94,884.32 | $33,055.37 | $ 8,625.23 | $ 72,804.03 | $ 55,135.66 |
| 74 | 1063518 | Hatfield, Mary E. | Hatfield, Dallan | 43.91 | $81,892.59 | $33,635.06 | $116.62 | $0.00 | $0.00 | $12,433.88 | $19,654.22 | $6,551.41 | $818.93 | $0.00 | $73,210.12 | $8,682.47 | $ 5,482.18 | $ 59,038.08 | $ 22,854.51 |
| 75 | 1063799 | Hay, Willis Edward | Hay, Martha K. | 140.07 | $261,231.95 | $107,293.62 | $0.00 | $0.00 | $0.00 | $39,334.79 | $62,695.67 | $20,898.56 | $2,612.32 | $0.00 | $232,951.58 | $28,280.37 | $ 17,649.94 | $ 187,905.85 | $ 73,326.10 |
| 76 | 1063574 | Henderson, Maude | | 70.84 | $132,117.31 | $54,263.44 | $2,581.14 | $0.00 | $0.00 | $0.00 | $31,708.15 | $10,569.38 | $1,321.17 | $0.00 | $100,445.17 | $31,674.03 | $ 8,896.84 | $ 77,631.97 | $ 34,485.34 |
| 77 | 1063829 | Hendrickson, Paul | Hendrickson, Diane | 51.74 | $96,495.62 | $39,632.84 | $116.62 | $0.00 | $0.00 | $14,624.34 | $23,158.95 | $7,719.65 | $964.96 | $0.00 | $86,217.36 | $10,278.26 | $ 6,443.46 | $ 69,501.87 | $ 26,993.75 |
| 78 | 1063838 | Herman, Theodore | Herman, Dorothy | 19.36 | $36,106.59 | $14,829.76 | $0.00 | $0.00 | $0.00 | $0.00 | $8,665.58 | $2,888.53 | $361.07 | $0.00 | $29,326.08 | $6,780.51 | $ 2,365.19 | $ 23,025.69 | $ 13,080.90 |
| 79 | 1063785 | Hibbs, Maxine | | 121.28 | $226,188.41 | $92,900.48 | $2,581.14 | $0.00 | $0.00 | $0.00 | $54,285.22 | $18,095.07 | $1,776.61 | $0.00 | $134,178.38 | $43,645.76 | $ 15,268.38 | $ 128,525.81 | $ 97,662.60 |
| 80 | 1063501 | Higgs, Brenda | Higgs, Douglas | 125.69 | $234,413.11 | $96,278.54 | $0.00 | $0.00 | $0.00 | $0.00 | $56,259.15 | $18,753.05 | $2,344.13 | $0.00 | $173,634.87 | $60,778.24 | $ 15,855.20 | $ 133,230.92 | $ 101,182.19 |
| 81 | 1063227 | Holbert (deceased), Clarissa | Holbert, James W. Skinner, Barbara J. | 157.64 | $294,000.18 | $120,752.24 | $116.62 | $0.00 | $0.00 | $0.00 | $70,560.04 | $23,520.01 | $2,940.00 | $0.00 | $224,604.43 | $69,395.75 | $ 19,898.29 | $ 173,942.68 | $ 120,057.50 |
| 82 | 1063758 | Holt, Keith | Kerns, Ray | 83.63 | $155,970.79 | $64,060.58 | $2,581.14 | $0.00 | $0.00 | $0.00 | $37,432.99 | $12,477.66 | $1,559.71 | $0.00 | $118,112.08 | $37,858.71 | $ 10,472.24 | $ 91,151.33 | $ 64,819.46 |
| 83 | 1063814 | Holt, Arlene | Kerns, Madge | 116.43 | $217,143.11 | $89,185.38 | $2,581.14 | $0.00 | $0.00 | $54,412.98 | $86,852.77 | $28,950.92 | $3,618.87 | $0.00 | $222,490.18 | $39,396.36 | $ 14,678.57 | $ 125,987.97 | $ 91,155.14 |
| 84 | 1063837 | Hughes, William | Kerschner, Paul William Kerschner, Elizabeth Ann | 30.79 | $57,423.66 | $23,585.14 | $2,581.14 | $1,690.44 | $0.00 | $8,763.54 | $13,781.68 | $4,593.89 | $574.24 | $0.00 | $55,570.07 | $1,853.59 | $ 3,828.15 | $ 45,616.54 | $ 11,807.12 |
| 85 | 1063761 | Hulett, Sarah | Hughes, Readith A. | 49.39 | $92,112.84 | $37,832.74 | $116.62 | $7,321.99 | $0.00 | $0.00 | $22,107.08 | $7,369.03 | $921.13 | $0.00 | $75,668.59 | $16,444.25 | $ 6,162.25 | $ 59,723.76 | $ 32,389.08 |
| 86 | 1063508 | Jordan, James V. | Jordan, Tommie S. | 31.15 | $58,095.06 | $23,860.90 | $116.62 | $7,574.32 | $0.00 | $0.00 | $0.00 | $4,647.60 | $580.95 | $0.00 | $43,148.88 | $14,946.18 | $ 3,877.11 | $ 33,083.18 | $ 25,011.88 |
| 87 | 1063819 | Joseph, Eleanor M. | | 82.23 | $153,359.77 | $62,988.18 | $6,832.14 | $0.00 | $0.00 | $23,153.96 | $36,806.35 | $12,268.78 | $1,533.60 | $0.00 | $143,583.01 | $9,776.76 | $ 10,329.95 | $ 117,106.61 | $ 36,253.16 |
| 88 | 1063859 | Kenney, Robert J. | Kenney, Regina K. | 25.81 | $48,135.91 | $19,770.46 | $0.00 | $0.00 | $0.00 | $7,370.38 | $11,552.62 | $3,850.87 | $481.36 | $0.00 | $45,606.83 | $2,529.08 | $ 3,195.56 | $ 37,249.77 | $ 10,886.14 |
| 89 | 1063758 | Kerns, Madge | | 194.04 | $361,886.54 | $148,634.64 | $2,581.14 | $0.00 | $0.00 | $0.00 | $86,852.77 | $28,950.92 | $3,618.87 | $0.00 | $222,490.18 | $39,396.36 | $ 24,524.93 | $ 260,162.34 | $ 101,724.20 |
| 90 | 1063802 | Kerschner, Paul William | | 109.15 | $203,565.84 | $83,608.90 | $0.00 | $0.00 | $0.00 | $0.00 | $48,855.80 | $16,285.27 | $2,035.66 | $0.00 | $150,785.63 | $52,780.21 | $ 13,776.28 | $ 115,706.11 | $ 87,859.73 |
| 91 | 1063525 | Kuhn, Andrew | Kuhn, Teresa L. | 64.26 | $119,845.54 | $49,223.16 | $116.62 | $0.00 | $0.00 | $0.00 | $28,762.93 | $9,587.64 | $1,198.46 | $0.00 | $96,463.13 | $23,382.41 | $ 8,058.74 | $ 75,758.94 | $ 44,086.60 |
| 92 | 1063743 | Layton, Hubert | Layton, Juanita | 91.07 | $169,846.46 | $69,759.62 | $2,581.14 | $0.00 | $0.00 | $25,626.96 | $40,763.15 | $13,587.72 | $1,698.46 | $0.00 | $154,017.05 | $15,829.41 | $ 11,440.69 | $ 124,694.59 | $ 45,151.87 |
| 93 | 1063735 | Lewis, Marianne | | 53.31 | $99,423.68 | $40,835.46 | $0.00 | $0.00 | $0.00 | $0.00 | $23,861.68 | $7,953.89 | $994.24 | $0.00 | $73,645.27 | $25,778.41 | $ 6,670.39 | $ 56,453.98 | $ 42,969.70 |
| 94 | 1063475 | Lovitt, Alda M. | | 52.97 | $98,789.58 | $40,575.02 | $0.00 | $0.00 | $0.00 | $0.00 | $23,709.50 | $7,903.17 | $987.98 | $0.00 | $73,175.59 | $25,613.99 | $ 6,620.68 | $ 56,086.77 | $ 42,702.81 |
| 95 | 1063853 | Matthews, David | Matthews, Jan M. | 99.18 | $184,971.69 | $75,971.88 | $0.00 | $0.00 | $0.00 | $27,895.75 | $44,393.21 | $14,797.74 | $1,849.72 | $0.00 | $164,908.30 | $20,063.39 | $ 12,477.08 | $ 132,992.17 | $ 51,979.52 |
| 96 | 1063386 | McBride, Arthur L. | | 44.16 | $82,358.84 | $33,826.56 | $0.00 | $0.00 | $0.00 | $0.00 | $19,766.12 | $6,588.71 | $823.59 | $0.00 | $61,004.98 | $21,353.86 | $ 5,511.31 | $ 46,750.17 | $ 35,608.67 |
| 97 | 1063804 | McCurl, John | McCurl, Yolanda | 58.96 | $109,960.99 | $45,163.36 | $116.62 | $0.00 | $0.00 | $16,644.14 | $26,390.64 | $8,796.88 | $1,099.61 | $0.00 | $98,211.25 | $11,749.74 | $ 7,394.99 | $ 79,215.60 | $ 30,745.39 |
| 98 | 1063825 | McKinney, Eric T. | McKinney, Julie | 90.55 | $168,876.66 | $69,361.30 | $0.00 | $0.00 | $0.00 | $24,481.49 | $40,530.40 | $13,510.13 | $1,688.77 | $0.00 | $150,372.09 | $18,504.57 | $ 11,396.99 | $ 121,438.68 | $ 47,437.98 |
| 99 | 1063877 | Meadows, Jerry | Meadows, Linda | 115.50 | $215,408.66 | $88,473.00 | $116.62 | $0.00 | $0.00 | $9,197.16 | $14,475.46 | $4,825.15 | $603.14 | $0.00 | $53,893.35 | $6,441.07 | $ 14,563.20 | $ 155,000.89 | $ 60,407.77 |
| 100 | 1063877 | Meadows, Joey W. | Meadows, Kathryn D. | 32.34 | $60,314.42 | $24,772.44 | $0.00 | $0.00 | $0.00 | $33,461.29 | $51,698.08 | $17,232.69 | $2,154.09 | $0.00 | $192,135.77 | $23,272.89 | $ 4,030.75 | $ 43,428.64 | $ 16,885.78 |
| 101 | 1063563 | Melvin, Phyllis | | 82.32 | $153,527.62 | $63,057.12 | $116.62 | $0.00 | $0.00 | $0.00 | $12,282.21 | $1,535.28 | $0.00 | $0.00 | $113,837.86 | $39,689.76 | $ 10,350.63 | $ 87,341.86 | $ 66,185.76 |
| 102 | 1063809 | Moore, Darrell | | 53.36 | $99,516.93 | $40,873.76 | $116.62 | $0.00 | $0.00 | $15,077.53 | $23,884.06 | $7,961.35 | $995.17 | $0.00 | $88,791.87 | $10,725.06 | $ 6,670.77 | $ 71,578.58 | $ 27,938.35 |
| 103 | 1063821 | Moore, Judith | Moore, Sidney | 55.30 | $103,135.05 | $42,370.40 | $0.00 | $0.00 | $0.00 | $15,620.25 | $24,752.41 | $8,250.80 | $1,031.35 | $0.00 | $70,281.82 | $32,853.23 | $ 6,924.02 | $ 52,453.43 | $ 50,681.62 |
| 104 | 1063707 | Morris, Richard | Moore, Tammy J. | 49.39 | $92,112.84 | $37,832.74 | $0.00 | $0.00 | $0.00 | $0.00 | $22,107.08 | $7,369.03 | $921.13 | $0.00 | $79,676.23 | $12,436.61 | $ 6,181.80 | $ 63,750.95 | $ 28,361.89 |
| 105 | 1063771 | Mustard, Roger | Mustard, Edna | 44.12 | $82,284.24 | $33,795.92 | $2,581.14 | $8,865.11 | $0.00 | $0.00 | $19,748.22 | $6,582.74 | $822.84 | $0.00 | $63,530.86 | $18,753.38 | $ 5,508.83 | $ 51,799.47 | $ 32,992.77 |
| 106 | 1063523 | Nelson, Nathan C. | Nelson, Christy | 124.96 | $233,051.65 | $95,719.36 | $2,581.14 | $0.00 | $0.00 | $0.00 | $55,932.40 | $18,644.13 | $2,330.52 | $0.00 | $172,626.41 | $60,425.24 | $ 15,636.72 | $ 132,330.73 | $ 100,720.92 |
| 107 | 1063848 | O'Dam, Russell | O'Dam, Celesta R. | 93.14 | $173,707.03 | $71,345.24 | $0.00 | $0.00 | $0.00 | $26,206.05 | $41,699.69 | $13,896.56 | $1,737.07 | $0.00 | $154,874.61 | $18,832.42 | $ 11,722.52 | $ 99,047.44 | $ 59,977.59 |
| 108 | 1063757 | O'Loughlin, Edward P. | O'Loughlin, Kate M. | 53.31 | $99,423.68 | $40,835.46 | $2,581.14 | $0.00 | $0.00 | $0.00 | $17,953.89 | $5,994.24 | $0.00 | $0.00 | $76,226.41 | $23,197.27 | $ 6,682.80 | $ 59,047.53 | $ 40,376.15 |
| 109 | 1063496 | Pelletier, Alfred | Pelletier, Barbara | 155.54 | $290,083.66 | $119,143.64 | $116.62 | $0.00 | $0.00 | $0.00 | $69,620.08 | $23,206.69 | $2,900.84 | $0.00 | $214,987.87 | $75,095.79 | $ 19,584.55 | $ 164,952.34 | $ 125,131.32 |
| 110 | 1063534 | Pennington, Robert | Pennington, Roberta | 62.26 | $116,115.52 | $0.00 | $2,581.14 | $0.00 | $0.00 | $17,567.32 | $27,867.73 | $9,289.24 | $1,161.16 | $0.00 | $58,466.59 | $57,648.93 | $ 7,780.20 | $ 38,379.06 | $ 77,736.46 |

MI Final Payment Report
Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
(Data as of 9/30/09)

| Row | VCN | Claimant Name | Executing Derivatives | Total Points | 100% Award Value at $1,865.01 per Point | Previous Payments | Federal Medicare Reimbursement | State Medicaid Liens | Other Government Liens | PLRP Resolution Amounts | Private Liens | Common Benefit Fees (8%) | Common Benefit Costs (1%) | Attorneys' Fees (24%) | Total of All Deductions | Final Payment Amount | Barry Hill Fee | New Total Deductions | New Final Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 111. | 1063598 | Pickens, Vera | Pickens, Harry A. | 38.81 | $72,381.04 | $29,728.46 | $2,581.14 | $0.00 | $0.00 | $11,007.15 | $13,371.45 | $5,790.48 | $723.81 | $0.00 | $67,202.49 | $5,178.55 | 4,834.55 | 54,665.59 | $17,715.45 |
| 112. | 1063573 | Pierce, James D. | Pierce, Norma R. | 119.00 | $221,936.19 | $91,154.00 | $116.62 | $0.00 | $0.00 | $0.00 | $17,754.90 | $17,754.90 | $2,219.36 | $0.00 | $164,509.57 | $57,426.62 | 8,992.40 | 120,237.28 | $101,698.91 |
| 113. | 1063706 | Pigg, Harold | Pigg, Candace | 101.92 | $190,081.82 | $78,070.72 | $116.62 | $0.00 | $0.00 | $28,662.27 | $53,264.69 | $15,206.55 | $1,900.82 | $0.00 | $169,576.62 | $20,505.20 | 12,836.49 | 136,793.47 | $53,288.35 |
| 114. | 1063884 | Pigman, Carroll | Pigman, Freda A. | 56.53 | $105,429.02 | $43,301.98 | $116.62 | $0.00 | $0.00 | $15,964.35 | $45,619.64 | $8,434.32 | $1,054.29 | $0.00 | $94,174.52 | $11,254.50 | 7,068.33 | 75,939.89 | $11,933.69 |
| 115. | 1063659 | Pritchard, Carol J. | Pritchard, Benjamin | 103.49 | $193,009.88 | $79,273.34 | $2,581.14 | $0.00 | $0.00 | $0.00 | $46,322.37 | $15,440.79 | $1,930.10 | $0.00 | $145,547.74 | $47,462.14 | 13,035.87 | 112,261.24 | $80,748.64 |
| 116. | 1063554 | Raisor, Jerry | Ranyer, Louella L. | 91.47 | $170,592.46 | $70,066.02 | $0.00 | $0.00 | $0.00 | $25,738.86 | $40,942.19 | $13,647.40 | $1,705.92 | $0.00 | $152,100.39 | $18,492.07 | 11,516.74 | 122,674.94 | $47,917.52 |
| 117. | 1066505 | Ranyer, William B. | Ranyer, Louella L. | 103.23 | $192,524.98 | $79,074.18 | $2,581.14 | $0.00 | $0.00 | $0.00 | $57,645.05 | $15,402.00 | $1,925.25 | $0.00 | $142,724.05 | $49,800.93 | 13,014.14 | 109,532.19 | $32,992.79 |
| 118. | 1063881 | Richardson, Charles K. | Ranyer, Louella L. | 17.08 | $31,854.37 | $13,083.28 | $2,581.14 | $0.00 | $0.00 | $0.00 | $2,548.35 | $2,548.35 | $318.54 | $0.00 | $26,176.36 | $5,678.01 | 2,075.35 | 20,606.66 | $11,247.71 |
| 119. | 1063770 | Riffe, Lakie | Riffe, Lakie | 240.00 | $447,602.40 | $183,840.00 | $143.27 | $723.83 | $0.00 | $0.00 | $107,424.58 | $35,808.19 | $4,476.02 | $0.00 | $332,415.89 | $21,100.71 | 18,207.62 | 243,198.93 | $204,403.47 |
| 120. | 1063793 | Robertson (deceased), Herman L. | Marcum, Janet G. Robertson, Pauline | 84.00 | $156,660.84 | $64,344.00 | $143.27 | $28,751.02 | $0.00 | $0.00 | $37,598.60 | $12,532.87 | $1,566.61 | $0.00 | $147,374.24 | $9,286.60 | 14,265.92 | 120,342.79 | $36,318.05 |
| 121. | 1063810 | Robinson, Earl | Robinson, Debra | 113.19 | $211,100.48 | $86,703.54 | $116.62 | $0.00 | $0.00 | $31,815.07 | $50,664.12 | $16,888.04 | $2,111.00 | $0.00 | $188,298.39 | $22,802.09 | 14,265.92 | 151,900.19 | $59,200.29 |
| 122. | 1063844 | Robinson, Marvin | Robinson, Judy | 74.16 | $138,309.14 | $56,806.56 | $0.00 | $0.00 | $0.00 | $0.00 | $33,194.19 | $11,064.73 | $1,383.09 | $0.00 | $105,029.71 | $33,279.43 | 9,318.72 | 81,154.24 | $57,154.90 |
| 123. | 1063495 | Rucker (deceased), George E. | Rucker, Nancy | 207.90 | $387,735.58 | $159,251.40 | $143.27 | $0.00 | $0.00 | $29,319.68 | $93,056.54 | $31,018.85 | $3,877.36 | $0.00 | $287,347.42 | $100,388.16 | 26,267.21 | 220,558.09 | $167,177.49 |
| 124. | 1063495 | Sakaka, Carole | Sakaka, John | 104.27 | $194,464.59 | $79,870.82 | $0.00 | $0.00 | $0.00 | $9,406.97 | $14,937.05 | $7,106.43 | $617.13 | $0.00 | $33,279.43 | $4,012.79 | 4,097.75 | 43,344.56 | $14,726.20 |
| 125. | 1063883 | Sammons, Elizabeth | Schroeder, Lenora D. | 47.63 | $88,830.43 | $36,484.58 | $2,581.14 | $0.00 | $0.00 | $13,474.56 | $21,319.30 | $7,106.43 | $888.30 | $0.00 | $81,854.31 | $6,976.12 | 5,953.86 | 66,488.87 | $22,341.56 |
| 126. | 1063712 | Schroeder, Merritt | Schroeder, Lenora D. | 39.72 | $74,078.20 | $30,425.52 | $116.62 | $0.00 | $0.00 | $0.00 | $17,111.33 | $5,926.26 | $740.78 | $0.00 | $54,987.95 | $19,090.22 | 4,950.96 | 43,344.49 | $31,918.06 |
| 127. | 1063793 | Setser, Patsy Sue | Setser, Wayne E. | 82.95 | $154,702.58 | $63,539.70 | $116.62 | $0.00 | $0.00 | $23,555.38 | $37,128.62 | $12,376.21 | $1,547.03 | $0.00 | $138,263.56 | $16,639.02 | 10,423.15 | 111,358.09 | $43,344.49 |
| 128. | 1063844 | Shadbolt, Kenneth E. | Frantz Shadbolt, Lynne | 114.70 | $213,916.65 | $87,860.20 | $116.62 | $0.00 | $0.00 | $0.00 | $46,671.50 | $17,113.33 | $2,139.17 | $0.00 | $158,569.72 | $55,347.33 | 14,475.65 | 139,822.85 | $54,641.74 |
| 129. | 1063731 | Shamlee, Charles | Shirkey, Clifford | 23.28 | $43,417.43 | $17,832.48 | $2,581.14 | $0.00 | $0.00 | $0.00 | $37,128.62 | $2,139.17 | $434.17 | $0.00 | $98,779.04 | $34,382.67 | 8,979.75 | 75,799.98 | $14,726.20 |
| 130. | 1063806 | Shirkey (deceased), Leona | Shirkey, Clifford | 114.70 | $213,916.65 | $87,860.20 | $143.27 | $0.00 | $0.00 | $0.00 | $31,340.00 | $10,652.94 | $1,331.62 | $0.00 | $34,741.36 | $8,676.07 | 2,865.25 | 27,186.43 | $43,344.49 |
| 131. | 1063710 | Shuck, Frances | Shirkey, Clifford | 47.91 | $89,352.63 | $36,699.06 | $116.62 | $0.00 | $0.00 | $0.00 | $10,420.18 | $3,473.39 | $434.17 | $0.00 | $19,090.22 | $8,676.07 | 2,865.25 | 27,186.43 | $16,231.00 |
| 132. | 1063795 | Sidner, Ada | Sidner, Francis L. | 207.90 | $387,735.58 | $159,251.40 | $2,581.14 | $0.00 | $0.00 | $58,310.33 | $93,056.54 | $31,018.85 | $3,877.36 | $0.00 | $348,095.62 | $39,639.96 | 15,767.36 | 270,806.44 | $116,929.14 |
| 133. | 1063756 | Skaggs, Lawrence Craig C. | Sidner, Francis L. | 75.26 | $140,360.65 | $57,649.16 | $2,581.14 | $0.00 | $0.00 | $21,204.09 | $33,686.56 | $11,228.85 | $1,403.61 | $0.00 | $127,753.41 | $12,607.24 | 9,444.72 | 103,511.57 | $54,849.98 |
| 134. | 1063791 | Stevenson, Charles | Stevenson, Anne | 26.39 | $49,217.61 | $20,214.74 | $2,581.14 | $0.00 | $0.00 | $7,532.64 | $11,812.23 | $3,937.41 | $492.18 | $0.00 | $46,570.34 | $2,647.22 | 3,238.05 | 37,996.16 | $11,221.45 |
| 135. | 1063878 | Smith (deceased), Gerald V. | Smith, Aliene | 132.82 | $247,710.63 | $101,740.12 | $2,581.14 | $0.00 | $0.00 | $0.00 | $59,450.55 | $19,816.85 | $2,477.11 | $0.00 | $186,065.77 | $61,644.86 | 16,746.29 | 143,361.51 | $104,349.12 |
| 136. | 1063789 | Sutherland (deceased), Anna | Sutherland, John M. | 63.47 | $118,372.18 | $48,618.02 | $2,581.14 | $0.00 | $0.00 | $52,883.15 | $84,373.05 | $28,124.35 | $3,515.54 | $0.00 | $315,868.23 | $35,686.16 | 23,812.38 | 255,307.56 | $96,246.83 |
| 137. | 1063711 | Theil, Margaret | Theil, Cletus | 188.50 | $351,534.39 | $144,391.00 | $2,581.14 | $0.00 | $0.00 | $0.00 | $79,409.14 | $26,469.71 | $3,308.71 | $0.00 | $245,083.62 | $85,787.88 | 22,398.24 | 188,072.72 | $142,798.70 |
| 138. | 1063994 | Thornburg, Timothy | Thornburg, Martha | 177.41 | $330,871.42 | $135,896.06 | $0.00 | $0.00 | $0.00 | $0.00 | $2,550.71 | $3,308.71 | $387.36 | $0.00 | $36,440.03 | $2,296.23 | 2,550.71 | 29,694.04 | $9,042.22 |
| 139. | 1063760 | Timberlake, Jack | Timberlake, Jack | 20.77 | $38,736.26 | $15,909.82 | $116.62 | $7,630.63 | $0.00 | $39,315.21 | $62,664.34 | $20,888.11 | $2,611.01 | $0.00 | $232,861.94 | $28,239.46 | 17,683.03 | 187,880.63 | $73,220.77 |
| 140. | 1063346 | Tischer (deceased), Erma M. | Tischer, Richard | 140.00 | $261,101.40 | $107,240.00 | $143.27 | $0.00 | $0.00 | $0.00 | $43,775.51 | $14,591.84 | $1,823.98 | $0.00 | $247,215.67 | $115,186.11 | 12,312.24 | 103,642.86 | $78,755.12 |
| 141. | 1063823 | Todd, Mary T. | Todd, Mary T. | 97.80 | $182,397.98 | $74,914.80 | $0.00 | $52,248.52 | $0.00 | $0.00 | $21,019.41 | $21,019.41 | $2,627.43 | $0.00 | $42,291.85 | $42,291.85 | 17,700.31 | 130,304.74 | $60,877.86 |
| 142. | 1063519 | Van Cooney, Paul | Van Cooney, Diane | 140.88 | $262,742.61 | $107,914.80 | $0.00 | $0.00 | $0.00 | $0.00 | $63,058.23 | $15,199.09 | $1,899.89 | $0.00 | $169,493.56 | $20,495.01 | 6,408.44 | 130,304.74 | $59,683.83 |
| 143. | 1063567 | Welsh, James R. | Welsh, Sandra | 101.87 | $189,988.57 | $78,032.42 | $116.62 | $0.00 | $0.00 | $28,648.28 | $45,597.26 | $15,199.09 | $1,899.89 | $0.00 | $169,493.56 | $20,495.01 | 6,408.44 | 130,304.74 | $52,411.10 |
| 144. | 1063854 | Wessendary, Mabel | Wessendary, John | 192.02 | $358,119.22 | $147,087.32 | $116.62 | $1,519.84 | $0.00 | $53,867.88 | $85,948.61 | $28,649.54 | $3,581.19 | $0.00 | $320,771.00 | $37,348.22 | 24,254.03 | 259,076.42 | $99,042.80 |
| 145. | 1063800 | Wheeler, Bobby L. | Wheeler, Shirley | 64.26 | $119,845.54 | $49,223.16 | $2,581.14 | $0.00 | $0.00 | $0.00 | $28,762.93 | $9,587.64 | $1,198.46 | $0.00 | $91,353.33 | $28,492.21 | 4,844.04 | 67,434.44 | $52,398.43 |
| 146. | 1063835 | Wheeler, James | Wheeler, Juanita | 77.62 | $144,762.08 | $59,456.92 | $116.62 | $0.00 | $0.00 | $0.00 | $34,742.90 | $11,580.97 | $1,447.62 | $0.00 | $107,345.03 | $37,417.05 | 9,761.72 | 82,363.65 | $52,411.10 |
| 147. | 1063855 | Wicker, Sarah | Wicker, Carl | 107.07 | $199,686.62 | $82,015.62 | $0.00 | $0.00 | $0.00 | $30,102.99 | $47,924.79 | $15,974.93 | $1,996.87 | $0.00 | $178,015.20 | $21,671.42 | 13,483.32 | 143,573.73 | $56,112.89 |
| 148. | 1063612 | Williams (deceased), Roy E. | Williams, Jenny L. | 498.75 | $930,173.74 | $382,042.50 | $143.27 | $0.00 | $0.00 | $0.00 | $223,241.70 | $74,413.90 | $9,301.74 | $0.00 | $689,143.11 | $241,030.63 | 63,164.57 | 529,065.98 | $401,107.76 |
| 149. | 1063507 | Williams, Gary D. | Williams, Nancy R. | 47.31 | $88,233.62 | $36,239.46 | $116.62 | $0.00 | $0.00 | $13,385.04 | $21,176.07 | $7,058.69 | $882.34 | $0.00 | $78,858.22 | $9,375.40 | 5,924.28 | 63,606.43 | $24,627.19 |
| 150. | 1063538 | Williams, Troy | Williams, Nancy R. | 116.62 | $217,497.47 | $89,330.92 | $116.62 | $0.00 | $0.00 | $0.00 | $52,199.39 | $17,399.80 | $2,174.97 | $0.00 | $161,221.70 | $56,275.77 | 14,713.48 | 123,735.79 | $93,761.68 |
| 151. | 1063581 | Wohrer, Jon N. | Wohrer, Diane K. | 294.00 | $548,312.94 | $223,204.00 | $116.62 | $0.00 | $0.00 | $0.00 | $131,595.11 | $43,865.04 | $5,483.13 | $0.00 | $406,147.28 | $142,165.66 | 37,196.73 | 311,748.90 | $226,564.04 |
| 152. | 1063616 | Wright, Kimberley Jo | Workman, Virginia | 25.15 | $46,905.00 | $19,264.90 | $116.62 | $0.00 | $0.00 | $0.00 | $11,257.20 | $3,752.40 | $469.05 | $0.00 | $34,860.17 | $12,044.83 | 3,113.57 | 26,716.54 | $20,188.46 |
| 153. | 1063616 | Wyckhouse, Norma J. | Wright, Douglas K. | 163.00 | $303,996.63 | $124,858.00 | $2,581.14 | $0.00 | $0.00 | $45,749.49 | $72,959.19 | $24,319.73 | $3,039.97 | $0.00 | $273,507.52 | $30,489.11 | 20,556.30 | 221,104.63 | $82,892.00 |
| 154. | 1063827 | Yates, Keith | Wyckhouse, Dennis | 71.31 | $132,993.86 | $54,623.46 | $0.00 | $0.00 | $0.00 | $20,099.07 | $31,918.53 | $10,639.51 | $1,329.94 | $0.00 | $118,610.51 | $14,383.35 | 8,954.87 | 95,646.85 | $37,347.01 |
| 155. | 1063740 | Yates, Jo Ann | Yates, Jo Ann | 111.77 | $208,452.17 | $85,615.82 | $0.00 | $0.00 | $0.00 | $31,417.82 | $50,028.52 | $16,676.17 | $2,084.52 | $0.00 | $185,822.85 | $22,629.33 | 14,098.25 | 149,892.58 | $58,559.59 |
| 156. | 1063535 | Young, Samuel | Young, Karen | 346.03 | $645,349.41 | $265,058.98 | $0.00 | $0.00 | $0.00 | $96,952.41 | $154,883.86 | $51,627.95 | $6,453.49 | $0.00 | $574,976.69 | $70,372.72 | 43,788.24 | 463,881.07 | $181,468.34 |

$7,729,238.96

**MI Final Payment Report**
**Hill, Peterson, Carper, Bee & Deitzler, PLLC**
(Data as of 9/30/09)

V4097B

| Row | VCN | Claimant Name | Executing Derivatives | Total Points | 100% Award Value at $1,865.01 per Point | Previous Payments | Federal Medicare Reimbursement | State Medicaid Liens | Other Government Liens | PLRP Resolution Amounts | Private Liens | Common Benefit Fees (8%) | Common Benefit Costs (1%) | Attorneys' Fees (24%) | Total of All Deductions | Final Payment Amount | Barry Hill Fee | New Total Deductions | New Final Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 1065409 | Adams, Lloyd | Adams, Mary Ann | 139.72 | $260,579.20 | $107,025.52 | $2,581.14 | $0.00 | $0.00 | $39,236.88 | $62,539.01 | $20,846.34 | $2,605.79 | $0.00 | $234,834.68 | $25,744.52 | 13,967.04 | $ 186,262.71 | $74,316.49 |
| 2. | 1065411 | Auten, Evert | Auten, Linda K. | 167.20 | $311,829.67 | $128,075.20 | $0.00 | $0.00 | $0.00 | $0.00 | $74,839.12 | $24,946.37 | $3,118.30 | $0.00 | $230,978.99 | $80,850.68 | 24,946.37 | $ 181,086.24 | $130,743.43 |
| 3. | 1065413 | Ciccarelli, Angelo | Ciccarelli, Rona M. | 23.56 | $43,939.64 | $18,046.96 | $2,581.14 | $0.00 | $0.00 | $0.00 | $10,545.51 | $3,515.17 | $439.40 | $0.00 | $35,128.18 | $8,811.46 | 2,109.10 | $ 26,691.77 | $17,247.87 |
| 4. | 1065415 | Cumby, Charles | Kelly, Kathryn Cumby | 102.46 | $191,088.92 | $78,484.36 | $143.27 | $0.00 | $0.00 | $0.00 | $45,861.34 | $15,287.11 | $1,910.89 | $0.00 | $141,686.97 | $49,401.95 | 9,172.27 | $ 104,997.90 | $86,091.02 |
| 5. | 1065417 | Dean, Marvin | Dean, John E. | 139.29 | $259,777.24 | $106,696.14 | $0.00 | $0.00 | $0.00 | $0.00 | $62,346.54 | $20,782.18 | $2,597.77 | $0.00 | $192,422.63 | $67,354.61 | 20,782.18 | $ 150,858.27 | $108,918.97 |
| 6. | 1065418 | Drafton, Janette | Drafton, Eddie | 254.91 | $475,409.78 | $195,261.06 | $0.00 | $0.00 | $0.00 | $0.00 | $114,098.33 | $38,032.78 | $4,754.10 | $0.00 | $352,146.27 | $123,263.43 | 25,481.96 | $ 263,529.90 | $211,879.88 |
| 7. | 1065422 | Fields, Roy | Fields, Glenda Ray | 186.23 | $347,320.81 | $142,652.18 | $2,581.14 | $0.00 | $0.00 | $52,248.12 | $83,356.99 | $27,785.66 | $3,473.21 | $0.00 | $312,097.30 | $35,223.51 | 18,616.40 | $ 247,356.71 | $99,964.10 |
| 8. | 1065423 | Fleming, Bobbie Ann | Fleming, Angel Kay | 57.17 | $106,622.62 | $43,792.22 | $143.27 | $0.00 | $0.00 | $0.00 | $25,589.43 | $8,529.81 | $1,066.23 | $0.00 | $79,120.96 | $27,501.66 | 8,529.81 | $ 62,061.34 | $44,561.28 |
| 9. | 1065424 | Heck, Lila | Heck, Edward Lee | 62.98 | $117,458.33 | $48,242.68 | $0.00 | $0.00 | $0.00 | $0.00 | $28,190.00 | $9,396.67 | $1,174.58 | $0.00 | $87,003.93 | $30,454.40 | 9,396.67 | $ 68,210.60 | $49,247.73 |
| 10. | 1065425 | Hodges, Lawrence | Hodges, Melinda | 48.41 | $90,285.13 | $37,082.06 | $116.62 | $11,252.08 | $0.00 | $0.00 | $21,668.43 | $7,222.81 | $902.85 | $0.00 | $78,244.85 | $12,040.28 | 4,333.69 | $ 60,910.11 | $29,375.02 |
| 11. | 1065428 | Lemon, Richard | Lemon, Elinor M. | 56.70 | $105,746.07 | $43,432.20 | $143.27 | $0.00 | $0.00 | $0.00 | $25,379.06 | $8,459.69 | $1,057.46 | $0.00 | $78,471.68 | $27,274.39 | 5,667.99 | $ 58,760.61 | $46,985.46 |
| 12. | 1065431 | Linkhorn, Lloyd | Linkhorn, Barbara | 102.46 | $191,088.92 | $78,484.36 | $116.62 | $0.00 | $0.00 | $16,300.05 | $45,861.34 | $15,287.11 | $1,910.89 | $0.00 | $141,660.32 | $49,428.60 | 10,242.37 | $ 106,041.35 | $85,047.57 |
| 13. | 1065432 | Long, Kenneth | Long, Kenneth | 57.73 | $107,667.03 | $44,221.18 | $0.00 | $0.00 | $0.00 | $0.00 | $25,840.09 | $8,613.36 | $1,076.67 | $0.00 | $96,051.35 | $11,615.68 | 2,358.46 | $ 72,569.72 | $35,097.31 |
| 14. | 1065436 | Moulton, Lyle | Krabill, Karen L. | 94.50 | $176,243.45 | $72,387.00 | $143.27 | $0.00 | $0.00 | $0.00 | $42,298.43 | $14,099.48 | $1,762.43 | $0.00 | $130,690.61 | $45,552.84 | 9,446.65 | $ 97,838.83 | $78,404.62 |
| 15. | 1065437 | Nelson, Kacy | Teter, Madalin F. | 69.00 | $128,685.69 | $52,854.00 | $143.27 | $0.00 | $0.00 | $0.00 | $30,884.57 | $10,294.86 | $1,286.86 | $0.00 | $95,463.56 | $33,222.13 | 10,294.86 | $ 74,873.85 | $53,811.84 |
| 16. | 1065441 | Senchina, Celia | Senchina, Michael | 130.95 | $244,223.06 | $100,307.70 | $143.27 | $0.00 | $0.00 | $0.00 | $58,613.53 | $19,537.84 | $2,442.23 | $0.00 | $181,044.57 | $63,178.49 | 11,722.71 | $ 134,153.75 | $110,069.31 |
| 17. | 1065442 | Senft, Jennie Elizabeth | Senft, William D., Senft, Jennie E. | 146.56 | $273,335.87 | $112,264.96 | $143.27 | $0.00 | $0.00 | $0.00 | $65,600.61 | $21,866.87 | $2,733.36 | $0.00 | $202,609.07 | $70,726.80 | 18,586.84 | $ 155,995.30 | $177,740.57 |
| 18. | 1065446 | Tittle, Gary | Tittle, Cathleen | 303.19 | $565,452.38 | $232,243.54 | $0.00 | $0.00 | $0.00 | $0.00 | $135,708.57 | $45,236.19 | $5,654.52 | $0.00 | $418,842.82 | $146,609.56 | 45,236.19 | $ 328,370.44 | $237,081.94 |
| | | | | | | | | | | | $959,220.90 | | | | | | | | |