UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 OCT 21  PM 3: 00

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION

:   MDL NO. 1657
:
:   SECTION: L
:
:   JUDGE FALLON
:   MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:   Anthony and Helen Vislusky only

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiffs Anthony and Helen Vislusky. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 19th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Helen and Anthony Vislusky
321 Virginia Ave.
Shenandoah, PA 17976

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Patrick F. McCormick
Patrick F. McCormick, Attorney at Law
Suite 2450
New Orleans, LA 70130

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____