August 10, 2009

Helen and Anthony Vislusky
321 Virginia Ave
Shenandoah, PA  17976

Honorable Judge Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, Louisiana  70130

Re:  Anthony Vislusky   VIOXX case
DOB  ll/05/47

Dear Judge Fallon:

I am writing to you in regard to my husbands VIOXX case.  It has been years and we have not heard one word of the status of my husband's case.  As you can note by the attached letter my attorney has also written to you for your kind assistance.

As are most of the Vioxx claimants, my husband is disabled and each passing month that he hears nothing is very depressing and stressful.  We know there are thousands of claimants and you are monitoring all this.  Would you please be kind enough as to inform us of his status or of whatever we need to do next to bring some kind of confirmation of his claim.

Your time and attention in aiding us in our quest for information is so greatly appreciated.

Sincerely,

*Helen and Anthony Vislusky*

Helen and Anthony Vislusky

PS  We can be reached at the above address or by phone 570 205 1824.  My attorney's address is attached or leave him a message at 570 462 3320.

# PATRICK F. McCORMICK
### ATTORNEY AT LAW
POST OFFICE BOX 401
FRACKVILLE, PENNSYLVANIA 17931

June 30, 2009

Honorable Judge Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, Louisiana 70130

Re: Anthony Vislusky VIOXX case

Dear Judge Fallon:

I am writing to you in regard to the above-captioned claimant in his VIOXX matter. The claimant is asking me to provide some type of confirmation of his claim.

We filed this claim in a timely fashion and complied with each and every order and directive. I have literally a box-file on this claim with multiple receipts for all mailings and submissions. We attempted to comply with all electronic filings but never received confirmation of the same, thus the paper filings and submissions. I apologize if this double filing caused any problems. We remain committed to this case as the claimant believes to be one of those harmed by the use of this drug.

We remain hopeful that the Court will advise as to confirmation of his claim and provide direction as to how we may conclude this matter with the Court in a tmely manner.

Very truly yours,

Attorney Patrick F. McCormick

PFM: owk
cc: A. Vislusky