**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Government | * | MAG. JUDGE KNOWLES |
| Actions | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

**PRETRIAL ORDER NO. 44-A**

**APPOINTMENT OF SHELLY A. SANFORD TO GOVERNMENT ACTIONS PLAINTIFFS' CASE MANAGEMENT EXECUTIVE COMMITTEE**

Counsel for plaintiffs in the above-captioned proceedings under PTO 39 have conferred and submit this agreed proposal for the appointment of Shelly A. Sanford to the Government Actions Plaintiffs' Case Management Executive Committee. This Order shall govern all proceedings in the actions which have been or will be included in the process described in and initiated by PTO 39, and is a supplement to PTO 44.

**I.   SUPPLEMENTAL ORGANIZATION OF GOVERNMENT ACTIONS PLAINTIFFS COUNSEL**

1.   The Court recognizes that Shelly A. Sanford has filed two actions in the United States Federal Court for the Western District of Oklahoma. These cases are subject to PTO 39, are pending service and transfer to this MDL, and include:

   a.   The State of Oklahoma, *ex rel* Oklahoma Healthcare Authority v. Merck & Co Inc., Case No. 5:09-cv-01018-R, in the United States District Court for the Western District of Oklahoma; and

    b.  Oklahoma State and Education Employees Group Insurance Board v. Merck & Co Inc., Case No. 5:09-cv-00966-R, in the United States District Court for the Western District of Oklahoma.

The Court, having previously considered the unopposed recommendation of Ms. Sanford to the Government Actions Executive Committee, in Proposed Pretrial Order No. 44, and now recognizing the above actions filed by Ms. Sanford and her willingness to assist in the financial and legal preparation of these cases, hereby designates and appoints Shelly A. Sanford as an additional member of the Executive Committee under the guidelines of PTO 44 and as a supplement to PTO 44, subsection I. 2. b. (Organization of Government Actions Plaintiffs Counsel)

## II. **MODIFICATION OF THIS ORDER**

  2. This order may be modified or supplemented by the Court or on motion by any party for good cause shown.

SO ORDERED:

New Orleans, Louisiana this 21st day of October, 2009.

                        _____
                        The Honorable Eldon Fallon
                        United States District Court Judge