```
                        RECEIVED
                         JUL 20 2009
1  KURT VANDERVALK
   6245 MOUNTAIN VISTA      CHAMBERS
2  HELENA MT 59602       U.S. DISTRICT JUDGE
   PRO SE                  ELDON E. FALLON
3  406-459-1621
```

IN THE WORKERS COMPENSATION COURT OF THE STATE OF MONTANA

Case No.: WWC No 2008-2092

Kurt Vandervalk                )
                               )
      Petitioner,          )
                               )
  VS                           )    **Motion to compel**
                               )
Montana Workman's Compensation Court )
                               )
      Respondent            )
                               )
                               )

---

Comes now petitioner (KURT VANDERALK) Respectfully requests the court Compel Honorable Eldon E Fallon, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA to supply information that was subpoenaed on MAY 28, 2009 as requested.

Dated this _15th_ day of JULY, 2009

_Kurt Vandervalk_ (signature)
Kurt Vandervalk

Greg Overturf
SAAG Mt State Fund
Po box 4759
Helena Mt   59604-9124

Mt Workman's comp court
Po box 537
Helena Mt   59624-0537

1
2  Honorable Eldon E Fallon
   EASTERN DISTRICT COURT OF LOUISIANA
   500 POYDRAS STREET, ROOM C- 456
3  NEW ORLEANS, LA   70130
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Eastern District Louisiana
500 Poydras Street, Room C-456
New Orleans, La 70130

RECEIVED
JUL 20 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

VIOXX

