## Order

It is so ordered that the motion to reconsider the ruling regarding the Special Masters On July 20, 2009 is granted to review documents in question and reconsider this ruling.

Judge of District Court Eastern Division _____