REPORT: RX0920                           02/21/03                    KS  WALGREENS PURGED DATA FOR STORE  35769                                PAGE: 43193

| PAT LAST NAME | | FIRST | | | PAT ADDRESS | | | | | | PAT PHONE# | BIRTH DATE |

Re: Willie Clay

| RX NUMBER | DRUG NAME | | | | | | RX COMMENTS | DRUG MFR | | | CTL | PLAN | | |
| DOC NAME | DOC ADDRESS | | | | | | | | | | | DOC PHONE# | DEA# | |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | REFILL | | | | CUST AMT | TOT AMT | FILL SOLD DATE | | | CLAIM # | PARTIAL CODE | PLAN |
| ENTER DATE | CIND | ENT/VER | FILL QTY | | | | | | | | | | | | |

RX 0678084   PROPOXYPHENE-N 100 W/ APAP 650 TABS                 MYLAN-LILLY
| 03/24/2001 | EAC/HHP | 10 | | ORIG | | | 0.00 | 23.99 | 03/24/2001 | | 4001083805151- | | KANPA |
| 03/24/2001 | EAC/HHP | | 2 | ADDRFL | | | | | | | | | |
| 08/25/2001 | EAC/HHP | 10 | | RFL001 | | | 0.00 | 26.99 | 08/25/2001 C4 KANPA | 4001237404015 | | KANPA |
SIG: TK 1 T PO Q 4 TO 6 H PRN.
JOVELL, P 550 N HILLSIDE WICHITA, KS 67214                                                                      (316) 688-2222

RX 0679167   NORVASC 5MG TABLETS                                 PFIZER
| 05/10/2001 | DLJ/KLH | 20 | | ORIG | | | 0.00 | 9.52 | 05/11/2001 RX KANPA | 4001139402001 | ES2664084 | KANPA |
SIG: TK ONE T T PO QD
GRANT, M 818 N. EMPORIA WICHITA, KS 67214                                                                       (316) 263-0088

RX 0679349   ISOSORBIDE DINITRATE 20MG ORAL TABS                 PAR
| 05/21/2001 | DLJ/HLP | 30 | 3 | ORIG | | | 0.00 | 42.54 | 06/21/2001 RX KANPA | 4001170410034 | EG1519884 | KANPA |
| 05/21/2001 | DLJ/GDJ | | 1 | ADDRFL | | | 0.00 | 42.54 | | | | KANPA |
| 06/19/2001 | XXX/HHP | 30 | | RFL001 | | | 0.00 | 42.54 | 08/02/2001 | 4001207407734 | | KANPA |
| 07/26/2001 | XXX/KLH | 30 | | RFL002 | | | 0.00 | 42.54 | 09/08/2001 | 4001250414191 | | KANPA |
| 09/07/2001 | XXX/GDJ | 30 | | RFL003 | | | | | | | | |
SIG: TK 1 T PO TID.
GRANT, M 818 N. EMPORIA WICHITA, KS 67214                                                                       (316) 263-0088

RX 0680766   NITROQUICK 0.4MG SUBL TABS 25'S                     ETHEX
| 12/09/2000 | EAC/GDJ | 60 | 1 | ORIG | | | 0.00 | 5.99 | 05/23/2001 RX KANPA | 4001142414094 | EG1519884 | KANPA |
| 05/22/2001 | | | | | | | | | | | | |
SIG: 1 T UNDER TONGUE PRN FOR CHEST PAIN
GRANT, M 818 N. EMPORIA WICHITA, KS 67214                                                                       (316) 263-0088

RX 0681545   ENDOCET 10/650 MG TABLETS (YELLOW)                  ENDO
| 06/05/2001 | DLJ/HHP | 25 | 0 | ORIG | | | 0.00 | 6.25 | 06/05/2001 C2 | 4001156410082 | BS6013801 | KANPA |
| 06/15/2001 | | | 5 | | | | | | | | | |
SIG: MAX, G 3340 E CENTRAL WICHITA, KS 67214                                                                    (316) 688-3070

RX 0681545   (continuation)
| 06/17/2001 | KNT/HHP | 30 | 0 | ORIG | | | 0.00 | 0.00 | 06/18/2001 RX KANPA | | | KANPA |
SIG: TK 1 T PO Q 6 H PRN P
GRANT, M 818 N. EMPORIA WICHITA, KS 67214

RX 0682446   VIOXX 12.5MG TABLETS                                MERCK
| 06/21/2001 | HHP/HHP | 30 | 1 | ORIG | | | 0.00 | 75.33 | 06/30/2001 | 4001172412900 | EG1519884 | KANPA |
| 06/21/2001 | HHP/HHP | | 1 | ADDRFL | | | | | | | | |
| 06/27/2001 | DLJ/KLH | 30 | | ADDRPL | | | 0.00 | 75.33 | 08/02/2001 | 4001207407736 | | KANPA |
| 07/26/2001 | XXX/KLH | 30 | | RFL001 | | | | | | | | |
SIG: TK 1 T PO QD

VCN1051991
MDL 1657

```
REPORT: RX0920                      05/23/03              KS WALGREENS PURGED DATA FOR STORE 05769                                   PAGE: 47877

PAT LAST NAME              FIRST                  PAT ADDRESS                                                     PAT PHONE#  BIRTH DATE
    CLAY                  WILLIE              2912 EAST ELM WICHITA---REJ. 1116 , KS 67214                       (316)691-5108  08/25/1931

RX NUMBER   DRUG NAME                                                      DRUG MFR       CTL     PLAN           DOC PHONE#            DEA#
DOC NAME    DOC ADDRESS
ORIG DATE   QTY  REFILLS  DAYS SUPPLY  RX COMMENTS
ENTER DATE CTRD  ENT/VER  FILL QTY  REFILL         CUST AMT   TOT AMT    FILL SOLD DATE   CLAIM #      PARTIAL CODE   PLAN

RX 0683279  RENA-VITE TABLETS                                   CYPRESS                    OT              (316)263-0088      BG1519884
GRANT, M 818 N. EMPORIA WICHITA, KS 67214
  06/30/2001  30          30
  02/05/2001  30   6      30
                   EAC/HHP         30                    ORIG      8.99      0.00    06/30/2001
                   HHP/HHP         30                    RFL001    8.99      0.00    08/31/2001
                   GDJ/GDJ         30                    RFL002    8.99      0.00    10/09/2001
                   DLJ/KLH         30                    RFL003    8.99      0.00    12/03/2001
  01/03/2002                                             RFL004    8.99      0.00    01/03/2002            RX          KANPA
SIG: TK 1 T PO QD

RX 0589969  VIOXX 12.5MG TABLETS                                MERCK                                      (316)263-0088      BG1519884
GRANT, M 818 M. EMPORIA WICHITA, KS 67214
  09/07/2001  30   RX#: 0700263   RPH INIT: GHS   ENT INIT: DLJ  12/12/2001    XFER FROM STORE DEA: BM3872959 RPH INIT: GDJ
  09/07/2001  30          30
  09/10/2001  30   2      30
                   XXX/GDJ         30                    ORIG      0.00     75.33    09/10/2001     4001250414497                       KANPA
                   XXX/HHP         30                    ADDRFL    0.00      0.00    10/09/2001     4001281419900                       KANPA
                   HHP/HHP         30                    ADDRFL    0.00     78.80    10/09/2001     4001281419900                       KANPA
  10/08/2001                                             RFL001    0.00     78.80    11/10/2001     4001314405483                       KANPA
  11/10/2001                                             RFL002
SIG: TAKE 1 TABLET BY MOUTH TWICE DAILY
XFER TO STORE: 5769  RX#: 0698005  RPH INIT: KLH  ENT INIT: KLH  11/21/2001

RX 0693148  NORVASC 5MG TABLETS                                 PFIZER                                     (316)263-0088      BG1519884
GRANT, M 818 N. EMPORIA WICHITA, KS 67214
  10/08/2001  30          30
  10/09/2001  30   3      30
                   GDJ/GDJ         30                    ORIG      0.00     42.54    10/09/2001     4031281420179                       KANPA
                   GDJ/HHP    1     3                    ADDRFL
                   HHP/HHP    3                          ADDRFL
SIG: TK ONE T PO QD
```

VCN105-991  
MOL-16S7

REPORT: RX0920 05/23/03 KS WALGREENS PURGED DATA FOR STORE 05769 PAGE: 47878

PAT LAST NAME FIRST PAT ADDRESS PAT PHONE# BIRTH DATE

MDL-1657
VCN-1051991

RX NUMBER DRUG NAME DRUG MFR CTL PLAN
DOC NAME DOC ADDRESS DOC PHONE# DEA#
ORIG DATE QTY REFILLS DAYS SUPPLY RX COMMENTS
ENTER DATE CIND ENT/VER FILL QTY REFILL CUST AMT TOT AMT FILL SOLD DATE CLAIM # PARTIAL CODE PLAN

11/10/2001 GDJ/GDJ 30 RFL001 0.00 42.54 11/10/2001 4001314405479 KANPA
12/12/2001 DLJ/KLE 30 RFL002 0.00 42.54 12/16/2001 4001346911071 KANPA
01/09/2002 XXX/KLE 30 RFL003 0.00 42.54 01/09/2002 4002009408454 KANPA
RX 0698C05 ISOSORBIDE DINITRATE 20MG ORAL TAB PAR RX
GRANT, M 818 N. EMPORIA WICHITA, KS 67214 (316)263-0088 BG1519884
SIG: TAKE 1 TABLET BY MOUTH TWICE DAILY .
11/21/2001 60 2 30
11/21/2001 KLH/KLH 60 ORIG 0.00 0.00 11/24/2001
11/21/2001 KLH/KLH 3 ADDRFL
01/03/2002 IIG/KLH 60 RFL001 0.00 0.00 01/03/2002
RX 0700263 VIOXX 12.5MG TABLETS MERCK RX KANPA
GRANT, M 818 N. EMPORIA WICHITA, KS 67214 (316)263-0088 BG1519884
SIG: TK 1 T PO QD
12/12/2001 30 3 30
12/12/2001 DLJ/KLH 30 ORIG 0.00 78.80 12/16/2001 4001346411068 KANPA
12/12/2001 DLJ/GHS 1 ADDRFL
12/12/2001 DLJ/GHS 3 ADDRFL
01/09/2002 GHS/GHS 30 RFL001 0.00 78.80 01/09/2002 4002009412048 KANPA
RX 0702769 PHOSLO 667MG TABLETS BRAINTREE RX KANPA
GRANT, M 818 N. EMPORIA WICHITA, KS 67214 (316)263-0088 BG1519884
SIG: TK 1 T PO TID
01/03/2002 200 PRN 33
01/03/2002 KLH/KLH 100 ORIG 0.00 17.75 01/03/2002 4002003418056 KANPA
RX 0702783 NORVASC 5MG TABLETS PFIZER RX
GRANT, M 818 N. EMPORIA WICHITA, KS 67214 (316)263-0088 BG1519884
SIG: TK ONE T PO D
01/03/2002 30 PRN 0
RX 0702784 ISOSORBIDE DINITRATE 20MG ORAL TAB PAR RX
GRANT, M 818 N. EMPORIA WICHITA, KS 67214 (316)263-0088 BG1519884
SIG: TK 1 T PO BID
01/03/2002 60 PRN 0
RX 0704841 AMIODARONE 200MG TABLETS PAR RX KANPA
GRANT, M 818 N. EMPORIA WICHITA, KS 67214 (316)263-0088 BG1519884
SIG: TK 2 TS PO BID FOR 3 WEEKS THEN TK 2 TS D THERE AFTER
01/18/2002 100 0 29
01/18/2002 DLJ/HHP 20 ORIG 0.00 27.92 01/18/2002 4002018415509 R KANPA
01/18/2002 DLJ/KLE 80 RFL001 0.00 139.59 01/21/2002 4002021413899 C KANPA
RX 0704842 PREVACID 30MG CAPSULES TAP RX KANPA
GRANT, M 818 N. EMPORIA WICHITA, KS 67214 (316)263-0088 BG1519884
SIG: TK ONE C PO D
01/18/2002 30 0 30
01/18/2002 DLJ/HHP 30 ORIG 0.00 124.79 01/18/2002 4002018415434 KANPA
RX 0705335 VIOXX 12.5MG TABLETS MERCK RX
GRANT, M 818 N. EMPORIA WICHITA, KS 67214 (316)263-0088 BG1519884
SIG: TK 1 T PO BID FOR 1 MONTH
01/18/2002 60 5 0