**RECEIVED**

**JUL 3 1 2009**

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Ruben Meiles

192 Sands St. 7-B

Brooklyn, NY 11201

Judge Eldon E. Fallon

United States District Court

Eastern District of Louisiana

500 Poydras St. C-456

New Orleans, LA 70130

July 27, 2009

RE:   Ruben Meiles.

VCN 1014785 and V2063

Dear Hon. Judge Eldon E. Fallon:

My Name is **Ruben Mieles**, date of birth 11/29/1938 (71 years old) I am a member of the Vioxx litigation, is/was represented by **Louis C. Fiabane, Esq.** located at 947 Second Ave., New York, New York 10022.

I have a simple but complex problem.  I am asking someone to write this letter for me.

Your review of the enclosed documents, from **Louis C. Fabian, Esq.**, and the **Special Master of the Vioxx Class Administration** dated July 3ʳᵈ, 2009.  Reveal that Counsel has withdraw from my case; advise me that the office no longer represent me and that I have to find a lawyer to represent me, if i want to re-instate me claim.  That the Special Master has denied my heart attack and stroke claims.

The Special Master of the Vioxx Administrator. Acknowledge that i have two injuries, Primary dated **October 27ᵗʰ, 2003** and a Secondary dated **March 19ᵗʰ, 2004**, 9heart attack and stroke)

My initial contact with Vioxx medication was in February, 2002 following an injury and hospitalization here in Brooklyn.

PAGE TWO

After the 2002 injury Louis C. Fabian, Esq. became the Attorney to represent me.

I believe that I was deemed **ineligible** by the Special Master, because Counsel, failed to enter the date of my first injury, which was **in February 2002**, and counsel's failure to acknowledge that Vioxx was removed from the Market in 2003 or 2004.

It is my belief that Counsel further failed to list all the times I was admitted, into local hospital, for days at a time for the Vioxx continued related injuries.

To my knowledge and belief, Counsel never amended the Vioxx Claim, to reflect all my admissions, following the submission of the claim.

To date Counsel has made no other contact with me and has refused to accept or respond to my phone calls.

I am writing in hope that you can cause an investigation into Counsel's **abandonment,** failure to be aware of the facts and failure to pursue an appeal.

Counsel has represented me for somewhat six years, and knows the facts.  Counsel still has the records.  I need someone to look at the facts and help me.

I really would like an investigation into this matter and if counsel, has violated a rule, ethic or any laws that such be initiated in my behalf.

Please acknowledge receipt and of any actions taken.

Thank you

*Ruben Meiles*

Ruben Meiles

W/ encs  2 pages Dated July 9th, 2009.

# LOUIS C. FIABANE
## ATTORNEY AT LAW
### 947 SECOND AVENUE
### NEW YORK, NEW YORK 10022

(212) 888-8922

DATE: July 9, 2009

RUBEN MIELES
192 SANDS STREET, APT. 7B
BROOKLYN, NY 11201

RE: YOUR VIOXX CASE

Dear Mr. Mieles:

Please be advised that the Special Master denied your VIOXX claim on July 9, 2009. A copy of the notice is enclosed.

Accordingly, I will not be pursuing your case any further and am closing my file.

You have ninety (90) days to reinstate the case. If you fail to reinstate the case, it will be over forever.

You must hire another lawyer immediately if you want to pursue the case any further.

If you have any questions, please feel free to contact the office.

Very truly yours,

LOUIS C. FIABANE

*Confidential Settlement Information*

| V2063 | **SPECIAL MASTER NOTICE OF INELIGIBILITY** |
|---|---|
| | **(Dual Injuries Both Failing)** |
| | **Date of Notice: 7/9/09** |

### I. CLAIMANT INFORMATION

| Claimant Name | Meiles, Ruben | | | | | VCN | 1014785 |
|---|---|---|---|---|---|---|---|
| Law Firm | Fiabane, Louis C., Attorney at Law | | | | | | |
| Primary Injury | MI | Date of Injury | 10/27/03 | Secondary Injury | MI | Date of Injury | 3/19/04 |

### II. SPECIAL MASTER DETERMINATION

This Special Master Notice of Ineligibility is an official notification from BrownGreer PLC, the Vioxx Claims Administrator. The Special Master has determined that neither the Primary nor the Secondary Injury meet the Eligibility Requirements set forth in Section 2.2 of the Settlement Agreement for the Program because they do not pass the following Gate(s):

| | Gate | Primary Injury | Secondary Injury |
|---|---|---|---|
| 1. | Injury | X | X |
| 2. | Duration | | |
| 3. | Proximity | X | |

### III. FINAL DETERMINATION

Pursuant to Section 2.6.3 of the Settlement Agreement, the Special Master's decision on this claim is final, binding, and Non-Appealable. In accordance with Section 2.7.2, the Claimant has no further rights under the Program with regard to the injury or injuries found ineligible by the Special Master.

The Claims Administrator shall deliver the Claimant's Dismissal with Prejudice Stipulation and Release to Merck, and without limitation, Merck shall be free to file or cause to be filed such Dismissal with Prejudice Stipulation and/or Release in any relevant action or proceeding. The Claims Administrator has closed the file on this Claimant.

Ruben Meiles
192 Sands St 7-B
Brooklyn, NY 11201

TRIBORO NY 112
BRKLYN-STATEN ISL.
28 JUL 2009 PM 4 L

701304-7303

Judge Eldon E Fallow
U.S. Dist ct
E Dist of Louisiana
500 Poydras St. C-456
New Orleans, LA

LAUREL HILL ELEMENTARY SCHOOL
11340 OLD WIRE ROAD
LAUREL HILL, NC 28351

PHONE (910) 462-2111
FAX (910) 462-3502

RECEIVED

JUL 21 2009

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

# FAX COVER SHEET

| TO: | Hon. Judge E. Fallon |
| FROM: | Sherwood Beasley |
| SUBJECT: | |
| DATE: | 7/21/09 |

TOTAL NUMBER OF PAGES 2

My home Number is
910-582-3509
Work.
910-462-2111    Lisa Beasly

Email Address
LBeasley@
SCSNc.org

☆ HOME OF THE SUPERSTARS ☆

To: Judge Fallon

From: Sherwood Beasley

I wrote to you previously and you sent me a letter stating my letter had been entered into record with the plaintiffs counsel. Were they going to respond to my accusations of misrepresentation by my attorney?

Your settlement tells Merck what their options are if a firm misrepresents information. What are you doing to help the plaintiffs?

Since my last letter to you, I have received the first form from Brown Greer. Understand the form at the top stated dual injuries with 1 passing. On down in the form, it stated both injuries ineligible.

My attorney never noticed the difference in the form. I emailed Brown Greer asking them which is it, did one pass or both fail. They of course responded back to my attorney, stating the form was issued prematurely and they would be issuing another one shortly.

Ok you would think the form would have been corrected that day, if it was just the form and not the wrong decision. Well they let this drag on for 6 more days before reissuing another form stating both were ineligible. During this time of waiting they said it was pending review, led us to believe again that we had hope of 1 passing. This is just another example of the mental anguish this settlement has put a lot of people thru.

Now that we have been denied it is my understanding we can get our claim back, but can't go to court and offer any other information relating to why we think we should get compensation from Merck, other that what has already been submitted by our great attorney. Does that mean if we go to court we cannot offer testimony about all of these studies that show why Merck is at fault.

It is clearly obvious now that we did not meet the gates for either injury. My husband was not taking vioxx when he had the mi. He stopped in 2003 and the blockages were not found until 05 and that was when he was having the mi. The tia was not the right kind of stroke and that was while he was taking it every single day. His memory was damaged and he was never the same after his complete memory loss in 2002 while taking vioxx. He just could not remember things that were recent. He kept working because he relied on paperwork to delivery his loads had it been a job where he had to remember things, he would have lost it.

He had been on disability since he had the mi.

Under this settlement what am I suppose to do about the fact that my attorney convinced me to sign under the estimate of 738,000 and never once told me before I signed that I

*Faxed 7/21/09*

did not meet the gates for either injury. Can I get my case back without any stipulations? I am in the process of getting another attorney to take my case and I am pursuing the legal malpractice on my attorney's part. I have plenty of emails to back by cause.

I feel at the least I should have the opportunity to get my case back without any stipulations. I would have never signed the agreement if my attorney had informed me that we did not meet the gate requirements on either injury and that it would tie our case up where we could not go to court and offer any evidence we chose to.

Please advise me what my options are at this point. I only have 7 more days to file my stipulation.

Thank you,

Sherwood Beasley

VIA FACSIMILE and Certified U.S. Mail

August 12, 2009

Eldon E. Fallon
United States District Judge
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA  70130

Re: Vioxx Case #BC 340272
    For Louis Ross (Deceased)

Your Honor:

As per the US Post Office confirmation receipt, our correspondence of August 7, 2009 was received by you on August 11, 2009 at 8:46 am.

Included in that mailing is a letter from Girardi Keese advising us for the first time that our case had been found Not Eligible. This letter was received on July 28, 2009. The Federal Express receipt showing dates delivered (July 27, 2009) and dates received July 28, 2009) is also attached.

Girardi Keese does not give us the option to appeal which is contrary to the terms of the Settlement Agreement. Furthermore, they state that they do not wish to represent us any longer.

This proves what we have tried to communicate to you via several letters. They have misrepresented us and acted in "Bad Faith".

<u>Your Court presides over the Vioxx Settlement Program.</u>

The Independent review and report from Cardiologist Stephen Berens attesting to a Myocardial Infarction in March 2003 pertains to the Medical records that were supposed to have been reviewed by the Committee.

In the process of reviewing the medical records the Committee failed to properly examine such records.

Girardi Keese has repeatedly insisted that we sign Future Evidence Stipulations which would take away our right to appeal the claim in the Program.

Girardi Keese has failed to return several telephone calls we have placed to their firm.

We responded to their letter received on July 28, 2009 informing them and the Claims Administrator that we wish to appeal the case under the terms of the Program. This letter Was also mailed directly to the Claims Administrator.

They continue to ignore our request for an Appeal.

As the Judge presiding over this matter you are responsible to ascertain that Attorneys act properly and abide by the terms of the Agreement. That they notify their clients in a timely manner and that they properly advise them as to the different options such as the option to appeal.

Sincerely,

Vivian Ross (Daughter of deceased Claimant Louis Ross)

VIA FACSIMILE Aand Certified U.S. Mail

August 12, 2009

Attn: Thomas Girardi
        Girardi Keese Lawyers
        1126 Wilshire Boulevard
        Los Angeles, CA  90017

From:  Vivian Ross

Re: Ross vs. Merck
        Vioxx Case #BC 340272

You have ignored our request for an appeal.

You failed to notify us in a timely manner concerning the Notice of Inegibility from the Committee.

You have failed to inform us about our right to appeal under the terms of the Agreement.

You have furthermore insisted on our signing the Future Evidence Stipulations which would take away our right to appeal.

The report from Cardiologist Stephen Berens **is not new evidence.** His review and opinion pertain to the Medical records that were improperly reviewed by the Committee. These are medical records that have been in the possession of the Committee for over two years.

*Vivian Ross*

Att...Jared Barnes
Fax 504-589-6966

1247 W. 56th St
Kansas City, MO
64113

From
Jo Levitt Case 2:06-cv-09757-eef-dek

Fax. 816-444-9450

Answer to a letter from Elaine Horn...

Honorable Judge Fallon,

A personal/ family note:

My husband was discharged from St Luke's hospital on June 9th after open heart surgery
and being diagnosed with severe diabetes. This was an operation that my husband should
have had before my son-in-laws death, but would not tell my daughter about until after
her husband passed. He was the medical researcher and advocate for my daughter's
husband, because it was so important that he spend the time he had left, with his wife and
children

I apologize to the court if I have not fully complied with any of its rules or orders.
It was my sincere intention to do so, and I tried to the best of my ability and under my
present circumstances to comply.

I had to get a working credit card to get a pacer account I got a pacer account on June 24
and it indicated there was nothing filed by Merck or pending in my case. I did not
receive any communication back from Ms Horn after my answer to her letter.

I humbly beg the court to permit me time to find away to address any deficiencies the
court feels I have not addressed to show a valid case against Merck.

Humbly submitted,

Jo Levitt

Subject: In Re Vioxx Products Liability Litigation, MDL No. 1 657

Levitt, Jo v. Merck & Co., Inc.

2:06-CV-09757-EEF-DEK


Answer to WILLIAMS 8 CONNOUY LLP letter dated  4/ 3 ...received 4/12


## Order 28

When I had a lawyer.

....... Merck asked for and received my permission to collect all the records pertaining to my case. My records have been collected by Merck.


....... Merck requested and received answers to their Interrogatories from my athorney


.......Merck also has recieved documentation of preservation notices .


## Rule 26


Merck has intentionally made it impossible for me to comply to their Rule 26(a)(2) case specific expert report.

 Merck has intentionally put me at an untenable legal disadvantage.  Merck intentionally interfered with the contract between me and my lawyer and my access to his funds and his access to experts

..........I suggest, that Merck's expert witness, show the cause to the court of the

Significant new angiographic changes in my heart in the 3 months, from my stent to my

Bypass. Why did I have obstructions that were not there a couple of months before?

## Question about PTO 28?

.......The court entered pretrial order 28 as part of a private settlement agreement between Merck and PCS.

..... Has Judge Fallon ruled on the appropriateness of PTO 28, to bind a plaintiff to an agreement that they opted not to be a party to?

## Tortuous breach of contract

It is not by choice, but necessity that I am answering your letter. I am answering your letter, instead of my lawyer answering, because Merck with their super lawyers and economic quant's conspired to deprive me of legal council... To that end they, tortuously interfered in my right of contract and striped me of my lawyer and my access to funding in their quest for the holy grail in universal settlements.

.......... I ask the Honorable Judge Fallon to send my case back to Kansas City, so that Merck's behavior, surrounding vioxx, their "super aspirin", can be judged by a jury.

............I ask the Honorable Judge Fallon to require Merck,  provide me with legal council, that Merck has deprived me of.

It has been 10 years since my encounter with vioxx took my energy and self esteem away... Justice delayed is justice denied. My Vioxx encounter changed my life. It caused and continues to cause, irreparable harm to me, my business, and my family. Now I am trying to keep the home I have lived in since 1976.The special home I was planning on being carried out of in a pine box. The home I was adding on to when I started taking Vioxx.

Writing this tears my guts out. Especially when Merck spews statements like." Merck has always been committed to the highest standards of scientific integrity, patient safety and ethics. Our voluntary withdrawal of VIOXX in September 2004 is a good example of that commitment". This is textbook MBA on how to handle a crisis. Talk is cheap, ethics to Mr. Gilmartin was just a concept made for sloganeering by his marketing department and PR teams.

New uncovering of Merck's serial unethical behavior continue to make news

Merck Makes Phony Peer-Review Journal....  see attachment

I am Merck created fool, without lawyer, trying to defend myself.  I have only my Trust in our country's rule of Law and Justice, believing the court will agree that I have a very good case, and will allow it to go forward.

Respectfully,

Jo Levitt

jo levittHello Elaine, I would appreciate if you would confirm receipt. Thank you
May 7

Mail Delivery SystemThe following message to <nathanbays_@laed.uscourts.gov> was
undeliverable. T...
May 7

postmaster@wc.comThis is an automatically generated Delivery Status Notification.
Delivery to ...
May 7

jo levitt---------- Forwarded message ---------- From: jo levitt <chocolatesoup.jo@gma...
May 7

jo levitt---------- Forwarded message ---------- From: jo levitt <chocolatesoup.jo@gma...
May 8

Reply |postmaster@wc.com to me
show details May 8 Reply

- Show quoted text -
This is an automatically generated Delivery Status Notification.

Delivery to the following recipients failed.

    nehorn@wc.com

-------------------------------------------------------------------
NOTICE:

This message is intended for the use of the individual or entity to which it is addressed
and may contain information that is privileged, confidential and exempt from disclosure
under applicable law. If the reader of this message is not the intended recipient or the
employee or agent responsible for delivering this message to the intended recipient, you
are hereby notified that any dissemination, distribution or copying of this communication
is strictly prohibited. If you have received this communication in error, please notify us
immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately
delete this message and all its attachments.

+AD0APQA9AD0APQA9AD0APQA9AD0APQA9AD0APQA9AD0APQA9AD0APQ
A9AD0APQA9AD0APQA9AD0APQA9AD0APQA9AD0APQA9AD0APQA9AD0AP

I

QA9AD0APQA9AD0APQA9AD0APQA9AD0APQA9AD0APQA9AD0APQA9AD0A
PQA9AD0APQA9AD0APQA9AD0APQA9AD0APQA9AD0APQA9

Final-Recipient: rfc822;nehorn@wc.com
Action: failed
Status: 5.1.1


---------- Forwarded message ----------
From: "jo levitt" <chocolatesoup.jo@gmail.com>
To: nehorn@wc.com
Date: Fri, 8 May 2009 14:46:22 -0500
Subject: Fwd: answer WILLIAMS 8 CONNOUY letter


---------- Forwarded message ----------
From: jo levitt <chocolatesoup.jo@gmail.com>
Date: Thu, May 7, 2009 at 5:04 PM
Subject: Fwd: answer WILLIAMS 8 CONNOUY letter
To: Nathan_Bays@laed.uscourts.gov




---------- Forwarded message ----------
From: jo levitt <chocolatesoup.jo@gmail.com>
Date: Thu, May 7, 2009 at 4:54 PM
Subject: answer WILLIAMS 8 CONNOUY letter
To: nehorn@wc.com
Cc: nathanbays_@laed.uscourts.gov


Hello Elaine,

I would appreciate if you would confirm receipt.

Thank you

JO

2 attachments — Download all attachments
answer WILLIAMS 8 CONNOUY letter.doc
32K   View as HTML   Open as a Google document   Download
Merck Makes Phony Peer.doc
29K   View as HTML   Open as a Google document   Download

RECEIVED

JUL 3 1 2009

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Judge Eldon E. Fallon                    July 22, 2009

Hello your Honor, Please Read I know you are very busy and I Dont mean to be a pest. Im writing to you about the Vioxx Litigation. I have done everything I know to do to get in the Vioxx settlement Program and every Path I take Im turned down, your Honor I truly feel like the system has completly Felled me. I Have been trying since 2004 to get a lawyer. When I found out about browngeer (after my Heart attact April 2008) I started sending Papers in to them as a Pro Se. I have contacted claims administrator, curators, Andy Birchfield, Russ Herman and Special Masters. they say I didnt have a lawsuit and I missed the deadline date. But yet I mailed in a Request Releif From Deadline. Now its because I didnt produce a lawsuit, your Honor I never had a Lawyer to File a lawsuit I was a Pro Se. I thought they all or Some of there people would of Helped me I thought they were to work with the Pro Se. I just Dont understand all of this Vioxx Litigation, I Have sent Letters, Emails, and phone calls asking if there is any Papers I need to fill out please send them to me and I will fill them out + Mail Back. I Have ask Repeatedly for a Claims Package and still to this day I Havent Received one. all of this has really taken a toll on me. I am completly lost I dont understand        ⟶

What I need to do, and I feel like all the people who are suppose to help the Prose are not doing so. Your Honor I was so excited when I found on the browngeer website that some of these people were to help Prose Cause I never had a lawyer, so I really thought I would get someone to help work with me, well I was very disappointed. Your Honor I have been injuried physically & emotionally. I have tried so hard I have had so much stress with all this its just not fair. All my medical Records show I took Vioxx and when I first started having problems up to the present time. You sent me a letter here while back and it said I was to be entered into Record, once again I got excited I thought I would be in the Vioxx settlement Program, But I wasnt. Its Upsets me that a Big Company like Merck can put Vioxx out there, lie about the dangers of it. And people like me take it get Heart Damage and Not be compensated. Im am 44 years old now living with a Damaged heart, stent in Heart, medicines for life and a whole lot of Depression. I started Vioxx age 35 my Medical problems started 36-37 years old. (YOUR HONOR PlEASE) Dont Let Merck get by with what they have done to me and my life. I should be Compensated just like all the other Heart Attack Victims, Im no different than the rest, the only thing ⟶

is I didnt (dont) have a lawyer to
help me. In the mean time I will
Continue to look for a lawyer to see
if I cand do anything, But I doubt
that I can I've tried since 2004 and
I still Havent got anything accomplished.
Your Honor Im sending you some Emails
I have Received about Vioxx. THANK you
for everything!

Vickie J. Clayborn
2611 South Main Street
New Castle, IN 47362
765-465-1337  Cell #
765-521-8416  home #
vickieclayborn@comcast.net

SmartZone Communications Center Collaboration Suite          vickieclayborn@comcast.net

---

**vioxx**                                        Wednesday, July 08, 2009 11:13:34 PM

From: vickieclayborn@comcast.net
  To: andy.birchfield@beasleyallen.com
  Cc: vickieclayborn@comcast.net

Andy Birchfield,

        PLEASE READ!  I WAS READING AT www.nj.com  AND I READ
WHERE YOU HAD SAID THAT LONG TERM USERS OF VIOXX WHO HAD A SEVERE
INJURY WILL BE WELL COMPENSATED. IS THIS TRUE IF A VIOXX VICTIM DIDNT
GET INTO THE SETTLEMENT PROGRAM? I MAILED IN A REQUEST FOR RELEIF
FROM DEADLINE LAST YEAR. I HAVE MAILED IN MEDICAL RECORDS AND OTHER
PAPERS TO CLAIMS ADMINISTRATOR AND THE CURATORS OFFICE. I HAVE NOT
EVER RECEIVED A CLAIMS PACKAGE TO FILL OUT. I HAVE ASK FOR HELP I DO
NOT UNDERSTAND ALL THIS VIOXX STUFF. I RECEIVED A LETTER FROM THE
LOUISIANA COURT JUDGE ELDON FALLON IT SAYS I AM TO BE ENTERED INTO
RECORD.  ANDY PLEASE JUST LOOK AT MY MEDICAL RECORDS IT SHOWS
WHAT I WENT THROUGH WHEN I TOOK VIOXX I WAS SO SICK FOR A VERY LONG
TIME. I DIDNT KNOW THAT VIOXX WAS CAUSING ME ALL THESE PROBLEMS
UNTILL IT WAS TO LATE. WHEN I STOPPED VIOXX IN 2004 ALL MY BLURRED
VISION SEVERE HEAD PAIN  (NOT HEADACHES) WENT AWAY.  BUT THE CHEST
PAIN, LEG PAIN, LEFT ARM PAIN, LOWER JAW PAIN, SEVERE BACK
PAIN, REGULAR HEADACHES, SWELLING, MEMORY LOSS, ETC. ALL THESE
CONTINUED WITH ME.  THERE WERE TIMES THAT I THOUGHT I WAS DYING. AND
I HAD NO HELP FROM THE DOCTORS I WAS BEING TOLD I HAD HEART BURN,
SINUSITIS, COUGH, CHEST COLDS, BY NOW I AM 43 I FOUND A NEW DOCTOR
WHO DONE A EKG AND SAID HE WAS SENDING ME TO HAVE STRESS TEST
DONE I WENT SEEN NEW HEART DOCTOR I WALKED LESS THAN 2 MINUTES ON
TREAD MILL AND HAD HEART ATTACK THEN A STENT AND MEDICINES FOR LIFE.
I AM SO DEPRESSED I AM NOT ABLE TO WORK I AM VERY UPSET THAT THIS
HAS HAPPENED TO ME.  FROM DECEMBER 1999 THROUGH APRIL OF 2008 IS A
VERY LONG TIME FOR SOMEONE TO SUFFER. I THANK GOD EVERYDAY THAT I
FOUND THAT NEW DOCTOR CAUSE IF I HADNT I WOULD NOT BE HERE TODAY.
THE DOCTORS TOLD MY FAMILY IF I WOULD OF HAD TO WAIT ONE MORE DAY I
WOULDNT OF MADE IT AND I WAS TO YOUNG TO BE HAVING THESE
PROBLEMS.    PLEASE ANDY IF YOU COULD HELP ME I WOULD BE VERY
GREATFUL.  I HAVE SUFFERED LONG ENOUGH AND I DONT THINK ITS FAIR FOR
MERCK TO NOT COMPENSATE ME FOR MY INJURIES I HAVE BEEN SENDING ALL
MY PAPERS IN AS A PRO SE CAUSE I DONT HAVE A LAWYER.   DO I HAVE A
CHANCE OF BEING COMPENSATED FOR ALL MY INJURIES, PAIN, SUFFERING,
MEDICAL BILLS, AND WHAT MY FAMILY HAS WENT THROUGH WITH ME???
PLEASE JUST LET ME KNOW SOMETHING.

                                        THANK YOU !!!
                                        VICKIE CLAYBORN

Case 2:05-md-01657-EEF-DEK   Document 25846-1   Filed 10/13/09   Page 23 of 39

2611 SOUTH MAIN STREET
NEW CASTLE, INDIANA

47362

765-465-1337 CELL#
765-521-8416 HOME#
vickieclayborn@comcast.net

SmartZone Communications Center Collaboration Suite          vickieclayborn@comcast.net

RE: vioxx                                          Friday, July 10, 2009 2:45:59 PM

From: Andy.Birchfield@BeasleyAllen.com
   To: vickieclayborn@comcast.net

Vickie,
I am checking on status in the program. Meanwhile, it would be helpful if you could answer a few questions for me:
What was the date of your heart attack?
Did you have a lawsuit filed before November 7, 2007 (date of settlement)?
When did you start taking Vioxx?
Were you taking Vioxx at the time of your heart attack?
Thanks,
Andy

**From:** vickieclayborn@comcast.net [mailto:vickieclayborn@comcast.net]
**Sent:** Wednesday, July 08, 2009 11:14 PM
**To:** Andy Birchfield
**Cc:** vickieclayborn@comcast.net
**Subject:** vioxx

Andy Birchfield,

          PLEASE READ!  I WAS READING AT www.nj.com  AND I READ WHERE YOU HAD SAID THAT LONG TERM USERS OF VIOXX WHO HAD A SEVERE INJURY WILL BE WELL COMPENSATED. IS THIS TRUE IF A VIOXX VICTIM DIDNT GET INTO THE SETTLEMENT PROGRAM? I MAILED IN A REQUEST FOR RELEIF FROM DEADLINE LAST YEAR. I HAVE MAILED IN MEDICAL RECORDS AND OTHER PAPERS TO CLAIMS ADMINISTRATOR AND THE CURATORS OFFICE. I HAVE NOT EVER RECEIVED A CLAIMS PACKAGE TO FILL OUT. I HAVE ASK FOR HELP I DO NOT UNDERSTAND ALL THIS VIOXX STUFF. I RECEIVED A LETTER FROM THE LOUISIANA COURT JUDGE ELDON FALLON IT SAYS I AM TO BE ENTERED INTO RECORD.  ANDY PLEASE JUST LOOK AT MY MEDICAL RECORDS IT SHOWS WHAT I WENT THROUGH WHEN I TOOK VIOXX I WAS SO SICK FOR A VERY LONG TIME. I DIDNT KNOW THAT VIOXX WAS CAUSING ME ALL THESE PROBLEMS UNTILL IT WAS TO LATE. WHEN I STOPPED VIOXX IN 2004 ALL MY BLURRED VISION SEVERE HEAD PAIN  (NOT HEADACHES) WENT AWAY.  BUT THE CHEST PAIN, LEG PAIN, LEFT ARM PAIN, LOWER JAW PAIN, SEVERE BACK PAIN, REGULAR HEADACHES, SWELLING, MEMORY LOSS, ETC. ALL THESE CONTINUED WITH ME.  THERE WERE TIMES THAT I THOUGHT I WAS DYING. AND I HAD NO HELP FROM THE DOCTORS I WAS BEING TOLD I HAD HEART BURN, SINUSITIS, COUGH, CHEST COLDS, BY NOW I AM 43 I FOUND A NEW DOCTOR WHO DONE A EKG AND SAID HE WAS SENDING ME TO HAVE STRESS TEST

DONE I WENT SEEN NEW HEART DOCTOR I WALKED LESS THAN 2 MINUTES ON
TREAD MILL AND HAD HEART ATTACK THEN A STENT AND MEDICINES FOR LIFE.
I AM SO DEPRESSED I AM NOT ABLE TO WORK I AM VERY UPSET THAT THIS
HAS HAPPENED TO ME.  FROM DECEMBER 1999 THROUGH APRIL OF 2008 IS A
VERY LONG TIME FOR SOMEONE TO SUFFER. I THANK GOD EVERYDAY THAT I
FOUND THAT NEW DOCTOR CAUSE IF I HADNT I WOULD NOT BE HERE TODAY.
THE DOCTORS TOLD MY FAMILY IF I WOULD OF HAD TO WAIT ONE MORE DAY I
WOULDNT OF MADE IT AND I WAS TO YOUNG TO BE HAVING THESE
PROBLEMS.    PLEASE ANDY IF YOU COULD HELP ME I WOULD BE VERY
GREATFUL.   I HAVE SUFFERED LONG ENOUGH AND I DONT THINK ITS FAIR FOR
MERCK TO NOT COMPENSATE ME FOR MY INJURIES I HAVE BEEN SENDING ALL
MY PAPERS IN AS A PRO SE CAUSE I DONT HAVE A LAWYER.    DO I HAVE A
CHANCE OF BEING COMPENSATED FOR ALL MY INJURIES, PAIN, SUFFERING,
MEDICAL BILLS, AND WHAT MY FAMILY HAS WENT THROUGH WITH ME???
PLEASE JUST LET ME KNOW SOMETHING.

THANK YOU !!!
VICKIE CLAYBORN
2611 SOUTH MAIN STREET
NEW CASTLE, INDIANA

47362

765-465-1337 CELL#
765-521-8416 HOME#
vickieclayborn@comcast.net

SmartZone Communications Center Collaboration Suite              vickieclayborn@comcast.net

---

**vioxx**                                        Friday, July 10, 2009 7:14:32 PM

From: vickieclayborn@comcast.net
  To: Andy.Birchfield@BeasleyAllen.com
  Cc: vickieclayborn@comcast.net

Andy,

  I want to thank you for writing me back. I just received a letter in mail from Russ Herman office after I had sent you that email, they have ask for update from Robert Johnston & LynnGreer. The questions you wanted me to answer are  Date of my heart attack was April 29, 2008. No I didnt have a lawsuit before November 7, 2007.  I started vioxx in December of 1999. No I wasnt taking vioxx at the time of my heart attack. Andy please dont give up on me because of the date of my heart attack, I sent in a letter for request releif from deadline date.  The reason I ask of this is because it shows in my medical records that I had these symptoms back when I was on vioxx the doctors never caught it and I dont know how to read the test that was done on me blood work etc. But I do know what I went through and it was bad by the time vioxx was recalled in my opinion my heart was already damaged. I beleive if it wasnt for the new doctor and heart doctor I found in April of 2008 I would not be here. I had my stress test done with my heart doctor present and his staff they seen me have my heart attack and I told them that I had been having these very same symptoms for along time they were just getting worse by the day and more often. I would like to include some of what is written in my medical records.  These records are from the doctors office & emergency room. 07/03/00 severe head pain doctors called it headaches.  10/24/01 severe head pain, nausea, dizziness, blurred vision, rash on face, neck, chest, upper back, forehead, palpitations, fatigue. 12/05/01 I was in a car wreck and started having side pain at this time I was still having chest pain. 03/04/02  severe chest pain, left arm pain, jaw pain, heart racing, night sweats, back pain, cough, at this time I was having to wear depends the cough and chest pain was so bad.  01/29/02  severe head pain, blurred vision, right side of head feels funny, unconsciousness.  02/05/03 severe head pain, blurred vision, dizziness, nausea, anxiety, migrainous, AURA.  02/07/03  headaches, loss of vision.  02/14/03 headaches, loss of vision, leg pains.  03/19/03 headaches, blurred vision, better severe leg pain cant hardly get in & out of tub.  11/21/03 headachse are back now have allergic conjunctivitis, chest cold.  03/04/04 head pain, & again congested. 03/11/04 head pain, eye lids twitching, I think this is when I had tiny blood dots in the whites of my eyes, cough, still wearing depends,  03/23/04 headaches everyday  7 weeks. 03/27/04 headaches, blurred vision. 03/29/04 headaches. 03/31/04 headaches. 04/28/04 headaches, neck pain, nausea. 05/07/04 heart burn.  11/10/04  left side chest pain, back pain, nausea. 12/07/04 sore throat, neck pain, chilling, weak.  11/23/04 ear pain.  06/28/07 severe back pain. 07/03/07 severe back pain. 03/21/07 not sleeping at night due to cough. 04/18/ 08 seen new doctor first time stomache pain, left arm pain, nausea, this doctor sent me for stress test 04/28/08 walked less than 2 minutes had heart attack at age 43. my ejection fraction was 30 %.  I  was admitted next day sent to another hospital for stent surgery, now I am living with stent in my heart on medicine for life plavix daily or I will die.    Andy I tried from 2004-2006 to get a attorney for myself no one would take my case because I hadnt been diagnosed with heart attack at the time. Its not my fault that the doctors didnt catch

it but I was 36-37 years old when these problems started and I think that my age is why it wasnt found I really beleive the doctors didnt think it could of been my heart. But thats not my fault. I feel like I have been mistreated through this whole vioxx situation I have tried to get something done but I cant get anyone to help me, and I do not understand all this vioxx stuff there is so many people & attorneys I just get totally lost. I have sent papers into the claimsadministrator,curators office, I have even written to Indiana attorney general office, I have contacted so many law offices and I sent copies of some of them to claims administrator. I have really tried and I havent gotten anywhere from 2004 till now and here I sit still trying.  It really bothers me that I just kept on taking vioxx for my fibromyaligia which I will admit it helped that,  but at the same time it was doing all this damage to my heart and I didnt know it. And another thing I dont beleive that once you stop vioxx the problems go away because the damage is already done, now I have to live with CAD for life and I havent taken vioxx since 2004.   Well Andy I really hope you can help me I know if a doctor or someone would go over my medical records they would see vioxx did this to me, and the one night I went to emergency room the doctors said I had sinusitis x3 or # 3   I dont beleive it ,I didnt have a cold or anything, that night was one of  the nights  I went unconsciouness and I just have a feeling that in that xray/MRI it would show a clot or something bad in my brain and I beleive it would be related to taking vioxx. I would like for a doctor or someone look at all my test cause I just feel that the doctors didnt find what was really wrong.  My head hurt sooo bad and the doctors kept saying it was miagrains or headaches or silient migrains I dont know what was wrong but it wasnt any of those I felt like I was dying I wouldnt be able to move or talk it was a very scary feeling no one will ever know what I went through. And to this day I am still scared because of my heart.     Andy please help me prove my case. I dont want Merck to get by with what they have done to me, my life, and my family.    I suffered for along time with pain and I feel like Merck & Co. should compensate me for my pain,suffering,depression,medical bills, just like they will all other heart attack victims.  I am unable to work and I have to pay 66.00 a month for my health Ins. to get my medicines (plavix) and to see my doctors and this 66.00 a month is getting really hard to come up with, I dont know what I will do when the time comes and I dont have my money to pay my Ins. I half to have plavix. Its not fair for me to have to go through all I have been through and still worry about getting medicines that I half to have due to taking vioxx. Its seems like everything has turned against me in one way or another. Its just not fair I deserve compensation from Merck... I dont know who I am suppose to be contacting with this vioxx stuff and I guess thats why I just keep contacting different people. I never have received a claims package and to tell the truth I probably wouldnt know how to fill it out.    please help me !!!   Thank You !!!


                                                                        Vickie Clayborn
                                                                        2611 South Main Street
                                                                        New Castle, IN 47362


vickieclayborn@comcast.net


                                                                        765-465-1337 cell#
                                                                        765-521-8416 home#


        The letter I received from Russ Herman has my name spelled wrong they have Vicki Clayburn.

Zimbra: vickieclayborn@comcast.net
Case 2:05-md-01657-EEF-DEK   Document 25846-1   Filed 10/13/09   Page 28 of 39
Page 1 of 1

SmartZone Communications Center Collaboration Suite          vickieclayborn@comcast.net

**vioxx**                                          Friday, July 10, 2009 8:23:57 PM

From: vickieclayborn@comcast.net
  To: claimsadmin@browngreer.com
  Cc: vickieclayborn@comcast.net

Diann,

      Hello, Its me Vickie I found some more old papers of people who I had
contacted back in 2004-2005.  People I had either emailed or talked on phone with over
vioxx.  I wrote to Spangenberg Law Nov.17,2004. referred to Einstein Law. The Hayes
Law Firm Bill Hayeswrote me back and said to contact attorney Michael Ferrara I spoke
with  lady name Niki Trunk called this office on 08/12/2005.  I emailed this office on
08/09/2005.  emailed Edger & Snyder Associates on 08/12/2005.  Sent emails to Wilson
Kehoe & Winningham on 08/03/2005.  Emailed Parker & Waichman on 08/06/2005.
Emailed www.druglitigationlawyers.com on 08/10/2005.  Wrote email to Mayo Clinic
11/13/2004.  Emailed www.vioxxrecallhelp.com  11/15/2004.  Thats some of the old
papers I found I am still looking for more.  I hope the dates on these can somehow help
me.  I also had contacted some of the class action websites but I dont remember how to
go back to them.

      I also sent email to Andy Birchfield on July 08, 2009.  He wrote me back he
needed me to answer some questions so I just finished my email back to him just a few
minutes ago.    Also I received a copy in the mail of a letter from Russ Herman that he
had sent to curators office and claims administrator office.    I dont know if I am suppose
to contact all these people or not but I feel like I should I know there was a deadline date
for vioxx program thats why I sent a request for releif from that deadline date, and I feel
like I am being a pest but I need help with this and I dont know what to do I hope all  of
you can understand thats why I contact all these people theres so many names and
office mentioned on the browngreer website it just gets me all confused.

      Well I hope this Information helps me. Thank You !!!


                                                    Vickie Clayborn
                                                    2611 South Main

Street

                                                    New Castle, IN
47362

SmartZone Communications Center Collaboration Suite          vickieclayborn@comcast.net

**vioxx**                                    Saturday, July 11, 2009 7:36:12 PM

From: vickieclayborn@comcast.net
 To: andy.birchfield@beasleyallen.com
 Cc: vickieclayborn@comcast.net

Andy,

        Hello, its me again I sending you some more information I found on my medical records. photophobia, also marked on one of my papers that I am diabetic and I am not diabetic, palpitations, malaise & fatigue, chest & left arm pain thats goes into jaw, night sweats, sharp stabbing pains, skin moisture dry, nausea, weak, sleepy, visual changes, constance head pain, ( If you look at my medical records you will see that every time I went to doctor or emergency room they kept saying headaches, migraines, sinusitis, cold, chest cold thats what they kept telling me was wrong and it was my heart all along and what I still beleive maybe a clot in my brain) I had these little tiny blood dots that kept coming into the whites of my eyes and my eyelids would twitch all the time, headaches & loss of vision, subjective visual disturbance, on 02/07/03 I had MRI done says no sinusitis and on 01/29/03 the emergency room said I had sinusitis & headache I just know notice that going through my papers, leg pain, bilateral leg pain, pain limb arm & legs, cyst, musculoskeletal pains, chest wall slight tenderness to palpation in the lateral aspects bilaterally, aching, head & neck, burning scalp & head, musculoskeletal back pain, chest hurts, back hurts, nausea, there is tenderness to palpationto the left thoracic paraspinal muscle region, anxious/fearful, lower back hurts buttock area and shoots up all over back, slight discomfort to palpation in the left lumbosacral paraspinal muscle region, not sleeping, racing heart , pain in chest, shortness of breath, stomache pain, weight gain, adult deep vein thrombosis,  now the troponin test I dont understand either I just know I heard that word alot when I had my heart attack, ejection fraction I found 30%/ 55%  I  dont know what these are either I just know it has something to do with my heart,  now everything I put down here I have found in my medical records either checked in a box or done by nurse or doctor.   I hope this will help me, I have done the best I know to do, all of this is very confusing to me.     Thank You !!!

                                            Vickie Clayborn
                                            2611 South Main Street
                                            New Castle, IN 47362
                                            765-465-1337 cell #
                                            765-521-8416 home #

vickieclayborn@comcast.net

Zimbra: vickieclayborn@comcast.net
Case 2:05-md-01657-EEF-DEK   Document 25846-1   Filed 10/13/09   Page 30 of 39
Page 1 of 3

SmartZone Communications Center Collaboration Suite          vickieclayborn@comcast.net

---

RE: vioxx                                          Tuesday, July 21, 2009 10:17:01 AM

From: PAJ@juneaudavid.com
To: vickieclayborn@comcast.net
Sender: FGG@juneaudavid.com

Ms. Clayborn:

This email is in response to your email to me of June 23, 2009.

I have looked into this matter and have ascertained that as of this date you have not produced the lawsuit that was filed on your behalf or a tolling agreement. Absent the production of such documentation, you would be ineligible to participate in the Vioxx Settlement Program.


**PATRICK A. JUNEAU**
**Special Master**
Juneau David, APLC
Post Office Drawer 51268
Lafayette, LA 70505-1268
Telephone: 337-269-0052
Facsimile: 337-269-0061
Email:  paj@juneaudavid.com
            fgg@juneaudavid.com


---

**From:** vickieclayborn@comcast.net [mailto:vickieclayborn@comcast.net]
**Sent:** Tuesday, June 23, 2009 3:01 PM
**To:** Patrick A. Juneau
**Cc:** vickieclayborn@comcast.net
**Subject:** vioxx


Special Masters Patrick A. Juneau,

Hell, I am writing to you for help. I have taken vioxx was very sick for along time. At the age of 43 I  had a heart attack, stent put in, now taking medicines for the rest of my life, I almost died according to the doctors I had started having these problems at age 36-37 and I started vioxx at age 35. I tried very hard to get attorney in 2004-2005-2006 with no luck.  Every attorney I spoke with said I had to be diagnosed with heart attack or stroke before I would have a lawsuit even though I was going to emergency room and doctors office with symptoms of both (which is in my medical records) that didnt matter. So I had no where else to turn and I was getting weaker by the day. I kept going to ER and doctors office they never said it was my heart. It was in my head everyday that I would die before the doctors would find out

whats wrong with me. I had the feeling several times that I was dying. Anyways I have sent papers into the curators office and claims administrator I also sent in request for releif of deadline date I didnt know anything about browngreer untill after I had my heart attack and was back home and one day I got on computer to look up heart attacks and vioxx then I found a attorney name Bill Hurst and he told me about the browngreer thats how I found out about them this was after April 2008. Well I have been trying to get in the program every since. I have wrote letters to Indiana attorney general, med watch, consumer complaint form, FDA, I even got brave enough to write to Judge Carol Higbee which I didnt know if that was against the law or not but I was just looking for someone to help me out or point me in the right direction or something. But she couldnt give me any legal advise she must remain neutral and I respect her for that. And I received a letter from the VIOXX claims administrator that says I am not eligible to partticipate in program, for I wasnt a party to a pending lawsuit or tolling agreement.(according to Merck & Co.) I dont think this is fair at all I tried to get a attorney no one would take my case and when I found out about the browngreer program I was to late and missed deadline date even though I requested a releif from deadline nothing has helped me I have been fighting with this vioxx stuff since it was recalled in 2004. I spoke to Diann Bates on June 12, 2009 she said that it shows in my medical records that I took vioxx and I had medical problems while on the vioxx.  I also have received a letter from UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA  with Judge Eldon E.Fallon signature this letter says....... The Court is in receipt of the attached correspondence from Pro Se Vioxx Plaintiff  Vickie Clayborn. IT IS ORDERED that the correspondence be entered into record. The registration affidavit should have been sent to the appropriate counsel. Accordingly, copies of the correspondence shall be forwarded to liaison counsel,the pro se curator, and the claims administrator to take the appropriate actions.  New Orleans Louisiana, this 20th day of May 2009.   ( I DONT KNOW WHAT THIS MEANS WILL I BE IN THE VIOXX PROGRAM ? )   I have wrote to Indiana attorney general office, several attorneys,lawyers, law firms,I have sent emails and I have received emails I have called and received call from several law firms...  I have done everything that I know to do its not fair to me, I have suffered for so long and I now have to live with heart problems and take medicines for the rest of my life Im so depressed, I cant do the things that I used to do, Im weak, short of breath, scared of another heart attack, I wont stay alone in fear of no one to call 911 if something happened,  I am not able to work I have applied for disability I do have a attorney on that for me. My life has been turned upside down and it will never be the same. ITS SO UNFAIR TO ME FOR MERCK TO LIE ABOUT VIOXX AND CAUSE ME AND OTHERS HARM AND EVEN DEATH AND THEN GET TO SAY I CANT BE IN PROGRAM BECAUSE OF DEADLINE DATE, THAT I KNEW NOTHING ABOUT, AND BESIDES IF I HADNT BEEN SO SICK MAYBE I WOULD OF FELT LIKE GETTING ON THE COMPUTER AND LOOKING UP STUFF ABOUT VIOXX AND MAYBE I WOULD OF FOUND OUT SOMETHING ABOUT BROWNGREER EARLIER BUT NO I WAS DOWN AND OUT DUE TO MY HEART DUE TO TAKING VIOXX AND DOCTORS NOT FINDING OUT WHAT WAS WRONG THATS SO UNFAIR I HAVE BEEN THROUGH SO MUCH AND IT REALLY MAKES ME ANGRY FOR MERCK TO GET TO MAKE THAT DECISION THEY ALMOST COST ME MY LIFE THEY SHOULD BE MADE TO COMPENSATE ME AND MY FAMILY FOR WHAT THEIR VIOXX AND LIES DONE TO ME AND MY FAMILY.......PLEASE CAN YOU AND WILL YOU HELP ME ???  I DESERVE WHAT ANYONE ELSE GETS FOR HEART ATTACKS, PAIN, SUFFERING,MEDICAL BILLS ETC.    I READ ON YOUR LAW WEBSITE THAT YOU HAVE DOCTOR DEGREE  AND I WOULD LIKE IT IF YOU WOULD LOOK AT MY MEDICAL RECORDS AND SEE THE PROBLEMS I HAD WHILE ON VIOXX.   WHEN I STOPPED VIOXX IN 2004 WITHEN JUST A FEW WEEKS ALL MY BLURRED & LOSS

OF VISION WENT AWAY, MY SEVERE HEAD PAIN WENT AWAY, TWITCHING EYE
LIDS STOPPED.... THE CHEST PAIN, LEFT ARM PAIN,LEG PAIN,SEVERE BACK
PAIN, LOWER JAW PAIN, SWELLING, COUGH, AND REGULAR HEADACHES
CONTINUED WITH ME.   please would you take a look at my medical records and see
what you think ????   Thank You !!!!

Vickie Clayborn
2611 South Main Street
New Castle, IN 47362
765-465-1337 cell#
765-521-8416 home#
vickieclayborn@comcast.net

SmartZone Communications Center Collaboration Suite                 vickieclayborn@comcast.net

---

**vioxx**                                              Wednesday, July 22, 2009 10:46:10 AM

From: vickieclayborn@comcast.net
  To: paj@juneaudavid.com
  Cc: vickieclayborn@comcast.net

Patrick A. Juneau,

        Hello, Its Vickie I am writing to you about the email you sent me on July 21, 2009.  Patrick I never received any help from anyone for a lawsuit. I thought that since I was pro se when I contacted all the people through browngeer, ( curators, plaintiffs steering committee, etc.) that someone would help me at some point. I thought that was why Judge Fallon ordered these people to do was help pro se like myself. I have ask repeatedly for help and for someone to please let me know if there is something that I need to do I have ask over and over for a claims package. I was told I missed the deadline date, But yet I sent in the request from releif of deadline well that didnt help me either. I really dont understand why that was even on the browngeer website if it isnt gonna work. I am so frustrated with all this vioxx stuff and very much angry that I have to go through all this after what I have already been through with my heart. Its very upsetting to me, I cannot fight this anymore by myself I am NOT getting any help from anyone. I have been dealing with all this since 2004 and its driving me nuts. I am not a lawyer and no I do not know how to do this I have done everything I know to do, And nothing seems to help me. So I guess Merck & Co. will get by with damaging my heart and my life. But I know now I never had a chance to be compensated from a big company like that not without a lawyer anyway.  All of this is so unfair to people like me who isnt well educated but I guess thats all in favor of Merck the big company.  I will continue to look for a lawyer to see if anything can be done. I really thought with all this vioxx court litigation that people like me would get some help from someone because I thought  Judge Fallon ordered people to help pro se like myself , I feel like the whole SYSTEM has fell me. Here I am at age 44 with heart damage stent in heart on medicines for life, been ill since 36-37 years old started vioxx at age 35,  and I guess Merck will get by with what they have done to me.  (ITS ALL SO UNFAIR I SEE NO JUSTICE FOR ME)

Clayborn                                                              Vickie J.

South Main Sreet                                                     2611

Castle, IN 47362                                                     New

1337 cell#                                                           765-465-

8416 home#                                                           765-521-

vickieclayborn@comcast.net

**DALE E. WITTIG**
**11700 ARNOLD PALMER DRIVE**
**APARTMENT 304**
**RALEIGH, NC  27617**
**919-572-1750**
dalelila@nc.rr.com

September 20, 2009

The Honorable Eldon E. Fallon
U.S. District Court
500 Poydras Street
New Orleans, Louisiana 70130

Subject: Discrimination by Claims Administrator
         In Vioxx Litigation

Dear Judge Fallon:

I am a litigant in this case, and am represented by The Vioxx Litigation Consortium.  My claim was approved and I received my interim payment along with explanatory data on my award.

I found in Notice of Points Award that I had been penalized for having hypertension.  I have never had nor been treated for hypertension.  My list of medications showed Vasotec, a drug used to "treat high blood pressure, congestive heart failure, kidney problems caused by diabetes, and to improve survival after a heart attack."  Since the primary use of the drug is to treat hypertension, my cardiologist used "hypertension" inadvertently in one of his reports; he has since retracted this.

The Consortium's Grant Kaiser advised me to not pursue my appeal any further.  Paraphrasing his letter, the Claims Administrator is now reviewing the entire claim file and, while perhaps approving the appeal, finds other discrepancies that penalize the appellant so that the award becomes even less than it was in the beginning.  And, in one of our phone conversations, Mr. Kaiser stated that such appeals had been approved more readily earlier in the appeals processes than they are now.

It was recommended that I withdraw my appeal, that The Consortium did not want me to lose points, ie. Dollars.

I feel the Claims Administrator is discriminatory against 'new' appellants versus 'old.'

Sincerely,

*[signature: Dale E. Wittig]*

Dale E. Wittig

DALE E. WITTIG
11700 ARNOLD PALMER DRIVE
APARTMENT 304
RALEIGH, NC 27617-4213

70130+7503

The Honorable Eldon E. Fallon
U.S. District Court
500 Poydras Street
New Orleans, Louisiana 70130

RESEARCH TRIANGLE REGION
NC 276 3 T
21 SEP 2009 9M

USA FIRST-CLASS FOREVER

8/19/09

Dear Judge Fallon
I am writeing to see if
you can help me get my
money from the Lawer
I got my first money
a year ago. you told
them to get our money
out to us about the
end of Sept I would
not rush but my
health is faileing me
I have pills need to
be paid for I would
like to get money to
get the pills what little

24613NP

Printed on recycled paper.



I am sure I will have to go in the Hospital I am 66 years Old, When they get finish it wont be that much money anyways I have three Grandchildren Would like to give them a

24613NP

Printed on recycled paper.

My Name is
Leola Anderson
302 Cherry Blossom
Ln.
Patterson Calif.

Judge Fallon,
I hope I don't
sound crazy

Thank you
for reading



24613NP

Printed on recycled paper.



Leola Anderson
302 Cherry Blossom Ln.
Patterson, CA 95363-8329

RECEIVED

AUG 24 2009

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Judge ELDON E Fallon
500 Poydras Street
Room C-456
New Orleans, LA 70130

STOCKTON/STKN
CA 952 3 T
26 AUG 2009 PM



USA FIRST-CLASS FOREVER