New Evidence

VCN #108/041
MDL #1657

Att: Judge E. Fallon

RECEIVED
AUG 24 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

From: Dorothy A. Griffin
P.O. Box 7463
Tyler, TX.
75711

August 18th 2009

1081041
VCN: 108041
MDL: 1657

Claims Administrator
Att: Diann W. Bates
P.O. Box 85031
Richmond, VA. 23285

United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130
Att: Judge E. Fallon

I am writting this Letter in regards to the FES form... I signed in Front of the Notary Public... I travele to Texarkana, TX. to try an Locate Dr. Weber, He no Longer work at St. Michael Hospital, no one there knew of his where abouts, may be done Left the Country. He Left No Fowarding address. Dr. Curry: Stated that she was Not the doctor that suppose to white me the Letter, Dr. Weber was. I knew of No such Letter before now, Not all thr- the Settlement Program. So I beleive this is a good cause & I should still be able to Stay in the Settlement Program & get paid for my injuries. The Letter from Judge Fallon... Say with good cause. So I try to get the Letter, I'll done every thing that was asked of me. Like I say I knew of No such Letter up Until Now. And I am presenting the New Evidence Evidence... Which is, My Doctor which is Dr. Dough Johnston at ETMC Clinic: Stated that I am at High Rist For a Heahtack or Stroke, Both Hands, Fingers Locking Up on me also my Rt. Foot & Knee, Elbo poping Loud Noises, Neck Grinding ect... You already have all my other medical records. Again - I was turn down by the Hand doctor, He stated that he could not take my Ins. ChampVA & medicate, Celadon & Merk suppose to pay for this, workers comp. Medication Vioxx Attacking my Joints, Hips, hands, knee, Foot, Neck, Elbo's, Heart... ect...

Thank you: Dorothy A. Griffin



*Our specialty is you.*

**PATIENT:** Dorothy Dierker
**DATE OF BIRTH:** 01/22/1956
**DATE:** 02/20/2009 9:04 AM
**VISIT TYPE:** Office Visit

**Reason(s) for visit**
1. **Hypertension**  Here to f/up. Had lab this week. C/O hands feel like they are locking up, also R foot. States neck, back and hips are hurting. Hand pain started when she started crestor. Also foot cramping- hips hurt- out of vicodin- taking crestor dialy- taking lisinopril daily- L middle finger catches when opens hand on and off- hurts a little

**Chronic Problems**
Unspecified hypertensive heart disease without con
Unspecified essential hypertension
Hypertension, benign
Hyperlipidemia, mixed
Other and unspecified hyperlipidemia
Aseptic necrosis of head and neck of femur
Esophageal reflux

**Past Medical History**
Reviewed, no changes. Last detailed document: 01/01/2008.

**Family History**
Reviewed, no changes. Last detailed document: 01/01/2008.

**Social History**
Reviewed, no changes. Last detailed document date: 07/21/2008.

**Active Medications (started before visit)**

| Drug Name | Dose | Qty | Refills | Description |
|---|---|---|---|---|
| Crestor | 10mg | 30 | 12 | Take one tablet by mouth daily |
| for chol | | | | |
| Lisinopril | 40mg | 0 | 0 | Take one tablet by mouth daily |

**Allergies:**

| Allergen/Ingredient | Brand | | | Reaction: |
|---|---|---|---|---|
| Codeine | | | | Hives |

The patient is a tobacco user.
**Review of Systems**
**Constitutional:**
Negative for fatigue, fever and night sweats.

**Respiratory:**
Negative for cough, dyspnea and wheezing.

Dierker, Dorothy    01/22/1956                    1/3

**Musculoskeletal:**
Positive for:
- Back pain.
- Bone/joint symptoms.
- Myalgias.
- Rheumatologic manifestations.

Negative for muscle weakness and neck stiffness.

## Vital Signs

| BP | Temp F | Pulse | Resp Rate | Sp O2 | Ht In | Wt Lb | Wt Kg | Pain Score | Blood Sugar |
|---|---|---|---|---|---|---|---|---|---|
| 112/66 | | 92 | 12 | | | 172.8 | | | |

Comments

## Physical exam
**Constitutional:** No apparent distress. Well nourished and well developed.

**Musculoskeletal:**

Comments: L mildde finger- triggers when opens.

## Assessment/ Plan
**Hyperlipidemia, mixed** (272.2)
better but still with high TG- will add Trilipix to crestor- samples and rx- watch for worsening myalgias- start on co-enzyme Q-10
**Hypertension, unspecified** (401.9)
well controlled
**Trigger finger (acquired)** (727.03)
will work on massaging- if needed will refer to ortho at next visit
**Aseptic necrosis of head and neck of femur** (733.42)
refilled vicodin to use prn-
f/u 2 months- lab before- lipids, cmp, cpk

## Medications (added or stopped this visit):

| Drug Name | Dose | Qty | Refills | Description |
|---|---|---|---|---|
| Flexeril for spasm | 10mg | 60 | 3 | Take one tablet by mouth three times per day as need ed |
| Vicodin | 5mg-500mg | 40 | 0 | 1-2 tab tid prn pain |
| Trilipix | 135 Mg | 30 | 12 | Take one by mouth every day for TG |

*[signature: D. John]*

**Provider: Doug Johnston DO**
Document generated by: Doug Johnston DO 02/20/2009 10:09 AM

Dierker, Dorothy    01/22/1956                    2/3



**PATIENT:** Dorothy Dierker
**DATE OF BIRTH:** 01/22/1956
**DATE:** 03/20/2009 2:58 PM
**VISIT TYPE:** Office Visit

### Reason(s) for visit
1. **General Check** c/o swelling on chest - feels tender in ant chest - says started after accident in 2002- pt has intermittant swelling in ant chest and tenderness when picks up heavy objects- feels like pressure in area- R knee also hrts- has had problem since 1989- knee is now swollen- catches at times- swelling worse walks

### Chronic Problems
Unspecified hypertensive heart disease without con
Unspecified essential hypertension
Hypertension, benign
Hyperlipidemia, mixed
Other and unspecified hyperlipidemia
Aseptic necrosis of head and neck of femur
Esophageal reflux

### Past Medical History
Reviewed, no changes. Last detailed document: 01/01/2008.

### Family History
Reviewed, no changes. Last detailed document: 01/01/2008.

### Social History
Reviewed, no changes. Last detailed document date: 07/21/2008.

### Active Medications (started before visit)

| Drug Name | Dose | Qty | Refills | Description |
|---|---|---|---|---|
| Flexeril | 10mg | 60 | 3 | Take one tablet by mouth three times per day as need ed for spasm |
| Vicodin | 5mg-500mg | 40 | 0 | 1-2 tab tid prn pain |
| Trilipix for TG | 135 Mg | 30 | 12 | Take one by mouth every day |
| Crestor for chol | 10mg | 30 | 12 | Take one tablet by mouth daily |
| Lisinopril | 40mg | 0 | 0 | Take one tablet by mouth daily |

### Allergies:
| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Codeine | | Hives |

### Health Maintenance

| Test/Exam | Date of Last | Due Date | Declined |
|---|---|---|---|

Dierker, Dorothy    01/22/1956                    1/3

Physical Examination(s)

| | | |
|---|---|---|
| H & P | | 03/20/2009 |
| GYN | 01/01/2006 | 01/01/2007 |

**Cardiovascular Disease**

| | | |
|---|---|---|
| Lipid Panel | 02/17/2009 | 02/17/2014 |

**Cancer Screening**

| | | |
|---|---|---|
| Colonoscopy | 03/20/2007 | 03/20/2017 |
| PAP | 01/01/2006 | 01/01/2007 |
| Mammogram | 05/21/2008 | 05/21/2009 |
| MD/RN Breast Ex | 01/01/2006 | 01/01/2007 |

**Adult Immunizations**

| | | |
|---|---|---|
| Influenza | 01/11/2008 | 01/11/2009 |
| Td | 01/01/2000 | 01/01/2010 |

The patient is a tobacco user.

## Vital Signs

| BP | Temp F | Pulse | Resp Rate | Sp O2 | Ht In | Wt Lb | Wt Kg | Pain Score | Blood Sugar |
|---|---|---|---|---|---|---|---|---|---|
| 120/80 | | 80 | | | | 171.6 | | | |

Comments

## Health Maintenance
Reviewed.

## Procedures
### Joint Injection / Aspiration
Procedure
Assessment: Knee pain. Site was prepped and draped using sterile technique. Injection and aspiration was performed on the Anesthetics include Lidocaine 2% plain 1.00mL. Medications injected include 1 mL of Depo-Medrol 40mg. serous aspirant was extracted. Patient tolerated procedure well. Appropriate post injection instructions were given. Applied sterile dressing and discussed wound care instructions.

0
0

## Assessment/ Plan
**Knee pain** (719.46)
**Effusion of lower leg joint** (719.06)
**Chest, pain, chest wall** (786.52)

### Lab Studies

| Status | Lab Study | ObsValue | ObsInterpretation | Comments | Time Limit | Timeframe | Date |
|---|---|---|---|---|---|---|---|
| ordered | Cell CT | | | | | | |
| ordered | Crystals | | | | | | |

*D. John* (signature)

**Provider: Doug Johnston DO**
Document generated by: Doug Johnston DO 03/20/2009 3:32 PM

Dierker, Dorothy    01/22/1956              2/3

| PATIENT NAME | PERSON NUMBER | HOME PHONE | DOB | SEX | SOCIAL SECURITY # |
|---|---|---|---|---|---|
| Dorothy Dierker | 27376 | (903)561-5457 | 01/22/1956 | F | 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 |
| REQ. PROVIDER | SPECIMEN COLLECTED | SPECIMEN RECEIVED | | | RESULTS APPROVED |
| Doug Johnston DO | 2/18/2009 8:34:00AM | 2/18/2009 2:06:00PM | | | Y |

Order Number: PRO58079

| TEST NAME | RESULT | UNITS | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| **COMPREHENSIVE METABOLIC PANEL** | | | | |
| BUN | 12 | MG/DL | 8-25 | DRL |
| CREATININE | 0.9 | MG/DL | 0.6-1.3 | DRL |
| CALCULATED BUN/CREAT | 13 | | 6-28 | DRL |
| SODIUM | 143 | MEQ/L | 133-145 | DRL |
| POTASSIUM | 4.9 | MEQ/L | 3.5-5.3 | DRL |
| CHLORIDE | 105 | MEQ/L | 96-108 | DRL |
| CARBON DIOXIDE | 27 | MEQ/L | 18-30 | DRL |
| CALCIUM | 10.0 | MG/DL | 8.5-10.5 | DRL |
| PROTEIN, TOTAL | 7.3 | G/DL | 6.0-8.4 | DRL |
| ALBUMIN | 4.6 | G/DL | 2.9-5.0 | DRL |
| CALCULATED GLOBULIN | 2.7 | G/DL | 2.0-3.8 | DRL |
| CALCULATED A/G RATIO | 1.7 | | 0.9-2.5 | DRL |
| BILIRUBIN, TOTAL | 0.3 | MG/DL | 0.1-1.3 | DRL |
| SGOT (AST) | 24 | U/L | 0-40 | DRL |
| SGPT (ALT) | 36 | U/L | 7-56 | DRL |
| GLUCOSE | 111 (H) | MG/DL | 65-100 | DRL |
| ALKALINE PHOSPHATASE | 143 (H) | U/L | 30-132 | DRL |

Testing Performed At:
DRL: DRL Labs, 3910 Brookside Dr., Ste. 200, Tyler, TX 75701
CLIA #: 45D1018408

| **LIPID PANEL** | | | | |
|---|---|---|---|---|
| CHOLESTEROL | 166 | MG/DL | <200 | DRL |
| CALCULATED LDL CHOL | 64 | MG/DL | <100 | DRL |
| RISK RATIO LDL/HDL | 2.15 | RATIO | <3.22 | DRL |
| TRIGLYCERIDES | 358 (H) | MG/DL | <150 | DRL |
| HDL CHOLESTEROL | 30 (L) | MG/DL | >39 | DRL |

Testing Performed At:
DRL: DRL Labs, 3910 Brookside Dr., Ste. 200, Tyler, TX 75701
CLIA #: 45D1018408

Page 1 of 1

| PATIENT NAME | PERSON NUMBER | HOME PHONE | DOB | SEX | SOCIAL SECURITY # |
|---|---|---|---|---|---|
| Dorothy Dierker | 27376 | (903)561-5457 | 01/22/1956 | F | 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 |

| REQ. PROVIDER | SPECIMEN COLLECTED | SPECIMEN RECEIVED | RESULTS APPROVED |
|---|---|---|---|
| Doug Johnston DO | 4/28/2009   8:49:00AM | 4/28/2009   9:58:00AM | Y |

Order Number:   PRO73385

| TEST NAME | RESULT | UNITS | REFERENCE RANGE | LAB |
|---|---|---|---|---|

## CK, TOTAL

| TEST NAME | RESULT | UNITS | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| CK, TOTAL | 95 | U/L | 30-200 | DRL |

Testing Performed At:
DRL: DRL Labs, 3910 Brookside Dr., Ste. 200, Tyler, TX 75701
CLIA #: 45D1018408

## COMPREHENSIVE METABOLIC PANEL

| TEST NAME | RESULT | UNITS | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| ALKALINE PHOSPHATASE | 91 | U/L | 30-132 | DRL |
| SGOT (AST) | 20 | U/L | 0-40 | DRL |
| SGPT (ALT) | 28 | U/L | 7-56 | DRL |
| BUN | 15 | MG/DL | 8-25 | DRL |
| CREATININE | 0.8 | MG/DL | 0.6-1.3 | DRL |
| CALCULATED BUN/CREAT | 19 |  | 6-28 | DRL |
| SODIUM | 142 | MEQ/L | 133-145 | DRL |
| POTASSIUM | 4.9 | MEQ/L | 3.5-5.3 | DRL |
| CHLORIDE | 103 | MEQ/L | 96-108 | DRL |
| CARBON DIOXIDE | 29 | MEQ/L | 18-30 | DRL |
| CALCIUM | 10.2 | MG/DL | 8.5-10.5 | DRL |
| PROTEIN, TOTAL | 7.0 | G/DL | 6.0-8.4 | DRL |
| ALBUMIN | 4.6 | G/DL | 2.9-5.0 | DRL |
| CALCULATED GLOBULIN | 2.4 | G/DL | 2.0-3.8 | DRL |
| CALCULATED A/G RATIO | 1.9 |  | 0.9-2.5 | DRL |
| BILIRUBIN, TOTAL | 0.3 | MG/DL | 0.1-1.3 | DRL |
| GLUCOSE | 129 (H) | MG/DL | 65-100 | DRL |

Testing Performed At:
DRL: DRL Labs, 3910 Brookside Dr., Ste. 200, Tyler, TX 75701
CLIA #: 45D1018408

## LIPID PANEL

| TEST NAME | RESULT | UNITS | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| CHOLESTEROL | 178 | MG/DL | <200 | DRL |
| TRIGLYCERIDES | 131 | MG/DL | <150 | DRL |
| HDL CHOLESTEROL | 45 | MG/DL | >39 | DRL |
| RISK RATIO LDL/HDL | 2.37 | RATIO | <3.22 | DRL |
| CALCULATED LDL CHOL | 107 (H) | MG/DL | <100 | DRL |

Testing Performed At:
DRL: DRL Labs, 3910 Brookside Dr., Ste. 200, Tyler, TX 75701
CLIA #: 45D1018408

Page 1 of 1



**ETMC First Physicians**
*Our specialty is you.*

| | |
|---|---|
| **PATIENT:** | Dorothy Dierker |
| **DATE OF BIRTH:** | 01/22/1956 |
| **DATE:** | 05/08/2009 1:00 PM |
| **VISIT TYPE:** | Office Visit |

### Reason(s) for visit
**1. f/up** Here to f/up on lab, sugars, chol and htn- . States trilipix is causing heartburn. Is taking in morning and rec she take in evening. Taking crestor and stable- taking lisinopril and no se- brother and sister with DM- pt still with hip pain- uses vicodin prn and helps

### Chronic Problems
Unspecified hypertensive heart disease without con
Unspecified essential hypertension
Hypertension, benign
Hyperlipidemia, mixed
Other and unspecified hyperlipidemia
Aseptic necrosis of head and neck of femur
Impaired fasting glucose
Nondependent tobacco use disorder
Esophageal reflux

### Past Medical History
Reviewed, no changes. Last detailed document: 01/01/2008.

### Family History
Reviewed, no changes. Last detailed document: 01/01/2008.

### Social History
Reviewed, no changes. Last detailed document date: 07/21/2008.

### Active Medications (started before visit)

| Drug Name | Dose | Qty | Refills | Description |
|---|---|---|---|---|
| Lisinopril | 40mg | 30 | 6 | Take one tablet by mouth daily |
| Medrol | 4mg | 1 | 0 | As Directed |
| Flexeril | 10mg | 60 | 3 | Take one tablet by mouth three times per day as need ed for spasm |
| Vicodin | 5mg-500mg | 40 | 0 | 1-2 tab tid prn pain |
| Trilipix for TG | 135 Mg | 30 | 12 | Take one by mouth every day |
| Crestor for chol | 10mg | 30 | 12 | Take one tablet by mouth daily |

### Allergies:

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Codeine | | Hives |

Dierker, Dorothy    01/22/1956                         1/3

| Test/Exam | Date of Last | Due Date | Declined |
|---|---|---|---|
| **Physical Examination(s)** | | | |
| H & P | | 05/08/2009 | |
| GYN | 01/01/2006 | 01/01/2007 | |
| **Cardiovascular Disease** | | | |
| Lipid Panel | 04/28/2009 | 04/28/2014 | |
| **Cancer Screening** | | | |
| Colonoscopy | 03/20/2007 | 03/20/2017 | |
| PAP | 01/01/2006 | 01/01/2007 | |
| Mammogram | 05/21/2008 | 05/21/2009 | |
| MD/RN Breast Ex | 01/01/2006 | 01/01/2007 | |
| **Adult Immunizations** | | | |
| Influenza | 01/11/2008 | 01/11/2009 | yes |
| Td | 01/01/2000 | 01/01/2010 | |

The patient is a tobacco user.

## Review of Systems
**Constitutional:**
Negative for malaise.
**Respiratory:**
Negative for cough, dyspnea, nocturnal dyspnea, orthopnea and wheezing.
**Cardiovascular:**
Positive for:
- Chest pain.
**Gastrointestinal:**
Positive for:
- Heartburn.
- Reflux.
**Metabolic/Endocrine:**
Positive for:
- Weight loss.
**Neuro/Psychiatric:**
Negative for insomnia.

## Vital Signs

| BP | Temp F | Pulse | Resp Rate | Sp O2 | Ht In | Wt Lb | Wt Kg | Pain Score | Blood Sugar |
|---|---|---|---|---|---|---|---|---|---|
| 128/72 | | 96 | 12 | | | 175.6 | | | |

Comments

## Health Maintenance
Reviewed.

## Assessment/ Plan
**Hyperlipidemia, mixed** (272.2)
much better control with crestor and trilipix- pt having heartburn with trilipix so will take at night- if can't tolerate will change ot lovaza
**Hypertension, benign** (401.1)
well controlled
**Impaired fasting glucose** (790.21)
may be early type 2 diabetic- will work on wt loss, diet- info given on web sites for diabetes education
**Nondependent tobacco use disorder** (305.1)
rec stopping smoking
f/u 3 months for WWE- lab before lipids, cmp, Hgba1c

Dierker, Dorothy    01/22/1956                    2/3

*[signature: D. John...]*

**Provider: Doug Johnston DO**
Document generated by: Doug Johnston DO 05/08/2009 1:22 PM

Dierker, Dorothy     01/22/1956              3/3



**ETMC First Physicians**
*Our specialty is you.*

| | |
|---|---|
| PATIENT: | Dorothy Dierker |
| DATE OF BIRTH: | 01/22/1956 |
| DATE: | 06/24/2009 9:45 AM |
| VISIT TYPE: | Office Visit |

### Reason(s) for visit
**1. Abdominal symptoms**  Additional information: follow up ER, cont with stomach cramps bloating, no RX given- went to ER 2 days ago- had cramping and bloating and pain in abd after eating cantelop- pt has gallbladder- no previous regular bowel problems- no diarrhea or constipation except no bm today- no fever- pt having GERD sx- took nexium in past and helped- prilosec didn't help
**2. hip pain**  using vicodin prn- up to 3 daily- helps- pain is burning at times

### Chronic Problems
Unspecified hypertensive heart disease without con
Unspecified essential hypertension
Hypertension, benign
Hyperlipidemia, mixed
Other and unspecified hyperlipidemia
Aseptic necrosis of head and neck of femur
Impaired fasting glucose
Nondependent tobacco use disorder
Esophageal reflux

### Past Medical History
Reviewed, no changes. Last detailed document: 01/01/2008.

### Family History
Reviewed, no changes. Last detailed document: 01/01/2008.

### Social History
Reviewed, no changes. Last detailed document date: 07/21/2008.

### Active Medications (started before visit)

| Drug Name | Dose | Qty | Refills | Description |
|---|---|---|---|---|
| Flexeril | 10mg | 60 | 3 | Take one tablet by mouth three times per day as need ed for spasm |
| Lovaza | 1g | 120 | 11 | Take one tablet by mouth four times per day |
| Lisinopril | 40mg | 30 | 6 | Take one tablet by mouth daily |
| Trilipix for TG | 135 Mg | 30 | 12 | Take one by mouth every day |
| Crestor for chol | 10mg | 30 | 12 | Take one tablet by mouth daily |

### Allergies:

| Allergen/Ingredient | Brand | | Reaction: |
|---|---|---|---|

Dierker, Dorothy    01/22/1956                    1/3

The patient is a tobacco user.

### Review of Systems
**Constitutional:**
Negative for fatigue, fever and night sweats.
**Respiratory:**
Negative for cough, dyspnea and wheezing.
**Gastrointestinal:**
Positive for:
- Abdominal pain.
- Bloating.
- Constipation.
- Heartburn.
- Reflux.

Negative for blood in stool, change in bowel habits and vomiting.
**Musculoskeletal:**
Positive for:
- Bone/joint symptoms.

### Vital Signs

| BP | Temp F | Pulse | Resp Rate | Sp O2 | Ht In | Wt Lb | Wt Kg | Pain Score | Blood Sugar |
|---|---|---|---|---|---|---|---|---|---|
| 100/60 | | 70 | | | | 172.6 | | | |

Comments

### Physical exam
**Constitutional:** No apparent distress. Well nourished and well developed.
**Abdomen:**
Abdomen is not obese.
Symmetric - no distention.
Abdominal tenderness reported in the RUQ.
Negative for palpable masses.

### Assessment/ Plan
**Abdominal pain, RUQ** (789.01)
suspicious for biliary colic- will order RUQ us to evaluate- reviewed ER note, lab and xray- all lab normal- xray abd normal-
**GERD** (530.81)
restart nexium- has used in past and helped- has tried prilosec but didn't work-
**Pain in joint involving lower leg** (719.46)
Pt with B avascular necrosis of Hips- refilled vicodin- she is using about 1 daily-

### Medications (added or stopped this visit):

| Drug Name | Dose | Qty | Rfl | Description | Start Date | Stop Date |
|---|---|---|---|---|---|---|
| Omeprazole | 20mg | 30 | 12 | Take one tablet by mouth daily for acid | 06/24/2009 | 06/24/2009 |
| Nexium | 40mg | 30 | 12 | Take one tablet by mouth one hour prior to eating daily | 06/24/2009 | |
| Vicodin | 5mg-500mg 06/24/2009 | 40 | 0 | | 1-2 tab tid prn pain | |
| Flexeril | 10mg 06/18/2009 | 60 | 3 | Take one tablet by mouth three times per day as need ed for spasm | | |
| Lovaza | 1g | 120 | 11 | Take one tablet by mouth four times per day | 05/18/2009 | |
| Vicodin | 5mg-500mg 05/14/2009 | 40 | 0 | | 06/24/2009 1-2 tab tid prn pain | |
| Lisinopril | 40mg | 30 | 6 | Take one tablet by mouth daily | 05/04/2009 | |
| Medrol | 4mg | 1 | 0 | As Directed | 03/20/2009 | 06/24/2009 |
| Trilipix | 135 Mg | 30 | 12 | Take one by mouth every day for TG | 02/20/2009 | |
| Crestor | 10mg | 30 | 12 | Take one tablet by mouth daily for chol | 12/22/2008 | |

Dierker, Dorothy    01/22/1956                    2/3

**To be scheduled/ordered**

| Status | Order | Timeframe | Assessment | Appointment |
|---|---|---|---|---|
| scheduled | ABDOMEN US, LIMITED | | 789.01 | 06/26/2009 |

**Provider: Doug Johnston DO**
*Document generated by: Doug Johnston DO 06/24/2009 1:29 PM*

Dierker, Dorothy    01/22/1956                    3/3



**ETMC First Physicians**
*Our specialty is you.*

| | |
|---|---|
| PATIENT: | Dorothy Dierker |
| DATE OF BIRTH: | 01/22/1956 |
| DATE: | 07/29/2009 8:45 AM |
| VISIT TYPE: | Office Visit |

### Reason(s) for visit
1. F/up from ER   Went to ER abt 1 week ago with chest pain and fluttering. Was having acid reflux. Did chest x ray and EKG and lab. Dx swelling in chest from moving and acid reflux. She feels it is from the cholesterol meds. Is taking crestor only- stopped lovaza due to GI upset- still with arthritis- hurts in hands and hips- tried to see ortho but couldn't due to open workmans comp case- GERD is stable with nexium

### Chronic Problems
Unspecified hypertensive heart disease without con
Unspecified essential hypertension
Hypertension, benign
Hyperlipidemia, mixed
Other and unspecified hyperlipidemia
Aseptic necrosis of head and neck of femur
Impaired fasting glucose
Nondependent tobacco use disorder
Esophageal reflux

### Past Medical History
Reviewed, no changes. Last detailed document: 01/01/2008.

### Family History
Reviewed, no changes. Last detailed document: 01/01/2008.

### Social History
Reviewed, no changes. Last detailed document date: 07/21/2008.

### Active Medications (started before visit)

| Drug Name | Dose | Qty | Rfl | Description |
|---|---|---|---|---|
| Vicodin | 5mg-500mg | 40 | 0 | 1-2 tab tid prn pain |
| Nexium | 40mg | 30 | 12 | Take one tablet by mouth one hour prior to eating daily |
| Flexeril for spasm | 10mg | 60 | 3 | Take one tablet by mouth three times per day as need ed |
| Lisinopril | 40mg | 30 | 6 | Take one tablet by mouth daily |
| Crestor | 10mg | 30 | 12 | Take one tablet by mouth daily for chol |

### Allergies:

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Codeine | | Hives |

### Health Maintenance

Dierker, Dorothy    01/22/1956                    1/3

| Test/Exam | Date of Last | Due Date | Declined |
|---|---|---|---|
| **Physical Examination(s)** | | | |
| H & P | 07/29/2009 | 07/29/2010 | |
| GYN | 01/01/2006 | 01/01/2007 | |
| **Cardiovascular Disease** | | | |
| Lipid Panel | 04/28/2009 | 04/28/2014 | |
| **Cancer Screening** | | | |
| Colonoscopy | 03/20/2007 | 03/20/2017 | |
| PAP | 01/01/2006 | 01/01/2007 | |
| Mammogram | 05/21/2008 | 05/21/2009 | |
| MD/RN Breast Ex | 01/01/2006 | 01/01/2007 | |
| **Adult Immunizations** | | | |
| Influenza | 01/11/2008 | 01/11/2009 | |
| Td | 01/01/2000 | 01/01/2010 | |

Comments: 7/29/09 will sched WWE.
The patient is a tobacco user.

### Review of Systems
**Constitutional:**
Negative for fatigue, fever and night sweats.
**Cardiovascular:**
Positive for:
- Chest pain.
Negative for irregular heartbeat/palpitations.
**Gastrointestinal:**
Negative for abdominal pain, constipation, diarrhea and vomiting.
**Musculoskeletal:**
Positive for:
- Back pain.
- Bone/joint symptoms.

### Vital Signs

| BP | Temp F | Pulse | Resp Rate | Sp O2 | Ht In | Wt Lb | Wt Kg | Pain Score | Blood Sugar |
|---|---|---|---|---|---|---|---|---|---|
| 122/66 | | 76 | 12 | | | 176.4 | | | |

Comments

### Physical exam
**Constitutional:** No apparent distress. Well nourished and well developed.

### Health Maintenance
Reviewed.
Comments: 7/29/09 will sched WWE.

### Assessment/ Plan
**Chest, pain, chest wall** (786.52)
likely costochondritis- will cont with motrin as has helped-
**Hyperlipidemia, mixed** (272.2)
cont with crestor- pt couldn't tolerate lovaza
**Impaired fasting glucose** (790.21)
brother with DM- discussed importance of wt loss and diet
f/u 3 months for WWE- lab before- lipids, cmp, Hgb1ac

### Medications (added, continued, or stopped this visit):

| Drug Name | Dose | Qty | Rfl | Description | Start Date | Stop Date |
|---|---|---|---|---|---|---|
| Ibuprofen | 600mg | 90 | 1 | Take one by mouth three times per day | 07/29/2009 | |
| Vicodin | 5mg-500mg | 40 | 0 | 1-2 tab tid prn pain | | |

Dierker, Dorothy   01/22/1956                2/3

| | | | | | | |
|---|---|---|---|---|---|---|
| Nexium | 40mg | 30 | 12 | Take one tablet by mouth one hour prior to eating daily | 06/24/2009 | |
| Flexeril | 10mg | 60 | 3 | Take one tablet by mouth three times per day as need ed for spasm | 06/18/2009 | |
| Lovaza | 1g | 120 | 11 | Take one tablet by mouth four times per day | 05/18/2009 | 07/29/2009 |
| Lisinopril | 40mg | 30 | 6 | Take one tablet by mouth daily | 05/04/2009 | |
| Trilipix | 135 Mg | 30 | 12 | Take one by mouth every day for TG | 02/20/2009 | 07/29/2009 |
| Crestor | 10mg | 30 | 12 | Take one tablet by mouth daily for chol | 12/22/2008 | |

*[signature: D. Johnst]*

**Provider: Doug Johnston DO**
*Document generated by: Doug Johnston DO 07/29/2009 9:37 AM*

Dierker, Dorothy    01/22/1956                              3/3