United States District Court

In Ref: Vioxx                                M.D.1 No 1157
                                             Section L
Product Liability                            Judge Fallen

Part 1                                       Magistrate Judge
                                             Knowles

## Motion Of

### Ineffective Assistance of Prose Counsel and Pro-Se Coordinator

Dear Judge Fallen

It is my sincere regret to inform you of the mistreatment, misdiagnosed and unfairness I have received by both the Pro-Se Coordinator and Pro-Se Curator on which you ordered on the date of February 12, 2008, both of these individuals, as overseer of Pro-Se claimant.

RECEIVED
AUG 0 5 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Judge Fallen

I have passed 2 out of 3 Gates by the review of the Pro-Se Coordinator and the review of the Gate Committee.

Exhibit 1 ---Injury

Judge Fallen, with all due respect, sense I have to represent myself, please help me understand.

If the Pro-Se Coordinator and Gate Committee passed my:
    (1) Event records
    (2) Duration
    (3) Proximity
    (4) Proof of use

Of which in the beginning, the courts said that Merck stated and the doctor stated pertaining to the injury, the claimant had to have used Vioxx medication up to 30 pills within 60 days or 8 months to 1 year before any injury could have taken place.

Exibit ll

Merck sold a product that was dangerous and harmful with great negligence to the public called "VIOXX", that the F.D.A pulled off the market.
Both (A) Pro-Se Coordinator
    (B) Gate Committee
Agreed that I passed 2 out of 3 Gates . I passed: (1) Event Records
    (2) Duration
    (3) Proximity
    (4) Proof Of Usage

Judge Fallen

    Again, with all due respect, help me to understand as far has injury. When it was in the public eye, by the standard of the Court's Lawyer's of Merck, this is what qualified my claim. But now, sense the media is gone as far as Vioxx is concerned, the lawyer's of Merck are doing all the talking for the Gate Committee Conference and Plaintiff Representative's doing nothing on behalf of the Plaintiff which is a strict violation and order of the court. Therefore, the representatives of Merck are going to be the JUDE-

JURY-TRIAL , then that which qualify the Plaintiff by Merck's standard, also disqualify the Plaintiff by Merck's standard.

Strickland vs Washington
Cite as 104 S. CT 2052 (1984) at 2074

Justice Marshall

The sixth and fourteenth amendment guarantee a person in Civil or Criminal Court the right to the aide of a Lawyer in preparing and presenting his or her defense. I t has long been settled that the right to counsel is the right top effective assistance of counsel. Mcmann vs Richardson 397 U.S 759,771,10,14,90,S.ct 1441 N 14,25 Ed 2d 763 (1970). The states and lower Federal Court have developed standards for Distinguishing, Effective, Adequate, Assistance on which the Pro-Se Curator and the 3 Pro-Se representatives did nothing.

Motion to Review Procedural<br/>Matters and Review Legal Conclusion

Part ll
   Under F.R.C.P. 53 (F) (4) (5)

(4) Reviewing Legal Conclusion

   The court must Decide-de-Novo all objections to conclusion of Law, made or recommended by a Special –Master / Pro-Se Coordinator or by Gate Committee.

Plaintiff argues very strongly against the Civil Suit reviewing the Procedural Matter against Pro-Se claimant, that it has been done unfairly and unjust according to Sixth and Fourteenth Amendment Guarantee by the U.S Constitution.

The Court can clearly see:

   (1) The Pro-Se Coordinator Letter of Ineligibility
   (2) The Gate Committee: Notice of Ineligibity

Reviewing Legal Procedural

Under the Fourteenth Amendment: Due Process

Abuse of Discretion

   The Court can clearly see the abuse of Interpretation

   (1) Please see Pro-Se Claimant's response to Gate Committee Notice of Ineligibility

lll Claimant Response to the Notice

   See appeal to the Special Master in second paragraph states the Special Master's decision will be final. The fourth paragraph also states that I will not be able to submit any material to the Special Master on an appeal that I have previously submitted to the claims administration.

    (2) Under Federal Rules of Civil Procedure Trials
            F.R.C.P 52-53

With all respect to the Special-Master, their word should not be final according to: F.R.C.P. 53 (F) (1) (2) again an abuse of discretion by the Gate Committee and Pro-se Coordinator.

    (3) Plaintiff's Request

(1) Is not to introduce new evidence to the Special Master. Plaintiff's main complaint is to his whole civil claim package is not being reviewed.
(2) Merck, The Pro-Se Coordinator and Gate Committee has hand picked through Plaintiff's claim package and picked what is reverent to them: Avoiding to not see the whole picture which is within itself a total violation of Plaintiff fourteen U.S Constitutional Right which said.
(3) No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States.
(4) Nor shall any State deprive any person of Life, Liberty or Property, without Due Process of Law

    (4) Plaintiff's Whole Claim

Constituted of:

(1) Negligence of a Defective Product and Plaintiff using a Defective Product called Vioxx, of which Plaintiff is entitled to compensation wholly or imparts.

(2) Usage / Injury / Heart-attack

Motion for Due Process

Federal Rules of Civil Procedure Trials

Part lll: F.R.C.P. 53 (F) (5)

(5) Reviewing Procedural Matters and Records
Unless the appointing order establish a different standard of review, the court may set aside a Master's or Committee Ruling on a Procedural matter only for and abuse of discretion.

In my original statement of claim:

  I filed suit of negligence of usage for review.

  (1) Usage/ or Injured/ Heart-Attack/ Negligence-mean (1) quality or state of being negligent.
  (2) Failure to exercise the care that the circumstances justly demand omission
Of duty in doing or forbearing.
  (3) An act or instance of negligence or carelessness

Also negligent means: guilty of or given to neglect or disregard: culpably, inattentive, indifferent, ect…

The company, Merck, has already, by omission and admitting to the court and to public their guilt in whole or in part according to a defective product called by name "VIOXX", which whom I was a user in whole or in part.

If the court would review: Release of all Claims
    See page #4 (f)
    Please see attached paper work were Merck said this release is specifically intended to operate and be applicable even if it is alleged, changed or proud that some or part of the released claims and liabilities are caused in whole or in part by the negligence, breach of warranty, violation of law, defective product, malice and/ or conduct ant type by Merck.

Negligence for Review

Both the negligence for usage as well as usage / or injury all should have been under review and not hand picked by Pro-Se Coordinator or Committee…

## Due Process of Law

To not process all of the claim is a total violation of negligence and disregard of the Plaintiff fourteenth constitutional right to hand pick of which the Pro-Se Coordinator / Gate Committee hand picked to what evidence they want to review which is not all of the facts or records in what Plaintiff is claiming.

If the court would review Plaintiff's original claim of suit.

(1) Suit of negligence because of a defective product called 'VIOXX"
(2) Usage / Heart attack for injured

Fourteenth amendment clearly states nor shall any state deprive any person of life, liberty, without due-process of law, nor deny to any person with-in its jurisdiction, the equal protection of the law.

Men and women, etc…has died. Some has will never use the function of their bodily functions again because of a stroke. Some people have heart attacks and to me the only person being protected by the law is Merck.

The Late Great Martin Luther King Jr stated "JUSTICE ANYWHERE IS AN ENJUSTICE EVERYWHERE.

## Proof of Facts

It has been along time proven that in 2 courts are proven by 2 elements.

(1) Criminal Court or proven through the element of evidence of the party or parties.
(2) Civil Court is proven through the element of negligence and then injury.

(f) WITHOUT LIMITATION OF THE FOREGOING, THIS RELEASE IS SPECIFICALLY INTENDED TO OPERATE AND BE APPLICABLE EVEN IF IT IS ALLEGED, CHARGED OR PROVED THAT SOME OR ALL OF THE RELEASED CLAIMS AND LIABILITIES ARE CAUSED IN WHOLE OR IN PART BY THE NEGLIGENCE, NEGLIGENCE PER SE, GROSS NEGLIGENCE, BREACH OF WARRANTY, VIOLATION OF LAW, DEFECTIVE PRODUCT, MALICE, AND/OR CONDUCT OF ANY TYPE BY MERCK, ANY OF THE OTHER RELEASED PARTIES, ANY RELEASING PARTY AND/OR ANY OTHER PERSON. THIS RELEASE IS SPECIFICALLY INTENDED TO AND DOES INCLUDE, BUT IS NOT LIMITED TO, A RELEASE OF, AND COVENANT NOT TO SUE FOR, ANY WRONGFUL DEATH CLAIM THAT MAY BE BROUGHT AT ANY TIME BY OR ON BEHALF OF ANY OF THE RELEASING PARTIES IN CONNECTION WITH ANY OF THE FACTS, EVENTS AND/OR INCIDENTS THAT GAVE RISE TO ANY OF THE RELEASED CLAIMS AND LIABILITIES.

2. **Attorneys' Fees; Division of Any Settlement Payment.** I understand that the Released Parties are not responsible for any attorneys' fees or costs I have incurred or may at any time incur, including, but not limited to, entering into this Release and any other documents. I understand that, with respect to any payment that may be made to me under the Program (a "Settlement Payment"), any division of such Settlement Payment between me, any Derivative Claimant executing this Release and our respective counsel (if any) executing a Certification of Counsel attached to this Release shall be determined by me and such other person(s), and such division, or any dispute in relation to such division, shall in no way affect the validity of this Release.

3. **Pursuit of Certain Claims.** I agree that I will never (i) take any legal or other action to initiate, pursue or maintain, or otherwise attempt to execute upon, collect or otherwise enforce, any of the Released Claims and Liabilities of or against any Released Party, (ii) institute or participate in any new legal action against any Released Party to any extent, or in any way, arising out of, relating to, resulting from and/or connected with VIOXX and/or with any injury I (and/or any other Releasing Party) have ever claimed, or may at any time hereafter claim, VIOXX caused in whole or in part or (iii) attempt to execute or collect on, or otherwise enforce, any judgment that may be entered against any Released Party in any legal action described in clause (ii) or my pending legal action against Merck.

4. **Liens and Other Third-Party Payor Claims.**

(a) I agree that prior to the first time, if any, that a Settlement Payment is made to me, I shall identify to Merck and to the Lien Resolution Administrator for the Program all governmental authorities that are Third Party Providers/Payors (as defined below) known to me to hold or assert any lien, pledge, charge, security interest, assignment, encumbrance, subrogation right, third-party interest or other adverse claim of any nature whatsoever ("Lien") pursuant to any applicable statute with respect to any Settlement Payment (and/or the right to receive such Settlement Payment), through

Fears, Reginald Keith      1054905                                                                4