Confidential Information

| V2082 | CLAIMS ADMINISTRATOR NOTICE OF INELIGIBILTY FOR PRO SE CLAIMANTS<br>Date of Notice: 5/20/09<br>Deadline to Respond: 6/10/09 |
|---|---|

### I. CLAIMANT INFORMATION

| Claimant Name | Fears, Reginald Keith | | | VCN | 1054905 |
|---|---|---|---|---|---|
| Primary Injury: | MI | Date of Injury: 5/30/04 | Secondary Injury: N/A | Date of Injury: | N/A |

### II. CLAIMS ADMINISTRATOR DETERMINATION

This Notice of Ineligibility is an official notification from BrownGreer PLC, the Vioxx Claims Administrator. The Claims Administrator has determined that the Primary and/or the Secondary Injury do not meet the Eligibility Requirements for the Program because one or both does not pass the following Gate(s):

| | Gate | Primary Injury | Secondary Injury |
|---|---|---|---|
| 1. | Injury | X | N/A |
| 2. | Duration | X | N/A |
| 3. | Proximity | X | N/A |

If you alleged both a Primary Injury and a Secondary Injury in the Claims Form, both Injuries must pass the Gates before the Claim can be processed for Points review. If you alleged both a Primary Injury and a Secondary Injury and both do not appear on this notice as failing one or more Gates, the one that does not have any X's has passed the Gates. We cannot move forward on the claim that passed the Gates unless the failed claim is found to be Eligible by the Claims Administrator, the Gate Committee or the Special Master, or unless you decide to abandon the failed injury claim to permit the processing of the Eligible Injury.

### III. STATUS OF REQUIRED PME RECORDS

Section 1.3.1 and, by reference, Exhibit 1.3.1 require Pharmacy, Medical, and Event records, which, for eligibility determinations include a completed Claim Form, Event Records and Proof of Vioxx use. If any of the boxes below is checked, it is because the Claims Administrator has determined that your Claims Package did not include those required records. Without a completed Claims Form and both Event Records and Proof of Use, a claim may not pass the Eligibility Requirements.

| 4. | No Event Records Submitted | X | ☐ |
|---|---|---|---|
| 5. | No Proof of Use Submitted | | ☐ |
| 6. | No Asserted Injury Date on Claims Form | ☐ | ☐ |

### IV. RIGHT TO SUBMIT ADDITIONAL INFORMATION

You must choose one of the following options within 21 calendar days after the Date of the Notice:

☐ 1) I have no additional information to provide to the Claims Administrator. Send this Claim to the Gate Committee. See Section V below for a description of the Gate Committee and what it does;

☐ 2) I am submitting the enclosed new records and information to the Claims Administrator for a Secondary Review. Do not send information you previously submitted. The Claims Administrator will review any newly submitted information to determine if it renders the claim eligible. If the claim is eligible, we will send you a *Claims Administrator Notice of Eligibility*. If the claim is still failing, we will issue a *Claims Administrator Notice of Inelgibility after Receipt of Additional Claims Materials*. We will send the claim and all the newly submitted information to the Gate Committee. Any new documents submitted after the expiration of the 21-day period will not be included in your Claims Package for consideration by the Claims Administrator, Gate Committee or the Special Master. Finally, we may discover during Secondary Review that a Gate we passed during our first review should be a failing Gate. If that occurs, we will issue a *Claims Administrator Notice of Ineligibility after Receipt of Additional Claims Material;*

| V2065A | **PRO SE CLAIMANT RESPONSE TO GATE COMMITTEE NOTICE OF INELIGIBILITY** (Single Injury) Date of Notice: 07/22/09 Deadline to Appeal to Special Master: 08/06/09 Deadline to Submit FES: 08/21/09 |
|---|---|

### I. CLAIMANT INFORMATION

| **Claimant Name** | Fears, Reginald Keith | | | **VCN** | 1054905 |
|---|---|---|---|---|---|
| **Primary Injury:** MI | | **Date of Injury:** | 5/30/04 | | |

### II. GATE COMMITTEE DETERMINATION

This is an official Notice from BrownGreer PLC, the Vioxx Claims Administrator. The Gate Committee has determined this claim does not meet the Eligibility Requirements for the Program because it does not pass the following Gate(s):

| | Gate | Primary Injury |
|---|---|---|
| 1. | Injury | ☒ |
| 2. | Duration | ☐ |
| 3. | Proximity | ☐ |

### III. CLAIMANT'S RESPONSE TO THE NOTICE

In response to this Notice you have two affirmative choices for continuing your claim:

☒ **Appeal to the Special Master.** You must select this option on or before the Deadline to Appeal to Special Master date shown above. The Special Master's decision will be final and binding and, if the Special Master finds the claim Ineligible, the Claims Administrator will close your claim and deliver the Dismissal With Prejudice Stipulation and Release to Merck. You will not be able to submit materials to the Special Master on appeal that you have not previously submitted to the Claims Administrator.

☐ **Submit a Future Evidence Stipulation.** You must submit the Future Evidence Stipulation on or before the Deadline to Submit FES date shown above. Upon proper completion and delivery of the Future Evidence Stipulation, your Dismissal with Prejudice Stipulation and Release shall, subject to Section 7.2.3.1, be returned to you.

In response to this Notice, if you do not wish to continue your claim by Appeal to the Special Master or by submission of a Future Evidence Stipulation, check the box below. This will end your claim and the Claims Administrator shall deliver your Dismissal With Prejudice Stipulation and Release to Merck (and, without limitation, Merck shall be free to file or cause to be filed such Dismissal with Prejudice Stipulation and/or Release in any relevant action or proceeding.):

☐ Neither Appeal to the Special Master nor Submit a Future Evidence Stipulation.

*Note: If you neither Appeal nor submit a Future Evidence Stipulation on or before the respective deadlines shown above, the Claims Administrator shall deliver your Dismissal With Prejudice Stipulation and Release to Merck (and, without limitation, Merck shall be free to file or cause to be filed such Dismissal With Prejudice Stipulation and/or Release in any relevant action or proceeding.)*

**NOTE:** After you have chosen one of these options, you may not change your response.

## IV. Appeal to the Special Master

If you decide to appeal to the Special Master, pursuant to 2.6.3 of the Settlement Agreement, the Special Master will review your claim to determine whether it meets the Eligibility Requirements, based solely on (i) the Claims Package submitted for the claim, and (ii) in the Special Master's discretion, any records or other documentation in the Litigation Medical Records Depository available to the Special Master pursuant to Section 1.3.4 that the Special Master deems relevant. The Special Master's decision on this matter shall be binding, final and Non-Appealable. The Special Master shall notify the Claims Administrator of its decision, and the Claims Administrator shall promptly notify the Gate Committee and the Enrolled Program Claimant of the Special Master's decision.

## V. Future Evidence Stipulation

If you decide to submit a Future Evidence Stipulation pursuant to 2.7.3 of the Settlement Agreement, you must first certify the Claims Package you submitted and then complete the attached Future Evidence Stipulation. The Future Evidence Stipulation must be signed by the Claimant, notarized, and delivered to the Claims Administrator on or before the Deadline to Submit FES shown above. If the Stipulation is timely submitted and is properly completed, the Claimant's Release and Dismissal with Prejudice Stipulation shall, subject to Section 2.7.3.1, be returned to the Claimant. If the Claimant fails to execute and deliver the Stipulation on or before the FES submission deadline, then promptly thereafter, the Claims Administrator shall deliver the Claimant's Dismissal With Prejudice Stipulation and Release to Merck, and without limitation, Merck shall be free to file or cause to be filed such Dismissal With Prejudice Stipulation and/or Release in any relevant action or proceeding.

**Pursuant to Pretrial Order 43, plaintiffs with cases pending in the United States District Court for the Eastern District of Louisiana as of November 9, 2007, must also produce within 30 days of serving a Future Evidence Form on the Claims Administrator: 1) an Amended and Supplemental Plaintiff Profile Form, records requested therein, and executed Authorizations for Release of Records pursuant to Pretrial Order 18A, B or C, as applicable; and 2) a Rule 26(a)(2) case specific expert report from a medical expert. Pretrial Order 43 states that failure to comply with the terms of the order will result in the claim being dismissed with prejudice, except for good cause shown.**

## IV. APPEAL TO THE SPECIAL MASTER

If you decide to appeal to the Special Master, pursuant to 2.6.3 of the Settlement Agreement, the Special Master will review your claim to determine whether it meets the Eligibility Requirements, based solely on (i) the Claims Package submitted for the claim, and (ii) in the Special Master's discretion, any records or other documentation in the Litigation Medical Records Depository available to the Special Master pursuant to Section 1.3.4 that the Special Master deems relevant. The Special Master's decision on this matter shall be binding, final and Non-Appealable. The Special Master shall notify the Claims Administrator of its decision, and the Claims Administrator shall promptly notify the Gate Committee and the Enrolled Program Claimant of the Special Master's decision.

## V. FUTURE EVIDENCE STIPULATION

If you decide to submit a Future Evidence Stipulation pursuant to 2.7.3 of the Settlement Agreement, you must first certify the Claims Package you submitted and then complete the attached Future Evidence Stipulation. The Future Evidence Stipulation must be signed by the Claimant, notarized, and delivered to the Claims Administrator on or before the Deadline to Submit FES shown above. If the Stipulation is timely submitted and is properly completed, the Claimant's Release and Dismissal with Prejudice Stipulation shall, subject to Section 2.7.3.1, be returned to the Claimant. If the Claimant fails to execute and deliver the Stipulation on or before the FES submission deadline, then promptly thereafter, the Claims Administrator shall deliver the Claimant's Dismissal With Prejudice Stipulation and Release to Merck, and without limitation, Merck shall be free to file or cause to be filed such Dismissal With Prejudice Stipulation and/or Release in any relevant action or proceeding.

**Pursuant to Pretrial Order 43, plaintiffs with cases pending in the United States District Court for the Eastern District of Louisiana as of November 9, 2007, must also produce within 30 days of serving a Future Evidence Form on the Claims Administrator: 1) an Amended and Supplemental Plaintiff Profile Form, records requested therein, and executed Authorizations for Release of Records pursuant to Pretrial Order 18A, B or C, as applicable; and 2) a Rule 26(a)(2) case specific expert report from a medical expert. Pretrial Order 43 states that failure to comply with the terms of the order will result in the claim being dismissed with prejudice, except for good cause shown.**