UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Raymond Barbato, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc., et al.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Paul J. Crowell and Tina Marie Crowell* | * | |
| | * | |
| *Docket No. 2:06-cv-01202* | * | |

**************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Paul J. Crowell and Tina Marie Crowell in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.


_____
DISTRICT JUDGE