UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 OCT 23  PM 1:49

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:    ALL CASES

## ORDER

The Court is in receipt of the attached correspondence from attorney Harry S. Hardin, III. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to Mr. Michael A. Stratton, Liaison Counsel for the common benefit fee application objectors, and to Mr. Russ Herman, Plaintiffs' Liaison Counsel, to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 22nd day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Michael A. Stratton
56 Elm Street
New Haven, CT 06510

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Mr. Harry S. Hardin, III
201 St. Charles Avenue
New Orleans, LA 70170-5100

1

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____



**JONES WALKER**

RECEIVED
OCT 2 0 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Harry S. Hardin, III
Direct Dial 504-582-8170
Direct Fax 504-589-8170
hhardin@joneswalker.com

October 20, 2009

BY HAND

The Honorable Eldon E. Fallon
United States District Court for the
  Eastern District of Louisiana
500 Poydras St., Suite C-151
New Orleans, LA   70130

    Re:    In Re Vioxx Product Liability Litigation
                MDL 1657
                Jones Walker File No. 113578-00

Dear Judge Fallon:

    At the Court's convenience, I would appreciate an opportunity to discuss with the Court a structure to move toward a resolution of my clients' challenges to the 32% fee cap and 8% common benefit.

                          Very truly yours,

                          Harry S. Hardin, III

HSH,III:pw

cc:    Russ M. Herman, Esq. (Via Facsimile - 561-6024)
        Phillip A. Wittmann, Esq. (Via Facsimile - 581-3361)

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE ▪ NEW ORLEANS, LOUISIANA 70170-5100 ▪ 504-582-8000 ▪ FAX 504-582-8583 ▪ E-MAIL info@joneswalker.com ▪ www.joneswalker.com
{N2053368.1}
BATON ROUGE   HOUSTON   LAFAYETTE   MIAMI   NEW ORLEANS   THE WOODLANDS   WASHINGTON, D.C.