UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 OCT 23  PM 1: 49

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** S. Anne Hamilton only

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff S. Anne Hamilton. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 22nd day of October, 2009.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Ms. S. Anne Hamilton
324 C Street
Chula Vista, CA 91910

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____



124 "C" Street
Chula Vista, CA
91910

October 16, 2009

Honorable Elder Fallon
Vioxx M. D. L.
500 Poydrum St.
New Orleans, La. 70130

Hon. Judge Fallon:

    I am writing to you, at this time, to inform you that, after you answered my letter to you (dated February 20, 2009), you indicated you had set in motion a path to take with my case. Specifically, you had assigned a couple of attorneys to my case. They never did contact me.

    As you can imagine, I am still alive, although active in a diminished capacity. I have regular appointments with my physician. Dr. Swartz, stated to me during my last appointment he is now planning to check my kidneys and/or refer me to a specialist. As you may remember, my primary organs,- heart failure, lungs, liver, and kidneys -- were cascading. This took place after consuming the pain medication "Vioxx" for over a year. It was August 22, 2004, when I was rushed to the hospital. My life was saved by an excellent medical team.

    I spent six to eight weeks in the hospital. Then I spent several months in a rehabilitation facility. I had to learn to walk again, when some of my strength returned. Then I did graduate to a wheelchair, then, with practice to a walker. I still use my walker, for support, when I walk. Also, I have Meals-On-Wheels six days a week. I still cannot stand for very long, which inhibits my meal preparation.

- 1 -

(Ethics)

324 C Street<br>
#156<br>
Chula Vista,<br>
CA. 91910<br>
<br>
Feb. 20, 2009

Honorable Elder Fallon
Vioxx M. D. L.
 500 Poydram St.
Room "C" 456
New Orleans, La. 70130

Hon. Judge Fallon:

    You do not know me, but I was given your address by Claudia Santoyo. When I spoke to her, she said she was going to call me with more information. She has not called as to this date. Therefore, I have chosen to write to you directly.

    My attorney, Mr. L. W. Finson with Phillips and Associates of Arizona, has decided not to represent me. Why? (Your guess is better than mine.) He has had my case since 2005.

    I do know one of his last letters to me was incomprehensible. He (Mr. Finson) Stated:

      1.) He was going to demand that my physicians would have to maintain my medical records for five (5) years. My thoughts, when I read that, was – "So, that is fine with me!"

      2.) He also assumed, erroneously, that I had "never worked a day in my life." My thoughts were, "I have worked most of my life." As a matter of fact, I was going to school to become a counselor to those with drug and/or drug addiction. ( In fact I was performing volunteer work three to four days a week and had finished my Internship at Volunteers of America, in San Diego, California prior to my ingestion of "Vioxx" with its debilitating affect on my physical body. This was due to the Cox-2 inhibitors in Vioxx. It is not only my opinion, but researchers throughout the world have stated the process of Cox-2 inhibitors have caused many deaths. I am alive because of the physicians, technicians and the nursing staff care at Grossmont Hospital.

Mr. Finson, I believe, was not reading the mail I sent him- or any of the other documents I signed at his request. (Such as dozens of permission slips to obtain my medical records.)

- 1 -

      3.) Then, in the same letter, Mr. Finson stated (or threatened) that the "Judge" most likely will sue me. (I am pretty sure he was talking about you.) I did not know that it was usual for "Judges" to sue mere litigants,

In conclusion, regarding the three (3) above mentioned items, I have to believe That Mr. Finson was suffering from some sort of mental degeneration. Also, I want to mention, after that letter Mr. Finson never would return my telephone calls.

To continue, as I told Claudia Santoyo, I do believe my case should not be dismissed. I do believe my situation needs to be heard via due process and that it has merit. Especially since while I was hospitalized every test the doctors could perform, on me, they did decide to perform. The physicians at Grossmont Hospital stated to me there was test for infections, West Nile Virus, Epstein Bar Virus, and I was found to have negative results with the findings. The other tests consisted of urine, blood, heart, lungs, kidneys, liver in addition to a MRI and X-rays. It is obvious, that further research is certainly needed, on Cox-2 Inhibitors and the true results need to be reported to the FDA in addition to the medical community.

Hon. Judge Fallon, please help me to continue my quest for due process, as defined by our Constitution of the United States of America.

                                         Sincerely,

                                         S. Anne Hamilton

Enclosures:
      Copy of my letter to Phillips & Assoc.- Dec. 12, 2007
      Copy of my letter to L.W. Finson – Jan. 15, 2008
      Copy of Newspaper Article – 4-16-08
      Copy of Newspaper Article – 5-15-08
      Copy of AARP Mag. Re: "The Law" – Oct. 2008

7013 0470303

Honorable Judge Fallon
Vioxx M. D. L.
500 Poydram Street Rm. C -456
New Orleans, La. 70130

SAN DIEGO CA 921
19 OCT 2009 PM 2 L