UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

White, et al                                        Civil Action No. 05-1656

v.

                                                    Section L

Merck & Co Inc

### ORDER

The docket sheet in the above captioned case lists Frederick A. Stolzle, Jr. as counsel of record for Raymond Bennie. However, the records of the Clerk reflect that this attorney is not a member of the bar of this court in good standing. Furthermore, other counsel has appeared on behalf of this plaintiff as lead counsel.

Accordingly, **IT IS ORDERED** that the name of Frederick A. Stolzle, Jr. be removed from the docket sheet as counsel of record. Once admitted or otherwise in good standing as a member of the bar of this court, the attorney may file a motion to be recognized as counsel of record and to be listed on the case docket sheet and otherwise participate in the case.

New Orleans, Louisiana this 23 day of October, 2009.

                                                    _____
                                                             DISTRICT JUDGE