## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Goldstein | First: Brian | Middle: A |
| **Name of Law Firm** | Cellino & Barnes, P.C. | | |
| **Current Address** | Street: 2500 Main Place Tower, 350 Main St. | | |
| | City: Buffalo | State: NY  Zip: 14202 | Country: U.S. |
| **Telephone Number** | 716-854-2020 | Fax: 716-854-6291 | Email: Brian.goldstein@cellinoandbarnes.com |

### B. PLAINTIFF AND LAWSUIT INFORMATION
Provide the last known information as to the Plaintiff.

| | | | |
|---|---|---|---|
| **Name** | Last: Drumgoole | First: Sam | Middle: |
| **Plaintiff Address** | Street: 541 17th Street S.W | | |
| | City: Birmingham | State: AL  Zip: 35211 | Country: U.S. |
| **Telephone Number** | (205) 929-8151 | Fax: | Email: |
| **Case Caption** | BIELAK, et al. vs. Merck & Co., Inc., et al. | | |
| **Case Number** | 2:06-cv-01205-EEF-DEK | | |
| **Court Where Case is Pending** | E.D.L.A. | | |

### C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
X  Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |
| **Address** | Street: | | |
| | City: | State:  Zip: | Country: |
| **Telephone Number** | | Fax: | Email: |
| **Relationship to Plaintiff** | ☐ Friend  ☐ Relative (specify relationship: _____) | | |

1

**CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**
**(Paragraph II.C of PTO No. 36)**

**D. COMPLIANCE WITH PTO NO. 36**

[x] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36 on ___10 / 26 / 2009___. (*Record Docket No. 2*)
Month  Day   Year

[x] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life, Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

**E. SIGNATURE**

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 10 / 26 / 2009 (Month/Day/Year) | *[signature]* |

2