UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Day

v.

Merck & Co Inc

Civil Action No. 05-2836

Section L

## ORDER

The docket sheet in the above referenced case lists William Eldren Bradley as sole counsel of record for the plaintiff. The records of the Clerk reflect that this attorney is not a member of the bar of this court in good standing. Local Rule 83.2.5 provides that in all cases filed in the court, any party who does not appear in proper person must be represented by a member of the bar of this court, except as otherwise set forth in the rule.

Accordingly, **IT IS ORDERED** that Frances Day show cause, in writing, within 14 days of this order, why the case should not be dismissed.

**IT IS FURTHER ORDERED** that, unless good cause is shown or eligible counsel is enrolled within 14 days, the case will be dismissed without further notice.

New Orleans, Louisiana this 23 day of October, 2009.

DISTRICT JUDGE