UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL DOCKET No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L – DIVISION 3 |
| | * | |
| This document relates to the following cases: | * | JUDGE FALLON |
| | * | |
| | * | |
| KURELIC, NOLA W. (05-02101) | * | |
| KJONAAS, JOAN OBO | * | MAG. JUDGE KNOWLES |
| LONNIE LEE KJONAAS (06-05654) | * | |
| CENTRELLA, KATHRYN OBO | * | |
| JOSEPH CENTRELLA (05-03164) | * | |
| HEAVNER, BARBARA (tolled) | * | |
| HUNT, ROBERT (06-01505) | * | |
| ROGERS, HOWARD (tolled) | * | |
| | * | |
| Individuals, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

## [PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM PRIVATE LIEN RESOLUTION AGREEMENT

Considering the foregoing Motion for Relief from Private Lien Resolution Agreement,

IT IS HEREBY ORDERED that the Motion is granted.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE