UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding William Everett Allen | MAGISTRATE JUDGE KNOWLES |

## *EX PARTE* MOTION TO WITHDRAW DOCUMENTS

Plaintiff, William Everett Allen, moves to withdraw docket items #25638 and #25641, responses to docket item #24995. Plaintiff, William Everett Allen, was not subject to the Motion, docket item #24995, no response was necessary for Plaintiff, William Everett Allen, and the filings were made in error. Accordingly, Plaintiff, William Everett Allen, requests that docket items #25638 and #25641 be withdrawn.

Respectfully submitted this the 27st day of October, 2009.

/s/ Douglas R. Plymale
Douglas R. Plymale, (LSBA No. 28409)
James R. Dugan, II (LSBA No. 24785)
Stephen B. Murray, Sr. (LSBA No. 9858)
Stephen Murray, Jr. (LSBA No. 23877)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70112-4000
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Walter J. Leger, Jr. (LSBA No. 8278)
LEGER & SHAW

1

600 Carondelet Street, 9th Floor
New Orleans, Louisiana 70130

Jeffrey D. Guerriero
GUERRIERO & GUERRIERO
2200 Forsythe Avenue
Monroe, Louisiana 71211-4092

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Ex Parte* Motion to Withdraw Documents has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U. S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 27st day of October, 2009.

/s/ Douglas R. Plymale