Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
Bowersox Law Firm, p.c.
5285 Meadows Road, Suite 320
Lake Oswego, Oregon 97035
Telephone: (503) 452-5858
Facsimile: (503) 345-6893
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO THE FOLLOWING CASES:**<br>2:05-cv-04445-EEF-DEK<br>2:05-cv-04446-EEF-DEK<br>2:05-cv-04447-EEF-DEK<br>2:05-cv-04448-EEF-DEK<br>2:05-cv-04628-EEF-DEK<br>2:05-cv-05822-EEF-DEK<br>2:06-cv-03737-EEF-DEK<br>2:06-cv-05577-EEF-DEK<br>2:06-cv-08356-EEF-DEK<br>2:06-cv-10630-EEF-DEK | CIVIL ACTION<br><br>NO: 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DISTRICT 3<br>MAGISTRATE DANIEL E. KNOWLES III |

### MOTION TO WITHDRAW APPEAL

The Bowersox Law Firm, P.C. ("BLFPC") requests that its Notice of Appeal filed with this court on September 15, 2009 in the above-captioned matters be withdrawn from consideration. BLFPC finds it is no longer necessary to appeal this Court's Order and Reasons of August 3, 2009, in which the Court stated that it granted in part and denied in part the Motion for Reconsideration filed by the Vioxx Litigation Consortium on December 10, 2008 and joined by BLFPC on February 13, 2009.

Respectfully submitted, this 27th day of October, 2009.

By:   /s/ Jeffrey A. Bowersox
Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
BOWERSOX LAW FIRM, P.C.
5285 Meadows Road, Suite 320
Lake Oswego, OR 97035
Telephone: (503) 452-5858;
Facsimile: (503) 345-6893
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of The United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on October 27, 2009.

      /s/ Jeffrey A. Bowersox  
      Jeffrey A. Bowersox (OSB Bar No. 81442)