Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
Bowersox Law Firm, p.c.
5285 Meadows Road, Suite 320
Lake Oswego, Oregon 97035
Telephone: (503) 452-5858
Facsimile: (503) 345-6893
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>———————————————————<br><br>**THIS DOCUMENT RELATES TO THE FOLLOWING CASES:**<br>2:05-cv-04445-EEF-DEK<br>2:05-cv-04446-EEF-DEK<br>2:05-cv-04447-EEF-DEK<br>2:05-cv-04448-EEF-DEK<br>2:05-cv-04628-EEF-DEK<br>2:05-cv-05822-EEF-DEK<br>2:06-cv-03737-EEF-DEK<br>2:06-cv-05577-EEF-DEK<br>2:06-cv-08356-EEF-DEK<br>2:06-cv-10630-EEF-DEK | CIVIL ACTION<br><br>NO: 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DISTRICT 3<br>MAGISTRATE DANIEL E. KNOWLES III |

## ORDER GRANTING BOWERSOX LAW FIRM'S MOTION TO WITHDRAW APPEAL

AND Now, on the ___ day of October, 2009, upon consideration of Bowersox Law Firm, P.C's ("BLFPC") Motion to Withdraw Appeal, it is hereby ORDERED AND DECREED that this Motion is GRANTED, and that BLFPC's Appeal is withdrawn and dismissed in the above-captioned proceedings.

Ordered this ___ day of October, 2009.

_____
Honorable Eldon E. Fallon

-Page 2-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of The United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on October 27, 2009.

/s/ Jeffrey A. Bowersox
Jeffrey A. Bowersox (OSB Bar No. 81442)