Exhibit A
*Third Motion*

|   | Plaintiff | Short Caption | Docket Number | Pharm. Records | Medical Records | Affidavit of Completeness | Other Deficiency |
|---|---|---|---|---|---|---|---|
| 1. | David Agard | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | None | Partial | None | |
| 2. | Scott Berthel | Gates, Robert D. v. Merck | 2:05-cv-06221-EEF-DEK | None | One provider | None | |
| 3. | Richard Core | Core, Richard F. v. Merck & Co., Inc. | 2:05-02583-EEF-DEK | None | Partial | None | |
| 4. | Marjorie Curtis | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | None | 4 pages | None | |
| 5. | James Demoski | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | None | Two providers | None | Amended & Supplemental PPF |
| 6. | Kristine Hia | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | None | Partial | None | |
| 7. | Maurice Hoyt | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-2708 | None | 1 page | None | |
| 8. | Mary Kurtz | Mary Kurtz v. Merck & Co., Inc. | 2:06-cv-05779-EEF-DEK | None | None | None | |
| 9. | Timothy Mack | Dier, Glenn L. v. Merck & Co., Inc. | 2:05-cv-01088-EEF-DEK | None | Partial | None | Amended & Supplemental PPF |

| 10. | Ann Mannino | Holobosky, Rosemary v. Merck & Co., Inc. | 2:05-cv-01091-EEF-DEK | None | None | None | Amended & Supplemental PPF |
| 11. | Viola Santacrose | Aljibory Adnan v. Merck & Co. Inc. | 2:05-cv-01090-EEF-DEK | None | Partial (all bills, no medical records) | None | |
| 12. | Frank Spencer | Dufresne, Lori v. Merck & Co., Inc. | 2:08-cv-3220-EEF-DEK | None | None | None | PPF or Amended & Supplemental PPF; Statement of Allegation regarding death |