**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § § § § § | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

**THIS DOCUMENT RELATES TO:**

| | | |
|---|---|---|
| MORRIS ALLEN,<br>        Plaintiff<br><br>VS.<br><br>MERCK & CO., INC.<br>        Defendant | § § § § § § § § | <br><br><br>Civil Action No.   05-5975<br>                         SECT. L MAG.3 |

**(PROPOSED) ORDER GRANTING**
**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Considering tile foregoing Motion to Withdraw as Counsel of Record filed with this Court by M. Michael Meyer Esq., and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Motion to Withdraw as Counsel of Record is granted, counsel of record is permitted to withdraw, and **Morris Allen** may proceed with this action pro se in the absence of retaining substitute counsel.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.