IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § § § § § | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO:

| | | | |
|---|---|---|---|
| LUVENIA BREAUX,<br>        Plaintiff<br><br>VS.<br><br>MERCK & CO., INC.<br>        Defendant | § § § § § § § § | Civil Action No. | 05-5978<br>SECT. L MAG.3 |

## COUNSEL'S AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW

M. MICHAEL MEYER, ESQ. being duly sworn, deposes, and says:

1.    I am an attorney at The O'Quinn Law Firm, attorneys for as applicable, plaintiff, plaintiff's estate, and/or any derivative plaintiffs (hereinafter referred to as "plaintiff" as indicated in the caption above. I am primary counsel for all Vioxx products liability actions brought by The O'Quinn Law Firm and, as such, am fully familiar with the facts and circumstances herein.

2.    I am authorized to move this Court to withdraw representation on behalf of myself, all attorneys of The O'Quinn Law Firm. Counsel's motion is intended to relieve all affiliated counsel of the representation duties in this action and to permit plaintiff to proceed pro se.

3.    A fundamental disagreement as to the further prosecution of this lawsuit exists between plaintiff and counsel, the details of which are necessarily omitted as privileged within

the attorney-client relationship.

4. However, counsel attests that he possesses a good faith basis for his legal judgment and opinion, that plaintiff's opinion substantively differs, and that the disagreement cannot be reconciled.

5. I have fully complied with this Court's process as required by Pretrial Order No. 36. In particular, I have communicated with the plaintiff and have explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff.

6. Based upon the fundamental disagreement between plaintiff and counsel, I respectfully request that this Court grant counsel's motion to withdraw and permit plaintiff's action to proceed pro se.

_____
M. Michael Meyer, Esq.

Sworn to and subscribed before me by M. Michael Meyer on October 27, 2009.

_____
Notary Public in and for
the State of Texas

My commission expires on:

3-5-11



MONICA T. CASAS
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MARCH 5, 2011