| | |
|---|---|
| **From:** | Jackson, Kathleen |
| **Sent:** | Monday, October 26, 2009 1:35 PM |
| **To:** | Horn, Elaine |
| **Cc:** | Reyes, Ana |
| **Subject:** | RE: Cellino |
| **Attachments:** | McDaniels, Asa Expert Report.pdf |

McDaniels, Expert Report

_____

| | |
|---|---|
| **From:** | Horn, Elaine |
| **Sent:** | Monday, October 26, 2009 1:30 PM |
| **To:** | Jackson, Kathleen |
| **Cc:** | Reyes, Ana |
| **Subject:** | RE: Cellino |

For some reason, I cannot access the Meck folder on the N drive.  Will you please send me the expert report that we have for Asa McDaniels (by email)  Thanks.

_____

| | |
|---|---|
| **From:** | Jackson, Kathleen |
| **Sent:** | Monday, October 26, 2009 1:26 PM |
| **To:** | Horn, Elaine |
| **Cc:** | Reyes, Ana |
| **Subject:** | RE: Cellino |

Yes, we received what was in the cover letter. They were accurate about listing the materials they sent.

_____

| | |
|---|---|
| **From:** | Horn, Elaine |
| **Sent:** | Monday, October 26, 2009 1:18 PM |
| **To:** | Jackson, Kathleen |
| **Cc:** | Reyes, Ana |
| **Subject:** | Cellino |

Kathleen -- On the Cellino materials - is there anything that he listed in his cover letter that they were providing that we did NOT in fact receive?  In other words, is the cover letter accurate?  Thanks.

996726v.1