**Exhibit A**
*PTO 28 Material Non-Compliance No. 2 (Reply)*

|  | **Plaintiff** | **Plaintiff's Counsel** | **Case Caption** | **Case Number** |
|---|---|---|---|---|
| 1. | Amiss, Louise H | Cellino & Barnes, P.C. | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 2. | Barrett, Jacqueline | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 3. | Barrett, Janet F | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 4. | Brown, James | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc | 2:06-cv-02219-EEF-DEK |
| 5. | Carter, James A | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 6. | Donahue, James J | Cellino & Barnes, P.C. | Donahue, James J. v. Merck & Co., Inc. | 2:06-cv-01206-EEF-DEK |
| 7. | Johnson, Esther M | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 8. | Marble, Judy A | Cellino & Barnes, P.C. | Czekalski, Cindy v. Merck & Co., Inc. | 2:06-cv-01207-EEF-DEK |
| 9. | Mertz, Charles R | Cellino & Barnes, P.C. | Monte, John v. Merck & Co., Inc. | 2:06-cv-01167-EEF-DEK |
| 10. | Mietlowski, Alan D | Cellino & Barnes, P.C. | Coles, Patti v. Merck & Co., Inc. | 2:07-cv-02936-EEF-DEK |
| 11. | Miller, Charlene | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 12. | Miskho, Brian W | Cellino & Barnes, P.C. | Miskho, Brian v. Merck & Co., Inc. | 2:06-cv-01159-EEF-DEK |
| 13. | Plambeck, Richard G | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 14. | Reilly, James A | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 15. | Robinson, Deborah | Cellino & Barnes, P.C. | Czekalski, Cindy v. Merck & Co., Inc. | 2:06-cv-01207-EEF-DEK |
| 16. | Sackett, Marlo R | Cellino & Barnes, P.C. | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| 17. | Walker, Renee | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 18. | Webb, Kathleen | Cellino & Barnes, P.C. | Carr, Marie v. Merck & Co., Inc. | 2:06-cv-03612-EEF-DEK |
| 19. | Werner-Vecellio, Paula R | Cellino & Barnes, P.C. | Werner Vecellio, Paula v. Merck & Co., Inc. | 2:06-cv-03900-EEF-DEK |