Stephen E. Barnes
Ross M. Cellino
Richard P. Amico
Richard J. Barnes
Denis J. Bastible
Dylan J. Brennan
Charles F. Burkwit
Stephen C. Ciocca
Michael J. Cooper
Christopher D. D'Amato
Nicholas B. Davis
Sandy A. Fazili
Brian A. Goldstein, M.D., J.D.
David M. Goodman
John W. Looney
Michael J. Lovecchio
William J. Loyd
Brett L. Manske
James E. Maslyn

John C. Murrett, Jr.
Matthew R. Newborn
Christian R. Oliver
Gregory V. Pajak
Stephen J. Paluch
Scott K. Rohring
Stephen A. Saltzman
Robert A. Scalione
Gerald W. Schaffer, Jr.
Robert J. Schreck
Jeffrey C. Sendziak
John A. Sheehan
Ellen B. Sturm
David O. Teach
Robert L. Voltz
Michael J. Williams
K. John Wright

Daryl P. Ciambella
Chief Operating Officer

# Cellino & Barnes p.c.

ATTORNEYS AT LAW

October 16, 2009

Ana C. Reyes, Esq.
Law Offices of Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

RE: *In Re Vioxx Products Liability Litigation, MDL No. 1657*

Dear Ms. Reyes:

Pursuant to your correspondence of August 12, 2009, enclosed please find the following materials pursuant to Pre-Trial Order No. 28:

## Mary Ellen Adams

- Medical records from Cleveland Clinic;
- Medical records from Dr. Cramer;
- Medical records from Dr. Sawhny;
- Medical records from Parma Community General Hospital;
- Pharmacy records from Rite Aid;
- Returned correspondence from Dr. Julka marked undeliverable.

## Ann Albright

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Parkridge Hospital;
- Medical records from Dr. Hellems;
- Medical records from The Nephrology Associates;
- Pharmacy records from CVS Pharmacy and CVS-Eckerd.

## Marie Allen

- Amended and Supplemental Plaintiff Profile Form;

- Answers to Interrogatories;
- Medical records from Clifton Springs Memorial Hospital;
- Medical records from Dr. Craig and Dr. Lieberg;
- Pharmacy records from Whitson Pharmacy.

**Louis Amiss**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Dr. Andronaco;
- Medical records from Dr. Patel;
- Medical records from Valley Hospital;
- Correspondence from CVS indicating no records.

**Arthur Ballantyne**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Mt. Carmel Hospital;
- Pharmacy records from CVS.

**Jaqueline Barrett**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Queens Hospital Center;
- Pharmacy records from St. Albans Pharmacy.

**Donald Blankenship**

- Death Certificate;
- Metro Health;
- Pharmacy records from Rite Aid.

**Donald Blodgett**

- Medical records from F.F. Thompson Hospital;
- Medical records from Valley View Family Practice Associates;
- Pharmacy records from Walmart Pharmacy.

**Dianne Brown**

Ana C. Reyes, Esq.
October 16, 2009
Page 3

- Medical records from Medina Memorial Hospital;
- Medical records from Dr. Raza;
- Medical records from Dr. Mishra;
- Pharmacy records from the Medicine Shoppe.

**Robert Burkey**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Dr. Cecil;
- Medical records from Dr. Shivers;
- Medical records from Dr. Brunie;
- Medical records from Alliance Community Hospital;
- Correspondence from Neo Surgical Associates indicating no records;
- Correspondence from Paragon Heart Group indicating no records.

**Myrtle Butterfield**

- Medical records from Canton Potsdam Hospital;
- Medical records from Dr. Choong;
- Medical records from Dr. Libman;
- Medical records from Dr. Nordberg;
- Returned correspondence from Dr. Farrell marked undeliverable;
- Correspondence from Dr. Thakur indicating they have no records;
- Correspondence from Joan McElwain, NP indicating plaintiff is not their patient;
- Pharmacy records from Health Direct, Kinney Drugs and Rite Aid.

**Deborah Byrd**

- Medical records from Cleveland Clinic;
- Medical records from Dr. Kushnar;
- Medical records from South Pointe Hospital;
- Pharmacy records from CVS Pharmacy.

**Joan Carmen**

- Medical records from Hunterdon Medical Center;
- Medical records from Hunterdon Orthopedic Associates;
- Medical records from Atlantic City Medical Center;

Ana C. Reyes, Esq.
October 16, 2009
Page 4

- Medical records from Dr. Shapiro;
- Pharmacy records from Caremark, Advance PCS, Rite Aid, Medco, Amerihealth and CVS.

### Georgia Carrigan

- Medical records from St. Gabriel's Hospital;
- Medical records from Family Practice Physicians;
- Medical records from Dr. Prosapio;
- Pharmacy records from St. Gabriel's Hospital Pharmacy and Walmart Pharmacy;
- Returned correspondence from the Medicine Shoppe marked undeliverable.

### John Carroll

- Medical records from Dr. Shah and Dr. Weiser;
- Pharmacy records from Rite Aid and CVS.

### James Carter

- Amended and Supplemental Plaintiff Profile Form
- Medical records from Dr. Brightwell;
- Medical records from Dr. Smead;
- Medical records from Dr. Serif;
- Medical records from Ohio State University Health System;
- Pharmacy records from Kroger Pharmacy;
- Correspondence from Dublin Imaging indicating they have no records.

### Margaret Desormeau

- Medical records from Samaritan Medical Center;
- Medical records from Dr. Girard;
- Medical records from River Hospital;
- Medical records from St. Joseph's Hospital;
- Medical records from Cardiology Associates of Northern NY;
- Medical records from Watertown Surgical Group;
- Medical records from Dr. Williams;
- Pharmacy records from Kinney Drugs and CVS Caremark.

### William DeSouza

Ana C. Reyes, Esq.
October 16, 2009
Page 5

- Medical records from Midland Memorial Hospital;
- Medical records from Samaritan Medical Center;
- Medical records from VAMC Syracuse;
- Medical records from Texas Tech University Health Sciences;
- Medical records from Dr. Hillerman;
- Medical records from St. Joseph's Hospital;
- Medical records from West Texas VAHCS;
- Medical records from Pulmonary Associates.

**James Donahue**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Parkridge Hospital;
- Medical records from Dr. Spector;
- Pharmacy records from Eckerd Drugs.

**Judith Eddy**

- Medical records from University of Pittsburgh Med. Center Southside Hospital;
- Medical records from Dr. Johe;
- Medical records from Dr. Saleh;
- Medical records from Bradford Regional Medical Center;
- Pharmacy records from Tops Pharmacy.

**June Edwards**

Requests for medical records were pending receipt of documentation appointing a fiduciary for Ms. Edwards Estate. Requested records have been ordered and will be forwarded upon our receipt of same.

**John Estep**

- Medical records from Soldiers & Sailors Hospital;
- Medical records from Williamsport Memorial Hospital;
- Medical records from Dr. Dy;
- Pharmacy records from Walmart.

**Wilson Farnsworth**

Ana C. Reyes, Esq.
October 16, 2009
Page 6

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Consortium Interrogatories;
- Medical records from Rochester General Hospital;
- Medical records from Landmark Medical Center;
- Medical records from Carol Lee, NP;
- Medical records from Dr. Lieberg;
- Pharmacy records from Wegmans Pharmacy.

### Judith Greeley

- Medical records from Doctors Hospital;
- Medical records from East Central Health Center;
- Correspondence from Kroger Pharmacy indicating they have no records.

### Judith Habecker

- Medical records from Clifton Springs Hospital;
- Medical records from Dr. Kreisman;
- Pharmacy records from CVS.

### Patricia Kelly

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Alleghany General Hospital;
- Medical records from Dr. Castaldo;
- Medical records from Dr. Finkbeiner;
- Medical records from Dr. Gable;
- Medical records from Dr. Sanon;
- Medical records from Genesee Hospital;
- Greater Rochester Neurological Associates;
- Linden Medical Group;
- Correspondence from Westfall Orthopedics indicating no records;
- Returned correspondence from Dr. Ginnetta marked undeliverable.

### Ella Kingsley

- Answers to Consortium Interrogatories;
- Medical records from Cleveland Clinic;
- Dr. Leake;

- Dr. Lisi;
- Elyria Memorial Hospital;
- EMH Regional Medical Center;
- Magruder Hospital;
- Returned mail from St. Francis marked undeliverable.

**Jeff Kulesza**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Pharmacy records from Mantua Station Drugs.

**Michael Mayeu**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Answers to Consortium Interrogatories;
- Medical records from Clifton Springs Hospital;
- Medical records from Dr. Zugibe;
- Medical records from Interlakes Orthopedic Surgery;
- Medical records from Newark Manor Nursing Home;
- Medical records from Newark-Wayne Community Hospital;
- Medical records from Rochester General Hospital;
- Pharmacy records from Wegmans Pharmacy;

**Asa McDaniels**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Dr. Chaudry;
- Pharmacy records from Wegmans.

**Arleen McPhaden**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Barnes Primary Care Associates;
- Medical records from Lakeshore Hospital;
- Pharmacy records from Rite Aid.

**Roberta Melton**

- Medical records from St. Tammany Parish;
- Medical records from Dr. Barnes.

**Charles Mertz**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Dr. Aquilina;
- Medical records from Dr. Suozzi;
- Medical records from Mercy Ambulatory Care Center;
- Medical records from Mercy Hospital.

**Alan D. Mietlowski**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from St. Joseph's Hospital;
- Medical records from Dr. Hocko;
- Medical records from Dr. Kaprove;
- Pharmacy records from Rite Aid;
- Correspondence from Dr. Fruendel indicating no records;
- Correspondence from Dr. Ramgopal indicating no records;
- Correspondence from Dr. Sadiq indicating no records;
- Correspondence from St. Mary's Hospital indicating no records;
- Returned correspondence from Dr. Hendricks marked undeliverable.

**Charlene Miller**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories.

**Brian Miskho**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Kenmore Mercy Hospital;
- Medical records from Dr. Mitchell;
- Returned correspondence from Dr. Lewis marked undeliverable.

**Myriam Negron**

- Medical records from Dr. Hanicak;
- Medical records from Fairview Hospital;
- Pharmacy records from Walgreens.

**Lee Petty**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from St. Mary's Hospital;
- Medical records from Strong Memorial Hospital;
- Pharmacy records from CVS and Rite Aid.

**Richard Plambeck**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Dr. Das;
- Pharmacy records from A&P Food Stores.

**Kenneth Rarick**

- Medical records from Lockport Memorial Hospital;
- Medical records from Buffalo General Hospital;
- Medical records from Dr. Jehrio and Dr. Michalski.

**James Reilly**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Dr. Delgado;
- Medical records from Dr. Jalaj;
- Medical records from Mid Hudson Pain Management;
- Correspondence from Dr. Nunez indicating they have no records;
- Pharmacy records from CVS and Rite Aid.

**Marlo Sackett**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Dr. Obrecht;
- Medical records from Dr. Weber;

Ana C. Reyes, Esq.
October 16, 2009
Page 10

- Medical records from Dr. Rashid;
- Medical records from Dr. Nemani;
- Medical records from ACM Medical Laboratory;
- Medical records from Greece Obstetrics and Gynecology.

**Barbara Schultz**

- Medical records from Allina Medical Center.

**Gladys Steerman**

- Medical records from Robinson Hospital;
- Pharmacy records from Rite Aid.

**Renee Walker**

- Medical records from Cleveland Clinic;
- Pharmacy records from Walgreens Pharmacy.

**Carol Webb**

- Medical records from Mercy Hospital;
- Medical records from Unity Hospital Campus;
- Medical records from Dr. Albee and Dr. Dunsworth.

**Roxana Weese**

- Medical records from Buffalo Clinic;
- Medical records from North Memorial Hospital;
- Medical records from Buffalo Hospital;
- Medical records from Dr. Chandra;
- Pharmacy records from Medco, Caremark Pharmacy and Sterling Drug.

**Harlan Weiser**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Buffalo General Hospital;
- Medical records from Dr. Swetz;
- Medical records from Mercy Hospital;
- Medical records from Orchard Park Family Practice;

Ana C. Reyes, Esq.
October 16, 2009
Page 11

- Medical records from Dr. Huckell;
- Returned correspondence from OLV marked undeliverable.

**Paula Werner-Vecellio**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Cleveland Clinic;
- Medical records from Holland Clinic;
- Medical records from Dr. Wandass;
- Medical records from Physicians Regional Medical Center;
- Medical records from Dr. Parent;
- Medical records from Naples County Hospital;
- Medical records from Bertrand Chaffee Hospital;
- Medical records from Dr. Korolevich;
- Pharmacy records from Cosco, Holland Pharmacy and Walgreens.

**Christine Woodcock-Borzilleri**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Buffalo Cardiology and Pulmonary Associates;
- Medical records from Dr. Mohamed;
- Correspondence from Dr. Sarpal indicating they have no records;
- Pharmacy records from Niagara Apothacary;
- Medical records from Niagara Falls Memorial Medical Center;
- Medical records from Northwest Buffalo Community Health Care Center
- Medical records from Parkland Diagnostic Imaging; and
- Correspondence from Rehab NY indicating they have no records.

Very truly yours,

Brian A. Goldstein
(716) 566-2223

BAG/clm
Enc.