UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | Case Number :2:06-cv-10746 |
| This document relates to: | * | |
| | * | JUDGE FALLON |
| *Marilyn McCandless, et al.,* | * | |
| | * | MAGISTRATE JUDGE |
| v. | * | KNOWLES |

*Merck & Co., Inc.*

**Only with regard to:**

**Jerry Kemp (aka "Gerry Kemp")**

* * * * * * * * * * * * * * *

## JOINT MOTION TO VACATE ORDER OF DISMISSAL WITH PREJUDICE

On August 11, 2009, Plaintiff Gerry Kemp and Defendant Merck & Co., Inc. ("Merck"), filed a Stipulation of Dismissal With Prejudice as to All Defendants with the Court. *See* R. Doc. 22030. By Order entered August 13, 2009, R. Doc. 22273, the Court granted the stipulation and dismissed the case with prejudice. That stipulation was filed in error. Accordingly, the parties move to vacate the Order of Dismissal With Prejudice, R. Doc. 22273. A substitute stipulation, signed by both parties on September 10, 2009, will be filed in its place.

Dated: October 28, 2009

992791v.1

| CAREY & DANIS, LLC | HUGHES HUBBARD & REED LLP |
|---|---|
| By: \_\_\_/s/ Francis J. "Casey" Flynn | By: _____/s/ Steven S. DiCesare\_\_\_\_ |
| John J. Carey<br>Francis J. "Casey" Flynn<br>8235 Forsyth Boulevard, Suite 1100<br>St. Louis, MO 63105<br>Telephone: (314) 725-7700 | Steven S. DiCesare<br>One Battery Park Plaza<br>New York, New York  10004<br>Telephone:  (212) 837-6000 |
| *Counsel for Plaintiff* | *Counsel for Defendant Merck & Co., Inc.* |

992791v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion to Vacate Order of Dismissal With Prejudice has been served on Carey & Danis, LLC, 8235 Forsyth Boulevard, Suite 1100, St. Louis, MO 63105, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of October, 2009.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

992791v.1