UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx ® <br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**Marilyn McCandless, et al.,**<br><br>*v.*<br><br>*Merck & Co., Inc.*<br><br>**Only with regard to:**<br><br>**Jerry Kemp (aka "Gerry Kemp")**<br><br>* * * * * * * * * * * * * * * * | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-10746<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**ORDER VACATING ORDER OF DISMISSAL**

Considering the foregoing Joint Motion to Vacate Order of Dismissal with Prejudice,

IT IS ORDERED that the Order of Dismissal With Prejudice at R. Doc 22273 be vacated.

.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.


_____
DISTRICT JUDGE

992784v.1