*In Re: VIOXX Products Liability Litigation*
MDL No. 1657

# CERTIFICATION BY PRIMARY COUNSEL REGARDING WRITTEN NOTICE TO CLIENTS OF THE PRIVATE LEIN RESOLUTION PROGRAM

Principal Attorney:   LEILA          H          WATSON
                      First          Middle     Last

Firm Name:   CORY WATSON CROWDER & DEGARIS, PC

In accordance with the Order Concerning Certain Health Plans' Motion For Preliminary Injunction entered on [DATE] in *In Re: Vioxx Products Liability Litigation*, MDL Docket No. 1657, I hereby certify as follows:

__X__   I have complied with Pretrial Order No. 48 and all Clients have been afforded a reasonable opportunity to opt into the Private Lien Resolution Program.

Signed this 9th day of October, 2009 under the PAINS and PENALTIES of perjury.

NAME: LEILA H. WATSON