UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | MDL Docket No. 1657 |
| This document relates to: | * * | SECTION L |
| *Alana Lyles, et al.* v. *Merck & Co., Inc., et al.* | * * * * | JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |
| **Only with regard to:** *Alana Lyles, individually and as power of attorney for Roberta Armstead* | * * * * | |
| *Docket No. 2:05-cv-04548* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Alana Lyles, individually and as power of attorney for Roberta Armstead, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 26th day of      October      , 2009.

*[signature: Eldon E. Fallon]*
DISTRICT JUDGE