UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibits A & B* | * | KNOWLES |
| | * | |

************************************************************************

## ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 3rd day of December, 2009, immediately following the monthly status conference scheduled for 9:00 a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 23rd day of November, 2009.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 1st day of December, 2009.

**NEW ORLEANS, LOUISIANA**, this 23rd day of ____October____, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

996393v.1

Exhibit A to 7th Latecomer's Motion

| Case Name | Plaintiff | Docket Number | Plaintiff Counsel |
|---|---|---|---|
| Presley, Larry | Durden, Terry | 2:09-cv-03507 | N. Albert Bacharach, Jr. PA |
| Presley, Larry | Ewell, Arleas I | 2:09-cv-03507 | N. Albert Bacharach, Jr. PA |
| Presley, Larry | Gibson, Shirley | 2:09-cv-03507 | N. Albert Bacharach, Jr. PA |
| Presley, Larry | Presley, Larry | 2:09-cv-03507 | N. Albert Bacharach, Jr. PA |
| Presley, Larry | Shade, Bruce | 2:09-cv-03507 | N. Albert Bacharach, Jr. PA |
| Presley, Larry | Stewart, Oscar | 2:09-cv-03507 | N. Albert Bacharach, Jr. PA |

Exhibit B to 7th Latecomers

| Case Name | Plaintiff | Docket Number | Plaintiff Counsel |
|---|---|---|---|
| DeAngelis, MaryAnn | DeAngelis, Joseph | 2:09-cv-03839 | Avalon Law Offices, PC |