**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation**<br><br>**This document relates to:**<br><br>***Virginia Oller, et al.***<br>***v.***<br>***Merck & Co., Inc.***<br><br>***Only with regard to:***<br>***Phillip R. Burgess, individually and as representative of Vana Burgess***<br><br>***Docket No. 2:05-cv-01102*** | * | **MDL Docket No. 1657**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Phillip R. Burgess, individually and as representative of Vana Burgess, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 26th day of October, 2009.

Eldon E. Fallon

DISTRICT JUDGE