*In Re: VIOXX Products Liability Litigation*
MDL No. 1657

## CERTIFICATION BY PRIMARY COUNSEL REGARDING WRITTEN NOTICE TO CLIENTS OF THE PRIVATE LEIN RESOLUTION PROGRAM

Principal Attorney: **Gregory** (First) **J.** (Middle) **Bubalo** (Last)

Firm Name: **Bubalo, Hiestand + Rotman, PLC**

In accordance with the Order Concerning Certain Health Plans' Motion For Preliminary Injunction entered on [DATE] in *In Re: Vioxx Products Liability Litigation*, MDL Docket No. 1657, I hereby certify as follows:

**✓** I have complied with Pretrial Order No. 48 and all Clients have been afforded a reasonable opportunity to opt into the Private Lien Resolution Program.

Signed this 29TH day of October, 2009 under the PAINS and PENALTIES of perjury.

NAME: Gregory J. Bubalo