UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**     **Wylie D. Brown only**

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Wylie D. Brown. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 22nd day of October, 2009.

                                       UNITED STATES DISTRICT JUDGE

Clerk to Serve:

    Mr. Russ Herman
    Plaintiff's Liaison Counsel
    Herman, Herman Katz & Cotlar, LLP
    820 O'Keefe Ave.
    New Orleans, LA 70113

    Mr. Phillip Wittmann
    Stone Pigman Walter Wittmann, LLC
    546 Carondelet Street
    New Orleans, LA 70130

1

\_\_\_ Fee_____
\_\_\_ Process_____
_X_ Dktd_____
\_\_\_ CtRmDep_____
\_\_\_ Doc. No._____

October , 2009

Fax 504 589-6966 and 212 344-5461

Judge Eldon E. Fallon

Copy - Weitz and Luxenburg


Subject: Final Vioxx Payment


I understand Brown & Greer sent the final payments on October 8. Our lawyers, who previously have been very helpful, say it may be last of December before we will see any money. I do not understand this delay. If you could explain, we would be very appreciative. Thank you, A victim of Vioxx

Wylie D. Brown Denton NC

cwbrown9@yahoo.com
CAROLYN & WYLIE ☺

10/23/2009