UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®                           MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION     SECTION L

-----------------------------------------------

This document relates to:               Judge Fallon
                                                       Magistrate Judge Knowles

Oakley, James v. Merck & Co., Inc.
2:05-cv-05912

-----------------------------------------------

## MOTION FOR SUBSTITUTION

JENNIFER E. OAKLEY, as administrator for the estate of plaintiff James S. Oakley, deceased, for purposes of prosecuting this case and distributing any proceeds thereof, is the authorized representative of the Estate of James S. Oakley, and moves this Court, pursuant to Fed.R.Civ.Pr. 25(a)(1), in her capacity as administrator of the estate of James S. Oakley, deceased, to be substituted as a party plaintiff for James S. Oakley. In support of the instant motion, movant states as follows:

1. Plaintiff James S. Oakley died on February 19, 2009.

2. On February 26, 2009, Letters Testamentary with limitations were granted to Jennifer E. Oakley by the Probate Court of Shelby, Tennessee, appointing her administrator of the estate of James S. Oakley, deceased. *See copy of Letters of Administration is annexed hereto as* ***Exhibit A***.

3. Said administrator has retained undersigned counsel to continue representation on behalf of the estate.

WHEREFORE, it is respectfully submitted that this Court should grant the motion of Jennifer E. Oakley to be substituted as and for plaintiff James S. Oakley in her capacity as executor of the estate of James S. Oakley, deceased, and direct that the caption of the instant action be amended to reflect the substitution, and such other and further relief as the Court deems just and proper.

Dated:   October 30, 2009.

*/s/ Ronald R. Benjamin*

Ronald R. Benjamin Fed. Bar No. 101131
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiff
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442

Exhibit A

# Letters of Administration

State of Tennessee, County of Shelby　　　　　　　　Docket No. D 0006749

TO: <u>JENNIFER E OAKLEY</u>　　　　　　　　　　　　　, ADMINISTRATOR

　　　The Probate Court of Shelby county, Tennessee has found that
<u>JAMES S. OAKLEY</u>　　　　　　　　　　has died, leaving no will. The Court is satisfied that your claim to administer assets is valid and proper, that you have given bond if required by the Court, that you have taken the oath of office, that you are qualified by the laws of this State to serve in such capacity, and therefore, the Court has ordered that Letters of Administration be issued to you.

　　　These letters authorize and empower you to take into your possession and control all property of the decedent subject to probate. As Administrator(s) of this Estate, you must file a true and correct inventory and accountings as required by law, unless excused by court order. You are further authorized to collect all assets, pay all lawful debts as provided by statute, and to transact all duties relating to said Estate which lawfully devolve on you as Administrator(s). After settling all claims lawfully filed against the Estate and properly administering the Estate as required by law, you are required to deliver the residue to those who are entitled thereto.

Issued by the Shelby County Probate Court Clerk this <u>26TH</u> day of <u>FEBRUARY</u>　, <u>2009</u>.

JOINT CONTROL REQUIRED: All Accounts of this Fiduciary must be jointly controlled with Attorney

CHRIS THOMAS, CLERK

_____
Deputy Clerk

State of Tennessee, County of Shelby

　　　I, CHRIS THOMAS, CLERK of the Probate Court of Shelby County, Tennessee, do hereby certify that the foregoing is a correct copy of the Letters of Administration issued to <u>JENNIFER E OAKLEY</u>　　　　　　　　　　ADMINISTRATOR

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　of the

Estate of <u>JAMES S. OAKLEY</u>　　　　　　　　, decedent, as same appears of record in cause number <u>D 0006749</u> now on file in my office and that same still remain in full force and effect.

　　　IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court in the City of Memphis, State of Tennessee, this <u>26</u> day of <u>Feb.</u>, 20<u>09</u>.

CHRIS THOMAS, CLERK

By _____
Deputy Clerk

Seal must be affixed here

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Substitution and Notice of Hearing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by US Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of October, 2009.

_____
Marya C. Young Fed. Bar No. 301839
LAW OFFICE OF RONALD R. BENJAMIN
126 Riverside Drive, P.O. Box 607
Binghamton, New York 13902-0607
607/772-1442