UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | Judge Fallon<br>Magistrate Judge Knowles |
| Oakley, James v. Merck & Co., Inc.<br>2:05-cv-05912 | |

## ORDER

Upon due consideration of the motion of Jennifer E. Oakley, as administrator of the estate of plaintiff James S. Oakley, deceased, to be substituted in his place and stead as a party plaintiff herein, and for good cause shown, it is hereby, this ____ day of _____, 2009,

ORDERED, that the motion of Jennifer E. Oakley to be substituted for plaintiff James S. Oakley in her capacity as administrator of the estate of James S. Oakley, deceased, be, and the same hereby is GRANTED, and it is further

ORDERED, that the Clerk shall amend the caption of the within individual action as to the plaintiff James S. Oakley, which shall read "Jennifer E. Oakley, as Administrator of the Estate of James S. Oakley."

IT IS SO ORDERED.

_____
HON. ELDON E. FALLON
UNITED STATES DISTRICT JUDGE