UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Janet May Burts; Tommy Burts, Sr.; Leona Irene Messick Cheek; Bobby Gene Cheek; Roxanne Correa; Hector Correa; Joyce Marie Hintz; Walter Hintz; Morgan Paul Jennings; Linda Pauline Jennings; Gwen Judy Johnson; John Johnson; Ann Marie Lovato; Roland Lovato; Carol Ann Lucero; Harold Lucero; Ralph Manning; Mary Joe Garcia-Manning; Arno Massey; Margaret Massey; Beverly Jane Miller; Lyle Miller; Daniel Montgomery; Marie Brown Montgomery; Corine Montoya; Matias Montoya; Janet Whitmer; Dale Whitmer; Mary Elizabeth Woods; James Woods; Elmer Young; Christy Young; Alice Watson; Raymond Watson; Thomas Watson; Sandra Watson; Hattie Stevenson; Herbert Stevenson; Leman Taylor, Sr.; Carnell Taylor; James Thompson; Dorothy Thompson; Kathleen Tolbert; John Tolbert; Joseph Signoretti; Rita Signoretti; Roger W. Smith, Jr.; Leslie Smith; Ernestine Puryear; Danny Puryear; Karen Robinette; David Robinette; William Rodriguez; Marilyn Rodriguez; Karen Otero; Orlando Otero; Rita Phelps; George Phelps; Dwaine Porter; Harriet Porter; Muhammad Rahman; Ethel Rahman, <br><br> Plaintiff(s), <br><br> v. <br><br> MERCK & CO., INC., <br><br> Defendant(s). | DOCKET NO. 07-3936 <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the

undersigned counsel hereby stipulate that all claims of Plaintiffs Carnell Taylor individually and

as representative of the Estate of Leman Taylor Sr., against defendant Merck & Co., Inc., and all

other named defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Turner W. Branch
Rick Sandoval
BRANCH LAW FIRM, L.L.P.
Attorneys for Plaintiffs
808 Travis, Suite 1553
Houston, TX 77002
(505) 243-3500 Telephone
(505) 243-3534 Facsimile

Dated: 2/19/08

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 10-30-09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of October, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.