UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| This document relates to: | JUDGE FALLON |
| William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding William Everett Allen | MAGISTRATE JUDGE KNOWLES |

### ORDER

Considering Plaintiff, William Everett Allen's, Ex Parte Motion to Withdraw Documents, and for good cause shown:

**IT IS ORDERED**, that Docket items #25638 and #25641 be and are hereby withdrawn;

NEW ORLEANS, LOUISIANA, this 28th day of October, 2009.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

1