## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| B.J. Baxter; Esta Baxter; Clara Conn; William Corbett, individually and for the Estate of Mary Corbett; Peggy Crowley; Crysta Ann Curd for the Estate of Rita Curd; Martha Drake; James Eddie for the Estate of Lydia Eddie; Robert Elliott, individually and for the Estate of Juanita Elliott; Rebecca Eskelson for the Estate of Leona Simpson; Martha Gallardo; Salvador Gallardo; Michelle Gendell for the Estate of Ira Gendell; Clifford Green for the Estate of Cumer Leon Green; Joretta Hubbard; William Lambert, individually and for the Estate of Judy Lambert; Carol Leath; Carrie Nesmith for the Estate of Bertha Gibson; Lynell Petit, Oley Romero, individually and for the Estate of Berry Romero; Gina Salas; Ginger Sappington; Sara Shepard for the Estate of Peggy Robins; Barbara Snyder for the Estate of Joyce Shepperson; Nancy Sprague for the Estate of Marilyn Bartasek; Lois Sweet for the Estate of Kenneth Oldham; Lupe Tonquinto, individually and for the Estate of Edward Tonquinto; Jean C. Westring for the Estate of Harold Ray Westring; Emma Williams; Larry Williams; Mohammad Yahya; Naimeth Yahya; Dorothy Zimmerman;,<br><br>Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant(s). | DOCKET NO. **2:06-cv-06440-EEF-DEK**<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiff Dorothy Zimmerman, against

defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Turner W. Branch
BRANCH LAW FIRM, L.L.P.
Attorneys for Plaintiffs
808 Travis, Suite 1553
Houston, TX 77002
(505) 243-3500 Telephone
(505) 243-3534 Facsimile


Dated: 2/15/08

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 10-30-09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of November, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.