| | |
|---|---|
| Joyce Franklin-Spates, et al<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　Defendant(s). | United States District Court<br>Eastern District of Louisiana<br><br>Master Docket No: 2:05-md-01657<br><br>Case No: 2:06-cv-02662<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

　　　　　Pursuant to the Federal Rules of Civil Procedure 41, the undersigned counsel hereby stipulate that all claims of plaintiff, **Dorothy Woods**, individually against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____　　　_____
Reshonda L. Bradford　　　　　　　　　　Stephen G. Strauss
4050 Linwood Ave.　　　　　　　　　　　Bryan Cave LLP
Shreveport, La. 71108　　　　　　　　　211 N. Broadway, Suite 3600
318-631-5200　　　　　　　　　　　　　St. Louis, MO 63102
　　　　　　　　　　　　　　　　　　　　(314) 259-2000 Tel
Dated: ___2/2/08___　　　　　　　　　　(314) 259-2020 Fax

　　　　　　　　　　　　　　　　　　　　Phillip A. Wittmann
　　　　　　　　　　　　　　　　　　　　Dorothy H. Wimberly
　　　　　　　　　　　　　　　　　　　　Stone Pigman Walther
　　　　　　　　　　　　　　　　　　　　Wittmann LLC
　　　　　　　　　　　　　　　　　　　　546 Carondelet Street
　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　　　　　　　(504) 581-3200 Tel
　　　　　　　　　　　　　　　　　　　　(504) 581-3361 Fax

V1013
　　　　　　　　　　　　　　　　　　　　Attorneys for Merck & Co., Inc.

　　　　　　　　　　　　　　　　　　　　Dated: __10-30-09__

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of November, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.