# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**Marilyn McCandless, et al.,**<br><br>*v.*<br><br>*Merck & Co., Inc.*<br><br>**Only with regard to:**<br><br>**Jerry Kemp (aka "Gerry Kemp")**<br><br>* * * * * * * * * * * * * * * * | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-10746<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER VACATING ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Vacate Order of Dismissal with Prejudice,

IT IS ORDERED that the Order of Dismissal With Prejudice at R. Doc 22273 be vacated.

.

NEW ORLEANS, LOUISIANA, this 29th day of          October          , 2009.

_____
DISTRICT JUDGE

992784v.1