UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**This document relates to:   06-1493, Thomas v. Merck & Co., Inc.**

## ORDER

It has come to the Court's attention that the Clerk's Office has recently received numerous telephone communications from Vioxx Plaintiff Edward Earl Thomas. As reported by the Clerk's Office, the frequency and tone of these communications have reached the point of harassment.

Accordingly, IT IS ORDERED that Mr. Thomas is prohibited from further telephone communication with the Clerk's Office. If he requires further assistance, he is directed to contact Robert M. Johnston, who has been appointed to serve as pro se curator in the Vioxx MDL. Mr. Johnston can be reached by telephone at (504) 561-7799.

New Orleans, Louisiana, this 29th day of October, 2009.

*[signature: Eldon E. Fallon]*

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman  
Plaintiff's Liaison Counsel  
Herman, Herman, Katz & Cotlar, LLP  
820 O'Keefe Ave.  
New Orleans, LA 70113

Mr. Edward Earl Thomas  
208 S. Harrisson  
Saginaw, MI 48602

Vioxx Pro Se Curator  
400 Poydras Street  
Suite 2450  
New Orleans, LA 70130