UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | ) | MDL NO. 1657 |
|       Products Liability Litigation | ) | |
| | ) | SECTION: L |
| This Document Relates to: | ) | |
| | ) | HON. ELDON E. FALLON |
|     STATE OF LOUISIANA, ex rel. | ) | |
|     JAMES D. CALDWELL, | ) | MAG. JUDGE KNOWLES |
|     ATTORNEY GENERAL | ) | |
|           Plaintiff | ) | |
| | ) | |
|     versus | ) | |
| | ) | |
|     MERCK & CO., INC., | ) | |
|           Defendant | ) | |
| | ) | |
|     Case No. 05-3700 | ) | |
| | ) | |

TO:   Merck & Co., Inc.
      through its attorney of record
      Travis Sales, Esq.
      Baker Botts, LLP
      910 Louisiana Street
      Houston, Texas 77002

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, Plaintiff State of Louisiana, ex rel. James D. Caldwell

Attorney General, pursuant to Federal rules of Civil Procedure, will take the deposition of Steve

Shearer November 18, 2009 starting at 9:30 a.m., and ending at 5:30 p.m. at the office of Dechert

LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104.

The deposition will be taken before a person authorized by law to administer paths,

pursuant to federal rule of Civil Procedure 28.

Dated: November 2, 2009

/s/ James R. Dugan
James R. Dugan, II (La. Bar No. 24785)
Douglas R. Plymale. (La. Bar No. 28409)
Stephen B. Murray, Jr. (La. Bar No. 23877)
Stephen B. Murray, Sr. (La. Bar No. 9858)
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Amended Notice of Deposition

has this day been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail

and email or by hand delivery and email and upon all parties by electronically uploading the

same to LexisNexis File & Serve Advanced, in accordance to pretrial order No. 8B, on this the

13th day of October, 2009.

/s/ James R. Dugan