UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibits 1, 2, 3, 4 & 5 | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On September 17, 2009, the following matters, among others, were heard by the Court:

1. Defendant Merck & Co., Inc.'s First Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 22492);

2. Defendant Merck & Co., Inc.'s Second Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 22557);

3. Defendant Merck & Co., Inc.'s Ninth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28 (R. Doc. 21961);

4. Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the Registration Requirements of PTO 31 (R.Doc. 22134) (Represented Plaintiffs); and,

     5.    Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the Registration Requirements of PTO 31 (R.Doc. 22070) (*Pro Se* Plaintiffs).

    At the hearing on September 17, 2009, the Court deferred certain of these matters. The Court hereby reschedules these deferred matters, set forth on the attached Exhibits 1-5, for hearing on December 3, 2009, immediately following the conclusion of the monthly status conference scheduled to commence at 9:00 a.m.

    NEW ORLEANS, LOUISIANA, this <u>29th</u> day of <u>  October  </u>, 2009.

*/s/ Eldon E. Fallon*
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

**EXHIBIT 1**
Matters Deferred from PTO No. 43 Lone Pine No. 1
(Scheduled for Hearing on December 3, 2009)

|  | Plaintiff Name | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|
| 1. | Baum, Janice | Price, Waicukauski & Riley, LLC | Heavrin, Michael v. Merck & Co., Inc. | 2:05-cv-00458-EEF-DEK |
| 2. | Giambelluca, Pamela | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 3. | Green, Michael | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 4. | Lewis, Arthur[1] | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 5. | Naomi, Jane | Murray Law Firm 1 | Gates, Aubrey v. Merck & Co., Inc. | 2:05-cv-05727-EEF-DEK |

---

[1] At the December 3, 2009 hearing, Merck intends to withdraw the motion as to Arthur Lewis.

996577v.1

**EXHIBIT 2**
Matters Deferred from PTO No. 43 Lone Pine No. 2
(Scheduled for Hearing on December 3, 2009)

|   | Plaintiff Name | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|
| 1. | Wilson, Tarlice | Simon Passanante PC | Lindsay, Sharon v. Merck & Co., Inc. | 2:05-cv-01049-EEF-DEK |
| 2. | Davis, Barbara | Matthews & Associates | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |

996580v.1

**EXHIBIT 3**
Matters Deferred from PTO No. 28 Lone Pine No. 9
(Scheduled for Hearing on December 3, 2009)

|    | **Plaintiff Name** | **Primary Counsel** | **Case Caption** | **Docket Number Current** |
|----|----|----|----|----|
| 1. | Connors, Jeanette A. | Cellino & Barnes, P.C. | Connors, Jeanette v. Merck & Co., Inc. | 2:06-cv-01190-EEF-DEK |
| 2. | Kwiek, Mary | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 3. | Schneller, James D. | *Pro Se* | Schneller, James D. v. Merck & Co., Inc. | 2:05-cv-05382-EEF-DEK |

996581v.1

**EXHIBIT 4**
Matters Deferred from Non-Registrants' Motion (Represented Plaintiffs)
(Scheduled for Hearing on December 3, 2009)

|   | Plaintiff Name | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|
| 1. | Flores-Meling, Diana[1] | Abraham, Watkins, Nichols, Sorrels, Matthews & Friend | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |

---

[1] At the December 3, 2009 hearing, Merck intends to withdraw the motion as to Diana Flores-Meling.

996583v.1

**EXHIBIT 5**
Matters Deferred from Non-Registrants' Motion (*Pro Se* Plaintiffs)
(Scheduled for Hearing on December 3, 2009)

|   | **Plaintiff Name** | **Last Known Address** | **Case Caption** | **Docket Number Current** |
|---|---|---|---|---|
| 1. | Baldoni, Eugene M. | 11545 Carson Lakewood, CA 90715 | Lassig, Leonard v. Merck & Co., Inc. | 2:05-cv-00538-EEF-DEK |
| 2. | Crumley, Danny H. | 131 Owen Medford Rd. Tifton, GA 31794 | Crumley, Danny H. v. Merck & Co., Inc. | 2:05-cv-01538-EEF-DEK |
| 3. | Massengale, Jack | 7105 Steed Court Hyattsville, MD 20782 | Massengale, Jack v. Merck & Co., Inc. | 2:07-cv-05234-EEF-DEK |

996584v.1