UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to all Tolling Claimants | * | |
| on Attached Exhibit A | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

******************************************************************

## ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Rights of Certain Tolling Claimants Should Not Be Extinguished (R.Doc. 19360) came on for hearing on the 29th day of October, 2009.  For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that the claims of all tolling claimants listed on the attached Exhibit A be and they hereby are extinguished, and the Tolling Agreement (Notice filed in the MDL Court on June 9, 2005) is hereby voided as to those claimants.

**NEW ORLEANS, LOUISIANA**, this  30th   day of           October          , 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

997046v.1

**Exhibit A**

|    | Primary Counsel | VCN | Claimant Name |
|----|-----------------|-----|---------------|
| 1. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1003774 | Carpenter, Karen D. |
| 2. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 1003775 | Pender, Kinney |
| 3. | Freese & Goss, PLLC | 1067544 | Ealn, Barbara |
| 4. | Freese & Goss, PLLC | 1067771 | Posey, Betty M. |
| 5. | Gainsburgh, Benjamin, Davis, Meunier & Warshauer, LLC | 1105782 | Gibson, Paula Jean |

997050v.1