UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibits A, B & C* | * | KNOWLES |
| | * | |
| | * | |

******************************************************************************

# ORDER

Defendant Merck & Co., Inc.'s Third Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the *Lone Pine* Requirements of PTO 43 (R.Doc. 24995) came on for hearing on the 29th day of October, 2009. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that the claims of all plaintiffs on the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 43.

**IT IS FURTHER ORDERED** that the motion be and it hereby is deferred until December 3, 2009, immediately following the conclusion of the monthly status conference scheduled for 9:00 a.m., as to all plaintiffs on the attached Exhibit B.

**IT IS FURTHER ORDERED** that the motion be and it hereby is withdrawn as to all plaintiffs on the attached Exhibit C.

997054v.1

**NEW ORLEANS, LOUISIANA**, this  30th  day of      October     , 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

997054v.1

**Exhibit A**
**Claims Dismissed With Prejudice**

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 1. | 1105217 | Severson, Patricia J. |  | Aubuchon, Raniere & Panzeri P.C. | Stiff, David v. Merck & Co., Inc. | 2:06-cv-03304-EEF-DEK |
| 2. | 1094067 | Cox, John Russell |  | Balch & Bingham L.L.P. | Cox, John R. v. Merck & Co., Inc. | 2:07-cv-08074-EEF-DEK |
| 3. | 1028017 | Brooks, Jeffry |  | Bartimus, Frickleton, Robertson & Gorny | Brooks, Jeffry v. Merck & Co., Inc. | 2:06-cv-10111-EEF-DEK |
| 4. | 1028187 | Sanjanwala, Smita |  | Bartimus, Frickleton, Robertson & Gorny | Smita, Sanjanwala v. Merck & Co., Inc. | 2:05-cv-01011-EEF-DEK |
| 5. | 1113775 | Vasquez, Carlotta |  | Bauer, Crystal Sharp | Vasquez, Carlotta v. Merck & Co., Inc. | 2:07-cv-01244-EEF-DEK |
| 6. | 1088444 | Chiszle, Clarence |  | Becnel Law Firm, LLC | Chiszle, Clarence v. Merck & Co., Inc. | 2:05-cv-00469-EEF-DEK |
| 7. | 1088503 | Swope, Etta L. |  | Becnel Law Firm, LLC | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 8. | 1088850 | Gilbert, Margie |  | Boone Law Firm, P.A. | Gilbert, Margie L. v. Merck & Co., Inc. | 2:08-cv-00242-EEF-DEK |
| 9. | 1088859 | Lamar, Tammie |  | Boone Law Firm, P.A. | Lamar, Tammie v. Merck & Co., Inc. | 2:08-cv-00244-EEF-DEK |
| 10. | 1088867 | Roy, J. W. |  | Boone Law Firm, P.A. | Roy, J. W. Jr. v. Merck & Co., Inc. | 2:08-cv-00278-EEF-DEK |
| 11. | 1091903 | Williams, James L. |  | Deakle, Couch | Williams, James L. v. Merck & Co., Inc. | 2:05-cv-01383-EEF-DEK |
| 12. | 1081383 | Capozzi, Joseph A. |  | Dougherty, Hildre & Haklar | Capozzi, Joseph v. Merck & Co., Inc. | 2:05-cv-05282-EEF-DEK |
| 13. | 1081393 | Scott, Robert C. |  | Dougherty, Hildre & Haklar | Scott, Robert v. Merck & Co., Inc. | 2:05-cv-05287-EEF-DEK |
| 14. | 1058940 | Friesz, Betty G. | Friesz, Jack | Driggs Bills & Day PC | Allred, Terry v. Merck & Co., Inc. | 2:06-cv-04050-EEF-DEK |
| 15. | 1058958 | Schneider, Ann K. |  | Driggs Bills & Day PC | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| 16. | 1088614 | Elliott, Sandra K. |  | Fabbro, Steven A., Law Office of | Elliott, Sandra v. Merck & Co., Inc. | 2:06-cv-10987-EEF-DEK |
| 17. | 1088661 | Zolt, Elliott |  | Fabbro, Steven A., Law Office of | Zolt, Elliot v. Merck & Co., Inc. | 2:06-cv-11020-EEF-DEK |
| 18. | 1100388 | Cooley (deceased), Sharon D. | Cooley, James | Fibich, Hampton & Leebron, LLP | Barker, Rita B. v. Merck & Co., Inc. | 2:05-cv-06535-EEF-DEK |
| 19. | 1100460 | Van Hooser, Marva L. |  | Fibich, Hampton & Leebron, LLP | Barker, Rita B. v. Merck & Co., Inc. | 2:05-cv-06535-EEF-DEK |
| 20. | 1072501 | Puckett, Josephine | Puckett, Roy | Getty & Childers, PLLC | Puckett, Roy v. Merck & Co., Inc. | 2:06-cv-04157-EEF-DEK |

| | VCN | Plaintiff Name | Derivative Plaintiffs | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 21. | 1013697 | Wenzel, Carol | | Girardi & Keese | Wenzel, Carol v. Merck & Co., Inc. | 2:07-cv-06310-EEF-DEK |
| 22. | 1057739 | Williams, Jimella | Eastman, Rutha | Girardi & Keese | Williams, Jimella v. Merck & Co., Inc. | 2:07-cv-06151-EEF-DEK |
| 23. | 1081406 | Blechinger, Lotus | | Hossley Embry, LLP | Blechinger, Lotus v. Merck & Co., Inc. | 2:06-cv-10275-EEF-DEK |
| 24. | 1081431 | Hatcher, Robert | | Hossley Embry, LLP | Hatcher, Robert v. Merck & Co., Inc. | 2:06-cv-10883-EEF-DEK |
| 25. | 1081448 | Marling, James | | Hossley Embry, LLP | Marling, James v. Merck & Co., Inc. | 2:06-cv-03653-EEF-DEK |
| 26. | 1081474 | Walker, Marjorie | | Hossley Embry, LLP | Walker, Marjorie v. Merck & Co., Inc. | 2:06-cv-10289-EEF-DEK |
| 27. | 1081476 | West, Donald | | Hossley Embry, LLP | West, Donald v. Merck & Co., Inc. | 2:05-cv-01140-EEF-DEK |
| 28. | 1015039 | Hudson, Janice L. | | Jackson & Tucker, P.C. | Hudson, Janice L. v. Merck & Co., Inc. | 2:06-cv-06583-EEF-DEK |
| 29. | 1071923 | Tibbetts, Vicki L. | | James, Vernon & Weeks, P.A. | Tibbetts, Vicky v. Merck & Co., Inc. | 2:06-cv-09730-EEF-DEK |
| 30. | 1122365 | James, Linda G. | | Jones, Jr., Bennie L. & Associates | Singleton, Catherine H. v. Merck & Co., Inc. | 2:09-cv-02413-EEF-DEK |
| 31. | 1105357 | Irving, Doretha | Crockett, Jeanie | Jones, Swanson, Huddell & Garrison, L.L.C. | Abrams, Clarence v. Merck & Co., Inc. | 2:05-cv-04434-EEF-DEK |
| 32. | 1037785 | Jackson, Lendia F. | | Lanier Law Firm, PC | Ahl, June v. Merck & Co., Inc. | 2:05-cv-00548-EEF-DEK |
| 33. | 1058146 | Rotem, Meir | | Lennon, Janet J., Esq. | Rotem, Meir v. Merck & Co., Inc. | 2:07-cv-00703-EEF-DEK |
| 34. | 1015389 | Wilkins, Nathan | | Mann Firm, The | Adams, Pansy v. Merck & Co., Inc. | 2:05-cv-02968-EEF-DEK |
| 35. | 1084507 | Cosey, Julia | | Matthews & Associates | Cotton, James v. Merck & Co., Inc. | 2:07-cv-02202-EEF-DEK |
| 36. | 1083651 | Edwards, Hubert B. | Edwards, Robert | Matthews & Associates | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| 37. | 1084172 | Fortuno Morales, Lorraine | | Matthews & Associates | Padilla, Rosa M Acosta v. Merck & Co.. Inc. | 2:06-cv-07042-EEF-DEK |
| 38. | 1084047 | Henry, Judge D. | | Matthews & Associates | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944-EEF-DEK |
| 39. | 1093312 | Bluett, Arthur | Bluett, Patricia | Michael A. Hackard | Bluett, Arthur v. Merck & Co., Inc. | 2:07-cv-03327-EEF-DEK |
| 40. | 1109238 | Alldredge, Junior D. | | Morris, Steve, Law | Alldreage, Junior v. Merck & Co., Inc. | 2:06-cv-10971-EEF-DEK |
| 41. | 1109235 | Graves, Ruth D. | | Morris, Steve, Law | Graves, Ruth v. Merck & Co., Inc. | 2:07-cv-06874-EEF-DEK |
| 42. | 1109228 | May, Michael D. | | Morris, Steve, Law | May, Michael D. v. Merck & Co., Inc. | 2:06-cv-01889-EEF-DEK |

997057v.1

| | VCN | Plaintiff Name | Derivative Plaintiffs | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 43. | 1109242 | Richey, Rosa W. | | Morris, Steve, Law | Alldreage, Junior v. Merck & Co., Inc. | 2:06-cv-10971-EEF-DEK |
| 44. | 1088143 | Jordan, Lois | | Murray Law Firm 1 | Jordan, Lois v. Merck & Co., Inc. | 2:05-cv-04439-EEF-DEK |
| 45. | 1088150 | Lyons, John D. | | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 46. | 1073652 | Shows, William A. | | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 47. | 1088163 | Thomas, Edrice W. | | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 48. | 1088122 | Walker, Ollie M. | | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 49. | 1011130 | Valentine, Randy | | Phillips & Associates | Valentine, Randy v. Merck & Co., Inc. | 2:07-cv-00880-EEF-DEK |
| 50. | 1087437 | Ingrisano, Elaine | Ingrisano, Tom | Podlofsky Hill Orange & Modzelweski, LLP | Ingrisano, Elaine v. Merck & Co., Inc. | 2:05-cv-01086-EEF-DEK |
| 51. | 1087438 | Siders, Beverly | | Podlofsky Hill Orange & Modzelweski, LLP | Siders, Beverly v. Merck & Co., Inc. | 2:08-cv-00161-EEF-DEK |
| 52. | 1037599 | Allen, George M. | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 53. | 1037611 | Calder, Virginia Baker | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 54. | 1037652 | Holland, Wanda R. | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 55. | 1056203 | Monroy Jimenez, Salvador | | Pro Se | Monroy, Salvador v. Merck & Co., Inc. | 2:06-cv-06009-EEF-DEK |
| 56. | 1037681 | Moreno, Jesus R. | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 57. | 1037702 | Ray, Darrell O. | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 58. | 1038567 | Schiller, Myles | Schiller, Carol | Pro Se | Schiller, Myles v. Merck & Co., Inc. | 2:07-cv-02809-EEF-DEK |
| 59. | 1056336 | Strujan, Elena | | Pro Se | Strujan, Elena v. Merck & Co., Inc. | 2:07-cv-00906-EEF-DEK |
| 60. | 1037721 | Thomas, Geraldine D. | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 61. | 1037727 | Villarreal, Manuela | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 62. | 1037741 | Wiley, Littie L. | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 63. | 1012526 | Amacker, Cynthia | | Salim, Robert L. | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| 64. | 1012531 | Arvie, Shirley | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 65. | 1012548 | Brignac, Carol | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 66. | 1012578 | Davis, Brenda | | Salim, Robert L. | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |

997057v.1

| | VCN | Plaintiff Name | Derivative Plaintiffs | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 67. | 1012581 | Dozier, Calvin | | Salim, Robert L. | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| 68. | 1012586 | Efferson, Mildred | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 69. | 1012591 | Frank, Oreather | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 70. | 1012592 | Gardner, Marsha | | Salim, Robert L. | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| 71. | 1012616 | Hoffman, Roxanne | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 72. | 1012621 | Hurst, Robert | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 73. | 1012644 | Langston, Fred | Pierre, Irene | Salim, Robert L. | Langston, Fred v. Merck & Co., Inc. | 2:06-cv-06413-EEF-DEK |
| 74. | 1012647 | Leathers, Sabrina | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 75. | 1012664 | Milton, Claudia | | Salim, Robert L. | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| 76. | 1012670 | Odom, Jr., James R. | | Salim, Robert L. | Odum, James v. Merck & Co., Inc. | 2:06-cv-07107-EEF-DEK |
| 77. | 1012702 | Small, Huey | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 78. | 1012713 | Walker, Larry | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 79. | 1012715 | Watkins, John | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 80. | 1012718 | White, Annie | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 81. | 1069938 | Bleam, Marvin E. | | Simon Passanante PC | Long, James v. Merck & Co., Inc. | 2:05-cv-01050-EEF-DEK |
| 82. | 1069978 | Crain, Jr., Lewis E. | | Simon Passanante PC | Broadhurst, William G. v. Merck & Co., Inc. | 2:05-cv-01047-EEF-DEK |
| 83. | 1070073 | Johnson, Wendell K. | | Simon Passanante PC | Bodimer, Dennis v. Merck & Co., Inc. | 2:05-cv-01040-EEF-DEK |
| 84. | 1070138 | Mitchell, Billie D. | | Simon Passanante PC | Means, Diana v. Merck & Co., Inc. | 2:05-cv-01059-EEF-DEK |
| 85. | 1070202 | Setser, Jerry A. | | Simon Passanante PC | Smith, Mary v. Merck & Co., Inc. | 2:05-cv-01035-EEF-DEK |
| 86. | 1070211 | Smith, Joyce J. | | Simon Passanante PC | Wilshusen, Carol v. Merck & Co., Inc. | 2:05-cv-01055-EEF-DEK |
| 87. | 1070241 | Vegher, Leroy J. | | Simon Passanante PC | Dulle, Maurice v. Merck & Co., Inc. | 2:05-cv-01037-EEF-DEK |
| 88. | 1070260 | Wilson, Tarlice M. | | Simon Passanante PC | Lindsay, Sharon v. Merck & Co., Inc. | 2:05-cv-01049-EEF-DEK |
| 89. | 1070270 | Zerr-Moore, Renna G. | | Simon Passanante PC | Noble, Richard v. Merck & Co., Inc. | 2:05-cv-01060-EEF-DEK |
| 90. | 1093419 | Anderson, Penelope M. | Phelps, Rex | The Limberopoulos Law Firm, P.A. | Anderson, Penelope v. Merck & Co., Inc. | 2:06-cv-00398-EEF-DEK |

- 4 -

997057v.1

| | VCN | Plaintiff Name | Derivative Plaintiffs | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 91. | 1081724 | Bates, Kenneth J. | | Underwood, Earl P., Jr. | Connell, Clara J. v. Merck & Co., Inc. | 2:06-cv-06235-EEF-DEK |
| 92. | 1108896 | Drumgoole, Bernice | | Weykamp, Paul A., Law Offices of | Drumgoole, Bernice v. Merck & Co., Inc. | 2:05-cv-05109-EEF-DEK |
| 93. | 1108904 | Lane, William T. | | Weykamp, Paul A., Law Offices of | Lane, William v. Merck & Co., Inc. | 2:05-cv-05107-EEF-DEK |
| 94. | 1107674 | Coker, Josephine | | Wiggins, Childs, Quinn & Pantazis, LLC | Coker, Josephine v. Merck & Co., Inc. | 2:07-cv-03998-EEF-DEK |
| 95. | 1117824 | Williams, Carrie B. | Williams, Meredith | Williams, Antoinette L., P.C. | Williams, Meredith v. Merck & Co., Inc. | 2:07-cv-01254-EEF-DEK |
| 96. | 1113920 | Delaune, Michael J. | Delaune, Stephanie; Delaune, Adeline; Delaune; Mary Claire | Woody Falgoust, A Law Corporation | Delaune, Michael J. v. Merck & Co., Inc. | 2:05-cv-04418-EEF-DEK |
| 97. | 1059790 | Fletcher, Desmond A. | | Zoll, Kranz & Borgess LLC | Scoble, Walter v. Merck & Co., Inc. | 2:06-cv-09799-EEF-DEK |

**Exhibit B**
**Deferred Until December 3, 2009**

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 1. | 1097291 | Henry, Leslie | Henry, Sislyn | Douglas & London, PC | Henry, Leslie v. Merck & Co., Inc. | 2:07-cv-07514-EEF-DEK |
| 2. | 1059884 | Avant, Albertine E. | | Mainor, Eglet, Cottle LLP | Avant, Albertine v. Merck & Co., Inc. | 2:07-cv-00900-EEF-DEK |
| 3. | 1059891 | Coon, Norma D. | Coon, Howard | Mainor, Eglet, Cottle LLP | Coon, Norma v. Merck & Co., Inc. | 2:07-cv-00903-EEF-DEK |
| 4. | 1059899 | Hawthorne, Teresa A. | Hawthorne, Keith | Mainor, Eglet, Cottle LLP | Maestro, Calvin v. Merck & Co., Inc. | 2:07-cv-02100-EEF-DEK |
| 5. | 1059903 | James, Dorothy A. | Ameen, Betty; James, Veronica; James, Allen | Mainor, Eglet, Cottle LLP | Batiz, Buddy v. Merck & Co., Inc. | 2:07-cv-00901-EEF-DEK |
| 6. | 1059904 | Katsibubas, John | Katsibubas, April | Mainor, Eglet, Cottle LLP | Katsibubas, John v. Merck & Co., Inc. | 2:07-cv-06436-EEF-DEK |
| 7. | 1059905 | Kishbaugh, Kenneth H. | | Mainor, Eglet, Cottle LLP | Kishbaugh, Kenneth v. Merck & Co., Inc. | 2:07-cv-01383-EEF-DEK |
| 8. | 1059909 | Linton, Ruth M. | Linton, Charles | Mainor, Eglet, Cottle LLP | Fitgerald, Charles v. Merck & Co., Inc. | 2:07-cv-02099-EEF-DEK |
| 9. | 1059911 | Maestro, Calvin J. | Maestro, Felinita | Mainor, Eglet, Cottle LLP | Maestro, Calvin v. Merck & Co., Inc. | 2:07-cv-02100-EEF-DEK |
| 10. | 1059916 | Morris, George R. | Morris, Mercedes | Mainor, Eglet, Cottle LLP | Morris, George v. Merck & Co., Inc. | 2:07-cv-02101-EEF-DEK |
| 11. | 1059917 | Osiak, Gabrielle A. | | Mainor, Eglet, Cottle LLP | Morris, George v. Merck & Co., Inc. | 2:07-cv-02101-EEF-DEK |
| 12. | 1059921 | Prince, Essie L. | | Mainor, Eglet, Cottle LLP | Chapman, Don v. Merck & Co., Inc. | 2:07-cv-00902-EEF-DEK |
| 13. | 1059925 | Rivas, Ruby | Rivas, Leary | Mainor, Eglet, Cottle LLP | Maestro, Calvin v. Merck & Co., Inc. | 2:07-cv-02100-EEF-DEK |
| 14. | 1059935 | Wheeler, Beverly A. | | Mainor, Eglet, Cottle LLP | Wheeler, Beverly Ann v. Merck & Co., Inc. | 2:07-cv-00663-EEF-DEK |
| 15. | 1083014 | Davis, Barbara A. | | Matthews & Associates | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 16. | 1084483 | Stafisz, John J. | | Matthews & Associates | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 17. | 1098039 | Clark, Flora | | Miller Firm, LLC, The (PA) | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK |
| 18. | 1098182 | Lacy, Nancy | | Miller Firm, LLC, The (PA) | Gennaro, Mary v. Merck & Co., Inc. | 2:06-cv-05981-EEF-DEK |

997062v.1

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 19. | 1098196 | Leflore, Ronnie | Leflore, Mary | Miller Firm, LLC, The (PA) | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK |
| 20. | 1098199 | Lewis, Patricia |  | Miller Firm, LLC, The (PA) | Gladden, Keith v. Merck & Co., Inc. | 2:06-cv-05996-EEF-DEK |
| 21. | 1088100 | Giambelluca, Pamela |  | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 22. | 1073619 | Green, Michael D. |  | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 23. | 1088131 | Naomi, Jane L. |  | Murray Law Firm 1 | Gates, Aubrey v. Merck & Co., Inc. | 2:05-cv-05727-EEF-DEK |
| 24. | 1090381 | Allen, Morris |  | O'Quinn Law Firm, The | Allen, Morris v. Merck & Co., Inc. | 2:05-cv-05975-EEF-DEK |
| 25. | 1090411 | Breaux, Luvenia H. |  | O'Quinn Law Firm, The | Breaux, Luvenia v. Merck & Co., Inc. | 2:05-cv-05978-EEF-DEK |
| 26. | 1081541 | Baum, Janice M. |  | Price Waicukauski & Riley, LLC | Heavrin, Michael v. Merck & Co., Inc. | 2:05-cv-00458-EEF-DEK |
| 27. | 1056191 | Bethea, Stanley |  | Pro Se | Bethea, Stanley v. Merck & Co., Inc. | 2:05-cv-06775-EEF-DEK |

997062v.1

**Exhibit C**
**Motion Withdrawn as Moot**

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 1. | 1094062 | Harris, Russell C. | Harris, Martha | Balch & Bingham L.L.P. | Harris, Martha J. v. Merck & Co., Inc. | 2:07-cv-02940-EEF-DEK |
| 2. | 1119261 | Moore, Rebecca | Moore, Max | Chessick, Kenneth C., The Law Office of | Moore, Rebecca v. Merck & Co., Inc. | 2:06-cv-04296-EEF-DEK |

997064v.1