UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibits A through C. | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

*************************************************************************

### ORDER

Defendant Merck & Co., Inc.'s Renewed Motion, Rule and Incorporated Memorandum for an Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Material Non-Compliance With The Discovery Requirements of PTO 28 (R. Doc. 24266 came on for hearing on the 29th day of October, 2009. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the claims of all plaintiffs on Exhibit A be and they hereby are dismissed with prejudice;

**IT IS FURTHER ORDERED** that the motion is deferred as to the claims of all plaintiffs on Exhibit B until December 3, 2009 at 9:00 a.m.;

**IT IS FURTHER ORDERED** that the motion is deferred as to the claims of all plaintiffs on Exhibit C until December 3, 2009 at 9:00 a.m.; and

**IT IS FURTHER ORDERED** that, on or before November 30, 2009, all plaintiffs on Exhibit C shall:

    (i)    produce any missing materials that are required to be produced under PTO 28; and

997080v.1

(ii)   produce a PTO 28 affidavit attesting to the completeness of the PTO 28 production and an index or list identifying the source of the documents; and to the extent that there are records still missing, then plaintiff (or his counsel) must annex an exhibit to the affidavit that identifies the missing records, the date the records were requested, and the expected date of receipt, if known;.

NEW ORLEANS, LOUISIANA, this  30th  day of      October      , 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

997080v.1

## Exhibit A -- Dismissed With Prejudice

*Renewed Motion-PTO 28 Non-Compliance*
*(Cellino & Barnes)*

|    | Last Name | First Name | Primary Counsel | Short Caption | Docket Number |
|----|-----------|------------|-----------------|---------------|---------------|
| 1. | Scherf | Frank | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |

997081v.1

**Exhibit B -- Deferred Until December 3, 2009**

*Renewed Motion-PTO 28 Non-Compliance*
*(Cellino & Barnes)*

|    | **Last Name** | **First Name** | **Primary Counsel** | **Short Caption** | **Docket Number** |
|----|---------------|----------------|---------------------|-------------------|-------------------|
| 1. | Pierre | Edele | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 2. | Tydus | Kathryn | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |

997082v.1

**Exhibit C -- Deferred Until December 3, 2009 With Compliance By November 30, 2009**

*Renewed Motion-PTO 28 Non-Compliance*
*(Cellino & Barnes)*

|  | **Last Name** | **First Name** | **Primary Counsel** | **Short Caption** | **Docket Number** |
|---|---|---|---|---|---|
| 1. | Adams | Mary | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 2. | Albright | Ann | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 3. | Allen | Marie | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 4. | Blankenship | Donald | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 5. | Brown | Dianne | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 6. | Butterfield | Myrtle | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 7. | Byrd | Deborah | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 8. | Carmen | Joan | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 9. | Carroll | John | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 10. | Desormeau | Margaret | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 11. | Eddy | Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 12. | Edwards | June | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 13. | Estep | John | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 14. | Farnsworth | Wilson | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 15. | Greeley | Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 16. | Habecker | Linda | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 17. | Mayeu | Michael | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 18. | McDaniels | Asa | Cellino & Barnes, P.C. | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| 19. | McMurray | Scott | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 20. | McPhaden | Arleen | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |

997083v.1

|     | **Last Name** | **First Name** | **Primary Counsel** | **Short Caption** | **Docket Number** |
|-----|---------------|----------------|---------------------|-------------------|-------------------|
| 21. | Melton   | Roberta | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 22. | Negron   | Myriam  | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 23. | Rarick    | Kenneth | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 24. | Schultz   | Barbara | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 25. | Shahid    | Marge   | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 26. | Steerman  | Gladys  | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 27. | Webb     | Carol   | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 28. | Weese    | Roxana  | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |

823840v.1
997083v.1