UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   Cases listed on Exhibit A

### ORDER

On October 29, 2009, Defendant Merck & Co., Inc.'s Third Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure to Comply With Requirements of PTO 28 (Rec. Doc. 24338) came on for hearing with oral argument. For the reasons orally assigned, that motion is DENIED.

As discussed at oral argument, IT IS ORDERED that, on or before November 6, 2009, Mr. Benjamin shall meet and confer with counsel for Merck in order to determine how his submissions have failed to comply with the requirements of PTO 28 and to identify what must be produced to achieve compliance. This meet and confer may be conducted by telephone if the parties can agree that a telephone conference is appropriate.

IT IS FURTHER ORDERED that Mr. Benjamin shall produce the materials identified at this meet and confer to Merck on or before December 7, 2009. Thereafter, the parties shall submit affidavits attesting to Mr. Benjamin's compliance no later than December 13, 2009. If the Court finds that Mr. Benjamin has still failed to comply at that time, than the cases listed on

1

2

Exhibit A shall be dismissed with prejudice.

    New Orleans, Louisiana, this 30th day of October, 2009.

                                                                                 UNITED STATES DISTRICT JUDGE

Exhibit A
*Third Motion*

|  | Plaintiff | Short Caption | Docket Number | Pharm. Records | Medical Records | Affidavit of Completeness | Other Deficiency |
|---|---|---|---|---|---|---|---|
| 1. | David Agard | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | None | Partial | None | |
| 2. | Scott Berthel | Gates, Robert D. v. Merck | 2:05-cv-06221-EEF-DEK | None | One provider | None | |
| 3. | Richard Core | Core, Richard F. v. Merck & Co., Inc. | 2:05-02583-EEF-DEK | None | Partial | None | |
| 4. | Marjorie Curtis | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | None | 4 pages | None | |
| 5. | James Demoski | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | None | Two providers | None | Amended & Supplemental PPF |
| 6. | Kristine Hia | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | None | Partial | None | |
| 7. | Maurice Hoyt | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-2708 | None | 1 page | None | |
| 8. | Mary Kurtz | Mary Kurtz v. Merck & Co., Inc. | 2:06-cv-05779-EEF-DEK | None | None | None | |
| 9. | Timothy Mack | Dier, Glenn L. v. Merck & Co., Inc. | 2:05-cv-01088-EEF-DEK | None | Partial | None | Amended & Supplemental PPF |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10. | Ann Mannino | Holobosky, Rosemary v. Merck & Co., Inc. | 2:05-cv-01091-EEF-DEK | None | None | None | Amended & Supplemental PPF |
| 11. | Viola Santacrose | Aljibory Adnan v. Merck & Co. Inc. | 2:05-cv-01090-EEF-DEK | None | Partial (all bills, no medical records) | None | |
| 12. | Frank Spencer | Dufresne, Lori v. Merck & Co., Inc. | 2:08-cv-3220-EEF-DEK | None | None | None | PPF or Amended & Supplemental PPF; Statement of Allegation regarding death |

2