UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                          |     |                        |
|------------------------------------------|-----|------------------------|
|                                          | :   | MDL NO. 1657           |
| IN RE: VIOXX                             | :   |                        |
|       PRODUCTS LIABILITY LITIGATION      | :   | SECTION:  L            |
|                                          | :   |                        |
|                                          | :   | JUDGE FALLON           |
|                                          | :   | MAG. JUDGE KNOWLES     |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO:** *Homer Jones v. Merck & Co., Inc.*, **Case No. 06-9803**

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Homer Jones.

IT IS ORDERED that the correspondence be entered into the record.  Mr. Jones has previously

requested that this Court appoint an attorney for him.  However, the Court declined to do so

because this is a civil case, and because the Court has appointed a pro se curator to assist pro se

claimants in the Vioxx MDL.  For the same reasons, the Court declines to appoint counsel for

Mr. Jones at this time.  However, a copy of this correspondence shall be forwarded to the pro se

curator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 30th day of October, 2009.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman                          Mr. Homer Jones
Plaintiff's Liaison Counsel              143946
Herman, Herman Katz & Cotlar, LLP        P.O. Box 97, OSP
820 O'Keefe Ave.                         McAlester, OK 74502
New Orleans, LA 70113

1

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130