10/17/09

Dear Ms Whyte,

I'm writeing you again reguards to my Vioxx Case Law Suitt there in your Court, Case #06-9803, L(3) MDL #1657 Why i'm writeing you Ms Whyte is Because i Can Not get A response Back from, Neither the Coornator of the Vioxx settlement Program, Ms Dianna Bates, or the Federal Court ordered Attorney Mr Robert Johnston, ordered to assist all Pro. Se Plaintiffs in the Vioxx Settlement Program, I wrote you once Before over A Non reply issue with the Above Named people — and reQuested your assistance at Compeling them to respond Back to my Coorspondence to them, And you Did assist — shortly after i got A response from them, I thank you for your assistance then, Well Now they are not responding Back again, from my last Contact from them reguard to their Vioxx settlement Committee informing me that i'm Not eligible for $ payment, They sent me some paper work inCluding A form Called F.E.S, Future evidence stipulation form, For me to fill out if i wanted out of their settlement program, The F.E.S. form was for me to Qualify for sumitting evidence again through the F.T.C.A, Federal Tort Claim Act, Upon my sending them Back the Future Evidence Stipulation Form, They were supose to send me Back the release Dismissal Stipulation form, id sent them previously as reQuired to get enlisted in the settlement program, I fit their Criteria for $ Compensation, But they want to Not send me any pay-ment at all, Due to me Being Pro. Se un-able to obtain Legal Assistance, Ms Whyte please Contact them have them to reply Back reguards to this matter, Thank you much, Respect, Homer Jones

P.S, Ms Whyte the last Contact i got from ma Named people reguards to this matter was in August of 2008/09

TENDERED FOR FILING
OCT 22 2009
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

TO:
Judge Elden E. Fallon

Reguards to my Vioxx Law Suitt-Claim there in your Court, Case #06-9803, L(3) MDL #1657,

Sir My case is Pro. Se. It's Pro. Se. Not Cause i Chose to represent My-self. But Cause i am poor with-out Money to obtain A Attorney to assist and Defend My Case, I am Not at all A train-ed practitioner in Legal Matter's, especially with this Case, It is Very Complex and litterally impossible for Me to understand all the word's-term's, Meaning's in the paper work that's sent to Me re-guards to My Case, Alot of the word's used in the paper work i Don't even know what they Mean, Sir i know A Mr Russ Herman is the Liaison Counsel on this Case, But Mr Herman has No interest personally to help-Represent My case, His funtion is Not to help me win My Law Suit, It's to send Me Court ruling's, paper work only, He has No legal advice in My interest pertaining to my case at all for Me, And the same goes for Mr Robert Johnston the appointed Attorney to assist all Pro-Se Plaintiff's, The word assist is used in the Court order informing Me that Mr Johnston was appointed to assist Me in this Case, But Mr Johnston has Made it Clear to Me that his funtion is Not in My interest, At representing my case so as to win Compensation, punitive Damages against Merck, So again i ask you Judge Fallon how is Mr Johnston,

OVER y

Judge Eldon,

I'd like to add more to this letter reguards to convinceing you that i need - should be granted legal assistance with this case. Id like to point out the fact that Merck is A large and powerful Company - has many high dollar, highly trained in Legal Matters Attorneys. Me, on the other hand has neither skill, training at all in Legal Matters, And as you know im incarcerated here in A Maxium Security facility. This facility is on lock Down - has Been for many years. Im in My Cell 23-24 hours A Day 24-7. I can not even get in the Law Library here, IV tryed again-again, So as to try get some assistance from A Law Clerk. But the Law Library supervisor Denies me access, or Visitation in Law Library He Says This facility policy is that inmates can only access use of Law Library for reserch on your Sentance - Conviction, And or facility issues, Grevences, etc. But Not Civil Law Suits such as i have. So Bottom line is im with out any legal assistance at all. Sir id like to Quote this Case i was given By another in mate Pro. Se, Claimant: Hains vs Kerner, 404.US.519.30.L.ED.2D.652 92.S.CT.594 (19-72) Plaintiff Claim should Not Be Dismissed for failure to state A Claim upon which relief could be granted if it appears he may be able to offer proof of his claim, Prisoners raising Civil rights Claims like other Civil litigants, Have No absolute Constitutional right to Counsel, Appointment of Counsel in Civil Cases is, rather, A privilege" justified "only" By exceptional Circumstances such as the presence of Fact and legal

OVER →

Oklahoma Department of Corrections

Name Homer Jones
DOC Number 143946
House Unit D-2-36
Box Number P.O. Box 97
City, State, Zip McAlester, Okla. 74502

This correspondence is from an offender under the custody of the Oklahoma Department of Corrections. The Department of Corrections is not responsible for the substance or content. Objectionable material may be returned to the Warden.

701309333

TULSA OK 741
26 OCT 2009 PM 4 L

"Clerk's Office"
Loretta D. Whyte
United States District Court
Eastern District of Louisiana
New Orleans, Louisiana, LA.
70130