UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Josephine Bass v. Merck & Co., Inc.* No. 09-3291; | * | |
| | * | |
| | * | |
| *Joan D. Gifford v. Merck & Co., Inc.*, No. 08-3962; and, | * | |
| | * | |
| | * | |
| *William J. Hardy v. Merck & Co., Inc.*, No. 08-1403 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Defendant Merck & Co., Inc.'s Sixth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Requirements of PTO 29 (R.Doc. 24337) came on for hearing on the 29th day of October, 2009. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that all claims of plaintiffs Josephine Bass, Joan D. Gifford, and William J. Hardy be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 29.

NEW ORLEANS, LOUISIANA, this 30th day of October, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

997051v.1