Case 2:05-md-01657-EEF-DEK Document 14322-4 Filed 05/06/2008 Page 1 of

LEXISNEXIS FILE & SERVE 19720835 E-SERVICE May 7 2008 9:21AM

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | Last: MEYER | | First: M. | | Middle: MICHAEL | |
| **Name of Law Firm** | THE O'QUINN LAW FIRM | | | | | |
| **Current Address** | Street: 440 LOUISIANA ST., SUITE 2300 | | | | | |
| | City: HOUSTON | | State: TX | Zip: 77002 | Country: USA | |
| **Telephone Number** | 713-223-1000 | **Facsimile** | 713-223-4870 | **Email** | mikem@oqlaw.com | |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | | | | |
|---|---|---|---|---|---|---|
| **Plaintiff Name** | Last: ALLEN | | First: MORRIS | | Middle: | |
| **Plaintiff Address** | Street: 509 Williams Drive | | | | | |
| | City: Bastrop | | State: LA | Zip: 71220 | Country: USA | |
| **Telephone Number** | (318) 281-6244 | **Facsimile** | | **Email** | | |
| **Case Caption** | MORRIS ALLEN vs. MERCK & CO., INC. | | | | | |
| **Case Number** | 05-5975, SECT. L MAG.3 | | | | | |
| **Court Where Case is Pending** | UNITED STATES DISRICT COURT, EASTERN DISTRICT OF LOUISIANA | | | | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ **Check here if Plaintiff failed to provide an alternative contact.**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | Last: ALLEN | | First: STELLA | | Middle: | |
| **Address** | Street: 509 Williams Drive | | | | | |
| | City: Bastrop | | State: LA | Zip: 71220 | Country: USA | |
| **Telephone Number** | (318) 235-8557 | **Facsimile** | | **Email** | | |
| **Relationship to Plaintiff** | ☐ Friend ☒ Relative (specify relationship: Spouse) | | | | | |

#343319

Case 2:05-md-01657-EEF-DEK Document 14322-4 Filed 05/06/2008 Page 2 of 2

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
**(Paragraph II.C of PTO No. 36)**

### D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on ____/____/____ (Month / Day / Year). (*Record Docket No.* ________________)

[X] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;
2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);
3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and
4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 11 / 3 / 2009 (Month/Day/Year) | [signature] Counsel |
|---|---|---|

#343319