IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § § § § § | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO:

| | | | |
|---|---|---|---|
| LUVENIA H. BREAUX,<br>        Plaintiff<br><br>VS.<br><br>MERCK & CO., INC.<br>        Defendant | § § § § § § § § | Civil Action No. | 05-5978<br>SECT. L MAG.3 |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Pretrial Order No. 36, M. Michael Meyer, Esq. of The O'Quinn Law Firm, primary counsel for the above-identified plaintiff, moves this Court of behalf of himself, his firm, and any other affiliated plaintiff's counsel for permission to withdraw from representation of the above-identified plaintiff.

Plaintiff and the undersigned counsel have fundamental disagreement as to what action should be taken in this case. This disagreement requires the undersigned to withdraw as counsel of record. The undersigned, therefore, request that this Court grant this motion.

Primary counsel will advise LexisNexis File & Service of the change party/counsel status promptly upon receiving this Court's order granting withdrawal.

DATED      :      <u>October 27, 2009</u>

          Respectfully submitted,

          **THE O'QUINN LAW FIRM**

          <u>/s/ M. Michael Meyer</u>
          M. MICHAEL MEYER (Federal No. 9398)
          440 Louisiana St., Suite 2300
          Houston, TX 77002
          Telephone:    713-223-1000
          Facsimile:    713-223-4870

          **ATTORNEY FOR PLAINTIFF**