# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

*LEXISNEXIS FILE & SERVE 19720835 E-SERVICE May 7 2008*

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Name** | MEYER | M. | MICHAEL |

| **Name of Law Firm** | THE O'QUINN LAW FIRM |
|---|---|

| **Current Address** | Street: 440 LOUISIANA ST., SUITE 2300 |||||
|---|---|---|---|---|---|
| | City: HOUSTON | State: TX | Zip: 77002 | Country: USA ||

| **Telephone Number** | 713-223-1000 | **Facsimile** | 713-223-4870 | **Email** | mikem@oqlaw.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | BREAUX | LUVENIA | |

| **Plaintiff Address** | Street: 8517 S. Claiborne Avenue |||||
|---|---|---|---|---|---|
| | City: New Orleans | State: LA | Zip: 70118 | Country: USA ||

| **Telephone Number** | (504) 861-4408 | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | LUVENIA BREAUX vs. MERCK & CO., INC. |
|---|---|
| **Case Number** | 05-5978, SECT. L MAG.3 |
| **Court Where Case is Pending** | UNITED STATES DISRICT COURT, EASTERN DISTRICT OF LOUISIANA |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

[X] Check here if Plaintiff failed to provide an alternative contact.

| | Last | First | Middle |
|---|---|---|---|
| **Name** | | | |

| **Address** | Street: |||||
|---|---|---|---|---|---|
| | City: | State: | Zip: | Country: ||

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend  ☐ Relative (specify relationship: _____) |
|---|---|

#343319

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL<br>(Paragraph II.C of PTO No. 36) |
|---|
| **D. COMPLIANCE WITH PTO NO. 36** |

| | |
|---|---|
| [X] | I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on ___/___/___ . (*Record Docket No.* _____) <br> Month  Day  Year |
| [X] | Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including: |

1.  A copy of PTO No. 36;

2.  A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3.  An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4.  A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

| **E. SIGNATURE** |
|---|
| I certify under penalty of perjury that the foregoing is true and correct. |

| Date Signed | 11 / 3 / 2009 <br> (Month/Day/Year) | [signature] _____ <br> Counsel |
|---|---|---|

#343319

2