# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Harry L. Johnson, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Only with regard to: | * | |
| *Ben Smith, Sheila Smith, Geri Smith,* | * | |
| *Lindsey Smith, Emily Smith, Payton* | * | |
| *Smith, Harley Smith, Jennifer Savoy and* | * | |
| *Jacob Savoy* | * | |
| | * | |
| *Docket No. 2:05-cv-04422* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Ben Smith, Sheila Smith, Geri Smith, Lindsey Smith, Emily Smith, Payton Smith, Harley Smith, Jennifer Savoy, and Jacob Savoy in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 2nd day of November, 2009.

_____
DISTRICT JUDGE