JULIA GONZALEZ, et al.,                                )       IN THE UNITED STATES
                                                       )       DISTRICT COURT FOR THE
                                                       )       EASTERN DISTRICT OF LOUISIANA
              Plaintiffs,                              )
                                                       )       MDL No. 1657
v.                                                     )       Docket No. 2:06-cv-01283-EEF-DEK
                                                       )
MERCK & CO., INC.,                                     )       STIPULATION OF DISMISSAL
                                                       )       WITH PREJUDICE AS TO
              Defendant.                               )       ALL DEFENDANTS
                                                       )

        Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiffs **Julia Gonzalez**, individually and as representative of **Carlos**

**Gonzalez, Carlos Gonzalez, Jr., Shakira Gonzalez**, and **Shania Gonzalez** against

defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety

with prejudice, each party to bear its own costs.

_____          _____
Maria D. Tejedor                          Stephen G. Strauss
Martinez, Manglardi, Diez-Arguelles       Bryan Cave LLP
  & Trejedor                              211 N. Broadway, Suite 3600
Attorney for Plaintiffs                   St. Louis, MO 63102
540 N. Semoran Blvd.                      (314) 259-2000 Tel
Orlando, Florida 32807                    (314) 259-2020 Fax
(407) 381-4123
                                          Phillip A. Wittmann
                                          Dorothy H. Wimberly
                                          Stone Pigman Walther
                                          Wittmann LLC
                                          546 Carondelet Street
                                          New Orleans, LA 70130
                                          (504) 581-3200 Tel
Dated: 8/26/09                            (504) 581-3361 Fax

                                          Attorneys for Merck & Co, Inc.

                                          Dated: 11-3-09

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th day of November, 2009.

> */s/ Stephen G. Strauss*
> Stephen G. Strauss
> BRYAN CAVE LLP
> 211 North Broadway, Suite 3600
> St. Louis, Missouri 63102
> Phone: 314-259-2000
> Fax:    314-259-2020
> sgstrauss@bryancave.com
>
> Attorneys for Defendant
> Merck & Co., Inc.