# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Central Regional Employees Benefit Fund, et al.* | * | KNOWLES |
| | * | |
| *Versus* | * | |
| | * | |
| *Merck & Co., Inc.* | * | |
| | * | |
| Civil Action No. 2:09-cv-6363 | * | |
| | * | |

*************************************************************************

## ORDER

Considering the foregoing Uncontested Motion for Extension of Time in Which to Respond to Plaintiff's Complaint,

**IT IS ORDERED** that Defendant Merck & Co., Inc. be and it hereby is granted an extension of time, through and including December 16, 2009, in which to respond to Plaintiff's Complaint.

**NEW ORLEANS, LOUISIANA**, this ____ day of _____, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

997568v.1