# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® <br> Product Liability Litigation | MDL Docket No. 1657 <br> SECTION L |
| This document relates to: | |
| *Joseph Apice, et al.* <br> v. <br> *Merck & Co., Inc.* | JUDGE FALLON <br> MAGISTRATE JUDGE KNOWLES |
| Only with regard to: <br> Beverly Woodring, individually and as personal representative of the estate of Gerald Woodring | |
| Docket No. 2:06-cv-06439 | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Beverly Woodring, individually and as personal representative of the estate of Gerald Woodring, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 3rd day of November, 2009.

_____
DISTRICT JUDGE