UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Robert Miles, et al. v. Merck & Co., Inc.*, Case No. 05-4208 (as to Robert Miles only)

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Robert J. Miles, Sr. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel, the claims administrator, and the lien resolution administrator to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 30th day of October, 2009.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Dorothy Wimberly
Stone Pigman Walther Wittman, LLC
546 Carondelet St.
New Orleans, LA 70130

Donald G. Cave
3909 Plaza Tower Dr.
Baton Rouge, LA 70816-4356

Claims Administrator
P.O. Box. 85031
Richmond, VA 23285-5031

Matthew L. Garretson
Garretson Firm Resolution Group
7775 Cooper Road
Cincinatti, OH 45242

1