# FAX

From: Robert | Phone: 504-465-8710 | Fax: 504-465-8710

**DATE:**

10/22/2009

**SUBJECT:**

Vioxx Settlement Lien Resolution

**TO:**

Honorable Judge Eldon Fallon & Garretson Law Firm

Total Pages: 3

Dear Honorable Judge Eldon Fallon & Garretson Law Firm;

I called Garretson's information line today to check on the status of any liens had been entered against my Vioxx settlement that would be deducted from the 15% ($13,639.61) which was in addition to the $116.62 Medicare lien deducted from my settlement. I was told there were 3 liens submitted Tenet Choices 65, Peoples Health Choices 65, and Anthem Blue Cross Blue Shield.

My insurance on the date of the qualifying Vioxx injury "Heart Attack" 05/16/01 was Tenet Choices 65 at that time Tenet Choices 65 and Peoples Health were a partnership until May of 2009 when Peoples Health redeemed Tenet's shares and took over the It appears to me that the Liens by Peoples Health and Tenet Choices are duplicates trying to collect for the same services because they have been one and the same company since 1994. I've attached a letter from Peoples Health informing their insured of the Tenet share redemption in May of 2009.

As for Anthem Blue Cross Blue Shield, I have never had insurance with that company and they have never paid for any of my medical care. I don't know how they would be able to place a lien against my settlement since I never had coverage with them. If they did a match by name only, my Son had Blue Cross insurance through his former employer but he never had a Vioxx claim and I was never on his policy although we did live at the same address. His Full Name is Robert J Miles Jr and mine is Robert J Miles Sr. Please verify the information you have received to make certain it is accurate. My DOB is 08/04/1953 Vioxx Claim Number # 1113710 my home telephone number is 504-465-8710

Respectfully,

Robert J Miles Sr.

**FOR IMMEDIATE RELEASE**
Ashley Owens
Phone: (504) 949-3999 ext. 210
aowens@deveney.com



## Peoples Health Now 100 Percent Locally Owned
### *Medicare Health Plan Provider Redeems Tenet Shares*

**Metairie, La. (May 4, 2009)** – Peoples Health, a Louisiana-based administrator of Medicare Advantage plans, redeemed Tenet Healthcare Corporation's interest in the company on May 1 and is now 100 percent locally owned and operated. Peoples Health was founded in 1994 as a collaborative effort between physicians and Tenet Healthcare Corporation.

"This is an exciting time for Peoples Health. We are now 100 percent privately held and managed. We have a vested interest in the community and our patients," said Peoples Health Chief Executive Officer, Carol Solomon. "As a company, our benefit offerings are no longer guided by Wall Street since we are not publicly traded like some of our competitors. Our benefits are decided by our physicians and based on feedback from our members."

Plan members won't see any change in the way they receive their healthcare or in their plan benefits, but they will see enhanced benefits beyond traditional Medicare. Peoples Health is the only Medicare health plan in the market that utilizes nurse case managers and social workers to offer in-home visits, and is an innovator of personalized health solutions.

"Our plan members entrust us with their health and for us, nothing is more important," said Dr. Stephen Goodwin, chairman of the board for Peoples Health. "By focusing on the well-being of each individual, our physicians can keep their patients as healthy as they can be, thereby reducing health care costs and allowing us to provide even more services. It's a win-win situation."

As a locally owned company, Peoples Health benefits from a strong local economy that is bucking national trends in housing prices, job stability and unemployment. In addition to exponential growth over the past three years, the company is looking at expansion opportunities and may be adding employees in the coming months.

### *About Peoples Health*
Established in 1994, Peoples Health administers Medicare benefits for 42,000 southeast Louisiana residents enrolled in the Choices 65, Choices Plus, Secure Health, HealthCare Select and Peoples Health Group Medicare health plans. More than 450 employees work at Peoples Health corporate offices in Metairie, Louisiana and a regional office in Baton Rouge. Peoples Health is accredited by URAC, a Washington,

3 of 3

DC-based healthcare accrediting organization. More information about Peoples Health can be obtained by visiting www.peopleshealth.com.

###