UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2009 NOV -3 PM 4: 34
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| This document relates to: | * |
| | * MAGISTRATE JUDGE |
| This document relates to the plaintiffs | * KNOWLES |
| listed on Exhibit A | * |
| | * |

*********************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Third Motion and Incorporated Memorandum to Dismiss Non-Submitting Program Claimants' Cases (R. Doc. 24535) came on for hearing on the 29th day of October, 2009. For the reasons orally assigned, the Court entered judgment as follows:

**IT IS ORDERED** that the claims of all plaintiffs on Exhibit A be and they hereby are dismissed with prejudice.

NEW ORLEANS, LOUISIANA, this 31 day of October, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___

## Exhibit A
## (Third Motion to Dismiss NSPC Claimants)

| | VCN | Primary Counsel | Claimant Name | Derivative Claimant Name | Case Caption | Current Deficiencies | Docket Number | Status |
|---|---|---|---|---|---|---|---|---|
| 1. | 1113975 | Harrill & Sutter, PLLC | Hendrix, Dennis C. | | Dennis Hendrix v. Merck et al. | Missing stipulation | 2:05-cv-01728 | NSPC |
| 2. | 1113996 | Law Office of Edward O. Fitzhugh | Naas, Oralia | Richard Naas | Oralia Naas et al. v. Merck | Missing stipulation | 2:06-cv-10091 | |
| 3. | 1098539 | Pro Se | Bryant, Rosetta | | Rosetta Bryant v. Merck | Missing stipulation | 2:05-cv-05332 | NSPC |
| 4. | 1108632 | Pro Se | Clark, Russell Clayton | | Russell Clayton Clark v. Merck et al. | Missing stipulation | 2:06-cv-09430 | NSPC |
| 5. | 1113217 | Pro Se | Martin, Richard | | Richard Martin v. Merck | Missing stipulation | 2:05-cv-06011 | NSPC |
| 6. | 1093279 | Pro Se | Mosley-Shertzer, Gretonda | | Johnny Allen et al. v. Merck | Missing stipulation | 2:06-cv-06601 | NSPC |
| 7. | 1122405 | Pro Se | Perkins, Lucille | | Caffie Aaron et al. v. Merck | S-1, S-2, S-3, S-99 | 2:07-cv-08076 | |
| 8. | 1113250 | Pro Se | Pickett, Dell W. | Doris Neal | Dell Pickett et al. v. Merck | S-1, S-2, S-3, S-99 | 2:05-cv-04087 | |
| 9. | 1056202 | Pro Se | Sarles, Blake Dave | F. Colleene Bradshaw-Sarles | Blake Dave Sarles, Jr. et al. v. Merck | Missing stipulation | 2:06-cv-03122 | |
| 10. | 1113254 | Pro Se | Smith, Jewel D. | | Jewel Smith v. Merck | Missing stipulation | 2:05-cv-06579 | |
| 11. | 1058868 | Pro Se | Styka, Edward Joseph | | Edward Styka v. Merck | Missing stipulation | 2:05-cv-03538 | |