UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                  :    MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION      :    SECTION: L
                                           :
                                           :    JUDGE FALLON
                                           :    MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**    Stacy A. Evering only

### ORDER

The Court is in receipt of the attached correspondence from the Vioxx Vioxx Litigation Consortium in response to the letter received by the Court from Vioxx Plaintiff Stacy Evering. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 2nd day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Ms. Stacy A. Evering
23 Circle Drive
Arnold, MO 63010

Dorothy Wimberly
Stone Pigman Walther Wittman, LLC
546 Carondelet St.
New Orleans, LA 70130

The Vioxx Litigation Consortium
P.O. Box 56708
Houston, TX 77256-6708

1