UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                              :   MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION          :   SECTION: L
                                           :
                                           :   JUDGE FALLON
                                           :   MAG. JUDGE KNOWLES
................................................... :
THIS DOCUMENT RELATES TO:        Ron Wilcox only

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Ron Wilcox. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel, the claims administrator, and the lien resolution administrator to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 30th day of October, 2009.

                                      UNITED STATES DISTRICT JUDGE

Clerk to Serve:

| | |
|---|---|
| Mr. Russ Herman<br>Plaintiff's Liaison Counsel<br>Herman, Herman Katz & Cotlar, LLP<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 | Ron Wilcox<br>98 Mohican Way<br>Melbourne Beach, FL 32951 |
| | Claims Administrator<br>P.O. Box. 85031<br>Richmond, VA 23285-5031 |
| Dorothy Wimberly<br>Stone Pigman Walther Wittman, LLC<br>546 Carondelet St.<br>New Orleans, LA 70130 | Matthew L. Garretson<br>Garretson Firm Resolution Group<br>7775 Cooper Road<br>Cincinatti, OH 45242 |

1

