October 26, 2009

To: Garretson Firm Resolution Group
From: Ron Wilcox
Re: Vioxx Lien Resolution Program



To Whom it May Concern:

It is my understanding that your firm is the third party administrator for the Lien Resolution Program in the Vioxx Settlement. I am a claimant represented by Steven Stein, Attorney-at-Law of Simes, Kaiser and Gornick of San Francisco, Ca. After receiving payment of my award as a victim, I understand that your firm is withholding fifteen (15%) of my award while investigating any medical liens resulting from my claim.

I have had private insurance with the same Health Insurance company for over fifteen years (see enclosed) and have had all my medical bills except deductibles paid by this company. All my medical bills prior to, during and after my MI from prior Vioxx use have been paid as well as my deductibles. I have contacted my insurance company and they assure me that I have no outstanding EOBs from my medical providers dating back to 2003 and are sending me copies of all bills paid. My providers include Holmes Regional Hospital, MIMA, Osler and OMNI medical groups and physicians and I have requested paid EOBs from these groups as well. I will be happy to provide your firm with any copies you need as well as any additional information you may require.

I will be contacting my personal attorney this week as well as my Vioxx Attorney, providing them a copy of this letter as well as other pertinent information regarding my case. I feel that is unnecessary for your company to withhold my funds when all you have to do is push a button on your computer to determine any and all medical claims or liens against me. I anxiously await your reply as to the status of my remaining funds.

Sincerely,

Ron Wilcox
98 Mohican Way
Melbourne Beach, Florida 32951
Hm (321)723-9656 wk (321)727-2830
e-mail r.wilcox99@yahoo.com

cc: jack cerone, attorney-at-law, Des Plaines Illinois
    steve stein, attorney-at-law, San Francisco, Ca
    Hon. Judge Eldon Fallon



Home    About Us    Services    Learning & Resource Center    Profiles    Careers    Foundation    Client Login

View Page as PDF

**Contact Us**

| Cincinnati | Charlotte |
|---|---|
| 7775 Cooper Road<br>Cincinnati, OH 45242<br>888.556.7526 (toll-free)<br>513.794.0400 (t)<br>513.936.5186 (f) | 5200 Park Road<br>Charlotte, NC 28209<br>866.694.4446 (toll-free)<br>704.559.4300 (t)<br>704.559.4331 (f) |

**Offices:**
- Cincinnati
- Charlotte
- Salt Lake City
- Syracuse
- Louisville
- Chattanooga

**Services**
- **Lien Resolution**
- **Claims Administration**
- **Settlement Allocation**
- **National Probate & Bankruptcy Coordination**

"The Garretson Firm does it quickly and for less money..."

— The Cincinnati Business Courier, "Settling into Legal Niche" July 13, 2007

*Knowledge. Experience. Compliance.*

© 2009 Garretson Firm Resolution Group, Inc. All Rights Reserved.

LEVIN, SIMES, KAISER GORNICK, LLP.
VIOXX SETTLEMENT

# Client Disbursement Statement

KEEP ONE COPY FOR YOUR RECORDS, AND SIGN AND RETURN THE SECOND COPY

October 21, 2009

Name of Injured Party:    Ronald Wilcox

Ronald and Mary Wilcox
98 Mohican Way
Melbourne Beach, FL 32951
321-723-9657

RE: VIOXX Settlement

| | | |
|---|---:|---:|
| Point Value: | $ | 1,865.01 |
| x Total Points Awarded: | | 25.35 |
| Gross Settlement Amount: | $ | 47,278.00 |

| | Initial Distribution | Current/Final Distribution | Total |
|---|---:|---:|---:|
| **Distribution Amount** | $ 19,418.10 | $ 27,859.90 | $ 47,278.00 |
| Less: Total Attorney Fees (Contracted 40%, reduced to 32%) | | | |
| Attorney Fees (24% net, breakdown by firm below) | 6,213.79 | 5,132.93 | 11,346.72 |
| Common Benefit Fees (8% net) | | 3,782.24 | 3,782.24 |
| **Settlement Amount after Attorney Fees** | $ 13,204.31 | $ 18,944.73 | $ 32,149.04 |
| Less: *Expenses* | | | |
| Case-Specific expenses | 1,854.97 | 17.78 | 1,872.75 |
| Pro-Rata LSKG case expenses | | 1,104.49 | 1,104.49 |
| Common Benefit expenses (1% net) | | 472.78 | 472.78 |
| Referring Attorney's case expenses | 0 | | - |
| **Settlement Amount after Attorney Fees and Expenses** | $ 11,349.34 | $ 17,349.68 | $ 28,699.02 |
| Less: *Holdbacks/Liens/Other Deductions* | | | |
| MediCare holdback/deduction | | | - |
| MedicAid holdback/deduction | | | - |
| Private Insurance holdback/deduction | | 7,241.70 | 7,241.70 |
| Private Lien Resolution Program holdback | | | - |
| **Payment to Plaintiff** | $ 11,349.34 | $ 10,107.98 | $ 21,457.32 |
| **Distribution of attorney fees by firm** | | | |
| LSKG Fees (60% of total fees) | 3,728.27 | 3,079.76 | 6,808.03 |
| Nance Fees (40% of total fees) | 2,485.52 | 2,053.17 | 4,538.69 |

_____    _____
Signature                     Date

**Customer Service:** (321) 434-5665 or (800) 716-7737 • TDD Relay (800) 955-8771
Send claims to HFHP: PO Box 565001, Rockledge FL 32956-5001
Electronic medical claims: https://health-first.claimsnet.com

- This card is for identification purposes only and does not guarantee eligibility or coverage. See Certificate/Evidence of Coverage for benefit details.

- **Prior authorization** is required for all non-urgent/non-emergent inpatient care, certain outpatient procedures and services. Physicians/providers must call 321-434-5641 for authorization (no member calls please).

A National PPO and Affiliated Networks:

| Beech Street A VIANT NETWORK | BestCare Inc. A Beech Street Network LA, MS | First Choice Health ID, WA | First Health MT | First Health Network IA, NE |

HF-001

**Health First Health Plans**

*Health First*

www.healthfirsthealthplans.org

**SXC Health Solutions, Inc.**
RxBIN: 610593
PCN: SXC
RxGRP: HFHPINC

**Name:** RONALD A WILCOX
**ID #:** 800673027
**Plan:** Commercial HMO
**Option:** HF24
**Effective:** 01/01/2008

**Group:** MURPHY CADILLAC, INC.
**Group #:** 112332

Plans include varying member cost shares; see your Certificate of Coverage for details.

000080