# EXHIBIT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL DOCKET No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L – DIVISION 3 |
| This document relates to the following cases: | * | JUDGE FALLON |
| KURELIC, NOLA W. (05-02101)<br>KJONAAS, JOAN OBO<br>    LONNIE LEE KJONAAS (06-05654)<br>CENTRELLA, KATHRYN OBO<br>    JOSEPH CENTRELLA (05-03164)<br>HEAVNER, BARBARA (tolled)<br>HUNT, ROBERT (06-01505)<br>ROGERS, HOWARD (tolled) | * | MAG. JUDGE KNOWLES |
| Individuals, | * | |
|     Plaintiffs, | * | |
|     v. | * | |
| MERCK & CO., INC., | * | |
|     Defendant. | * | |

## DECLARATION OF MARK D. FISCHER

1.  My name is Mark Fischer and I am Chairman of the Law Firm Rawlings & Associates ("Rawlings") located at One Eden parkway, La Grange Kentucky, 40031

2.  Rawlings & Associates represents the Third Party Payers that provided some or all of the medical benefits to or on behalf of Movants Kjonaas, Kurelic, Rogers, and Centrella ("Movants").

3. Third Party Payers covering each of the Movants provided medical claims histories to The Garretson Firm ("Garrestson"), which is acting as the Lien Resolution Administrator.

4. Garretson is charged with the implementation and administration of the Private Lien Resolution Program ("PLRP") pursuant to the terms of the Settlement Agreement ("Agreement") between the Plaintiffs' Steering Committee ("PSC") and Counsel for the Third Party Payers ("TPPC") entered into On January 1[5th], 2009.

5. In March of 2009, Rawlings and Garretson negotiated and agreed on the diagnostic and procedure code sets that would be used by Garretson to determine initial escrow amounts and the audited lien amounts for individuals participating in the PLRP.

6. Garretson requested that Third Party Payers ("TPPs") provide medical claims histories that ran from a year prior to the date of the onset of the claimed adverse event through November 9, 2007 and the TPPs complied with that request to the extent it had medical histories which covered some or all of the requested time frame.

7. Garretson requested that the medical claims data submitted by TPPs highlight and totaled those medical claims that matched with one of the agreed upon codes, as well as other medical claims that had been incurred on the same date in order to ensure that audited lien amounts would be for Vioxx related expenses.

8. The highlights were color coded to distinguish between claims that matched the agreed upon codes and those medical expenses that were incurred on the same day in order to make it easy to spot trends in the medical histories of all ECs.

9. Garretson has the sole responsibility to make determinations with respect to the amounts to be escrowed, as well as the sole responsibility for providing the TPPs with audited lien amounts, which are then subject to approval by the TPPs.

10. Due to a payment deadline of September 29, 2009 to report holdbacks to the claims administrator, Garretson applied the 15% (plus $150 LRA fee) holdback across *all* participating ECs until such a time as an audited lien amount could be determined. *See,* E-Mail from Garretson to Mark D. Fischer dated November 4th, 2009, marked hereto as Exhibit 1.

11. On November 4th, Garretson provided Rawlings with a history and status report on the Movants insured by the clients represented by Rawlings. This report is attached to this Declaration as Exhibit 1.

12. Garretson received the medical claims history for Lonnie Lee Kjonaas on July 29th, 2009. The amount escrowed on September 29, 2009 for satisfaction of the PLRP obligation was $80,469.45. On October 20, 2009, Garretson reduced the escrowed amount to $978.82 and has calculated an initial audited lien amount of 1,657.64. *See,* Exhibit 1.

13. Garretson received the medical claims history for Howard Rogers on September 1st, 2009. The amount escrowed on September 29, 2009 for satisfaction of the PLRP obligation was $93,184.16. On October 20, 2009, Garretson reduced the escrowed amount to $2,385.09 and has calculated an initial audited lien amount of $2,434.45. *See,* Exhibit 1.

14. Garretson received the medical claims history for Joseph Centrella on September 1st, 2009. The amount escrowed on September 29, 2009 for satisfaction of the PLRP obligation was $76,690.01. On October 20, 2009, Garretson reduced the escrowed amount to $424.73 and has calculated an initial audited lien amount of $549.46. *See,* Exhibit 1.

15. Garretson received the medical claims history for Nola W. Kurelic on September 18th, 2009 which demonstrated a paid claims history of $2,961,519.06. The amount escrowed for the satisfaction of the lien $60,204.26. On October, 30th Garretson reduced the escrowed amount to $26,993.21. The amount of the initial paid claims triggered an investigation by both Garretson and Rawlings which necessitated a re-run of the data. On November 4th, Rawlings submitted a paid claims history for Movant Kurelic in the amount $30,484.65 to Garretson. *See*, Exhibit 1. Rawlings is working with Garretson to finalize the audit in order to ensure the integrity of the process.

16. As of the date of this filing, no TPP represented by Rawlings has requested an audit of a lien amount.

_____
Mark D. Fischer

# Mark M. Sandmann

**From:** Jason Wolf (garretsonfirm) [jaw@garretsonfirm.com]
**Sent:** Wednesday, November 04, 2009 2:10 PM
**To:** Mark D. Fischer
**Cc:** Mark M. Sandmann; Matt Garretson (garretsonfirm); Ryan Carl
**Subject:** PLRP Holdback Provisions

**Importance:** High

Good afternoon Mark,

Per your request, I have populated below the claims processing detail concerning the 4 claimants noted in the Beasley Allen Motion with PLRP holdbacks due to Rawlings claims production. All four claimants were similarly effected by a 15% (plus $150 LRA fee) PLRP holdback provision at the payment disbursement deadline of September 29, 2009 since TPPs were still submitting their claims up through and on the claims data deadline. Once all claims were secured, the Garretson Firm (LRA) instructed Brown Greer to have the escrow amounts reduced to 50% of the aggregated inbound lien value.

**Lonnie Lee Kjonaas** LRA received the first in-bound claims data on July 29th, 2009. The amount escrowed on September 29, 2009 for satisfaction of the PLRP obligation was 15% of gross award ($80,469.45). No additional claims were produced up through the Sept 29th deadline. On October 20, 2009, LRA reduced the escrowed amount to $978.82 (50% of the aggregated inbound liens plus $150.00). The audited lien amount is $1,657.64 (audited liens are still subject to Programs reductions and caps).

**Howard Rogers** LRA received the first in-bound claims data on September 1, 2009. The amount escrowed on September 29, 2009 for satisfaction of the PLRP obligation was 15% of gross award ($93,184.16). No additional claims were produced up through the Sept 29th deadline. On October 20, 2009, LRA reduced the escrowed amount to $2,385.09 (50% of the aggregated inbound liens plus $150.00). The audited lien amount is $2,434.45 (audited liens are still subject to Programs reductions and caps).

**Joseph Centrella** LRA received the first in-bound claims data on September 1, 2009. The amount escrowed on September 29, 2009 for satisfaction of the PLRP obligation was 15% of gross award ($76,690.01). No additional claims were produced up through the Sept 29th deadline. On October 20, 2009, LRA reduced the escrowed amount to $424.73 (50% of the aggregated inbound liens plus $150.00). The audited lien amount is $549.46 (audited liens are still subject to Programs reductions and caps).

**Nola W. Kurelic** LRA received the first in-bound claims data on September 18, 2009. The amount escrowed on September 29, 2009 for satisfaction of the PLRP obligation was 15% of gross award ($60,204.26.). Corrected paid values were produced November 2, 2009. On October 30, 2009, LRA reduced the escrowed amount to $26,993.21 (50% of the aggregated inbound liens plus $150.00). LRA is in the process of auditing this claims summary.

Please call with any additional questions.

Jason Wolf, Managing Director
The Garretson Firm Resolution Group, Inc.
5200 Park Road, Suite 200
Charlotte, NC 28209
office 704.559.4300  cell 704.906.1122

This transmission is intended for the sole use of the individual or entity to whom it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify The Garretson Firm immediately by calling 1-888-556-7526, or by reply to this transmission.