UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
   *Nola Kurelic v. Merck & Co., Inc.*, **Case No. 05-2101**
   *Joan Kjonaas v. Merck & Co., Inc.*, **Case No. 06-5654**
   *Kathryn M. Centrella v. Merck & Co., Inc.*, **Case No. 05-3164**
   *Barbara Heavner v. Merck & Co., Inc.*, **Tolled**
   *Robert Hunter v. Merck & Co., Inc.*, **Case No. 06-1505**
   *Howard Rogers v. Merck & Co., Inc.,* **Tolled**

## ORDER

IT IS ORDERED that the Plaintiff's Motion for Relief from Private Lien Resolution Agreement (Rec. Doc. 25895) shall be set for hearing WITH ORAL ARGUMENT on Wednesday, November 18, at 2:00 p.m.

New Orleans, Louisiana, this 5th day of October, 2009.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

1