# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE, FENFLURAMINE, DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: | : : | |
| SHEILA BROWN, et al. | : : | |
| v. | : : | |
| AMERICAN HOME PRODUCTS CORPORATION | : : | CIVIL ACTION NO. 99-20593 |

**PRETRIAL ORDER NO. 7437**

AND NOW, this 25th day of September, 2007, after a telephone conference with counsel, it is hereby ordered that:

(1) the motion of Freedland Russo Behren & Sheller and Raymond W. Valori, P.A. for leave to conduct discovery in accordance with Pretrial Order No. 7031 is GRANTED in part and DENIED in part;

(2) counsel for movant may take the deposition of Michael D. Fishbein, Esquire on or before September 28, 2007;

(3) questions at said deposition shall be limited to the January 29, 2007 Agreement between Levin, Fishbein, Sedran and Berman, the Plaintiffs' Management Committee, and the Major Filers, its terms, and its meaning;

(4) said deposition shall take place under the supervision of the Special Master, Gregory P. Miller, Esquire, and shall last no more than two hours; and

(5)  movant shall obtain and pay for an expedited transcript of the deposition, to be available within 24 hours after the completion of said deposition, for the use of the deponent.

BY THE COURT:

_____ C.J.