U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   NOV - 5 2009

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 09-30563

CV 05-1657-L

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

United States Court of Appeals
Fifth Circuit

**FILED**
November 4, 2009

Charles R. Fulbruge III
Clerk

---

GEORGE WILLIE BUFORD, III,

    Plaintiff - Appellant

v.

MERCK AND COMPANY INC,

    Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

    Under 5th Cir. R.42.3, the appeal is dismissed as of November 4, 2009, for want of prosecution. The appellant failed to timely file appellant's brief.

                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              By: _____
                              Chris P. Descant, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

*Dismissal Order  LR42- DIS2*

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
                Deputy
New Orleans, Louisiana    NOV 0 4 2009

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 04, 2009

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 09-30563, In re: Vioxx Products
        USDC No. 2:05-MD-1657
        USDC No. 2:09-CV-48

Enclosed is a copy of the judgment issued as the mandate.

                              CHARLES R. FULBRUGE III, Clerk

                              By: _____
                              Chris P. Descant, Deputy Clerk
                              504-310-7704

cc: w/encl:
    Mr. George Willie Buford
Mr. Douglas Marvin
Ms. Dorothy Hudson Wimberly
Mr. Phillip A Wittmann

*Mandate Issued - MDT-1 (all)*