MARILYN EGGLESTON, et al.,          )
                                    )
                                    )
                                    )          IN THE UNITED STATES
              Plaintiffs,           )          DISTRICT COURT FOR THE
                                    )          EASTERN DISTRICT OF
                                    )          LOUISIANA
v.                                  )
                                    )          Case Code Number: 1657
                                    )          Docket Number: 06-7084
MERCK & CO., INC.,                  )
                                    )          STIPULATION OF DISMISSAL
              Defendant.            )          WITH PREJUDICE
                                    )          AS TO ALL DEFENDANTS

        Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiff **Rosie Lee Thomas** against defendant Merck & Co., Inc. and all other

named defendants be dismissed in their entirety with prejudice, each party to bear its own

costs.


_____            _____
Hector G. Gancedo                    Stephen G. Strauss
Gancedo & Nieves LLP                 Bryan Cave LLP
418 N. Fair Oaks Avenue,             211 N. Broadway, Suite 3600
Suite 202                            St. Louis, MO 63102
Pasadena, CA 91103                   (314) 259-2000 Tel
(626) 685-9800                       (314) 259-2020 Fax
Attorney for Plaintiff

                                     Phillip A. Wittmann
                                     Dorothy H. Wimberly
                                     Stone Pigman Walther
                                     Wittmann LLC
Dated: 10|15|08                      546 Carondelet Street
                                     New Orleans, LA 70130
                                     (504) 581-3200 Tel
                                     (504) 581-3361 Fax

                                     Attorneys for Merck & Co, Inc.

                                     Dated: 11-5-09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of November, 2009.

*/s/ Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.