**MINUTE ENTRY**
**FALLON, J.**
**NOVEMBER 5, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| 05-3700, STATE OF LOUISIANA, | : | JUDGE FALLON |
| ex rel. JAMES D. CALDWELL, | : | MAG. JUDGE KNOWLES |
| ATTORNEY GENERAL | : | |

On this date, a status conference was held in the Chambers of Judge Eldon E. Fallon. Brian Anderson, and Phillip Yannella participated on behalf of the Defendant.  Jim Dugan, Doug Plymale, and Dawn Barrios participated on behalf of the Plaintiff.  At the conference, the parties discussed the status of the case and the progress of discovery.

At the conference, the parties discussed Plaintiff's request for an extension of time to serve their expert report regarding damages.  Plaintiff indicated that they are in the process of obtaining a large amount of IMS data and that they will therefore be unable to meet the deadline as it currently stands.  Accordingly, IT IS ORDERED that the Plaintiff's request for an extension is GRANTED.  Plaintiff shall have 22 days following the receipt of the IMS data to serve their damages expert report on the Defendant.  All deadlines associated with this expert report shall accordingly be extended.

IT IS FURTHER ORDERED that a status conference will be held in the above captioned case to further discuss these issues on December 3, 2009, immediately following the monthly status conference.  At this conference, the parties should be prepared to discuss proposals for

1

JS10(00:30)

new deadlines regarding the Plaintiff's expert report on damages.

