# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| *Kenneth Jenkins, et al.* | * | **JUDGE FALLON** |
| *v.* | * | |
| *Merck & Co., Inc.* | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| *Only with regard to:* | * | |
| *Delia Bryan* | * | |
| | * | |
| | * | |
| *Docket No. 2:06-cv-07116* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Delia Bryan in the above-captioned case be

and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.


_____

DISTRICT JUDGE