**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL CASES | : | MAG. JUDGE KNOWLES |

## LIAISON COUNSEL'S MOTION FOR LEAVE TO FILE REPLY BRIEF

In order to respond to the Motion filed by the PSC captioned THE PLAINTIFFS LIAISON COUNSEL'S RESPONSE IN OPPOSITION TO MR. STRATTON'S MOTION FOR A DISCOVERY/BRIEFING SCHEDULE RELATING TO THE COMMON BENEFIT FEE APPLICATION OBJECTIONS (Dckt#26699), liaison counsel requests leave to file the attached reply.

THE PLAINTIFFS,

By _____
MICHAEL A. STRATTON
CT 08166
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
TEL: 203-624-9500
FAX: 203-624-9100
mstratton@strattonfaxon.com

## ORDER

AND NOW, this _____ day of November, 2009, upon consideration of Plaintiff's Motion for Leave to File Reply Brief, IT IS HEREBY ORDERED that Plaintiff's motion with respect to the instant matter is GRANTED / DENIED.

BY THE COURT:

_____
Daniel E. Knowles, III U.S.D.J.

## CERTIFICATION OF SERVICE

I hereby certify that the above and forgoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 10th day of November, 2009.

_____
Michael A. Stratton