From: Edward Blizzard [mailto:eblizzard@blizzardlaw.com]
Sent: Monday, February 04, 2008 10:28 AM Central Standard Time
To: John Eddie Williams Jr.
Cc: Seeger, Chris; Andy Birchfield; Arnold Levin; tgirardi@girardikeese.com; rherman@hhkc.com
Subject: Objections to attorneys fees

You called me and asked whether the Plaintiffs' Negotiating Committee ("PNC") believes that a lawyer who enrolls clients in the Settlement is waiving his or her right to object to common benefit fee and expense issues.

I have consulted with the other members of the PNC and we all agree that by enrolling clients in the Settlement you are not waiving any right to later object to the amount of common benefit holdbacks or awards for fees or expenses. We anticipate that the Court will adopt a specific protocol for the submission of common benefit time and expenses and that all counsel will be given an opportunity to object.

Let me know if you need any further clarification