# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX <br> PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION I (3) |
| THIS DOCUMENT RELATES TO <br> ALL CASES | JUDGE FALLON <br> MAG. JUDGE KNOWLES |

## ORDER

AND NOW, this _____ day of November, 2009, upon consideration of Plaintiff's Motion for Leave to File Reply Brief, IT IS HEREBY ORDERED that Plaintiff's motion with respect to the instant matter is GRANTED / DENIED.

BY THE COURT:

_____
Daniel E. Knowles, III U.S.D.J.