UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                      :     MDL NO. 1657
     PRODUCTS LIABILITY LITIGATION         :     SECTION: L
                                                  :
                                                  :     JUDGE FALLON
                                                  :     MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:        ALL CASES**

## ORDER

IT IS ORDERED that the status conference originally scheduled for Monday, November 9, 2009, at 1:30 p.m., to discuss the Motion for a Discovery/Briefing Schedule Relating to the Common Benefit Fee Application Objections (Rec. Doc. 25255), IS RESCHEDULED for Wednesday, November 18, 2009, at 3:00 p.m.  Representatives of the common benefit fee applicants, Liaison Counsel for the objectors, and Defendant's Liaison Counsel are directed to attend.

New Orleans, Louisiana, this 9th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE

1