UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

---

**THIS DOCUMENT RELATES TO**: Gene Weeks v. Merck & Co., Inc.,
Case No.: 05-CV-4578

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiff's Demand for Production of Documents this 11th day of November on Defendant's Liaison Counsel, Phillip A. Wittman, Esq., Stone Pigman Walther Wittmann, LLC, 546 Carondelet Street, New Orleans, LA 70130 by ECF and U.S. Mail and upon Maria D. Tejedor, Esq., by ECF and U.S. Mail and upon all parties, by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of November, 2009.

Dated: November 11, 2009
Binghamton, New York

_____
MARYA C. YOUNG, Esq.