SHIRLEY HENSLEY and              )          IN THE UNITED STATES
DEBBIE HENSLEY,                  )          DISTRICT COURT FOR THE
                                 )          EASTERN DISTRICT OF
            Plaintiffs,          )          LOUISIANA
                                 )
v.                               )          **Case Code Number: 1657**
                                 )          **CASE NO.: 05-3554**
                                 )
MERCK & CO., INC.,               )          **STIPULATION OF DISMISSAL**
                                 )          **WITH PREJUDICE**
            Defendant.           )          **AS TO ALL DEFENDANTS**
                                 )

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiffs **Shirley Hensley** and **Debbie Hensley** against defendant Merck &

Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each

party to bear its own costs.


R. ERIC KENNEDY, ESQ. (#0006174)          Stephen G. Strauss
DAVID C. LANDEVER, ESQ. (#0065377)        Bryan Cave LLP
DANIEL P. GOETZ, ESQ. (#0065549)          211 N. Broadway, Suite 3600
WEISMAN, GOLDBERG &                       St. Louis, MO 63102
    WEISMAN CO., L.P.A.                    (314) 259-2000 Tel
101 Prospect Avenue, West                 (314) 259-2020 Fax
1600 Midland Building
Cleveland, Ohio 44115                     Phillip A. Wittmann
(216) 781-1111                            Dorothy H. Wimberly
Fax: (216) 781-6747                       Stone Pigman Walther
ekennedy@weismanlaw.com                   Wittmann LLC
dlandever@weismanlaw.com                  546 Carondelet Street
dgoetz@weismanlaw.com                     New Orleans, LA 70130
                                          (504) 581-3200 Tel
                                          (504) 581-3361 Fax

                                          Attorneys for Merck & Co., Inc.

Dated: 11|29|08                           Dated: 11-6-09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of November, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.