UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br> <br> THIS DOCUMENT RELATES TO: <br> <br> <br> Estate of KATHRYN L. OVERTON, deceased, <br> IRENE KIDWELL, individually and, <br> as Trustee of the Estate of <br> KATHRYN LOTHELIA OVERTON | MDL NO. 1657 <br> <br> SECTION "L" <br> <br> JUDGE FALLON <br> DOCKET NO. <br> 05-0530 <br> <br> Civil Action No.: <br> 2:06-CV-03614 |

**Plaintiffs' Petition Respecting**
**Distribution of Special Master's Award**

Claimant Irene Kidwell, as Trustee of the Estate of Kathryn Loethelia Overton ("Claimant") respectfully petitions this Court to approve the distribution of the final payment of the award (the "Award") made by the Vioxx Claims Administrator (the "Final Payment") pursuant to the Vioxx Settlement Program (the "Program") to the beneficiaries of Kathryn Lothelia Overton ("Decedent"). In support of the Petition, Claimant respectfully state as follows:

1. On June 5, 2009, this Court entered an order approving the distribution of the interim payment of the Award proposed by Claimant.

2. Pursuant to Article 4 of the MSA, the Claims Administrator issued the MI Final Settlement Payment, dated September 30, 2009, of $147,135.46.

3. Pursuant to Article 9 of the MSA, the Claims Administrator deducted the 8% common benefit attorney fees and the 1% common benefit attorney costs in the amounts of $19,975.00 and $2,496.88, respectively.

4. Pursuant to Article 12 of the MSA, the Claims Administrator deducted the Third Party Providers/Payors Liens from the final settlement payment in the amount of $2,581.14.

5. Pursuant to Article 4 of the MSA, the Claims Administrator then distributed on October 8, 2009, the net amount of the MI Final Settlement Payment in the amount of $122,082.44 to the Claimant.

1

.   6.   Counsel for Claimant has submitted a declaration in connection with this Petition which, *inter alia*, (i) identifies the wrongful death beneficiaries of the Decedent (the "Beneficiaries"), (ii) sets forth the basis upon which such beneficiaries are legally entitled to share in the Award, (iii) sets forth the amount of attorneys' fees and costs to be paid from the Award, and (iv) sets forth the proposed distribution of the Award, to which all the Beneficiaries have agreed.

Accordingly, Claimant requests that her proposed distribution be approved.

DATED: October 26, 2009

Respectfully submitted,

Mark T. Hurt
150 W. Main Street
Abingdon, VA 24210
(276) 623-0808 ph
(276) 623-0808 fax

**COUNSEL FOR CLAIMANT**