# MARK T. HURT
## ATTORNEY AT LAW

159 WEST MAIN STREET
ABINGDON, VIRGINIA 24210

PHONE: (276) 623-0808
FAX: (276) 623-0212
EMAIL: markthurt@yahoo.com

October 26, 2009

*Federal Express*
*8624 5976 6999*

The Honorable Eldon E. Fallon
District Court for the Eastern District
 of Louisiana
500 Pydras Street
Room C-456
New Orleans, LA 70130

RECEIVED
OCT 27 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

      RE:    *Vioxx Settlement - Estate of Kathryn L. Overton*
              MDL No.: 1657
              Civil Action No.: 2:06-CV-03614

Dear Judge Fallon:

     Pursuant to my paralegal's conversation with your law clerk, Jared, I am enclosing for filing under seal, a Plaintiff's Petition Respecting Distribution of Special Master's Award, a Declaration of Counsel for Claimant Respecting Distribution of Special Master's Award, and proposed order relevant to the final settlement in the above captioned matter. Please return a copy of the attested Order to our office in the enclosed pre-paid envelope.

     If you have any questions or concerns, please call me or my paralegal, Terry Schruefer.

                                          Very truly yours,

                                          Mark T. Hurt

MTH/tfs
Enclosures

cc:    Irene Kidwell, Personal Representative of the
       Estate of Kathryn L. Overton