**CERTIFICATE/LETTER OF QUALIFICATION**
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 6.1-70, 6.1-195.28, 6.1-208.3, 6.1-208.5, 13.1-428, 37.1-134.15, 64.1-122, 64.1-128

Lee County Circuit Court                              Court File No.: CWF050000289

      I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on the eighteenth day of **November, 2005,**

**Irene Kidwell**

duly qualified in this court, under applicable provisions of law, as **ADMINISTRATOR** under Va. Code § 8.01-50

of the Estate of **Kathryn Lothelia Overton**, deceased.

      The powers of the fiduciary(ies) named above continue in full force and effect.

$.00 bond has been posted.

Given under my hand and the seal of this Court on

November 18, 2005
DATE

                                    Beverly Anderson, Clerk

                                  by _____, Clerk/Deputy Clerk

EXHIBIT A
Blumberg No. 5118

FORM CC-1625 (w) PC 9/97

VIRGINIA:   IN THE CIRCUIT COURT OF LEE COUNTY

COURT FILE NO. CWF050000289

This day came Irene Kidwell who requested appointment as Administrator of the estate of KATHRYN LOTHELIA OVERTON, deceased, for purposes established under Code of Virginia section 8.01-50 et seq., and

It appears that the decedent Kathryn Lothelia Overton resided at Route 1, Clairfield, TN 37715, in Clairborne County, and died on November 18, 2003.

It appearing that Irene Kidwell is duly qualified and would faithfully perform all the duties of the fiduciary office, it is hereby ORDERED that Irene Kidwell be qualified as Administrator of the Estate of Kathryn Lothelia Overton, deceased, for the purposes set out above.

Thereupon Irene Kidwell made Oath as the law directs and entered and acknowledged bond in the penalty of $500.00, without surety, and conditioned according to law, certificate is granted to Irene Kidwell as ADMINISTRATOR of the ESTATE of Kathryn Lothelia Overton, deceased, for the purposes established under Code of Virginia section 8.01-50 et seq., as amended, in due form.

Beverly Anderson, Clerk

_____ Deputy Clerk
November 18, 2005

**LIST OF HEIRS**
COMMONWEALTH OF VIRGINIA

Lee County Circuit Court

Case No.: <u>CWF050000289</u>

<u>Kathryn Lothelia Overton</u>
NAME OF DECEDENT

November 18, 2003
DATE OF DEATH

I/We, the undersigned, hereby state under oath that the following are all of the heirs of the Decedent:

| NAMES OF HEIRS | ADDRESSES | RELATIONSHIP | AGE |
|---|---|---|---|
| Irene Kidwell | Route 2, Box 603 Ewing, VA 24248 | Daughter | Adult |
| Larry Overton | Clairfield, TN | Son | Adult |
| Lawrence Overton | Lima, OH | Son | Adult |
| Douglas Overton | Fostoria, OH | Son | Adult |
| Dewey Overton | Deceased (1975) | | |
| Dewey Richard Overton, Jr. | Durham, NC | Grandson | Adult |

I/we am/are (please check one):

☐ Proponent(s) of the will (no qualification)

☒ Personal representative(s) of the decedent's estate

☐ Heir-at-law of intestate decedent (no qualification within 30 days following death)

Given under my/our hand this **eighteenth** day of **November, 2005**
DATE

<u>Irene Kidwell</u>
PRINTED NAME OF SUBSCRIBER

/s/ Irene Kidwell
SIGNATURE OF SUBSCRIBER

_____
PRINTED NAME OF SUBSCRIBER

_____
SIGNATURE OF SUBSCRIBER

_____
PRINTED NAME OF SUBSCRIBER

_____
SIGNATURE OF SUBSCRIBER

State of Virginia

Lee County, to-wit:

Subscribed and sworn to before me by **Irene Kidwell**

this **eighteenth** day of **November, 2005**

My commission expires: .................................................................

/s/ _____
CLERK/DEPUTY CLERK/NOTARY PUBLIC

VIRGINIA: In the Clerk's Office of the Lee County Circuit Court this **eighteenth** day of **November, 2005** the foregoing LIST OF HEIRS was filed and admitted to record.

Teste: Beverly Anderson
CLERK

by _____, Deputy Clerk

FORM CC-1611 (w) (MASTER) PC 12/98
VA. CODE § 64.1-134

FILED PSL

STATE OF MINNESOTA     06 MAY 30 AM 11:25                    DISTRICT COURT

COUNTY OF HENNEPIN                                  FOURTH JUDICIAL DISTRICT
BY _____ DEPUTY
HENN CO. DISTRICT                                   CASE TYPE: WRONGFUL DEATH
COURT ADMINISTRATOR

---

In the Matter of the Appointment              Court File No.
of a Trustee for the heirs of
Kathryn Lothella Overton, Decedent.            **ORDER APPOINTING TRUSTEE**

---

Based upon the Petition for Appointment of Trustee and Oath of Petitioner for an order of formal appointment of Irene Kidwell as trustee, the undersigned Judge having heard and considered such Petition, being fully advised in the premises,

IT IS HEREBY ORDERED THAT, Irene Kidwell be appointed trustee to maintain the action described in said Petition and that no bond be posted.

Dated:                                         BY THE COURT

                                               _____
                                               Judge of District Court
                                               **PATRICIA L. BELOIS**
                                               Judge of District Court

                                               MAY 3 0 2006

EXHIBIT B

## Beneficiary Irene Kidwell Consent To
## Proposed Distribution Of Final Award

The undersigned confirms that she is a daughter of Kathryn Lothelia Overton, and agrees and consents to the distribution by the United States District Court for the Eastern District of Louisiana (the "Court") of the MI Final Settlement Payment of $147,135.46 received by plaintiff Irene Kidwell in the case of In Re: Vioxx Product Liability Litigation (Estate of Kathryn Lothelia Overton, Irene Kidwell, Individually and as Trustee of the Estate), MDL 1657, Docket 05-0530 (Civil Action No.: 2:06-CV-03614), currently pending before the Court, as requested in Plaintiffs' Petition Respecting Distribution of Special Master's Award, which request is as follows:

| | |
|---|---:|
| Common Benefit - attorneys fees<br>8% of total payment of $249,687.54<br>(the interim payment was $102,552.08) | $19,975.00 |
| Common Benefit - reimbursable expenses | 2,496.88 |
| Third Party Provider/Payors Lien - Medicare | 2,581.14 |
| Counsel for Claimant – attorney fees<br>(24%) of total payment ($249,687.54)<br>less payment of attorneys fee of $32,816.64<br>from interim payment | 27,108.38 |
| Counsel for Claimant – reimbursable costs | 78.35 |

**Payments to Beneficiaries**

| | |
|---|---:|
| Irene Kidwell | $18,979.14 |
| Larry Overton | $18,979.14 |
| Lawrence Overton | $18,979.14 |
| Douglas Overton | $18,979.14 |
| Dewey R. Overton, Jr. | $18,979.14 |

Dated: 10-13-09

*Irene Kidwell*
Irene Kidwell


EXHIBIT C

## Beneficiary Larry Overton Consent To
## Proposed Distribution Of Final Award

The undersigned confirms that he is a son of Kathryn Lothelia Overton, and agrees and consents to the distribution by the United States District Court for the Eastern District of Louisiana (the "Court") of the MI Final Settlement Payment of $147,135.46 received by plaintiff Irene Kidwell in the case of In Re: Vioxx Product Liability Litigation (Estate of Kathryn Lothelia Overton, Irene Kidwell, Individually and as Trustee of the Estate), MDL 1657, Docket 05-0530 (Civil Action No.: 2:06-CV-03614), currently pending before the Court, as requested in Plaintiffs' Petition Respecting Distribution of Special Master's Award, which request is as follows:

Common Benefit - attorneys fees
    8% of total payment of $249,687.54
    (the interim payment was $102,552.08)      $19,975.00

Common Benefit - reimbursable expenses      2,496.88

Third Party Provider/Payors Lien - Medicare      2,581.14

Counsel for Claimant – attorney fees
    (24%) of total payment ($249,687.54)
    less payment of attorneys fee of $32,816.64
    from interim payment      27,108.38

Counsel for Claimant – reimbursable costs      78.35

Payments to Beneficiaries

Irene Kidwell      $18,979.14

Larry Overton      $18,979.14

Lawrence Overton      $18,979.14

Douglas Overton      $18,979.14

Dewey R. Overton, Jr.      $18,979.14

Dated: Oct. 13, 2009

*Larry Overton* (signature)
Larry Overton


EXHIBIT D

## Beneficiary Lawrence Overton Consent To
## Proposed Distribution Of Final Award

The undersigned confirms that he is a son of Kathryn Lothelia Overton, and

The undersigned confirms that he is a son of Kathryn Lothelia Overton, and

agrees and consents to the distribution by the United States District Court for the Eastern District of Louisiana (the "Court") of the MI Final Settlement Payment of $147,135.46 received by plaintiff Irene Kidwell in the case of In Re: Vioxx Product Liability Litigation (Estate of Kathryn Lothelia Overton, Irene Kidwell, Individually and as Trustee of the Estate), MDL 1657, Docket 05-0530 (Civil Action No.: 2:06-CV-03614), currently pending before the Court, as requested in Plaintiffs' Petition Respecting Distribution of Special Master's Award, which request is as follows:

| | |
|---|---:|
| Common Benefit – attorneys fees<br>8% of total payment of $249,687.54<br>(the interim payment was $102,552.08) | $19,975.00 |
| Common Benefit – reimbursable expenses | 2,496.88 |
| Third Party Provider/Payors Lien – Medicare | 2,581.14 |
| Counsel for Claimant – attorney fees<br>(24%) of total payment ($249,687.54)<br>less payment of attorneys fee of $32,816.64<br>from interim payment | 27,108.38 |
| Counsel for Claimant – reimbursable costs | 78.35 |

**Payments to Beneficiaries**

| | |
|---|---:|
| Irene Kidwell | $18,979.14 |
| Larry Overton | $18,979.14 |
| Lawrence Overton | $18,979.14 |
| Douglas Overton | $18,979.14 |
| Dewey R. Overton, Jr. | $18,979.14 |

Dated: 10-21-09

_____
Lawrence Overton

EXHIBIT E
Blumberg No. 5118

## Beneficiary Douglas Overton Consent To Proposed
## Distribution Of Final Award

The undersigned confirms that he is a son of Kathryn Lothelia Overton, and agrees and consents to the distribution by the United States District Court for the Eastern District of Louisiana (the "Court") of the MI Final Settlement Payment of $147,135.46 received by plaintiff Irene Kidwell in the case of In Re: Vioxx Product Liability Litigation (Estate of Kathryn Lothelia Overton, Irene Kidwell, Individually and as Trustee of the Estate), MDL 1657, Docket 05-0530 (Civil Action No.: 2:06-CV-03614), currently pending before the Court, as requested in Plaintiffs' Petition Respecting Distribution of Special Master's Award, which request is as follows:

| | |
|---|---:|
| Common Benefit - attorneys fees<br>8% of total payment of $249,687.54<br>(the interim payment was $102,552.08) | $19,975.00 |
| Common Benefit - reimbursable expenses | 2,496.88 |
| Third Party Provider/Payors Lien - Medicare | 2,581.14 |
| Counsel for Claimant – attorney fees<br>(24%) of total payment ($249,687.54)<br>less payment of attorneys fee of $32,816.64<br>from interim payment | 27,108.38 |
| Counsel for Claimant – reimbursable costs | 78.35 |

**Payments to Beneficiaries**

| | |
|---|---:|
| Irene Kidwell | $18,979.14 |
| Larry Overton | $18,979.14 |
| Lawrence Overton | $18,979.14 |
| Douglas Overton | $18,979.14 |
| Dewey R. Overton, Jr. | $18,979.14 |

Dated: 10-13-09

*Douglas Overton* (signature)
Douglas Overton


EXHIBIT F

## Beneficiary Dewey R. Overton, Jr. Consent To
## Proposed Distribution Of Final Award

The undersigned confirms that he is the only child of Dewey R. Overton, who predeceased his mother, Kathryn Lothelia Overton, and agrees and consents to the distribution by the United States District Court for the Eastern District of Louisiana (the "Court") of the MI Final Settlement Payment of $147,135.46 received by plaintiff Irene Kidwell in the case of In Re: Vioxx Product Liability Litigation (Estate of Kathryn Lothelia Overton, Irene Kidwell, Individually and as Trustee of the Estate), MDL 1657, Docket 05-0530 (Civil Action No.: 2:06-CV-03614), currently pending before the Court, as requested in Plaintiffs' Petition Respecting Distribution of Special Master's Award, which request is as follows:

| | |
|---|---:|
| Common Benefit - attorneys fees<br>    8% of total payment of $249,687.54<br>    (the interim payment was $102,552.08) | $19,975.00 |
| Common Benefit - reimbursable expenses | 2,496.88 |
| Third Party Provider/Payors Lien - Medicare | 2,581.14 |
| Counsel for Claimant – attorney fees<br>    (24%) of total payment ($249,687.54)<br>    less payment of attorneys fee of $32,816.64<br>    from interim payment | 27,108.38 |
| Counsel for Claimant – reimbursable costs | 78.35 |

**Payments to Beneficiaries**

| | |
|---|---:|
| Irene Kidwell | $18,979.14 |
| Larry Overton | $18,979.14 |
| Lawrence Overton | $18,979.14 |
| Douglas Overton | $18,979.14 |
| Dewey R. Overton, Jr. | $18,979.14 |

Dated: 12 October 2009

_Dewey R. Overton_
Dewey R. Overton, Jr.


EXHIBIT G

# MARK T. HURT
### ATTORNEY AT LAW

159 WEST MAIN STREET
ABINGDON, VIRGINIA 24210

PHONE: (276) 623-0808
FAX: (276) 623-0212
EMAIL: markthurt@yahoo.com

November 18, 2005

Ms. Irene Kidwell
Rt. 2, Box 603
Ewing, VA   24248

Dear Ms. Kidwell:

    This letter confirms in writing that you wish to retain me to represent you in connection with any and all claims that you may have against any and all persons arising out of your Mother, Kathryn Overton's use of the drug Vioxx and/or other drugs.

    You hereby agree to pay me a fee of forty percent (40%) of gross amounts recovered on your behalf for my professional services.

    I will advance on your behalf the funds to pay all court costs, expert witness fees, subpoena fees, deposition fees, transcript fees, postage, long-distance telephone expenses, the cost of filing supplies, and any other reasonable out-of-pocket expenses incurred by me in my investigation and prosecution of your claims and will obtain reimbursement out of the proceeds recovered.

    I am hereby authorized to investigate fully any claims you have.  If I decide that it is in your best interest to file a lawsuit or other legal proceeding on your behalf, I have the authority to prepare and prosecute these proceedings.  If, at any time, having made reasonable investigation and inquiry of your claims, I determine that it is not feasible or proper for me to prosecute your claims, I shall notify you of these facts in a timely fashion and may withdraw from representation under this agreement.

    You further agree that any proceeds of any recovery, whether they be by settlement, judgment, levy and execution or otherwise, are to be used to satisfy my fees; all costs and expenses of litigation which remain unpaid; and any and all unpaid bills of physicians, hospitals, medical expenses, expert witness fees and other related items.

    Additionally, if all or part of the prior costs have been paid by another source (i.e., Medicare), you agree that such source will be reimbursed out of any such proceeds to the extent required by law or in accordance with any lien. I have the authority and authorization to make such disbursements of those funds directly to Medicare, the doctors, hospitals or other persons concerned as is necessary.


EXHIBIT H

Ms. Irene Kidwell
November 18, 2005
Page 2 of 2

It is further understood and mutually agreed that neither you nor I will settle any claim arising out of this accident without first having obtained the consent of the other. It is understood and agreed that if one of us receives a settlement offer, it will be immediately forwarded to the other.

     I have your authorization and consent to employ any other lawyer as co-counsel, or participate in any class action on your behalf, in my discretion, if I deem such appointment or participation to be beneficial to your case. You agree that the co-counsel will also have the right to represent you in the prosecution of your claims. I will, however, have responsibility for paying the co-counsel, including any class counsel in a class action proceeding, out of my fee. It is understood that you have no other obligation to pay the co-counsel, but that any out-of-pocket expenses incurred by co-counsel shall be considered costs of litigation for which you are responsible. It is understood that the co-counsel will be available to you for consultation in this matter should you so desire.

Sincerely,

Mark T. Hurt

I understand and agree with the terms of the engagement as stated above.

x 11-18-05
Date

x Irene Kidwell
**Irene Kidwell** on behalf of
Kathryn Overton, deceased

## ITEMIZE EXPENSES
## IRENE KIDWELL

| Date | Amount | Description |
|---|---|---|
| 02/02/08 | $27.60 | Postage for Vioxx Settlement Releases to Claims Administrator |
| 03/25/08 | 10.70 | Postage for submission of pharmaceutical records to Claims Administrator |
| 07/17/09 | .80 | Pacer Research Fees |
| 10/12/09 | 24.25 | Postage for Final MI Payment Releases to Beneficiaries |
| 10/15/09 | <u>15.00</u> | Federal Express Fee for Filing of Final Payment Releases |
| TOTAL | $78.35 | |

EXHIBIT I

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:   *Irene Kidwell, individually and as trustee of the Estate of Kathryn Lothelia Overton, Deceased v. Merck & Co., Inc.*, No. 06-3614

## ORDER

The Court is in receipt of the attached Proposed Distribution of Award for the Estate of Kathryn Lothelia Overton, which shall be entered into the record UNDER SEAL.

The Court approves of the proposed distribution and authorizes counsel to distribute the award as set forth therein.

New Orleans, Louisiana, this 5th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE

CC:   Mark Hurt
      159 West Main Street
      Abingdon, VA 24210

1

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

EXHIBIT J