# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> Estate of KATHRYN L. OVERTON, deceased, <br> IRENE KIDWELL, individually and, <br> as Trustee of the Estate of <br> KATHRYN LOTHELIA OVERTON | MDL NO. 1657 <br><br> SECTION "L" <br><br> JUDGE FALLON <br> DOCKET NO. <br> 05-0530 <br><br> Civil Action No.: <br> 2:06-CV-03614 |

### Unopposed Order

Upon plaintiffs' petition respecting distribution of special master's award, the Court hereby **GRANTS** the petition and **ORDERS** that the MI Final Settlement Payment award be distributed as requested in the petition.

IT IS SO ORDERED this 12 day of October 2009.

_____
United States District Court Judge