# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Vioxx®                              *        MDL Docket No. 1657
**Product Liability Litigation**            *
                                            *        SECTION L
**This document relates to:**               *
                                            *
*Ida Lands, et al.*                         *        JUDGE FALLON
*v.*                                        *
*Merck & Co., Inc.*                         *        MAGISTRATE JUDGE KNOWLES
                                            *
*Only with regard to:*                      *
*Wallace Miller*                            *
                                            *
*Docket No. 2:06-cv-04063*                  *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Wallace Miller in the above-captioned case

be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 9th  day of _____November_____ , 2009.

<br>

_____
DISTRICT JUDGE