UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br>VIOXX PRODUCTS LIABILITY<br>LITIGATION<br><br>This document relates to:<br><br>249 particular Vioxx claimants for whom<br>Sol H. Weiss is registered as primary counsel<br>with the Vioxx Claims Administrator<br><br>and<br><br>31 particular Vioxx claimants for whom<br>James C. Peterson is registered as primary<br>counsel with the Vioxx Claims Administrator | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

SUPPLEMENTAL MOTION TO DISMISS ATTORNEY'S CHARGING LIEN
FILED ON BEHALF OF TERESA TORISEVA

A. Parties on whose behalf this motion is brought

1. The 249 Vioxx Claimants for whom Sol H. Weiss of the law firm of Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley PC (Anapol Schwartz) is registered with the Claims Administrator as primary counsel and from whose awards money is being, or will be, withheld by the Claims Administrator, pursuant to PTO 47, as a result of the charging lien. These claimants' cases were filed as lawsuits in New Jersey state court, and they are represented by the law firms of Anapol Schwartz; Hill, Peterson, Carper, Bee & Deitzler PLLC (Hill Peterson); Clark, Perdue & List LPA (Clark Perdue); and Attorney Barry Hill (Hill).

2. The 31 Vioxx Claimants for whom James C. Peterson of the Hill Peterson law firm is registered with the Claims Administrator as primary counsel and from whose awards money

- 1 -

is being, or will be, withheld by the Claims Administrator, pursuant to PTO 47, as a result of the charging lien. These were MDL 1657 cases, either by transfer from another federal court or under MDL 1657 tolling agreements. These claimants are represented by Hill Peterson, Clark Perdue, and Hill.

3. Anapol Schwartz on its own behalf, as attorneys with a fee interest in 249 of the awards from which the Claims Administrator is, or will be, withholding money as a result of the charging lien pursuant to PTO 47.

4. Hill Peterson on its own behalf, as attorneys with a fee interest in the 280 awards from which the Claims Administrator is, or will be, withholding money as a result of the charging lien pursuant to PTO 47.

5. Clark Perdue on its own behalf, as attorneys with a fee interest in the 280 awards from which the Claims Administrator is, or will be, withholding money as a result of the charging lien pursuant to PTO 47.

6. Hill on his own behalf, as an attorney with a fee interest in the 280 awards from which the Claims Administrator is, or will be, withholding money as a result of the charging lien pursuant to PTO 47.

7. Attorneys who referred many of the 280 claimants to Hill Peterson, Clark Perdue and/or Hill, and who have a fee interest in Vioxx Settlement awards to the claimants they referred.

## B. Motion

1. The parties identified above move the court to dismiss the purported attorney's charging lien filed on behalf of Attorney Teresa Toriseva on the following grounds.

a. The lien notice does not present this court with a justiciable controversy.

b. The relief requested in the lien notice cannot be granted without violating Due Process.

c. The lien notice does not allege sufficient facts to state a claim upon which relief can be granted.

2. If the court does not dismiss the lien notice, the parties move the court to order the attorney fee issue raised in the notice to be determined under the provisions of Section 8 of the Vioxx Master Settlement Agreement.

Sol H. Weiss
ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY PC
sweiss@anapolschwartz.com
1710 Spruce Street
Philadelphia PA 19103
215 735-1130 phone
215 735-2024  fax

James C. Peterson,
HILL, PETERSON, CARPER, BEE & DEITZLER PLLC
jcpeterson@hpcbd.com
NorthGate Business Park
500 Tracy Way
Charleston WV 25311
(304) 345-5667 phone
(304) 345-1519 fax

D. Andrew List
CLARK, PERDUE AND LIST LPA
alist@clarkperdue.com
471 East Broad Street, Suite 1550
Columbus OH 43215
614-460-1604 phone
614-469-1117 fax

Barry Hill
bhill@anapolschawartz.com
89 12th Street
Wheeling WV 26003
304.233.4966 phone
304.233.4969 fax


By Barry Hill

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing SUPPLEMENTAL MOTION TO DISMISS ATTORNEY'S CHARGING LIEN FILED ON BEHALF OF TERESA TORISEVA has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), upon counsel for Teresa Toriseva, Avrum Levicoff by email and regular mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 13th day of November, 2009.

Barry Hill
bhill@anapolschawartz.com
89 12th Street
Wheeling WV 26003
304.233.4966 phone
304.233.4969 fax