IN THE UNITED STATES DISTRICT COURT
FOR THE EANSTERN  DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA GUILBE MERCADO AND GUILLERMO RIVERA RIVERA and the conjugal partnership constituted between them.<br><br>Plaintiffs,<br><br>Vs.<br><br>MERCK & CO. INC., a New Jersey Corporation.<br><br>Defendant. | CIVIL CASE NO.: 05-2013(DRD)<br><br>MDL Docket No. 1657<br><br>RE: PERSONAL INJURY PRODUCT LIABILITY<br><br>PLAINTIFFS DEMAND TRIAL BY JURY |

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

RULE 41(a)(1)OF F.R.C.P.

COME NOW the Plaintiffs, ALICIA GUILBE MERCADO and GUILLERMO RIVERA RIVERA and bring this action against the Defendant MERCK & CO., INC., a New Jersey Corporation, by and through their attorneys of record and allege the claims set forth herein:

Pursuant to Rule 41(a)(1) of The Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that all claims of plaintiff, Alicia Guilbe Mercado, and Guillermo Rivera Rivera as representative of, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own cost.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that Judgment be entered by this Honorable Court dismissing the claims, and any other remedy within the law.

1

RESPECTFULLY SUBMITTED, in New Orleans, Louisiana, this 16th day of

May, 2008.

S/FRANK POLA,JR.
. FRANK POLA, JR. (201306)
El Centro II, Suite 260
Muñoz Rivera Ave. #500
Hato Rey, P.R. 00918
Tel.  (787)250-6666
Fax: (787)250-7900
Emails:

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated:  11-13-09

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of November, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.