UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re:
VIOXX PRODUCTS LIABILITY
LITIGATION

This document relates to:

249 particular Vioxx claimants for whom
Sol H. Weiss is registered as primary counsel
with the Vioxx Claims Administrator

and

31 particular Vioxx claimants for whom
James C. Peterson is registered as primary
counsel with the Vioxx Claims Administrator

MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## NOTICE OF HEARING

**Matter to be heard:** Supplemental Motion to dismiss Attorney's Charging lien filed on behalf of Teresa Toriseva.

**Date and time of hearing:** December 16, 2009, at 9:00 am.

**Place:** United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans LA 70130, Fourth Floor, Courtroom C468.

**Judge:** Eldon E. Fallon

Barry Hill
bhill@anapolschawartz.com
89 12th Street
Wheeling WV 26003
304.233.4966 phone
304.233.4969 fax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF HEARING OF SUPPLEMENTAL MOTION TO DISMISS ATTORNEY'S CHARGING LIEN FILED ON BEHALF OF TERESA TORISEVA has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), upon counsel for Teresa Toriseva, Avrum Levicoff, by email and regular mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 13th day of November, 2009.

Barry Hill
bhill@anapolschawartz.com
89 12th Street
Wheeling WV 26003
304.233.4966 phone
304.233.4969 fax