UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br>VIOXX PRODUCTS LIABILITY<br>LITIGATION<br><br>This document relates to all cases | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## NOTICE OF HEARING

**Matter to be heard:** Motion to Amend Pretrial Order 47.

**Date and time of hearing:** December 16, 2009, at 9:00 am.

**Place:** United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans LA 70130, Fourth Floor, Courtroom C468.

**Judge:** Eldon E. Fallon

_/s/ Barry Hill_
Barry Hill
bhill@anapolschawartz.com
89 12th Street
Wheeling WV 26003
304.233.4966 phone
304.233.4969 fax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF HEARING OF MOTION TO AMEND PRETRIAL ORDER 47 has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), upon counsel for Teresa Toriseva, Avrum Levicoff, by email and regular mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court

for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 13th day of November, 2009.

Barry Hill
bhill@anapolschawartz.com
89 12th Street
Wheeling WV 26003
304.233.4966 phone
304.233.4969 fax