UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| This document relates to: | * * | SECTION L |
| William Everett Allen, et al. v. Merck & Co., Inc. | * * * * | JUDGE FALLON MAGISTRATE JUDGE KNOWLES |
| Only with regard to: Sharon Sumler, individually and as representative of the estate of Betty Jo Sumler | * * * * * | |
| Docket No. 2:05-cv-04421 | * | |

**************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Sharon Sumler, individually and as representative of the estate of Betty Jo Sumler, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.

_____
DISTRICT JUDGE