UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** All Cases

## ORDER

    IT IS ORDERED that the Motion to Establish Authority of the Lien Resolution Administrator to Resolve Claims for All Probate and Bankruptcy Related Cases (Rec. Doc. 26376) shall be set for hearing on Thursday, December 3, 2009, immediately following the monthly status conference. Responses to the motion, if any, shall be filed on or before Tuesday, November 24, 2009.

    New Orleans, Louisiana, this 13th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE

1