UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | MDL NO. 1657 |
|      Products Liability Litigation | ) | |
| | ) | SECTION: L |
| This Document Relates to: | ) | |
| | ) | HON. ELDON E. FALLON |
|     STATE OF LOUISIANA, ex rel. | ) | |
|     JAMES D. CALDWELL, | ) | MAG. JUDGE KNOWLES |
|     ATTORNEY GENERAL | ) | |
|          Plaintiff | ) | |
| | ) | |
|     versus | ) | |
| | ) | |
|     MERCK & CO., INC., | ) | |
|          Defendant | ) | |
| | ) | |
|     Case No. 05-3700 | ) | |

## PLAINTIFF'S LIST OF WITNESSES FOR TRIAL

NOW COME PLAINTIFFS, JAMES D. CALDWELL, by and through his undersigned

counsel, hereby identifies the following persons whom Plaintiffs may elect to call at trial, either

in person or by deposition.  This list does not include those witnesses from whom Plaintiff would

seek to introduce a counter-designation of prior deposition testimony if Defendant seeks to

introduce prior deposition testimony from the same witness.  Additional depositions will be

taken before trial and Plaintiff reserves the right to supplement this list to include some or all of

those additional depositions.  Plaintiff reserves the right to supplement or amend based upon any

ruling of the Court that affects the scope of evidence in this trial or if Defendant alters or amends

it's Witness List.  Plaintiff further reserves the right to withdraw any witnesses.  Plaintiff also

reserves the right to call, live or by deposition, any witnesses (i) identified by Defendant, (ii) for

which Defendant designates deposition testimony, (iii) who us identified hereafter through

discovery, or (iv) as may be called consistent with applicable law.  By identifying the witnesses

1

below, Plaintiff does not intend to waive any of its objections to deposition testimony, exhibits or

other evidence or argument.

1.  John D. Abramson
    Harvard Medical School
    25 Shuttuck Street
    Boston, MA 02115
    *Testimony:* Plaintiff's Marketing Expert

2.  David Anstice
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Merck President for Human Health. Anticipated testimony is
    reflected in witness' MDL deposition.

3.  Jerry Avorn, M.D.
    Division of Pharmacoepidemiology and Pharmacoecomics
    Brigham and Women's Hospitals
    1620 Tremont Street, Suite 3030
    Boston, MA 02120
    *Testimony:* Plaintiff's epidemiology expert.

4.  Susan Baumgartner
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Former Marketing Manager at Merck. Anticipated testimony is
    reflected in witness' MDL deposition.

5.  Ben Beardan
    Representative of Louisiana Department of Health and Hospitals

6.  Gina Biglane
    Representative of Louisiana Department of Health and Hospitals

7.  Mary Blake
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* manager of Public Affairs at Merck. Anticipated testimony is
    reflected in witness' MDL deposition.

8.  Ned Braunstein
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Director of Merck Research Laboratories Regulatory Affairs.
    Anticipated testimony will be reflected in witness' MDL deposition.

9.  Tom Cannell
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Former Executive Director of Vioxx Promotion and Sales for Merck,
    current Vice President of the Western Regional Business Group. Anticipated
    testimony is reflected in witness' MDL deposition.

10. Carolyn Cannuscio
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Former epidemiologist for Merck. Anticipated testimony is reflected
    in witness' MDL deposition.

11. J. Martin Carroll
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Former Executive Vice President, Primary Care Sales & Managed
    Care at Merck. Anticipated testimony is reflected in witness' MDL deposition.

12. Charles Castille
    Representative of Louisiana Department of Health and Hospitals

13. Gregory Curfman, M.D.
    10 Shattuck Street
    Boston, MA 02115 - 6094
    *Testimony:* Executive editor for the New England Journal of Medicine.
    Anticipated testimony is reflected in witness' MDL deposition.

14. Michael Davis
    Merck National Account Executive for relevant PBM
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

15. Laura Demopolous
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Former Senior Director of Cardiovascular Clinical Research at Merck.
    Anticipated testimony is reflected in witness' MDL deposition.

16. Mary Dermondy
    Merck Senior Director of Customer Marketing
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

17. Wendy Dixon
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Former Senior Vice President of Marketing for the US Human Health
    Division of Merck. Anticipated testimony is reflected in witness' MDL
    deposition.

18. Kerry Edwards
    Merck Regional Medical Director
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

19. John Fevurly
    National Account Executive for relevant PBM
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

20. Barry Gertz
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Executive Vice President of Clinical Research at Merck Research
    Laboratories. Anticipated testimony is reflected in witness' MDL deposition.

21. Raymond Gilmartin
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002
    *Testimony:* Former Chief Executive Officer of Merck & Co., Inc. Anticipated
    testimony is reflected in witness' MDL deposition.

22. Allan Goldberg
    Regional Medical Director
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

23. Dr. David Graham
    10903 New Hampshire Avenue
    Building 22, Room 4314
    Silver Spring, MD 20993
    *Testimony:* Medical Officer and Associate Director for Science and Medicine in
    the Office of Drug Safety for the Food & Drug Administration. Anticipated
    testimony is reflected in witness' MDL deposition.

24. Dr. David Y. Graham
    Michael E. DeBakey VAMC Rm 3A-320 (111D)
    2002 Holcombe Blvd.
    Houston, TX 77030
    *Testimony:* Plaintiff's Gastroenterology Expert

25. Chuck Grezlak
    Merck Government Affairs & Policy Official
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

26. David Hood
    Representative of Louisiana Department of Health and Hospitals

27. Jo Jerman
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Pharmaceutical Representative for Merck. Anticipated testimony is
    reflected in witness' MDL deposition.

28. Doug Jordan
    Merck National Account Executive
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

29. Neil L. Julie, M.D.
    15225 Shady Grove Road #103
    Rockville, MD 20850
    *Testimony:* Plaintiff's Gastroenterology Expert

30. Fran Kaiser
    Merck Regional Medical Director
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

31. Michael Kelly
    Merck Senior Director of Managed Care
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

32. Dr. David A. Kessler
    2715 Steiner Street
    San Francisco, CA 941123
    *Testimony:* FDA Expert

33. Marilyn Krahe
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Executive Business Director at Merck. Anticipated testimony is
    reflected in witness' MDL deposition.

34. Richard Kronmal
    University of Washington School of Public Health
    *CHS/MESA* Coord. Center
    Century Square
    1501 4th AVE
    Seattle, WA 98101
    *Testimony:* Plaintiff's biostatistics expert

35. Loren A. Laine, M.D.
    University of Southern California
    6033 W. Century Blvd. #920
    Los Angeles, CA 90089
    *Testimony*: Professor of medicine at the University of Southern California.
    Anticipated testimony regarding Vioxx.

36. Warren Lambert
    Merck Regional Business Director
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

37. Terry D. Leach
    Corporate Director of Pharmacy Services
    Fidelis Care of New York
    P.O. Box 112
    New Kingston, New York 12459
    *Testimony:* Plaintiff's PBM/P&T Expert

38. Terri Lee
    Merck Government Affairs & Policy Official
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

39. Wendy Lepore
    Merck Customer Manager
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

40. John Macgregor, M.D.
    Division of Cardiology
    San Francisco General Hospital, Room 5G1
    1001 Potrero Avenue
    San Francisco, CA 94110
    *Testimony:* Plaintiff's Cardiology Expert

41. Charlotte MeKines
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Executive Director of Integrated Marketing Communications for
    Merck. Anticipated testimony is reflected in witness' MDL deposition.

42. Thomas Musliner
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Executive Director of Clinical Research at Merck. Anticipated
    testimony regarding Vioxx.

43. Alan Nies
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002
    *Testimony:* Former Senior Vice President of Clinical Research at Merck Research
    Laboratories. Anticipated testimony is reflected in witness' MDL deposition.

44. Mary Ogle
    National Account Executive
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

45. Connie Pechmann
    1604 Harkness St.
    Manhattan Beach, CA 90266
    *Testimony:* Plaintiff's marketing expert.

46. Alise Reicin
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Vice President of Clinical Research at Merck Research Laboratories.

47. Ian Rodger, M.D.
    53 Ranch Rd.
    Brantford, Ontario, Canada N3T5Ml
    *Testimony:* Former employee at Merck. Anticipated testimony regarding Vioxx is
    reflected in witness' MDL deposition.

48. Nancy Santanello
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Executive Director of Epidemiology of Merck. Anticipated testimony
    is reflected in witness' MDL deposition.

49. Edward Scolnick
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002
    *Testimony:* Former President of Merck Research Laboratories. Anticipated
    testimony is reflected in witness' MDL deposition.

50. Beth Seidenberg
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002
    *Testimony:* Former Vice President of Clinical Research in Pulmonary
    Immunology. Anticipated testimony is reflected in witness' MDL deposition.

51. Steve Shearer
    Merck National Account Executive for relevant PBM
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

52. Deborah Shapiro
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Biostatistician in the Clinical Biostatistics and Research Decisions
    Sciences Department at Merck. Anticipated testimony is reflected in witness'
    MDL deposition.

53. Adam Schecter
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Vice President and General Manager of Merckl Schering-Plough
    Pharmaceutical. Anticipated testimony is reflected in witness' MDL deposition.

54. Lou Sherwood
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002
    *Testimony:* Former Senior Vice President of Medical Affairs at Merck.
    Anticipated testimony is reflected in witness' MDL deposition.

55. Robert Silverman
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Senior Director for Regulatory Affairs at Merck Research
    Laboratories. Anticipated testimony is reflected in witness' MDL deposition.

56. Thomas Simon
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Vice President of Clinical Sciences Operations Group at Merck.
    Anticipated testimony regarding Vioxx.

57. Mary J. Terrebonne
    Representative of Louisiana Department of Health and Hospitals

58. Eric Topol, M.D.
    c/o Mintz, Levin Cohn Ferris Glovsky and Poppeo P.c.
    One Financial Center
    Boston, MA 02111
    *Testimony:* Cardiologist. Anticipated testimony is reflected in witness' MDL
    deposition.

59. Holly Jacques Turner
    Merck Government Affairs Executive
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

60. Douglas Watson
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Director of Epidemiology of Merck. Anticipated testimony is
    reflected in witness' MDL deposition.

61. Doug Welch
    Merck National Account Executive
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas

62. Jan Weiner
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Executive Director of Public Affairs at Merck. Anticipated testimony is reflected in witness' MDL deposition.

63. Melwyn Wendt
    Representative of Louisiana Department of Health and Hospitals

64. Plaintiff's Expert Economists

65. Representative/Representatives of the Louisiana P&T Committee.

66. Representative/Representatives of the Department of Health and Hospitals.

67. Representative/Representatives of Unisys.

68. Representative/Representatives of Provider Synergies.

69. Any witness or rebuttal expert necessary for purposes of rebuttal.

70. Any witness that is discovered subsequent to the filing of this list.

Respectfully submitted, this 16th day of November, 2009.

**MURRAY LAW FIRM**

/s/   James R. Dugan, II
James R. Dugan, II,
Douglas R. Plymale
Justin Bloom
Stephen B. Murray, Jr.
Stephen B. Murray, Sr.
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone:    (504) 648-0180
Facsimile:    (504) 648-0181

James D. Caldwell
Attorney General
Trey Phillips
Bryan McMinn
L. Christopher Styron
Assistant Attorneys General
LOUISIANA DEPARTMENT OF JUSTICE
1885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

Counsel for Plaintiffs