UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>   Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, *ex rel.* JAMES D.<br>   CALDWELL, JR., Attorney General,<br><br>                    Plaintiff,<br><br>        versus<br><br>MERCK SHARP & DOHME CORP.,<br><br>                    Defendant.<br><br>Case No. 05-3700. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MERCK SHARP & DOHME CORP.'S FACT WITNESS LIST**

To:   Plaintiff, by and through its attorney of record, James R. Dugan, II, the Murray Law Firm, Suite 2150 Poydras Center, 650 Poydras, New Orleans, Louisiana 70130.

        COMES NOW, MERCK SHARP & DOHME CORP. ("Merck") and files this Fact Witness List pursuant to the Federal Rules of Civil Procedure and Pretrial Order No. 53 (Rec. Doc. No. 24543). Merck's potential fact witnesses are disclosed in the attached exhibit (Ex. A). Merck reserves the right to call any fact witness designated by the State of Louisiana and to supplement this designation as necessary and as permitted by the Court. Merck also reserves the right to call as a witness any custodian of documents and/or witnesses required to authenticate documents, including business records, medical records, or other records whose admissibility is disputed by any party. This list may be amended should any new individuals be identified in the course of discovery.

1

Respectfully submitted,

BAKER BOTTS L.L.P.

*/s/ Travis Sales*
Travis Sales
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
Telecopy: (713) 229-1522

ATTORNEYS FOR MERCK SHARP & DOHME CORP.

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopy: (504) 581-3361

DEFENDANTS' LIAISON COUNSEL

2

998915v.1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Merck Sharp & Dohme Corp.'s Fact Witness List has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of November, 2009.

                                                      */s/ Dorothy H. Wimberly*

998915v.1