**Exhibit A**
**Fact Witnesses**

**Merck Witnesses**

Merck witnesses may be contacted through Merck's counsel of record.

    Eliav Barr
    Merck Sharp & Dohme Corp.
    Unisys Building C
    785 Jolly Road
    UN-C141
    Merck Research Laboratories
    West Point, PA 19486-0004

    Charles Cairns
    Merck Sharp & Dohme Corp.
    One Merck Drive
    P.O. Box 100
    Whitehouse Station, NJ  08889-0100

    Michael Davis
    Merck Sharp & Dohme Corp.
    770 Sumneytown Pike
    West Point, PA  19454-2505

    Kerry Edwards
    Merck Sharp & Dohme Corp.
    351 N. Sumneytown Pike
    North Wales, PA  19454-2505

    John Fevurly
    Merck Sharp & Dohme Corp.
    770 Sumneytown Pike
    West Point, PA  19454-2505

    Allen Goldberg
    Merck Sharp & Dohme Corp.
    351 N. Sumneytown Pike
    North Wales, PA  19454-2505

    Doug Jordan
    Merck Sharp & Dohme Corp.
    351 N. Sumneytown Pike
    North Wales, PA  19454-2505

998924v.1

Fran Kaiser
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Warren Lambert
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Terri Lee
Merck Sharp & Dohme Corp.
770 Sumneytown Pike
West Point, PA  19454-2505

Wendy LePore
Merck Sharp & Dohme Corp.
770 Sumneytown Pike
West Point, PA  19454-2505

Briggs Morrison
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Mary Ogle
c/o Nelson A. Boxer
Alston + Bird, L.L.P.
90 Park Avenue
New York, New York 10016-1387
212.210.9470

Alise Reicin
Merck Sharp & Dohme Corp.
126 E. Lincoln Avenue
Rahway, NJ 07065

Nancy Santanello
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Adam Schecter
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Steve Shearer
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Scott Summers
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Holly Jacques Turner
Merck Sharp & Dohme Corp.
770 Sumneytown Pike
West Point, PA  19454-2505

Douglas Watson
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Doug Welch
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

998924v.1

**State of Louisiana Witnesses**

    Ben Bearden
    13604 Slalom Way Drive
    Prairieville, Louisiana 70769
    225.673.9548

    Gina Biglane
    University of Louisiana—Monroe
    College of Pharmacy
    700 University Avenue
    Monroe, Louisiana 71209
    318.342.1000

    Charles Castille
    Louisiana Department of Health & Hospitals
    628 N. 4th Street
    Baton Rouge, Louisiana 70821
    225.342.9500

    Mary J. Terrebonne
    Louisiana Department of Health & Hospitals
    628 N. 4th Street
    Baton Rouge, Louisiana 70821
    225.342.9500

    Melwyn Wendt
    Louisiana Department of Health & Hospitals
    628 N. 4th Street
    Baton Rouge, Louisiana 70821
    225.342.9500

    Custodian of Records
    University of Louisiana—Monroe
    700 University Avenue
    Monroe, Louisiana 71209
    318.342.1000

    Custodian of Records
    Louisiana Department of Health & Hospitals
    628 N. 4th Street
    Baton Rouge, Louisiana 70821
    225.342.9500

**Third Party Witnesses**

    Jill Griffith
    Provider Synergies L.L.C.
    5181 Natrop Blvd., Suite 205
    Mason, Ohio 45040
    513.774.8500

    Terry Taylor
    Address unknown.  Formerly of:
    Provider Synergies L.L.C.
    5181 Natrop Blvd., Suite 205
    Mason, Ohio 45040
    513.774.8500

    Valerie Taylor
    Address unknown.  Formerly of:
    Provider Synergies L.L.C.
    5181 Natrop Blvd., Suite 205
    Mason, Ohio 45040
    513.774.8500

    Custodian of Records
    Provider Synergies L.L.C.
    5181 Natrop Blvd., Suite 205
    Mason, Ohio 45040
    513.774.8500

998924v.1