UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL DOCKET No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| | * | |
| This document relates to the following cases: | * | |
| | * | |
| | * | |
| KURELIC, NOLA W. (05-02101) | * | |
| KJONAAS, JOAN OBO | * | |
|     LONNIE LEE KNONAAS (06-05654 | * | |
| CENTRELLA, KATHRYN OBO | * | |
|    JOSEPH CENTRELLA (0-5-03164) | * | |
| HEAVNER, BARBARA (tolled) | * | |
| HUNT, ROBERT (06-015050) | * | |
| ROGERS, HOWARD (tolled) | * | |
| | * | |
| Individuals, | * | |
| | * | |
|     Plaintiffs, | * | |
| | * | |
|         v. | * | |
| | * | |
| Merck & Co., Inc., | * | |
| | * | |
|     Defendant. | * | |

**DECLARATION OF DIANE PAOLICELLI**

DIANE PAOLICELLI, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a member of the firm LEVY PHILLIPS & KONIGSBERG, LLP and Third Party Payor Counsel who, along with co-counsel CROWELL & MORING, LLP, represents certain Third Party Payors that provided some or all of the medical benefits to or on behalf of Movants Robert Hunt and Barbara Heavner.  I make this Declaration in opposition to the Motion for Relief from the Private Lien Resolution Program.

2

2. Pursuant to the Memorandum of Understanding between the Garretson Law Firm and Third Party Payor counsel dated April 28, 2009 which establishes the Lien Resolution Program, the Garretson Law Firm is charged with the implementation and administration of the Private Lien Resolution Program. *See* Exhibit "A," Memorandum of Understanding, a true and correct copy of which is annexed hereto. At all times, counsel for Responding TPPs followed the procedures for submitting claims required by the Garretson Law Firm.

3. Prior to being served with the Motion for Relief from the Private Lien Resolution Program, Movants' counsel had not directly inquired with me or my co-counsel regarding the concerns raised by the instant motion.

4. On October 27, 2009, after being served with the Motion for Relief from the Private Lien Resolution Program, I immediately communicated with Jason Wolf and Ryan Carl of the Garretson Law Firm to confirm that certain Movants were my clients' insureds, to ascertain whether those Movants' holdbacks had been adjusted consistent with the claimed lien amount, and to determine whether an audit of those claimed lien amounts had been completed.

5. That same day, on October 27, 2009, Ryan Carl of the Garretson Law Firm confirmed to me via email that Robert Hunt and Barbara Heavner were insureds of my clients against whom claims were asserted by my clients. Ryan Carl also indicated that the Garretson Law Firm reduced the holdbacks of Movants Hunt and Heavner consistent with the claimed lien amounts.

6. On November 11, 2009 my associate, Roxanne DeFrancesco, confirmed with Ryan Carl that Robert Hunt's and Barbara Heavner's audited lien amounts were approved. Annexed hereto as Exhibit "B" is a true and correct copy of a relevant excerpt from email correspondence of November 11, 2009 between Roxanne DeFrancesco of my firm and Ryan Carl of the Garretson Firm.

7. As of the date of this filing, the lien asserted by UHC-Medica-IE against Robert Hunt has been audited, reduced to zero, and approved, and the lien amount asserted by Blue Cross Blue Shield of Nebraska has been audited and approved. Thus, both liens have been finalized with the Garretson Law Firm.

8. For these reasons, and those set forth in the accompanying Memorandum, the Court should deny the Motion for Relief from the Private Lien Resolution Program.

Dated: November 16, 2009        /s/ Diane Paolicelli
       New York, NY             Diane Paolicelli
                                LEVY PHILLIPS & KONIGSBERG, LLP
                                800 Third Avenue
                                New York, NY 10022
                                Telephone: (212) 605-6200
                                Facsimile: (212) 605-6290
                                dpaolicelli@lpklaw.com