**EXHIBIT B**

# Roxanne DeFrancesco

**From:** Roxanne DeFrancesco
**Sent:** Wednesday, November 11, 2009 6:25 PM
**To:** 'Ryan Carl'
**Cc:** Sharon Bacchus
**Subject:** FW: Vioxx Lien Resolution Program - motion

Ryan,

Crowell & Moring approves Barbara Heavner's audited lien amount and LPK approves Robert Hunt's audited lien amount. Although Centrella was a match, we did not have claims for him, and thus, we need not approve that movant's lient amount.

Thank you,

Roxanne


Roxanne DeFrancesco
Associate
Levy Phillips & Konigsberg, LLP
800 Third Avenue, 13th Floor
New York, NY 10022
212-605-6200 (main)
212-605-6213 (direct)

11/14/2009