## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **CERTAIN THIRD PARTY PAYORS' RESPONSE TO MOTIONS FOR RELIEF FROM THE PRIVATE LIEN RESOLUTION AGREEMENT** and the **DECLARATION OF DIANE PAOLICELLI** have been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of November 2009.

**LEVY PHILLIPS & KONIGSBERG , LLP**

By:   /s/ Diane Paolicelli
Steven J. Phillips (SP9658)
Diane Paolicelli (DP3067)
Roxanne DeFrancesco (RD5870)
Quakerbridge Executive Center
101 Grovers Mill Road
Lawrenceville, New Jersey 08648
t: (212) 605-6200
f: (212) 605-6290
dpaolicelli@lpklaw.com

-and-

Andrew H. Marks
Robert T. Rhoad
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Amy T. Tridgell
CROWELL & MORING, LLP
153 East 53rd Street, 31st Floor
New York, NY 10022-4611
*Third Party Payor Counsel*

00171707.WPD