## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® Product Liability Litigation | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: | |
| Carol Wilshusen, et al. v. Merck & Co., Inc., et al. | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| Only with regard to: James Weick, individually and as representative of the estate of Violet Weick | |
| Docket No. 2:05-cv-01055 | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff James Weick, individually and as representative of the estate of Violet Weick, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE