## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

**************************************************************************

### PRE-TRIAL ORDER NO. 55
*(Effect of Name Change by Merck)*

Effective November 4, 2009, the entity formerly known as Merck & Co., Inc.

("Former Merck") is now named Merck Sharp & Dohme Corp.  *See* Notice of Name Change

(R.Doc. 27154).  To avoid any confusion as to the effectiveness or applicability of stipulations of

dismissal, orders, and any and all other pleadings or documents that may arise as a result of this

name change,

**IT IS HEREBY ORDERED** that any and stipulations of dismissal, orders, other

pleadings or documents filed in or related to this proceeding or to the Vioxx Resolution Program,

and that refer to the entity previously known as Merck & Co., Inc., *i.e.*, Former Merck, and that

were executed or prepared prior to the date of this Order, are hereby reformed to correctly reflect

the new name of defendant, Merck Sharp & Dohme Corp. and are valid and enforceable as if the

new name of defendant were set forth therein.

NEW ORLEANS, LOUISIANA, this 16th day of November, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE