UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>　　　Products Liability Litigation<br><br>This Document Relates to:<br><br>　　STATE OF LOUISIANA, ex rel.<br>　　JAMES D. CALDWELL,<br>　　ATTORNEY GENERAL<br>　　　　　　Plaintiff<br><br>versus<br><br>MERCK & CO., INC.,<br>　　　　　Defendant<br><br>Case No. 05-3700 | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

### Notice of Subpoena for Deposition and Production of Documents

TO: Merck and Company, and its attorneys:
　　Phillip A. Wittmann, Esquire
　　Stone, Pigman, Walther, Wittmann, L.L.C.
　　546 Carondelet Street
　　New Orleans, Louisiana 70130-3588
　　Merck & Co., Liaison Counsel

PLEASE TAKE NOTICE that counsel for Plaintiff State of Louisiana, ex rel. James D. Caldwell Attorney General, pursuant to the Federal Rules of Civil Procedure, PTO 39 and PTO 53, seek the production of documents and the deposition of Dr. Loren Laine regarding the matters designated in Exhibit A, attached hereto.

The deposition shall be taken pursuant to Pre-Trial Order No. 9 (Amended) (Deposition Guidelines) entered September 28, 2006. The terms of such order are incorporated into this notice.

Dated: November 17, 2009

_____
James R. Dugan, II (La. Bar No. 24785)
Douglas R. Plymale (La. Bar No. 28409)
Justin Bloom
Stephen B. Murray, Jr. (La. Bar No. 23877)
Stephen B. Murray, Sr. (La. Bar No. 9858)
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel: (504) 648-0180
jdugan@dugan-lawfirm.com
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Deposition has this day been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance to pretrial order No. 8B, on this the 17th day of November, 2009.

_____