UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION I (3) |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL CASES | : | MAG. JUDGE KNOWLES |

## ORDER

AND NOW, this 12th day of November, 2009, upon consideration of Plaintiff's Motion for Leave to File Reply Brief, IT IS HEREBY ORDERED that Plaintiff's motion with respect to the instant matter is GRANTED

BY THE COURT:

_____
United States District Judge