UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to all plaintiffs | * | |
| on attached Exhibit A | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

*************************************************************************

### ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the cases listed in the attached Exhibit A to show cause on the 3rd day of December, 2009, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).  Plaintiffs shall file and serve upon Liaison Counsel any oppositions to the Rule on or before the 26th day of November, 2009.  Defendant Merck & Co., Inc., shall file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies to the oppositions on or before the 1st day of December, 2009.

NEW ORLEANS, LOUISIANA, this  17th  day of November, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

998911v.1

# PTO 43 – Fourth Motion to Show Cause

Exhibit A

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 1. | 1094230 | Benaway, Dennis | | Carey & Danis, LLC | Schultz, Gabrielle v. Merck & Co., Inc. | 2:07-cv-01368-EEF-DEK |
| 2. | 1094405 | Campbell, Ruth | | Carey & Danis, LLC | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377-EEF-DEK |
| 3. | 1094423 | Carroll, John | | Carey & Danis, LLC | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| 4. | 1094519 | Conner, Danny | | Carey & Danis, LLC | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 5. | 1094573 | Crews, Glen | Crews, Doyle | Carey & Danis, LLC | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 6. | 1094672 | DeVito, Matthew | | Carey & Danis, LLC | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 7. | 1094823 | Foote, George | | Carey & Danis, LLC | Aldin, Rich v. Merck & Co., Inc. | 2:06-cv-03382-EEF-DEK |
| 8. | 1094938 | Grau, Bill | | Carey & Danis, LLC | Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK |
| 9. | 1094941 | Gray, Roy | | Carey & Danis, LLC | Hague, Robert v. Merck & Co., Inc. | 2:06-cv-03369-EEF-DEK |
| 10. | 1094970 | Guerrera, Tony | | Carey & Danis, LLC | Lindsey, Michael v. Merck & Co., | 2:06-cv-03171- |

# PTO 43 – Fourth Motion to Show Cause

| | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| | | | | | Inc. | EEF-DEK |
| 11. | 1095049 | Hayenga, Gladys | | Carey & Danis, LLC | Aldin, Rich v. Merck & Co., Inc. | 2:06-cv-03382-EEF-DEK |
| 12. | 1095074 | Henrichs, Mark | | Carey & Danis, LLC | Meysami, Glenda v. Merck & Co., Inc. | 2:05-cv-05353-EEF-DEK |
| 13. | 1095110 | Hodgest, Alma | | Carey & Danis, LLC | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 14. | 1095121 | Hon, Neil | | Carey & Danis, LLC | Helton, Richard v. Merck & Co., Inc. | 2:06-cv-11443-EEF-DEK |
| 15. | 1095140 | Howard, Mary | Howard, Ashlei | Carey & Danis, LLC | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK |
| 16. | 1095145 | Hoyer, Margaret | | Carey & Danis, LLC | Heet, Barbara v. Merck & Co., Inc. | 2:06-cv-11440-EEF-DEK |
| 17. | 1095152 | Hudson, Bryant | | Carey & Danis, LLC | Montgomery, Ronald v. Merck & Co., Inc. | 2:06-cv-03374-EEF-DEK |
| 18. | 1095161 | Huizenga, Diane | | Carey & Danis, LLC | Erickson, Greg v. Merck & Co., Inc. | 2:06-cv-03745-EEF-DEK |
| 19. | 1095219 | Jelden, Todd | Jelden, Lynette | Carey & Danis, LLC | Atkinson, Allen v. Merck & Co., Inc. | 2:05-cv-04130-EEF-DEK |
| 20. | 1095365 | LaFiore, Carmelina | LaFiore, John | Carey & Danis, LLC | Dryer, Bernadette v. Merck & Co., Inc. | 2:06-cv-02103-EEF-DEK |

# PTO 43 – Fourth Motion to Show Cause

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 21. | 1095370 | Landers, Jess | | Carey & Danis, LLC | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK |
| 22. | 1095381 | Lasely, Rosa | | Carey & Danis, LLC | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK |
| 23. | 1095456 | Lopez, Juanita | Lopez, Jose | Carey & Danis, LLC | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 24. | 1095473 | Lucas, Edward | | Carey & Danis, LLC | Squillace, Joseph v. Merck & Co., Inc. | 2:05-cv-02931-EEF-DEK |
| 25. | 1095521 | Marion, Joseph | | Carey & Danis, LLC | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| 26. | 1095603 | McKinstry, Dorothy | | Carey & Danis, LLC | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK |
| 27. | 1095751 | Neel, Regina | | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 28. | 1095752 | Neeley, Robert | | Carey & Danis, LLC | Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381-EEF-DEK |
| 29. | 1095758 | Nemeth, Robert | | Carey & Danis, LLC | Adams, Eva Lucille v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 30. | 1095836 | Park, Eddie | Park, Ruth | Carey & Danis, LLC | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 31. | 1095860 | Pearson, Betty | Pearson, Vernon | Carey & Danis, LLC | McCarthy, Elizabeth v. Merck | 2:06-cv-03172- |

998897v.1

# PTO 43 – Fourth Motion to Show Cause

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
|  |  |  |  |  | & Co., Inc. | EEF-DEK |
| 32. | 1095890 | Pickard, Steve |  | Carey & Danis, LLC | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK |
| 33. | 1096084 | Russel, Donald |  | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 34. | 1096093 | Salovich, Charmayne |  | Carey & Danis, LLC | Deist, Lorene v. Merck & Co., Inc. | 2:06-cv-09200-EEF-DEK |
| 35. | 1096148 | Scott, William | Scott, Cynthia | Carey & Danis, LLC | Zimmermann, Thelma v. Merck & Co., Inc. | 2:06-cv-01972-EEF-DEK |
| 36. | 1096205 | Smith, Debbie |  | Carey & Danis, LLC | Copeland, Vanita v. Merck & Co., Inc. | 2:05-cv-06349-EEF-DEK |
| 37. | 1096221 | Smith, Sadie |  | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 38. | 1096312 | Tanner, Mayola |  | Carey & Danis, LLC | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK |
| 39. | 1096339 | Theis, Richard |  | Carey & Danis, LLC | Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK |
| 40. | 1096367 | Torres, Casimiro |  | Carey & Danis, LLC | Romero, Joe v. Merck & Co., Inc. | 2:06-cv-03385-EEF-DEK |
| 41. | 1096414 | Vanskike, Agnes | Vanskike, Rance | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |

998897v.1

# PTO 43 – Fourth Motion to Show Cause

| | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 42. | 1096439 | Volpe, James | | Carey & Danis, LLC | Ricketts, Tom v. Merck & Co., Inc. | 2:06-cv-02153-EEF-DEK |
| 43. | 1096474 | Ward, Opal | | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 44. | 1096527 | White, Virginia | | Carey & Danis, LLC | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 45. | 1096537 | Wilbanks, Damon | | Carey & Danis, LLC | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 46. | 1096545 | Williams, Alberta | Williams, Ricardo | Carey & Danis, LLC | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 47. | 1096560 | Williams, Judy | | Carey & Danis, LLC | Harris, Marlene v. Merck & Co., Inc. | 2:05-cv-02580-EEF-DEK |
| 48. | 1096562 | Williams, Lorraine | Brown, Leonetta | Carey & Danis, LLC | Helton, Richard v. Merck & Co., Inc. | 2:06-cv-11443-EEF-DEK |
| 49. | 1096620 | Yell, Bill | | Carey & Danis, LLC | Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK |
| 50. | 1072349 | Arredondo, Alfred | | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 51. | 1072350 | Banks, Esther Marie | | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |

998897v.1

# PTO 43 – Fourth Motion to Show Cause

| | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 52. | 1072423 | Cano, Rafaela W | | Corea Firm, P.L.L.C., The | Kincaid, Johnny v. Merck & Co., Inc. | 2:06-cv-08418-EEF-DEK |
| 53. | 1072429 | Conde, Daniel Sr | Conde, Mary Jane | Corea Firm, P.L.L.C., The | Kincaid, Johnny v. Merck & Co., Inc. | 2:06-cv-08418-EEF-DEK |
| 54. | 1072430 | Cooper, J C | | Corea Firm, P.L.L.C., The | Kincaid, Johnny v. Merck & Co., Inc. | 2:06-cv-08418-EEF-DEK |
| 55. | 1072363 | Davis, John | | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 56. | 1072364 | Germany, Severla | | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 57. | 1072365 | Gonzalez, Carmen | Gonzalez, Roy | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 58. | 1072384 | Maher, Katherine | | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 59. | 1072385 | March, Dennis | | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 60. | 1072392 | Perry, Larry Joe | | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 61. | 1072393 | Polk, Phillip | | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |

998897v.1

# PTO 43 – Fourth Motion to Show Cause

|     | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|-----|-----|----------------|----------------------|-----------|-------------------|---------------------|
| 62. | 1072406 | Wilkinson, Nancy | | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 63. | 1072411 | Wright, Ethel Bernice | Wright, John | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 64. | 1072412 | York, Alice Yevonne | York, Charles | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 65. | 1047290 | Ivy, Charlie | | Singleton Law Firm | Franklin Spates, Joyce v. Merck & Co., Inc. | 2:06-cv-02662-EEF-DEK |
| 66. | 1050833 | Cruz-Barroso, Manuel | | Wood Law Firm, LLC | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 67. | 1050865 | Echavarry-Coira, Myrta | | Wood Law Firm, LLC | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 68. | 1050960 | Lanzot-Rivera, Eduardo | | Wood Law Firm, LLC | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 69. | 1051015 | Merrell, Paul Sr | | Wood Law Firm, LLC | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |
| 70. | 1051084 | Ramos-Acevedo, Jose | | Wood Law Firm, LLC | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 71. | 1051178 | Rodriguez-Soto, Ester | Rodriguez, Sheila Saldana | Wood Law Firm, LLC | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |

998897v.1

# PTO 43 – Fourth Motion to Show Cause

| | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 72. | 1051199 | Sepulveda-Torres, Maria | Cintro-Ortiz, Jose | Wood Law Firm, LLC | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 73. | 1051207 | Smith, Harold Jr | | Wood Law Firm, LLC | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |
| 74. | 1051228 | Torres-Rodriguez, Aracelis | | Wood Law Firm, LLC | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 75. | 1051235 | Ungar, Selma D | | Wood Law Firm, LLC | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |

998897v.1