UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Vioxx

05-MDL-1657 L(3)

Products Liability Litigation

MDL Docket No. 1657

Honorable Eldon Fallon

Magistrate Judge Knowles

Plaintiffs: Jessica C. Adams

Filing a Motion For Reconsideration

The Plaintiffs is requesting that her Vioxx case is reinstated due to the facts the Plaintiff was unable to respond due to symptoms.

Hypertentension (high blood pressure)
Irregular heart beat
Weakness on the left side of the body
Sometime I experence paralysis [on] one side of the body
Severe Leg pain

FILED OCT 28 2009
LORETTA G. WHYTE
Clerk
U.S. DISTRICT COURT
Eastern District of Louisiana

TENDERED FOR FILING
OCT 28 2009
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Severe Headaches

Dizziness and Confusion

Visual disturbance

Slurred speech

Difficulty swallowing

Head Injury

The Plaintiff's have received Physical Theraphy.

Sometime I expereience Stupor

Sometime I can not used my left arm or hand to write.

I am not feeling well.

The Plaintiff is requesting the Honorable Judge Fallon to be fair, compassion, mercy, and sympathy and reinstate my case. However the Plaintiff would like to compensated.

Jessica C. Adams

Jesseca C. Adams

USPS Express Mail Flat Rate Mailing Envelope label.

FROM: Jessica C. Adams, 7755 Bay Cedar Drive, Orlando, Florida 32835, Phone (407) 247-8587

TO: United States District Court, Eastern District of Louisiana, 500 Poydras Street, Rm C-151, New Orleans, Louisiana 70130