UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                              : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION    : SECTION: L
                                          :
                                          : JUDGE FALLON
                                          : MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**     Cases listed on Exhibits A, B, and C of the attached Order

## ORDER

On April 9, 2009, the Court issued the attached Order (Rec. Doc. 18293). It has come to the Court's attention that a typographical error appears in the date line of this Order. Accordingly, IT IS ORDERED that the attached Order (Rec. Doc. 18293) IS AMENDED, and shall now read "New Orleans, Louisiana, this 9th day of April, 2009" instead of "New Orleans, Louisiana, this 9th day of April, 20089."

New Orleans, Louisiana, this 9th day of November, 2009.

                                                UNITED STATES DISTRICT JUDGE

Clerk to Serve:

    Mr. Brian Anderson, #64193
    S.C.F., P.O. Box 6000
    Sterling, CO 80751

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____