UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibits A, B, & C* | * | KNOWLES |
| | * | |

*********************************************************************

## ORDER

The matters deferred from Defendant Merck & Co., Inc.'s First Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With Requirements of PTO 29 (R. Doc. 16944) came on for hearing on the 27th day of March, 2009. For the reasons orally assigned, the Court entered judgment as follows:

**IT IS ORDERED** that the claims of all plaintiffs on Exhibit A be and they hereby are dismissed with prejudice for failure to comply with Pre-Trial Order 29.

**IT IS FURTHER ORDERED** that motion is deferred as to all plaintiffs on the attached Exhibit B. The motion will now be heard on the 29th day of April, 2009, at 9:00 a.m.

**IT IS FURTHER ORDERED** that the motion be and it hereby is withdrawn as to all plaintiffs on Exhibit C.

NEW ORLEANS, LOUISIANA, this 9th day of ____April____, 20089

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

972109v.1

## EXHIBIT A -- DISMISSED WITH PREJUDICE

| Firm Name | Last Name | First Name | Middle Name/ Initial | Case Caption | Docket # | Deficiency Letter Date |
|---|---|---|---|---|---|---|
| Ballay Braud and Colon PLC | Bowers | Sylvia | Watson | Bowers, Sylvia Watson v. Merck & Co., Inc. | 2:08-cv-00346-EEF-DEK | May 9, 2008 |
| Pro Se | Anderson | Brian | | Anderson, Brian v. Merck & Co., Inc. | 2:08-cv-01458-EEF-DEK | May 29, 2008 |

972118v.1

## EXHIBIT B -- DEFERRED UNTIL APRIL 29 2009

| Firm Name | Last Name | First Name | Middle Name/ Initial | Case Caption | Docket # | Deficiency Letter Date |
|---|---|---|---|---|---|---|
| Alford Law Group PA | Anton | William | L | Anton, William v. Merck & Co., Inc. | 2:08-cv-01016-EEF-DEK | Apr 11, 2008 |
| Alford Law Group PA | Baldwin | Marilyn | V | Baldwin, Marilyn v. Merck & Co., Inc. | 2:08-cv-01117-EEF-DEK | Apr 18, 2008 |
| Alford Law Group PA | Evans | Edward | | Evans, Edward v. Merck & Co., Inc. | 2:08-cv-01118-EEF-DEK | Apr 18, 2008 |
| Alford Law Group PA | Haywood | Robert | | Haywood, Robert v. Merck & Co., Inc. | 2:08-cv-01116-EEF-DEK | Apr 18, 2008 |

972113v.1

## EXHIBIT C -- MOTION WITHDRAWN

| Firm Name | Last Name | First Name | Middle Name/ Initial | Case Caption | Docket # | Deficiency Letter Date |
|---|---|---|---|---|---|---|
| Paul A. Weykamp Law | Lockhart | Jimmy | | Lockhart, Jimmy v. Merck & Co., Inc. | 2:08-cv-00876-EEF-DEK | Apr 11, 2008 |
| Phyllis M. Mosby | Mosby | Adeline Thomas | Thomas | Mosby, Adeline Thomas v. Merck & Co., Inc. | 2:08-cv-00170-EEF-DEK | Mar 19, 2008 |

972116v.1