UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                : MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION  : SECTION: L
                                       :
                                       : JUDGE FALLON
                                       : MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Felix Bordeaux v. Merck & Co., Inc.*, Case No. 05-1567

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Felix Bordeaux and his wife Winona. IT IS ORDERED that the correspondence be entered into the record. IT IS FURTHER ORDERED that a copy of this correspondence shall be forwarded to the plaintiff's counsel and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 12th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Felix and Winona Bordeaux
P.O. Box 2441
Sioux Falls, SD 57104

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Leon J. Vanderlinden
Delaney, Vanderlinden & Delaney
P.O. Box 615
Webster, SD 57274

1

NOV 2 - 09

Judge Fallon

I had talked w/ a lawyer. It's him. Were going to hire. I have written to HOH twice, HOH never returned me, fee contract I sent HOH. Felix signed two fee contracts, the first one in 2004, the 2nd one, me signed in 2007 this year. Leon said, the first one, got lost, sure. Now, he denies he ever, had Felix

SIGN=ONE.
NOTHING EVER STAYS HIDDEN.
I ON KNOW ALL THIS
BUT STILL LEFT EVERY HP TO THEM
TAKE WHAT=EVER DEEMED NECESSARY
WERE NOT GOING LET THEM SCAM FELIX.
BUT TELL THEM TO RELEASE FELIX'S CHECK
THE 60% HE'S SUPPOSE TO GET $171.00
BUT FELIX GETS $110,000. THOSE GREEDY LAWYERS

ARE SCAMMING FELIX OUT OF $31,000. WE JUST NEED THE 02 FEE. CONTRACTS, NO SIGNED. W/ OUR OVER-SEEING THIS CASE YOU KNOW WHAT'S GOING ON.

I HAVE BOTH LETTERS FOR NOW FELIX NEEDS HIS MONEY. W/ HOLIDAYS COMING ON. WE HAVE 4 DAUGHTERS N OUR GRAND CHILDREN. THEY ARE SO PRECIOUS

Winona Bordeaux
Felix Bordeaux



WINONA BORDEAUX
P.O. # 24H
SIOUX-FALLS, SO. DAK 571
c/o 57104

[Postmark: SIOUX FALLS SD 2 NOV 2009 PM 2 T]

Judge Eldon Fallon
United States District Court
500 Poydras St
Rm-C-456
[illegible] NEW ORLEANS LOUISIANA
ZIP 70130

70100/3333