

# LEON GARMON
## LEON GARMON, ATTORNEY, P.A.
Attorney at Law
945 Forrest Avenue
Gadsden, Alabama 35901-3622
Telephone (256) 543-3401 Facsimile (256) 546-0908

(256) 543-3401 Office
(256) 546-0908 Fax
leon@garmonlaw.com

## FACSIMILE TRANSMITTAL SHEET

**DATE:** Friday, November 13, 2009

**TO:** Hon. Eldon E. Fallon
United Stated District Judge

**FAX NUMBER:** (504) 589-6966

**FROM:** LEON GARMON

**NUMBER OF PAGES:** 3 (without enclosures)
(including cover sheet)

**RE:** *Vioxx Cases – Cox 2 Inhibitor*

**MESSAGE:** Letter along with enclosures will be sent via U.S. Mail.

*THE INFORMATION CONTAINED IN THIS TELECOPIER TRANSMITTAL IS LEGALLY PRIVILEGED AND CONTAINS CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE RECIPIENT OR READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT FOR THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION, RETRANSMITTAL OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE (256-543-3401) AND RETURN THE ORIGINAL TRANSMITTAL TO US AT THE ABOVE ADDRESS VIA U.S. MAIL.*

IF ANY PAGES OF THIS TELECOPY ARE ILLEGIBLE OR IF YOU DID NOT RECEIVE THE NUMBER OF PAGES STATED ABOVE, PLEASE CONTACT US BY TELEPHONE AT (256/543-3401).

LAW OFFICE OF
# LEON GARMON, ATTORNEY, P.A.

(256) 543-3401 Office
(256) 546-0908 Fax
leon@garmonlaw.com

*Attorney For The People*
945 Forrest Avenue
Gadsden, AL 35901-3622

November 13, 2009
(Friday)

Hon. Eldon E. Fallon
United States District Judge
500 Poydras Street
Room C-456
New Orleans, Louisiana 70130
Telephone: (504) 589-7545

VIA FACSIMILE: (504) 589-6966
(Letter Only) and U.S. Mail

RE: Vioxx Cases – Cox 2 Inhibitor

Dear Judge Fallon:

In response to the Magistrate Judge Hon. Daniel E. Knowles' request, I am forwarding the same letter (with enclosures) I sent to Judge Knowles. My name is Leon Garmon, a solo law practitioner for over thirty-plus (30+) years in Gadsden (Etowah County), Alabama.

In the Spring of 2005, my office began advertising on television, newspaper, etc. to screen potential Cox 2 Inhibitor clients. Over seven hundred twenty-three (723) potential clients called or came into my office for assistance and review of their possible claim(s). My Cox 2 clients were referred to several firms, but the total seven hundred twenty-three (723) cases eventually became the inventory with Cory, Watson, Crowder & DeGaris (hereafter Cory Watson) of Birmingham, Alabama.

To date, Cory Watson has informed me that I have only three (3) vioxx cases and two (2) Bextra cases from my seven hundred twenty-three (723) referred cases. Cory Watson has provided me with some settlement information on three (3) of these cases and assured me I will be provided documentation on each claim settlement that involves any one of our seven hundred twenty-three (723) referrals.

One (1) case of Celebrex, which was referred by my office to Cory Watson was an office employee of mine for over fifteen (15) years (i.e. Freddie Kitchens, Sr.). Cory Watson referred this case to Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.(hereafter Levin Papantonio) from my referral cases to their firm. I was not made aware of said case being "referred" until Levin Papantonio sent letters to my investigator, Mr. Freddie Kitchens, Sr. (not the former Alabama Quarterback from 1993-1998). Mr. Kitchens received correspondence from Levin Papantonio informing him they would be

handling his case. Cory Watson <u>now</u> acknowledges this case was one case they "farmed out". (See attached Cory Watson letter dated Monday, October 26, 2009).

On or about Thursday, November 5, 2009, my office received the most recent "refusal" letter from Cory Watson as to my referral of a wrongful death case (death per stroke and aneurysm), regarding Raymond Warren Payne's claim by his widow, Mary Payne, for the Estate of Raymond "Wormy" Payne. Mr. Payne is client #524 on my office referral spreadsheet sent to Cory Watson. Cory Watson has refused payment of my referral fee and will <u>not</u> provide me with the proper attorney, individual, committee or resource to dispute non-payment of my referral fee. I have attempted through Cory Watson to obtain the information requested in my letter dated Monday, October 26, 2009, but I have <u>not</u> been given the requested information and/or supporting documents.

Please review the following letters, to-wit:

1. My letter dated Monday, October 26, 2009 to Andy Birchfield, Esquire of the Beasley Allen law firm and Leila Watson, Esquire of the Cory Watson law firm.
2. Andy Birchfield, Esquire letter to me dated Tuesday, November 3, 2009.
3. Leila Watson, Esquire's letter to Andy Birchfield, Esquire and Leon Garmon dated Thursday, November 5, 2009.
4. Leila Watson, Esquire's letter to Leon Garmon dated Thursday, November 5, 2009.

I want compliment the court, court officials and all attorney's on the handling of these massive tort litigation drug cases, which I have been told consists of Forty-four thousand (44,000) to Forty-seven thousand (47,000) cases. I do not intend to complicate the litigation but request verification and answers to my letter to Cory Watson dated October 26, 2009.

Sincerely,

Leon Garmon

Leon Garmon

cc: Ms. Mary Payne

Leila Watson, Esquire
**Cory, Watson, Crowder & DeGaris, P.C.**
2131 Magnolia Avenue South, Suite 200
Birmingham, Alabama 35205-2836
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: lwatson@cwcd.com