UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 NOV 16  PM 4:00

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
   PRODUCTS LIABILITY LITIGATION

MDL NO. 1657
SECTION: L
JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Shirley E. Thompson only*

**ORDER**

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Shirley E. Thompson. IT IS ORDERED that the correspondence be entered into the record. The Court has no record of the filing the attached Motion for Withdrawal As Plainitff Shirley Thompson's Counsel. The Court will consider the motion once it has been appropriately filed with the Court.

New Orleans, Louisiana, this 5th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Majed Nachawati
Fears Nachawati PLLC
4925 Greenville Ave. Suite 715
Dallas, TX 75232

Ms. Shirley Thompson
1219 Holly Glen Plaza
Dallas, Tx 75232

1

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.