# Office DEPOT FAX TRANSMISSION

*Taking Care of Business*

**TO:** Judge Fallon
**FAX NUMBER:** 504-5896966
**DATE:** 10-31-09

**FROM:** Shirley C. Thompson
**SENDER'S PHONE #:** 214-374-5882
**# OF PAGES:** 9

**CUSTOMER'S NOTES:** I am sending you a copy of my attorney's Withdrawing Info as in case you have not received it. Prayfully, and hopefully you will sign it. Thank You

## OFFICE DEPOT'S TERMS OF USE

SENDER AGREES NOT TO USE THIS FAX TO: (1) TRANSMIT MATERIAL WHOSE TRANSMISSION IS UNLAWFUL, HARASSING, LIBELOUS, ABUSIVE, THREATENING, HARMFUL, VULGAR, OBSCENE, PORNOGRAPHIC OR OTHERWISE OBJECTIONABLE; (II) CREATE A FALSE IDENTITY, OR OTHERWISE ATTEMPT TO MISLEAD OTHERS AS TO THE IDENTITY OF THE SENDER OR THE ORIGIN OF THIS FAX; (III) POST OR TRANSMIT ANY MATERIAL THAT MAY INFRINGE THE COPYRIGHT, TRADE SECRET, OR OTHER RIGHTS OF ANY THIRD PARTY; (IV) VIOLATE ANY FEDERAL, STATE OR LOCAL LAW IN THE LOCATION, OR (V) CONDUCT ACTIVITIES RELATED TO GAMBLING, SWEEPSTAKES, RAFFLES, LOTTERIES, CONTESTS, PONZI SCHEMES OR THE LIKE.

PLEASE NOTE THAT OFFICE DEPOT DOES NOT REVIEW THE CONTENTS OF ANY FAX SENT USING ITS SERVICES. FURTHER, BY SIGNING BELOW THE SENDER OF THIS FAX HEREBY AGREES TO INDEMNIFY OFFICE DEPOT TO THE FULLEST EXTENT OF THE LAW AND FOR ANY AND ALL CLAIMS, SUITS, OR DAMAGES ARISING OUT OR IN CONNECTION WITH THE REQUEST TO SEND, OR SENDING THIS FAX.

**CUSTOMER SIGNATURE (REQUIRED):** Shirley C. Thompson

### STORE INFORMATION

Office depot 160
3107 W. Camp Wisdom Rd.
Dallas, Tx. 75237
Tel: (214) 467-2840
Fax: (214) 467-9805

THANK YOU FOR USING OFFICE DEPOT'S CUSTOMER FAX SERVICES

| First Page Local Fax | Additional Local Fax | First Page Long Distance Fax | Additional Long Distance Fax | First Page International Fax | Additional International Fax |
|---|---|---|---|---|---|
|  |  |  |  |  | |
| 833-071 | 456-687 | 833-081 | 833-091 | 833-191 | 833-201 |

# FEARS | NACHAWATI PLLC

*Attorneys and Counselors at Law*
Dallas – Fort Worth – Houston – Austin – San Antonio

4925 Greenville Ave., Suite 715
Dallas, Texas 75206
T. (214) 890.0711   F. (214) 890.0712
www.fnlawfirm.com

February 4, 2009

Shirley Thompson
1219 Holly Glen Pl
Dallas, TX 75232

**Re: Your VIOXX-related Claim**

Dear Ms. Thompson,

We have been unable to communicate with you for several months. As a result, we are withdrawing as your counsel and will no longer represent you in this or any other matter. We have enclosed a copy of our motion to withdraw as well as a copy of the pretrial order (No. 36) in this case regarding withdrawing as counsel. Because I have not made any recovery on your behalf, you do not owe me anything for my services.

You have 30 days from the receipt of this letter to (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the curator the you are proceeding with your lawsuit pro se (that is, without representation of counsel). Whether you choose to contact us or contact new counsel, it is important to have counsel who is familiar with the law and procedures in Federal Court as this process is very complicated. Unless you contact me, secure new counsel, or contact the Curator and proceed pro se, the Motion to Withdraw will be considered by the court and may be granted.

Although I am no longer representing you in this case, it foes not mean that your case is without merit. Once again, I regret not being able to help you with your case and wish you all the best in your future.

Sincerely,

Majed Nachawati
MN/ec

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | § | MDL Docket No.: 1657 |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| SHIRLEY E. THOMPSON | § | JUDGE FALLON |
| Plaintiff, V. | § | |
| MERCK & CO., INC. | § | |
| Defendant. | § | MAGISTRATE JUDGE KNOWLES |

**MOTION FOR WITHDRAWAL AS PLAINTIFF SHIRLEY THOMPSON'S COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Movant, Majed Nachawati, attorney for Plaintiff, Shirley E. Thompson, (hereinafter Plaintiff), and brings this Motion for Withdrawal of Counsel, and in support thereof, shows the Court the following:

I.

Good cause exists for withdrawal of Movant as counsel because Movant is unable effectively to communicate with Plaintiff in a manner consistent with good attorney-client relations.

II.

The settings and deadlines in this case are as follows:

1. No pending deadlines at this time.

III.

This Motion is not sought for the purposes of delay.

*Movant Motion for Withdraw of Counsel*
*Page 1 of 3*

IV.

A copy of this motion bearing the enclosed notice has been delivered to the last known address of Plaintiff.

> Shirley E. Thompson
> 1219 Holly Glen Pl
> Dallas, TX 75232

V.

Plaintiff is hereby notified in writing of the right to object to this motion.

**WHEREFORE, PREMISES CONSIDERED**, Movant prays that the Court enters an order discharging Movant as attorney of record for Plaintiff, Shirley E. Thompson, and for such other and further relief that may be awarded at law or in equity.

> Respectfully submitted,
> **FEARS | NACHAWATI LAW FIRM**
>
> /s/ Majed Nachawati
> Majed Nachawati
> State Bar Number 24038319
> 4925 Greenville Avenue
> Suite 715
> Dallas, Texas 75206
> Telephone:   (214) 890-0711
> Facsimile:   (214) 890-0712
> mn@fnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Certification in Support of Motion to Withdraw as Counsel has been served on Liaison Counsel, John N. Poulos, Dorothy H. Wimberly, Phillip A. Whittmann and Russ M. Herman, by U.S. Mail and via facsimile and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of February, 2009.

| | |
|---|---|
| John N. Poulos<br>Hughes Hubbard & Reed LLP<br>101 Hudson Street<br>Suite 3601<br>Jersey City, New Jersey 07302 | *Via facsimile (201) 536-0799* |
| Dorothy H. Wimberly<br>Phillip A. Wittmann<br>Stone Pigman \| Walther Wittmann L.L.C.<br>546 Carondelet St.<br>New Orleans, LA 70130 | *Via facsimile (504) 596-0849*<br>*Via facsimile (504) 596-0804* |
| Russ M. Herman<br>Herman, Herman, Katz & Cotlar, L.L.P.<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 | *Via facsimile (504) 504-6024* |
| DATED: February 27, 2009 | /s/ Majed Nachawati<br>Majed Nachawati<br>mn@fnlawfirm.com |

*Movant Motion for Withdraw of Counsel*
*Page 4 of 3*

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Name** | Nachawati | Nabil | Majed |

| **Name of Law Firm** | Fears | Nachawati Law Firm |
|---|---|

| **Current Address** | Street: 4925 Greenville Ave. Suite 715 | | | |
|---|---|---|---|---|
| | City: Dallas | State: TX | Zip: 75206 | Country: USA |

| **Telephone Number** | (214) 890-0711 | **Facsimile** | (214) 890-0712 | **Email** | mn@fnlawfirm.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | Thompson | Shirley | E. |

| **Plaintiff Address** | Street: 1219 Holly Glen Pl | | | |
|---|---|---|---|---|
| | City: Dallas | State: TX | Zip: 75232 | Country: USA |

| **Telephone Number** | (214) 374-5882 | **Facsimile** | N/A | **Email** | N/A |
|---|---|---|---|---|---|

| **Case Caption** | IN RE: VIOXX PRODUCTS LIABILITY LITIGATION, Plaintiff: Shirley Thompson |
|---|---|
| **Case Number** | MDL Docket No. 1657 |
| **Court Where Case is Pending** | E.D. LA |

#344083

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph 1.B of PTO No. 36)

### C. COMPLIANCE WITH PTO NO. 36

☐ I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

☒ I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

a. The Motion to Withdraw;

b. A copy of PTO No. 36;

c. A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

### D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 2 / 27 / 2009 (Month/Day/Year) | _____ Counsel |

#344083

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | § | MDL Docket No.: 1657 |
| PRODUCTS LIABILITY LITIGATION | § § § § | SECTION L |
| SHIRLEY E. THOMPSON | § § | JUDGE FALLON |
| Plaintiff, V. | § § § § | |
| MERCK & CO., INC. Defendant. | § § § | MAGISTRATE JUDGE KNOWLES |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL AS TO PLAINTIFF SHIRLEY E.THOMPSON

On this day Came, the Court considered the Motion for Withdrawal of Counsel by Movant Majed Nachawati.

**IT IS THEREFORE ORDERED** that Movant is permitted to withdraw as counsel of record for Plaintiff and **ORDERED** that all notices in this cause shall hereafter be served on Plaintiff by certified and first class mail to the address in the motion.

**IT IS FURTHER ORDERED** that Majed Nachawati, Movant, immediately notify Plaintiff Shirley Thompson in writing of any additional settings or deadlines of which Majed Nachawati now has knowledge and has not already notified Plaintiff.

SIGNED on _____, 2009.

_____
JUDGE PRESIDING

*Movant Motion for Withdraw of Counsel*