# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * | |
| Don Hubbard, et al. v. Merck & Co., Inc., et al. | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| Only with regard to: Patrick Ardoin and Fannie Ardoin, individually and as representatives of the estate of Mona Corrales, and as representatives of minor Cody Ardoin | * | |
| Docket No. 2:05-cv-00953 | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Patrick Ardoin and Fannie Ardoin, individually and as representatives of the estate of Mona Corrales, and as representatives of minor Cody Ardoin, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 16th day of November, 2009.

_____
DISTRICT JUDGE