## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® **Product Liability Litigation** | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: | |
| *Michael Andrews, et al.* v. *Merck & Co., Inc., et al.* | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| Only with regard to: *James B. Cook* | |
| *Docket No. 2:06-cv-02208* | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff James B. Cook in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE