UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

ESTATE OF MARY JEANETTE ANDREW
BY WILLIAM ANDREW, ESTATE OF
EDDIE MAYS BY TERRY MAYS,
ANTHONY MARATELLOS, THOMAS
ELLIS, ESTATE OF EARL DAVID
KEATON BY RUTH KEATON, RICHARD
NEAL JONES, LAWYNA DAVIS, FRANK
ERBELE, BARBARA SAYNE, HERBERT
THOMPSON, ESTATE OF PATRICIA
WARD BY CHRISTINE L. BYRD,

        Plaintiff(s),

v.

MERCK & CO., INC.,

        Defendant(s).

DOCKET NO. **2-05-cv-4676-EEF-DEK**

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

Pursuant to *Rule 41(a)* of the *Federal Rules of Civil Procedure*, the

undersigned counsel hereby stipulate that all claims of Plaintiff Lawnya Davis, against

defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with

prejudice, each party to bear its own costs.

| | | |
|---|---|---|
| Turner W. Branch | Stephen G. Strauss | Phillip A. Wittmann |
| Richard A. Sandoval | Bryan Cave LLP | Dorothy H. Wimberly |
| BRANCH LAW FIRM | 211 N. Broadway, Suite 3600 | Stone Pigman Walther |
| Attorneys for Plaintiffs | St. Louis, MO 63102 | Wittmann LLC |
| 2025 Rio Grande Blvd. NW | (314) 259-2000 Tel | 546 Carondelet Street |
| Albuquerque, NM 87104 | (314) 259-2020 Fax | New Orleans, LA 70130 |
| (505) 243-3500 Telephone | | (504) 581-3200 Tel |
| (505) 243-3534 Facsimile | | (504) 581-3361 Fax |
| | Attorneys for Merck & Co., Inc. | |

Dated: _2-12-08_

Dated: _11-18-09_

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of November, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.