UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>CENTRAL REGIONAL EMPLOYEES BENEFIT FUND, THE NORTH JERSEY MUNICIPAL EMPLOYEE BENEFITS FUND, THE SOUTHERN NEW JERSEY REGIONAL EMPLOYEE BENEFITS FUND, THE BERGEN MUNICIPAL EMPLOYEE BENEFITS FUND, THE MUNICIPAL REINSURANCE HEALTH INSURANCE FUND and THE COUNTY OF UNION<br><br>　　　　　　　　　　Plaintiffs,<br>vs.<br><br>MERCK & CO., INC.<br><br>　　　　　　　　　　Defendant. | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES<br><br><br>CIVIL ACTION NO. 09-6363<br><br>NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL ON BEHALF OF PLAINTIFFS |

PLEASE TAKE NOTICE THAT Murray Law Firm, hereby enters the appearance of the following additional counsel for Plaintiffs in the above-captioned case.

    Elizabeth Cabraser
    Email: ecabraser@lchb.com
    **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
    275 Battery Street, Suite 3000
    San Francisco, CA 94111-3339
    Telephone: (415) 956-1000
    Facsimile: (415) 956-1008

Dated: November 19, 2009

Respectfully Submitted,

**MURRAY LAW FIRM**

\s\ James R. Dugan, II
James R. Dugan, II, T.A. (LSBA No. 24785)
Douglas R. Plymale (LSBA No. 28409)
Justin Bloom
Stephen B. Murray, Jr. (LSBA No. 23877)
Stephen B. Murray, Sr. (LSBA No. 9858)
650 Poydras Street
Suite 2150
New Orleans, LA 70130
Telephone:     (504) 648-0180
Facsimile:      (504) 648-0181

Michael D. Fitzgerald
LAW OFFICE OF MICHAEL D. FITZGERALD
800 Old Bridge Road
Brielle, New Jersey 08730
Telephone:     (732) 223-2200
Facsimile:      (732) 223-7299

Counsel for Plaintiffs