**Exhibit A**
**(Fourth Motion to Dismiss NSPC Claimants)**

|   | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number | Status |
|---|---|---|---|---|---|---|---|---|
| 1. | 1100777 | Shelton & Associates, P.A. | Davidson, Dana | Missing stipulation | | John Allen et al. v. Merck & Co., Inc. | 2:07-cv-09600 | NSPC |
| 2. | 1100973 | Shelton & Associates, P.A. | Houston, Earl | Missing stipulation | | Neal Anderson et al. v. Merck & Co., Inc. | 2:07-cv-09608 | |
| 3. | 1100788 | Shelton & Associates, P.A. | Meredith, Jennifer | Missing stipulation | | Jennifer Meredith et al. v. Merck & Co., Inc. | 2:07-cv-09609 | NSPC |