UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2009 NOV 16 PM 4:00
LORETTA G. WHYTE
CLERK

|  |  |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
|  | JUDGE FALLON |
|  | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *John Hudson v. Merck & Co., Inc.*, Case No. 06-7011

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff John Hudson. IT IS ORDERED that the correspondence be entered into the record. IT IS FURTHER ORDERED that a copy of this correspondence shall be forwarded to the plaintiff's counsel and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 12th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. John P. Hudson Sr.
7 Manitou Court
Ann Arbor, MI 48108

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

1

| | |
|---|---|
| Mr. Jimmy Williamson<br>Williamson & Rusnak<br>4310 Yoakum<br>Houston, TX 77006 | Mr. Richard N. Laminack<br>Laminack Pirtle & Martines<br>5020 Montrose Blvd., 9th Floor<br>Houston, TX 77006 |