# Exhibit (L)

**Presented:**
The 2005 Leasing Institute

April 14-15, 2005
Houston, TX

April 27-28, 2005
Dallas, TX

# Common Mistakes Made by Attorneys

**Jimmy Williamson**

Author contact information:
Jimmy Williamson
Jimmy Williamson & Associates
Houston, TX

jimmy@jimmywilliamson.com
713-223-3330

## TABLE OF CONTENTS

**Page**

INTRODUCTION ............................................................................................................ 1
    A.   Breach of Fiduciary Duty and Legal Malpractice ........................................... 1

I.    NOTICE ................................................................................................................ 2
    A.   In General ..................................................................................................... 3
    B.   Settlement ..................................................................................................... 5
    C.   The Reasons ................................................................................................. 7

II.    REDUCE TO WRITING .................................................................................... 8
    A.   Contingency Fee Contracts Must Be In Writing ........................................... 8
    B.   Referral Agreements Must Be In Writing ..................................................... 9

III.  CONFLICT OF INTEREST .............................................................................. 10
    A.   Substantially Related Matter ....................................................................... 10
    B.   Representations to the Opposing Side ......................................................... 11
    C.   Failure to Disclose ..................................................................................... 12
    D.   Attorney Disqualification ........................................................................... 12
    E.   Government Immunity – Rule 1.10 ............................................................. 13

IV.  SELF-DEALING ............................................................................................... 13
    A.   Case Law .................................................................................................... 14
    B.   Prohibited Transactions .............................................................................. 15

V.    HIRE OTHER LAWYERS ............................................................................... 15
    A.   "Tommy, Share Your Toys." ....................................................................... 17
    B.   Withdrawal ................................................................................................. 17

**COMMON MISTAKES MADE BY ATTORNEYS**

**INTRODUCTION**

This paper will discuss violations of select Texas Disciplinary Rules of Professional Conduct as well as other conduct by an attorney that can possibly give rise to not only actions by the State Bar but also breach of fiduciary duty and legal malpractice actions. Obviously, as a lawyer, a fiduciary, and a professional, there are a zillion ways to make mistakes. There are a few that crop up consistently that may be categorized as chronic.

What I have discovered is that the mistakes that you would expect to find are infrequent. Missing the statute of limitations, failing to make a proper objection to evidence, failing to incorporate a paragraph into a contract, failing to interpret case law correctly, etc. are the exceptions, not the rule. Even when they occur, it is almost always possible to avoid harm to the client.

The mistakes that show up most frequently are not usually with the professional side of law, however. They are with the business side of law. Ironically, they are the easiest to avoid. In short, they are mistakes brought about not by professional failings, but by human failings.

    **A.**       **Breach of Fiduciary Duty and Legal Malpractice**

The test against which we are measured is one of a fiduciary, namely, a person who is obligated to exhibit the utmost confidence, trust, integrity, fidelity and loyalty.

"The focus of breach of fiduciary duty is whether an attorney obtained an improper benefit from representing a client, while the focus of a legal malpractice claim is whether an attorney adequately represented a client." *Kimleco Petroleum, Inc. v. Morrison & Shelton*, 91 S.W.3d 921 (Tex.App.–Fort Worth 2002**).** A claim for breach of fiduciary duty involves "allegations of self-dealing, deception, or misrepresentations that go beyond the mere negligence allegations in a malpractice action." *McMahan v. Greenwood*, 108 S.W.3d 467, 495 (Tex.App.–Houston [14 Dist.] 2003). *See also Burrow v. Arce*, 997 S.W.2d 229 (Tex. 1999).

If a client's complaint alleges "the attorney did not exercise the degree of care, skill, or diligence as attorneys of ordinary skill and knowledge commonly possess, then that complaint should be pursued as a negligence claim, rather than some other claim." *Id.* at 495. However, if "the client's complaint is more appropriately classified as a fraud, DTPA, breach of fiduciary duty, or breach of contract complaint, then the client can assert a claim other than negligence." *Id.* at 495-496. "The duties set forth in the Code of Professional Responsibility establish the minimum level of competence required of attorneys for the protection of the public." *Martin v. Trevino*, 578 S.W.2d 763 (Tex.Civ.App.–Corpus Christi 1979, writ ref'd n.r.e.).

In *Burrows v. Arce*, defendants were contingency fee attorneys who were accused of breach of their fiduciary duty in connection with their representation of clients in civil litigation. *Burrow v. Arce*, 997 S.W.2d 229 (Tex. 1999). The thrust of the holding is that an attorney is subject to fee forfeiture if he breaches his fiduciary duty, <u>even if he does not cause the client</u>

harm.  *Id.*  The primary reasoning is that an agent who commits malfeasance should not profit from it.  It is, to say the least, a seminal case and required reading for all attorneys.

Generally, it is accepted that a breach of fiduciary duty claim can be brought independently of a negligence claim.  For any particular set of facts, however, it is arguable under Texas law as to whether a breach of fiduciary claim is merely a restatement of the negligence claim.  In those circumstances, asserting the breach of fiduciary duty claim may merely be an improper "fracturing" of the claims.  "The rule against dividing or fracturing a negligence claim prevents legal-malpractice plaintiffs from opportunistically transforming a claim that sounds only in negligence into other claims."  *Deutsch v. Hoover, Bax & Slovacek, L.L.P,* 97 S.W.3d 179, 189 (Tex.App.–Houston [14 Dist.] 2002).  For example, "an action for conflict of interest amounts to an action for legal malpractice."  *Home Advantage, Inc. v. Shaw,* No. 07-97-0309-CV, 1998 WL 487042 (Tex.App.–Amarillo 1998).

The Commission for Lawyer Discipline may institute a disciplinary proceeding against an attorney even after he has been sued by his client for breach of fiduciary duty.  *Acevedo v. Commission For Lawyer Discipline,* 131 S.W.3d 99 (Tex.App.–San Antonio 2004).  In *Acevedo,* the client gave her attorney the unlimited power of attorney.  *Id.* at 106.  The attorney prepared legal documents transferring client's real property to attorney's wife without any consideration and also realizing the client could not read small print in documents, and misrepresenting the true purpose of documents.  *Id.* at 106.  The court found that the attorney violated Rule 1.08 by entering into a prohibited transaction with his client.  *Id.* at 106.  The attorney argued that the lower court erred in using evidence in a previous case where the attorney's former client sued the attorney for breach of fiduciary duty.  *Id.* at 106.  In the civil case, the client won a judgment against the attorney for breach of fiduciary duty.  *Id.* at 106.  *Acevedo v. Stiles,* No. 04-02-00077-CV, 2003 WL 21010604 (Tex.App.–San Antonio 2003, rehearing of petition for review denied (Jan 02, 2004)).  The court stated the issue of disciplining the attorney for violating several of the Disciplinary Rules of Professional Conduct "were not 'actually litigated', 'essential to the judgment', 'finally adjudicated'", or could have been litigated in the client's breach of fiduciary lawsuit against the attorney.  *Acevedo,* 131 S.W.3d at 106.  Thus, the court held "neither res judicata nor collateral estoppel is implicated."  *Id.*

## I.    NOTICE

Failure to communicate with the client is the single most common factor in cases in which clients complain about their attorneys.  Even when the attorney has committed other egregious mistakes, and caused other harm, it is almost inevitably true that the communication with the client has been faulty.

Talk to your client.  It is simple advice, yet true.  It was given to me when I was in law school by Professor Hippard at the University of Houston School of Law.  He said that every client has a story and you should take the time to actually listen to the client's story.  This takes time.  It is infinitely easier to be persuasive and sincere regarding a client that you actually know than it is to argue on behalf of someone who is merely a file entry.

In addition, even smart, sophisticated clients do not know the legal significance of certain facts. Clients do not always disclose the details that you want to know. Rather, many times they tell the parts of the story with which they are familiar or that they think are important. It is crucial that you spend enough time with them that you understand the facts, as well as their perspective and goals.

Thousands of articles have been written about this, and while lawyers in the State of Texas are repeatedly sanctioned and disbarred for this infraction, it is one of the most common.

The law on this is simple. You must keep your client reasonably informed.

Sharon Conway stated the test quite simply as follows:

> Attorneys are required to keep their clients "reasonably informed" about their cases and to "promptly comply with reasonable requests for information." The easiest way to do this is to provide your clients with copies of documents as they are generated and/or received by your office. Your clients should have copies of virtually everything that is done on their cases. Taking this simple step will not only serve to keep your clients informed about their cases, but will also probably decrease the number of telephone calls you receive from clients wanting to know the status of their cases, and the expense is usually well worth incurring. Sometimes you will get calls from clients who do not understand what the documents are and need an explanation. It is easier to answer questions when clients have the documents in their hands and can look at them as you explain their significance to the case. Furthermore, your clients will probably be happy to see you are working on their cases and that their cases appear to be progressing. Clients have an absolute, unqualified right to know what is going on in their cases, and the reason is simple--it is not your case, it is the client's case. NEVER forget that, and you are well on your way to avoiding grievances of this nature.

Sharon E. Conway, *You can prevent a grievance-some basic steps that can protect you.*, 61 Tex. B. J. 542 (1998).

Of course, it is easier to state than it is to follow. Some examples in the case law demonstrate the pitfalls.

## A.    In General

Breach of fiduciary duty occurs when an attorney fails to inform her client of actions done in the client's case. *Vickery v. Vickery*, No. 01-94-01004-CV, 1997 WL 751995 (Tex.App. –Houston [1st Dist.]), petition for review denied, 999 S.W.2d 342 (Tex.1999). In *Vickery*, the attorney filed a petition for divorce in her client's name without ever consulting the client or obtaining her permission. *Id.* at 34. The attorney also prepared her client's husband's answer

**Exhibit (M)**

## IN THE CHANCERY COURT OF OKTIBBEHA COUNTY, MISSISSIPPI

IN THE MATTER OF THE ESTATE OF )
MARGUERITE R. HUDSON, DECEASED )

JOHNNY HUDSON, ADMINISTRATOR          )          CAUSE NO. 08-0440

### LETTERS OF ADMINISTRATION

.WHEREAS, **MARGUERITE R. HUDSON**, late of said county and state, Deceased, while she lived and at the time of her death, had goods, rights, and credits within the county and state aforesaid; and **JOHNNY HUDSON** having executed the Oath of Administrator as required by law, following the Petition for his Appointment as Administrator;

We do grant unto the said **JOHNNY HUDSON** these our **Letters of Administration** authorizing and empowering him to pay the debts of the said **MARGUERITE R. HUDSON**, deceased, as far as her goods, chattels, and credits will extend, We do give, grant and commit unto the said **JOHNNY HUDSON ,** Administrator,  the administration of all and singular the goods and chattels, rights and credits of and belonging to the estate of said decedent,  with full power to take the same into his hands and possession, and to ask, levy, recover and receive the same, wherever it  may be ; to well and truly administer the said goods and chattels, right and credits  and perform the duties thereof as prescribed by law.

**WITNESS THE  HONORABLE DOROTHY COLOM,** Chancellor of the Fourteenth Chancery District, this the 10th   day of October , A. D., 2008 , and the seal of said Court hereunto affixed.



Monica W. Banks
**CHANCERY CLERK**

BY: Marie Evans, DC          D.C.





STATE OF MISSISSIPPI
OKTIBBEHA COUNTY

I, MONICA W. BANKS, Clerk of the Chancery
Court in and for said County and State, certify
that the foregoing is a true and correct copy of
the original of said instrument, as the same
appears of record in my office.

Given under my hand and official seal this
the 10th day of October 20.08

Monica Banks Chancery Clerk

By: Marie Evans D.C.

# Julian Ayrs & Pop Culture

- Entries (RSS)
- Comments (RSS)

- Home

**Exhibit (N)**

Facebook...quote!
Barack Obama...touches down in my "homeland". Anti-American sentiment once real...

# Vioxx Settlement...a fraud perpetrated on the American people by Merck & lawyers!

Posted by: Julian Ayrs on: February 21, 2009

- In: Arthritis Pain Relievers| Claims Administrator| Class-Action Suits| Heart Attack| Julian's Blog|
  Lawyers| Merck| Mr. Brown| Pharmaceuticals| Poison| Stroke| The Tattler| Vioxx| julian ayrs
- Comment!



**VIOXX ALERT: NEWS UPDATE**
http://julian1st.wordpress.com/2009/04/15/vioxx-scamcalifornia-courts-assign-plaintiff-liaison-counsel-
for-merck-victims/

After a few skirmishes in the courts with litigants over allegations that the intake of VIOXX resulted in
life-threatening ailments, the manufacturer – Merck – agreed to a settlement with the claimants.

In the wake of that landmark announcement last year, the pharmaceutical giant proceeded to rehabilitate
its image, claimants scrambled to sign the paperwork, and attorneys rubbed their hands with glee over
the spoils to come.

In recent days, there have been grumblings from claimants that Merck has not been following through
on its promise.

Dr. JOSEPH GOLD – Head of Cancer Research @ Syracuse Unv.
http://PlayAudioMessage.com/play.asp?m=27140&f=KXZECK&ps=7&p=1 (10 min)

Web site: http://scri.ngen.com/ & http://www.hydrazinesulfate.org/

Link to article: DEATH BY MEDICINE!
http://www.mercola.com/2003/nov/26/death_by_medicine.htm

2 | julianayrs
February 23, 2009 at 5:07 pm

Dear Rick:

Thanks for taking the time to post such a thorough comment.
Come back again!
Julian

3 | Edith Abrams
March 14, 2009 at 3:28 pm

Julian, I don't have a website yet, but this info about the Vioxx Settlement is the most I have heard
about it. I am one of the claimants that have been screwed big time. I had a heart attack from this poison,
and as a claimant have been treated like a dog that has already been kicked down, and trying to get back
on its feet. Shame on Merck, you just don't know what all us claimants or should I say victims have
been through. Been hell, all the deception and lies, that is the strategy, they hope we will have another
heart attack and die, so they can get what few crumbs we have left. Thanks for the great info, more than
my attorney has given me the whole time I have been involved in this fraud. You should see all the
blogs from claimants on "vioxx interim checks" it's sickening.

4 | julianayrs
March 14, 2009 at 4:18 pm

Dear Edith:

Thanks for posting your thoughtful comments.
I am sorry to hear about your problems, but confess, I know victims in the same boat!
I think that Merck was trying to get the settlement out the way, and the suits dismissed, because they
knew the Supreme Court would soon rule on the issue of a party(s) entitlement to sue drug companies

EVEN IF the drugs they were selling over the counter were approved by the FDA.
Merck and other companies must be running scared now, because this past week the highest court in the land ruled against the pharmaceutical companies (and the Bush administration bid to exempt them from liability).
I posed this item with the hope that some journalists and media types might take a closer look – and ultimately throw a spotlight on the dishonesty of Merck, the lawyers, AND the courts.
I'll be saying a prayer for you!
Julian


5 | Leather
March 16, 2009 at 2:26 pm

I do not have a web site, I am in the vioxx case though.

I was told I was eligable, then this year I was told I was not!!!

I was approved and waiting on points.. then they dropped me!!!!!


6 | julianayrs
March 16, 2009 at 2:35 pm

Dear Leather:

Thanks for posting your comments.
Yup, that is why I labelled the post "a fraud" being perpetrated on the American people.
To appease the courts, and in a bold-faced deceitful effort to rehabilitate their name and reputation, they made promises that they are now backing out of.
Personally, I think we should nail them to the wall!
How dare they.
Later,
Julian Ayrs


7 | victim#49,369
March 17, 2009 at 1:24 pm

It is a fraude and a violation of our basic rights. Criminals have more rights in a court of law. The very defination of the word settlement (when pertaining to a legal nature) is not even a part of this mess. We have been told 1. to sign to accept an offer before we even have it 2. you may or may not be eligible for

this offer, but sign first 3. You have to accept the offer before you know what it is 4. IF you don't like the offer, too bad, cuz you have no recourse in the courts if you don't.

How is this legal? How is this even a "settlement" to a plaintiff by its the very definition of the word?

just another victim …

 8 | julianayrs
March 17, 2009 at 2:37 pm

Dear Victim #49,369:

Thank you for being so vocal!
In view of all the "hits" this post has been getting, and by virute of all the private e-mails that have been flying into my mailbox, it is obvious I wasn't "off the mark" when I made my allegations in this post on VIOXX.
The instances I referred to in respect to personal friends, which were what triggered the report, are obviously not isolated out-of-the-norm cases!
I appreciate responses like yours because they confirm my allegations have a solid basis in fact.
Kind regards!
Julian Ayrs

9 | VIVIAN
March 19, 2009 at 6:49 am

Julian, my mother and I are claimants in this case.
I had originally retained a Law firm in San Francisco who filed
the lawsuit in September 2005.
Two years later without my consent or any previous notification our case was transferred to Girardi & Keese Law firm in Los Angeles overnight.
The attorney there sounds more like he is on Merck's side than
ours.
My mother is the Surviving spouse. I had signed the release last year which they put so much pressure on everyone to
sign. It slipped their radar that my mother also had to sign.
They just sent us the release for my mother to sign and
notarize.
It's only been two weeks since we received it and already
we have received 3 phone calls from the Attorney pressuring
us to sign and return real quick.
Given that this is all so shady I am wondering if I should consult with another Attorney and file a new lawsuit against Merck which is outside of this so fraudelent "Settlement" deal.

Or should I write to the Federal Judge presiding over this case?

 10 | julianayrs
March 19, 2009 at 2:43 pm

Dear Vivian:

Thanks for posting a response to the Vioxx settlement post.
Although I am not an attorney, I am sure that your instincts are correct.
Judging from the response of many Vioxx claimants some of your theories may not be off-base at all.
Yes, another claimant had the rug pulled out from under them, just like you.
One day their case was transferred to another law firm without notice or explanation.
Things get curiouser and curiouser!
If I were you, I would get a "second" opinion.
I know another claimant that sent a communicaton to the Judge presiding over the case in the Los
Angeles area, and as a result , got some interesting responses back from THEIR attorney.
Although it would be inappropriate for an attorney to contact a Judge by letter (ex-parte) without setting
up a proper motion with the court, you are not barred from doing because of your claimant status.
Feign ignorance about the rules, if necessary!
I trust this is helpful to you.
GOOD LUCK!
Julian

11 | John H.
March 21, 2009 at 6:56 am

Dear Vivian,

thanks for stepping up to the plate and being very bold speaking your mind on this so called Vioxx
Settlement. My mother took that dreadful poison Vioxx for an entire two years and finally passed away
due to a heart attack onset by a stroke because of the ingestion of Vioxx. My mother's death was very
quick and sudden. I miss my mother very much but there's nothing Merck & Co. nor anyone can do to
bring her back. Nevertheless, one suggestion that I have for everyone who has suffered a lost due to this
act by Merck & Co., is to call upon our Federal Government now that George W. Bush is out of office
as President. He did not make the situation better with the pharmaceutical companies when he was in
office. As a matter of fact he wanted to make it impossible for patients to sue those fraudulent
pharmaceutical companies. Therefore the one thing I suggest that everyone do is write to your congress
men & women explaining this dreadful situation that has occurred upon the regular law abiding
American Citizens and just maybe they will force Merck & Co. to do the right thing.
Sincerely,
John H.

12 | julianayrs
March 21, 2009 at 5:05 pm

Dear John H:

Thanks for your comments.
AMEN!
Julian Ayrs

13 | Larry Waybright
March 23, 2009 at 8:43 pm

Not just those who may or ma ynot have suffered cardiovascular problems while taking Vioxx were affected by the great settlement.

I nearly died from acute kidney failure but my attorney dropped me since that problem was a known adverse affect of Vioxx.
So only the warning on in the product info relieves Merck of liability.
Not according to a recent Supreme Court ruling after I was dropped.
I guess I should be glad I survived but I feel very ripped off.
Too many claimants were patients who would have had their heart attacks regardless of whether or not they happened to be on Vioxx at the time yet they will receive something while in my case, there was no doubt what caused my kidneys to fail.

The whole affair reeks of shady deals and there are many others like me who have very clear causal relationships between their Vioxx induced medical problems who will receive no justice.

Larry Waybright

14 | lue
March 27, 2009 at 3:47 am

I am part of the rip off too. Doubt if any of us will ever see anything out of this mess. Sure makes one wonder about any medicine. I don't like taking any chemical – the darn fools will kill us to make a buck and it's ok – they can stick all the pills they make up their own you-know-what!

 15 | gary
March 28, 2009 at 8:56 pm

I too have been dealing with Vioxx "settlement" runaround.
After yrs on vioxx I had one heart attack, no personal of family history of heart problems.
I have had my initial law firm push me off on another firm in another state back in sept, then pass me back to original firm. As best I can see the original firm wanted 45% of the award and some congressman was appealing that amount. When his appeal was upheld I was passed back to the first firm.
Then I got the letter about signing off for payment to insurance firms.
This this day I have not heard of anything I am getting and or when. I have only been updated on who is getting how much of what I may get, again I don't know when or how much, I only know who else gets what percent of how much I get.
I took that F'in ambulance ride, wondering where is was going to end up!
Yesterday my attorneys aid told me they may know more next week.
Does anybody out there know of a recpient? Are they satisfied?

16 | Edith Abrams
March 28, 2009 at 10:58 pm

Hi Julian, back again, with no news update on this vioxx saga and the way us victims are being strung along. The plan was to drag this on and on so the claimants will be dead from old age, or from the stress. You see what big powers and money can do? Can get away with murder. Not one of us victims have as much got an apology. If you step on someone's foot, its only appropriate to say excuse me, but you can kill someone and it's like oh well, no big deal, they would have died anyway.

17 | Edith Abrams
April 1, 2009 at 6:41 pm

Gosh Julian, somone's not bumped you off have they? One of the scientists who was a whistleblower did wind up dead, and the truth about his death is still not known.

 18 | julianayrs
April 2, 2009 at 2:45 am

Dear Edith:

Vioxx Settlement....a fraud perpetrated on the American people by Merck & lawyers Page 1 Page 35

Still alive and kicking.
Thanks for your concern.
Julian


19 | Edith Abrams
April 2, 2009 at 5:09 pm

Glad everything is o.k. with you Julian.


20 | another vioxx victim
April 9, 2009 at 1:18 pm

FINALLY!!! Thank you, so very much! You hit the nail on the head. I, too, took vioxx and suffered a heart attack. No family history, no diseases, perfectly fit and active. BAM! I lost my job, my insurance, my marriage, my home, and the once enjoyed good health; not to mention the self respect I once had in being able to support myself. My lawyer ignored me for almost 4 years, and did nothing on my case until it was too late to obtain records. Then, to add insult to injury, he filed a petition to drop me. I refused to sign on to the Settlement because I did not have what I needed to go forward and knew I would not pass the "gates"...... He withheld the evidence I did have and said he would only devulge that information if I signed. I was berated, chastised, admonished and told that I had better sign or else....To make a long story short, I have since suffered with multiple cardiac events. I don't have an income and have had to rely on the kindness of others for just the basics. And another thing, how is a Federal Judge who is slated to preside over future Vioxx trials, within the law to oversee this sham of a Settlement????? I would like to know his "SETTLEMENT".


21 | Edith Abrams
April 9, 2009 at 10:51 pm

another vioxx victim, I know how stressed out you are. I also lost my livelihood over this, I did however pass the gates and finally got a check, but it took me 5 years, and I am still waiting on the final payment, but still it helps, but I still lost out. Everyday you wonder if you will see tomorrow, I was only 49 years old when this poison destroyed my life, and no one would have ever known about this if David Graham hadn't blowed the whistle, and I think his life was threatned. I wish you the best. I sure know what you are going through. There was thousands of deaths from this vioxx, and I bet some families have no clue their beloved family member was taking this drug. Keep pushing this, you deserve justice, I know you tire easily now, I sure do. Will never be the same.

22 | <u>Vioxx scam...California courts assign Plaintiff liaison counsel for Merck victims!</u> « Julian Ayrs
<u>April 15, 2009 at 9:02 pm</u>

[...] (pounded out last year) as a "fraud" upon the American people. Post: 02/21/09
<u>http://julian1st.wordpress.com/2009/02/21/vioxx-settlementa-fraud-perpetrated-on-the-american-</u>
<u>people...</u> I was prompted to write the expose in view of the fact a number of victims involved in the
Vioxx [...]

 23 | Anonymous
<u>May 6, 2009 at 3:20 am</u>

The whole settlement is a slap in the face. If you had any previous conditions,(high blood pressure,
earlier heart attack, etc.),they take off a percentage and then they take off 90% of that percentage again.
So even if you had 500 points you end up with next to nothing after they take off their percentages.
Seems to me the people with the higher risks should have been told first of the dangers. Whoops, I
forgot NO ONE was told.

24 | <u>Julian Ayrs</u>
<u>May 6, 2009 at 3:05 pm</u>

Dear Rick:

Thank you on behalf of myself and others for taking the time to post your comments and the
comprehensive info attached.
Kind regards!
Julian

25 | Ginny Pickett
<u>May 6, 2009 at 3:57 pm</u>

Julian, Thank you for your efforts to enlighten those that have not fallen victim, again, in this Vioxx
debacle. But, those that don't have an interest will close thier eyes anyway. However, I do appreciate
your willingness to address this farce and sham on the victims of Vioxx that has been perpetuated and
sanctioned by the courts and Merck.

I have become a defeatist.........I am tired, I am sick and destitute. Disability benefits, although I

qualify based on thier criteria, are not coming anytime soon. There is one appeal after the other. Just like this "so called" settlement, I will be long gone before I see fruition of either. All I asked for was my day in court and that will never happen either… For over 5 years I have been fighting with a system that was supposed to protect me. I am an American and entitled to certain rights. What a joke. I would venture to say that if 59,000 people were victims of a bombing, the whole world would take notice. I bet if there were 59,000 people that filled a football stadium and were killed because of the greed of one company, the issue would certainly be addressed. Our plight has fallen on deaf ears. Notwithstanding the fact that the FDA has been BOUGHT, along with Judges, lawyers, doctors, via trips and funding, by the pharmaceutical companys and why stand up for the victims if they are "cut-off" from the perks. I could go on and on and it doesn't make a difference……….IT IS WHAT IT IS………….

 26 | Julian Ayrs
May 6, 2009 at 4:12 pm

Dear Ginny:

Thanks for you comments.
I appreciate them – as do many others – no doubt.
I actually received an e-mail the other day from an individual – anonymous, of course – scolding me for taking the position I have and having the "audacity" to publish the post on the Internet.
Have you even studied Law, they angrily quizzed me.
How irresponsible of you, they noted in closing.
For starters, I have studied law.
And, for the record, I stand by my position.
If the truth be known, I expect that anonymous person was either a Vioxx attorney, or an employee from Merck.
I wasn't born yesterday, 'ya know???
Kind regards!
Julian Ayrs

27 | Colleen Gross
June 11, 2009 at 10:49 pm

Julian
Just received a letter from my attorney, Girard and Keese found not eligible , for the settlement, my husband did not have a heart attach or a stroke, he suffered from bi-lateral blood clot's, kidney failure, thrombosis, in ICU 10 days on a ventilator for two days. My attorney knew I wasn't going to be eligible, why did he keep me hanging so long? I could have found another attorney that might have taken my case.

My question is, do you know of an attorney that would take this case now?

Vioxx Settlementa Fraud Perpetrated on the American Taxpayer Page 18 of 35

 28 | Anonymous
July 13, 2009 at 3:26 am

i would like to know who is looking in on the people that are suppose to be administering the settlement
moneys (especially the claims office in columbus ohio)i believe there is people up to no good there and
the hell with the clients SOME ONE IN ATHORITY (HONOST PERSON ?) I BELIEVE THESE
PEOPLE ARE TAKING ADVANTAGE OF THE CLAIMS PEOPLE

 29 | Julian Ayrs
July 13, 2009 at 4:57 am

Dear Anonymous:

Vioxx "Victims" with attorneys will have their settlements sorted out with the assistance of legal
counsel working closely (hopefully) with the Vioxx representatives (lawyers).
Any Vioxx claimant who does not have an attorney has two options.
First, a legit claimant is entitled to negotiate their settlement IN PRO PER (acting on their behalf with a
lawyer.
In the alternative, I should like to point out that those without legal counsel – who having been having
difficulties negotiating a settlement with the claim office – may ask for assistance from a special
attorney a Judge presiding over Los Angeles Cases (female) recently assigned to help resolve difficulties
arising in those instanct cases locally.
Good luck!
Julian

 30 | terri morse
July 20, 2009 at 10:31 pm

my dad suffered a massive stroke 7 yrs. ago and has been in a wheelchair ever since promised checks
would go out in aug.2008 then february 2009 now its july and they said a judge in washington said
check have to start going out sept.1st people have waited long enough I guess the lawyers are still
getting pleanty of money from the intrest in the monies

31 | Julian Ayrs

Case 2:05-md-01657-EEF-DEK    Document 27560-4    Filed 11/16/09    Page 19 of 35

July 20, 2009 at 10:34 pm

Dear Terri Morse:

Hang in there & keep the faith.
We'll get those bozos in the end!
Julian

32 | Edith Ann
July 21, 2009 at 3:10 am

I always wondered why there was a hell, now I know. That's where evil people go when they do evil deeds to others. Thank God, us vioxx victims will be the ones who will be victorious in the end. The old saying is true, You do not do others wrong and get by. That will prove itself threefold to the ones who has inflicted such pain to the Vioxx victims. This has been a nightmare, but my angel got me through it.

33 | screw merck
July 21, 2009 at 5:29 am

they will get theirs, and it won't be in court

34 | Julian Ayrs
July 21, 2009 at 6:28 pm

Dear Merck Lover:

I'm joking by addressing you that way, of course.
Some guy who has an attorney handling his Vioxx claim (who allegedly iss getting a large settlement less lawyer fees) tried to post a notice here calling all my "victims" ambulance chasers who needed o go find a free ride somewhere else.
Needless to say, I didn't give him the satisfaction of seeing his name or comment in print.
I zapped his message into smitherines.
Onward & upward, eh?
Keep the faith.
Julian

**35 | Edith Ann**
July 25, 2009 at 11:05 pm

Julian, where are You? Do you know of any updated news, or is it the same oh, same oh? What a nightmare.

**36 | JLB**
July 28, 2009 at 8:28 am

I signed off on my settlement on July 25. they said 40% will be sent out by 8-30 to my lawyer he said it will be distrubted by 9-15 with no fees deducted. The other 60 % sent by 9-30 and distrubted by 10-15. The total was far less than I thought it should be, took 30% for hypertension that I hAVE NEVER HAD , BUT SOME er DOCTOR said I did the night of by MI (when in pain your BP rises) never had it before nor sence MI in April of 03. What a screwing lawyer says I could lose more than 30% if I appeal and some thing else unknown comes out, so I signed of to try to END THIS ALMOST 5 YEAR BATTLE! Good luck to all of you!

**37 | Roland Dooley**
July 28, 2009 at 8:43 pm

I do not have a website yet. But, again, those of us who were severely damaged by VIOXX were shafted by Merck not once, but twice. First by the poison they marketed and then the minor payment in the so-called "settlement." I have had a stroke that left me unable to feel pain on one side of my body, took away much of my equalibrium as well as my sex life and eight years of earnings (I have had to go on permanent disability). In response I will receive less than $10,000! A friend of mine was rear ended and received no injuries and got $25K. This isn't anything but an insult to us who barely escaped death (My BP hit 220/110). What a joke.

**38 | Julian Ayrs**
July 28, 2009 at 10:40 pm

Dear Roland Dooley:

Thanks for taking the time to post your thoughts.
Many have the same sentiments you do.
Kind regards!
Julian

 39 | Julian Ayrs
July 28, 2009 at 10:42 pm

Dear JLB:

I am glad you came to a settlement agreement.
If you are happy, that is what is important.
Over the years, I have learned that compromise is sometimes a good route to take.
Unlocking "horns" with an adversary can save a lot of time, end frustration, and prevent further on-going anxiety.
Thanks for inputting your comments.
Julian

40 | dave
July 30, 2009 at 2:07 pm

judge fallon let this crap happen..he should be hung for treason

41 | dan
July 31, 2009 at 4:04 am

all the same story even mine we were sold OUT

42 | Leather
August 3, 2009 at 1:56 pm

Yes this is a big scam!!!!! I was told I had a case , I got my letter of eligiabilty then a letter saying I had the wrong type of Stroke!!!

I am still waiting on Attorney's to get in touch with me!!I have Beasley Allan..

**43 | Julian Ayrs**
August 7, 2009 at 4:36 pm

Dear Dan:

Well, there was good news yesterday.
A judge ruled that Insurance Carriers could recover monies spent on Vioxx.
Will be posting that info today or tomorrow.
Julian

**44 | Pharmgirl**
August 7, 2009 at 9:19 pm

God, Julian, what is good news about that? They already sent out the little lien papers on that crap, and not too many people was sold on the idea. After all there is statue of limitations, you know. So I think after 9 years, they cannot do crap.

**45 | Julian Ayrs**
August 7, 2009 at 9:59 pm

Dear Pharmgirl:

The lien papers you are referring to – I mentioned in my **original posts** on the Vioxx disputes many months ago, so I am familiar with the documents you are referring to.

Please note, those lien papers were sent out by the lawyers (1) before Merck agreed to a pay-back plan with the Health Insurance companies & hospitals involved (2) "in the event" third-party claimants decided to pursue a reimbursement after-the-fact either directly from Merck or by virtue of a lien on claimants settlement checks.

The article posted today confirms that Merck just now (in the past week) agreed to the $80 million settlement.

To me, it is good news, because it means Merck is starting to recognize more fully the extent of their liability for damages in respect to Vioxx and the victims involved.

Bottom line, this may bode well for individuals who suffered personal injury (and financial loss), who are seeking damages in the promised settlement from Merck.

That's how I see it.

Look for a lot of movement in the near future, to the advantage of the Vioxx litigants.

Julian

**46 | Pharmgirl**
August 9, 2009 at 1:49 am

Thanks Julian for that. You know they have made us victims feel like we asked for this and we didn't. They could have all their blood money back if only I had my once healthy heart. Money cannot buy your health, and that is the most precious thing you have, and do not know it until you lose it. We wasn't given but this one body. In the end my health will still cost me more than the money I got out of this and people thinks oh, sure made a lot of money off that heart attack, No that is not the way it is. I had rather be like I was before, hiking, biking, and enjoying the great outdoors, but after the heart attack that was nipped in the bud. I am not the kind of person who wanted the material things in life, all I ever wanted what was here free of charge for me to enjoy. After all what is our servicemen dying for? I love and appreciate everything these guys do, life is not fair either for them. They go fight these other countries wars, and wind up not getting the medical care they need and their families suffers also. This sure is a screwed up world and I cannot wait for it to end. And the rate we are going I think it will end soon.

**47 | Dennis Harrison (bones)**
August 11, 2009 at 12:57 am

Dear Julian

In case you have an interest; here is how I feel about the Fosamax litigation and how it will merely follow the corrupt and colluded ways of the Vioxx sham of a "settlement". The Vioxx "settlement" is a corrupt DEAL colluded upon by the large law firms, the courts, and pharma pulling the strings with Merck as the proxy. The large law firms, acting in an Oligopolistic manner, have teamed up with Pharma to control the courts. The courts have been puppets of Pharma (with Merck as the proxy) and the large law firms.

The Vioxx "settlement" was merely a private deal – merely a self imposed fine by Merck. It awards their behavior and converts the watchdog of the unknown amounts with lawsuits that keep them on guard to mere fixed costs of ending a product life cycle. It will thus encourage more and more experimentation with the public. The rat is out of the laboratory and we (humans) are now the rat.

Now that Vioxx has led the way, looks like Merck is now going to start the process over with Fosamax.

The first bogus "bell weather" trials are about to start on Fosamax.

We all know where it is going for the Fosamax victims….. with the Vioxx MDL patting itself on the back and the large law firms CONSTANTLY chatting that "all of their clients just love this"…

Unless stopped and reasonable people assume responsibility, looks like Federal Agencies, large law firms and courts will just make deals with pharma and roll people off the assembly lines with a license to kill and maim some for the "good of the whole"… Unless this is stopped, we haven't seen anything yet.

Vioxx was well thought out not only for shafting its survivors/victims, but to pave the way for more pharma lawsuits. Within a year or two look for this "model" of mass tort litigation to be signed into law looking very close to what we have just witnessed. Voila; our legislators will have "worked hard" on "tort reform" and let their constituents "know".

In the best paragraph describing it I have seen:

XXXXX wants to blame the whole deal on all the plaintiff's lawyers not Merck or the PSC appointed by…. He wants to do away with the whole system of tort compensation—he thinks it is a bogus lottery. He wants corporations to be immune and only accountable to fed agencies. His method is to make the system seem ridiculous. While the system is tough to bear at times—its the only one we have and guys like XXXX are all about might makes right….



48 | Julian Ayrs
August 11, 2009 at 1:06 am

Dear Rick:

Thanks for taking so much time penning this post comment.
I expect many will find it intriguing, to say the least!
Kind regards!
Julian

49 | Pharmgirl
August 11, 2009 at 8:04 pm

Well Julian, looks like the vioxx giant has went back in his sleep mode. None of us victims are hearing anything. Reckon what is fixing to be sprung on us? I was promised the final checks would be going out Sept.30th. How can that possibe be when scores of people have not even been in review yet? Any answers you can give me will be greatly appreciated. Thanks for this post.



50 | Julian Ayrs
August 12, 2009 at 4:09 pm

Case 2:05-md-01657-EEF-DEK   Document 27560-4   Filed 11/16/09   Page 25 of 35

Dear Pharmgirl:

Perhaps they were referring to final checks for people like yourself who are in a different phase of the
settlement agreement process.
Since they gave a September 30th deadline to you, you're jumping the gun, aren't you?
I'd wait and see.
Good luck.
Julian

## Leave a Reply

Your Name

Your Email

Your URL

Post

☐ Notify me of follow-up comments via email.

## Blogroll

- Pop Culture
- The Tattler (Blog)
- The Tattler (web site)
- WordPress.com

### February 2009

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |

# WILLIAMSON & RUSNAK
### ATTORNEYS AT LAW
AND
# LAMINACK, PIRTLE & MARTINES, L.L.P.
A JOINT VENTURE OF PROFESSIONAL PARTNERSHIPS

**WILLIAMSON & RUSNAK**
ATTORNEYS AT LAW
4310 YOAKUM BLVD.
HOUSTON, TEXAS 77006-5818

## Exhibit (O)

**LAMINACK, PIRTLE & MARTINES, L.L.P.**
440 LOUISIANA
SUITE 1250
HOUSTON, TEXAS 77002

WWW. JIMMYWILLIAMSON.COM
TELEPHONE: 713-223-3330
FAX: 713-223-0001

* JIMMY WILLIAMSON, P.C.
CYNDI MOSS RUSNAK

WWW. LPM-TRIALLAW.COM
TELEPHONE: 713-292-2750
FAX: 713-292-2755

RICK LAMINACK
TOM PIRTLE
BUFFY MARTINES

September 7, 2009

**Sent Via Regular Mail**
**Sent Via Certified Mail, RRR**
John P. Hudson
7 Manitou Court
Ann Arbor, Michigan 48108

    Re:    Civil Action No. 06-7011; *John Hudson, Individually and as Representative of the Estate of Marguerite Hudson v. Merck & Co, Inc* ; In the United States District Court for the Eastern District of Louisiana

### Notice of Dismissal and Closing of File

Dear Mr. Hudson

    As you may recall, on December 29, 2008 we sent you a letter discussing the viability of Ms. Hudson's Vioxx case. In that letter, we explained to you that Ms. Hudson's medical records indicate that she was on Celebrex at the time of her death and that she had not been on Vioxx for approximately 2 years prior to her death. In that same letter we asked your permission to voluntarily dismiss her Vioxx claim because we could not prove that her death was related to her Vioxx use. I have attached our December 29, 2008 letter for your review.

    In your letter of January 8, 2009 you advised us that you did not want to voluntarily dismiss the case. On January 20, 2009 we asked you to contact another attorney to handle your claim. We offered to forward your file to the attorney of your choosing at our expense. We also stated that we would be waiving all fees and expenses in your case. I have attached a copy of our January 20, 2009 letter for your review.

    On January 28, 2009 you sent us another letter demanding that we continue on with Ms. Hudson's case. On February 3, 2009 we again advised you that Ms. Hudson did not have a viable Vioxx claim due to the fact that she was not taking Vioxx at or near the time of her death. We again asked that you find another attorney and again offered to forward your file at no expense to you. I have attached a copy of our February 3, 2009 letter for your review.

To date you have not provided us with the name of your new attorney or any instructions regarding Ms. Hudson's file.

The court overseeing Vioxx cases nationwide recently dismissed Ms. Hudson's case because we could not prove that she had a Vioxx related injury. This means that her Vioxx lawsuit has ended. We are very sorry to have to give you this news. It was our sincere hope that this lawsuit would end with some settlement monies being paid to you. Unfortunately that is not going to happen due to the problems I have described above.

Please be advised that Williamson & Rusnak and Laminack, Pirtle & Martines will take no further action regarding this matter. As of today's date we are closing our file.

It has been our pleasure to serve as your lawyers in the Vioxx matter. We wished it had turned out differently. If you have any questions, please do not hesitate to contact me at 713-292-2750.

Sincerely,

**LAMINACK, PIRTLE & MARTINES**

Buffy K. Martines

cc:    John Kahn/Jennifer Kahn                    *Sent Via Certified Mail, RRR*
       The Kahn Law Firm
       1314 Texas Avenue, Suite 1012
       Houston, Texas 77002

**Memorandum**

John P. Hudson Sr.
7 Manitou Court
Ann Arbor Michigan  48108
JohnHu48108@yahoo.com
(734) 972-7960

**Exhibit (P)**

September 13, 2009


Attorney Buffy Martines
Laminack, Pirtle & Martines L.L.P.
440 Louisiana
Suite 1250
Houston Texas  77002

Re: Civil Action No.  06-7011; John Hudson, Individually and as Representatives of the Estate of Marguerite Hudson v. Merck & Co. Inc; In the United States District Court for the Eastern District of Louisiana.

Dear Attorney Martines,


I have viewed your correspondence dated September 7, 2009 and please be advised that it appears you have just attempted to commit fraud within a settlement process.  What you are doing could be considered a Federal Crime and is punishable by "The United States Department of Justice," statues of the law.  I strongly urge you to retract your letter to me dated September 7, 2009 and make amends very quickly.  The United States Department of Justice handles Settlement Schemes.

As a student of the law, I have studied and track this case from beginning to present.  I could argue to any Court that my mother had taken Vioxx for a substantial period and time and even though she was not on Vioxx at the time of her death, the damage had already been done, but I am not here to refute that. I also could argue that looking at her medical records, Mrs. Marguerite Hudson did not have prior symptoms, such as flue or cold, that seemingly to never go away, regurgitations and fatigue that persisted upon her body as it is stated with someone who had been taking Vioxx for a very long time, but I will not argue that.  Moreover, getting back to the basis of my argument and hoping that it is not too inscrutable that it would take a rocket scientist to figure this one out.  My mother Marguerite Hudson's "Civil Rights," was violated, end of story!

Nevertheless, I am well aware of how this settlement process is suppose to carry out its' eligibility of claimants or ineligibility.  Within the Merck Document produced November 9, 2007 states, on (page 8) in section 2.3.1.  **{The Claims Administrator initially will determine whether an Enrolled Program Claimants meets the Eligibility Requirements.  In that connection, the Claims Administrator shall review and analyze the Claims Package, or in cases of inconsistency, suspicion of irregularity for audit purposes and or similarly appropriate circumstances, review and analyze**

other documents or materials that the Claims Administrator has access to pursuant to this Agreement.}

Therefore Ms. Martines, please understand that I understand that you nor any other attorney is to make this judgment whether a Claimant is eligible or non eligible.  The Merck Document further states on (page 11) section 2.5.6. **{If the Gate Committee determines that a particular Enrolled Program Claimant is not to be deemed to be a Qualifying Program Claimant and Merck's representatives on the Gate Committee do not take a contrary action pursuant to Section 2.5.5 within the time period specified therein, the Claims Administrator thereafter will give "Written Notice" to the Enrolled Program Claimant's Counsel or, if the Enrolled Program Claimant is without Counsel, to the Enrolled Program Claimant directly.**

You nor any of your constituents have produced this document in times **past, nor to this very present moment.**  This document Ms. Martines is written and etched in a legal form.  The packet produced by Merck & Company themselves and any attorney operating outside of this packet is operating illegally. This is how the process is suppose to proceed.  **You and your colleagues are not abiding by the "Vioxx Settlement Process!"**

As it relates to your Fiduciary duty and the statues of the law regarding Attorney/Client relationships, you are engaging in Fraud and Extortion when you deal outside of the Merck Document.  Once again, please be advised as I am currently studying certain aspects of the law, the evidence thus far against you leads to Legal Malpractice and the breaking of your Fiduciary duty to your Client.  I will not accept your bogus rhetoric submitted on stationary dated September 7, 2009.  I had already mentioned to one of your colleagues Jimmy Williamson to forward my files to me if his law firm planned on dropping me as a Client and  I would contact the Gate Committee and possibly get the SPC to assist.  Nevertheless, I would have rather had the SPC to assist anyhow since they only would charge me 8% of the final award. However, upon my request Attorney Williamson failed to submit my files as I requested when he stated his firm was going to withdraw.  I directed him to have the Claims Administrator or Special Master to contact me directly as it is stated in (Section 2.5.5) and he chose not to comply again.

Merck are awarding Claimants for being violated according to their Civil Rights also for they just came to an agreement of 80 million for third party payers and those who were not eligible in the first waive of dollars in the 4.85 billion dollar portion.  This information is out there free for anyone who is willing to research, collect and read.  The dollars were awarded for the United States District Court, for the Eastern District of Louisiana and included the violation of Civil Rights and third Party payers who claim there were no adequate warning labels given on the Vioxx medication at time of purchase.

I have pleaded my case with the United States Department of Justice, Civil Division under the direction of  Mr. Eric Holder and asked diligently that an investigation or an audit be done on this entire "Vioxx Settlement Scheme."  As with the Phen Fen Settlement by Pfizer and attorneys in Kentucky who were brought up on charges for doing the exact same thing you are trying to do to me, please understand you are not invincible.  I have also commenced to organizing a coalition of other Claimants who are being treated like me throughout this entire process and have asked them to do the same.

Sincerely,

John P. Hudson Sr.
(Vioxx Litigant)

cc.
The Kahn Law Firm
Ben C. Hudson Jr.
The United States Department of Justice "Civil Division"
Mr. Barack Obama – President of The United States

Enclosure



> ▶ Bloomberg Anywhere  ▶ Bloomberg Professional  ▶ About Bloomberg

Updated:  New York, Oct 05 14:42  London, Oct 05 19:42  Tokyo, Oct 06 03:42

| QUOTE | SEARCH NEWS | ▶ SYMBOL LOOKUP | 🖥 Live TV | 📻 Live Radio | 📱 Mobile | 🎧 Podcasts |

**Bloomberg** PRESS

**AQUA SHOCK**
The Water Crisis in America
$24.95, Hardcover, 256 pages, 978-1-57660-332-1

Visit Store

≡ HOME   ≡ NEWS   ≡ MARKET DATA   ≡ PERSONAL FINANCE   ≡ TV and RADIO        ▷ Feedback   LOG IN/REGISTER

news

Politics    Exclusive    Health Care    Technology    Currencies    Forex Trading Videos    ETFs    C-Suite

STORY   PHOTO

Exclusive
Worldwide
Regions
Markets
Industries
Economy
Politics
Law
Environment
Science
Opinion
Spend
Sports
Arts and Culture
Editors' Video Picks
Bloomberg Markets
Magazine
Special Report

RESOURCES
Bloomberg TV
Bloomberg Radio
Bloomberg Podcasts
Bloomberg Press

# Merck Paying More Than 3,100 Death Claims in Vioxx Settlement

Share | Email | Print | A A A

By David Voreacos, Jef Feeley and Dawn McCarty



Sept. 26 (Bloomberg) -- **Merck & Co.** is paying claims by the families of more than 3,100 users of its Vioxx painkiller who died of heart attacks or strokes blamed on the drug, according to a law firm administering a $4.85 billion settlement fund.

The fund will pay about 3,000 claims for heart attack deaths and at least 122 strokes, according to BrownGreer LLP, a claims administrator appointed by both sides. Merck introduced Vioxx in 1999 and withdrew it in 2004 when a study showed the drug doubled the risk of heart attacks and strokes. Merck set up the fund, which covers claims of death and lesser injuries, in 2007 after reserving $1.9 billion to fight 26,600 Vioxx suits.

"We don't know any drug right now with this number of deaths associated with it," said Houston attorney **Mark Lanier**, a Vioxx plaintiffs' lawyer who is appealing the reversal of a $256 million verdict against Merck. "This is a very sad chapter in the American tragedy of pharmaceutical companies gone wild."

Merck, which is set to buy rival **Schering-Plough Corp.** by the end of the year, won 11 of 16 Vioxx suits at trial before agreeing to settle all claims. Under the accord, the facts of each case determine the extent of Merck's liability, which analysts once estimated to be as much as $20 billion overall. BrownGreer said it's almost done reviewing 48,507 claims. So far, the firm has rejected 40 percent of them.

Stock Increase

Merck rose 24 cents to $31.25 in New York Stock Exchange composite trading yesterday, after rising as much as 2.3 percent.

"It's a good thing to clear the deck before you merge with Schering. You want to clear off all these outstanding issues so you can merge in peace. It's one less distraction," said **Les Funtleyder**, a health-care analyst with Miller Tabak & Co. in New York, in a phone interview.

Families of heart attack victims who died will get an average payment of about $374,000, according to BrownGreer. Some will get as little as $5,000 and others more than $1.5 million, depending on the Vioxx user's age, how long they took the drug and whether they had health risks such as obesity or hypertension, said **Andy Birchfield**, a plaintiff's lawyer in Montgomery, Alabama, who helped negotiate the settlement.

"The settlement relies on objective criteria," said Merck attorney **Ted Mayer** of Hughes Hubbard & Reed LLP in New York. "There's no admission regarding causation or fault. The track record in the courtroom is that plaintiffs failed again and again to establish causation."

Lawyers' Share

Claimants taking part in the **settlement** don't have to prove Vioxx caused their specific injuries. Details on the payments to individual claimants, who are ranked on one of six levels, are confidential. Claimants' lawyers will be paid as much as

Pre-Settlement Funding
Super Fast Pre-Settlement Funding Available 24/7
Call Now!
addaconpf.com/presettlementfunding

Annuity Class Action
Are you a class member and should you ask to be excluded?
www.amtrust.net

Phillips & Cohen - Qui Tam
The most successful whistleblower law firm. $5.3 billion recovered.
www.phillipsandcohen.com

Enlarged Heart Study
FDA-regulated study for patients with heart failure (enlarged heart)
www.HeartFailureClinicalStudy.com

More News

• **Merrill Bringing Down Lewis Gives Bank 30% Profits (Update3)**

• **Hess Options Trading Surges on Speculation Company May Be Sold**

• **Krawcheck Tells CNBC She Won't Do 'Stupid Things' on Pay**

$1.55 billion of the settlement fund.

**Orran Brown**, chairman of BrownGreer, said the fund will pay "an unspecified number" of claims on behalf of Vioxx users whose deaths didn't meet the criteria for payments related to the drug's use. He said the number hasn't been disclosed publicly and he wasn't authorized by Merck and plaintiffs' lawyers to release it.

"I have no doubt in my mind it's more than 3,000 deaths," plaintiffs lawyer Lanier said. "I don't think we're seeing the real number of deaths. The true number is being buried in history."

'It's Plenty Bad'

**David Logan**, dean of Roger Williams University Law School in Rhode Island, said after being told the figure, that "it's plenty bad that the numbers are that high."

Merck, based in Whitehouse Station, New Jersey, settled after battling plaintiffs who claimed in state and federal courts that it didn't adequately disclose Vioxx safety data to the **U.S. Food and Drug Administration**, didn't properly warn doctors and patients of the drug's risks and misrepresented the potential harm in marketing materials.

Plaintiffs claimed Merck should have moved more quickly to warn about the dangers of Vioxx after a 2000 study reported that the medicine caused five times more heart attacks than another painkiller, naproxen. Merck took two years to negotiate a change in Vioxx's label on side effects with the FDA.

"Merck acted responsibly in studying the medicine and sharing data with the FDA and physicians and in voluntarily withdrawing Vioxx from the marketplace in 2004," Merck lawyer Mayer said.

'Heart Attacks'

**Jerome Avorn**, a Harvard Medical School professor, said "clearly there were preventable heart attacks and strokes."

"The company's own data makes it clear that if people had not been on that drug, they would not have had heart attacks or strokes," Avorn said. The goal should be to "spot these problems far earlier than the five years it took with Vioxx."

Avorn, who wrote a paper warning of the drug's risks before it was pulled from the market, testified for no fee as an expert witness in Vioxx litigation on behalf of plaintiffs.

"Many of the deaths could have been avoided," **Bruce Psaty**, a professor of medicine and epidemiology at the University of Washington, said in an interview. "Merck had information that they did not provide to the public, the FDA and patients in a timely fashion. Patients were not able to make an informed decision."

Psaty wrote an article in the Journal of the American Medical Association last year that criticized how Merck handled data from clinical trials in 2001 showing Vioxx tripled the risk of death in Alzheimer's disease patients.

"All drugs can hurt people," said Psaty, a drug-safety expert. "Some of the people who were injured or died may have chosen not to take the drug had they been fully informed about the risks."

Trials Averted

By settling the litigation, **Merck** averted trials on potentially inflammatory cases, including one filed in state court in Atlantic City, New Jersey, by Susan Weiss of Greenwich, Connecticut.

Her husband, Charles, 61, died next to her on a flight to Hong Kong on Dec. 6, 2003. A doctor on the plane tried for 45 minutes to revive him.

"There was no place to move the body because the plane was full," Weiss said in a pretrial deposition filed by Merck with the court in 2006. She held her husband for another five hours, she said.

Weiss's attorney, **Benedict Morelli**, didn't return calls seeking comment on the disposition of the case. Mayer said he didn't know the outcome of BrownGreer's review of Weiss's claim.

Other Vioxx death settlements have been outlined in court papers. The family of a man who died of a heart attack is asking a state court judge in Illinois to approve a $121,000 settlement of their claims against Merck, according to the Madison Record newspaper.

Family's Portion

After more than $38,000 in attorneys fees are deducted from the accord,

05/2009 02:44 PM

Nathaniel Webster's family will be left with $76,418.88, the newspaper said Sept. 16, citing a court filing.

**Merck is paying** a total of $4 billion on heart attack claims and $850 million for strokes, according to the settlement.

BrownGreer analyzed records to verify whether plaintiffs had heart attacks or strokes, were dispensed at least 30 Vioxx pills and ingested the drug within 14 days of the injury.

**BrownGreer**, based in Richmond, Virginia, analyzed the eligibility of 30,480 heart attack claims, rejecting 32 percent, according to a Sept. 17 report to a federal judge in New Orleans overseeing the settlement. The firm has tentatively denied 56 percent of 18,027 stroke claims, with 510 still under review.

For plaintiffs who passed the three tests, BrownGreer assigned points using data such as age, duration of use, and health risks like smoking. The average fatal heart attack case scored 201 points out of 1,000 and will result in a payment of from $373,209 to $375,216, according to the report.

Through the end of August, BrownGreer paid $1.4 billion to heart attack claimants from the Merck fund. The firm will pay most of the balance of the $4 billion fund to more than 20,000 claimants after Sept. 30. Stroke claimants have received $69.8 million of the $850 million so far.

To contact the reporters on this story: **David Voreacos** in Newark, New Jersey, at dvoreacos@bloomberg.net; **Jef Feeley** in Wilmington, Delaware, at jfeeley@bloomberg.net; **Dawn McCarty** in Wilmington, Delaware, at dmccarty@bloomberg.net.

*Last Updated: September 26, 2009 00:01 EDT*

---

Delicious    Digg    Facebook    LinkedIn    Newsvine    Propeller    Yahoo! Buzz

**Sponsored Links**

**Annuity Class Action**
Are you a class member and should you ask to be excluded?
www.mmlaw.net

**Fleet Laxative Lawsuits**
Injured After Using Fleet Phospho-Soda Products? Call today.
www.awkolaw.com

**Chinese Drywall Victims**
Get The Legal Help You Need Today. Instant Case Review. 800-LAW-INFO
defective-drywall-lawsuit.com

Ads by Google

©2009 BLOOMBERG L.P. ALL RIGHTS RESERVED.   Terms of Service | Privacy Policy | Trademarks | Site Map | Help | Feedback | Advertising | 한국어 サイト

Memorandum

John P. Hudson Sr.
7 Manitou Court
Ann Arbor Michigan  48108
JohnHu48108.@yahoo.com
(734) 972-7960

# Exhibit (R)

October 5, 2009

Via Regular Main and Certified Mail
Attorney Orran Brown
BrownGreer P.L.C.
115 S. 15th Street
Suite 400
Richmond, VA  23219-4209
(804) 521-7299

Re: Civil Action No.  06-7011: John Hudson, Individually and as Representatives of the Estate of
Marguerite Hudson v. Merck & Co. Inc: In the United States District Court for the Eastern District of
Louisiana.

Dear Attorney Orran Brown.

My name is John P Hudson Sr. Executor of The Estate of Marguerite Hudson.  I have viewed your
statements in the "Bloomberg Press," which is enclosed in this letter. I have studied precisely this
"Vioxx Settlement" offered by Merck & Co. from beginning to present.  There is not a single piece of
discourse stated or written by those who are closely associated with this case that I have not tracked
and documented.  Nevertheless, one should not count this to be paucity for the assistance of a higher
authority have been petitioned as well.  The diabolical and egregious way some of the plaintiff's
attorneys have handled their client's cases with this Vioxx Settlement is a disgrace before "God," and
the American public.  However, I am not here to replay spilled milk or water under the bridge so to speak.

Although, this does not spite the fact there are those who are apart of your conglomerate that are
still not being truthful and forthright with information regarding this settlement.  As a mere example I
have enclosed communication between attorney Andy Birchfield and myself regarding my
Mother's claim and what was being stated initially by him.  He was not my attorney representing me
but we just happened to get into a little discussion over the phone one day because I had questions and I
thought he could give answers.  Therefore, we ended up forwarding each other our point of view of this
settlement on stationary.  However, I do understand attorney Birchfield has sort of change some
of his views on this now but that was not the case on August 10th , 2009 which is the date of his
correspondence to me after viewing my Mother's medical records.  I simply responded back stating
there is great reward when we have the right to operate in free enterprise in America, but at the same

time one must not mitigate the fact that Merck's product was produce on fraudulent means. Furthermore, not only is it wrong when one produces a product without the proper warning label and it does bodily harm to a person, we violate that individual's "Civil Rights" as well.

Moreover, recently I have called your firm and spoke with attorney Jennifer Green trying to receive information regarding my Vioxx Claim. This call was made on Monday September 28th, 2009 around the time of 4:42pm. and we spoke for one minute and fifty-two seconds. While she answered specific questions I had about the Merck Document which I have in my custody but could not help me with my specific case at the moment but directed me to call the curator, Mr. Bob Johnson's office in Louisiana. Upon calling the curator's office on Wednesday September 30th, 2009 and speaking to a person named Jeanette for about seventeen minutes and thirty-five seconds around the time of 3:37pm collecting some information but not all that I wanted at the time. She proclaimed that she was going to get in touch with me the next day which would have been that following Thursday October 1st, 2009 and give me more data on my Vioxx Claim regarding the estate of my Mother. However, I never received a call back from this person.

I am finish speaking with third party people unless you have someone there with the PSC that can really assist and give me the information I need. I would like to know specifics. I would like to know first and far-most the status of my claim? What are the points awarded? How much can one expect to receive in compensation once this fiasco is over? What form of payment or method will be used in order to get the funds in the claimants hands? What date can one expect to receive final restitution?

Attorney Brown, I would like to thank you in advance for your time regarding my concerns. I will be looking forward to your response. Even though the road to Justice may seem long and weary at times, it is worth the wait for an individual when he knows without a shadow of a doubt he has been perpetrated upon. I will not cease with this ordeal until justice prevails.

Sincerely,

John P. Hudson Sr.
(Vioxx Litigant)
cc.
Mr. Ben C. Hudson Jr. - brother
Other Siblings

PIERAANGELA CONCETTA CLIFFORD
Notary Public - Michigan
Washtenaw County
My Commission Expires Mar 23, 2014
Acting in the County of WASHTENAW

FOR THE SIGNATURE OF
JOHN P. HUDSON
10.6.09.

Enclosure