UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  :  MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION  :  SECTION: L
:
:  JUDGE FALLON
:  MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Nola Kurelic v. Merck & Co., Inc.,* Case No. 05-2101
*Joan Kjonaas v. Merck & Co., Inc.,* Case No. 06-5654
*Kathryn M. Centrella v. Merck & Co., Inc.,* Case No. 05-3164
*Barbara Heavner v. Merck & Co., Inc.,* **Tolled**
*Robert Hunter v. Merck & Co., Inc.,* Case No. 06-1505
*Howard Rogers v. Merck & Co., Inc.,* **Tolled**

## ORDER

The Court has received the attached correspondence from negotiating third party payor counsel Thomas M. Sobol. IT IS ORDERED that the correspondence be entered into the record. Considering the content of the letter, IT IS FURTHER ORDERED that the hearing on Plaintiff's Motion for Relief from Private Lien Resolution Agreement (Rec. Doc. 25895) currently scheduled for Wednesday, November 18, at 2:00 p.m. shall be RESCHEDULED for Thursday, December 3, 2009, immediately following the monthly status conference WITH ORAL ARGUMENT.

New Orleans, Louisiana, this 17th day of November, 2009.

                                          UNITED STATES DISTRICT JUDGE