

THOMAS M. SOBOL
(617) 482-3700
TOM@HBSSLAW.COM

# HAGENS BERMAN
## SOBOL SHAPIRO LLP

November 17, 2009

**Via Fax & Email**

Honorable Eldon E. Fallon
500 Poydras Street
Room C456
New Orleans, LA 70130

      Re:    *In re Vioxx Products Liability Litigation:* Private Lien Resolution Program

Dear Judge Fallon:

      I write in my capacity as negotiating third party payor counsel regarding the hearing concerning the pending Motion for Relief from Private Lien Resolution Agreement currently scheduled for tomorrow, November 18, 2009 at 2:00 pm.

      I first learned of this hearing less than an hour ago. In response to my inquiry, your clerk advised me that the time for the hearing had been set by an order dated November 5, 2009. My office immediately checked the docket and discovered the order (Docket No. 26695, dated October 5, 2009, entered November 5, 2009).

      My office has confirmed that we never received this order, whether via Lexis File and Serve, ECF, or other means. Counsel for the Third Party Payors who responded to the Motion for Relief From Private Lien Resolution Agreement in the November 6, 2009 Certain Third Party Payers' Response to Motion For Relief have confirmed that they did not receive notice of the hearing either. The situation is a bit perplexing as my office inquired of your clerk prior to filing the November 6, 2009 Response whether a hearing date had been set for the underlying Motion. We were informed that a date had not yet been set.

      Yesterday, the Garretson Firm had the courtesy to forward us a copy of the report they had prepared, and happened to mention that there was a hearing tomorrow. Upon reading Garretson's email, I reached out to Liason Counsel and counsel for Movants. Apparently, other interested counsel and the settlement administrator were aware of the hearing date and time, but did not so inform us.

      Given the short notice, I am personally unable to travel to New Orleans (I have a hearing in Federal Court in Philadelphia). Counsel for Certain Health Plans is similarly unable to make arrangements on such short notice. I therefore respectfully ask the Court to reschedule this hearing for a date at least one week in the future. I believe that that this brief delay is appropriate

ATTORNEYS AT LAW    SEATTLE  LOS ANGELES  BOSTON  PHOENIX  CHICAGO  SAN FRANCISCO  NEW YORK
617.482.3700    617.482.3003
www.hbsslaw.com

010093-11 339102 V1

given the circumstances, particularly in light of the Reply filed Friday November 11, 2009 and the Response filed just yesterday, November 16, 2009.

                Sincerely,

                **/s/ Thomas M. Sobol**

                Thomas M. Sobol

TMS:kjp

cc:    Russ Herman
        Matt Garretson
        Andy Birchfield
        Diane Paolicelli
        Mark Fischer
        Richard Cohen
        Joe Grinstein