# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Geneva Thibodeaux, et al.* | * | JUDGE FALLON |
| v. | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Kevin Guillory, individually and on* | * | |
| *behalf of his minor children,* | * | |
| *Jada Guillory and Kavin Guillory, and* | * | |
| *Janene Guillory* | * | |
| | * | |
| | * | |
| *Docket No. 2:05-cv-02920* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Kevin Guillory, individually and on behalf of his minor children, Jada Guillory and Kavin Guillory, and Janene Guillory in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 16th day of November, 2009.

*(signed) Eldon E. Fallon*
DISTRICT JUDGE