UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>  Products Liability Litigation<br><br>This Document Relates to:<br><br>  STATE OF LOUISIANA, ex rel.<br>  JAMES D. CALDWELL,<br>  ATTORNEY GENERAL<br>        Plaintiff<br><br>  versus<br><br>MERCK SHARP & DOHME CORP.<br><br>  Case No. 05-3700 | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

TO:   Merck Sharp & Dohme Corp.
      through its attorney of record
      Travis Sales, Esq.
      Baker Botts, LLP
      910 Louisiana Street
      Houston, Texas 77002

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, Plaintiff State of Louisiana, ex rel. James D. Caldwell Attorney General, pursuant to Federal rules of Civil Procedure, will take the deposition of Alise Reicin January 7, 2010 starting at 9:30 a.m., and ending at 5:30 p.m. at the office of Dechert LLP, 1095 Avenue of the Americans, New York, NY 10036.

The deposition will be taken before a person authorized by law to administer paths, pursuant to federal rule of Civil Procedure 28.

Dated: November 20, 2009

/s/ James R. Dugan
James R. Dugan, II (La. Bar No. 24785)
Douglas R. Plymale. (La. Bar No. 28409)
Stephen B. Murray, Jr. (La. Bar No. 23877)
Stephen B. Murray, Sr. (La. Bar No. 9858)
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Deposition has this day been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance to pretrial order No. 8B, on this the 20th day of November, 2009.

/s/ James R. Dugan