UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

MDL NO. 1657

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION      SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: ALL CASES

## MOTION TO ADJOURN HEARING

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

Avrum Levicoff, Esquire, counsel for Teresa Toriseva, Esquire, an attorney who has asserted an Attorney's Charging Lien in this matter, respectfully moves the Court to adjourn a hearing noticed for December 16, 2009 at 9:00 a.m. on the following grounds:

1.    Counsel undersigned represents Teresa Toriseva, Esquire, on whose behalf an Attorney's Charging Lien and Supplemental Attorney's Charging Lien have heretofore been filed in this matter. As is clear from the initial Attorney's Charging Lien, and the Supplement thereto, these matters arise out of a dispute between Attorney Toriseva and another attorney, Barry Hill, Esquire, currently associated with the law firm of Anapol Schwartz, over their respective rights and entitlement to shares of a portion of attorneys' fees emanating from certain of the settlements of certain claims Vioxx claimants. In the initial Charging Lien and the Supplement thereto, an effort has been made to make clear that the lien interest asserted by Attorney Toriseva only relates to the portion of the attorneys' fees that are otherwise due and payable to Mr. Hill.

2. In addition to filing notice of Attorney's Charging Lien and Supplemental Notice in this matter, Ms. Toriseva has instituted a declaratory judgment action against Mr. Hill in the Circuit Court of Ohio County, West Virginia. That Court has jurisdiction of both Ms. Toriseva and Mr. Hill, and is the appropriate forum in which their dispute over the attorneys' fees should be adjudicated.

3. Mr. Hill has filed a motion to dismiss the attorney's charging lien in this matter, and more recently filed a supplemental motion to dismiss. On November 13, 2009 Mr. Hill also mailed a "Notice of Hearing" indicating that the supplemental motion to dismiss is to be heard by the Court on December 16, 2009 at 9:00 a.m. Counsel undersigned requests that the hearing on Mr. Hill's motion, including the supplemental motion to dismiss the attorney's charging lien, should be continued generally, for the following reasons:

(A) Counsel undersigned is scheduled to be in a lengthy trial in the Circuit Court of Tucker County, West Virginia, and will be unavailable to attend a hearing in Louisiana on December 16, 2009;

(B) There is no need for the Court to address the motion to dismiss, in that the attorneys' fee dispute between Ms. Toriseva and Mr. Hill will be determined in the declaratory judgment action pending in the Circuit Court of Ohio County, West Virginia, thereby making it unnecessary for this Court to address the substance of the lien;

(C) As is stated in the Notice of Attorney's Charging Lien, this Court should simply enter an Order providing that the limited funds that are the subject of the attorneys' fee dispute been Ms. Toriseva and Mr. Hill, and, therefore, are the subject of Ms. Toriseva's lien should be paid into the Circuit Court of Ohio

County, West Virginia, such that the ultimate disposition of those funds can properly be directed by that Court in connection with the pending declaratory judgment case.

WHEREFORE, counsel undersigned requests that the hearing presently scheduled for December 16, 2009 be continued generally.

By: _____
Avrum Levicoff, Esquire
W.Va. I.D. #: 4549
Laura A. Kibby, Esquire
W.Va. I.D. #. 10457
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15222
(412) 434-5200

*Counsel for Teresa Toriseva, Esquire*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

MDL NO. 1657

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION    SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: ALL CASES

### CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2009, I filed the foregoing MOTION TO ADJOURN HEARING with the Clerk of Court via first class, U.S. Mail (for filing with the Court and for entry upon the CM/ECF filing system which will send notification of such filing to CM/ECF participants), counsel for the VLC, Harry S. Hardin, III, by email (hhardin@joneswalker.com) and upon Liaison Counsel Phillip Wittman and Russ Herman by email (rherman@hhkc.com and pwittmann@stonepigman.com). A hard copy has been mailed to: Barry Hill, Esquire, Anapol Schwartz, 89 12th Street, Wheeling, West Virginia 26003.

By: _____
Avrum Levicoff, Esquire
W.Va. I.D. #: 4549
Laura A. Kibby, Esquire
W.Va. I.D. #. 10457
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15222
(412) 434-5200

*Counsel for Teresa Toriseva, Esquire*

{L0305888.1 }    4



AVRUM LEVICOFF†
ALAN T. SILKO
ELIZABETH E. DEEMER‡
BRETT C. SHEAR
CAREY L. CUMMINGS†
EDWARD I. LEVICOFF
R. BRANDON McCULLOUGH
LAURA A. KIBBY†‡
JONATHAN G. PRESTON✧
MEGAN E. ARRINGTON
DENISE R. ABBOTT†

†Admitted in West Virginia
‡Admitted in Ohio
✧Admitted in New Jersey

LEVICOFF, SILKO & DEEMER, P.C.
ATTORNEYS AT LAW

Centre City Tower
Suite 1900
650 Smithfield Street
Pittsburgh, Pennsylvania 15222

Telephone (412) 434-5200
Facsimile (412) 434-5203
www.LSandD.net

ALevicoff@LSandD.net

November 17, 2009

RECEIVED
NOV 18 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Carolyn Stewart
United States District Court for the
 Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

RE:           VIOXX PRODUCTS LIABILITY LITIGATION MATTER
MDL NO.:      1657
OUR FILE NO.: 02551/999

Dear Ms. Stewart:

I am forwarding herewith the original of our *Motion to Adjourn Hearing* for filing with the Court in the above referenced matter.

If you have any questions or require any additional information please feel free to contact me at your convenience.

Again, thank you for permitting us to file this pleading via paper format.

Very truly yours,

AVRUM LEVICOFF

AL/eab
Enclosure

{L0305892.1 }