# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:** : | |
| 05-3700, STATE OF LOUISIANA, : | JUDGE FALLON |
| ex rel. JAMES D. CALDWELL, : | MAG. JUDGE KNOWLES |
| ATTORNEY GENERAL : | |

## ORDER

At the request of the Defendant, IT IS ORDERED that a status conference shall be held in the Chambers of Judge Eldon E. Fallon on Tuesday, November 24, at 4:30 p.m. to discuss a dispute that has arisen regarding deposition dates.

New Orleans, this 20th day of November, 2009.

_____
Honorable Eldon E. Fallon
United States District Court Judge

1