**MINUTE ENTRY**
**FALLON, J.**
**NOVEMBER 18, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| **ALL CASES** | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

On this date, a status conference was held in the Chambers of Judge Eldon E. Fallon to discuss the Motion for a Discovery/Briefing Schedule Relating to the Common Benefit Fee Application Objections (Rec. Doc. 25255) filed by Michael Stratton, Liaison Counsel for the Objectors.  Russ Herman, Arnold Levin, Andy Birchfield, Chris Seeger, Ed Blizzard, and Leonard Davis participated on behalf of the fee applicants.  Michael Stratton and Matthew Baumgartner participated on behalf of the Objectors.  Doug Marvin participated on behalf of Merck.

At the conference, the parties discussed their respective positions regarding the appropriate scope and schedule for discovery regarding common benefit fees.  However, the Court recognizes that at this time there are two issues pending before the United States Court of Appeals for the Fifth Circuit, the resolution of which may have some significant impact on the issue presently before this Court.  Accordingly, IT IS ORDERED that the Motion for a Discovery/Briefing Schedule relating to the Common Benefit Fee (Rec. Doc. 25255) IS

1

JS10(00:45)

DENIED as premature. The Court will await ruling from the Fifth Circuit regarding the aforementioned issues and will thereafter convene a status conference to consider an appropriate discovery plan.

    This status conference was transcribed by Ms. Arlene Movahed, Official Court Reporter. Counsel may contact Ms. Movahed at (504)589-7777 to request a copy of the transcript.