UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx®<br>**Product Liability Litigation** | * * * | MDL Docket No. 1657<br><br>SECTION L |
| This document relates to: | * * | |
| *Valerie Rockingham, et al.*<br>*v.*<br>*Merck & Co., Inc.* | * * * * | JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| **Only with regard to:**<br>*Janice M. Walters* | * * * * | |
| *Docket No. 2:06-cv-07115* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Janice M. Walters in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 18th day of    November   , 2009.

_____
DISTRICT JUDGE