UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * * * | MDL Docket No. 1657 <br> **SECTION L** |
| This document relates to: | * * | |
| *Mohamoud Abdalle-Lassan, et al.* <br> v. <br> *Merck & Co., Inc., et al.* | * * * * | **JUDGE FALLON** <br> **MAGISTRATE JUDGE KNOWLES** |
| ***Only with regard to:*** <br> ***Greg Alabaugh*** | * * * | |
| ***Docket No. 2:06-cv-02202*** | * | |

**************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Greg Alabaugh in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 18th day of November, 2009.

_____
DISTRICT JUDGE