UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re:
VIOXX PRODUCTS LIABILITY
LITIGATION

This document relates to:

249 particular Vioxx claimants
for whom Sol H. Weiss is registered as
primary counsel with the
Vioxx Claims Administrator

and

31 particular Vioxx claimants
for whom James C. Peterson is registered
as primary counsel with the
Vioxx Claims Administrator

MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

MOTION FOR LEAVE TO FILE A FOUR-PAGE REPLY
TO TERESA TORISEVA'S RESPONSE TO
SUPPLEMENTAL MOTION TO DISMISS ATTORNEY CHARGING LIEN NOTICE

The undersigned move the court for leave to file a four-page reply to Teresa Toriseva's response to their  supplemental motion to dismiss Toriseva's attorney charging lien notice. The proposed reply offers a complete resolution of all matters relating to the charging lien notice.

The proposed reply, a proposed order granting leave to file it,  and a proposed dispositive order are attached.

Sol H. Weiss
ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY PC
sweiss@anapolschwartz.com
1710 Spruce Street

Philadelphia PA 19103
215 735-1130 phone
215 735-2024 fax

James C. Peterson,
HILL, PETERSON, CARPER, BEE & DEITZLER PLLC
jcpeterson@hpcbd.com
NorthGate Business Park
500 Tracy Way
Charleston WV 25311
(304) 345-5667 phone
(304) 345-1519 fax

D. Andrew List
CLARK, PERDUE AND LIST LPA
alist@clarkperdue.com
471 East Broad Street, Suite 1550
Columbus OH 43215
614-460-1604 phone
614-469-1117 fax

Barry Hill
bhill@anapolschawartz.com
89 12th Street
Wheeling WV 26003
304.233.4966 phone
304.233.4969 fax

by _____
Barry Hill

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION FOR LEAVE TO FILE A FOUR-PAGE REPLY TO TERESA TORISEVA'S RESPONSE TO SUPPLEMENTAL MOTION TO DISMISS ATTORNEY'S CHARGING LIEN FILED NOTICE (with three attachments:  proposed order granting leave to file, proposed reply, and proposed order dismissing charging lien notice) has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), upon counsel for Teresa Toriseva, Avrum Levicoff by email and regular mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 13th day of November, 2009.

Barry Hill
bhill@anapolschawartz.com
89 12th Street
Wheeling WV 26003
304.233.4966 phone
304.233.4969 fax