UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| *Melissa Clark, et al.* | * | **JUDGE FALLON** |
| *v.* | * | |
| *Merck & Co., Inc.* | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| *Only with regard to:* | * | |
| *Patricia Hurd and John Hurd* | * | |
| | * | |
| *Docket No. 2:06-cv-10166* | * | |

**********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Patricia Hurd and John Hurd in the above-

captioned case be and they hereby are dismissed with prejudice with each party to bear his or her

own costs.

NEW ORLEANS, LOUISIANA, this 19th day of ___November___, 2009.

_____
DISTRICT JUDGE