UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:   All Cases**

## ORDER

IT IS ORDERED that hearing on the Supplemental Motion to Dismiss Attorney's Charging Lien Filed on Behalf of Teresa Toriseva (Rec. Doc. 27172) shall be CONTINUED WITHOUT DATE pending resolution of the Motion to Amend/Correct Pretrial Order 47 (Rec. Doc. 27174).

New Orleans, Louisiana, this 23rd day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE

1