# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | § | MDL Docket No.: 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| SHIRLEY E. THOMPSON | § | |
| | § | JUDGE FALLON |
| Plaintiff, | § | |
| V. | § | |
| | § | |
| MERCK & CO., INC. | § | |
| | § | MAGISTRATE JUDGE |
| Defendant. | § | KNOWLES |

## MOTION FOR WITHDRAWAL AS TO PLAINTIFF SHIRLEY THOMPSON'S COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Movant, Majed Nachawati, attorney for Plaintiff, Shirley E. Thompson, (hereinafter Plaintiff), and brings this Motion for Withdrawal of Counsel, and in support thereof, shows the Court the following:

I.

Good cause exists for withdrawal of Movant as counsel because Plaintiff has requested a withdrawal.

II.

The settings and deadlines in this case are as follows:

1. No known pending deadlines at this time.

III.

This Motion is not sought for the purposes of delay.

*Movant Motion for Withdraw of Counsel*
*Page 1 of 3*

IV.

A copy of this motion bearing the enclosed notice has been delivered to the last known address of Plaintiff.

>   Shirley E. Thompson
>   1219 Holly Glen Pl
>   Dallas, TX  75232

V.

Plaintiff is hereby notified in writing of the right to object to this motion.

**WHEREFORE, PREMISES CONSIDERED**, Movant prays that the Court enters an order discharging Movant as attorney of record for Plaintiff, Shirley E. Thompson, and for such other and further relief that may be awarded at law or in equity.

>   Respectfully submitted,
>   **FEARS | NACHAWATI LAW FIRM**
>
>   /s/ Majed Nachawati
>   Majed Nachawati
>   State Bar Number 24038319
>   4925 Greenville Avenue
>   Suite 715
>   Dallas, Texas  75206
>   Telephone:   (214) 890-0711
>   Facsimile:   (214) 890-0712
>   mn@fnlawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Certification in Support of Motion to Withdraw as Counsel has been served on Liaison Counsel, John N. Poulos, Dorothy H. Wimberly, Phillip A. Whittmann and Russ M. Herman, by U.S. Mail and via facsimile and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of November, 2009.

| | |
|---|---|
| John N. Poulos<br>Hughes Hubbard & Reed LLP<br>101 Hudson Street<br>Suite 3601<br>Jersey City, New Jersey 07302 | *Via facsimile (201) 536-0799* |
| Dorothy H. Wimberly<br>Phillip A. Wittmann<br>Stone Pigman \| Walther Wittmann L.L.C.<br>546 Carondelet St.<br>New Orleans, LA 70130 | *Via facsimile (504) 596-0849*<br>*Via facsimile (504) 596-0804* |
| Russ M. Herman<br>Herman, Herman, Katz & Cotlar, L.L.P.<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 | *Via facsimile (504) 504-6024* |
| DATED: November 24, 2009 | /s/ Majed Nachawati<br>Majed Nachawati<br>mn@fnlawfirm.com |