## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | § | MDL Docket No.: 1657 |
| | § | |
| **PRODUCTS LIABILITY** | § | **SECTION L** |
| **LITIGATION** | § | |
| | § | |
| **SHIRLEY E. THOMPSON** | § | **JUDGE FALLON** |
| | § | |
| **Plaintiff,** | § | |
| **V.** | § | |
| | § | |
| **MERCK & CO., INC.** | § | |
| | § | **MAGISTRATE JUDGE** |
| **Defendant.** | § | **KNOWLES** |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL AS TO PLAINTIFF SHIRLEY E.THOMPSON

On this day Came, the Court considered the Motion for Withdrawal of Counsel by Movant Majed Nachawati.

**IT IS THEREFORE ORDERED** that Movant is permitted to withdraw as counsel of  record for Plaintiff and **ORDERED** that all notices in this cause shall hereafter be served on Plaintiff by certified and first class mail to the address in the motion.

**IT IS FURTHER ORDERED** that Majed Nachawati, Movant, immediately notify Plaintiff Shirley Thompson in writing of any additional settings or deadlines of which Majed Nachawati now has knowledge and has not already notified Plaintiff.

SIGNED on _____, 2009.

_____
JUDGE PRESIDING

*Movant Motion for Withdraw of Counsel*