UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| This document relates to: | * * * | SECTION L |
| *Yaw Kra, et al.* v. *Merck & Co., Inc.* | * * * * | JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* *Frankie Elizabeth Loftin* | * * * | |
| *Docket No. 2:06-cv-10172* | * | |

**************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Frankie Elizabeth Loftin in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

                                                                                        _____
                                                                                        DISTRICT JUDGE