IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br> This Document Relates to all Plaintiffs on attached Exhibit A | MDL Docket No. 1657 <br> SECTION L <br> JUDGE FALLON <br> MAGISTRATE JUDGE KNOWLES |

ORDER

Evan Buxner and the Walther Glenn Law Firm; John J. Carey, Joseph P. Danis, Sarah Hale, David Bauman and the law firm of Carey & Danis, LLC; Jeffrey J. Lowe, Francis J. Flynn and the law firm of Jeffrey J. Lowe, P.C.; T. Evan Schaeffer, Andrea B. Lamere and the law firm of Schaeffer & Lamere, and Charles Lampin and the law firm of Kell Lampin LLC's motion to withdraw as attorneys for all plaintiffs indentified on attached Exhibit A.

Furthermore, Plaintiffs indentified on attached Exhibit A are granted a thirty day (30) extension from the date of the Order of withdraw for the deadlines for the requirements of PTO Nos 28 and 29.

SO ORDERED:

_____
Judge Fallon

54855.1