**MINUTE ENTRY**
**FALLON, J.**
**NOVEMBER 24, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| 05-3700, STATE OF LOUISIANA, | : | JUDGE FALLON |
| ex rel. JAMES D. CALDWELL, | : | MAG. JUDGE KNOWLES |
| ATTORNEY GENERAL | : | |

On this date, a telephone status conference was held in the Chambers of Judge Eldon E. Fallon.  Brian Anderson participated on behalf of the Defendant.  Jim Dugan, Doug Plymale, Dawn Barrios, Russ Herman, Leonard Davis and Donald C. Arbitblit participated on behalf of the Plaintiff.  At the conference, the parties discussed the status of the case and the progress of discovery.

At the conference, the parties discussed dates for depositions of Plaintiff's experts.  IT IS ORDERED that the parties shall meet and confer prior to the monthly status conference on December 3, 2009 in order to schedule these depositions.  The parties are directed to schedule as many depositions as they reasonably can for the week of December 28, 2009.  Additionally, the parties are directed to be prepared to further discuss these issues at the monthly status conference.

1

JS10(00:30)