UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Mary C. Ash only*

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Mary C. Ash.

IT IS ORDERED that the correspondence be entered into the record. IT IS FURTHER

ORDERED that a copy of this correspondence shall be forwarded to liaison counsel to take

whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 17th day of November, 2009.

                          UNITED STATES DISTRICT JUDGE

Clerk to Serve:

| | |
|---|---|
| Mr. Russ Herman<br>Plaintiff's Liaison Counsel<br>Herman, Herman Katz & Cotlar, LLP<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 | Ms. Mary C. Ash<br>1528 N Street<br>Fortuna, CA |

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

1