11-11-09

Judge Eldon E. Fallon
US District Court
Eastern District of Louisiana
500 Poydras Street, Room 456
New Orleans, LA 70130



Mary C. Ash
1528 N Street
Fortuna, CA 95540

RE: Vioxx Settlement

Honorable Judge Fallon:

    I am enclosing copies of letters that I have sent to Brown & Greer and the California Attorney's Office regarding the Vioxx settlement. I have become alarmed reading the Vioxx chat rooms concerning the handling of this matter and by my own experiences with the Gallagher Law Firm of Houston, TX and Brown & Greer. Is this how these settlements were supposed to be handled? I truly fear that if The Gallagher Law Firm has collected monies on my behalf, they have not passed that on to me or any information about that, Brown & Greer have been equally evasive. It now seems that all the money has been handed out and I have nothing and am going to get nothing.

    The enclosed letters are self-explanatory and the fact that I had two major strokes and one heart attack during the four years I took Vioxx all the while Merck directly filled my prescriptions knowing about my pre-existing conditions and gave neither my Doctors or myself warning. I read most of your ruling on the settlement and it did not appear to me that you gave permission to either of these law firms to discriminate by age, gender, national origin or any other reason, but that is what they are doing, American Natives are being hit very hard by the criteria being used which seems to be set up deliberately to exclude some groups. How can Brown & Greer claim pre-existing conditions exclusions considering that is why most of us took Vioxx. I question their honesty and accuse them of out-right fraud. Would you please look into this and help me.

                                    Sincerely,

                                      Mary C. Ash

CC: 2 letters

11-11-09

Brown & Greer, PLC, Claims Administrator
P. O. Box 85031
Richmond, VA 23285-5031

Mary C. Ash
1528 N Street
Fortuna, CA 95540

RE: VIOXX - Claim for Mary C. Ash

Dear Sirs:

    I realize that it late in pressing my appeal for a Vioxx settlement, but since my attorneys, The Gallaher Law Firm has not responded to any of my requests for information for two years and your office has not returned my promised request for a status report for two months, I am determined to pursue this matter myself.

    I do not know if it was pointed out that Merck & Co. were well aware of my pre-existing conditions during the period when THEY supplied me with Vioxx through my HMO which were wholly owned subsidiaries and/or allied with Merck & Co. and in fact refused my doctors' requests for help in losing weight and to quit smoking, so how can you now hold these conditions against me now? At the time Merck did not seem to be at all alarmed by these pre-existing conditions even it appears now that they well were aware I should have never been given Vioxx under any circumstances. Profit seems to have been their only motivation.

    I as sending a copy of this letter to our state Attorney General so that he can look into the allegation made by others in the Vioxx chat rooms that our monies are being diverted to others away from persons on the west coast, I hope that this is not true and that Texas and Virginia attorneys are not in collusion to deny us our claims because of where we live and that we are being held to harsher standards. I understand that all the monies have been allocated so where is my money, why haven't I received one single letter in two years, what are you hiding? Maybe this is a huge fraud and the only people that seem to be getting money are persons that are working for doctors, hospitals, attorneys or pharmacies with faked-up records and their friends and relatives so what am I to think?

                                Sincerely,

                                Mary C. Ash

CC: Office of the Attorney General, State of Calfornia

11-11-09

Attorney General's Office
California Department of Justice
Attn: Public Inquiry Unit
P. O. Box 944255
Sacramento, CA 94244-2559

Mary C. Ash
1528 N Street
Fortuna, CA 95540

Dear Sirs;

    I am enclosing a copy of a letter I have sent to Brown & Greer, a law firm in Richmond, VA, administrators for the Vioxx settlement, it is self explanatory and I am requesting your offices help and for others in looking into this matter. The Gallagher Law Firm of Houston, TX., advertised in California for clients to make claims in the Vioxx settlement, and therefore subject to California law, but it now seems that we are being defrauded out of our share. On the Vioxx chat rooms there seems to not be anyone from California that has received any money from the settlement and those few who have complain that they any receiving very little. This seems to me the case for the whole west coast and California in particular, little or no money and no explanations why not. I have tried to seek information and get nowhere, my letters are ignored and telephone requests hung-up on or not returned, can they do this?

    I would be very grateful if your office could look into this matter for me, I seem to be out of options and I am a disabled widow on Social Security with very few assets to pursue this on my own, I don't know who else to turn to. Please help me!

                    Sincerely,

                    *[signature]*

                    Mary C. Ash

encl.

M. Ash
1508 O St.
Fortuna, CA
95540

Judge Eldon E. Fallon
US District Court
Eastern District of Louisiana
500 Poydras St., Room 456
New Orleans LA
70130

EUREKA CA 955
12 NOV 2009 PM
U.S. MARSHALS