IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br> This Document Relates to all Plaintiffs on attached Exhibit A | MDL Docket No. 1657 <br> SECTION L <br> JUDGE FALLON <br> MAGISTRATE JUDGE KNOWLES |

## MOTION TO WITHDRAW AND MOTION FOR EXTENSION FOR THIRTY (30) FROM THE DATE OF THE ORDER OF WITHDRAW FOR THE DEADLINE FOR THE REQUIREMENTS OF PTO NOS 28 AND 29

Come now Evan Buxner and the Walther Glenn Law Firm; John J. Carey, Joseph P. Danis, Sarah Hale, David Bauman and the law firm of Carey & Danis, LLC; Jeffrey J. Lowe, Francis J. Flynn and the law firm of Jeffrey J. Lowe, P.C.; T. Evan Schaeffer, Andrea B. Lamere and the law firm of Schaeffer & Lamere; and Charles Lampin and the law firm of Kell Lampin LLC, and hereby withdraw as attorneys for all Plaintiffs indentified on attached Exhibit A.

Furthermore, come now plaintiffs on attached Exhibit A, identified on Order to Show Cause, Doc. No. 27409 set for hearing on December 3, 2009, and move for an Order granting plaintiffs' a thirty day (30) extension from the date of the Order of withdraw for the deadlines for the requirements of PTO No.s 28 and 29. In support thereof, plaintiffs aver:

54855.1

1. Plaintiffs on attached Exhibit A have indicated that, despite the fact the Plaintiffs' attorneys are moving to withdraw, they intend to continue with their case with the assistance of the pro se counsel.

2. Plaintiffs have been unable to communicate with pro se counsel because the below plaintiffs' attorneys have not withdrawn from their case; therefore the pro se counsel, appointed by this court is prohibited from assisting them with submitting materials in compliance with PTO No.s 28 and 29.

3. Plaintiffs are requesting a thirty (30) day extension from the date of the Order of withdraw, so they can work with the pro se counsel in submitting materials that are required by PTO No.s 28 and 29.

4. Plaintiffs have hitherto been compliant with all of this Court's orders and timely turned in their Future Evidence Stipulation ("FES") to preserve their Vioxx claim.

Wherefore, Plaintiffs' attorneys request an order withdrawing the attorneys identified herein from the cases of Plaintiffs attached on Exhibit A and for other relief that is just and proper.

Wherefore, Plaintiffs move for an Order granting Plaintiffs' a thirty day (30) extension from the date of the Order of withdraw for the deadlines for the requirements of PTO No.s 28 and 29 and for other relief that is just and proper.

54855.1

Jeffrey J. Lowe, P.C.

By \s\ Francis Flynn
Jeffrey J. Lowe
Francis J. "Casey" Flynn
Attorney for Plaintiffs
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401

John Carey
Joseph P. Danis
Sarah Hale
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117
314-725-9595
Fax: 314-725-9597

Charles Lampin
Kell Lampin LLC
4700 Mexican Rd.
St. Peters, Missouri 63376
636-498-4000

54855.1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on November 25, 2009 on Liaison Counsel, Phillip Wittmann and Russ Herman, by U. S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established.

\s\  Francis Flynn

54855.1

# Exhibit A

| PLAINTIFF | VCN # | CASE # |
|---|---|---|
| Benaway, Dennis | 1094230 | Greg Schultz, et. al v. Merck, 07-cv-13684 |
| Grau, Bill | 1094938 | Andrew Kisty, et. al v. Merck, 05-cv-05305 |
| Hudson, Bryant | 1095152 | Ronald Montgomery, et. al v. Merck, 06-cv-3374 |
| Conner, Danny | 1094519 | Vivian Copher, et. al v. Merck, 06-cv-11443 |
| Hon, Neil | 1095121 | Richard Helton, et. al v. Merck, 06-cv-11443 |
| Lasely, Rosa | 1095381 | Robert Layman, et. al v. Merck, 06-cv-3372 |
| Vanskike, Agnes | 1096414 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Ward, Opal | 1096474 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Carroll, John | 1094423 | Mildred Randolph, et. al v. Merck, 06-cv-3465 |
| Crews, Glenn | 1094573 | Vivian Copher, et. al v. Merck, 06-cv-11441 |
| DeVito, Matthew | 1094672 | Matthew DeVito, et. al v. Merck, 07-cv-0562 |
| Foote, George | 1094823 | Rich Albin, et. al v. Merck, 06-cv-3382 |
| Guerrera, Tony | 1094970 | Michael Lindsey Sr. et. al v. Merck, 06-cv-03171 |
| Henrichs, Mark | 1095074 | Ida Lands, et. al v. Merck, 06-cv-4063 |
| Hodgest, Alma | 1095110 | Vivian Copher, et. al v. Merck, 06-cv-11441 |
| Howard, Mary | 1095140 | Russell Curtis, et. al v. Merck, 05-cv-06735 |
| Huizenga, Diane | 1095161 | Greg Erickson, et. al v. Merck, 06-cv-03745 |
| Jelden, Todd | 1095219 | Allen Atkinson, et. al v. Merck, 05-cv-04130 |
| Lafiore, Carmelina | 1095365 | Bernadette Dryer, et. al v. Merck, 06-cv-02103 |
| Landers, Jess | 1095370 | Ida Lands, et. al v. Merck, 06-cv-4063 |
| Lopez, Juanita | 1095456 | Robert Durant, et. al v. |

|  |  | Merck, 06-cv-6239 |
| --- | --- | --- |
| Lucas, Edward | 1095473 | Joseph Squillance Sr. et. al v. Merck, 05-cv-03812 |
| McKinstry, Dorothy | 1095603 | Loretta Roles, et. al v. Merck, 06-cv-03366 |
| Neel, Regina | 1095751 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Neeley, Robert | 1095752 | Robert Neeley, et.al v. Merck, 06-cv-3381 |
| Nemeth, Robert | 1095758 | Eva Lucille Adams, et. al V. Merck, 05-cv-04326 |
| Park, Eddie | 1095836 | Robert Durant, et. al v. Merck, 06-cv-6239 |
| Pearson, Betty | 1095860 | Elizabeth McCarthy, et. al v. Merck, 06-cv-03172 |
| Pickard, Steven | 1095890 | Steven Pickard, et. al v. Merck, 06-cv-01974 |
| Russel, Donald | 1096084 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Salovich, Charmayne | 1096093 | Lorene Deist, et. al v. Merck, 06-cv-09200 |
| Smith, Debbie | 1096205 | Donald Copeland, et. al v. Merck, 05-cv-06349 |
| Smith, Sadie | 1096221 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Tanner, Mayola | 1096312 | Darrel Christ, et. al v. Merck, 06-cv-3384 |
| Theis, Sr., Richard | 1096339 | Andrew Kisty, et. al v. Merck, 05-cv-05305 |
| Torres, Casimiro | 1096367 | Joe Romero, et. al v. Merck, 06-cv-3385 |
| White, Virginia | 1096527 | Velma Trammell, et. al v. Merck, 06-cv-10773 |
| Wilbanks, Damon | 1096537 | Robert Durant, et. al v. Merck, 06-cv-6239 |
| Williams, Judith | 1096560 | Marlene Harris, et. al v. Merck, 05-cv-02580 |
| Williams, Lorraine | 1096562 | Richard Helton, et. al v. Merck, 06-cv-11443 |
| Yell, Bill | 1096620 | Sam Fife, et. al v. Merck, 05-cv-06348 |
| Marion, Joseph | 1095521 | Michael Lindsey Sr. et. al v. Merck, 06-cv-03171 |