UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re:
VIOXX PRODUCTS LIABILITY
LITIGATION

This document relates to:

249 particular Vioxx claimants
for whom Sol H. Weiss is registered as
primary counsel with the
Vioxx Claims Administrator

and

31 particular Vioxx claimants
for whom James C. Peterson is registered
as primary counsel with the
Vioxx Claims Administrator

MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER GRANTING LEAVE TO FILE A REPLY

The motion of Attorneys Weiss, Peterson, List, and Hill for leave to file a reply is hereby granted.

New Orleans, Louisiana, this 24th day of November, 2009

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE