UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This Documents Relates to: | * | JUDGE FALLON |
| STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL, *Plaintiff*, | * | MAG. JUDGE KNOWLES |
| v. | * | |
| MERCK SHARPE & DOHME CORP., *Defendant*. | * | |
| Case No. 05-3700 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION FOR PROTECTIVE ORDER

Plaintiffs, by stipulation with the Defendant and in agreement with IMS, Inc., hereby move this honorable Court for the entry of a Protective Order, attached as Exhibit A.

Dated: November 30, 2009

Respectfully submitted,

**MURRAY LAW FIRM**

/s/ James R. Dugan, II

James R. Dugan, II
Douglas R. Plymale
Justin Bloom
Stephen B. Murray, Jr.
Stephen B. Murray, Sr.
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone:   (504) 648-0180
Facsimile:    (504) 6480181

James D. Caldwell
Attorney General
Bryan McMinn
L. Christopher Styron
Assistant Attorneys General
LOUISIANA DEPARTMENT OF JUSTICE
1885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

Kim Sullivan
Francisco H. Perez
General Counsel
Louisiana Department of Health and Hospitals
P.O. Box 3836
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1188
Facsimile: (225) 342-2232

Counsel for Plaintiffs