LEVY, PHILLIPS & KONIGSBERG, LLP
ATTORNEYS AT LAW
800 THIRD AVENUE
NEW YORK, N. Y. 10022

(212) 605-6200
FAX: (212) 605-6290
E-MAIL: lpk@lpklaw.com

NEW JERSEY OFFICE
QUAKERBRIDGE EXECUTIVE CENTER
101 GROVERS MILL ROAD
LAWRENCEVILLE, NJ 08648
TELEPHONE: (609) 720-0400
FAX: (609) 720-0457

GOSHEN OFFICE
42 PARK PLACE
GOSHEN, NEW YORK 10924
TELEPHONE: (845) 294-2002

November 30, 2009

**VIA FACSIMILE (504) 589-6966 and ECF**
Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, Louisiana 70130

Re:   *In re Vioxx Products Liability Litigation:* **Private Lien Resolution Program (MDL 1657)**

Dear Judge Fallon:

This firm, along with Crowell & Moring LLP ("Third Party Payor Counsel"), represents Third Party Payors UHC-Medica-IE and Blue Cross Blue Shield of Nebraska ("Responding TPPs") in the Vioxx Third Party Payor Litigation. On November 16, 2006, Third Party Payor Counsel filed its Response to the Motions of Robert Hunt and Barbara Heavner for Relief from the Private Lien Resolution Program.

In light of the fact that the lien asserted by UHC-Medica-IE against Robert Hunt was reduced to zero after an audit, and given that the lien asserted by Blue Cross Blue Shield of Nebraska against Barbara Heavner is negligible ($13.76), Third Party Payor Counsel will rest on its papers and will not attend oral argument on December 3, 2009.

Respectfully submitted,

*s/ Diane Paolicelli*
Diane Paolicelli

DP/rd
cc:   Russ Herman (via email)
      Matt Garretson (via email)
      Tom Sobol (via email)
      Andy Birchfield (via email)
      Mark Fischer (via email)
      Richard Cohen (via email)
      Joe Grinstein (via email)

{00172938.DOC}