## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | : | MDL Docket No. 1657 |
| | : | |
| | : | Section L |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | Judge Fallon |
| | : | Magistrate Judge Knowles |
| | : | |
| This document relates to: | : | Docket #: 2:06-cv-06-5996 |
| Patricia Lewis only | : | |
| | : | |
| v. | : | |
| | : | |
| Merck & Co., Inc. | : | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Pretrial Order No. 36, The Miller Firm, LLC, hereby moves the Court for an Order granting it permission to withdraw from representation of the above-identified Plaintiff.

Plaintiff and the undersigned counsel have a fundamental disagreement as to what action should be taken in this case. This disagreement requires the undersigned to withdraw as Counsel of Record. The undersigned, therefore, requests that the Court grant this Motion.

Primary Counsel will advise LEXIS/NEXIS File & Serve of the change party/counsel status promptly upon receiving the Court's Order granting withdrawal.

Respectfully submitted,

THE MILLER FIRM, LLC

BY: *(signature)*
Michael J. Miller
Michele A. DiMartino

Date:   December 1, 2009

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| | Judge Fallon |
| | Magistrate Judge Knowles |
| This document relates to: | Docket #: 2:06-cv-06-5996 |
| Patricia Lewis only | |
| v. | |
| Merck & Co., Inc. | |

## COUNSEL'S AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW

MICHELE A. DIMARTINO, ESQUIRE, being duly sworn, deposes and says:

1. I am an attorney at The Miller Firm, LLC, attorney for Plaintiff in the above-captioned matter. I am primary counsel for all Vioxx products liability actions brought by The Miller Firm, LLC and, as such, am fully familiar with the facts and circumstances herein.

2. I am authorized to move this Court to withdraw representation on behalf of The Miller Firm, LLC.

3. A fundamental disagreement as to the further prosecution of this lawsuit exists between Plaintiff and counsel, the details of which are necessarily omitted as privileged within the attorney-client relationship.

4. However, undersigned counsel attests that she possesses a good faith basis for her legal judgment and opinion, that Plaintiff's opinion substantively differs and that the disagreement cannot be reconciled.

5. The undersigned has fully complied with this Court's process as required by PTO 36. In particular, the undersigned has communicated with Plaintiff and has explained to Plaintiff the reasons for seeking to withdraw from the representation of the Plaintiff.

6. Via correspondence, Plaintiff has indicated that she understands that The Miller Firm, LLC will withdraw as counsel. Plaintiff has indicated that she wishes to obtain new counsel.

7. Based upon the fundamental disagreement between Plaintiff and counsel, the undersigned respectfully requests that this Court grant counsel's Motion to withdraw and permit Plaintiff's action to proceed pro se or with new counsel, should Plaintiff obtain same,

*[signature]*

Michele A. DiMartino, Esquire

Sworn to and subscribed before me by Michele A. DiMartino on December 1, 2009.

*[signature]*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JODI L. DeSTEFON, Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires July 23, 2011