UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX | :  MDL Docket No. 1657 |
| | : |
| | :  Section L |
| PRODUCTS LIABILITY LITIGATION | : |
| | :  Judge Fallon |
| | :  Magistrate Judge Knowles |
| | : |
| This document relates to: | : |
| | :  Docket #:  2:06-cv-06-5996 |
| Patricia Lewis only | : |
| | : |
| v. | : |
| | : |
| Merck & Co., Inc. | : |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record and the Court having considered same and having found good cause thereof,

**IT IS ORDERED** that the Motion to Withdraw as Counsel of Record is GRANTED.  Counsel of Record is hereby permitted to withdraw and Patricia Lewis may proceed with this action pro se in the absence of retaining substitute counsel.

**New Orleans, Louisiana**, this _____ day of _____2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE