IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br> This Document Relates to all Plaintiffs on attached Exhibit A | MDL Docket No. 1657 <br> SECTION L <br> JUDGE FALLON <br> MAGISTRATE JUDGE KNOWLES |

DECLARATION OF FRANCIS J. "CASEY" FLYNN IN SUPPORT OF
MOTION TO WITHDRAW FOR THOSE CASES IDENTIFIED ON
ATTACHED EXHIBIT A

I, Francis J. "Casey" Flynn, declare as follows:

1. Plaintiffs' counsels filed a motion to withdraw for the cases identified on attached Exhibit A on or about November 26, 2009. (Attached as exhibit B).

2. Plaintiffs are now filing a declaration in support of the motion to withdraw for the cases identified on attached Exhibit A.

3. Regarding the plaintiffs identified in Exhibit A, the undersigned plaintiffs' counsel states the following:

    a. Plaintiffs have communicated that plaintiffs' counsel will withdraw from their case and in addition provided them with the contact information for the pro se curator, Mr. Robert M. Johnston;

    b. Plaintiffs' counsel has explained to these plaintiffs the reasons for our withdrawing from their case;

    c. Plaintiffs have consented to our withdrawing from their

54855.1

respective cases and in fact need us to withdraw from their case so they can proceed with the pro se curator Mr. Robert M. Johnston.

I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge.

Executed this 1st day of December, 2009.

\s\ Francis Flynn
Francis J. "Casey" Flynn

54855.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on December 1, 2009 on Liaison Counsel, Phillip Wittmann and Russ Herman, by U. S. Mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established to all attorneys of record.

\s\  Francis Flynn

54855.1