# Exhibit A

| PLAINTIFF | VCN # | CASE # |
|---|---|---|
| Benaway, Dennis | 1094230 | Greg Schultz, et. al v. Merck, 07-cv-13684 |
| Grau, Bill | 1094938 | Andrew Kisty, et. al v. Merck, 05-cv-05305 |
| Hudson, Bryant | 1095152 | Ronald Montgomery, et. al v. Merck, 06-cv-3374 |
| Conner, Danny | 1094519 | Vivian Copher, et. al v. Merck, 06-cv-11443 |
| Hon, Neil | 1095121 | Richard Helton, et. al v. Merck, 06-cv-11443 |
| Lasely, Rosa | 1095381 | Robert Layman, et. al v. Merck, 06-cv-3372 |
| Vanskike, Agnes | 1096414 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Ward, Opal | 1096474 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Carroll, John | 1094423 | Mildred Randolph, et. al v. Merck, 06-cv-3465 |
| Crews, Glenn | 1094573 | Vivian Copher, et. al v. Merck, 06-cv-11441 |
| DeVito, Matthew | 1094672 | Matthew DeVito, et. al v. Merck, 07-cv-0562 |
| Foote, George | 1094823 | Rich Albin, et. al v. Merck, 06-cv-3382 |
| Guerrera, Tony | 1094970 | Michael Lindsey Sr. et. al v. Merck, 06-cv-03171 |
| Henrichs, Mark | 1095074 | Ida Lands, et. al v. Merck, 06-cv-4063 |
| Hodgest, Alma | 1095110 | Vivian Copher, et. al v. Merck, 06-cv-11441 |
| Howard, Mary | 1095140 | Russell Curtis, et. al v. Merck, 05-cv-06735 |
| Huizenga, Diane | 1095161 | Greg Erickson, et. al v. Merck, 06-cv-03745 |
| Jelden, Todd | 1095219 | Allen Atkinson, et. al v. Merck, 05-cv-04130 |
| Lafiore, Carmelina | 1095365 | Bernadette Dryer, et. al v. Merck, 06-cv-02103 |
| Landers, Jess | 1095370 | Ida Lands, et. al v. Merck, 06-cv-4063 |
| Lopez, Juanita | 1095456 | Robert Durant, et. al v. |

PLAINTIFF'S EXHIBIT A

| | | |
|---|---|---|
| | | Merck, 06-cv-6239 |
| Lucas, Edward | 1095473 | Joseph Squillance Sr. et. al v. Merck, 05-cv-03812 |
| McKinstry, Dorothy | 1095603 | Loretta Roles, et. al v. Merck, 06-cv-03366 |
| Neel, Regina | 1095751 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Neeley, Robert | 1095752 | Robert Neeley, et.al v. Merck, 06-cv-3381 |
| Nemeth, Robert | 1095758 | Eva Lucille Adams, et. al V. Merck, 05-cv-04326 |
| Park, Eddie | 1095836 | Robert Durant, et. al v. Merck, 06-cv-6239 |
| Pearson, Betty | 1095860 | Elizabeth McCarthy, et. al v. Merck, 06-cv-03172 |
| Pickard, Steven | 1095890 | Steven Pickard, et. al v. Merck, 06-cv-01974 |
| Russel, Donald | 1096084 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Salovich, Charmayne | 1096093 | Lorene Deist, et. al v. Merck, 06-cv-09200 |
| Smith, Debbie | 1096205 | Donald Copeland, et. al v. Merck, 05-cv-06349 |
| Smith, Sadie | 1096221 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Tanner, Mayola | 1096312 | Darrel Christ, et. al v. Merck, 06-cv-3384 |
| Theis, Sr., Richard | 1096339 | Andrew Kisty, et. al v. Merck, 05-cv-05305 |
| Torres, Casimiro | 1096367 | Joe Romero, et. al v. Merck, 06-cv-3385 |
| White, Virginia | 1096527 | Velma Trammell, et. al v. Merck, 06-cv-10773 |
| Wilbanks, Damon | 1096537 | Robert Durant, et. al v. Merck, 06-cv-6239 |
| Williams, Judith | 1096560 | Marlene Harris, et. al v. Merck, 05-cv-02580 |
| Williams, Lorraine | 1096562 | Richard Helton, et. al v. Merck, 06-cv-11443 |
| Yell, Bill | 1096620 | Sam Fife, et. al v. Merck, 05-cv-06348 |
| Marion, Joseph | 1095521 | Michael Lindsey Sr. et. al v. Merck, 06-cv-03171 |