UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | : MDL Docket No. 1657 |
| | : |
| | : Section L |
| PRODUCTS LIABILITY LITIGATION | : |
| | : Judge Fallon |
| | : Magistrate Judge Knowles |
| This document relates to: | : |
| | : Docket #: 2:06-cv-06-5996 |
| Patricia Lewis only | : |
| v. | : |
| Merck & Co., Inc. | : |

### ORDER

Considering the foregoing Defendant's Third Motion to Show Cause Why Cases Should Not Be Dismissed For Failure to Comply With Lone Pine Requirements of PTO 43 and Plaintiff Patricia Lewis' Response thereto, and the Court having considered same and having found good cause,

**IT IS ORDERED** that Defendant's Third Motion to Show Cause is DENIED as to Plaintiff Patricia Lewis.

**New Orleans, Louisiana,** this _____ day of _____ 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE