UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| | Section L |
| PRODUCTS LIABILITY LITIGATION | |
| | Judge Fallon |
| | Magistrate Judge Knowles |
| This document relates to: | Docket #: 2:06-cv-06-5996 |
| Patricia Lewis only | |
| v. | |
| Merck & Co., Inc. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December 2009, the above and foregoing Plaintiff's Response to Defendant's Third Motion to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply With Lone Pine Requirements of PTO 43 has been served upon Liaison Counsel, Russ Herman and Phillip Whittmann via U.S. mail upon all parties by electronically uploading same to Lexis/Nexis File and Serve Advanced, in accordance with Pretrial Order 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

THE MILLER FIRM, LLC

BY: _/s/ Michele A. DiMartino_
Michael J. Miller, Esquire
Michele A. DiMartino, Esquire

Date: December 1, 2009