UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * * | | |

MONTHLY STATUS CONFERENCE
DECEMBER 3, 2009
SUGGESTED AGENDA

I.  Settlement Agreement

II.  The Vioxx Settlement Program

III.  Lien Administrator

IV.  Special Master and Deputy Special Masters

V.  State Court Trial Settings

VI.  Class Actions

VII.  State/Federal Coordination -- State Liaison Committee

VIII.  *Pro Se* Claimants

IX.  PSC MDL Trial Package

X.  Third Party Payor Cases

XI.  Government Actions

1000543v.1

XII.     Discovery Issues and Other Issues In Connection With Third Party Payor and Government Actions

XIII.    Pending Personal Injury Cases in Which Lone Pine Expert Reports Have Been Served

XIV.     Third Party Payors' Motions

XV.      Fee Allocation Committee

XVI.     Motion for Reconsideration/Revision of Order Capping Contingent Fees

XVII.    Merck's Motions and Rules on PTOs

XVIII.   Other Motions

XIX.     Appeals

XX.      Motion for Attorney Fees and to Enforce Attorney's Lien

XXI.     Merck's Change of Name

XXII.    Next Status Conference