UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx®<br>Product Liability Litigation | * * * | MDL Docket No. 1657<br>SECTION L |
| This document relates to: | * * | |
| *Jim Henry Belle, et al.*<br>v.<br>*Merck & Co., Inc.* | * * * * | JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:*<br>*Mary Schulte and*<br>*Melbourne M. Schulte* | * * * * | |
| *Docket No. 2:06-cv-02863* | * * | |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Mary Schulte and Melbourne M. Schulte in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE