## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | * MDL Docket No. 1657 |
| **Product Liability Litigation** | * |
| | * SECTION L |
| **This document relates to:** | * |
| | * |
| *Hazel L. Baker, et al.* | * JUDGE FALLON |
| *v.* | * |
| *Merck & Co., Inc., et al.* | * MAGISTRATE JUDGE KNOWLES |
| | * |
| *Only with regard to:* | * |
| *Raymond Clark* | * |
| | * |
| *Docket No. 2:06-cv-06436* | * |

***********************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Raymond Clark in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE