IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br> This Document Relates to all Plaintiffs on attached Exhibit A | MDL Docket No. 1657 <br> SECTION L <br> JUDGE FALLON <br> MAGISTRATE JUDGE KNOWLES |

## CERTIFICATION FOR THOSE PLAINTIFFS ON EXHIBIT A FOR COUNSELS' MOTION TO WITHDRAW FROM THOSE CASES

Plaintiffs' counsel has attached as Exhibit B their certifications for each plaintiff pursuant to Pretrial Order 36(C.) for those cases identified on Exhibit A for Plaintiffs' Motion to Withdraw (Document No. 28161) and the accompanying Declaration of Counsel in support of that motion (Document No. 28453).

Jeffrey J. Lowe, P.C.

By   \s\  Francis Flynn
Jeffrey J. Lowe
Francis J. "Casey" Flynn
Attorney for Plaintiffs
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401

John Carey
Joseph P. Danis
Sarah Hale
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100

54855.1

St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905


T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117
314-725-9595
Fax: 314-725-9597

Charles Lampin
Kell Lampin LLC
4700 Mexican Rd.
St. Peters, Missouri 63376
636-498-4000

54855.1

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served on December 2, 2009 on Liaison Counsel, Phillip Wittmann and Russ Herman, by U. S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established.

\s\  Francis Flynn

54855.1

# Exhibit A

| PLAINTIFF | VCN # | CASE # |
|---|---|---|
| Benaway, Dennis | 1094230 | Greg Schultz, et. al v. Merck, 07-cv-13684 |
| Grau, Bill | 1094938 | Andrew Kisty, et. al v. Merck, 05-cv-05305 |
| Hudson, Bryant | 1095152 | Ronald Montgomery, et. al v. Merck, 06-cv-3374 |
| Conner, Danny | 1094519 | Vivian Copher, et. al v. Merck, 06-cv-11443 |
| Hon, Neil | 1095121 | Richard Helton, et. al v. Merck, 06-cv-11443 |
| Lasely, Rosa | 1095381 | Robert Layman, et. al v. Merck, 06-cv-3372 |
| Vanskike, Agnes | 1096414 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Ward, Opal | 1096474 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Carroll, John | 1094423 | Mildred Randolph, et. al v. Merck, 06-cv-3465 |
| Crews, Glenn | 1094573 | Vivian Copher, et. al v. Merck, 06-cv-11441 |
| DeVito, Matthew | 1094672 | Matthew DeVito, et. al v. Merck, 07-cv-0562 |
| Foote, George | 1094823 | Rich Albin, et. al v. Merck, 06-cv-3382 |
| Guerrera, Tony | 1094970 | Michael Lindsey Sr. et. al v. Merck, 06-cv-03171 |
| Henrichs, Mark | 1095074 | Ida Lands, et. al v. Merck, 06-cv-4063 |
| Hodgest, Alma | 1095110 | Vivian Copher, et. al v. Merck, 06-cv-11441 |
| Howard, Mary | 1095140 | Russell Curtis, et. al v. Merck, 05-cv-06735 |
| Huizenga, Diane | 1095161 | Greg Erickson, et. al v. Merck, 06-cv-03745 |
| Jelden, Todd | 1095219 | Allen Atkinson, et. al v. Merck, 05-cv-04130 |
| Lafiore, Carmelina | 1095365 | Bernadette Dryer, et. al v. Merck, 06-cv-02103 |
| Landers, Jess | 1095370 | Ida Lands, et. al v. Merck, 06-cv-4063 |
| Lopez, Juanita | 1095456 | Robert Durant, et al v. |

PLAINTIFF'S EXHIBIT A

|  |  | Merck, 06-cv-6239 |
|---|---|---|
| Lucas, Edward | 1095473 | Joseph Squillance Sr. et. al v. Merck, 05-cv-03812 |
| McKinstry, Dorothy | 1095603 | Loretta Roles, et. al v. Merck, 06-cv-03366 |
| Neel, Regina | 1095751 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Neeley, Robert | 1095752 | Robert Neeley, et.al v. Merck, 06-cv-3381 |
| Nemeth, Robert | 1095758 | Eva Lucille Adams, et. al V. Merck, 05-cv-04326 |
| Park, Eddie | 1095836 | Robert Durant, et. al v. Merck, 06-cv-6239 |
| Pearson, Betty | 1095860 | Elizabeth McCarthy, et. al v. Merck, 06-cv-03172 |
| Pickard, Steven | 1095890 | Steven Pickard, et. al v. Merck, 06-cv-01974 |
| Russel, Donald | 1096084 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Salovich, Charmayne | 1096093 | Lorene Deist, et. al v. Merck, 06-cv-09200 |
| Smith, Debbie | 1096205 | Donald Copeland, et. al v. Merck, 05-cv-06349 |
| Smith, Sadie | 1096221 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Tanner, Mayola | 1096312 | Darrel Christ, et. al v. Merck, 06-cv-3384 |
| Theis, Sr., Richard | 1096339 | Andrew Kisty, et. al v. Merck, 05-cv-05305 |
| Torres, Casimiro | 1096367 | Joe Romero, et. al v. Merck, 06-cv-3385 |
| White, Virginia | 1096527 | Velma Trammell, et. al v. Merck, 06-cv-10773 |
| Wilbanks, Damon | 1096537 | Robert Durant, et. al v. Merck, 06-cv-6239 |
| Williams, Judith | 1096560 | Marlene Harris, et. al v. Merck, 05-cv-02580 |
| Williams, Lorraine | 1096562 | Richard Helton, et. al v. Merck, 06-cv-11443 |
| Yell, Bill | 1096620 | Sam Fife, et. al v. Merck, 05-cv-06348 |
| Marion, Joseph | 1095521 | Michael Lindsey Sr. et. al v. Merck, 06-cv-03171 |