# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last<br>Flynn | First<br>Francis | Middle<br>Joseph |
|---|---|---|---|
| **Name of Law Firm** | Carey & Danis, LLC | | |

| **Current Address** | Street<br>8235 Forsyth Blvd., Suite 1100 | | | |
|---|---|---|---|---|
| | City<br>St. Louis | State<br>MO | Zip<br>63105 | Country<br>United States of America |

| **Telephone Number** | (314) 725-7700 | **Facsimile** | (314) 721-0905 | **Email** | cflynn@careydanis.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| **Plaintiff Name** | Last<br>Williams | First<br>Judith | Middle<br>K |
|---|---|---|---|

| **Plaintiff Address** | Street<br>535 W. Hayes | | | |
|---|---|---|---|---|
| | City<br>Lebanon | State<br>MO | Zip<br>65536 | Country<br>USA |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | Marlene Harris, et. al v. Merck |
|---|---|
| **Case Number** | 06-cv-02580 |
| **Court Where Case is Pending** | United States District Court Eastern District of Louisiana |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☒ **Check here if Plaintiff failed to provide an alternative contact.**

| Name | Last | First | Middle |
|---|---|---|---|

| **Address** | Street | | | |
|---|---|---|---|---|
| | City | State | Zip | Country |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend   ☐ Relative (specify relationship: _____ ) |
|---|---|

#344082

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __12__ / __2__ / __2009__ .
   Month    Day    Year

☐ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __12__ / __2__ / __2009__ (Month/Day/Year) | *F. Fly* _____ Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last Flynn | First Francis | Middle Joseph |
|---|---|---|---|

| Name of Law Firm | Carey & Danis, LLC |
|---|---|

| Current Address | Street 8235 Forsyth Blvd., Suite 1100 | | |
|---|---|---|---|
| | City St. Louis | State MO | Zip 63105 | Country United States of America |

| Telephone Number | (314) 725-7700 | Facsimile | (314) 721-0905 | Email | cflynn@careydanis.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last Williams | First Lorraine | Middle |
|---|---|---|---|

| Plaintiff Address | Street 11813 East 83rd, Apt. 101 | | |
|---|---|---|---|
| | City Raytown | State MO | Zip 64138 | Country USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | Richard Helton, et. al v. Merck |
|---|---|

| Case Number | 06-cv-11443 |
|---|---|

| Court Where Case is Pending | United States District Court Eastern District of Louisiana |
|---|---|

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☒ **Check here if Plaintiff failed to provide an alternative contact.**

| Name | Last | First | Middle |
|---|---|---|---|

| Address | Street | | |
|---|---|---|---|
| | City | State | Zip | Country |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend  ☐ Relative (specify relationship: _____) |
|---|---|

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

| | D. COMPLIANCE WITH PTO NO. 36 |
|---|---|
| ☒ | I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on <u>12</u> / <u>2</u> / <u>2009</u> .<br>       Month   Day   Year |
| ☐ | Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including: |

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

| E. SIGNATURE |
|---|

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | <u>12</u> / <u>2</u> / <u>2009</u><br>(Month/Day/Year) | _F. Flynn_ _____<br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A.  COUNSEL INFORMATION

| Name | Last Flynn | First Francis | Middle Joseph |
|---|---|---|---|
| Name of Law Firm | Carey & Danis, LLC | | |

| Current Address | Street 8235 Forsyth Blvd., Suite 1100 | | | |
|---|---|---|---|---|
| | City St. Louis | State MO | Zip 63105 | Country United States of America |

| Telephone Number | (314) 725-7700 | Facsimile | (314) 721-0905 | Email | cflynn@careydanis.com |
|---|---|---|---|---|---|

## B.  PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last Yell | First Bill | Middle |
|---|---|---|---|

| Plaintiff Address | Street P.O. Box 471 | | | |
|---|---|---|---|---|
| | City Ligman | State MO | Zip 65745 | Country USA |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | Sam Fife, et. al v. Merck |
|---|---|
| Case Number | 06-cv-06348 |
| Court Where Case is Pending | United States District Court Eastern District of Louisiana |

## C.  FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☒ **Check here if Plaintiff failed to provide an alternative contact.**

| Name | Last | First | Middle |
|---|---|---|---|

| Address | Street | | | |
|---|---|---|---|---|
| | City | State | Zip | Country |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend  ☐ Relative (specify relationship: _____) |
|---|---|

#344082

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

### D.  COMPLIANCE WITH PTO NO. 36

☒  I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on ___12__ / __2__ / _2009_ .
<br>                                                      Month   Day   Year

☐  Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | ___12__ / __2__ / _2009_<br>(Month/Day/Year) | _F. Fly_____<br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last<br>Flynn | First<br>Francis | Middle<br>Joseph |
|---|---|---|---|
| **Name of Law Firm** | Carey & Danis, LLC | | |

| **Current Address** | Street<br>8235 Forsyth Blvd., Suite 1100 | | | |
|---|---|---|---|---|
| | City<br>St. Louis | State<br>MO | Zip<br>63105 | Country<br>United States of America |

| **Telephone Number** | (314) 725-7700 | **Facsimile** | (314) 721-0905 | **Email** | cflynn@careydanis.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last<br>Marion | First<br>Joseph | Middle<br>D |
|---|---|---|---|

| **Plaintiff Address** | Street<br>9952 Saltsbury Road | | | |
|---|---|---|---|---|
| | City<br>Pittsburgh | State<br>PA | Zip<br>15239 | Country<br>USA |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | Michael Lindsey, Sr. et. al v. Merck |
|---|---|
| **Case Number** | 06-cv-03171 |
| **Court Where Case is Pending** | United States District Court Eastern District of Louisiana |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☒ **Check here if Plaintiff failed to provide an alternative contact.**

| Name | Last | First | Middle |
|---|---|---|---|

| **Address** | Street | | | |
|---|---|---|---|---|
| | City | State | Zip | Country |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend  ☐ Relative (specify relationship: _____ ) |
|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

☒    I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on <u>12</u> / <u>2</u> / <u>2009</u> .
                                                            Month    Day    Year

☐    Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

    1.      A copy of PTO No. 36;

    2.      A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his claim *pro se*, (that is, without representation of counsel);

    3.      An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

    4.      A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | <u>12</u> / <u>2</u> / <u>2009</u><br>(Month/Day/Year) | _F. Flynn_____<br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>Flynn | First<br>Francis | Middle<br>Joseph |

| **Name of Law Firm** | Carey & Danis, LLC |
|---|---|

| **Current Address** | Street<br>8235 Forsyth Blvd., Suite 1100 | | | |
|---|---|---|---|---|
| | City<br>St. Louis | State<br>MO | Zip<br>63105 | Country<br>United States of America |

| **Telephone Number** | (314) 725-7700 | **Facsimile** | (314) 721-0905 | **Email** | cflynn@careydanis.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last<br>Henrichs | First<br>Mark | Middle<br>C |

| **Plaintiff Address** | Street<br>P.O. Box 531 | | | |
|---|---|---|---|---|
| | City<br>Pittsburg | State<br>KS | Zip<br>66762 | Country<br>U.S.A |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | Ida Lands, et. al v. Merck |
|---|---|

| **Case Number** | 06-cv-4063 |
|---|---|

| **Court Where Case is Pending** | United States District Court Eastern District of Louisiana |
|---|---|

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☒ **Check here if Plaintiff failed to provide an alternative contact.**

| | | | |
|---|---|---|---|
| **Name** | Last | First | Middle |

| **Address** | Street | | | |
|---|---|---|---|---|
| | City | State | Zip | Country |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend   ☐ Relative (specify relationship: _____) |
|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

☒    I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __12 / 2 / 2009__ .
                                                                         Month   Day   Year

☐    Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1.    A copy of PTO No. 36;

2.    A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3.    An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4.    A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __12 / 2 / 2009__ <br> (Month/Day/Year) | _F. Fly̲_____ <br> Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last | | First | | Middle |
|---|---|---|---|---|---|
| | Flynn | | Francis | | Joseph |

| Name of Law Firm | Carey & Danis, LLC |
|---|---|

| Current Address | Street 8235 Forsyth Blvd., Suite 1100 | | | |
|---|---|---|---|---|
| | City St. Louis | State MO | Zip 63105 | Country United States of America |

| Telephone Number | (314) 725-7700 | Facsimile | (314) 721-0905 | Email | cflynn@careydanis.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last | | First | | Middle |
|---|---|---|---|---|---|
| | Guerrera | | Tony | | |

| Plaintiff Address | Street 4463 Ellwood Road | | | |
|---|---|---|---|---|
| | City New Castle | State PA | Zip 16101 | Country U.S.A |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | Michael Lindsey Sr., et. al v. Merck |
|---|---|

| Case Number | 06-cv-03171 |
|---|---|

| Court Where Case is Pending | United States District Court Eastern District of Louisiana |
|---|---|

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
### ☒ Check here if Plaintiff failed to provide an alternative contact.

| Name | Last | | First | | Middle |
|---|---|---|---|---|---|
| | | | | | |

| Address | Street | | | |
|---|---|---|---|---|
| | City | State | Zip | Country |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend  ☐ Relative (specify relationship: _____ ) |
|---|---|

#344082

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __12_ / _2_ / _2009_ .
                                           Month  Day   Year

☐ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __12_ / _2_ / _2009__<br>(Month/Day/Year) | *F. Fly* _____<br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last<br>Flynn | First<br>Francis | Middle<br>Joseph |
| **Name of Law Firm** | Carey & Danis, LLC | | |

| **Current Address** | Street<br>8235 Forsyth Blvd., Suite 1100 | | |
|---|---|---|---|
| | City<br>St. Louis | State<br>MO | Zip<br>63105 | Country<br>United States of America |

| **Telephone Number** | (314) 725-7700 | **Facsimile** | (314) 721-0905 | **Email** | cflynn@careydanis.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last<br>Foote | First<br>George | Middle |

| **Plaintiff Address** | Street<br>1008 North 54th Ave. East | | |
|---|---|---|---|
| | City<br>Duluth | State<br>MN | Zip<br>55804 | Country<br>U.S.A |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | Rich Albin, et. al v. Merck |
|---|---|
| **Case Number** | 06-cv-3382 |
| **Court Where Case is Pending** | United States District Court Eastern District of Louisiana |

### C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☒ **Check here if Plaintiff failed to provide an alternative contact.**

| | | | |
|---|---|---|---|
| **Name** | Last | First | Middle |

| **Address** | Street | | |
|---|---|---|---|
| | City | State | Zip | Country |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend ☐ Relative (specify relationship: _____ ) |
|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __12_ / _2_ / _2009_ .
  Month   Day   Year

☐ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __12_ / _2_ / _2009_<br>(Month/Day/Year) | _F. Flynn_<br>Counsel |
| --- | --- | --- |

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A.  COUNSEL INFORMATION

| **Name** | Last<br>Flynn | | First<br>Francis | Middle<br>Joseph |
|---|---|---|---|---|
| **Name of Law Firm** | Carey & Danis, LLC | | | |

| **Current Address** | Street<br>8235 Forsyth Blvd., Suite 1100 | | | | |
|---|---|---|---|---|---|
| | City<br>St. Louis | | State<br>MO | Zip<br>63105 | Country<br>United States of America |

| **Telephone Number** | (314) 725-7700 | **Facsimile** | (314) 721-0905 | **Email** | cflynn@careydanis.com |
|---|---|---|---|---|---|

## B.  PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| **Plaintiff Name** | Last<br>DeVito | | First<br>Matthew | Middle |
|---|---|---|---|---|

| **Plaintiff Address** | Street<br>20 Raspberry Lane | | | | |
|---|---|---|---|---|---|
| | City<br>Marstons Mills | | State<br>MA | Zip<br>02648 | Country<br>U.S.A |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | Matthew DeVito, et. al v. Merck |
|---|---|
| **Case Number** | 07-cv-0562 |
| **Court Where Case is Pending** | United States District Court Eastern District of Louisiana |

## C.  FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
### ☒  Check here if Plaintiff failed to provide an alternative contact.

| **Name** | Last | | First | Middle |
|---|---|---|---|---|

| **Address** | Street | | | | |
|---|---|---|---|---|---|
| | City | | State | Zip | Country |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend   ☐ Relative (specify relationship: _____) |
|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

☒   I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __12__ / __2__ / __2009__ .
                                                           Month   Day   Year

☐   Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

    1.    A copy of PTO No. 36;

    2.    A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

    3.    An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

    4.    A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | __12__ / __2__ / __2009__<br>(Month/Day/Year) | _T. Flynn_<br>Counsel |
| --- | --- | --- |

#344082

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last<br>Flynn | | First<br>Francis | Middle<br>Joseph |
|---|---|---|---|---|

| Name of Law Firm | Carey & Danis, LLC |
|---|---|

| Current Address | Street<br>8235 Forsyth Blvd., Suite 1100 | | | |
|---|---|---|---|---|
| | City<br>St. Louis | State<br>MO | Zip<br>63105 | Country<br>United States of America |

| Telephone Number | (314) 725-7700 | Facsimile | (314) 721-0905 | Email | cflynn@careydanis.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last<br>Crews | First<br>Glenn | Middle |
|---|---|---|---|

| Plaintiff Address | Street<br>3854 W. Birchwood St. | | | |
|---|---|---|---|---|
| | City<br>Springfield | State<br>MO | Zip<br>65807 | Country<br>U.S.A |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | Vivian Copher, et. al v. Merck |
|---|---|

| Case Number | 06-cv-11441 |
|---|---|

| Court Where Case is Pending | United States District Court Eastern District of Louisiana |
|---|---|

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
### ☒ Check here if Plaintiff failed to provide an alternative contact.

| Name | Last | First | Middle |
|---|---|---|---|

| Address | Street | | | |
|---|---|---|---|---|
| | City | State | Zip | Country |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend  ☐ Relative (specify relationship: _____) |
|---|---|

#344082

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

### D.  COMPLIANCE WITH PTO NO. 36

☒    I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __12__ / __2__ / __2009__ .
                                                Month   Day    Year

☐    Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1.    A copy of PTO No. 36;

2.    A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3.    An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4.    A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __12__ / __2__ / __2009__ <br>(Month/Day/Year) | _T. Flynn_ <br>Counsel |
|---|---|---|

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A.  COUNSEL INFORMATION

| **Name** | Last<br>Flynn | First<br>Francis | Middle<br>Joseph |
|---|---|---|---|

| **Name of Law Firm** | Carey & Danis, LLC | | |
|---|---|---|---|

| **Current Address** | Street<br>8235 Forsyth Blvd., Suite 1100 | | |
|---|---|---|---|
| | City<br>St. Louis | State<br>MO | Zip<br>63105 | Country<br>United States of America |

| **Telephone Number** | (314) 725-7700 | **Facsimile** | (314) 721-0905 | **Email** | cflynn@careydanis.com |
|---|---|---|---|---|---|

## B.  PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| **Plaintiff Name** | Last<br>Carroll | First<br>John | Middle |
|---|---|---|---|

| **Plaintiff Address** | Street<br>P.O. Box 18112 | | |
|---|---|---|---|
| | City<br>Natchez | State<br>MS | Zip<br>39122 | Country<br>U.S.A |

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | Mildred Randolph, et. al v. Merck |
|---|---|
| **Case Number** | 06-cv-3465 |
| **Court Where Case is Pending** | United States District Court Eastern District of Louisiana |

## C.  FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
### ☒ Check here if Plaintiff failed to provide an alternative contact.

| **Name** | Last | First | Middle |
|---|---|---|---|

| **Address** | Street | | |
|---|---|---|---|
| | City | State | Zip | Country |

| **Telephone Number** | . | **Facsimile** | . | **Email** | . |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend  ☐ Relative (specify relationship: _____) |
|---|---|

#344082

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __12__ / __2__ / __2009__ .
Month    Day    Year

☐ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1.   A copy of PTO No. 36;

2.   A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3.   An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4.   A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __12__ / __2__ / __2009__<br>(Month/Day/Year) | _T. Flynn_<br>Counsel |
|---|---|---|

#344082                                    2

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last Flynn | First Francis | Middle Joseph |
|---|---|---|---|

| Name of Law Firm | Carey & Danis, LLC |
|---|---|

| Current Address | Street 8235 Forsyth Blvd., Suite 1100 | | |
|---|---|---|---|
| | City St. Louis | State MO | Zip 63105 | Country United States of America |

| Telephone Number | (314) 725-7700 | Facsimile | (314) 721-0905 | Email | cflynn@careydanis.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last Ward | First Opal | Middle |
|---|---|---|---|

| Plaintiff Address | Street 345 West Richardson | | |
|---|---|---|---|
| | City Puxico | State MO | Zip 63960 | Country U.S.A |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | Inez Kincaid, et. al v. Merck |
|---|---|

| Case Number | 06-cv-11442 |
|---|---|

| Court Where Case is Pending | United States District Court Eastern District of Louisiana |
|---|---|

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☒ **Check here if Plaintiff failed to provide an alternative contact.**

| Name | Last | First | Middle |
|---|---|---|---|

| Address | Street | | |
|---|---|---|---|
| | City | State | Zip | Country |

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend ☐ Relative (specify relationship: _____ ) |
|---|---|

#344082

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

### D.  COMPLIANCE WITH PTO NO. 36

☒    I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __12_ / _2_ / _2009_ .
                                                      Month   Day   Year

☐    Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __12_ / _2_ / _2009_ <br> (Month/Day/Year) | _T. Flynn_____ <br> Counsel |
| --- | --- | --- |

#344082

2