## Barnett, Ben

**From:** Travis.Sales@bakerbotts.com
**Sent:** Tuesday, September 29, 2009 12:24 PM
**To:** jdugan@dugan-lawfirm.com; trudy@dugan-lawfirm.com; dplymale@dugan-lawfirm.com
**Cc:** tismail@goldmanismail.com; banderson@omm.com; Barnett, Ben; michael.cancienne@bakerbotts.com; trudy@dugan-lawfirm.com; smurrayjr@murray-lawfirm.com
**Subject:** RE: State of Louisiana ex rel. Caldwell v. Merck & Co., Inc.--Depositions

James, in considering your request for a deposition of Alise Reicin, can you let us know 1) the issues you do not believe have been addressed by her multiple prior depositions and 2) how you believe Reicin is connected to the Louisiana AG case?

With regard to the remaining scheduling, we have provided dates and locations for 6 of the Merck witnesses. I hope to have dates for other witnesses this week, although I do not believe we can complete all these depositions without going well into November. We already have 8 depositions scheduled between Oct. 12 and Oct. 30.

Grezlak and Davis were deposed in the Texas AG case. I would ask that you review their depositions to see if you still believe their depositions are necessary, as I do not believe they had specific involvement with Louisiana. I would similarly ask that you look at Kaiser's Texas AG deposition. After doing so, let's discuss.

With regard to Mr. Castille, let's proceed with Nov. 5 if that date still works.

Thanks, Travis

Travis J. Sales
Baker Botts L.L.P.
910 Louisiana Street
Houston, Texas 77002
ph. 713-229-1378
fax 713-229-7878
Travis.Sales@Bakerbotts.com

---

**From:** James Dugan [mailto:jdugan@dugan-lawfirm.com]
**Sent:** Monday, September 28, 2009 5:45 PM
**To:** Sales, Travis; Trudy Bryant; Douglas Plymale
**Cc:** tismail@goldmanismail.com; banderson@omm.com; ben.barnett@dechert.com; Cancienne, Michael; Trudy Bryant; Stephen Murray
**Subject:** RE: State of Louisiana ex rel. Caldwell v. Merck & Co., Inc.--Depositions

Thanks Travis. On Castille, those are the only days I can do it. I am starting a trial on Nov. 9 for 3 weeks. We will have to go into December for dates if we can t do it on Nov. 3 or 4. We are still waiting on dates for our additional depo requests. If we don't get this resolved this week we will be forced to notice the depos. Our goal was to get them done in October so I can use them for my expert report deadline of Nov. 9. We strongly believe we are entitled to take Alise Reicin on issues which she has not testified. Can you please confirm in response to this email that you are not going to produce her? Thanks

---

**From:** Travis.Sales@bakerbotts.com [mailto:Travis.Sales@bakerbotts.com]
**Sent:** Monday, September 28, 2009 4:47 PM

12/1/2009

**To:** Trudy Bryant; James Dugan; Douglas Plymale
**Cc:** tismail@goldmanismail.com; banderson@omm.com; ben.barnett@dechert.com; michael.cancienne@bakerbotts.com
**Subject:** FW: State of Louisiana ex rel. Caldwell v. Merck & Co., Inc.--Depositions

Trudy, James, and Doug, here is some additional information on scheduling.

First, unfortunately, Nov. 3-5 are not good days. Could you check to see if Mr. Castille is available the following week?

Second, for now, assume we are presenting Doug Welch in Philadelphia. I will advise if that changes.

The Philadelphia depositions will take place at Dechert's Philadelphia office.

The Houston depositions will take place at Baker Botts' Houston office.

I will work this week on additional scheduling. We do not believe another deposition of Alise Reicin is necessary or appropriate. She has been deposed multiple times, and you have access to those depositions.

Thanks, Travis

Travis J. Sales
Baker Botts L.L.P.
910 Louisiana Street
Houston, Texas 77002
ph. 713-229-1378
fax 713-229-7878
Travis.Sales@Bakerbotts.com

---

**From:** Trudy Bryant [mailto:trudy@dugan-lawfirm.com]
**Sent:** Thursday, September 24, 2009 11:19 AM
**To:** Sales, Travis
**Cc:** James Dugan; Douglas Plymale
**Subject:** State of Louisiana ex rel. Caldwell v. Merck & Co., Inc.--Depositions

**Dear Travis:**

Charles Castille is available for his deposition to be taken November 3rd, 4th, or 5th. We have now provided you dates to take all of your requested depositions. We still have no dates to take any Merck depositions. I would appreciate a response by the close of business today.

*Trudy V. Bryant*
*The Dugan Law Firm & Murray Law Firm*
*Paralegal to James R. Dugan, II & Douglas R. Plymale Ph.D*
*650 Poydras Street, Suite 2150*
*New Orleans, Louisiana 70130*
*Phone (504) 648-0180*
*Fax (504) 648-0181*
*Email- trudy@dugan-lawfirm.com*

12/1/2009