# MURRAY LAW FIRM
SUITE 2150 POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

STEPHEN B. MURRAY*
STEPHEN B. MURRAY, JR.
JULIE A. ARDOIN**
ARTHUR M. MURRAY
NICOLE IEYOUB-MURRAY
JESSICA W. HAYES
JAMES R. DUGAN, II
JUSTIN BLOOM ****
DOUGLAS R. PLYMALE, Ph.D.
KOREY A. NELSON

TELEPHONE 504.525.8100
1.800.467.8100
FAX 504.584.5249
www.murray-lawfirm.com

OF COUNSEL

JOSEPH A RACE
ROBERT J. DILIBERTO***
DAMON A. KIRIN

\* CERTIFIED AS A SPECIALIST IN
CIVIL TRIAL ADVOCACY BY THE NATIONAL
BOARD OF TRIAL ADVOCACY
\*\* LICENSED IN LA & MS
\*\*\*LICENSED IN LA & TX
\*\*\*\* LICENSED IN FL & NY

WILLIAM W. GOODELL, JR., L.L.M.
Energy and Environment

October 20, 2009

**Via E-mail and U.S. Mail**

Travis Sales, Esq.
Baker Botts L.L.P
910 Louisiana Street
Houston, Texas 77002

Re: State of Louisiana, ex rel. James D. Caldwell, Attorney General v. Merck & Co., Inc., No. 2:05-cv-3700, MDL 1657, Eastern District of Louisiana

Dear Travis:

According to our records, Alise Reicin has not been deposed since June 22, 2004. If this is incorrect, please advise as to any dates later than June 22, 2004 when she was deposed.

There are multiple reasons why Dr. Reicin should be made available for a non-duplicative, supplemental deposition. First, she has not been deposed since the production of documents by the New England Journal of Medicine between September 2005 and January 2006, as well as the deposition of Gregory Curfman, an editor of that journal, in November 2005 and January 2006, and those documents and deposition examinations bear directly upon Dr. Reicin's role in the central events of the case. Second, Dr. Reicin has not been deposed since Merck produced thousands of pages of de-privileged documents relating to Dr. Reicin in August 2007. Third, Merck itself agreed to provide Dr. Reicin for a discovery deposition that was scheduled to take place in the fall of 2007, explicitly acknowledging the propriety of her sitting for further deposition examination; that deposition did not take place only because of the hiatus imposed by the global settlement of personal injury claims.

Please advise at your earliest convenience as to whether you will voluntarily provide Dr. Reicin for deposition, in order to avoid a motion to compel her production.

Thank you for your attention to this matter.

With best regards, I am

Very truly yours,

James R. Dugan, II

JRD/tb

Cc: Don Arbitblit, Esq. (Via E-mail)
Jennie Gross, Esq. (Via E-mail)
Stephen Murray, Jr., Esq. (Via E-mail)
Douglas Plymale, Esq. (Via E-mail)
Justin Bloom, Esq. (Via E-mail)