# BAKER BOTTS LLP

ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TEXAS
77002-4995

TEL 713.229.1234
FAX 713.229.1522
www.bakerbotts.com

ABU DHABI
AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
**HOUSTON**
LONDON
MOSCOW
NEW YORK
PALO ALTO
RIYADH
WASHINGTON

October 22, 2009

008885.1372

Travis J. Sales
TEL 713.229.1378
FAX 713.229.7878
travis.sales@bakerbotts.com

*BY ELECTRONIC MAIL*

James R. Dugan
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130

Re:   *State of Louisiana ex rel. Caldwell v. Merck & Co., Inc.*

Dear James:

I am in receipt of your October 20, 2009 letter in which you provide the rationale supporting Plaintiff's claim that it is somehow necessary—at this late stage of the VIOXX litigation—to conduct yet another supplemental deposition of Alise Reicin.

While we appreciate you setting forth your arguments, your October 20th letter contains several errors and omissions regarding the dates on which Dr. Reicin has previously provided testimony in Vioxx-related proceedings. Importantly, Merck has previously produced to Plaintiffs' Liaison Counsel the transcripts of Dr. Reicin's prior testimony, and those transcripts should be currently available in the PSC repository.

As an initial matter, MDL Pretrial Order No. 9 (amended) generally prohibits the re-noticing of depositions of witnesses who have already been deposed in Vioxx-related proceedings and outlines a procedure by which Merck has 10 days from the date of formal notice to state its objection followed by an opportunity to meet-and-confer to be coordinated by Liaison Counsel. With regard to the specific points addressed in your letter, I provide the following additional information:

First, Dr. Reicin was deposed four times since the June 22, 2004 deposition referenced in your letter, the latest of which occurred on August 19, 2005 in the New Jersey Coordinated Litigation. In addition to these four depositions, Dr. Reicin also testified and was cross-examined in 17 Vioxx trials that all took place after June 2004.

Second, though Dr. Reicin was not deposed since production of documents by the New England Journal of Medicine ("NEJM") and the deposition of Gregory Curfman between September 2005 and January 2006, Dr. Reicin testified in 15 Vioxx trials in courts across the country (including 5 trials in the MDL) from February through December 2006, during which time Dr. Reicin was fully cross-examined by competent plaintiffs' trial counsel on issues concerning NEJM.

HOU02:1183430.2

**BAKER BOTTS** LLP

James R. Dugan — - 2 - — October 22, 2009

      Third, while Dr. Reicin was not deposed since Merck's production of "de-privileged" documents in August 2007, she testified in yet another Vioxx trial occurring in October 2007, during which time any previously designated privileged documents would have been fair game for cross-examination. Further, your letter contains no specific connection between this supplemental production and Dr. Reicin that would warrant a further discovery deposition at this time.

      Fourth, the statement in your letter that Merck agreed to provide Dr. Reicin for a discovery deposition scheduled to take place in the fall 2007 mischaracterizes the fact that such a deposition was offered by Merck itself in association with a preservation deposition that was noticed prior to the global product liability settlement in an effort to relieve Dr. Reicin of further burdens associated with testifying in future Vioxx-related proceedings. Clearly an offer made by Merck two years ago to relieve Dr. Reicin of the burden of further testimony in the Vioxx litigation cannot legitimately be used to support your request now to re-depose Dr. Reicin again. Including both trial and deposition proceedings, Dr. Reicin has provided 44 days of testimony and been cross-examined 26 times.

      Finally, plaintiff has still not articulated any specific reason or basis why a supplemental deposition of Dr. Reicin has any bearing on the facts or claims at issue in this particular action brought by the Louisiana Attorney General.

      In light of the foregoing, we continue to oppose any further deposition of Alise Reicin at this time. If you would like to discuss this matter further, please do not hesitate to contact me.

      Very truly yours,

      Travis J. Sales

TJS:mc

cc:   Douglas R. Plymale
      Leonard A. Davis
      Dawn Barrios
      Brian Anderson
      Tarek Ismail
      Ben Barnett

HOU02:1183430.2