UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | Judge Eldon E. Fallon |
| | Magistrate Judge Knowles |

THIS DOCUMENT RELATES TO
PLAINTIFFS LISTED IN EXHIBIT A TO
MERCK "THIRD" MOTION TO DISMISS:

| | |
|---|---|
| Agard, et al., v. Merck & Co. [David Agard, James Demoski] | Case No.: 2:05-cv-01089 |
| Aljibory, et al., v. Merck & Co. [Viola Santacrose] | Case No.: 2:05-cv-01090 |
| Cavallo, et al., v. Merck & Co. [Matthew Cavallo] | Case No.: 2:05-cv-01513 |
| Core, et al. v. Merck & Co. [Richard Core] | Case No.: 2:05-cv-02583 |
| Gates, et al., v. Merck & Co. [Scott Berthel] | Case No.: 2:05-cv-06221 |
| Connolly, et al., v. Merck & Co. [Majorie Curtis, Kristine Hia, and Maurice Hoyt] | Case No.: 2:06-cv-02708 |
| Kurtz v. Merck & Co. [Mary Kurtz] | Case No.: 2:06-cv-05779 |
| Dier, et al., v. Merck & Co. [Timothy Mack] | Case No.: 2:05-cv-01088 |
| Holobosky, et al., v. Merck & Co. [Ann Mannino] | Case No.: 2:05-cv-01091 |
| DuFresne v. Merck & Co., [Frank Spencer] | Case No.: 2:08-cv-03220 |

---

## ORDER [PROPOSED]

Upon consideration of the motion of plaintiffs David Agard, James Demoski, Viola Santacrose, Marilyn Core [Richard Core], Scott Berthel, Marjorie Curtis, Kristine Hia, Maurice Hoyt, Mary Kurtz, Timothy Mack, Ann Marie Mannino, and Lori DuFresne [Frank Spencer], by and through their counsel, the Law Office of Ronald R. Benjamin, requesting an order recusing this Court in their cases pursuant to 28 U.S.C. §455(a) or (b)(1), and upon consideration of the opposition, if any, of

defendant Merck & Co., Inc., by and through its attorneys, and the Court having reviewed the records of the above-captioned cases, finds and rules as follows:

(1)  Recusal of this Court is appropriate pursuant to 28 U.S.C. §455(a), and

(2)  Recusal of this Court is appropriate pursuant to 28 U.S.C. §455(b)(1),

and it is, this _____ day of _____, 2009:

ORDERED, that the plaintiffs' motion for this Court's recusal be, and the same hereby is, GRANTED.

                                                                                       _____
                                                                                       HON. ELDON E. FALLON
                                                                                       UNITED STATES DISTRICT JUDGE