UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®                              MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION              SECTION L

Judge Eldon E. Fallon
Magistrate Judge Knowles

THIS DOCUMENT RELATES TO
PLAINTIFFS LISTED IN EXHIBIT A TO
MERCK "THIRD" MOTION TO DISMISS:

| | |
|---|---|
| Agard, et al., v. Merck & Co. [David Agard, James Demoski] | Case No.: 2:05-cv-01089 |
| Aljibory, et al., v. Merck & Co. [Viola Santacrose] | Case No.: 2:05-cv-01090 |
| Cavallo, et al., v. Merck & Co. [Matthew Cavallo] | Case No.: 2:05-cv-01513 |
| Core, et al. v. Merck & Co. [Richard Core] | Case No.: 2:05-cv-02583 |
| Gates, et al., v. Merck & Co. [Scott Berthel] | Case No.: 2:05-cv-06221 |
| Connolly, et al., v. Merck & Co. [Majorie Curtis, Kristine Hia, and Maurice Hoyt] | Case No.: 2:06-cv-02708 |
| Kurtz v. Merck & Co. [Mary Kurtz] | Case No.: 2:06-cv-05779 |
| Dier, et al., v. Merck & Co. [Timothy Mack] | Case No.: 2:05-cv-01088 |
| Holobosky, et al., v. Merck & Co. [Ann Mannino] | Case No.: 2:05-cv-01091 |
| DuFresne v. Merck & Co., [Frank Spencer] | Case No.: 2:08-cv-03220 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that upon Plaintiff's Motion for Recusal of This Court and the accompanying Memorandum of Law in Support of Their Motion for Recusal of This Court, and upon all the pleadings and prior proceedings heretofore, served and/or filed herein, plaintiffs will move this Court, before the Honorable Eldon E. Fallon, United States District Judge, at the United States Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130, at the next Monthly Vioxx Status Conference, in January 2010, at 9:00 a.m., or as soon thereafter as the parties may be heard, for an order recusing this Court pursuant to 28 U.S.C.

§455(a) or (b)(1), and will seek such other and further relief as is just and proper.

Dated: December 3, 2009
       Binghamton, New York

                                      s/Ronald R. Benjamin
                                  RONALD R. BENJAMIN
                                  LAW OFFICES OF RONALD R. BENJAMIN
                                  Attorneys for Plaintiff
                                  126 Riverside Drive, P. O. Box 607
                                  Binghamton, New York 13902
                                  607/772-1442

TO:    Phillip A. Wittmann, Esq.
          Stone Pigman Walther Wittmann
          546 Carondelet Street
          New Orleans, LA 70130

          Russ Herman, Esq.
          Herman Gerel
          820 O'Keefe Avenue, Suite 100
          New Orleans, LA 70113