Original

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED   NOV 30 2009

LORETTA G. WHYTE
Clerk

ELENA STRUJAN
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

2:07 Civ. 0906 (EEF-DEK)

- against -

MERCK & CO. INC.,

NOTICE OF APPEAL
IN A CIVIL CASE

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that PLAINTIFF, ELENA STRUJAN
*(party)*
hereby appeals to the United States Court of Appeals for the FIFTH Circuit from the Judgment OF JUDGE E. FALLON DISMISSING WITH PREJUDICE ALL
*(describe the judgment)*
CLAIMS OF PLAINTIFF FOR FAILURE TO COMPLY WITH THE REQUIREMENTS OF PRE-TRIAL ORDER 43

entered in this action on the 30 day of October, 20 09.
*(date)* *(month)* *(year)*

Signature: Elena Strujan
Address: P.O. Box 20632
City, State & Zip Code: New York, NY 10021
Telephone Number: 646 234 2421

DATED: 11/21, 20 09

TENDERED FOR FILING

NOV 30 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process____
X Dktd_____
X CtRmDep____
___ Doc. No.____



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELENA STRUJAN
     Plaintiff,

-against-

MERCK & CO., INC.,
          Defendant.

2:07-cv-0906 (EEF)-(DEK)
MDL Docket No. 1657
SECTION L

AFFIRMATION OF SERVICE

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, __ELENA STRUJAN__ *(name)*, declare under penalty of perjury that I have served a copy of the attached __NOTICE OF APPEAL__ *(document you are serving)* upon __Norman C Kleinberg__ *(name of person served)* whose address is __One Battery Park Plaza, 12th Floor, New York, NY__ *(where you served document)* by __MAIL with Certificate of Mailing__ *(how you served document. For example - personal delivery, mail, overnight express, etc.)*

Dated: __New York__, __NY__
       *(town/city)*  *(state)*

__11__ __21__, 20__09__
*(month)* *(day)* *(year)*

Elena Strujan
*Signature*

P.O. Box 20632
*Address*

New York, New York
*City, State*

10021
*Zip Code*

646-234-2421
*Telephone Number*



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_ELENA STRUJAN_
Plaintiff,

-against-

MERCK & CO., INC.,
Defendant.

2:07-CV-0906 (EEF)(DEK)
MDL Docket No. 1657
SECTION L

AFFIRMATION OF SERVICE

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, _Elena Strujan_ (name), declare under penalty of perjury that I have served a copy of the attached _NOTICE OF APPEAL_ (document you are serving) upon _DEFENDANT'S LIASON COUNSEL_ (name of person served) whose address is _546 CARONDELET STREET, NEW ORLEANS, LOUISIANA 70130_ (where you served document) by _MAIL_ (how you served document. For example - personal delivery, mail, overnight express, etc.).

Dated: _NEW YORK_ (town/city), _NY_ (state)
_11_ (month) _21_ (day), 20_09_ (year)

Signature: _Elena Strujan_
Address: _P.O. Box 20632_
City, State: _New York, New York_
Zip Code: _10021_
Telephone Number: _646-234-2421_