THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFREDO NARVAEZ, ADELINA CAMPUZANO, JOSE MACHADO, AND RAMON PEREDA | * | CIVIL NO. |
| | * | 04-3472 |
| *Plaintiffs* | | |
| | * | MLD NO. 1657/In Re Vioxx |
| VERSUS | * | |
| MERCK & CO, INC., a New Jersey Corporation | * | |
| *Defendant* | | |
| *     *     *     *     * | | |

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, undersigned counsel hereby stipulates that all claims of plaintiff, Alfredo Narvaez, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entity with prejudice, each party to bear its own costs.

Respectfully submitted:

_____ (Date) 2-26-08
Salvador G. Longoria (Bar No. 1851)
Gaudin & Longoria, LLC
858 Camp Street
New Orleans, Louisiana 70130
Phone (504) 524-7727
Fax (504) 529-8941
Attorney for Alfredo Narvaez

_____ (Date) 12/07/09
Stephen G. Strauss                Phillip A. Wittmann
Bryan Cave LLP                    Dorothy H. Wimberly
211 N. Broadway, Suite 3600       Stone Pigman Walther
St. Louis, MO 63102               Wittmann LLC
(314) 259-2000 Tel                546 Carondelet Street
(314) 259-2020 Fax                New Orleans, LA 70130
                                  (504) 581-3200 Tel
                                  (504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of December, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.