UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| This document relates to: | * * | |
| *Etta Mae Catto, et al.* *v.* *Merck & Co., Inc.* | * * * * | **JUDGE FALLON** **MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:* *Martha Gail Ray* | * * * | |
| *Docket No. 2:06-cv-01660* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Martha Gail Ray in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  3rd  day of _____December_____, 2009.

_____
DISTRICT JUDGE