# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 09-30927

MDL 05-1657-L

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

---

VIOXX LITIGATION CONSORTIUM,

    Defendant - Appellant

THE MILLER FIRM, L.L.C.; THE O'QUINN LAW FIRM; DOUGLAS A. ALLISON; JACK MODESETT, III; THE BOWERSOX LAW FIRM, P.C.,

    Appellants

v.

VIOXX CLAIMANTS,

    Appellees

---

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Pursuant to appellant's motion, this appeal is dismissed as to Bowersox Law Firm, P.C. only, this 30th day, November, 2009, see FED. R. APP. P. 42(b).

*U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC - 3 2009
LORETTA G. WHYTE
CLERK*



Fee ____
Process ____
X Dktd ____
CtRmDep ____
Doc. No. ____

Clerk of the United States Court
of Appeals for the Fifth Circuit

*Dantrell Johnson*

By: _____
Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

*DIS4*