

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE FOLLOWING CASES:<br>2:05-cv-04445-EEF-DEK<br>2:05-cv-04446-EEF-DEK<br>2:05-cv-04447-EEF-DEK<br>2:05-cv-04448-EEF-DEK<br>2:05-cv-04628-EEF-DEK<br>2:05-cv-05822-EEF-DEK<br>2:06-cv-03737-EEF-DEK<br>2:06-cv-05577-EEF-DEK<br>2:06-cv-08356-EEF-DEK<br>2:06-cv-10630-EEF-DEK | No. 09-30927<br><br>U.S. COURT OF APPEALS<br>FILED<br>NOV 2 3 2009<br>CHARLES R. FULBRUGE III<br>CLERK |

## MOTION TO WITHDRAW APPEAL

The Bowersox Law Firm, P.C. ("BLFPC") requests that its Notice of Appeal filed with this court on September 15, 2009 in the above-captioned matters be withdrawn from consideration. BLFPC finds it is no longer necessary to appeal this Court's Order and Reasons of August 3, 2009, in which the Court stated that it granted in part and denied in part the Motion for Reconsideration filed by the Vioxx Litigation Consortium on December 10, 2008 and joined by BLFPC on February 13, 2009.

Respectfully submitted, this 18th day of November, 2009.

By: /s/ Jeffrey A. Bowersox
Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
BOWERSOX LAW FIRM, P.C.
5285 Meadows Road, Suite 320
Lake Oswego, OR 97035
Telephone: (503) 452-5858;
Facsimile: (503) 345-6893
Attorneys for Plaintiffs

A true copy    3 0 NOV 2009
Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit
By: [signature] Johnson
Deputy
New Orleans, Louisiana

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | No. 09-30927 |
| THIS DOCUMENT RELATES TO THE FOLLOWING CASES:<br>2:05-cv-04445-EEF-DEK<br>2:05-cv-04446-EEF-DEK<br>2:05-cv-04447-EEF-DEK<br>2:05-cv-04448-EEF-DEK<br>2:05-cv-04628-EEF-DEK<br>2:05-cv-05822-EEF-DEK<br>2:06-cv-03737-EEF-DEK<br>2:06-cv-05577-EEF-DEK<br>2:06-cv-08356-EEF-DEK<br>2:06-cv-10630-EEF-DEK | |

**<u>ORDER GRANTING BOWERSOX LAW FIRM'S MOTION TO WITHDRAW APPEAL</u>**

  AND Now, on the ___ day of November, 2009, upon consideration of Bowersox Law Firm, P.C's ("BLFPC") Motion to Withdraw Appeal, it is hereby ORDERED AND DECREED that this Motion is GRANTED, and that BLFPC's Appeal is withdrawn and dismissed in the above- captioned proceedings.

    Ordered this ___ day of November, 2009.

                _____

                Appellate Judge

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

---

VIOXX LITIGATION CONSORTIUM,

    Defendant - Appellant

THE MILLER FIRM, L.L.C.; THE O'QUINN LAW FIRM; DOUGLAS A. ALLISON; JACK MODESETT, III,

    Appellants

v.

VIOXX CLAIMANTS,

    Appellees

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 30, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 09-30927    In re: Vioxx Prod Liability
    USDC No. 2:05-MD-1657

Enclosed is an order entered in this case.

CHARLES R. FULBRUGE III, Clerk

By: *Dantrell Johnson*
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Douglas Alan Allison
Mr. Jeffery A. Bowersox
Mr. Harry S. Hardin, III
Mr. John J. McKetta, III
Mr. M. Michael Meyer
Mr. Michael J. Miller
Mr. Jack Modesett, III
Ms. Stacy Elizabeth Seicshnaydre
Ms. Loretta Whyte

P.S. to All Counsel: Attached is an updated caption to be used on all filings with this Court from this date forward.

MOT2