## **Exhibit A**

1. Giordano, Margharita v. Merck & Co., Inc., 2:09-cv-03610-EEF-DEK

2. Nobile, Lucretia v. Merck & Co., Inc., 2:09-cv-03611-EEF-DEK

3. Orioles, Anthony v. Merck & Co., Inc., 2:09-cv-03612-EEF-DEK

4. Singer, Cheryl v. Merck & Co., Inc., 2:09-cv-03613-EEF-DEK

1001025v.1