UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION   : SECTION: L
                                            :
                                            : JUDGE FALLON
                                            : MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**   All Cases

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Larry Long. IT IS ORDERED that the correspondence be entered into the record. IT IS FURTHER ORDERED that a copy of this correspondence shall be forwarded to liaison counsel to take appropriate action. It is the Court's view that when a lien is asserted on a claimant's settlement amount by a legal financing or legal loan company, counsel for the affected claimant shall not provide payment to the legal financing or legal loan company. Instead, the money shall be held in escrow and a representative of all involved parties shall be called to Court to justify their claimed amounts. At this hearing, a representative of the bar association and any other relevant oversight committee be invited to offer their views regarding the appropriate distribution of funds.

New Orleans, Louisiana, this 4th day of December, 2009.

                                                UNITED STATES DISTRICT JUDGE

1

Clerk to Serve:

<table>
<tr><td>

Mr. Russ Herman  
Plaintiff's Liaison Counsel  
Herman, Herman Katz & Cotlar, LLP  
820 O'Keefe Ave.  
New Orleans, LA 70113  

Mr. Phillip Wittmann  
Stone Pigman Walter Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130  

</td><td>

Mr. Larry Long  
3147 Brighton Pass  
Conyers, GA 30094  

Oasis Legal Finance  
40 N. Skokie Blvd., Ste. 500  
Northbrook, IL 60062  

</td></tr>
</table>