**STAPLES copy printcenter**

# Complimentary Fax Cover Sheet

**To:** U.S. District Court Eastern District of LA.
Hon. Judge Eldon Fallon
500 Poydras Street Rm 456
New Orleans, LA 70130

**Fax #:** ( ) 504 589-6961

**Date:** 11/29/09

**From:** Larry Long
3147 Brighton Pass
Conyers, GA 30094

**Phone #:** (678) 542-5347

[X] Urgent  [ ] Confidential  [ ] Confirm Receipt

**Number of Pages (Including Cover):** 4

**Reply Fax #:**

**Message:** Urgent Hon. Judge Fallon

Please confirm with phone call if possible you received this letter

Staples Copy Centers also offer these additional services:
- High Speed Black and White Copying
- Binding Services
- Custom Printing
- Digital Color Copying
- Laminating Services
- Custom Checks & Forms
- Convenient Self-Serve Copiers
- Custom Stamps & Engraving
- Personalized Calendars



**IMPORTANT**

Staples is not responsible for the content of this facsimile. Our customers are cautioned against sending confidential or sensitive personal information via facsimile. Staples is not responsible for misdirected facsimiles. If you received this facsimile in error, please notify the sender at the phone number inserted above for directions concerning the facsimile.

November 29, 2009

# U.S. District Court
# Eastern District of Louisiana

### Section L - Judge Eldon E. Fallon
500 Poydras Street
Room C456
New Orleans, LA  70130

Dear Honorable Judge Fallon,

Re:    LARRY LONG, VIOXX GLOBAL SETTLEMENT
         Hardship Emergency Case Evictions, Kideny Dialysis, Heart and Legally Blind
         Representing Law Firm
           *Miller Law Firm Attorne, Michele DiMartino*
           *2 Bala Plaza suite 603*
           *Bala Cynwyd, Pa  19004*

Subject:    Disagreements and Complaint regarding Miller Law Firm conduct and Oasis Legal Finance, LLC  (847) 521-4372F: 847-521-4391  <u>Case#Payoff for Larry Long Case P-GA-85453- $23,587.50-</u>

*We are writing Judge Fallon because we have numerous problems and disagreements with our Miller Law firm.  They have not been protected and represented us according to the Merck Vioxx Settlement.*

*\*Oasis Legal Finance has charged us excessive high rate interest on a loan.*

*\*Oasis Legal Finance has not gotten permission from MERCK –See Section16.9. No Third Parties Beneficiaries; Assignment*

*\* Oasis Legal finance has charged us a excessive rate not permitted by state or federal law.*

1. According to the Vioxx Lawsuit it clearly states in section 16.9.
   Section 16.9. <u>No Third Party Beneficiaries; Assignment</u>

   16.9.1. No provision of this Agreement or any Exhibit thereto is intended to create any third-party beneficiary to this Agreement. For the avoidance of doubt, nothing in this Section 16.9 limits or modifies the third-party beneficiary provisions of any Enrollment Form, Release or Dismissal With Prejudice Stipulation. This Agreement and all of the provisions hereof shall be binding upon and inure to the benefit of the Parties hereto and their respective successors and permitted assigns; <u>provided, however,</u> that neither this Agreement nor any of the rights, interests, or obligations hereunder may be assigned by the NPC without the prior written consent of Merck. No right to receive a Settlement Payment may be assigned by any Program Claimant and/or any Enrolling Counsel without the prior written consent of Merck. Any assignment in violation of this Section 16.9.1 shall be null and void <u>ab initio</u>.

   **Rules of Conduct**
   **The Miller Law Firm did breach of confidentiality. See Sect 15.1 Program Claimant Confidentiality Information**

   **The attorney has a responsibility to remain truthful to all third parties ( MERCK).**

   **The Miller Law Firm** is in a clear conflict of interest between the attorney's contractual obligations to the client Larry and Debra Long

   **The Miller Law Firm** bound by strict rules of ethics designed to protect Larry and Debra Long their clients' legal and financial interests.

2. We have a hardship case we were evicted in August 2009 and we applied for an hardship interiem payment and received $27,000 appx but a $6,000 lien and interest brought the amount up to $23,000
3. . The Miller Law firm said they would negotiate a lower price and they never came through. We begged them to help up, to get it reduced. They told me to call Oasis, the lender and see if I could do it. Then Miller Law firm said they could not do any more negation.* The court recognized that if the client asserts a good faith basis to dispute the third-party claim, the attorney must protect the funds until the dispute is resolved They did not protect us as they promise. According to the Vioxx lawsuit they gave our money away with out permission from Merck. Miller divided the $27,000 paid Oasis $12,000 paid themselves $11,000 and gave us $4,000 and they said that was all they could do. They could not wait for their money on the end. We told them about our evicts. We are now have another evictions, because we did not have the money we needed in a hardship case.
4. Our Law firm, Miller Law did not represent us in the best way. They lead us to believe from the beginning that they would get the necessary paper work from Dr. Dunnaway if needed. We signed up for the global and question our attorney about what happens if he can not get the document. Attorney Gomez said they would subpoena the Dr. Dunnaway. We have spent money

on faxing, Fed Ex, UPS stamps and copying papers. We had to personally get documents and the final statement in March of 2009 after receiving a denial from the Gates Committee. The Miller Law firm, Di Martino gave us a hard time about getting an extension on turning in Dr. Dunnaway Letter regarding Larry Long stroke of 2001.

5. The Miller Law firm attorney on many occasion will not speak to the Longs, they have their paralegal, Jody answer the question and on very few occasion will the Attorney Di Martino call back. Previously Attorney Gomez would return the calls.

6. The Miller Law firm gave Oasis Financial company an estimate value of our case to figure how much to loan us. The Miller firm said it value at $80,000. The broker Gpal said that was on the paper work faxed to him and Oasis Finance.

Section 15.1.  Program Claimant Confidential Information

Any personal records or other personal information provided by or regarding a Program Claimant pursuant to this Agreement, and the amount of any payments and/or awards made to Enrolled Program Claimants under this Agreement (such amount information, "Award Information"), shall be kept confidential by the Parties and, in the case of Award Information, such Program Claimant (and his Executing Derivative Claimants) and his Counsel, and shall not be disclosed except (i) to appropriate Persons to the extent necessary to process Program Claims or provide benefits under this Agreement, (ii) as otherwise expressly provided in this Agreement, (iii) as may be required by law or listing agreements, (iv) as may be reasonably necessary in order to enforce, or exercise Merck's rights under or with respect to, such Program Claimant's Enrollment Form, Release, Dismissal With Prejudice Stipulation or Future Evidence Stipulation or (with respect to such Program Claimant (and/or his Executing Derivative Claimants) or his Counsel) this Agreement or (v) to the immediate family members, counsel, accountants and/or financial advisors of such Program Claimant, if any (each of whom shall be instructed by such Program Claimant, upon such disclosure, to maintain and honor the confidentiality of such information). All Program Claimants shall be deemed to have consented to the disclosure of these records and other information for these purposes.

7. Miller Law firm did not file our profile for vioxx claim correctly and refused to make correction, did not submit finding to Special Masters or advise us to this would be in our best interest. They lost interest in thir clients, the Longs.

We would like our money recovered. The interest rate is outrages and Miller Law Firm does not have our best interest. Our case should have been sent to the Special Masters for evaluation. We did not receive the service from Miller firm. We trusted Miller to protect and represent us in a fair and knowledgeable way. Please note our address change and phone numbers
Sincerely,

Larry Long
Debra Long 3147 Brighton Pass Conyers, GA 30094  678 542-5347
Nia0003@yahoo.com