UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**  *Kathryn P. Baldridge Only*

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Kathryn P Baldrige. IT IS ORDERED that the correspondence be entered into the record. IT IS FURTHER ORDERED that a copy of this correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 24th day of November, 2009.

                                          UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Ms. Kathryn P. Baldridge
5075 Camelot West
Mobile, AL 36619

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Mr. Ron Smith
51 St. Joseph Street
P.O. Box 894
Mobile, AL 36601

1

