Hon. Eldon E. Fallon
500 Poydras Street Room C-456
New Orleans, LA  70130
November 20 ,2010

Kathyrn P. Baldridge
5075 Camelot West
Mobile, Al. 36619



Your Honor,

I am sure you have heard lots of horror stories about how the Vioxx victims are being treated. I know my husband's case was mishandled, but I blame myself for taking the word of our lawyer. I should have gone with my gut. That is not the reason for this letter.

I found the many blogs on line in August of this year. I have listened and read with horror as a small number of lawyers are jerking victims around. It seems the lawyers with the mass numbers were able to get funds out in a matter of weeks while others are still holding funds. Some are telling their clients it will be the first of the year before they get everything processed. The blame is not Brown and Greer.  None of this makes Brown and Greer sent recaps with funds.

Our case is stroke, so it does not effect us yet, but I am hoping there will be some sort of time line for lawyers to follow. My local lawyer, Ron Smith with Taylor Martino in Mobile, Al, was told we would not get Stroke checks until June of 2010. The only reason I see for this is Harry Roth is holding funds to collect interest.

Many consider my husband's stroke as minor including Mr. Roth because he did not have a lot of physical damage, but the man was institutionalized in a mental facility for 5 months for impulse control, maturity, and bi-polar tendencies. His frontal lobe was blown, I now live with a teenager on four different drugs for his new mental condition so he can live at home and be around our six grandchildren safely and he cannot be left alone.  With all the documentation we had we were advised not to challenge the very low points.  We were told there was a loop hole that allowed Merck to throw out all challenges. I was told I would probably get nothing. I now know this was not the case, as I had so many documentations from his physiatrist but as I said earlier, it was my fault for not following my own instincts.

We have lost our home, filed for bankruptcy and have medicals bills up the yazoo. I just want to make sure I get the funds that we need to purchase a home by the end of March, or will  have to sign a lease to continue to rent another year. Please help the victims to get their funds in a timely manor. Please give a time frame for the funds to be dispersed. God Bless you for working so hard for the victims, I know you will consider this as the case progresses.

Sincerely,
Kathryn P. Baldridge

*Kathryn P. Baldridge*