UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:   *Mary Ann Allen, et al v. Merck & Co. Inc., et al.,*
Case No. 05-1039 (as to Mary Ann Allen only)

## ORDER

The Court is in receipt of the attached correspondence from Marshay Allen on behalf of Vioxx Plaintiff Mary Ann Allen. IT IS ORDERED that the correspondence be entered into the record. IT IS FURTHER ORDERED that a copy of this correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 24th day of November, 2009.

                                     UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Ms. Marshay Allen
3100 Kingsley Drive
Florissant, M) 63033

Todd S. Hageman
Simon, Lowe & Passanante, PC
701 Market St. Suite 1150
St. Louis, MO 63101



1