# Office DEPOT. FAX TRANSMISSION

*Taking Care of Business*

TO: Hon. Eldon E. Fallon + Assoc.  FROM: Marshay Allen - Mary Allen

FAX NUMBER: 504-589-6966  SENDER'S PHONE #: (814) 921-5040

DATE: Nov. 21, 2009  # OF PAGES: 2
INCLUDING COVER PAGE

**CUSTOMER'S NOTES:**

Please Reply ASAP!!!!!!!!!!!!
(314) 397-7688 Marshay Allen (Cell)
(314) 359-8120 Mary Allen (Cell)

## OFFICE DEPOT'S TERMS OF USE

SENDER AGREES NOT TO USE THIS FAX TO: (I) TRANSMIT MATERIAL WHOSE TRANSMISSION IS UNLAWFUL, HARASSING, LIBELOUS, ABUSIVE, THREATENING, HARMFUL, VULGAR, OBSCENE, PORNOGRAPHIC OR OTHERWISE OBJECTIONABLE; (II) CREATE A FALSE IDENTITY, OR OTHERWISE ATTEMPT TO MISLEAD OTHERS AS TO THE IDENTITY OF THE SENDER OR THE ORIGIN OF THIS FAX; (III) POST OR TRANSMIT ANY MATERIAL THAT MAY INFRINGE THE COPYRIGHT, TRADE SECRET, OR OTHER RIGHTS OF ANY THIRD PARTY; (IV) VIOLATE ANY FEDERAL, STATE OR LOCAL LAW IN THE LOCATION, OR (V) CONDUCT ACTIVITIES RELATED TO GAMBLING, SWEEPSTAKES, RAFFLES, LOTTERIES, CONTESTS, PONZI SCHEMES OR THE LIKE.

PLEASE NOTE THAT OFFICE DEPOT DOES NOT REVIEW THE CONTENTS OF ANY FAX SENT USING ITS SERVICES. FURTHER, BY SIGNING BELOW THE SENDER OF THIS FAX HEREBY AGREES TO INDEMNIFY OFFICE DEPOT TO THE FULLEST EXTENT OF THE LAW AND FOR ANY AND ALL CLAIMS, SUITS, OR DAMAGES ARISING OUT OR IN CONNECTION WITH THE REQUEST TO SEND, OR SENDING THIS FAX.

CUSTOMER SIGNATURE (REQUIRED): *Marshay Allen*

## STORE INFORMATION

Office Depot #522
11264 W. Florissant Rd.
Florissant, MO 63033
314-921-3300

# FAX # 314-921-3930

THANK YOU FOR USING OFFICE DEPOT'S CUSTOMER FAX SERVICES

| First Page Local Fax | Additional Local Fax | First Page Long Distance Fax | Additional Long Distance Fax | First Page International Fax | Additional International Fax |
|---|---|---|---|---|---|
| 833-071 | 456-687 | 833-081 |  833-091 |  833-191 |  833-201 |



11/21/09

To: Honorable Eldon E. Fallon

Im writing concerning Mary Ann Allen's Vioxx settlement case in St. Louis, MO. The Simon Law firm Todd Hageman & his assisant Angela Grant. It has been pure hell dealing with this law firm, very rude & unprofessional & Decietful practices. As your office stated after recieving your awards points, it takes up to 30 days to recieve your check. Angela Grant stated that's a lie it takes (90) days. We recieved the awards letter Oct. 30. 2009. She stated that she turned in the acceptance immediately after the phone conversation. We are curious to find out if there is any way to find or confirm her doing so. If so please feel free to contact me, Marshay Allen, Mary Allen's daughter at (314) 921-5040, by fax @ (314) 921-3930 or by mail at 3100 Kingsley dr Florissant, MO 63033.