UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | **NOTICE OF APPEARANCE** |
| | MDL 1657 |
| This document relates to: | SECTION: L |
| Kathleen Ackerman, et al. | |
| v. | JUDGE FALLON |
| Merck & Co., Inc., et al. | MAGISTRATE JUDGE KNOWLES |
| | |
| Only with regard to: | |
| Debra J. Miller and Douglas Miller | |
| | |
| Docket No.: 2:06-CV-02198 | |

**THIS DOCUMENT RELATES TO : Debra J. Miller and Douglas Miller v. Merck & Co., Inc.,    Case No.: 2:06-CV- 02198**

**PLEASE TAKE NOTICE**, the Law Offices of Ronald R. Benjamin located at 126 Riverside Drive, P.O. Box 607, Binghamton, New York 13902 will appear as attorney(s) of record for the plaintiffs in the above-entitled action.

MARYA C. YOUNG, ESQ. Fed No. 301339
LAW OFFICE OF RONALD R. BENJAMIN
Attorney for Plaintiff
126 Riverside Drive, P.O. Box 607
Binghamton, New York 13902-0607
(607) 772-1442

TO: PHILLIP WITTMANN, ESQ.
Defendant's Liaison Counsel
Stone Pigman Walther Wittmann
546 Carondelet Street
New Orleans, Louisiana 70130

RUSS HERMAN, ESQ.
Plaintiff's Liaison Counsel
Herman Gerel LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION : | |
| : | MDL 1657 |
| This document relates to: | SECTION: L |
| Kathleen Ackerman, et al. : | |
| v. : | JUDGE FALLON |
| Merck & Co., Inc., et al. | MAGISTRATE JUDGE KNOWLES |
| | |
| Only with regard to: : | |
| Debra J. Miller and Douglas Miller : | |
| | |
| Docket No.: 2:06-cv-02198 : | |
| ------------------------------------------------------- : | |

CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2009, the above and forgoing Notice of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann by US Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No.: 8B, and that the foregoing was electronically filed with the Clerk of the District Court for the Eastern District of Louisiana by using the CM/ECF system whcih will send a notice of electronic filing in accord with the procedures established in MDL 1657. I further certify that all parties on the attached service list have been served by US Mail.

_____
MARYA C. YOUNG