UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | **NOTICE OF APPEAL** |
| | MDL 1657 |
| This document relates to: | SECTION: L |
| Kathleen Ackerman, et al. | |
| v. | JUDGE FALLON |
| Merck & Co., Inc., et al. | MAGISTRATE JUDGE KNOWLES |
| | |
| Only with regard to: | |
| Debra J. Miller and Douglas Miller | |
| | |
| Docket No.: 2:06-cv-02198 | |

Notice is hereby given that plaintiffs Debra J. Miller and Douglas Miller hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order of Dismissal With Prejudice issued by the Honorable Judge Eldon E. Fallon on the 12th day of November, 2009, and entered November 17, 2009.

Dated:   December 10, 2009

_____
MARY A. C. YOUNG, Fed. Bar Roll No.: 301339
LAW OFFICE OF RONALD R. BENJAMIN
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
(607) 772-1442

TO COUNSEL ON ATTACHED LIST :

## SERVICE LIST

Phillip A. Wittmann, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Russ Herman, Esq.
Herman Gerel LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

Douglas Marvin, Esq.
Williams & Connolly
725 12th Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION : | |
| : | MDL 1657 |
| This document relates to: | SECTION: L |
| Kathleen Ackerman, et al. : | |
| v. : | JUDGE FALLON |
| Merck & Co., Inc., et al. | MAGISTRATE JUDGE KNOWLES |
| | |
| Only with regard to: : | |
| Debra J. Miller and Douglas Miller : | |
| | |
| Docket No.: 2:06-cv-02198 : | |
| ---------------------------------------------------- : | |

CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2009, the above and forgoing Notice of Appeal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann by US Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No.: 8B, and that the foregoing was electronically filed with the Clerk of the District Court for the Eastern District of Louisiana by using the CM/ECF system whcih will send a notice of electronic filing in accord with the procedures established in MDL 1657. I further certify that all parties on the attached service list have been served by US Mail.

_____
MARYA C. YOUNG