UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on attached Exhibit A. | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

*************************************************************************

## ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the cases listed in the attached **Exhibit A** show cause on the 7th day of January, 2010, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).  Plaintiffs shall file and serve upon Liaison Counsel any oppositions to the Rule on or before the 29th day of December, 2009.  Defendant Merck & Co., Inc., shall file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies to the oppositions on or before the 5th day of January, 2010.

NEW ORLEANS, LOUISIANA, this  8th  day of December, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1001028v.1

## **Exhibit A**

1. Giordano, Margharita v. Merck & Co., Inc., 2:09-cv-03610-EEF-DEK

2. Nobile, Lucretia v. Merck & Co., Inc., 2:09-cv-03611-EEF-DEK

3. Orioles, Anthony v. Merck & Co., Inc., 2:09-cv-03612-EEF-DEK

4. Singer, Cheryl v. Merck & Co., Inc., 2:09-cv-03613-EEF-DEK

1001025v.1