UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| 05-3700, STATE OF LOUISIANA, | : | JUDGE FALLON |
| ex rel. JAMES D. CALDWELL, | : | MAG. JUDGE KNOWLES |
| ATTORNEY GENERAL | : | |

## ORDER

IT IS ORDERED that a telephone status conference shall be held on Tuesday, December 15, at 11:00 a.m. to discuss the status of this case and the progress of discovery. Due to the number of parties in this litigation, the conference will be a call-in telephone conference. The call-in information is as follows:

    Call-in Number:    1-866-213-7163

    Conference ID:    46236629

Should the need for another status conference arise before then, the parties are directed to contact the Court.

New Orleans, this 8th day of December, 2009.

*(signature)*
Honorable Eldon E. Fallon
United States District Court Judge

1