UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**  *Olen Morton Only*

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Olen Morton. IT IS ORDERED that the correspondence be entered into the record. Because the communication contains sensitive information concerning this Claimant's settlement amount, IT IS FURTHER ORDERED that it BE SEALED. IT IS FURTHER ORDERED that a copy of this correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 24th day of November, 2009.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Olen Morton
5797 CR 1405
Jacksonville, TX 75766

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069