UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX ) | MDL NO. 1657 | |
|     Products Liability Litigation ) | | |
| ) | SECTION: L | |
| This Document Relates to: ) | | |
| ) | HON. ELDON E. FALLON | |
|     STATE OF LOUISIANA, ex rel. ) | | |
|     JAMES D. CALDWELL, ) | MAG. JUDGE KNOWLES | |
|     ATTORNEY GENERAL ) | | |
|                Plaintiff ) | | |
| ) | | |
|   versus ) | | |
| ) | | |
| MERCK SHARP & DOHME CORP. ) | | |
| ) | | |
|     Case No. 05-3700 ) | | |
| _____) | | |

**Notice of Subpoena for Deposition and Production of Documents**

TO:    Merck Sharp & Dohme Corp., and its attorneys:
        Phillip A. Wittmann, Esquire
        Stone, Pigman, Walther, Wittmann, L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana  70130-3588
        Merck Sharp & Dohme Corp., Liaison Counsel

      PLEASE TAKE NOTICE that counsel for Plaintiff State of Louisiana, ex rel. James D. Caldwell Attorney General, pursuant to the Federal Rules of Civil Procedure, PTO 39 and PTO 53, seek the production of documents and the deposition of Dr. Loren Laine, at a time and location to be agreed upon, regarding the matters designated in Exhibit A, attached hereto.

      The deposition shall be taken pursuant to Pre-Trial Order No. 9 (Amended) (Deposition Guidelines) entered September 28, 2006.  The terms of such order are incorporated into this notice.

Dated: December 19, 2009

/s/ Justin Bloom_____
Justin Bloom
James R. Dugan, II (La. Bar No. 24785)
Douglas R. Plymale. (La. Bar No. 28409)
Stephen B. Murray, Jr. (La. Bar No. 23877)
Stephen B. Murray, Sr. (La. Bar No. 9858)
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2009, a copy of the above Notice of Deposition has this day been served upon counsel of record pursuant to the Federal Rules of Civil Procedure and this Court's orders.

/s/ Justin Bloom_____