**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
FILED   DEC - 9 2009
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
DEC 0 4 2009
CHARLES R. FULBRUGE III
CLERK

IN RE: VIOXX LITIGATION

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-MD-1657

---

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

_Charles R. Fulbruge_
CHARLES R. FULBRUGE, III
CLERK OF COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _Cindy M. Broadhead_
New Orleans, Louisiana   DEC 04 2009

ENTERED AT THE DIRECTION OF THE COURT

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 04, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 09-30927   In re: Vioxx Prod Liability
          USDC No. 2:05-MD-1657

The court has taken the following action in this case:

Order issued to counsel to file designation of record on appeal with the U.S. District Court, for the Eastern District of Louisiana, New Orleans. Counsel is also directed to serve this court with a carbon copy of their designation within 15 days from the date of this order.

                             CHARLES R. FULBRUGE III, Clerk

                             By: _Cindy M. Broadhead_
                             Cindy M. Broadhead, Deputy Clerk
                             504-310-7707

Mr. Douglas Alan Allison
Mr. Harry S Hardin III
Mr. Jack Modesett III
Ms. Stacy Elizabeth Seicshnaydre
Ms. Loretta Whyte

*Motion Notice - MOT2*