UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| ......................................................... | : |  |

**THIS DOCUMENT RELATES TO:**     *Martha Alvarado, et al. v. Merck & Co. Inc.*, **Case No. 06-5980 (as to Larry Long only)**

**ORDER**

It has come to the Court's attention that a lien has been asserted by Oasis Legal Finance, LLC ("Oasis"), against Plaintiff Larry Long's settlement proceeds. This lien is alleged to be excessive and in violation of the Master Settlement Agreement. As a result of this, Plaintiff has reported that he is in danger of being evicted from his home in the near future. Accordingly, IT IS ORDERED that a representative of Oasis appear at the United States District Court for the Eastern District of Louisiana before United States District Judge Eldon E. Fallon on the 21st day of December, 2009, at 9:00 a.m. to show cause why the lien should not be dismissed. Mr. Long's attorney, as well as representatives of the Plaintiffs' Steering Committee, Merck, and the Vioxx Claims Administrator, are invited to attend.

At this hearing, Oasis is directed to provide documentation in support of the loan that was made and of the interest being charged. A transcript of this hearing will be made and may be forwarded to the bar association, as well as any other appropriate supervisory associations or state or federal governmental agencies, so that they may remain apprised of these proceedings. Any interested party who wishes to submit briefing to the Court explaining their views regarding

1

the appropriate distribution of funds shall do so on or before Thursday, December 17, 2009.

IT IS FURTHER ORDERED that Mr. Long may participate in this hearing by telephone, if necessary.  If Mr. Long is physically unable to participate, than his wife, Deborah Long may participate on his behalf.  Prior to the hearing, Mr. Long is directed to provide the Court with the appropriate contact information, including telephone number.  He may provide this information by contacting the Court via telephone at (504) 589-7545 or via fax at (504) 589-6966.

New Orleans, Louisiana, this 10th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE


Clerk to Serve via certified mail:

| Oasis Legal Finance | Mr. Larry Long |
| --- | --- |
| 40 North Skokie Blvd., Ste 500 | 3147 Brighton Pass |
| Northbrook, IL 60062 | Conyers, GA 30094 |

Clerk to serve:

| Mr. Russ Herman | Vioxx Claims Administrator |
| --- | --- |
| Plaintiff's Liaison Counsel | P.O. Box 85031 |
| Herman, Herman Katz & Cotlar, LLP | Richmond, VA 23285-5031 |
| 820 O'Keefe Ave. | |
| New Orleans, LA 70113 | |
| | |
| Mr. Phillip Wittmann | Mr. Douglas Marvin |
| Stone Pigman Walter Wittmann, LLC | Williams & Connolly LLP |
| 546 Carondelet Street | 725 Twelfth Street N.W. |
| New Orleans, LA 70130 | Washington, D.C. 20005 |