UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx ®  PRODUCTS LIABILITY LITIGATION  This document relates to:  Blue Cross and Blue Shield of Michigan     versus  Merck & Co., Inc., et al.  * * * * * * * * * * * * * * * | MDL Docket No. 1657 SECTION L  CIVIL ACTION NO. 2:09-cv-3460  JUDGE FALLON  MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.

_____
DISTRICT JUDGE

992784v.1