UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br>Section: L<br>Judge Fallon |
| HEALTH PLAN OF SAN MATEO,<br><br>Plaintiff<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant | Civ. Action No. 09-3115<br>Section L, Magistrate 3<br><br>Jury Trial Demanded |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED AND AGREED by Plaintiff Health Plan of San Mateo and Defendant Merck & Co. Inc, through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the above captioned action is hereby dismissed by Plaintiff with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: New Orleans, September 28, 2009

| PLAINTIFFS | DEFENDANT |
|---|---|
| By authorized counsel: | By authorized counsel: |
| By: /s/ Thomas M. Sobol | By: _____ |
| Thomas M. Sobol | John Beisner |
| HAGENS BERMAN SOBOL SHAPIRO LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| One Main St., Fourth Floor | 1440 New York Avenue, N.W. |
| Cambridge, MA 02142 | Washington, D.C. 20005 |
| (617) 482-3700 (telephone) | (202) 371-7410 (telephone) |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of December, 2009.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

989886v.1