UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------X
Health Plus of Louisiana, Inc., a
Louisiana Corporation : Case No. 2:05-cv-01644-EEF-DEK
    Plaintiffs, :
                                                             X
v.                                                           :
                                                             :
Merck & Co., Inc. : STIPULATION OF DISMISSAL
                                                             : WITH PREJUDICE
    Defendant, :
------------------------------------------------------------X

IT IS STIPULATED AND AGREED by Plaintiff Health Plus of Louisiana, Inc., a Louisiana Corporation, and Defendant Merck & Co., Inc., through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the above captioned action, is hereby dismissed by Plaintiff above with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: October 6, 2009

PLAINTIFFS
By authorized counsel:

_____
Sheila M. Bossier (LA Bar #19491)
BOSSIER & ASSOCIATES, PLLC
1520 N. State Street
Jackson, MS 39202
(601) 352-5450
*Counsel for Plaintiff*

DEFENDANTS
By authorized counsel:

_____
Elliot M. Gardner
Diane P. Sullivan
DECHERT LLP
A Pennsylvania Limited Liability Partnership
Suite 500, 902 Carnegie Center
Princeton, NJ 08540-6531
(609) 955-3200
*Counsel for Defendant, Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of December, 2009.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

989886v.1