UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION ) ) ) | MDL Docket No. 1657 |
| This document relates to ) TEAMSTERS LOCAL 237 WELFARE FUND; ) LOCAL 237 TEAMSTERS RETIREES' ) BENEFIT FUND; LOCAL 237 TEAMSTERS- ) PLAINVIEW-OLD BETHPAGE CENTRAL ) SCHOOL DISTRICT HEALTH AND WELFARE ) TRUST FUND; LOCAL 237 TEAMSTERS- ) NORTH BABYLON SCHOOL DISTRICT ) HEALTH AND WELFARE TRUST FUND; ) LOCAL 237 TEAMSTERS-BRENTWOOD ) SCHOOL DISTRICT HEALTH AND WELFARE ) TRUST FUND; and LOCAL 237 TEAMSTERS- ) SUFFOLK REGIONAL OFF-TRACK BETTING ) CORPORATION HEALTH AND WELFARE ) TRUST FUND (05-516 E.D. La.) (C.A. No. 04- ) 9248 S.D.N.Y.) ) | Section L<br><br>Judge Fallon<br>Magistrate Judge Knowles<br><br>05 -516 |

IT IS STIPULATED AND AGREED by Plaintiffs Teamsters Local 237 Welfare Fund; Local 237 Teamsters Retirees' Benefit Fund; Local 237 Teamsters-Plainview-Old Bethpage Central School District Health and Welfare Trust Fund; Local 237 Teamsters-North Babylon School District Health and Welfare Trust Fund; Local 237 Teamsters-Brentwood School District Health and Welfare Trust Fund; and Local 237 Teamsters-Suffolk Regional Off-Track Betting Corporation Health and Welfare Trust Fund, and Defendant Merck & Co., Inc., through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action, is hereby dismissed by Plaintiffs above with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: New York, NY
      September 21, 2009

| | |
|---|---|
| Plaintiffs, Teamsters Local 237 Welfare Fund; Local 237 Teamsters Retirees' Benefit Fund; Local 237 Teamsters-Plainview-Old Bethpage Central School District Health and Welfare Trust Fund; Local 237 Teamsters-North Babylon School District Health and Welfare Trust Fund; Local 237 Teamsters-Brentwood School District Health and Welfare Trust Fund; and Local 237 Teamsters-Suffolk Regional Off-Track Betting Corporation Health And Welfare Trust Fund | Defendant, Merck & Co., Inc. |

By: LABATON SUCHAROW LLP

_____
Bernard Persky, Partner
140 Broadway
New York, NY 10005
212-907-0700

*Counsel for Plaintiffs*

By:

_____

John H. Beisner
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005
Counsel for Defendant Merck & Co., Inc.
now named Merck Sharp & Dohme

725195 v1
[9/15/2009 12:10]

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of December, 2009.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

989886v.1