UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> THE COUNTY OF SUFFOLK, NEW YORK <br><br>    Plaintiff <br><br>    versus <br><br> MERCK & CO., INC. <br><br>    Defendant <br><br> * * * * * * * * * * * * * * * | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:05-cv-2294 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE

992784v.1