UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | MDL NO. 1657 |
|     Products Liability Litigation | ) | |
| | ) | SECTION: L |
| This Document Relates to: | ) | |
| | ) | HON. ELDON E. FALLON |
| Louisiana Health Service Indemnity | ) | |
| Company d/b/a BlueCross/BlueShield | ) | |
| Of Louisiana | ) | MAGISTRATE JUDGE |
| | ) | DANIEL E. KNOWLES, III |
|     Plaintiffs, | ) | |
| | ) | |
| versus | ) | |
| | ) | |
| MERCK & CO., INC., | ) | STIPULATION OF DISMISSAL |
| | ) | WITH PREJUDICE |
|     Defendant. | ) | |
| | ) | |
| Case No. 05-0713 | ) | |

**IT IS STIPULATED AND AGREED** by Plaintiffs, Louisiana Health Service Indemnity Company d/b/a BlueCross/BlueShield Of Louisiana, and MERCK & CO., INC., through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the above captioned action, is hereby dismissed by Plaintiff above with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: New Orleans, LA
       September 25, 2009

| PLAINTIFFS | DEFENDANTS |
|---|---|
| By authorized counsel: | By authorized counsel: |
| *[signature]* | *[signature]* |
| James R. Dugan, II (LSBA No. 24785) | John Beisner |
| MURRAY LAW FIRM | SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP |
| 650 Poydras Street, Suite 2150 | 1440 New York Ave, N.W. |
| New Orleans, LA 70130 | Washington, D.C. 20005 |
| Telephone: (504) 648-0180 | Telephone: (202) 371-7410 |
| Facsimile: (504) 648-0181 | Facsimile: (202) 393-5760 |

Charles A. O'Brien
BLUECROSS BLUESHIELD OF LOUISIANA
55 Reitz Ave.
P.O. Box 98029
Baton Rouge, LA 80809
Telephone: (225) 295-2454
Facsimile: (225) 297-2760

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of December, 2009.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

989886v.1