UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Midwest Operating Engineers Health & Welfare Fund v. Merck & Co., Inc., (05-cv-02525 (D.N.J.)) | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

2:05-cv-3424

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED AND AGREED by Plaintiff Midwest Operating Engineers Health and Welfare Fund, and Defendant Merck & Co., Inc., through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the above captioned action, is hereby dismissed by Plaintiff above with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: September 27, 2009

PLAINTIFF
By authorized counsel:

_/s/ Michael I. Behn_

Michael I. Behn
Behn & Wyetzner, Chartered
500 N. Michigan Avenue, Suite 850
Chicago, IL 60611
Tel.: 312-629-0000

*Counsel for Plaintiff* Midwest Operating
Engineers Health and Welfare Fund

DEFENDANT
By authorized counsel:

_/s/ John Beisner_

John Beisner

John H. Beisner
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005
Counsel for Defendant Merck & Co., Inc.
now named Merck Sharp & Dohme

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of December, 2009.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

989886v.1