UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　Products Liability Litigation<br><br>This Document Relates to:<br><br>　　UFCW Local 1776 and Participating<br>　　Employers Health and Welfare Fund<br><br>versus<br><br>MERCK & CO., INC.<br>　　Defendant<br><br>Case No. 2:05-cv-01111 | *  <br>*  <br>*  MDL No. 1657<br>*  <br>*  SECTION L<br>*  <br>*  JUDGE ELDON E. FALLON<br>*  <br>*  MAGISTRATE JUDGE<br>*  KNOWLES<br>*  <br>*  <br>*  |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL OF CASE TRANSFERRED TO THE MDL

Attached is a duly-executed Stipulation of Dismissal in the above-captioned matter, originally filed in the United States District Court for the Eastern District of Pennsylvania, No. 05-0020, and subsequently transferred to this Court, bearing the case number 2:05-cv-01111.

Dated: December 11, 2009

Respectfully submitted,

_/s/ Dorothy H. Wimberly_
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Defendant's Liaison Counsel

Exhibit

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UFCE LOCAL 1776 AND PARTICIPATING EMPLOYERS HEALTH AND WELFARE FUND et al. :<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant. | No. 05-cv-0020<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS STIUPLATED AND AGREED by Plaintiff UFCW Local 1776 and Participating Employers Health and Welfare Fund and Defendant Merck & Co., Inc., through authorized counsel below, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above captioned action is hereby dismissed by Plaintiff with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: September 28, 2009

PLAINTIFF
By authorized counsel:

*/s/ Eric L. Young*
Eric L. Young
Kenney Egan McCafferty & Young, P.C.
3031C Walton Rd., Ste. 202
Plymouth Meeting, PA 19462

*/s/ Ellen Meriwether*
Ellen Meriwether
Cafferty Faucher LLP
1717 Arch Street, Ste. 3610
Philadelphia, PA 19103

*Counsel for Plaintiff UFCW Local 1776 and Participating Employers Health and Welfare Fund*

DEFENDANT
By authorized counsel:

*/s/ John Beisner*
John Beisner
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
(202) 371-7410

*Counsel for Defendant Merck & Co., Inc.*

Exhibit

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of December, 2009.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

989886v.1