UNITED STATES DISTRICT COURT
FPR THE EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------------X    $2:05 - cv - 1111$
In re: Vioxx Products Liability Litigation                :
                                                          :    Index No. MDL 1657
                                                          :    STIPULATION OF DISMISSAL
-------------------------------------------------------------X


IT IS STIPULATED AND AGREED by Plaintiff, Painters District Council No. 30 Health &

Welfare Fund and Defendant Merck & Co., Inc., through authorized counsel below, that pursuant to

FRCP 41(a)(1)(A)(ii) *[or equivalent state court rule]*, the above captioned action, is hereby

dismissed by Plaintiff above with prejudice and with each party to bear its own costs and

attorneys' fees.

Dated: Chicago, IL
       October 12, 2009

PLAINTIFF                                DEFENDANTS
By authorized counsel:                   By authorized counsel:


_____                  _____
Marvin A. Miller                         John Biesner
Miller Law LLC
115 S. LaSalle Street                    John H. Biesner
Suite 2910                               Skadden, Arps, Slate, Meagher & Flom LLP
Chicago, IL 60603                        1440 New York Avenue NW
(312) 332-3400                           Washington, DC 20005
                                         Counsel for Defendant Merck & Co., Inc.
                                         now named Merck Sharp & Dohme
*Counsel for Plaintiff*


C-1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of December, 2009.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel