*Exhibit*

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

------------------------------------------------------------- X
OKLAHOMA PUBLIC EMPLOYEES
HEALTH AND WELFARE TRUST,

                Plaintiff,

v.

MERCK & CO., INC.,

                Defendant.
------------------------------------------------------------- X

Index No. _____

STIPULATION OF DISMISSAL
WITH PREJUDICE

IT IS STIPULATED AND AGREED by Plaintiff OKLAHOMA PUBLIC EMPLOYEES HEALTH AND WELFARE TRUST, and Defendant Merck & Co., Inc., through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the above captioned action, is hereby dismissed by Plaintiff above with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: December 10, 2009

| PLAINTIFF | DEFENDANT |
|---|---|
| By authorized counsel: | By authorized counsel: |
| /s/ Alex B. | /s/ JB |
| Shelly Sanford, Esq. | John H. Beisner, Esq. |
| Alex Barlow, OBA No. 20573 | Skadden, Arps, Slate, Meagher & Flom LLP |
| SANFORD BARLOW LLP | 1440 New York Avenue |
| 1500 McGowen, Suite 250 | Washington, D.C.] |
| Houston, TX 77004 | |
| *Counsel for Plaintiff* | *Counsel for Defendant* Merck & Co., Inc. |

*Exhibit*