UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS | ) | |
| LOCAL NO. 20 WELFARE and | ) | |
| BENEFIT FUND, et al., | ) | |
| | ) | Cause No.    05-cv-0349-DFH-VSS |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MERCK & CO., INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED AND AGREED by Plaintiff Bricklayers of Indiana Welfare Fund,

and Defendant Merck & Co., Inc., through authorized counsel below, that pursuant to FRCP

41(a)(1)(A)(ii), the claims of plaintiff, Bricklayers of Indiana Welfare Fund, only, against

defendant Merck & Co., Inc. are hereby dismissed with prejudice and with each party to bear its

own costs and attorneys' fees.

Dated: September 28, 2009

PLAINTIFF Bricklayers of Indiana
Welfare Fund
By authorized counsel:

_William N. Riley (#14941-49)_
William N. Riley (#14941-49)
Price Waicukauski & Riley, LLC
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787
(317) 633-8797 fax
Email: wriley@price-law.com

*Counsel for Plaintiff*

DEFENDANT
By authorized counsel:

_John Beisner_
John Beisner
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7410

*Counsel for Defendant*

*Exhibit*