UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>SHEET METAL WORKERS LOCAL NO. 20 WELFARE and BENEFIT FUND, et al.<br><br>    Plaintiffs<br><br>    versus<br><br>MERCK & CO., INC.<br><br>    Defendant<br><br>*Only as to Plaintiff IBEW Local No. 32 Health and Welfare Fund* | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:05-cv-2269<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff IBEW Local No. 32 Health and Welfare Fund, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.

_____
DISTRICT JUDGE

992784v.1