UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>SHEET METAL WORKERS LOCAL NO. 20 WELFARE and BENEFIT FUND, et al.<br><br>    Plaintiffs<br><br>    versus<br><br>MERCK & CO., INC.<br><br>    Defendant<br><br>*Only as to Plaintiff IBEW Local 683 Fringe Benefit Funds* | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:05-cv-2269<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff IBEW Local 683 Fringe Benefit Funds, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE

992784v.1