UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SHEET METAL WORKERS )
LOCAL NO. 20 WELFARE and )
BENEFIT FUND, et al., )
                               )    Cause No.    05-cv-0349-DFH-VSS
      Plaintiffs, )
                               )
vs. )
                               )
MERCK & CO., INC. )
      Defendant. )
                               )

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED AND AGREED by Plaintiff Michiana Area Electrical Workers Health and Welfare Fund, and Defendant Merck & Co., Inc., through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the claims of plaintiff, Michiana Area Electrical Workers Health and Welfare Fund, only, against defendant Merck & Co., Inc. are hereby dismissed with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: September 28, 2009

PLAINTIFF Michiana Area Electrical
Workers Health and Welfare Fund
By authorized counsel:

_/s/ William N. Riley_

William N. Riley (#14941-49)
Price Waicukauski & Riley, LLC
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787
(317) 633-8797 fax
Email: wriley@price-law.com

*Counsel for Plaintiff*

DEFENDANT
By authorized counsel:

_/s/ John Beisner_

John Beisner
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7410

*Counsel for Defendant*

Exhibit