UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL NO. 20 WELFARE and BENEFIT FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Cause No.    05-cv-0349-DFH-VSS |
| vs. | ) ) | |
| MERCK & CO., INC. | ) ) | |
| Defendant. | ) ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS STIPULATED AND AGREED** by Plaintiff Plumbers Local No. 210 Health and

Welfare Fund, and Defendant Merck & Co., Inc., through authorized counsel below, that

pursuant to FRCP 41(a)(1)(A)(ii), the claims of plaintiff Plumbers Local No. 210 Health and

Welfare Fund, only, against defendant Merck & Co., Inc. are hereby dismissed with prejudice

and with each party to bear its own costs and attorneys' fees.

Dated: September 28, 2009

PLAINTIFF Plumbers Local No. 210 Health
and Welfare Fund
By authorized counsel:

_____
William N. Riley (#14941-49)
Price Waicukauski & Riley, LLC
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787
(317) 633-8797 fax
Email: wriley@price-law.com

*Counsel for Plaintiff*

DEFENDANT
By authorized counsel:

_____
John Beisner
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7410

*Counsel for Defendant*

Exhibit