UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SHEET METAL WORKERS )
LOCAL NO. 20 WELFARE and )
BENEFIT FUND, et al., )
) Cause No.   05-cv-0349-DFH-VSS
Plaintiffs, )
)
vs. )
)
MERCK & CO., INC. )
)
Defendant. )
)

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED AND AGREED by Plaintiff Plumbers and Steamfitters Local 440 Health and Welfare Plan, and Defendant Merck & Co., Inc., through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the claims of plaintiff Plumbers and Steamfitters Local 440 Health and Welfare Plan, only, against defendant Merck & Co., Inc. are hereby dismissed with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: September 28, 2009

| PLAINTIFF Plumbers and Steamfitters Local 440 Health and Welfare Plan<br>By authorized counsel:<br><br>_____<br>William N. Riley (#14941-49)<br>Price Waicukauski & Riley, LLC<br>301 Massachusetts Avenue<br>Indianapolis, Indiana 46204<br>(317) 633-8787<br>(317) 633-8797 fax<br>Email: wriley@price-law.com<br><br>*Counsel for Plaintiff* | DEFENDANT<br>By authorized counsel:<br><br>_____<br>John Beisner<br>Skadden Arps Slate Meagher & Flom, LLP<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>(202) 371-7410<br><br>*Counsel for Defendant* |

*Exhibit*