UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL NO. 20 WELFARE and BENEFIT FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MERCK & CO., INC. <br><br> Defendant. | Cause No.   05-cv-0349-DFH-VSS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED AND AGREED by Plaintiff Sheet Metal Workers Local No. 20 Welfare and Benefit Fund, and Defendant Merck & Co., Inc., through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the claims of plaintiff, Sheet Metal Workers Local No. 20 Welfare and Benefit Fund, only, against defendant Merck & Co., Inc. are hereby dismissed with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: September 28, 2009

PLAINTIFF Sheet Metal Workers
Local No. 20 Welfare and Benefit Fund
By authorized counsel:

*/s/ William N. Riley*

William N. Riley (#14941-49)
Price Waicukauski & Riley, LLC
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787
(317) 633-8797 fax
Email: wriley@price-law.com

*Counsel for Plaintiff*

DEFENDANT
By authorized counsel:

*/s/ John Beisner*

John Beisner
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7410

*Counsel for Defendant*

Exhibit