UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| This Document Relates to: | * MDL No. 1657 |
| SHEET METAL WORKERS LOCAL NO. 20 WELFARE and BENEFIT FUND, et al | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| versus | * |
| | * MAGISTRATE JUDGE |
| MERCK & CO., INC. | * KNOWLES |
|     Defendant | * |
| Case No. 2:05-cv-02269 | * |

## STIPULATION OF DISMISSAL OF CASE TRANSFERRED TO THE MDL

Attached is a duly-executed Stipulation of Dismissal in the above-captioned matter, originally filed in the United States District Court for the Southern District of Indiana, No. 05-349, and subsequently transferred to this Court, bearing the case number 2:05-cv-02269.

Dated: December 11, 2009

Respectfully submitted,

_____
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Defendant's Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of December, 2009.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

989886v.1