IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UFCE LOCAL 1776 AND PARTICIPATING :
EMPLOYERS HEALTH AND WELFARE FUND :
et al. :
:
                Plaintiff, :
:
                                   : No. 05-cv-0020
             v. :
                                   : STIPULATION OF DISMISSAL
MERCK & CO., INC.,                 : WITH PREJUDICE
:
                Defendant. :

**IT IS STIUPLATED AND AGREED** by Plaintiff UFCW Local 1776 and Participating Employers Health and Welfare Fund and Defendant Merck & Co., Inc., through authorized counsel below, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above captioned action is hereby dismissed by Plaintiff with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: September 28, 2009

PLAINTIFF
By authorized counsel:

*/s/ Eric L. Young*
Eric L. Young
Kenney Egan McCafferty & Young, P.C.
3031C Walton Rd., Ste. 202
Plymouth Meeting, PA 19462

DEFENDANT
By authorized counsel:

*/s/ John Beisner*
John Beisner
Skadden, Arps, Slate, Meagher
  & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
(202) 371-7410

*/s/ Ellen Meriwether*
Ellen Meriwether
Cafferty Faucher LLP
1717 Arch Street, Ste. 3610
Philadelphia, PA 19103

*Counsel for Plaintiff UFCW Local 1776 and Participating Employers Health and Welfare Fund*

*Counsel for Defendant Merck & Co., Inc.*

Exhibit