IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

---------------------------------------------------------------- X
OKLAHOMA STATE AND EDUCATION :
EMPLOYEES GROUP INSURANCE BOARD, : Index No. _____
:
  Plaintiff, X
v. :
: STIPULATION OF DISMISSAL
MERCK & CO., INC., : WITH PREJUDICE
:
  Defendant. X
---------------------------------------------------------------- 

IT IS STIPULATED AND AGREED by Plaintiff OKLAHOMA STATE AND EDUCATION EMPLOYEES GROUP INSURANCE BOARD, and Defendant Merck & Co., Inc., through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the above captioned action, is hereby dismissed by Plaintiff above with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: December 10, 2009

PLAINTIFF
By authorized counsel:

_____
Shelly Sanford, Esq.
Alex Barlow, OBA No. 20573
SANFORD BARLOW LLP
1500 McGowen, Suite 250
Houston, TX 77004

*Counsel for Plaintiff*

DEFENDANT
By authorized counsel:

_____
John H. Beisner, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue
Washington, D.C.]

*Counsel for Defendant* Merck & Co., Inc.

Exhibit