**Scott Berthel -  Exhibit B**

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

November 11, 2009

*By Facsimile Only: (202) 434-5029*
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

**Re: Scott Berthel v. Merck - Vioxx Products Liability Litigation**

Dear Ms. Horn:

This letter memorializes the matters we discussed about plaintiff Scott Berthel in our recent telephone meeting on Monday, November 9th.

**Pharmacies**:

(1)   **Clintwood Pharmacy**:   Although this pharmacy appears on your list, Mr. Berthel only went to Clintwood Pharmacy on two occasions after he stopped taking Vioxx, and then only to fill prescriptions when CVS did not have his regular medications in stock. The CVS Pharmacy records show his regular medications. Thus, please let me know if we can take this pharmacy off the list.

(2)   **CVS Pharmacy #0622 (68-70 Main Street, Binghamton NY)**:   As indicated above, Mr. Berthel used CVS for filling virtually all of his prescriptions. I believe this is confirmed by the attached 9-page "Patient Prescription Record" provided by CVS for the period 01/01/2003 through 12/02/2004. *See Attachment A*.

**Physicians/Practices**:
(1)   **Riverside Medical/Dr. Allen D. Alt**:   Dr. Alt is in the Riverside Medical Practice, and his records for treatment of Mr. Berthel will be included in the practice's records. We are in the process of requesting those records.

(2)   **Cardiology Associates/John DiMenna**:   This practice is at two locations. Mr. Berthel saw Dr. DiMenna at the 30 Harrison Street, Johnson City office. We are in the process

Page 2 of 2

   of requesting the records of the practice.

While we reserve our position that PTO 28 does not require the same, and that Mr. Berthel provided blank signed authorizations to Merck for the purpose of obtaining these records long before the instant motions practice, we will continue to narrow the disclosure list in good faith and appreciate your efforts in that direction.

              Very truly yours,

              Marya C. Young

MCY/mc
Attachment

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

November 13, 2009

*By Facsimile Only: (202) 434-5029*
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Re: **Scott Berthel v. Merck - Vioxx Products Liability Litigation**

Dear Ms. Horn:

This letter supplements my letter to you dated November 11, 2009, with respect to the following:

**Clintwood Pharmacy**:   Our client obtained a certified printout of his "Patient Rx History" from this pharmacy, which confirms that he only went to Clintwood Pharmacy on a few occasions after he stopped taking Vioxx.   Attached is a copy of the same.

Thus, I assume we can take this pharmacy off the list.

Very truly yours,

Marya C. Young

MCY/mc
Enclosed

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

*Also Admitted in the District of Columbia*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 1, 2009

**By Facsimile Only: (202) 434-5029**
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

### Re: Scott Berthel v. Merck - Vioxx Products Liability Litigation

Dear Ms. Horn:

This letter supplements my letter to you dated November 11, 2009, with respect to the following:

**CVS Pharmacy**: Submitted herewith is a complete certified copy of Mr. Berthel's Patient Prescription Record that we received from CVS Corporate's Privacy Office.

Thus, I assume we can take this pharmacy off the list.

Very truly yours,

Marya C. Young

MCY/mc
Attachment

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*  
Marya C. Young*

126 Riverside Drive  
P.O. Box 607  
Binghamton, NY 13902

*Also Admitted in the District of Columbia*

Phone: (607) 772-1442  
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 3, 2009

**By Facsimile Only: (202) 434-5029**  
M. Elaine Horn, Esq.  
Williams & Connolly, LLP  
725 Twelfth Street, N.W.  
Washington, DC 20005-5901

Re:  **Scott Berthel v. Merck - Vioxx Products Liability Litigation**

Dear Ms. Horn:

This letter updates the status of your list with respect to Mr. Berthel's [*Spencer* struck through] healthcare providers.

**Providers Not Listed or Already Obtained/Produced:**
(1)  **CVS Pharmacy**
(2)  **Clintwood Pharmacy**
(3)  **Lourdes Hospital**
(4)  **United Medical Associates/Richard Blansky, M.D.**

**Records Requested, Receipt Pending:**
(1)  **John DiMenna, M.D./Cardiology Associates**
(2)  **Riverside Medical/Dr. Allen D. Alt**

**Records Not Available or Not Applicable:**
None

Please advise if you have any questions regarding the above.

Very truly yours,

Marya C. Young

MCY/mc

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

*Also Admitted in the District of Columbia*

Phone: (607) 772-1442
Fax   : (607) 772-1678

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

Email: ronbenjaminlaw@stny.rr.com

December 4, 2009

**By Facsimile Only: (202) 434-5029**
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Re: <u>Scott Berthel v. Merck - Vioxx Products Liability Litigation</u>

Dear Ms. Horn:

I am enclosing the certified records that we have received for this plaintiff from Cardiology Associates, which includes John DiMenna, M.D. This letter revises my December 3, 2009 status letter to you, as follows:

**Providers Not Listed or Already Obtained/Produced:**
(1) CVS Pharmacy
(2) Clintwood Pharmacy
(3) Lourdes Hospital
(4) United Medical Associates/Richard Blansky, M.D.
(5) John DiMenna, M.D./Cardiology Associates

**Records Requested, Receipt Pending:**
(1) Riverside Medical/Dr. Allen D. Alt

**Records Not Available or Not Applicable:**
None

Please advise if you have any questions regarding the above.

Very truly yours,

*Marya C. Young*
Marya C. Young

MCY/mc