**Richard Core -  Exhibit C**

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

November 12, 2009

**By Facsimile Only:  (202) 434-5029**
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

## Re: Richard Core (deceased) v. Merck - Vioxx Products Liability Litigation

Dear Ms. Horn:

This letter memorializes the matters we discussed about plaintiff Richard Core in our telephone meeting this past Monday.

**Pharmacies**:

(1)    **CVS Pharmacy**:  Mr. Core's prescriptions for Vioxx were all filled at CVS Pharmacy #5019 located at 215 Delaware Street, Walton, NY 13856.  I am attaching a copy of the "Patient Prescription Record" that CVS provided to our client for the period 01/01/1997 thru 10/11/2004.  *See Attachment A.*  Thus, this record was complete through the time Vioxx was taken off the market in September 2004, and goes beyond his injury in May 2004.  This record also confirms that his last prescription of Vioxx before it was taken off the market was for 90 pills of Vioxx 25 mg dispensed on July 8, 2004.

(2)    **Rite-Aid Pharmacy [formerly Eckerd Drugs]**:  This pharmacy is on your list, but Mr. Core never filled any prescriptions at a Rite-Aid or Eckerd.  I assume we can take these two pharmacies off the list.

(3)    **Walton Pharmacy**:  The Walton Pharmacy closed in January 2001 when its owner of 25 years, William Hastings, sold the assets to CVS Corp.  Mr. Core's PPF indicates, consistent with the attached CVS records, that he started taking Vioxx in June 2002 and his injury occurred in 2003.  Since CVS did not provide prescription records prior to its takeover in 2001, it appears CVS does not have the prior Walton Pharmacy records.  I trust we can take this pharmacy off the list, unless you advise me what further search would be appropriate.

Page 2 of 2

**Physicians/Practices**:

(1)     **"Family Health Center Walton"**:   This is the same as the Delaware Valley Family
        Health Center, 2 Titus Place, Walton, NY 13856, for which we sent copies of the records
        with our October 15, 2009 cover letter to attorney Marvin.  It is the only Family Health
        Center in town.   Thus, I trust we can take this off the list since you have the DVFHC
        records.

(2)     **Dr. Maciej Nowakowski**:   Dr. Nowakowski specializes in Internal Medicine and he is a
        Hospitalist at A.O.Fox Hospital, One Norton Avenue, Oneonta, NY 13820.  Mr. Core
        saw this doctor solely at A.O. Fox Hospital, probably in the ER, and it does not appear
        that he has an office outside the hospital nor did Mr. Core ever see him outside the
        hospital.  As you are probably aware, we sent Mr. Marvin a copy of the records on
        October 15.   Thus, I trust we can take this doctor off the list.

While we reserve our position that PTO 28 does not require the same, and that Mr. Core (and
later his wife as administrator of his estate) provided blank signed authorizations to Merck for
the purpose of obtaining these records long before the instant motions practice, we will continue
to narrow the disclosure list in good faith and appreciate your efforts in that direction.

                                    Very truly yours,

                                    Marya C. Young

MCY/mc
Attachment

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

November 25, 2009

***By Facsimile Only:  (202) 434-5029***
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

### Re: Richard Core (deceased) v. Merck - Vioxx Products Liability Litigation

Dear Ms. Horn:

This letter supplements my prior letter with respect to the disclosures, in order to provide an additional pharmacy record for Mr. Core discussed below.

(1)    **CVS Pharmacy**:   In my November 12, 2009 letter I submitted Mr. Core's "Patient Prescription Record" for CVS for the period 01/01/1997 thru 10/11/2004.   I am forwarding herewith the CVS "Patient Prescription Record" that encompasses the period 04/01/2001 through 12/31/2008 (which is beyond his date of death in 2007).

Please let me know if you have any questions about this disclosure.

Very truly yours,

Marya C. Young

MCY/mc
Attachment

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax    : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 3, 2009

**By Facsimile Only:  (202) 434-5029**
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

### Re: Richard Core v. Merck - Vioxx Products Liability Litigation

Dear Ms. Horn:

This letter updates the status of your list with respect to Mr. Core's healthcare providers.

**Providers Not Listed or Already Obtained/Produced**:
(1)     **CVS Pharmacy**
(2)     **Delaware Valley Hospital**
(3)     **A.O. Fox Memorial Hospital/Maciej Nowakowski**
(4)     **Delaware Valley Family Health Care/Family Health Center Walton"**

**Records Requested, Receipt Pending**:
None

**Records Not Available or Not Applicable**:
(1)     **Walton Pharmacy** - Not available.
(2)     **Rite-Aid Pharmacy [formerly Eckerd Drugs]**

Thus, according to our records, full disclosure has occurred as to Mr. Core.  Please advise if you have any questions regarding the above.

Very truly yours,

Marya C. Young

MCY/mc