**Marjorie Curtis -  Exhibit D**

LAW OFFICE OF RONALD R. BENJAMIN
ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

November 11, 2009

**By Facsimile Only:  (202) 434-5029**
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Re: **Marjorie Curtis v. Merck - Vioxx Products Liability Litigation**

Dear Ms. Horn:

This letter memorializes the matters we discussed about plaintiff Marjorie Curtis in our telephone meeting last week.

**Pharmacies**:
(1)    **Rite-Aid Pharmacy**:  Ms. Curtis did not get any prescriptions filled at Rite-Aid, so this pharmacy should be taken off your list.

(2)    **Express Scripts**: We have sent a request with the prepaid fee.  This company advises they are "backed up" so it could take up to four weeks to get the record.

(3)    **Pharmacare/CVS Caremark**:  CVS Caremark took over Pharmacare.  These are mail-order companies.   While the client, filled prescriptions locally at two CVS pharmacies, they are not the same as CVS Caremark.  (See below.)  The client does not recall having used either Pharmacare or CVS Caremark.  Please advise the source for putting Pharmacare on your list.

(4)    **CVS Pharmacy**:  The records have been requested from CVS Corporate, and will take 3 to 4 weeks to receive.

**Physicians/Practices**:
(1)    **United Medical Associates (UMA)/William Contini, M.D.**:  It is my understanding from our phone conference that your office did receive the UMA records.  Those would include PCP/Prescribing Dr. Contini's records as a member of that practice.

Page 2 of 2

(2) **Syed Amed, M.D.**:   Ms. Curtis treated with this doctor at Wilson Hospital, so his records would be incorporated in the hospital records.   He may have been one of the doctors she saw in the Emergency Room.   She did not see him outside the hospital.

(3) **Joann M. Fisher, CMA**:   We do not know who this person is and how she got on your list.   She does not appear to be a physician or other person who would have a separate practice, so could you please advise the source for her name so that we can ascertain whether she is one of the plaintiff's providers and whether there are records for this provider.

**Hospitals/Clinics**:

(1) **Wilson Regional Medical Center** :   We have requested this hospital's records, and they use Infotrak, so it may be a number of weeks before we get an invoices.   We have asked that they produce abstracts if the record is voluminous, and then we can discuss how to share the cost if you still want the entire record.

While we reserve our position that PTO 28 does not require the same, and that blank signed authorizations to Merck were provided for the purpose of obtaining these records long before the instant motions practice, we will continue to narrow the disclosure list in good faith and appreciate your efforts in that direction.

Very truly yours,

Marya C. Young

MCY/mc

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 3, 2009

**By Facsimile Only:  (202) 434-5029**
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Re: **Marjorie Curtis v. Merck - Vioxx Products Liability Litigation**

Dear Ms. Horn:

This letter updates the status of your list with respect to Ms. Curtis' healthcare provider records.

**Providers Not Listed or Already Obtained/Produced:**
(1)     **United Medical Associates/William Contini, M.D.**

**Records Requested, Receipt Pending:**
(1)     **Express Scripts**
(2)     **CVS Caremark/Pharmacare**
(3)     **Wilson Regional Medical Center/Syed Amed, M.D.**
(4)     **CVS Pharmacy**

**Records Not Available or Not Applicable:**
(1)     **Joann M. Fisher, CMA**
(2)     **Rite-Aid Pharmacy**

Please advise if you have any questions regarding the above.

Very truly yours,

Marya C. Young

MCY/mc