**James Demoski - Exhibit E**

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia*

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

November 20, 2009

**By Facsimile Only: (202) 434-5029**
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

**Re: James Demoski v. Merck - Vioxx Products Liability Litigation**

Dear Ms. Horn:

This letter memorializes the matters we discussed about plaintiff James Demoski in our telephone meeting last week regarding the health care providers on your list, and gives you the status of records requests.

**Physicians/Practices:**

(1) **United Medical Associates (UMA)/Wayne Teris:** Your list indicates you have the UMA records. These include the records for its two locations in Binghamton and Endicott, so you should have all of Dr. Teris' records, and he can be taken off the list.

(2) **Dr. J. Schwartz:** Mr. Demoski saw this doctor exclusively in the Emergency Room at Lourdes (see below).

(3) **Dr. Steven Federowicz:** This physician is in the group known as Tier Orthopedics, which is where Mr. Demoski saw him for treatment. We have requested the records for this provider and we anticipate getting them next week.

**Hospitals/Clinics:**

(1) **Lourdes Hospital:** We have requested the Lourdes Hospital records, and are advised that because we seek records more than two years back, the same are archived on microfiche, so it will take at least one to two weeks (especially with the Thanksgiving holiday).

While we reserve our position that PTO 28 does not require the same, and that Mr. Demoski provided blank signed authorizations to Merck for the purpose of obtaining these records long

Page 2 of 2

before the instant motions practice, we will continue to narrow the disclosure list in good faith and appreciate your efforts in that direction.   It is my understanding that once we get the records for Lourdes Hospital and records, your list is satisfied.

                                            Very truly yours,

                                            Marya C. Young

MCY/mc

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia*

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

November 23, 2009

*By Facsimile Only: (202) 434-5029*
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

### Re: James Demoski v. Merck - Vioxx Products Liability Litigation

Dear Ms. Horn:

Following up on my November 20, 2009, letter, I am faxing herewith a copy of the complete set of records from:

(1) **Lourdes Hospital**.

This record is accompanied by a certification.

Very truly yours,

Marya C. Young

MCY/mc
Attachment

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 3, 2009

*By Facsimile Only: (202) 434-5029*
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Re: **James Demoski v. Merck - Vioxx Products Liability Litigation**

Dear Ms. Horn:

This letter updates the status of your list with respect to Mr. Demoski's healthcare provider records.

**Providers Not Listed or Already Obtained/Produced:**
(1)   Lourdes Hospital/J. Schwartz, M.D.
(2)   United Medical Associates/Wayne Teris, M.D.
(3)   CVS Pharmacy
(4)   Wilson Regional Medical Center/Hospital

**Records Requested, Receipt Pending:**
(1)   Tier Orthopedics/Steven Federowicz, M.D.

**Records Not Available or Not Applicable:**
None.

Please advise if you have any questions regarding the above.

Very truly yours,

Marya C. Young

MCY/mc