**Kristine Hia - Exhibit F**

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*  
Marya C. Young*

126 Riverside Drive  
P.O. Box 607  
Binghamton, NY 13902

*Also Admitted in the District of Columbia*

Phone: (607) 772-1442  
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

November 20, 2009

**By Facsimile Only: (202) 434-5029**  
M. Elaine Horn, Esq.  
Williams & Connolly, LLP  
725 Twelfth Street, N.W.  
Washington, DC 20005-5901

Re: **Kristine Hia v. Merck - Vioxx Products Liability Litigation**

Dear Ms. Horn:

This letter memorializes the matters we discussed about plaintiff Kristine Hia in our telephone meeting last week on Monday, November 9th, and to advise you of the status on the providers you have listed.

**Pharmacies**:

(1)  **Walgreens (Florida)**: We have requested these records, and are advised it will take 2 to 4 weeks to receive.

(2)  **Medicine Shoppe/Rite Aid**: It is our understanding that Medicine Shoppe was formerly Rite-Aid at the Owego location. We are making inquiries into where her records are located.

(3)  **CVS Pharmacy**: We have sent a request to CVS Corporate for the records and anticipate a few weeks turn-around. You have listed "CVS/Eckerd" but we are not aware that she got prescriptions filled at Eckerd, and Eckerd around here was bought out by Rite-Aid. The Medicine Shoppe took over the Rite-Aid at the Owego location, but Eckerd was not involved as far as we have been able to ascertain. We would, therefore, ask that you take Eckerd off the list, unless you can provide additional information on this matter.

**Physicians/Practices**:

(1)  **Cardiology Associates/Charles Campbell/Paul Traverse/Richard Ryder**: This practice is at two locations; however, they keep all records for both locations at their 30 Harrison Street, Johnson City office, so only one request is necessary. The records for the practice include all records for the individual doctors. We have requested the record for this

Page 2 of 2

plaintiff and are advised the same can turn around next week or the week after.

(2) **Owego Family Practice/Brian Beach/Michelle Donato/Vanessa Gregory**: Your list indicates you already have the OFP records, which include all record made by the individual providers you list. Therefore, they should be taken off the list.

(3) **Robert Packer Hospital/Guthrie Clinic/Govindarajan Venkatesh**: The Guthrie Clinic and Robert Packer Hospital are located next to each other at Guthrie Square, Sayre, PA., and the records are all centralized, including records by Dr. Venkatesh's at the Guthrie Clinic. Ms. Hia did not see Dr. Venkatesh outside the Guthrie Clinic.

(4) **Binghamton Cardiovascular & Thoracic Surgeons/Kenneth Wong, M.D.**: Please note the spelling of Dr. Wong's name (not "Wond"). His records on plaintiff would be included in the practice's records. Could you please explain why you believe the records from this practice "appear to be incomplete" so that we can ascertain if what you have is actually the entire record.

(5) **Charles Phillips, M.D.**: This provider saw Ms. Hia at Martin Memorial Hospital (below). We have already requested Dr. Phillips' office records, and are advised it will take about 2-3 weeks.

(6) **Tier Cardiology Group PC**: While one of Ms. Hia's cardiologists, Nasruddin M. Jamal, M.D., did have operate a professional corporation practice on his own by this name at some time, he has been practicing with Cardiology Associates at 30 Harrison Street, Johnson City, NY. (See above.) Please advise the source of putting this PC on the list, as it does not appear in our records.

**Hospitals/Clinics**:

(1) **Martin Memorial Hospital, Stuart, Florida**: We have requested the records from this hospital and are advised it will take about 4 weeks.

(2) **Robert Packer Hospital**: See above.

While we reserve our position that PTO 28 does not require the same, and that Ms. Hia provided blank signed authorizations to Merck for the purpose of obtaining these records long before the instant motions practice, we will continue to narrow the disclosure list in good faith and appreciate your efforts in that direction.

Very truly yours,

Marya C. Young

MCY/mc

LAW OFFICE OF RONALD R. BENJAMIN
ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 3, 2009

**By Facsimile Only: (202) 434-5029**
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Re: **Kristine Hia v. Merck - Vioxx Products Liability Litigation**

Dear Ms. Horn:

This letter updates the status of your list with respect to Ms. Hia's healthcare provider records.

**Providers Not Listed or Already Obtained/Produced**:
(1)   Owego Family Practice/Brian Beach/Michelle Donato/Vanessa Gregory
(2)   Binghamton Cardiovascular & Thoracic Surgeons/Kenneth Wong, M.D.
(3)   Wilson Regional Medical Center/Christine Fenlon, M.D.
(4)   Cardiology Associates/Nasiruddin Jamal MD/Nicholas Stamato MD/John Dimenna MD
(5)   United Medical Associates/James Hollandt MD
(6)   Vestal Medical Associates/Mario Capparuccini, MD

**Records Requested, Receipt Pending**:
(1)   Medicine Shoppe [formerly Rite-Aid]
(2)   Walgreens
(3)   CVS Pharmacy
(4)   Robert Packer Hospital/Guthrie Clinic Sayre/Govindarajan Venkatesh MD
(5)   Cardiology Associates/Charles Campbell MD/Paul Traverse MD/Richard Ryder MD
(6)   Martin Memorial Hospital/Charles Phillips MD
(7)   Alfred. Bottler Randall MD
(8)   Endicott Walk-In

Page 2 of 2

**Records Not Available or Not Applicable:**
(1)   Tier Cardiology Group PC

Please advise if you have any questions regarding the above.

Very truly yours,

Marya C. Young

MCY/mc