**Maurice Hoyt - Exhibit G**

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 3, 2009

**By Facsimile Only: (202) 434-5029**
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Re: **Maurice Hoyt v. Merck - Vioxx Products Liability Litigation**

Dear Ms. Horn:

This letter updates the status of your list with respect to Mr. Hoyt's healthcare provider records.

**Providers Not Listed or Already Obtained/Produced**:
(1)      Paul Maurer MD

**Records Requested, Receipt Pending**:
(1)      Rite-Aid Pharmacy [formerly Eckerd Drugs, formerly Fays Drugs]
(2)      Cardiology Associates/Haridas Varma, MD
(3)      Southern NY Neurosurgical Group/Saeed Bajwa MD
(4)      Arjun Patel, MD
(5)      Homestead Hospital/South Florida Health System

**Records Not Available or Not Applicable**:
(1)      CVS Caremark, Inc.
(2)      Baptist Health of South Florida/Baptist Hospital of Miami
(3)      Miami Presbyterian Hospital

Please advise if you have any questions regarding the above.

Very truly yours,

Marya C. Young

MCY/mc

Page 2 of 2

**<u>Records Not Available or Not Applicable</u>**:
(1)     Tier Cardiology Group PC

Please advise if you have any questions regarding the above.

Very truly yours,

Marya C. Young

MCY/mc

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 7, 2009

**By Facsimile Only: (202) 434-5029**
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

### Re: Maurice Hoyt v. Merck - Vioxx Products Liability Litigation

Dear Ms. Horn:

Forwarded herewith are Mr. Hoyt's records from Homestead Hospital and CVS Pharmacy. In light of the same, the current status of his healthcare provider records on your list is as follows:

### Providers Not Listed or Already Obtained/Produced:
(1)    Paul Maurer MD
(2)    Homestead Hospital/Baptist Health System
(3)    CVS Pharmacy

### Records Requested, Receipt Pending:
(1)    Rite-Aid Pharmacy [formerly Eckerd Drugs, formerly Fays Drugs]
(2)    Cardiology Associates/Haridas Varma, MD
(3)    Southern NY Neurosurgical Group/Saeed Bajwa MD
(4)    Arjun Patel, MD

### Records Not Available or Not Applicable:
(1)    CVS Caremark, Inc.
(2)    Baptist Health of South Florida/Baptist Hospital of Miami
(3)    Miami Presbyterian Hospital

Please advise if you have any questions regarding the above.

Very truly yours,

Marya C. Young

MCY/mc
Enclosures

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 11, 2009

**By Facsimile Only:  (202) 434-5029**
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

**Re: Maurice Hoyt v. Merck - Vioxx Products Liability Litigation**

Dear Ms. Horn:

Forwarded herewith are Mr. Hoyt's certified medical records from the Cardiology Associates practice.  In light of the same, the current status of his healthcare provider records on your list is revised as follows:

**Providers Not Listed or Already Obtained/Produced**:
(1)     Paul Maurer MD
(2)     Homestead Hospital/Baptist Health System
(3)     CVS Pharmacy
(4)     Cardiology Associates/Haridas Varma, MD


**Records Requested, Receipt Pending**:
(1)     Rite-Aid Pharmacy [formerly Eckerd Drugs, formerly Fays Drugs]
(2)     Southern NY Neurosurgical Group/Saeed Bajwa MD
(3)     Arjun Patel, MD

**Records Not Available or Not Applicable**:
(1)     CVS Caremark, Inc.
(2)     Baptist Health of South Florida/Baptist Hospital of Miami
(3)     Miami Presbyterian Hospital

Very truly yours,

Marya C. Young

MCY/mc
Attachment