**Mary Kurtz -  Exhibit H**

LAW OFFICE OF RONALD R. BENJAMIN
ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax  : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

November 25, 2009

**By Facsimile Only: (202) 434-5029**
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

**Re: Mary Kurtz v. Merck - Vioxx Products Liability Litigation**

Dear Ms. Horn:

This letter memorializes the matters we discussed about plaintiff Mary Kurtz in our telephone meeting on Monday, November 9th.

**Pharmacies**:
(1)   **Rite-Aid Corporate Office**: It would appear that Rite-Aid is on your list because it bought out Eckerd Drugs, which is the pharmacy at which Ms. Kurtz filled prescriptions. I am attaching as **Exhibit 1** a copy of the "Patient History" obtained from and certified by the pharmacist at Eckerd Drugs for the period 01/01/98 to 02/01/05. This record shows prescriptions of Vioxx, and encompasses a time period beyond when Vioxx was taken off the market. I trust we can take successor Rite-Aid off the list.

(2)   **Express Scripts Corporate Office**: We are requesting the pharmacy record from this provider, but anticipate receipt will take at least 3 to 4 weeks.

**Physicians/Practices**:
(1)   **Cardiology Associates/Nasruddin M. Jamal**:   Ms. Kurtz treated with Dr. Jamal of the Cardiology Associates practice which maintains all records for the individual doctors in the practice. We have requested the record for this plaintiff and anticipate forwarding them within two weeks.

(2)   **Tier Cardiology Group PC**:   While Nasruddin M. Jamal, M.D., did have operate a professional corporation practice on his own by this name at some time, he has been practicing with Cardiology Associates at 30 Harrison Street, Johnson City, NY. (See

Page 2 of 2

above.) Please advise the source of putting this PC on the list, as it does not appear in our records, as I believe this should be taken off the list.

(3) **Endless Mountain Health Service/Jose Enrique Nazar, M.D./Ihab Dana, M.D.**: You have been provided with these medical records, so I believe these providers can be taken off the list. However, we are also checking whether Dr. Nazar maintained separate records in a group practice called "Physicians Care, P.C." at 1 Hospital Drive, Towanda, PA, and will provide the same if they exist.

**Hospitals/Clinics**:

(1) **Wilson Regional Medical Center/Wilson Regional Memorial Hospital**: As we discussed, these are just different names for the same hospital, which is part of **United Health Systems, Inc. "UHS"**. You indicated that Hughes Hubbard & Reed did obtain the UHS records, which would include the Wilson records, so that these can be taken off the list.

(2) **"Montrose General Hospital"/Towanda Memorial**: There is only one hospital, referred to as "Memorial Hospital" located a 1 Grow Avenue in Towanda, PA. It is actually part of the **Endless Mountain Health Systems** located at the same address in Towanda. We will ascertain whether or not this is the same as "Endless Mountain Health Services" which is discussed above, and, if not, we will get the records.

While we reserve our position that PTO 28 does not require the same, we will continue to narrow the disclosure list in good faith and appreciate your efforts in that direction.

Very truly yours,

Marya C. Young

MCY/mc

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia*

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 3, 2009

*By Facsimile Only: (202) 434-5029*
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

### Re: Mary Kurtz v. Merck - Vioxx Products Liability Litigation

Dear Ms. Horn:

This letter updates the status of your list with respect to Ms. Kurtz's healthcare provider records.

**Providers Not Listed or Already Obtained/Produced**:
(1)  Rite-Aid Corporate Office/Eckerd Drugs
(2)  United Health Services/Wilson Regional Medical Center
(3)  Endless Mountain Health Service/Joseph Nazar MD/Ihab Dana MD

**Records Requested, Receipt Pending**:
(1)  Express Scripts
(2)  Cardiology Associates/Nasruddin Jamal MD
(3)  Memorial Hospital/Endless Mountain Health Systems

**Records Not Available or Not Applicable**:
(1)  Tier Cardiology Group PC

Please advise if you have any questions regarding the above.

Very truly yours,

Marya C. Young

MCY/mc

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 10, 2009

*By Facsimile Only: (202) 434-5029*
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Re: **Mary Kurtz v. Merck - Vioxx Products Liability Litigation**

Dear Ms. Horn:

Forwarded herewith is a copy of the certified medical records for Mary Kurtz provided by Jose Enrique Nazar, M.D., Endless Mountain Health System. We appear to have provided these previously, but I am sending them along in case they are further records. The status of your list with respect to Ms. Kurtz's healthcare provider records remains as follows:

**Providers Not Listed or Already Obtained/Produced:**
(1) Rite-Aid Corporate Office/Eckerd Drugs
(2) United Health Services/Wilson Regional Medical Center
(3) Endless Mountain Health Service/Jose Nazar MD/Ihab Dana MD

**Records Requested, Receipt Pending:**
(1) Express Scripts
(2) Cardiology Associates/Nasruddin Jamal MD
(3) Memorial Hospital/Endless Mountain Health Systems

**Records Not Available or Not Applicable:**
(1) Tier Cardiology Group PC

Please advise if you have any questions regarding the above.

Very truly yours,

Marya C. Young

MCY/mc

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia*

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 11, 2009

**By Facsimile Only: (202) 434-5029**
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

### Re: Mary Kurtz v. Merck - Vioxx Products Liability Litigation

Dear Ms. Horn:

Forwarded herewith is a copy of the certified medical records for Mary Kurtz provided by the Cardiology Associates practice. Thus, the status of your list with respect to Ms. Kurtz's healthcare provider records is revised as follows:

**Providers Not Listed or Already Obtained/Produced:**
(1) Rite-Aid Corporate Office/Eckerd Drugs
(2) United Health Services/Wilson Regional Medical Center
(3) Endless Mountain Health Service/Jose Nazar MD/Ihab Dana MD
(4) Cardiology Associates/Nasruddin Jamal MD

**Records Requested, Receipt Pending:**
(1) Express Scripts
(2) Memorial Hospital/Endless Mountain Health Systems

**Records Not Available or Not Applicable:**
(1) Tier Cardiology Group PC.

Very truly yours,

Marya C. Young

MCY/mc
Attachment