**Timothy Mack -  Exhibit I**

LAW OFFICE OF RONALD R. BENJAMIN
ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

November 20, 2009

**By Facsimile Only:  (202) 434-5029**
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Re: **Timothy Mack v. Merck - Vioxx Products Liability Litigation**

Dear Ms. Horn:

This letter memorializes the matters we discussed about plaintiff Timothy Mack in our telephone meeting last week.

**Pharmacies**:
(1)   **Eckerd/Rite-Aid Corporate Office**:   Eckerd became Rite-Aid at some point.  Attached are the certified pharmacy records for (1) Eckerd #5088 for the periods 01/01/2000 to 12/31/2001 and 01/01/2000 to 02/01/2005 , and (2)  Rite Aid #10801 for the period 01/01/2004 to 10/16/2009.   Thus, Rite-Aid can be taken off your list.

**Physicians/Practices**:
(1)   **Vestal Medical Associates/Lourdes Wellness Center/Jagraj S. Rai/Michael T. McCarville** :   You indicated that your office has the Lourdes Hospital records, which would include records of Dr. Rai for treatment at that hospital.  Both Dr. Rai and Dr. McCarville are with Vestal Medical Associates, located at 1020 Vestal Parkway East, Vestal, NY.  The Lourdes Wellness Center is at the same location, which is where plaintiff saw these doctors, and it does not have separate records.  We are in the process of obtaining the Vestal Medical Associates office records, which will include these doctors'records, on this patient.   In the meantime, I am attaching a copy of his patient records that we believe are for Vestal Medical Associates.  These notes indicate Mr. Mack was prescribed Vioxx on April 6, 2001, and told to continue Vioxx at his 7/6/2001 visit.

(2)   **Dr. Ganesa Mahalingham**:  Please advise where this name comes from, as we are not aware that this doctor is one of the plaintiff's primary care physicians as listed.

Page 2 of 2

**Hospitals/Clinics**:
(1)     **Lourdes Hospital**:   As stated above, you already have these records.

While we reserve our position that PTO 28 does not require the same, and that this plaintiff provided blank signed authorizations to Merck for the purpose of obtaining these records long before the instant motions practice, we will continue to narrow the disclosure list in good faith and appreciate your efforts in that direction.

Very truly yours,

/s/

Marya C. Young

MCY/mc
Attachments

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 3, 2009

**By Facsimile Only:  (202) 434-5029**
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

### Re: Timothy Mack v. Merck - Vioxx Products Liability Litigation

Dear Ms. Horn:

This letter updates the status of your list with respect to Mr. Mack's healthcare provider records.

**Providers Not Listed or Already Obtained/Produced**:
(1)     Eckerd/Rite-Aid Corporate Office
(2)     Lourdes Hospital/Wellness Center

**Records Requested, Receipt Pending**:
(1)     Vestal Medical Associates/Lourdes Wellness Center/Jagraj S. Rai/Michael T. McCarville

**Records Not Available or Not Applicable**:
(1)     Dr. Ganesa Mahalingham

Please advise if you have any questions regarding the above.

Very truly yours,

Marya C. Young

MCY/mc