**Ann Mannino -  Exhibit J**

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

November 25, 2009

**By Facsimile Only:  (202) 434-5029**
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Re: <u>Ann Marie Mannino v. Merck - Vioxx Products Liability Litigation</u>

Dear Ms. Horn:

This letter memorializes the matters we discussed about plaintiff Ann Marie Mannino in our telephone meeting on Monday, November 9th, and to advise you of the status on the providers you have listed.

<u>**Pharmacies**</u>:    Your list does not include any pharmacy records for this plaintiff.

<u>**Physicians/Practices**</u>:
(1)    <u>**Staten Island Heart, P.C./Andrew Warchol, M.D.**</u>:  The records for the practice include all records for the individual doctors, which includes Dr. Warchol, so only one request is necessary.   We have requested the record for this plaintiff.

(2)    <u>**"Seaview Medical Associates PC"/Ernest Visconti, M.D.**</u>: Dr. Visconti's office address is in the "Seaview Medical Building" at 314 Seaview Ave., Staten Island, NY 10305.  In my search for the same, I am unable to find any professional corporation named "Seaview Medical Associates PC."   We will obtain Dr. Visconti's record, but ask that you take Seaview Medical Associates PC off the list unless you can give me more guidance on where that name comes from.

(3)    <u>**Staten Island Family Practice Associates/Richard Lucente, D.O.**</u>:   We forwarded the plaintiff's record for this practice, which includes Dr. Lucente's record, to Douglas Marvin on October 15, 2009.   I ask that you take Dr. Lucente off the list.

(4)    <u>**Anthony Moretti, M.D.**</u>:   This doctor is deceased (date of death 11/23/04).

Page 2 of 2

(5)    **Anthony Visconti, M.D.**:  This doctor does not appear to exist, nor, as we advised in our letter to John Poulos of HH&R in a letter dated May 5, 2006, does plaintiff know who he is. His name does not appear on her PPF, so could you please advise the source of this name. Otherwise, I trust his name will be deleted from the list.

(6)    **Andrew Russo, M.D.**:  Dr. Russo is an osteopath, D.O., not an M.D.  We will check if he has any records on this plaintiff and, if so, provide.

**Hospitals/Clinics**:
(1)    **"St. Vincent's Hospital"**:   The name is actually St. Vincent's Medical Center; however, according to Wikipedia, St. Vincent's Medical Center closed in 2006, was sold to Bayonne Medical Center and was then "spun off as Richmond University Medical Center".  We do not know if patient records were kept by the latter.  However, I note that the plaintiff only went to this hospital for childbirth in the years 1993, 1994, 1996 and 1998.  Only the latter record would arguably be within the 10-year period, and I trust we can agree to take this hospital off your list, and will operate on that assumption unless I hear from you.

(2)    **Staten Island University Hospital**:  We are

While we reserve our position that PTO 28 does not require the same, and that Ms. Hia provided blank signed authorizations to Merck for the purpose of obtaining these records long before the instant motions practice, we will continue to narrow the disclosure list in good faith and appreciate your efforts in that direction.

Very truly yours,

Marya C. Young

MCY/mc

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 3, 2009

**By Facsimile Only:  (202) 434-5029**
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

### Re: <u>Ann Marie Mannino v. Merck - Vioxx Products Liability Litigation</u>

Dear Ms. Horn:

This letter updates the status of your list with respect to Ms. Mannino's healthcare provider records.

**<u>Providers Not Listed or Already Obtained/Produced</u>:**
(1)     Staten Island Family Practice Associates/Richard Lucente, D.O.
(2)     Idan Sharon, M.D., Neurology & Psychiatry, Brooklyn, New York

**<u>Records Requested, Receipt Pending</u>:**
(1)     Staten Island Heart, P.C./Andrew Warchol, M.D.
(2)     "Seaview Medical Associates PC"/Ernest Visconti, M.D.
(3)     Staten Island University Hospital
(4)     Andrew Russo, M.D.

**<u>Records Not Available or Not Applicable</u>:**
(1)     Anthony Visconti, M.D.
(2)     "St. Vincent's Hospital"/Richmond University Medical Center
(3)     Anthony Moretti MD

Please advise if you have any questions regarding the above.

Very truly yours,

Marya C. Young

MCY/mc