Viola Santacrose - Exhibit K

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia*

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

November 25, 2009

*By Facsimile Only: (202) 434-5029*
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

### Re: Viola Santacrose v. Merck - Vioxx Products Liability Litigation

Dear Ms. Horn:

This letter memorializes the matters we discussed about plaintiff Viola Santacrose in our telephone meeting on Monday, November 9th, and to advise you of the status on the providers you have listed.

**Pharmacies**:  No pharmacies appear on your list, and you indicated HH&R has the K-Mart Pharmacy record.

**Physicians/Practices**:

(1) **Cardiology Associates/Charles Campbell, M.D./John DiMenna, M.D./Chitta R. Mohapatra, M.D./Erich Schneider, M.D.**: According to my notes, you indicated that HH&R already has the records for Cardiology Associates. The records for the practice include all records for the individual doctors, which includes Drs. Campbell, Mohapatra, Schneider and DiMenna. I trust we can take these doctors off your list.

(2) **Endocrinology Care Center/Ramanujapuram Ramanujan, M.D.**: This doctor is with the United Medical Associates (UMA) practice, which operates the Endocrinology Care Center at which he works, as well as maintains the records for its individual doctors and offices. We have requested plaintiff's records from UMA.

(3) **Collier Neurologic Specialists/Brian Wolff, M.D./Matthew J. Baker, M.D.**: Both of these doctors are or were with this practice when plaintiff was seen. We requested the plaintiff's record from these providers and will produce upon receipt.

Page 2 of 2

(4) **Neuro Medical Care Associates PLLC**: We are requesting the record from this provider and will produce upon receipt.

(5) **Robert M. Michaels, MD**: We are requesting these records and will provide upon receipt.

**Hospitals/Clinics**:

(1) **United Health Services, "Wilson Hospital" and Binghamton Family Care Center**: As I have previously mentioned, "Wilson Hospital" is the same as "Wilson Memorial Regional Medical Center", which is part of the United Health Services umbrella. The Binghamton Family Care Center is under the UHS umbrella also and is located at its Binghamton General Hospital address. We have requested the records from UHS, which should include all of these entities. We are advised it will take about 4 weeks to receive the records.

(2) **Our Lady of Lourdes Hospital**: This is the same as "Lourdes Hospital." You indicated to me that HH&R already has the Lourdes Hospital record, so I assume we can take this hospital off the list.

(3) **NCH Healthcare System/North Collier Hospital/Naples Community Hospital**: The medical bills sent to you for NCH Healthcare System indicates that it operates both North Collier and Naples Community Hospitals. You indicated to me that HH&R already has the records for North Collier. We believe the NCH Healthcare System provides centralized records for its hospitals, and will check on this as what you have may be all there is. In the meantime, can you please clarify exactly which records you have, so that we can determine if these providers can be taken off your list.

(4) **Grandview Hospital**: I am unable to find in our file any source for this hospital being on your list. Can you please advise where this hospital is located and clarify why it is on your list for this plaintiff.

While we reserve our position that PTO 28 does not require the same, and that Ms. Santacrose provided blank signed authorizations to Merck for the purpose of obtaining these records long before the instant motions practice, we will continue to narrow the disclosure list in good faith and appreciate your efforts in that direction.

Very truly yours,

Marya C. Young

MCY/mc

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 3, 2009

*By Facsimile Only: (202) 434-5029*
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

### Re: Viola Santacrose v. Merck - Vioxx Products Liability Litigation

Dear Ms. Horn:

This letter updates the status of your list with respect to Ms. Santacrose's healthcare provider records.

### Providers Not Listed or Already Obtained/Produced:
(1)   NCH Healthcare System/North Collier Hospital/Naples Community Hospital
(2)   Lourdes ("Our Lady of Lourdes") Hospital
(3)   K-Mart Pharmacy
(4)   Cardiology Associates/Charles Campbell, M.D./John DiMenna, M.D./Chitta R. Mohapatra, M.D./Erich Schneider, M.D.

### Records Requested, Receipt Pending:
(1)   United Health Services, "Wilson Hospital" and Binghamton Family Care Center
(2)   United Medical Associates/Endocrinology Care Center/Ramanujapuram Ramanujan MD
(3)   Robert M. Michaels MD
(4)   Collier Neurologic Specialists/Brian Wolff, M.D./Matthew J. Baker, M.D.
(5)   Neuro Medical Care Associates PLLC

### Records Not Available or Not Applicable:
(1)   Grandview Hospital

Page 2 of 2

Please advise if you have any questions regarding the above.

>                                Very truly yours,
>
>                                *Marya C. Young*
>                                Marya C. Young

MCY/mc

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia*

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 8, 2009

***By Facsimile Only: (202) 434-5029***
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

### Re: Viola Santacrose v. Merck - Vioxx Products Liability Litigation

Dear Ms. Horn:

I am enclosing copies of the certified medical records we have obtained from UHS Binghamton Family Center, which includes Dr. Robert Michaels records. In light thereof, this letter updates the status of your list with respect to Ms. Santacrose's healthcare provider records as follows:

### Providers Not Listed or Already Obtained/Produced:
(1) NCH Healthcare System/North Collier Hospital/Naples Community Hospital
(2) Lourdes ("Our Lady of Lourdes") Hospital
(3) K-Mart Pharmacy
(4) Cardiology Associates/Charles Campbell, M.D./John DiMenna, M.D./Chitta R. Mohapatra, M.D./Erich Schneider, M.D.
(5) Robert M. Michaels MD/Binghamton Family Care Center/United Health Services, "Wilson Hospital"

### Records Requested, Receipt Pending:
(1) United Medical Associates/Endocrinology Care Center/Ramanujapuram Ramanujan MD
(2) Collier Neurologic Specialists/Brian Wolff, M.D./Matthew J. Baker, M.D.
(3) Neuro Medical Care Associates PLLC

Page 2 of 2

**Records Not Available or Not Applicable**:
(1)     Grandview Hospital

Please advise if you have any questions regarding the above.

Very truly yours,

Marya C. Young

MCY/mc

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia*

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 10, 2009

*By Facsimile Only: (202) 434-5029*
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

### Re: <u>Viola Santacrose v. Merck - Vioxx Products Liability Litigation</u>

Dear Ms. Horn:

I am faxing herewith enclosing copies of the medical records for Viola Santacrose that we received today from Diabetic Care Associates, which includes Dr. Ramanujan and the Endocrinology Care Center. In light thereof, this letter updates the status of your list with respect to Ms. Santacrose's healthcare provider records as follows:

### Providers Not Listed or Already Obtained/Produced:
(1) NCH Healthcare System/North Collier Hospital/Naples Community Hospital
(2) Lourdes ("Our Lady of Lourdes") Hospital
(3) K-Mart Pharmacy
(4) Cardiology Associates/Charles Campbell, M.D./John DiMenna, M.D./Chitta R. Mohapatra, M.D./Erich Schneider, M.D.
(5) Robert M. Michaels MD/Binghamton Family Care Center/United Health Services, "Wilson Hospital"
(6) Diabetic Care Associates/Ramanujapuram Ramanujan MD (UMA/Endocrinology Care Center)

### Records Requested, Receipt Pending:
(1) Collier Neurologic Specialists/Brian Wolff, M.D./Matthew J. Baker, M.D.
(2) Neuro Medical Care Associates PLLC

Page 2 of 2

**Records Not Available or Not Applicable**:
(1)     Grandview Hospital

Please advise if you have any questions regarding the above.

                                            Very truly yours,

                                            Marya C. Young

MCY/mc