**Frank Spencer - Exhibit L**

LAW OFFICE OF RONALD R. BENJAMIN
ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

November 25, 2009

**By Facsimile Only: (202) 434-5029**
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Re: **Frank Spencer v. Merck - Vioxx Products Liability Litigation**

Dear Ms. Horn:

This letter memorializes the matters we discussed about Frank Spencer in our telephone meeting on November 9th, and to give you a partial update on the status of your list.

**Pharmacies**:
(1) **Rite-Aid Corporate Office**: Mr. Spencer did get any prescriptions filled at Eckerd Drugs, which is now Rite-Aid, and we have requested records which we are advised will take a number of weeks.

(2) **CVS Caremark**: CVS Caremark is a mail-order pharmacy. While the client, filled prescriptions locally at a CVS Pharmacy at 1000 North Street, Endicott, NY, that is not the same as CVS Caremark, which Mr. Spencer did not use. Please advise if we can take this pharmacy off the list, or if there is a source for putting CVS Caremark on your list that we should look into the matter further.

**Physicians/Practices**:
(1) **United Medical Associates (UMA)/Wayne Teris, M.D.**: We are in the process of obtaining the UMA record which will include Dr. Teris' records.

(2) **John Shields, M.D.**: Mr. Spencer saw Dr. Shields in the 1995-1997 period. Dr. Shields died, and we do not have any information on where his office records went. Moreover, as indicated in the PPF, Dr. Shields was plaintiff's PCP during the period 1995-1997. Please let me know if we can delete him from your list.

Page 2 of 2

(3) **Alexandru Stoian, M.D.**: We are requesting this provider's records and will produce upon receipt.

(4) **Samuel Livingstone, M.D.**: Please note the spelling of his name, which is incorrect on the PPF.

(5) **Ibrahim Elkhayat, M.D.**: We are requesting this provider's records and will produce upon receipt.

(6) **John DiMenna, M.D./Cardiology Associates**: We have requested another set of the records to make sure there is a complete set, and anticipate being able to produce the same shortly.

While we reserve our position that PTO 28 does not require the same, we will continue to narrow the disclosure list in good faith and appreciate your efforts in that direction.

Very truly yours,

Marya C. Young

MCY/mc

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 3, 2009

*By Facsimile Only: (202) 434-5029*
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Re: **Frank Spencer v. Merck - Vioxx Products Liability Litigation**

Dear Ms. Horn:

This letter updates the status of your list with respect to Mr. Spencer's healthcare providers.

**Providers Not Listed or Already Obtained/Produced**:
(1)     **Lourdes Hospital**
(2)     **Wilson Regional Medical Center**
(3)     **Richard Blansky, M.D.**
(4)     **Medicine Shoppe**
(5)     **CVS Pharmacy**

**Records Requested, Receipt Pending**:
(1)     **Rite-Aid Corporate Office (Eckerd's)**
(2)     **United Medical Associates (UMA)/Wayne Teris, M.D.**
(3)     **Alexandru Stoian, M.D.**
(4)     **Ibrahim Elkhayat, M.D.**
(5)     **John DiMenna, M.D./Cardiology Associates**

**Records Not Available or Not Applicable**:
(1)     **CVS Caremark:**   Not applicable.
(2)     **John Shields, M.D.:**  Records do not appear to exist. Dr. Shields is deceased, and it is unknown whether or where his records may be available.
(3)     **Samuel Livingstone, M.D.:**  Records do not appear to exist. Dr. Livingstone is deceased and closed his office years ago. In any event, Mr. Spencer only saw him until

Page 2 of 2

    1995, so this doctor's records are not really within the time frame for disclosure.

Please advise if you have any questions regarding the above.

                                       Very truly yours,

                                       Marya C. Young

MCY/mc

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia*

Phone: (607) 772-1442
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 4, 2009

*By Facsimile Only: (202) 434-5029*
M. Elaine Horn, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

### Re: Frank Spencer v. Merck - Vioxx Products Liability Litigation

Dear Ms. Horn:

This letter includes an attachment of a "Statement of Death Claim PTO 28 (II) (A)(2)" signed by Lori DuFresne, Estate representative for Frank Spencer.

Please advise if you have any questions regarding the above.

Very truly yours,

Marya C. Young

MCY/ly

# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*  
Marya C. Young*

126 Riverside Drive  
P.O. Box 607  
Binghamton, NY 13902

*Also Admitted in the District of Columbia*

Phone: (607) 772-1442  
Fax   : (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

December 11, 2009

**By Facsimile Only: (202) 434-5029**  
M. Elaine Horn, Esq.  
Williams & Connolly, LLP  
725 Twelfth Street, N.W.  
Washington, DC 20005-5901

### Re: Frank Spencer v. Merck - Vioxx Products Liability Litigation

Dear Ms. Horn:

Faxed herewith is a copy of the certified medical records we have received for Mr. Spencer from the Cardiology Associates practice. Thus, the status of your list is revised as follows:

**Providers Not Listed or Already Obtained/Produced:**
(1) Lourdes Hospital  
(2) Wilson Regional Medical Center  
(3) Richard Blansky, M.D.  
(4) Medicine Shoppe  
(5) CVS Pharmacy  
(6) John DiMenna, M.D./Cardiology Associates

**Records Requested, Receipt Pending:**
(1) Rite-Aid Corporate Office (Eckerd's)  
(2) United Medical Associates (UMA)/Wayne Teris, M.D.  
(3) Alexandru Stoian, M.D.  
(4) Ibrahim Elkhayat, M.D.

**Records Not Available or Not Applicable:**
(1) CVS Caremark  
(2) John Shields, M.D.  
(3) Samuel Livingstone, M.D.

Very truly yours,

Marya C. Young

MCY/mc  
Attachment