UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®                                    MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                    SECTION L

Judge Eldon E. Fallon
Magistrate Judge Knowles

THIS DOCUMENT RELATES TO
PLAINTIFFS LISTED IN EXHIBIT A TO
MERCK "THIRD" MOTION TO DISMISS:

| | |
|---|---|
| David Agard | 2:05-cv-01089-EEF-DEK |
| Scott Berthel | 2:05-cv-06221-EEF-DEK |
| Richard Core | 2:05-cv-02583-EEF-DEK |
| Marjorie Curtis | 2:06-cv-02708-EEF-DEK |
| James Demoski | 2:05-cv-01089-EEF-DEK |
| Kristine Hia | 2:06-cv-02708-EEF-DEK |
| Maurice Hoyt | 2:06-cv-02708-EEF-DEK |
| Mary Kurtz | 2:06-cv-05779-EEF-DEK |
| Timothy Mack | 2:05-cv-01088-EEF-DEK |
| Ann Mannino | 2:05-cv-01091-EEF-DEK |
| Viola Santacrose | 2:05-cv-01090-EEF-DEK |
| Frank Spencer | 2:08-cv-03220-EEF-DEK |

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2009, the above and foregoing Court Ordered Affidavit Attesting to Compliance of Attorney Ronald R. Benjamin With Producing Medical and Pharmacy Records to Merck as Identified PTO 28 with Exhibits A-L, has been served on Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8(B), and that the foregoing was

electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

Dated: December 13, 2009
       Binghamton, New York

                /s/ Marya C. Young
              Marya C. Young, Fed Bar Roll No.: 301339
              Law Office of Ronald R. Benjamin
              126 Riverside Drive, PO Box 607
              Binghamton, New York 13902-0607
              Phone: (607) 772-1442
              Facsimile: (607) 772-1678
              Attorney for Plaintiffs