UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**      All Cases Listed on Exhibit A

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record (Rec. Doc. 28161),

IT IS ORDERED that the motion IS GRANTED, and all counsel of record are permitted to withdraw from representation of the Plaintiffs listed on Exhibit A.

IT IS FURTHER ORDERED that counsel shall send notification of this withdrawal to the Plaintiff's last known address, with further instructions that the Plaintiff must either obtain new counsel or contact the Pro Se Curator's Office as soon as possible if the Plaintiff wishes to proceed with this suit, or else the case may be dismissed with prejudice. The Pro Se Curator's Office may be contacted by calling (504) 561-7799, or by writing to Robert M. Johnston, VIOXX Pro Se Curator, 400 Poydras St., Suite 2450, New Orleans, LA 70130.

New Orleans, Louisiana, this 10th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE

# Exhibit A

| PLAINTIFF | VCN # | CASE # |
|---|---|---|
| Benaway, Dennis | 1094230 | Greg Schultz, et. al v. Merck, 07-cv-13684 |
| Grau, Bill | 1094938 | Andrew Kisty, et. al v. Merck, 05-cv-05305 |
| Hudson, Bryant | 1095152 | Ronald Montgomery, et. al v. Merck, 06-cv-3374 |
| Conner, Danny | 1094519 | Vivian Copher, et. al v. Merck, 06-cv-11443 |
| Hon, Neil | 1095121 | Richard Helton, et. al v. Merck, 06-cv-11443 |
| Lasely, Rosa | 1095381 | Robert Layman, et. al v. Merck, 06-cv-3372 |
| Vanskike, Agnes | 1096414 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Ward, Opal | 1096474 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Carroll, John | 1094423 | Mildred Randolph, et. al v. Merck, 06-cv-3465 |
| Crews, Glenn | 1094573 | Vivian Copher, et. al v. Merck, 06-cv-11441 |
| DeVito, Matthew | 1094672 | Matthew DeVito, et. al v. Merck, 07-cv-0562 |
| Foote, George | 1094823 | Rich Albin, et. al v. Merck, 06-cv-3382 |
| Guerrera, Tony | 1094970 | Michael Lindsey Sr. et. al v. Merck, 06-cv-03171 |
| Henrichs, Mark | 1095074 | Ida Lands, et. al v. Merck, 06-cv-4063 |
| Hodgest, Alma | 1095110 | Vivian Copher, et. al v. Merck, 06-cv-11441 |
| Howard, Mary | 1095140 | Russell Curtis, et. al v. Merck, 05-cv-06735 |
| Huizenga, Diane | 1095161 | Greg Erickson, et. al v. Merck, 06-cv-03745 |
| Jelden, Todd | 1095219 | Allen Atkinson, et. al v. Merck, 05-cv-04130 |
| Lafiore, Carmelina | 1095365 | Bernadette Dryer, et. al v. Merck, 06-cv-02103 |
| Landers, Jess | 1095370 | Ida Lands, et. al v. Merck, 06-cv-4063 |
| Lopez, Juanita | 1095456 | Robert Durant, et. al v. |

| | | Merck, 06-cv-6239 |
|---|---|---|
| Lucas, Edward | 1095473 | Joseph Squillance Sr. et. al v. Merck, 05-cv-03812 |
| McKinstry, Dorothy | 1095603 | Loretta Roles, et. al v. Merck, 06-cv-03366 |
| Neel, Regina | 1095751 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Neeley, Robert | 1095752 | Robert Neeley, et.al v. Merck, 06-cv-3381 |
| Nemeth, Robert | 1095758 | Eva Lucille Adams, et. al V. Merck, 05-cv-04326 |
| Park, Eddie | 1095836 | Robert Durant, et. al v. Merck, 06-cv-6239 |
| Pearson, Betty | 1095860 | Elizabeth McCarthy, et. al v. Merck, 06-cv-03172 |
| Pickard, Steven | 1095890 | Steven Pickard, et. al v. Merck, 06-cv-01974 |
| Russel, Donald | 1096084 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Salovich, Charmayne | 1096093 | Lorene Deist, et. al v. Merck, 06-cv-09200 |
| Smith, Debbie | 1096205 | Donald Copeland, et. al v. Merck, 05-cv-06349 |
| Smith, Sadie | 1096221 | Inez Kincaid, et. al v. Merck, 06-cv-11442 |
| Tanner, Mayola | 1096312 | Darrel Christ, et. al v. Merck, 06-cv-3384 |
| Theis, Sr., Richard | 1096339 | Andrew Kisty, et. al v. Merck, 05-cv-05305 |
| Torres, Casimiro | 1096367 | Joe Romero, et. al v. Merck, 06-cv-3385 |
| White, Virginia | 1096527 | Velma Trammell, et. al v. Merck, 06-cv-10773 |
| Wilbanks, Damon | 1096537 | Robert Durant, et. al v. Merck, 06-cv-6239 |
| Williams, Judith | 1096560 | Marlene Harris, et. al v. Merck, 05-cv-02580 |
| Williams, Lorraine | 1096562 | Richard Helton, et. al v. Merck, 06-cv-11443 |
| Yell, Bill | 1096620 | Sam Fife, et. al v. Merck, 05-cv-06348 |
| Marion, Joseph | 1095521 | Michael Lindsey Sr. et. al v. Merck, 06-cv-03171 |