**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

## TRANSCRIPT ORDER

**District Court:** Eastern District of Louisiana
**District Court Docket Number:** MDL-1657-L
**Short Case Title:** In re: Vioxx Products Liability
**Court Reporter:** Jodi Simcox
**Date Notice of Appeal Filed by Clerk of District Court:** 9/21/2009
**Court of Appeals #:** 09-30927 (If Available)

### PART I.
*(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

**A. Complete one of the following:**
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☒ This is to order a transcript of the following proceedings: *(check appropriate box)*
  - Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  - Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☒;
  - Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 12/3/2009 | Status Conference | Fallon |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☒ Private funds; ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy); ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

**Signature:** [signed]
**Date Transcript Ordered:** 12/11/2009
**Print Name:** Eric Michael Liddick
**Counsel for:** VLC
**Address:** 201 St. Charles Ave., Floor 49, New Orleans 70170
**Telephone:** 504-582-8302

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

### PART II.
**COURT REPORTER ACKNOWLEDGEMENT** *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

**Date** _____ **Signature of Court Reporter** _____ **Telephone** _____

**Address of Court Reporter:** _____

* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

### PART III.
**NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

**Actual Number of Pages** _____ **Actual Number of Volumes** _____

**Date** _____ **Signature of Court Reporter** _____

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I

DKT-13 (5/96)