# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ® | |
| PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| This document relates to: | SECTION L |
| HEALTH PLAN OF SAN MATEO | CIVIL ACTION NO. 2:09-cv-3115 |
| Plaintiff | JUDGE FALLON |
| versus | MAGISTRATE JUDGE KNOWLES |
| MERCK & CO., INC., | |
| Defendant | |
| * * * * * * * * * * * * * * * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 14th day of December, 2009.

_____
DISTRICT JUDGE

992784v.1