MINUTE ENTRY
FALLON, J.
DECEMBER 15, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| 05-3700, STATE OF LOUISIANA, | : | JUDGE FALLON |
| ex rel. JAMES D. CALDWELL, | : | MAG. JUDGE KNOWLES |
| ATTORNEY GENERAL | : | |

On this date, a status conference was held in the Chambers of Judge Eldon E. Fallon. Brian Anderson, Douglas Marvin, John Beisner, Ben Barnett and Eben Flaster participated on behalf of the Defendant. Jim Dugan, Doug Plymale, Leonard Davis, Dawn Barrios, Chris Seeger, Stephen Murray, and Stephen Murray, Jr. participated on behalf of the Plaintiff. At the conference, the parties discussed the status of the case and the progress of discovery.

IT IS ORDERED that the parties shall meet and confer in an attempt to resolve the following discussion topics:

1) deferral of the deadlines for discovery and for the filing of dispositive motions;

2) the use of catch-all witness designations on Plaintiff's fact witness list; and

3) the need for, and appropriate scope of, the depositions of doctors who have previously provided depositions and/or testimony in this litigation.

IT IS FURTHER ORDERED that, on or before Friday, December 18, 2009, the parties shall provide to the Court a status report with respect to these matters. If the parties are unable

1

JS10(00:30)

to resolve these issues on their own, than the Court will resolve them.

      IT IS FURTHER ORDERED that the Court will convene another status conference in this case on January 7, 2010, immediately following the Vioxx monthly status conference.