## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Vioxx ®

PRODUCTS LIABILITY
LITIGATION

This document relates to:

SHEET METAL WORKERS LOCAL
NO. 20 WELFARE and BENEFIT
FUND, et al.

    versus

MERCK & CO., INC.

*Only as to Plaintiff Plumbers and
Steamfitters Local 42 Health and
Welfare Fund*

MDL Docket No. 1657

SECTION L

CIVIL ACTION NO. 2:05-cv-2269

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs Plumbers and Steamfitters Local 42 Health
and Welfare Fund, in the above-captioned case be and they hereby are dismissed with prejudice
with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 14th day of ___December___, 2009.

_____
DISTRICT JUDGE