UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> Oklahoma State and Education Employees Group Insurance Board <br><br>     Plaintiffs <br><br>     versus <br><br> MERCK & CO., INC. <br><br>     Defendant <br><br> * * * * * * * * * * * * * * * | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:09-cv-6660 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiffs in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 14th day of    December   , 2009.

_____
DISTRICT JUDGE

992784v.1