## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx ®<br><br>PRODUCTS LIABILITY<br>LITIGATION<br><br>This document relates to:<br><br>Blue Cross and Blue Shield of<br>Michigan<br><br>     versus<br><br>Merck & Co., Inc., et al.<br><br>*  *  *  *  *  *  *  *  *  *  *  *  *  *  * | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:09-cv-3460<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 14th day of ___December___, 2009.

_____
DISTRICT JUDGE

992784v.1