# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: VIOXX** : | |
| : | **MDL Docket NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** : | |
| : | **SECTION L** |
| : | |
| **This document relates to ALL ACTIONS** : | **JUDGE FALLON** |
| : | **MAG. JUDGE KNOWLES** |
| : | |

## SUPPLEMENTAL MOTION FOR PAYMENT OF COMMON BENEFIT EXPENSES

NOW INTO COURT, comes Russ M. Herman, Plaintiffs' Liaison Counsel, on behalf of the Fee Allocation Committee, and hereby moves the Court for a supplemental order for the payment of certain common benefit expenses.

Pre-Trial Order No. 51 directed Philip A. Garrett, CPA, and members of the Court-appointed Fee Allocation Committee to continue discussions with firms where costs were questioned or not finalized. Discussions have been ongoing. As set forth in the Second Supplemental Affidavit of Philip A. Garrett (attached as Exhibit A), additional costs in the amount of $49,216.08 have been submitted for consideration by Philip A. Garrett and members of the Fee Allocation Committee. The Fee Allocation Committee has approved these costs.

Therefore, Plaintiffs' Liaison Counsel on behalf of the Fee Allocation Committee moves the Court for an order, awarding the reimbursement of common benefit expenses as outlined in the Second Supplemental Affidavit of Philip A. Garrett and directing the Claims Administrator to make such payments from the Common Benefit Expense Fund as soon as practicable.

Respectfully submitted,

Date:  December 16, 2009                By:  /s/ Russ M. Herman
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of December, 2009.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhkc.com