# EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

## SECOND SUPPLEMENTAL AFFIDAVIT
## OF PHILIP A. GARRETT, C.P.A.

| | | |
|---|---|---|
| STATE OF LOUISIANA | : | |
| | : | SS |
| PARISH OF ORLEANS | : | |

Philip A. Garrett, being duly sworn according to law deposes and says:

1.      I am a certified public accountant.  I make this Affidavit for purposes of Plaintiffs'

Liaison Counsel's Second Supplemental Memorandum in Support of Reimbursement of Common

Benefit Expenses.

2.      As outlined in my Affidavits of January 19, 2009 and September 30, 2009,  I am

associated with Wegman Dazet & Company (WDC).  WDC and I have continued to review the

submissions of Common Benefit Counsel to assure their compliance with Pretrial Order No. 6.  We

have also worked closely with the members of the Fee Allocation Committee to support their efforts

of reviewing the submissions of Common Benefit Counsel following my review thereof.

3.      As a result of my review of the cost submissions of Common Benefit Counsel, I

finalized certain cost submissions as of July 30, 2009.  This information was presented to the Vioxx

Fee Allocation Committee.  That Committee, following a separate review process, reported to me

1

their conclusions regarding approved held costs per individual law firm. The held costs approved by the Fee Allocation Committee and MDL assessments paid by each individual firm were presented to the Court. Thereafter, the Court entered Pre-Trial Order No. 51.

4.      At the direction of the Court in Pre-Trial Order No. 51, I continued to review cost submissions where firms had expenses under review or in dispute. As a result of my review, I have finalized my review of four (4) law firms (Lanier Law Firm, Levin Papantonio, Neblett, Beard & Arsenault, and Sanders Viener Grossman) cost submissions as of December 5, 2009. This information was presented to the Vioxx Fee Allocation Committee. That Committee, following a separate review process, reported to me their conclusions regarding approved held costs per individual law firm. The supplemental held costs approved by the Fee Committee as of December 5, 2009, are as follows:

| Law Firm | Total To Be Reimbursed | |
|---|---|---|
| Lanier Law Firm | $ | 13,365.22 |
| Levin Papantonio | $ | 8,850.86 |
| Neblett, Beard & Arsenault | $ | 25,000.00 |
| Sanders Viener Grossman | $ | 2,000.00 |
| Total | $ | 49,216.08 |

FURTHER AFFIANT SAYETH NOT.

_____
PHILIP A. GARRETT, C.P.A.

Sworn to and subscribed before me this
15th day of December, 2009.

_____
LEONARD A. DAVIS, NOTARY PUBLIC
LSBA NO. 14190
MY COMMISSION EXPIRES AT DEATH

2