UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX PRODUCTS<br>LIABILITY LITIGATION<br><br>This document relates to All Cases | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**PRETRIAL ORDER NO. 50-A**

In Pretrial Order No. 49 this Court ordered 32% of each claimant's final award to be escrowed. In Pretrial Order No. 50, the Court provided a mechanism whereby attorneys who do not seek fees greater than 32% may so certify and receive fees, except for 8% that is the subject of a common benefit fee dispute. In a Motion to Clarify Pretrial Orders 49 and 50, the Vioxx Litigation Consortium ("Consortium") has brought to the Court's attention that, although the Consortium seeks its contractually-based fees greater than 32% in some cases, it also has contractual fee agreements, or may otherwise be limited by state law, to attorneys' fees in amounts less than 32% in other cases. The Consortium has provided sworn testimony that it represents 78 claimants from whom it will not seek fees in amounts greater than 32%. The Court finds that in such cases, all funds (except for 8% that is subject to a common benefit fee assessment dispute) should be released. This Order clarifies that with respect to these 78 claimants, Pretrial Orders Nos. 49 and 50 require only 8% to be held in escrow.

WHEREFORE, IT IS HEREBY ORDERED that, all funds in escrow for the 78 cases identified by the Vioxx Litigation Consortium as requiring attorneys' fees in amounts less than

2

32% of the claimants' final award amount shall be released forthwith, except for 8% which shall continue to be withheld. The 8% of the claimant's final award withheld shall be deducted solely from the attorneys' fees portion of the claimant's disbursement, and held in escrow. To be clear, the entire amount held in escrow under this Order (8%), is for attorneys' fees and none of this amount is to be deducted from the claimants' share of the award.

New Orleans, Louisiana, this \_\_\_\_ day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE