UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX                                    PRODUCTS LIABILITY LITIGATION<br>This document relates to All Cases | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**THE VIOXX LITIGATION CONSORTIUM'S EX PARTE
MOTION TO FILE UNDER SEAL**

The Vioxx Litigation Consortium respectfully request this Court to file Exhibit "A" to its

Memorandum in Support of Motion to Clarify, or in the Alternative, Reconsider Pretrial Orders

49 and 50, under seal, as these documents contain confidential information, and/or information in

which the Vioxx Litigation Consortium's clients have an expectation of privacy.

A proposed Order is attached herewith.

Respectfully Submitted,

*/s/  Matthew B. Baumgartner*
JOHN J. McKETTA, III
Texas State Bar ID No. 13711500
BOYCE C. CABANISS
Texas State Bar No. 03579950
MATTHEW B. BAUMGARTNER
Texas State Bar ID No. 24062605
GRAVES DOUGHERTY HEARON & MOODY
A Professional Corporation
401 Congress Avenue, Suite 2200
Austin, TX  78701
Telephone:  (512) 480-5600
Facsimile:  (512) 480-5816

HARRY S. HARDIN III (# 6540)
MADELEINE FISCHER (# 5575)
ERIC MICHAEL LIDDICK (# 31237)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana  70170-5100
Telephone:     (504) 582-8208
Facsimile:     (504) 589-8208

*ATTORNEYS FOR WALTER UMPHREY, JOHN
EDDIE WILLIAMS, JR., DREW RANIER, MIKAL
WATTS, AND GRANT KAISER ("VIOXX
LITIGATION CONSORTIUM").*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on December 17, 2009.

/s/ Matthew B. Baumgartner
MATTHEW B. BAUMGARTNER