UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br>This document relates to All Cases | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**ORDER**

The Vioxx Litigation Consortium's Ex Parte Motion to File Under Seal Exhibit "A" to its Memorandum in Support of Motion to Clarify, or in the Alternative, Reconsider Pretrial Orders 49 and 50. After reviewing said motion, the Court finds that it is meritorious and should be granted. Accordingly,

IT IS HEREBY ORDERED that The Vioxx Litigation Consortium's Ex Parte Motion to File Under Seal Exhibit "A" to its Memorandum in Support of Motion to Clarify, or in the Alternative, Reconsider Pretrial Orders 49 and 50 is GRANTED.

SIGNED this ___ day of _____, 2009.

_____
Honorable Judge Eldon E. Fallon
United States District Judge