UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

## MOTION FOR EXPEDITED HEARING OF THE VIOXX LITIGATION CONSORTIUM'S MOTION TO CLARIFY, OR IN THE ALTERNATIVE, RECONSIDER PRETRIAL ORDERS 49 AND 50

Now comes the Vioxx Litigation Consortium ("Consortium") and moves the Court to expedite hearing of the Consortium's Motion to Clarify, or in the Alternative, to Reconsider, Pretrial Orders 49 and 50 ("Motion"), and would respectfully show the Court the following

1.      Pretrial Orders 49 and 50 have the unintended effect of escrowing a portion of claimant settlement funds for seventy-eight (78) Consortium clients. The subject matter of the Consortium's Motion requires expedited attention so that the 78 claimants affected may receive their full final awards as quickly as possible.

2.      The only effect of the Consortium's Motion to Clarify, or in the Alternative, to Reconsider, Pretrial Orders 49 and 50 will be on 78 cases specified in Exhibit "A" (filed under seal), attached to the memorandum.   No other party's interest will be affected by the granting of the Motion.  Thus, the Consortium believes the Motion will be unopposed.

3.      Although the Consortium has noticed hearing of its Motion for the Court's next available hearing date, January 13, 2010 at 9:00 a.m., no actual hearing or oral argument is necessary, and the 78 claimants affected will be able to recover their full final awards more expeditiously if the Court grants the Motion without holding a hearing.  To the extent the Court desires to take up the Consortium's Motion in a hearing, the Consortium requests that the Court do so at the earliest possible setting.

Wherefore, the Consortium respectfully seeks a hearing on an expedited basis of Vioxx Litigation Consortium's Motion to Clarify, or in the Alternative, to Reconsider Pretrial Orders 49 and 50.

Respectfully Submitted,

*/s/ Matthew B. Baumgartner*
JOHN J. McKETTA, III
Texas State Bar ID No. 13711500
BOYCE C. CABANISS
Texas State Bar No. 03579950
MATTHEW B. BAUMGARTNER
Texas State Bar ID No. 24062605
GRAVES DOUGHERTY HEARON & MOODY
A Professional Corporation
401 Congress Avenue, Suite 2200
Austin, TX  78701
Telephone:  (512) 480-5600
Facsimile:  (512) 480-5816

HARRY S. HARDIN III (# 6540)
MADELEINE FISCHER (# 5575)
ERIC MICHAEL LIDDICK (# 31237)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana  70170-5100
Telephone:     (504) 582-8208
Facsimile:     (504) 589-8208

*ATTORNEYS FOR WALTER UMPHREY, JOHN EDDIE WILLIAMS, JR., DREW RANIER, MIKAL WATTS, AND GRANT KAISER ("VIOXX LITIGATION CONSORTIUM").*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on December 17, 2009.

/s/ Matthew B. Baumgartner
MATTHEW B. BAUMGARTNER