UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

## ORDER

After considering the Vioxx Litigation's Motion for Expedited Hearing of the Vioxx Litigation Consortium's Motion to Clarify, or in the Alternative, Reconsider Pretrial Orders 49 and 50:

IT IS ORDERED that the Motion for Expedited Hearing be and is hereby GRANTED;

_____ IT IS FURTHER ORDERED that, because the subject matter of the Vioxx Litigation Consortium's Motion to Clarify, or in the Alternative, Reconsider Pretrial Orders 49 and 50, does not require oral argument, no hearing shall be set.

_____ IT IS FURTHER ORDERED BY THE COURT that the hearing on the Vioxx Litigation Consortium's Motion to Clarify, or in the Alternative, Reconsider Pretrial Orders 49 and 50, be and is hereby set for expedited hearing before the undersigned on the ____ day of December, 2009, at _____ __. m.

NEW ORLEANS, Louisiana, this _____ day of _____, 2009.

_____
United States District Judge