UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX : 
: MDL Docket NO. 1657
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
This document relates to ALL ACTIONS : JUDGE FALLON
: MAG. JUDGE KNOWLES
:

**O R D E R**

Pre-Trial Order 51 directed Philip Garrett, CPA, and members of the Court Appointed Fee Allocation Committee to continue discussions with firms where costs were questioned or not finalized. Discussions have been ongoing, and additional costs have been submitted to the Court and the Claims Administrator for payment.

IT IS ORDERED BY THE COURT that the following reimbursements of common benefit expenses are hereby awarded and should be made now from the Common Benefit Expense Fund:

| Law Firm | Total To Be Reimbursed |
|---|---|
| Lanier Law Firm | $ 13,365.22 |
| Levin Papantonio | $ 8,850.86 |
| Neblett, Beard & Arsenault | $ 25,000.00 |
| Sanders Viener Grossman | $ 2,000.00 |
| Total | $ 49,216.08 |

New Orleans, Louisiana, this  17th  day of    December   , 2009.

_____
Eldon E. Fallon
United States District Court Judge