| | |
|---|---|
| **V2038** | **NOTICE OF ATTEMPTED LIEN**<br><br>(Date of Notice:   /  /    ) |

Pursuant to instructions from the Parties and Article 12 of the Master Settlement Agreement ("MSA"), this Notice is in response to the attempted assertion of a Lien or other claim by a third party relating to the Program Claim of a Vioxx Program Claimant.  This Notice of Attempted Lien is being sent to the third party claimant and to the Primary Counsel representing the Vioxx Program Claimant(s) indicated below, or to a *Pro Se* Claimant directly.

## A.  THIRD PARTY CLAIMANT

**Notice to the Third Party Claimant:** Within **30 days** from the date of this Notice, complete and return this Form to the Claims Administrator.  Make sure you:

   a) Fill out everything you can in this Section A and in Section B that has not been pre-filled.  If any pre-filled information requires correction, make those corrections on this Form.
   b) Identify the specific claim or group of claims as to whom the Lien is asserted against (**Questions 5-11**);
   c) Quantify the amount sought in the claim as to each Vioxx Program Claimant (**Question 12**);
   d) State the basis of the claim and provide a copy of the policy or document on which it is based; and
   e) Attach to this Form a copy of the insurance policy, contract, or other document that you rely upon as the basis of the lien or claim.

**WARNING:  If no response is made to this Notice within 30-days, or if an incomplete response is made, the Claims Administrator will disallow the attempted Lien and not take any other action relating to the attempted Lien.**

| | | | | |
|---|---|---|---|---|
| 1. | **Name of Third Party Claimant** | | | |
| 2. | **Primary Contact** | | | |
| 3. | **Mailing Address** | Street/P.O. Box | | |
| | | City | State | Zip |
| 4. | **Date Claims Administrator Received Attempted Lien** | | | |

## B.  VIOXX PROGRAM CLAIMANT

| | | | |
|---|---|---|---|
| 5. **Claimant Name** <br>(attach separate Excel list if more than one Claimant) | Last | First | Middle |
| 6. **Social Security Number** | | **7. Date of Birth** |   /  /   |
| 8. **Primary Counsel** (if applicable) | | | |
| 9. **Attorney Name** (if applicable) | | | |
| 10. **Primary Counsel Address** (if applicable) | Street/P.O. Box | | |
| | City | State | Zip |

V2038v4
#344950v.4
9/8/08

**EXHIBIT 1**

| **V2038** | **NOTICE OF ATTEMPTED LIEN**<br><br>(Date of Notice:   /  /   ) |
|---|---|

| 11. Check here if this attempted Lien is for an interest in the entire group of claims of the Primary Counsel identified in Question 8: ☐ ||
|---|---|
| 12. Specify the amount claimed as to this Program Claimant or group of Claimants.<br><br>(If individual amounts are sought against a group of Claimants, indicate the amount as to each Claimant in the Excel list attached in response to Question 5.) | |

**C. NOTICE TO PRIMARY COUNSEL OR *PRO SE* CLAIMANT**

Within **30 days** from the date of this Notice, complete and return this Form to the Claims Administrator, stating:

☐   **The Affected Claimant is participating in the Vioxx Private Lien Resolution Program, and this Lien will be resolved as part of that Program.**

☐   **No objection is made to the Lien or claim asserted by this Third Party Claimant and described in this Notice.**

☐   **Primary Counsel and/or the Affected Claimant(s) object(s) to the Lien or claim asserted by this Third Party Claimant and described in this Notice.**

**WARNING:** If no objection is timely made, the Claims Administrator will withhold from Settlement payments the amount claimed by the Third Party Claimant and will pay such amounts to the Third Party Claimant.

V2038v4
#344950v.4
9/8/08