| Third Party Claims Received from Oasis Legal Finance for Vioxx Qualified Program Claimants |||||||||||
|---|---|---|---|---|---|---|---|---|---|---|
| (As of 12/15/09) |||||||||||
| Claimant No. | Date Oasis Claim Attempt Received by BrownGreer | Amount Claimed by Oasis | V2038 Notice of Attempted Lien Sent to Oasis and Primary Counsel | Date of Oasis Response | Date of Primary Counsel Response | Nature of Primary Counsel Response | Payments to Claimant | Payments to Oasis Without Claimant Objection | Date of Invalid Claim Letter to Oasis | BrownGreer Comments |
| **A. No Payments to Oasis by Primary Counsel or BrownGreer** |||||||||||
| 1. | 11/24/08 | $3,153.50 | 3/26/09 | 3/30/09 | None | None | Not due | None | 12/1/09 | BrownGreer sent a notice of invalid claim to Oasis. No amounts paid to Oasis. |
| 2. | 11/24/08 | $2,400.00 | 3/26/09 | 4/6/09 | None | None | Not due | None | 12/1/09 | BrownGreer sent a notice of invalid claim to Oasis. No amounts paid to Oasis. |
| 3. | 11/24/08 | $12,535.00 | 1/26/09 | 1/30/09 | None | None | $37,998.84 | None | 11/20/09 | BrownGreer sent a notice of invalid claim to Oasis. No amounts paid to Oasis. |
| 4. | 11/24/08 | $3,300.00 | 3/26/09 | 3/30/09 | None | None | Not due | None | 12/1/09 | BrownGreer sent a notice of invalid claim to Oasis. No amounts paid to Oasis. |
| 5. | 11/24/08 | $3,450.00 | 1/26/09 | 2/2/09 | 2/5/09 | Accept | Not due | None | 12/1/09 | BrownGreer sent a notice of invalid claim to Oasis. No amounts paid to Oasis. |
| 6. | 11/24/08 | $5,810.00 | 3/25/09 | 4/3/09 | None | None | Not due | None | 12/1/09 | BrownGreer sent a notice of invalid claim to Oasis. No amounts paid to Oasis. |
| 7. | 11/24/08 | $5,775.00 | 3/25/09 | 3/26/09 | None | None | Not due | None | 12/1/09 | BrownGreer sent a notice of invalid claim to Oasis. No amounts paid to Oasis. |
| 8. | 11/24/08 | $23,587.50 | 3/25/09 | 3/31/09 | None | None | $27,331.00 | None | 11/19/09 | BrownGreer sent a notice of invalid claim to Oasis. No amounts paid to Oasis. |
| 9. | 11/24/08 | $8,105.00 | 3/25/09 | 6/10/09 | None | None | $19,765.20 | None | 12/1/09 | BrownGreer sent a notice of invalid claim to Oasis. No amounts paid to Oasis. |
| 10. | 11/24/08 | $12,375.00 | 3/31/09 | 6/10/09 | None | None | Not due | None | 12/1/09 | BrownGreer sent a notice of invalid claim to Oasis. No amounts paid to Oasis. |
| 11. | 11/24/08 | $16,945.00 | 3/4/09 | 3/7/09 | 3/9/09 | Accept | $6,270.93 | None | 12/1/09 | BrownGreer sent a notice of invalid claim to Oasis. No amounts paid to Oasis. |
| 12. | 11/24/08 | $3,161.25 | 3/26/09 | 3/31/09 | None | None | Not due | None | 12/1/09 | BrownGreer sent a notice of invalid claim to Oasis. No amounts paid to Oasis. |
| **B. Payments to Oasis by Primary Counsel; No Payments to Oasis by BrownGreer** |||||||||||
| 13. | 11/24/08 | $11,340.00 | 1/23/09 | 1/30/09 | 1/26/09 | Object | $168,406.67 | None | Moot | Primary Counsel notified BrownGreer that Primary Counsel had paid the Oasis claim. BrownGreer took no action on the Oasis claim. |
| 14. | 6/26/08 | $7,875.00 | 3/25/09 | 3/26/09 | None | None | $237,738.04 | None | Moot | Primary Counsel notified BrownGreer that Primary Counsel had paid the Oasis claim. BrownGreer took no action on the Oasis claim. |

| | Third Party Claims Received from Oasis Legal Finance for Vioxx Qualified Program Claimants ||||||||||
| | (As of 12/15/09) ||||||||||
| Claimant No. | Date Oasis Claim Attempt Received by BrownGreer | Amount Claimed by Oasis | V2038 Notice of Attempted Lien Sent to Oasis and Primary Counsel | Date of Oasis Response | Date of Primary Counsel Response | Nature of Primary Counsel Response | Payments to Claimant | Payments to Oasis Without Claimant Objection | Date of Invalid Claim Letter to Oasis | BrownGreer Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 15. | 11/24/08 | $12,410.00 | 12/13/08 | 12/22/08 | 3/3/09 | Accept | $235,964.80 | None | Moot | Primary Counsel notified BrownGreer that Primary Counsel had paid the Oasis claim. BrownGreer took no action on the Oasis claim. |
| 16. | 11/24/08 | $12,375.00 | 3/19/09 | 3/26/09 | 7/27/09 | Object | $292,626.34 | None | Moot | Primary Counsel notified BrownGreer that Primary Counsel had paid the Oasis claim. BrownGreer took no action on the Oasis claim. |
| 17. | 11/24/08 | $2,475.00 | 1/27/09 | 2/2/09 | None | None | $475,204.55 | None | Moot | Primary Counsel notified BrownGreer that Primary Counsel had paid the Oasis claim. BrownGreer took no action on the Oasis claim. |
| 18. | 11/24/08 | $9,750.00 | 2/25/09 | | None | None | $50,403.50 | None | Moot | Primary Counsel notified BrownGreer that Primary Counsel had paid the Oasis claim. BrownGreer took no action on the Oasis claim. |
| 19. | 11/24/08 | $14,475.00 | 1/27/09 | 2/9/09 | None | None | $44,399.13 | None | Moot | Primary Counsel notified BrownGreer that Primary Counsel had paid the Oasis claim. BrownGreer took no action on the Oasis claim. |
| 20. | 11/24/08 | $7,500.00 | 12/19/08 | 12/29/08 | 12/30/08 | Accept | $74,641.06 | None | Moot | Primary Counsel notified BrownGreer that Primary Counsel had paid the Oasis claim. BrownGreer took no action on the Oasis claim. |
| 21. | 11/24/08 | $9,750.00 | N/A | None | None | N/A | $122,942.20 | None | Moot | Primary Counsel notified BrownGreer that Primary Counsel had paid the Oasis claim. BrownGreer took no action on the Oasis claim. |
| 22. | 11/24/08 | $11,250.00 | 1/6/09 | 1/8/09 | 1/15/09 | Object | $448,932.53 | None | Moot | Primary Counsel notified BrownGreer that Primary Counsel had paid the Oasis claim. BrownGreer took no action on the Oasis claim. |
| 23. | 11/24/08 | $12,375.00 | 12/30/08 | 1/5/09 | None | None | $130,158.01 | None | Moot | Primary Counsel notified BrownGreer that Primary Counsel had paid the Oasis claim. BrownGreer took no action on the Oasis claim. |
| 24. | 11/24/08 | $15,300.00 | 2/18/09 | 2/20/09 | None | None | $55,892.84 | None | Moot | Primary Counsel notified BrownGreer that Primary Counsel had paid the Oasis claim. BrownGreer took no action on the Oasis claim. |

| | Third Party Claims Received from Oasis Legal Finance for Vioxx Qualified Program Claimants ||||||||||
| | (As of 12/15/09) ||||||||||
| Claimant No. | Date Oasis Claim Attempt Received by BrownGreer | Amount Claimed by Oasis | V2038 Notice of Attempted Lien Sent to Oasis and Primary Counsel | Date of Oasis Response | Date of Primary Counsel Response | Nature of Primary Counsel Response | Payments to Claimant | Payments to Oasis Without Claimant Objection | Date of Invalid Claim Letter to Oasis | BrownGreer Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| **C. No Objection by Primary Counsel and Resulting Payments to Oasis by BrownGreer** ||||||||||||
| 25. | 11/24/08 | $12,375.00 | 3/26/09 | 6/10/09 | None | None | $88,625.13 | $4,950.00 | 11/20/09 | Primary Counsel did not object to the Oasis claim. As a result, BrownGreer withheld 40% of the claimed amount from the Claimant's Interim Payment and issued that payment to Oasis. BrownGreer later sent a notice of invalid claim to Oasis. |
| 26. | 6/26/08 | $10,000.00 | 12/31/08 | 1/12/09 | None | None | $75,845.11 | $3,600.00 | 11/20/09 | Primary Counsel did not object to the Oasis claim. As a result, BrownGreer withheld 40% of the claimed amount from the Claimant's Interim Payment and issued that payment to Oasis. BrownGreer later sent a notice of invalid claim to Oasis. |
| 27. | 11/24/08 | $6,000.00 | 12/13/08 | 12/22/08 | 3/31/09 | Accept | $10,755.08 | $2,400.00 | Moot | Primary Counsel did not object to the Oasis claim. As a result, BrownGreer withheld 40% of the claimed amount from the Claimant's Interim Payment and issued that payment to Oasis. Primary Counsel later notified BrownGreer that Primary Counsel had paid the balance on the Oasis claim. |
| 28. | 11/24/08 | $5,775.00 | 2/18/09 | 2/23/09 | None | None | $97,291.05 | $2,310.00 | Moot | Primary Counsel did not object to the Oasis claim. As a result, BrownGreer withheld 40% of the claimed amount from the Claimant's Interim Payment and issued that payment to Oasis. Primary Counsel later notified BrownGreer that Primary Counsel had paid the balance on the Oasis claim. |
| 29. | 11/24/08 | $4,218.75 | 3/26/09 | 3/31/09 | 3/26/09 | Accept | $224,004.69 | $4,218.75 | Moot | Primary Counsel did not object to the Oasis claim. As a result, BrownGreer withheld 40% of the claimed amount from the Claimant's Interim Payment and issued that payment to Oasis. Primary Counsel later notified BrownGreer that Primary Counsel had paid the balance on the Oasis claim. |
| 30. | 11/24/08 | $7,500.00 | 12/13/08 | 12/29/08 | 12/15/08 | Accept | $49,482.47 | $7,500.00 | Moot | Primary Counsel did not object to the Oasis claim. As a result, BrownGreer withheld 40% of the claimed amount from the Claimant's Interim Payment and issued that payment to Oasis. Primary Counsel later notified BrownGreer that Primary Counsel had paid the balance on the Oasis claim. |

| | Third Party Claims Received from Oasis Legal Finance for Vioxx Qualified Program Claimants ||||||||||
| | (As of 12/15/09) ||||||||||
| Claimant No. | Date Oasis Claim Attempt Received by BrownGreer | Amount Claimed by Oasis | V2038 Notice of Attempted Lien Sent to Oasis and Primary Counsel | Date of Oasis Response | Date of Primary Counsel Response | Nature of Primary Counsel Response | Payments to Claimant | Payments to Oasis Without Claimant Objection | Date of Invalid Claim Letter to Oasis | BrownGreer Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 31. | 6/26/08 | $12,375.00 | 1/26/09 | 1/30/09 | 1/28/09 | Accept | $27,133.68 | $12,375.00 | Moot | Primary Counsel did not object to the Oasis claim. As a result, BrownGreer withheld 40% of the claimed amount from the Claimant's Interim Payment and issued that payment to Oasis. Primary Counsel later notified BrownGreer that Primary Counsel had paid the balance on the Oasis claim. |
| 32. | 11/24/08 | $11,250.00 | 12/15/08 | 12/20/08 | 9/23/09 | Accept | $164,272.37 | $11,250.00 | Moot | Primary Counsel did not object to the Oasis claim. As a result, BrownGreer withheld 40% of the claimed amount from the Claimant's Interim Payment and issued that payment to Oasis. Primary Counsel later notified BrownGreer that Primary Counsel had paid the balance on the Oasis claim. |
| 33. | 11/24/08 | $12,375.00 | 1/6/09 | 1/12/09 | 1/7/09 | Accept | $253,739.54 | $12,375.00 | Moot | Primary Counsel did not object to the Oasis claim. As a result, BrownGreer withheld 40% of the claimed amount from the Claimant's Interim Payment and issued that payment to Oasis. Primary Counsel later notified BrownGreer that Primary Counsel had paid the balance on the Oasis claim. |
| 34. | 11/24/08 | $2,062.50 | 1/19/09 | 1/21/09 | None | None | $156,535.56 | $2,062.50 | Moot | Primary Counsel did not object to the Oasis claim. As a result, BrownGreer withheld 40% of the claimed amount from the Claimant's Interim Payment and issued that payment to Oasis. Primary Counsel later notified BrownGreer that Primary Counsel had paid the balance on the Oasis claim. |
| 35. | 11/24/08 | $5,250.00 | 12/12/08 | 12/29/08 | 12/12/08 | Accept | $173,274.17 | $5,250.00 | Moot | Primary Counsel did not object to the Oasis claim. As a result, BrownGreer withheld 40% of the claimed amount from the Claimant's Interim Payment and issued that payment to Oasis. Primary Counsel later notified BrownGreer that Primary Counsel had paid the balance on the Oasis claim. |
| 36. | 6/26/08 | $12,375.00 | 11/17/08 | 1/8/09 | 11/24/08 | Accept | $86,548.38 | $12,375.00 | Moot | Primary Counsel did not object to the Oasis claim. As a result, BrownGreer withheld 40% of the claimed amount from the Claimant's Interim Payment and issued that payment to Oasis. Primary Counsel later notified BrownGreer that Primary Counsel had paid the balance on the Oasis claim. |

| Claimant No. | Date Oasis Claim Attempt Received by BrownGreer | Amount Claimed by Oasis | V2038 Notice of Attempted Lien Sent to Oasis and Primary Counsel | Date of Oasis Response | Date of Primary Counsel Response | Nature of Primary Counsel Response | Payments to Claimant | Payments to Oasis Without Claimant Objection | Date of Invalid Claim Letter to Oasis | BrownGreer Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| **Third Party Claims Received from Oasis Legal Finance for Vioxx Qualified Program Claimants** | | | | | | | | | | |
| **(As of 12/15/09)** | | | | | | | | | | |
| 37. | 11/24/08 | $9,000.00 | 1/7/09 | 1/8/09 | 3/10/09 | Accept | $114,065.25 | $9,000.00 | Moot | Primary Counsel did not object to the Oasis claim. As a result, BrownGreer withheld 40% of the claimed amount from the Claimant's Interim Payment and issued that payment to Oasis. Primary Counsel later notified BrownGreer that Primary Counsel had paid the balance on the Oasis claim. |
| 38. | 11/24/08 | $12,375.00 | 1/23/09 | 1/27/09 | 2/2/09 | Accept | $217,516.92 | $12,375.00 | Moot | Primary Counsel did not object to the Oasis claim. As a result, BrownGreer withheld 40% of the claimed amount from the Claimant's Interim Payment and issued that payment to Oasis. Primary Counsel later notified BrownGreer that Primary Counsel had paid the balance on the Oasis claim. |
| | TOTALS | $350,403.50 | | | | | | $102,041.25 | | |