**BROWNGREER ‖ PLC**

115 South 15th Street, Suite 400
Richmond, Virginia 23219-4209

Direct Dial: (804) 521-7201
Office: (804) 521-7200
Facsimile: (804) 521-7299
obrown@browngreer.com

November 19, 2009

*By Electronic Mail*

Ms. Minerva Fox
Servicing Department
Oasis Legal Finance, LLC
40 N. Skokie Boulevard, 5th Floor
Northbrook, Illinois  60062

     Re:    **Larry Long P-GA-85453**

Dear Ms. Fox:

     We are the Claims Administrator for the Vioxx Resolution Program.  In a letter of October 5, 2009, you asserted a claim for $24,375 against the benefit payment of Larry Long in the Vioxx Resolution Program.  We have examined material you sent us and determined that this claim results from a total of $6,000 in loans you made to Mr. Long, based on an assignment or pledge of his anticipated Vioxx recovery.

     Such an attempted assignment is void.  Section 16.9.1 of the Vioxx Settlement Agreement (approved by the United States District Court for the Eastern District of Louisiana and available on our website at www.browngreer.com/vioxxsettlement) states:

> No right to receive a Settlement Payment may be assigned by a Program Claimant and/or any Enrolling Counsel without the prior written consent of Merck.  Any assignment in violation of this Section 16.9.1 shall be null and void <u>ab</u> <u>inito</u>.

     We have no indication that you received Merck's written consent to Mr. Long's assignment of his right to receive a Settlement Payment in the Program.  As a result, the two "Purchase Agreements" which your claim is based are void and the claim you asserted has no legal basis.  We will not recognize your claim and will take no further action on it.  By copy of this letter, I alert Mr. Long's counsel to the invalid nature of your claim.

#365758

**EXHIBIT 4**

Ms. Minerva Fox
November 19, 2009
Page 2


      Please contact me or have your counsel do so if you have any questions or comments. Because the United States District Court for the Eastern District of Louisiana has exclusive jurisdiction over the Vioxx Settlement Program, any disputes about the enforceability of your loan documents with Mr. Long must be presented to and resolved by that Court.

                                          Sincerely,

                                          Orran L. Brown

OLB/jbb

cc:    Michelle DiMartino, Esquire
        *(by electronic mail)*

#365758