# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE: FALLON<br><br>MAGISTRATE JUDGE: KNOWLES |

**THIS DOCUMENT RELATES TO:**     all Cases

## NOTICE OF APPEARANCE

The undersigned files this Notice of Appearance to be added as counsel of record for Interested Party, Oasis Legal Finance LLC ("Oasis"), in the above-captioned case.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   /s/ Allen C. Miller
        Allen C. Miller, (Bar #26423)
        Canal Place
        365 Canal Street • Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: (504) 566-1311
        Telecopier: (504) 568-9130
        Email: millera@phelps.com

PD.3897821.1

## CERTIFICATE OF SERVICE

I do hereby certify that on this 17th day of December, 2009, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Allen C. Miller