From: The Miller Firm, LLC   To: 18475214380   Page: 13/16   Date: 7/18/2008 9:37:47 AM

07/18/2008 Fri 08:04       Oasis Legal Finance   (847) 521-4315              ID:#101938   Page 14 of 17

## IRREVOCABLE LETTER OF DIRECTION
Sent by Fax to (610) 660-0628 and by US Mail

July 17, 2008

Christopher a. Gomez, Esq.
555 East City Ave
Bala Cynwyd, PA 19004

Dear Christopher a. Gomez,

I, Larry Long, hereby irrevocably direct Christopher a. Gomez or any subsequent attorney(s) and law firms that may represent me, to place an assignment, consensual lien and security interest against any and all of the settlement proceeds due to me from the legal claim(s)/case(s) in which you represent me, after payment of any and all legal fees and reimbursable costs, and to protect and satisfy this assignment, consensual lien and security interest up to the full Oasis Ownership Amount per the Purchase Agreement I have executed with Oasis Legal Finance, LLC, before releasing any funds to me. If any dispute arises over the amount owed Oasis, I instruct you NOT to release any funds to me until that dispute is resolved. If a check is sent in my name, I hereby grant you a limited, irrevocable power of attorney to endorse and deposit my check into your trust account and pay Oasis Legal Finance, LLC, in full, before releasing any funds to me.

I have read the Purchase Agreement and fully understand my obligations. I understand that Oasis has relied on this Irrevocable Letter of Direction to fund the Purchase Agreement, that the purchase price is $3,000.00, and that the Oasis Ownership Amount will increase based on a multiple of the purchase price and the date Oasis receives payment per the Purchase Agreement. In the event that you no longer represent me, I instruct you to provide Oasis with any insurance, attorney or other information requested that will allow it protect its interest and to follow my irrevocable instructions. This letter may be executed in counterparts, each of which shall be deemed an original and all of which shall together constitute on agreement. By signing the acknowledgement below, you acknowledge that this letter is from me and that you comply with this Irrevocable Letter of Direction.

Sincerely,


_____
Larry Long

### ATTORNEY ACKNOWLEDGMENT
*Prior Oasis Loans (A_)*

- I, Christopher a. Gomez, Esq., acknowledge receipt of this Letter from my client.
- My fee agreement is on a contingency basis and there are liens (exclusive of attorneys fees and costs) against the case of approximately $ _6000_, and I will honor my client's irrevocable letter of direction, assignment, consensual lien and security interest, subordinate to attorney fees, costs and appropriate medical liens as per instructions above.
- I fully expect and anticipate that any settlement check will be sent to me from the defendant and/or insurance company, and not to the Plaintiff, and I agree that all disbursements of funds, including plaintiff's share of proceeds, will be through my attorney trust account.
- To the best of my knowledge, Larry Long has NOT received any previous cash advances on his/her legal claim(s), except for the Purchase Agreements dated Feb 27, 2008 and Mar 19, 2008 with Oasis Legal Finance, LLC.
- Without the prior written consent of Oasis Legal Finance, LLC, I will not participate in or acknowledge any future cash advances for Larry Long.

How should we contact your office for case updates?

_____        Cgomez@dichwatbw.com
Christopher a. Gomez, Esq.        E-mail is Preferred (or Fax Number)


339045 0.0 85453 20080717174444        Case ID: P-OA-85453        All Ver. 2.0

**EXHIBIT I**