

Michael J. Miller – VA, MD, DC, PA
Christopher A. Gomez – PA, VA
Gary A. Godard – VA, MD, DC
Bruce D. Burtoff, M.D., J.D – VA, DC, FL, MS
Peter A. Miller – VA
Michele A. DiMartino – PA, NJ
David C. Andersen – DC, CA
David J. Dickens – VA
Brandon Evans – NC

# The Miller Firm
### TRIAL LAWYERS

2 Bala Plaza, Suite 603
Bala Cynwyd, PA 19004

Marcia DePalmo Swartz, R.N., MFS
Jennifer Miller, R.N.
Nancy Leftwich, R.N.
Website: doctoratlaw.com
Telephone: (540) 672-4224
(800) 882-2525
Facsimile: (540) 672-3055

*Of Counsel*
Nancy Guy Armstrong – MS

Monday, October 19, 2009

**VIA FEDERAL EXPRESS**

Oasis Legal Finance, LLC
ATTN: Controller
40 N. Skokie Blvd., 5th Floor
Northbrook, IL 60062

      **Re:** **Larry Long**
           **Case ID: PA-GA-85453**

Dear Controller:

    Enclosed please find check number 1091 in the amount of $12,000.00 which represents the initial repayment to Oasis pursuant to the terms of the Release between Oasis and Larry Long. We also have enclosed signed Release executed by Mr. Long.

    Should you have any questions, please do not hesitate to contact us.

Very truly yours,

THE MILLER FIRM, LLC

Jodi DeStefon

Enclosures
cc: Larry Long

**EXHIBIT J**

From: 7705280902   Page: 2/2   Date: 10/9/2009 2:09:17 PM

10/09/2009 Fri 11:17   From: unknown   Page: 3/3   Date: 10/9/2009 12:13:05 PM   ID: #5044/1   Page 3 of 3

## RELEASE

THIS RELEASE is made and entered into as of _____, 200__, by Larry Long ("Releasor") to and for the benefit of Oasis Legal Finance, LLC and its affiliates (collectively, "Oasis")

WHEREAS, Oasis provided funds (the "Funding") to Larry Long pursuant to that certain Purchase Agreement(s), dated February 27, 2008, March 19, 2008 and July 21, 2008 (the "Agreement");

WHEREAS, Oasis has agreed to accept payment from Releasor in full and complete satisfaction of all obligations of Releasor to Oasis of any kind or nature whatsoever

NOW, THEREFORE, in consideration of the foregoing, and for good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. Recitals. The foregoing preambles and recitations are incorporated into and made a part of this Release.

2. Payment. Concurrently herewith, Releasor shall pay Oasis the total amount of $22,375.00 to be remitted to Oasis in installment payments, the first installment of $12,000.00 to be received by Oasis on or prior to October 20, 2009 and the second installment of $10,375.00 to be received by Oasis on or prior to January 20, 2010, in full and complete satisfaction of any amounts owed to Oasis of any kind or nature whatsoever

3. Release and Indemnity. Releasor and his or her successors, heirs or assigns do hereby remise, release and forever discharge and further agree to indemnify and hold harmless Oasis and its affiliates, parents, subsidiaries, representatives, members, managers, partners, officers, directors, shareholders, employees, agents, successors and assigns from any and all claims, debts, liabilities, demands, liens, obligations, costs, expenses, attorneys' fees, actions, and causes of actions of every nature and kind, whether known or unknown, in connection with or arising out of or claimed from Oasis in connection with the Release or the Funding.

4. Miscellaneous. The rights and obligations provided for in this Release shall continue to inure to the benefit of, or be imposed upon, any successor, heir or assign of any party This Release constitutes and contains the entire Release between the parties concerning the subject matter of this Release, and supersedes any and all prior negotiations, proposed agreements or understandings, if any, between the parties concerning the subject matter or any of the terms of this Release. This Release shall be governed and construed in accordance with the laws of the State of Illinois. This Release may be executed in counterparts, including by facsimile, each of which shall be deemed an original, all of which together shall be deemed one Release. The headings used herein are for convenience purposes only and shall not be used in the construction or interpretation of this Release Oasis does not admit any wrongdoing, liability, or violation of state or federal law.

5. Confidentiality. Releasor will keep the terms, amounts and fact of this release completely confidential and will not disclose any information about this release to anyone other than Releasor's attorney Releasor will inform his attorney(s) of this confidentiality clause and direct them to abide by it

IN WITNESS WHEREOF, the parties have executed and delivered this Release as of the date first written above

Oasis Legal Finance, LLC

By: _____

Releasor

_Larry Long_ (signature)

Larry Long