```
                                                                    FILED
                                                              U.S. DISTRICT COURT
              UNITED STATES DISTRICT COURT               EASTERN DISTRICT OF LOUISIANA
              EASTERN DISTRICT OF LOUISIANA
                                                              2009 DEC 15 PM 4:18

                                             :           MDL NO. 1657
IN RE: VIOXX                                 :                LORETTA G. WHYTE
       PRODUCTS LIABILITY LITIGATION         :           SECTION: L   CLERK
                                             :
                                             :           JUDGE FALLON
                                             :           MAG. JUDGE KNOWLES
```

THIS DOCUMENT RELATES TO:      Geri Stearn only

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Geri Stearn.

IT IS ORDERED that the correspondence be entered into the record. A copy of this correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 11th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman                              Vioxx Claims Administrator
Plaintiff's Liaison Counsel                  P.O. Box 85031
Herman, Herman Katz & Cotlar, LLP            Richmond, VA 23285-5031
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

1

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep__
___ Doc. No.__