Honorable Judge Fallon

I am one of the claimants in the Vioxx case

I am writing to you out of frustration.

I have made numerous attempts to contact my attorney to no avail, therefore I do not know the status of my claim

My attorney is Glenn Zuckerman at Weitz & Luxenberg in NY

I understand that some cases did not make it through Gate

My attorney is negligent in keeping me informed. For example, I called him last Friday and almost 1 week later I have not received any communication.

If possible, please have your law clerk email/tell me the status of my case if possible

Thank you
Geri Stearn
email: gstearn@gmail.com