U. S. DISTRICT COURT
Eastern District of Louisiana
FILED DEC - 4 2009
LORETTA G. WHYTE
Clerk

Supplemental Brief / Appeal De novo / Emergency / Correspondence letter

Motion to Request to Expedite / Mentally Ill / Records / Constitutional Challenge / Enjoin / Amicus Curiae / Brief / New Evidence / Cross-Application / Reconsideration / Notice of Appeal

Case MDL 05-1657
and 06-1493
L(3)

Dear Judge Eldon E. Fallon

I have an address change to 208 s. Harrison Saginaw Michigan 48602 and to expedite via teleconference now call new Chief Sheriff William L. federspiel / Lt. Loomsbury (asian woman) I was put back in the Saginaw County Jail by officers McFadden and Salazar basically "Beat" for dropping letter off to WNEM TV5 Ericka Gonerson and Sam Merrill to report local and national even BET and International TV. St Mary's and Covenant Hospital has other "camera tapes" of security officer (asians, whites, and coloreds) jumping and or defameing me. Sheriff / FBI inmates spys daily talking on shot daughter Chevette Gamble by Brandon Smith and family intent with Andrew Johnson (father and son) then Ms Prince. audio recording to Pacer then I need

(Over)

DEC - 4 2009
TENDERED FOR FILING
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee
Process
X Dktd
X CtRmDep
Doc. No.

(734) 439-2531 Navei FJ0062 and
— Secret Service Protection, B173 TDEK
12 page master Brief coming. Query Edward Earl Thomas

staff attorney, law student (woman) and a public member to be charged for services by the legal aid bureau "which" I am having problem getting "application" even for "Back-up" lawyer(s) as Jeffery Fieger (248) 355-5555, Cornelius Pitts (313) 962-7210, the Riley firm (312) 212-4380, David Skinner and Staci Richards (989) 893-5577, Edmond J. Frost (989) 893-3111, Carl Collins (313) 963-0327, Black Woman Lawyers (312) 554-2088, National Conference of Black Lawyers 1-866-266-5091, Gorrow and Evans (202) 248-5080, Patton and Boggs (202) 457-6315, Urban League (313) 832-4600 and (212) 558-5300 and (202) 265-8200 and Lansing MI, Goldberg and Goldberg (212) 368-0255, Phillips, Cohen (Ericka Keton) DC and Kriendler and Kriendler (212) 687-8181 in Congress DC on Pfizer and "Merck file" Congress for HHS. ACLU (313) 578-6800, Congressional Black Caucus (202) 226-9776, Congressman Carl Levin (202) 224-6222, Congresswoman Debbie Stabenow (202) 224-4822 and Congresswoman Barbara Waters DC, Governor Jennifer Granholm (517) 335-7858 - 1-800-Court TV, Library of Congress (202) 707-5000, 1-800-fed info, then U.S. House and Senate Judiciary Committee's (202) 225-3951 add FRAP 43(a)(1)(2)(3); 43(b); 43(c)(1)(2) and FRAP 47(a)(1)(2); 47(b) and FRAP 3(a)-3(b) and 4(a)-4(b)-4(c). Signed, Edward Earl Thomas 8/1/200 this is pertinent information.



Edward Earl Thomas 081023
208 S. Harrison
Saginaw Michigan
48602

Clerk/Judge
500 Poydras St.
New Orleans LA
70130

SAGINAW MI 486
01 DEC 2009 PM 1

FROM INMATE AT THE
SAGINAW COUNTY JAIL

SEABISCUIT