supplemental brief
appeal Re no vol

correspondence letter

RECEIVED
NOV -9 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Motion to Request on U.S. Mail fraud Time Violation / Third Party / Cross Application / Writ of Error / Newly Discovered Evidence / Jurisdiction / Stay / Oral Argument / Special Subpoena / Omnibus / Relief / Deceased / Reopen / Reinstate / Reconsideration / Amend Response / Reply

Case MDL 05-1657
and 06-01493

Dear Judge Eldon E. Fallon

there was U.S. mail fraud FRAP 4(c) and FRAP 47(b) no appellate, civil, or criminal procedure books or notice of the requirement. may you ask congress for the case for procedural laws then I need to ask judge(s) for another law on mail fraud (reconsideration) for over 1 year 7 month etc, mail was "mail fraud" so I had "no" mail on PTO 31 to see "special master" for "objection" and "the hearing" now I just got order of dismissal today its 10-31-2009 the order was 9-24-2009 on Exhibit B. 1-989-753-3611 phone. Judge Charles R. Breyer MDL 05-1699 and 06-3674 on "appeal" cause of milligan not given the he asked me if I wanted an extension of time I said "No" - a claim upon which relief may be granted fed. R. Civ. P. 12(b)(1) Signed Edward Earl Thomas 11-1-2009

Correspondence letter

Supplemental Brief
Appeal De no do

RECEIVED
NOV 23 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Case MDL05-1657
and 06-1493

Dear Judge fallon

no secret service protection nor U.S. marshall protection untill trial but I do not have congress law procedure I need "Protection now in the Saginaw County Jail the top officials and the FBI Was trying to take me out, my daughter was shot Chevette Gamble I habe not seen her Brandon Smith and company the Johnson's shot her Brandon mother and cousins still look to reshoot her etc. Regina Smith now today on STS bus Saginaw MI. bus system rount 7 colored individual with mask the colored woman refused to ask him to take-off mask he walked-up to me I left then the bus driver woman continued her "manifest". My doctors are being coursed and manifested by the FBI etc "Inuestigate" / now?

Signed
Edward Carl Thomas
11-06-2009



USA FIRST-CLASS FOREVER
Judge Fallon
500 Poydras
New Orleans LA
70130
2300 S. Jefferson #7
Saginaw Michigan
48601

Supplemental Brief
Appeal De novo

RECEIVED
DEC 10 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Motion On Coersion / Manifest / if need Notice of Appeal

Case MDL 05-1657
and 06-1493

Dear Judge Eldon E. Fallon

when I was in jail (non-contest) I now have a swelling in stomach with serious pain I was "poisoned" over and over again. I have an FBI complaint I choose at this time not to sign it cause my daughter Chevelle Gamble was shot and I have not heard from her when Brandon Smith shot her "manifest" on state and FBI. Medication as nafcillin, dicloxacillin, oxacillin, vitamin C and D colon or rectum polyps etc. Product liability 600.2946 (a) Michigan law failure to state a claim upon which relief may be granted subject matter jurisdiction Fed. R. Civ. P12 (b)(1). I am back in jail officer McFadden and Salazar manifest

Signed,
Edward Earl Thomas
11-7-2009

This is pertinent information.

Edward Earl Thomas
11-9-2009
11-25-2009

#1

Case MDL 05-1657 and 06-1493

Claim of appeal

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF SAGINAW

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiffs,

File Nos. 06-028314-FH-2
08-030238-FH-2

v.

EDWARD EARL THOMAS,

Defendant.
______________________________/

**OPINION AND ORDER OF THE COURT**

At a session of said Court, held at the Court House in the City of Saginaw, County of Saginaw, and State of Michigan, this 13th day of August, 2009;

**PRESENT: HONORABLE ROBERT L. KACZMAREK**, Circuit Judge

This matter comes before the Court from Defendant's letters, stamped as received May 4, 2009, titled "Motion Error / Correction / Manifest."

Defendant's letters refer to an appeal and contain file numbers referring to the two above cases. The disorganized nature of the letters prevents the Court from arriving at a clear understanding of the nature of the relief sought.

The letters do not expressly identify which ruling of this court he seeks to appeal. Nor is it entirely clear what court system, state or federal, to which Defendant seeks to appeal as he cites a statute referring to an appeal under the United States Code. Regardless of what Defendants' intent may be, insofar as the letters ask permission of this court to appeal a matter, that request is unnecessary. No permission or certificate from this Court is required to pursue an appeal.

In the event these letters concern a federal habeas corpus matter, this Court has no involvement in that process. As previously stated in the Court's letter of April 27, 2009 to Defendant, federal habeas corpus petitions should be sent to federal courts and not this Court. This Court has already ruled on the habeas corpus documents to the extent they could be considered under Michigan law and also treated another letter as a Motion for Reconsideration. Again, Defendant is free to appeal those rulings.

A TRUE COPY
Susan Kaltenbach, Clerk

The letters also refer to civil cases against Merck and Pfizer allegedly seeking 2.7 billion dollars in damages. To the Court's knowledge, Defendant's 10th Circuit Court civil cases against Merck (file no. 05-058876-NP) and Pfizer (file no. 06-059345-NP) were both removed to federal court. As previously stated in the Court's letter of April 27, 2009 to Defendant, the Court has no involvement with those cases.

The letters also contain complaints against Saginaw County Jail personnel. As previously stated in the Court's letter of April 27, 2009 to Defendant, the Court has no involvement in the administration of the Jail.

To the extent the letters might concern one of his criminal cases assigned to this Court, Defendant may wish to contact his attorney to discuss whatever relief he may be seeking. Defendant may contact his attorney for file no. 06-028314-FH at:

Michael J. Sovansky
2475 Midland Road
Saginaw, MI 48603

Defendant may contact his attorney for the pending criminal charges in file nos. 08-030238-FH; 09-032588-FH; & 09-032612-FH at: and 09-006835-FY (Dismissal)

William D. White
804 S. Hamilton Street
Saginaw, MI 48602

Accordingly, the Court **DENIES** any relief with regard to Defendant's letters titled "Motion Error / Correction / Manifest."

**It is so ordered.**

ROBERT L. KACZMAREK
Circuit Judge
10th Judicial Circuit

Dated: August 13, 2009.

Consumers Power
Judge Sharon L. Feldman
Case No. U-16045
Detroit Edison Company
Judge Mark E. Cummins
Case No U 16047

Edison Bell
Case No U-16020
Michigan Public Service
P.O. Box 30221
Lansing MI 48909
FRAP 4(c) mail fraud

Signed,
Edward Earl Thomas
11-25-2009

#1

JANES STREET ACADEMIC COMMUNITY HEALTH CENTER

HEALTH DELIVERY INC.

1522 Janes St.
Saginaw, MI 48601-1819
Phone (989) 755-0316
Fax (989) 755-0956

David R. Gamez, R.N., M.A.
PRESIDENT AND CEO
Brenda Coughlin, M.D.
MEDICAL DIRECTOR
Robert Dennison, D.D.S.
DENTAL DIRECTOR

Administration Office
3605 Davenport
Saginaw, MI 48602
Phone (989) 792-8751
Fax (989) 792-2570

March 17, 2006

Case MDL 05-1657 and 06-1493

Dear Mr. Edward E. Thomas:

I have received your Amendment Request Form. Under the Health Information Portability and Accountability Act, (HIPAA) you have the right to request a correction or omission that you feel should be included in your medical record. The law states that you must request the correction in writing, and requires that the amendment be reviewed by the health care facility. The amendment may or may not be included in the record, based on the results of the investigation and at the discretion of Health Delivery Inc., (HDI).

You have verbally requested information regarding the medication, Celebrex, on several occasions. A thorough review of your medical record was completed by multiple parties and has not revealed a time period where it was prescribed to you or given to you in the form of samples. Therefore, we are unable to add this information to your medical record.

To give you a better understanding of how we arrived at this conclusion, it is important to understand how medication is documented in the medical record, and how our sample log is kept. When a patient is seen by a provider and prescribed medication or given samples, the information is recorded both on the progress note for that visit, and written on the medication list, if it is a chronic medication. Additionally, a copy of the prescription or sample is stapled to the patient's progress note. There is no mention of Celebrex on any of your progress notes, your medication list or stapled to your progress notes.

We do not keep sample inventory logs longer than one year, so we cannot utilize that as a source of verification. These inventory logs and copies of sample prescriptions are shredded and therefore, we cannot give you a statement stating that this particular medication was available as a sample during the year of 2003 or before. Because your last visit to our office was in 2003, there is no need for us to search recent prescription logs.

Initially, in phone conversations with the Center Manager at Ruffin, you were only looking for information regarding Celebrex. However, your request for amendment states that you are looking for dates that the medication, Bextra, was given to you, as well.

After review of your chart for this medication, **we find that you were prescribed a one-time sample of Bextra, 10 mg. You were given 12 tablets that you were to take once, daily, on 12/10/02.** That is the only time you were ever given Bextra or Celebrex at any of our health centers. This information is already in your medical record, so there is no need to amend it or add it.

I hope this information is helpful to you. If you have any additional questions, you may contact me at (989) 907-2715.

Sincerely,

Deborah A. Maddox

Deborah A. Maddox, B.S., R.H.I.T.
Health Information Manager/Privacy Officer

Signed,
Edward Earl Thomas
11-9-2009
11-25-2009



#2

HDI HEALTH DELIVERY INC.

# GREEN SHEET

Name Edward Thomas Date 1/16/06
Telephone No Phone Birth Date 3/8/67 Initial LMS
Health Care Provider ____ Call Received ____
Insurance ____ AM/PM ____

**REASON FOR CALL:**
Nurse ( )
Test Results ( )
Medication Refill ( )
Returning Call ( )
Referral ( )
Home Care/Nursing Home ( )
Pharmacy Request ( )

1. **CHIEF COMPLAINT or CONCERN** Mr. Thomas is a former patient at Roosevelt Ruffin Health Center. He was terminated from all HDI sites in December 2003 for non-compliance regarding narcotic use, recurring narcotics from other providers and inappropriate use of the ER. Patient was calling today because he states Dr. Burlanga prescribed him Celebrex

2. **RESOLUTION:** and that he had a heart attack and now needs the records of taking Celebrex sent to his new physician Dr. McClure. After looking thoroughly in his chart, I was unable to find any documentation that he was ever given Celebrex by our physicians. Patient had requested the same info back in Sept 2005 and Lisa Burrell, Clinical Services Director, had not found any info regarding the use of Celebrex. Mr. Thomas was told

**DISPOSITIONS:** ☐ Appointment ____
☐ Advice ☐ 911 ☐ ER ____ ☐ Physician Call Back
☐ Patient Call Back if S/S Increase (or No Improvement) for ☐ Appointment ☐ Advice
Instructions Accepted: Yes ☐ No ☐
Noncompliance Warning Yes ☐ ____

Last Visit ____
**Last Filled / Medication Refill** **Pharmacy** ____

PHARMACY CALLED
INITIALS

this and he states that we did give him Celebrex and wants to know why it is not documented. I once again explained that we have not prescribed the Celebrex and Mr. Thomas began to ask for names of our CEO, Medical Director and Medical Records Director. He wants us to find Dr. Burlanga and ask him why he never →

#3

documented giving the patient Celebrex. I told him that I am unaware of where Dr. Burlanga is and he told me someone knows & needs to find him. He also asked to have the last 5 visits along c̄ the meds prescribed & a copy of this termination letter faxed to Dr. McClure. There was a recently signed release to Dr. McClure in chart. As far as the info regarding Dr. Burlanga's whereabouts, that would need to be requested TO Lisa Burnell, Clinical Services Director. I asked Mr. Thomas where he could be reached and he said he ~~has~~ [illegible] does not have a phone. During the course of the day, Mr. Thomas called me 5 times to ask me the same information, I told him I would let Lisa Burnell know the situation and have her call him but he states he cannot be reached. I did also fax the info he requested to Dr. McClure. Lisa Burnell was made aware of the situation.

L. Seman RN
Nurse/Center Mgr.

Signed:
Edward Carl Thomas

11-9-2009
11-25-2009

Edward Earl Thomas 081023
208 s. Harrison
Saginaw Michigan
48601

Tony / Mental Health

$ 00.53

PRESORTED FIRST CLASS, 12-02-2009

U.S. MAIL

Judge fallon / Clerk
500 Poydras st
New Orleans LA
70130

70130$3319