UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 DEC 17 PM 1:07

LORETTA G. WHYTE
CLERK

|   |   |   |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|       PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|   | : |   |
|   | : | JUDGE FALLON |
|   | : | MAG. JUDGE KNOWLES |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO:**     *Thomas v. Merck & Co., Inc.*, Case No. 06-1493

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Edward Earl

Thomas. IT IS ORDERED that the correspondence be entered into the record. However,

pursuant to Rec. Doc. 25252, Mr. Thomas is prohibited from filing anything in this case without

prior Court approval. Accordingly, the Court will construe the attached correspondence as

motions for leave to file. IT IS ORDERED that the motion for leave to file is GRANTED to the

extent that this correspondence represents a notice of a change of address, only. IT IS

FURTHER ORDERED that the motion for leave to file is DENIED to the extent that the

remainder of the correspondence constitutes the same type of frivolous and repetitive filings that

this Plaintiff has previously been prohibited from submitting without prior Court approval.

New Orleans, Louisiana, this 30th day of October, 2009.

UNITED STATES DISTRICT JUDGE

Fee _____
Process _____
x /Dktd _____
✓ CtRmDep _____
Doc. No. _____

1