## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Patricia Battle for the Estate of Arthur Battle, Sr., Ashley Burtch for the Estate of Doris Paciorek; Eddie Callaway, individually and for the Estate of Paul Callaway; Rita Carineo, individually and forthe Estate of Alex Carineo; Virginia Channel, individually and for the Estate of Jimmy Channel; Willie Christmas for the Estate of Gussie Brown; Rita Clark for the Estate of Donald Printy; Wendy Conner for the Estate of Ronald George Conner; Lilly Crow for the Estate of Jimmy Lee Crow; Janette Davila for the Estate of Anna Rexach; Beatrix Dixon, individually and for the Estate of Kelly Dixon; Marsha Farris, individually and for the Estate of Joe Carl Farris; Sheri Gilford for the Estate of Olivia Boler; James Goudlock, individually and for the Estate of Mary Goudlock; Linda Hornick for the Estate of Fred Hornick, Sr.; Cora Johnson for the Estate of Jerome Johnson; Sharon Johnson for the Estate of Delores Chastine; Betty Keslar, individually and for the Estate of Melvin Keslar; Archie Lewis, individually and for the Estate of Linda Lewis; Sandra Mason for the Estate of Frances Vickery; Paula McCready, individually and for the Estate of Michael Davis McCready; Teresa Miles McCurry for the Estate of Leonard Miles; Dora Muntford, individually and for the Estate of Jimmy Muntford; and Ashley Obear, individually and for the Estate of George Obear,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　Defendant(s). | DOCKET NO. **2:06-cv-06445-EEF-DEK**<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to *Rule 41(a)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiff Willie Christmas, individually and as representative of the Estate of Gussie Brown, against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____
Turner W. Branch
BRANCH LAW FIRM
Attorneys for Plaintiffs
2025 Rio Grande Blvd. NW
Albuquerque, NM 87104
(505) 243-3500 Telephone
(505) 243-3534 Facsimile

Dated: 2-12-0¥

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 12-17-09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of December, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.