UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**   *Martha Alvarado, et al. v. Merck & Co. Inc.*, Case No. 06-5980 (as to Larry Long only)

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Larry Long. IT IS ORDERED that the correspondence be entered into the record. IT IS FURTHER ORDERED that a copy of this correspondence shall be forwarded to liaison counsel to take any action that they deem necessary. IT IS FURTHER ORDERED that the Miller Law Firm should be prepared to respond to the Plaintiff's allegations at the show cause hearing scheduled for Monday, December 21, 2009, at 9:00 a.m.

New Orleans, Louisiana, this 15th day of December, 2009.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Larry Long
3147 Brighton Pass
Conyers, GA 30094



1

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Oasis Legal Finance
40 N. Skokie Blvd., Ste. 500
Northbrook, IL 60062