November 29, 2009

# U.S. District Court
# Eastern District of Louisiana

### Section L - Judge Eldon E. Fallon
500 Poydras Street
Room C456
New Orleans, LA  70130

Dear Honorable Judge Fallon,

Re:   LARRY LONG, VIOXX GLOBAL SETTLEMENT
      Hardship Emergency Case Evictions, Kideny Dialysis, Heart and Legally Blind
      Representing Law Firm
         Miller Law Firm Attorne, Michele DiMartino
         2 Bala Plaza suite 603
         Bala Cynwyd, Pa  19004

Subject:   Disagreements and Complaint regarding Miller Law Firm conduct and Oasis Legal Finance, LLC  (847) 521-4372F: 847-521-4391  <u>Case#Payoff for Larry Long Case P-GA-85453- $23,587.50–</u>

*We are writing Judge Fallon because we have numerous problems and disagreements with our Miller Law firm.  They have not been protected and represented us according to the Merck Vioxx Settlement.*

\*Oasis Legal Finance has charged us excessive high rate interest on a loan.

\*Oasis Legal Finance has not gotten permission from MERCK –See Section16.9. No Third Parties Beneficiaries; Assignment

\* Oasis Legal finance has charged us a excessive rate not permitted by state or federal law.

on faxing, Fed Ex, UPS stamps and copying papers. We had to personally get documents and the final statement in March of 2009 after receiving a denial from the Gates Committee. The Miller Law firm, Di Martino gave us a hard time about getting an extension on turning in Dr. Dunnaway Letter regarding Larry Long stroke of 2001.

5. The Miller Law firm attorney on many occasion will not speak to the Longs, they have their paralegal, Jody answer the question and on very few occasion will the Attorney Di Martino call back. Previously Attorney Gomez would return the calls.
6. The Miller Law firm gave Oasis Financial company an estimate value of our case to figure how much to loan us. The Miller firm said it value at $80,000. The broker Gpal said that was on the paper work faxed to him and Oasis Finance.

Section 15.1.   Program Claimant Confidential Information

Any personal records or other personal information provided by or regarding a Program Claimant pursuant to this Agreement, and the amount of any payments and/or awards made to Enrolled Program Claimants under this Agreement (such amount information, "Award Information"), shall be kept confidential by the Parties and, in the case of Award Information, such Program Claimant (and his Executing Derivative Claimants) and his Counsel, and shall not be disclosed except (i) to appropriate Persons to the extent necessary to process Program Claims or provide benefits under this Agreement, (ii) as otherwise expressly provided in this Agreement, (iii) as may be required by law or listing agreements, (iv) as may be reasonably necessary in order to enforce, or exercise Merck's rights under or with respect to, such Program Claimant's Enrollment Form, Release, Dismissal With Prejudice Stipulation or Future Evidence Stipulation or (with respect to such Program Claimant (and/or his Executing Derivative Claimants) or his Counsel) this Agreement or (v) to the immediate family members, counsel, accountants and/or financial advisors of such Program Claimant, if any (each of whom shall be instructed by such Program Claimant, upon such disclosure, to maintain and honor the confidentiality of such information). All Program Claimants shall be deemed to have consented to the disclosure of these records and other information for these purposes.

7. Miller Law firm did not file our profile for vioxx claim correctly and refused to make correction, did not submit finding to Special Masters or advise us to this would be in our best interest. They lost interest in thir clients, the Longs.

We would like our money recovered. The interest rate is outrages and Miller Law Firm does not have our best interest. Our case should have been sent to the Special Masters for evaluation. We did not receive the service from Miller firm. We trusted Miller to protect and represent us in a fair and knowledgeable way. Please note our address change and phone numbers
Sincerely,

Larry Long
Debra Long 3147 Brighton Pass Conyers, GA 30094  678 542-5347
Nia0003@yahoo.com