## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

Lydia Martinez; Chuck McCoy; Rachael K.
Gage;George Rosner; Gail Blevins,
individually and for The Estate of George
Blevins; Angela Baca; Steve Baca; Clara
Bass; Harold Bass; Pearl Garcia;
George Garcia; Thomas Meeker; Isela
Meeker; Lou Ann Montano; Sikui Montano;
Seymour Morse; Marian Kanatick; Carolyn
Myers; John Edwards Myers; James
Singleton; Kathy Stiltner; Tommy Stiltner;
Ernest Paul Zih; Wynonia Williams; Don
Williams; Robert Thompson; Joann Vaughn;
Lois Schumate; Doreen Shaheed; Shiela
Buettner; Max Buettner; Henry Chavez;
Margaret Chavez; Charles Collins; Hattie
Collins; Kim Edwards; Diana Esparza;
Ernest Esparza; Gwendolyn Galloway;
Luisa Garcia; Bobby Garcia; Laura Gurule;
Lauriano Gurule; Oliver Carine Hale; Karen
Hale; Arthur Hatfield;Vickie Lynn Hatfield;
Kenny King; Julia King; Gloria B. Leist;
Donald Leist; Rose Martinez; Ross
Martinez; Derald McPherson; Genevia
McPherson; Seymour Nass; and Paula Nass,

       Plaintiff(s),

v.

MERCK & CO., INC.,

       Defendant(s).

DOCKET NO. **2:07-cv-04157-EEF-DEK**

### STIPULATION OF DISMISSAL
### WITH PREJUDICE
### AS TO ALL DEFENDANTS

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the

undersigned counsel hereby stipulate that all claims of Plaintiff Chuck McCoy, against

defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with

prejudice, each party to bear its own costs.

Turner W. Branch
BRANCH LAW FIRM, L.L.P.
Attorneys for Plaintiffs
808 Travis, Suite 1553
Houston, TX 77002
(505) 243-3500 Telephone
(505)243-3534 Facsimile

Dated: _____

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 12-7-09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of December, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.