UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibits A through D. | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

*************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Renewed Motion, Rule and Incorporated Memorandum for an Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Material Non-Compliance With The Discovery Requirements of PTO 28 (R. Doc. 24266 came on for hearing on the 3rd day of December, 2009. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the claims of all plaintiffs on Exhibit A be and they hereby are dismissed with prejudice;

**IT IS FURTHER ORDERED** that the motion is deferred as to the claims of all plaintiffs on Exhibit B until January 7, 2010 at 9:00 a.m.;

**IT IS FURTHER ORDERED** that, for the reasons orally assigned on October 29, 2009, the motion as to the plaintiff on Exhibit C has been converted to a motion under Rule 56, that motion has been granted, and summary judgment in favor of Merck is hereby entered on all claims; and

**IT IS FURTHER ORDERED** that, for the reasons orally assigned on October 29, 2009, the motion as to the plaintiff on Exhibit D has been converted to a motion under Rule

1001932v.1

25(a), that motion is deferred until January 27, 2010, and the claim shall be subject to dismissal if no substitution of a proper party has been made prior to January 27, 2010.

NEW ORLEANS, LOUISIANA, this 17th day of December, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1
1001932v.1

**Exhibit A**
*Renewed Motion-PTO 28 Non-Compliance*
*\*Dismissed with Prejudice*

|   | Last Name | First Name | Primary Counsel | Short Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | Pierre | Edele | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 2. | Tydus | Kathryn | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |

1001933v.1

**Exhibit B**
*Renewed Motion-PTO 28 Non-Compliance*
*(Cellino & Barnes)*
*\*Defer until 1/7/2010*

|  | Last Name | First Name | Primary Counsel | Short Caption | Docket Number |
|---|---|---|---|---|---|
| 3. | Adams | Mary | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 4. | Albright | Ann | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 5. | Allen | Marie | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 6. | Blankenship | Donald | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 7. | Brown | Dianne | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 8. | Butterfield | Myrtle | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 9. | Byrd | Deborah | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 10. | Carmen | Joan | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 11. | Carroll | John | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 12. | Desormeau | Margaret | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 13. | Eddy | Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 14. | Estep | John | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 15. | Farnsworth | Wilson | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 16. | Greeley | Judith | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 17. | Habecker | Linda | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 18. | Mayeu | Michael | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 19. | McMurray | Scott | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 20. | McPhaden | Arleen | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 21. | Melton | Roberta | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 22. | Negron | Myriam | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |

823840v.1
1001933v.1

|     | **Last Name** | **First Name** | **Primary Counsel** | **Short Caption** | **Docket Number** |
|-----|---------------|----------------|---------------------|-------------------|-------------------|
| 23. | Rarick        | Kenneth        | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 24. | Schultz       | Barbara        | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 25. | Shahid        | Marge          | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 26. | Steerman      | Gladys         | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 27. | Webb          | Carol          | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 28. | Weese         | Roxana         | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |

3

**Exhibit C**
*Renewed Motion-PTO 28 Non-Compliance*
*(Cellino & Barnes)*
*\*Judgement Pursuant to FRCP Rule 56*

|  | Last Name | First Name | Primary Counsel | Short Caption | Docket Number |
|---|---|---|---|---|---|
| 29. | McDaniels | Asa | Cellino & Barnes, P.C. | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |

4

**Exhibit D**
*Renewed Motion-PTO 28 Non-Compliance*
*(Cellino & Barnes)*
**Subject to FRCP Rule 25 Dismissal/Deferred until 1/27/2010*

|  | **Last Name** | **First Name** | **Primary Counsel** | **Short Caption** | **Docket Number** |
|---|---|---|---|---|---|
| 30. | Edwards | June | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |

5