**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibit A. | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

*********************************************************************

## ORDER

      Defendant Merck & Co., Inc.'s Second Motion, Rule and Incorporated

Memorandum for an Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice

For Material Non-Compliance With The Discovery Requirements of PTO 28 (R. Doc. 24269)

came on for hearing on the 3rd day of December, 2009.  For the reasons orally assigned, the

Court enters judgment as follows:

      **IT IS ORDERED** that the motion is deferred as to the claims of all plaintiffs on

Exhibit A until January 7, 2020 at 9:00 a.m.

      **NEW ORLEANS, LOUISIANA**, this  17th  day of December, 2009.

 

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**
*PTO 28 Material Non-Compliance No. 2*

*Deferred Until January 7, 2010*

|     | **Plaintiff** | **Plaintiff's Counsel** | **Case Caption** | **Case Number** |
| --- | --- | --- | --- | --- |
| 1. | Amiss, Louise H | Cellino & Barnes, P.C. | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 2. | Barrett, Jacqueline | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 3. | Barrett, Janet F | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 4. | Carter, James A | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 5. | Donahue, James J | Cellino & Barnes, P.C. | Donahue, James J. v. Merck & Co., Inc. | 2:06-cv-01206-EEF-DEK |
| 6. | Mertz, Charles R | Cellino & Barnes, P.C. | Monte, John v. Merck & Co., Inc. | 2:06-cv-01167-EEF-DEK |
| 7. | Mietlowski, Alan D | Cellino & Barnes, P.C. | Coles, Patti v. Merck & Co., Inc. | 2:07-cv-02936-EEF-DEK |
| 8. | Miller, Charlene | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 9. | Miskho, Brian W | Cellino & Barnes, P.C. | Miskho, Brian v. Merck & Co., Inc. | 2:06-cv-01159-EEF-DEK |
| 10. | Plambeck, Richard G | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 11. | Reilly, James A | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 12. | Sackett, Marlo R | Cellino & Barnes, P.C. | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| 13. | Walker, Renee | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 14. | Werner-Vecellio, Paula R | Cellino & Barnes, P.C. | Werner Vecellio, Paula v. Merck & Co., Inc. | 2:06-cv-03900-EEF-DEK |