## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on the attached Exhibit A | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

*************************************************************************

### ORDER

Defendant Merck & Co., Inc.'s Fourth Motion and Incorporated Memorandum to Dismiss Non-Submitting Program Claimants' Cases (R. Doc. 27549) came on for hearing on the 3rd day of December, 2009. For the reasons orally assigned, the Court entered judgment as follows:

**IT IS ORDERED** that the claims of all plaintiffs on Exhibit A be and they hereby are dismissed with prejudice.

**NEW ORLEANS, LOUISIANA**, this 17th day of December, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1001938v.1

**Exhibit A**
**(Fourth Motion to Dismiss NSPC Claimants)**

|   | VCN | Primary Counsel | Claimant Name | Current Deficiencies | Derivative Claimant Name | Case Caption | Docket Number | Status |
|---|---|---|---|---|---|---|---|---|
| 1. | 1100777 | Shelton & Associates, P.A. | Davidson, Dana | Missing stipulation | | John Allen et al. v. Merck & Co., Inc. | 2:07-cv-09600 | NSPC |
| 2. | 1100973 | Shelton & Associates, P.A. | Houston, Earl | Missing stipulation | | Neal Anderson et al. v. Merck & Co., Inc. | 2:07-cv-09608 | |
| 3. | 1100788 | Shelton & Associates, P.A. | Meredith, Jennifer | Missing stipulation | | Jennifer Meredith et al. v. Merck & Co., Inc. | 2:07-cv-09609 | NSPC |

Exhibit A

Page 1 of 1