UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Gladys Amadis Rosario, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Isaura Mendez Lorenzo, individually and* | * | |
| *on behalf of Felicita Lorenzo Nieves,* | * | |
| *Juan Mendez, Nilda Mendez, Benjamin* | * | |
| *Mendez, Carmen Mendez, Amelia* | * | |
| *Mendez, and Efrain Mendez* | * | |
| | * | |
| | * | |
| *Docket No. 2:05-cv-06234* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Isaura Mendez Lorenzo, individually and on behalf of Felicita Lorenzo Nieves, Juan Mendez, Nilda Mendez, Benjamin Mendez, Carmen Mendez, Amelia Mendez, and Efrain Mendez, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 17th day of December, 2009.

_____
DISTRICT JUDGE