UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX PRODUCTS<br>         LIABILITY LITIGATION<br><br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**JOINT DESIGNATION OF RECORD ON APPEAL**

Appellants, Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser (the Vioxx Litigation Consortium or "VLC"), Douglas A. Allison, Jack Modesett III, and Certain Vioxx Claimants Subject to the District Court's Fee-Capping Order (the "Appellees") jointly submit this Joint Designation of Record on Appeal and request that the following items be contained in the record for appeal:

1. PTO 32 Appointing Allocation Committee (Rec. Doc. No. 13007);

2. Order of January 14, 2008 (appointing Patrick Juneau as Special Master) (Rec. Doc. No. 13228);

3. Minute Entry for July 17, 2008 (Rec. Doc. No. 15362);

4. Minute Entry for August 20, 2008 (Rec. Doc. No. 15674);

{N2083692.4}                              1

5. Order and Reasons of August 27, 2008 (Rec. Doc. No. 15722);

6. Motion for Reconsideration/Revision and Memorandum in Support (Rec. Doc. No. 17395);

7. Order and Reasons of December 19, 2008 (appointing Tulane) (Rec. Doc. No. 17517);

8. Transcript of December 19, 2008 Status Conference (Rec. Doc. No. 17547);

9. Motion for Reconsideration of Appointment Order (Rec. Doc. No. 17562);

10. Order of December 29, 2008, Denying Motion for Reconsideration of Appointment Order (Rec. Doc. No. 17566);

11. Motion for Reconsideration/Revision (Douglas Allison) (Rec. Doc. No. 17588);

12. Order of USCA of December 31, 2008, Staying Appointment Order (Rec. Doc. No. 17599);

13. Order of USCA of January 5, 2009, Granting Tulane Leave to File Amicus Response (Rec. Doc. No. 17600);

14. Order of USCA of January 9, 2009, Granting VLC Leave to Reply to Tulane's Amicus Response (Rec. Doc. No. 17632);

15. Order of USCA of January 23, 2009, Denying Petition for Writ of Mandamus (Rec. Doc. No. 17676);

16. Order of January 30, 2009, Requiring Notice of Tulane Appointment to Clients (Rec. Doc. No. 17682);

17. Affidavit of Harry Hardin Complying with Order and Reasons of December 19, 2008 (Rec. Doc. No. 17684);

18. Order of March 5, 2009 (briefing and communication by Tulane) (Rec. Doc. No. 17912);

19. Opposition to Motion for Reconsideration/Revision (Rec. Doc. No. 18016);

20. VLC's Supplemental Submission in Support of Motion for Reconsideration/Revision (Rec. Doc. No. 18133);

21. Affidavit of Mikal C. Watts Complying with Order and Reasons of December 19, 2008 (Rec. Doc. No. 18153);

22. Reply to Opposition to Motion for Reconsideration/Revision (Rec. Doc. No. 18176);

23. Minute Entry for April 7, 2009 (Rec. Doc. No. 18182);

24. Order and Reasons of August 3, 2009 (Rec. Doc. No. 21545);

25. Motion for Certification Under 28 U.S.C. § 1292(b) and Under Rule 54(b) (Rec. Doc. No. 22132);

26. Motion for Expedited Consideration on Motion for Certification (Rec. Doc. No. 22133);

27. Order of August 18, 2009, Denying Expedited Consideration (Rec. Doc. No. 22395);

28. Opposition to Motion for Certification (Rec. Doc. No. 23122);

29. VLC's Notice of Appeal (Rec. Doc. No. 23149);

30. Notice of Appeal (Douglas Allison) (Rec. Doc. No. 23227);

31. Notice of Appeal (Douglas Allison) (Rec. Doc. No. 23245);

32. Reply to Opposition to Motion for Certification (Rec. Doc. No. 23518);

33. VLC's Objection to Variance Procedure (Rec. Doc. No. 23778);

34. Objection to Variance Procedure (Douglas Allison) (Rec. Doc. No. 23819);

35. Order of September 16, 2009, Denying Motion for Certification (Rec. Doc. No. 23870);

36. VLC's Amended Notice of Appeal (Rec. Doc. No. 23911);

37. Transcript of January 22, 2009, Status Conference (Rec. Doc. No. 24466);

38. Transcript of February 10, 2009, Status Conference (Rec. Doc. No. 24467); and

39. Transcript of April 7, 2009, Oral Argument on Motion for Reconsideration (Rec. Doc. No. 24468).

<u>Additionally</u>, Appellants, Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser (the Vioxx Litigation Consortium or "VLC"), Douglas A. Allison, and Jack Modesett III separately request that the following item be contained in the record for appeal. <u>Appellees object to and do not join in the request for the following document only</u>:

40. Transcript of December 3, 2009, Status Conference (not yet transcribed).

Respectfully submitted,

*s/ Eric Michael Liddick*

HARRY S. HARDIN III (# 6540)
MADELEINE FISCHER (# 5575)
ERIC MICHAEL LIDDICK (# 31237)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana  70170-5100
Telephone:   (504) 582-8208
Facsimile:   (504) 589-8208

and

JOHN J. MCKETTA (Tex. Bar 13711500)
BOYCE C. CABANISS (Tex. Bar 03579950)
MATTHEW B. BAUMGARTNER
  (Tex. Bar 24062605)
Graves Dougherty Hearon & Moody,
  A Professional Corporation
401 Congress Avenue, Suite 2200
Austin, Texas 78701
Telephone:   (512) 480-5600
Facsimile:   (512) 480-5816

*Attorneys for Appellants, John Eddie Williams, Jr., Drew Ranier, Walter Umphrey, Mikal Watts, and Grant Kaiser (the "Vioxx Litigation Consortium")*

*s/ Douglas A. Allison*

DOUGLAS A. ALLISON (Tex. Bar No. 01083500)
Law Offices of Douglas A. Allison
403 N. Tancahua Street
Corpus Christi, Texas 78401
Telephone:   (361) 888-6002
Facsimile:   (361) 888-6651

*Attorneys for Appellants*

*s/ Jack Modesett III*

JACK MODESETT III (Tex. Bar No. 14244337)
500 N. Water Street, Suite 1200
Corpus Christi, Texas 78471
Telephone:   (361) 887-6449

>Facsimile:   (361) 885-7983
>
>*Attorneys for Appellants*
>
>*s/ Stacy Seicshnaydre*
>STACY SEICSHNAYDRE (# 22193)
>TULANE LAW CLINIC
>6329 Freret Street
>New Orleans, Louisiana 70118
>Telephone:   (504) 865-5158
>Facsimile:    (504) 862-8753
>
>*Attorneys for Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on December 18, 2009.

>Respectfully submitted,
>
>*s/ Eric Michael Liddick*
>ERIC MICHAEL LIDDICK