UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation<br><br>This Document Relates to:<br><br>    STATE OF LOUISIANA, ex rel.<br>    JAMES D. CALDWELL,<br>    ATTORNEY GENERAL<br>            Plaintiff<br><br>    versus<br><br>MERCK SHARP & DOHME CORP.<br><br>Case No. 05-3700 | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

## PLAINTIFF'S SECOND AMENDED WITNESS LIST FOR TRIAL

NOW COME PLAINTIFFS, JAMES D. CALDWELL, by and through his undersigned counsel, hereby identifies the following persons whom Plaintiffs may elect to call at trial, either in person or by deposition. This list does not include those witnesses from whom Plaintiff would seek to introduce a counter-designation of prior deposition testimony if Defendant seeks to introduce prior deposition testimony from the same witness. Additional depositions will be taken before trial and Plaintiff reserves the right to supplement this list to include some or all of those additional depositions. Plaintiff reserves the right to supplement or amend based upon any ruling of the Court that affects the scope of evidence in this trial or if Defendant alters or amends it's Witness List. Plaintiff further reserves the right to withdraw any witnesses. Plaintiff also reserves the right to call, live or by deposition, any witnesses (i) identified by Defendant, (ii) for which Defendant designates deposition testimony, (iii) who us identified hereafter through

1

discovery, or (iv) as may be called consistent with applicable law. By identifying the witnesses below, Plaintiff does not intend to waive any of its objections to deposition testimony, exhibits or other evidence or argument.

1. John D. Abramson
   Harvard Medical School
   25 Shuttuck Street
   Boston, MA 02115
   *Testimony:* Plaintiff's Marketing Expert

2. David Anstice
   Merck & Co., Inc.
   One Merck Drive
   Whitehouse Station, NJ 08889
   *Testimony:* Merck President for Human Health. Anticipated testimony is reflected in witness' MDL deposition.

3. Jerry Avorn, M.D.
   Division of Pharmacoepidemiology and Pharmacoecomics
   Brigham and Women's Hospitals
   1620 Tremont Street, Suite 3030
   Boston, MA 02120
   *Testimony:* Plaintiff's epidemiology expert.

4. Susan Baumgartner
   Merck & Co., Inc.
   One Merck Drive
   Whitehouse Station, NJ 08889
   *Testimony:* Former Marketing Manager at Merck. Anticipated testimony is reflected in witness' MDL deposition.

5. Ben Beardan
   Representative of Louisiana Department of Health and Hospitals

6. Gina Biglane
   Representative of Louisiana Department of Health and Hospitals

7. Mary Blake
   Merck & Co., Inc.
   One Merck Drive
   Whitehouse Station, NJ 08889
   *Testimony:* manager of Public Affairs at Merck. Anticipated testimony is reflected in witness' MDL deposition.

8. Ned Braunstein
   Merck & Co., Inc.
   One Merck Drive
   Whitehouse Station, NJ 08889
   *Testimony:* Director of Merck Research Laboratories Regulatory Affairs. Anticipated testimony will be reflected in witness' MDL deposition.

9. Tom Cannell
   Merck & Co., Inc.
   One Merck Drive
   Whitehouse Station, NJ 08889
   *Testimony:* Former Executive Director of Vioxx Promotion and Sales for Merck, current Vice President of the Western Regional Business Group. Anticipated testimony is reflected in witness' MDL deposition.

10. Carolyn Cannuscio
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Former epidemiologist for Merck. Anticipated testimony is reflected in witness' MDL deposition.

11. J. Martin Carroll
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Former Executive Vice President, Primary Care Sales & Managed Care at Merck. Anticipated testimony is reflected in witness' MDL deposition.

12. Charles Castille
    Representative of Louisiana Department of Health and Hospitals

13. Gregory Curfman, M.D.
    10 Shattuck Street
    Boston, MA 02115 - 6094
    *Testimony:* Executive editor for the New England Journal of Medicine. Anticipated testimony is reflected in witness' MDL deposition.

14. Michael Davis
    Merck National Account Executive for relevant PBM
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

15. Laura Demopolous
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Former Senior Director of Cardiovascular Clinical Research at Merck. Anticipated testimony is reflected in witness' MDL deposition.

16. Mary Dermondy
    Merck Senior Director of Customer Marketing
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

17. Wendy Dixon
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Former Senior Vice President of Marketing for the US Human Health Division of Merck. Anticipated testimony is reflected in witness' MDL deposition.

18. Kerry Edwards
    Merck Regional Medical Director
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

19. John Fevurly
    National Account Executive for relevant PBM
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

20. Barry Gertz
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Executive Vice President of Clinical Research at Merck Research Laboratories. Anticipated testimony is reflected in witness' MDL deposition.

21. Raymond Gilmartin
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002
    *Testimony:* Former Chief Executive Officer of Merck & Co., Inc. Anticipated testimony is reflected in witness' MDL deposition.

22. Allan Goldberg
    Regional Medical Director
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

23. Dr. David Graham
    10903 New Hampshire Avenue
    Building 22, Room 4314
    Silver Spring, MD 20993
    *Testimony:* Medical Officer and Associate Director for Science and Medicine in the Office of Drug Safety for the Food & Drug Administration. Anticipated testimony is reflected in witness' MDL deposition.

24. Dr. David Y. Graham
    Michael E. DeBakey VAMC Rm 3A-320 (111D)
    2002 Holcombe Blvd.
    Houston, TX 77030
    *Testimony:* Plaintiff's Gastroenterology Expert

25. Chuck Grezlak
    Merck Government Affairs & Policy Official
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

26. David Hood
    Representative of Louisiana Department of Health and Hospitals

27. Jo Jerman
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Pharmaceutical Representative for Merck. Anticipated testimony is reflected in witness' MDL deposition.

28. Doug Jordan
    Merck National Account Executive
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

29. Neil L. Julie, M.D.
    15225 Shady Grove Road #103
    Rockville, MD 20850
    *Testimony:* Plaintiff's Gastroenterology Expert

30. Fran Kaiser
    Merck Regional Medical Director
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

31. Michael Kelly
    Merck Senior Director of Managed Care
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

32. Dr. David A. Kessler
    2715 Steiner Street
    San Francisco, CA 941123
    *Testimony:* FDA Expert

33. Marilyn Krahe
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Executive Business Director at Merck. Anticipated testimony is reflected in witness' MDL deposition.

34. Richard Kronmal
    University of Washington School of Public Health
    *CHS/MESA* Coord. Center
    Century Square
    1501 4th AVE
    Seattle, WA 98101
    *Testimony:* Plaintiff's biostatistics expert

35. Loren A. Laine, M.D.
    University of Southern California
    6033 W. Century Blvd. #920
    Los Angeles, CA 90089
    *Testimony*: Professor of medicine at the University of Southern California. Anticipated testimony regarding Vioxx.

36. Warren Lambert
    Merck Regional Business Director
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

37. Terry D. Leach
    Corporate Director of Pharmacy Services
    Fidelis Care of New York
    P.O. Box 112
    New Kingston, New York 12459
    *Testimony:* Plaintiff's PBM/P&T Expert

38. Terri Lee
    Merck Government Affairs & Policy Official
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

39. Wendy Lepore
    Merck Customer Manager
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

40. John Macgregor, M.D.
    Division of Cardiology
    San Francisco General Hospital, Room 5G1
    1001 Potrero Avenue
    San Francisco, CA 94110
    *Testimony:* Plaintiff's Cardiology Expert

41. Charlotte MeKines
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Executive Director of Integrated Marketing Communications for Merck. Anticipated testimony is reflected in witness' MDL deposition.

42. Thomas Musliner
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Executive Director of Clinical Research at Merck. Anticipated testimony regarding Vioxx.

43. Alan Nies
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002
    *Testimony:* Former Senior Vice President of Clinical Research at Merck Research Laboratories. Anticipated testimony is reflected in witness' MDL deposition.

44. Mary Ogle
    National Account Executive
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

45. Connie Pechmann
    1604 Harkness St.
    Manhattan Beach, CA 90266
    *Testimony:* Plaintiff's marketing expert.

46. Alise Reicin
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Vice President of Clinical Research at Merck Research Laboratories.

47. Ian Rodger, M.D.
    53 Ranch Rd.
    Brantford, Ontario, Canada N3T5Ml
    *Testimony:* Former employee at Merck. Anticipated testimony regarding Vioxx is reflected in witness' MDL deposition.

48. Nancy Santanello
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Executive Director of Epidemiology of Merck. Anticipated testimony is reflected in witness' MDL deposition.

49. Edward Scolnick
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002
    *Testimony:* Former President of Merck Research Laboratories. Anticipated testimony is reflected in witness' MDL deposition.

50. Beth Seidenberg
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002
    *Testimony:* Former Vice President of Clinical Research in Pulmonary Immunology. Anticipated testimony is reflected in witness' MDL deposition.

51. Steve Shearer
    Merck National Account Executive for relevant PBM
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

52. Deborah Shapiro
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Biostatistician in the Clinical Biostatistics and Research Decisions Sciences Department at Merck. Anticipated testimony is reflected in witness' MDL deposition.

53. Adam Schecter
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Vice President and General Manager of Merckl Schering-Plough Pharmaceutical. Anticipated testimony is reflected in witness' MDL deposition.

54. Lou Sherwood
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002
    *Testimony:* Former Senior Vice President of Medical Affairs at Merck. Anticipated testimony is reflected in witness' MDL deposition.

55. Robert Silverman
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Senior Director for Regulatory Affairs at Merck Research Laboratories. Anticipated testimony is reflected in witness' MDL deposition.

56. Thomas Simon
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Vice President of Clinical Sciences Operations Group at Merck. Anticipated testimony regarding Vioxx.

57. Mary J. Terrebonne
    Representative of Louisiana Department of Health and Hospitals

58. Eric Topol, M.D.
    c/o Mintz, Levin Cohn Ferris Glovsky and Poppeo P.c.
    One Financial Center
    Boston, MA 02111
    *Testimony:* Cardiologist. Anticipated testimony is reflected in witness' MDL deposition.

59. Holly Jacques Turner
    Merck Government Affairs Executive
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

60. Douglas Watson
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Director of Epidemiology of Merck. Anticipated testimony is reflected in witness' MDL deposition.

61. Doug Welch
    Merck National Account Executive
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas

62. Jan Weiner
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Executive Director of Public Affairs at Merck. Anticipated testimony is reflected in witness' MDL deposition.

63. Melwyn Wendt
    Representative of Louisiana Department of Health and Hospitals

64. Plaintiff's Expert Economists

65. Representative/Representatives of Unisys.

66. Representative/Representatives of Provider Synergies.

67. Any witness or rebuttal expert necessary for purposes of rebuttal.

68. Any witness that is discovered subsequent to the filing of this list.

Respectfully submitted, this 18th day of December, 2009.

               **MURRAY LAW FIRM**
               /s/   James R. Dugan, II
               James R. Dugan, II,
               Douglas R. Plymale
               Justin Bloom
               Stephen B. Murray, Jr.
               Stephen B. Murray, Sr.
               650 Poydras Street, Suite 2150
               New Orleans, LA 70130
               Telephone:    (504) 648-0180
               Facsimile:     (504) 648-0181

               James D. Caldwell
               Attorney General
               Trey Phillips
               Bryan McMinn
               L. Christopher Styron
               Assistant Attorneys General
               LOUISIANA DEPARTMENT OF JUSTICE
               1885 North Third Street - 6th Floor
               Baton Rouge, Louisiana 70802
               Telephone: (225) 326-6020
               Facsimile: (225) 326-6096

Francisco H. Perez
Kim Sullivan
General Counsel
Louisiana Department of Health and Hospitals
P.O. Box 3836
Baton rouge, Louisiana 70821
Telephone: (225) 342-1188
Facsimile: (225) 342-2232

Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Plaintiff Attorney General James D. Caldwell's Second Amended Witness List for Trial has been served on Liaison counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8B, and that the forgoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 18th day of December, 2009.

/s/ James R. Dugan, II