Rosalio Adame, Individually and Beneranda
Adame

          Plaintiffs,

v.

MERCK & CO., INC., Valley Diagnostic
Clinic, P.A., and Luis A. Reynosa, M.D.

          Defendants.

IN THE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

DOCKET NO. B-06-185

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

Pursuant to FRCP 41, the undersigned counsel hereby stipulate that all claims of

Plaintiffs Rosalio Adame, Individually and Beneranda Adame against defendant Merck & Co.,

Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to

bear its own costs.

_____
Robert Schell
THE LAW OFFICE OF MARK CANTU
The Atrium
1300 North 10th Street, Suite 400
McAllen, Texas 78501

Dated: ___10-27-08___

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Attorneys for Merck & Co., Inc.

Dated: _12-17-09_

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

V1013