UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation | * <br> * <br> * |
| This Document Relates to: | *    MDL No. 1657 <br> * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. <br>     CALDWELL, JR., Attorney General, <br>                            Plaintiff, <br>     versus <br> MERCK & CO., INC., <br>                            Defendant. <br> Case No. 05-3700. | *    SECTION L <br> * <br> *    JUDGE ELDON E. FALLON <br> * <br> *    MAGISTRATE JUDGE <br> *    KNOWLES <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

    Defendant Merck Sharp & Dohme Corp. ("Merck") hereby withdraws its pending Motion To Dismiss Plaintiff's Amended Complaint, filed June 9, 2009, Dkt. No. 19361.

    Merck continues to believe that, for the reasons explained in its motion to dismiss, all of the State's claims in this action (for redhibition, violation of the Louisiana Unfair Trade Practices Act and unjust enrichment) fail because the State cannot prove its theory of causation – *i.e.*, that Merck's alleged misconduct resulted in more doctors prescribing Vioxx to Medicaid beneficiaries – on an aggregate basis. However, since the Court will soon have a full factual record to consider with the imminent completion of discovery, Merck believes that it would be preferable for the Court to consider its argument in the context of a motion for summary judgment, which Merck intends to file soon. Merck also wishes to file new briefing to take full account of very recent authority rejecting claims like Plaintiff's, including the decision in *In re*

*Zyprexa Products Liability Litigation*, Nos. 04-MD-1596, 07-CV-645, 2009 WL 4260857

(E.D.N.Y. Dec. 1, 2009).

|  |  |
|---|---|
| Dated: December 21, 2009 | Respectfully submitted, |
|  | /s/*Dorothy H. Wimberly* |
|  | Phillip A. Wittman, 13625 |
|  | Dorothy H. Wimberly, 18509 |
|  | STONE PIGMAN WALTHER WITTMANN LLC |
|  | 546 Carondelet Street |
|  | New Orleans, LA 70130 |
|  | Phone: (504) 581-3200 |
|  | Fax:    (504) 581-3361 |
|  | *Counsel For Merck Sharp & Dohme Corp.* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Defendant's Notice of Withdrawal of Motion to Dismiss* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st of December, 2009.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel