CLARA E. MARTINEZ, et al.,                 )     **IN THE UNITED STATES**
                                           )     **DISTRICT COURT FOR THE**
                                           )     **EASTERN DISTRICT OF LOUISIANA**
            Plaintiffs,                    )
                                           )     **Case No. 2:08-cv-01023-EEF-DEK**
v.                                         )     **MDL No. 1657**
                                           )
MERCK & CO., INC., et al.,                 )     **STIPULATION OF DISMISSAL**
                                           )     **WITH PREJUDICE AS TO**
            Defendants.                    )     **ALL DEFENDANTS**
                                           )

        Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiff **Gilbert Martinez** against defendant Merck & Co., Inc. and all other

named defendants be dismissed in their entirety with prejudice, each party to bear its own

costs.


_____          _____
Turner W. Branch                          Stephen G. Strauss
Richard Sandoval                          Bryan Cave LLP
BRANCH LAW FIRM                           211 N. Broadway, Suite 3600
Attorneys for Plaintiffs                  St. Louis, MO 63102
2025 Rio Grande Blvd. NW                  (314) 259-2000 Tel
Albuquerque, NM  87104                    (314) 259-2020 Fax
(505) 243-3500 Telephone
(505) 243-3534 Facsimile
                                          Phillip A. Wittmann
                                          Dorothy H. Wimberly
                                          Stone Pigman Walther
                                          Wittmann LLC
                                          546 Carondelet Street
             AUG 1 2 2008                 New Orleans, LA 70130
                                          (504) 581-3200 Tel
Dated: _____           (504) 581-3361 Fax


                                          Attorneys for Merck & Co., Inc.

                                          Dated: 12-17-59

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of December, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.