UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:   All Cases**

## ORDER

Considering the Vioxx Litigation Consortium's Motion for Expedited Hearing of the Vioxx Litigation Consortium's Motion to Clarify, or in the Alternative, Reconsider Pretrial Orders 49 and 50 (Rec. Doc. 30112) :

IT IS ORDERED that the motion shall be set for hearing WITH ORAL ARGUMENT immediately following the monthly status conference scheduled for Thursday, January 7, 2010. Responses, if any, shall be filed on or before Monday, January 4, 2010.

New Orleans, Louisiana, this 21st day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE

1