UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Dorothy Ganser, et al.* | * | JUDGE FALLON |
| v. | * | |
| *Merck & Co., Inc., et al.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Daniel Walkenbach, individually and as* | * | |
| *representative of the estate of Janet* | * | |
| *Walkenbach, Danielle Walkenbach,* | * | |
| *Drew Walkenbach and Raymond Cliffe* | * | |
| | * | |
| *Docket No. 2:05-cv-05300* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Daniel Walkenbach, individually and as representative of the estate of Janet Walkenbach, and Danielle Walkenbach, Drew Walkenbach, and Raymond Cliffe, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 21st day of December, 2009.

*/s/ Eldon E. Fallon*
DISTRICT JUDGE