U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 2 2 2009
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF LOUISIANA

In re: Vioxx
Products Liability Litigation
MDL Docket No.1657
Honorable Judge Eldon Fallon
Magistrate Judge Knowles

Plaintiff: Jessica C. Adams

Filing a Motion for Reconsideration

The Plaintiff is requesting that her vioxx case is reinstated due to the facts the Plaintiff was unable to respond due to symptoms.
Hypertension

Irregular heart beat

Weakness on the left side of the body sometime I experience paralysis on one side of the body

Severe leg pain

Severe Headaches

Visual disturbance

Difficulty swallowing

Head Injury

The Plaintiff have received Physical therapy

Sometime I experience stupor

Sometime I can not use my left arm or hand to write.

I am not feeling well.

The Plaintiff is requesting the Honorable Judge Fallon to have compassion, mercy, sympathy and Reinstate Plaintiff case, therefore the Plaintiff could be compensated.

TENDERED FOR FILING

DEC 1 1 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1

The cardiologist has order the Plaintiff to wear an event monitor to monitor the heart from the hospital to the Plaintiff home.

Due to a stroke that cause severe headaches, the Plaintiff experience memory problems. Although experience memory problems and weakness. The Plaintiff recalls having her spouse to mail documents, fill out forms and typed. We filled out a form on the computer and thought it was sent correctly.

The Plaintiff received the Motion For Reconsideration memorandum after the deadline date. The Plaintiff called the Clerks Office and informed the Clerks that the documents were received on a particular date.

The Plaintiff's mail has been placed in the wrong mail boxes. The Plaintiff neighbor brought her mail to her that resides on a different street. The Plaintiff mail has also been placed in mail boxes that are located on the same street. This mail mix up has occurred on several occasions.

The Plaintiff never received documents Pretrial Order No.31 (Registration of Claims) in the year 2007.

The Plaintiff did not own a home phone or cell phone for a while (service interrupted)

The Plaintiff has been using a wheelchair since the 1900's. The Plaintiff physicians inform the Plaintiff that the Plaintiff must take her medications (Hypertension, Heart, and Pain medication in order to live. However, the Plaintiff does not have the funds to purchase her medications.

*Jessica C. Adams*

Jessica C. Adams
7755 Bay Cedar Drive
Orlando, Florida 32835
407-297-8587

2

