UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**     Dorothy A. Griffin

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Dorothy A. Griffin. IT IS ORDERED that the correspondence be entered into the record. The Court has also drafted a letter in response. IT IS FURTHER ORDERED that this correspondence be entered into the record. In addition, to the letter, the Plaintiff enclosed a $50 gift. Due to ethical considerations, the Court has returned this gift for the reasons stated in its' response letter.

New Orleans, Louisiana, this 18th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Ms. Dorothy A. Griffin
P.O. Box 7463
Tyler, TX 75711

1