

𝕰𝖑𝖉𝖔𝖓 𝕰. 𝕱𝖆𝖑𝖑𝖔𝖓
𝖀. 𝕾. 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕵𝖚𝖉𝖌𝖊
500 𝕻𝖔𝖞𝖉𝖗𝖆𝖘 𝕾𝖙𝖗𝖊𝖊𝖙
𝕹𝖊𝖜 𝕺𝖗𝖑𝖊𝖆𝖓𝖘, 𝕷𝖔𝖚𝖎𝖘𝖎𝖆𝖓𝖆 70130

𝕿𝖊𝖑𝖊𝖕𝖍𝖔𝖓𝖊 (504) 589-7545                                                                                           𝕱𝖆𝖝 (504) 589-6966

December 22, 2009

Ms. Dorothy A. Griffin
P.O. Box 7463
Tyler, TX 75711

Dear Ms. Griffin:

    I received your very nice note and the enclosed $50. I am happy that you are pleased with the outcome of this case. The result was due in large part to the ability and hard work of the attorneys for both sides. Your comments about my role in the litigation are a bit over stated, but are, nevertheless, very much appreciated. I thank you for your kind remarks but I must return the $50. Our ethical rules do not allow a judge to accept any gifts from litigants. Please give it to a charity of your choice or pass it along to a member of your family or a trusted friend.

    In closing, let me take this opportunity to wish you a safe and happy holiday season.

Sincerely,

Eldon E. Fallon

EEF/rl

Encl.  Money Order – $50.00

cc:    Mr. Russ Herman
       Plaintiff's Liaison Counsel
       Herman, Herman Katz & Cotlar, LLP
       820 O'Keefe Ave.
       New Orleans, LA 70113

       Mr. Douglas Marvin
       Williams & Connolly, LLP
       725 Twelfth Street, N.W.
       Washinton, D.C. 20005

RECEIVED
DEC 9 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

United States District Court
In Re: Vioxx Products Liability Litigation
Att: Judge E. Fallon
Eastern District of Louisiana
New Orleans, LA. 70130

Dear Jude E. Fallon,

Time plus opportunity gives me no greater pleasure than to write you. First of All I would like to Thank you again for all your help... And May Jehovah God, Bless you & hold you in the power of his hands... I am sorry to say, I went shopping to try and find a special Gift for you. But I could not find anything good enough for you. You are very special the only man I know to ever walk Gods green earth after Jesus Christ. So I decided to send & hope that you can find something that you need or want. I know that its not much. So Once again... "May Jehovah God Bless you and your Family members Always". In Jesus Christ name I pray - A-men.
(fifty)

Thank you
Dorothy A. Griffin

P.S. Happy Holidays & A Happy New year!
And if the Lords Will... I sure would like to meet you in person one Day.