# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| **Margaret R. Lucero**, *et al.* | * | **JUDGE FALLON** |
| **v.** | * | |
| **Merck & Co., Inc.** | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| **Only with regard to:** | * | |
| **Sandra Hanson and Lawrence Hanson** | * | |
| | * | |
| **Docket No. 2:07-cv-04043** | * | |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Sandra Hanson and Lawrence Hanson and

in the above-captioned case be and they hereby are dismissed with prejudice with each party to

bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 22nd day of ___December___, 2009.

_____
DISTRICT JUDGE