UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Brian Anderson v. Merck & Co., Inc.*, Case No. 08-1458

# ORDER

IT IS ORDERED that the Plaintiff's motion for reconsideration (Rec. Doc. 18800) is set for hearing on Thursday, January 7, 2010, immediately following the monthly status conference.

New Orleans, Louisiana, this 23rd day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Brian Anderson
Sterling Correctional Facility
P.O. Box 6000
Sterling, CO 80751

1