UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**  *Adams v. Merck & Co., Inc.*, **Case No. 06-9157**

## ORDER

IT IS ORDERED that Plaintiff's motions for reconsideration (Rec. Doc. Nos 27440, 30557 and 30561), which the Court notes are largely duplicative, shall be set for hearing on Thursday, January 7, 2010, immediately following the monthly status conference.

New Orleans, Louisiana, this 23rd day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

  Ms. Jessica C. Adams
  7755 Bay Cedar Drive
  Orlando, FL 32835

1