# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Field | Last | First | Middle |
|---|---|---|---|
| Name | Goldstein | Brian | A |

| Field | Value |
|---|---|
| Name of Law Firm | Cellino & Barnes |
| Current Address – Street | 17 Court Street |
| City | Buffalo |
| State | NY |
| Zip | 14202 |
| Country | U.S. |
| Telephone Number | 716-854-2020 |
| Facsimile | 716-854-6291 |
| Email | Brian.goldstein@cellinoandbarnes.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Field | Last | First | Middle |
|---|---|---|---|
| Name | Blankenship (Deceased) | Donald | |

| Field | Value |
|---|---|
| Plaintiff Address – Street | 1554 East 38th Street |
| City | Cleveland |
| State | OH |
| Zip | 44114 |
| Country | U.S. |
| Telephone Number | |
| Facsimile | |
| Email | |
| Case Caption | ALLEN, et al., et al. vs. Merck & Co., Inc., et al. |
| Case Number | 2:06-cv-02212-EEF-DEK |
| Court Where Case is Pending | E.D.L.A. |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| Field | Last | First | Middle |
|---|---|---|---|
| Name | BLANKENSHIP | DEBBIE | |

| Field | Value |
|---|---|
| Address – Street | 1554 East 38th Street |
| City | Cleveland, |
| State | OH |
| Zip | 44114 |
| Country | U.S. |
| Telephone Number | |
| Facsimile | |
| Email | |
| Relationship to Plaintiff | ☐ Friend   ☒ Relative (specify relationship: wife) |

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |
|:---:|
| (Paragraph II.C of PTO No. 36) |

### D. COMPLIANCE WITH PTO NO. 36

[x] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36 on __12__ / __28__ / __2009__. (*Record Docket No.* __2__         )
        Month    Day       Year

[x] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his/her claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**         __12__ / __28__ / __2009__
                              (Month/Day/Year)

2