| | |
|---|---|
| GEORGE JONES,<br><br>            Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>            Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO. 06-0449<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to Fed.R.Civ.P 41, the undersigned counsel hereby stipulate that all claims of plaintiff, George Jones, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____       _____
Charles A. Mathis, Jr.                              Stephen G. Strauss
The Mathis Law Firm, PC,                     Bryan Cave LLP
Fifteen Piedmont Center                      211 N. Broadway, Suite 3600
3575 Piedmont Road, Suite 1560         St. Louis, MO 63102
Atlanta, Georgia 30305                        (314) 259-2000 Tel
                                                   (314) 259-2020 Fax

Dated: 2/21/08

                                                   Phillip A. Wittmann
                                                   Dorothy H. Wimberly
                                                   Stone Pigman Walther
                                                   Wittmann LLC
                                                   546 Carondelet Street
                                                   New Orleans, LA 70130
                                                   (504) 581-3200 Tel
                                                   (504) 581-3361 Fax
                                                   Attorneys for Merck & Co, Inc.

                                                   Dated: 12-22-09

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of December, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.