# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 22, 2009

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED DEC 2 8 2009

LORETTA G. WHYTE
CLERK

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 09-30260, Lillian Adams, et al v. Merck and Company Inc
        USDC No. 2:06-CV-11333
        USDC No. 2:07-CV-395
        USDC No. 2:07-CV-1252
        USDC No. 2:08-CV-1613
        USDC No. 2:08-CV-1614
        USDC No. 2:08-CV-1615
        USDC No. 2:08-CV-1616
        USDC No. 2:08-CV-1617
        USDC No. 2:08-CV-1618

MD 05-1657-L

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the judgment issued as the mandate.

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

    ( 1 ) Box

The electronic copy of the record has been recycled.

CHARLES R. FULBRUGE III, Clerk

By: Misty Fontenot
Misty L. Fontenot, Deputy Clerk
504-310-7716

cc: (letter only)
    Honorable Eldon E. Fallon
    Mr. Joseph Charles Blanks
    Mr. Jonathan B Skidmore
    Ms. Dorothy Hudson Wimberly
    Mr. Phillip A Wittmann

P.S. to Judge Fallon: A copy of the opinion was sent to your office via email the day it was filed.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____