# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Field | | |
|---|---|---|
| Name | Last: Goldstein | First: Brian — Middle: A |
| Name of Law Firm | Cellino & Barnes | |
| Current Address | Street: 17 Court Street | |
| | City: Buffalo | State: NY — Zip: 14202 — Country: U.S. |
| Telephone Number | 716-854-2020 | Facsimile: 716-854-6291 — Email: Brian.goldstein@cellinoandbarnes.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Field | | |
|---|---|---|
| Name | Last: Weese | First: Roxana — Middle: |
| Plaintiff Address | Street: 119 First Ave., N.E., Apt. 200 | |
| | City: Buffalo | State: MN — Zip: 55313 — Country: U.S. |
| Telephone Number | | Facsimile: — Email: |
| Case Caption | BANKS, et al. vs. Merck & Co., Inc., et al. | |
| Case Number | 2:06-cv-02214-EEF-DEK | |
| Court Where Case is Pending | E.D.L.A. | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

× Check here if Plaintiff failed to provide an alternative contact.

| Field | Last | First | Middle |
|---|---|---|---|
| Name | | | |
| Address | Street | | |
| | City | State — Zip — Country | |
| Telephone Number | | Facsimile — Email | |
| Relationship to Plaintiff | ☐ Friend  ☐ Relative (specify relationship:_____) | | |

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[x] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36 on  12 / 29 / 2009 . (*Record Docket No.* 2 )
      Month   Day   Year

[x] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his/her claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**   12 / 29 / 2009
                  (Month/Day/Year)                [signature]

2