# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last **Goldstein** | First **Brian** | Middle **A** |
| **Name of Law Firm** | **Cellino & Barnes** | | |

| Current Address | Street **17 Court Street** | | | |
|---|---|---|---|---|
| | City **Buffalo** | State **NY** | Zip **14202** | Country **U.S.** |

| **Telephone Number** | **716-854-2020** | Facsimile | **716-854-6291** | Email | Brian.goldstein@cellinoandbarnes.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Name** | Last Steerman | First Gladys | Middle |

| Plaintiff Address | Street 11260 Hopkins Road | | | |
|---|---|---|---|---|
| | City Garrettsville | State OH | Zip 44231 | Country U.S. |

| **Telephone Number** | | Facsimile | | Email | |
|---|---|---|---|---|---|

| **Case Caption** | ALBRIGHT, et al. vs. Merck & Co., Inc., et al. |
|---|---|
| **Case Number** | 2:06-cv-02204-EEF-DEK |
| **Court Where Case is Pending** | E.D.L.A. |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

×    Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last | First | Middle |

| Address | Street | | | |
|---|---|---|---|---|
| | City | State | Zip | Country |

| **Telephone Number** | | Facsimile | | Email | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend ☐ Relative (specify relationship:_____ |
|---|---|

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

## D.  COMPLIANCE WITH PTO NO. 36

[×] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36 on __12__ / __29__ / __2009__ . (*Record Docket No.* __2__ )

      Month    Day      Year

[×] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his/her claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __12__ / __29__ / __2009__ | |
|---|---|---|
| | (Month/Day/Year) | |