UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| **This document relates to:** | * * | |
| *B.J. Baxter, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc., et al.* | * * | MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* *Barbara Snyder, individually and as representative of the estate of Joyce Shepperson* | * * * * * | |
| *Docket No. 2:06-cv-06440* | * | |

****************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Barbara Snyder, individually and as representative of the estate of Joyce Shepperson, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 23rd day of     December    , 2009.

_____
DISTRICT JUDGE