

THE O'QUINN LAW FIRM

M. Michael Meyer
Attorney at Law

December 30, 2009

U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

    In Re:  Vioxx Litigation
             USDC No. 2:05-MD-1657
             Joint Designation of Record

Dear Clerk:

    The O'Quinn Law Firm hereby joins in the Joint Designation of Record, Docket #30232 of the USCD No. 2:05-MD-1657, filed December 18, 2009.

Dated: December 30, 2009              THE O'QUINN LAW FIRM

                                                        /s/ M. Michael Meyer
                                         By: M. Michael Meyer
                                               S.D. Tex. ID No. 9398/Texas Bar No.: 13993850
                                               440 Louisiana St., Suite 2300
                                               Houston, Texas 77002
                                               Telephone: (713) 223-1000
                                               Facsimile: (713) 223-4870

MMM/rlw

cc:    Michael R. Brown
        Assistant Case Manager
        United States Court of Appeal for the
        Firth Circuit
        600 South Maestri Place
        New Orleans, LA 70130