# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| *Myrna Hamilton, et al.* v. *Merck & Co., Inc., et al.* | * * * * | JUDGE FALLON |
| | | MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* *Martha Moore, individually and as representative of the estate of William Moore* | * * * * * | |
| *Docket No. 2:06-cv-11068* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Martha Moore, individually and as representative of the estate of William Moore, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE