UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**************************************************************************

## NOTICE

TO:   Turner W. Branch
      Branch Law Firm
      2025 Rio Grande NW
      Albuquerque, NM 87104
      Fax No.: (505) 243-8081

The Special Master is in receipt of the Audit findings of the Claims Administrator and your written response to the Claims Administrator dated December 4, 2009 regarding the claim of **Velma Robinson, VCN #1053425**.

A hearing before the Special Master will be held at 9:00 a.m. on January 21, 2010, at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, for the claimant to present her response to the findings of the Claims Administrator.

Lafayette, Louisiana, this 5th day of January, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2010, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I mailed and faxed the foregoing Notice and the notice of electronic filing to the following:

Turner W. Branch
Branch Law Firm
2025 Rio Grande NW
Albuquerque, NM 87104
Fax No.: (505) 243-8081

Douglas R. Marvin
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005
Fax No.: (202) 434-5029

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113
Fax No.: (504) 561-6024

Orran L. Brown
Brown Greer, PLC
Post Office Box 85031
Richmond, VA 23285-5031
Fax No.: (804) 521-7299

Lafayette, Louisiana, this 5th day of January, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com