UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

MONTHLY STATUS CONFERENCE
JANUARY 7, 2010
<u>SUGGESTED AGENDA</u>

I. Settlement Agreement

II. The Vioxx Settlement Program

III. Lien Administrator

IV. Special Master and Deputy Special Masters

V. Class Actions

VI. State/Federal Coordination -- State Liaison Committee

VII. *Pro Se* Claimants

VIII. PSC MDL Trial Package

IX. Third Party Payor Cases

X. Government Actions

XI. Discovery Issues and Other Issues In Connection With Third Party Payor and Government Actions

XII. Third Party Payor Motions

XIII. Pending Personal Injury Cases in Which Lone Pine Expert Reports Have Been Served

XIV. Fee Allocation Committee

XV. Motion for Reconsideration/Revision of Order Capping Contingent Fees

XVI. Merck's Motions and Rules on PTOs

XVII. Other Motions

XVIII. Appeals

XIX. Motion for Attorney Fees and to Enforce Attorney's Lien

XX. Merck's Change of Name

**NEW ITEMS**

XXI. Oasis Legal Finance, Inc. Loans

XXII. Next Status Conference