UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION: L |
| | JUDGE: FALLON |
| | MAGISTRATE JUDGE: KNOWLES |

THIS DOCUMENT RELATES TO:    all Cases

### NOTICE TO DISCONTINUE E-MAIL SERVICE

NOW INTO COURT, through undersigned counsel, comes Oasis Legal Finance LLC, and respectfully requests this Court discontinue e-mail notification on millera@phelps.com and jeffersl@phelps.com in this proceeding.

Dated:  January 5, 2010

PHELPS DUNBAR LLP

/s/ Allen C. Miller
Allen C. Miller (La. Bar #26423)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopy:  (504) 568-9130

**COUNSEL OASIS LEGAL FINANCE LLC**

PD.3905051.1