UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | MDL NO. 1657 |
|     Products Liability Litigation | ) | |
| | ) | SECTION: L |
| This Document Relates to: | ) | |
| | ) | HON. ELDON E. FALLON |
|     STATE OF LOUISIANA, ex rel. | ) | |
|     JAMES D. CALDWELL, | ) | MAG. JUDGE KNOWLES |
|     ATTORNEY GENERAL | ) | |
|                   Plaintiff | ) | |
| | ) | |
|     versus | ) | |
| | ) | |
| MERCK SHARP & DOHME CORP. | ) | |
| | ) | |
| Case No. 05-3700 | ) | |

## ASSENTED TO MOTION FOR LEAVE TO FILE CORRECTED SECOND AMENDED PRETRIAL ORDER NO. 53
(Amended Case Management Schedule)

NOW COMES PLAINTIFF, JAMES D. CALDWELL, who, upon suggesting to the Court that they have previously filed a Second Amended Pretrial Order No. 53, respectfully request that this Court grant them leave to file the attached Corrected Second Amended Pretrial Order No. 53 due to a typographical error. Defendants do not oppose this motion.

Respectfully submitted, this 5th day of January, 2010.

                                      **MURRAY LAW FIRM**
                                      /s/   James R. Dugan, II
                                      James R. Dugan, II,
                                      Douglas R. Plymale
                                      Justin Bloom
                                      Stephen B. Murray, Jr.
                                      Stephen B. Murray, Sr.
                                      650 Poydras Street, Suite 2150
                                      New Orleans, LA 70130
                                      Telephone:   (504) 648-0180
                                      Facsimile:      (504) 648-0181

James D. Caldwell
Attorney General
Trey Phillips
Bryan McMinn
L. Christopher Styron
Assistant Attorneys General
LOUISIANA DEPARTMENT OF JUSTICE
1885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

Francisco H. Perez
Kim Sullivan
General Counsel
Louisiana Department of Health and Hospitals
P.O. Box 3836
Baton rouge, Louisiana 70821
Telephone: (225) 342-1188
Facsimile: (225) 342-2232

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Corrected Second Amended Pretrial Order No. 53 has this day been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance to pretrial order No. 8B, on this the 5th day of January, 2010.

/s/ James R. Dugan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | ) | MDL NO. 1657 |
|     Products Liability Litigation | ) | |
| | ) | SECTION: L |
| This Document Relates to: | ) | |
| | ) | HON. ELDON E. FALLON |
|     STATE OF LOUISIANA, ex rel. | ) | |
|     JAMES D. CALDWELL, | ) | MAG. JUDGE KNOWLES |
|     ATTORNEY GENERAL | ) | |
|               Plaintiff | ) | |
| | ) | |
|   versus | ) | |
| | ) | |
| MERCK SHARP & DOHME CORP. | ) | |
| | ) | |
| Case No. 05-3700 | ) | |

### ORDER

Having considered the foregoing;

IT IS HEREBY ORDERED that the Motion For Leave to File Corrected Second Amended Pretrial Order No. 53, be and hereby is GRANTED.

New Orleans, Louisiana, this ___th day of January, 2010.

_____
JUDGE ELDON E. FALLON