UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | MDL NO. 1657 |
|     Products Liability Litigation | ) | |
| | ) | SECTION: L |
| This Document Relates to: | ) | |
| | ) | HON. ELDON E. FALLON |
|     STATE OF LOUISIANA, ex rel. | ) | |
|     JAMES D. CALDWELL, | ) | MAG. JUDGE KNOWLES |
|     ATTORNEY GENERAL | ) | |
|         Plaintiff | ) | |
| | ) | |
| versus | ) | |
| | ) | |
| MERCK SHARP & DOHME CORP. | ) | |
| | ) | |
| Case No. 05-3700 | ) | |

### **ORDER**

Having considered the foregoing;

    IT IS HEREBY ORDERED that the Motion For Leave to File Corrected Second Amended Pretrial Order No. 53, be and hereby is GRANTED.

New Orleans, Louisiana, this ___th day of January, 2010.

_____
JUDGE ELDON E. FALLON

4