UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:**   *Gene Weeks v. Merck & Co., Inc.*, Case No. 05-4578

## ORDER

IT IS ORDERED that the following motions shall be set for hearing WITH ORAL ARGUMENT on Wednesday, January 27, 2010 in the Courtroom of Judge Eldon E. Fallon:

1) Maria Tejedor's Motion for Sanctions Against Ronald R. Benjamin (Rec. Doc. 20319);

2) Maria Tejedor's Motion for Settlement Enforcement Between Merck and Gene Weeks as Deemed to Have Been Entered Into Knowingly and Voluntarily and Allow Plaintiff's Counsel to Disperse Funds to Gene Weeks and Collect Fees and Costs (Rec. Doc. 20328);

3) Ronald Benjamin's Cross Motion for Sanctions and Recusal (Rec. Doc. 21310)

IT IS FURTHER ORDERED that the Court shall accommodate Mr. Benjamin's request to participate in this proceeding via telephone.  Mr. Benjamin is directed to contact the Court on or before Monday, January 25, 2010 to obtain call-in information.

New Orleans, Louisiana, this 5th day of January, 2010.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE