# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| **This document relates to:** | * * | |
| Mary D'Angelo, *et al.* | * | JUDGE FALLON |
| v. | * | |
| Merck & Co., Inc., *et al.* | * * | MAGISTRATE JUDGE KNOWLES |
| ***Only with regard to:*** *Delores S. Wallace, individually and as trustee of the estate of Jackie E. Wallace* | * * * * | |
| ***Docket No. 2:06-cv-09755*** | * | |

******************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Delores S. Wallace, individually and as trustee of the estate of Jackie E. Wallace, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 4th day of _____January_____, 2009.

_____
DISTRICT JUDGE