**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| *Myrtle Louise Bell, et al.*<br>*v.*<br>*Merck & Co., Inc.* | * | **JUDGE FALLON**<br>**MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:*<br>*Margaret C. Parks* | * | |
| *Docket No. 2:05-cv-00546* | * | |

************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Margaret C. Parks in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 4th day of January, 2009.

Eldon E. Fallon
DISTRICT JUDGE