UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　　Products Liability Litigation<br><br><br>This Document Relates to:<br><br><br><br>**Adams v. Merck & Co., Inc., 06-9157** | \* MDL No. 1657<br>\*<br>\* SECTION L<br>\*<br>\* JUDGE ELDON E. FALLON<br>\*<br>\* MAGISTRATE JUDGE<br>\* KNOWLES<br>\*<br>\*<br>\*<br>\*<br>\*<br>\* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S OPPOSITION TO
### PLAINTIFF'S MOTIONS FOR REINSTATEMENT

Defendant Merck Sharpe & Dohme Corp. ("Merck"), through undersigned counsel, respectfully opposes plaintiff's motions (R.Docs. 27440, 30557, and 30651) which seek to reinstate her case that was previously dismissed with prejudice by this Court's order of September 17, 2009.  The dismissal of plaintiff's case was premised on plaintiff's failure to comply with the Registration Requirements of PTO 31.  In her current motion, plaintiff contends that her failure should be excused on the grounds of incapacitation.  Defendant is sympathetic to the health issues that plaintiff has indicated in her motion.  The motion on its face, however, does not support a finding of incapacitation, or otherwise excuse plaintiff's failure to comply with PTO 31, or to have responded in a timely manner to the Order to Show Cause as to why her case should not be dismissed.  Moreover, in the almost two years since the time that plaintiff's compliance with PTO 31 was called for, plaintiffs has failed to take any other action required to prosecute her claim, including any compliance with the discovery requirements of PTO

28.  Plaintiff's motion, therefore, fails to satisfy a standard of excusable neglect under Fed. R. Civ. P. 60(b), or any other grounds for vacating the final judgment.

## CONCLUSION

For the foregoing reasons, the Court should deny plaintiff's motions for reconsideration.

Dated: January 6, 2010

Respectfully submitted,

/s/*Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: (504) 581-3200
Fax:    (504) 581-3361

**CERTIFICATE OF SERVICE**

        I hereby certify that the above and foregoing Defendant's Opposition has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of January, 2010.

        /s/ Dorothy H. Wimberly

1003764v.1