
# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® *<br>Product Liability Litigation * | MDL Docket No. 1657 |
| * | SECTION L |
| This document relates to: * | |
| *Marilyn McCandless, et al.* *<br>v. *<br>*Merck & Co., Inc., et al.* * | JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |
| **Only with regard to:** *<br>**Billy J. Pettry** * | |
| *Docket No. 2:06-cv-10746* * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Billy J. Pettry in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 4th day of January, 2009.

_____
DISTRICT JUDGE