UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®
PRODUCTS LIABILITY LITIGATION          MDL DOCKET No. 1657

                                       SECTION L

                                       JUDGE FALLON

                                       MAG. JUDGE KNOWLES

_____/

**THIS DOCUMENT RELATES TO CASES:**

| | |
|---|---|
| **ANDERSON v. MERCK & CO., INC.** | **2:09-cv-02395** |
| **AUDETTE v. MERCK & CO. INC.** | **2:09-cv-02399** |
| **COHEN v. MERCK & CO. INC.** | **2:09-cv-02400** |
| **FICK v. MERCK & CO. INC.** | **2:09-cv-02401** |
| **GAVITT v. MERCK & CO. INC.** | **2:09-cv-02403** |
| **GREAVES v. MERCK & CO. INC.** | **2:09-cv-02402** |
| **JOHNSON v. MERCK & Co. INC.** | **2:09-cv-02404** |
| **JUNG v. MERCK & CO. INC.** | **2:09-cv-02398** |
| **LOPEZ v. MERCK & CO. INC.** | **2:09-cv-02397** |
| **LUNDBERG v. MERCK & CO. INC.** | **2:09-cv-02396** |
| **MILLER v. MERCK & CO. INC.** | **2:09-cv-02405** |
| **ROSS v. MERCK & CO. INC.** | **2:09-cv-02406** |
| **SARVIS v. MERCK & CO. INC.** | **2:09-cv-02407** |
| **SCHWEITZER v. MERCK & CO. INC.** | **2:09-cv-02408** |
| **STEVENS v. MERCK & CO. INC.** | **2:09-cv-02409** |
| **WALTERS v. MERCK & CO. INC.** | **2:09-cv-02410** |
| **WOOD v. MERCK & CO. INC.** | **2:09-cv-02411** |
| **YEARY v. MERCK & CO. INC.** | **2:09-cv-02412** |

_____/

**MOTION TO APPOINT LEADERSHIP FOR PTO 29 CASES**

**NOTICE**

PLEASE TAKE NOTICE that the undersigned counsel will bring this Motion To Appoint Leadership for PTO 29 Cases before the Honorable Judge Fallon, United States District

Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 at such time as the Court allows same to be heard.

## MOTION

COMES NOW the undersigned counsel on behalf of all claimants listed above, and requests that the Court appoint leadership for the above-referenced PTO 29 cases. The undersigned firm represents the 18 listed plaintiffs in the above-referenced cases pending before this Honorable Court and subject to PTO 29. The current PSC has not been responsive to the needs of these cases, nor is it representing the interests of these claimants. The PTO 29 cases listed above have no active liaison counsel and no leadership of any sort.

For the foregoing reason the undersigned counsel requests that the Court issue the appropriate pre-trial order soliciting applications for liaison counsel and a steering committee appointed specifically for the management of these cases, either as a separate group or in combination with PTO 28 cases and PTO 43 cases (Those cases coming out of the Resolution Program and back to this litigation under future evidence stipulations).

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Motion has been served upon Liaison Counsels, Phillip A. Wittman and Russ Herman, by U.S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of January, 2010.

/S/ Mark C. Menser
**VILES & BECKMAN, LLC**
Florida Bar No: 239161
6350 Presidential Court, Suite A
Fort Myers, Florida 33919
Phone: (239) 334-3933
Fax: (239) 334-7105
markm@vilesandbeckman.com