UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * * | * | |

**O R D E R**

**THIS DOCUMENT RELATES TO ALL CASES PENDING UNDER PTO 29 AND PTO 43:**

Motion having been made and considered by the court for the appointment of leadership for those cases pending under PTO 29 and PTO 43,

IT IS HEREBY ORDERED BY THE COURT that Defendant Merck shall file with the Court, with a copy to all Liaison Counsel, the list of all cases pending under PTO 29 and PTO 43, together with the complete contact information for all counsel of record (or in the absence of counsel, the litigants' *pro se* information).  As additional cases are filed under these PTOs, Merck shall timely supplement the information.

IT IS FURTHER ORDERED BY THE COURT that that Court shall solicit applications for Liaison Counsel, Lead Counsel and a Plaintiffs Steering Committee for these cases.

New Orleans, Louisiana, this __ day of January, 2010.

_____
Eldon E. Fallon
United State District Judge