United States District Court
Eastern District of Louisiana

                                              DEC 14, 2009
Stanley Bethea,        No. MDL Docket No. 1657
       Plaintiff              Section: L(3)

vs.

Merck & Co., Inc.
       Defendant

## Notice of Removal

Please take notice that plaintiff Stanley Bethea is asking for his complaint be remand back to State Court in HBG, PA. In the Court of Common Pleas case number 2005 CV 4142.

Plaintiff is not eligible for the Settlement Program see Exhibit A pursuant to 28 U.S.C. §1441 my claim has been evaluated see Exhibit-A I sent and sign all the paper work the court requested. Judge Fallon need to see movie call 2012 the end he going try and bullshit me.

                              Sincerely yours,

TENDERED FOR FILING

DEC 21 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

EXHIBIT - A

# VIOXX Claims Administrator

Toll-Free Telephone: (866) 866-1729
Facsimile: (804) 521-7299
claimsadmin@browngreer.com

<u>Mailing Address:</u>
P.O. Box 85031
Richmond, Virginia 23285-5031

<u>Delivery Address:</u>
115 South 15th Street, Suite 400
Richmond, Virginia 23219-4209

July 29, 2009

**By U.S. Mail**

Stanley Bethea
P.O. Box 704
Harrisburg, PA 17108

Re: **Claims Administrator Notice of Ineligibility**
**Vioxx Claim Number (VCN): 1056191**

Dear Claimant:

[Handwritten note: "My claim is done I don't want the Gate committee or Special Master to do nothing else Just send my complaint back to the court. Thank you"]

Enclosed you will find a Claims Administrator Notice of Ineligibility, which informs you that the Claims Administrator has determined that your Primary and/or Secondary Injury fails one or more of the Gates and does not meet the Eligibility Requirements for the Settlement Program. This does not mean that your claim has ended. Although the Claims Administrator has determined that your claim is not eligible, the Gate Committee or the Special Master can still find your claim eligible. The following paragraphs are provided to help guide you through the Notice.

1. Section I of the Notice provides the Claimant Information, which includes the name and VCN for the Vioxx User and the type and date of the Primary and, if claimed, the Secondary Injury.

2. Section II of the Notice provides the Claims Administrator's findings regarding why your Primary and/or Secondary Injury failed Gates. To be Eligible, an Injury must pass all three Gates (Injury, Duration and Proximity). A "X" appearing in any box in this section (Line 1, 2 and/or 3) indicates that the Primary or Secondary Injury failed the specified Gate. If you claimed both a Primary and a Secondary Injury and only one of those injuries has an "X" showing a failed Gate, then the one that does not have any "X's" has passed Gates. If you have an eligible Injury, that claim will not move forward unless (a) the failed claim identified on this Notice is found to be Eligible by the Claims Administrator, the Gate Committee or the Special Master; or (b) you abandon the failed injury to allow processing of the one that passed. [See Section IV.]

3. Section III refers to the Status of Required PME Records; these are the pharmacy, medical and event records ("PME") that are required to support every claim. For eligibility determination, these records include Event Records and Proof of Vioxx use. Without both Event Records and Proof of Use, a claim may not pass the Eligibility Requirements. If either box (Line

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE NOTICE OF REMOVAL HAS BEEN SERVED UPON THE DEFENDANT BY FIRST CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING:

DOROTHY H. WIMBERLY, ESQ
546 CARONDELET STREET
NEW ORLEANS, LA 70130

And

ELIZABETH BALAKHANI, ESQ
CIRA CENTER
2929 ARCH STREET
PHILADELPHIA, PA. 19104-2808

Stanley BETHEA
STANLEY BETHEA

Stan Reuther
P.O. Box 704
#8G, PA, 17608

Clerk of Court
500 Poydras Street
Room C-151
New Orleans, LA 70130