FROM: STANLEY BETHEA        12-31-09
P.O. BOX 704
HBG, PA. 17108

TO: CLERK OF COURT

PLEASE TIME STAMP AND SEND THE FOUR COPIES TO JUDGE FALLON OFFICE,

THANK YOU

TENDERED FOR FILING
JAN -5 2010
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

IN THE UNITED STATES                    12-31-09
DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

STANLEY BETHEA,                MDL Docket No. 1657
          PLAINTIFF

VS.

MERCK + CO, INC,
          DEFENDANT

TENDERED FOR FILING
JAN -5 2010
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

CIVIL ACTION NO. 2:05-CV 6775

ORDER

THIS COMPLAINT HAS BEEN REMOVED TO THIS COURT AND PLAINTIFF HAVING MADE AND FILED IN THIS COURT PLAINTIFF MOTION TO HAVE THE COMPLAINT REMANDED BACK TO STATE COURT IN HBG, PA. IT IS ORDERED THAT THIS COMPLAINT BE REMANDED TO STATE COURT ON THE GROUNDS THAT PLAINTIFF IS INELIGIBLE TO BE IN THE SETTLEMENT PROGRAM. CLERK MAKE COPY OF THIS SEND ORDER TO STATE COURT

DATED: _____                 _____
                                UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I THE PLAINTIFF HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THIS ORDER HAS BEEN SERVED BY FIRST CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING:

DOROTHY H. WIMBERLY, ESQ.
546 CARONDELET STREET
NEW ORLEANS, LA 70130

And

DIANA BATES
CLAIMS ADMINISTRATOR
P.O. BOX 85031
RICHMOND, VA 23285

Stanley Bethea
STANLEY BETHEA

In the United States District Court for the Eastern District of Louisiana

12-31-09

Stanley Bethea,
    Plaintiff

MDL Docket No. 1657

vs.

Merck & Co., Inc.,
    Defendant

Civil Action No. 2:05-CV 6775

Order

This complaint has been removed to this court and plaintiff having made and filed in this court plaintiff motion to have the complaint remanded back to state court in HBG, PA. It is ordered that this complaint be remanded to state court on the grounds that plaintiff is ineligible to be in the settlement program. Clerk make copy of this send order to state court.

Dated: _____

_____
United States District Judge

## CERTIFICATE OF SERVICE

I THE PLAINTIFF HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THIS ORDER HAS BEEN SERVED BY FIRST CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING:

DOROTHY H. WIMBERLY, ESQ.
546 CARONDELET STREET
NEW ORLEANS, LA 70130

And

DIANA BATES
CLAIMS ADMINISTRATOR
P.O. BOX 85031
RICHMOND, VA 23285

*Stanley Bethea*
STANLEY BETHEA

In the United States District Court for the Eastern District of Louisiana

12-31-09

Stanley Bethea,
                Plaintiff

MDL Docket No. 1657

vs.

Merck & Co, Inc,
                Defendant

Civil Action No. 2:05-CV 6775

ORDER

This complaint has been removed to this court and plaintiff having made and filed in this court plaintiff motion to have the complaint remanded back to state court in HBG, PA. It is ordered that this complaint be remanded to state court on the grounds that plaintiff is ineligible to be in the settlement program. Clerk make copy of this send order to state court

Dated: _____                United States District Judge

## CERTIFICATE OF SERVICE

I THE PLAINTIFF HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THIS ORDER HAS BEEN SERVED BY FIRST CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING:

Dorothy H. Wimberly, ESQ,
546 Carondelet Street
New Orleans, LA 70130

And

Diann Bates
Claims Administrator
P.O. Box 85031
Richmond, VA 23285

*Stanley Bethea*
STANLEY BETHEA

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

12-31-09

STANLEY BETHEA,
    PLAINTIFF

VS.

MERCK & CO, INC,
    DEFENDANT

MDL DOCKET NO. 1657

CIVIL ACTION NO. 2:05-CV 6775

ORDER

THIS COMPLAINT HAS BEEN REMOVED TO THIS COURT AND PLAINTIFF HAVING MADE AND FILED IN THIS COURT PLAINTIFF MOTION TO HAVE THE COMPLAINT REMANDED BACK TO STATE COURT IN HBG, PA. IT IS ORDERED THAT THIS COMPLAINT BE REMANDED TO STATE COURT ON THE GROUNDS THAT PLAINTIFF IS INELIGIBLE TO BE IN THE SETTLEMENT PROGRAM. CLERK MAKE COPY OF THIS SEND ORDER TO STATE COURT

DATED: _____       _____
                                                    UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I THE PLAINTIFF HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THIS ORDER HAS BEEN SERVED BY FIRST CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING:

Dorothy H. Wimberly, ESQ.
546 Carondelet Street
New Orleans, LA 70130

And

Diann Bates
Claims Administrator
P.O. Box 85031
Richmond, VA 23285

*Stanley Bethea*
STANLEY BETHEA