UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

:  MDL NO. 1657
:  SECTION: L
:
:  JUDGE FALLON
:  MAG. JUDGE KNOWLES

**This document relates to:   05-6775, *Bethea v. Merck & Co., Inc.***

## ORDER

On September 12, 2007, the Court forbid the Plaintiff in the above-captioned case from filing any further documents in this action without prior Court approval, in light of his repeated frivolous filings requesting remand of his case. (Rec. Doc. 12237). Once again, Plaintiff has attempted to file the attached motion to remand. The Court will accept the filing but will treat it as a motion for leave to file a motion to remand. The Court issues this Order to enter the Plaintiff's filings into the record and to DENY him leave to file his frivolous motion to remand.

New Orleans, Louisiana, this 6th day of January, 2010.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Stanley Bethea
P.O. Box 704
Harrisburg, PA 17108

1