UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO: Dorothy A. Griffin**

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Dorothy A. Griffin. IT IS ORDERED that the correspondence be entered into the record. Additionally, a copy of this correspondence shall be forwarded to the pro se curator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 6th day of January, 2010.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Ms. Dorothy A. Griffin
1426 Hillside Circle
Lindale, TX 75771

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130



1