Date: 12-28-09
Dec. 28-2009

Claims Administrator
P.O. Box 85031
Richmond, VA. 23285-5031
Att: Diann W. Bates

United States District Court
Eastern District of Louisiana
In Re: Vioxx Products Liability Litigation
Att: Judge E. Fallon &
Attorney's At Law
Johnston M. Robert

Vioxx Claim Number (VCN): 1081041

This Letter is in Regards to My Future Evidence Stipulation Submission. I chose option 2, I Object, Dr. Clark info. was sent to you a month early on 7-22-09, the deadline Date was Not until 8-21-09. My appt. was on 7-21-09 with Dr. Clark... For Both Hands, Trigger Fingers... (Ring Fingers). I am Faxing this to you Ms. Diann Bates & put it in the mail also over night.

Thank you
Dorothy A. Griffin

P.S. This also will be mailed to: United States District Court & Attorney Robert M. Johnston.

# VIOXX Claims Administrator

Toll-Free Telephone: (866) 866-1729
claimsadmin@browngreer.com

| Mailing Address: | Delivery Address: |
|---|---|
| P.O. Box 85031 | 115 South 15th Street, Suite 400 |
| Richmond, Virginia  23285-5031 | Richmond, Virginia  23219-4209 |

December 18, 2009

**_By UPS Two-Day Delivery_**

Dorothy A. Griffin
452 Stone Ridge Dr.
Flint, TX  75762

    Re:    **Important Information Regarding Your Future Evidence Stipulation Submission**
           **Vioxx Claim Number (VCN): 1081041**

Dear Ms. Griffin:

    You submitted a Future Evidence Stipulation ("FES") in response to your *Gate Committee Notice of Ineligibility* in the Vioxx Resolution Program. This letter explains other steps you may have to take now.

## A. New Evidence Submission – Denied

    When you sent us your FES, you also sent documents you wanted us to consider for your Vioxx claim. Under the Vioxx Settlement Agreement, we cannot consider those documents unless they count as "new evidence" under Paragraph B.5 of the Future Evidence Stipulation. To be counted as new evidence, the information must be material to the Eligibility Requirements in the Settlement Agreement, which means the information must help your claim qualify for payment. The information you sent does not do that, so we cannot considered it as new evidence. The *Gate Committee Notice of Ineligibility* you previously received still stands. The information you submitted with your FES will not be included as part of your Claims Package.

## B. Certification of Claims Package Materials

    In addition to sending us a correctly completed FES, to continue in the FES Process, you must certify the contents of the Claims Package you previously sent to us. This letter includes a CD that contains copies of all of the documents that you timely sent to us as part of your Claims Package. If you sent us documents along with your Future Evidence Stipulation and those

DM 364791                                                       1

| V2114 | Pro Se Response to Claims Administrator Request For Certification of Claims Package Materials Date of Notice: 12/18/09 Deadline to Submit Certification of Claims Package Materials: 1/7/10 |
|---|---|

### A. VIOXX USER CLAIMANT INFORMATION

| Claimant Name | Last: Griffin | First: Dorothy | Middle Initial: A |
|---|---|---|---|
| SSN | 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 | VCN | 1081041 |

| Address | Street: PO Box 7463 | | |
|---|---|---|---|
| | City: Tyler | State: Texas | Zip: 75711 |

| Telephone Number | (903) 956-0224 | Email | dorothy-d753r@sbcglobal.net |
|---|---|---|---|

### B. CLAIMANT RESPONSE OPTIONS

You have submitted a Future Evidence Stipulation ("FES") in response to your Gate Committee Notice of Ineligibility. If you had a lawsuit against Merck and the lawsuit has been dismissed with prejudice, you cannot sue Merck again and you do not need to do anything with this Response Form. But if you did not have a lawsuit that has been dismissed with prejudice and you want to keep your right to sue Merck, you must continue in the FES process. To continue in the FES process and keep your right to sue Merck on Vioxx Claims, you must certify the contents of the Claims Package you previously submitted to the Claims Administrator in support of your Vioxx claim. Claims Package Materials include all the pharmacy and medical records that you sent to the Claims Administrator on time. Claims Package Materials do not include your Release, Stipulation of Dismissal, Authorization for Release of Employment Records, and/or Authorization for Release of Medical Records.

To certify the contents of your Claims Package, you must:

1. Review the Claims Package Materials.
2. Choose **one** of the options described in Section C below to indicate whether all Claims Package Materials previously submitted to the Claims Administrator in support of your Vioxx Claim have been included. You should choose the appropriate option in Section C by placing a check mark in the box next to the option.
3. Sign and date this Form and return it to the Claims Administrator by the deadline shown at the top of this Form.

Note: Your completion and submission of this Form does not imply or guarantee the acceptance of your Future Evidence Stipulation.

| | D. SIGNATURE BY CLAIMANT | | |
|---|---|---|---|
| Signature | *Dorothy A. Griffin* | Date 12-24-09 | Dec/24/2009 (Month/Day/Year) |
| Printed Name | First Dorothy | MI A. | Last Griffin |
| If you are a Representative Claimant signing on behalf of a deceased or incapacitated Claimant, capacity of individual signing this Form (V2114 Form) | NA | | |

Dorothy A. Dierks
1436 Hillside Circle
Lindale, TX. 75771

United States District Court
Eastern District of Louisiana
In Re: Vioxx® Products
Liability Litigation
New Orleans, LA. 70130

Att: Judge E. Fallon

70130+2313