UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



IN RE: VIOXX  
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657  
: SECTION: L  
:  
: JUDGE FALLON  
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**  Douglas L. Lyman

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Douglas L. Lyman. IT IS ORDERED that the correspondence be entered into the record. Additionally, a copy of this correspondence shall be forwarded to the pro se curator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 6th day of January, 2010.

                                  UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman  
Plaintiff's Liaison Counsel  
Herman, Herman Katz & Cotlar, LLP  
820 O'Keefe Ave.  
New Orleans, LA 70113

Mr. Douglas L. Lyman  
6261 Fire Tower Rd. - W  
Theodore, AL 36582

Mr. Phillip Wittmann  
Stone Pigman Walter Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130

Vioxx Pro Se Curator  
400 Poydras Street  
Suite 2450  
New Orleans, LA 70130