6261firetowerroadwest
Thedore,AL 36582


November 7, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
New Orleans, LA 70130-4308

Dear Who ever this may concern:

I Douglas L. Lyman is appealing my case to the Gate Committee for ineligibility vioxx litigation.
The reason for this misunderstanding is because miss Dian Bates did not present my papers and
records to the Gate Committe, or my appeal, how so she told me on 05-08-09. I have a witness a
name and and a number that will proudly speak on my behalf in this situation of my records not
being sent. I also spoke with special agent William Ryan Kennedy who is with the U.S Department
of Justice. He also said someone is holding back my records, papers and etc. He aslo said
everything meet the requirements and standards of my case. I am send a copy of his business
card with this letter.

Sincerely,


Douglas L. Lyman

My E-mail is douglaslyman@yahoo.com. I can be reached at 251-653-7175. My case number is
VCN-1113216

TENDERED FOR FILING

DEC 1 8 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

6261firetowerroadwest
Thedore,AL 36582


November 7, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
New Orleans, LA 70130-4308

Dear Who ever this may concern:

I Douglas L. Lyman is appealing my case to the Gate Committee for ineligibility vioxx litigation.
The reason for this misunderstanding is because miss Dian Bates did not present my papers and
records to the Gate Committe, or my appeal, how so she told me on 05-08-09. I have a witness a
name and and a number that will proudly speak on my behalf in this situation of my records not
being sent. I also spoke with special agent William Ryan Kennedy who is with the U.S Department
of Justice. He also said someone is holding back my records, papers and etc. He aslo said
everything meet the requirements and standards of my case. I am send a copy of his business
card with this letter.

Sincerely,


Douglas L. Lyman

My E-mail is douglaslyman@yahoo.com. I can be reached at 251-653-7175. My case number is
VCN-1113216



**U.S. DEPARTMENT OF JUSTICE**
FEDERAL BUREAU OF INVESTIGATION

**William Ryan Kennedy**
Special Agent

200 North Royal Street        Telephone:        (251) 438-3674
Mobile, AL  36602             E-mail:    william.kennedy2@ic.fbi.gov

*Confidential Information*

| V2082 | **CLAIMS ADMINISTRATOR NOTICE OF INELIGIBILTY**<br>**FOR PRO SE CLAIMANTS**<br>**Date of Notice: 5/8/09**<br>**Deadline to Respond: 5/29/09** |

☐ 3) I want to abandon my Primary Injury that failed Gates. This will make my Secondary Injury the only Injury considered for Points Review. This option is only available if you have alleged two injuries and the Primary Injury is failing Gates; or

☐ 4) I want to abandon my Secondary Injury that failed Gates. This will make my Primary Injury the only Injury considered for Points Review. This option is only available if you have alleged two injuries and the Secondary Injury is failing Gates.

If 21 days pass from the date of this Notice and you have not selected an option, we will send the claim and all information you have submitted to the Gate Committee, pursuant to Section 2.5 of the Settlement Agreement.

## V. GATE COMMITTEE REVIEW

The Gate Committee is comprised of three representatives appointed by Merck and three representatives appointed by the Negotiating Plaintiffs' Counsel. If your claim goes to the Gate Committee, it will review your submitted Claims Package and determine if you should be deemed a Qualifying Program Claimant who is eligible to receive benefits in the Settlement Program. If a majority of the Gate Committee decides that your claim is eligible, the Claims Administrator will notify you of that result and will then review the claim for Points Assessment. If the Gate Committee decides that your claim is not eligible, the Claims Administrator will send you a *Gate Committee Notice of Ineligibility*, which will outline the options available to you under the Settlement Agreement.

## VI. REQUIRED ACTIONS

Return this signed Notice with your selection to the Claims Administrator at one of the following addresses:

*Delivery Address:*
Claims Administrator
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209

*Mailing Address:*
Claims Administrator
P.O. Box 85031
Richmond, Virginia 23285-5031

***If you do not submit the required materials by May 29, 2009, your claim will automatically be sent to the Gate Committee.***

If you have any questions, contact the Claims Administrator's Pro Se Coordinator, Diann Bates, at the above mailing address, toll free at (866)866-1729, by direct dial at (804)521-7220, by email at dbates@browngreer.com or by facsimile at (804)521-7299. You may also contact the Pro Se Curator, Robert M. Johnston, at (504)561-7799 or by email at cps@ahhelaw.com. By Order dated February 12, 2008, the Court supervising the Vioxx Settlement Program appointed the Pro Se Curator to provide assistance to Pro Se Claimants in connection with the Settlement Program.

Claimant Signature: _Douglas L. Ryon_     Date: 5-11-09

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN -9 PM 12: 32

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## NOTICE OF FILING OF TOLLING AGREEMENT

PLC and DLC jointly submit the attached Tolling Agreement that has been executed and agreed to by Lead Counsel for the respective parties.  As set forth in the Tolling Agreement, the parties have agreed to toll certain claims for alleged injury from the use of VIOXX®, subject to the terms and conditions contained therein.

Respectfully submitted,

Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA  70113
PH: (504) 581-4892
FAX: (504) 561-6024

**Plaintiffs' Liaison Counsel**

Phillip A. Wittmann (Bar No. 13625)
Anthony DiLeo (Bar No. 4942)
Dorothy H. Wimberly (Bar No. 18509)
*Stone Pigman Walther Wittmann L.L.C.*
546 Carondelet Street
New Orleans, LA  70130-3588
PH: (504) 581-3200
FAX: (504) 581-3361

**Defendants' Liaison Counsel**

Fee_____
Process_____
X  Dktd_____
CtRmDep_____
Doc. No _____

775511v.1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to all cases. | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PRETRIAL ORDER NO. 43
### (Case Management Order for Cases Serving Future Evidence Stipulations Pursuant to the Vioxx Resolution Program)

This Order applies to all plaintiffs who had a case pending in this Court as of November 9, 2007 and who enrolled in the Vioxx Resolution Program but who have submitted a Future Evidence Stipulation ("FES") to the Claims Administrator under the terms of the Settlement Agreement ("FES Claimant"). Persons who represent themselves *pro se* in this proceeding shall comply fully with all obligations required of counsel by this order, unless otherwise stated.

### I.      PRESERVATION NOTICE REQUIREMENT

Plaintiffs must comply with all of the Preservation Notice Requirements set out in Section I of Pretrial Order Nos. 28 and 29.

### II.      DISCOVERY REQUIREMENTS

A.      Within thirty (30) days of serving a FES on the Claims Administrator, the FES Claimant shall produce the following information:

1.      An Amended and Supplemental Plaintiff Profile Form (attached as Exhibit A), records requested therein, and executed Authorizations for Release of Records pursuant to

PTO 18A, B or C, as applicable.  Service by Plaintiffs shall be made in accordance with the service procedures of PTO No. 8 and paragraphs 5 through 7 of PTO 18C.  Service by Plaintiffs shall be made on Susan Giamportone at Womble Carlyle Sandrige & Rice, PLLC.

2.   A Rule 26(a)(2) case-specific expert report from a medical expert attesting (i) that the Plaintiff suffered an injury and (ii) that Vioxx caused the injury.  The case-specific expert report must include (i) an explanation of the bases of the attestation that Vioxx caused the plaintiff to suffer the injury; (ii) an identification of any other causes that were considered in formulating the opinion; (iii) a description of the specific injuries allegedly suffered; (iv) a description of the specific medical findings that support the diagnosis of those injuries; and (v) an identification of all documents relied on by the expert in forming his opinions.

B.   If a FES Claimant fails to comply with the terms of this Order, the claim shall be dismissed with prejudice, except for good cause shown.

NEW ORLEANS, LOUISIANA, this  2nd  day of July, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

CERTIFIED MAIL

7009 0960 0001 0727 4253