Judge Eldon E. Fallon
U.S. District Court
Eastern District of Louisiana

Re: Mary Jeanette Andrew v. Merck

December 23, 2009

RECEIVED
JAN 4 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Judge Fallon,

    I am writing you because I feel I am not being afforded due process in the Vioxx Settlement by the law firm of Brown & Greer.

    My wife passed away in July 2004 after being on Vioxx since August of 1999. I October of 2004, I contacted Mr Jerome Teel of Teel, McCormack & Maroney and asked him to represent me.

    Mr Teel looked into the matter and then advised me to enter the Vioxx Settlement that was then open. Mr. Teel explained the process and said that after the point award I would be advised of the award and that we would be allowed to appeal the point award if necessary.

    Shortly after that I was contacted by the Branch Law Firm and the process began. In February of this year I received a letter from Branch requesting a Power of Attorney. I called the firm and spoke with Michelle and informed her I would not sign a POA until the knew the point award.

    Imagine my surprise when I received a letter from Branch in April informing me my first installment payment was ready (copy attached). I contacted Mr Teel and informed him of the letter and he looked into it. He learned that the consistency of use had been incorrectly submitted and the point award was reduced by 30%. Since then it has been a problem.

    There apparently is a gap in the pharmacy records that cannot be explained, but as I understand it, the medical records show my wife had taken Vioxx for the entire time. These are the records of several doctors.

    Mr Teel has repeatedly contacted Brown & Greer to reconsider the point award to no avail. I have a letter from my wife's primary care doctor stating that my wife continuously use vioxx from 2001 and if need be, I can get the records from her Rheumatoligist who originally prescribed the drug in 1999.

    I would appreciate any help or advice you would give, and am sorry that it has come to this.

Respectfully yours,

*William R. Andrew* (signature)

William R. Andrew
1070 Cates Road
Paris, Tn 38242

c: ltr frm dr.
   ;tr frm Branch
cc: Branch Law Firm
    Teel, McCormack & Maroney

TURNER W. BRANCH
Admitted to practice in
New Mexico, Texas,
Colorado and the District
of Columbia

MARGARET MOSES BRANCH
Also admitted to practice
in Colorado

BRUCE LARSEN

AMANDA M. ROMERO

FRANK BALDERRAMA

# BRANCH LAW FIRM®

ATTORNEYS AND COUNSELORS AT LAW

*"In the Historic Rio Grande Corridor"*

2025 Rio Grande Boulevard, NW
Albuquerque, New Mexico 87104

Telephone (505) 243-3500
1-800-828-4529
Fax (505) 243-3534
www.branchlawfirm.com
e mail: reception@branchlawfirm.com

ARTHUR M. SOLON
(1949-2000)

Of Counsel:
HARRY STOWERS, JR.
Former Chief Justice,
New Mexico Supreme Court

April 2, 2009

**Personal & Confidential**
**Attorney Work Product**
**Attorney Client Privilege**

**UPS OVERNIGHT MAIL**
**No. 1Z 9XX 808 22 1027 6587**

Estate of Mary Jeanette Andrew c/o William Andrew
1070 Cates Rd.
Paris, TN 38242

RE:     Mary Jeanette Andrew
        Vioxx-Merck Settlement
        Closing Statement

Dear Mr. Andrew,

Please find enclosed the summary Closing Statement showing the first installment payment due in the amount of $85,188.76. Again, this is the first installment payment from Merck on your above-referenced Vioxx claim. The amount as indicated on the Closing Statement represents 40% of the determined value of your claim which was evaluated by the Claims Administration Office of Brown and Greer of Richmond, Virginia. **Please review, sign and return this to us in the enclosed UPS Overnight envelope immediately. Thereafter, your check will be sent to you by UPS Overnight mail.**

We do not know the exact date of the final 60% payment, however, we believe it will be made in the next six (6) to twelve (12) months. We will definitely keep you apprised of when the final payment might be expected.

The Closing Statement enclosed with the first 40% payment, deducts the attorney fees which were reduced from your contract to 32%. This was done pursuant to the Order of the Court having jurisdiction over your case. The original attorney fee contract set the attorney fee at a much higher agreed upon amount of 45 % in your case. This is the Contract you originally agreed to and signed. However, the 32% represents a substantial reduction in attorneys fees and is the amount we used in your Closing Statement.

HOUSTON TEXAS OFFICE
808 Travis Street, Suite 1553
Houston, Texas 77002
(800) 243-3545
Fax (713) 224-1622

WASHINGTON, D.C. OFFICE
1424 K Street NW, Ste. 660
Washington, D.C., 20005
Telephone (202) 386-7365

# BRANCH LAW FIRM

**ATTORNEYS AND COUNSELORS AT LAW**

Page 2
April 2, 2009

The enclosed Closing Statement also sets forth an accounting and description of costs, all known costs to date, that are being deducted in this, the first installment payment.

The Court is also going to require our deducting an amount not to exceed eight percent (8%) for Common Benefit work. The amount will be deducted from the second (2nd) and final installment payment. The amount will be fixed by the Court having jurisdiction of your case. When we learn what this is, we will advise you accordingly. These costs, expenses and fees are being verified by the accounting firm of Burt and Company CPA's, LLC whom were hired by the Branch Law Firm specifically to review your file and Closing Statement. They have signed off on the Closing Statement.

Again, we appreciate the confidence expressed in allowing our offices to represent your interests. Should you have additional questions, please telephone Turner W. Branch, Michele Jaramillo or Cindy Zedalis at 1-800-828-4529.

Once again, best regards and we remain,

Most sincerely yours,

BRANCH LAW FIRM

Turner W. Branch

TWB:ps
cc:   Burt and Company, CPAs, LLC
      Branch Law Firm Bookkeeping Office
      Referring Attorney(s) or Co-Counsel

# The Jackson Clinic, P.A.
616 West Forest
Jackson, TN 38301
(731) 422-0330

December 18, 2009

MARY J ANDREW
1070 CATES RD
PARIS, TN 38242

Dear Mr. Andrew,                              (Patient ID: 5620620)

My records show that Mary Jeanette Andrew was continuously on Vioxx from 2001 until the time of her death.

Sincerely,

*[signature]*

AMANDA REITER MD

Electronically Signed by: Amanda Reiter, MD on Friday, December 18, 2009 10:35 am