IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MAURICE Robinson on Behalf )
of Bobbie Robinson Deceased )
           Plaintiff(s), )
)
vs. )    Case No. 08-1406
) 05md1657
_____ )
_____ )
)
           Defendant(s). )

## MOTION FOR APPOINTMENT OF COUNSEL

I, MAURICE Robinson, ask the court to appoint a lawyer to represent me in this case.

I understand that the court <u>may</u> appoint lawyers in some cases, but that there is no constitutional right to having an appointed lawyer. I understand that the court will consider the information I am providing to decide whether justice requires the appointment of a lawyer in this case.

I understand that <u>before</u> the court will consider appointing a lawyer for me, I must contact the **Lawyer Referral Service, 200 N. Broadway, Suite 500, Wichita, Kansas 67202, 1-800-928-3111**, to get names of lawyers in the Kansas City area (both Missouri and Kansas attorneys) who handle cases like this case.

I have made a good effort to find a lawyer to represent me. I have contacted the following lawyers, but that I have been unable to obtain their services:

TENDERED Johnston, Hoefer, Holwadel Eldridge
DEC (P) Price McDowh   913 338 5400

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

(3) Spring Law Firm 816 8369911

(4) Brown & Croppman 314-4210216

(5) Edelman & Thompson

(6) William Ronan 913 6529537

I understand that I am required to establish that I am financially unable to retain my own counsel.

I have already completed and filed an Affidavit of Financial Status.

   Yes __X__  No _____

OR

I have completed and am now filing an Affidavit of Financial Status with this motion.

   Yes _____  No _____

I understand that any false statements in this motion will subject me to penalties of perjury.

         _Mauriece Robinson_
         Signature of Plaintiff

         MAURIECE Robinson
         Name (print or type)

         P.O. Box 2744
         Address

         Olathe  KS  66063
         City   State  Zip Code

         913 9018780
         Telephone Number

## CERTIFICATE OF SERVICE BY MAIL

I, MAURICE Robinson, state that I served the attached Motion for Appointment of Counsel on

[list the name and address of the attorney(s) for defendant(s), or the name and address of the defendant(s), if unrepresented]

> Danny Bishop II
> Notary Public - State of Kansas
> My Commission Expires: 2-3-2012

by depositing a true and correct copy of this motion in the U.S. Mail, postage prepaid on this 7 day of DECEMBER, 2009.

-3-

Please Send Copys to Address on Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MAURICE ROBINSON, on behalf
of Bobbie Robinson (Deceased),

    Plaintiff,

v.                                          Case No. 08-2070-CM-DJW

VIOXX MANUFACTORY MERCK,

    Defendant.

## ORDER

Pending before the Court is Plaintiff's Motion to Appoint Counsel (doc. 3). Plaintiff requests the Court appoint him counsel in this action, which arises under a products' liability claim. Plaintiff is proceeding in this action in forma pauperis.

It is well settled that a party has no constitutional right to appointment of counsel in a civil case.[1] The court may, however, in its discretion, appoint counsel in a civil action to represent a person proceeding in forma pauperis.[2] The appointment of counsel under 28 U.S.C. § 1915(e) is a matter within the sound discretion of the district court.[3] In determining whether to appoint counsel, the district court may consider a variety of factors, including: (1) the merits of the litigant's claims, (2) the nature of the factual issues raised in the claims, (3) the litigant's ability to present his/her claims, and (4) the complexity of the legal issues raised by the claims.[4]

---

[1] *Durre v. Dempsey*, 869 F.2d 543, 547 (10th Cir. 1989).

[2] *See* 28 U.S.C. § 1915(e) ("[t]he court may request an attorney to represent any person unable to afford counsel.").

[3] *Miller v. Glanz*, 948 F.2d 1562, 1572 (10th Cir.1991).

[4] *Long v. Shillinger*, 927 F.2d 525, 527 (10th Cir. 1991) (citing *Maclin v. Freake*, 650 F.2d
(continued...)

The Court has reviewed the Court file, including the pleadings submitted by Plaintiff, and under the standards set forth above, finds that counsel should be appointed. A separate order will be issued naming the counsel to be appointed after the Court has located the appropriate attorney to represent Plaintiff.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Appoint Counsel (doc. 3) is granted.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 14th day of February, 2008.

s/ David J. Waxse<br>
David J. Waxse<br>
United States Magistrate Judge

cc:   All counsel and *pro se* parties

---

[4](...continued)
885, 886 (7th Cir.1981)).



P.O. Box 2744
Ottawa, KS 66068

Clerk, U.S. District Court
Hale Boggs Federal Building
United States Courthouse
500 Poydras Street Room C-151
New Orleans, LA 70130

RETURN RECEIPT REQUESTED

7008 2810 0001 8933 6413

U.S. POSTAGE
SHAWNEE MISSION, KS
66204
DEC 09 '09
AMOUNT
$6.15
0003-£292-10