UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MAURICE ROBINSON ON BEHALF

OF BOBBIE ROBINSON DECEASED

V.

VIOXX MANUFATORY MERCK

CASE 08-1406

05md1657

MOTION NOT TO DISMISS MY CASE

MR. ROBINSON AND HIS DROUGTER ARE REPECTFULLY ASTEN JUDGE ELDON E. FALLON

NOT TO DISMISS THIS CASE BECAUSE THIS DRUG CAUSE HARM TO MY WIFE SHE WAS ONLY TAKEING THIS DRUG ON WHAT HER DOCTERS SAID SHE NEEDED THIS DRUG FOR HER PAIN

AND AURTHERISDOS\SHE LIKE MANY OTHER PEOPLE DID NOT NO THIS DRUG WILL

SOME DAY HELP BE THE DEALTH OF MANY PEOPLE AND IMFORMATION ON THIS DRUG IS

STILL COMEING IN AFTER RECALL ON VIOXX JUDGE ELDON E. FALLON i

I AM REPECTFULLY ASTEN YOU TO HEAR THIS CASE ON THE MERITS AND MORE MEDICAL RECORDS ON WIFE AND THIS DRUG JUDGE FALLON VIOXX MUST be HELD REPONSIBLE FOR

DAMAGE TO MY WIFE.

12-11-09

TENDERED FOR FILING

DEC 15 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

_Fee _____
_Process _____
X_Dktd _____
_CtRmDep _____
_Doc. No. _____

Please Send Copys of Motion to P.O. Box 2241
Olathe KS 66063

P.O. Box 2944
Olathe KS 66063

ATT Car Dlyn

United States Courthouse
500 Poydras St. Room C-151
New Orleans, LA

7009 1680 0001 8939 5130

CERTIFIED MAIL

U.S. POSTAGE PAID
OLATHE, KS 66062
DEC 11, '09
AMOUNT $5.27
00051094-11