UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



IN RE: VIOXX
     PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657

: SECTION: L

: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**     *Maurice Robinson v. Merck & Co., Inc.*, Case No. 08-1406

### ORDER

The Court is in receipt of the attached correspondence and motions from Vioxx Plaintiff Maurice Robinson. IT IS ORDERED that the correspondence be entered into the record. Mr. Robinson requests that this Court appoint an attorney for him. However, this is a civil case, and the Court has appointed a pro se curator to assist pro se claimants in the Vioxx MDL. Accordingly, IT IS ORDERED that Plaintiff's Motion for Appointment of Counsel IS DENIED.

Additionally, the Court notes that Mr. Robinson's case is still open at this time. Although his name has previously appeared on an order to show cause, Plaintiff's case was not dismissed at that time due to a clerical error. Accordingly, IT IS ORDERED that Plaintiff's "Motion Not to Dismiss My Case" IS DENIED as moot. However, should the Plaintiff's name appear on another order to show cause, the Court would suggest to Mr. Robinson that he work with the pro se curator to be sure that he has complied with all applicable pre-trial orders in order to avoid dismissal.

Finally, IT IS ORDERED that a copy of this correspondence shall be forwarded to the pro

se curator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 21st day of December, 2009.

*[signature]*

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Mr. Maurice Robinson
P.O. Box 2744
Olathe, KS 66063

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130