UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Vioxx ®

PRODUCTS LIABILITY LITIGATION

This document relates to:

*Mary D'Angelo, Individually, and as Trustee of the Estate of Louise H. Amiss, et al.*

v.

*Merck & Co., Inc., Merck Frosst Canada Ltd., and DOES 1 - 100,*

**Only with regard to:**

**Mary D'Angelo, Individually, and as Trustee of the Estate of Louise H. Amiss**

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:06-cv-09755-EEF-DEK

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

**NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MERCK FROSST CANADA LTD. ONLY**

Pursuant to Fed. R. Civ. Pro. 41 (a) (1) (A) (i), the undersigned counsel hereby gives notice that all claims of plaintiff Mary D'Angelo, Individually, and as Trustee of the Estate of Louise H. Amiss against defendant Merck Frosst Canada Ltd. are dismissed in their entirety with prejudice, with each party to bear its own costs.

Brian A. Goldstein, Esq.
Cellino & Barnes, P.C.
17 Court Street, 7th Floor
Buffalo, New York 14202

*Counsel for Plaintiff*

Dated: 1/7/10