UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Mary D'Angelo, Individually, and as* | * | KNOWLES |
| *Trustee of the Estate of Louise H.* | * | |
| *Amiss, et al.* | * | |
| | * | *No. 06-9755* |
| *v.* | * | |
| | * | |
| *Merck & Co., Inc., Merck Frosst* | * | |
| *Canada LTD. and DOES 1-100.* | * | |
| | * | |
| ***Only with regard to:*** | * | |
| ***Mary D'Angelo, Individually, and as*** | | |
| ***Trustee of the Estate of Louise H.*** | | |
| ***Amiss*** | | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Notice of Dismissal with Prejudice as to Defendant Merck Frosst Canada, LTD,

IT IS ORDERED that all claims of Mary D'Angelo, Individually, and as Trustee of the Estate of Louise H. Amiss against Merck Frosst Canada, LTD, be and they are hereby dismissed with Prejudice.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE

1004130v.1