UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Mary Ellen Adams and William L. Adams, et al.,*<br><br>v.<br><br>*Merck & Co., Inc., Merck Frosst Canada Ltd., and DOES 1 - 100,*<br><br>**Only with regard to:**<br><br>**Mary Ellen Adams and William L. Adams** | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-02200-EEF-DEK<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE AS TO DEFENDANT<br>MERCK FROSST CANADA LTD, ONLY** |

Pursuant to Fed. R. Civ. Pro. 41 (a) (1) (A) (i), the undersigned counsel hereby gives notice that all claims of plaintiffs Mary Ellen Adams and William L. Adams against defendant Merck Frosst Canada Ltd. are dismissed in their entirety with prejudice, with each party to bear its own costs.

_____
Brian A. Goldstein, Esq.
Cellino & Barnes, P.C.
17 Court Street, 7th Floor
Buffalo, New York 14202

*Counsel for Plaintiffs*

Dated: 1/7/10