## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Mary Ellen Adams and William L.* | * | KNOWLES |
| *Adams, et al.* | * | |
| | * | |
| v. | * | No. 06-2200 |
| | * | |
| *Merck & Co., Inc., Merck Frosst* | * | |
| *Canada LTD. and DOES 1-100.* | * | |
| | * | |
| ***Only with regard to:*** | * | |
| ***Mary Ellen Adams and William L.*** | * | |
| ***Adams*** | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Notice of Dismissal with Prejudice as to Defendant Merck Frosst Canada, LTD,

IT IS ORDERED that all claims of Mary Ellen Adams and William L. Adams against Merck Frosst Canada, LTD, be and they are hereby dismissed with Prejudice.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE

1004122v.1