UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Marie Allen, et al.* | * | KNOWLES |
| | * | |
| v. | * | |
| | * | No. 06-2220 |
| Merck & Co., Inc., Merck Frosst | * | |
| Canada LTD. and DOES 1-100. | * | |
| | * | |
| *Only with regard to:* | * | |
| *Joan Carman and Weskey Carman* | * | |
| | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Notice of Dismissal with Prejudice as to Defendant Merck Frosst Canada, LTD,

IT IS ORDERED that all claims of Joan Carman and Weskey Carman against Merck Frosst Canada, LTD, be and they are hereby dismissed with Prejudice.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE

1004129v.1