Vioxx Claims Administrator
c/o BrownGreer, PLC
PO Box 85031
Richmond, VA 23285-5031

Sept. 2009

Doug, This write-up on Pfizer is the same as the paper work on Merck of last year About the same thing, you know Pfizer And Merck Mersey Last year And my Court Date is Sept. 9, 2009 Wednesday

Thank you
Floyd 

Adella Bell
c/o Lloyd Bell
P.O. Box 152861
San Diego, CA 92195

This About the same time my phones were wire tap And stolen in Oklahoma And some kind of way Number Exchange 619-252-3___
ATT Douss number, PSA T&T Needs

# NIGHT&DAY

**Humor in the humdrum:**
UCSD grad Mike Judge does it again in 'Extract'



# The San Diego Union-Tribune

MORE THAN ONE MILLION READERS EVERY WEEK

**Thursday**
September 3, 2009

# Feds fine Pfizer $2.3 bi[llion]

**Drugmaker called repeat offender in illegal promotions**

**By Devlin Barrett**
ASSOCIATED PRESS

WASHINGTON — Federal prosecutors hit Pfizer with a record-breaking $2.3 billion in fines yesterday and called the world's largest drugmaker a repeating corporate cheat for illegal drug promotions that plied doctors with free golf, massages and resort junkets.

Announcing the penalty as a warning to all drug manufacturers, Justice Department officials said the overall settlement is the largest ever paid by a drug company for alleged violations of federal drug rules, and the $1.2 billion criminal fine is the largest ever in any U.S. criminal case. The total includes $1 billion in civil penalties and a $100 million criminal forfeiture.

Authorities called Pfizer a repeat offender, noting it is the company's fourth such settlement of government charges in a decade. The allegations involve the marketing of 13 drugs, including Viagra, Zoloft and Lipitor.

As part of its illegal marketing, Pfizer invited doctors to consultant meetings at resort locations, paying their expenses and providing perks, prosecutors said.

"They were entertained with golf, massages and other activities," said Mike Loucks, the U.S. attorney in Massachusetts.

Loucks said that even as Pfizer was negotiating deals on past mis-conduct, they violate the [...] other drug [...]

To prev[...] time, Pfize[...] cially monit[...] Human Servic[...] spector genera[...] Associated [...]

Thomas Pe[...] ment illustrate[...] Department "c[...] can public [a...] are tight and h[...]



**Clues sought as to origin of L.A.-area fire**

A Forest Service investigator tagged a tree near what is believed to be the Station fire's point of origin. *Damian Dovarganes / AP*

# RELEASE OF ALL CLAIMS

## CLAIMANT

| Name | First: Adella | Middle: | Last: Bell |
|---|---|---|---|
| Address | Street: Route 4, Box 192 | | |
| | City: Okemah | State: Oklahoma | Zip: 74859 |
| Social Security Number | 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 | Date | 10 / 24 / 2008 (month/day/year) |

## DERIVATIVE CLAIMANTS (If none, check here: ☐)

| Name | First: Lloyd | Middle: | Last: Bell |
|---|---|---|---|
| Address | Street: P.O. Box 152861 | | |
| | City: San Diego | State: California | Zip: 92195 |
| Social Security Number | 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 | Date | 10 / 24 / 2008 (month/day/year) |

*[Handwritten notes:]*

DO NOT SEPARATE PAGES

Oct 7 2009, mail Record TO Atty Michael Henderits

619-296-2361

Bell, Adella    1011154
13006

1

## RELEASE OF ALL CLAIMS

I, the undersigned Releasor, am a plaintiff or tolling agreement claimant in the Merck & Co., Inc., a New Jersey corporation ("Merck"), Products Liability Litigation. I have enrolled to participate in the program (the "Program") set forth in the Settlement Agreement (the "Agreement") dated as of November 9, 2007. I understand that the terms of the Agreement govern the resolution of my claim. I further understand that, in order to submit my claim into the Program under the Agreement, I am required to submit a release of any and all claims I and the other Releasing Parties (as defined under "Releases" below) have, or may have in the future, against the Released Parties (as defined under "Releases" below) concerning and/or connected with VIOXX (sometimes referred to as "Vioxx" or "rofecoxib") ("VIOXX") and/or with any injury I (and/or any other Releasing Party) have ever claimed, or may at any time in the future claim, VIOXX caused in whole or in part.

Accordingly, in consideration for Merck's agreement to establish the Program, the significant expenses being incurred by Merck in connection with the Program, Merck's waiver of defenses (except as reflected in the Program criteria themselves) solely in the context of the application of the Program, and the opportunity to submit my claim into the Program, I hereby give and make the following releases, waivers, acknowledgements and agreements for the benefit of the Released Parties (this "Release"). This Release is also entered into by any Derivative Claimant (as defined under "Releases" below) who executes a signature page hereto, in which case the agreement of such Derivative Claimant set forth on its signature page is incorporated in, and is part of, this Release. By signing this Release, both I and any such Derivative Claimant understand and acknowledge that there is no assurance as to the amount, if any, of payment to be made to any claimant under the Program, and this fact shall in no way affect the validity or effect of this Release.

1. **Releases.**

(a) On my own behalf and on behalf of each other Releasing Party, I hereby knowingly and voluntarily release, remise, acquit and forever discharge the Released Parties from (i) any and all rights, remedies, actions, claims, demands, causes of action, suits at law or in equity, verdicts, suits of judgments and/or Liens (as defined under "Liens and Other Third-Party Payor Claims" below), of any kind whatsoever ("Claims"), which I or any other Releasing Party may have ever had, may now have or at any time hereafter may have against any Released Party and (ii) any and all debts, liabilities, obligations, covenants, promises, contracts, agreements and/or obligations, of any kind whatsoever ("Liabilities"), which any Released Party may have ever had, may now have or at any time hereafter may have to me or any other Releasing Party, in the case of clause (i) and clause (ii), to any extent, or in any way, arising out of, relating to, resulting from and/or connected with VIOXX and/or with any injury I (and/or any other Releasing Party) have ever claimed, or may at any time hereafter claim, VIOXX caused in whole or in part. These Claims and Liabilities are the "Released Claims and Liabilities".

(b) The term "Released Parties" means all the parties, past, present and/or future, in any way and/or at any time connected with VIOXX and/or with any injury I (or any other Releasing Party) have ever claimed, or hereafter claim, VIOXX caused in whole or in part, including, but not limited to, Merck, all named defendants in any pending action concerning VIOXX and/or any such injury to

Bell, Adella      1011154
13006

2

```
Call Number: 16672
Primary Incident Number:
All Incident Numbers:
ESN:    District:
Received: 10/7/2009 7:52:30 PM
Caller: 623-8282
Call Taker: marvin
City: OKFUSKEE COUNTY   State: OK   ZIP Code: 74859
Place:
Address:
Apt:    Floor:    Phone: 918
Nature: STRUCTURE FIRE   Discipline: POLICE   Agency: I.X.L.
Location: half mile east of ixll
Landmark:
Caller Address:
Description: house fire

Location Alert Info:

Unit: OTANKER1
Crew:
   , , ,
   , ,

Destination:
Mileage Begin: 0   Mileage End: 0

Dispatch: 10/7/2009 7:55:52 PM
Enroute:
Enroute:
10-97: 10/7/2009 7:56:36 PM
Depart:
Arrive:
Comp:
10-8: 10/7/2009 9:06:07 PM

Unit: 101
Crew:
   , Tanner, ,
   , ,

Destination:
Mileage Begin: 0   Mileage End: 0

Dispatch: 10/7/2009 7:56:32 PM
Enroute:
Enroute:
10-97: 10/7/2009 7:56:45 PM
Depart:
```

```
Arrive:
Comp:
10-8: 10/7/2009 9:06:18 PM

Unit: IXL1
Crew:
   , , ,
   , ,

Destination:
Mileage Begin: 0   Mileage End: 0

Dispatch: 10/7/2009 7:57:08 PM
Enroute:
Enroute:
10-97: 10/7/2009 7:57:18 PM
Depart:
Arrive:
Comp:
10-8: 10/7/2009 9:06:32 PM

Unit: OFD6
Crew:
   , , ,
   , ,

Destination:
Mileage Begin: 0   Mileage End: 0

Dispatch: 10/7/2009 7:57:58 PM
Enroute: 10/7/2009 7:58:06 PM
Enroute:
10-97: 10/7/2009 8:04:20 PM
Depart:
Arrive:
Comp:
10-8: 10/7/2009 9:06:13 PM
```

Approved by OMB
3060-0874
Estimated time per response: 30 minutes

## FCC Form 2000

You may use FCC Form 2000 to complain about issues related to: (1) deceptive or unlawful advertising and marketing (2) billing, privacy and service quality (3) disability access, (4) emergency and public safety, (5) media (general), and (6) other communications issues. If you provide enough information to indicate a potential violation of the Communications Act of 1934, as amended, or the FCC's rules, the FCC will use your complaint to pursue enforcement action against the potential violators.

The FCC Form 2000 is divided into short forms or sections for each type of complaint. You need only fill out and submit those sections pertaining to your complaint. For example, to submit a complaint regarding deceptive or unlawful advertising or marketing, you only need to fill out Form 2000A. To complain about a billing, privacy or service quality issue, you only need to fill out and submit Form 2000B. A list of complaint topics and the associated short form follows.

You may submit your complaint in the following ways:

- over the Internet at http://www.fcc.gov/cgb/complaints.html

- by e-mail to fccinfo@fcc.gov

- by fax to 1-866-418-0232

- by postal mail to:    Federal Communications Commission
                        Consumer & Governmental Affairs Bureau
                        Consumer Complaints
                        445 12th Street, SW
                        Washington, D.C. 20554

- by telephone. You may call the FCC's toll free telephone number, 1-888-CALL-FCC or 1-888-TELL-FCC (TTY) to submit your complaint. If you choose to submit your complaint over the telephone, an FCC customer service representative will fill out an electronic version of the form for you during your conversation.

If you have any questions or would like additional assistance, please feel free to contact the FCC at 1-888-CALL-FCC or 1-888-TELL-FCC (TTY).

**January 2008**

Approved by OMB
3060-0874
Estimated time per response: 30 minutes

## Form 2000B – Billing, Privacy, or Service Quality Complaint

**Consumer's Information:**

First Name: Lloyd   Last Name: Bell

Company Name: _____
(Complete only if you are filing this complaint on behalf of a company or an organization.)

Street Address or Post Office Box Number: P.O. Box 152861

City: San Diego   State: CA   Zip Code: 92195

Telephone Number (Residential or Business): (619) 755-0657   Ext: ____

E-mail Address: _____

**\* \* \* ANSWER EACH QUESTION THAT APPLIES TO YOUR SPECIFIC COMPLAINT \* \* \***

1. Telephone number(s) involved (including area code): (619) 598-8494   Ext: ____
   (619) 252-3105   Ext: ____
   415 419 4278

2. What is the name of the telephone company, wireless carrier, or other company that is the subject of your complaint?   ATT

3. What is the account number that is the subject of your complaint?   287600364804
   542745688

4. If you are disputing charges on a telephone bill, complete the following:

   a. Disputed amount: $600.00

   b. Have you paid any of the disputed charges?  ___Yes  ✔No

   c. Did the billing company adjust or refund the disputed charges?  ___Yes  ✔No

   d. If yes, what was the amount of the adjustment or refund? $_____

   e. Are the disputed charges related to additional services?  ___Yes  ✔No
      If yes, please explain: _____

5. For billing and non-billing complaints (including privacy and service quality issues) please provide the details of your complaint or any additional information below:

   Wire Taps

September 2007

FCC Nov 16, 2009

It start in Long Beach, CA CASE NP 106 "Daughters I" see perjury on this case "The Judge". Now were is the Body of Maude C. Marks, then I'm a Dead on Paper 3-11-2004 Don't Pay Child Support Case FCS-07-34126 St. Ca. FBI Report "White Collar Crime in Judge Fallon Court Docket No. 1657 Death on Adella Bell Case in Judge Court Also Maude Marks. United States District Court Eastern District of Louisana. New Orleans FBI wants "Findings And Respond From The State of Calif. And State of Oklahoma. Now! my Telephone "Wire Tap" First Acct with Cingular/A. Acct No. 542745688-619-252-3105/415-419-42 The Other Account 287000364804-619-578-849 on Oct. 7, 2009 Served in OKCA Medical Records Paper For The Courthouse in Louisana To Gov. Brad Health Dept. 100 NE 10Th St Second Floor Legal Counsel, Henri Shawnee Regional Hospital were my mother Died And Colonial Part Estate Nursing home Were she was put in by my sisters. To Mail to or Call at Micheal Douslas Hendrixs in San Diego 619-296-2361 Then my house Burn down 8hrs Later.

THANK YOU

9-22-08

RECEIVED RECEPTIONIST SEP 23 2008 ATTORNEY GENERAL

FBI
ATTY: Gen Drew Edmondson
ATTN: Don Brown

Hello:

I'm Lloyd Bell be here in OKLAhoma City for Two weeks but Friday Around 4:00 P.M. 9-19-08 In Chasing my cell phon 619-252-3105 15min later it was gone. So call ATT To stop The Service. No Service off on my cell phone but Sim ck was put into Another phone which Th call my Brother-IN-Law cell Line And The number of my cell does show up.

I'm Just letting you all if any illegal Actions goes on That number. Not me because I had A problem Lik this before on Another phone two years

Thanks for listening

Text mesgs!

Sincerely
Lloyd Bell

DATE 12-7-09

ATTN: FBI: I Recived my New Telephone Bill which They AT&T Charge #188.39 Termination Fee which Contract Expire 11-18-09

415-419-4278

09-CD0173269-1

5322

12-7-09 888 225

ATTN: FBI: My Daughter "KOSA" Call me Nov. 4, 2009 From This New # 4152397247 Telling me she Did not Recieved her Social Security Check, And Then Not Recived Dec/3 Check Also.

I have Now

09-CC0173265-1

FL-630

| | |
|---|---|
| GOVERNMENTAL AGENCY *(under Family Code, §§ 17400, 17406)*:<br>MELINDA R. SELF, STATE BAR #154523<br>MANAGING ATTORNEY<br>DEPARTMENT OF CHILD SUPPORT SERVICES<br>1315 EVANS AVENUE<br>SAN FRANCISCO, CA 94124-1705<br>TELEPHONE NO.: (415) 550-3500  FAX NO.(Optional): (415) 550-3512<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | 0102019<br>DAMHR<br><br>**FILED**<br>San Francisco County Superior Court<br><br>SEP 0 6 2007<br><br>GORDON PARK-LI, Clerk<br>BY: _____<br>Kevin M. Lee, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 MCALLISTER STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102-4512
BRANCH NAME: SAN FRANCISCO SUPERIOR COURT

PETITIONER/PLAINTIFF: CITY AND COUNTY OF SAN FRANCISCO
RESPONDENT/DEFENDANT: LLOYD BELL
OTHER PARENT:

| JUDGMENT REGARDING PARENTAL OBLIGATIONS<br>☐ AMENDED    ☐ SUPPLEMENTAL | CASE NUMBER:<br>FCS-07-341276 |
|---|---|

1. a. ☐ **NOTICE: THIS IS A PROPOSED JUDGMENT.** This *Judgment Regarding Parental Obligations* will be entered by the court and will become legally binding unless you fill out and file the *Answer to Complaint or Supplemental Complaint Regarding Parental Obligations (Governmental)* (form FL-610) with the court clerk within 30 days of the date you were served with the *Summons and Complaint or Supplemental Complaint Regarding Parental Obligations (Governmental)* (form FL-600). If you need form FL-610, you may get one from the local child support agency's office, the court clerk, or the family law facilitator. The family law facilitator will help you fill out the forms. To file the answer, follow the procedures listed in the attached instructions.
   b. ☒ **NOTICE: THIS IS A JUDGMENT.** It is now legally binding.

2. This matter proceeded as follows:
   a. ☐ Judgment entered under Family Code section 17430.
   b. ☒ By court hearing, appearances as follows:
      (1) Date: 09-06-2007   Dept.: 416   Judicial officer: REBECCA WIGHTMAN
      (2) ☐ Petitioner/plaintiff present  ☐ Attorney present *(name):*
      (3) ☒ Respondent/defendant present ☐ Attorney present *(name):*
      (4) ☒ Other parent present         ☐ Attorney present *(name):*
      (5) Local child support agency attorney (Family Code, §§ 17400, 17406) *(name):* ROBERT M. SANCHEZ
      (6) ☐ Other *(specify):*

   c. The obligor (the parent ordered to pay support) is the ☐ petitioner/plaintiff ☒ respondent/defendant ☐ other parent.

3. ☐ This order is based on presumed income for the obligor under Family Code section 17400.

4. ☒ Attached is a computer printout showing the parents' incomes and percentage of time each parent spends with the children. The printout, which shows the calculation of child support payable, will become the court's findings.

5. ☐ This order is based on the attached documents *(specify):*

6. **THE COURT ORDERS**
   a. The mother and father listed in the complaint are the parents of the children named in item 6b.
   b. Obligor must pay current child support as follows:

| Name | Date of birth | Monthly support amount |
|---|---|---|
| NKOSAZANA SANDERS | 12-12-1991 | $ 325.00 |

   (1) ☐ Other *(specify):*

   (2) ☒ For a total of: $ 325.00 payable on the: 1ST  day of each month
       beginning *(date):* 05/01/07

**NOTICE:** Any party required to pay child support must pay interest on overdue amounts at the legal rate, which is currently 10 percent per year.

Form Adopted for Alternative Mandatory Use
instead of Form FL-692
Judicial Council of California
FL-630 [Rev. July 1, 2005]

**JUDGMENT REGARDING PARENTAL OBLIGATIONS**
(Governmental)

Family Code, §§ 17400, 17402, 17404, 17430
www.courtinfo.ca.gov

9646/MAR 07DAMHR PAT551

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| This document relates to the plaintiffs | * |
| listed on Exhibit A | * MAGISTRATE JUDGE |
| | * KNOWLES |

*****************************************************************

## SECOND SUPPLEMENTAL ORDER SCHEDULING CONFERENCE

The final deadline to enroll in the Vioxx settlement program is October 30, 2008. Accordingly,

IT IS ORDERED that:

1. The Court will hold an additional Case Management Conference to ensure that pro se plaintiffs who may be eligible for the Vioxx settlement program but who have not enrolled in the program, by, among other things, submitting a release to the Claims Administrator, have all necessary information available to them so that they can make informed choices.

2. The Conference will be held at 1:30pm Central time on Friday, October 24, 2008. The time is 2:30pm for Eastern time, 12:30pm Mountain time and 11:30am Pacific time.

3. Each Plaintiff listed on Exhibit A <u>must</u> attend the conference by calling the following toll-free number: 1-866-213-7163. The Conference ID Number is 70227827 and the Chairperson will be Judge Fallon.

4.  If a Plaintiff cannot attend the conference due to an immovable conflict with work, that plaintiff <u>must</u> call the Pro Se Curator's Office by Thursday, October 23, in advance of the conference at the following number: 504-581-2606.

5.  Failure to comply with this Order will subject the claim to possible dismissal upon motion by Defendant.

NEW ORLEANS, LOUISIANA, this 20th day of October, 2008.

*(signature)*
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

*Handwritten note:*
Lloyd Bell Telephone Number
619 755-0657

Micheal Douglas Hendley
619-296 2361

**LAW OFFICES OF**

*Allan R. Frumkin Inc.*

**A Professional Corporation**

ALLAN R. FRUMKIN
STEPHEN M. SIROTA
MICHELLE M. JACOBSON-KWOK
JESSICA L. CHYLIK

15250 HESPERIAN BLVD, SUITE 102
SAN LEANDRO CA. 94578
510/278-5872

## AGREEMENT

I hereby hire the Law Offices of ALLAN R. FRUMKIN, Inc. to act as my attorney in connection with _____.

I AGREE TO PAY the Law Offices of ALLAN R. FRUMKIN, Inc. a minimum fee of $_____ receipt of which is hereby acknowledged. I understand that I shall receive a credit of _____ hours towards the case. Once that credit has been reached, I agree to pay the Law Offices of ALLAN R. FRUMKIN, Inc. in accordance with the fee schedule then in effect. The current schedule is as follows:

| | |
|---|---|
| Court Time - any attorney | $300.00 per hour |
| Frumkin Time - any task | $300.00 per hour |
| Associate Time - Frumkin cases - non-court tasks | $250.00 per hour |

I FURTHER AGREE to pay in advance all costs in this matter, including but not limited to, Court filing fees, investigative fees, phone charges, mileage expense for associate attorneys, photocopying fee, and deposition costs.

I AGREE that I will pay my balance as billed. Under no circumstances is my outstanding balance to exceed ONE HUNDRED DOLLARS ($100.00). I FURTHER AGREE that the Law Offices of ALLAN R. FRUMKIN, Inc. may charge me interest at a rate of 10% per annum on all unpaid balances. _____

I UNDERSTAND that I do have a right to question and/or object to my attorney bills, however, I also understand that I have a duty to timely question and/or object to those charges, therefore, I agree that an objection to any charge appearing on any bill from the Law Offices of ALLAN R. FRUMKIN, Inc., must be brought to its attention in written form within thirty (30) days of the billing date, otherwise the billing shall be deemed agreed to and any objection to any charge shall be deemed waived. _____

AS A COURTESY to our clients, we are happy to accept credit card payments. I understand that the credit card company does not forward the full amount that I pay be credit card to attorney and I understand that my account will only b actually credited for the amount Attorney receives from the credit card company._____

FURTHER, pursuant to Business and Professions Code Sec. 6148, I understand that the Law Offices of ALLAN R. FRUMKIN, Inc. does not maintain any errors and omissions coverage at all____.

I UNDERSTAND that if I do not pay the Law Offices of ALLAN R. FRUMKIN, Inc. promptly as billed each month, it shall have the right to withdraw as my attorney. FURTHER, I UNDERSTAND that if the Law Offices of ALLAN R. FRUMKIN, Inc. has to bring suit to collect my outstanding bill with them, it shall be entitled to reasonable attorney fees for collection as well as court costs.

I ALSO UNDERSTAND that, should the Court order another party to pay my attorney's fees, that order does not relieve me of my obligation to make payment. Such an order will result in a credit to my account only upon actual payment by the adverse party.

I ACKNOWLEDGE that I will receive, as a matter of course, all pleadings and correspondence while Attorney represents me. **THIS IS MY ORIGINAL FILE. IT IS MY RESPONSIBILITY TO MAINTAIN IT.** Attorney will retain copies of my file. If, at any time, I request Attorney to duplicate all or part of attorney's file, I shall pay to Attorney, in advance, the sum of twenty-five cents per page for copying said file.

It is agreed that should any provision of this agreement be found to be invalid or unenforceable, then the remaining provisions shall remain in full force and effect.

DATED: _____

_____
(Client Signature)

DATED: _____

_____
(Attorney Signature)

Rev: 7/06

# THE STATE BAR OF CALIFORNIA

State Bar Home

Friday, July 10, 2009

Home > Attorney Search > Attorney Profile

## ATTORNEY SEARCH

### Michelle Marie Jacobson-Kwok - #232595

**Current Status:** Active

This member is active and may practice law in California.

See below for more details.

### Profile Information

| | | | |
|---|---|---|---|
| **Bar Number** | 232595 | | |
| **Address** | Law Offices of Robert A Goodman<br>555 12th St Ste 1900<br>Oakland, CA 94607 | **Phone Number**<br>**Fax Number**<br>**e-mail** | (510) 987-7800<br>(510) 987-7900<br>michelle@bobgoodman.com |
| **District** | District 3 | **Undergraduate School** | San Francisco State Unv; San Francisco CA |
| **County** | Alameda | **Law School** | U of San Francisco SOL; San Francisco CA |
| **Sections** | None | | |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 12/1/2004 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

**Disciplinary and Related Actions**
This member has no public record of discipline.

**Administrative Actions**
This member has no public record of administrative actions.

Start New Search >

Contact Us    Site Map    Privacy Policy    Notices    © 2009 The State Bar of California

http://members.calbar.ca.gov/search/member_detail.aspx?x=232595    7/10/2009

