UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | CIVIL ACTION NO. 2:06-cv-02195-EEF-DEK |
| *Arthur W. Ballantyne, et al.* | JUDGE FALLON |
| v. | MAGISTRATE JUDGE KNOWLES |
| *Merck & Co., Inc., Merck Frosst Canada Ltd., and DOES 1 - 100,* | |
| **Only with regard to:** | **NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MERCK FROSST CANADA LTD. ONLY** |
| **Michael Mayeu and Debra Mayeu** | |

Pursuant to Fed. R. Civ. Pro. 41 (a) (1) (A) (i), the undersigned counsel hereby gives notice that all claims of plaintiffs Michael Mayeu and Debra Mayeu against defendant Merck Frosst Canada Ltd. are dismissed in their entirety with prejudice, with each party to bear its own costs.

_____
Brian A. Goldstein, Esq.
Cellino & Barnes, P.C.
17 Court Street, 7th Floor
Buffalo, New York 14202

*Counsel for Plaintiffs*

Dated: _____1/7/10_____