# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Ronnie Allen, et al.* | * | KNOWLES |
| | * | |
| *v.* | * | |
| | * | *No. 06-2212* |
| *Merck & Co., Inc., Merck Frosst* | * | |
| *Canada LTD. and DOES 1-100.* | * | |
| | * | |
| **Only with regard to:** | * | |
| **Scott McMurray and Claudia** | * | |
| **McMurray** | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Notice of Dismissal with Prejudice as to Defendant

Merck Frosst Canada, LTD,

IT IS ORDERED that all claims of Scott McMurray and Claudia McMurray

against Merck Frosst Canada, LTD, be and they are hereby dismissed with Prejudice.


NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.


_____
DISTRICT JUDGE

1004089v.1