MINUTE ENTRY
FALLON, J.
JANUARY 7, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | NO. 05-MD-1657 |
| This document relates to All Cases **and 08-1458 & 06-9157 specifically** | SECTION: L |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Karen Ibos

Appearances: Lenny Davis, Esq. For PSC
   Dorothy Wimberly, Esq. For Merck & Co., Inc.
   John J. McKetta, Esq. For Vioxx Litigation Consortium

1. Vioxx Litigation Consortium's Motion to Clarify or Reconsider PTO 49 & PTO 50 (Rec. Doc. 30108)

   **GRANTED for the oral reasons assigned.**

2. Motion of plaintiff, Brian Anderson, for Reconsideration (Ref: 08-1458)   (Rec. Doc. 18800)

   **DEFERRED until February 3, 2010.**

3. Motions of plaintiff, Jessica C. Adams, for Reconsideration (Ref: 06-9157) (Rec. Docs. 27440, 30557 and 30561)

   **DENIED.**

JS10:   :06