UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*James Franklin v. Merck & Co., Inc.*, Case No. 06-10485

## ORDER

IT IS ORDERED that Merck's Motion for Order to Show Cause Why Plaintiff's Complaint Should Not Be Dismissed (Rec. Doc. 23815) shall be set for hearing WITH ORAL ARGUMENT on Wednesday, February 3, 2010, immediately following the monthly status conference.

New Orleans, Louisiana, this 8th day of January, 2010.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

1