UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   Cases listed on Exhibit A

**ORDER**

IT IS ORDERED that Plaintiff's Motion for Recusal of this Court (Rec. Doc. 28675) IS DENIED.

New Orleans, Louisiana, this 8th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE

1

Exhibit A
*Third Motion*

|    | Plaintiff | Short Caption | Docket Number | Pharm. Records | Medical Records | Affidavit of Completeness | Other Deficiency |
|----|-----------|---------------|---------------|----------------|-----------------|---------------------------|------------------|
| 1. | David Agard | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | None | Partial | None | |
| 2. | Scott Berthel | Gates, Robert D. v. Merck | 2:05-cv-06221-EEF-DEK | None | One provider | None | |
| 3. | Richard Core | Core, Richard F. v. Merck & Co., Inc. | 2:05-02583-EEF-DEK | None | Partial | None | |
| 4. | Marjorie Curtis | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | None | 4 pages | None | |
| 5. | James Demoski | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | None | Two providers | None | Amended & Supplemental PPF |
| 6. | Kristine Hia | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-02708-EEF-DEK | None | Partial | None | |
| 7. | Maurice Hoyt | Connolly, Marjorie v. Merck & Co., Inc. | 2:06-cv-2708 | None | 1 page | None | |
| 8. | Mary Kurtz | Mary Kurtz v. Merck & Co., Inc. | 2:06-cv-05779-EEF-DEK | None | None | None | |
| 9. | Timothy Mack | Dier, Glenn L. v. Merck & Co., Inc. | 2:05-cv-01088-EEF-DEK | None | Partial | None | Amended & Supplemental PPF |