**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

---

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| ALL GOVERNMENT ACTION CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

## ORDER

IT IS ORDERED that a telephone status conference shall be held in the Louisiana Attorney General Action on Friday, January 22, 2010 at 10:00 a.m. to discuss the status of this case and the progress of discovery.  Due to the number of parties in this litigation, the conference will be a call-in telephone conference.  The call-in information is as follows:

      Call-in Number:     1-866-213-7163

      Conference ID:     50231393

IT IS FURTHER ORDERED that a status conference shall be held in the chambers of Judge Eldon E. Fallon to discuss all other government actions presently before this Court on Wednesday, February 3, 2010, immediately following the Vioxx monthly status conference.

Should the need for another status conference arise before then, the parties are directed to contact the Court.

New Orleans, this 8th day of January, 2010.

_____
Honorable Eldon E. Fallon
United States District Court Judge

1