UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX   :   MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION   :   SECTION: L
:
:   JUDGE FALLON
:   MAG. JUDGE KNOWLES

**This document relates to:   All Cases**

## ORDER

IT IS ORDERED that date lines of the Orders granting stipulations of dismissal which were signed on January 4, 2010 (Rec. Doc. Nos 30884 - 30896; 30903 - 30909; 30911; 30914; 30916; 30919; 30929; 30931 - 30933; 30935 - 30937; 30939; 30943; 30944; 30947 - 30951; 30954; 30956; 30957; 30959; 30961; 30963 - 30970; 30973; 30974; 30976; 30978 - 31003; 31005; 31006; 31008 - 31010; 31012 - 31014; 31016; 31018 - 31020; 31022; 31025; 31028; 31034; 31035; 31038; 31040; 31044; 31045; 31051; 31057; 31059; 31063; 31065; 31067; 31068; 31070; 31071; 31074 - 31076; 31078 - 31080; 31084; 31086; 31087; 31089; 31089; 31090; 31092; 31092; 31093; 31095; 31097; 31099; 31100; 31102; 31104 - 31137; 31139 - 31143) are hereby amended to read "2010" instead of "2009."

New Orleans, Louisiana, this 8th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE

1