**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Ineligible or | * | |
| Not Enrolled Claims | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRETRIAL ORDER NO. 45A**

**APPOINTMENT OF ADDITIONAL MEMBERS TO PLAINTIFFS' STEERING COMMITTEE FOR THE INELIGIBLE OR NOT ENROLLED CLAIMS**

Considering the unopposed Motion to Appoint Additional Counsel to PSC (Rec. Doc. 21427) filed by the Plaintiffs' Steering Committee for the Ineligible or Not Enrolled Claims, IT IS ORDERED that the following additional members are hereby appointed to the Plaintiffs' Steering Committee for the Ineligible or Not Enrolled Claims:

> **Grant L. Davis**
> DAVIS, BETHUNE & JONES, LLC
> 1100 Main Street
> Suite 2930
> Kansas City, Missouri 64148-23255
> Tel: (816) 421-1600
> Fax:(816) 472-5972
> gdavis@dbjlaw.net

> **Thomas J. Preuss**
> WAGSTAFF & CARTMELL LLP
> 4740 Grand Avenue, Suite 300
> Kansas City, MO 64112
> Tel: (816) 701-1100
> Fax: (816) 531-2372
> tjpreuss@wcllp.com

The duties and responsibilities of the Plaintiffs' Steering Committee for the Ineligible or

Not Enrolled Claims shall remain unchanged and continue to be governed by Pretrial Orders No. 1, No. 6, and No. 45.

New Orleans, Louisiana this 8th day of January, 2010.

                                            The Honorable Eldon Fallon
United States District Court Judge