UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| This document relates to: | * * * | SECTION L |
| *Rosemary Doss, et al.* v. *Merck & Co., Inc.* | * * * * | JUDGE FALLON MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* *Rosemary Doss, individually and as representative of the estate of Charles Doss, and Emma Fleming, Laura Smith, and Elizabeth Smith* | * * * * * * | |
| *Docket No. 2:06-cv-07002* | * | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Rosemary Doss, individually and as representative of the estate of Charles Doss, and Emma Fleming, Laura Smith, and Elizabeth Smith, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  7th  day of      January      , 2010.

_____
DISTRICT JUDGE