UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                    |   |                      |
|------------------------------------|---|----------------------|
|                                    | : | MDL NO. 1657         |
| IN RE: VIOXX                       | : |                      |
| PRODUCTS LIABILITY LITIGATION      | : | SECTION: L           |
|                                    | : |                      |
|                                    | : | JUDGE FALLON         |
|                                    | : | MAG. JUDGE KNOWLES   |

THIS DOCUMENT RELATES TO:    Kimberly Keller-Hom

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Kimberly Keller-Hom. IT IS ORDERED that the correspondence be entered into the record. Due to the proprietary nature of the communication, IT IS FURTHER ORDERED that the correspondence be SEALED. Additionally, a copy of this correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 6th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Ms. Kimberly Keller-Hom
336 Parkman Avenue
Los Angeles, CA 90026

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1