originals.

~~TENDERED FOR FILING~~

UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF LOUISIANA

U.S. COURT OF APPEALS
RECEIVED
JAN 04 2010

Filed 9/7
JAN -7 2010
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

ELENA STRUJAN
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

2:07 Civ. 0906 (EEF) (JEI)

- against -

MERCK & Co. INC

NOTICE OF MOTION
FOR A FREE TRANSCRIPT.

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

**PLEASE TAKE NOTICE** that upon the annexed affirmation of PLAINTIFF ELENA STRUJAN
_(name)_
affirmed (signed) on December 28, 2009, and upon the exhibits attached thereto,
_(date)_

and upon the pleadings herein, plaintiff/_____, will move this Court, before
Judge E. FALLON, United States District/~~Magistrate~~ Judge, for an order
_(Judge's name)_ _(circle one)_
pursuant to Rule 55(b) of the Federal Rules of Civil Procedure granting a judgment for a free transcript of trial and judge's decision entered in this action on the 30 day of October, 2009 (dismissing with prejudice all claims of plaintiff for failure to comply with the requirements of Pre-Trial Order 43 (in exhibit).

I declare under penalty of perjury that the foregoing is true and correct.

Signature  Elena Strujan
Address  P.O. Box 20632
         New York, New York 10021
Telephone Number  646-234-2421
Fax Number (if you have one) _____

TENDERED FOR FILING

JAN - 7 ~~2009~~ 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee _____
Process _____
X  Dktd _____
X  CtRmDep _____
Doc. No. _____

Rev. 05/2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELENA STRUJAN
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

MERCK & Co. INC.,

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

2:07 Civ. 0906 (EEF-DEK)

AFFIRMATION

Notice is hereby given that PLAINTIFF, ELENA STRUJAN (party) hereby affirms under penalty of perjury that the following is true: I am a poor person. My total income as per them substitute teacher was $2,824.75 (see Exhibit 1). Additionaly, on June 23, 2009, I experienced eviction from my appartment for non paid rent (Exhibit 2). I do this affirmation in support of my Notice of Motion for free transcript.

Elena Strujan
Signature

P.O. Box 20632
Address

New York, NY 10021
City, State & Zip Code

646 234 2421
Telephone Number

DATED: December 28, 2009

*Elena Strujan*

| The City of New York | | | EMPLOYEE DIRECT DEPOSIT ADVICE | | Payroll Management System | | | |
|---|---|---|---|---|---|---|---|---|
| ITEM # | PAY PERIOD | PAY DATE | | | PAYROLL # | WORK UNIT | ADVICE NUMBER | DISTRIBUTION # |
| 285722 | 09/16/09   09/30/09 | 10/19/09 | | | 746 | 9999  Z | 28572249 | 0801982 |
| PENSION # | ELECTRONIC FUNDS TRANSFER INFORMATION | JSN FEDERAL MS EX | STATE MS EX | REFERENCE # | C.D. | EMPLOYEE NAME | | |
| 26013673 | | 1  A 03 | A 03 | 0972929 | 0 | STRUJAN | ELENA | TOTAL DEDUCTIONS THIS PERIOD |
| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | 16.37 |
| THIS PERIOD | 154.97 | | 9.60 | 2.25 | | 10.67 | | NET PAY |
| YEAR TO DATE | 2824.75 | | 175.13 | 40.96 | 12.11 | | 10/06/09 | 138.60 |
| SCHOOL ASSIGND | EARNED PERIOD | DAYS WRK'D | HH:MM | RATE/ADJ TYPE  AMT EARNED FOR PER. | LEAVE BALANCE AS OF: DESCRIPTION | BAL. AVAILABLE HH:MM/DDD | DESCRIPTION | BAL. AVAILABLE HH:MM/DDD |
| M630 | 09/30/09 | 1 | 0:00 | 154.97   154.97 | | | | |

DOMESTIC VIOLENCE HELP: CALL 311 OR 911

REVISED 4/09

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT # | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT # | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| UFT | 4.52 | | | | | | |

INDEX NO. L/T

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF    NEW YORK

GLENCORD BUILDING CORP & GIUSTIZIA

JOHN DOE
ELENA          STRUZIA
                              *against*
125 ~~~~ RK AVENUE
NEW YORK, NY 10021
#4

**Petitioner**
*Landlord*



BADGE
# 009

**Respondent**
*Tenant*

CITY MARSHAL
THOMAS J. BIA
1000 GRAND CONCOURSE
BRONX, NY 10451
718-681-8878

**Respondent**
*Undertenant*

*Name of Tenant and/or undertenant being fictitious and unknown, person intended, occupying apartment set forth below.*

**IMPORTANT** – PLEASE BE ADVISED YOUR EVICTION MAY TAKE PLACE ON [ 6-25-09 ] **OR THEREAFTER**
**IMPORTANTE** – USTED PUEDE SER DESHAUCIADO, EL                            **O DESPUES**

# NOTICE OF EVICTION
Alternative Service / Mailing

# NOTIFICACION DE DESAHUCIO
Notificación Alterna / Postal

To the above named tenants and undertenants:

Please take notice that the Court has issued a warrent for your eviction. If you fail to vacate the described premises, **YOU MAY BE EVICTED, WITHOUT FURTHER NOTICE, ON THE SIXTH BUSINESS DAY** AFTER **THE DATE OF THIS NOTICE** or on any business day thereafter. "Business days" are Monday through Friday except legal holidays.

The **ONLY** way you can stop this eviction is if a Court issues an order to show cause that stays your eviction. You may apply for such an order at the Civil Court, Landlord - Tenant part, in your borough.

If a Court stay of your eviction is in effect, you will be evicted only if the stay ends or is vacated by the Court. If the Court has already ordered that you may be evicted if you fail to make a payment or comply with the Court's order by a certain date, your failure to pay or comply with the Court's order by that date may result in your eviction without further notice.

If you are dependent upon a person in the military service of the United States, advise the clerk of the Court immediately in order to protect your rights.

If you need legal assistance, the Legal Aid Society may be able to assist you (check telephone listing in your borough). A senior citezen who needs legal assistance may contact the New York City Department for the Aging, 2 Lafayette Street, New York, New York 10007, (212) 442-1000.

If you receive public assistance, notify your caseworker immediately. The Human Resources Administration may be able to help you with back payments whether or not you receive public assistance. Call (718) 291-1900 for information.   NEW HRA # 877-472-8411

**DATE OF NOTICE**[2]                              **FECHADA**

[  6-15-09  ]

A los susodichos inquilinos y sub-inquilinos:

Tenga a bien notar que la Corte ha emitido una order de desahuccio en contra de usted. Si no desaloja al local descrito, **USTED PUEDE SER DESHAUCIADO, SIN NOTIFICATION ADICIONAL, EL SEXTO DIA HABIL A PARTIR DE LA FECHA DE ESTA NOTIFICATION** o en cualquier dia habil de ahi en adenlante. Los "dias habiles" son Lunes a Viernes, excepto los dias de fiesta legales.

Usted puede detener este deshaucio **SOLAMENTE** si una Corte emite una orden judicial instruyendole a usted a mostrar motivos justificantes para suspender su desalojo. Usted puede solicitar esa orden (Order to Show Cause) en la Corte Civil, Seccion del Propietario - Inquilino (Civil Court, Landlord - Tenant part) en su condado.

Si una suspension de su desahucio por orden de la Corte esta en efecto, usted sera desalojado solo si la suspension caduca o la Corte la anula. Si la Corte ha ordenado ya que usted puede ser desalojado si no cumple con hacer un pago o con la orden de la Corte a partir de una fecha de vencimiento, su incumplimiento con el pago o con la orden de la Corte al llegar esa fecha puede resultar en su desahucio sin notificación adicional.

Si usted depende de una persona que pertenece al Servicio Militar de los Estados Unidos, notifiqueselo inmediatamente al Secretario de la Corte (Court Clerk) para asi proteger sus derechos legales.

Si usted necesita ayuda legal, la Legal Aid Society tal vez puede ayudarlo (consulte la guia telefonica de su condado). Una persona de edad avanzada que necesita ayuda legal puede comunicarse con el Departamento para Personas Mayores de la Ciudad de Nueva York, 2 Lafayette Street, New York, New York 10007, (212) 442-1000.

Si usted recibe asistencia publica, notifiquelo a su trabajador social (caseworker) inmediatamente. La Administracion de Recursos Humanos tal vez puede ayudarle con los pagos atrasados, reciba usted o no asistencia publica. Llame al (718) 291-1900 para informacion.

NUEVO HRA # 877-472-8411

[1] Formerly known as "72-hour notice." Additional time has been allowed for mailing.
Anteriormente conocido como "Aviso de Deshaucio de 72 Horas." Se ha concedido tiempo adicional para enviar por correo.

[2] The date of this notice shall be on or after the date the notice is mailed to the respondent.
La fecha de este notificacion se fijara el dia en que se le envia al apelado o despues de ese dia.

2

NEW ORLEANS, LOUISIANA, this 30th day of    October    , 2009.

*[signature: Eldon E. Fallon]*

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibits A, B & C* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Third Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the *Lone Pine* Requirements of PTO 43 (R.Doc. 24995) came on for hearing on the 29th day of October, 2009. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that the claims of all plaintiffs on the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 43.

**IT IS FURTHER ORDERED** that the motion be and it hereby is deferred until December 3, 2009, immediately following the conclusion of the monthly status conference scheduled for 9:00 a.m., as to all plaintiffs on the attached Exhibit B.

**IT IS FURTHER ORDERED** that the motion be and it hereby is withdrawn as to all plaintiffs on the attached Exhibit C.

997054v.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

ELENA STRUJAN
Plaintiff,

-against-

MERCK & CO., INC.,
Defendant.

---

2:07-cv-0906 (EEF)(DEK)
MDL Docket No. 1657
SECTION L

AFFIRMATION OF SERVICE

(In the space above enter the full name(s) of the defendant(s)/respondents.)

I, Elena Strujan (name), declare under penalty of perjury that I have served a copy of the attached NOTICE OF MOTION and Affirmation (document you are serving) upon DEFENDANT'S LIASON COUNSEL O'Keefe Avenue (name of person served) whose address is 820, NEW ORLEANS, LOUISIANA 70113 (where you served document)

by MAIL (how you served document. For example - personal delivery, mail, overnight express, etc.)

Dated: NEW YORK, NY
(town/city)   (state)

12 / 28 / 2009
(month) (day) (year)

Signature: Elena Strujan

Address: P.O. Box 20632
City, State: New York, New York
Zip Code: 10021
Telephone Number: 646-234-2421