UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Arthur W. Ballantyne, et al.* | * | KNOWLES |
| | * | |
| v. | * | |
| | * | *No. 06-2195* |
| Merck & Co., Inc., Merck Frosst | * | |
| Canada LTD. and DOES 1-100. | * | |
| | * | |
| **Only with regard to:** | * | |
| **Michael Mayeu and Debra Mayeu** | * | |
| | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Notice of Dismissal with Prejudice as to Defendant Merck Frosst Canada, LTD,

IT IS ORDERED that all claims of Michael Mayeu and Debra Mayeu against Merck Frosst Canada, LTD, be and they are hereby dismissed with Prejudice.

NEW ORLEANS, LOUISIANA, this <u>11th</u> day of <u>     January     </u>, 2010.

_____
DISTRICT JUDGE

1004131v.1