## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Marie Allen, et al.* | * | KNOWLES |
| | * | |
| *v.* | * | |
| | * | No. 06-2220 |
| *Merck & Co., Inc., Merck Frosst* | * | |
| *Canada LTD. and DOES 1-100.* | * | |
| | * | |
| ***Only with regard to:*** | * | |
| ***Myrtle Butterfield and William*** | * | |
| ***Butterfield*** | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Notice of Dismissal with Prejudice as to Defendant Merck Frosst Canada, LTD,

IT IS ORDERED that all claims of Myrtle Butterfield and William Butterfield against Merck Frosst Canada, LTD, be and they are hereby dismissed with Prejudice.

NEW ORLEANS, LOUISIANA, this 11th day of January, 2010.

_____
DISTRICT JUDGE

1004123v.1