UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX ® | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO CASES:**

*Anderson v. Merck & Co., Inc. (2:09-cv-02395)*
*Audette v. Merck & Co., Inc. (2:09-cv-02399)*
*Cohen v. Merck & Co., Inc. (2:09-cv-02400)*
*Fick v. Merck & Co., Inc. (2:09-cv-02401)*
*Gavitt v. Merck & Co., Inc. (2:09-cv-02403)*
*Greaves v. Merck & Co., Inc. (2:09-cv-02402)*
*Johnson v. Merck & Co., Inc. (2:09-cv-02404)*
*Jung v. Merck & Co., Inc. (2:09-cv-02398)*
*Lopez v. Merck & Co., Inc. (2:09-cv-02397)*
*Lundberg v. Merck & Co., Inc. (2:09-cv-02396)*
*Miller v. Merck & Co., Inc. (2:09-cv-02405)*
*Ross v. Merck & Co., Inc. (2:09-cv-02406)*
*Sarvis v. Merck & Co., Inc. (2:09-cv-02407)*
*Schweitzer v. Merck &Co., Inc. (2:09-cv-02408)*
*Stevens v. Merck & Co., Inc. (2:09-cv-02409)*
*Walters v. Merck & Co., Inc. (2:09-cv-02410)*
*Wood v. Merck & Co., Inc. (2:09-cv-02411)*
*Yeary v. Merck & Co., Inc. (2:09-cv-02412)*

**THE PLAINTIFFS' STEERING COMMITTEE'S RESPONSE
TO MOTION TO APPOINT LEADERSHIP FOR PTO 29 CASES**

Pre-trial Order No. 6, entered April 8, 2005, sets forth the responsibilities of the Plaintiffs' Steering Committee ("PSC"). The PSC takes issue with the Motion to Appoint Leadership for PTO 29 Cases and specifically the assertion that "The current PSC has not been responsive..." The PSC continues to function and carry out its responsibilities as set forth in Pre-Trial Order No. 6. The PSC

produced and has made available an exceptional trial package which continues to be updated. Furthermore, members of the PSC are available to meet and confer with counsel who requests such meetings and who comply the Court Orders regarding access to the PSC depository and trial package. The PSC depository continues to remain up and running and is available. Several "non-settling" counsel have made arrangements to visit the depository from time to time and counsel are welcome to utilize the information developed and contained in the depository. Furthermore, PSC members continue to assist and advise counsel who are handling various Vioxx matters. In addition, Plaintiffs' Liaison Counsel has appeared at every hearing regarding motions relating to PTOs 28, 29 and Lone Pine matters (including PTO 43) and has addressed issues both with the Court and Merck concerning such matters. The PSC has opposed all motions to dismiss with prejudice.

    Respectfully submitted,

Date:  January 13, 2010    By: /s/ Russ M. Herman
    **Russ M. Herman (Bar No. 6819)**
    Leonard A. Davis (Bar No. 14190)
    Stephen J. Herman (Bar No. 23129)
    ***Herman, Herman, Katz & Cotlar, L.L.P.***
    820 O'Keefe Avenue
    New Orleans, Louisiana  70113
    Telephone: (504) 581-4892
    Facsimile: (504) 561-6024

    **PLAINTIFFS' LIAISON COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 13th day of January, 2010.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhkc.com