BEFORE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL Docket No. 1657

TRANSFERRED FROM
THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA MOORE and MAX MOORE, her husband, ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> MERCK & CO., INC., a corporation, ) <br> Defendant. ) | No. 06 C 1354 <br> ND, IL <br><br> MDL 1657 / 06-4296 |

### PLAINTIFFS' MOTION TO
### REMAND THIS CASE TO THE NORTHERN DISTRICT OF ILLINOIS
### FOR FURTHER PROCEEDINGS

Now come plaintiffs, Rebecca Moore and Max More, her husband, by and through their attorneys, the Law Office of Kenneth C. Chessick, M.D., and, pursuant to the MDL's Rule 7.6, respectfully request that this case be remanded/transferred back to its original venue, the Northern District of Illinois. In support, Plaintiffs' state as follows:

1. This case was originally filed in the Circuit Court of Cook County, Law Division, Chicago, Illinois. Upon MERCK's motion, the case was removed to the United Sates District Court for the Northern District of Illinois. The case was subsequently transferred to the Eastern District of Louisiana for inclusion in MDL 1657 proceedings.

2. On December 1, 2009, the Future Evidence Stipulation submitted on behalf of REBECCA MOORE and MAX MOORE was accepted, terminating the need for this case to remain in Eastern District of Louisiana.

1

3.      Pursuant to the MDL's Rule 7.6, Plaintiffs request that this case be remanded/transferred back to the Northern District of Illinois for further proceedings.

WHEREFORE, Plaintiffs pray that this Honorable Court remand/transfer back the case to the Northern District of Illinois for further proceedings.

Respectfully submitted:

_____
Magdalena Dworak,
One of Plaintiffs' Attorneys

Date: December 18, 2009

Kenneth C. Chessick
John W. Fisk
Magdalena Dworak
The Law Office of Kenneth C. Chessick, M.D.
1870 North Roselle Rd., Suite 104
Schaumburg, Illinois 60195
847-843-8044

BEFORE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL Docket No. 1657

TRANSFERRED FROM
THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA MOORE and MAX MOORE, her husband, )<br>Plaintiffs, )<br>vs. )<br>)<br>MERCK & CO., INC., a corporation, )<br>Defendant. ) | No. 06 C 1354<br>ND, IL<br><br>MDL 1657 /06-4296 |

### NOTICE OF FILING

You are hereby notified that on this 18th day of December, 2009, we filed with the Clerk of the Judicial Panel, United States of America Judicial Panel on Multidistrict Litigation, the attached **PLAINTIFFS' MOTION TO REMAND THIS CASE TO THE NORTHERN DISTRICT OF ILLINOIS FOR FURTHER PROCEEDINGS.**

### PROOF OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code, the foregoing Motion was served upon the following parties:

    MERCK at registration@hugheshubbard.com;
        at dwimberly@stonepigman.com;
        by Fax 504-581-3361 and US Mail to Ms. Dorothy H. Wimberly,
        Ms. Catherine B. Molony, Stone Pigman Walther Wittmann LLC
        546 Carondelet Street, New Orleans, Louisiana 70130;
    PEC at vioxx@hhkc.com; rherman@hhkc.com;
    Claims Administrator at: claimsadmin@browngreer.com;

and upon all parties electronically via LexisNexis File & Serve on this 18th day of December, 2009.

_____
Magdalena Dworak

LAW OFFICE OF KENNETH C. CHESSICK, M.D.
Attorney for Plaintiffs
1870 North Roselle Road, Suite 104
Schaumburg, IL 60195
Ph: (847) 843-8044



PROTECTING
PATIENTS AND
THEIR LEGAL
RIGHTS

LAW OFFICES OF
KENNETH C. CHESSICK, M.D.
1870 N. ROSELLE ROAD, SUITE 104
(ENTRANCE ON HILLCREST)
SCHAUMBURG, ILLINOIS 60195-3100
(847) 843-8044
(847) 843-3699 FAX
www.CHESSICK.com

ATTORNEYS AT LAW

KENNETH C. CHESSICK, M.D.
JOHN W. FISK
MAGDALENA DWORAK

January 6, 2010

Attention: Vioxx Litigation
US District Court
Eastern District of Louisiana
500 Poydra St.
Room C151
New Orleans, LA 70130

   Re:  *Moore v. Vioxx*
   MDL# 1657 — 06-4294
   ND, IL No. 06 C 1354

To Whom It May Concern:

As discussed with Mr. Jared Barnes and Ms. Carolyn Stewart, enclosed please find an original of the PLAINTIFFS' MOTION TO REMAND THIS CASE TO THE NORTHERN DISTRICT OF ILLINOIS FOR FURTHER PROCEEDINGS as filed electronically on December 18, 2009, and a copy to be file-stamped and returned to our office in the enclosed self-addressed, stamped envelope.

If you have any questions or concerns, please do not hesitate to contact our office.

Thank you very much.

           Sincerely,

           Samantha La Porte
           Law Office of Kenneth C. Chessick, MD

Enclosure