BEFORE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL Docket No. 1657

TRANSFERRED FROM
THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA MOORE and MAX MOORE, her husband, ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> MERCK & CO., INC., a corporation, ) <br> Defendant. ) | No. 06 C 1354 <br> ND, IL <br><br> MDL 1657-/06-4296 |

## ORDER

This case coming before the Court on Plaintiffs' Motion to Remand to the Northern District of Illinois for Further Proceedings, due notice having been given and the Court advised.

It is Hereby Ordered:

1. Plaintiffs' motion is granted;

2. This case is hereby remanded for further proceedings to the United States District Court for the Northern District of Illinois, Docket No. 06 C 1354;

3. The Clerk of the United States District Court for the Eastern District of Louisiana is directed to forward the entire file to the United Sates District Court for the Northern District of Illinois.

Entered:

_____