UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>      Products Liability Litigation<br><br>This Document Relates to:<br><br>    STATE OF LOUISIANA, ex rel.<br>    JAMES D. CALDWELL,<br>    ATTORNEY GENERAL<br>                Plaintiff<br><br>    versus<br><br>MERCK SHARP & DOHME CORP.<br><br>Case No. 05-3700 | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

## SECOND AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, Plaintiff State of Louisiana, ex rel. James D. Caldwell Attorney General, pursuant to Federal Rules of Civil Procedure, will take the deposition of David R. Silvers, M.D. on January 20, 2010 starting at 9:30 a.m. and ending at 5:30 p.m., at the offices of, Stone Pigman Walther Wittmann LLC, 546 Carondelet Street, New Orleans, Louisiana 70130.

This deposition will be taken before a person authorized by law to administer oaths, pursuant to Federal Rule of Civil Procedure 28. The deposition may also be videotaped. The witness is requested to bring the items listed in Exhibit A to the deposition.

Dated: January 13, 2010

/s/ James R. Dugan
James R. Dugan, II (La. Bar No. 24785)
Douglas R. Plymale. (La. Bar No. 28409)
Stephen B. Murray, Jr. (La. Bar No. 23877)
Stephen B. Murray, Sr. (La. Bar No. 9858)
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Second Amended Notice of Deposition has this day been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance to pretrial order No. 8B, on this the 13th day of January, 2010.

/s/ James R. Dugan