# EXHIBIT A

Mr. Jerry Wells is instructed to bring with him to the deposition the following documents and other items:

1. All documents generated by or for Mr. Wells in the course of his assignment in this matter, including any draft reports, work product, correspondence, and/or e-mails.

2. Mr. Wells' billing file for this case, including all time sheets, bills, invoices, expenses, or costs related to Mr. Wells' work on the case, including any documents pertaining to persons working for or with Mr. Wells on this case.

3. All documents, correspondence, memoranda, notes e-mails, and/or communications (and any attachments thereto) between Mr. Wells (or persons, agents or employees under his direction, control or supervision) and counsel for the Defendant, except such documents, correspondence, memoranda, notes, e-mails and/or communications that pertain solely to ministerial scheduling matters, such as correspondence related solely to obtaining dates for a deposition.

4. Mr. Wells' complete file for this case, including but not limited to, all of the materials Mr. Wells has reviewed in connection with this case except such documents, correspondence, memoranda, notes, e-mails, and/or communications that pertain solely to ministerial scheduling matters, such as correspondence related solely to obtaining dates for a deposition.