UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> Product Liability Litigation | * <br> * <br> * | MDL Docket No. 1657 |
| This document relates to: | * <br> * | SECTION L |
| *Margaret A. Allahand, et al.* <br> *v.* <br> *Merck & Co., Inc.* | * <br> * <br> * <br> * | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* <br> *Randi Fuhr-Carmichael, individually* <br> *and as administratrix of the estate of* <br> *Abraham Fuhr* | * <br> * <br> * <br> * <br> * | |
| *Docket No. 2:06-cv-09344* <br> ************************************* | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Randi Fuhr-Carmichael, individually and as administratrix of the estate of Abraham Fuhr, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE