UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | VIOXX PRODUCTS LIABILITY LITIGATION | : MDL NO. 1657 <br> : SECTION: L <br> : <br> : JUDGE FALLON <br> : MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

Michael Heavrin, et al., currently filed as MDL No. 05-0458
(pertaining to plaintiff, Janice M. Baum, only)

## MOTION TO FILE MEMORANDUM IN SUPPORT OF RENEWED MOTION FOR WITHDRAWAL OF COUNSEL and EXHIBITS UNDER SEAL

Plaintiff Janice M. Baum's Counsel respectfully requests that the Court file under seal the Memorandum in Support of Renewed Motion for Withdrawal of Counsel and all referenced exhibits. In support of this Motion, Counsel states:

1. The Memorandum in Support of Renewed Motion for Withdrawal of Counsel contains multiple references to what may or may not now be protected by the attorney-client privilege. There is certainly a question as to whether Ms. Baum's two letters to the Court and correspondence to BrownGreer, PLC, signify her decision to waive the attorney-client privilege. Nevertheless, out of an abundance of caution, Plaintiff's counsel requests that these documents be filed under seal. Likewise, the exhibits attached to said Memorandum may or may not also contain privileged attorney-client communications and should be placed under seal as well.

WHEREFORE, the Counsel for Plaintiff respectfully requests the Court to seal the Memorandum in Support of Renewed Motion for Withdrawal of Counsel and all referenced exhibits in support thereof, and to grant all other appropriate relief.

Respectfully submitted,

PRICE WAICUKAUSKI & RILEY, LLC

By_____
Henry J. Price, Bar No. 8522-49
William N. Riley, Bar No. 14941-49
Jana K. Strain, Bar No. 20677-49
Jamie R. Kendall, Bar No. 25124-49
Joseph N. Williams, Bar No. 25874-49

The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-8787
Fax: (317) 633-8797

**Counsel for Plaintiff Janice M. Baum**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION TO FILE MEMORANDUM IN SUPPORT OF RENEWED MOTION FOR WITHDRAWAL AS COUNSEL and EXHIBITS UNDER SEAL has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, and all counsel listed below, by U.S. Mail on this 12th day of January, 2010.

George M. Plews, Esq.
Brett E. Nelson, Esq.
David L. Pippen, Esq.
PLEWS SHADLEY RACHER & BRAUN
1346 North Delaware Street
Indianapolis, Indiana 46202
gplews@psrb.com
bnelson@psrb.com
dpippen@psrb.com

Ellen M. Gregg, Esq.
Womble Carlyle Sandridge & Rice, PLLC
301 North Main Street, Suite 300
Winston-Salem, North Carolina 27101
MDL@wcsr.com

I hereby certify that the above and foregoing MOTION TO FILE MEMORANDUM IN SUPPORT OF RENEWED MOTION FOR WITHDRAWAL AS COUNSEL and EXHIBITS UNDER SEAL has been served on Plaintiff by certified mail pursuant to Pre-Trial Order No. 36 on this 12th day of January, 2010.

William N. Riley