UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | VIOXX PRODUCTS LIABILITY LITIGATION | : MDL NO. 1657<br>:<br>: SECTION: L<br>:<br>: JUDGE FALLON<br>: MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

Michael Heavrin, et al., currently filed as MDL No. 05-0458
(pertaining to plaintiff, Janice M. Baum, **only**)

---

**[PROPOSED] ORDER ON MOTION TO FILE MEMORANDUM IN SUPPORT OF RENEWED MOTION FOR WITHDRAWAL OF COUNSEL
and EXHIBITS UNDER SEAL**

---

Considering the foregoing Motion to File the Memorandum in Support of Renewed Motion to Withdraw as Counsel of Record and Exhibits Under Seal, filed with this Court by William N. Riley, Esq., and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT, that the Motion to file the Memorandum in Support of Renewed Motion to Withdraw as Counsel of Record and all referenced exhibits under seal is GRANTED.

NEW ORLEANS, LOUSIANA, this _14th_ day of _January, 2010_, 2010.

Hon. Eldon E. Fallon
United States District Judge