**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:  VIOXX** | * | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE KNOWLES** |

**********************************  *

**THIS DOCUMENT RELATES TO:**

Plaintiff's Name: Gerald Smith

Case Name:  Bobbie Thompson et al. v Merck & Co.

Case Number: USDC ED of LA 2:05-cv-04055 EEF-DEK

## MOTION TO WITHDRAW AS COUNSEL OF RECORD IN ACCORDANCE WITH PRETRIAL ORDER 36

COMES NOW plaintiff's counsel, listed below, and respectfully moves for the Court's

Order Granting Plaintiff's Counsel Leave to Withdraw as Counsel of Record in Accordance with

Pretrial Order 36 for Plaintiff in the above captioned multi-district litigation for the following

reasons:

1.      The undersigned counsel represents approximately 250 Vioxx claimants.  Counsel

recommended that all claimants represented by counsel participate in the Vioxx settlement

negotiated by representatives of the Plaintiffs' Steering Committee.

2.      Good cause exists for withdrawal since counsel and client have a fundamental

disagreement regarding the course of any future representation with regard to this action,  the

details of which are necessarily omitted as privileged within the attorney-client relationship.

3.      Counsel has communicated with plaintiff.

4.      The undersigned has fully complied with this Court's process as required by PTO 36.  Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and

5.      The plaintiff has consented to withdrawal.

6.      Further, counsel has taken steps to disengage from representation of Mr. Smith and advised Mr. Smith to retain other counsel to pursue his case and provided him with any pending deadlines or dates.  As such, there are no material adverse effects on the interest of the client.

7.      If the Court grants this motion, the undersigned counsel will notify Lexis/Nexis File and Serve of this change and counsel's status as soon as the Order is entered.

WHEREFORE, counsel listed below pray for the Court's Order allowing them and their firm to withdraw as counsel of record for plaintiff Gerald Smith in the above-styled action.


Respectfully submitted,


        /s/  Thomas P. Cartmell
Thomas P. Cartmell          MO #45366
Brian J. Madden             MO #40637
Thomas J. Preuss            MO #54923
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372

James P. Frickleton         MO #31178
BARTIMUS FRICKLETON, ET AL.
11150 Overbrook Rd, Suite 200
Leawood, KS  66211
(913) 266-2300
Fax (913) 266-2366

J. Scott Bertram        MO #23715
THE BERTRAM LAW FIRM, LLC
9229 Ward Parkway, Suite 225
Kansas City, MO 64114
(816) 523-2205
Fax (816) 523-8258

Wm. Dirk Vandever      MO #24463
THE POPHAM LAW FIRM, PC
323 W. 8th Street, Suite 200
Kansas City, MO 64105
(816) 221-2288
Fax (816) 221-3999

Kirk Goza           MO #32475
Brad Honnold        MO #39818
GOZA & HONNOLD, LLC
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 451-3433
Fax (913) 261-0087

Grant L. Davis       MO #34799
Shawn Foster        MO #47663
DAVIS BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
PO Box 26250
Kansas City, MO 64196
(816) 421-1600
Fax (816) 472-5972

Wayne S. Spivey     Atty ID #31017
SHRAGER SPIVEY & SACHS
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103
(800) 568-5868
Fax (215) 568-7495

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD has been served on Phillip Wittmann and Russ Herman by e-mail and /or LexisNexis File & Serve, on plaintiff Gerald Smith by Certified Mail at 12808 E. 41st St., South Independence MO  64055, and upon all parties by electronic means via LexisNexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of January, 2010.

Respectfully submitted,


_____/s/_ Thomas P. Cartmell_____

Thomas P. Cartmell          MO #45366
Brian J. Madden             MO #40637
Thomas J. Preuss            MO #54923
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372


Attorney for Plaintiff