UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS : MDL NO. 1657
LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Michael Heavrin, et al., currently filed as MDL No. 05-0458
(pertaining to plaintiff, Janice M. Baum, **only**)

## RENEWED MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rules 7.4 and 83.2.11, William N. Riley of Price Waicukauski & Riley, LLC, primary counsel for the above-identified plaintiff, Janice M. Baum, moves this Court on behalf of himself, his firm, and any other affiliated plaintiff's counsel, for permission to withdraw from representation of the above identified client.

Primary counsel has sent notification of all deadlines and pending court appearances to plaintiff's last known address by certified mail and copied opposing counsel on this correspondence (Exhibit A, Affidavit of Counsel). Primary Counsel's Pre-Trial Order 36 Certification is attached as Exhibit B. Exhibit C identifies plaintiff's last known address and telephone number as required by Local Rule 83.2.11.

Primary counsel has filed a memorandum in support of this motion under seal, which more specifically sets forth the basis for counsel's request.

Primary counsel will advise LexisNexis File & Serve of the changed party/counsel status promptly upon receiving this Court's order granting withdrawal.

Dated:       January 11, 2010

                                              Respectfully submitted,

                                              PRICE WAICUKAUSKI RILEY & DEBROTA, LLC

                                              By_____
                                              Henry J. Price, Bar No. 8522-49
                                              William N. Riley, Bar No. 14941-49
                                              Jana K. Strain, Bar No. 20677-49
                                              Jamie R. Kendall, Bar No. 25124-49
                                              Joseph N. Williams, Bar No. 25874-49

                                              Counsel for Plaintiff Janice M. Baum

The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone: (317) 633-8787
Fax: (317) 633-8797

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing RENEWED MOTION FOR WITHDRAWAL OF COUNSEL has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, and all counsel listed below, by U.S. Mail on this day of January, 2010.

George M. Plews, Esq.
Brett E. Nelson, Esq.
David L. Pippen, Esq.
PLEWS SHADLEY RACHER & BRAUN
1346 North Delaware Street
Indianapolis, Indiana 46202
gplews@psrb.com
bnelson@psrb.com
dpippen@psrb.com

Ellen M. Gregg, Esq.
Womble Carlyle Sandridge & Rice, PLLC
301 North Main Street, Suite 300
Winston-Salem, North Carolina 27101
MDL@wcsr.com

I hereby certify that the above and foregoing RENEWED MOTION FOR WITHDRAWAL OF COUNSEL has been served on Plaintiff by certified mail pursuant to Pre-Trial Order No. 36 on this 11 day of January, 2010.

William N. Riley

3