UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Michael Heavrin, et al., currently filed as MDL No. 05-0458
(pertaining to plaintiff, Janice M. Baum, **only**)

---

## [PROPOSED] ORDER ON RENEWED MOTION FOR WITHDRAWAL OF COUNSEL

---

Considering the foregoing Renewed Motion to Withdraw as Counsel of Record filed with this Court by William N. Riley, Esq., and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT, that the Renewed Motion to Withdraw as Counsel of Record is granted, all counsel of record are permitted to withdraw, and Janice M. Baum may proceed with this action pro se in the absence of retaining substitute counsel.

NEW ORLEANS, LOUSIANA, this _____ day of _____, 2010.

_____
Hon. Eldon E. Fallon
United States District Judge