# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| Products Liability Litigation | * | |
| | * | SECTION L |
| This Document Relates to: | * | |
| | * | JUDGE FALLON |
| STATE OF LOUISIANA, *ex rel.* | * | |
| JAMES D. CALDWELL, JR., | * | |
| Attorney General, | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| Plaintiff, | * | |
| | * | |
| versus | * | |
| | * | |
| MERCK & CO., INC. | * | |
| | * | |
| Defendant. | * | |
| | * | |
| Case No. 05-3700 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * | | |

## ENTRY OF APPEARANCE

Joe Tomaselli and Ken Baum of Goldman Ismail Tomaselli Brennan & Baum LLP, hereby enter their appearance as additional counsel of record for Merck & Co., Inc. in the above-referenced case.  The undersigned certifies that this appearance of additional counsel of record will be noted in LexisNexis File & Serve in accordance with PreTrial Order 8A.

    Respectfully submitted,

    */s/ Dorothy H. Wimberly*
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    STONE PIGMAN WALTHER
    WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone:  504-581-3200
    Fax:     504-581-3361
    Defendants' Liaison Counsel

1004843v.1

And

Andrew Goldman
Tarek Ismail
Joe Tomaselli
Ken Baum
Brian O'Donoghue
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
1 N. Franklin Street, Suite 625
Chicago, Illinois 60606
Phone:   312-591-3000
Fax:     312-629-8107

Attorneys for Merck & Co., Inc.

1004843v.1

**CERTIFICATE OF SERVICE**

 I hereby certify that the above and forgoing Entry of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 14th day of January, 2010.

            */s/ Dorothy H. Wimberly*_____

1004843v.1