UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

**THIS DOCUMENT RELATES TO:**

Plaintiff's Name: Gerald Smith

Case Name:  Bobbie Thompson et al. v Merck & Co.

Case Number: USDC ED of LA 2:05-cv-04055 EEF-DEK

## DECLARATION OF PLAINTIFF'S COUNSEL

In support of the Motion to Withdraw and in compliance with Pretrial Order 36, counsel certifies that:

1. Counsel has communicated with the plaintiff;

2. Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff;

3. Counsel sent to the Plaintiff a copy of the Motion to Withdraw, the Declaration and the Proposed Order to the Plaintiff via certified mail to the last known address of the Plaintiff. The Plaintiff's last known address is 12808 E. 41st St., Independence MO 64055; and

Respectfully submitted, this 14th day of January, 2010

/s/ Thomas P. Cartmell
Thomas P. Cartmell          MO #45366
Brian J. Madden             MO #40637
Thomas J. Preuss            MO #54923
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372

James P. Frickleton  MO #31178
BARTIMUS FRICKLETON, ET AL.
11150 Overbrook Rd, Suite 200
Leawood, KS 66211
(913) 266-2300
Fax (913) 266-2366

J. Scott Bertram  MO #23715
THE BERTRAM LAW FIRM, LLC
9229 Ward Parkway, Suite 225Kansas City, MO 64114
(816) 523-2205
Fax (816) 523-8258

Wm. Dirk Vandever  MO #24463
THE POPHAM LAW FIRM, PC
323 W. 8th Street, Suite 200
Kansas City, MO 64105
(816) 221-2288
Fax (816) 221-3999

Kirk Goza  MO #32475
Brad Honnold  MO #39818
GOZA & HONNOLD, LLC
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 451-3433
Fax (913) 261-0087

Grant L. Davis  MO #34799
Shawn Foster  MO #47663
DAVIS BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
PO Box 26250
Kansas City, MO 64196
(816) 421-1600
Fax (816) 472-5972

Wayne S. Spivey  Atty ID #31017
SHRAGER SPIVEY & SACHS
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103
(800) 568-5868
Fax (215) 568-7495

**ATTORNEYS FOR PLAINTIFF**