# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Cartmell | First: Thomas | Middle: P. |
| **Name of Law Firm** | Wagstaff & Cartmell, LLP | | |

**Current Address**
- Street: 4740 Grand Ave. Ste. 300
- City: Kansas City
- State: MO
- Zip: 64112
- Country: United States

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | 816-701-1100 | **Facsimile** | 816-531-2372 | **Email** | tcartmell@wcllp.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Smith | First: Gerald | Middle: B. |

**Plaintiff Address**
- Street: 12808 E. 41st St. South
- City: Independence
- State: MO
- Zip: 64055
- Country: USA

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | 816-833-1664 | **Facsimile** | none | **Email** | none |
| **Case Caption** | Bobbie Thompson et. al v. Merck | | | | |
| **Case Number** | 2:05-cv-04055 | | | | |
| **Court Where Case is Pending** | USDC, Eastern Dist of LA | | | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☒ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: | First: | Middle: |

**Address**
- Street:
- City:
- State:
- Zip:
- Country:

| | | | | | |
|---|---|---|---|---|---|
| **Telephone Number** | | **Facsimile** | | **Email** | |

**Relationship to Plaintiff**: ☐ Friend   ☐ Relative (specify relationship: _____)

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

☒ I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __1__ / __14__ / __2010__.
                                                        Month  Day  Year

☒ Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __1__ / __14__ / __10__<br>(Month/Day/Year) | *[signature]*<br>Counsel |

#344082

2