UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

THIS DOCUMENT RELATES TO:

Plaintiff's Name: Gerald Smith

Case Name:  Bobbie Thompson et al. v Merck & Co.

Case Number: USDC ED of LA 2:05-cv-04055 EEF-DEK

### PLAINTIFFS' MOTION TO VACATE OR MODIFY THE
### PRE-TRIAL ORDER NO. 43, AND TO EXTEND TIME TO SUBMIT
### <u>EXPERT CERTIFICATE OF CAUSATION</u>

Plaintiff in the above-captioned actions, by and through her attorneys, the Law Office of Wagstaff & Cartmell, LLP, hereby moves this Honorable Court, for good cause shown, as and for herself individually and for all cases, as appropriate, remaining in the instant multi-district litigation in which the plaintiff has not elected to participate in the Master Settlement Agreement, for the following relief:

An order pursuant to Fed. R. Civ. P. 6, granting plaintiff an extension of time to comply with the requirements of Pre-Trial Order ("PTO") No. 43, plaintiffs with cases pending in the United States District Court for the Eastern District of Louisiana as of November 9, 2007, Rule 26(a)(2) for a case specific expert report from a medical expert.

In support of this motion plaintiff states that he has a fundamental disagreement with his counsel regarding medical expert testimony.  The granting of this motion would allow plaintiff to pursue alternate counsel and file the appropriate expert report pursuant to PTO No. 43.  Current

counsel for plaintiff has concurrently filed a motion to withdraw based on this fundamental disagreement.

WHEREFORE, plaintiff in the above-captioned actions respectfully moves this Court for an additional 60 days beyond the current due date of February 15, 2010 with which to file her Rule 26(a)(2) expert report. Plaintiff's report would be due on or before April 15, 2010.

Respectfully submitted,

_____/s/ Thomas P. Cartmell_____
Thomas P. Cartmell        MO #45366
Brian J. Madden           MO #40637
Thomas J. Preuss          MO #54923
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372

James P. Frickleton       MO #31178
BARTIMUS FRICKLETON, ET AL.
11150 Overbrook Rd, Suite 200
Leawood, KS 66211
(913) 266-2300
Fax (913) 266-2366

J. Scott Bertram          MO #23715
THE BERTRAM LAW FIRM, LLC
9229 Ward Parkway, Suite 225
Kansas City, MO 64114
(816) 523-2205
Fax (816) 523-8258

Wm. Dirk Vandever         MO #24463
THE POPHAM LAW FIRM, PC
323 W. 8th Street, Suite 200
Kansas City, MO 64105
(816) 221-2288
Fax (816) 221-3999

Kirk Goza    MO #32475
Brad Honnold   MO #39818
GOZA & HONNOLD, LLC
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 451-3433
Fax (913) 261-0087

Grant L. Davis   MO #34799
Shawn Foster   MO #47663
DAVIS BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
PO Box 26250
Kansas City, MO 64196
(816) 421-1600
Fax (816) 472-5972

Wayne S. Spivey  Atty ID #31017
SHRAGER SPIVEY & SACHS
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103
(800) 568-5868
Fax (215) 568-7495

**ATTORNEYS FOR PLAINTIFF**

**Certificate of Service**

      I hereby certify that the above and foregoing Plaintiffs' Motion to Vacate or Modify the Pre-Trial Order No. 28, and to Extend Time to Submit Expert Certificate of Causation and Motion to Withdraw as Counsel, has been served on Liaison Counsel, Russ Herman and Phillip Wittman, either by e-mail, or hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 (B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing.

      This 14th day of January, 2010,

/s/ Thomas P. Cartmell
| | |
|---|---|
| Thomas P. Cartmell | MO #45366 |
| Brian J. Madden | MO #40637 |
| Thomas J. Preuss | MO #54923 |
| Christopher L. Schnieders | MO#57725 |

**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372
Email: tcartmell@wcllp.com

James P. Frickleton    MO #31178
BARTIMUS FRICKLETON, ET AL.
11150 Overbrook Rd, Suite 200
Leawood, KS 66211
(913) 266-2300
Fax (913) 266-2366

J. Scott Bertram    MO #23715
THE BERTRAM LAW FIRM, LLC
9229 Ward Parkway, Suite 225
Kansas City, MO 64114
(816) 523-2205
Fax (816) 523-8258

Wm. Dirk Vandever    MO #24463
THE POPHAM LAW FIRM, PC
323 W. 8th Street, Suite 200
Kansas City, MO 64105
(816) 221-2288
Fax (816) 221-3999

Kirk Goza   MO #32475
Brad Honnold   MO #39818
GOZA & HONNOLD, LLC
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 451-3433
Fax (913) 261-0087

Grant L. Davis   MO #34799
Shawn Foster   MO #47663
DAVIS BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
PO Box 26250
Kansas City, MO 64196
(816) 421-1600
Fax (816) 472-5972

Wayne S. Spivey   Atty ID #31017
SHRAGER SPIVEY & SACHS
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103
(800) 568-5868
Fax (215) 568-7495

**ATTORNEYS FOR PLAINTIFF**