## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

Janet May Burts; Tommy Burts, Sr.; Leona
Irene Messick Cheek; Bobby Gene Cheek;
Roxanne Correa; Hector Correa; Joyce
Marie Hintz; Walter Hintz; Morgan Paul
Jennings; Linda Pauline Jennings; Gwen
Judy Johnson; John Johnson; Ann Marie
Lovato; Roland Lovato; Carol Ann
Lucero; Harold Lucero; Ralph Manning;
Mary Joe Garcia-Manning; Arno Massey;
Margaret Massey; Beverly Jane Miller; Lyle
Miller; Daniel Montgomery; Marie Brown
Montgomery; Corine Montoya; Matias
Montoya; Janet Whitmer; Dale Whitmer;
Mary Elizabeth Woods; James Woods;
Elmer Young; Christy Young; Alice
Watson; Raymond Watson; Thomas
Watson; Sandra Watson; Hattie Stevenson;
Herbert Stevenson; Leman Taylor, Sr.;
Carnell Taylor; James Thompson; Dorothy
Thompson; Kathleen Tolbert; John Tolbert;
Joseph Signoretti; Rita Signoretti; Roger W.
Smith, Jr.; Leslie Smith; Ernestine Puryear;
Danny Puryear; Karen Robinette; David
Robinette; William Rodriguez; Marilyn
Rodriguez; Karen Otero; Orlando
Otero; Rita Phelps; George Phelps; Dwaine
Porter; Harriet Porter; Muhammad Rahman;
Ethel Rahman,

        Plaintiff(s),

v.

MERCK & CO., INC.,

        Defendant(s).

DOCKET NO. **2:07-cv-03936-EEF-DEK**

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiffs Ralph Manning and Mary Joy Garcia-Manning, husband and wife, against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.

| | | |
|---|---|---|
| Turner W. Branch | Stephen G. Strauss | Phillip A. Wittmann |
| BRANCH LAW FIRM, L.L.P. | Bryan Cave LLP | Dorothy H. Wimberly |
| Attorneys for Plaintiffs | 211 N. Broadway, Suite 3600 | Stone Pigman Walther |
| 808 Travis, Suite 1553 | St. Louis, MO 63102 | Wittmann LLC |
| Houston, TX 77002 | (314) 259-2000 Tel | 546 Carondelet Street |
| (505) 243-3500 Telephone | (314) 259-2020 Fax | New Orleans, LA 70130 |
| (505)243-3534 Facsimile | | (504) 581-3200 Tel |
| | | (504) 581-3361 Fax |

Attorneys for Merck & Co., Inc.

Dated: 2/18/08

Dated: 12-23-09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of January, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.