## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| *Rattief Magee, et al.* | * | **JUDGE FALLON** |
| *v.* | * | |
| *Merck & Co., Inc.* | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| *Only with regard to:* | * | |
| *Rattief Magee and Mary Ann Magee,* | * | |
| *individually and as co-executors of the* | * | |
| *estate of Hermione Magee, and Dewayne* | * | |
| *Magee, individually* | * | |
| | * | |
| *Docket No. 2:07-cv-01396* | * | |

************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Rattief Magee and Mary Ann Magee,

individually and as co-executors of the estate of Hermione Magee, and Dewaye Magee,

individually, in the above-captioned case be and they hereby are dismissed with prejudice with

each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.


                                               _____
                                                    DISTRICT JUDGE