UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Gladys Amadis Rosario, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Marta Silva, individually and as* | * | |
| *representative of the Alejandrina Arroyo* | * | |
| *Crespo, and Marta Silva on behalf of her* | * | |
| *children Victor Pagan Arroyo, Dalma* | * | |
| *Silva Arroyo, and Maria Silva Arroyo* | * | |
| | * | |
| *Docket No. 2:05-cv-06234* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Marta Silva, individually and as representative of Alejandrina Arroyo Crespo, and Marta Silva on behalf of her children Victor Pagan Arroyo, Dalma Silva Arroyo, and Maria Silva Arroyo, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.


_____
DISTRICT JUDGE