UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *David Meixelsperger, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *David Meixelsperger, individually and as* | * | |
| *administrator of the estate of Bernard* | * | |
| *Meizelsperger, and Audrey* | * | |
| *Meizelsperger* | * | |
| | * | |
| *Docket No. 2:07-cv-03731* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs David Meixelsperger, individually and as administrator of the estate of Bernard Meizelsperger, and Audrey Meixelsperger, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 14th day of _____January_____, 2010.

_____
DISTRICT JUDGE