|  |  |
|---|---|
| SARAH RICHARDS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　Defendant. | ) <br>) **IN THE UNITED STATES**<br>) **DISTRICT COURT FOR THE**<br>) **EASTERN DISTRICT OF**<br>) **LOUISIANA**<br>) <br>) **Case Code No: 1657**<br>) **Docket No: 2:05-cv-02049-EEF-DEK**<br>) <br>) **STIPULATION OF DISMISSAL**<br>) **WITH PREJUDICE**<br>) **AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiff, **Sarah Richards**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_Michael R._  
Michael R. Hugo  
Brent Coon & Associates  
277 Dartmouth St., 4th Floor  
Boston, MA 02110  
617-973-9777  

Dated: 10/30/08

_[signature]_  
Stephen G. Strauss  
Bryan Cave LLP  
211 N. Broadway, Suite 3600  
St. Louis, MO 63102  
(314) 259-2000 Tel  
(314) 259-2020 Fax  

Phillip A. Wittmann  
Dorothy H. Wimberly  
Stone Pigman Walther Wittmann LLC  
546 Carondelet Street  
New Orleans, LA 70130  
(504) 581-3200 Tel  
(504) 581-3361 Fax  

Attorneys for Merck & Co., Inc.

Dated: 1-14-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of January, 2010.

/s/ *Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.