# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re:  Vioxx ®

PRODUCTS LIABILITY
LITIGATION

This document relates to:

*Betty Alexander and Allied Services
Division Welfare Fund, on behalf of
themselves and for all others similarly
situated*

*v.*

*Merck & Co., Inc.*

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:05-cv-0059

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## JOINT MOTION TO VACATE ORDER OF DISMISSAL, REINSTATE CERTAIN CLAIMS, AND DISMISS OTHER CLAIMS WITH PREJUDICE

Plaintiffs and defendant, through their respective undersigned counsel, hereby move the

Court to vacate the Order of Dismissal With Prejudice entered in this matter on December 14,

2009 (R.Doc. 30031), for the following reasons:

On December 11, 2009, the parties filed a Stipulation of Dismissal With Prejudice

(attached as Exhibit A), wherein the parties agreed to dismiss with prejudice all claims of

plaintiff Allied Services Division Welfare Fund in connection with the third-party payors'

settlement.  The Order submitted to the Court mistakenly dismissed the claims of all plaintiffs

with prejudice.  The consumer claims of plaintiff Betty Alexander, on behalf of herself and all

others similarly situated, should not have been included and should be reinstated.  The parties

therefore request that the Court vacate R.Doc. 30031, reinstate the claims of plaintiff Betty

1005045v.1

Alexander, on behalf of herself and all others similarly situated, and, instead, enter a new Order

of Dismissal that dismisses with prejudice the claims of Allied Services Division Welfare Fund.

Respectfully submitted,

/s/ James R. Dugan, II                         /s/ Dorothy H. Wimberly
James R. Dugan, II, 24785                 Dorothy H. Wimberly, 18509
MURRAY LAW FIRM                         STONE PIGMAN WALTHER WITTMANN LLC
650 Poydras Street, Suite 2150           546 Carondelet Street
New Orleans, LA  70130                    New Orleans, LA  70130
Phone:  504-648-0180                       Phone:  504-581-3200

Attorneys for Plaintiffs                      Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of January, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1005045v.1