U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JAN 1 3 2009
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 09-30927

MD 05-1657-L

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

---

VIOXX LITIGATION CONSORTIUM,
    Defendant - Appellant

THE MILLER FIRM, L.L.C.; THE O'QUINN LAW FIRM; DOUGLAS A. ALLISON; JACK MODESETT, III,
    Appellants

v.

VIOXX CLAIMANTS,
    Appellees

---

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Pursuant to the joint stipulation of the parties, these appeals are dismissed this 13th day, January, 2010, see FED. R. APP. P. 42(b).

    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    By: *Dantrell Johnson*
    Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS4

Fee ____
Process ____
X Dktd ____
CtRmDep ____
Doc. No. ____

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| VIOXX LITIGATION CONSORTIUM, | ) | NO. 09-30927 |
| et al., | ) | |
|     Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VIOXX CLAIMANTS, | ) | |
|     Appellees. | ) | |

U.S. COURT OF APPEALS
FILED
JAN 11 2010
CHARLES R. FULBRUGE III
CLERK

## APPELLANTS' JOINT MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b), all Appellants, the Vioxx Litigation Consortium, The Miller Firm, L.L.C., The O'Quinn Law Firm, Douglas Alan Allison, and Jack Modesett, III, move to dismiss this appeal. Appellants file this Joint Motion for Voluntary Dismissal because they no longer wish to prosecute the appeal. Costs of court shall be paid by the party that incurred them.

Therefore, Appellants respectfully request that the Clerk of the Court of Appeals dismiss this appeal.

Respectfully submitted,

/s/ John J. McKetta

JOHN J. McKETTA, III (Texas Bar No. 13711500)
Graves Dougherty Hearon & Moody,
A Professional Corporation
401 Congress Avenue, Suite 2200
Austin, Texas 78701
Telephone:  (512) 480-5600
Facsimile:  (512) 480-5816

A true copy
Attest:
Clerk, U.S. Court of Appeals
By: Dantrell Johnson
     Deputy
New Orleans, Louisiana

1 3 JAN 2010

HARRY S. HARDIN III (# 6540)
MADELEINE FISCHER (# 5575)
ERIC MICHAEL LIDDICK (# 31237)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone:   (504) 582-8208
Facsimile:    (504) 589-8208

*Attorneys for John Eddie Williams, Jr., Drew Ranier, Walter Umphrey, Mikal Watts, and Grant Kaiser (the "Vioxx Litigation Consortium")*

_____ for
Michael J. Miller*
*Attorney for The Miller Firm, L.L.C., Appellant*
108 Railroad Avenue
Orange, VA 22960

_____ for
Michael M. Meyer*
*Attorney for The O'Quinn Law Firm, Appellant*
440 Louisiana Street
Lyric Centre Building
Houston, TX 77002

_____ for
Douglas Alan Allison*
*Attorney for Douglas Alan Allison, Appellant*
403 N. Tancahua Street
Corpus Christi, TX 78401

_____ for
Jack Modesett, III*
*Attorney for Jack Modesett, III, Appellant*
500 N. Water Street, Suite 1200
Corpus Christi, TX 78741

\* Signed by permission

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Appellants' Joint Motion for Voluntary Dismissal has been served via first class mail on all counsel of record for Appellees via first class mail, and has been forwarded this day to all counsel of record in the trial court proceeding out of which this proceeding arises, by LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8(B) in the trial court proceeding.

    Stacy Elizabeth Seicshnaydre
    Tulane University
    Environmental Law Clinic
    6329 Freret Street
    New Orleans, LA 70118
    *Attorney for Vioxx Claimants, Appellees*

Austin, Texas, this 8th day of January, 2009.

                                          Matthew Baumgartner

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 13, 2010

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 09-30927, In re: Vioxx Prod Liability
        USDC No. 2:05-MD-1657

Enclosed is a copy of the judgment issued as the mandate.

                              CHARLES R. FULBRUGE III, Clerk

                              */s/ Dantrell Johnson*
                        By: _____
                        Dantrell L. Johnson, Deputy Clerk
                        504-310-7689

cc: w/encl:
    Mr. Douglas Alan Allison
    Mr. Harry S. Hardin, III
    Mr. John J. McKetta, III
    Mr. M. Michael Meyer (Sent via ECF)
    Mr. Michael J. Miller
    Mr. Jack Modesett, III
    Ms. Stacy Elizabeth Seicshnaydre

MDT-1