

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In re: VIOXX
       PRODUCT LIABILITY LITIGATION

**PLAINTIFF,**            HON. JUDGE ELDON E. FALLON

**JAMES IRA SMITH**       CIVIL ACTION - LAW

     Vs.                  MDL DOCKET NO. 1657
                          SECTION L.
**DEFENDANT,**

**DAWN BARRIOS**

## MOTION AGAINST SPECIFIC REQUIREMENTS OF PRETRIAL ORDER 47A

1. This motion is **against** the specific requirements of Pretrial Order 47 A, which is shown On page 1, paragraph 3 under specific requirements of the Pretrial Order 47 A, for The reasons herein.

2. We have sent you numerous letters and documents regarding this Lien for Attorney Fees and expenses relating to my Vioxx settlement, and we ask you to please refer back to these documents. The letters and documents we have previously sent you have all the facts stating why we are against the specific requirements in paragraph 3.

3. Here is a quick list of events as they happened to prove that Dawn Barrios quit us,

Causing us then to fire her the next day. Therefore, Dawn Barrios forfeited the contract agreement.

3. A.) On January 6, 2009, Dawn Barrios lured us into her office to give us copies of Our files and then handed us her letter quitting our Vioxx case at that very moment.

B.) On January 7, 2009, I responded with a letter firing Dawn Barrios according to her own wishes. Primarily because I didn't know what else to do.

C.) On January 8, 2009, I sent you a letter titled "Dawn Barrios Has Fired Us And We Have No Lawyer". At that time, I gave you many details of what Happened and how she treated us, and that she had quit and fired us.

D.) On January 27, 2009, we filed a motion to you to have Dawn Barrios removed As counsel.

E.) On May 18, 2009, in order to settle this between us, even though we believed With all our hearts that Dawn Barrios didn't deserve a nickel, in order To settle the matter we asked that you would give her $25,000.00(twenty-Five thousand dollars and no cents). A more than fare settlement for her Actions.

F.) On August 25, 2009, we asked that an order be given for settlement of $25,000.00(twenty-five thousand dollars and no cents).

G.) Lastly, we were approached by the Honorable Mr. Johnston, who said that you Had asked him to try to get us to mediate. But, our pain was too deep from

3.    G.) Dawn Barrios, and we could not conceive meeting with her in a building

Somewhere in New Orleans, LA ,as Mr. Johnston asked us to. Because,

of her running us off her property with an security guard on January 6,

2009. Also, Dawn Barrios mislead my wife and I and said that the time to

file the E.I.F. claim was over, and when I received the E.I.F claim it was

postdated after Dawn Barrios said that E.I.F. claim timely filing was out.

So, we answered with a Motion to Dismiss Mediation and Answer in

Affirmative Defenses.

4. For all the reasons herein Your Honor, we ask that you please settle this matter in our

Favor by giving Dawn Barrios $25,000.00(twenty-five thousand dollars and no

Cents) for my Vioxx case.

5. Finally, the "specific requirements paragraph" and the "V2120 form" makes it look like

that Mrs. Barrios claim meets the requirements, because of the simplicity of the

questions, leading to the filing of the form. But, it does not tell the horrifying story

of what she did to my wife and I on January 6, 2009.

Respectfully Submitted:

By: James Ira Smith

_____          1/12/10
JAMES IRA SMITH                           1/12/10

_____          1-12-10
CYNTHIA DIANE SMITH                    1/12/10

JAMES I. AND CYNTHIA D. SMITH
110 LUTHER DAVIS RD
PICAYUNE, MS 39466

HONORABLE JUDGE E. FALLON
US DISTRICT COURT
500 POYDRAS ST., C-151
NEW ORLEANS, LA 70130