4                                                                Tuesday, January 12, 2010

4 OF 5

To: UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ® | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| | JUDGE FALLON |
| This document relates to: | MAGISTRATE JUDGE KNOWLES |
| Janet Sue Morgan, et al, v. Merck & Co., Inc.; Docket No. 2:05-cv-496 only regarding James I. Smith | |

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion Against Specific Requirements Of Pretrial Order 47A, due to the fact that the Specific Requirements Of Pretrial Order 47A do not tell the story of what happened between the client, James I Smith and the attorney Dawn M. Barrios, and for very good cause shown, the Court finds the Motion well taken, and that same be granted.

IT IS ORDERED that James I Smith, VCN 1014244 MDL Docket No. 1657 has been granted Motion Against Specific Requirements Of Pretrial Order 47A on January 12, 2010.

IT IS SO ORDERED.

_____                          _____
Date                                          Judge Eldon E. Fallon
                                              United States District Court