# THIS DOCUMENT HAS BEEN SENT TO DAWN BARRIOS, BROWN AND GREER, AND HONORABLE JUDGE FALLON.

# BARRIOS KINGSDORF & CASTEIX, L.L.P.
## ATTORNEYS AT LAW

DAWN M. BARRIOS
BRUCE S. KINGSDORF
BARBARA TREUTING CASTEIX

WRITER'S DIRECT DIAL NO.

ONE SHELL SQUARE
701 POYDRAS STREET, SUITE 3650
NEW ORLEANS, LA 70139-3650
TELEPHONE (504) 524-3300
FACSIMILE (504) 524-3313

January 6, 2009

**Via Certified Mail/ Return Receipt Requested #70062760000159828175 and Hand Delivery**

Mr. James Smith
110 Luther Davis Rd.
Picayune, MS 39466

Re: Vioxx Claim

Dear Buddy,

Your recent stream of letters proves that you are unsatisfied with my legal services. As it is always best for a client to trust his attorney and you do not trust me, I am withdrawing as your attorney. Neither me nor the Vioxx Litigation Group will protect your interests in any respect in the Vioxx Settlement Program.

I will notify all the appropriate parties of this fact in a separate letter with a copy to you.

Wishing you good health and the best of luck in 2009, I am,

Sincerely,

Dawn M. Barrios

DMB/df