UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | MDL Docket No. 1657 |
| This document relates to: | * * | SECTION L |
| *Irene Pierre* *v.* *Merck & Co., Inc.* | * * * * * | JUDGE FALLON  MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:06-cv-05258* | * * * | |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Irene Pierre, individually and as representative of the estate of Archie Pierre, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 15th day of ____January____, 2009.

_____
DISTRICT JUDGE