UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: *Michael Heavrin, et al. v. Merck & Co., Inc., et al.,*
No. 05-458 (as to Janice Baum only)

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Janice Baum. IT IS ORDERED that this correspondence shall be entered into the record. In light of the proprietary nature of this correspondence, IT IS FURTHER ORDERED that the correspondence be SEALED.

The Court has also received a Renewed Motion for Withdrawal of Counsel (Rec. Doc. 31826) filed by Ms. Baum's attorney, William N. Riley of Price, Waickukauski & Riley, LLC. Considering this motion, as well as Ms. Baum's letter, it is apparent to the Court that Ms. Baum and her attorney have a fundamental disagreement as to what action should be taken in this case. This disagreement has caused the attorney-client relationship to deteriorate to the point where it is no longer possible for Plaintiff's current attorney to continue his representation of Plaintiff.

Accordingly, IT IS ORDERED that the Renewed Motion for Withdrawal of Counsel (Rec. Doc. 31826) IS GRANTED, and all counsel of record are permitted to withdraw from representation of Ms. Baum.

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

IT IS FURTHER ORDERED that counsel shall send notification of this withdrawal to the Plaintiff's last known address, with further instructions that the Plaintiff must either obtain new counsel or contact the Pro Se Curator's Office as soon as possible if the Plaintiff wishes to proceed with this suit, or else the case may be dismissed with prejudice. The Pro Se Curator's Office may be contacted by calling (504) 561-7799, or by writing to Robert M. Johnston, VIOXX Pro Se Curator, 400 Poydras St., Suite 2450, New Orleans, LA 70130.

New Orleans, Louisiana, this 15th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Ms. Janice M. Baum
6638 Quail Ridge Lane
Fort Wayne, IN 46804