## LAW OFFICE OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

*Also Admitted in the District of Columbia*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

Phone: (607) 772-1442
Fax (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

January 19, 2010

**By E-Filing**
Hon. Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street. Suite C151
New Orleans, LA 70130

    Re:    Weeks v. Merck & Co., Inc.,
              Motion to Enforce Settlement
              Motion for Sanctions

Dear Judge Fallon:

    I am writing in response to the notice of hearing in the above matter.

    It is my understanding there will be oral argument only on January 27, 2010. If I am correct then I respectfully submit that I do not have anything to add to the moving papers before the Court and do not plan on participating.

                                                    Respectfully submitted,

                                                    Ronald R. Benjamin

cc:    Phillip Wittmann, Esq.
        Maria Tejedor, Esq.
        Russ Herman, Esq.