# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Thelma Reed, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Jeanette Wilkins, Debra Wilkins,* | * | |
| *Clarence Wilkins, Alex Wilkins, Alva* | * | |
| *Hall, and Gloria Coleman, individually* | * | |
| *and as representative of Mamie Wilkins* | * | |
| | * | |
| *Docket No. 2:05-cv-05347* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Jeanette Wilkins, Debra Wilkins, Clarence Wilkins, Alex Wilkins, Alva Hall, and Gloria Coleman, individually and as representative of Mamie Wilkins, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 19th day of _____January_____, 2010.

_____
DISTRICT JUDGE