UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:    Kimberly Keller-Hom**

### ORDER

On January 6, 2010, the Court ordered that certain correspondence from Vioxx Plaintiff Kimberly Keller-Hom be entered into the record and that the aforementioned correspondence be sealed (Rec. Doc. 31494).  It has come to the Court's attention that Ms. Keller-Hom's attorney did not receive a copy of this correspondence.  Accordingly, IT IS ORDERED that the seal is lifted as to Ms. Keller-Hom's attorney ONLY and liaison counsel shall be permitted to forward the correspondence to Ms. Keller-Hom's counsel.

New Orleans, Louisiana, this 19th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE

1