

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JAN 19 2010

CHARLES R. FULBRUGE III
~~CLERK~~

LORETTA G. WHYTE
CLERK

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 15, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 09-30946   In re: Vioxx Litigation Consortium
       USDC No. 2:05-MD-1657

The court has taken the following action in this case: The unopposed motion to withdraw the petition for writ of mandamus is granted.

                            CHARLES R. FULBRUGE III, Clerk

                            By: *Misty Fontenot*
                            Misty L. Fontenot, Deputy Clerk
                            504-310-7716

Honorable Eldon E. Fallon
Mr. Douglas Alan Allison
Mr. Matthew Birk Baumgartner
Mr. Andy D. Birchfield Jr.
Mr. Jeffery A. Bowersox
Mr. Boyce C Cabaniss
Mr. Harry S Hardin III
Mr. Russ M Herman
Mr. Russ M Herman
Mr. John J McKetta III
Mr. Michael M. Meyer
Mr. Michael J. Miller
Mr. Jack Modesett III
Ms. Loretta Whyte

                                                  __ Fee
                                                  __ Process
                                                  X Dktd
                                                  __ CtRmDep
                                                  __ Doc. No.