Supplemental Brief Appeal Re no or Emergency

JAN 15 2010
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Correspondence letter

Motion to Request Permission / Expedite / Enjoin New Evidence / Third Party / Notice of Appeal / Procedural Order(s)

Case MDL 06-1657 and 06-10364

Dear Judge Eldon E. fallon / Chairman

seem it is going to be four (4) third-party or first U.S. Health And Human Service too check "All" medications to citizen and U.S. citizen, second Merck old evidence MDL 05-1699 and 06-11714 subpoena Judge Charles R. Breyer and other Judges and agencys etc, and new evidence(s) next Saginaw County Jail etc, mail fraud and or U.S. Postal Service "paying for education" pure conjucture.. Mrs. L. Meneil owns vicodin company pfizer and merck... has brought stock in company lets subpoena her as even Congress members remembering Dow Chemical mostly owned by both Pfizer and Merck. Adjourn by via teleconference and via audio (TV) I have a "bad heart" to much stress I have no problem coming to Court sometime then no lawyer I only need the law-student and the public member (women) white and colored. Many media agents and lawyers contacted even Legal Service (application) and state disciplinary board..

Signed, Edward Earl Thomas
1/10/2009

They is pertinent information

Supplemental Brief appeal ... "Emergency"

Correspondence letter

Case MDL 06-1657 and 06-10364

# UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

OFFICE OF THE CLERK

**Jeffery Nelson Lüthi**
Clerk of the Panel

(202) 502-2800
(202) 502-2888 (fax)

23 December 2009

Mr. Edward Earl Thomas
Inmate 081023
208 South Harrison Street
Saginaw, MI 48602

Re: *Thomas v. Pfizer Inc., et. al.*, E.D. Michigan, C.A. No. 1:06-11714, MDL No. 1699 -- IN RE: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

*Thomas v. Merck & Co., Inc.*, E.D. Michigan, C.A. No. 1:06-10364, MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

Dear Mr. Thomas:

The enclosed correspondence is being returned to you without action. As you have been informed in several prior communications from this office, all inquiries or materials pertaining to your cases, including any papers that you wish to file in either case, should be sent to the appropriate United States District Court hearing the matter and not to the Panel. Please do not send copies of filings to the Panel. In the future, they will be discarded without further notice.

Respectfully,

Jeffery N. Lüthi
Clerk of the Panel

Enclosures

cc: Clerk, Northern District of California
Clerk, Eastern District of Louisiana

Signed,
Edward Earl Thomas
12-30-2009

Edward Earl Thomas
1/9/2009

Supplemental Brief appeal
Case MDL06-1657 and 06-10364
Correspondence letter

C) FF27 - PASSPORT

UPDATE INMATE DEMOG JLS803C
THOMAS, EDWARD EARL 081023 200908670 1E1-4 03/08/1967 RAS 07/27/2009
Name L: THOMAS F: EDWARD M: EARL SUF: ___
DOB: 03 08 1967 Age: 42 YOD: ____ Sex: M Race: B Multi-Racial? _
Street: 2300 S JEFFERSON Apt: 7 County: 73 SAGINAW COUNTY
City: SAGINAW ST: MI Zip: 48601 0000 Country: USA UNITED STATES
Phone: 989 000 0000 DL#: T520189162177 State: MI SSN: 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
Height: 6 00 Weight: 160 Build: TRM Complexion: MED Eyes: BRO
Hair Color: BLK Length: MED Facial Hair: ___ Marital Status: S SINGLE
Birth City: SAGINAW State: MI or Country: ___ Citizen? Y
Diabetic: DNA Test: I FC 01 31 2007
Marks: BURN SCAR TOP LFT HAND TATTOO LT CHEST EDT
Hold: CONTACT HOMELAND Name: SECURITY P[redacted] Rsn: [redacted]
Special: [redacted]

| | Arrest | Booking | Time | Release | Time | Sec | Acct Bal | Bal Due | Last Pay |
|---|---|---|---|---|---|---|---|---|---|
| _ | 200908670 | 11/09/2009 | 1621 | | | | | | |
| _ | [redacted] | | | | | | | | |
| _ | [redacted] | | | | | | | | |
| _ | [redacted] | | | | | | | | |
| _ | [redacted] | | | | | | | | |
| _ | [redacted] | | | | | | | | |
| _ | [redacted] | | | | | | | | |

PF3=Exit PF4=Note PF5=List PF6=Add Arrest PF7=Backward
PF8=Forward PF9=History PF11=Print PF12=File PF23=Printer

C) FF27 - PASSPORT [redacted]

UPDATE ARREST INFORMATION JLS804C
THOMAS, EDWARD EARL 081023 200908670 1E1-4 03/08/1967 DD 11/19/2009
Booking Date: 11 09 2009 Time: 16 21 Status: 1 REGULAR INMATE
Scheduled Release Date: 00 00 0000 Time: 00 00 Booked By: [redacted]
Discharge Date: Time: Reason:
Arrest Agency: 717 SAGINAW CITY PO Officer: [redacted] Juvenile?
Location: 107 N. FRANKLIN
Trustee Days: 000 Deduct: 000 Offsite Days: 000 Good Time Lost: 00 00 0000

State Fee Status: N Not Paid
Reclassify: _ Razor _
Cell: 1E1-4 _ CTN: Locker: 073 HAVE PROPERTY
Hold: CONTACT HOMELAND Name[redacted] Rsn:[redacted]
Notes: [redacted]

| | Charge | Type | Disp | Court | T | Amount | Min L | Cdt | C | S |
|---|---|---|---|---|---|---|---|---|---|---|
| _ | PO-ASSAULT/RESIS/OBS | F | BOND | 09010757FY | T | $7,500 | | | | O |

C) FF27 - PASSPORT [redacted]

Note Maintenance JLS830C
THOMAS, EDWARD EARL 081023 200908670 1E1-4 03/08/1967
ARREST RECORD NOTES

CONTACT [redacted]
SPECIAL AGT STONE [redacted]
[redacted]

Signed,
Edward Earl Thomas
1/10/2009



Edward Earl Thomas 081023
208 s. Harrison
Saginaw Michigan
48602

Tony Harvel/Mental Health

Clerk Wyhte
1 Judge Fallon
500 Poydras st.
New Orleans L A
70130

RECEIVE
JAN 15 2010
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

70130$3319