<a>Supplemental</a> *Case 2:05-md-01657-EEF-DEK   Document 32302   Filed 01/19/10   Page 1 of 1*  *Correspondence letter*

Supplemental Appeal De novo or Emergency



**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
# RECIPIENT RIGHTS COMPLAINT

| COMPLAINT NUMBER | CATEGORY |
|---|---|
|  |  |

**INSTRUCTIONS:**
If you believe that one of your rights has been violated, you (or someone on your behalf) may use this form to make a complaint. A rights officer / advisor will review the complaint and may conduct an investigation. Keep a copy for your records and send the original to the rights office at the CMH agency or the hospital where you are receiving (or received) services, or to:
MDCH – Office of Recipient Rights, Lewis Cass Building, Lansing, Michigan 48913.

**COMPLAINANT'S NAME**

**RECIPIENT'S NAME**

**COMPLAINANT'S ADDRESS**

**WHERE DID THE ALLEGED VIOLATION OCCUR?**

**COMPLAINANT'S TELEPHONE NUMBER**
(   )

**WHEN DID THE ALLEGED VIOLATION HAPPEN?**
On Going

**WHAT RIGHT WAS VIOLATED?**
Motion to Request to Amend to Expedite FRAP 45 6 Cir. R. 45(a)(7)(b) / FRAP fed. R. Cir. P. 12(b)(1) subject matter jurisdiction / FRAP 6 Cir. R. 10(a)(2)(3) presentence investigation / Averments / Physical Exhibits (to Pacer) / Common Discovery / Enjoin / Response / Reply / Third Party Notice of Appeal / Reconsideration

Case MDL 05-1657 and 06-1493

**DESCRIBE WHAT HAPPENED:**
Dear Judge Eldon E. Fallon

to amend granting remands and limited remands for the purpose of allowing the district court to grant a particular relief requested by a party and to which no other party has objected, or where the parties have moved jointly where such motion is accompanied by the certification of the district court pursuant to First National Bank of Salem Ohio V. Hirsch, 535 F.2d 343 (6th Cir 1976); submission on books procedure not given. I only have appellate (Sixth Circuit) and Multidistrict Litigation (Washington DC) now ask judges and Congress DC for other books of procedures Civil and Criminal. Corporate disclosure and update not given. Now I am told daily if I do not pay my family will die.

**WHAT WOULD YOU LIKE TO HAVE HAPPEN IN ORDER TO CORRECT THE PROBLEM?**

Signed,
Edward Earl Thomas

| COMPLAINANT'S SIGNATURE | DATE | NAME OF PERSON ASSISTING COMPLAINANT |
|---|---|---|
|  |  | 12/16/2009 |