UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JAN 19 PM 5:05

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
  PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: *Thomas v. Merck & Co., Inc.*, Case No. 06-1493

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Edward Earl Thomas. IT IS ORDERED that the correspondence be entered into the record. However, pursuant to Rec. Doc. 25252, Mr. Thomas is prohibited from filing anything in this case without prior Court approval. Accordingly, the Court will construe the attached correspondence as motions for leave to file. IT IS FURTHER ORDERED that the motion for leave to file is DENIED because the correspondence constitutes the same type of frivolous and repetitive filings that this Plaintiff has previously been prohibited from submitting without prior Court approval.

New Orleans, Louisiana, this 19th day of January, 2010.

UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

1