UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | MDL Docket No. 1657 |
| **This document relates to:** | * * | SECTION L |
| *Patricia W. Blevins, et al.* v. *Merck & Co., Inc.* | * * * * | JUDGE FALLON  MAGISTRATE JUDGE KNOWLES |
| **Only with regard to:** **Frank Rubino** | * * * * | |
| **Docket No. 2:06-cv-00493** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Frank Rubino in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 19th day of ___January___, 2010.

_____
DISTRICT JUDGE