UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| Civil Action No. 2:08-cv-0959, on appeal to | * | KNOWLES |
| the United States Court of Appeals for the | * | |
| Fifth Circuit, Case No. 09-30445 | * | |
| | * | |
| | ** | |

**********************************************************************

## DESIGNATION OF RECORD ON APPEAL

In accordance with the Order entered by the United States Court of Appeals for the Fifth Circuit, Merck hereby submits this Designation of Record on Appeal and requests that the following items be included in the record for this appeal:[1]

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 2:08-cv-0959 | 1 | Case transferred in from Eastern District of New York; Case Number 07-4098-NG-LB. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. filed by Sergei Chepilko. (Including Attachments: #1 Complaint, #2 Eastern District of New York Docket Sheet, #3 Pre Trial Order No. 14)(sdd) (Entered: 03/12/2008) |
| 2:08-cv-0959 | 2 | ORDER DISMISSING CASE with prejudice for failure to comply with the requirements of Pre-Trial Order 28. Signed by Judge Eldon E. Fallon on 4/30/2009. (Entered: 05/04/2009) |
| 2:08-cv-0959 | 3 | NOTICE OF APPEAL by Sergei Chepilko as to 2 Order Dismissing Case. (Entered 05/21/2009) |
| 2:05-md- | 390 | PRETRIAL ORDER #14. Signed by Judge Eldon E. Fallon on |

---

[1] Appellant is appearing pro se. Undersigned counsel spoke with Mr. Chepilko concerning this designation and believes it to be complete.

1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 1657 | | 5/26/2005.  (Entered 5/27/2005) |
| 2:05-md-1657 | 12962 | PRETRIAL ORDER #28 Signed by Judge Eldon E. Fallon on 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)  (Entered: 11/09/2007) |
| 2:05-md-1657 | 13367 | Conditional Transfer Order (Entered 2/11/2008) |
| 2:05-md-1657 | 17653 | EXPARTE FIFTH MOTION for Order to Show Cause *Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not be Dismissed WIth Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28* by Defendant. (Attachments: # 1 Exhibit A-1, # 2 Exhibit A-2, # 3 Exhibit B, #4 Proposed Order) (Entered: 1/22/2009) |
| 2:05-md-1657 | 17702 | ORDER re 17653 FIFTH MOTION for Order to Show Cause Why Cases Should Not be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28. Show Cause Hearing set for 3/5/2009 9:00 AM before Judge Eldon E. Fallon. Signed by Judge Eldon E. Fallon on 1/30/2009.  (Entered: 2/02/2009) |
| 2:05-md-1657 | 17904 | RESPONSE in Opposition filed by Plaintiff Sergei Chepilko re 17653 (Reference: 08-0959).  (Attachment #1 Exhibit) (Entered: 3/02/2009) |
| 2:05-md-1657 | 17950 | ORDER granting in part and denying in part re 17653 and continuing motion as to plaintiffs on Exhibit D for 30 days.  Signed by Judge Eldon E. Fallon on 3/11/2009.  (Entered 3/13/2009) |
| 2:05-md-1657 | 18346 | ORDER rescheduling matters deferred re 17653 for 4/29/2009.  Signed by Judge Eldon E. Fallon on 4/21/2009.  (Attachments: #1 Exhibit 1, #2 Exhibit 2)  (Entered 4/21/2009) |
| 2:05-md-1657 | 18600 | ORDER DISMISSING CASE with prejudice for failure to comply with the requirements of Pre-Trial Order 28.  Signed by Judge Eldon E. Fallon on 4/30/2009.  (Entered: 05/01/2009) |
| 2:05-md-1657 | 18797 | NOTICE OF APPEAL by Sergei Chepilko as to 18600 Order Dismissing Case.  (Entered 05/15/2009) |
| 2:05-md-1657 | 18799 | MOTION FOR RECONSIDERATION by Sergei Chepilko as to 18600 Order Dismissing Case (Attachments #1-#4 Exhibits) (Entered 5/15/2009) |
| 2:05-md-1657 | 23648 | APPEAL TRANSCRIPT ORDER (Entered 9/03/2009) |
| 2:05-md-1657 | 26917 | Correspondence from Clerk of Court of United States Court of Appeals for the Fifth Circuit, instructing parties to submit joint designation of record on appeal |
| 2:05-md-1657 | | TRANSCRIPT of hearing on motion 17653 heard 4/29/2009 |

WHEREFORE, PREMISES CONSIDERED, Merck respectfully requests that these documents be included in the record in this appeal.

Respectfully Submitted,

s/Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK & CO., INC.

## CERTIFICATE OF SERVICE

    I certify that on January 21, 2010, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by sending a true and correct copy by United States mail, postage prepaid, or third-party carrier to their address of record.

                                            s/Dorothy H. Wimberly
                                            Phillip A. Wittmann, 13625
                                            Dorothy H. Wimberly, 18509
                                            STONE PIGMAN WALTHER
                                            WITTMANN L.L.C.
                                            546 Carondelet Street
                                            New Orleans, LA 70130

                                            ATTORNEYS FOR MERCK & CO., INC.

999031v.1