| | | |
|---|---|---|
| GLORIA D. HOPPMEYER<br>    Plaintiff | * | UNITED STATES DISTRICT COURT |
| | * | EASTERN DISTRICT OF LOUISIANA |
| VERSUS | | |
| | * | CASE NO. 05-2849 |
| MERCK & CO., INC.<br>    Defendant | * | SECTION L, MAGISTRATE 3 |

* * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ALL DEFENDANTS

Pursuant to __FED R. Civ Proc 41__, the undersigned counsel hereby stipulates that all claims of Plaintiff, Gloria D. Hoppmeyer, against Defendant, Merck & Co., Inc., and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

CAPITELLI & WICKER

BY: ___[signature]___
J. ALEX WATKINS (#29472)
1100 POYDRAS STREET
2950 ENERGY CENTRE
NEW ORLEANS, LA 70163
TELEPHONE: (504) 582-2425
Attorney for Plaintiff

Dated: __2/25/08__

___[signature]___
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: __1-2010__

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of January, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.