```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA


****************************************************************

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION
                                   MDL NO. 1657 "L"
                                   NEW ORLEANS, LOUISIANA
                                   THURSDAY, JANUARY 21, 2010, 9:00 A.M.


****************************************************************


                    TRANSCRIPT OF HEARING PROCEEDINGS
              HEARD BEFORE THE HONORABLE PATRICK A. JUNEAU
                            SPECIAL MASTER



APPEARANCES:


FOR THE PLAINTIFFS
LIAISON COMMITTEE
AND THE PLAINTIFFS
STEERING COMMITTEE:        HERMAN HERMAN KATZ & COTLAR
                           BY:  LEONARD A. DAVIS, ESQUIRE
                           820 O'KEEFE AVENUE
                           NEW ORLEANS LA   70113


FOR THE CLAIMS
ADMINISTRATOR:             BROWN GREER
                           BY:  PHILIP R. STRUNK, ESQUIRE
                                ROMA PETKAUSKAS, ESQUIRE
                           115 S. 15TH STREET, SUITE 400
                           RICHMOND VA   23219


OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                           500 POYDRAS STREET, ROOM B406
                           NEW ORLEANS LA   70130
                           (504) 589-7779

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
PRODUCED BY COMPUTER.
```

1                              **I N D E X**

2    SPEAKERS                                                    PAGE

3    SPECIAL MASTER JUNEAU....................................     3
     MR. STRUNK...............................................     5
4    MR. DAVIS................................................    11
     SPECIAL MASTER JUNEAU....................................    12
5    MR. DAVIS................................................    13
     SPECIAL MASTER JUNEAU....................................    14
6    MS. ROBINSON.............................................    14
     SPECIAL MASTER JUNEAU....................................    14
7    MR. DAVIS................................................    14
     SPECIAL MASTER JUNEAU....................................    14
8    MS. ROBINSON.............................................    14
     SPECIAL MASTER JUNEAU....................................    14
9    MS. ROBINSON.............................................    15
     SPECIAL MASTER JUNEAU....................................    15
10   MR. DAVIS................................................    15
     SPECIAL MASTER JUNEAU....................................    15
11

12
                              E X H I B I T S
13

14   Description                                                 Page

15   EXHIBIT 1................................................     7
     EXHIBIT 2................................................     8
16   EXHIBIT 3................................................     9
     EXHIBIT 4................................................     9
17

18

19

20

21

22

23

24

25

1 **P-R-O-C-E-E-D-I-N-G-S**

2 M O R N I N G   S E S S I O N

3 THURSDAY, JANUARY 21, 2010

4 (HEARING CALLED TO ORDER)

5

6

7 SPECIAL MASTER JUNEAU:  I want to open the record.  This

8 is the hearing that's going to be conducted in the matter of

9 *In re: Vioxx Products Liability Litigation*, MDL Number 1657,

10 United States District Court, Eastern District of Louisiana,

11 Section "L".  This is a hearing conducted by the Special Master

12 Patrick Juneau.  It being conducted under the provisions of

13 Article 10.4.2 of the settlement agreement.  It pertains to the

14 claim of Velma Robinson, VCN Number 1053425.

15 Let me get their appearances.  Ms. Robinson, is

16 that you in the back?  Why don't you come forward and have a seat

17 up here.  If that's your friend with you, she can come up with

18 you.

19 MS. ROBINSON:  It's my cousin.

20 SPECIAL MASTER JUNEAU:  Mr. Davis.

21 MR. DAVIS:  Good morning, Special Master Juneau.  My

22 name is Leonard Davis.  I'm here on behalf of the plaintiffs

23 steering committee and plaintiffs liaison counsel.

24 SPECIAL MASTER JUNEAU:  Let's make the appearances.

25 Mr. Strunk, do you want to come up to the podium and make your

1  appearance, please.

2         MR. STRUNK: Good morning, my name is Philip Strunk.
3  I'm here from BrownGreer, the claims administrator, and with me
4  is Roma Petkauskas also with the claims administrator's office at
5  BrownGreer.

6         SPECIAL MASTER JUNEAU: Ms. Robinson -- Mr. Davis, since
7  that monitor is there, would you just swing that towards
8  Ms. Robinson.

9         Ms. Robinson, would you please give us your name
10 please.

11        MS. ROBINSON: Velma Robinson.

12        SPECIAL MASTER JUNEAU: Let me set the stage in this
13 matter. Under the provisions of the settlement agreement, audits
14 are conducted on all claims filed in the *Vioxx* matter. That was,
15 in fact, done in this matter.

16        A report was then prepared by the claims
17 administrator BrownGreer pursuant to those provisions, and it
18 issued a reasons for notice, and then in subsequent notice of the
19 findings were then sent to the attorney representing
20 Ms. Robinson.

21        I'm going to have you come up, Mr. Strunk, or your
22 associate, and tell us about the notice and what the findings
23 were in that regard.

24        Ms. Robinson, what we're going to do here is make
25 some official filings, and I'm going to let you speak, and then

1  I'll have some questions.
2           MR. DAVIS:  Your Honor, may I approach for just one
3  moment, please.
4           SPECIAL MASTER JUNEAU:  All right.
5           (WHEREUPON, at this point in the proceedings, there was
6  a conference held at the bench outside the presence of the court
7  reporter.)
8           SPECIAL MASTER JUNEAU:  Let me get to BrownGreer.  Will
9  you come to the podium, Mr. Strunk.  Let's get these records
10 established, and then I'll get to the issue that Mr. Davis has
11 raised in there.
12          MR. STRUNK:  Yes, sir.  I'm happy to speak about the
13 audit notice.
14          SPECIAL MASTER JUNEAU:  First of all, raise your right
15 hand, please.  Do you swear to tell the truth, the whole truth
16 and nothing but the truth, so help you God?
17          MR. STRUNK:  I do.
18          SPECIAL MASTER JUNEAU:  Give us your name and your
19 current employment.
20          MR. STRUNK:  My name is Philip R. Strunk, and I am an
21 attorney at BrownGreer in Richmond, Virginia, and as we said,
22 they are the claims administrator in the *Vioxx* matter.
23          SPECIAL MASTER JUNEAU:  Now, Mr. Strunk, what I'm
24 interested in finding out is -- and we need to put this on the
25 record -- there are certain procedures and responsibilities that

1  your office had.  I need to know what was done in this particular
2  case, what reports you issued, and what the findings were.
3              MR. STRUNK:  Yes, sir.  I can speak to this and also I
4  would like my colleague Roma Petkauskas to speak to this same
5  issue.
6              We evaluated the claim of Ms. Robinson for
7  eligibility, and as part of that process, we analyzed whether the
8  claim passes the three gates -- injury, proximity, and
9  duration -- that are laid out in the settlement agreement.
10             In the case, in our first review we found that she
11 did not pass the injury gate, and we issued the relevant notice,
12 which in this case was a claims administrator notice of
13 ineligibility.
14             SPECIAL MASTER JUNEAU:  You issued a determination of
15 non-eligibilty.
16             MR. STRUNK:  That's right.  A determination of
17 ineligibility, and we issued that on September 4, 2009.  In
18 response we received a record which appeared to make the claim
19 eligible but which, on review, we determined was an alteration of
20 an earlier submitted record.
21             We determined that there was a material alteration,
22 and we referred it to our audit team for evaluation of the claim
23 under the audit provisions that you mentioned when you called the
24 hearing.
25             SPECIAL MASTER JUNEAU:  Okay.  Did you issue a formal

1  report of that finding?

2          MR. STRUNK:  We did.  Our audit team performed the
3  analysis.  They gathered additional records from the providers.
4  The medical providers.  They concluded that the record had been
5  altered in a material way to make it eligible for payment from
6  the settlement and at that point issued the Section 10.1.3 audit
7  notice that has us here today.  That was issued on November 24th
8  of 2009.  In that notice we state or the claims administrator's
9  office states the reasons for the finding of fraud in this case.

10         SPECIAL MASTER JUNEAU:  Okay.  Let's get a few documents
11 before the record here now.  I'm going to hand to you now a
12 document that says Section 10.1.3 audit notice, and it has to do
13 with the claim of Velma Robinson VCN 1053425.  That is, in fact,
14 the claim that we're talking about; is it not?

15         MR. STRUNK:  That's correct.  It is.

16         SPECIAL MASTER JUNEAU:  I ask you to look at that
17 document.  Is that, in fact, the notice that was generated and
18 sent out in this case?

19         MR. STRUNK:  It is.

20         SPECIAL MASTER JUNEAU:  I'll mark that as Exhibit 1.
21 Let me just hand this to Ms. Robinson.  I'm not asking
22 Ms. Robinson to say anything now.  I'm going to give her a full
23 opportunity to address whatever she has to address.

24            Now, the second document that was submitted to me,
25 Mr. Strunk, was the medical record.  It says, "Velma Robinson

1  transcribed reports."  This was represented to be a record of the
2  medical facility that was involved in this matter, and I will ask
3  you to look at this document.
4           Was this the first medical document submitted?  By
5  the way, this is the Alameda County Medical Center.  It
6  represents a record showing discharge on 01/08/2004.  We would
7  have to mark that exhibit.
8           MR. STRUNK:  This is the same record that we received
9  initially.
10          SPECIAL MASTER JUNEAU:  That's the initial record?
11          MR. STRUNK:  Yes.  I know that because it says under
12 "discharge multiaxial diagnosis," and I'll quote from the record,
13 "a transient ischemic attack."
14          SPECIAL MASTER JUNEAU:  So that was the original
15 document that was received, right?
16          MR. STRUNK:  That's right.
17          SPECIAL MASTER JUNEAU:  It was on the basis of this
18 document that the injury gate of this claim was denied; is that
19 right?
20          MR. STRUNK:  That's correct.
21          SPECIAL MASTER JUNEAU:  I'll mark that Exhibit 2.
22          Just stand here just a minute.  I'm going to give both
23 of the exhibits to you at the same time.
24          Now I'm going to hand you another exhibit.  It
25 purports to be the same document from the same Alameda County

1  Medical Center, same discharge period, and it pertains to
2  Velma Robinson.  Is this the second document to which you
3  referred as being *the medical record*?
4          MR. STRUNK:  It is.  And I say that because under
5  "discharge multiaxial diagnose" it now says "ischemic stroke."
6  I'm quoting from the record.
7          SPECIAL MASTER JUNEAU:  I'll mark that Exhibit 3.
8          Now, was it that document that you considered to be
9  the alteration of the previous exhibit, Exhibit 2?
10         MR. STRUNK:  It was.
11         SPECIAL MASTER JUNEAU:  The last exhibit, Exhibit 3,
12 would have been a document that conceivably would have passed the
13 injury gate?
14         MR. STRUNK:  That's right.  The discharge diagnosis of
15 an ischemic stroke is significant because that would have
16 potentially made the claim eligible; whereas, the original
17 document bearing a discharge diagnosis of transient ischemic
18 attack was not sufficient to make the claim eligible.
19         SPECIAL MASTER JUNEAU:  Then you have a communication
20 from the attorney's office of The Branch Law Firm regarding this
21 claim.  It's an e-mail dated December 4, 2009, regarding this
22 matter and what their response was.
23         MR. STRUNK:  That's correct.  We received an e-mail from
24 the law firm on that date.
25         SPECIAL MASTER JUNEAU:  I'll mark that Exhibit 4.  I

1  want you to look at that document.  Is that the e-mail to which I
2  refer?
3          MR. STRUNK:  It is.
4          SPECIAL MASTER JUNEAU:  I want you to take all of those
5  documents then and hand that to Ms. Robinson, please.  Then get
6  back to the podium, if you please.
7              Now, Mr. Strunk, under the terms of the settlement
8  agreement that we entered into and filed of record with this
9  court, there are, are there not, provisions for an audit to be
10 made of this claim to make sure that the representations are
11 correct as presented in order to determine if payment should or
12 should not be made; is that correct?
13         MR. STRUNK:  Yes, sir, I believe that's in Article 10.
14         SPECIAL MASTER JUNEAU:  That's one of the obligations
15 you have in this matter, correct?
16         MR. STRUNK:  It is.
17         SPECIAL MASTER JUNEAU:  That process was followed in
18 this case; is that correct?
19         MR. STRUNK:  That's correct.  It's the same process that
20 we followed many other times.
21         SPECIAL MASTER JUNEAU:  Based on what you said earlier
22 and based on the documents we looked at, y'all considered that to
23 be a material alteration in the documents when they were
24 subsequently submitted; is that correct?
25         MR. STRUNK:  Yes, that's correct.

1    SPECIAL MASTER JUNEAU:  Then the matter was then
2 referred to the Special Master for consideration, and a hearing
3 was deemed necessary in this matter; is that correct?
4    MR. STRUNK:  Yes.
5    SPECIAL MASTER JUNEAU:  All right.  That's all the
6 questions I have of you at this time.  Ms. Robinson may or may
7 not have some questions, but why don't you have a seat for just a
8 minute.
9         Before we proceed any further, Ms. Robinson, an
10 allegation has been made in this matter regarding alteration of
11 documents.  You've heard that?
12    MS. ROBINSON:  Yes, sir.
13    SPECIAL MASTER JUNEAU:  Before you say anything, I would
14 like you to meet with Mr. Davis.  Mr. Davis is not your attorney,
15 but he is an attorney here in Louisiana.  Mr. Davis and his firm
16 is on the Plaintiffs Steering Committee in this matter and has
17 been very involved in this case.
18         There can be some ramifications to your testimony
19 in this matter, considering this is a federal proceeding and all
20 testimony is given under oath.  I'm going to take a short recess.
21 I would like you to just visit with Mr. Davis, and he can advise
22 you of the ramifications, if any, of maybe testifying.
23         Mr. Davis.
24    MR. DAVIS:  Special Master Juneau, my office is
25 plaintiffs liaison counsel in this matter.  We have a duty to all

1  claimants, but I need to point out to the Court and to all
2  present that our office does not represent Ms. Robinson.  As I
3  appreciate it, Ms. Robinson is represented by counsel presently
4  and has been represented by counsel, I believe, the Turner Branch
5  Law Firm.
6              As an officer of the court, I have an ethical
7  obligation not to represent or advise Ms. Robinson, and I'm
8  concerned about that.  I do know that this is a serious matter,
9  and as plaintiffs liaison counsel I will do as instructed, or as
10 representative for plaintiffs liaison counsel I will do as
11 instructed either by the Special Master or Judge Fallon what you
12 suggest that we do, but I do want to point that out, and I am
13 concerned about the ethical issues.
14         SPECIAL MASTER JUNEAU:  I want the record to be
15 abundantly clear about this.  Ms. Robinson is represented by
16 counsel, and that's who we send the notices to in this case and
17 did, in fact, send the notices of this hearing today about this
18 hearing.  I want to let the record be abundantly clear that
19 Mr. Davis is absolutely correct.  He does not, and I'm acutely
20 aware that neither he nor anybody in his firm represent
21 Ms. Robinson.
22              The only reason I'm instructing you to do that,
23 Mr. Davis, I'm just a little concerned for the interest of
24 Ms. Robinson in lacking counsel here, but I want Ms. Robinson to
25 clearly understand, this gentleman does not represent you.  For

1  lack of a better word, it may be in the form of a courtesy, I
2  guess you could say, that he's doing it, but it's to your
3  interest at least to meet with him generally, but he is not your
4  attorney and is not representing to be your attorney.
5       MR. DAVIS:  As such I will not be giving any legal
6  advice.
7       SPECIAL MASTER JUNEAU:  He will not give you legal
8  advice.  I think you need to talk to a third person just before.
9  He's not representing you now, and when he talks to you he's not
10 going to be representing you.  You understand that?  He's sitting
11 here as a liaison counsel, and his firm is involved in the
12 overall case, but not you in particular.
13      Why don't we take a five-minute recess, Mr. Davis,
14 and we'll come back.
15      (WHEREUPON, at this point in the proceedings, a brief
16 recess was taken.)
17      SPECIAL MASTER JUNEAU:  We're back from the recess.
18      MR. DAVIS:  Special Master Juneau, I'm in a situation
19 that I'm uncomfortable with, and I will tell the Court that.  I
20 do not represent Ms. Robinson.  I have just finished advising her
21 of that, and I cannot give her any legal advice at all.
22      Notwithstanding that, Ms. Robinson has given me a
23 letter and asked -- I would appreciate the Court confirming this
24 with Ms. Robinson when I'm finished -- asked that BrownGreer be
25 provided a copy of the letter.  I would suggest that in light of

```
 1  the letter, that maybe this hearing should be suspended for a
 2  short period of time.
 3              Again, I have suggested to Ms. Robinson that she
 4  should talk to her lawyer and have counsel because some of the
 5  issues here are very serious potentially, and in order to come to
 6  a hearing, she ought to be represented.  You may want to confirm
 7  that with her as to that.  That was my discussion with her, if
 8  it's okay with the Court.
 9              SPECIAL MASTER JUNEAU:  Ms. Robinson, what Mr. Davis
10  said, is that correct?
11              MS. ROBINSON:  Yes.  He feels that I should have
12  counsel, yes.  Be represented.  I feel the same.
13              SPECIAL MASTER JUNEAU:  Okay.  You said she just handed
14  some information, I understand, to counsel.  Are you going to
15  make that available to BrownGreer?  Is she authorizing you to do
16  that?
17              MR. DAVIS:  If Ms. Robinson says it's okay.
18              SPECIAL MASTER JUNEAU:  Do you understand what my
19  question is, Ms. Robinson?  I'm not getting the details.  He
20  indicated that there was some document or some additional
21  consideration maybe somebody hadn't seen.  I don't know anything
22  about that per se, but I'm asking you is he authorized, are you
23  directing him to give that to BrownGreer?
24              MS. ROBINSON:  Branch Law Firm has that.
25              SPECIAL MASTER JUNEAU:  I'm asking you can he give that
```

```
 1  document to BrownGreer today?
 2          MS. ROBINSON:  To verify that it did come from Alameda
 3  County?  Dr. Sellick (spelled phonetically) signed it on that
 4  day.
 5          SPECIAL MASTER JUNEAU:  No, ma'am.  Maybe I'm not making
 6  myself clear.
 7          MR. DAVIS:  May I?  I really think that the claimant
 8  needs counsel.  I just think that's important.
 9          SPECIAL MASTER JUNEAU:  I tell you what I'm going to do:
10  I'm going to recess this matter.  The matter is not concluded.
11  I'm going to open a full investigation into this matter.  It may
12  involve deposition testimony, it could involve your testimony,
13  whatever, whatever is deemed necessary to get to the bottom line
14  of this matter.  That's what we're going to institute in this
15  matter.
16          I'm going to suspend this hearing today.  We will
17  open up whatever procedures are deemed necessary.  I will then
18  provoke another hearing, a full hearing for you, Ms. Robinson,
19  and your counsel to appear, and we can consider that matter.
20  Whether it will involve Mr. Strunk and whatever additional
21  information we have has to be considered, but that's going to be
22  fully investigated from this point forward.
23          So the record will be clear then, this matter is
24  suspended.  I'm going to notify your counsel of the suspension of
25  this hearing, Ms. Robinson.  We will activate whatever procedures
```

```
 1  needed to be activated to get to the bottom line of this matter,
 2  including whatever submissions you have, whatever submission
 3  BrownGreer has or does not have, and we will look into the matter
 4  and refix this matter for a full hearing in this matter.
 5           Do you have anything else, Mr. Davis?
 6       MR. DAVIS:  No.
 7       SPECIAL MASTER JUNEAU:  Okay.  I will then suspend this
 8  matter for hearing and reactivate it at such time as deemed
 9  necessary.  Thank you very much, ma'am.
10       MS. ROBINSON:  Thank you, sir.
11       (WHEREUPON, at 9:40 a.m., the proceedings were
12  concluded.)
13                         *   *   *
```

17                    REPORTER'S CERTIFICATE

18     I, Cathy Pepper, Certified Realtime Reporter, Registered
    Merit Reporter, Registered Professional Reporter, Certified Court
19  Reporter of the State of Louisiana, Official Court Reporter for
    the United States District Court, Eastern District of Louisiana,
20  do hereby certify that the foregoing is a true and correct
    transcript, to the best of my ability and understanding, from the
21  record of the proceedings in the above-entitled and numbered
    matter.
22

23                              *s/Cathy Pepper*
                                Cathy Pepper, CRR, RMR, CCR
24                              Official Court Reporter
                                United States District Court
25

## 0

**01/08/2004** [1] - 8:6

## 1

**1** [1] - 7:20
**1**.............................
............ [1] - 2:15
**10** [1] - 10:13
**10.1.3** [2] - 7:6, 7:12
**10.4.2** [1] - 3:13
**1053425** [2] - 3:14, 7:13
**11** [1] - 2:4
**115** [1] - 1:20
**12** [1] - 2:4
**13** [1] - 2:5
**14** [7] - 2:5, 2:6, 2:6, 2:7, 2:7, 2:8, 2:8
**15** [4] - 2:9, 2:9, 2:10, 2:10
**15TH** [1] - 1:20
**1657** [2] - 1:5, 3:9

## 2

**2** [2] - 8:21, 9:9
**2**.............................
............ [1] - 2:15
**2009** [3] - 6:17, 7:8, 9:21
**2010** [2] - 1:6, 3:3
**21** [2] - 1:6, 3:3
**23219** [1] - 1:20
**24th** [1] - 7:7

## 3

**3** [3] - 2:3, 9:7, 9:11
**3**.............................
............ [1] - 2:16

## 4

**4** [3] - 6:17, 9:21, 9:25
**4**.............................
............ [1] - 2:16
**400** [1] - 1:20

## 5

**5** [1] - 2:3
**500** [1] - 1:22
**504** [1] - 1:23

**589-7779** [1] - 1:23

## 7

**7** [1] - 2:15
**70113** [1] - 1:16
**70130** [1] - 1:23

## 8

**8** [1] - 2:15
**820** [1] - 1:16

## 9

**9** [2] - 2:16, 2:16
**9:00** [1] - 1:6
**9:40** [1] - 16:11

## A

**A.M** [1] - 1:6
**a.m** [1] - 16:11
**ability** [1] - 16:20
**above-entitled** [1] - 16:21
**absolutely** [1] - 12:19
**abundantly** [2] - 12:15, 12:18
**activate** [1] - 15:25
**activated** [1] - 16:1
**acutely** [1] - 12:19
**additional** [3] - 7:3, 14:20, 15:20
**address** [2] - 7:23
**ADMINISTRATOR** [1] - 1:18
**administrator** [4] - 4:3, 4:17, 5:22, 6:12
**administrator's** [2] - 4:4, 7:8
**advice** [3] - 13:6, 13:8, 13:21
**advise** [2] - 11:21, 12:7
**advising** [1] - 13:20
**agreement** [4] - 3:13, 4:13, 6:9, 10:8
**Alameda** [3] - 8:5, 8:25, 15:2
**allegation** [1] - 11:10
**alteration** [5] - 6:19, 6:21, 9:9, 10:23, 11:10
**altered** [1] - 7:5
**analysis** [1] - 7:3
**analyzed** [1] - 6:7

**AND** [1] - 1:14
**appear** [1] - 15:19
**appearance** [1] - 4:1
**APPEARANCES** [1] - 1:12
**appearances** [2] - 3:15, 3:24
**appeared** [1] - 6:18
**appreciate** [2] - 12:3, 13:23
**approach** [1] - 5:2
**Article** [2] - 3:13, 10:13
**associate** [1] - 4:22
**attack** [2] - 8:13, 9:18
**attorney** [6] - 4:19, 5:21, 11:14, 11:15, 13:4
**attorney's** [1] - 9:20
**audit** [7] - 5:13, 6:22, 6:23, 7:2, 7:6, 7:12, 10:9
**audits** [1] - 4:13
**authorized** [1] - 14:22
**authorizing** [1] - 14:15
**available** [1] - 14:15
**AVENUE** [1] - 1:16
**aware** [1] - 12:20

## B

**B406** [1] - 1:22
**based** [2] - 10:21, 10:22
**basis** [1] - 8:17
**bearing** [1] - 9:17
**BEFORE** [1] - 1:9
**behalf** [1] - 3:22
**bench** [1] - 5:6
**best** [1] - 16:20
**better** [1] - 13:1
**bottom** [2] - 15:13, 16:1
**Branch** [3] - 9:20, 12:4, 14:24
**brief** [1] - 13:15
**BROWN** [1] - 1:18
**BrownGreer** [10] - 4:3, 4:5, 4:17, 5:8, 5:21, 13:24, 14:15, 14:23, 15:1, 16:3
**BY** [4] - 1:15, 1:19, 1:24, 1:25

## C

**CALLED** [1] - 3:4
**cannot** [1] - 13:21

**case** [9] - 6:2, 6:10, 6:12, 7:9, 7:18, 10:18, 11:17, 12:16, 13:12
**CATHY** [1] - 1:22
**Cathy** [2] - 16:18, 16:23
**CCR** [2] - 1:22, 16:23
**Center** [2] - 8:5, 9:1
**certain** [1] - 5:25
**CERTIFICATE** [1] - 16:17
**Certified** [2] - 16:18, 16:18
**certify** [1] - 16:20
**claim** [12] - 3:14, 6:6, 6:8, 6:18, 6:22, 7:13, 7:14, 8:18, 9:16, 9:18, 9:21, 10:10
**claimant** [1] - 15:7
**claimants** [1] - 12:1
**CLAIMS** [1] - 1:18
**claims** [7] - 4:3, 4:4, 4:14, 4:16, 5:22, 6:12, 7:8
**clear** [4] - 12:15, 12:18, 15:6, 15:23
**clearly** [1] - 12:25
**colleague** [1] - 6:4
**committee** [1] - 3:23
**Committee** [1] - 11:16
**COMMITTEE** [2] - 1:14, 1:15
**communication** [1] - 9:19
**COMPUTER** [1] - 1:25
**conceivably** [1] - 9:12
**concerned** [3] - 12:8, 12:13, 12:23
**concluded** [3] - 7:4, 15:10, 16:12
**conducted** [4] - 3:8, 3:11, 3:12, 4:14
**conference** [1] - 5:6
**confirm** [1] - 14:6
**confirming** [1] - 13:23
**consider** [1] - 15:19
**consideration** [2] - 11:2, 14:21
**considered** [3] - 9:8, 10:22, 15:21
**considering** [1] - 11:19
**copy** [1] - 13:25
**correct** [14] - 7:15, 8:20, 9:23, 10:11, 10:12, 10:15, 10:18, 10:19, 10:24, 10:25, 11:3, 12:19, 14:10, 16:20

**COTLAR** [1] - 1:15
**counsel** [15] - 3:23, 11:25, 12:3, 12:4, 12:9, 12:10, 12:16, 12:24, 13:11, 14:4, 14:12, 14:14, 15:8, 15:19, 15:24
**County** [3] - 8:5, 8:25, 15:3
**court** [3] - 5:6, 10:9, 12:6
**Court** [10] - 3:10, 12:1, 13:19, 13:23, 14:8, 16:18, 16:19, 16:19, 16:24, 16:24
**COURT** [2] - 1:1, 1:22
**courtesy** [1] - 13:1
**cousin** [1] - 3:19
**CRR** [2] - 1:22, 16:23
**current** [1] - 5:19

## D

**date** [1] - 9:24
**dated** [1] - 9:21
**DAVIS** [9] - 1:15, 3:21, 5:2, 11:24, 13:5, 13:18, 14:17, 15:7, 16:6
**Davis** [14] - 3:20, 3:22, 4:6, 5:10, 11:14, 11:15, 11:21, 11:23, 12:19, 12:23, 13:13, 14:9, 16:5
**DAVIS**........................
................... [4] - 2:4, 2:5, 2:7, 2:10
**December** [1] - 9:21
**deemed** [4] - 11:3, 15:13, 15:17, 16:8
**denied** [1] - 8:18
**deposition** [1] - 15:12
**Description** [1] - 2:14
**details** [1] - 14:19
**determination** [2] - 6:14, 6:16
**determine** [1] - 10:11
**determined** [2] - 6:19, 6:21
**diagnose** [1] - 9:5
**diagnosis** [3] - 8:12, 9:14, 9:17
**directing** [1] - 14:23
**discharge** [6] - 8:6, 8:12, 9:1, 9:5, 9:14, 9:17
**discussion** [1] - 14:7
**District** [5] - 3:10, 16:19, 16:24

**DISTRICT** [2] - 1:1, 1:1
**document** [15] - 7:12, 7:17, 7:24, 8:3, 8:4, 8:15, 8:18, 8:25, 9:2, 9:8, 9:12, 9:17, 10:1, 14:20, 15:1
**documents** [5] - 7:10, 10:5, 10:22, 10:23, 11:11
**done** [2] - 4:15, 6:1
**Dr** [1] - 15:3
**duration** [1] - 6:9
**duty** [1] - 11:25

**E**

**e-mail** [3] - 9:21, 9:23, 10:1
**Eastern** [2] - 3:10, 16:19
**EASTERN** [1] - 1:1
**either** [1] - 12:11
**eligibilty** [1] - 6:7
**eligibilty** [1] - 6:15
**eligible** [4] - 6:19, 7:5, 9:16, 9:18
**employment** [1] - 5:19
**entered** [1] - 10:8
**entitled** [1] - 16:21
**ESQUIRE** [3] - 1:15, 1:19, 1:19
**established** [1] - 5:10
**ethical** [2] - 12:6, 12:13
**evaluated** [1] - 6:6
**evaluation** [1] - 6:22
**EXAMINATIONS** [1] - 2:2
**exhibit** [4] - 8:7, 8:24, 9:9, 9:11
**EXHIBIT** [4] - 2:15, 2:15, 2:16, 2:16
**Exhibit** [6] - 7:20, 8:21, 9:7, 9:9, 9:11, 9:25
**exhibits** [1] - 8:23

**F**

**facility** [1] - 8:2
**fact** [4] - 4:15, 7:13, 7:17, 12:17
**Fallon** [1] - 12:11
**federal** [1] - 11:19
**few** [1] - 7:10
**filed** [2] - 4:14, 10:8
**filings** [1] - 4:25
**findings** [3] - 4:19,

4:22, 6:2
**finished** [2] - 13:20, 13:24
**Firm** [3] - 9:20, 12:5, 14:24
**firm** [4] - 9:24, 11:15, 12:20, 13:11
**first** [3] - 5:14, 6:10, 8:4
**five** [1] - 13:13
**five-minute** [1] - 13:13
**followed** [2] - 10:17, 10:20
**FOR** [2] - 1:13, 1:18
**foregoing** [1] - 16:20
**form** [1] - 13:1
**formal** [1] - 6:25
**forward** [2] - 3:16, 15:22
**fraud** [1] - 7:9
**friend** [1] - 3:17
**full** [4] - 7:22, 15:11, 15:18, 16:4
**fully** [1] - 15:22

**G**

**gate** [3] - 6:11, 8:18, 9:13
**gates** [1] - 6:8
**gathered** [1] - 7:3
**generally** [1] - 13:3
**generated** [1] - 7:17
**gentleman** [1] - 12:25
**given** [2] - 11:20, 13:22
**God** [1] - 5:16
**GREER** [1] - 1:18
**guess** [1] - 13:2

**H**

**hand** [5] - 5:15, 7:11, 7:21, 8:24, 10:5
**handed** [1] - 14:13
**happy** [1] - 5:12
**HEARD** [1] - 1:9
**heard** [1] - 11:11
**HEARING** [2] - 1:9, 3:4
**hearing** [14] - 3:8, 3:11, 6:24, 11:2, 12:17, 12:18, 14:1, 14:6, 15:16, 15:18, 15:25, 16:4, 16:8
**held** [1] - 5:6
**help** [1] - 5:16
**hereby** [1] - 16:20

**HERMAN** [2] - 1:15
**Honor** [1] - 5:2
**HONORABLE** [1] - 1:9

**I**

**important** [1] - 15:8
**IN** [1] - 1:4
**including** [1] - 16:2
**indicated** [1] - 14:20
**ineligibility** [2] - 6:13, 6:17
**information** [2] - 14:14, 15:21
**initial** [1] - 8:10
**injury** [4] - 6:8, 6:11, 8:18, 9:13
**institute** [1] - 15:14
**instructed** [2] - 12:9, 12:11
**instructing** [1] - 12:22
**interest** [2] - 12:23, 13:3
**interested** [1] - 5:24
**investigated** [1] - 15:22
**investigation** [1] - 15:11
**involve** [3] - 15:12, 15:20
**involved** [3] - 8:2, 11:17, 13:11
**ischemic** [4] - 8:13, 9:5, 9:15, 9:17
**issue** [3] - 5:10, 6:5, 6:25
**issued** [7] - 4:18, 6:2, 6:11, 6:14, 6:17, 7:6, 7:7
**issues** [2] - 12:13, 14:5

**J**

**JANUARY** [2] - 1:6, 3:3
**Judge** [1] - 12:11
**Juneau** [4] - 3:12, 3:21, 11:24, 13:18
**JUNEAU** [41] - 1:9, 3:7, 3:20, 3:24, 4:6, 4:12, 5:4, 5:8, 5:14, 5:18, 5:23, 6:14, 6:25, 7:10, 7:16, 7:20, 8:10, 8:14, 8:17, 8:21, 9:7, 9:11, 9:19, 9:25, 10:4, 10:14, 10:17, 10:21, 11:1, 11:5, 11:13,

12:14, 13:7, 13:17, 14:9, 14:13, 14:18, 14:25, 15:5, 15:9, 16:7
**JUNEAU.....................
............** [8] - 2:3, 2:4, 2:5, 2:6, 2:7, 2:8, 2:9, 2:10

**K**

**KATZ** [1] - 1:15

**L**

**L"** [1] - 3:11
**LA** [2] - 1:16, 1:23
**lack** [1] - 13:1
**lacking** [1] - 12:24
**laid** [1] - 6:9
**last** [1] - 9:11
**Law** [3] - 9:20, 12:5, 14:24
**law** [1] - 9:24
**lawyer** [1] - 14:4
**least** [1] - 13:3
**legal** [3] - 13:5, 13:7, 13:21
**Leonard** [1] - 3:22
**LEONARD** [1] - 1:15
**letter** [3] - 13:23, 13:25, 14:1
**Liability** [1] - 3:9
**LIABILITY** [1] - 1:4
**liaison** [5] - 3:23, 11:25, 12:9, 12:10, 13:11
**LIAISON** [1] - 1:14
**light** [1] - 13:25
**line** [2] - 15:13, 16:1
**Litigation** [1] - 3:9
**LITIGATION** [1] - 1:4
**look** [4] - 7:16, 8:3, 10:1, 16:3
**looked** [1] - 10:22
**LOUISIANA** [2] - 1:1, 1:5
**Louisiana** [4] - 3:10, 11:15, 16:19, 16:19

**M**

**ma'am** [2] - 15:5, 16:9
**mail** [3] - 9:21, 9:23, 10:1
**mark** [5] - 7:20, 8:7, 8:21, 9:7, 9:25
**Master** [6] - 3:11, 3:21,

11:2, 11:24, 12:11, 13:18
**MASTER** [49] - 1:10, 2:3, 2:4, 2:5, 2:6, 2:7, 2:8, 2:9, 2:10, 3:7, 3:20, 3:24, 4:6, 4:12, 5:4, 5:8, 5:14, 5:18, 5:23, 6:14, 6:25, 7:10, 7:16, 7:20, 8:10, 8:14, 8:17, 8:21, 9:7, 9:11, 9:19, 9:25, 10:4, 10:14, 10:17, 10:21, 11:1, 11:5, 11:13, 12:14, 13:7, 13:17, 14:9, 14:13, 14:18, 14:25, 15:5, 15:9, 16:7
**material** [3] - 6:21, 7:5, 10:23
**matter** [28] - 3:8, 4:13, 4:14, 4:15, 5:22, 8:2, 9:22, 10:15, 11:1, 11:3, 11:10, 11:16, 11:19, 11:25, 12:8, 15:10, 15:11, 15:14, 15:15, 15:19, 15:23, 16:1, 16:3, 16:4, 16:8, 16:21
**MDL** [2] - 1:5, 3:9
**MECHANICAL** [1] - 1:24
**Medical** [2] - 8:5, 9:1
**medical** [5] - 7:4, 7:25, 8:2, 8:4, 9:3
**meet** [2] - 11:14, 13:3
**mentioned** [1] - 6:23
**Merit** [1] - 16:18
**minute** [3] - 8:22, 11:8, 13:13
**moment** [1] - 5:3
**monitor** [1] - 4:7
**morning** [2] - 3:21, 4:2
**MR** [36] - 2:3, 2:4, 2:5, 2:7, 2:10, 3:21, 4:2, 5:2, 5:12, 5:17, 5:20, 6:3, 6:16, 7:2, 7:15, 7:19, 8:8, 8:11, 8:16, 8:20, 9:4, 9:10, 9:14, 9:23, 10:3, 10:13, 10:16, 10:19, 10:25, 11:4, 11:24, 13:5, 13:18, 14:17, 15:7, 16:6
**MS** [10] - 2:6, 2:8, 2:9, 3:19, 4:11, 11:12, 14:11, 14:24, 15:2, 16:10
**multiaxial** [2] - 8:12, 9:5

**N**

**name** [5] - 3:22, 4:2, 4:9, 5:18, 5:20
**necessary** [4] - 11:3, 15:13, 15:17, 16:9
**need** [4] - 5:24, 6:1, 12:1, 13:8
**needed** [1] - 16:1
**needs** [1] - 15:8
**NEW** [3] - 1:5, 1:16, 1:23
**NO** [1] - 1:5
**non** [1] - 6:15
**non-eligibilty** [1] - 6:15
**nothing** [1] - 5:16
**notice** [10] - 4:18, 4:22, 5:13, 6:11, 6:12, 7:7, 7:8, 7:12, 7:17
**notices** [2] - 12:16, 12:17
**notify** [1] - 15:24
**notwithstanding** [1] - 13:22
**November** [1] - 7:7
**Number** [2] - 3:9, 3:14
**numbered** [1] - 16:21

**O**

**O'KEEFE** [1] - 1:16
**oath** [1] - 11:20
**obligation** [1] - 12:7
**obligations** [1] - 10:14
**OF** [2] - 1:1, 1:9
**office** [6] - 4:4, 6:1, 7:9, 9:20, 11:24, 12:2
**officer** [1] - 12:6
**OFFICIAL** [1] - 1:22
**official** [1] - 4:25
**Official** [2] - 16:19, 16:24
**one** [2] - 5:2, 10:14
**open** [3] - 3:7, 15:11, 15:17
**opportunity** [1] - 7:23
**order** [2] - 10:11, 14:5
**ORDER** [1] - 3:4
**original** [2] - 8:14, 9:16
**ORLEANS** [3] - 1:5, 1:16, 1:23
**ought** [1] - 14:6
**outside** [1] - 5:6
**overall** [1] - 13:12

**P**

**PAGE** [1] - 2:2
**Page** [1] - 2:14
**part** [1] - 6:7
**particular** [2] - 6:1, 13:12
**pass** [1] - 6:11
**passed** [1] - 9:12
**passes** [1] - 6:8
**Patrick** [1] - 3:12
**PATRICK** [1] - 1:9
**payment** [2] - 7:5, 10:11
**PEPPER** [1] - 1:22
**Pepper** [3] - 16:18, 16:23, 16:23
**per** [1] - 14:22
**performed** [1] - 7:2
**period** [2] - 9:1, 14:2
**person** [1] - 13:8
**pertains** [2] - 3:13, 9:1
**PETKAUSKAS** [1] - 1:19
**Petkauskas** [2] - 4:4, 6:4
**PHILIP** [1] - 1:19
**Philip** [2] - 4:2, 5:20
**phonetically** [1] - 15:3
**Plaintiffs** [1] - 11:16
**plaintiffs** [5] - 3:22, 3:23, 11:25, 12:9, 12:10
**PLAINTIFFS** [2] - 1:13, 1:14
**podium** [3] - 3:25, 5:9, 10:6
**point** [6] - 5:5, 7:6, 12:1, 12:12, 13:15, 15:22
**potentially** [2] - 9:16, 14:5
**POYDRAS** [1] - 1:22
**prepared** [1] - 4:16
**presence** [1] - 5:6
**present** [1] - 12:2
**presented** [1] - 10:11
**presently** [1] - 12:3
**previous** [1] - 9:9
**procedures** [3] - 5:25, 15:17, 15:25
**proceed** [1] - 11:9
**proceeding** [1] - 11:19
**PROCEEDINGS** [3] - 1:9, 1:24, 3:1
**proceedings** [4] - 5:5, 13:15, 16:11, 16:21
**process** [3] - 6:7, 10:17, 10:19
**PRODUCED** [1] - 1:25
**PRODUCTS** [1] - 1:4
**Products** [1] - 3:9
**Professional** [1] - 16:18
**provided** [1] - 13:25
**providers** [2] - 7:3, 7:4
**provisions** [5] - 3:12, 4:13, 4:17, 6:23, 10:9
**provoke** [1] - 15:18
**proximity** [1] - 6:8
**purports** [1] - 8:25
**pursuant** [1] - 4:17
**put** [1] - 5:24

**Q**

**questions** [3] - 5:1, 11:6, 11:7
**quote** [1] - 8:12
**quoting** [1] - 9:6

**R**

**raise** [1] - 5:14
**raised** [1] - 5:11
**ramifications** [2] - 11:18, 11:22
**re** [1] - 3:9
**RE** [1] - 1:4
**reactivate** [1] - 16:8
**really** [1] - 15:7
**Realtime** [1] - 16:18
**reason** [1] - 12:22
**reasons** [2] - 4:18, 7:9
**received** [4] - 6:18, 8:8, 8:15, 9:23
**recess** [5] - 11:20, 13:13, 13:16, 13:17, 15:10
**record** [19] - 3:7, 5:25, 6:18, 6:20, 7:4, 7:11, 7:25, 8:1, 8:6, 8:8, 8:10, 8:12, 9:3, 9:6, 10:8, 12:14, 12:18, 15:23, 16:21
**RECORDED** [1] - 1:24
**records** [2] - 5:9, 7:3
**refer** [1] - 10:2
**referred** [3] - 6:22, 9:3, 11:2
**refix** [1] - 16:4
**regard** [1] - 4:23
**regarding** [3] - 9:20, 9:21, 11:10
**Registered** [2] - 16:18, 16:18
**relevant** [1] - 6:11
**report** [2] - 4:16, 7:1
**REPORTER** [1] - 1:22
**Reporter** [6] - 16:18, 16:18, 16:19, 16:24
**reporter** [1] - 5:7
**REPORTER'S** [1] - 16:17
**reports** [2] - 6:2, 8:1
**represent** [5] - 12:2, 12:7, 12:20, 12:25, 13:20
**representations** [1] - 10:10
**representative** [1] - 12:10
**represented** [6] - 8:1, 12:3, 12:4, 12:15, 14:6, 14:12
**representing** [4] - 4:19, 13:4, 13:9, 13:10
**represents** [1] - 8:6
**response** [2] - 6:18, 9:22
**responsibilities** [1] - 5:25
**review** [2] - 6:10, 6:19
**RICHMOND** [1] - 1:20
**Richmond** [1] - 5:21
**RMR** [2] - 1:22, 16:23
**Robinson** [33] - 3:14, 3:15, 4:6, 4:8, 4:9, 4:11, 4:20, 4:24, 6:6, 7:13, 7:21, 7:22, 7:25, 9:2, 10:5, 11:6, 11:9, 12:2, 12:3, 12:7, 12:15, 12:21, 12:24, 13:20, 13:22, 13:24, 14:3, 14:9, 14:17, 14:19, 15:18, 15:25
**ROBINSON** [7] - 3:19, 4:11, 11:12, 14:11, 14:24, 15:2, 16:10
**ROBINSON...............
........................** [3] - 2:6, 2:8, 2:9
**ROMA** [1] - 1:19
**Roma** [2] - 4:4, 6:4
**ROOM** [1] - 1:22

**S**

**s/Cathy** [1] - 16:23
**se** [1] - 14:22
**seat** [2] - 3:16, 11:7
**second** [2] - 7:24, 9:2
**Section** [3] - 3:11, 7:6, 7:12
**Sellick** [1] - 15:3
**send** [2] - 12:16, 12:17
**sent** [2] - 4:19, 7:18
**September** [1] - 6:17
**serious** [2] - 12:8, 14:5
**set** [1] - 4:12
**settlement** [5] - 3:13, 4:13, 6:9, 7:6, 10:7
**short** [2] - 11:20, 14:2
**showing** [1] - 8:6
**signed** [1] - 15:3
**significant** [1] - 9:15
**sitting** [1] - 13:10
**situation** [1] - 13:18
**Special** [5] - 3:11, 3:21, 11:2, 11:24, 12:11
**SPECIAL** [49] - 1:10, 2:3, 2:4, 2:5, 2:6, 2:7, 2:8, 2:9, 2:10, 3:7, 3:20, 3:24, 4:6, 4:12, 5:4, 5:8, 5:14, 5:18, 5:23, 6:14, 6:25, 7:10, 7:16, 7:20, 8:10, 8:14, 8:17, 8:21, 9:7, 9:11, 9:19, 9:25, 10:4, 10:14, 10:17, 10:21, 11:1, 11:5, 11:13, 12:14, 13:7, 13:17, 14:9, 14:13, 14:18, 14:25, 15:5, 15:9, 16:7
**special** [1] - 13:18
**spelled** [1] - 15:3
**stage** [1] - 4:12
**stand** [1] - 8:22
**state** [1] - 7:8
**State** [1] - 16:19
**States** [3] - 3:10, 16:19, 16:24
**STATES** [1] - 1:1
**states** [1] - 7:9
**steering** [1] - 3:23
**Steering** [1] - 11:16
**STEERING** [1] - 1:15
**STENOGRAPHY** [1] - 1:24
**STREET** [2] - 1:20, 1:22
**stroke** [2] - 9:5, 9:15
**Strunk** [9] - 3:25, 4:2, 4:21, 5:9, 5:20, 5:23, 7:25, 10:7, 15:20
**STRUNK** [24] - 1:19, 4:2, 5:12, 5:17, 5:20, 6:3, 6:16, 7:2, 7:15, 7:19, 8:8, 8:11, 8:16,

8:20, 9:4, 9:10, 9:14, 9:23, 10:3, 10:13, 10:16, 10:19, 10:25, 11:4
**STRUNK**............................................ [1] - 2:3
**submission** [1] - 16:2
**submissions** [1] - 16:2
**submitted** [4] - 6:20, 7:24, 8:4, 10:24
**subsequent** [1] - 4:18
**subsequently** [1] - 10:24
**sufficient** [1] - 9:18
**suggest** [2] - 12:12, 13:25
**suggested** [1] - 14:3
**SUITE** [1] - 1:20
**suspend** [2] - 15:16, 16:7
**suspended** [2] - 14:1, 15:24
**suspension** [1] - 15:24
**swear** [1] - 5:15
**swing** [1] - 4:7

### T

**talks** [1] - 13:9
**team** [2] - 6:22, 7:2
**terms** [1] - 10:7
**testifying** [1] - 11:22
**testimony** [4] - 11:18, 11:20, 15:12
**THE** [4] - 1:9, 1:13, 1:14, 1:18
**third** [1] - 13:8
**three** [1] - 6:8
**THURSDAY** [2] - 1:6, 3:3
**TO** [1] - 3:4
**today** [4] - 7:7, 12:17, 15:1, 15:16
**towards** [1] - 4:7
**transcribed** [1] - 8:1
**transcript** [1] - 16:20
**TRANSCRIPT** [2] - 1:9, 1:24
**transient** [2] - 8:13, 9:17
**true** [1] - 16:20
**truth** [3] - 5:15, 5:16
**Turner** [1] - 12:4

### U

**uncomfortable** [1] - 13:19
**under** [7] - 3:12, 4:13, 6:23, 8:11, 9:4, 10:7, 11:20
**UNITED** [1] - 1:1
**United** [3] - 3:10, 16:19, 16:24
**up** [5] - 3:17, 3:25, 4:21, 15:17

### V

**VA** [1] - 1:20
**VCN** [2] - 3:14, 7:13
**Velma** [5] - 3:14, 4:11, 7:13, 7:25, 9:2
**verify** [1] - 15:2
**VIOXX** [1] - 1:4
**Vioxx** [3] - 3:9, 4:14, 5:22
**Virginia** [1] - 5:21
**visit** [1] - 11:21

### W

**whereas** [1] - 9:16
**WHEREUPON** [3] - 5:5, 13:15, 16:11
**whole** [1] - 5:15
**word** [1] - 13:1

### Y

**y'all** [1] - 10:22