# Exhibit A
# Pro Se Plaintiffs to Show Cause on February 26, 2010

|   | Docket Number | Case Name | *Pro Se* Plaintiff Name | Last Known Address |
|---|---|---|---|---|
| 1 | 2:07-cv-03019-EEF-DEK | Banks, Sheryl | Barry, Lawrence K. on behalf of Barry, Barbara | Post Office Box 41528 Baton Rouge, Louisiana 70835 |
| 2 | 2:05-cv-05204-EEF-DEK | Abrams, Clarence | Boman, Rita | St. Martin Parish, Louisiana |
| 3 | 2:05-cv-04435-EEF-DEK | Allen, Donna | Coleman, Robert E., Sr. | Orleans Parish, Louisiana |
| 4 | 2:05-cv-04435-EEF-DEK | Allen, Donna | Debose, Judy | 7742 Shubert Street New Orleans, Louisiana 70126 |
| 5 | 2:05-cv-05991-EEF-DEK | Ferrell, Janis | Ferrell, Janis | Orleans County, Louisiana |

1005659v.1