UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All Plaintiffs on attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs listed in the attached Exhibit A show cause on the 26th day of February, 2010, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiff's case dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(b). Plaintiffs shall file and serve upon Liaison Counsel any oppositions to the Rule on or before the 18th day of February, 2010. Defendant Merck Sharp & Dohme Corp. shall file and serve upon Plaintiff's Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies to the oppositions on or before the 23rd day of February, 2010.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1005658v.1