# EXHIBIT A
# PLAINTIFFS TO SHOW CAUSE ON FEBRUARY 26, 2010

|   | Docket Number | Case Name | Plaintiff Name | Plaintiff Counsel |
|---|---|---|---|---|
| 1 | 2:05-cv-04420-EEF-DEK | Baudry, Allen | Davis, Francis W | Zimmerman Reed LLP |
| 2 | 2:06-cv-06999-EEF-DEK | Adames De La Rosa | Gomez Rosado, Maria | Lamb Firm LLC; Quetglas Law Offices; Wood Law Firm |
| 3 | 2:05-cv-06234-EEF-DEK | Amadis-Rosario, Gladys | Gomez, Maria | Quetglas Law Offices; Lamb Firm LLC; Wood Law Firm |
| 4 | 2:05-cv-06259-EEF-DEK | Turner, Dana | Porter, Mary E | Shelley I. Stiles and Associates |
| 5 | 2:05-cv-02510-EEF-DEK | Blanchard, Freddy | Taylor, Marvin H | Kevin S. Laine |

1005673v.1