UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

**THIS DOCUMENT RELATES TO:**

Plaintiff's Name: Gerald Smith

Case Name:  Bobbie Thompson et al. v Merck & Co.

Case Number: USDC ED of LA 2:05-cv-04055 EEF-DEK

## ORDER

Upon review and consideration of Plaintiff's Motion to Vacate or Modify the Pre-Trial Order 43, Rule 26(a)(2) for a case specific expert report from a medical expert, the Court makes the following Finds and Order,

IT IS ORDERED that Plaintiff Gerald Smith is granted an additional 60 days to comply with the requirements of Pre-Trial Order (PTO) No. 43. Rule 26(a)(2) for a case specific expert report form a  medical expert.

IT IS SO ORDERED.

Dated: January  21st    2010
       New Orleans Louisiana

_____
Hon. Eldon Fallon
United States District Court Judge