# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | *   SECTION L |
| | *   JUDGE FALLON |
| This document relates to all plaintiffs on attached Exhibits A, B and C | *   MAGISTRATE JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Matters deferred from Defendant Merck & Co., Inc.'s First Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 22492) came on for hearing on the 3rd day of December, 2009. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as to all plaintiffs on Exhibit A.

**IT IS FURTHER ORDERED** that the motion is deferred as to the plaintiffs on Exhibit B until February 3, 2010 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the claims of all plaintiffs on Exhibit C be and they hereby are dismissed with prejudice for failure to comply with PTO 43.

**NEW ORLEANS, LOUISIANA**, this 21st day of January, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1005426v.1

- 1 -

**Exhibit A – First PTO 43 *Lone Pine* Motion**
**Motion Withdrawn**

| Last Name | First Name | Counsel | Caption | Docket Number |
|---|---|---|---|---|
| Lewis | Arthur | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |

- 1 -

1005428v.1

- 1 -

## Exhibit B – First PTO 43 *Lone Pine* Motion
## Motion Deferred Until February 3, 2010

| Last Name | First Name | Counsel | Caption | Docket Number |
|---|---|---|---|---|
| Baum | Janice | Price Waicukauski & Riley, LLC | Heavrin, Michael v. Merck & Co., Inc. | 2:05-cv-00458-EEF-DEK |

- 1 -

1005429v.1

**Exhibit C – First PTO 43 *Lone Pine* Motion
Claims Dismissed With Prejudice**

| Last Name | First Name | Counsel | Caption | Docket Number |
|---|---|---|---|---|
| Giambelluca | Pamela | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| Green | Michael | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| Naomi | Jane | Murray Law Firm 1 | Gates, Aubrey v. Merck & Co., Inc. | 2:05-cv-05727-EEF-DEK |