# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs | * | |
| listed on Exhibit A | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Matters deferred from Defendant Merck & Co., Inc.'s Second Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 22557) came on for hearing on the 3rd day of December, 2009.  For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the claims of all plaintiffs on Exhibit A be and they hereby are dismissed with prejudice.

**NEW ORLEANS, LOUISIANA**, this  21st   day of January, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1005432v.1

- 1 -

## Exhibit A – PTO 43 *Second* Lone Pine Motion
## Claims Dismissed With Prejudice

| Last Name | First Name | Counsel | Additional Derivative Plaintiff(s) | Case Caption | Docket Number |
|---|---|---|---|---|---|
| Davis | Barbara | Matthews & Associates | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| Wilson | Tarlice | Simon Passanante PC | | Lindsay, Sharon v. Merck & Co., Inc. | 2:05-cv-01049-EEF-DEK |

- 1 -

1005433v.1