UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibits A, B & C* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

# ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Third Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the *Lone Pine* Requirements of PTO 43 (R.Doc. 24995) came on for hearing on the 3rd day of December, 2009. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that the claims of all plaintiffs on the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 43.

**IT IS FURTHER ORDERED** that the motion be and it hereby is deferred until February 3, 2010, immediately following the conclusion of the monthly status conference scheduled for 9:00 a.m., as to all plaintiffs on the attached Exhibit B.

**IT IS FURTHER ORDERED** that the motion be and it hereby is withdrawn as to all plaintiffs on the attached Exhibit C.

1005435v.1

**NEW ORLEANS, LOUISIANA**, this  21st  day of        January        , 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1005435v.1

**Exhibit A**
**Dismissed With Prejudice**

| | VCN | Plaintiff Name | Derivative Plaintiffs | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 1. | 1059884 | Avant, Albertine E. | | Mainor, Eglet, Cottle LLP | Avant, Albertine v. Merck & Co., Inc. | 2:07-cv-00900-EEF-DEK |
| 2. | 1059891 | Coon, Norma D. | Coon, Howard | Mainor, Eglet, Cottle LLP | Coon, Norma v. Merck & Co., Inc. | 2:07-cv-00903-EEF-DEK |
| 3. | 1059899 | Hawthorne, Teresa A. | Hawthorne, Keith | Mainor, Eglet, Cottle LLP | Maestro, Calvin v. Merck & Co., Inc. | 2:07-cv-02100-EEF-DEK |
| 4. | 1059903 | James, Dorothy A. | Ameen, Betty; James, Veronica; James, Allen | Mainor, Eglet, Cottle LLP | Batiz, Buddy v. Merck & Co., Inc. | 2:07-cv-00901-EEF-DEK |
| 5. | 1059904 | Katsibubas, John | Katsibubas, April | Mainor, Eglet, Cottle LLP | Katsibubas, John v. Merck & Co., Inc. | 2:07-cv-06436-EEF-DEK |
| 6. | 1059905 | Kishbaugh, Kenneth H. | | Mainor, Eglet, Cottle LLP | Kishbaugh, Kenneth v. Merck & Co., Inc. | 2:07-cv-01383-EEF-DEK |
| 7. | 1059909 | Linton, Ruth M. | Linton, Charles | Mainor, Eglet, Cottle LLP | Fitgerald, Charles v. Merck & Co., Inc. | 2:07-cv-02099-EEF-DEK |
| 8. | 1059911 | Maestro, Calvin J. | Maestro, Felinita | Mainor, Eglet, Cottle LLP | Maestro, Calvin v. Merck & Co., Inc. | 2:07-cv-02100-EEF-DEK |
| 9. | 1059917 | Osiak, Gabrielle A. | | Mainor, Eglet, Cottle LLP | Morris, George v. Merck & Co., Inc. | 2:07-cv-02101-EEF-DEK |
| 10. | 1059921 | Prince, Essie L. | | Mainor, Eglet, Cottle LLP | Chapman, Don v. Merck & Co., Inc. | 2:07-cv-00902-EEF-DEK |
| 11. | 1059925 | Rivas, Ruby | Rivas, Leary | Mainor, Eglet, Cottle LLP | Maestro, Calvin v. Merck & Co., Inc. | 2:07-cv-02100-EEF-DEK |
| 12. | 1059935 | Wheeler, Beverly A. | | Mainor, Eglet, Cottle LLP | Wheeler, Beverly Ann v. Merck & Co., Inc. | 2:07-cv-00663-EEF-DEK |
| 13. | 1083014 | Davis, Barbara A. | | Matthews & Associates | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 14. | 1098039 | Clark, Flora | | Miller Firm, LLC, The (PA) | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEE-DEK |
| 15. | 1098182 | Lacy, Nancy | | Miller Firm, LLC, The (PA) | Gennaro, Mary v. Merck & Co., Inc. | 2:06-cv-05981-EEE-DEK |
| 16. | 1098196 | Leflore, Ronnie | Leflore, Mary | Miller Firm, LLC, The (PA) | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEE-DEK |
| 17. | 1088100 | Giambelluca, Pamela | | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 18. | 1073619 | Green, Michael D. | | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |

1005438v.1

|     | VCN     | Plaintiff Name    | Derivative Plaintiffs | Primary Counsel     | Case Caption                          | Docket Number Current     |
|-----|---------|-------------------|----------------------|---------------------|---------------------------------------|---------------------------|
| 19. | 1088131 | Naomi, Jane L.    |                      | Murray Law Firm 1   | Gates, Aubrey v. Merck & Co., Inc.    | 2:05-cv-05727-EEF-DEK     |
| 20. | 1090381 | Allen, Morris     |                      | O'Quinn Law Firm, The | Allen, Morris v. Merck & Co., Inc.  | 2:05-cv-05975-EEF-DEK     |
| 21. | 1090411 | Breaux, Luvenia H.|                      | O'Quinn Law Firm, The | Breaux, Luvenia v. Merck & Co., Inc.| 2:05-cv-05978-EEF-DEK     |

- 2 -

1005438v.1

**Exhibit B**
**Deferred Until February 3, 2010**

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 1. | 1097291 | Henry, Leslie | Henry, Sislyn | Douglas & London, PC | Henry, Leslie v. Merck & Co., Inc. | 2:07-cv-07514-EEF-DEK |
| 2. | 1084483 | Stafisz, John J. |  | Matthews & Associates | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 3. | 1098199 | Lewis, Patricia |  | Miller Firm, LLC, The (PA) | Gladden, Keith v. Merck & Co., Inc. | 2:06-cv-05996-EEF-DEK |
| 4. | 1081541 | Baum, Janice M. |  | Price Waicukauski & Riley, LLC | Heavrin, Michael v. Merck & Co., Inc. | 2:05-cv-00458-EEF-DEK |
| 5. | 1056191 | Bethea, Stanley |  | Pro Se | Bethea, Stanley v. Merck & Co., Inc. | 2:05-cv-06775-EEF-DEK |

1005437v.1

**Exhibit C**
**Motion Withdrawn**

|    | VCN | Plaintiff Name | Derivative Plaintiffs | Primary Counsel | Case Caption | Docket Number Current |
|----|-----|----------------|----------------------|-----------------|--------------|----------------------|
| 1. | 1059916 | Morris, George R. | Morris, Mercedes | Mainor, Eglet, Cottle LLP | Morris, George v. Merck & Co., Inc. | 2:07-cv-02101-EEF-DEK |

1005440v.1