# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| All Plaintiffs on the attached Exhibits A and B | * | KNOWLES |
| | * | |

*************************************************************************

## ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Ninth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the *Lone Pine* Requirements of PTO 28 (R.Doc. 21961) came on for hearing on the 3rd day of December, 2009, immediately following the monthly status conference. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the claims of all plaintiffs on the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 28.

IT IS FURTHER ORDERED that the motion is deferred until February 3, 2010, immediately following the monthly status conference scheduled for 9:00 a.m. as to all plaintiffs on Exhibit B.

NEW ORLEANS, LOUISIANA, this  21st  day of    January   , 2010.

_____
UNITED STATES DISTRICT JUDGE

1005444v.1

**Exhibit A**
**PTO No. 28** *Lone Pine* **No. 9**
*(Dismissed With Prejudice)*

|   | **Plaintiff** | **Counsel** | **Caption** | **Case No.** |
|---|---|---|---|---|
| 1. | Connors, Jeanette A | Cellino & Barnes, P.C. | Connors, Jeanette v. Merck & Co., Inc. | 2:06-cv-01190-EEF-DEK |
| 2. | Kwiek, Mary | Cellino & Barnes, P.C. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |

**Exhibit B**
**PTO No. 28 *Lone Pine* No. 9**
*(Deferred Until February 3, 2010)*

|    | **Plaintiff**      | **Counsel** | **Caption**                              | **Case No.**            |
|----|--------------------|-------------|------------------------------------------|-------------------------|
| 1. | Schneller, James D. | *Pro Se*    | Schneller, James D. v. Merck & Co., Inc | 2:05-cv-05382-EEF-DE    |

Exhibit A to 9th Lone Pine motion
*1005446v.1*