UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Clara E. Clark, et al. v. Merck & Co., Inc.*, No. 2:06-cv-06942 | * | KNOWLES |
| | * | |

Only as to plaintiff Diana Flores-Melling

*************************************************************************

## ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the Registration Requirements of PTO 31 (R.Doc. 22134) came on for hearing on the 3rd day of December, 2009, immediately following the monthly status conference. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the motion be and it hereby is withdrawn as to plaintiff Diana Flores-Melling.

NEW ORLEANS, LOUISIANA, this  21st  day of    January   , 2010.

_____
UNITED STATES DISTRICT JUDGE

1005447v.1