# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| All Plaintiffs on the attached Exhibits A and B | * | KNOWLES |
| | * | |

************************************************************************

## ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the Registration Requirements of PTO 31 (R.Doc. 22070) came on for hearing on the 3rd day of December, 2009, immediately following the monthly status conference.  For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the claims of all plaintiffs on the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 31.

IT IS FURTHER ORDERED that the motion is deferred until February 3, 2009, immediately following the monthly status conference scheduled for 9:00 a.m., as to all plaintiffs on the attached Exhibit B.

NEW ORLEANS, LOUISIANA, this 21st day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE

1005448v.1

**EXHIBIT A**
Dismissed With Prejudice

|   | **Plaintiff Name** | **Last Known Address** | **Case Caption** | **Docket Number Current** |
|---|---|---|---|---|
| 1. | Crumley, Danny H. | 131 Owen Medford Rd. Tifton, GA  31794 | Crumley, Danny H. v. Merck & Co., Inc. | 2:05-cv-01538-EEF-DEK |
| 2. | Massengale, Jack | 7105 Steed Court Hyattsville, MD  20782 | Massengale, Jack v. Merck & Co., Inc. | 2:07-cv-05234-EEF-DEK |

1005450v.1

**EXHIBIT B**
Deferred Until February 3, 2010

|  | Plaintiff Name | Last Known Address | Case Caption | Docket Number Current |
|---|---|---|---|---|
| 1. | Baldoni, Eugene M. | 11545 Carson Lakewood, CA  90715 | Lassig, Leonard v. Merck & Co., Inc. | 2:05-cv-00538-EEF-DEK |

1005452v.1