UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| All Plaintiffs on the attached Exhibit A | * | KNOWLES |
| | * | |

**************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Seventh Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the *Lone Pine* Requirements of PTO 29 (R.Doc. 25523) came on for hearing on the 3rd day of December, 2009, immediately following the monthly status conference. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the claims of all plaintiffs on the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 29.

NEW ORLEANS, LOUISIANA, this  21st  day of    January   , 2010.

_____
UNITED STATES DISTRICT JUDGE

1005454v.1

**Exhibit A**
**Seventh Latecomers Motion**
*(Dismissed With Prejudice)*

|    | **Plaintiff** | **Counsel** | **Caption** | **Case No.** |
|----|---------------|-------------|-------------|--------------|
| 1. | Durden, Terry | N. Albert Bacharach, Jr. PA | Presley, Larry v. Merck & Co., Inc. | 2:09-cv-03507-EEF-DEK |
| 2. | Ewell, Arleas I | N. Albert Bacharach, Jr. PA | Presley, Larry v. Merck & Co., Inc. | 2:09-cv-03507-EEF-DEK |
| 3. | Gibson, Shirley | N. Albert Bacharach, Jr. PA | Presley, Larry v. Merck & Co., Inc. | 2:09-cv-03507-EEF-DEK |
| 4. | Presley, Larry | N. Albert Bacharach, Jr. PA | Presley, Larry v. Merck & Co., Inc. | 2:09-cv-03507-EEF-DEK |
| 5. | Shade, Bruce | N. Albert Bacharach, Jr. PA | Presley, Larry v. Merck & Co., Inc. | 2:09-cv-03507-EEF-DEK |
| 6. | Stewart, Oscar | N. Albert Bacharach, Jr. PA | Presley, Larry v. Merck & Co., Inc. | 2:09-cv-03507-EEF-DEK |
| 7. | DeAngelis, Joseph | Avalon Law Offices, PC | DeAngelis, MaryAnn v. Merck & Co., Inc. | 2:09-cv-03839 |