UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibits A & B* | * | KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Fourth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the *Lone Pine* Requirements of PTO 43 (R.Doc. 27190) came on for hearing on the 7th day of January, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that the claims of all plaintiffs on the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 43.

**IT IS FURTHER ORDERED** that the motion be and it hereby is deferred until February 3, 2010, as to all plaintiffs on the attached Exhibit B.

**NEW ORLEANS, LOUISIANA**, this 21st day of ___January___, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1005468v.1

# Exhibit A

# Dismissed With Prejudice

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 1. | 1072349 | Arredondo, Alfred |  | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 2. | 1072350 | Banks, Esther Marie |  | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 3. | 1072423 | Cano, Rafaela W |  | Corea Firm, P.L.L.C., The | Kincaid, Johnny v. Merck & Co., Inc. | 2:06-cv-08418-EEF-DEK |
| 4. | 1072429 | Conde, Daniel Sr | Conde, Mary Jane | Corea Firm, P.L.L.C., The | Kincaid, Johnny v. Merck & Co., Inc. | 2:06-cv-08418-EEF-DEK |
| 5. | 1072430 | Cooper, J C |  | Corea Firm, P.L.L.C., The | Kincaid, Johnny v. Merck & Co., Inc. | 2:06-cv-08418-EEF-DEK |
| 6. | 1072363 | Davis, John |  | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 7. | 1072365 | Gonzalez, Carmen | Gonzalez, Roy | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 8. | 1072384 | Maher, Katherine |  | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 9. | 1072385 | March, Dennis |  | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |

Page **1** of **3**

1005469v.1

| | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 10. | 1072392 | Perry, Larry Joe | | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 11. | 1072406 | Wilkinson, Nancy | | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 12. | 1072411 | Wright, Ethel Bernice | Wright, John | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 13. | 1072412 | York, Alice Yevonne | York, Charles | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 14. | 1050833 | Cruz-Barroso, Manuel | | Wood Law Firm, LLC | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 15. | 1050865 | Echavarry-Coira, Myrta | | Wood Law Firm, LLC | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 16. | 1050960 | Lanzot-Rivera, Eduardo | | Wood Law Firm, LLC | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 17. | 1051015 | Merrell, Paul Sr | | Wood Law Firm, LLC | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |
| 18. | 1051084 | Ramos-Acevedo, Jose | | Wood Law Firm, LLC | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 19. | 1051178 | Rodriguez-Soto, Ester | Rodriguez, Sheila Saldana | Wood Law Firm, LLC | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 20. | 1051207 | Smith, Harold Jr | | Wood Law Firm, LLC | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998- |

1005469v.1

| | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| | | | | | | EEF-DEK |
| 21. | 1051228 | Torres-Rodriguez, Aracelis | | Wood Law Firm, LLC | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 22. | 1051235 | Ungar, Selma D | | Wood Law Firm, LLC | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |

Page **3** of **3**

1005469v.1

# Exhibit B

# Deferred Until February 3, 2010

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 1. | 1094230 | Benaway, Dennis | | Carey & Danis, LLC | Schultz, Gabrielle v. Merck & Co., Inc. | 2:07-cv-01368-EEF-DEK |
| 2. | 1094405 | Campbell, Ruth | | Carey & Danis, LLC | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377-EEF-DEK |
| 3. | 1094423 | Carroll, John | | Carey & Danis, LLC | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| 4. | 1094519 | Conner, Danny | | Carey & Danis, LLC | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 5. | 1094573 | Crews, Glen | Crews, Doyle | Carey & Danis, LLC | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 6. | 1094672 | DeVito, Matthew | | Carey & Danis, LLC | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 7. | 1094823 | Foote, George | | Carey & Danis, LLC | Aldin, Rich v. Merck & Co., Inc. | 2:06-cv-03382-EEF-DEK |
| 8. | 1094938 | Grau, Bill | | Carey & Danis, LLC | Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK |
| 9. | 1094941 | Gray, Roy | | Carey & Danis, LLC | Hague, Robert v. Merck & Co., Inc. | 2:06-cv-03369-EEF-DEK |

1005471v.1

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 10. | 1094970 | Guerrera, Tony | | Carey & Danis, LLC | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| 11. | 1095049 | Hayenga, Gladys | | Carey & Danis, LLC | Aldin, Rich v. Merck & Co., Inc. | 2:06-cv-03382-EEF-DEK |
| 12. | 1095074 | Henrichs, Mark | | Carey & Danis, LLC | Meysami, Glenda v. Merck & Co., Inc. | 2:05-cv-05353-EEF-DEK |
| 13. | 1095110 | Hodgest, Alma | | Carey & Danis, LLC | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 14. | 1095121 | Hon, Neil | | Carey & Danis, LLC | Helton, Richard v. Merck & Co., Inc. | 2:06-cv-11443-EEF-DEK |
| 15. | 1095140 | Howard, Mary | Howard, Ashlei | Carey & Danis, LLC | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK |
| 16. | 1095145 | Hoyer, Margaret | | Carey & Danis, LLC | Heet, Barbara v. Merck & Co., Inc. | 2:06-cv-11440-EEF-DEK |
| 17. | 1095152 | Hudson, Bryant | | Carey & Danis, LLC | Montgomery, Ronald v. Merck & Co., Inc. | 2:06-cv-03374-EEF-DEK |
| 18. | 1095161 | Huizenga, Diane | | Carey & Danis, LLC | Erickson, Greg v. Merck & Co., Inc. | 2:06-cv-03745-EEF-DEK |
| 19. | 1095219 | Jelden, Todd | Jelden, Lynette | Carey & Danis, LLC | Atkinson, Allen v. Merck & Co., Inc. | 2:05-cv-04130-EEF-DEK |
| 20. | 1095365 | LaFiore, Carmelina | LaFiore, | Carey & Danis, LLC | Dryer, Bernadette v. Merck & Co., | 2:06-cv-02103- |

1005471v.1

| | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| | | | John | | Inc. | EEF-DEK |
| 21. | 1095370 | Landers, Jess | | Carey & Danis, LLC | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK |
| 22. | 1095381 | Lasely, Rosa | | Carey & Danis, LLC | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK |
| 23. | 1095456 | Lopez, Juanita | Lopez, Jose | Carey & Danis, LLC | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 24. | 1095473 | Lucas, Edward | | Carey & Danis, LLC | Squillace, Joseph v. Merck & Co., Inc. | 2:05-cv-02931-EEF-DEK |
| 25. | 1095521 | Marion, Joseph | | Carey & Danis, LLC | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| 26. | 1095603 | McKinstry, Dorothy | | Carey & Danis, LLC | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK |
| 27. | 1095751 | Neel, Regina | | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 28. | 1095752 | Neeley, Robert | | Carey & Danis, LLC | Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381-EEF-DEK |
| 29. | 1095758 | Nemeth, Robert | | Carey & Danis, LLC | Adams, Eva Lucille v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 30. | 1095836 | Park, Eddie | Park, Ruth | Carey & Danis, LLC | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |

1005471v.1

|     | VCN     | Plaintiff Name       | Derivative Plaintiffs | Firm Name          | Case Caption (CMF)                       | Docket Number (CMF)         |
| --- | ------- | -------------------- | --------------------- | ------------------ | ---------------------------------------- | --------------------------- |
| 31. | 1095860 | Pearson, Betty       | Pearson, Vernon       | Carey & Danis, LLC | McCarthy, Elizbeth v. Merck & Co., Inc.  | 2:06-cv-03172-EEF-DEK       |
| 32. | 1095890 | Pickard, Steve       |                       | Carey & Danis, LLC | Pickard, Steve v. Merck & Co., Inc.      | 2:06-cv-01974-EEF-DEK       |
| 33. | 1096084 | Russel, Donald       |                       | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc.       | 2:06-cv-11442-EEF-DEK       |
| 34. | 1096093 | Salovich, Charmayne  |                       | Carey & Danis, LLC | Deist, Lorene v. Merck & Co., Inc.       | 2:06-cv-09200-EEF-DEK       |
| 35. | 1096148 | Scott, William       | Scott, Cynthia        | Carey & Danis, LLC | Zimmermann, Thelma v. Merck & Co., Inc.  | 2:06-cv-01972-EEF-DEK       |
| 36. | 1096205 | Smith, Debbie        |                       | Carey & Danis, LLC | Copeland, Vanita v. Merck & Co., Inc.    | 2:05-cv-06349-EEF-DEK       |
| 37. | 1096221 | Smith, Sadie         |                       | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc.       | 2:06-cv-11442-EEF-DEK       |
| 38. | 1096312 | Tanner, Mayola       |                       | Carey & Danis, LLC | Christ, Darrel v. Merck & Co., Inc.      | 2:06-cv-03384-EEF-DEK       |
| 39. | 1096339 | Theis, Richard       |                       | Carey & Danis, LLC | Kisty, Andrew v. Merck & Co., Inc.       | 2:05-cv-05305-EEF-DEK       |
| 40. | 1096367 | Torres, Casimiro     |                       | Carey & Danis, LLC | Romero, Joe v. Merck & Co., Inc.         | 2:06-cv-03385-EEF-DEK       |

1005471v.1

|     | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|-----|-----|---------------|----------------------|-----------|--------------------|---------------------|
| 41. | 1096414 | Vanskike, Agnes | Vanskike, Rance | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 42. | 1096439 | Volpe, James |  | Carey & Danis, LLC | Ricketts, Tom v. Merck & Co., Inc. | 2:06-cv-02153-EEF-DEK |
| 43. | 1096474 | Ward, Opal |  | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 44. | 1096527 | White, Virginia |  | Carey & Danis, LLC | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 45. | 1096537 | Wilbanks, Damon |  | Carey & Danis, LLC | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 46. | 1096545 | Williams, Alberta | Williams, Ricardo | Carey & Danis, LLC | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 47. | 1096560 | Williams, Judy |  | Carey & Danis, LLC | Harris, Marlene v. Merck & Co., Inc. | 2:05-cv-02580-EEF-DEK |
| 48. | 1096562 | Williams, Lorraine | Brown, Leonetta | Carey & Danis, LLC | Helton, Richard v. Merck & Co., Inc. | 2:06-cv-11443-EEF-DEK |
| 49. | 1096620 | Yell, Bill |  | Carey & Danis, LLC | Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK |

1005471v.1