# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | CIVIL ACTION NO. 2:05-cv-0059 |
| *Betty Alexander and Allied Services Division Welfare Fund, on behalf of themselves and for all others similarly situated* | JUDGE FALLON |
| v. | MAGISTRATE JUDGE KNOWLES |
| *Merck & Co., Inc.* | |

## ORDER VACATING ORDER OF DISMISSAL WITH PREJUDICE, REINSTATING CERTAIN CLAIMS, AND DISMISSING OTHER CLAIMS WITH PREJUDICE

Considering the foregoing Joint Motion to Vacate Order of Dismissal,

IT IS ORDERED that the Order of Dismissal With Prejudice (R.Doc. 30031), entered in this matter on December 14, 2009, be and it hereby is vacated.

IT IS FURTHER ORDERED that the claims of plaintiff Betty Alexander, on behalf of herself and all others similarly situated, be and they hereby are reinstated.

IT IS FURTHER ORDERED that all claims of plaintiff Allied Services Division Welfare Fun, on behalf of itself and all others similarly situated, be and they hereby are dismissed with prejudice, each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 20th day of January, 2010.

_____
DISTRICT JUDGE

1005052v.1