## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibits A, B & C* | * | KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

Defendant Merck & Co., Inc.'s Fourth Motion, Rule and Incorporated

Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure

to Comply With the *Lone Pine* Requirements of PTO 43 (R.Doc. 27190) came on for hearing on

the 3rd day of December, 2009.  For the reasons orally assigned, the Court hereby enters

judgment as follows:

**IT IS ORDERED** that the claims of all plaintiffs on the attached Exhibit A be

and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-

Trial Order 43.

**IT IS FURTHER ORDERED** that the motion be and it hereby is deferred until February

3, 2010, as to all plaintiffs on the attached Exhibit B.

**IT IS FURTHER ORDERED** that the motion be and it hereby is withdrawn as

to all plaintiffs on the attached Exhibit C.

**NEW ORLEANS, LOUISIANA,** this 21st  day of   January   , 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Exhibit A

Dismissed With Prejudice

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 1. | 1047290 | Ivy, Charlie | | Singleton Law Firm | Franklin Spates, Joyce v. Merck & Co., Inc. | 2:06-cv-02662-EEF-DEK |

# Exhibit A

## Deferred Until January 7, 2010

| | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 1. | 1094230 | Benaway, Dennis | | Carey & Danis, LLC | Schultz, Gabrielle v. Merck & Co., Inc. | 2:07-cv-01368-EEF-DEK |
| 2. | 1094405 | Campbell, Ruth | | Carey & Danis, LLC | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377-EEF-DEK |
| 3. | 1094423 | Carroll, John | | Carey & Danis, LLC | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| 4. | 1094519 | Conner, Danny | | Carey & Danis, LLC | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 5. | 1094573 | Crews, Glen | Crews, Doyle | Carey & Danis, LLC | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 6. | 1094672 | DeVito, Matthew | | Carey & Danis, LLC | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 7. | 1094823 | Foote, George | | Carey & Danis, LLC | Aldin, Rich v. Merck & Co., Inc. | 2:06-cv-03382-EEF-DEK |
| 8. | 1094938 | Grau, Bill | | Carey & Danis, LLC | Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK |
| 9. | 1094941 | Gray, Roy | | Carey & Danis, LLC | Hague, Robert v. Merck & Co., Inc. | 2:06-cv-03369-EEF-DEK |

1005462v.1

| | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 10. | 1094970 | Guerrera, Tony | | Carey & Danis, LLC | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| 11. | 1095049 | Hayenga, Gladys | | Carey & Danis, LLC | Aldin, Rich v. Merck & Co., Inc. | 2:06-cv-03382-EEF-DEK |
| 12. | 1095074 | Henrichs, Mark | | Carey & Danis, LLC | Meysami, Glenda v. Merck & Co., Inc. | 2:05-cv-05353-EEF-DEK |
| 13. | 1095110 | Hodgest, Alma | | Carey & Danis, LLC | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 14. | 1095121 | Hon, Neil | | Carey & Danis, LLC | Helton, Richard v. Merck & Co., Inc. | 2:06-cv-11443-EEF-DEK |
| 15. | 1095140 | Howard, Mary | Howard, Ashlei | Carey & Danis, LLC | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK |
| 16. | 1095145 | Hoyer, Margaret | | Carey & Danis, LLC | Heet, Barbara v. Merck & Co., Inc. | 2:06-cv-11440-EEF-DEK |
| 17. | 1095152 | Hudson, Bryant | | Carey & Danis, LLC | Montgomery, Ronald v. Merck & Co., Inc. | 2:06-cv-03374-EEF-DEK |
| 18. | 1095161 | Huizenga, Diane | | Carey & Danis, LLC | Erickson, Greg v. Merck & Co., Inc. | 2:06-cv-03745-EEF-DEK |
| 19. | 1095219 | Jelden, Todd | Jelden, Lynette | Carey & Danis, LLC | Atkinson, Allen v. Merck & Co., Inc. | 2:05-cv-04130-EEF-DEK |
| 20. | 1095365 | LaFiore, Carmelina | LaFiore, | Carey & Danis, LLC | Dryer, Bernadette v. Merck & Co., | 2:06-cv-02103- |

1005462v.1

| | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| | | | John | | Inc. | EEF-DEK |
| 21. | 1095370 | Landers, Jess | | Carey & Danis, LLC | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK |
| 22. | 1095381 | Lasely, Rosa | | Carey & Danis, LLC | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK |
| 23. | 1095456 | Lopez, Juanita | Lopez, Jose | Carey & Danis, LLC | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 24. | 1095473 | Lucas, Edward | | Carey & Danis, LLC | Squillace, Joseph v. Merck & Co., Inc. | 2:05-cv-02931-EEF-DEK |
| 25. | 1095521 | Marion, Joseph | | Carey & Danis, LLC | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| 26. | 1095603 | McKinstry, Dorothy | | Carey & Danis, LLC | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK |
| 27. | 1095751 | Neel, Regina | | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 28. | 1095752 | Neeley, Robert | | Carey & Danis, LLC | Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381-EEF-DEK |
| 29. | 1095758 | Nemeth, Robert | | Carey & Danis, LLC | Adams, Eva Lucille v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 30. | 1095836 | Park, Eddie | Park, Ruth | Carey & Danis, LLC | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |

1005462v.1

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 31. | 1095860 | Pearson, Betty | Pearson, Vernon | Carey & Danis, LLC | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK |
| 32. | 1095890 | Pickard, Steve | | Carey & Danis, LLC | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK |
| 33. | 1096084 | Russel, Donald | | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 34. | 1096093 | Salovich, Charmayne | | Carey & Danis, LLC | Deist, Lorene v. Merck & Co., Inc. | 2:06-cv-09200-EEF-DEK |
| 35. | 1096148 | Scott, William | Scott, Cynthia | Carey & Danis, LLC | Zimmermann, Thelma v. Merck & Co., Inc. | 2:06-cv-01972-EEF-DEK |
| 36. | 1096205 | Smith, Debbie | | Carey & Danis, LLC | Copeland, Vanita v. Merck & Co., Inc. | 2:05-cv-06349-EEF-DEK |
| 37. | 1096221 | Smith, Sadie | | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 38. | 1096312 | Tanner, Mayola | | Carey & Danis, LLC | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK |
| 39. | 1096339 | Theis, Richard | | Carey & Danis, LLC | Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK |
| 40. | 1096367 | Torres, Casimiro | | Carey & Danis, LLC | Romero, Joe v. Merck & Co., Inc. | 2:06-cv-03385-EEF-DEK |

1005462v.1

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 41. | 1096414 | Vanskike, Agnes | Vanskike, Rance | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 42. | 1096439 | Volpe, James | | Carey & Danis, LLC | Ricketts, Tom v. Merck & Co., Inc. | 2:06-cv-02153-EEF-DEK |
| 43. | 1096474 | Ward, Opal | | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 44. | 1096527 | White, Virginia | | Carey & Danis, LLC | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 45. | 1096537 | Wilbanks, Damon | | Carey & Danis, LLC | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 46. | 1096545 | Williams, Alberta | Williams, Ricardo | Carey & Danis, LLC | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 47. | 1096560 | Williams, Judy | | Carey & Danis, LLC | Harris, Marlene v. Merck & Co., Inc. | 2:05-cv-02580-EEF-DEK |
| 48. | 1096562 | Williams, Lorraine | Brown, Leonetta | Carey & Danis, LLC | Helton, Richard v. Merck & Co., Inc. | 2:06-cv-11443-EEF-DEK |
| 49. | 1096620 | Yell, Bill | | Carey & Danis, LLC | Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK |
| 50. | 1072349 | Arredondo, Alfred | | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 51. | 1072350 | Banks, Esther | | Corea Firm, P.L.L.C., | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281- |

1005462v.1

| | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| | | Marie | | The | | EEF-DEK |
| 52. | 1072423 | Cano, Rafaela W | | Corea Firm, P.L.L.C., The | Kincaid, Johnny v. Merck & Co., Inc. | 2:06-cv-08418-EEF-DEK |
| 53. | 1072429 | Conde, Daniel Sr | Conde, Mary Jane | Corea Firm, P.L.L.C., The | Kincaid, Johnny v. Merck & Co., Inc. | 2:06-cv-08418-EEF-DEK |
| 54. | 1072430 | Cooper, J C | | Corea Firm, P.L.L.C., The | Kincaid, Johnny v. Merck & Co., Inc. | 2:06-cv-08418-EEF-DEK |
| 55. | 1072363 | Davis, John | | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 56. | 1072365 | Gonzalez, Carmen | Gonzalez, Roy | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 57. | 1072384 | Maher, Katherine | | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 58. | 1072385 | March, Dennis | | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 59. | 1072392 | Perry, Larry Joe | | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 60. | 1072406 | Wilkinson, Nancy | | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 61. | 1072411 | Wright, Ethel Bernice | Wright, John | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |

1005462v.1

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 62. | 1072412 | York, Alice Yevonne | York, Charles | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 63. | 1050833 | Cruz-Barroso, Manuel | | Wood Law Firm, LLC | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 64. | 1050865 | Echavarry-Coira, Myrta | | Wood Law Firm, LLC | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 65. | 1050960 | Lanzot-Rivera, Eduardo | | Wood Law Firm, LLC | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 66. | 1051015 | Merrell, Paul Sr | | Wood Law Firm, LLC | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |
| 67. | 1051084 | Ramos-Acevedo, Jose | | Wood Law Firm, LLC | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 68. | 1051178 | Rodriguez-Soto, Ester | Rodriguez, Sheila Saldana | Wood Law Firm, LLC | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 69. | 1051207 | Smith, Harold Jr | | Wood Law Firm, LLC | Bell, Walter v. Merck & Co., Inc. | 2:06-cv-06998-EEF-DEK |
| 70. | 1051228 | Torres-Rodriguez, Aracelis | | Wood Law Firm, LLC | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| 71. | 1051235 | Ungar, Selma D | | Wood Law Firm, LLC | Adames De La Rosa, Rogelio v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |

1005462v.1

# Exhibit C

## Motion Withdrawn

|   | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 1. | 1072364 | Germany, Severla | | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 2. | 1072393 | Polk, Phillip | | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| 3. | 1051199 | Sepulveda-Torres, Maria | Cintro-Ortiz, Jose | Wood Law Firm, LLC | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |

1005464v.1