<table>
<tr><td>

RONALD WEST

         Plaintiff(s),

v.

MERCK & CO., INC.,

         Defendant(s).

</td><td>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

DOCKET NO.  05-4461


**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

</td></tr>
</table>

Pursuant to Rules 23(e) and Rule 41 of the Federal Rules of Civil Procedure the

undersigned counsel hereby stipulate that all claims of plaintiff, Ronald West, against defendant

Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice,

each party to bear its own costs.

| | |
|---|---|
| Ronald J. Favre<br>Michael Hingle & Associates<br>220 Gause Boulevard<br>Slidell, Louisiana 70458<br>Telephone: (985) 641-6800<br>Fax: (985) 646-1471 | Stephen G. Strauss    Phillip A. Wittmann<br>Bryan Cave LLP       Dorothy H. Wimberly<br>211 N. Broadway, Suite 3600  Stone Pigman Walther<br>St. Louis, MO 63102     Wittmann LLC<br>(314) 259-2000 Tel      546 Carondelet Street<br>(314) 259-2020 Fax     New Orleans, LA 70130<br>                  (504) 581-3200 Tel<br>                  (504) 581-3361 Fax |
| Dated: 4/24/08 | Attorneys for Merck & Co., Inc.<br><br>Dated: 1-21-10 |

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of January, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.