UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                       :     MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION  :     SECTION: L
                                                         :
                                                         :     JUDGE FALLON
                                                         :     MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**
*James Franklin v. Merck & Co., Inc.*, Case No. 06-10485

## ORDER

IT IS ORDERED that the hearing on Merck's Motion for Order to Show Cause Why Plaintiff's Complaint Should Not Be Dismissed (Rec. Doc. 23815) which is currently scheduled for Wednesday, February 3, 2010, immediately following the monthly status conference IS CONTINUED and shall be hear immediately following the March monthly status conference, WITH ORAL ARGUMENT.

New Orleans, Louisiana, this 22nd day of January, 2010.

UNITED STATES DISTRICT JUDGE

1