UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX                                 : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION    : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:**       : | |
| ALL GOVERNMENT ACTION CASES    : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

**ORDER**

IT IS ORDERED that the telephone status conference in the Louisiana Attorney General Action scheduled for Friday, January 22, 2010 at 10:00 a.m. IS CANCELLED.  IT IS FURTHER ORDERED that an additional status conference shall be held in this case on Wednesday, February 3, 2010, immediately following the monthly status conference.  Any interested party unable to appear in person may dial in to the conference by using the following call-in information:

Call-in Number:        1-866-213-7163

Conference ID:         53045531

Should the need for another status conference arise before then, the parties are directed to contact the Court.

New Orleans, this 25th day of January, 2010.

                                                                         _____
                                                                         Honorable Eldon E. Fallon
                                                                         United States District Court Judge

1