UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to All Cases

CIVIL ACTION

NO. 2:05-MD-01657-EEF-DEK

SECTION L
JUDGE ELDON E. FALLON

DIVISION 3
MAGISTRATE DANIEL E. KNOWLES III

## MOTION TO WITHDRAW AS COUNSEL

1. Pursuant to Local Civil Rule 83.2.11, the law firm of Graves, Dougherty, Hearon & Moody, P.C. ("Graves Dougherty'), files this Motion to Withdraw as Counsel for Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts and Grant Kaiser, collectively the the Vioxx Litigation Consortium ("Consortium"), and in support would show the following:

2. Graves Dougherty attorneys John J. McKetta, III (Texas State Bar ID No. 13711500), Boyce C. Cabaniss (Texas State Bar ID No. 03579950); Christopher L. Elliott (Texas Bar No. 06535400), and Matthew B. Baumgartner (Texas State Bar ID No. 24062605), were enrolled as additional counsel of record for the Consortium on or about August 13, 2009.

3.     The Consortium no longer requires Graves Dougherty's representation in this case, and has requested that Graves Dougherty withdraw as counsel of record. The Consortium has been notified of all deadlines and pending court appearances. The Consortium continues to be represented by its counsel of record, Harry S. Hardin, Madeleine Fischer and Eric Michael Liddick of the law firm of Jones Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.

## PRAYER

4.     For the reasons stated herein, Graves Dougherty respectfully requests that this Court grant this Motion to Withdraw as counsel for the Vioxx Litigation Consortium in this case.

Respectfully Submitted,

/s/ Matthew B. Baumgartner
JOHN J. McKETTA, III
Texas State Bar ID No. 13711500
BOYCE C. CABANISS
Texas State Bar No. 03579950
MATTHEW B. BAUMGARTNER
Texas State Bar ID No. 24062605
GRAVES DOUGHERTY HEARON & MOODY
A Professional Corporation
401 Congress Avenue, Suite 2200
Austin, TX  78701
Telephone:  (512) 480-5600
Facsimile:  (512) 480-5816

HARRY S. HARDIN III (# 6540)
MADELEINE FISCHER (# 5575)
ERIC MICHAEL LIDDICK (# 31237)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana  70170-5100
Telephone:     (504) 582-8208
Facsimile:     (504) 589-8208

*ATTORNEYS FOR WALTER UMPHREY, JOHN EDDIE WILLIAMS, JR., DREW RANIER, MIKAL WATTS, AND GRANT KAISER ("VIOXX LITIGATION CONSORTIUM").*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on December 17, 2009.

/s/ Matthew B. Baumgartner
MATTHEW B. BAUMGARTNER