UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This document relates to All Cases | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

## ORDER

On this date, the Court considered the motion of law firm Graves Dougherty Hearon & Moody, P.C.'s to withdraw as counsel for the Vioxx Litigation Consortium in the above styled and numbered case. The Court finds that the motion should be GRANTED.

IT IS ORDERED that attorneys John J. McKetta, III (Texas State Bar ID No. 13711500), Boyce C. Cabaniss (Texas State Bar ID No. 03579950); Christopher L. Elliott (Texas Bar No. 06535400), and Matthew B. Baumgartner (Texas State Bar ID No. 24062605), of the law firm of Graves, Dougherty, Hearon & Moody, P.C. shall be permitted to withdraw as counsel for the Vioxx Litigation Consortium in this case.

NEW ORLEANS, Louisiana, this _____ day of _____, 2010.

_____
United States District Judge