# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | MDL Docket No. 1657 |
| This document relates to: | * * | SECTION L |
| *Ahmad Younis* v. *Merck & Co., Inc., et al.* | * * * * * * | JUDGE FALLON MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:07-cv-00891* | * | |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Ahmad Younis in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 22nd day of January, 2010.

_____
DISTRICT JUDGE