UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® **Product Liability Litigation** | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: | |
| *Sharon Lindsay, et al.* v. *Merck & Co., Inc., et al.* | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* *Brian Stone, individually and as representative of DeAnna Stone* | |
| Docket No. 2:05-cv-01049 | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Brian Stone, individually and as representative of DeAnna Stone, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 22nd day of January, 2010.

_____
DISTRICT JUDGE