UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:    ALL CASES GOVERNED BY PRETRIAL ORDER NO. 29

## ORDER

The Court is in receipt of the Motion to Appoint Leadership for PTO 29 Cases filed by Viles and Beckman, LLC (Rec. Doc. 31158), as well as the attached Letter in support of the motion submitted by Cellino & Barnes, P.C. In addition the Court has received a response to this motion from the Plaintiffs' Steering Committee.

After considering the issue, the Court finds that it is unnecessary to appoint any additional leadership for PTO 29 cases at this time. The Plaintiffs' Steering Committee is responsible for these cases and has an obligation to carry out its responsibilities with respect to these cases as set forth in Pre-Trial Order No. 6. Accordingly, IT IS ORDERED that the Motion to Appoint Leadership for PTO 29 Cases filed by Viles and Beckman, LLC (Rec. Doc. 31158) is DENIED.

New Orleans, Louisiana, this 22nd day of January, 2010.

UNITED STATES DISTRICT JUDGE

1