

| | |
|---|---|
| Stephen E. Barnes | John C. Murrett, Jr. |
| Ross M. Cellino | Matthew R. Newborn |
| Richard P. Amico | Christian R. Oliver |
| Richard J. Barnes | Gregory V. Pajak |
| Denis J. Bastible | Stephen J. Paluch |
| Dylan J. Brennan | Scott K. Rohring |
| Charles F. Burkwit | Stephen A. Saltzman |
| Stephen C. Ciocca | Robert A. Scalione |
| Michael J. Cooper | Gerald W. Schaffer, Jr. |
| Christopher D. D'Amato | Robert J. Schreck |
| Nicholas B. Davis | Jeffrey C. Sendziak |
| Sandy A. Fazili | John A. Sheehan |
| Brian A. Goldstein, M.D., J.D. | Ellen B. Sturm |
| David M. Goodman | David O. Teach |
| John W. Looney | Robert L. Voltz |
| Michael J. Lovecchio | Michael J. Williams |
| William J. Loyd | K. John Wright |
| Brett L. Manske | |
| James E. Maslyn | Daryl P. Ciambella |
| | Chief Operating Officer |

ATTORNEYS AT LAW



January 13, 2010

The Honorable Eldon E. Fallon
U.S. District Court, Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA  70130

RE:   Vioxx Products Liability Litigation - MDL Docket No. 1657

Dear Judge Fallon:

Cellino & Barnes, P.C. writes in support of the Viles and Beckman, LLC Motion to Appoint Leadership for PTO 29 Cases filed on January 12, 2010 (MDL Docket No. 31158). Following resolution of the recently filed stipulations of dismissal and motions to withdraw as counsel, Cellino & Barnes expects to remain counsel of record for at least fourteen actions that remain outside of the resolution program in conjunction with a co-counsel agreement with Ann Oldfather, Esq.  Cellino & Barnes further anticipates that it may continue to represent certain clients whose claims may fail to resolve through the resolution program.

Just as the current Plaintiff's Steering Committee ably managed the coordinated pretrial activities for plaintiffs' actions appropriate for the resolution program, a reformed steering committee and liaison counsel would fulfill the MDL coordination goals by managing the remaining PTO 28, PTO 29 and PTO 43 actions.  See Manual for Complex Litigation, 4th Ed., sec. 10.22.  Cellino & Barnes accordingly supports both the Viles and Beckman motion and the continued efforts of Ms. Oldfather to manage these remaining Vioxx products liability actions.

Very truly yours,

Brian A. Goldstein
(716) 566-2269

BAG:mhp

cc:   Ann B. Oldfather, Esq.

A Professional Corporation

Offices in Buffalo, Rochester and Long Island, New York

350 Main Street, 25th Floor • 2500 Main Place Tower • Buffalo, New York 14202-3725 • Tel: (716) 854-2020 • Fax: (716) 854-6291
1-800-483-2050