U.S. District Court        Jan. 21, 2010
Eastern District of Louisiana
Section L - Judge Eldon E. Fallon
500 Poydras Street
Room C-456
New Orleans, La 70130

Judge Fallon:

I'm in dire need of your help in this Vioxx proceeding. My lawyers Brown & Crouppen out of St. Louis, Mo. whom was hired for this case have never explained this mess to me, where I can understand. I've had a light stroke when I how my first heart attack in May 17 2002. My wife has got no where in understand the case either.
I have came to the stand still to to one

of the lien holders my bankrupsy.

My bankrupsy was final in 2005 - Lawyer Van B. Adams, California, Mo.

He did not show up at my case at all. He sent another lawyer - I paid 1,700.00. I may only save waiting two years for my Disability Social Security.

Then last year John Reed got in my case he is the Bankrupsy Trustee. He personally called my wife and tried to get her to send him my medical records and to get her to speak for me.

He also has stopped my lawyer from signing me up for Lost Wages which I told my lawyers to sign me up for even against their judgment. I'm not trying to

keep from paying my Bankruptcy lien.

He can't speak for me to my Lawyers.

I still went to he in every part of this lawsuit I am qualified for.

Brown & Crouppen's paralegal was sent all my paperwork early so I would qualify for lost wages (Andee McGouy)

The Bankruptcy Trustee told her it wasn't in the best interest to sign me up for lost wages. Mr. Reed also called my wife and wanted me to hire Mr. Van B Adams again to save my Vioxx settlement. My Lawyer also told me not to challege my points.

I would like you to look into my case.

I'm not meantly able to understand and make a good judgment they have been told my health problems

Since June 17, 2002 I have had 4 heart attacks, light stroke I now have a pacemaker - heart difulatore to keep me alive. Memory Loss

Please let me know if you can help. Me.

Harry D. Ballenger
413 N. Locust
Slater, Mo
65349
Phone - 660-529-6615

Written for By my wife
Carroll Ballenger