UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS<br>         LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

### MOTION TO WITHDRAW AS COUNSEL

In accordance with Local Rule 83.2.11, the law firm of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P. ("Jones, Walker"), files this Motion to Withdraw as Counsel for Walter Umphrey, John Eddie Williams, Jr., Drew Ranier, Mikal Watts, and Grant Kaiser (collectively, the "Vioxx Litigation Consortium" or "VLC"), and in support represents as follows:

1. Jones, Walker attorneys Harry S. Hardin, III (Louisiana Bar No. 6540), Madeleine Fischer (Louisiana Bar No. 5575), and Eric Michael Liddick (Louisiana Bar No.

31237) were enrolled as counsel of record for the VLC on or about December 10, 2008.

2. The VLC no longer requires Jones, Walker's representation in this case, and has requested that Jones, Walker withdraw as counsel of record. The VLC has been notified of all deadlines and pending court appearances. The VLC will continue to represent itself and its clients.

For the reasons stated herein, Jones, Walker respectfully requests that this Court grant this Motion to Withdraw as counsel for the Vioxx Litigation Consortium in this case.

Respectfully submitted,

*s/ Eric Michael Liddick*
HARRY S. HARDIN III (# 6540)
MADELEINE FISCHER (# 5575)
ERIC MICHAEL LIDDICK (# 31237)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana  70170-5100
Telephone:   (504) 582-8208
Facsimile:    (504) 589-8208

*Attorneys for John Eddie Williams, Jr., Drew Ranier, Walter Umphrey, Mikal Watts, and Grant Kaiser (the "Vioxx Litigation Consortium")*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by

using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on January 26, 2010.

             Respectfully submitted,

             *s/ Eric Michael Liddick*
             ERIC MICHAEL LIDDICK