UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS<br>LIABILITY LITIGATION<br><br>**This document relates to All Cases** | CIVIL ACTION<br><br>NO. 2:05-MD-01657-EEF-DEK<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES III |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel filed by Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.;

IT IS HEREBY ORDERED that the Motion to Withdraw is GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2010.

UNITED STATES DISTRICT COURT JUDGE

{N2104705.1}