UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Nancy Aleamoni for the Estate of Robert F. Vogt, Jr.; Barbara Anderson; Brian Bailey; Lowell Bell; Andrew Beltz; Norman Bernier; Paul Blevins for the Estate of Myrtle Blevins; Nancy Bodin-Libor, individually and for the Estate of Frederick Norcross; Sharon Calhoun; Harry Carlson III; Lewis Carson; Helen Caufman; Mark Caufman; Mary Clarke; Marsha Clements, individually and for the Estate of Jackson Estes; Fred Cole; Kathryn Cooper; Donna Deran for the Estate of Deanna Adams; Rosita Ecker; Tina Farmer for the Estate of Beatrice Stewart; Willie Gatewood; Patricia Gonzales; Emilia Gutierrez; Shirley Hanlon; Willie Hayes; Mattie Hayes; Denny Headley; Judy Herrera; Cresundia Hines; James Hines; James Jochems; Marion Jochems; Marcella Johnson; Carol Knight; Suzann Lefly; James Mallon; Cecilia Martinez; Pete Martinez; Mary McCloskey; Rodney Meissner; Keith Miller; Donna Minor; Julia Montoya for the Estate of Adelia Sanchez; Marschelle Moss; Sam H. Moss; Regina Niemi; Ignacio Ortiz; D. Frances Parker; Erma Pickerel; Dorothy Price; Robert Price; Roy Lee Rich, individually and for the Estate of Vickie Rich; Maria Rodriguez; Melvin Rose; Frank Sanchez; Joseph Lee Scott; Nancy Sitzman; Lawrence Spear; Lois Stroh; Rex Stucker; David Umbarger; Floyd VanArsdalen; Earlene VanArsdalen; Sharon Walker; and Veronica Wheeler;Plaintiff(s),<br><br>Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant(s). | DOCKET NO. 06-6438<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the

undersigned counsel hereby stipulate that all claims of Plaintiff Nancy Aleamoni, individually

and as representative of the Estate of Robert Vogt, Jr., against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, with each party to bear its own costs.

Turner W. Branch
BRANCH LAW FIRM, L.L.P.
Attorneys for Plaintiffs
808 Travis, Suite 1553
Houston, TX 77002
(505) 243-3500 Telephone
(505) 243-3534 Facsimile

Dated: 2-14-08

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 1-21-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of January, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.