UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx ® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| Janet Sue Morgan, et al, v. Merck & Co., Inc.; Docket No. 2:05-cv-496 only regarding **James I. Smith** | MAGISTRATE JUDGE KNOWLES |

## ORDER

Upon due consideration of the foregoing Plaintiff's Counsel's Motion to Withdraw, and

for good cause shown, the Court finds the Motion well-taken, and that same should be granted.

IT IS ORDERED that attorney Dawn M. Barrios and BARRIOS, KINGSDORF &

CASTEIX, L.L.P. are released from any further responsibility as counsel for Plaintiff, James I.

Smith.

IT IS SO ORDERED.
New Orleans  Louisiana

January 30th 2009
Date

Judge Eldon E. Fallon
United States District Court Judge


EXHIBIT
D