UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

:    MDL NO. 1657
:
:    SECTION: L
:
:    JUDGE FALLON
:    MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Janet Sue Morgan, et al. v. Merck & Co., Inc.*; **Case No. 05-496 as to James I. Smith only**

### ORDER

Considering the foregoing Motion to Order Mediation (Rec. Doc. 23370);

IT IS ORDERED that the motion is DENIED. If the parties can agree to conduct a mediation to resolve their dispute regarding the attempted lien, than they are encouraged to do so. Otherwise, the matter must await determination through an adversarial process.

New Orleans, Louisiana, this 8th day of September, 2009.

                                      /s/ Eldon E. Fallon
                                      UNITED STATES DISTRICT JUDGE

1


EXHIBIT H