UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to: | MAGISTRATE JUDGE KNOWLES |
| *Janet Sue Morgan, et al, v. Merck & Co., Inc.*; Docket No. 2:05-cv-496 only regarding **James I. Smith** | |

## ORDER

Upon due consideration of the foregoing Motion to Set Hearing on Attorneys' Fees and Cost Lien,

IT IS ORDERED that the Fee Lien for attorney's fees and costs asserted by Dawn M. Barrios and James Minge against James I. Smith be set for hearing before this Court or, alternatively, before Special Master Patrick A. Juneau, on the _____day of _____, 2010 at _____a.m.

New Orleans, Louisiana this   _____day of _____, 2010.

                                                            Judge Eldon E. Fallon
                                                            United States District Court Judge