## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

Lydia Martinez; Chuck McCoy; Rachael K. Gage; §
George Rosner; Gail Blevins, individually and for §
The Estate of George Blevins; Angela Baca; Steve §
Baca; Clara Bass; Harold Bass; Pearl Garcia; §**DOCKET NO. 2:07-cv-04157-EEF-DEK**
George Garcia; Thomas Meeker; Isela Meeker; §
Lou Ann Montano; Sikui Montano; Seymour §
Morse; Marian Kanatick; Carolyn Myers; John §      ***In Re Vioxx Litigation***
Edwards Myers; James Singleton; Kathy Stiltner; §
Tommy Stiltner; Ernest Paul Zih; Wynonia §
Williams; Don Williams; Robert Thompson; Joann §
Vaughn; Lois Schumate; Doreen Shaheed; Shiela §
Buettner; Max Buettner; Henry Chavez; Margaret §
Chavez; Charles Collins; Hattie Collins; Kim §
Edwards; Diana Esparza; Ernest Esparza; §
Gwendolyn Galloway; Luisa Garcia; Bobby Garcia; §
Laura Gurule; Lauriano Gurule; Oliver Carine Hale;§      **STIPULATION OF DISMISSAL**
Karen Hale; Arthur Hatfield;Vickie Lynn Hatfield; §      **WITH PREJUDICE AS TO ALL**
Kenny King; Julia King; Gloria B. Leist; Donald §             **DEFENDANTS**
Leist; Rose Martinez; Ross Martinez; Derald §
McPherson; Genevia McPherson; Seymour Nass; §
Paula Nass; §
                                  §
         Plaintiffs, §
                                  §
    v. §
                                  §
Merck & Co., Inc., §
                                  §
         Defendant. §

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned

counsel hereby stipulate that all claims of Plaintiffs Diana Esparza and Ernest Esparza, wife and

husband, against defendant Merck & Co., Inc., and all other named defendants, be dismissed in

their entirety with prejudice, each party to bear its own costs.

Turner W. Branch
Richard A. Sandoval
BRANCH LAW FIRM
Attorneys for Plaintiffs
2025 Rio Grande Blvd. NW
Albuquerque, NM  87104
(505) 243-3500 Telephone
(505) 243-3534 Facsimile


Dated: _2 9-08_

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co, Inc.

Dated: _1-26-10_

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of January, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.