# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | MDL Docket No. 1657 <br> SECTION L |
| *This document relates to:* | * * | |
| *Marilyn Eggleston, et al.* <br> *v.* <br> *Merck & Co., Inc.* | * <br> * <br> * <br> * | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* <br> *Albert Murch* | * <br> * <br> * <br> * | |
| *Docket No. 2:06-cv-07084* | * | |

*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Albert Murch in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
DISTRICT JUDGE