MINUTE ENTRY
FALLON, J.
JANUARY 27, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS               CIVIL ACTION
      LIABILITY LITIGATION

                                      NO. 05-MD-1657

                                      SECTION: L

This document relates to:
**Gene Weeks v. Merck & Co., Inc. CA 05-4578**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Cathy Pepper

Appearances: Russ Herman, Esq. For PSC
             Doug Marvin, Esq. & Dorothy Wimberly, Esq. For Merck & Co., Inc.
             Maria Tejedor, Esq. former counsel for Gene Weeks
             (Attorney Ronald Benjamin previously waived oral argument and
               did not participate by telephone)

---

1. Motion of Plaintiff Counsel, Martinez, Manglardi, Diez-Arguelles & Tejedor, for Rule 11 Sanctions against Ronald Benjamin (Rec. Doc. 20319)

2. Motion of plaintiff counsel, Maria Tejedor, to Enforce Settlement between Merck and Gene Weeks as Deemed to have been entered into knowingly and voluntarily, and Allow Plaintiff's Counsel to Disperse Funds to Gene Weeks and Collect Fees and Costs (Rec. Doc. 20328)

3. Cross Motion of plaintiff, Gene Weeks, and his attorney, Ronald R. Benjamin, for Sanctions Against the Tejedor Firm and Recusal (Rec. Doc. 21310)


Argument on all motions - The Court's Order will follow.


JS10:  :24