# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Vioxx®                          *         MDL Docket No. 1657
**Product Liability Litigation**        *
                                        *         SECTION L
This document relates to:               *
                                        *
*Norman G. Clark*                       *         JUDGE FALLON
*v.*                                    *
*Merck & Co., Inc.*                     *         MAGISTRATE JUDGE KNOWLES
                                        *
                                        *
                                        *
                                        *
*Docket No. 2:05-cv-01591*              *
*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Norman G. Clark in the above-captioned

case be and they hereby are dismissed with prejudice with each party to bear his or her own

costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.


_____
DISTRICT JUDGE