UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                         |   |                          |
|-----------------------------------------|---|--------------------------|
|                                         | : | MDL NO. 1657             |
| IN RE: VIOXX                            | : |                          |
|         PRODUCTS LIABILITY LITIGATION   | : | SECTION:  L              |
|                                         | : |                          |
|                                         | : | JUDGE FALLON             |
|                                         | : | MAG. JUDGE KNOWLES       |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:    All Cases**

## <u>ORDER</u>

On December 19, 2008, the Court appointed the Tulane Civil Litigation Clinic ("the

Clinic") to represent the interests of claimants whose settlement awards were affected by the

Court's Capping Order.  As a result of the Clinic's work in this matter, the issue was resolved

favorably to the claimants.  The Clinic performed their duties with competence, commitment,

and enthusiasm.  Considering this, the Court feels that the Clinic should receive financial

compensation for their efforts.  Accordingly, IT IS ORDERED that the Claims Administrator

shall release $10,000 to the Clinic.  These funds shall be dispersed from the amount retained

from these cases.

New Orleans, Louisiana, this 27th day of January, 2010.

_____

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

| | |
|---|---|
| Stacy Elizabeth Seicshnaydre | Vioxx Claims Administrator |
| Tulane Law Clinic | BrownGreer PLC |
| 6329 Freret St. | 115 S. 15th St., Suite 400 |
| New Orleans, LA 70118 | Richmond, VA 23219 |

1