UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:    All Cases**

## ORDER

On November 18, 2009, the Court convened a status conference to discuss a discovery and briefing schedule relating to the common benefit fee. At the conference, the Court recognized that there were two issues pending before the United States Court of Appeals for the Fifth Circuit, the resolution of which might have impacted the common benefit fee assessment. Accordingly, the Court felt that it was not appropriate to implement a discovery and briefing schedule at that time. However, it has now come to the Court's attention that the pending appeals to the United States Court of Appeals for the Fifth Circuit regarding the disputed portions of attorneys fees have been voluntarily dismissed (Rec. Doc. Nos. 32158 and 32297). Therefore, it is now appropriate to consider the issue of a discovery and briefing schedule relating to the common benefit fee.

IT IS ORDERED that representatives of the common benefit fee applicants and Liaison Counsel for the objectors shall meet and confer in an attempt to agree upon an appropriate discovery and briefing schedule for this issue. If the parties are unable to reach an agreement, they are directed to submit competing proposals and the Court will resolve any disputes. Either a joint discovery and briefing schedule, or competing proposals, shall be submitted to the Court

1

on or before Friday, February 19, 2010.

New Orleans, Louisiana, this 27th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE