UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX                                    )          MDL NO. 1657
       Products Liability Litigation        )
                                                 )          SECTION: L
This Document Relates to:                   )
                                                 )          HON. ELDON E. FALLON
   STATE OF LOUISIANA, ex rel.       )
   JAMES D. CALDWELL,               )          MAG. JUDGE KNOWLES
   ATTORNEY GENERAL                 )
         Plaintiff                       )
                                                 )
   versus                                    )
                                                 )
   MERCK SHARP & DOHME CORP. )
                                                 )
   Case No. 05-3700                      )
                                                 )

## AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, Plaintiff State of Louisiana, ex rel. James D. Caldwell

Attorney General, pursuant to Federal Rules of Civil Procedure, will take the deposition of

Michael Davis on February 5, 2010, starting at 9:30 a.m. and ending at 5:30 p.m., at the offices

of, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104.

This deposition will be taken before a person authorized by law to administer oaths,

pursuant to Federal Rule of Civil Procedure 28.  The deposition may also be videotaped.

Dated: January 28, 2010

                     /s/ James R. Dugan           
                     James R. Dugan, II (La. Bar No. 24785)
                     Douglas R. Plymale. (La. Bar No. 28409)
                     Stephen B. Murray, Jr. (La. Bar No. 23877)
                     Stephen B. Murray, Sr. (La. Bar No. 9858)
                     **MURRAY LAW FIRM**
                     650 Poydras Street, Suite 2150
                     New Orleans, LA 70130
                     Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Amended Notice of Deposition has this day been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance to pretrial order No. 8B, on this the 28th day of January, 2010.

/s/ James R. Dugan