# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| **IN RE: VIOXX** : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | SECTION: L |
| : |  |
| : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR PRODUCTION OF MEDICAL RECORDS

**NOW INTO COURT,** comes SPECIAL MASTER, Patrick A. Juneau, who avers that:

1.

An audit was conducted on VCN #1053425 (Velma Robinson) under the provisions of Article 10 of the Settlement Agreement.

2.

The audit revealed a discrepancy in the alleged records of the Alameda County Medical Center.

3.

The Court Administrator issued a "Reason for Notice" and the matter is pending before the Special Master.

4.

It has been represented to the Special Master that the complete record of the Alameda County Medical Center has not been produced and a review of the complete record of the Alameda County Medical Center pertaining to Velma Robinson is necessary.

5.

Accordingly, the Special Master seeks an order of this Court directing the Alameda County Medical Center, 1411 East 31st Street, Oakland, California 94602, to produce all records pertaining to Velma Robinson to Special Master, Patrick A. Juneau, 1018 Harding Street, Suite 202 (Zip Code 70503), Post Office Drawer 51268 (Zip Code 70505-1268), Lafayette, Louisiana.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2010, I electronically filed the foregoing Motion with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I mailed and faxed the foregoing Motion and the notice of electronic filing to the following:

| | |
|---|---|
| Brent Ferrel | Douglas R. Marvin |
| Branch Law Firm | Williams & Connolly |
| 2025 Rio Grande NW | 725 Twelfth Street, NW |
| Albuquerque, NM 87104 | Washington, DC 20005 |
| Fax No.: (505) 243-8081 | Fax No.: (202) 434-5029 |
| | |
| Russ M. Herman | Orran L. Brown |
| Herman, Herman, Katz & Cotlar | Brown Greer, PLC |
| 820 O'Keefe Avenue | Post Office Box 85031 |
| New Orleans, LA 70113 | Richmond, VA 23285-5031 |
| Fax No.: (504) 561-6024 | Fax No.: (804) 521-7299 |

Lafayette, Louisiana, this 28th day of January, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com