UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | MDL NO. 1657 |
|     Products Liability Litigation | ) | |
| | ) | SECTION: L |
| This Document Relates to: | ) | |
| | ) | HON. ELDON E. FALLON |
|     STATE OF LOUISIANA, ex rel. | ) | |
|     JAMES D. CALDWELL, | ) | MAG. JUDGE KNOWLES |
|     ATTORNEY GENERAL | ) | |
|           Plaintiff | ) | |
| | ) | |
|     versus | ) | |
| | ) | |
| MERCK SHARP & DOHME CORP. | ) | |
| | ) | |
| Case No. 05-3700 | ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, Plaintiff State of Louisiana, ex rel. James D. Caldwell Attorney General, pursuant to Federal Rules of Civil Procedure, will take the deposition of Loren Laine on February 2, 2010 starting at 9:00 a.m. and ending at 5:00 p.m., at the Omni Hotel, 251 South Olive Street, Los Angeles, California 90012.

This deposition will be taken before a person authorized by law to administer oaths, pursuant to Federal Rule of Civil Procedure 28. The deposition may also be videotaped.

Dated: January 28, 2010

                                          /s/ James R. Dugan
                                          James R. Dugan, II (La. Bar No. 24785)
                                          Douglas R. Plymale. (La. Bar No. 28409)
                                          Stephen B. Murray, Jr. (La. Bar No. 23877)
                                          Stephen B. Murray, Sr. (La. Bar No. 9858)
                                          **MURRAY LAW FIRM**
                                          650 Poydras Street, Suite 2150
                                          New Orleans, LA 70130
                                          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Deposition has this day been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance to pretrial order No. 8B, on this the 28th day of January, 2010.

/s/ James R. Dugan