UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | MDL No. 1657 |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
|    STATE OF LOUISIANA, ex rel JAMES D. | * | JUDGE FALLON |
|    CALDWELL, JR. Attorney General, | * | |
|                     Plaintiff, | * | MAG. JUDGE KNOWLES |
| | * | |
|    versus | * | |
| | * | |
| MERCK & CO., INC., | * | |
|                   Defendant | * | |
| | * | |
| **CASE NO. 05-3700** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**LOUISIANA ATTORNEY GENERAL'S MOTION FOR
EXPEDITED CONSIDERATION OF MOTION TO REMAND**

NOW COME Petitioners, James D. Caldwell, Jr., Attorney General for the State of Louisiana and moves for expedited consideration of its Motion to Remand originally filed on October 11, 2005 for the following reasons:

1.     Petitioner filed its motion to remand in October, 2005 upon removal to this Court, asserting lack of subject matter jurisdiction;

-1-

2. In the interim while Petitioner's Motion to Remand has been pending, Petitioner has completed all discovery and non-dispositive pre-trial proceedings, and trial of this matter is set to commence on April 12. 2010;

3. Numerous decisions issued since Merck originally asserted subject matter jurisdiction confirm that, as Petitioner has contended throughout this litigation, this Court lacks subject matter jurisdiction over this matter;

4. The parties cannot confer subject matter upon this Court, even if they agree to do so;

5. Any ruling by this Court on the merits would be null and void, as this Court lacks jurisdiction;

6. Now that all discovery and pre-trial non-dispositive motion practice has been concluded, there is nothing left for this Court to do with respect to this matter other than rule on the merits, which this Court lacks jurisdiction to do;

7. Before this Court undertakes the considerable effort and expense of resolving the merits of this action, this Court must consider Petitioner's Motion to Remand.

For the foregoing reasons, and those more fully set forth in the accompanying Memorandum in Support of Motion to Expedite Consideration of Motion to Remand, this Court should grant this motion and set the State of Louisiana's Motion to Remand for hearing at the next available hearing date and prior to the deadlines for filing of dispositive motions.

BY:   MURRAY LAW FIRM

*s/ Stephen B. Murray, Jr.*
James R. Dugan, II (24785)
Stephen B. Murray (9858)
Stephen B. Murray, Jr. (23877)
Douglas R. Plymale (28409)
Justin Bloom
650 Poydras Street, Suite 1100
New Orleans, Louisiana 70130
T:   504.525.8100
F:   504.584.5249

James D. Caldwell
Attorney General
Trey Phillips
Bryan McMinn
L. Christopher Styron
Assistant Attorneys General
LOUISIANA DEPARTMENT OF JUSTICE
1885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
T:   225.326.6020
F:   225.326.6096


...


Francisco H. Perez
Kim Sullivan
General Counsel
LOUISIANA DEPARTMENT OF HEALTH AND
HOSPITALS
P.O. Box 3836
Baton Rouge, Louisiana 70821
T:      225.342.1188
F:      225.342.2232

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Reply to Notice of Supplemental Authority filed on behalf of the Louisiana Attorney General has been served on Liaison Counsel, Phillip A. Wittman and Russ M. Herman, by U. S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance Pretrial Order No. 8B, on this the 29th  day of January, 2010.

*/s/ Stephen B. Murray, Jr.*
Stephen B. Murray, Jr.
MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, Louisiana 70130
T:      504.525.8100
F:      504.584.5249