RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/21/05
        68

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **CHARLES FOTI, et al** | * | **CIVIL ACTION 04-2575/2576** |
| **VERSUS** | * | **JUDGE HAIK** |
| **JANSSEN PHARMACEUTICA, et al** | * | **MAGISTRATE METHVIN** |

*********************************************************************

## ORDER

*********************************************************************

Pending before the Court is the Motion to Remand [14] filed on behalf of the Plaintiffs. After reviewing the record in this matter and being fully apprized of the premises of the Motion, the Court hereby GRANTS the Motion and remands this matter to the 15th Judicial District Court, Vermillion Parish, Louisiana.

THUS DONE AND SIGNED in Lafayette, Louisiana, on the 20th day of June, 2005.

RICHARD T. HAIK, SR.
U. S. District Judge

EXHIBIT A