UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL A. COX, EX REL
THE STATE OF MICHIGAN and
THE MICHIGAN DEPARTMENT
of COMMUNITY HEALTH,

    Plaintiffs,

CASE NO. 1:08-CV-918

v.

HON. ROBERT J. JONKER

MERCK & CO., INC.,

    Defendant.
_____/

## ORDER

This matter is before the Court on Defendant's Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (docket # 3) and Plaintiffs' Motion to Remand (docket # 9). A hearing on the motions took place on January 16, 2009 (*see* docket # 13). Based on its review of the record, and for the reasons stated in detail in the hearing, including without limitation analysis of *Grable & Sons Metal Products, Inc. v. Darue Eng'g & Mfg*, 545 U.S. 308 (2005), *Empire Healthchoice Assurance, Inc. v. McVeigh*, 547 U.S. 677 (2006) (describing *Grable* as exemplifying a "slim category" of jurisdiction) and *Mikulski v. Centerior Energy Corp.*, 501 F.3d 555 (6th Cir. 2007) (*en banc*), **IT IS ORDERED**:

1. Defendant's Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (docket # 3) is **DENIED**; and

2. Plaintiffs' Motion to Remand (docket # 9) is **GRANTED**.

This matter is **REMANDED** to the Circuit Court for the 30th Judicial Circuit of Ingham County, Michigan.

Dated:   January 16, 2009              /s/ Robert J. Jonker
                                                               ROBERT J. JONKER
                                                               UNITED STATES DISTRICT JUDGE