UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | MDL No. 1657 |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
|     STATE OF LOUISIANA, ex rel JAMES D. | * | JUDGE FALLON |
|     CALDWELL, JR. Attorney General, | * | |
|                    Plaintiff, | * | MAG. JUDGE KNOWLES |
| | * | |
|     versus | * | |
| | * | |
|     MERCK & CO., INC., | * | |
|                    Defendant | * | |
|     **Case No. 05-3700** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that plaintiff, the State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General, will bring for hearing on February 24, 2010, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, in the United States District Court for the Eastern District of Louisiana, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana the accompanying Motion for Expedited Consideration of Motion to Remand.

      New Orleans, this _____ day of _____, 2010.

                                                      _____
                                                      **UNITED STATES DISTRICT JUDGE**