**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  VIOXX®PRODUCTS LIABILITY LITIGATION

MDL 1657
SECTION L
JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

**Case Number:  2:05cv04981**

**Roger Carver, Individually and as representative of the Estate of Gail Carver**

PLAINTIFF

v.

**Merck & Co., Inc.**

DEFENDANT

\* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

Comes the Plaintiff and hereby notifies the Court and counsel that Ann B. Oldfather and the OLDFATHER LAW FIRM hereby enter their appearance as counsel for the Plaintiff.  Pleadings related to this matter should be served on Ms. Oldfather at:

OLDFATHER LAW FIRM
1330 South Third Street
Louisville, KY  40208
(502) 637-7200

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion has been served upon Liaison Counsels, Phillip A. Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of January, 2010.

s/ Ann B. Oldfather
Ann B. Oldfather
BAK Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999
aoldfather@oldfather.com