**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:05cv04981** |
| **Roger Carver, Individually and as representative of the Estate of Gail Carver** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

**MOTION TO SET ASIDE ORDER OF DISMISSAL**

    This Court has steadfastly emphasized the importance of each individual claimant's ability to have his case heard in these proceedings. It is only when a claimant has shown a steadfast and repeated unwillingness to proceed with a claim, or to conform to orders of Court, that the Court has been willing to dismiss an individual's claim.

    Roger Carver, movant here, is the surviving spouse of Gail Carver. Mrs. Carver died from a pulmonary embolism that was, according to Mr. Carver, attributable to her use of Vioxx.

    Mr. Carver's claim filed by other counsel and he was represented by those counsel when the Resolution Program was announced. He understood that he could not participate in the Resolution Program and he understood that his attorneys wanted him to find other representation because they did not want to proceed with cases outside the Resolution Program, but he was never told by those counsel that his claim was subject to motions to dismiss, nor that it had been dismissed. It was only after the Oldfather Law Firm decided to take on Mr. Carver's claim that

Mr. Carver learned through the undersigned counsel that, unbeknownst to him, his claim had been dismissed.

Mr. Carver's attached Affidavit confirms these facts, and further underscores that this is a serious claim, one that ought to proceed through the process of this Court and not be subject to premature dismissal due to failure to comply with case management orders (in this case PTO 28) where prompt compliance with those case management orders under current counsel's oversight will not prejudice Merck in any way.

Accordingly, Roger Carver moves the Court to set aside the Order of Dismissal entered October 16, 2008, and to provide him with sixty (60) days to fully comply with PTO 28.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion has been served upon Liaison Counsels, Phillip A. Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of January, 2010.

s/ Ann B. Oldfather
Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999
aoldfather@oldfather.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:  2:05cv04981** |
| **Roger Carver, Individually and as representative of the Estate of Gail Carver** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

### ORDER

The motion of the Plaintiff to set aside the Order of Dismissal in this action having come before the Court, and the Court having considered the arguments of counsel,

**IT IS HEREBY ORDERED** that the motion to set aside the Order of Dismissal entered herein on October 16, 2008, be and the same hereby is GRANTED.  This matter shall be reinstated on the active docket of this Court.

**IT IS FURTHER ORDERED** that Plaintiff shall have sixty (60) days from the entry of this Order to comply with PTO 28 and any other applicable Orders of this Court.

New Orleans, Louisiana, this _____ day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE