Clerks Office   1-25-2010
United States District Court
Eastern District of Louisiana
New Orleans, LA, 70130

Address Change From:
Dorothy A. Griffin
1426 Hillside Circle
Lindale, TX. 75771

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   JAN 2 8 2010

LORETTA G. WHYTE
Clerk

05-MD-1657 L (3)

To: Dorothy A. Griffin
452 Stoneridge Dr.   (Home)
Flint, TX. 75762

or
P.O. Box 7463
Tyler, TX. 75762

*Dorothy A. Griffin*
In Re. Vioxx Program
Claim # 1081041

CLERK'S OFFICE
A TRUE COPY
JAN 2 8 2010
Deputy Clerk, U. S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee _____
___ Process _____
X   Dktd _____
X   CtRmDep _____
    Doc No. _____

Dorothy A. Griffin
452 Stoneridge Dr.
Flint, TX. 75762

EAST TEXAS PDDC  TX 757 11
28 JAN 2010 PM

7013C/9995

Clerks Office
United States District Court
Eastern District of Louisiana
New Orleans, LA., 70130