UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 |
| | * |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAGISTRATE JUDGE |
| | * DANIEL E. KNOWLES, III |
| | * |
| | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *  *

**THIS DOCUMENT RELATES TO:** *Bobbie Lee Thompson, et al v. Merck & Co., Inc.,* **No. 05-CV-04055**

## STIPULATION  OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a) (1), the undersigned counsel hereby stipulate that

all claims of plaintiff, Carole Davidson, [individually and as representative/personal

representative/administrator) of  Fern King,] against defendant Merck & Co., Inc. and all other

named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | | |
|---|---|---|
| James P. Frickleton, MO #31178 | Stephen G. Strauss | Phillip A. Wittmann |
| Bartimus, Frickleton, Robertson, & Gorny, P.C. | Bryan Cave LLP | Dorothy H. Wimberly |
| One Hallbrook Place | 211 N. Broadway, Suite 3600 | Stone Pigman Walther |
| 11150 Overbrook Drive | St. Louis, MO 63102 | Wittmann LLC |
| Leawood, KS 66211 | (314) 259-2000 Tel | 546 Carondelet Street |
| (913) 266-2300 | (314) 259-2020 Fax | New Orleans, LA 70130 |
| Attorney for Plaintiff | | (504) 581-3200 Tel |
| | | (504) 581-3361 Fax |

Dated: _2-5-08_

Attorneys for Merck & Co., Inc.

Dated: _1-27-10_

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of January, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.