UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | *  MDL No. 1657<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  DANIEL E. KNOWLES, III<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * *      *

**THIS DOCUMENT RELATES TO:** *Ruth Jenkins, et al v. Merck & Co., Inc.,* **No. 05-4054**

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41(a) (1), the undersigned counsel hereby stipulate that all claims of plaintiff, **Ernest Manning,** against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Respectfully Submitted by:

Dated: __2-11__, 2008

James P. Frickleton, MO #31178
Bartimus, Frickleton, Robertson & Gorny
One Hallbrook Place
11150 Overbrook Drive
Leawood, KS 66211
(913) 266-2300
Fax (913) 266-2360

Grant L. Davis, MO #34799
Shawn Foster, MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, P.O. Box 482355
Kansas City, MO 64148-2355
(816) 421-1600
Fax (816) 472-5972

J. Scott Bertram, MO Bar #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Ste 107
Kansas City, MO 64114

(816) 523-2205
Fax (816) 523-8258

Thomas P. Cartmell, MO #45366
Brian J. Madden, MO #40637
Thomas J. Preuss, MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 6411
(816)701-1100
Fax (816)531-2372

Wm. Dirk Vandever, MO #24463
The Popham Law Firm, P.C.
323 W. 8th St., Ste. 200
Kansas City, MO 64105
(816) 221-2288
Fax (816) 221-3999

Kirk Goza, MO #32475
Brad Honnold, MO #39818
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street, P.O. Box 482355
Kansas City, MO 64148-2355
(816) 512-2171
Fax (816) 512-2172

Wayne R. Spivey, Atty. ID #31017
Shrager, Spivey & Sachs
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103
(800) 568-5868
Fax (215) 568-7495

Attorneys for Plaintiff **Ernest Manning**

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Tel: (314) 259-2000
Fax: (314) 259-2020

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(Tel): 504-581-3200
(Fax): 504-581-3361

Attorneys for
Merck & Co., Inc.

Dated: 1-27-10

3