**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of January, 2010.

                                                */s/ Stephen G. Strauss*
                                                Stephen G. Strauss
                                                BRYAN CAVE LLP
                                                211 North Broadway, Suite 3600
                                                St. Louis, Missouri 63102
                                                Phone:  314-259-2000
                                                Fax:     314-259-2020
                                                sgstrauss@bryancave.com

                                                Attorneys for Defendant
                                                Merck & Co., Inc.