**MINUTE ENTRY**
**FALLON, J.**
**JANUARY 28, 2010**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| 05-3700, STATE OF LOUISIANA, | : | JUDGE FALLON |
| ex rel. JAMES D. CALDWELL, | : | MAG. JUDGE KNOWLES |
| ATTORNEY GENERAL | : | |

On this date, the parties contacted the Court seeking immediate resolution of an issue regarding an upcoming deposition. Accordingly, a telephone status conference was held. Steve Murray, Jr. participated on behalf of the Plaintiff. Andrew Goldman participated on behalf of the Defendant.

At the conference, the parties discussed a dispute that had arisen over whether an upcoming deposition could be videotaped. The Court indicated that if a party wishes to conduct a deposition with videotape, they must provide their opponent with sufficient notice to allow for adequate preparation.

1

JS10(00:06)