UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *James J. Donohue and Mary* | * | KNOWLES |
| *Donohue, et al.* | * | |
| | * | |
| v. | * | *No. 06-1206* |
| | * | |
| *Merck & Co., Inc., William G. Bowen,* | * | |
| *Ph.D., William N. Kelley, M.D.,* | * | |
| *Lawrence A. Bossidy, Samuel O.* | * | |
| *Their, M.D., Johnetta B. Cole, Ph.D.,* | * | |
| *Raymond V. Gilmartin, M.B.A.,* | * | |
| *William Harrison, Jr., Anne M.* | * | |
| *Tatlock, M.A., Heidi G. Miller, Ph.D.,* | * | |
| *Thomas E. Shenk, Ph.D., William M.* | * | |
| *Daley, J.D., Peter C. Wendell, M.B.A.,* | * | |
| *Wendell P. Weeks, M.B.A., Shelly* | * | |
| *Lazuras, Edward M. Scolnick, H.* | * | |
| *Brewster Atwater, Jr., Dennis* | * | |
| *Weatherstone, Charles Exley, Jr.* | * | |
| *Lloyd C. Elam, Erskine B. Bowles,* | * | |
| *Rosemary Soluri, Gia Orlando and* | * | |
| *DOES 1-100.* | * | |
| | * | |
| **Only with regard to:** | * | |
| ***James J. Donahue and Mary*** | * | |
| ***Donahue*** | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation and Notice of Dismissal with Prejudice as to all Defendants,

IT IS ORDERED that all claims of James and Mary Donahue against Merck & Co. Inc., William G. Bowen, Ph.D., William N. Kelley, M.D., Lawrence A. Bossidy, Samuel O.

1006545v.1

Their, M.D., Johnetta B. Cole, Ph.D., Raymond V. Gilmartin, M.B.A., William Harrison, Jr., Anne M. Tatlock, M.A., Heidi G. Miller, Ph.D., Thomas E. Shenk, Ph.D., William M. Daley, J.D., Peter C. Wendell, M.B.A., Wendell P. Weeks, M.B.A., Shelly Lazuras, Edward M. Scolnick, H. Brewster Atwater, Jr., Dennis Weatherstone, Charles Exley, Jr. Lloyd C. Elam, Erskine B. Bowles, Rosemary Soluri, Gia Orlando, be and they are hereby dismissed with Prejudice.

    NEW ORLEANS, LOUISIANA, this \_\_\_\_ day of _____, 2010.

    _____
    DISTRICT JUDGE