HUGHES HUBBARD & REED LLP
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220
Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY<br>LITIGATION<br><br>This document relates to:<br><br>*John Monte and Marcella Monte, et al.,*<br><br>*v.*<br><br>*MERCK & CO., INC., William G.<br>Bowen, Ph.d., William N. Kelley, M.D.,<br>Lawrence A. Bossidy, Samuel O. Thier,<br>M.D., Johnetta B. Cole, Ph.d.,<br>Raymond V. Gilmartin, M.B.A.,<br>William B. Harrison, Jr., Anne M.<br>Tatlock, M.A., Heidi G. Miller, Ph.d.,<br>Thomas E. Shenk, Ph.d., William M.<br>Daley, J.D., Peter C. Wendell, M.B.A.,<br>Wendell P. Weeks., M.B.A., Shelly<br>Lazurus, Edward M. Scolnick, H.<br>Brewster Atwater, Jr., Dennis<br>Weatherstone, Charles E. Exley, Jr.,<br>Lloyd C. Elam, Erskine B. Bowles,<br>Rosemary Sohari, Gia Orlando and<br>DOES 1 - 100,*<br><br><br>Only with regard to:<br><br>CHARLES MERTZ and CAROL<br>MERTZ | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-01167-EEF-DEK<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><br>STIPULATION AND NOTICE OF DISMISSAL<br>WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to Fed R. Civ. Pro. 41 (a) (1) (A) (ii), the undersigned counsel hereby stipulate that all claims of plaintiffs Charles Mertz and Carol Mertz against defendant Merck & Co. Inc. (now known as Merck Sharp & Dohme Corp.), William G. Bowen, Ph.d., William N. Kelley, M.D., Lawrence A. Bossidy, Samuel O. Thier, M.D., Johnetta B. Cole, Ph.d., Raymond V. Gilmartin, M.B.A., William B. Harrison, Jr., Anne M. Tatlock, M.A., Heidi G. Miller, Ph.d., Thomas E. Shenk, Ph.d., William M. Daley, J.D., Peter C. Wendell, M.B.A., Wendell P. Weeks., M.B.A., Shelly Lazuras, Edward M. Scolnick, H. Brewster Atwater, Jr., Dennis Weatherstone, Charles E. Exley, Jr., Lloyd C. Elam. Erskine B. Bowles, Rosemary Soluri. and Gia Orlando be dismissed in their entirety with prejudice, with each party to bear its own costs.

Brian A. Goldstein, Esq.
Cellino & Barnes. P.C., PC
17 Court Street, 7th Floor
Buffalo, New York 14202

Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Plaintiffs*

*Counsel for Defendant Merck & Co., Inc*

Dated: _____ 1/12/10

Dated: 1/29/10

_Vilia B. Hayes_

Vilia B. Hayes
Hughes Hubbard & Reed
One Battery Park Plaza
New York, New York 10004

_Counsel for Defendants_
_William G. Bowen, Ph.d.,_
_William N. Kelley, M.D.,_
_Lawrence A. Bossidy,_
_Samuel O. Thier, M.D.,_
_Johnetta B. Cole, Ph.d.,_
_Raymond V. Gilmartin, M.B.A.,_
_William B. Harrison, Jr.,_
_Anne M. Tatlock, M.A.,_
_Heidi G. Miller, Ph.d.,_
_Thomas E. Shenk, Ph.d.,_
_William M. Daley, J.D.,_
_Peter C. Wendell, M.B.A.,_
_Wendell P. Weeks., M.B.A.,_
_Shelly Lazarus,_
_Edward M. Scolnick._
_H. Brewster Atwater, Jr.,_
_Dennis Weatherstone._
_Charles E. Exley, Jr.,_
_Lloyd C. Elam,_
_Erskine B. Bowles,_
_Rosemary Soliari_
_Gia Orlando_

Dated: __January 8, 2010__

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice and Stipulation of Dismissal* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st of February, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel