UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *John Monte and Marcella Monte, et al.* | * | KNOWLES |
| | * | |
| | * | |
| v. | * | *No. 06-1167* |
| | * | |
| *Merck & Co., Inc., William G. Bowen, Ph.D., William N. Kelley, M.D., Lawrence A. Bossidy, Samuel O. Their, M.D., Johnetta B. Cole, Ph.D., Raymond V. Gilmartin, M.B.A., William Harrison, Jr., Anne M. Tatlock, M.A., Heidi G. Miller, Ph.D., Thomas E. Shenk, Ph.D., William M. Daley, J.D., Peter C. Wendell, M.B.A., Wendell P. Weeks, M.B.A., Shelly Lazuras, Edward M. Scolnick, H. Brewster Atwater, Jr., Dennis Weatherstone, Charles Exley, Jr. Lloyd C. Elam, Erskine B. Bowles, Rosemary Soluri, Gia Orlando and DOES 1-100.* | * * * * * * * * * * * * * | |
| | * | |
| **Only with regard to:** | * | |
| **Charles and Carol Mertz** | * | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation and Notice of Dismissal with Prejudice as to all Defendants,

IT IS ORDERED that all claims of Charles and Carol Mertz against Merck & Co. Inc., William G. Bowen, Ph.D., William N. Kelley, M.D., Lawrence A. Bossidy, Samuel O.

1006539v.1

Their, M.D., Johnetta B. Cole, Ph.D., Raymond V. Gilmartin, M.B.A., William Harrison, Jr., Anne M. Tatlock, M.A., Heidi G. Miller, Ph.D., Thomas E. Shenk, Ph.D., William M. Daley, J.D., Peter C. Wendell, M.B.A., Wendell P. Weeks, M.B.A., Shelly Lazuras, Edward M. Scolnick, H. Brewster Atwater, Jr., Dennis Weatherstone, Charles Exley, Jr. Lloyd C. Elam, Erskine B. Bowles, Rosemary Soluri, Gia Orlando, and Does 1-100 be and they are hereby dismissed with Prejudice.

      NEW ORLEANS, LOUISIANA, this \_\_\_\_ day of _____, 2010.

      _____
      DISTRICT JUDGE

1006539v.1