HUGHES HUBBARD & REED LLP
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220
Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY<br>LITIGATION<br><br>This document relates to:<br><br>*Mary Banks and David Banks, et al.,*<br><br>v.<br><br>*Merck & Co., Inc., Merck Frosst Canada, Ltd., and DOES 1 - 100.*<br><br>Only with regard to:<br><br>PATRICIA M. MAIORANO,<br>DOMINICK J. MAIORANO,<br>LINDA HABECKER, LELAND<br>HABECKER, and JANET F.<br>BARRET | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:06-cv-02214-EEF-DEK<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><br>STIPULATION AND NOTICE OF DISMISSAL<br>WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to Fed. R. Civ. Pro. 41 (a) (1) (A) (ii), the undersigned counsel hereby stipulate that all claims of plaintiffs Patricia M. Maiorano, Dominick J. Maiorano, Linda Habecker, Leland Habecker, and Janet F. Barret against defendant Merck & Co. Inc. (now known as Merck Sharp & Dohme Corp.) be dismissed in their entirety with prejudice, with each party to bear its own costs.

In addition, pursuant to Fed R. Civ. Pro. 41 (a) (1) (A) (i), the undersigned counsel hereby gives notice that all claims of plaintiffs Patricia M. Maiorano, Dominick J. Maiorano, Linda Habecker, Leland Habecker, and Janet F. Barrel against defendant Merck Frosst Canada, Ltd. and DOES 1-100 are dismissed in their entirety with prejudice, with each party to bear its own costs.

_____
Brian A. Goldstein, Esq.
Cellino & Barnes, P.C., PC
17 Court Street, 7th Floor
Buffalo, New York 14202

_____
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Plaintiffs*

*Counsel for Defendant Merck & Co., Inc*

Dated: ___1/12/10___

Dated: ___1/29/10___

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice and Stipulation of Dismissal* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st of February, 2010.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

866478v.1