UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Brian Miskho, et al.* | * | KNOWLES |
| | * | |
| *v.* | * | |
| | * | *No. 06-1167* |
| *Merck & Co., Inc., William G. Bowen, Ph.D., William N. Kelley, M.D., Lawrence A. Bossidy, Samuel O. Their, M.D., Johnetta B. Cole, Ph.D., Raymond V. Gilmartin, M.B.A., William Harrison, Jr., Anne M. Tatlock, M.A., Heidi G. Miller, Ph.D., Thomas E. Shenk, Ph.D., William M. Daley, J.D., Peter C. Wendell, M.B.A., Wendell P. Weeks, M.B.A., Shelly Lazuras, Edward M. Scolnick, H. Brewster Atwater, Jr., Dennis Weatherstone, Charles Exley, Jr. Lloyd C. Elam, Erskine B. Bowles, Rosemary Soluri, Gia Orlando and DOES 1-100.* | * | |
| ***Only with regard to:***<br>**Brian Miskho** | * | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation and Notice of Dismissal with Prejudice as to all Defendants,

IT IS ORDERED that all claims of Brian Miskho against Merck & Co. Inc., William G. Bowen, Ph.D., William N. Kelley, M.D., Lawrence A. Bossidy, Samuel O. Their, M.D., Johnetta B. Cole, Ph.D., Raymond V. Gilmartin, M.B.A., William Harrison, Jr., Anne M.

1006530v.1

Tatlock, M.A., Heidi G. Miller, Ph.D., Thomas E. Shenk, Ph.D., William M. Daley, J.D., Peter C. Wendell, M.B.A., Wendell P. Weeks, M.B.A., Shelly Lazuras, Edward M. Scolnick, H. Brewster Atwater, Jr., Dennis Weatherstone, Charles Exley, Jr. Lloyd C. Elam, Erskine B. Bowles, Rosemary Soluri, Gia Orlando, and Does 1-100 be and they are hereby dismissed with Prejudice.

    NEW ORLEANS, LOUISIANA, this \_\_\_\_ day of _____, 2010.

    _____
    DISTRICT JUDGE

1006530v.1