UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx<br>Products Liability Litigation | * * * | MDL No. 05-1657 |
| This Document Relates To: | * | JUDGE FALLON |
| *Paula Werner-Vecellio and John Vecellio, et al.* | * * * * | MAGISTRATE JUDGE KNOWLES |
| v. | * * | *No. 06-3900* |
| *Merck & Co., Inc., William G. Bowen, Ph.D., William N. Kelley, M.D., Lawrence A. Bossidy, Samuel O. Their, M.D., Johnetta B. Cole, Ph.D., Raymond V. Gilmartin, M.B.A., William B. Harrison, Jr., Anne M. Tatlock, M.A., Heidi G. Miller, Ph.D., Thomas E. Shenk, Ph.D., William M. Daley, J.D., Peter C. Wendell, M.B.A., Wendell P. Weeks, M.B.A., Shelly Lazarus, Edward M. Scolnick, H. Brewster Atwater, Jr., Dennis Weatherstone, Charles E. Exley, Jr., Lloyd C. Elam, Erskine B. Bowles, Rosemary Soluri, and DOES 1-100.* | * * * * * * * * * * * * * * * | |
| **Only with regard to:**<br>***Paula Werner-Vecellio and John Vecellio*** | * * * | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation and Notice of Dismissal with Prejudice as to all Defendants,

IT IS ORDERED that all claims of Paula Werner-Vecellio and John Vecellio against Merck & Co. Inc., William G. Bowen, Ph.D., William N. Kelley, M.D., Lawrence A.

1006525v.1

Bossidy, Samuel O. Their, M.D., Johnetta B. Cole, Ph.D., Raymond V. Gilmartin, M.B.A., William B. Harrison, Jr., Anne M. Tatlock, M.A., Heidi G. Miller, Ph.D., Thomas E. Shenk, Ph.D., William M. Daley, J.D., Peter C. Wendell, M.B.A., Wendell P. Weeks, M.B.A., Shelly Lazarus, Edward M. Scolnick, H. Brewster Atwater, Jr., Dennis Weatherstone, Charles E. Exley, Jr., Lloyd C. Elam, Erskine B. Bowles, Rosemary Soluri, be and they are hereby dismissed with Prejudice.

    NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

                                                               _____
                                                                DISTRICT JUDGE