UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Ronnie Allen, et al.* | * | KNOWLES |
| | * | |
| *v.* | * | |
| | * | *No. 06-2212* |
| Merck & Co., Inc., Merck Frosst | * | |
| Canada LTD. and DOES 1-100. | * | |
| | * | |
| **Only with regard to:** | * | |
| **Jeff Kulesza and Kim Kulesza** | * | |
| | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation and Notice of Dismissal with Prejudice as to all Defendants,

IT IS ORDERED that all claims of Jeff and Kim Kulesza against Merck & Co. Inc., Merck Frosst Canada, LTD, and Does 1-100 be and they are hereby dismissed with Prejudice.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE

1006522v.1