UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Arthur W. Ballantyne and Shirley* | * | KNOWLES |
| *Ballantyne, et al.* | * | |
| | * | |
| v. | * | No. 06-2195 |
| | * | |
| *Merck & Co., Inc., Merck Frosst* | * | |
| *Canada LTD. and DOES 1-100.* | * | |
| | * | |
| **Only with regard to:** | * | |
| **Richard Plambeck and Marianne** | * | |
| **Plambeck** | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation and Notice of Dismissal with Prejudice as to all Defendants,

IT IS ORDERED that all claims of Richard and Marianne Plambeck against Merck & Co. Inc., Merck Frosst Canada, LTD, and Does 1-100 be and they are hereby dismissed with Prejudice.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE

1006520v.1