UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**This document relates to:    All Cases**

## ORDER

IT IS ORDERED that the Vioxx monthly status conference, which is currently scheduled for Wednesday, February 3, 2010, at 9:00 a.m. IS RESCHEDULED for Friday, February 26, 2010, at 9:00 a.m.  This conference will be held in the courtroom of Judge Eldon E. Fallon, Room C-468. Any interested parties unable to attend in person may listen-in via telephone at 1-866-213-7163.  The access code is 50168042 and the Chairperson will be Judge Fallon.

IT IS FURTHER ORDERED that Brian Anderson's Motion for Reconsideration (Rec. Doc. 18800) which was set for hearing on February 3, 2010, immediately following the monthly status conference IS CONTINUED and shall be heard on Friday, February 26, 2010, immediately following the monthly status conference.

IT IS FURTHER ORDERED that the status conference in the Louisiana Attorney General case and the status conference in all other government action cases shall proceed as scheduled on Wednesday, February 3, 2010.  The status conference in the Louisiana Attorney General case shall begin at 8:30 a.m.; the status conference in the other government action cases shall follow immediately.  These conferences shall be held in the chambers of Judge Eldon E. Fallon.  Any interested party unable to appear in person may dial in to the conference by using

the following call-in information:

    Call-in Number:    1-866-213-7163

    Conference ID:    53045531

Should the need for another status conference arise before then, the parties are directed to contact the Court.

    New Orleans, Louisiana, this 28th day of January, 2010.

                                                *Eldon E. Fallon*
                                            UNITED STATES DISTRICT JUDGE