UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY DRESSEL AND** | \* | |
| **ANTOINE DRESSEL** | \* | **CIVIL ACTION NO.: 05-4963** |
| **Plaintiffs** | \* | |
| | \* | **SECTION "L"** |
| **VERSUS** | \* | |
| | \* | **JUDGE ELDON E. FALLON** |
| **MERCK & CO., INC.** | \* | |
| **Defendant** | \* | **MAGISTRATE JUDGE** |
| | \* | **DANIEL E. KNOWLES, III** |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER ON MOTION FOR RECONSIDERATION
AND REVERSAL OF ORDER OF DISMISSAL WITH PREJUDICE**

**IN CONSIDERATION** of the foregoing Motion for Reconsideration and Reversal of Order of Dismissal with Prejudice filed by the Mover, Antoine Dressel, both individually and in his capacity as Provisional Administrator of the Succession of Mary G. Dressel; and,

**IN CONSIDERATION** of the facts as alleged therein and the law and equities applicable thereunto:

**IT IS HEREBY ORDERED** that the Court's Order of Dismissal with Prejudice dated January 19, 2010 [Rec. Doc. 4] be and it is hereby set aside.

**THUS DONE AND SIGNED** on this the _____ day of February, 2010, in the City of New Orleans, Parish of Orleans, State of Louisiana.

_____
Judge, United States District Court