# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® Product Liability Litigation | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: | |
| *Phyllis Dirk, et al.* v. *Merck & Co., Inc.* | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:05-cv-03425* | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Phyllis Dirk, individually and on behalf of Roger Dirk, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE