**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|                                          |   |                         |
|------------------------------------------|---|-------------------------|
|                                          | : | **MDL NO. 1657**        |
| **IN RE: VIOXX**                         | : |                         |
| **  PRODUCTS LIABILITY LITIGATION**      | : | **SECTION: L**          |
|                                          | : |                         |
|                                          | : | **JUDGE FALLON**        |
|                                          | : | **MAG. JUDGE KNOWLES**  |

**************************************************************************

**ORDER**

Considering the foregoing Motion of the Special Master:

**IT IS ORDERED** that the Alameda County Medical Center (including the Highland Campus and John George Pavilion), 1411 East 31st Street, Oakland, California 94602, produce to Special Master, Patrick A. Juneau, 1018 Harding Street, Suite 202 (Zip Code 70503), Post Office Drawer 51268 (Zip Code 70505-1268), Lafayette, Louisiana, all records pertaining to Velma Robinson.

New Orleans, Louisiana, this 29th day of _____January_____, 2010.

_____

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE