## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® <br> Product Liability Litigation <br> <br> This document relates to: <br> <br> *Billy Lee Rasberry, et al.* <br> *v.* <br> *Merck & Co., Inc.* <br> <br> <br> <br> <br> *Docket No. 2:05-cv-05200* | MDL Docket No. 1657 <br> <br> SECTION L <br> <br> <br> <br> JUDGE FALLON <br> <br> MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Billy Lee Rasberry and Bobbye Jean Rasberry in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 29th day of _____January_____, 2010.

_____
DISTRICT JUDGE