UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| VALERIE ROCKINGHAM, | § | KNOWLES |
| (JOHN J. STAFISZ), et al., | § | |
| | § | CA No. 2:06-cv-07115 |
| V. | § | |
| | § | |
| MERCK SHARP & DOHME CORP., | § | |
| formerly known as MERCK & CO., INC. | § | |

**PLAINTIFF COUNSEL'S AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD AND MEMORANDUM IN SUPPORT**

Plaintiffs' counsel David P. Matthews and Jason C. Webster of Matthews and Associates ask this court to allow them to withdraw as attorneys of Plaintiff John J. Stafisz.

1. There is good cause to grant the motion to withdraw because Plaintiff's counsel informed Plaintiff on July 10, 2009 that Matthews and Associates was unable to further represent Plaintiff's Vioxx lawsuit and Plaintiff must seek new counsel to further represent his Vioxx lawsuit.

2. On November 3, 2009, and again on November 11, 2009, Plaintiff's counsel informed Plaintiff that Matthews and Associates would file a motion to withdraw as Plaintiff's counsel and notified Plaintiff to inform Matthews and Associates immediately if Plaintiff retained new counsel. To date, Plaintiff has not informed Matthews and Associates that he has

retained new counsel to represent his Vioxx lawsuit.

3. On December 3, 2009, Plaintiff appeared at the monthly Vioxx status conference without counsel and notified the Court that he was without counsel.

4. On January 28, 2010, Plaintiff John J. Stafisz confirmed to Matthews and Associates that he has not retained new counsel.

5. Plaintiff John J. Stafisz can be contacted at his address of 331 Fountainview Cr, Oldsmar, FL 34677.

6. For the above reasons, David P. Matthews and Jason C. Webster of Matthews and Associates ask this Court to grant their motion to withdraw as counsel for Plaintiff John J. Stafisz.

    Respectfully submitted,

    MATTHEWS & ASSOCIATES

    s/ David P. Matthews
    David P. Matthews
    Texas Bar No. 13206200
    Jason C. Webster
    Texas Bar No. 24033318
    2905 Sackett St.
    Houston, Texas 77098
    (713) 522-5250 (Telephone)
    (713) 535-7184 (Telecopier)
    dmatthews@thematthewslawfirm.com
    jwebster@thematthewslawfirm.com

    ATTORNEYS FOR PLAINTIFF
    JOHN J. STAFISZ

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on Liaison Counsel Russ Herman and Phillip Wittman by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 2nd day of February, 2010.

s/David P. Matthews  
David P. Matthews

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| VALERIE ROCKINGHAM, | § | KNOWLES |
| (JOHN J. STAFISZ), et al., | § | |
| | § | CA No. 2:06-cv-07115 |
| V. | § | |
| | § | |
| MERCK SHARP & DOHME CORP., | § | |
| formerly known as MERCK & CO., INC. | § | |

## ORDER

Considering the foregoing Plaintiff Counsel's Motion to Withdraw as Counsel of Record, and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Motion to Withdraw as Counsel of Record of Plaintiff John J. Stafisz is GRANTED.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

Eldon E. Fallon
United States District Judge