UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

******************************************************************************

## NOTICE

TO:   Turner W. Branch
      Brent M. Ferrel
      Branch Law Firm
      2025 Rio Grande NW
      Albuquerque, NM 87104
      Fax No.: (505) 243-3534

The Special Master is in receipt of the Audit findings of the Claims Administrator and your written response to the Claims Administrator dated December 4, 2009 regarding the claim of **Velma Robinson, VCN #1053425**.

A hearing on this matter was previously held on January 21, 2010 and at that time the hearing was suspended and the matter is now re-set for 9:00 a.m. on February 23, 2010, at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, for the claimant to present her response to the findings of the Claims Administrator.

Lafayette, Louisiana, this 2nd day of February, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2010, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants.  I further certify that I mailed and/or faxed the foregoing Notice and the notice of electronic filing to the following:

Turner W. Branch  
Brent M. Ferrel  
Branch Law Firm  
2025 Rio Grande NW  
Albuquerque, NM 87104  
Fax No.: (505) 243-3534  

Orran L. Brown  
Brown Greer, PLC  
Post Office Box 85031  
Richmond, VA 23285-5031  
Fax No.: (804) 521-7299  

Russ M. Herman  
Herman, Herman, Katz & Cotlar  
820 O'Keefe Avenue  
New Orleans, LA 70113  
Fax No.: (504) 561-6024  

Ms. Velma Robinson  
27748 Pistachio Court  
Hayward, CA 94544  

Douglas R. Marvin  
Williams & Connolly  
725 Twelfth Street, NW  
Washington, DC 20005  
Fax No.: (202) 434-5029  

Lafayette, Louisiana, this 2nd day of February, 2010.

/s/ PATRICK A. JUNEAU  
PATRICK A. JUNEAU, Bar # 07594  
Special Master  
1018 Harding Street, Suite 202  
Lafayette, LA 70503  
Telephone: (337) 269-0052  
Facsimile: (337) 269-0061  
Email: paj@juneaudavid.com