UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 FEB -1 AM 11:49

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Victor Robles v. Merck & Co., Inc.*, Case No. 05-2292

## ORDER

IT IS ORDERED that Plaintiff's Motion for Order of Final Settlement and Distribution, attached, and the Order of Final Settlement and Distribution, also attached, shall be filed UNDER SEAL.

New Orleans, Louisiana, this 29 day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE

1

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____