# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® **Product Liability Litigation** | MDL Docket No. 1657 |
| | SECTION L |
| **This document relates to:** | |
| *Kenneth Bowe, et al.* | JUDGE FALLON |
| *v.* | |
| *Merck & Co., Inc., et al.* | MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:07-cv-02074* | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Kenneth Bowe and Lily Bowe in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  1st  day of      February      , 2010.

_____
DISTRICT JUDGE