UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Roger Carver v. Merck & Co., Inc.*, **Case No. 05-4981**

## ORDER

IT IS ORDERED that Plaintiff's Motion to Set Aside Order of Dismissal (Rec. Doc. 33200) shall be set for hearing WITH ORAL ARGUMENT on Friday, February 26, 2010, immediately following the monthly status conference.

New Orleans, Louisiana, this 1st day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE

1