UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All Plaintiffs on the attached Exhibits A, B, C, D & E* | * | KNOWLES |

*************************************************************************

## ORDER

The monthly status conference previously scheduled for February 3, 2010 has been continued and rescheduled for February 26, 2010 at 9:00 a.m. The following matters, which were scheduled for hearing immediately following the February 3 status conference, are hereby continued until February 26, 2010, immediately following the monthly status conference.

1. Matters deferred from Defendant Merck & Co., Inc.'s First Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 22492) (Exhibit A).

2. Matters deferred from Defendant Merck & Co., Inc.'s Third Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the *Lone Pine* Requirements of PTO 43 (R.Doc. 24995) (Exhibit B).

3. Matters deferred from Defendant Merck & Co., Inc.'s Fourth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With

1006821v.1

Prejudice for Failure to Comply With the *Lone Pine* Requirements of PTO 43 (R.Doc. 27190) (Exhibit C)

    4. Matters deferred from Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the Registration Requirements of PTO 31 (R.Doc. 22070) (Exhibit D).

    5. Matters deferred from Defendant Merck & Co., Inc.'s Ninth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the *Lone Pine* Requirements of PTO 28 (R.Doc. 21961) (Exhibit E).

    **NEW ORLEANS, LOUISIANA**, this  2nd  day of  February , 2010.

            _____
            ELDON E. FALLON
            UNITED STATES DISTRICT JUDGE

1006821v.1