# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| All Plaintiffs on the attached Exhibits A and B | * | |
| | * | |

**************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Tenth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the *Lone Pine* Requirements of PTO 28 (R.Doc. 29116) came on for hearing on the 7th day of January, 2010, immediately following the monthly status conference. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the claims of all plaintiffs on the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 28.

IT IS FURTHER ORDERED that the motion is withdrawn as to all plaintiffs on the attached Exhibit B.

NEW ORLEANS, LOUISIANA, this  2nd  day of   February  , 2010.

_____
UNITED STATES DISTRICT JUDGE

1006859v.1

## Exhibit A

### Claims Dismissed With Prejudice

1. Giordano, Margharita v. Merck & Co., Inc., 2:09-cv-03610-EEF-DEK

2. Nobile, Lucretia v. Merck & Co., Inc., 2:09-cv-03611-EEF-DEK

3. Singer, Cheryl v. Merck & Co., Inc., 2:09-cv-03613-EEF-DEK

1006862v.1

## **Exhibit B**

### **Motion Withdrawn**

1. Orioles, Anthony v. Merck & Co., Inc., 2:09-cv-03612-EEF-DEK

1006863v.1