UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Mary Banks and David Banks, et al.* | * | KNOWLES |
| | * | |
| *v.* | * | |
| | * | *No. 06-2214* |
| *Merck & Co., Inc., Merck Frosst* | * | |
| *Canada LTD. and DOES 1-100.* | * | |
| | * | |
| **Only with regard to:** | * | |
| **Patricia M. Maiorano, Dominick J.** | * | |
| **Maiorano, Linda Habecker, Leland** | * | |
| **Habecker, and Janet F. Barrett** | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation and Notice of Dismissal with Prejudice as to all Defendants,

IT IS ORDERED that all claims of Patricia M. Maiorano, Dominick J. Maiorano, Linda Habecker, Leland Habecker and Janet F. Barrett against Merck & Co. Inc., Merck Frosst Canada, LTD, and Does 1-100 be and they are hereby dismissed with Prejudice.

NEW ORLEANS, LOUISIANA, this  2nd  day of      February     , 2010.

_____
DISTRICT JUDGE

1006541v.1