# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx <br> Products Liability Litigation <br><br> This Document Relates To: <br><br> *Vernon C. Amie, et al.* <br><br> *v.* <br><br> *Merck & Co., Inc., Merck Frosst Canada LTD. and DOES 1-100.* <br><br> **Only with regard to:** <br> **Wilson Farnsworth, Charlotte Farnsworth, Harlan L. Weiser, and Judy Weiser** | *  MDL No. 05-1657 <br> * <br> *  JUDGE FALLON <br> * <br> *  MAGISTRATE JUDGE <br> *  KNOWLES <br> * <br> * <br> *  *No. 06-2219* <br> * <br> * <br> * <br> * <br> * <br> * |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation and Notice of Dismissal with Prejudice as to all Defendants,

IT IS ORDERED that all claims of Wilson Farnsworth, Charlotte Farnsworth, Harlan L. Weiser and Judy Weiser against Merck & Co. Inc., Merck Frosst Canada, LTD, and Does 1-100 be and they are hereby dismissed with Prejudice.

NEW ORLEANS, LOUISIANA, this  2nd  day of _____February_____, 2010.

_____
DISTRICT JUDGE

1006543v.1