UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Brian Miskho, et al.* | * | KNOWLES |
| | * | |
| *v.* | * | |
| | * | *No. 06-1167* |
| Merck & Co., Inc., William G. Bowen, | * | |
| Ph.D., William N. Kelley, M.D., | * | |
| Lawrence A. Bossidy, Samuel O. | * | |
| Their, M.D., Johnetta B. Cole, Ph.D., | * | |
| Raymond V. Gilmartin, M.B.A., | * | |
| William Harrison, Jr., Anne M. | * | |
| Tatlock, M.A., Heidi G. Miller, Ph.D., | * | |
| Thomas E. Shenk, Ph.D., William M. | * | |
| Daley, J.D., Peter C. Wendell, M.B.A., | * | |
| Wendell P. Weeks, M.B.A., Shelly | * | |
| Lazuras, Edward M. Scolnick, H. | * | |
| Brewster Atwater, Jr., Dennis | * | |
| Weatherstone, Charles Exley, Jr. | * | |
| Lloyd C. Elam, Erskine B. Bowles, | * | |
| Rosemary Soluri, Gia Orlando and | * | |
| DOES 1-100. | * | |
| | * | |
| **Only with regard to:** | * | |
| **Brian Miskho** | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation and Notice of Dismissal with Prejudice as to all Defendants,

IT IS ORDERED that all claims of Brian Miskho against Merck & Co. Inc., William G. Bowen, Ph.D., William N. Kelley, M.D., Lawrence A. Bossidy, Samuel O. Their, M.D., Johnetta B. Cole, Ph.D., Raymond V. Gilmartin, M.B.A., William Harrison, Jr., Anne M.

1006530v.1

Tatlock, M.A., Heidi G. Miller, Ph.D., Thomas E. Shenk, Ph.D., William M. Daley, J.D., Peter C. Wendell, M.B.A., Wendell P. Weeks, M.B.A., Shelly Lazuras, Edward M. Scolnick, H. Brewster Atwater, Jr., Dennis Weatherstone, Charles Exley, Jr. Lloyd C. Elam, Erskine B. Bowles, Rosemary Soluri, Gia Orlando, and Does 1-100 be and they are hereby dismissed with Prejudice.

NEW ORLEANS, LOUISIANA, this  2nd  day of _____February_____, 2010.

_____
DISTRICT JUDGE

1006530v.1