UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Paula Werner-Vecellio and John* | * | KNOWLES |
| *Vecellio, et al.* | * | |
| | * | |
| *v.* | * | *No. 06-3900* |
| | * | |
| *Merck & Co., Inc., William G. Bowen,* | * | |
| *Ph.D., William N. Kelley, M.D.,* | * | |
| *Lawrence A. Bossidy, Samuel O.* | * | |
| *Their, M.D., Johnetta B. Cole, Ph.D.,* | * | |
| *Raymond V. Gilmartin, M.B.A.,* | * | |
| *William B. Harrison, Jr., Anne M.* | * | |
| *Tatlock, M.A., Heidi G. Miller, Ph.D.,* | * | |
| *Thomas E. Shenk, Ph.D., William M.* | * | |
| *Daley, J.D., Peter C. Wendell, M.B.A.,* | * | |
| *Wendell P. Weeks, M.B.A., Shelly* | * | |
| *Lazarus, Edward M. Scolnick, H.* | * | |
| *Brewster Atwater, Jr., Dennis* | * | |
| *Weatherstone, Charles E. Exley, Jr.,* | * | |
| *Lloyd C. Elam, Erskine B. Bowles,* | * | |
| *Rosemary Soluri, and DOES 1-100.* | * | |
| | * | |
| **Only with regard to:** | * | |
| **Paula Werner-Vecellio and John** | * | |
| **Vecellio** | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation and Notice of Dismissal with Prejudice as to all Defendants,

IT IS ORDERED that all claims of Paula Werner-Vecellio and John Vecellio against Merck & Co. Inc., William G. Bowen, Ph.D., William N. Kelley, M.D., Lawrence A.

1006525v.1

Bossidy, Samuel O. Their, M.D., Johnetta B. Cole, Ph.D., Raymond V. Gilmartin, M.B.A., William B. Harrison, Jr., Anne M. Tatlock, M.A., Heidi G. Miller, Ph.D., Thomas E. Shenk, Ph.D., William M. Daley, J.D., Peter C. Wendell, M.B.A., Wendell P. Weeks, M.B.A., Shelly Lazarus, Edward M. Scolnick, H. Brewster Atwater, Jr., Dennis Weatherstone, Charles E. Exley, Jr., Lloyd C. Elam, Erskine B. Bowles, Rosemary Soluri, be and they are hereby dismissed with Prejudice.

NEW ORLEANS, LOUISIANA, this  2nd  day of      February     , 2010.

_____
DISTRICT JUDGE

1006525v.1