# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Don Blodgett and Bernice E. Blodgett,* | * | KNOWLES |
| *et al.* | * | |
| | * | |
| v. | * | No. 06-2210 |
| | * | |
| *Merck & Co., Inc., Merck Frosst* | * | |
| *Canada LTD. and DOES 1-100.* | * | |
| | * | |
| **Only with regard to:** | * | |
| **Don Blodgett and Bernice E.** | * | |
| **Blodgett** | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation and Notice of Dismissal with Prejudice as to all Defendants,

IT IS ORDERED that all claims of Don and Bernice E. Blodgett against Merck & Co. Inc., Merck Frosst Canada, LTD, and Does 1-100 be and they are hereby dismissed with Prejudice.

NEW ORLEANS, LOUISIANA, this  2nd  day of      February     , 2010.

_____
DISTRICT JUDGE

1006524v.1