UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx <br> Products Liability Litigation <br><br> This Document Relates To: <br><br> *Ann M.G. Albright and Raymond E. Albright, et al.* <br><br> v. <br><br> *Merck & Co., Inc., Merck Frosst Canada LTD. and DOES 1-100.* <br><br> **Only with regard to:** <br> **Judith Greeley, Barbara Schultz, Orville Schultz, Georgia Carrigan and Kent W. Carrigan** | MDL No. 05-1657 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br> No. 06-2204 |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation and Notice of Dismissal with Prejudice as to all Defendants,

IT IS ORDERED that all claims of Judith Greeley, Barbara Schultz, Orville Schultz, Georgia Carrigan and Kent W. Carrigan against Merck & Co. Inc., Merck Frosst Canada, LTD, and Does 1-100 be and they are hereby dismissed with Prejudice.

NEW ORLEANS, LOUISIANA, this  2nd  day of        February       , 2010.

_____
DISTRICT JUDGE

1006521v.1