**MINUTE ENTRY**
**FALLON, J.**
**FEBRUARY 3, 2010**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| ALL GOVERNMENT ACTION CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

 

On this date, a status conference was held in the Courtroom of Judge Eldon E. Fallon. Brian Anderson and Ben Barnett participated via telephone on behalf of the Defendant.  Jim Dugan participated on behalf of the Louisiana Attorney General.  Dawn Barrios participated on behalf of the other government action plaintiffs.  Russ Herman participated via telephone on behalf of the Plaintiffs' Steering Committee.  At the conference, the parties discussed the status of the case and the progress of discovery.

Specifically, the parties discussed an appropriate briefing and argument schedule for Plaintiff's Motion to Remand (Rec. Doc. 1044) in the Louisiana Attorney General case.  IT IS ORDERED an additional status conference shall be held in the Courtroom of Judge Eldon E. Fallon on Monday, February 8, 2010, at 2:00 p.m. to further discuss this issue.  IT IS FURTHER ORDERED that in advance of this status conference, the parties shall meet and confer and attempt to agree upon an appropriate schedule.

JS10(00:45)

Additionally, the parties discussed a possible schedule for discovery and trials in the other government action cases.  Prior to the next monthly status conference, IT IS ORDERED that the parties shall meet and confer in an attempt to agree upon an appropriate schedule.  During these discussions, the parties are directed to contact the Court if any issues should arise that require the Court's assistance.

IT IS FURTHER ORDERED that an additional status conference shall be held in these cases on Friday, February 26, 2010, immediately following the monthly status conference.  Any interested party unable to appear in person may dial in to the conference by using the following call-in information:

Call-in Number:        1-866-213-7163

Conference ID:         55580276

Should the need for another status conference arise before then, the parties are directed to contact the Court.