|  |  |  |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| This Document Relates to: | * | MDL No. 1657 |
| STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, | * | SECTION L |
|  | * | JUDGE ELDON E. FALLON |
|     Plaintiff, | * | |
|  | * | MAGISTRATE JUDGE KNOWLES |
| versus | * | |
| MERCK SHARP & DOHME CORP., | * | |
|     Defendant. | * | |
| Case No. 05-3700. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

Considering the foregoing Plaintiff's Motion for Expedited Consideration of Motion to Remand (R.Doc. 33175),

IT IS ORDERED that Plaintiff's Motion to Remand (R.Doc. 1044) will be heard immediately following the monthly status conference to be held on February 26, 2010.

IT IS FURTHER ORDERED that the Defendant Merck Sharp & Dohme Corp. shall file and serve upon opposing counsel by email its supplemental opposition brief on or before the 18th day of February, 2010.

IT IS FURTHER ORDERED that the Plaintiff shall file and serve upon opposing counsel by email any reply brief on or before the 23rd day of February, 2010.

IT IS FURTHER ORDERED that the status conference in this case scheduled for Monday, February 8, 2010 at 2:00 is hereby CANCELLED.

1007025v.1

NEW ORLEANS, LOUISIANA, this <u>4th</u> day of February 2010.

                                                                                 *Eldon E. Fallon*
                                                                                 United States District Judge

1007025v.1