UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                           :    MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION      :    SECTION: L
                                       :
                                       :    JUDGE FALLON
                                       :    MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**   *Mary Dressel et al v. Merck & Co., Inc.*, **Case No. 05-4963**

## ORDER

IT IS ORDERED that Plaintiff's Motion for Reconsideration and Reversal of Order of Dismissal with Prejudice (Rec. Doc. 33298) shall be set for hearing WITH ORAL ARGUMENT on Friday, February 26, 2010, immediately following the monthly status conference.

New Orleans, Louisiana, this 3rd day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE

1