## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS ) <br>     LIABILITY LITIGATION ) <br> ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) <br> ) <br> THIS RELATES TO: ) <br> ) <br>  Bob Stephens, Individually, and ) <br>  as the Administrator for the Estate ) <br>  of Johnie Stephens, deceased, ) <br>        *Plaintiff* ) <br> v. ) <br> ) <br> Merck & Co., Inc. ) <br>        *Defendant* ) <br> ) <br> Civil Action No: ) <br>    E.D. La. 06-CV-1678 ) <br>    E.D. Ark. 4-06-CV-0259 WRW ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | MDL NO. 1657 <br><br> Section: L <br><br> Judge Fallon <br><br> Magistrate Judge Knowles |

## NOTICE OF CHANGE OF FIRM NAME

Please be advised that the name for the undersigned firm, and its associated counsel, has changed. Gary Eubanks & Associates, P.A. is now GARY HOLT & ASSOCIATES, P.A. The Claims Administrator has previously been informed of this name change; however, it has come to the our attention that no formal notice was filed with the Court.

1

Additionally, and in accordance with the name change, the domain name associated with counsel's email addresses is now garyholtlaw.com.  This is the only change in contact information for the firm and its counsel.

Please update your records accordingly.

           Respectfully submitted,

           GARY HOLT & ASSOCIATES, P.A.
           f/k/a Gary Eubanks & Associates, P.A.
           P.O. Box 3887
           Little Rock, Arkansas 72203-4887
           (501) 372-0266
           holtg@garyholtlaw.com
           walasb@garyholtlaw.com

BY:   /s/   W. Gary Holt
          W. Gary Holt,  Ark. 81090
          Breean Walas,  Ark. 2006077

**CERTIFICATE OF SERVICE**

I, Gary Holt, hereby certify that on this 5th day of February, 2010, the above and foregoing Notice of Change of Firm Name was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedure established in MDL No. 1657,

I further certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, and Plaintiff's counsel, Glenn Thames, Jr.,  by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8.  A copy of this pleading has also been forwarded to Vioxx Claims Administrator, Jennifer Goodwin, by e-mail.

             /s/   Gary Holt