UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

MDL NO. 1657

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION     SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:  ALL CASES

### RESTATED NOTICE OF ATTORNEY'S CHARGING LIEN

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Teresa Toriseva, Esquire, by counsel, Avrum Levicoff, Esquire, Levicoff, Silko & Deemer, P.C., having heretofore given notice of Attorney's Charging Lien, which has since been assessed for procedural sufficiency by the Claims Administrator, pursuant to Pretrial Order 47A, dated December 17, 2009, and the Claims Administrator having found the notice procedurally deficient in that it is based on *quantum meruit*, but does not explicitly state whether the *quantum meruit* claim is exclusive or alternative to a contract claim, hereby restates claim pursuant to Paragraph 6 of the aforesaid Order as follows:

1.    Although there is believed to be a contingent fee agreement between the plaintiff in each affected case and the primary counsel, which may dictate in whole or in part the total attorneys' fee which is appropriately reserved out of the total settlement award made to each plaintiff, to the extent that Teresa Toriseva asserts a lien against a portion of a portion of the attorneys' fees that would otherwise be due and payable to Barry Hill, Esquire, her claim vis a vis Mr. Hill is based upon *quantum meruit*, and it is exclusive of any express contractual claim.

{L0316396.1 }        1

2.      Otherwise, the original Notice of Attorney's Charging Lien and supplement thereto are incorporated herein and attached hereto for convenience.

By: _____
Avrum Levicoff, Esquire
W.Va. I.D. #: 4549
Laura A. Kibby, Esquire
W.Va. I.D. #. 10457
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15222
(412) 434-5200

*Counsel for Teresa Toriseva, Esquire*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

MDL NO. 1657

IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION    SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: ALL CASES

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2010, I electronically filed the foregoing RESTATED NOTICE OF ATTORNEY'S CHARGING LIEN with the Clerk of Court via first class, U.S. Mail (for filing with the Court and for entry upon the CM/ECF filing system which will send notification of such filing to CM/ECF participants), counsel for the VLC, Harry S. Hardin, III, by email (hhardin@joneswalker.com) and upon Liaison Counsel Phillip Wittman and Russ Herman by email (rherman@hhkc.com and pwittmann@stonepigman.com) which will send notification of such filing to the following CM/ECF participants.

By: _____
Avrum Levicoff, Esquire
W.Va. I.D. #: 4549
Laura A. Kibby, Esquire
W.Va. I.D. #. 10457
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15222
(412) 434-5200

*Counsel for Teresa Toriseva, Esquire*



AVRUM LEVICOFF†
ALAN T. SILKO
ELIZABETH E. DEEMER‡
BRETT C. SHEAR
CAREY L. CUMMINGS†
EDWARD I. LEVICOFF
R. BRANDON McCULLOUGH
LAURA A. KIBBY†‡
JONATHAN G. PRESTON✧
MEGAN E. ARRINGTON
DENISE R. ABBOTT†
ANDREW R. THALMAN†✧◊

†Admitted in West Virginia
‡Admitted in Ohio
✧Admitted in New Jersey
◊Admitted in Indiana

LEVICOFF, SILKO & DEEMER, P.C.
ATTORNEYS AT LAW

Centre City Tower
Suite 1900
650 Smithfield Street
Pittsburgh, Pennsylvania 15222

Telephone (412) 434-5200
Facsimile (412) 434-5203
www.LSandD.net

January 11, 2010

ALevicoff@LSandD.net

RECEIVED
JAN 15 2010
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Carolyn Stewart
United States District Court for the
  Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

RE:             VIOXX PRODUCTS LIABILITY LITIGATION MATTER
MDL NO.:        1657
OUR FILE NO.:   02551/999

Dear Ms. Stewart:

I am forwarding herewith the original of our *Restated Notice of Attorney's Charging Lien* for filing with the Court in the above referenced matter.

If you have any questions or require any additional information please feel free to contact me at your convenience.

Again, thank you for permitting us to file this pleading via paper format.

Very truly yours,

AVRUM LEVICOFF

AL/eab
Enclosure

{L0316401.1 }