25 January 2010

        Honorable Judge Elton E Fallon

I received my final Vioxx check October 13, 2009 at which time I was informed they would hold out 15% for a possible insurance lien. This amount was 25,481.49. I was informed with this final check that if no lien was found against me, I should receive this lien amount within 30 days of the writing of the letter. Knowing I had no liens of any kind against me, I was disappointed and shocked they would withhold such a large sum from my final check, as I was counting on this money.

After six weeks I called the Garretson Vioxx Lien Administrator, and was informed I had no liens against me. I was told at this time they were releasing my lien money to my attorneys Beasley Allen. Two weeks later I called Beasley Allen and informed them of my conversation with the Lien Administrator and asked where my money was. Beasley Allen informed me that they were aware there was no liens against me, but the money had not been released to them by the administrator.

Beasley Allen then informed me that after they received my money from the Lien Administrator, they would hold it in their account for two weeks. Eight or nine weeks later, I called Beasley Allen to check the status of my claim. I was informed they had received no money, and they would hold it in their account three to four weeks after they received it. When I questioned why they would hold my money when they knew I owed no liens, I was told, that's the way it works.

I called Beasley Allen about my lien money the second week of January and was told it had not been released to them, and when it was they would hold it in their account for six weeks. It seems every time I call Beasley Allen about my money, they add two weeks to the time they will hold it in their account.

In all fairness to me, I believe all parties knew in October that I owed no liens to anyone. It is going on 120 days since I received my final check minus the 15%. I do not understand why they will not send me my money that I surely need. I appreciate all the help you can give to me. Yours Truly,

Dewey L Yates    Vioxx ID: 200600044839    dewpat1@aol.com
26 Dixie Lane
Milton, Wv. 25541

304-743-4441

DEWEY YATES
26 DIXIE LANE
MILTON W.V.
25541

Honorable Eldon E Fallon
500 Poydras St
Rm # C-456
New Orleans, LA.
70130