UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 FEB -4  AM 8: 40
LORETTA G. WHYTE
CLERK

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Luvenia Breaux v. Merck & Co. Inc.*, Case No. 05-5978

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Luvenia Breaux. IT IS ORDERED that the correspondence be entered into the record. Additionally, a copy of this correspondence shall be forwarded to the pro se curator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 2nd day of February, 2010.

                                                    UNITED STATES DISTRICT JUDGE

Clerk to Serve:

| | |
|---|---|
| Mr. Russ Herman<br>Plaintiff's Liaison Counsel<br>Herman, Herman Katz & Cotlar, LLP<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 | Ms. Luvenia Breaux<br>8517 S. Claiborne Ave.<br>New Orleans, LA 70118 |
| Mr. Phillip Wittmann<br>Stone Pigman Walter Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | Vioxx Pro Se Curator<br>400 Poydras Street<br>Suite 2450<br>New Orleans, LA 70130 |

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____