UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 FEB -4  AM 8: 40

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**  Dorothy Griffin

## ORDER

The Court was copied on the attached correspondence by Vioxx Plaintiff Dorothy Griffin.

IT IS ORDERED that the correspondence be entered into the record.

New Orleans, Louisiana, this 2nd day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Ms. Dorothy Griffin
452 Stone Ridge Drive
Flint, TX 75762

1

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____