# VIOXX Claims Administrator

Toll-Free Telephone: (866) 866-1729
claimsadmin@browngreer.com

Mailing Address:
P.O. Box 85031
Richmond, Virginia 23285-5031

Delivery Address:
115 South 15th Street, Suite 400
Richmond, Virginia 23219-4209

January 19, 2010

**By UPS Two-Day Delivery**

Dorothy Griffin
452 Stone Ridge Drive
Flint, TX 75762

Re: **Response to Claims Package Contest for Future Evidence Stipulation
Vioxx Claim Number (VCN): 1081041**

Dear Ms. Griffin:

We received your contest to the contents of the Claims Package and have researched the history of your Claims Package submission. This research involved review of your original submission of all materials you previously submitted to us. We have determined that the materials that you are contesting were not submitted as part of the Claims Package. These records were not timely submitted, and, as such, will not be included in the Claims Package for FES purposes. The deadline for you to submit additional records was June 9, 2009; therefore, the CD we mailed you on December 18, 2009, contains all of your Claims Package records that may be considered for FES purposes.

You have another chance to certify the contents of your Claims Package. We have included another V2114 Claims Package Certification form. You must complete all steps associated with the submission of the FES on or before the deadline for doing so, which is now **January 29, 2010.** Failure to certify the contents of this Claims Package on or before this new deadline will result in closure of the claim and the delivery of the Release and Stipulation of Dismissal, if any, to Merck, and you will not be able to sue Merck or any other party relating to Vioxx use.

CLERK'S OFFICE
A TRUE COPY

JAN 28 2010

Clerk, U. S. District Court
Eastern District of Louisiana
New Orleans, LA

1

If you have any questions, you may contact the Claims Administrator's Pro Se Coordinator, Diann Bates, at the above mailing address, toll free at (866) 866-1729, by direct dial at (804) 521-7220, by email at dbates@browngreer.com, or by facsimile at (804)521-7299. You may also contact the Pro Se Curator, Robert M. Johnston, at (504) 561-7799 or by email at ijr@ahhelaw.com.

Sincerely,

*Diann W. Bates*

Diann Bates
Pro Se Coordinator

Enclosures


Case 2:05-md-01657-EEF-DEK   Document 33795-1   Filed 02/04/10   Page 3 of 6

| V2114 | Pro Se Response to Claims Administrator Request For<br>Certification of Claims Package Materials<br>Date of Notice: 1/19/10<br>Deadline to Submit Certification of Claims Package Materials: 1/29/10 |
|---|---|

## A. VIOXX USER CLAIMANT INFORMATION

| Claimant Name | Last<br>Griffin | First<br>Dorothy | Middle Initial<br>A |
|---|---|---|---|
| SSN | 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 | VCN | 1081041 |
| Address | Street<br>PO Box 7463 | | |
| | City<br>Tyler | State<br>Texas | Zip<br>75711 |
| Telephone Number | (903) 956-0224 | Email | dorothy-d753r@sbcglobal.net |

## B. CLAIMANT RESPONSE OPTIONS

You have submitted a Future Evidence Stipulation ("FES") in response to your Gate Committee Notice of Ineligibility. If you had a lawsuit against Merck and the lawsuit has been dismissed with prejudice, you cannot sue Merck again and you do not need to do anything with this Response Form. But if you did not have a lawsuit that has been dismissed with prejudice and you want to keep your right to sue Merck, you must continue in the FES process. To continue in the FES process and keep your right to sue Merck on Vioxx Claims, you must certify the contents of the Claims Package you previously submitted to the Claims Administrator in support of your Vioxx claim. Claims Package Materials include all the pharmacy and medical records that you sent to the Claims Administrator on time. Claims Package Materials do not include your Release, Stipulation of Dismissal, Authorization for Release of Employment Records, and/or Authorization for Release of Medical Records.

To certify the contents of your Claims Package, you must:

1. Review the Claims Package Materials.
2. Choose **one** of the options described in Section C below to indicate whether all Claims Package Materials previously submitted to the Claims Administrator in support of your Vioxx Claim have been included. You should choose the appropriate option in Section C by placing a check mark in the box next to the option.
3. Sign and date this Form and return it to the Claims Administrator by the deadline shown at the top of this Form.

Note: Your completion and submission of this Form does not imply or guarantee the acceptance of your Future Evidence Stipulation.


V2114v1                    VIOXX CLAIMS ADMINISTRATOR                    Page 1 of 3
                           BROWNGREER ‖ PLC

## C. CERTIFICATION OF THE CLAIMS PACKAGE

[✓] **OPTION 1 - CLAIMANT CERTIFIES CLAIMS PACKAGE MATERIALS**

I have reviewed the Claims Package Materials provided by the Claims Administrator and I certify that what I received contains all Claims Package Materials I previously submitted to the Claims Administrator in support of my Vioxx Claim.

D.G.

[✗] **OPTION 2 - CLAIMANT OBJECTS TO CLAIMS PACKAGE MATERIALS**

I have reviewed the Claims Package Materials provided by the Claims Administrator and I object as certain Claims Package Materials are missing. Objecting means that you believe that the materials you received did not include all Claims Package Materials you timely submitted to the Claims Administrator in support of your Vioxx claim.

If you believe certain Claims Package Materials you provided to the Claims Administrator have not been included, you must describe below each missing record so that the Claims Administrator can research your records. Your entries should include: (1) a description of any document you believe is missing (for instance, all records from a particular hospital or doctor) or a reference to the specific document that you believe is missing pages (2) provide a document type (such as hospital or pharmacy record); (3) the date or dates of the record; (4) the date you believe the missing document was sent to the Claims Administrator; and (5) the method of shipment to the Claims Administrator. If additional space is needed to describe missing documents, you should attach copies of this sheet. Be as specific as possible.

### CLAIMANT STATEMENT OF MISSING CLAIMS PACKAGE MATERIALS

| | Document Description or Document Title from CD | Type of Record (i.e. Hospital, Pharmacy, Doctor, etc.) | Document Date (mm/dd/yyyy) | Date Sent to Claims Administrator | Manner Sent to Claims Administrator |
|---|---|---|---|---|---|
| 1. | Dec 18th 09 D.G. | Dr. Dough Johnston Dr. Vora Dr. Clark D.G. | 12-2-08 3-20-09 8-25-09 7-21-08 D.G. | 1-2-2010 D-G- | overnight D.G. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| D. SIGNATURE BY CLAIMANT |||||
|---|---|---|---|---|
| Signature | *Dorothy A. Griffin* || Date | 11/22/2010 (Month/Day/Year) |
| Printed Name | First: Dorothy | MI: A. | Last: Griffin ||
| If you are a Representative Claimant signing on behalf of a deceased or incapacitated Claimant, capacity of individual signing this Form (V2114 Form) | NA ||||

Dorothy A. Griffin
15a Stonebridge Dr.
Lint, TX, 75762

Att: Judge Fallon

United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130