UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Kimberly Nan Jelgerhuis, et al v. Merck & Co., Inc.,*
Case No. 05-458 (as to Janice Baum only)

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Janice Baum.

IT IS ORDERED that the correspondence be entered into the record. Additionally, a copy of this correspondence shall be forwarded to liaison counsel and to the pro se curator to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 2nd day of February 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Ms. Janice Baum
6638 Quail Ridge Lane
Fort Wayne, IN 46804

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____