Janice M. Baum
6638 Quail Ridge Lane
Fort Wayne, IN 46804

January 28, 2010

**RECEIVED**

FEB - 1 2010

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

US District Judge Eldon E. Fallon
500 Poydras Street, Room C-456
New Orleans, LA  70130

VCN 1081541

Honorable Judge Fallon:

Today, I was notified of my pending Vioxx Products Liability case review on February 3, 2010, only 5 days away.  My attorney firm was officially dismissed as of January 19, 2010, and I have been unable to obtain further legal representation at such a late date.  The following information is very relevant to my ongoing pursuit against Merck Pharmaceuticals and should have been included in my discovery.  Everything below can be verified in my prior medical records from Dr. Mitchell Stucky, Dr. Stephen Reed, and Mayo Clinic, and Dr. Harrison Farber of Boston Medical Clinic, and is true to the best of my knowledge.

On June 27, 2003, I was bitten on my right foot by a spider that resulted in severe swelling that led to medical treatment that is well documented in my medical records by my GP of more than 27 years, Dr. Mitchell Stucky.  During this treatment beginning June 30, 2003, was the exact time I first noticed my lower extremities turning bluish-purple.  (I was immediately tested for diabetes, too, which came back negative.)  I was treated with at least one round of antibiotics for this infection/swelling from the spider bite.

Over the next 2 months I developed "neuropathy", too, so I was tested for many vascular issues that led to an angioplasty in late August 2003.   (My weight at the time was approx. 125 lbs at nearly 5' 7" tall, and my cholesterol levels were within normal ranges given that I had very high "good" cholesterol.)  Dr. Stephen Reed was TRULY surprised when he found NO blockages causing my worsening health.   Several days later <u>my feet, ankles, and lower legs began to severely swell again</u>...to the point I developed a BULLA (very large blister) on my left foot and was treated as a <u>"burn unit out-patient"</u> for nearly 5 weeks 3-4 times per week. It was suggested that I had some form of Vasculitis.

Because of this, I was sent to Mayo Clinic in Rochester, MN in November 2003 where after numerous tests I was officially diagnosed:  <u>"You're a mystery, an enigma, an unknown"</u>.  During this time I was taking Vioxx for neck & shoulder pain from my orthopaedic doctor, but Vioxx was removed from the market approximately 10 months AFTER my Mayo Clinic visit.

My most recently submitted medical records clearly state my Pulmonary Hypertension diagnosis on August 21, 2009.  Given this newly added deadly medical condition and the <u>above very important pieces to my Vioxx related health puzzle of more than 6 years</u>, and discovering the enclosed medical journal article, I truly believe that I've found Vioxx causation of my extensive use from December 1999 through Sept 30, 2004.  Enclosed is one of many medical journal articles found on the Internet related to <u>Cox-2 inhibitors and their causation of detrimental vascular health issues</u>.  Please, if at all possible, add this letter to my files for your review before determining my case as "dismissed with prejudice".

Because non-compliance of PTO 43 isn't my fault, I'm praying the above circumstances will be allowed for use in reviewing my Vioxx damage claim against Merck Pharmaceuticals. I now realize my earlier documented symptoms beginning in 2003 were the beginning stages of the slowly deteriorating path of Pulmonary Hypertension.

I sincerely apologize for once again going directly to you, but I've been told I have virtually NO chance of ever having a day in court without the proper evidence. Not being an attorney, I don't know how to go about legal counsel "Pro Se", and the Curator's office can't recommend anyone, either. I want nothing more than to get on with my life and be free of these added legal stressors that are only further deteriorating my damaged heart and vascular system. I truly believe that given the opportunity before a jury that my Vioxx damage case can be proven without a doubt. Please consider all of the above circumstances when making your final decision.

I assert that the above information is true and to the best of my knowledge.

Sincerely,

*Janice M. Baum*

Janice M. Baum
(260) 207-5672 Office
(260) 466-2568 Cell

# Arteriosclerosis, Thrombosis, and Vascular Biology



American Heart Association®

*Learn and Live*℠

**COX-2 in Cardiovascular Disease**
David Bishop-Bailey, Jane A. Mitchell and Timothy D. Warner
*Arterioscler Thromb Vasc Biol* 2006;26;956-958
DOI: 10.1161/01.ATV.0000219672.68024.bc
Arteriosclerosis, Thrombosis, and Vascular Biology is published by the American Heart Association.
7272 Greenville Avenue, Dallas, TX 72514

Copyright © 2006 American Heart Association. All rights reserved. Print ISSN: 1079-5642. Online ISSN: 1524-4636

The online version of this article, along with updated information and services, is located on the World Wide Web at:
http://atvb.ahajournals.org/cgi/content/full/26/5/956

Subscriptions: Information about subscribing to Arteriosclerosis, Thrombosis, and Vascular Biology is online at
http://atvb.ahajournals.org/subscriptions/

Permissions: Permissions & Rights Desk, Lippincott Williams & Wilkins, a division of Wolters Kluwer Health, 351 West Camden Street, Baltimore, MD 21202-2436. Phone: 410-528-4050. Fax: 410-528-8550. E-mail:
journalpermissions@lww.com

Reprints: Information about reprints can be found online at
http://www.lww.com/reprints

Downloaded from atvb.ahajournals.org by on January 28, 2010

internal mammary artery. *Arterioscler Thromb Vasc Biol.* 1997;17: 1644–1648.
11. Baker CS, Hall RJ, Evans TJ, Pomerance A, Maclouf J, Creminon C, Yacoub MH, Polak JM. Cyclooxygenase-2 is widely expressed in atherosclerotic lesions affecting native and transplanted human coronary arteries and colocalizes with inducible nitric oxide synthase and nitrotyrosine particularly in macrophages. *Arterioscler Thromb Vasc Biol.* 1999; 19:646–655.
12. Belton OA, Duffy A, Toomey S, Fitzgerald DJ. Cyclooxygenase isoforms and platelet vessel wall interactions in the apolipoprotein E knockout mouse model of atherosclerosis. *Circulation.* 2003;108:3017–3023.
13. Burleigh ME, Babaev VR, Oates JA, Harris RC, Gautam S, Riendeau D, Marnett LJ, Morrow JD, Fazio S, Linton MF. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. *Circulation.* 2002;105:1816–1823.
14. Egan KM, Wang M, Fries S, Lucitt MB, Zukas AM, Pure E, Lawson JA, FitzGerald GA. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. *Circulation.* 2005;111:334–342.
15. Holmes DR, Wester W, Thompson RW, Reilly JM. Prostaglandin E2 synthesis and cyclooxygenase expression in abdominal aortic aneurysms. *J Vasc Surg.* 1997;25:810–815.
16. Walton LJ, Franklin IJ, Bayston T, Brown LC, Greenhalgh RM, Taylor GW, Powell JT. Inhibition of prostaglandin E2 synthesis in abdominal aortic aneurysms: implications for smooth muscle cell viability, inflammatory processes, and the expansion of abdominal aortic aneurysms. *Circulation.* 1999;100:48–54.
17. Miralles M, Wester W, Sicard GA, Thompson R, Reilly JM Indomethacin inhibits expansion of experimental aortic aneurysms via inhibition of the cox2 isoform of cyclooxygenase. *J Vasc Surg.* 199929:884–892.
18. Eldor A, Falcone DJ, Hajjar DP, Minick CR, Weksler BB. Recovery of prostacyclin production by de-endothelialized rabbit aorta. Critical role of neointimal smooth muscle cells. *J Clin Invest.* 1981;67:735–741.
19. Mezzetti A. Pharmacological modulation of plaque instability. *Lupus.* 2005;14:769–772.
20. Altman R, Luciardi HL, Muntaner J, Del Rio F, Berman SG, Lopez R, Gonzalez C. Efficacy assessment of meloxicam, a preferential cyclooxygenase-2 inhibitor, in acute coronary syndromes without ST-segment elevation: the Nonsteroidal Anti-Inflammatory Drugs in Unstable Angina Treatment-2 (NUT-2) pilot study. *Circulation.* 2002;106:191–195.
21. King VL, Trivedi D, Gitlin JM, Loftin CD. Selective cyclo-oxygenase-2 inhibition with celecoxib decreases angiotensin II-induced abdominal aortic aneurysm formation in mice. *Arterioscler Thromb Vasc Biol.* 2006; 26:1137–1143.

Downloaded from atvb.ahajournals.org by on January 28, 2010



Janice M. Baum--VCN 1081541
6804 Quail Ridge Lane

Honorable Judge Eldon E Fallon
US District Court
Eastern District of Louisanna
500 Poydras Street, Room C-456
New Orleans, LA 70130

CERTIFIED MAIL