UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION : | MDL No. 1657 |
| : | SECTION: L |
| : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

ESTATE OF N. HOWARD V. MERCK & CO., INC.        CAUSE NO. 2:08-cv-00251
                                                SECTION L, MAG. 3

### JOINT MOTION FOR LEAVE TO WITHDRAW AND TO SUBSTITUTE COUNSEL OF RECORD

**COME NOW** Levi Boone, III, counsel of record for Plaintiff, the Estate of Nancy Lee Howard, Deceased, and Edward D. Lamar, an attorney licensed to practice in Mississippi, and jointly move the Court both to grant Levi Boone, III, leave to withdraw as counsel of record for the Estate of Nancy Lee Howard, Deceased, and to substitute Edward D. Lamar and the law firm of Henderson Dantone, P.A., 241 Main Street, Greenville, Mississippi 38701 as counsel of record for Plaintiff, the Estate of Nancy Lee Howard, Deceased, stating unto the Court as follows:

1.      Levi Boone, III, Esq., of the Boone Law Firm, P.A., 401 W. Sunflower Avenue, Cleveland, Mississippi 38732, is and has been the attorney of record for the Estate of Nancy Lee Howard, Deceased, since the Estate was opened and since the original action was filed in the United States District Court for the Northern District of Mississippi (Cause No. 4:07-CV-158-WAP-EMB).

2.      On January 4, 2010, the Chancery Court of Washington County, Mississippi entered an Agreed Order Granting Levi Boone, III, Leave to Withdraw as counsel of record for the Estate of Nancy Lee Howard, Deceased, and substituting

Edward D. Lamar of Henderson Dantone, P.A. as counsel of record for the Estate of Nancy Lee Howard, Deceased. A true and correct copy of said Order is attached hereto as Exhibit "A" and is incorporated by reference as if set out herein *in extenso*.

3. Edward D. Lamar is a member in good standing of the Mississippi State Bar and a Certificate of Good Standing is attached hereto as Exhibit "B" and is incorporated herein by reference as if set out herein *in extenso*. He is a member in good standing of the United States District Court for both the Northern and Southern Districts of Mississippi. Certificates of Good Standing for these district courts are attached hereto as Exhibits "C" and "D", respectively, and each is incorporated herein by reference as if set out herein *in extenso*. While Edward D. Lamar is not an attorney licensed to practice in Louisiana and is not a member of this Court, from time to time since 1980, he has been allowed to participate as counsel in actions pending before this Court on a *pro hac vice* basis. Should the Court grant the subject motion, Edward D. Lamar agrees to enter his appearance and to comport himself as an officer of this Court.

4. Edward D. Lamar has spoken with Alyson Jones, counsel for the Defendant, Merck & Co., Inc. Attorney Jones has authorized Edward D. Lamar to represent to the Court that the Defendant, Merck & Co., Inc., has no objection to this Motion.

5. Should any monies be realized by the Estate of Nancy Lee Howard, Deceased, either by satisfaction of judgment in the subject action or by way of settlement of a doubtful and contingent claim of the Estate of Nancy Lee Howard, Deceased, as approved by the Chancery Court of Washington County, Mississippi, in furtherance of this action pursuing the claim(s) of the Estate of Nancy Lee Howard,

2

Deceased, relating to the ingestion by the Decedent during her lifetime of VIOXX as prosecuted by Donnell Howard, Administrator of the Estate of Nancy Lee Howard, Deceased, then said monies shall be paid into the registry of the Chancery Court of Washington County, Mississippi to await further order(s) of said Court on certain matters, including, but not limited to:

(a) whether any claims have been probated against said Estate, and if so, which claims have been proved and of right should be paid;

(b) whether any attorney fees have been earned either on a contractual or *quantum meruit* basis by Levi Boone, III, and, if so, the amount of monies to be awarded as attorney's fees to Levi Boone, III, and the sum of expenses incurred in prosecuting said action by Boone Law Firm, P.A. and thus to be reimbursed to Boone Law Firm, P.A.;

(c) whether any attorney fees have been earned on a *quantum meruit* basis by Edward D. Lamar, and, if so, the amount of monies to be awarded as attorney's fees to Edward D. Lamar, and the sum of expenses incurred in prosecuting said action by Henderson Dantone, P.A. and thus to be reimbursed to Henderson Dantone, P.A.;

(d) the sum of money to be paid the Chancery Clerk of Washington County, Mississippi as Court costs for administration of said Estate;

(e) the net assets of the Estate of Nancy Lee Howard, Deceased, and distribution of same to the heirs-at-law of Nancy Lee Howard, Deceased, as judicially determined by the Chancery Court of Washington County, Mississippi;

(f) closing the Estate of Nancy Lee Howard, Deceased, discharging the Administrator and his bondsmen, if any; and

(g) concerning any other matter which may come before that Court in the exercise of its jurisdiction.

**WHEREFORE,** Levi Boone, III, Esq., counsel of record for the Estate of Nancy Lee Howard, Deceased, and Edward D. Lamar jointly move the Court to grant Levi Boone, III, Esq. leave to withdraw as counsel of record for the Estate of Nancy Lee Howard, Deceased, and to substitute Edward D. Lamar as counsel of record for the Estate of Nancy Lee Howard, Deceased, and to order that should any monies be realized by the Estate of Nancy Lee Howard, Deceased, either by satisfaction of judgment in the subject action or by way of settlement of a doubtful and contingent claim of the Estate of Nancy Lee Howard, Deceased, as approved by the Chancery Court of Washington County, Mississippi, in furtherance of this action pursuing the claim(s) of the Estate of Nancy Lee Howard, Deceased, relating to the ingestion by the Decedent during her lifetime of VIOXX as prosecuted by Donnell Howard, Administrator of the Estate of Nancy Lee Howard, Deceased, then said monies shall be paid into the registry of the Chancery Court of Washington County, Mississippi to await further order(s) of that Court on certain matters, including, but not limited to:

(a) whether any claims have been probated against said Estate, and if so, which claims have been proved and of right should be paid;

(b) whether any attorney fees have been earned either on a contractual or *quantum meruit* basis by Levi Boone, III, and, if so, the amount of monies to be awarded as attorney's fees to Levi Boone, III, and the sum of expenses incurred in prosecuting said action by Boone Law Firm, P.A. and thus to be reimbursed to Boone Law Firm, P.A.;

(c) whether any attorney fees have been earned on a *quantum meruit* basis by Edward D. Lamar, and, if so, the amount of monies to be awarded as attorney's fees to Edward D. Lamar, and the sum of expenses incurred in prosecuting said action by Henderson Dantone, P.A. and thus to be reimbursed to Henderson Dantone, P.A.;

(d) the sum of money to be paid the Chancery Clerk of Washington County, Mississippi as Court costs for administration of said Estate;

(e) the net assets of the Estate of Nancy Lee Howard, Deceased, and distribution of same to the heirs-at-law of Nancy Lee Howard, Deceased, as judicially determined by the Chancery Court of Washington County, Mississippi;

(f) closing the Estate of Nancy Lee Howard, Deceased, discharging the Administrator and his bondsmen, if any;

(g) concerning any other matter which may come before that Court in the exercise of its jurisdiction; and

(h) for other and further relief.

**RESPECTFULLY SUBMITTED**, this 4th day of ~~January~~ February, 2010.

_____
Levi Boone, III, MSB #3686

Of Counsel:
Boone Law Firm, P.A.
P. O. Box 1772
Cleveland, MS 38732-1772
Telephone: (662) 843-7946
Facsimile: (662) 843-7950
E-mail: LBOONE@BOONELAWFIRM.COM

_____
Edward D. Lamar, MSB #1780

5

Of Counsel:
Henderson Dantone, P.A.
P. O. Box 778
Greenville, MS 38702-0778
Telephone: (662) 378-3400
Facsimile: (662) 378-3413
E-mail: edl@hdpa.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2010, I electronically filed the foregoing document with the United States District Court for the Eastern District of Louisiana (New Orleans) which sent notification of such filing to the following:

    Alyson B. Jones, Esq.
    Counsel for the Defendant

    Levi Boone, III, Esq.

                             /s/Edward D. Lamar