## IN THE CHANCERY COURT OF WASHINGTON COUNTY, MISSISSIPPI

IN THE MATTER OF THE ESTATE OF
NANCY LEE HOWARD, DECEASED

BY: DONNELL HOWARD, ADMINISTRATOR

CASE NO. 08-0006

### ORDER GRANTING JOINT MOTION FOR LEAVE TO WITHDRAW AND TO SUBSTITUTE COUNSEL OF RECORD

The Joint Motion of Levi Boone for Leave to withdraw as Counsel for Donnell Howard, Individually and as Administrator of the Estate of Nancy Howard, Deceased, and to Substitute Edward D. Lamar as counsel for Donnell Howard, Individually, and as Administrator of the Estate of Nancy Howard, Deceased, having come before the Court and the Court, being fully advised in the premises;

**ORDERS** that:

1. Levi Boone and the law firm of Boone Law Firm, P.A., upon the delivery of his entire file related to the matter of the Estate of Nancy Lee Howard, Deceased, to Donnell Howard, are hereby granted leave to withdraw as counsel of record for Donnnell Howard, Individually and as the Administrator of the Estate of Nancy Lee Howard;

2. Edward D. Lamar of Henderson Dantone, P.A., is substituted as the counsel of record for Donnell Howard, Individually and as Administrator of the Estate of Nancy Lee Howard; and that

3. The question of whether the Estate of Nancy Lee Howard owes Levi Boone an attorney's fee or reimbursement of his reasonable expenses incurred during his representation of the estate is reserved until the Court hears the Administrator's Petition to Close the Estate of Nancy Lee Howard, Deceased.

FILED Jan. 4, 2010
MARILYN HANSELL
CHANCERY CLERK
BY _____ D.C.

**ORDERED AND DECREED** this ____4th____ day of ____January____, 20_10_.

_____
Marie Wilson, Chancellor


Order Submitted by:

_____
Levi Boone, III, MSB #__3686__

_____
Edward D. Lamar, MSB #1780



STATE OF MISSISSIPPI
COUNTY OF WASHINGTON

I, Marilyn Hansell, Clerk of the Chancery Court in and for said County and State hereby certify that the within and foregoing instrument is a true and correct copy of ____Order____

as the same appears on file and of record in __probate__
Book __27__ Page __54__
of the records in my office, at Greenville, Miss.
Witness my hand and official seal, this __5th__ day of ____Jan____ A.D., __2010__
Marilyn Hansell
Clerk of Chancery Court of Washington County, Miss.
By __V. Corll__ D.C.