AO 136 Certificate of Good Standing (ND Miss 1/07)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

## CERTIFICATE OF GOOD STANDING

I, David Crews, Clerk of the United States District Court for the Northern District of Mississippi, certify that the attorney identified below was duly admitted to practice before this Court on the date stated and is, as of the date of this certificate, in good standing as a member of the Bar of the United States District Court for the Northern District of Mississippi.

**ATTORNEY'S NAME:** EDWARD D. LAMAR

**BAR NUMBER:** 1780

**DATE ADMITTED:** AUGUST 11, 1977

Given under my hand and Seal of this Court.

**DATE:** January 15, 2010

**DAVID CREWS, CLERK**

By: R. Capps
Deputy Clerk/Case Manager