# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          MISSISSIPPI

**CERTIFICATE OF GOOD STANDING**

I, _____ J. T. NOBLIN _____, *Clerk of this Court,*

*certify that* __Edward Duncan Lamar__ , *Bar #* _____1780_____ ,

*was duly admitted to practice in this Court on*

_____June 26, 1980_____ , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* _____Jackson, Mississippi_____ *on* __January 15, 2010__ .
LOCATION                                              DATE

J. T. NOBLIN
CLERK

*Katherine H. Alexander*
DEPUTY CLERK