UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: VIOXX PRODUCTS** | : | **MDL No. 1657** |
| **LIABILITY LITIGATION** | : | |
| | : | **SECTION: L** |
| | : | |
| | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLES** |

**THIS DOCUMENT RELATES TO:**

**ESTATE OF NANCY HOWARD V. MERCK & CO., INC.**   **CAUSE NO. 08-251**
                                                  **SECTION L, MAG. 3**

### ORDER GRANTING JOINT MOTION FOR LEAVE TO WITHDRAW
### AND TO SUBSTITUTE COUNSEL OF RECORD

The Joint Motion of Levi Boone, III, for Leave to Withdraw as Counsel of Record

for the Estate of Nancy Howard, Deceased, and to Substitute Edward D. Lamar as

counsel of record for the Estate of Nancy Howard, Deceased, having come before the

Court and the Court, being fully advised in the premises;

**ORDERS** that:

1.     Levi Boone, III, Esq., counsel of record for the Estate of Nancy Lee

Howard, Deceased, shall be granted leave to withdraw as counsel of record for the

Estate of Nancy Lee Howard, Deceased;

2.     Edward D. Lamar shall be substituted as counsel of record for the

Estate of Nancy Lee Howard, Deceased, shall enter his appearance and shall remain

subject to the discipline of this Court; and

3.     should any monies be realized by the Estate of Nancy Lee Howard,

Deceased, either by satisfaction of judgment in the subject action or by way of

settlement of a doubtful and contingent claim of the Estate of Nancy Lee Howard,

Deceased, as approved by the Chancery Court of Washington County, Mississippi, in

furtherance of this action pursuing the claim(s) of the Estate of Nancy Lee Howard, Deceased, relating to the ingestion by the Decedent during her lifetime of VIOXX as prosecuted by Donnell Howard, Administrator of the Estate of Nancy Lee Howard, Deceased, then said monies shall be paid into the registry of the Chancery Court of Washington County, Mississippi to await further order(s) of said Court on certain matters, including, but not limited to:

(a)     whether any claims have been probated against said Estate, and if so, which claims have been proved and of right should be paid;

(b)     whether any attorney fees have been earned either on a contractual or *quantum meruit* basis by Levi Boone, III, and, if so, the amount of monies to be awarded as attorney's fees to Levi Boone, III, and the sum of expenses incurred in prosecuting said action by Boone Law Firm, P.A. and thus to be reimbursed to Boone Law Firm, P.A.;

(c)     whether any attorney fees have been earned on a *quantum meruit* basis by Edward D. Lamar, and, if so, the amount of monies to be awarded as attorney's fees to Edward D. Lamar, and the sum of expenses incurred in prosecuting said action by Henderson Dantone, P.A. and thus to be reimbursed to Henderson Dantone, P.A.;

(d)     the sum of money to be paid the Chancery Clerk of Washington County, Mississippi as Court costs for administration of said Estate;

(e)     the net assets of the Estate of Nancy Lee Howard, Deceased, and distribution of same to the heirs-at-law of Nancy Lee Howard, Deceased, as judicially determined by the Chancery Court of Washington County, Mississippi;

(f)      closing the Estate of Nancy Lee Howard, Deceased,

discharging the Administrator and his bondsmen, if any;

(g)      concerning any other matter which may come before that

Court in the exercise of its jurisdiction.

**SO ORDERED,** this _____ day of _____, 2010.


_____
ELDON E. FALLON, JUDGE

Order Submitted By:


_____
Levi Boone, III, MSB #3686


_____
Edward D. Lamar, MSB #1780