IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  FEB - 5 2010
LORETTA G. WHYTE
       CLERK
```

IN RE: VIOXX LITIGATION

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-MD-1657

    The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

    Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

    The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

    The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

_____
CHARLES R. FULBRUGE, III
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

```
__ Fee_____
__ Process_____
X  Dktd_____
__ CtRmDep_____
__ Doc. No._____
```

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 02, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

 No. 09-31202 Elena Strujan v. Merck & Co Inc
  USDC No. 2:05-MD-1657
  USDC No. 2:07-CV-906

Enclosed is an order entered in this case.

CHARLES R. FULBRUGE III, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

Ms. Vilia B Hayes
Ms. Elena Strujan
Ms. Loretta Whyte

P.S. to Ms Hayes and Ms Strujan: The joint designation of the record is due for filing in the District Court within fourteen (14) days from the date of this notice, or, by not later than February 17, 2010. Please serve a copy of the designation on this court at the time of filing.

*Motion Notice - MOT2*