# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 09-31007

MD 05-1657-L

In Re: VIOXX PRODUCTS LIABILITY LITIGATION

U.S. COURT OF APPEALS
FILED
FEB 0 2 2010
CHARLES R. FULBRUGE III

---

REGINALD K. FEARS,

    Plaintiff - Appellant

v.

MERCK & COMPANY,

    Defendant - Appellee

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB - 5 2010
LORETTA G. WHYTE
CLERK

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
USDC No. 2:05-CV-549

---

Before GARZA, DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM:

    This court must examine the basis of its jurisdiction on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this product liability case, the district court denied the plaintiff's motion for class certification. The plaintiff filed what is labeled a "Petition for Permission to Appeal." Although the document cites to "Rule 23(f)," it simply sets out the text of the rule. Rule 23(f) of the Federal Rules of Civil Procedure allows a party to seek permission from the court of appeals to appeal an order

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___

A true copy
Attest: 05 FEB 2010
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana

09-31007

granting or denying class certification. The procedure for requesting an appeal is governed by Federal Rule of Appellate Procedure 5. *See* Advisory Committee Notes, 1998 Amendments to Rule 23 ("Appellate Rule 5 has been modified to establish the procedure for petitioning for leave to appeal under subdivision (f)"). Rule 5 specifies that the petition for permission to appeal must contain: (1) the facts needed to understand the question sought to be appealed; (2) the question itself; (3) the relief sought; (4) the reasons why the appeal should be permitted and the statute or rule authorizing the petition; and (5) the order complained of and any memorandum or opinion that accompanied the order.

In this case, the plaintiff's document, although titled a petition for permission to appeal, contains none of the required items listed in Rule 5. A notice of appeal cannot be treated as a Rule 5 petition. *Aucoin v. Matador Services, Inc.*, 749 F.2d 1180, 1181 (5th Cir. 1985). Absent a sufficient request for permission to appeal, this court is without jurisdiction and the appeal must be dismissed. *Id.*

IT IS SO ORDERED.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 02, 2010

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 09-31007,  Reginald Fears v. Merck & Company
        USDC No. 2:05-CV-549
        USDC No. 2:05-MD-1657

Enclosed is a copy of the judgment issued as the mandate.

                          CHARLES R. FULBRUGE III, Clerk

                          By: _____
                          Dantrell L. Johnson, Deputy Clerk
                          504-310-7689

cc: w/encl:
    Mr. Reginald Keith Fears
    Mr. Richard L. Josephson

MDT-1