JOHN DOGGETT and                  )
MAXINE DOGGETT,                   )          **IN THE UNITED STATES**
                                  )          **DISTRICT COURT FOR THE**
                 Plaintiffs,      )          **EASTERN DISTRICT OF**
                                  )          **LOUISIANA**
v.                                )
                                  )          **Case Code Number: 1657**
                                  )          **Docket Number: 06-1701**
MERCK & CO., INC.,                )
                                  )          **STIPULATION OF DISMISSAL**
                 Defendant.       )          **WITH PREJUDICE**
                                  )          **AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiffs **John Doggett** and **Maxine Doggett** against defendant Merck & Co.,

Inc. and all other named defendants be dismissed in their entirety with prejudice, each party

to bear its own costs.

Gerald S. Leeseberg (0000928)        Stephen G. Strauss         Phillip A. Wittmann
Leeseberg & Valentine                Bryan Cave LLP             Dorothy H. Wimberly
175 South Third Street, PH-1         211 N. Broadway, Suite 3600   Stone Pigman Walther
Columbus, OH 43215                   St. Louis, MO 63102        Wittmann LLC
614-221-2223                         (314) 259-2000 Tel         546 Carondelet Street
                                     (314) 259-2020 Fax         New Orleans, LA 70130
                                                                (504) 581-3200 Tel
                                                                (504) 581-3361 Fax

                                     Attorneys for Merck & Co., Inc.

                                     Dated: 2-10-10

Dated: October 15, 2008

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of February, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.