# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx® | MDL Docket No. 1657 |
| **Product Liability Litigation** | |
| | **SECTION L** |
| **This document relates to:** | |
| | |
| *Ronald Clark* | **JUDGE FALLON** |
| *v.* | |
| *Merck & Co., Inc.* | **MAGISTRATE JUDGE KNOWLES** |
| | |
| | |
| | |
| *Docket No. 2:06-cv-03568* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Ronald Clark in the above-captioned case be

and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.


_____
DISTRICT JUDGE