UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 FEB -8 PM 3: 32
LORETTA G. WHYTE
CLERK

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
: 
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Moses B. Fryer v. Merck/Schering et al.*

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Moses B. Fryer. IT IS ORDERED that the correspondence be entered into the record. Additionally, a copy of this correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary. The Court has also attached a copy of Mr. Fryer's "Declaratory Judgment for Injunctive Relief," which is in the record.

New Orleans, Louisiana, this 28th day of January, 2010.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Ms. Moses B. Fryer
1059 Oglethorpe Ave, S.W.
Atlanta GA, 30310

Vioxx Claims Administrator
115 S. 15th St.
Suite 400
Richmond, VA 23219

1

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___