Moses B. Fryer #(197):
1059-Oglethorpe Ave, S.W,
Atlanta, Georgia # 30310

Honorable Clerk
   For the Us Dist. Court of Louisiana:
   I,
      Respectfully Come To you Concerning
Case # MDL-1657 Vioxx Litigation* (Moses B. Fryer VS.-
Merck, "Et. Al".):
                        Honorable Clerk,


I, Moses B. Fryer Hereby Respectfully Request
Unto you For My Original Filed Copie Of
My Petition* (Declartory Judgment For Ijunctive-
Relief):
Cause: Due To A "Clerical Error", That Was
Ruled by* (~~The State Liaison Committee~~ — Vioxx - Claims Admn. —) The One In
Richmond, VA. Where My Case Is At, I Have Up Til
Feb. 2nd 2010) To Produce My Original Copies
Of My Case That Was Before* Hon. Judg. Eldon E. Fallon
Court Here In your Court Of Louisiana.
   Please Send Me These Requested Petition?
On My Vioxx Case # (MDL-1657):
      I Thank you Very Much
                  Respectfully yours /s/ Moses B. Fryer
                              Pro se.
                           - Petitioner -

RECEIVE
U.S.

DEC 0 6 2004

LUTHER D. ___, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ORIGINAL

| | |
|---|---|
| Moses B. Fryer, | |
| (Plaintiff)! | Declaratory Judgment |
| — Vs — | For Injunctive Relief: |
| Merck/Schering, | Petition, (1983): |
| Plough-Pharmaceut- | |
| icals,(Defendants); | Case No.# _____ |
| Et Al. | 1 04·MI·0335 |

\*

## Declaratory Judgment For Injunctive Relief:

(1) I, Moses B. Fryer known herein as (Petitioner).
And Petition's thus honorable Court for a
Declaratory Judgment for Injunctive Relief,
(1983) Petition. Against said Defendants
Listed (Supra) Et Al.
These, Defendants has cost me everything
As to my ever having a clean bill of
Health ever again. due from their Neg-
ilencies of their Creating a Monstrous
Drug such as (Vioxx)→"Rofecoxib". This Drug
My Doctor put me on for my (Arthritis) I
Have and Had within my joints. I took
it for a period of four years(2000-2004).
The year of (2000) My arteries got
clogged and blockage and I had to
Have (Two) Surgeries performed on my
Left Groin—Then again on my Right Groin
Placing Stynts inside my Arteries,

ATTEST: A TRUE COPY
CERTIFIED THIS

APR 2 9 2005

Luther D. Thomas, Clerk
By: _____
Deputy Clerk

*(PAGE TWO)*

And I Now SUFFER SEVER Aches And
PAiNs IN My LEGS, RighT And LEFT Hips
And CALVES, And ANKLES.

(2).
DUE UNTO THE Supra STATed FACTs by
THE PLAiNTIFF, UPON THE NEgiLENCES
by THE DEFENDANTS IN THIS ACTION,
CoULd hAVE bEEN AVoided iF THE
DEFENDANTS, ETAL hAd oF CARED,
hAd THEy did THEIR PROPER RESEARCH
ON (VIOXX) To begiN WiTH. buT THEIR
GoAL And AiM WERE MAKiNg MONEY
RATHER THAN SAFETy, INWhich CAused
PLAiNTIFF A LoNg LiFE OF MORE Aches
And PAiNS OF AgoNies.

(3).
PLAiNTIFF, MEdiCAL RECoRds To SUPPORT
his STATed SUPRA ACCUSATIONS AgAiNST
THE SUPRA DEFENDANTS; ET AL ARE ON
FiLES COMPUTERed WiTH THE INFRA
DoCToRs, ANd SURgEONS, PhysiCiANS
HEREOF — — — — — — — — — — —
DR. M.G. SKAdAsis, 550 PEAchTREE ST. NE. ATIANTA,
GEORqia, 30308 (PHONE (404) 681-3190) 404-681-3193
— AND —

DR. M.F. CoNLiN (MD) 550 PEAchTREE ST, N.E. suite 1700
ATIANTA, GEORqia, 30308 PH. 404-881-9727 ANd
FAX 404-523-9184

**(PAGE THREE)**

ALLEGATION
CONT.,

THESE TWO DOCTORS HAS ALL MEDICAL
INFORMATION ON AND ABOUT PLAINTIFF,
PETITIONER. OF THE DAMAGED "ARTERIES"
To his RIGHT AND LEFT LEGS CAUSING
STYNT SURGERIES ON AND TO boTH LEGS,
CAUSING LIFE TIME OF COMPLICATIVE PAIN
ACHES AND CONDITIONS OF WALKING LONG
distANTANCES.
(4).

PLAINTIFF, RESIDES AT 727 JUNIPER STREET           MOSES B. FRYER, PRO SE.
N.E. ATLANTA, GEORGIA.#ApT-608 PHONE#
(404) 875-2584."
(5).
     - ETAL -
(DEFendanTs); Addresses ARE _ _ _ _ _ _ _
MERCK+ SCHERING + PLOUGH PHARMACEUTICALS
P.O. Box 869033, PLANO, TEXAS.# 75086-9807.
     - ETAL -
ALSO (DEFENdaNTs) MERCK+COMPANY., INC.
WHiTEhoUSE STATion, NEW JERSEY.#08889(USA).
(5).
PLAINTIFF, HEREby SEEKs DAMAGES FOR SAid
HARMS AND HEALTH LOSES TOWARd HIS
ARTERIES AND CLOGGED ARTERY SYSTEM,
AND SEEK WHAT THISS ACTion SO REPRESENTs
UNDER THE NEGELENCE AND PUNITIVE
DAMAGES, IN THE AMOUNT OF#80,000
DOLLARS FOR SAid SUPRA ALLEGATIONS
        /S/ moses B. Fryer
DATE: DEc 6TH 2004     PLAINTIFF - PROSE.

*(INFORMA PAUPERIS AFFIDAVIT)*

CASE NO.#

NOW COMES MOSES B. FRYER KNOWN HEREIN
AS THE AFFIANT, AND ASK THUS HONORABE
COURT TO RELEAVE ALL SAID COSTS, AND
LIABILITIES UPON AFFIANT AND CONSISTING
TO THUS HONORABLE COURT AND his (1983) FOR
DECLARATORY JUDGMENT FOR INJUNCTIVE
RELIEF.
MOVANT, AEFIANT IS A PAUPER AND IS
A CITIZEN OF THE UNITED STATES OF
AMERICA, AND IS OF LEGAL AGE OF (64) YRS.
OLD. HE ALSO DECLARE ALL HEREIN IS
TRUE TO THE VERY BEST OF HIS KNOW-
LEDGE.

/s/ Moses B. Fryer
MOSES B. FRYER, Pro Se.
727 JUNIPER ST NE #AB
ATLANTA GA #30308
TEL. 404-875-2584

SUBSCRIBED AND SWORN BEFORE ME
THIS 6th day OF December          2004

My COMMISSION EXPIRES

/s/ _____
NOTARY PUBLIC
expiration date: 01-12-09

*(CERTIFICATE OF SERVICE)*

I, MOSES B. FRYER HEREBY DECLARE THAT
EVERYTHING HEREIN SAID, IS TRUE TO THE
BEST OF his KNOWLEDGE, AND HE HAS
deLivERed TO THE UNited STATES ___
DiSTRiCT COURT CLERK'S OFFiCe OF THE
NORTHERN DiSTRiCT OF GEORGiA AT THE
RICHARD B. RUSSELL BUiLding 75 SPRiNG
STReeT, N.E. ATlANTA, GEORGIA. #30303
Copies OF* DECLARATORY JUdGMENT FOR-
iNJUNCTiVE ReLieF, (1983) PETiTiON.
FOR DEFENdANTS ET AL. THERE TO.
*Via*
MOSES B. FRYER (ApT-60B)
727 JUNiPER STReeT, N.E.
ATLANTA, GEORGIA. #30308
TEL. 404-875-2584

DATE: 12-6-04            /s/ Moses B. Fryer
                        MOSES B. FRYER
                           PRO SE.

SWORN, And Subscribed beFORE ME
THIS 6th day OF December _____ 2004.

My COMMISSION EXPIRES

NOTARY PUBLIC

MOSES B. FRYER (107):
1059- OGLETHORPE AVE, S.W.
ATIANTA, GEORGIA # 30310

7013 0473933

TO; HONORABLE JUDGE ELDON E. FALLON; (CLERK);
THE U.S. DIST, COURT/EASTERN DIST, OF LOUISIANA
_____ NEW ORLEANS, LOUISIANA # 70130 _____

ATLANTA USA 300

USA 44