U. S. DISTRICT COURT
Eastern District of Louisiana

UNITED STATES DISTRICT COURT

EASTER N   DISTRICT  OF  LOUISIANA

FILED   FEB - 3 2010

LORETTA G. WHYTE
Clerk

MAURICE  ROBINSON  ON  BEHALF

OF  BIBBIE  ROBINSON  DECEASED

V.

VIOXX  MANUFATORY  MERCK

Case 09 -1906  L(3)
MDL 1657

MOTION  TO  FILE

ADDICTIONAL  MEDICAL  RECORD  AND  OTHER  IMFORMATION  TO  MY  CASE


MAURICE  ROBINSON  ON  BEHALF  OF  BOBBIE  ROBINSON  DECEASED  WIFE

I  AM  SENDING  AN  ADDICTIONAL  THIRTEEN  COPYS  MEDICAL  RECORDS  ON  BOBBIE  ROBINSON

WHY  SHE  WAS  ON  VIOXX  SINCE  1999  TO  2003  TO  THE  ATTENTION  OF  JUDGE  ELDON  F.  FALLON

I  AM  REPECTFULLY  ASTIN  YOU  TO  LOOK  AT  RECORDS  ON  MRS  BOBBIE  ROBINSON


PLEASE  SEND  DATED  COPYS  TO  ADDRESS  ON  FILE.

___ Fee_____
___ Process_____
X   Dktd._____
X   CtRmDep._____
      Doc. No._____

TENDERED FOR FILING

FEB - 3 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1-29-2010

IN RE: Vioxx® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

Plaintiff or Claimant: _Maurice Robinson_
(name)

## AMENDED AND SUPPLEMENTAL PLAINTIFF PROFILE FORM

This Amended and Supplemental Plaintiff Profile Form ("ASPPF") is to be completed and served pursuant to the requirements of Pre-Trial Orders ("PTOs") 28 and 29.

Other than in Sections I (C) and VIII, those questions using the term "You" should refer to the person who used Vioxx. Please use the Additional Information pages, located at the end of this form, as necessary to fully answer these questions. Sources of Information must be completed by each plaintiff who used Vioxx or their personal representative. Section VIII must be completed by loss of consortium plaintiffs.

If you are completing this questionnaire in a representative capacity, please respond to all questions with respect to the person who used Vioxx, unless the question instructs you otherwise. Those questions using the term "You" refer to the person who used the Vioxx, unless you are instructed otherwise. If the individual is deceased, please respond as of the time immediately prior to his or her death, unless a different time period is specified. In filling out this form, please use the following definitions:

(1) "**health care provider**" means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, mental, emotional or psychological care or advice and any pharmacy, counselor, dentist, X-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, therapist, nurse, herbalist, nutritionist, dietician or other persons or entities involved in evaluation, diagnosis, care and/or treatment;

(2) "**document**" means any writing or record or any type, however produced and whatever the medium on which it was produced or reproduced, and includes, without limitation, the original and any non-identical copy (whether different from the original because of handwritten notes or underlying on the copy or otherwise) and all drafts of papers, letters, telegrams, telexes, notes, notations, memoranda of conversations or meeting, calendars, diaries, minutes of meetings, interoffice communications, electronic mail, message slips, notebooks, agreements, reports, articles, books, tables, charts, schedules, memoranda, medical records, X-rays, advertisements, pictures, photographs, films, accounting books or records, billings, credit card records, electrical or magnetic recordings or tapes, or any other writings, recordings, or pictures of any kind of description.

I.   CASE INFORMATION

A. Name of person completing this form: _Maurice Robinson_

B. Please state the following for the civil action or claim which you filed:

1. Case caption: _Maurice Robinson on Behalf of Bobbie Robinson (Dece_

2. Case No.: _08-1406_

3. If Tolling Claimant, set forth the date you executed your Notice of Tolling Agreement: _____

4. Please state the name, address, and telephone number of the principal attorney representing you.  If you are not represented by an attorney in this case, please state "none."

Name: _____

Firm name: _____

City, State and Zip Code: _____

Telephone number: _____

C. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person, or a minor, or incapacitated person), please complete the following:

1. Your name: _Maurice Robinson_

2. Social Security Number: _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_

3. Any other names used or by which you have been known, including but not limited to maiden name: _No_

4. Street Address: _P.O. Box 2744_

5. City, State and Zip Code: _Olathe Ks  66063_

6. If you are serving in a representative capacity, state which individual or estate you are representing, and in what capacity you are representing the individual or estate: _Husband this was My wife_

7. If you were appointed as a representative by a court, state the:

_____        _____
Court                                          Date of Appointment

2

8. Your relationship to deceased or represented person or person claimed to be injured:

_My wife_

9. If you represent a decedent's estate based on a decedent's death, state the date of death of the decedent and the address of the place where the decedent died:

_Methodist Hospital North_
_Memphis Tenn_

D. Claim Information:

1. Identify each bodily injury you claim resulted from your use of Vioxx:

_Fainting episodes  Complex heart Disease_
_Hypertension, Obesity, And Fibroids problems_

2. Identify the date(s) that you claim each injury occurred: _At A_
_LAter time   I can not think of all date At_
_this time_

3. Who diagnosed the conditions? _Doctors_

4. Did you ever suffer the same type of injury(ies) prior to the date(s) set forth in Section I (D) (2)? Yes _____    No _Deceased_

   If "yes," please specify each prior injury, when it occurred and who diagnosed each prior injury at that time: _____
   _____ _Deceased_

5. Do you claim that your use of Vioxx worsened a condition that you already had or had in the past? Yes _✓_   No _____

   If "yes," set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took Vioxx; and the date of recovery, if any:
   _~~Fibroids~~_
   _Her Asthma was Better_
   _Before Vioxx,  Fibroids started Along the time_
   _She Started takeing Vioxx, And worsended_

E. Are you claiming damages for any psychological, psychiatric or other mental or emotional problem as a consequence of using Vioxx? Yes _____  No _X_

   If "yes," describe each kind of injury you allege you suffered and when you allegedly suffered it: _____

*Also if "yes,"* did you seek treatment for these injuries?
Yes _____ No _____

*If "yes,"* provide:

1.  Name and address of each person who treated you:

    *Catherine Womack, Michael Jones, Michael D Wilons, John B*
    Name                                                      *CRockaRe*

    *Madison Av. Wolf River Circle, Ridge Lake Blvd, Madison Avenue*
    Address (if not otherwise provided)

2.  Condition(s) for which treated: *ARthritis, Complex heaat disease, Hyperansion, Obesi*
    *Colon Cancer*          *1999*

3.  When treated:   From: *2000*   To: *2003*

4.  Medications prescribed for each such condition: *All Medication in Medical Reco*

*Also if "yes,"* state whether you have experienced or been treated for any psychological,
psychiatric or other mental or emotional problem prior to the physical injury you claim
from Vioxx, including but not limited to panic attacks, anxiety, post traumatic stress
disorder, depression, thoughts of hurting yourself or other people, schizophrenia, bipolar
disorder, personality disorders (e.g., obsessive compulsive, paranoid, borderline,
histrionic, other), generalized anxiety disorder, social phobia/anxiety disorder, post-
traumatic stress disorder, depression, mania, poor sleep, poor concentration, suicidal
thoughts/attempts, and drug abuse.   Yes _____ No *X*

*If "yes,"* state:

5.  Name and address of each person who treated you:

    _____
    Name

    _____
    Address (if not otherwise provided)

6.  Condition(s) for which treated: _____

7.  When treated:   From: _____   To: _____

8.  Medications prescribed for each such condition: _____

II.   **VIOXX® PRESCRIPTION INFORMATION**

A.  Who prescribed Vioxx for you?   *All Her Doctors*

B.  On which dates did you begin to take, and stop taking, Vioxx?
*My wife Begin taking in 1995 to the day She Pass away in 2003*

C.  For what condition were you prescribed Vioxx?
*Arthritis*

D.  Did you receive a prescription for Vioxx? Yes *X*   No _____

If "yes," set forth the name(s) and address(es) of each pharmacy where you filled each Vioxx prescription: *Super D Drugs on Union Memphis Tn Walgreen on Union Av. Memphis Tn And I Have Medical Record of the precription*

1.  Did you renew your prescription for Vioxx? Yes *X*   No _____

If "yes," how many times? *eight precription*

E.  Did you receive any samples of Vioxx? Yes *✓*   No _____

If "yes," for each provider, provide the following:

1.  Identify the full name and address of person who provided you a sample of Vioxx:
*Dr. John R. Crockarell Jr. M.D. 910 Madison Avenue, Memphis Tn, For Arthristis And Pain*

2.  Identify how many tablets of each dosage were provided: *do not no at this time*

3.  Identify each date samples of each dosage were provided: *do not no at this Time*

F.  Which form of Vioxx did you take (check all that apply)?

_____ 12.5 mg Tablet (cream, round, MRK 74)
_____ 12.5 mg Oral Suspension
___*X*___ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK·114)

G. How many times per day did you take Vioxx?

*my wife Deceged every day but Do not no How many times this time*

H. Have you reviewed any written, televised or internet-based advertising or labeling materials regarding Vioxx? Yes _____ No *X*

If "yes," state which written, televised or internet-based advertising or labeling materials you reviewed regarding Vioxx and when you reviewed such materials. _____

_____
_____
_____

I. Have you had discussions with any doctor about whether your claimed injury(ies) set forth in Section I (D), above, is related to the use of Vioxx? Yes _____ No *X*

If "yes," provide the following:

   i. Identify the doctor(s) with whom you had such discussions.

   _____
   Name

   _____
   Address (if not otherwise provided) *(If discussed with more than one doctor, please provide details in the Additional Information page located at the end of this form)*

J. State whether you requested that any doctor or clinic provide you with Vioxx or a prescription for Vioxx. Yes *X* No _____ *WAlgreen Drugs And Super D Drugs*

K. Were you given any written instructions or warnings regarding the use of Vioxx? Yes _____ No _____ *Do not no At this time*

If "yes," state:

   1. When the written instructions or warnings were given:

   _____
   _____

   2. A description of the written warnings or instructions (e.g., package insert, patient product information, pharmacy handout, etc.): _____

   _____
   _____

   3. Identify each person or entity from whom you received the warnings or instructions:

   _____
   _____
   _____

6

4. Approximate date you received the written instructions or warnings: _____

5. Summary of instructions/warnings received: *Wife Dececed Do not know at this time*

L. What other medications (including aspirin), if any, were you taking at the same time you were taking Vioxx?

*the Medical Report From Walgreen Drug And Super D Drugs will Show all Medication*

M. What other medications (including, but not limited to, aspirin, ibuprofen, naproxen, and Celebrex) have you taken for osteoarthritis, rheumatoid arthritis, or pain relief, and when did you take them?

*The Medical Report will Show All Madication on File*

1. Do you believe you ever experienced gastrointestinal problems or other adverse side effects from any or all of these other medications? *If "yes,"* list the type of adverse side effect, the medication you were taking and the date(s) on which you experienced the adverse side effect. *there WAS side effects*

2. Did you believe you experienced any of the adverse side effects listed in your answer to the preceding question while taking Vioxx? *If "yes,"* set forth which adverse side effect you experienced, when, what treatment you received for the adverse side effect, and who prescribed that treatment.

*there WAS side Effects while talking Vioxx*

N. On what date, and in what city and state, did you first experience any symptoms you believe are related to the injury(ies) alleged in Section I (D) and what were those symptoms?

*Menphis Tenn  Fainting Episodes And Fibroids problems, And Pain all the time*

O. Were there any witnesses to the symptoms identified in Section I (D)? *If "yes,"* state their names, addresses, phone numbers and relationships to you. _____

*Husband Manarice Robinson*

7

P.  When did you first contact a doctor or healthcare professional concerning the injury you allege in Section I (D) and whom did you contact? *Medical Record Show July 15, 1999*

Q.  If you were taken to a doctor or health care facility for the injury(ies) alleged in Section I (D), state the name and address of the persons, police department, fire department, emergency medical workers, or ambulance company that took you to the doctor or health care facility. *Deceased Rural/Metro Mid-South L P Department 8036 Knoxville tn 37995-8036*

## III.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Last name: *Robinson*

First name: *Bobbie*

Middle name or initial: *Jean*

B.  Any other names used of by which you have been known, including but not limited to maiden name: *No*

C.  Social Security Number: *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*

D.  Driver's license number: _____ State issuing your license: _____

E.  Date and place of birth: *June 29 58 Memphis Tn*

F.  Sex: Male _____ Female *X*

G.  Current street address: *P.O. Box 2744 Olathe KS 66063*

8

H. Identify each other address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one *(if you have not resided at another address in the last ten (10) years please state "none."):*

| Address | Dates of Residence | |
|---------|------|----|
| | From: | To: |
| 2484 Lockmeade Dr. Memphis Tw 38127 | 1995 | 2004 |
| | | |
| P.O. Box 2741 Olathe KS 66063 | 2004 | 2010 |

I. Identify each high school, college, university or other educational institution (except grade school) you have attended, the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas & Degrees |
|-------------|----------------|-----------------|--------------------|
| High School College | Do not no At this Time | Do not no At this time | yes. |
| | | | |
| | | | |
| | | | |

J. **Employment Information.**

1. Current employer (if not currently employed, last employer):

Name of employer: UTTennessee

Address: _____

Dates of employment: From: 1995   To: 2001

Occupation/Job duties: Adminstrator   Secretary

2.  List the following for each employer you have had in the last ten (10) years (not including any employer listed in Section III (J) (1) above):

Name of employer: *University OF Tennessee*

Address: *Do not no At this Time*

Dates of employment: From: *1995*    To: *2001*

Occupation/Job duties: *Administrator Secretary And others*

Name of employer: *City of Memphis*

Address: *Do not no At this Time*

Dates of employment: From: *1981*    To: *1994 or 95*

Occupation/Job duties: *Accountant, Secretary work*

Name of employer: _____

Address: _____

Dates of employment: From: _____    To: _____

Occupation/Job duties: _____

Name of employer: _____

Address: _____

Dates of employment: From: _____    To: _____

Occupation/Job duties: _____

K.  Military Service Information

1.  Have you ever served in any branch of the U.S. Military?
    Yes _____  No _X_

    *If "yes,"* please state:

    a.  What branch and the dates of service: _____
        _____

    b.  Were you discharged for any reason relating to your physical, psychiatric or emotional condition?
        Yes _____  No _____

10

*If "yes,"* state what that condition was: _____

_____

2. Have you ever been rejected from military service for any reason relating to your health or physical condition?
   Yes _____ No __X__

   *If "yes,"* state what that condition was: _____

   _____

3. Have you ever served in the military overseas?
   Yes _____ No __X__

   *If "yes,"* state location and dates: _____

   _____

L. <u>Insurance/Claim Information</u>

1. Have you ever filed a worker's compensation claim?  Yes _____ No __X__

   *If "yes,"* please state:

   a. Year claim was filed: _____

   b. Court/State where claim was filed: _____

   c. Claim/docket number, if applicable: _____

   d. Nature of disability: _____

   e. Period of disability: _____

   f. Benefits received, if any: _____

   g. Identify the full name and address of the entity most likely to have records concerning your claim: Johnston Hoefer, Holwader, Vioxx Chaims ADministrator 115 South 15 Street Suite 400 Richmond V
   *(If necessary, to describe more than one claim, please provide details in the Additional Information page located at the end of this form.)*

2. Have you ever filed a social security disability claim (SSI or SSD)?
   Yes __X__ No _____

   *If "yes,"* please state:

   a. Year claim was filed: Do not no At this Time

   b. Where claim was filed: Memphis Tn

11

   c.  Nature of disability: _Disable_____

   d.  Period of disability: _2006_____

   e.  Benefits received, if any: _Do not at this Time_____

   f.  Identify the full name and address of the entity most likely to have records
       concerning your claim: _~~Social Administrator~~ Social Security_
       _~~_____~~ Social Security_
       *(If necessary, to describe more than one claim, please provide details in the*
       *Additional Information page located at the end of this form.)*

3.  Have you ever been denied life insurance or medical insurance for reasons relating to
    your medical or physical condition? Yes _____ No _X_

    *If "yes,"* state when, the name of the company and the company's stated
    reason for denial: _____

    _____

    _____

4.  *(Answer this question if you are claiming damages for mental or emotional*
    *distress.)*  Have you ever been denied life insurance or medical insurance for reasons
    relating to your mental or emotional condition? Yes _____ No _X_

    *If "yes,"* state when, the name of the company and the company's stated
    reason for denial: _____

    _____

5.  Has any insurance or other company provided medical coverage to you (either
    directly or through a group including any employer of yours) or paid medical bills on
    your behalf at any time, beginning ten (10) years before your alleged injury through
    the present? Yes _____ No _X_

    *If "yes,"* then as to each company, separately state:

    Name of the company: _____

    Address of the company: _____

    The account/policy number or designation: _____

    Dates of coverage: _____

    When claim was made: _____

6.  Have you ever been out of work for more than thirty (30) days for reasons related to
    your health? Yes _____ No _____

*If "yes,"* identify the date you were out of work and the reason(s).

When: From: **2001** To: **2003**

Reason: **Disable**

7. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes _____ No **X**

*If "yes,"* please provide the following:

When the lawsuit or claim was made: _____

Court in which such action was filed: _____

Case caption: _____

Case name: _____

Civil action/Docket No.: _____

Name(s) of adverse parties: _____

Brief description of claims asserted: _____

_____

M. Have you ever been convicted or plead guilty of a crime? Yes _____ No **X**

*If "yes,"* identify where, when, and the crime: _____

_____

## IV. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (i.e. divorce, annulment, death):

_____

_____

_____

B. Has your spouse filed a loss of consortium claim in this action? Yes _____ No **X**

C. Has any parent, grandparent, child, or sibling ever been diagnosed with a problem or condition relating to the same organ or organ system identified in your answer to Section I(D)? Yes _____ No **X**

13

*If "yes,"* identify each such person below and provide the information requested.

1. Name: _____

    Current age (or age at death): _____

    Type of problem or condition: _____

    Age at problem or condition: _____

    If applicable, cause of death: _____

2. Name: _____

    Current age (or age at death): _____

    Type of problem or condition: _____

    Age at problem or condition: _____

    If applicable, cause of death: _____

3. Name: _____

    Current age (or age at death): _____

    Type of problem or condition: _____

    Age at problem or condition: _____

    If applicable, cause of death: _____

D. Provide the full name, address and age of each of your children.  If you had no children, state *"none."* _____
_____
_____
_____
_____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent who have standing to assert a wrongful death claim. _____
_____
_____

14

F.  If you are bringing a survivor cause of action, state whether you have been appointed as the decedent's personal representative authorized to prosecute the decedent's claims, and when and by whom you were so appointed:

*This was my wife*

## V.   CURRENT MEDICAL CONDITION

A.  Do you currently suffer from any physical injuries, illnesses or disabilities other than those you alleged are the result of your use of Vioxx in Section I (D)?
Yes _____   No X

*If "yes,"* please state the following for each injury, illness or disability:

1.  Identify the injury, illness, or disability, their symptoms and date of onset:

2.  By whom first diagnosed:

_____        _____
Name                             Address

_____
Date of diagnosis

## VI.   MEDICAL BACKGROUND

A.  Height: _____

B.  Current Weight: _____

C.  Weight at the time of the injury, illness or disability described in Section I (D): _____

D. Prescription Medicines

1. To the best of your knowledge, state whether you used any of the following from ten (10) years prior to the date of the injury you allege in Section I (D) through the present, check all medications you have used, state the first and last dates you took the medication, and identify the doctor that prescribed the medication.

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Angiotension Converting Enzyme ("ACE") Inhibitors:<br>Altace: _____<br>Aceon: _____<br>Accupril: _____<br>Monopril: _____<br>Lotensin: _____<br>Capoten: _____<br>Vasotec: _____<br>Prinivil: _____<br>Zestril: _____<br>Univasc: _____<br>Mavik: _____<br>**Other:** | | | | High blood pressure: _____<br>Heart disease: _____<br>Cardiomyopathy: _____<br>Previous heart attack: _____<br>Enlarged heart: _____<br>Kidney problems: _____<br>Diabetes: _____<br>Other: |
| Angiotension II Receptor Antagonists ("ARBs"):<br>Cozaar: _____<br>Diovan: _____<br>Avapro: _____<br>Micardis: _X___<br>Atacard: _____<br>**Other:** | | | *Medical Record will show all DRUGS* | High blood pressure: _X__<br>Heart disease: _X__<br>Cardiomyopathy: _____<br>Previous heart attack: _____<br>Enlarged heart: _____<br>Kidney problems: _____<br>Diabetes: _____<br>**Other:** |
| Beta Blockers:<br>Inderal: _____<br>Lopresser: _____<br>Toprol: _____<br>Sectral: _____<br>Corgard: _____<br>Coreg: _____<br>Tenormin: _____<br>Timoptic: _____ | | | | High blood pressure: _____<br>Heart problems: _____<br>Previous heart attack: _____<br>Recurrent chest pain: _____<br>Migraine headaches: _____<br>Eye problems: _____<br>Panic disorders: _____<br>Social phobias: _____<br>**Other:** |

16

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Betoptic:_____ Brevibloc:_____ Betapace:_____ Viskin:_____ **Other:** | | | | |
| Calcium Channel Blockers: Norvasc: X Procardia:_____ Calan:_____ Cardizem:_____ Plendil:_____ Cardene:_____ Sular:_____ **Other:** | | | | Recurrent chest pain:_____ Heart problems:_____ Raynaud's phenomenon:_____ Migraine headaches:_____ Esophageal (throat) spasm:_____ **Other:** |
| Alpha Blockers: Cardura:_____ Minipress:_____ Hytrin:_____ **Other:** | | | | High blood pressure:_____ Benign prostatic hypertrophy (BPH):_____ Heart problems:_____ **Other:** |
| Diuretics: Hydrodiuril:_____ Hygroton:_____ Microx:_____ Lozol:_____ Lasix (furosemide):_____ Demadex:_____ Dyazide:_____ Aldactazide:_____ Moduretic:_____ **Other:** | | | | High blood pressure:_____ Edema in legs (fluid):_____ Heart problems:_____ **Other:** |

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Central Alpha Agonists: Catapres:_____ Tenex:_____ Aldomet:_____ Wytensin:_____ Other: | | | | High blood pressure:_____ Other: |
| Other (please list): (can include combination pills, or any other pill thought be to prescribed for high blood pressure): | | | | |
| Heart Medications: (other than ACE Inhibitors, ARBs, or high blood pressure medications already listed above) Digoxin (lanoxin):_____ Amrinone:_____ Primacor:_____ Other: | | | | |
| Anticoagulants: Coumadin (warfarin):_____ Heparin or Low Molecular Weight Heparin:_____ Other: | | | | Blood clot (DVT):_____ Atrial fibrillation:_____ Previous heart attack:_____ Prolonged hospitalization:_____ Suspected or proven pulmonary Embolism (PE):_____ Heart valve problems:_____ Other: |

18

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Aspirin:<br>81mg: ___<br>325mg: ___<br>Number of times taken each day _____ | | | | Prevention for heart attack:_____<br>Prevention for stroke and/or transient ischemic attack (TIA):_____<br>Rheumatoid arthritis:_____<br>Other pain syndromes:_____<br>Rheumatic fever:_____<br>Osteoarthritis:_____<br>Previous heart or other surgery:_____<br>**Other:** |
| Anti-Platelet Medications: (other than aspirin)<br>Plavix:_____<br>Apo-Dipyridamole:_____<br>Ticlid:_____<br>**Other:** | | | *Medical Record Show All Medication* | Heart surgery:_____<br>Heart attack:_____<br>Catherization:_____<br>Stenting:_____<br>Chest pain at rest:_____<br>**Other:** |
| Cholesterol Lowering Drugs:<br>Lipitor:_____<br>Zocor:_____<br>Pravachol:_____<br>Lescol:_____<br>Colestid:_____<br>Niacin:_____<br>Lopid:_____<br>**Other:** | | | | |
| Pain Medications:<br>Advil:_____<br>Motrin:_____<br>Naproxen (can be sold as "Naprosyn"):_____<br>Aleve:_____<br>Tylenol (acetaminophen)<br>Actron:_____<br>Indocin (indomethacin):_____<br>Migraine medications (e.g., Imitrex):_____<br>**Other:** | | | | |

19

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Hormone Replacement Therapy:<br>Prempro: _____<br>Premarin: _____<br>Other: | | | | |
| Rifampin: _____ | | | | |
| Theophylline: _____ | | | | |
| Methotrexate: _____ | | | | |
| Diet Drugs or Diet Supplements:<br>Phen-Fen: _____<br>**Other:** | | | | |
| Herbal Remedies or Supplements: Kava:_____<br>Ginseng:_____<br>Ginko Biloba:_____<br>St. John's Wort: _____<br>Sal Palmetto:_____<br>**Other:** | | | | |

Psychiatric Medications *(Only answer these questions if you are claiming damages for mental or emotional distress. If you are not claiming such damages, please go the next question below.)*

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Antidepressants:<br>Tricyclic Anti-Depressants (TCAs):<br>Amitril:_____<br>Asendin:_____<br>Anafranil:_____<br>Adapin:_____<br>Ludiomil:_____<br>Vivactil:_____<br>Surmontil:_____<br>Elavil:_____<br>Endep:_____<br>Norpramin:_____<br>Pertofrane:_____<br>Imipramine:_____<br>Janimine:_____<br>Tofranil:_____<br>Aventyl:_____<br>Pamelor:_____<br>**Other:**<br><br><br>Selective Serotonin Reuptake Inhibitors (SSRIs):<br>Prozac:_____<br>Paxil:_____<br>Zoloft:_____<br>Celexa:_____<br>Luvox:_____<br>**Other:**<br><br><br>Monamine Oxidase Inhibitors (MAOIs):<br>Nardil:_____<br>Parnate:_____<br>**Other:** | | | *Medical Record will Show all medication* | Depression:_____<br>Chronic fatigue syndrome:_____<br>Bipolar disorder:_____<br>Generalized anxiety disorder:_____<br>Panic disorder:_____<br>Poor concentration:_____<br>Suicidal thoughts or attempts:_____<br>Alcohol or drug abuse:_____<br>Personality disorders:_____<br>Schizophrenia:_____<br>Eating disorders:_____<br>Other: |

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Anti-Anxiety Medications: Benzodiazepines: Xanax:_____ Librium:_____ Klonopin:_____ Tranxene:_____ Valium:_____ Dalmame:_____ Paxipam:_____ Ativan:_____. Serex:_____ Centrax:_____ **Other:** | | | *I Have Medical Record of all Medication* | Depression:_____ Chronic fatigue syndrome:_____ Bipolar disorder:_____ Generalized anxiety disorder:_____ Panic disorder:_____ Poor concentration:_____ Suicidal thoughts or attempts:_____ Personality disorders:_____ Alcohol or drug abuse:_____ Schizophrenia:_____ Eating disorders:_____ **Other:** |
| Anti-Psychotic Medications: Haldol:_____ Risperdal:_____ Zyprexa:_____ Clozaril:_____ Leponex:_____ Geodon:_____ **Other:** | | | | Schizophrenia:_____ **Other:** |
| Anti-Convulsant Medications: Tegretol:_____ Depakote:_____ **Other:** | | | | Schizophrenia:_____ Seizure disorder:_____ **Other:** |
| Lithium:_____ | | | | Bipolar disorder:_____ **Other:** |

2. List each any other prescription medicine not identified in Section VI (D) (1) you have taken regularly in the last ten (10) years, identifying the medication and the condition for which it was prescribed.

_____ *Do not no at this time*

Medication

_____

Condition for which prescribed

_____

Medication

_____

Condition for which prescribed

_____

Medication

_____

Condition for which prescribed

_____

Medication

_____

Condition for which prescribed                *Do not Smoke*

E. Smoking/Tobacco Use History: *(Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.)*

____ Current smoker of cigarettes ___; cigars ___; pipe tobacco ___; or user of chewing tobacco/snuff ___.
   1. Amount smoked or used: on average ____ per day for ____ years.
____ Past smoker of cigarettes ___; cigars ___; pipe tobacco ___; or user of chewing tobacco/snuff ___.
   2. Date on which smoking/tobacco use ceased: _____
   3. Amount smoked or used on average ____ per day for ____ years.
____ Never smoked cigarettes, cigars, pipe tobacco, or used chewing tobacco/snuff.

F. Drinking History:

1. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?
   Yes ____ No **X**

   *If "no,"* go Section G below.        *Bobbie Robinson Did not Smoke or Drink*

23

*If "yes,"* check the following box which represents your greatest alcohol consumption over an extended (6 months or greater) period within the last 10 years:

    _____ 1-5 drinks per week
    _____ 6-10 drinks per week
    _____ 11-14 drinks per week
    _____ 15 or more drinks per week
    _____ Other (describe) _____

Check the following box which represents your weekly alcohol consumption for the month prior to the time that you sustained the injuries alleged in the complaint:

    _____ 1-5 drinks per week
    _____ 6-10 drinks per week
    _____ 11-14 drinks per week
    _____ 15 or more drinks per week
    _____ Other (describe) _____

G. Caffeine History:

1. Do you now or have you in the past consumed caffeinated beverages (coffee, tea, sodas, etc.)?
Yes \_\_\_\_\_ No \_\_\_\_

*If "yes,"* check the following box which represents your greatest caffeine consumption over an extended (6 months or greater) period within the last 10 years:

    _____ 1-5 drinks per week
    _____ 6-10 drinks per week
    _____ 11-14 drinks per week
    _____ 15 or more drinks per week
    _____ Other (describe) _____

Check the following box which represents your weekly caffeine consumption for the month prior to the time that you sustained the injuries alleged in the complaint:

    _____ 1-5 drinks per week
    _____ 6-10 drinks per week
    _____ 11-14 drinks per week
    _____ 15 or more drinks per week
    _____ Other (describe) _____

H. Illicit Drugs:

    1.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced any alleged Vioxx-related injury?  Yes _____  No  X

    *If "yes,"* identify each substance and state when you first and last used it.

    _____

    _____

    _____

I. To the best of your knowledge, have you or your parents, grandparents, children or siblings ever experienced, or been told by a doctor or other healthcare professional, that you/they have, may have or had any of the following (check all that apply)?

| | |
|---|---|
| no | Abdominal aortic aneurysm (AAA disease) |
| no | Alcoholism (as to you only, if applicable) |
| no | Allergic reaction to medication |
| no | Amputations (as to you only, if applicable) |
| no | Aneurysm |
| no | Atherosclerosis (blocked or narrow arteries) |
| yes | Atrial fibrillation |
| | Bipolar Disorder (as to you only, if applicable) |
| yes | Bleeding/clotting disorders (hemophillia, Von Willibrands disease, scurvy,  other) |
| yes | Blood in stool or dark/black stools |
| yes | Cancer (lung, colon, liver, breast, other) |
| yes | Carotid stenosis (neck arteries) |
| yes | Chest pain/angina (at rest or with exertion) |
| | Chronic Fatigue Syndrome |
| | Chronic obstructive pulmonary disease/COPD |
| yes | Congenital heart disease |
| | Congestive heart failure |
| | Cor pulmonale |
| yes | Coronary heart disease |
| | Deep vein thrombosis/DVT/blood clot in lower legs |
| | Dermatomyositis |
| | Diabetes |
| yes | Eating disorders (anorexia, bulimia) (as to you only, if applicable) |
| | Endocarditis |
| | Esophagus problems (strictures, achalasia, Barrett's esophagus, difficulty swallowing, other) |
| | Eye hemorrhages |
| | Fibromyalgia |
| | Glaucoma |
| | Gout |
| | Heart attack/MI/myocardial infarction |
| | Heart murmur |

_____ Heart valve problems (pulmonary hypertension, mitral valve prolapse, aortic/mitral valve regurgitation, aortic/mitral stenosis, bicuspid aortic valve, other)

_yes_ Heartburn/ reflux/ esophageal reflux disease/ GERD

_____ Hernia (strangulated or incarcerated)

_____ Herpes (as to you only, if applicable)

_yes_ High blood pressure/hypertension

_yes_ High total cholesterol, high LDLs (bad cholesterol), or low HDLs (good cholesterol)

_____ High triglycerides

_____ HIV/AIDS (as to you only, if applicable)

_____ Hodgkins disease/ non-Hodgkin's lymphoma

_____ Hypoxia (low oxygen saturation)

_____ Intestinal obstruction (not including constipation)

_yes_ Irregular heart rhythm (palpitations, tachycardia, bradycardia, atrial fibrillation, skipped beats, other)

_____ Kidney disease

_____ Leukemia

_____ Liver disease (hepatitis B/C, cirrhosis, cysts, other)

_____ Lupus

_yes_ Obesity (as to you only, if applicable)

_____ Osteoarthritis

_____ Pancreatitis

_____ Panic Disorder

_____ Peptic ulcer disease

_____ Peripheral vascular disease

_____ Pulmonary embolism/blood clot in the lung

_____ Rheumatic fever (as to you only, if applicable)

_____ Rheumatoid arthritis

_____ Seizure disorder

_yes_ Shortness of breath not associated with vigorous exercise

_____ Sickle cell anemia/ sickle cell trait

_____ Silent MI

_yes_ Sleep apnea

_____ Stomach problems (ulcers, perforations, bleeding)

_____ Stroke

_____ Swelling/edema/fluid in legs ankles (other than in pregnancy)

_____ Syphilis (as to you only, if applicable)

_____ Thyroid disorder and/or goiter

_____ Transient ischemic attack/TIA

_____ Tuberculosis

J. *If you responded "yes" to any of the above*, please identify/state the condition, the individual affected, the date of onset (as to you only, if applicable), any medication prescribed to treat the condition (as to you only if applicable), and the name of the physician or other person who made the diagnosis or informed the individual of the condition and their address if not provided in the accompanying list (as to you only, if applicable).

1. Condition: All Condition that I MARKed

   Patient name: Bobbie J. Robinson

   Onset date and medication: Do not no at this Time

   Name and address of physician or other person: Do not no at this Time
   MEdical Record I Have will Show THat

2. Condition: _____

   Patient name: _____

   Onset date and medication: _____

   Name and address of physician or other person: _____

   _____

3. Condition: _____

   Patient name: _____

   Onset date and medication: _____

   Name and address of physician or other person: _____

   _____

4. Condition: _____

   Patient name: _____

   Onset date and medication: _____

   Name and address of physician or other person: _____

   _____

5. Condition: _____

   Patient name: _____

   Onset date and medication: _____

   Name and address of physician or other person: _____

   Wife Deceged

6. Condition: _____

   Patient name: _____

   Onset date and medication: _____

   Name and address of physician or other person: _____

   _____

K. Please indicate whether you have ever received any of the following treatments or
   diagnostic procedures:

1. Surgeries (other than abortion), including but not limited to the following, and specify
   for what condition the surgery was performed: open heart or bypass surgery,
   pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery)
   surgery, lung resection, or intestinal surgery.

| Surgery | Condition | When Performed | Treating Physician | Hospital |
|---------|-----------|----------------|--------------------|----------|
|         | DO Not NOt AT |            |                    |          |
|         | THiS Time |                |                    |          |
|         |           |                |                    |          |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments, including but not limited to the following: cardiac catheterization, angioplasty (balloon), stenting, and electroconversion.

| Treatment/ Intervention | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
|  | *Do Not* |  |  |  |
|  | *No At* |  |  |  |
|  | *This* |  |  |  |
|  | *Time* |  |  |  |

3.  Have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head or neck, CT scan of the head, echocardiogram, bubble/microbubble study, EKG, Holter monitor.

    *If "yes,"* answer the following:

| Diagnostic Test | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| *Yes* |  |  |  |  |
| *all in Medical my Records* |  |  |  |  |
| *or Wife* |  |  |  |  |

L. Have you ever participated in any clinical trials or studies relating to any drugs or treatments for any medical conditions? Yes _X_ No ____

*If "yes," please identify:*

1. Name of the trial or study: _Memorial Sloan-Kettering Cancer Center_

2. Sponsor of trial or study: _Chimical Trials. gov._

3. Drug or treatment studied: _Vegf Trap_

4. Purpose of the drug or treatment studied: _With a Solid Tumors_

5. Name and address of the investigator in charge of your care and treatment in the trial or study: _Michael Jones MD_ _Memphis Tn_

6. The dates you participated in the trial or study: _Do not no At this time_

## VII. WAGE LOSS INFORMATION AND OTHER MONETARY LOSS CLAIMS

A. Are you making a claim for loss of wages? Yes ____ No _X_

*If "no,"* then go to Section VII (B).

1. State the total amount of time you have lost from work as a result of any condition that you claim or believe was caused by your use of Vioxx and the amount of income that you claim you lost. _Do not no At this Time_

2. State your total earned income (including salary, bonus, and benefits) for each of the last ten (10) years.

_Wife Deceaed_
_Do not no At this Time_

| Year | Income |
|------|--------|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

30

$ _____     $ _____

$ _____     $ _____

$ _____     $ _____

B. Have you paid or incurred any medical expenses that are related to any condition that you claim or believe was caused by your use of Vioxx and for which you seek recovery in the action you have filed?

Yes _____   No _____   *Her Insurance Company Paid all Bills*

If "yes," state the total amount of such expenses at this time: $ _____

C. Has your insurer, or any other entity or person, paid or incurred any medical expenses that are related to any condition that you claim or believe was caused by your use of Vioxx and for which you seek recovery in the action you have filed?

Yes ☒   No X

*No Wife pass Away useing this Drug*

If "yes," state the total amount of such expenses at this time: $ _____

D. Please provide an itemized statement of the nature and amount of damages you are claiming. *I Saeing the Vioxx Manufactory Merck for the Damages that this Cause and the Presumption of that Drug Ingested in Her Body for so many years.*

E. Please identify all persons not identified elsewhere in this ASPPF who you believe possess information relevant to your claims in this matter and for each, state his or her name, address, telephone number and a description of the information you believe he or she possesses.

*Do not no at this time*

VIII. **PERSONAL INFORMATION OF LOSS OF CONSORTIUM**

*If you are a representative or loss of consortium plaintiff, please provide your personal responses to these questions.*

A. Last Name: *Husband Maurice Robinson*

First Name: *Maurice*

Middle Name or Initial: *Earl*

31

B. Any other names used or by which you have been known, including but not limited to maiden name: _N̄ī_

C. Social Security Number: _412 11-0781_

D. Driver's license number: _____ State issuing your license: _____

E. Date and place of birth: _Oct 3, 56_

F. Sex: Male _X_ Female ____

G. Current street address and date began residing at this address: _P.O. 2744_

_Ohathe Ks 66063_

| _Same_ | _Ks_ | _66063_ |
| City | State | Zip Code |

H. Identify each other address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence | |
|---|---|---|
| | From: | To: |
| 2484 Lockmeade Dr. Memphis Tw 38127 | 95 | 2004 |
| 8822 Broadmoor Drive Overland Pk Kansas 66212 | 2004 | 2010 |
| | | |

32

I.   Identify each high school, college, university or other educational institution (except grade school) you have attended, the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas & Degrees |
|---|---|---|---|
| Porter Jr High |  |  | Diplomas |
| South Side High |  |  |  |
|  |  |  |  |
|  |  |  |  |

J.   Employment Information.

Current employer (if not currently employed, last employer):

*Robinson Flea Market Business For last 20 years*
Name

*P. O. Box 2244*
Address

*1980*
Dates of employment

*Buy And Sale*
Occupation/Job duties

K.   Date and place of marriage: *Memphis Tn*

L.   Have you ever been convicted or plead guilty of a crime? Yes _____ No X

*If "yes,"* where, when, and the crime: _____

_____

IX.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

EACH PLAINTIFF OR CLAIMANT, AS THE CASE MAY BE, IS REQUIRED TO PRODUCE
ALL MEDICAL RECORDS FROM ALL HEALTHCARE PROVIDERS WHOSE IDENTITY IS
REQUESTED BELOW PURSUANT TO (a) PTO 28, SECTION II(A)(6), REGARDLESS OF
WHETHER PLAINTIFF OR CLAIMANT IS REQUIRED TO RESPOND TO THIS AMENDED
AND SUPPLEMENTAL PROFILE FORM UNDER SECTION II(A)(3), AND (b) PTO 29,
SECTION II(A)(2).

List the following:

A.  Your current family and/or primary care physician:

| Name | Address | Approximate Dates of Treatment | |
|---|---|---|---|
| | | From: | To: |
| | Do Not No At This Time | | |
| | | | |
| | | | |

B.  To the best of your ability, identify each of your *other* family and/or primary care physicians from 1995 to the present.

| Name | Address | Approximate Dates of Treatment | |
|---|---|---|---|
| | | From: | To: |
| | Do Not No At This Time | | |
| | | | |
| | | | |

34

C. Each hospital, clinic, or healthcare facility where you have received inpatient
treatment or been admitted as a patient from 1995 to the present.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| | | | |
| | *Do not Have THis Information At this Time* | | |
| | | | |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient
treatment (including treatment in an emergency room) from 1995 to the present.

| Name | Address | Treatment Dates | Reason for Treatment |
|---|---|---|---|
| | | | |
| | *Do not Have this Information At this Time* | | |
| | | | |

35

E.  Each physician or healthcare provider, not already listed in Sections IX (A) and
    IX (B) above, from whom you have received treatment from 1995 to the present.

| Name | Address | Specialty | Approximate Dates of Treatment | |
|---|---|---|---|---|
| | | | From: | To: |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*I only HAVE wife Medical Records*

F.  Each pharmacy that has dispensed medication to you from 1995 to the present.

| Name | Address | Approximate Dates Pharmacy Used | |
|---|---|---|---|
| | | From: | To: |
| | | | |
| | | | |

X.  **DOCUMENTS AND THINGS**

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this fact sheet.  If not attached, please indicate why not.

A.  A copy of all prescriptions for Vioxx, receipts, physician or office records, drug containers, packaging and other records that show the period during which you have taken Vioxx, the dosage of Vioxx and the frequency with which you took Vioxx.
Yes X   No _____

B.  If you have been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding.
Yes X   No _____

C.  All diagnostic tests or test results for any disease, illness or conditions as detailed in this PPF.
Yes X   No _____

D.  Copies of all documents from physicians or other healthcare providers identified in this PPF.
Yes X   No _____

E.  All documents constituting, concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed or provided to you when your prescriptions for Vioxx were filled.
Yes _____   No X

F.  Copies of all advertisements or promotions for Vioxx received or seen before filing this action.
Yes _____   No X

G.  Executed authorizations signed and undated in the forms appended hereto, in following manner:

   •  If you are claiming damages for lost earnings or earning capacity, execute authorization forms #s 1-5 as provided on the court's website at http://vioxx.laed.uscourts.gov/Forms/Forms.htm
   •  If you are not claiming damages for lost earnings or earning capacity, execute authorization forms #s 1-3 and #5 as provided on the court's website at http://vioxx.laed.uscourts.gov/Forms/Forms.htm

H.  If you claim you have suffered loss of earnings or earning capacity, all documents that evidence your income/earnings for each of the last ten (10) years.
Yes X   No _____

I. If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy or other health care provider and statements and explanations of benefits from your health care insurer or plan.
Yes _____ No _*Not At this Time*_

J. Copy of all written communications, whether written or electronic (including email, communications as part of internet "chat rooms" or e-mail groups), with others not including your counsel, regarding Vioxx, your injuries or this case.
Yes _____ No _X_

K. Copies of letters testamentary, letters of administration, powers of attorney, guardianship or guardian *ad litem* orders or other documents relating to your status as plaintiff if you are suing and/or are completing this PPF and the Authorizations on behalf of another individual.
Yes _X_ No _____ *my wife*

L. Decedent's death certificate (in death case).
Yes _X_ No _____

M. Report of autopsy of decedent (in death case).
Yes _____ No _____

N. All photographs, drawings, slides, movies, day-in-the-life films, or videotapes, edited and unedited, taken by anyone, in your possession, the possession of your attorney or experts, or any other person acting on your behalf, relating to plaintiff's injuries, limitations or damages, and which are not privileged work product or otherwise not discoverable.
Yes _____ No _X_

O. All documents relating to Vioxx in plaintiff's possession or control that were generated, published or disseminated by or obtained from Merck, whether or not it originated at Merck, that were in plaintiff's possession prior to the date on which plaintiff filed his/her Complaint in this action.
Yes _____ No _X_

P. All documents in plaintiff's possession or control, prior to the date on which plaintiff filed his/her Complaint in this action, discussing alleged risks of Vioxx or any other COX-2 inhibitor drugs, or any alleged health impact, including, but not limited to, newspaper articles, scientific studies, health and fitness publications, union or other organizational newsletters, bulletins, or brochures.
Yes _____ No _X_

Q. All documents in plaintiff's possession or control, prior to the date on which plaintiff filed his/her Complaint in this action, concerning any guidelines, procedures, requirements, recommendations, protocols, instructions, warnings or precautions for the use of Vioxx or any other COX-2 inhibitor drugs.
Yes _X_ No _____

R. All documents in plaintiff's possession or control, prior to the date on which plaintiff filed his/her Complaint in this action, relating to any support or information group,

including internet sources, concerning Vioxx or any other COX-2 inhibitor drugs, including, but not limited to, communications from you, or received by you from such groups concerning Vioxx or other COX-2 inhibitor drugs.
Yes _____ No X

S.  All documents in plaintiff's possession or control, prior to the date on which plaintiff filed his/her Complaint in this action, concerning Vioxx or any other COX-2 inhibitor drugs distributed by public or private organizations, including without limitation, the American Nursing Association, the Food and Drug Administration, the Center for Disease Control, the American Medical Association, the American Heart Association, the National Institutes of Health, the Occupational Safety and Health Administration, or NIOSH.
Yes _____ No X

T.  Any videotape or sound recordings that have been broadcast on television or radio, or any newspaper, magazine or other published document wherein plaintiff has discussed Vioxx or any aspect of the alleged incident or injury that forms the basis of this action.
Yes _____ No X

U.  Any and all product insert data sheets, marketing materials, promotional materials, advertisements, packaging information, labels, bottles, boxes, samples, labeling fact sheets or informational sheets provided to plaintiff by any prescribing physician, pharmacy or other healthcare provider, or any other materials provided by any prescribing physician, pharmacy, or other healthcare provider, or anyone else prior to the date on which plaintiff filed his/her Complaint in this action, and relating to Vioxx, CELEBREX®, or BEXTRA®.
Yes _____ No X

V.  Each and every document in plaintiff's possession or control, prior to the date on which plaintiff filed his/her Complaint in this action, including but not limited to magazine or newspaper articles, brochures, material from internet sites, videotapes (including videotapes of news or other television programs), or audiotapes (including tapes of news or other radio or television programs), that mentions, refers to or relates to Vioxx and that was made available to plaintiff or reviewed by plaintiff prior to ingesting Vioxx.
Yes _____ No X

W.  All non-privileged documents reflecting communications between plaintiff and any other person or entity, prior to the date on which plaintiff filed his/her Complaint in this action, and relating to, referring to, or regarding the allegations of the Complaint, Merck, Vioxx or any injury you claim resulted from plaintiff's use of, or exposure to, Vioxx.
Yes X No _____

X.  Each and every document that evidences any communication between plaintiff and any doctor, any employer, any defendant, any federal or state agency, or any other person (other than your attorney) regarding the incident made the basis of this suit or your claims in this lawsuit.
Yes _____ No X

Y.  All entries in personal diaries, calendars, journals, logs, appointment books, date books, or similar materials plaintiff kept or continues to keep from January 1, 1995 to the present which relate or refer to plaintiff's medical care, medical condition, or employment and not prepared at the direction of your attorney.
    Yes _____  No _X_

Z.  Have you prepared personal diaries, calendars, journals, logs, appointment books, date books, or similar materials at the direction of your attorney(s)?
    Yes _____  No _X_

ADDITIONAL INFORMATION

ADDITIONAL INFORMATION

<u>CERTIFICATION</u>

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information

provided in this Profile Form is true and correct to the best of my knowledge, that I have

completed the List of Medical Providers and Other Sources of Information appended hereto,

which is true and correct to the best of my knowledge, that I have supplied all the documents

requested in part X of this declaration, to the extent that such documents are in my possession,

custody, control or access, or in the possession, custody, control or access of my lawyers, and that

I have supplied the authorizations attached to this declaration.

_Maurice Robinson_ _Maurice Robinson_ _1-29-2010_
Signature                      Print Name                      Date

43

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL No. 1657

AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO
45 C.F.R. § 164.508 (HIPAA)

Name: _Bobbie Jean Robinson_

Date of Birth: _June 25, 58_

Social Security Number: _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_

    I hereby authorize _____ to release
all existing medical records regarding the above-named person's medical care, treatment,
physical condition, and/or medical expenses to the law firm of **HUGHES HUBBARD & REED
LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302, and/or to the law firm
of _____ and/or their
designated agents ("Receiving Parties")**. These records shall be used or disclosed solely in
connection with the currently pending VIOXX® litigation involving the person named above.
This authorization shall cease to be effective as of the date on which the above-named person's
VIOXX® litigation concludes. The Receiving Parties shall return or destroy the protected health
information (including all copies made) at the end of the above-named person's litigation or
proceeding.

    I understand that the health information being used/disclosed may include information
relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired
Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol
disorders.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing
information. It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,

medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

Dated this 29 day of Jan , 2001.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

AUTHORIZATION #1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 1657

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

**AUTHORIZATION FOR RELEASE OF
PSYCHOLOGICAL/PSYCHIATRIC
RECORDS PURSUANT TO
45 C.F.R. § 164.508 (HIPAA)**

Name: _Bobbie Sean Robinson_

Date of Birth: _June 29, 58_

Social Security Number: _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_

   I hereby authorize _____ to release
all existing records regarding the above-named person's psychological or psychiatric care,
treatment, condition, and/or expenses to the law firm of **HUGHES HUBBARD & REED LLP,
101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302, and/or to the law firm of ____
_____ and/or their
designated agents ("Receiving Parties").** These records shall be used or disclosed solely in
connection with the currently pending VIOXX® litigation involving the person named above.
This authorization shall cease to be effective as of the date on which the above-named person's
VIOXX® litigation concludes. The Receiving Parties shall return or destroy the protected health
information (including all copies made) at the end of the above-named person's litigation or
proceeding.

   I understand that this authorization includes information regarding the diagnosis and
treatment of psychiatric and psychological disorders, and that the health information being
used/disclosed may include information relating to the diagnosis and treatment of Human
Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually
transmitted disease and drug and alcohol disorders.

   This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological
treatment and counseling records, narratives, and any correspondence/memoranda and billing

information.  It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.).  This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation.  I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage.  I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization.  I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.  I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place.  Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

Dated this 29 day of Jan , 200 10

_Minnie E. Robman_
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

**AUTHORIZATION #2**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 1657

In re:  VIOXX® PRODUCT
LIABILITY LITIGATION

AUTHORIZATION FOR RELEASE OF
PSYCHOTHERAPY NOTES PURSUANT
TO 45 C.F.R. § 164.508 (HIPAA)

Name: _Bobbie Jean Robinson_

Date of Birth: _June 29   58_

Social Security Number: _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_

    I hereby authorize _____ to release
all existing psychotherapy notes regarding the above-named person's medical care, treatment,
physical/mental condition, and/or medical expenses to law firm of **HUGHES HUBBARD &
REED LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302, and/or to the
law firm of _____ and/or
their designated agents ("Receiving Parties")**.  These records shall be used or disclosed solely
in connection with the currently pending VIOXX® litigation involving the person named above.
This authorization shall cease to be effective as of the date on which the above-named person's
VIOXX® litigation concludes.  The Receiving Parties shall return or destroy the protected health
information (including all copies made) at the end of the above-named person's litigation or
proceeding.

    I understand that this authorization includes all psychotherapy notes maintained
separately from the above-named person's medical record that document or analyze the contents
of conversation during a private counseling session or a group, joint, or family counseling
session by referring to something other than medication prescription and monitoring, counseling
session start and stop times, the modalities and frequencies of treatment furnished, results of
clinical tests, and any summary of the following items: diagnosis, functional status, the treatment
plan, symptoms, prognosis and progress.

    I understand that the health information being disclosed by these psychotherapy notes
may include information relating to the diagnosis and treatment of Human Immunodeficiency
Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and
drug and alcohol disorders.

    This will further authorize you to provide updated medical records, x-rays, reports or
copies thereof to the above attorney until the conclusion of the litigation.  I understand that I
have the right to revoke in writing my consent to this disclosure at any time, except to the extent
that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage.  I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization.  I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.  I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place.  Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

Dated this 29 day of Jan , 200 1 0

_Maurine E. Robinson_

[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: I us bensl

AUTHORIZATION #3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 1657

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs
making a claim for lost wages, earnings or
earning capacity.)

Name: _Bobbie Jean Robinson_

Date of Birth: _June 29  58_

Social Security Number: _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_

    I hereby authorize _____ to release
all existing records and information in its possession regarding the above-named person's
employment, income and education to the law firm of **HUGHES HUBBARD & REED LLP,
101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302, and/or to the law firm of
_____ and/or their
designated agents ("Receiving Parties")**. These records shall be used or disclosed solely in
connection with the currently pending VIOXX® litigation involving the person named above.
This authorization shall cease to be effective as of the date on which the above-named person's
VIOXX® litigation concludes.

    I understand that this authorization includes the above-named person's complete
employment personnel file (including attendance reports, performance reports, W-4 forms, W-2
forms, medical reports, workers' compensation claims), and also includes all other records
relating to employment, past and present, all records related to claims for disability, and all
educational records (including those relating to courses taken, degrees obtained, and attendance
records). This listing is not meant to be exclusive.

    Any photostatic copy of this document shall have the same authority as the original, and
may be substituted in its place. Copies of these materials are to be provided at the expense of
Hughes Hubbard & Reed LLP or _____.

Dated this _29_ day of _Jan_, 200 _10_

_Maurine E. Robinson_
**[PLAINTIFF OR REPRESENTATIVE]**

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf: _Husband_ _____

**AUTHORIZATION #4**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case No. 1657

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs *not*
making a claim for lost wages or earnings or
earning capacity.)

Name: _Bobbie Jean Robinson_

Date of Birth: _June 29 - 1958_

Social Security Number: _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_

I hereby authorize _____ to release all
existing records and information in its possession regarding the above-named person's
employment and education (with the exception of W-4 and W-2 forms) to the law firm of
**HUGHES HUBBARD & REED LLP, 101 Hudson Street, Suite 3601, Jersey City, New
Jersey 07302, and/or to the law firm of**
_____ **and/or their designated agents ("Receiving Parties").**
These records shall be used or disclosed solely in connection with the currently pending
VIOXX® litigation involving the person named above.  This authorization shall cease to be
effective as of the date on which the above-named person's VIOXX® litigation concludes.

I understand that this authorization includes the above-named person's complete
employment personnel file with the exception of W-4 and W-2 forms (including attendance
reports, performance reports, medical reports, workers' compensation claims), and also includes
all other records relating to employment, past and present, all records related to claims for
disability, and all educational records (including those relating to courses taken, degrees
obtained, and attendance records).  This listing is not meant to be exclusive.

Any photostatic copy of this document shall have the same authority as the original, and
may be substituted in its place.  Copies of these materials are to be provided at the expense of
Hughes Hubbard & Reed LLP or _____ .

Dated this _29_ day of _Jan_ , 200_10_

_Marnie E. Robinson_
**[PLAINTIFF OR REPRESENTATIVE]**

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf: _Husband_ _____

**AUTHORIZATION #5**

```
SUPER D #19                      C U S T O M E R   H I S T O R Y                      PAGE    1
1800 UNION AVE                      01/01/99 THRU 10/20/04
MEMPHIS, TN 38104


ROBINSON,BOBBIE              CUST #   BIRTHDAY  SEX  S.S. NUMBER      PLAN
2484 LOCKMEADE DR           607907-01  06/29/58  F   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     PCS PLANS          414044064
MEMPHIS, TN 38127
```

|     |        |        | DATE     |      |              |                   |          |                |     |      | RX    | CUSTOMER |
| RPH | RX #   | REFILL | FILLED   | PLAN | NDC #        | DRUG NAME AND STRENGTH |     | DOCTOR NAME    | QTY | DAYS | AMT   | PAID AMT |
|-----|--------|--------|----------|------|--------------|-------------------|----------|----------------|-----|------|-------|----------|
| CB  | 215649 | 6      | 09/29/99 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | HEADLEY,A S    | 17  | 15   | 28.02 | 28.02    |
| WM  | 215649 | 7      | 10/18/99 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | HEADLEY,A S    | 17  | 15   | 28.27 | 28.27    |
| WM  | 224642 |        | 10/28/99 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | HEADLEY,A S    | 17  | 15   | 28.27 | 28.27    |
| WM  | 224642 | 1      | 11/08/99 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | HEADLEY,A S    | 17  | 15   | 28.27 | 28.27    |
| WM  | 224642 | 2      | 11/17/99 | CASH | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | HEADLEY,A S    | 17  | 15   | 35.12 | 35.12    |
| WM  | 227577 |        | 12/02/99 | PCS P | 00093-0088-01 | SMZ-TMP TAB       | 400-80MG | WILONS,MICHEAL | 20  | 10   | 4.87  | 4.87     |
| WM  | 227578 |        | 12/02/99 | PCS P | 50111-0535-02 | GUAIFENESIN TAB   | 600MG ER | WILONS,MICHEAL | 40  | 10   | 6.00  | 6.00     |
| WM  | 224642 | 3      | 12/06/99 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | HEADLEY,A S    | 17  | 15   | 28.27 | 28.27    |
| WM  | 224642 | 4      | 12/16/99 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | HEADLEY,A S    | 17  | 15   | 28.27 | 28.27    |
| WM  | 229070 |        | 12/20/99 | PCS P | 00006-0110-68 | VIOXX TAB         | 25MG     | MAYS,KIT       | 10  | 5    | 23.59 | 23.59    |
| WM  | 224642 | 5      | 12/29/99 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | HEADLEY,A S    | 17  | 15   | 28.27 | 28.27    |
| CB  | 224642 | 6      | 01/14/00 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | HEADLEY,A S    | 17  | 15   | 28.27 | 28.27    |
| WM  | 229070 | 1      | 01/22/00 | PCS P | 00006-0110-68 | VIOXX TAB         | 25MG     | MAYS,KIT       | 12  | 5    | 27.81 | 27.81    |
| WM  | 224642 | 7      | 01/27/00 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | HEADLEY,A S    | 17  | 15   | 28.27 | 28.27    |
| WM  | 232667 |        | 01/27/00 | PCS P | 00045-0659-70 | ULTRAM TAB        | 50MG     | KENNEDY,A FRANKLIN | 20 | 3 | 15.98 | 15.98    |
| WM  | 201796 | 4      | 02/05/00 | PCS P | 00085-0431-02 | PROVENTIL RE TAB  | 4MG ER   | HEADLEY,A S    | 15  | 15   | 12.63 | 12.63    |
| WM  | 233543 |        | 02/05/00 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | CHINN,HARRY    | 17  | 15   | 28.27 | 28.27    |
| WM  | 233545 |        | 02/05/00 | PCS P | 00069-3060-75 | ZITHROMAX TAB     | 250MG    | CHINN,HARRY    | 6   | 5    | 37.77 | 37.77    |
| WM  | 233564 |        | 02/05/00 | PCS P | 00364-0461-05 | PREDNISONE TAB    | 10MG     | WILONS,MICHEAL | 30  | 22   | 4.24  | 4.24     |
| WM  | 233543 | 1      | 02/14/00 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | CHINN,HARRY    | 17  | 15   | 28.27 | 28.27    |
| PL  | 229070 | 2      | 02/25/00 | PCS P | 00006-0110-68 | VIOXX TAB         | 25MG     | MAYS,KIT       | 12  | 5    | 27.81 | 27.81    |
| PL  | 233543 | 2      | 02/25/00 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | CHINN,HARRY    | 17  | 15   | 28.27 | 28.27    |
| WM  | 233543 | 3      | 03/04/00 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | CHINN,HARRY    | 17  | 15   | 28.27 | 28.27    |
| WM  | 233543 | 4      | 03/17/00 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | CHINN,HARRY    | 17  | 15   | 28.27 | 28.27    |
| WM  | 233543 | 5      | 03/27/00 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | CHINN,HARRY    | 17  | 15   | 28.27 | 28.27    |
| CB  | 239377 |        | 04/07/00 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | CHINN,HARRY    | 17  | 15   | 28.27 | 28.27    |
| WM  | 239377 | 1      | 04/19/00 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | CHINN,HARRY    | 17  | 15   | 28.27 | 28.27    |
| RW  | 239377 | 2      | 05/01/00 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | CHINN,HARRY    | 17  | 15   | 28.27 | 28.27    |
| WM  | 242002 |        | 05/05/00 | PCS P | 00008-0212-01 | PHENERGAN SUP     | 25MG     | CHAMSUDDIN,A   | 12  | 32   | 40.84 | 40.84    |
| WM  | 242003 |        | 05/05/00 | PCS P | 00045-1520-50 | LEVAQUIN TAB      | 250MG    | CHAMSUDDIN,A   | 10  | 5    | 66.07 | 66.07    |
| WM  | 242004 |        | 05/05/00 | PCS P | 60951-0602-85 | ENDOCET TAB       | 5-325MG  | CHAMSUDDIN,A   | 20  | 3    | 5.29  | 5.29     |
| WM  | 242083 |        | 05/08/00 | PCS P | 52544-0838-01 | KETOROLAC TAB     | 10MG     | CHAMSUDDIN,A   | 6   | 2    | 6.72  | 6.72     |
| WM  | 242288 |        | 05/09/00 | PCS P | 60951-0602-85 | ENDOCET TAB       | 5-325MG  | COLAK,KAYA     | 20  | 3    | 5.29  | 5.29     |
| WM  | 242987 |        | 05/16/00 | PCS P | 00006-0110-68 | VIOXX TAB         | 25MG     | CHAMSUDDIN,A   | 7   | 30   | 17.26 | 17.26    |
| RW  | 239377 | 3      | 05/26/00 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | CHINN,HARRY    | 17  | 15   | 28.27 | 28.27    |
| RW  | 239377 | 4      | 06/06/00 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | CHINN,HARRY    | 17  | 15   | 28.27 | 28.27    |
| WM  | 246214 |        | 06/20/00 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | CHINN,HARRY    | 17  | 15   | 28.27 | 28.27    |
| WM  | 247281 |        | 07/03/00 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | CHINN,HARRY    | 17  | 15   | 28.27 | 28.27    |
| RW  | 247281 | 1      | 07/13/00 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | CHINN,HARRY    | 17  | 15   | 28.27 | 28.27    |
| RW  | 247281 | 2      | 07/26/00 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | CHINN,HARRY    | 17  | 15   | 28.27 | 28.27    |
| RW  | 247281 | 3      | 08/07/00 | PCS P | 00173-0321-98 | VENTOLIN AER      | 90MCG RF | CHINN,HARRY    | 17  | 15   | 28.27 | 28.27    |

```
SUPER D #19                      C U S T O M E R   H I S T O R Y                          PAGE   2
1800 UNION AVE                        01/01/99 THRU 10/20/04
MEMPHIS, TN 38104


ROBINSON,BOBBIE          CUST #    BIRTHDAY  SEX  S.S. NUMBER     PLAN
2484 LOCKMEADE DR        607907-01 06/29/58   F   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     PCS PLANS          414044064
MEMPHIS, TN 38127
```

| RPH | RX # | REFILL | DATE FILLED | PLAN | NDC # | DRUG NAME AND STRENGTH | | DOCTOR NAME | QTY | DAYS | RX AMT | CUSTOMER PAID AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RW | 247281 | 4 | 08/18/00 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | CHINN,HARRY | 17 | 15 | 28.27 | 28.27 |
| RW | 252184 |  | 08/21/00 | PCS P | 00085-0431-02 | PROVENTIL RE TAB | 4MG ER | HEADLEY,A S | 20 | 10 | 16.48 | 16.48 |
| RW | 247281 | 5 | 08/31/00 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | CHINN,HARRY | 17 | 15 | 28.27 | 28.27 |
| WM | 247281 | 6 | 09/11/00 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | CHINN,HARRY | 17 | 15 | 28.27 | 28.27 |
| RW | 247281 | 7 | 09/25/00 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | CHINN,HARRY | 17 | 15 | 28.27 | 28.27 |
| BP | 256884 |  | 10/06/00 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | CHINN,HARRY | 17 | 15 | 28.27 | 28.27 |
| RW | 257548 |  | 10/13/00 | PCS P | 00074-2586-60 | BIAXIN TAB | 500MG | WILONS,MICHEAL | 8 | 4 | 28.70 | 28.70 |
| RW | 257549 |  | 10/13/00 | PCS P | 50111-0535-02 | GUAIFENESIN TAB | 600MG ER | WILONS,MICHEAL | 40 | 10 | 7.04 | 7.04 |
| RW | 256884 | 1 | 10/19/00 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | CHINN,HARRY | 17 | 15 | 28.27 | 28.27 |
| BP | 258985 |  | 10/30/00 | PCS P | 00006-0110-68 | VIOXX TAB | 25MG | CHAMSUDDIN,A | 15 | 7 | 35.46 | 35.46 |
| BP | 256884 | 2 | 11/04/00 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | CHINN,HARRY | 17 | 15 | 28.27 | 28.27 |
| BP | 256884 | 3 | 11/20/00 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | CHINN,HARRY | 17 | 15 | 28.77 | 28.77 |
| RW | 261506 |  | 11/27/00 | PCS P | 00091-7036-23 | COLYTE/FLAVR SOL | PACKS | LEVINSON,MICHAE | 4000 | 1 | 18.16 | 18.16 |
| RW | 262193 |  | 12/01/00 | PCS P | 00069-1530-72 | NORVASC TAB | 5MG | WOMACK,CATHERINE | 15 | 15 | 19.96 | 19.96 |
| RW | 262500 |  | 12/05/00 | PCS P | 00093-1177-01 | NEOMYCIN TAB | 500MG | PATTERSON,C RICHARD | 6 | 1 | 5.20 | 5.20 |
| RW | 262501 |  | 12/05/00 | PCS P | 00074-6316-13 | ERYTHROCIN TAB | 500MG | PATTERSON,C RICHARD | 6 | 1 | 3.87 | 3.87 |
| RW | 262502 |  | 12/05/00 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | CHINN,HARRY | 17 | 15 | 28.77 | 28.77 |
| RW | 258985 | 1 | 12/11/00 | PCS P | 00006-0110-68 | VIOXX TAB | 25MG | CHAMSUDDIN,A | 15 | 7 | 36.73 | 36.73 |
| BP | 262193 | 1 | 12/12/00 | PCS P | 00069-1530-72 | NORVASC TAB | 5MG | WOMACK,CATHERINE | 15 | 15 | 19.96 | 19.96 |
| BP | 263517 |  | 12/15/00 | PCS P | 52544-0424-05 | TRIAMT/HCTZ TAB | 37.5-25 | WOMACK,CATHERINE | 30 | 30 | 11.22 | 11.22 |
| BP | 263532 |  | 12/15/00 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | WILONS,MICHEAL | 17 | 15 | 28.77 | 28.77 |
| BP | 264052 |  | 12/20/00 | PCS P | 00069-1530-72 | NORVASC TAB | 5MG | WOMACK,CATHERINE | 15 | 7 | 19.96 | 19.96 |
| BP | 258985 | 2 | 12/21/00 | PCS P | 00006-0110-68 | VIOXX TAB | 25MG | CHAMSUDDIN,A | 15 | 7 | 36.73 | 36.73 |
| RW | 264361 |  | 12/23/00 | PCS P | 63304-0657-05 | CEPHALEXIN CAP | 500MG | FLEMING,MARTIN D | 30 | 10 | 5.94 | 5.94 |
| RW | 264052 | 1 | 12/27/00 | PCS P | 00069-1530-72 | NORVASC TAB | 5MG | WOMACK,CATHERINE | 15 | 7 | 19.96 | 19.96 |
| BP | 263532 | 1 | 12/29/00 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | WILONS,MICHEAL | 17 | 15 | 28.77 | 28.77 |
| RW | 264930 |  | 01/02/01 | PCS P | 52544-0349-05 | HYDROCO/APAP TAB | 5-500MG | PATTERSON,R. | 30 | 3 | 4.54 | 4.54 |
| BP | 264492 |  | 01/03/01 | PCS P | 00069-1540-68 | NORVASC TAB | 10MG | WOMACK,CATHERINE | 30 | 30 | 59.25 | 15.00 |
| BP | 265246 |  | 01/04/01 | PCS P | 00088-1798-42 | CARDIZEM CD CAP | 300MG/24 | THURMAN,F W | 30 | 30 | 76.62 | 15.00 |
| RW | 263517 | 1 | 01/08/01 | PCS P | 52544-0424-05 | TRIAMT/HCTZ TAB | 37.5-25 | WOMACK,CATHERINE | 30 | 30 | 11.22 | 5.00 |
| RW | 265934 |  | 01/10/01 | PCS P | 55953-0084-70 | CEPHALEXIN CAP | 250MG | THURMAN,F W | 28 | 7 | 6.23 | 5.00 |
| BP | 258985 | 3 | 01/12/01 | PCS P | 00006-0110-68 | VIOXX TAB | 25MG | CHAMSUDDIN,A | 25 | 12 | 59.55 | 15.00 |
| BP | 263532 | 2 | 01/13/01 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | WILONS,MICHEAL | 17 | 15 | 28.77 | 15.00 |
| RW | 267332 |  | 01/24/01 | PCS P | 00025-5421-31 | AMBIEN TAB | 10MG | JONES,C. MICHAEL | 14 | 14 | 29.82 | 25.00 |
| BP | 264492 | 1 | 01/26/01 | PCS P | 00069-1540-68 | NORVASC TAB | 10MG | WOMACK,CATHERINE | 30 | 30 | 59.25 | 15.00 |
| BP | 268568 |  | 02/05/01 | PCS P | 00088-1798-42 | CARDIZEM CD CAP | 300MG/24 | THURMAN,F W | 30 | 30 | 76.62 | 15.00 |
| BP | 263532 | 3 | 02/07/01 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | WILONS,MICHEAL | 17 | 15 | 28.77 | 15.00 |
| RW | 269228 |  | 02/12/01 | PCS P | 00185-0024-10 | DIPHEN/ATROP TAB | 2.5MG | JONES,C. MICHAEL | 30 | 4 | 13.14 | 5.00 |
| RW | 269627 |  | 02/15/01 | PCS P | 59772-6910-02 | POT CHLORIDE TAB | 10MEQ SR | JONES,C. MICHAEL | 18 | 7 | 6.02 | 5.00 |
| RW | 263517 | 2 | 03/03/01 | PCS P | 52544-0424-05 | TRIAMT/HCTZ TAB | 37.5-25 | WOMACK,CATHERINE | 30 | 30 | 11.22 | 5.00 |
| RW | 263532 | 4 | 03/03/01 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | WILONS,MICHEAL | 17 | 15 | 28.77 | 15.00 |

```
SUPER D #19                      C U S T O M E R   H I S T O R Y                      PAGE    3
1800 UNION AVE                        01/01/99 THRU 10/20/04
MEMPHIS, TN 38104


ROBINSON,BOBBIE              CUST #   BIRTHDAY  SEX  S.S. NUMBER     PLAN
2484 LOCKMEADE DR           607907-01  06/29/58  F   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     PCS PLANS           414044064
MEMPHIS, TN 38127
```

|     |       |        | DATE    |       |            |                         |                    |     |      | RX     | CUSTOMER |
| RPH | RX #  | REFILL | FILLED  | PLAN  | NDC #      | DRUG NAME AND STRENGTH  | DOCTOR NAME        | QTY | DAYS | AMT    | PAID AMT |
|-----|-------|--------|---------|-------|------------|-------------------------|--------------------|-----|------|--------|----------|
| BP  | 263532 | 5     | 03/16/01 | PCS P | 00173-0321-98 | VENTOLIN AER        90MCG RF | WILONS,MICHEAL      | 17 | 15 | 28.77  | 15.00 |
| BP  | 264492 | 2     | 03/16/01 | PCS P | 00069-1540-68 | NORVASC TAB       10MG | WOMACK,CATHERINE    | 30 | 30 | 59.25  | 15.00 |
| BP  | 274355 |       | 03/29/01 | PCS P | 00088-1798-42 | CARDIZEM CD CAP   300MG/24 | THURMAN,F W       | 30 | 30 | 79.59  | 15.00 |
| BP  | 263532 | 6     | 04/07/01 | PCS P | 00173-0321-98 | VENTOLIN AER        90MCG RF | WILONS,MICHEAL      | 17 | 15 | 28.77  | 15.00 |
| BP  | 263517 | 4     | 04/17/01 | PCS P | 52544-0424-05 | TRIAMT/HCTZ TAB   37.5-25 | WOMACK,CATHERINE    | 30 | 30 | 11.22  | 5.00  |
| BP  | 263532 | 7     | 04/21/01 | PCS P | 00173-0321-98 | VENTOLIN AER        90MCG RF | WILONS,MICHEAL      | 17 | 15 | 28.77  | 15.00 |
| BP  | 264492 | 3     | 04/27/01 | PCS P | 00069-1540-68 | NORVASC TAB       10MG | WOMACK,CATHERINE    | 30 | 30 | 59.25  | 15.00 |
| BP  | 277975 |       | 05/02/01 | PCS P | 00056-0169-70 | COUMADIN TAB      1MG | JONES,C. MICHAEL    | 30 | 30 | 19.07  | 15.00 |
| RW  | 274355 | 1     | 05/07/01 | PCS P | 00088-1798-42 | CARDIZEM CD CAP   300MG/24 | THURMAN,F W       | 30 | 30 | 79.59  | 15.00 |
| BP  | 279126 |       | 05/14/01 | PCS P | 00173-0321-98 | VENTOLIN AER        90MCG RF | WILONS,MICHEAL      | 17 | 15 | 28.77  | 15.00 |
| RW  | 279126 | 1     | 05/29/01 | PCS P | 00173-0321-98 | VENTOLIN AER        90MCG RF | WILONS,MICHEAL      | 17 | 15 | 28.77  | 15.00 |
| BP  | 263517 | 4     | 06/05/01 | PCS P | 52544-0424-05 | TRIAMT/HCTZ TAB   37.5-25 | WOMACK,CATHERINE    | 30 | 30 | 11.22  | 5.00  |
| RW  | 279126 | 2     | 06/11/01 | PCS P | 00173-0321-98 | VENTOLIN AER        90MCG RF | WILONS,MICHEAL      | 17 | 15 | 28.77  | 15.00 |
| RW  | 264492 | 4     | 06/15/01 | PCS P | 00069-1540-68 | NORVASC TAB       10MG | WOMACK,CATHERINE    | 30 | 30 | 59.25  | 15.00 |
| RW  | 277975 | 1     | 06/15/01 | PCS P | 00056-0169-70 | COUMADIN TAB      1MG | JONES,C. MICHAEL    | 30 | 30 | 19.57  | 15.00 |
| RW  | 282421 |       | 06/15/01 | PCS P | 00002-2606-58 | OPIUM TIN          10% | JONES,C. MICHAEL    | 30 | 10 | 15.03  | 15.00 |
| RW  | 282432 |       | 06/15/01 | PCS P | 00004-0117-01 | BACTRIM DS TAB    800-160 | JONES,C. MICHAEL    | 10 | 10 | 15.27  | 15.00 |
| BP  | 274355 | 2     | 06/23/01 | PCS P | 00088-1798-42 | CARDIZEM CD CAP   300MG/24 | THURMAN,F W       | 30 | 30 | 79.59  | 15.00 |
| BP  | 279126 | 3     | 06/23/01 | PCS P | 00173-0321-98 | VENTOLIN AER        90MCG RF | WILONS,MICHEAL      | 17 | 15 | 28.77  | 15.00 |
| RW  | 279126 | 4     | 07/10/01 | PCS P | 00173-0321-98 | VENTOLIN AER        90MCG RF | WILONS,MICHEAL      | 17 | 15 | 28.77  | 15.00 |
| RW  | 252184 | 1     | 07/13/01 | PCS P | 00085-0431-02 | PROVENTIL RE TAB  4MG ER | HEADLEY,A S        | 20 | 10 | 17.04  | 15.00 |
| RW  | 279126 | 5     | 07/16/01 | PCS P | 00173-0321-98 | VENTOLIN AER        90MCG RF | WILONS,MICHEAL      | 17 | 15 | 28.77  | 15.00 |
| BP  | 279126 | 6     | 07/31/01 | PCS P | 00173-0321-98 | VENTOLIN AER        90MCG RF | WILONS,MICHEAL      | 17 | 15 | 28.77  | 15.00 |
| BP  | 282432 | 1     | 08/07/01 | PCS P | 00004-0117-01 | BACTRIM DS TAB    800-160 | JONES,C. MICHAEL    | 10 | 10 | 15.27  | 15.00 |
| RW  | 288389 |       | 08/11/01 | PCS P | 00173-0321-98 | VENTOLIN AER        90MCG RF | WILONS,MICHEAL      | 17 | 15 | 28.77  | 15.00 |
| BP  | 264492 | 5     | 08/17/01 | PCS P | 00069-1540-68 | NORVASC TAB       10MG | WOMACK,CATHERINE    | 30 | 30 | 59.25  | 15.00 |
| RW  | 288389 | 1     | 08/25/01 | PCS P | 00173-0321-98 | VENTOLIN AER        90MCG RF | WILONS,MICHEAL      | 17 | 15 | 28.77  | 15.00 |
| BP  | 281218 | 1     | 08/31/01 | PCS P | 52544-0424-05 | TRIAMT/HCTZ TAB   37.5-25 | WOMACK,CATHERINE    | 30 | 30 | 11.22  | 5.00  |
| BP  | 290587 |       | 09/01/01 | PCS P | 00006-0110-68 | VIOXX TAB         25MG | JONES,C. MICHAEL    | 30 | 30 | 70.97  | 15.00 |
| RW  | 288389 | 2     | 09/08/01 | PCS P | 00173-0321-98 | VENTOLIN AER        90MCG RF | WILONS,MICHEAL      | 17 | 15 | 28.77  | 15.00 |
| BP  | 282432 | 2     | 09/10/01 | PCS P | 61570-0053-20 | SEPTRA DS         | JONES,C. MICHAEL    | 10 | 10 | 17.73  | 15.00 |
| RW  | 288389 | 3     | 09/18/01 | PCS P | 00173-0321-98 | VENTOLIN AER        90MCG RF | WILONS,MICHEAL      | 17 | 15 | 28.77  | 15.00 |
| BP  | 274355 | 3     | 09/25/01 | PCS P | 00088-1798-42 | CARDIZEM CD CAP   300MG/24 | THURMAN,F W       | 30 | 30 | 79.59  | 15.00 |
| BP  | 293134 |       | 09/25/01 | PCS P | 00069-1540-68 | NORVASC TAB       10MG | WOMACK,CATHERINE    | 60 | 30 | 116.00 | 15.00 |
| BP  | 293135 | 1     | 09/25/01 | PCS P | 52544-0424-05 | TRIAMT/HCTZ TAB   37.5-25 | WOMACK,CATHERINE    | 30 | 30 | 11.22  | 5.00  |
| RW  | 293383 | 1     | 09/27/01 | PCS P | 00597-0031-12 | CATAPRES-TTS DIS  0.1/24HR | WOMACK,CATHERINE    | 4  | 14 | 39.48  | 10.00 |
| RW  | 293384 | 1     | 09/27/01 | PCS P | 00597-0032-12 | CATAPRES-TTS DIS  0.2/24HR | WOMACK,CATHERINE    | 4  | 28 | 64.75  | .00   |
| BP  | 292498 |       | 09/29/01 | PCS P | 00173-0321-98 | VENTOLIN AER        90MCG RF | JONES,MACK          | 17 | 15 | 28.77  | .00   |
| BP  | 292498 | 1     | 10/10/01 | PCS P | 00173-0321-98 | VENTOLIN AER        90MCG RF | JONES,MACK          | 17 | 15 | 28.77  | .00   |
| BP  | 294795 |       | 10/10/01 | PCS P | 00300-3046-13 | PREVACID CAP      30MG DR | JONES,C. MICHAEL    | 30 | 30 | 110.67 | .00   |
| BP  | 282432 | 3     | 10/16/01 | PCS P | 61570-0053-20 | SEPTRA DS         | JONES,C. MICHAEL    | 10 | 10 | 17.73  | .00   |

```
SUPER D #19                      C U S T O M E R   H I S T O R Y                    PAGE   4
1800 UNION AVE                        01/01/99 THRU 10/20/04
MEMPHIS, TN 38104


ROBINSON,BOBBIE              CUST #   BIRTHDAY  SEX  S.S. NUMBER       PLAN
2484 LOCKMEADE DR           607907-01 06/29/58   F   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      PCS PLANS           414044064
MEMPHIS, TN 38127
```

| RPH | RX # | REFILL | DATE FILLED | PLAN | NDC # | DRUG NAME AND STRENGTH | | DOCTOR NAME | QTY | DAYS | RX AMT | CUSTOMER PAID AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BP | 292498 | 2 | 10/16/01 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | JONES,MACK | 17 | 15 | 28.77 | .00 |
| BP | 295387 | | 10/16/01 | PCS P | 63304-0203-01 | OPIUM TIN | 10% | JONES,C. MICHAEL | 60 | 6 | 28.29 | .00 |
| RW | 292498 | 3 | 11/02/01 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | JONES,MACK | 17 | 15 | 28.77 | .00 |
| RW | 297350 | | 11/02/01 | PCS P | 00228-2672-11 | SPIRONOLACTO TAB | 50MG | JONES,C. MICHAEL | 15 | 15 | 13.13 | .00 |
| RW | 292498 | 4 | 11/19/01 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | JONES,MACK | 17 | 15 | 30.62 | .00 |
| RW | 293384 | 1 | 11/19/01 | PCS P | 00597-0032-12 | CATAPRES-TTS DIS | 0.2/24HR | WOMACK,CATHERINE | 4 | 28 | 64.75 | .00 |
| BP | 277975 | 2 | 11/29/01 | PCS P | 00056-0169-70 | COUMADIN TAB | 1MG | JONES,C. MICHAEL | 30 | 30 | 19.57 | .00 |
| BP | 290587 | 1 | 11/29/01 | PCS P | 00006-0110-68 | VIOXX TAB | 25MG | JONES,C. MICHAEL | 30 | 30 | 74.32 | .00 |
| BP | 293134 | 1 | 11/29/01 | PCS P | 00069-1540-68 | NORVASC TAB | 10MG | WOMACK,CATHERINE | 60 | 30 | 116.00 | .00 |
| BP | 293135 | 1 | 11/29/01 | PCS P | 52544-0424-05 | TRIAMT/HCTZ TAB | 37.5-25 | WOMACK,CATHERINE | 30 | 30 | 11.22 | .00 |
| BP | 293136 | 1 | 11/29/01 | PCS P | 00088-1798-42 | CARDIZEM CD CAP | 300MG/24 | WOMACK,CATHERINE | 30 | 30 | 79.59 | .00 |
| RW | 300518 | | 12/01/01 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | JONES,MACK | 17 | 15 | 30.62 | .00 |
| RW | 293384 | 2 | 12/14/01 | PCS P | 00597-0032-12 | CATAPRES-TTS DIS | 0.2/24HR | WOMACK,CATHERINE | 4 | 28 | 64.75 | .00 |
| RW | 300518 | 1 | 12/14/01 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | JONES,MACK | 17 | 15 | 30.62 | .00 |
| RW | 302366 | | 12/19/01 | PCS P | 00597-0033-34 | CATAPRES-TTS DIS | 0.3/24HR | WOMACK,CATHERINE | 4 | 30 | 88.86 | .00 |
| BP | 300518 | 2 | 12/21/01 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | JONES,MACK | 17 | 15 | 30.62 | .00 |
| RW | 277975 | 3 | 12/22/01 | PCS P | 00056-0169-70 | COUMADIN TAB | 1MG | JONES,C. MICHAEL | 30 | 30 | 19.57 | .00 |
| RW | 290587 | 2 | 12/22/01 | PCS P | 00006-0110-68 | VIOXX TAB | 25MG | JONES,C. MICHAEL | 30 | 30 | 74.32 | .00 |
| RW | 293134 | 2 | 12/22/01 | PCS P | 00069-1540-68 | NORVASC TAB | 10MG | WOMACK,CATHERINE | 60 | 30 | 116.00 | .00 |
| RW | 293135 | 2 | 12/22/01 | PCS P | 52544-0424-05 | TRIAMT/HCTZ TAB | 37.5-25 | WOMACK,CATHERINE | 30 | 30 | 11.22 | .00 |
| RW | 293136 | 1 | 12/22/01 | PCS P | 00088-1798-42 | CARDIZEM CD CAP | 300MG/24 | WOMACK,CATHERINE | 30 | 30 | 79.59 | .00 |
| BP | 300518 | 3 | 12/31/01 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | JONES,MACK | 17 | 15 | 30.62 | .00 |
| BP | 303398 | | 12/31/01 | PCS P | 00026-8513-51 | CIPRO TAB | 500MG | JONES,C. MICHAEL | 20 | 10 | 83.79 | .00 |
| BP | 304638 | | 01/11/02 | PCS P | 00597-0032-12 | CATAPRES-TTS DIS | 0.2/24HR | WOMACK,CATHERINE | 8 | 4 | 130.74 | 25.00 |
| RW | 300518 | 4 | 01/14/02 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | JONES,MACK | 17 | 15 | 30.62 | 25.00 |
| BP | 305898 | | 01/23/02 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | WILONS,MICHEAL | 17 | 15 | 30.62 | 25.00 |
| BP | 305898 | 1 | 02/01/02 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | WILONS,MICHEAL | 17 | 15 | 30.62 | 25.00 |
| BP | 307082 | | 02/01/02 | PCS P | 00045-1525-50 | LEVAQUIN TAB | 500MG | JONES,C. MICHAEL | 7 | 7 | 56.55 | 25.00 |
| RW | 304638 | 1 | 02/15/02 | PCS P | 00597-0032-12 | CATAPRES-TTS DIS | 0.2/24HR | WOMACK,CATHERINE | 8 | 4 | 130.74 | 25.00 |
| RW | 305898 | 2 | 02/15/02 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | WILONS,MICHEAL | 17 | 15 | 30.62 | 25.00 |
| RW | 293136 | 2 | 02/22/02 | PCS P | 00088-1798-42 | CARDIZEM CD CAP | 300MG/24 | WOMACK,CATHERINE | 30 | 30 | 79.59 | 25.00 |
| RW | 305898 | 3 | 02/22/02 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | WILONS,MICHEAL | 17 | 15 | 30.62 | 25.00 |
| RW | 310351 | | 03/02/02 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | WILONS,MICHEAL | 17 | 15 | 30.62 | 25.00 |
| RW | 293135 | 3 | 03/12/02 | PCS P | 52544-0424-05 | TRIAMT/HCTZ TAB | 37.5-25 | WOMACK,CATHERINE | 30 | 30 | 10.24 | 5.00 |
| BP | 310351 | 1 | 03/20/02 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | WILONS,MICHEAL | 17 | 15 | 30.62 | 25.00 |
| BP | 310351 | 2 | 03/30/02 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | WILONS,MICHEAL | 17 | 15 | 30.62 | 25.00 |
| RW | 313741 | | 04/02/02 | PCS P | 00378-0186-10 | CLONIDINE TAB | 0.2MG | WOMACK,CATHERINE | 60 | 30 | 12.73 | 5.00 |
| RW | 277975 | 4 | 04/05/02 | PCS P | 00056-0169-70 | COUMADIN TAB | 1MG | JONES,C. MICHAEL | 30 | 30 | 19.57 | 19.57 |
| RW | 293136 | 3 | 04/05/02 | PCS P | 00088-1798-42 | CARDIZEM CD CAP | 300MG/24 | WOMACK,CATHERINE | 30 | 30 | 79.59 | 25.00 |
| BP | 310351 | 3 | 04/12/02 | PCS P | 00173-0321-98 | VENTOLIN AER | 90MCG RF | WILONS,MICHEAL | 17 | 15 | 30.62 | 25.00 |
| BP | 293135 | 4 | 04/23/02 | PCS P | 00591-0424-05 | TRIAMT/HCTZ TAB | 37.5-25 | WOMACK,CATHERINE | 30 | 30 | 10.24 | 5.00 |

```
SUPER D #19                          C U S T O M E R   H I S T O R Y                           PAGE   5
1800 UNION AVE                           01/01/99 THRU 10/20/04
MEMPHIS, TN 38104


ROBINSON,BOBBIE              CUST #   BIRTHDAY  SEX  S.S. NUMBER      PLAN
2484 LOCKMEADE DR           607907-01 06/29/58   F   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    PCS PLANS              414044064
MEMPHIS, TN 38127
```

|     |      |        | DATE   |      |            |                       |          |                 |     |      | RX     | CUSTOMER  |
|-----|------|--------|--------|------|------------|-----------------------|----------|-----------------|-----|------|--------|-----------|
| RPH | RX # | REFILL | FILLED | PLAN | NDC #      | DRUG NAME AND STRENGTH |          | DOCTOR NAME    | QTY | DAYS | AMT    | PAID AMT  |
| BP  | 310351 | 4    | 04/23/02 | PCS P | 00173-0321-88 | VENTOLIN AER      | 90MCG    | WILONS,MICHEAL      | 17  | 15 | 33.00  | 25.00 |
| BP  | 290587 | 3    | 04/29/02 | PCS P | 00006-0110-68 | VIOXX TAB         | 25MG     | JONES,C. MICHAEL    | 30  | 30 | 74.32  | 15.00 |
| BP  | 317285 |      | 05/01/02 | PCS P | 00591-5216-10 | FOLIC ACID TAB    | 1MG      | JONES,C. MICHAEL    | 30  | 30 | 3.15   | 3.15  |
| BP  | 317286 |      | 05/01/02 | CASH  | 00677-0070-10 | FERROUS SULF TAB  | 5GR      | JONES,C. MICHAEL    | 90  | 30 | 5.54   | 4.99  |
| RW  | 310351 | 5    | 05/06/02 | PCS P | 00173-0321-88 | VENTOLIN AER      | 90MCG    | WILONS,MICHEAL      | 17  | 15 | 33.00  | 25.00 |
| BP  | 293134 | 3    | 05/07/02 | PCS P | 00069-1540-68 | NORVASC TAB       | 10MG     | WOMACK, CATHERINE   | 60  | 30 | 116.00 | 15.00 |
| RW  | 318030 |      | 05/08/02 | PCS P | 00069-3060-75 | ZITHROMAX TAB     | 250MG    | JONES,C. MICHAEL    | 6   | 5  | 39.99  | 15.00 |
| RW  | 277975 | 1    | 05/20/02 | PCS P | 00056-0169-70 | COUMADIN TAB      | 1MG      | JONES,C. MICHAEL    | 30  | 30 | 21.17  | 21.17 |
| BP  | 293136 | 4    | 05/20/02 | PCS P | 00088-1798-42 | CARDIZEM CD CAP   | 300MG/24 | WOMACK, CATHERINE   | 30  | 30 | 79.59  | 25.00 |
| RW  | 310351 | 6    | 05/20/02 | PCS P | 00173-0321-88 | VENTOLIN AER      | 90MCG    | WILONS,MICHEAL      | 17  | 15 | 33.00  | 25.00 |
| BP  | 320241 |      | 05/29/02 | PCS P | 00451-0398-50 | VOLMAX TAB        | 4MG ER   | WILONS,MICHEAL      | 30  | 30 | 31.00  | 25.00 |
| BP  | 310351 | 7    | 05/30/02 | PCS P | 00173-0321-88 | VENTOLIN AER      | 90MCG    | WILONS,MICHEAL      | 17  | 15 | 33.00  | 25.00 |
| BP  | 293135 | 5    | 06/04/02 | PCS P | 00591-0424-05 | TRIAMT/HCTZ TAB   | 37.5-25  | WOMACK, CATHERINE   | 30  | 30 | 10.24  | 5.00  |
| BP  | 310351 | 8    | 06/13/02 | PCS P | 00173-0321-88 | VENTOLIN AER      | 90MCG    | WILONS,MICHEAL      | 17  | 15 | 33.00  | 25.00 |
| RW  | 313741 | 1    | 06/15/02 | PCS P | 00378-0186-10 | CLONIDINE TAB     | 0.2MG    | WOMACK, CATHERINE   | 60  | 30 | 12.73  | 5.00  |
| RW  | 323625 |      | 06/28/02 | PCS P | 00173-0321-88 | VENTOLIN AER      | 90MCG    | WILONS,MICHEAL      | 17  | 15 | 33.00  | 25.00 |
| BP  | 293136 | 5    | 07/06/02 | PCS P | 00088-1798-42 | CARDIZEM CD CAP   | 300MG/24 | WOMACK, CATHERINE   | 30  | 30 | 86.01  | 25.00 |
| BP  | 323625 | 1    | 07/06/02 | PCS P | 00173-0321-88 | VENTOLIN AER      | 90MCG    | WILONS,MICHEAL      | 17  | 15 | 33.00  | 25.00 |
| BP  | 324896 |      | 07/11/02 | PCS P | 00056-0169-70 | COUMADIN TAB      | 1MG      | JONES,C. MICHAEL    | 30  | 30 | 21.17  | 6.11  |
| BP  | 323625 | 2    | 07/27/02 | PCS P | 00173-0321-88 | VENTOLIN AER      | 90MCG    | WILONS,MICHEAL      | 17  | 15 | 33.00  | .00   |
| BP  | 293134 | 4    | 07/30/02 | PCS P | 00069-1540-68 | NORVASC TAB       | 10MG     | WOMACK, CATHERINE   | 60  | 30 | 116.00 | .00   |
| BP  | 293135 | 6    | 07/30/02 | PCS P | 00591-0424-05 | TRIAMT/HCTZ TAB   | 37.5-25  | WOMACK, CATHERINE   | 30  | 30 | 10.21  | .00   |
| BP  | 293136 | 6    | 07/30/02 | PCS P | 00088-1798-42 | CARDIZEM CD CAP   | 300MG/24 | WOMACK, CATHERINE   | 30  | 30 | 86.01  | .00   |
| BP  | 313741 | 2    | 07/30/02 | PCS P | 00378-0186-10 | CLONIDINE TAB     | 0.2MG    | WOMACK, CATHERINE   | 60  | 30 | 12.48  | .00   |
| RW  | 323625 | 3    | 08/01/02 | PCS P | 00173-0321-88 | VENTOLIN AER      | 90MCG    | WILONS,MICHEAL      | 17  | 15 | 33.00  | .00   |
| RW  | 327156 |      | 08/01/02 | PCS P | 00185-0613-05 | HYDROXYZ PAM CAP  | 25MG     | JONES,C. MICHAEL    | 120 | 30 | 15.72  | .00   |
| RW  | 327157 |      | 08/01/02 | PCS P | 63304-0203-01 | OPIUM TIN         | 10%      | JONES,C. MICHAEL    | 30  | 30 | 16.37  | .00   |
| RW  | 327809 |      | 08/07/02 | PCS P | 00006-0110-68 | VIOXX TAB         | 25MG     | JONES,C. MICHAEL    | 30  | 30 | 74.32  | .00   |
| RW  | 294795 | 1    | 08/09/02 | PCS P | 00300-3046-13 | PREVACID CAP      | 30MG DR  | JONES,C. MICHAEL    | 30  | 30 | 118.78 | .00   |
| BP  | 323625 | 4    | 08/17/02 | PCS P | 00173-0321-88 | VENTOLIN AER      | 90MCG    | WILONS,MICHEAL      | 17  | 15 | 33.00  | .00   |
| BP  | 324896 | 1    | 08/20/02 | PCS P | 00056-0169-70 | COUMADIN TAB      | 1MG      | JONES,C. MICHAEL    | 30  | 30 | 21.17  | .00   |
| RW  | 323625 | 5    | 08/28/02 | PCS P | 00173-0321-88 | VENTOLIN AER      | 90MCG    | WILONS,MICHEAL      | 17  | 15 | 33.00  | .00   |
| RW  | 293135 | 7    | 09/05/02 | PCS P | 00591-0424-05 | TRIAMT/HCTZ TAB   | 37.5-25  | WOMACK, CATHERINE   | 30  | 30 | 10.21  | .00   |
| BP  | 323625 | 6    | 09/10/02 | PCS P | 00173-0321-88 | VENTOLIN AER      | 90MCG    | WILONS,MICHEAL      | 17  | 15 | 33.00  | .00   |
| RW  | 331462 |      | 09/11/02 | PCS P | 00026-8513-51 | CIPRO TAB         | 500MG    | JONES,C. MICHAEL    | 14  | 7  | 65.33  | .00   |
| BP  | 324896 | 2    | 09/23/02 | PCS P | 00056-0169-70 | COUMADIN TAB      | 1MG      | JONES,C. MICHAEL    | 30  | 30 | 21.17  | .00   |
| BP  | 332749 |      | 09/24/02 | PCS P | 00173-0321-88 | VENTOLIN AER      | 90MCG    | WILONS,MICHEAL      | 17  | 15 | 33.00  | .00   |
| BP  | 332750 |      | 09/24/02 | PCS P | 00088-1798-42 | CARDIZEM CD CAP   | 300MG/24 | WOMACK, CATHERINE   | 30  | 30 | 86.01  | .00   |
| RW  | 293134 | 5    | 10/07/02 | PCS P | 00069-1540-68 | NORVASC TAB       | 10MG     | WOMACK, CATHERINE   | 60  | 30 | 116.00 | .00   |
| RW  | 313741 | 3    | 10/07/02 | PCS P | 00378-0186-10 | CLONIDINE TAB     | 0.2MG    | WOMACK, CATHERINE   | 60  | 30 | 12.48  | .00   |
| RW  | 320241 | 1    | 10/07/02 | PCS P | 00451-0398-50 | VOLMAX TAB        | 4MG ER   | WILONS,MICHEAL      | 30  | 30 | 31.00  | .00   |

```
SUPER D #19                          C U S T O M E R   H I S T O R Y                          PAGE   6
1800 UNION AVE                            01/01/99 THRU 10/20/04
MEMPHIS, TN 38104


ROBINSON,BOBBIE              CUST #   BIRTHDAY  SEX  S.S. NUMBER      PLAN
2484 LOCKMEADE DR           607907-01  06/29/58   F  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     PCS PLANS              414044064
MEMPHIS, TN 38127
```

|  |  |  | DATE |  |  |  |  |  |  | RX | CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RPH | RX # | REFILL | FILLED | PLAN | NDC # | DRUG NAME AND STRENGTH | DOCTOR NAME | QTY | DAYS | AMT | PAID AMT |
| RW | 327809 | 1 | 10/07/02 | PCS P | 00006-0110-68 | VIOXX TAB | 25MG | JONES,C. MICHAEL | 30 | 30 | 77.55 | .00 |
| RW | 332749 | 1 | 10/07/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | .00 |
| BP | 335118 |  | 10/16/02 | PCS P | 00026-8514-50 | CIPRO TAB | 750MG | JONES,C. MICHAEL | 14 | 7 | 70.36 | .00 |
| BP | 335530 |  | 10/21/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | .00 |
| BP | 320241 | 2 | 10/30/02 | PCS P | 00451-0398-50 | VOLMAX TAB | 4MG ER | WILONS,MICHEAL | 30 | 30 | 31.00 | .00 |
| BP | 324896 | 3 | 10/30/02 | PCS P | 00056-0169-70 | COUMADIN TAB | 1MG | JONES,C. MICHAEL | 30 | 30 | 21.17 | .00 |
| BP | 327809 | 2 | 10/30/02 | PCS P | 00006-0110-68 | VIOXX TAB | 25MG | JONES,C. MICHAEL | 30 | 30 | 77.55 | .00 |
| BP | 335530 | 1 | 10/30/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | .00 |
| BP | 336608 |  | 10/31/02 | PCS P | 00069-1540-68 | NORVASC TAB | 10MG | WOMACK,CATHERINE | 60 | 30 | 116.00 | .00 |
| BP | 336609 |  | 10/31/02 | PCS P | 00378-0186-10 | CLONIDINE TAB | 0.2MG | WOMACK,CATHERINE | 60 | 30 | 12.48 | .00 |
| BP | 335530 | 2 | 11/09/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | .00 |
| RW | 337795 |  | 11/11/02 | PCS P | 00555-0301-02 | METHYLPRED TAB | 4MG | JONES,C. MICHAEL | 21 | 3 | 11.56 | .00 |
| RW | 332750 | 1 | 11/12/02 | PCS P | 00088-1798-42 | CARDIZEM CD CAP | 300MG/24 | WOMACK,CATHERINE | 30 | 30 | 86.01 | .00 |
| RW | 338601 |  | 11/18/02 | PCS P | 00026-8513-51 | CIPRO TAB | 500MG | JONES,C. MICHAEL | 28 | 14 | 135.70 | .00 |
| RW | 338713 |  | 11/19/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | .00 |
| RW | 293135 | 8 | 11/20/02 | PCS P | 50111-0534-02 | TRIAMT/HCTZ TAB | 37.5-25 | WOMACK,CATHERINE | 30 | 30 | 10.21 | .00 |
| RW | 338871 | 1 | 11/20/02 | PCS P | 00088-1799-42 | CARDIZEM CD CAP | 360MG/24 | JONES,C. MICHAEL | 30 | 30 | 93.35 | .00 |
| RW | 338713 | 1 | 11/22/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | .00 |
| BP | 340184 |  | 12/03/02 | PCS P | 52268-0800-02 | MIRALAX POW | 3350 NF | LEVINSON,MICHAE | 255 | 30 | 19.69 | .00 |
| BP | 340185 |  | 12/03/02 | PCS P | 00085-0787-01 | K-DUR TAB | 20MEQ CR | LEVINSON,MICHAE | 60 | 30 | 33.02 | .00 |
| BP | 340186 |  | 12/03/02 | CASH | 00182-1113-01 | SENNA-S TAB |  | LEVINSON,MICHAE | 60 | 30 | 7.97 | 7.97 |
| BP | 340187 |  | 12/03/02 | CASH | 00536-3751-01 | DOC SOD/CAS CAP | 100-30 | LEVINSON,MICHAE | 60 | 30 | 4.43 | 3.99 |
| BP | 338713 | 2 | 12/07/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | .00 |
| RW | 338713 | 3 | 12/18/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | .00 |
| RW | 293135 | 9 | 12/27/02 | PCS P | 50111-0534-02 | TRIAMT/HCTZ TAB | 37.5-25 | WOMACK,CATHERINE | 30 | 30 | 10.21 | .00 |
| RW | 338713 | 4 | 12/27/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | .00 |
| RW | 338871 | 1 | 12/27/02 | PCS P | 00088-1799-42 | CARDIZEM CD CAP | 360MG/24 | JONES,C. MICHAEL | 30 | 30 | 93.35 | .00 |
| RW | 342892 | 1 | 12/27/02 | PCS P | 00591-0241-05 | LORAZEPAM TAB | 1MG | JONES,C. MICHAEL | 30 | 15 | 18.53 | .00 |
| RW | 336608 | 1 | 12/31/02 | PCS P | 00069-1540-68 | NORVASC TAB | 10MG | WOMACK,CATHERINE | 60 | 30 | 116.00 | .00 |
| RW | 336609 | 1 | 12/31/02 | PCS P | 00378-0186-10 | CLONIDINE TAB | 0.2MG | WOMACK,CATHERINE | 60 | 30 | 12.48 | .00 |
| RW | 338713 | 5 | 12/31/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | .00 |
| BP | 338713 | 6 | 01/14/03 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | 25.00 |
| BP | 339125 |  | 01/18/03 | PCS P | 00088-1798-42 | CARDIZEM CD CAP | 300MG/24 | JONES,C. MICHAEL | 30 | 30 | 86.01 | 25.00 |
| BP | 345304 |  | 01/18/03 | PCS P | 50458-0036-05 | DURAGESIC DIS | 100MCG/H | JONES,C. MICHAEL | 10 | 30 | 439.95 | 25.00 |
| BP | 338713 | 7 | 01/23/03 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | 25.00 |
| BP | 346739 |  | 01/31/03 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 35.86 | 25.00 |
| RW | 346739 | 1 | 02/08/03 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 35.86 | 25.00 |
| RW | 347697 |  | 02/10/03 | PCS P | 50458-0036-05 | DURAGESIC DIS | 100MCG/H | JONES,C. MICHAEL | 10 | 30 | 439.95 | 25.00 |
| BP | 346739 | 2 | 02/14/03 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 35.86 | 25.00 |
| RW | 346739 | 3 | 02/22/03 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 35.86 | 25.00 |
| RW | 339125 | 1 | 02/26/03 | PCS P | 00088-1798-42 | CARDIZEM CD CAP | 300MG/24 | JONES,C. MICHAEL | 30 | 30 | 86.01 | 25.00 |

**INITIAL OUTPATIENT EVALUATION**
**NAME:** Bobbie Robinson                    **CHART #** 500170

Page 2


**LABORATORY PROFILE:**  Being sent from Drs. Womack and Jones

**IMPRESSION:**
1.  Complex heart disease
2.  Hypertension
3.  Obesity
4.  History of colon cancer on chemotherapy

**PLAN:**  We need to rule out an arrhythmia.  Routine lab work will be
reviewed.  We will do a holter monitor and echocardiogram, and then a
follow up appointment.  She normally would need a thallium study, but
her weight precludes this and we may have to do a Dobutamine nuclear
study.

Certainly the fainting episodes could be multi-factoral.  We will go a
head with a holter monitor, routine lab, and echo, and then have a
follow up appointment.


_____
FAM:rs:cw                              Frank A. McGrew III, M.D.

cc: C. Michael Jones, M.D.
      7710 Wolf River Circle

    Catherine Womack, M.D.
      756 Ridge Lake Blvd., Suite 120

    Michael D. Wilons, M.D.
      910 Madison Avenue, Suite 608
      Memphis, TN 38103[E]


Date Dictated:    06/11/2002
Date Transcribed: 06/13/2002
                        CHART COPY

OFFICE NOTE



PATIENT:  BOBBIE ROBINSON
UT MEDICAL GROUP CHART #:
UTMG MRN:  109073
DATE OF VISIT:  11/07/2000
DATE OF DICTATION:  11/07/2000
DATE OF TRANSCRIPTION:  11/07/2000
DATE OF BIRTH:  06/29/1958

Ms. Robinson comes in today because she has had really high blood pressure lately.  In her family, her mother and father both have had kidney problems and her mother has had kidney failure secondary to the high blood pressure so she wants to be treated for this. She says that she has had several other problems.  One, she has degenerative joint disease of both the left and right hip.  She saw Dr. Crockarell at Campbell's Clinic and Dr. Mays at the pain clinic.  Dr. Mays did a nerve block but it didn't help at all. They have both told her to lose weight and she has lost forty pounds in the last year or so.  She knows that she needs to do more.  She also has chronic problems with asthma and she sees Dr. Wilons and he has her on a good therapy.  She thinks that she may have been diagnosed with osteoporosis but she never has had a bone density scan done.  She would like to have that one done.  She also has terrible problems with uterine fibroids.  She has really heavy periods and is anemic.  She is taking iron for this.

PAST MEDICAL HISTORY:  Significant for high blood pressure over the last year, chronic pain, asthma, obesity, anemia, bright red blood per rectum and she has a history uterine artery embolization that was done by Dr. Chan Suddin, interventional radiologist.  Dr. Keith Merrill referred her there.  She is G3, P2-0-1.  Her last Pap was 10/2000.  Her last mammogram was in May 2000.

FAMILY HISTORY:  Father died of some kind of kidney disease.  Her mother is experiencing renal failure secondary to her high blood pressure.  Both of her sisters have hypertension.  She is unaware of any heart disease or stroke in the family.

MEDICINES:  She is on Ventolin, Flovent, Serevent, Proventil and Vioxx.

ALLERGIES:  SHE HAS NO KNOWN DRUG ALLERGIES.

REVIEW OF SYSTEMS:  She denies any decreased hearing, ringing in her ears, ear infections, dizzy spells, fainting spells, failing vision, eye pain, double or blurred vision, eye infections, nose bleeds, sinus trouble or sore throat.  She does have the hay fever. No hoarseness, pneumonia or bronchitis.  She has had asthma for two years and some shortness of breath related to that.  No shortness

CONTINUED

OFFICE NOTE – CONTINUED – PAGE 2
PATIENT: BOBBIE ROBINSON
UT MEDICAL GROUP CHART #:
UTMG MRN: 109073
DATE OF VISIT: 11/07/2000
DATE OF DICTATION: 11/07/2000
DATE OF TRANSCRIPTION: 11/07/2000
DATE OF BIRTH: 06/29/1958



of breath lying flat or chest pain.  She does have the high blood
pressure.  No heart murmur, swollen ankles, irregular pulse or
palpitations.  She does have leg pain in her hips when she walks.
No varicose veins, loss of appetite, difficulty swallowing,
heartburn, peptic ulcer disease, nausea, vomiting, abdominal pain,
gallbladder trouble, jaundice, change in bowel habits, diarrhea,
constipation, diverticulosis, Crohn's or colitis.  She has had
bright red blood per rectum and bloody or tarry stools along with
hemorrhoids.  She denies hernia, blood in urine, kidney stone,
urination overnight, painful urination, loss of control, decrease
in force or flow, urethral discharge, urinary infections, venereal
disease, fatigue or weight loss.  She does have the anemia along
with the uterine fibroids and heavy bleeding.  No bruising, cancer,
diabetes, thyroid disease, seizures, strokes, tremors, muscle
weakness, fever, chills, numbness, tingling or headaches.  She does
have the arthritis with degenerative joint disease in her lower
back with back pain.  She has seen the specialist named above.  No
bone fracture or gout.  She has been told that she may have
osteoporosis but a bone density test has not been done.  No foot
pain, cold-numb feet, rash, hives, psoriasis, eczema, difficulty
sleeping, depression, nervousness, memory loss, moodiness, mental
illness or phobias.  No childhood illnesses.

PHYSICAL EXAMINATION:  Weight 307.  Blood pressure 190/116
initially.  We gave her 5 mg of Norvasc and then rechecked it an
hour later.  It was 186/105.  Her pulse is 76.  Her temp is 98.6.
She is normocephalic and atraumatic.  Pupils are equal, round and
reactive to light and accommodation.  TMs are benign.  Nares are
patent.  Oropharynx is clear.  Neck is supple without bruits.  No
thyromegaly.  No JVD.  Cardiovascular:  She has distant heart
tones without murmurs, gallops or rubs.  Lungs are essentially
clear to auscultation without wheezes, crackles or rhonchi.
Abdomen is obese.  Positive bowel sounds.  No hepatosplenomegaly.
There are well healed old stretch marks.  Extremities:  No
clubbing, cyanosis or edema.  She is tender to percussion over her
lumbar spine area.  No CVA tenderness.  An EKG did not show any
ischemic changes.  Rectal exam:  She does have some external
hemorrhoids but they are not irritated, inflamed or bleeding.  I
didn't feel any masses.  She did have a little bit of stool that
was brown in the rectal vault and it was heme positive.

CONTINUED

OFFICE NOTE - CONTINUED - PAGE 3
PATIENT: BOBBIE ROBINSON
UT MEDICAL GROUP CHART #:
UTMG MRN: 109073
DATE OF VISIT: 11/07/2000
DATE OF DICTATION: 11/07/2000
DATE OF TRANSCRIPTION: 11/07/2000
DATE OF BIRTH: 06/29/1958



**ASSESSMENT & PLAN:**

1) Hypertension. We will start her on 5 mg of Norvasc today. We will have her come back in three weeks.
2) Obesity. She has lost 40 pounds. She is going to continue to do this and exercise by walking on a regular basis.
3) Chronic pain. She has a follow up appointment this month with Dr. Schnapps.
4) Hemorrhoids. I have given her Anusol-HC suppositories.
5) Heme positive stool. She will be referred to GI for screening.
6) Uterine fibroids. She will follow up with Dr. Chan Suddin.
7) Asthma. She sees Dr. Wilons.
8) Long history of steroid use in the past. We will check a bone density.
9) Preventive medicine. She needs a flu shot. She is up-to-date on her Pap and mammogram. I forgot to ask her about the pneumonia shot. I will do that at the next visit as well as the tetanus shot. She will followup with me in three weeks.

CATHERINE R. WOMACK, M.D.

CRW:rht



**CAMPBELL CLINIC**
Orthopaedics

| | |
|---|---|
| John R. Crockarell, Jr. | **Madison** |

512597          **ROBINSON, BOBBIE J.**          **DOB:** 6-29-58          **SS:** 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

~~2484 LOCKMEADE DR, MEMPHIS, TN 38127~~          ~~901-353-4221~~

07/24/00 JRC

(Madison) Bobbie Robinson returns. She is a little bit improved compared to last time since she has been on the Incodin. She didn't tolerate it very well at first but now she is tolerating the medicine okay.

PHYSICAL EXAMINATION: She does have a trace effusion. She is tender over the medial joint line and over the posterior aspect of her knee. There is no palpable mass.

ASSESSMENT: CHONDROCALCINOSIS RIGHT KNEE

PLAN: Ms. Robinson would like to try an injection today and I think that I reasonable. Because of this her right knee is injected today under sterile conditions with 4 cc's of 1% Licodaine and 4 cc's of .25% Marcaine and 2 cc's of Depo Medrol. We will see how she does with this. She will return to see me in about three weeks for recheck. No x-rays are necessary on return. (jlp) transcribed 7-25-00 [978]

**OPD - PERMANENT RECORD**

Form #14636



# CAMPBELL CLINIC
Orthopaedics

512597

**ROBINSON, BOBBIE J.**
**2484 LOCKMEADE DR, MEMPHIS, TN 38127**

DOB: 6-29-58

SS: 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
901-353-4221

7-12-99 JRC

**MADISON:** Bobbie Robinson returns after about a four month absence. She continues to have pain in her left hip. She is asymptomatic on the right. She is using the cane some at work but not all the time. She takes Naprosyn for her pain. She is ambulatory less than a block at a time. She does have pain at night. She states that her weight today is about 350 pounds. She has been off Prednisone for nine months.

**PHYSICAL EXAMINATION:** She does have an antalgic gait to the left.

**X-RAYS:** None obtained.

**ASSESSMENT:** OSTEOARTHRITIS, BOTH HIP SECONDARY TO AVASCULAR NECROSIS.

**PLAN:** I have gone over this with Ms. Robinson. I think that she ought to get on a cane full time. We are going to send a letter to her work stating that she shouldn't be going up and down stairs, because this only aggravates her hip problem. We have talked frankly about her surgical treatment options which basically boil down to total hip arthroplasty, but given her young, activity level and her size, I think this is contraindicated at this time. I think she really needs to loose at least 100 pounds before we could consider a total hip arthroplasty. I have given her samples of Relafen, 750mg, one po bid with a prescription for more. We talked about GI precautions today. She will return to see me in about four months for recheck. She should have an AP pelvis on return. (gmn) Transcribed 7-15-99

MAR 0 6 2000

PT.SCHD./NOT PRESENT

JUL 24 2000

PT.SCHD./NOT PRESENT

**OPD - PERMANENT RECORD**

Form #14636



# CAMPBELL CLINIC
Orthopaedics

512597

**ROBINSON, BOBBIE J.**   DOB: 6-29-58   SS: 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
**2484 LOCKMEADE DR, MEMPHIS, TN 38127**   901-353-4221

ALLERGIES: NONE
MADISON

3-8-99 JRC

**PAST MEDICAL HISTORY:** Asthma. Surgeries - none. Medications - Flovent, Serevent, Singular Tab, Ventolin, Proventil, Prednisone. Allergies - none.

**SOCIAL HISTORY:** The patient is an administrative aide at UT.

**FAMILY HISTORY:** Hypertension, diabetes.

**CHIEF COMPLAINT:** LEFT HIP PAIN.

**PRESENT ILLNESS:** This 40 year old lady has had left hip pain for a couple of years. She has had no specific injury. She was seen by the Memphis Orthopaedic Group about 18 months ago. She takes Motrin occasionally for this. She does not use a cane or crutch. She does have pain at night. Pain is localized to the groin and the lateral aspect of the left hip.

**PHYSICAL EXAMINATION:** The patient is a well developed, well nourished black female in no acute distress. Regarding the left lower extremity: she has a positive Stinchfield test. She does have pain with range of motion of the left hip. I can flex her to 90°, internal rotation is about 10, external rotation is 20, abduction is 35, adduction is 20. Limb lengths are equal. Motor and sensory exams are intact.

**X-RAYS:** AP pelvis, AP frog-leg and a lateral views of the left hip show Stage-IV avascular necrosis with degenerative cysts on the acetabular side, no changes on the right.

**IMPRESSION:** AVASCULAR NECROSIS, LEFT HIP.

**PLAN:** I think Ms. Robinson should get a MRI to access her right hip as she has been on steroids for some time. We have gone over treatment options for her left hip which boil down to basically total hip arthroplasty versus observation. We have talked about nonoperative treatment regarding her left hip such as weight loss, cane use and anti-inflammatories. I will give her a call on the telephone about her MRI results when they become available. (gmn) Transcribed 3-11-99

04-07-99 JRC

**TELEPHONE NOTE:** A prescription for Daypro #60 with 1 refill, called to Super D #726-4444 (sb).

**OPD - PERMANENT RECORD**

Form #14636



# THE CAMPBELL CLINIC
## INCORPORATED

---

512597

**ROBINSON, BOBBIE J.**
1588 Short St.
Memphis, TN 38108                     725-6035

---

10/05/93
EEY/PEW

**NOV 04 '93**

PT.SCHD./NOT PRESENT

**PATIENT NO SHOW**

**MAR 13 1996**

**JUN 2 2 1998**

**PT.SCHD./NOT PRESENT**

**X-RAYS:** X-rays of the left hand show no definite evidence of fracture. Scaphoid views show no scaphoid fracture. X-rays of the left elbow show radial neck fracture, nondisplaced, questionable osteophyte or bone chip at the coronoid process.

I advised Mrs. Robinson of the nature of her injury. At this point healing should be progressing. I have recommended limitation of activities, avoidance of reinjury, gradual range of motion exercises. She is sent to Physical Therapy for range of motion exercises. Return in one month, AP and lateral of the elbow and AP and lateral of the wrist with a scaphoid view on return. (pm)

---

Form #152                                    OPD - PERMANENT RECORD

| PATIENT NAME | | AGE | RS | MS | UNIT NUMBER | REFERRING PHYSICIAN | | |
|---|---|---|---|---|---|---|---|---|
| ROBINSON | ROBBIE | 44 | BFM | | 22529958-006 | NO REFER. DR. | 000000 | ER-8402 |
| PERSONAL PHYSICIAN | | | | | | | | E-6876 |
| NONE | R | | | | | | | |

ACCIDENT:

☐ APPROVED,
☐ DENIED    INITIALS    TIME _____    AUTH. # 

EMERG. DR.     HOUSE STAFF

ER MD

POLICE NOTIFIED TIME ☐ N    AM/PM    FAMILY PRESENT

ADMITTING PHYSICIAN (INITIAL LAST)

DATE IN 4/10/03    TIME 1655

DATE OUT 4-10-03    TIME 0950

ALLERGIES

BROUGHT BY   AMBULANCE    MFD

AMB. NO.    INS. 1  PP    INS. 2    INS.

CHIEF COMPLAINT

FULL ARREST

RVD

VITAL SIGNS

HISTORY & PHYSICAL    0625 C3    SIMILAR EPISODE IN PAST ☐ YES, ☐ NO

| | TIME | B/P | T | P |

CC: Full Arrest

PHYS EXAM

* ALERT, COOPERATIVE ☐
* ORIENTED x 3 ☐
* SKIN ☐ NO RASH OR ULCERS ☐ NO CYANOSIS OR CLUBBING

**INDEXED**

HPI:

44 y/o female presents both in full
arrest. EMS states that the
demise her arrest and it
not known how long pt has
been down. Pt was in asystole
on the scene ... in
... asystole ... Pt
intubated c 7.5 ETT. Pt
still in asystole and ... with

C. 0631

* EYES ☐ GOOD VENOUS PULSATION ☐ PERRRL
* THROAT ☐ CLEAR ☐ SINUSES NONTENDER ☐ TEETH & GUMS NO SEVERE PROBLEMS
* EARS ☐ TMS CLEAR
  NOSE ☐ MUCOSA WNL
* NECK ☐ SUPPLE    JVD ☐ YES
  ☐ THYROID WNL    ☐ NO
* CHEST ☐ CLEAR TO AVSC.
  ☐ NO RETRACTION    ⓡ mechanical BS
* HEART ☐ NSR
  ☐ NO MURMUR, RUB OR GALLOP
* ABD ☐ SOFT    ☐ NO ORGANOMEGALLY
  ☐ NON TENDER
  ☐ BS NORMAL
* PELVIC ☐ UTERUS NORMAL SIZE
  ☐ NO CMT ☐ ADNEXAE WNL
* EXT ☐ PULSES GOOD IN LEGS AND ARMS    PEDAL EDEMA

| NO WT. LOSS ☐ | NO VOMITING ☐ |
| VISION WNL ☐ | NO DIARRHEA ☐ |
| NO SOB ☐ | |
| NO CHEST PAIN ☐ | NO DYSURIA ☐ |
| | NO CONSTIPATION ☐ |
| NO COUGH ☐ | |
| NO NAUSEA ☐ | NO RASH ☐ |
| PAST Hx: | |

SOCIAL Hx    SMOKER ☐ Y, ☐ N
ALCOHOL ☐ Y, ☐ N    DRINKS / DAY

FAMILY Hx

CR. NERVES ☐ II-XII INTACT
MOTOR ☐ WNL
DTRS ☐ EQUAL BILAT
GAIT ☐ WNL

* RECTAL HEME ☐ NEGATIVE
  ☐ POSITIVE

DISCHARGE IMPRESSION

Full arrest

ORDERS

| | CBC | WBC | EKG - RHYTHM |
| | | | QRS |
| | HBG | HCT | ST |
| | | DIFF | |
| | NA. | K | DATE OF LAST TETANUS |
| | CL | CO2 | CURRENT MEDICATIONS: |
| | BUN | GLU | |
| | UA | | |

ON THE JOB INJURY
☐ IF UNABLE TO RETURN AS DIRECTED, SEE DR. _____ IMMEDIATELY
☐ RETURN TO WORK NOW
☐ RTW NEXT SCHEDULED SHIFT
☐ RTW ON
☐ RTW AFTER SEEING DR.
☐ ON
☐ RESTRICTION UNTIL TYPE
☐ DRUG SCREEN DONE

PENDING
CALLED    HOME    OFFICE    EXCHANGE    PAGED AT    AM/PM

PHYSICIAN COMMUNICATION

DISPOSITION AND INSTRUCTION TO PATIENT

SEND COPY OF CHART WITH PATIENT
DONE

D/w Dr Clyde Jones pts attending began to sign
Death Certificate

☐ HYPERTENSIVE ADVISORY

RETURN OR SEE DR. _____    IMMEDIATELY IF WORSENS, OR IF NO BETTER IN ____ HOURS.

NURSE SIGNATURE    (HOUSE STAFF PHYSICIAN'S SIGNATURE)    STAFF MD

Affiliate of Methodist Health Systems

CONDITION ON DISCHARGE / TRANSFER
☐ SAME    ☐ IMPROVED    ☐ WORSE
☐ GOOD    ☐ SATISFACTORY    ☐ SERIOUS    ☐ CRITICAL

ROOM #

```
SUPER D #19                        C U S T O M E R   H I S T O R Y                    PAGE    7
1800 UNION AVE                          01/01/99 THRU 10/20/04
MEMPHIS, TN 38104


ROBINSON,BOBBIE               CUST #    BIRTHDAY  SEX  S.S. NUMBER      PLAN
2484 LOCKMEADE DR            607907-01  06/29/58   F   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      PCS PLANS            414044064
MEMPHIS, TN 38127
```

| RPH | RX # | REFILL | DATE FILLED | PLAN | NDC # | DRUG NAME AND STRENGTH | | DOCTOR NAME | QTY | DAYS | RX AMT | CUSTOMER PAID AMT |
|-----|------|--------|-------------|------|-------|------------------------|--|-------------|-----|------|--------|-------------------|
| BP  | 349600 |      | 02/28/03 | PCS P | 50458-0034-05 | DURAGESIC DIS | 50MCG/HR | JONES,C. MICHAEL | 10 | 30 | 217.58 | 25.00 |
| RW  | 346739 | 4    | 03/10/03 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 35.86 | 25.00 |
| BP  | 346739 | 5    | 03/15/03 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 35.86 | 25.00 |
| RW  | 346739 | 6    | 03/24/03 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 35.86 | 25.00 |
| BP  | 346739 | 7    | 04/02/03 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 35.86 | 25.00 |

```
                                                                      TOTAL 10456.41  3423.62
```

```
                     I hereby certify these prescriptions
                     were dispensed to the above customer
                     by order of their physician(s).


                     Pharmacist's signature _____
```



# CAMPBELL
# CLINIC
Orthopaedics

July 15, 1999

To Whom It May Concern

Re:  Bobbie J. Robinson #512597

Ms. Robinson is a patient of mine who has arthritis in both of her hips, left greater than her right.  Presently, she is ambulatory less than one block at a time and requires a cane to assist her with walking.  Because  of her severe arthritis, I feel that it is medically necessary that she not climb stairs on a daily basis at work, as it only aggravates her condition.

I hope this letter helps.  Please let me know if I can be of further assistance.

Sincerely,

John R. Crockarell, Jr., M.D.
JRC/gnn

910 Madison Avenue, Suite 600   Memphis, Tennessee 38103-3433   Telephone (901) 759-3100   Fax (901) 759-3295

Date: 5/8/06

**ID NUMBER:** 9006957140 0    **Group Name:**

**NAME:** BOBBIE J ROBINSON    State of Tennessee

**Group Number:** 80860

| Claim Number | Service From | Service Thru | Provider Name | Total Charged | Total Paid | Patient Liability | Diag Cd | Diagnosis Code Description |
|---|---|---|---|---|---|---|---|---|
| EXTGHXR73200 | 4/4/03 | 4/4/03 | Rural/Metro Mid-South LP | 460.00 | 460.00 | 0.00 | 78605 | SHORTNESS OF BREATH |
| EXTGHYB51500 | 4/4/03 | 4/9/03 | Baptist Memorial Hospital Memp | 12574.20 | 9310.00 | 0.00 | 1976 | NEOP, MTSTC, PERITONEUM |
| EXTGJCJ52200 | 4/4/03 | 4/7/03 | Optican, Robert J. | 133.00 | 52.88 | 0.00 | 1976 | NEOP, MTSTC, PERITONEUM |
| EXTGJCJ58100 | 4/4/03 | 4/4/03 | Blank, Barry G. | 370.00 | 170.11 | 0.00 | 7895 | ASCITES |
| EXTGKJP18700 | 4/4/03 | 4/9/03 | Jones, Clyde M. | 475.00 | 260.65 | 0.00 | 1539 | NEOP, MLIG, LARGE INTESTINE NOS |
| EXTGK2R23000 | 4/5/03 | 4/7/03 | Jones, Clyde M. | 375.00 | 206.93 | 0.00 | 1539 | NEOP, MLIG, LARGE INTESTINE NOS |
| EXTGHWL91700 | 4/7/03 | 4/8/03 | Levinson, Michael J. | 552.00 | 273.04 | 0.00 | 7895 | ASCITES |
| EXTGJPQ22800 | 4/8/03 | 4/8/03 | Baptist Home Medical Equipment | 550.00 | 0.00 | 0.00 | 1540 | NEOP, MLIG, RECTOSIGMOID JUNCTION |
| EXTGKKM39700 | 4/8/03 | 4/8/03 | Baptist Home Medical Equipment | 550.00 | 460.98 | 0.00 | 1540 | NEOP, MLIG, RECTOSIGMOID JUNCTION |
| EXTGJLS73700 | 4/9/03 | 4/9/03 | Rural/Metro Mid-South LP | 309.00 | 309.00 | 0.00 | 7807 | MALAISE AND FATIGUE |
| EXTGLYC10400 | 4/9/03 | 4/9/03 | Baptist Trinity Homecare | 77.00 | 77.00 | 0.00 | 1539 | NEOP, MLIG, LARGE INTESTINE NOS |
| EXTGNBJ37900 | 4/9/03 | 4/9/03 | Medical Alternatives | 285.35 | 115.79 | 0.00 | 7809 | SYMPTOMS, GENERAL NEC |
| 031822053000 | 4/10/03 | 4/10/03 | City of Memphis EMS | 511.00 | 511.00 | 0.00 | 4275 | ARREST, CARDIAC |
| EXTGNXLJ92500 | 4/10/03 | 4/10/03 | Methodist Hospital Central | 3268.00 | 2614.40 | 0.00 | 4275 | ARREST, CARDIAC |

**GRAND TOTALS**    $198,673.55  $90,767.17   $1,250.00

*This one* (handwritten)
*This one* (handwritten)

*Medical History at time of her Death From Blue Cross Blue Shield* (handwritten)

SUMMARY REPORT OF LEAVE FROM PAYROLL AUDIT REGISTER

NAME:           ROBINSON, BOBBIE JEAN
EMPLOYEE ID:    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          EMPLOYEE CATEGORY:  4
JOBCLASS:       5O04O                STATUS:             O1
MED SERIES:     O                    ACCOUNT:            EO73215
                                     EMPLOYMENT DATE:    12/07/87

| PAY END DATE | CHECK DATE | ANNUAL EARNED | ANNUAL TAKEN | ANNUAL EARNED ADJUST | ANNUAL TAKEN ADJUST | SICK EARNED | SICK TAKEN | SICK EARNED ADJUST | SICK TAKEN ADJUST | SAF | CHECK CANCEL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/98 | 12/22/98 | 14.0 | 26.0 | .0 | .0 | 8.0 | .0 | .0 | .0 | 1.0000 | |
| 11/30/98 | 11/30/98 | 14.0 | 13.0 | .0 | .0 | 8.0 | 11.5 | .0 | .0 | 1.0000 | |
| 10/31/98 | 10/30/98 | 14.0 | 9.5 | .0 | .0 | 8.0 | .0 | .0 | .0 | 1.0000 | |
| 10/01/98 | 10/01/98 | 14.0 | | .0 | .0 | | .0 | .0 | .0 | 1.0000 | |
| 9/30/98 | 9/30/98 | 14.0 | 10.5 | .0 | .0 | 8.0 | .0 | .0 | .0 | 1.0000 | |
| 8/31/98 | 8/31/98 | 14.0 | 2.0 | .0 | .0 | 8.0 | 4.0 | .0 | .0 | 1.0000 | |
| 7/31/98 | 7/31/98 | 14.0 | 12.5 | .0 | .0 | 8.0 | .0 | .0 | .0 | 1.0000 | |
| 6/30/98 | 6/30/98 | 14.0 | 7.5 | .0 | .0 | 8.0 | 8.0 | .0 | .0 | 1.0000 | |
| 5/31/98 | 5/29/98 | 14.0 | 30.0 | .0 | .0 | 8.0 | 25.0 | .0 | .0 | 1.0000 | |
| 4/30/98 | 4/30/98 | 14.0 | 8.0 | .0 | .0 | 8.0 | 6.5 | .0 | .0 | 1.0000 | |
| 3/31/98 | 3/31/98 | 14.0 | 5.0 | .0 | .0 | 8.0 | 10.0 | .0 | .0 | 1.0000 | |
| 2/28/98 | 2/27/98 | 14.0 | 8.0 | .0 | .0 | 8.0 | .0 | .0 | .0 | 1.0000 | |
| 1/31/98 | 1/30/98 | 14.0 | 8.0 | .0 | .0 | 8.0 | 2.5 | .0 | .0 | 1.0000 | |
| 1/19/98 | 1/16/98 | .0 | .0 | .0 | .0 | .0 | .0 | .0 | .0 | .0000 | |
| EMPLOYEE TOTAL | | 168.0 | 140.0 | .0 | .0 | 96.0 | 67.5 | .0 | .0 | 2.0000 | |

SUMMARY REPORT OF LEAVE FROM PAYROLL AUDIT REGISTER

NAME: ROBINSON, BOBBIE JEAN
EMPLOYEE ID: 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
JOBCLASS: 50040
MED SERIES: 0

EMPLOYEE CATEGORY: 4
STATUS: 01
ACCOUNT: E073215
EMPLOYMENT DATE: 12/07/87

| PAY END DATE | CHECK DATE | ANNUAL EARNED | ANNUAL TAKEN | ANNUAL EARNED ADJUST | ANNUAL TAKEN ADJUST | SICK EARNED | SICK TAKEN | SICK EARNED ADJUST | SICK TAKEN ADJUST | SAF | CHECK CANCEL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/99 | 12/22/99 | 14.0 | 4.0 | .0 | .0 | 8.0 | 7.0 | .0 | .0 | 1.0000 | |
| 11/30/99 | 11/30/99 | 14.0 | 14.0 | .0 | .0 | 8.0 | 9.0 | .0 | .0 | 1.0000 | |
| 10/31/99 | 10/29/99 | 14.0 | 3.0 | .0 | .0 | 8.0 | .0 | .0 | .0 | 1.0000 | |
| 9/30/99 | 9/30/99 | 14.0 | 2.0 | .0 | .0 | 8.0 | 9.5 | .0 | .0 | 1.0000 | |
| 8/31/99 | 8/31/99 | 14.0 | 5.0 | .0 | .0 | 8.0 | 10.0 | .0 | .0 | 1.0000 | |
| 7/31/99 | 7/30/99 | 14.0 | 10.0 | .0 | .0 | 8.0 | 4.5 | .0 | .0 | 1.0000 | |
| 6/30/99 | 6/30/99 | 14.0 | 25.0 | .0 | .0 | 8.0 | 16.0 | .0 | .0 | 1.0000 | |
| 5/31/99 | 5/31/99 | 14.0 | 21.1 | .0 | .0 | 8.0 | .0 | .0 | .0 | 1.0000 | |
| 4/30/99 | 4/30/99 | 14.0 | 2.5 | .0 | .0 | 8.0 | 16.0 | .0 | .0 | 1.0000 | |
| 3/31/99 | 3/31/99 | 14.0 | 9.5 | .0 | .0 | 8.0 | 13.0 | .0 | .0 | 1.0000 | |
| 2/28/99 | 2/26/99 | 14.0 | 2.5 | .0 | .0 | 8.0 | .0 | .0 | .0 | 1.0000 | |
| 1/31/99 | 1/29/99 | 14.0 | 27.5 | .0 | .0 | 8.0 | .0 | .0 | .0 | 1.0000 | |
| | 1/19/99 | 14.0 | .0 | .0 | .0 | 8.0 | .0 | .0 | .0 | .0000 | |
| EMPLOYEE TOTAL | | 168.0 | 128.1 | .0 | .0 | 96.0 | 85.0 | .0 | .0 | 2.0000 | |

```
                    SUMMARY REPORT OF LEAVE FROM PAYROLL AUDIT REGISTER

NAME:         ROBINSON, BOBBIE JEAN      EMPLOYEE CATEGORY:  4
EMPLOYEE ID:  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                STATUS:             01
JOBCLASS:     50040                      ACCOUNT:            EO73215
MED SERIES:   0                          EMPLOYMENT DATE:    12/07/87
```

| PAY END DATE | CHECK DATE | ANNUAL EARNED | ANNUAL TAKEN | ANNUAL EARNED ADJUST | ANNUAL TAKEN ADJUST | SICK EARNED | SICK TAKEN | SICK EARNED ADJUST | SICK TAKEN ADJUST | SAF | CHECK CANCEL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/00 | 12/22/00 | 14.0 | 14.0 | .0 | .0 | 8.0 | 8.0 | .0 | .0 | 1.0000 | |
| 11/30/00 | 11/30/00 | 14.0 | .0 | .0 | .0 | 8.0 | 4.0 | .0 | .0 | 1.0000 | |
| 10/31/00 | 10/31/00 | 14.0 | .0 | .0 | .0 | 8.0 | .0 | .0 | .0 | 1.0000 | |
| 9/30/00 | 9/29/00 | 14.0 | 9.4 | .0 | .0 | 8.0 | 1.0 | .0 | .0 | 1.0000 | |
| 8/31/00 | 8/31/00 | 14.0 | 6.0 | .0 | .0 | 8.0 | 8.0 | .0 | .0 | 1.0000 | |
| 7/31/00 | 7/31/00 | 14.0 | 13.5 | .0 | .0 | 8.0 | .0 | .0 | .0 | 1.0000 | |
| 6/30/00 | 6/30/00 | 14.0 | 40.0 | .0 | .0 | 8.0 | 4.0 | .0 | .0 | 1.0000 | |
| 5/31/00 | 5/31/00 | 14.0 | 8.0 | .0 | .0 | 8.0 | 16.0 | .0 | .0 | 1.0000 | |
| 4/30/00 | 4/28/00 | 14.0 | 1.0 | .0 | .0 | 8.0 | .0 | .0 | .0 | 1.0000 | |
| 3/31/00 | 3/31/00 | 14.0 | 10.5 | .0 | .0 | 8.0 | 16.0 | .0 | .0 | 1.0000 | |
| 2/29/00 | 2/29/00 | 14.0 | 12.0 | .0 | .0 | 8.0 | 13.0 | .0 | .0 | 1.0000 | |
| 1/31/00 | 1/31/00 | 14.0 | 4.5 | .0 | .0 | 8.0 | 2.0 | .0 | .0 | 1.0000 | |
| 1/19/00 | 1/19/00 | .0 | .0 | .0 | .0 | .0 | .0 | .0 | .0 | .0000 | |
| EMPLOYEE TOTAL | | 168.0 | 128.9 | .0 | .0 | 96.0 | 72.0 | .0 | .0 | 2.0000 | |

SUMMARY REPORT OF LEAVE FROM PAYROLL AUDIT REGISTER

NAME:          ROBINSON, BOBBIE JEAN       EMPLOYEE CATEGORY:  4
EMPLOYEE ID:   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                 STATUS:             09
JOBCLASS:      42300                       ACCOUNT:            E073215
MED SERIES:    0                           EMPLOYMENT DATE:    12/07/87

| PAY END DATE | CHECK DATE | ANNUAL EARNED | ANNUAL TAKEN | ANNUAL EARNED ADJUST | ANNUAL TAKEN ADJUST | SICK EARNED | SICK TAKEN | SICK EARNED ADJUST | SICK TAKEN ADJUST | SAF | CHECK CANCEL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/31/01 | 5/31/01 | .0 | .0 | 11.3- | .0 | .0 | .0 | .0 | .0 | .0000 | |
| 4/30/01 | 4/30/01 | .0 | .0 | .0 | .0 | .0 | .0 | .0 | .0 | .0000 | |
| 3/31/01 | 3/30/01 | .0 | .0 | .0 | .0 | .0 | .0 | .0 | .0 | .0000 | |
| 2/28/01 | 2/28/01 | 14.0- | .0 | .0 | .0 | 8.0- | .0 | .0 | .0 | 1.0000- | |
| 2/28/01 | 2/28/01 | 14.0 | 54.0 | .0 | .0 | 8.0 | 122.0 | .0 | .0 | 1.0000 | |
| 1/31/01 | 1/31/01 | 14.0 | 112.0 | .0 | .0 | 8.0 | .0 | .0 | .0 | 1.0000 | Y |
| 1/19/01 | 1/19/01 | .0 | .0 | .0 | .0 | .0 | .0 | .0 | .0 | .0000 | |
| EMPLOYEE TOTAL | | 14.0 | 166.0 | 11.3- | .0 | 8.0 | 122.0 | .0 | .0 | 1.0000 | |

**UT Medical Group, Inc.**
Division of Internal Medicine
Department of Medicine
P.O. Box 2429
Memphis, TN 38101-2429

**MEDICAL GROUP**

DATE: Nov 07, 2000
Visit #: 3124717
DR: CATHERINE WOMACK, MD
Chart: 155136038

UI-110599

Arrival Time:
PHONE: 8705 WIM
MRN: 109873

DOB: 06/29/1958
BOBBIE J ROBINSON
2484 LOCKMEADE DR
MEMPHIS, TN       38127-6734
901-353-4221

FSC: BTN  BANK
Self Pay Balance: 0.00

| Date | (NOTES MUST BE SIGNED AND DATED BY PHYSICIAN) |
|------|------------------------------------------------|
| 11/7/00 | wt 307    BP 190/116 @ 76   T 98.6 |
|  | allergies    NKDA |
|  | meds  ventolin              re √ 186/105 |
|  | flovent |
|  | serevent |
|  | proventil |
|  | viox |
|  | Ca Fe supplement |
|  | Pt was given 5 mg of Norvasc when |
|  | she arrived @ 8:30 am |
|  | re √ ed BP @ 9:30 am   it was 160/__ |
|  | 11/7/00 Dictated |
|  | CMW |

**UT Medical Group, Inc.**
**PROGRESS NOTES**

# UT Medical Group, Inc.
Internal Medicine

## Health Questionnaire

☑ 756 Ridge lake Boulevard • Memphis, TN 38120 • 901-767-3612
☐ 1540 Appling Care Lane, Suite 105 • Cordova, TN 38018 • 901-888-0017
☐ 7705 Poplar Ave., Bldg. B, Ste. 150 • Germantown, TN 38138 • 901-754-0809

Name _Dollie Robinson_   Chart # _DJD - both_

| REASON FOR VISIT | High Blood Pressure |
|---|---|

## FAMILY HISTORY
If any blood relative has suffered any of the following, please circle the number & indicate which relative.

| | | | |
|---|---|---|---|
| Epilepsy _0_ | Thyroid _0_ | Osteoporosis _+ ? self_ | High Cholesterol _?_ |
| Migraine _0_ | Hayfever _0_ | Arthritis _+_ | Alcoholism _0_ |
| Mental Ill _0_ | Asthma _+_ | Heart Disease _+_ | Cancer _+ ____ |
| Glaucoma _0_ | Anemia _+_ | Stroke _both_ | Other _mom + ____ |
| Diabetes _0_ | Bleeds Easily _0_ | Hypertension _all sisters_ | Other _Father + children_ |

## HOSPITAL ADMISSIONS
NOT INCLUDING PREGNANCIES

| YEAR | ILLNESS OR OPERATION | YEAR | ILLNESS OR OPERATION |
|---|---|---|---|
| 1 | Uterine artery embolization Dr Chamsuddin | 1999 | Fibroids  D2 |
| | | | abdominal failure ? |

## LIST ALL MEDICATIONS YOU ARE NOW TAKING
(Include those without a prescription)

| | |
|---|---|
| 1. Ventolin | 7. |
| 2. Flovent 4 puffs bid | 8. |
| 3. Serevent | 9. |
| 4. Protonil 40mg | 10. |
| 5. Vioxx | 11. |
| 6. | 12. |

## ALLERGIES
(Include drug allergies)

## VACCINE / YR. OF LAST

| | |
|---|---|
| Tetanus/Td | 0 |
| Influenza (FLU) | 0 |
| Pneumonia | 0 |
| Hepatitis | 0 |
| Tuberculosis | 0 |

## TEST/EXAM / YR. OF LAST

| | |
|---|---|
| Rectal/Stool | 0 |
| Cholesterol | 1990s |
| Eye | 1998 |

## MEDICAL HISTORY
Mark (C) for current problems.
Check (✓) and indicate age when you had any of the following symptoms or diseases.

- ☐ Decreased hearing
- ☐ Ringing in ear
- ☐ Ear infections–frequent
- ☐ Dizzy spells
- ☐ Fainting spells
- ☐ Failing vision
- ☐ Eye pain
- ☐ Double or blurred vision
- ☐ Eye infections–frequent
- ☐ Nose bleeds–recurrent
- ☐ Sinus trouble
- ☐ Sore throats–frequent
- ☑ Hayfever/Allergies
- ☐ Hoarseness–prolonged
- ☐ Pneumonia/Pleurisy
- ☐ Bronchitis/chronic cough
- ☑ _2 yo_ Asthma/wheezing
- ☐ _39_ Shortness of breath
- ☑ on exertion
- ☐ on lying flat
- ☐ Chest pain
- ☑ _42_ High blood pressure
- ☐ Heart murmur
- ☐ Swollen ankles
- ☐ Irregular pulse _chips_
- ☐ Palpitations
- ☑ _38_ Leg pain when walking
- ☐ Varicose veins/Phlebitis
- ☐ Loss of appetite
- ☐ Difficulty swallowing
- ☐ Heartburn
- ☐ Peptic ulcer

- ☐ Persistent nausea/vomiting
- ☐ Abdominal pain–chronic
- ☐ Gall bladder trouble
- ☐ Jaundice/Hepatitis
- ☐ Change in bowel habits
- ☐ Diarrhea
- ☐ Constipation
- ☐ Diverticulosis
- ☐ Crohn's/Colitis
- ☐ Bloody or tarry stools
- ☑ _41_ Hemorrhoids
- ☐ Hernia
- ☐ Blood in urine
- ☐ Kidney stones
- ☐ Urination
- ☐ Overnight > than twice
- ☐ Painful
- ☐ Loss of control
- ☐ Decrease in force/flow
- ☐ Urethral discharge
- ☐ Urine infections–frequent
- ☐ Venereal disease
- ☐ Fatigue
- ☐ Weight loss–recent
- ☑ _41_ Anemia
- ☐ Bruise easily
- ☐ Cancer
- ☐ Diabetes
- ☐ Thyroid disease
- ☐ Seizures
- ☐ Stroke
- ☐ Tremors/hands shaking

- ☐ Muscle weakness
- ☐ Fever/chills
- ☐ Numbness/Tingling
- ☐ Headaches–frequent
- ☑ _38_ Arthritis/Rheumatism
- ☑ _40_ Back pain–recurrent
- ☐ Bone fracture/Joint injury
- ☐ Gout
- ☑ _38_ Osteoporosis
- ☐ Foot pain
- ☐ Cold numb feet
- ☐ Rashes
- ☐ Hives
- ☐ Psoriasis
- ☐ Eczema
- ☐ Sleeping–difficulty
- ☐ Depression
- ☐ Nervousness
- ☐ Memory loss
- ☐ Moodiness–excessive
- ☐ Mental illness
- ☐ Phobias
- ☐ Rheumatic fever
- ☐ Scarlet fever
- ☐ Chicken pox
- ☐ Polio
- ☐ Mumps
- ☐ Measles
- ☐ German measles
- ☐ Tuberculosis
- ☐ Herpes
- ☐ Regular exercise

- Coffee/tea ___ cups/day
- Alcohol ___ oz. per week
- Year quit ___
- Tobacco ___ pks. per day
- Year quit ___

**MALES**
- ☐ Prostate
- ☐ PSA test

**FEMALES**
Menstrual Flow:
- ☐ Reg
- ☑ _24_ Irreg
- ☐ Pain/cramps
- Days of flow ___
- Length of cycle ___
- 1st day of last period ___
- ☐ Pain During/after sex
- ☐ bleeding During/after sex
- Number of:
  - Pregnancies _2_
  - Abortions _0_
  - Miscarriages _1_
  - Live births _2_
- Birth control method _0_
- B.C. pill (name) ___
- ☐ Flushing/Menopause
- Date of last PAP test _10/00_
  - ☐ Normal  _results not in yet_
  - ☐ Abnormal
- Date of last mammogram _5/00_
  - ☑ Normal
  - ☐ Abnormal

## NOTES
Whom may we thank for this referral? ___

Signature ___ M.D.

99601-7/99

**BlueCross BlueShield**
of Tennessee
801 Pine Street
Chattanooga, Tennessee 37402

**STATE OF TENNESSEE**
**State Employee**
**PPO Health Insurance Plan**

DATE: 05/21/2003

**EXPLANATION OF BENEFITS**

BOBBIE J ROBINSON
2484 LOCKMEADE DR
MEMPHIS TN 38127

## Please retain this EOB for your records.

BlueCross BlueShield of Tennessee provides administrative claims payment services only and does not assume any financial risk or obligation with respect to claims.

If you get a bill from a network provider for service(s) shown below, make sure the amount is the same as is shown in the 'Amount You Owe Provider'. If it is different, please contact the provider's office to correct. If you need help in solving the problem, please call the Customer Service number listed below.

## Summary of BlueCross BlueShield of Tennessee, Inc. Claim Processed on 05/21/2003

| Claim Number: EXTGKJP18700 | Received | 05/06/2003 | Group Number: 80860 |
|---|---|---|---|

| | |
|---|---|
| Identification No: | 414044064 |
| Patient Name: | BOBBIE J ROBINSON |
| Date Services Provided: | 04/04/2003-04/09/2003 |
| Provider Name: | Jones, Clyde M. |

If you have questions about this statement, please call

☎ **1-800-558-6213**

or visit e-Health Services at our web site at www.bcbst.com to view this information and more.

Chattanooga 8:00 A.M.-6:15 P.M. (ET)
Memphis 8:00 A.M.-5:15 P.M. (CT)
Monday - Friday

### SUMMARY

| | |
|---|---|
| **Total Charge Submitted** | 475.00 |
| **Total Benefits Provided/Network Savings** | 475.00 |
| **Other Insurance Benefits** | .00 |
| **Amount You Owe Provider** (You may have already paid this amount to your provider.) | .00 |

## THIS IS NOT A BILL

## ITEMIZATION OF CHARGES

| Date of Service | Services Included | Submitted Charges | Network Savings | Deductible Amount | Coinsurance if Applicable | Copay if Applicable | Non-Covered | Notes | Paid Provider |
|---|---|---|---|---|---|---|---|---|---|
| 04/04/03 | Medical Services | 235.00 | 109.71 | | | | | | 125.2 |
| 04/08/03 | Medical Services | 75.00 | 36.15 | | | | | | 38.8 |
| 04/09/03 | Medical Services | 165.00 | 68.49 | | | | | | 96.5 |
| | TOTAL | 475.00 | 214.35 | | | | | | 260.6 |

## ACCOUNT STATUS

AT END OF DAY 05/21/2003 FOR THE YEAR 2003:

This individual has now paid the following amounts toward DEDUCTIBLE:
ALL Individual
$ 250.00 Family

IN-NETWORK    OUT-OF-NETWORK
This individual has now paid these amounts toward OUT-OF-POCKET MAXIMUM:$1,250.00 Individual $
$1,250.00 Family    $

You have the right to question the processing of this claim. Please refer to the grievance section of your member handbook for guidance or contact Customer Service.

Thank you for allowing us to serve you. Please visit our Web site at www.bcbst.com

latimes.com/news/nationworld/nation/la-sci-vioxx24-2009nov24,0,696943.story

# latimes.com

## Vioxx risks could have been identified years earlier

**Studies showed substantial cardiovascular dangers linked to the anti-inflammatory medication almost four years before it was taken off the market, new research finds.**

By Shari Roan

November 24, 2009

The significant cardiovascular risks linked to Vioxx could have been identified nearly four years before the anti-inflammatory medication was taken off the market, a new study has concluded, but consumers and physicians didn't have access to such information at the time.



"We need comprehensive, transparent, independent access to clinical-trial data in order to do a much better job of making this information available to the public," said the study's lead author, Dr. Joseph S. Ross, an assistant professor of geriatrics and palliative medicine at New York's Mount Sinai School of Medicine.

In research published in the Archives of Internal Medicine, Ross and his colleagues analyzed 30 studies, 12 of which were not available to the public when Vioxx was on the market and have only become available because of lawsuits filed by consumers who said they were harmed by the drug. The studies, which involved more than 20,000 people, showed an increased risk of heart attacks, strokes and hypertension among people taking Vioxx.

The nonsteroidal anti-inflammatory medication was withdrawn from the market in 2004 when the risk became public. But concerns about Vioxx's effects on the heart were expressed by the Food and Drug Administration even before it was approved in 1999. And, as early as June 2001, when many of the 30 studies were completed, the evidence showed a 35% increase in the risk of a cardiovascular event or death among users.

Some medical experts expressed concerns about Vioxx, which generated billions of dollars annually in sales, before it was finally withdrawn. But those warnings were lost in a blizzard of direct-to-consumer marketing from the drug's maker, Merck & Co., said the authors of a commentary accompanying the study.

"The Vioxx story really highlights the difference between marketing and informing," said Dr. Lisa M. Schwartz and colleagues of the Veterans Affairs Outcomes Group. "If physicians and patients had had the facts, it would have taken an alchemist, not a marketing department, to turn this lemon into gold."

Merck officials disagreed with the study's conclusions, saying in a statement released Monday that the

ATTORNEYS AT LAW

# JOHNSTON, HOEFER, HOLWADEL & ELDRIDGE

ADAMS, HOEFER, HOLWADEL & ELDRIDGE, L.L.C.
ROBERT M. JOHNSTON, OF COUNSEL

400 POYDRAS STREET, SUITE 2450
NEW ORLEANS, LOUISIANA 70130
TELEPHONE (504) 561-7799
FACSIMILE (504) 525-1488

611 RIVER HIGHLANDS BOULEVARD, SUITE B
COVINGTON, LOUISIANA 70433
TELEPHONE (985) 871-9983
FACSIMILE (985) 893-0875

**Sender's e-mail:**
jmc@ahhelaw.com

January 28, 2010

***Via Federal Express***

Mr. Maurice Robinson
Post Office Box 2744
Olathe, Kansas 66063

RE:   Vioxx Products Liability Litigation
      MDL 1657

Dear Mr. Robinson:

As per my conversation with you of today's date, if you intend to continue with your Vioxx lawsuit, it is necessary that you comply fully with the requirements of Pre-Trial Order 43. I am enclosing a copy of this Order for your convenience. I am also enclosing an Amended Plaintiff Profile Form . Please be aware that by sending in the Amended Plaintiff Profile, it will not necessarily change the outcome of your claim and that you will be proceeding on your own. Please note that the address for sending the completed Amended Plaintiff Profile Form referred to in Pre-Trial Order 43 is as follows:

Susan J. Giamportone
Womble Carlyle
One West Fourth Street
Winston-Salem, NC 27101

We also recommend that you send anything that you submit to Merck to Merck's local attorney, Dorothy Wimberly, at the following address:

Dorothy Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

Mr. Maurice Robinson
January 28, 2010
Page Two

Please also note that Pre-Trial Order 43 requires you to send in any medical records and expert records as required by Pre-Trial Order 29 and Pre-Trial Order 28, all of which are herewith enclosed.

If the information required by Pre-Trial Order 43 is not timely received, the Court may dismiss your lawsuit.  We are not certain whether the Court has issued an order yet with the deadline for submitting this information, but it may be as early as February 3, 2010.

Also enclosed is a copy of Judge Fallon's Order dated December 21, 2009, denying your Motion for Appointment of Counsel and denying your "Motion Not to Dismiss My Case" as moot.

Also, we remind you that this office cannot represent you, but that you are entitled to obtain your own legal counsel to pursue your lawsuit. I have enclosed a list of personal injury attorneys in the Kansas City area.

Sincerely yours,

Jeannette McCurnin
Paralegal

/jmc
Enclosures
cc:    Robert M. Johnston
       Ira Rosensweig
       Heather E. Reznik
       Diann Bates

**Customer Copy**
Label 11-B, March 2004

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Post Office To Addressee**

EH 973520488 US

**DELIVERY (POSTAL USE ONLY)**

| | Time | | Employee Signature |
|---|---|---|---|
| Delivery Attempt | | ☐ AM ☐ PM | |
| Mo. Day | Time | ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt | | | |
| Mo. Day | Time | ☐ AM ☐ PM | Employee Signature |
| Delivery Date | | | |
| Mo. Day | | | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ **WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if
customer requests waiver of signature.
I wish delivery to be made without obtaining signature
of addressee or addressee's agent (if delivery employee
judges that article can be left in secure location) and I
authorize that delivery employee's signature constitutes
valid proof of delivery.

**NO DELIVERY**
☐ Weekend  ☐ Holiday

Mailer Signature

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code
**66204**

Postage
$ **18.30**

| Day of Delivery | | |
|---|---|---|
| ☐ Next ☒ 2nd ☐ 2nd Del. Day | Return Receipt Fee | |
| Scheduled Date of Delivery | $ | |
| **2-1** | | |

Date Accepted
**1-29-10**
Mo. Day Year

Scheduled Time of Delivery
☒ Noon ☐ 3 PM

| COD Fee | Insurance Fee |
|---|---|
| $ | $ |

Time Accepted
**3:14** ☐ AM ☒ PM

☒ Military

Total Postage & Fees
$ **18.30**

Flat Rate ☒ or Weight
**15** lbs. ozs.

| ☐ 2nd Day ☐ 3rd Day | |
|---|---|
| Int'l Alpha Country Code | Acceptance Emp. Initials **EG** |

**FROM:** (PLEASE PRINT)   PHONE ( **913** ) **901 8780**

**Maurice Robinson**
**P.O. Box 2744**
**Olathe KS 66063**

**TO:** (PLEASE PRINT)   PHONE ( )

**Susan S. Giampertore**
**ONE West Fourth Street**
**Winston Salem, NC 27101**

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call **1-800-222-1811**

EMS





CERTIFIED MAIL™

7008 2810 0001 8936 1903

U.S. POSTAGE
PAID
SHAWNEE MISSION.K
66204
FEB 01 '10
AMOUNT
$10.25
00019664-06
1006    70130



PRIORITY
MAIL
UNITED STATES POSTAL SERVICE®
LABEL 107, JUNE 2000
www.usps.com

Clerk Office

United States District Court

Eastern District of Louisana

New Orleans, LA 70130