| | |
|---|---|
| DANIEL MARTIN JEFFERS and<br>BARBARA ANN JEFFERS,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant. | IN THE UNITED STATES<br>DISTRICT COURT FOR THE<br>EASTERN DISTRICT OF<br>LOUISIANA<br><br>Case Code No: 1657<br>Docket No: 2:05-cv-00487-EEF-DEK<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO<br>ALL DEFENDANTS |

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiffs **Daniel Martin Jeffers** and **Barbara Ann Jeffers** against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Patrick A. Malone          w/ permission          Stephen G. Strauss
Patrick Malone & Associates P.C.                  Bryan Cave LLP
1331 H Street NW                                  211 N. Broadway, Suite 3600
Suite 902                                         St. Louis, MO 63102
Washington, DC 20005                              (314) 259-2000 Tel
                                                  (314) 259-2020 Fax

Denis C. Mitchell                                 Phillip A. Wittmann
Stein, Mitchell & Muse, LLP                       Dorothy H. Wimberly
1100 Connecticut Avenue, N.W.                     Stone Pigman Walther Wittmann LLC
Suite 1100                                        546 Carondelet Street
Washington, D.C. 20036                            New Orleans, LA 70130
(202) 737-7777 Tel                                (504) 581-3200 Tel
(202) 296-8312 Fax                                (504) 581-3361 Fax

Attorneys for Plaintiffs                          Attorneys for Merck & Co., Inc.

Dated: 10-6-09                                    Dated: 2-10-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of February, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.