# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * | |
| *Shirley Adams, et al.* v. *Merck & Co., Inc., et al.* | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* **Letha Brooks** | * | |
| Docket No. 2:06-cv-02101 | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Letha Brooks in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  9th  day of      February      , 2010.

_____
DISTRICT JUDGE