UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Bonnie Donnell, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Tommy Wardell, Frances Lanier, and* | * | |
| *Charlotte Jensen, individually and as* | * | |
| *representatives of the estate of Maggie* | * | |
| *Wardell* | * | |
| | * | |
| | * | |
| *Docket No. 2:06-cv-01045* | * | |

**********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Tommy Wardell, Frances Lanier, and Charlotte Jensen, individually and as representatives of the estate of Maggie Wardell, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 11th day of February, 2010.

_____
DISTRICT JUDGE