# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | MDL Docket No. 1657 |
| | SECTION L |
| **This document relates to:** | |
| *Vern R. Mueller* <br> *v.* <br> *Merck & Co., Inc.* | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:06-cv-01041* | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Vern R. Mueller in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE