# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx®<br>**Product Liability Litigation** | * * * | **MDL Docket No. 1657**<br>**SECTION L** |
| **This document relates to:** | * * | |
| *Eddie Roy Tealer*<br>*v.*<br>*Merck & Co., Inc., et al.* | * * * | **JUDGE FALLON**<br>**MAGISTRATE JUDGE KNOWLES** |
| *Docket No. 2:07-cv-00946* | * * * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Eddie Roy Tealer in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE