**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | * | **MDL Docket No. 1657** |
| **This document relates to:** | * | **SECTION L** |
| ***Melrose Stewart, et al.***<br>***v.***<br>***Merck & Co., Inc., et al.*** | * | **JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |
| ***Only with regard to:***<br>***Irene Soffer, as administratrix of the estate of Leonard Abrams, and Ethel Abrams, individually*** | * | |
| ***Docket No. 2:05-cv-05177*** | * | |

**************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Irene Soffer, as administratrix of the estate of Leonard Abrams, and Ethel Abrams, individually, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of ________________, 2010.

____________________________

DISTRICT JUDGE