## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY CASES | |
| THIS DOCUMENT RELATES TO: | DOCKET NO. CA 05-5904 |
| | MDL NO. 1657 |
| OLICE FIELDS by next friend and attorney in fact, VENITA EDMONDS, individually and as representative of all wrongful death beneficiaries of WILLIE FAI FIELDS, deceased, | SECTION: L/3 |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| *Plaintiff,* | |
| VS. | |
| MERCK & CO., INC. | |
| *Defendant.* | |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE
## AS TO ALL DEFENDANTS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that all claims of plaintiff, OLICE FIELDS by next friend and attorney in fact, VENITA EDMONDS, individually and as representative of all wrongful death beneficiaries of WILLIE FAI FIELDS, deceased, against Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | |
|---|---|
| RICHARD WARREN MITHOFF<br>State Bar No. 14228500<br>S.D. Tex. Bar No. 2101<br>JOSEPH R. ALEXANDER, JR.<br>Attorney-In-Charge<br>State Bar No. 00995150<br>S.D. Tex. Bar No. 1368<br>Penthouse, One Allen Center<br>500 Dallas, Suite 3450<br>Houston, Texas 77002<br>(713) 654-1122<br>(713) 739-8085 (Fax)<br><br>ATTORNEYS FOR PLAINTIFFS<br><br>Dated: 3/27/08 | Stephen G. Strauss<br>Bryan Cave LLP<br>211 N. Broadway, Suite 3600<br>St. Louis, MO 63102<br>(314) 259-2000 Tel<br>(314) 259-2020 Fax<br><br>Phillip A. Wittmann<br>Dorothy H. Wimberly<br>Stone Pigman Walther<br>Wittmann LLC<br>546 Carondelet Street<br>New Orleans, LA 70130<br>(504) 581-3200 Tel<br>(504) 581-3361 Fax<br><br>. Attorneys for Merck & Co, Inc.<br><br>Dated: 2/11/10 |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of February, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.