## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Gladys Amadis Rosario, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc., et al.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Jose Torrado Negroni, Elizabeth Ojeda* | * | |
| *Ojeda, Sandra Torrado Ojeda, Jose* | * | |
| *Torrado Ojeda, and Melissa Torrado* | * | |
| *Ojeda* | * | |
| | * | |
| *Docket No. 2:05-cv-06234* | * | |

***********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Jose Torrado Negroni, Elizabeth Ojeda

Ojeda, Sandra Torrado Ojeda, Jose Torrado Ojeda, and Melissa Torrado Ojeda, in the above-

captioned case be and they hereby are dismissed with prejudice with each party to bear his or her

own costs.

NEW ORLEANS, LOUISIANA, this <u>12th</u> day of <u>February</u>, 2010.

_____
DISTRICT JUDGE