UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657<br>SECTION L |
| | JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

*David Agard, et al. v. Merck & Co., Inc., et al.*, Case No. 2:05-cv-01089-EEF-DEK

## MERCK & CO., INC.'S NOTICE OF DEPOSITION OF DAVID AGARD

PLEASE TAKE NOTICE that the deposition of **David Agard** (140 Felters Road, Binghamton, NY 13904) will be held on **February 25, 2010, at 9:30 a.m.** at the **Fairfield Inn, 864 Upper Front Street, Binghamton, NY 13905**. The deposition will be taken by a certified court reporter and may be used at trial.

Additionally, the Plaintiff is directed to produce copies of the following documents to Luba Shur, Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005 for receipt no later than **February 18, 2010**, and to bring the originals to the deposition:

With the exception of the records already produced to Merck & Co., Inc. by Plaintiff **David Agard** in this case:

1. All writings in Plaintiff's possession, custody, or control regarding VIOXX®.

2. All writings created or stored electronically, including, but not limited to, e-mail messages, web files, and word processing files, relating to or discussing VIOXX® or Plaintiff's ingestion of VIOXX® in Plaintiff's possession, custody, or control.

1

3. All prescriptions, prescription records, and receipts for VIOXX® in Plaintiff's possession, custody or control.

4. All VIOXX® tablet(s) prescribed to or otherwise obtained by Plaintiff, which have not been ingested, in Plaintiff's possession, custody, or control (this item may be produced at the deposition).

5. All containers and packaging which contain or contained VIOXX® in Plaintiff's possession, custody, or control (this item may be produced at the deposition).

6. All records, including physician or office records, that show the period during which Plaintiff took VIOXX®, the dosage of VIOXX®, and the frequency with which the Plaintiff took VIOXX® in Plaintiff's possession, custody, or control.

7. All personal diaries, calendars, journals, logs, or similar materials in Plaintiff's possession, custody, or control that relate to Plaintiff's mental or physical condition at any time, including his physical and mental conditions before, during, and after ingestion of VIOXX®.

8. All writings concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts, or other materials distributed or provided to Plaintiff when the Plaintiff's VIOXX® prescription was filled or when the Plaintiff otherwise obtained VIOXX® in Plaintiff's possession, custody, or control.

9. All prescriptions, prescription records, drug containers, bottles, labels, package inserts, warnings, and/or instructions relating to any prescription drug, over-the-counter

drug, medication, herbal remedy or medical preparation taken by Plaintiff in the past ten (10) years in Plaintiff's possession, custody or control.

Dated: February 17, 2010

        Respectfully submitted,

By:   /s/ M. Elaine Horn
      Douglas R. Marvin
      M. Elaine Horn
      Robert J. Shaughnessy
      Luba Shur
      WILLIAMS & CONNOLLY LLP
      725 Twelfth Street, N.W.
      Washington, D.C. 20005
      Phone: 202-434-5000
      Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

—and—

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

3

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Deposition of **David Agard** has been served on Plaintiff's Counsel, Ronald R. Benjamin, Law Office of Ronald R. Benjamin, 126 Riverside Drive, P. O. Box 607, Binghamton, NY 13902-0607, by U.S. Mail and facsimile, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 17th day of February, 2010.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com