**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: VIOXX PRODUCTS LIABILITY LITIGATION**

**MDL DOCKET NO. 1657**
**SECTION L**

**JUDGE FALLON**
**MAGISTRATE JUDGE KNOWLES**

**THIS DOCUMENT RELATES TO:**

**DeVincentis, *et al.* v. Merck & Co., Inc., *et al.* 2:05-cv-02297-EEF-DEK**

**MERCK & CO., INC.'S NOTICE OF DEPOSITION OF REBECCA LORD**

---

PLEASE TAKE NOTICE that the deposition of **Rebecca Lord** will be held on **March 25, 2010, at 9:00 a.m.** at Fairfield Inn, 864 Upper Front Street, Binghamton, NY 13905. The deposition will be taken by a certified court reporter and may be used at trial.

Additionally, the Plaintiff is directed to produce copies of the following documents to Williams & Connolly LLP, 725 12th Street, N.W., Washington, D.C. 20005 for receipt no later than March 18, 2010 and bring the originals to the deposition:

With the exception of the records already produced to Merck by the Plaintiff in this case, please produce all documents within your possession, custody or control that relate to or refer to any or all of the following:

1. All writings in Plaintiff's possession, custody or control regarding VIOXX.

2. All writings created or stored electronically, including, but not limited to, e-mail messages, web files, and word processing files, relating to or discussing VIOXX or Plaintiff Wilson Lord's ingestion of VIOXX in Plaintiff's possession, custody or control.

3. All prescriptions, prescription records, and receipts for VIOXX® in Plaintiff's possession, custody or control.

4. All VIOXX tablet(s) prescribed to or otherwise obtained by Plaintiff Wilson Lord, which have not been ingested, in Plaintiff's possession, custody or control (this item may be produced at the deposition).

5. All containers and packaging which contain or contained VIOXX in Plaintiff's possession, custody or control (this item may be produced at the deposition).

6. All records, including physician or office records, that show the period during which Plaintiff Wilson Lord took VIOXX, the dosage of VIOXX, and the frequency with which Plaintiff Wilson Lord took VIOXX in Plaintiff's possession, custody or control.

7. All personal diaries, calendars, journals, logs, or similar materials in Plaintiff's possession, custody or control that relate to Plaintiff Wilson Lord's mental or physical condition at any time, including his physical and mental conditions before, during and after ingestion of Vioxx.

8. All writings concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed or provided to Plaintiff Wilson Lord when Plaintiff Wilson Lord's VIOXX prescription was filled or when Plaintiff Wilson Lord otherwise obtained VIOXX in Plaintiff's possession, custody or control.

9. All prescriptions, prescription records, drug containers, bottles, labels, package inserts, warnings, and/or instructions relating to any prescription drug, over-the-counter drug, medication, herbal remedy or medical preparation taken by Plaintiff Wilson Lord in the past ten (10) years in Plaintiff's possession, custody or control.

Dated: February 17, 2010

Respectfully submitted,

By: */s/ Eva Petko Esber*

Douglas R. Marvin
Eva Petko Esber
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax: 202-434-5029

Attorneys for Merck & Co., Inc.

—and—

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Deposition of **Rebecca Lord** has been served on Plaintiff's Counsel, Ronald R. Benjamin, Law Office of Ronald R. Benjamin, 126 Riverside Drive, P. O. Box 607, Binghamton, NY 13902-0607, by U.S. Mail and facsimile, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 17th day of February, 2010.

*<u>/s/ Dorothy H. Wimberly</u>*

Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com