# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT COURT OF LOUISIANA

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   FEB - 5 2010

LORETTA G. WHYTE
Clerk

In re: Vioxx
Product Liability Litigation
MDL Doctet Number 1657
Honorable Judge Eldon Fallon   05-MDL-1657
Magistrate Judge Knowles           L(3)

Plaintiff: Jessica C. Adams

## NOTICE OF APPEAL

The Plaintiff is filing a notice of Appeal. The Plaintiff does not agree with Judge decisions.

___ Fee ____
___ Process ____
_X_ Dktd ____
_X_ CtRmDep ____
___ Doc No. ____

TENDERED FOR FILING

FEB - 5 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Jessica C. Adams

Jessica C. Adams
7755 Bay Cedar Drive
Orlando, Florida 32835
407 297 8587

RETURN RECEIPT REQUESTED

PLEASE PRESS FIRMLY

Print postage online - Go to usps.com/postageon

U.S. POSTAGE PAID
WINDERMERE, FL
34786
FEB 04, '10
AMOUNT
$18.30
1007   00084857-08

UNITED STATES POSTAL SERVICE

**Flat Rate Mailing Envelope**
For Domestic and International Use
Visit us at usps.com

EMS

When used internationally affix customs declarations (PS Form 2976, or 2976A).

Place Mailing Label Here:

EH980934998US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®
Addressee Copy
Label 11-B, March 2004
Post Office To Addressee

| DELIVERY (POSTAL USE ONLY) | | | |
|---|---|---|---|
| Delivery Attempt Mo. Day | Time | ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt Mo. Day | Time | ☐ AM ☐ PM | Employee Signature |
| Delivery Date Mo. Day | Time | ☐ AM ☐ PM | Employee Signature |

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 34756
Day of Delivery: ☒ Next ☐ 2nd ☐ 2nd Del. Day
Postage: $18.30
Date Accepted: 2-4-10
Scheduled Date of Delivery: Month 2 Day 6
Return Receipt Fee: $2.30
Time Accepted: 1800 ☐ AM ☐ PM
Scheduled Time of Delivery: ☐ Noon ☒ 3 PM
COD Fee: $
Insurance Fee: $
Flat Rate ☐ or Weight: __ lbs. __ ozs.
Military: ☐ 2nd Day ☐ 3rd Day
Total Postage & Fees: $20.60
Int'l Alpha Country Code:
Acceptance Emp. Initials: SC

**CUSTOMER USE ONLY**
☐ WAIVER OF SIGNATURE (Domestic Mail Only)

☐ NO DELIVERY  Weekend ☐  Holiday ☐   Mailer Signature

FROM: (PLEASE PRINT)  PHONE ( )

TO: (PLEASE PRINT)  PHONE ( )

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811
EMS