UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  :  MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION  :  SECTION: L
      :  JUDGE FALLON
      :  MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Myrtle L. Bell, et al v. Merck & Co., Inc.*, Case No. 05-546 (as to Johnny Whiteside only)

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Johnny Whiteside. IT IS ORDERED that the correspondence be entered into the record. Additionally, a copy of this correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 9th day of February, 2010.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Mr. Johnny E. Whiteside
383 Wilcox Blvd. Apt. 46
Chattanooga, TN 37411

1