Johnny E. Whiteside
3831 Wilcox Blvd., Apt. 46
Chattanooga, TN 37411

February 2, 2010

Maura Kolb/Ken Soh
Lanier Law Firm, P.C.
6810 FM 1960 Rd West
P.O. Box 691448
Houston, TX 77269



Dear Attorneys Kolb & Soh,

I am sending this letter in response to your recent letter and documents I received from your firm. I have hesitated to confirm any actions I wish to take because of your inconsistency with my class action law suit in the Vioxx litigation that seems to be drawing to a close. However, I do not want my involvement in this case to be eliminated.

Let me refresh your memory. I initially signed on to this case over two years ago. I received verbal and written correspondence from your firm stating that I would receive some compensation in this suit. I was told numerous times that you would be sending a packet to me in reference to my case without any indication that there was a question as to my eligibility in this case.

Here we are down to the wire and all of a sudden I am no longer eligible. It would only to fair to inform me some time ago that there was question of my eligibility but there was none. I called your office numerous times for information and was simply told I would receive a packet of some kind which never came.

When I asked to speak with an attorney I was always directed to Rhonda or the receptionist told me I would have to speak with her. At no time was I allowed to speak with you whom I was told were the ones handling my case. I often met with rude unprofessional comments from your staff which should not have been encountered in a firm such as yours claim to be.

Now I'm told you will not represent me in this case. Why all the confusion all of a sudden. And yes, there is new evidence. In 2002 I had to have a defibrillator implant and it has reacted twice already. Not only that, that device had to be removed and a new implant was done with an additional lead wire. I am now being told I have an enlarged heart. I also had extensive surgery to partially repair an aneurism in 1999 which resulted in removal of ribs to even get to the aneurism. I also had to travel to Houston to have it repaired because no one in this area would touch it. I had been given up for dead before this surgery. But of course you know all of this because you claim you secured all my doctor and hospital records. I have been through longer than normal hospital stays including ICU and these episodes continue to occur. .

I have lived with the anxiety and frustration for a long time of wondering how long I would be alive. I have endured several CT Scans, MRIs, X-rays and other test not to mention numerous emergency room visits some with having to call for an ambulance service. I now have serious

Johnny E. Whiteside
3831 Wilcox Blvd., Apt. 46
Chattanooga, TN 37411

February 2, 2010

Judge Eldon E. Fallon
United States District Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

**RECEIVED**
FEB - 8 2010
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Re: MDL Docket No. 1657  Vioxx Settlement
    Sectional L
    Products Liability Litigation
    Document 20399 filed 07/06/2009

Judge Fallon,

I am sending this letter to inform the court of problems I am having with the Lanier Law Firm in Houston, TX. I don't know if this letter will make any difference but I do believe that I am not being represented properly in this litigation.

For your records, I am sending a copy of the certified letter I sent to the Lanier Law Firm because of all I have and am still going through with my condition due to taking Vioxx. At this point I don't know what direction to go in but I would like for you to at least read the issues I have with them.

I am a person of integrity and Just do not believe it is fair for this firm to wait two years to tell me I am not eligible for the compensation in this suit. There has been very little correspondence on their part and the implications that all was well with my case until now.

I have met with resistance, unprofessional language and rudeness from this office with the refusal to allow me to speak with the attorney on every call.

Again, I ask that you at least read the letter to see that I have been put through unnecessary anxiety and empty promises for too long only to be informed that I do not have a case. Is this customary or protocol in the legal arena? It has been over two years. Had I known this at the beginning of the litigation I would not be so distraught at this point.

Thank you in advance for your time and consideration in this matter.

Sincerely,

*[signature]*

Johnny E. Whiteside



J.E. Whiteside
3831 Wilcox Blvd. Apt. 46
Chattanooga, TN 37411

Judge Eldon E. Fallon
United States District Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street Room C456
New Orleans, LA 70130