```
                                                                    FILED
                                                              U.S. DISTRICT COURT
                    UNITED STATES DISTRICT COURT             EASTERN DISTRICT OF LOUISIANA
                    EASTERN DISTRICT OF LOUISIANA
                                                               2010 FEB 12  PM 2: 12
```

|                                         |   |                          |
|-----------------------------------------|---|--------------------------|
| IN RE: VIOXX                            | : | MDL NO. 1657             |
|    PRODUCTS LIABILITY LITIGATION | : | SECTION: L       |
|                                         | : |                          |
|                                         | : | JUDGE FALLON             |
|                                         | : | MAG. JUDGE KNOWLES       |

LORETTA G. WHYTE
CLERK

**THIS DOCUMENT RELATES TO:** *Kimberly Van Jelgerhuis v. Merck & Co., Inc.*, Case No. 05-458 (as to Janice Baum only)

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Janice Baum. IT IS ORDERED that the correspondence be entered into the record. Additionally, a copy of this correspondence shall be forwarded to the pro se curator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 9th day of February, 2010.

                                                      UNITED STATES DISTRICT JUDGE

Clerk to Serve:

| | |
|---|---|
| Mr. Russ Herman<br>Plaintiff's Liaison Counsel<br>Herman, Herman Katz & Cotlar, LLP<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 | Ms. Janice M. Baum<br>6638 Quail Ridge Lane<br>Fort Wayne, IN 46804 |
| Mr. Phillip Wittmann<br>Stone Pigman Walter Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | Vioxx Pro Se Curator<br>400 Poydras Street<br>Suite 2450<br>New Orleans, LA 70130 |

1

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____