Janice M Baum, Re: VCN 10B1541
6638 Quail Ridge Lane
Fort Wayne IN 46804

February 3, 2010

US District Judge Eldon E Fallon
500 Poydras Street, Room C-456
New Orleans, LA 70130

Dear Honorable Judge Fallon:

Enclosed, find a copy of my letter sent registered mail to Price, Waicukauski & Riley requesting my entire legal documentation file so I can continue forward Pro Se or until I can obtain new legal counsel.

Also, enclosed are a number of medical journal articles proving causation between my deteriorating health that mostly began in 2001-2002 with extreme fatigue followed by suddenly spiking and uncontrolled hypertension. Cox 2 inhibitors, the drug classification of Vioxx, was a prescription medication I took both intermittently and continuously from December 1999 until September 30, 2004. These medical studies prove the deterioration and causation that led to cyanosis of my lower extremities and an angioplasty in August 2003 where NO blockages were found to exist to be causing my problems. They also show probable causation that Cox-2 inhibitors further damaged my already inflamed vascular system (from a June '03 spider bite and September '03 extreme swelling in both legs/ankles/feet with the end result as a burn unit out-patient for treatment of a Bulla). I was also diagnosed with Neuropathy and Peripheral Vascular Disease that same summer of '03.

The ongoing permanent and progressively deteriorating damage Vioxx caused to my health over the past 8-10 years have now resulted in my August 21, 2009 diagnosis of the mostly deadly Pulmonary Hypertension.  Dr. Harrison Farber is a Boston based world-renowned research doctor in pulmonary medicine, internal medicine, and a critical care specialist. He clearly stated that I have PH with his "diagnosis/recently added health conditions" in his electronically signed medical report submitted to the courts in November '09.   (Review my medical records from Boston Medical Center.)  In a phone conversation with him on September 23, 2009, he specifically stated that without any doubt, my PH was the direct result of uncontrolled hypertension, because diabetes could be ruled out.

Because the above can be 100% verified in my previously submitted medical records from Dr. Mitchell Stucky, Dr. Stephen Reed, and Mayo Clinic, I'm requesting the results of Dr. Farber's medical report diagnosing my PH to be sufficient PTO 43 documentation (along with the additional enclosed medical studies) and that you allow them as proof of my life-threatening Vioxx related health issues.   None of this is new evidence.   This documentation proves the Vioxx causation between my 11 medical conditions that my former doctors (of the past two + years) and former legal counsel refused to explore.

Thank you in advance for consideration.  By allowing these previously published but newly discovered additional Cox-2 Inhibitor medical studies to be entered for consideration before ruling against my Vioxx case for non-compliance of PTO 43, I might have fighting chance against Merck Pharmaceuticals so I can pay my thousands of dollars in medical bills accumulated in the past 2 or more years while my doctors sought all other possible causation.

Sincerely,

Janice M Baum
Janice M Baum

Case 2:05-md-01657-EEF-DEK   Document 34593-1   Filed 02/12/10   Page 2 of 19

February 3, 2010

Janice M Baum
6638 Quail Ridge Lane
Fort Wayne, IN 46804

Re: VCN 1081541

Price Waicukauski & Riley
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis IN 46204

To Whom it May Concern:

Please use this letter as a request for your law firm, Price, Waicukauski & Riley, to send my
entire legal documentation files on my Merck Pharmaceutical Vioxx case to my home address,
listed below. Because my hearing regarding compliance with PTO 43 and "dismissal with
prejudice" has been postponed until February 26th, 2010 by Judge Fallon, just 23 days away, it is
imperative that I receive this information as soon as possible.

I would like included all hard paper copies, CD's, medical records, printed emails, and any copies
of submitted legal documentation dating back to October 2004 along with anything that will assist
me with my pursuit against Merck Pharmaceuticals.

Thank you in advance for you immediate cooperation.

Sincerely,

Janice M. Baum

Janice M. Baum
6638 Quail Ridge lane
Fort Wayne IN 46804

(260) 207-5672 Office
(260) 466-2588 Cell
(260) 436-8015 Home

CC: Honorable Judge Fallon

# PubMed

U.S. National Library of Medicine
National Institutes of Health

Display Settings:    Abstract

Trends Cardiovasc Med. 2009 Feb;19(2):31-7.

## Cyclooxygenase-2 inhibition and hypoxia-induced pulmonary hypertension: effects on pulmonary vascular remodeling and contractility.

Fredenburgh LE, Ma J, Perrella MA.

Division of Pulmonary and Critical Care Medicine, Department of Medicine, Brigham and Women's Hospital, Boston, MA 02115, USA. lfredenburgh@rics.bwh.harvard.edu.

Pulmonary arterial hypertension (PAH) is a significant disease process characterized by elevated pulmonary vascular resistance leading to increased right ventricular afterload and ultimately progressing to right ventricular dysfunction and often death. Irreversible remodeling of the pulmonary vasculature is the hallmark of pulmonary hypertension and frequently leads to progressive functional decline in patients with PAH despite treatment with currently available therapies. Metabolites of the arachidonic acid cascade play an important homeostatic role in the pulmonary vasculature, and dysregulation of pathways downstream of arachidonic acid plays a central role in the pathobiology of PAH. Cyclooxygenase-2 (COX-2) is up-regulated in pulmonary artery smooth muscle cells (PASMC) and inflammatory cells during hypoxia and plays a protective role in the lung's response to hypoxia. We recently demonstrated that absence of COX-2 was detrimental in a mouse model of hypoxia-induced pulmonary hypertension. Exposure of COX-2 null mice to hypoxia resulted in severe pulmonary hypertension characterized by enhanced pulmonary vascular remodeling and significant up-regulation of the endothelin-1 receptor ET(A)R in the lung after hypoxia. Absence of COX-2 in vitro led to enhanced contractility of PASMC after exposure to hypoxia, which could be attenuated by iloprost, a prostaglandin I(2) analog. These findings suggest that selective inhibition of COX-2 may have detrimental pulmonary vascular consequences in patients with preexisting pulmonary hypertension or underlying hypertensive lung diseases. Here, we discuss our recent data demonstrating the adverse consequences of COX-2 inhibition on pulmonary vascular remodeling and PASMC contractility.

PMID: 19577709 [PubMed - indexed for MEDLINE]
PMCID: PMC2749007 [Available on 2010/2/1]

Publication Types, MeSH Terms, Substances, Grant Support

LinkOut - more resources

ELSEVIER
FULL-TEXT ARTICLE

PubMed
U.S. National Library of Medicine
National Institutes of Health


Full Text via HCS
Clinicaitrials

PMC Author Manuscript in PubMed Central

Display Settings:    Abstract

Circulation. 2008 Apr 22;117(16):2114-22. Epub 2008 Apr 7.

# Absence of cyclooxygenase-2 exacerbates hypoxia-induced pulmonary hypertension and enhances contractility of vascular smooth muscle cells.

Fredenburgh LE, Liang OD, Macias AA, Polte TR, Liu X, Riascos DF, Chung SW, Schissel SL, Ingber DE, Mitsialis SA, Kourembanas S, Perrella MA.

Division of Pulmonary and Critical Care Medicine, Brigham and Women's Hospital, 75 Francis St, Boston, MA 02115, USA.

BACKGROUND: Cyclooxygenase-2 (COX-2) is upregulated in pulmonary artery smooth muscle cells (PASMCs) during hypoxia and may play a protective role in the response of the lung to hypoxia. Selective COX-2 inhibition may have detrimental pulmonary vascular consequences during hypoxia. METHODS AND RESULTS: To investigate the role of COX-2 in the pulmonary vascular response to hypoxia, we subjected wild-type and COX-2-deficient mice to a model of chronic normobaric hypoxia. COX-2-null mice developed severe pulmonary hypertension with exaggerated elevation of right ventricular systolic pressure, significant right ventricular hypertrophy, and striking vascular remodeling after hypoxia. Pulmonary vascular remodeling in COX-2-deficient mice was characterized by PASMC hypertrophy but not increased proliferation. Furthermore, COX-2-deficient mice had significant upregulation of the endothelin-1 receptor (ET(A)) in the lung after hypoxia. Similarly, selective pharmacological inhibition of COX-2 in wild-type mice exacerbated hypoxia-induced pulmonary hypertension and resulted in PASMC hypertrophy and increased ET(A) receptor expression in pulmonary arterioles. The absence of COX-2 in vascular smooth muscle cells during hypoxia in vitro augmented fraction forces and enhanced contractility of an extracellular matrix. Treatment of COX-2-deficient PASMCs with iloprost, a prostaglandin I(2) analog, and prostaglandin E(2) abrogated the potent contractile response to hypoxia and restored the wild-type phenotype. CONCLUSIONS: Our findings reveal that hypoxia-induced pulmonary hypertension and vascular remodeling are exacerbated in the absence of COX-2 with enhanced ET(A) receptor expression and increased PASMC hypertrophy, COX-2-deficient PASMCs have a maladaptive response to hypoxia manifested by exaggerated contractility, which may be rescued by either COX-2-derived prostaglandin I(2) or prostaglandin E(2).

PMID: 18391113 [PubMed - indexed for MEDLINE]

PMCID: PMC2586933

Publication Types, MeSH Terms, Substances, Grant Support

LinkOut - more resources

J Appl Physiol 98: 1111–1118, 2005.
First published October 29, 2004;
doi:10.1152/japplphysiol.00810.2004.

# HIGHLIGHTED TOPIC | Pulmonary Circulation and Hypoxia

# Cyclooxygenase-2 and an early stage of chronic hypoxia-induced pulmonary hypertension in newborn pigs

Candice D. Fike,[1] Mark R. Kaplowitz,[1] Yongmei Zhang,[1] and Sandra L. Pfister[2]

[1]Department of Pediatrics, Wake Forest University School of Medicine, Winston-Salem, North Carolina; and
[2]Department of Pharmacology and Toxicology, Medical College of Wisconsin, Milwaukee, Wisconsin

Received 29 October 2004; accepted in final form 27 October 2004

Fike, Candice D., Mark R. Kaplowitz, Yongmei Zhang, and Sandra L. Pfister. Cyclooxygenase-2 and an early stage of chronic hypoxia-induced pulmonary hypertension in newborn pigs. *J Appl Physiol* 98: 1111–1118, 2005. First published October 29, 2004; doi:10.1152/japplphysiol.00810.2004.—Our objective was to determine whether cyclooxygenase (COX)-2-dependent metabolites contribute to the altered pulmonary vascular responses that manifest in piglets with chronic hypoxia-induced pulmonary hypertension. Piglets were raised in either room air (control) or hypoxia for 3 days. The effect of the COX-2 selective inhibitor NS-398 on responses to arachidonic acid or acetylcholine (ACh) was measured in endothelium-intact and denuded pulmonary arteries (100- to 400-μm diameter). Pulmonary arterial production of the stable metabolites of thromboxane and prostacyclin was assessed in the presence and absence of NS-398. Dilation to arachidonic acid was greater for intact control than for intact hypoxic arteries, and was unchanged by NS-398 in intact arteries of either group, and was augmented by NS-398 in denuded hypoxic arteries. ACh responses, which were dilation in intact control arteries but constriction in intact and denuded hypoxic arteries, were diminished by NS-398 treatment of all arteries. NS-398 reduced prostacyclin production by control pulmonary arteries and reduced thromboxane production by hypoxic pulmonary arteries. COX-2-dependent constricting factor, such as thromboxane, contribute to aberrant pulmonary arterial responses in piglets exposed to 3 days of hypoxia.

arachidonic acid metabolites; prostacyclin; thromboxane; NS-398

IT HAS BEEN KNOWN FOR MANY YEARS that prostanoids play an important role in regulation of neonatal pulmonary vascular tone. It is also well known that one of the critical, rate-limiting biosynthetic steps in prostanoid production is the conversion of arachidonic acid by cyclooxygenase (COX) to prostaglandin (PG) G₂ (PGG₂) and subsequent peroxidation of PGG₂ to PGH₂ by the same enzyme (Fig. 1A) (32). To date, two COX isoforms, COX-1 and COX-2, have been shown to be constitutively expressed in adult lung tissue, including pulmonary vascular endothelium and smooth muscle (11, 13). Evaluation of COX-1 and COX-2 distribution in the neonatal lung has been limited to one report in human lungs during the perinatal period (23) and to a few studies with ovine lungs (5, 6, 26). Notably, although both COX isoforms have been identified in neonatal and adult pulmonary vasculature of some species, there is a paucity of physiological information regarding the contribution of COX-2 to regulation of pulmonary vascular tone (12). Furthermore, studies evaluating the potential contri-

bution of COX-2 to altered regulation of pulmonary vascular tone in lungs of animals with pulmonary hypertension have received almost no attention (9, 18).

Because of their critical role in regulation of pulmonary vascular tone, elucidation of derangements in arachidonic acid pathways in resistance-level pulmonary arteries is of particular importance. Changes that occur with short exposure to hypoxia are critical to delineate because of the potential significance for developing therapies to intervene with the onset and progression of pulmonary hypertension. Our laboratory previously showed that resistance-level pulmonary arterial responses to arachidonic acid and acetylcholine are altered in newborn piglets with pulmonary hypertension induced by 3 days of exposure to hypoxia (18, 19). The major purpose of this study was to test the hypothesis that metabolites of the COX-2 pathway of arachidonic acid metabolism are involved with the aberrant pulmonary vascular responses that develop at this early stage of pulmonary hypertension in newborn piglets.

## METHODS

*Animals.* A total of 12 hypoxic piglets and a total of 15 control piglets were studied. For the hypoxic piglets, newborn pigs (2–3 days old) were placed in a hypoxic normobaric chamber for 3–4 days. Normobaric hypoxia was produced by delivering compressed air and N₂ to an incubator (Thermocare). O₂ content was regulated at 8–10% O₂ (PO₂ 60–72 Torr), and CO₂ was maintained at 3–6 Torr by absorption with soda lime. The chamber was opened two times per day for cleaning and to weigh the piglets. The animals were fed ad libitum with an artificial sow milk replacer from a feeding device attached to the chamber. Our laboratory has previously found no differences in vascular responses between piglets raised in a room-air environment for 3–5 days and piglets raised on a farm (16, 19). Therefore, for this study, most (n = 12) of the control piglets were studied on the day of arrival from the farm at 5–8 days of age, i.e., the same postnatal age as the hypoxic piglets on the day of study.

*Cannulated artery preparation.* On the day of study the piglets were preanesthetized with ketamine (30 mg/kg im) and then acetisized with pentobarbital sodium (10 mg/kg iv). All animals were given heparin (1,000 IU/kg iv) and then exsanguinated. The thorax was opened, and the lungs were removed and placed in cold (4°C) physiological saline solution (PSS) until use. The PSS had the following composition (in mM): 141 Na⁺, 4.7 K⁺, 125 Cl⁻, 2.5 Ca²⁺, 0.72 Mg²⁺, 1.7 H₂PO₄⁻, 25 HCO₃⁻, and 11 glucose. Immediately before use, segments of 100- to 400-μm-diameter pulmonary arteries were dissected from a lung lobe.

Address for reprint requests and other correspondence: C. D. Fike, Dept. of Pediatrics, Wake Forest Univ. School of Medicine, Medical Center Blvd, Winston-Salem, NC 27157 (E-mail: cfike@wfubmc.edu).

The costs of publication of this article were defrayed in part by the payment of page charges. The article must therefore be hereby marked "*advertisement*" in accordance with 18 U.S.C. Section 1734 solely to indicate this fact.

Downloaded from jap.physiology.org on an February 14, 2006

Downloaded from jap.physiology.org on February 14, 2006

1112

COX-2 AND HYPOXIC NEWBORNS



Fig. 1. A: simplified cartoon of pathways for the metabolism of arachidonic acid. Note that arachidonic acid is metabolized via the cytochrome P-450, lipoxygenase, cyclooxygenase-1 (COX-1), and cyclooxygenase-2 (COX-2) pathways to downstream metabolites, including the cyclooxygenase-dependent products prostacyclin (PGI2) and thromboxane A2 (TxA2). Cytochrome P-450 metabolites include the epoxyeicosatrienoic acids (EETS), the dihydroxyeicosatrienoic acids (DiHETES), and the hydroxyeicosatetraenoic acids (HETES). Lipoxygenase metabolites include leukotrienes and HETES. B: hypothesized effect of 3 days of in vivo chronic hypoxia on COX-1 and COX-2 pathways in resistance-level pulmonary arteries of newborn piglets. After 3 days of hypoxia, COX-1 and the downstream synthase PGI2 synthase are reduced so that the production of PGI2 is diminished and arachidonic acid metabolism is shunted toward production of TxA2 via the COX-2 pathway. It is also possible that arachidonic acid metabolism is shunted toward non-COX pathways, such as the lipoxygenase pathway, leading to increased production of non-COX-dependent metabolites, such as leukotrienes. PGH2, prostaglandin G2; PGH2, prostaglandin H2.

The system used to study cannulated arteries has been described in detail previously (19). Briefly, it consists of a water-jacketed plastic chamber in which proximal (inflow) and distal (outflow) cannulas were mounted. An arterial segment was threaded onto the proximal cannula and tied in place with a 22-μm nylon suture. The distal end of the artery was then tied onto the distal cannula, and the artery was filled with PSS, and all side branches were tied off. The distance between the cannula tips was adjusted with a micrometer connected to the proximal cannula so that the slack was taken out of the artery. The exterior of the artery was suffused with PSS from a reservoir at 37°C and aerated with a gas mixture containing O2, CO2, and N2, giving a Pco2 of 140 Torr, a Pco2 of 38 Torr, and a pH of 7.37. The arterial lumen was filled from a syringe containing PSS, aerated with the same gas mixture as the reservoir, and connected to the cannula with polyethylene tubing. Gas concentrations and pH were monitored in all solutions (reservoir, vessel chamber, and infusion syringes) by using a blood-gas analyzer.

Inflow pressure was adjusted by changing the height of the infusion syringes. Pressure transducers were placed both on the inflow side between the syringe and the artery and at the outflow end of the system. Both inflow and outflow pressures were monitored continuously on a recorder, and the artery was discarded if the pressures were not equal (indicates leak in vessel). The external diameter of the artery was observed continuously with a video system combining a color camera (model 3000, Panasonic) and television monitor. Vessel diameter were measured with a video scaler (ROPA IV). The video scaler was calibrated with a micrometer scale. Measurements with the video scaler are repeatable within ± 1 μm.

Cannulated artery protocols. Each artery was allowed to equilibrate for 60–90 min to establish basal tone. The control arteries were equilibrated at a transmural pressure of 15 cmH2O, and the hypoxic arteries were equilibrated at a transmural pressure of 25 cmH2O. These pressures were chosen as they represent in vivo pressures (15, 16). Our laboratory has previously shown no effect from these transmural pressures on pulmonary arterial responses to ACh (19). After establishment of basal tone, all arteries were tested for viability

by contraction to the thromboxane (Tx) A2-mimetic U-46619 (10⁻⁴ M). To check for a functional endothelium in control arteries, responses to ACh (10⁻⁵ M) were evaluated. Our laboratory previously found that hypoxic arteries constricted to ACh but dilated to another endothelium-dependent agent, the calcium ionophore A-23187 (19). Therefore, responses to A-23187 were used to check for a functional endothelium in hypoxic arteries.

In one series of studies, we evaluated the contribution of COX-2-dependent metabolites to arachidonic acid responses in control (n = 12 arteries from 12 control piglets) and hypoxic (n = 9 arteries from 9 piglets) arteries. For these studies, changes in vessel diameter to arachidonic acid (10⁻⁹ to 10⁻⁵ M) were measured before and after addition of the COX-2-selective inhibitor NS-398 (10⁻⁶ M). Because we have previously shown that the change in diameter to arachidonic acid in vessels at basal tone is minimal (19), these studies were performed in vessels with elevated tone. After being assessed for viability and a functional endothelium, vessel tone was elevated by addition of endothelin to the reservoir in increasing doses until the arterial diameter had decreased by 40–50%. Changes in vessel diameter were then measured in response to cumulative doses of arachidonic acid (10⁻⁹ to 10⁻⁵ M). Next, the vessels were washed with PSS, and the COX-2-selective inhibitor NS-398 (10⁻⁶ M) was added to the reservoir. Twenty minutes after addition of the NS-398, vessel tone was again elevated by 40–50% with endothelin, and dose responses to arachidonic acid (10⁻⁹ to 10⁻⁵ M) were repeated.

To determine the influence of the endothelium, in another series of arteries of control (n = 11 arteries from 11 piglets) and hypoxic (n = 6 arteries from 6 piglets) piglets (22), functional disruption of the endothelium was verified by loss of dilation to ACh and/or A-23187 in the control arteries and to A-23187 in the hypoxic arteries. Reactivity to U-46619 was used to confirm viability of the arteries. Then, responses to arachidonic acid (10⁻⁹ to 10⁻⁵ M) were measured in vessels with elevated tone both before and after addition of the COX-2-selective inhibitor NS-398 (10⁻⁶ M).

In another series of studies, we evaluated the contribution of COX-2-dependent metabolites to changes in vessel diameter in re-

COX-2 AND HYPOXIC NEWBORNS

1113

## RESULTS

## MATERIALS

Downloaded from jap.physiology.org on February 14, 2006

Case 2:05-md-01657-EEF-DEK Document 34593-1 Filed 02/12/10 Page 8 of 19

Journal of Applied Physiology

1114

COX-2 AND HYPOXIC NEWBORNS









6-keto-PGF$_{1\alpha}$ in control than in hypoxic arteries. As shown in Fig. 4A, 6-keto-PGF$_{1\alpha}$ was decreased by NS-398 treatment of control vessels but was minimally affected by NS-398 treatment of hypoxic vessels ($P = 0.027$ unpaired $t$-test).

Production of the stable metabolite of TxA$_2$, TxB$_2$, as assessed by radioimmunoassay, tended to be less ($P = 0.08$) in the supernatant of control vessels treated with NS-398 (6.5 ± 2.9 pg/mg) than in the supernatant of control vessels treated with DMSO (9.5 ± 3.5 pg/mg). For hypoxic vessels, production of TxB$_2$ was less ($P = 0.049$) in the supernatant of vessels treated with NS-398 (4.1 ± 2.6 pg/mg) compared with the supernatant of vessels treated with DMSO (7.0 ± 2.9 pg/mg). That is, Fig. 4B shows that, by comparison with the disparate effect on 6-keto-PGF$_{1\alpha}$ production, TxB$_2$ production was affected similarly by NS-398 treatment of control and hypoxic arteries.

hypoxic arteries, the magnitude of constriction to the higher doses of ACh was augmented in endothelium-denuded vessels. For both types of endothelium-denuded arteries, treatment with NS-398 almost completely abolished constriction to ACh (Fig. 3, A and B).

Enzyme immunoassay determinations of the supernatant from incubated pulmonary arteries showed that values for production of the stable metabolite of PGI$_2$, 6-keto-PGF$_{1\alpha}$, were less for NS-398-treated control arteries (12,333 ± 3,055 pg/mg) than for DMSO-treated control arteries (17,444 ± 5,000 pg/mg; $P = 0.04$, paired $t$-test). By comparison, NS-398 had little influence on production of 6-keto-PGF$_{1\alpha}$ in vessels from hypoxic piglets: values of 6-keto-PGF$_{1\alpha}$ were 9,860 ± 2,700 pg/mg for NS-398-treated arteries from hypoxic piglets compared with 9,360 ± 2,220 pg/mg for DMSO-treated hypoxic vessels ($P = 0.6$, paired $t$-test). That is, NS-398 had different effects on production of the stable metabolite of PGI$_2$,

Fig. 2. A: arachidonic acid-induced changes in diameter for endothelium-intact ($n = 12$ arteries from 12 piglets) and endothelium-denuded ($n = 11$ arteries from 11 piglets) control arteries before and after NS-398. Data are expressed as percent dilation of contraction elicited by endothelin. Values are means ± SE. *Different from intact. $P < 0.05$. B: arachidonic acid-induced changes in diameter for endothelium-intact ($n = 9$ arteries from 9 piglets) and endothelium-denuded ($n = 6$ arteries from 6 piglets) hypoxic arteries before and after NS-398. Data are expressed as percent dilation of contraction elicited by endothelin. Values are means ± SE. *Different from values for all other conditions, $P < 0.05$.

Fig. 3. A: acetylcholine-induced changes in diameter for endothelium-intact ($n = 9$ arteries from 9 piglets) and endothelium-denuded ($n = 10$ arteries from 10 piglets) control arteries before and after NS-398. Values are means ± SE. *Different from endothelium-intact, $P < 0.05$. ɸDifferent from denuded, $P < 0.05$. B: acetylcholine-induced changes in diameter for endothelium-intact ($n = 9$ arteries from 9 piglets) and endothelium-denuded ($n = 7$ arteries from 7 piglets) hypoxic arteries before and after NS-398. Values are means ± SE. *Different from endothelium-intact, $P < 0.05$. ɸDifferent from denuded, $P < 0.05$.

Downloaded from jap.physiology.org on February 14, 2006

A
NS398 induced change in 6-keto $PGF_{1\alpha}$ (pg/mg)
2000
0
-2000
-4000
-6000
-8000
control
hypoxic
B
NS398 induced change in $TXB_2$ (pg/mg)
2
0
-2
-4
-6
control
hypoxic

Fig. 4. *A*: NS-398-induced changes in values for the stable metabolite of $PGI_2$ arteries of control piglets ($n$ = 9) and hypoxic piglets ($n$ = 9). Values are means ± SE. *Different from control, $P < 0.05$. *B*: NS-398-induced changes in values for the stable metabolite of $TxA_2$ for arteries of control piglets ($n$ = 6) and hypoxic piglets ($n$ = 10). Values are means ± SE.

Taken altogether, the effect of NS-398 on the ratio of production of the stable metabolites of $PGI_2$ and $TxA_2$ differed between control and hypoxic arteries. Specifically, the ratio of production of the stable metabolites of $PGI_2$ and $TxA_2$ was similar for DMSO-treated ($PGI_2/TxA_2$ = 1,836:1) and NS-398-treated ($PGI_2/TxA_2$ = 1,897:1) arteries of control piglets. In contrast, the ratio of production of the stable metabolites of $PGI_2$ and $TxA_2$ was greater for hypoxic vessels treated with NS-398 ($PGI_2/TxA_2$ = 2,283:1) than for hypoxic vessels treated with DMSO ($PGI_2/TxA_2$ = 1,418:1).

For both control (Fig. 5*A*) and hypoxic (Fig. 5*B*) piglets, immunohistochemistry revealed the presence of COX-2 in the endothelium and smooth muscle cells of arteries within the size range used for cannulated artery studies.

## DISCUSSION

Our laboratory has previously shown that newborn piglets exposed to 3 days of chronic hypoxia develop pulmonary hypertension (15, 16). Specifically, they have elevated pulmonary vascular resistances and exhibit pulmonary arterial morphometric changes that are consistent with pulmonary hypertension (15, 16). Our laboratory has also shown that responses to some agonists are altered in resistance-level pulmonary arteries from newborn piglets exposed to 3 days of chronic hypoxia (18, 19). Consistent with our laboratory's previous findings (19), in this study we show that responses to ACh, an agonist known to stimulate release of arachidonic acid (14), are altered in resistance-level pulmonary arteries of piglets exposed to 3 days of hypoxia. By use of nonspecific COX inhibition, our laboratory previously showed that COX pathways contribute to the aberrant ACh responses in pulmonary arteries from hypoxic piglets (19). An important new finding in this study is that the impaired ACh responses are due, at least in part, to COX-2-dependent contracting factors.

Physiological studies evaluating the contribution of the COX-2 pathway of arachidonic acid metabolism to regulation of pulmonary vascular tone are scarce. In studies with lungs of normal rats, arachidonic acid has been shown to be converted into vasoactive prostanoids by way of the COX-2 pathway (2, 3, 12). Findings in our study support the possibility that metabolites of the COX-2 pathway contribute to regulation of vascular tone in the normal neonatal piglet pulmonary circulation. In particular, we show that COX-2 may modulate agonist-induced responses, as suggested by our finding that ACh responses in pulmonary arteries from control piglets were diminished by a COX-2 inhibitor. In addition to the pulmonary circulation, there are physiological studies showing that COX-2 is important in regulation of tone, such as modulation of agonist-induced responses, in other vascular beds of normal animals, including the systemic peripheral vasculature (2, 3, 30), thoracic aorta (1), renal medulla (30), and the ductus arteriosus (10, 24). As with other signaling pathways, the role of COX-2 in regulation of normal vascular tone is likely to

A
100 μm
B
100 μm

Fig. 5. Immunohistochemical localization of COX-2 in control piglet lungs (*A*) and in lungs from piglets exposed to 3 days of hypoxia (*B*). For both lungs, note staining for COX-2 in the endothelium (arrows) and smooth muscle cells (arrowheads) of a 150-μm-diameter artery.

Downloaded from jap.physiology.org on February 14, 2006

1116

COX-2 AND HYPOXIC NEWBORNS

differ between vascular beds (25), with postnatal age (25), and between species (20).

There has also been interest in the potential contribution of COX-2 to the disrupted regulation of tone found in a number of vascular diseases. For example, COX-2 inhibitors have been shown to increase flow-mediated dilation in brachial arteries of adult humans with atherosclerotic vascular disease (8, 34), to ameliorate the augmented response to angiotensin II found in the aorta of spontaneously hypertensive rats (35), and to diminish the vasoconstrictor effects of arachidonic acid in renal arteries of diabetic rats (31). Moreover, limited evidence has been provided showing that COX-2 may be involved in the physiological changes, including changes in blood flow distribution, accompanying acute lung injury associated with endotoxemia (21). Despite the long-standing interest in the role of COX metabolites and pulmonary hypertension, to our knowledge, our finding that ACh constriction was abolished by a COX-2 inhibitor is the first physiological evidence that COX-2-dependent contracting factors are involved with the aberrant agonist-induced responses that develop in pulmonary arteries of animals during exposure to chronic hypoxia.

Other findings in our study also indicate that COX-2 functions as an important pathway for arachidonic acid metabolism in resistance pulmonary arteries of both control and hypoxic piglets. Our finding that COX-2 inhibition did not alter the degree of dilation to arachidonic acid in either endothelium-intact or denuded arteries of control piglets need not be interpreted to indicate a lack of COX-2 metabolite production. Rather, a more likely explanation for these findings is that COX-2 inhibition altered the production of downstream COX-2-dependent dilators and constrictors by similar amounts in arteries of control piglets. Indeed, this explanation is supported by our findings with control piglets showing that COX-2 inhibition reduced production of the downstream dilator, PGI2, and the downstream constrictor, TxA2, such that the ratio of production of these metabolites remained the same. Unlike control arteries, we found that COX-2 inhibition reduced production of the constrictor, TxA2, without altering production of the dilator, PGI2, such that the ratio of dilator production increased. In view of this, it might seem that COX-2 inhibition should augment arachidonic acid dilation in arteries from hypoxic piglets. Instead, we found that arachidonic acid dilation was augmented by COX-2 inhibition in denuded arteries but was unchanged by COX-2 inhibition in endothelium-intact arteries of hypoxic piglets.

To understand the disparity in findings between endothelium-intact and denuded arteries, it should be kept in mind that some pathways of arachidonic acid metabolism, such as the lipoxygenase pathway and/or some of the cytochrome P-450 pathways (Fig. 1, A and B), might be present in one cell type but not the other (e.g., endothelial cells but not in smooth muscle cells). In addition, it is possible that, after 3 days of hypoxia, arachidonic acid metabolism is shunted toward these non-COX-dependent pathways (Fig. 1B), potentially leading to augmented production of non-COX-dependent metabolites, including products of the lipoxygenase pathway that act as constrictors, such as some of the leukotrienes and some of the lipoxygenase-dependent hydroxyeicosatetraenoic acids (HETEs; Fig. 1B). Indeed there is evidence that chronic hypoxia activates lung 15-lipoxygenase in newborn rabbits and enhances production of the pulmonary vasoconstrictor, 15-

HETE (37). Moreover, we previously found that COX-1 and PGI2 synthase levels were reduced but that COX-2 and TxA2 synthase levels were not altered in resistance pulmonary arteries of newborn piglets exposed to 3 days of hypoxia (Fig. 1B; Ref. 18). Therefore, it could be that, after 3 days of in vivo hypoxia, the COX-2 pathway becomes a more prominent pathway for arachidonic acid metabolism in piglet resistance pulmonary arteries because of the reduced availability of COX-1 (Fig. 1B). Furthermore, because PGI2, the enzymatic product of COX-1, will be preferentially metabolized by the relatively abundant downstream enzyme(s), in this case TxA2 synthase (Fig. 1B), the balance shifts toward constriction.

Taking the above into account, one possible explanation as to why COX-2 inhibition did not alter arachidonic acid dilation in endothelium-intact arteries of hypoxic piglets could be that the inhibitory effect on production of COX-2-dependent constricting factors was offset by unmasking, and potentially enhancing, the influence from non-COX-2-dependent constrictors. Moreover, if the non-COX-2-dependent constrictor pathways are present in endothelial cells but not in smooth muscle cells, the effect of COX-2 inhibition would not be the same in endothelium-intact and denuded arteries. This is because the influence from the non-COX-2-dependent constrictor, perhaps leukotrienes and lipoxygenase-dependent HETEs (37), would be removed by endothelial denudation, such that the contribution from other cells in the vascular wall, including smooth muscle cells, would predominate. In other words, in endothelial-denuded arteries, an inhibitory effect on the production of COX-2-dependent constricting factor(s) such as TxA2, by smooth muscle cells would lead to the augmented dilation to arachidonic acid that we found in denuded hypoxic arteries.

Other findings in this study also implicate a nonendothelial cellular source of COX-2-dependent contracting factors. Specifically, we found that COX-2 inhibition abolished the constrictor response to ACh in denuded arteries of both control and hypoxic piglets. Furthermore, immunohistochemistry revealed that COX-2 is found in smooth muscle cells of both control and hypoxic arteries. Taken together, our findings suggest that, in control arteries, the influence from COX-2-dependent constricting factor(s), derived in part from smooth muscle cells, predominates over COX-2-dependent dilators.

It merits comment that complex physiological evidence that COX-2 may be involved with pulmonary hypertension has been suggested by results of a few other studies. COX-2 protein levels were increased in whole lung homogenates from adult rats exposed to 2 wk of chronic hypoxia (9) and in proximal pulmonary arterial smooth muscle cells from adult humans cultured under hypoxic conditions for at least 48 h (4). Differences between species, postnatal ages, and length of hypoxic exposure might explain why our previous finding of no change in COX-2 amounts (18) differs from findings in these other studies (4, 9).

Limitations of our methodology should be discussed. Many of our conclusions are based on results of pharmacological inhibition. NS-398 ($10^{-5}$ to $10^{-4}$ M) has been shown to effectively inhibit COX activity in COX-2-expressing cells, including newborn piglet endothelial and smooth muscle cells in primary culture, with no effect in COX-1 expressing cells, such as Swiss 3T3 fibroblasts and human umbilical vein

Case 2:05-md-01657-EEF-DEK   Document 34593-1   Filed 02/12/10   Page 11 of 19

endothelial cells (27–29). We chose to use an even lower concentration of NS-398, $10^{-6}$ M, to further minimize any potential influence on COX-1. Regardless of COX isoform affected, use of any COX inhibitor can result in shunting of the precursor arachidonic acid to non-COX-mediated pathways, which would influence the results. In addition to a potential influence on arachidonic acid responses as noted above, either response, such as the blunted response to ACh in control arteries after NS-398 treatment, could be partly attributed to shunting of arachidonic acid to the lipoxygenase pathway. Moreover, it should also be considered that non-COX pathways of arachidonic acid metabolism could be involved with pulmonary hypertension. Findings in this and our laboratory's previous study show that neither COX-2-selective nor nonselective COX inhibition (19) abolishes arachidonic acid-induced contribution from non-COX pathways of arachidonic metabolism, such as leukotrienes and HETEs (36, 37), remains to be elucidated.

To summarize, our findings indicate that COX-2-dependent contracting factors contribute to aberrant responses that develop in resistance pulmonary arteries of newborn piglets exposed to 3 days of hypoxia. In addition, our findings suggest that use of a COX-2 inhibitor might diminish production of downstream COX-2-dependent constrictors, such as TxA₂, without adversely affecting production of downstream COX-2-dependent dilators, such as PGI₂, in resistance pulmonary arteries of piglets with pulmonary hypertension resulting from 3 days of exposure to hypoxia. Because the influence from COX-2-dependent constrictor production manifests at an early stage of pulmonary hypertension, determination of whether early manipulation of this pathway will prevent the development and progression of neonatal pulmonary hypertension associated with chronic hypoxia merits consideration.

## ACKNOWLEDGMENTS

We thank Renee Petrella for technical assistance.

## GRANTS

This work was supported in part by National Heart, Lung, and Blood Institute Grants R01 HL-68572 (C. D. Fike) and R29 HL-57985 (S. L. Pfister).

## REFERENCES

1. Adeagbo ASO, Patel D, Morrison A, Walker J, Thirunahari S, Joshua IG, Schuschke D, and Wang Y. NS-398, a selective cyclooxygenase-2 blocker, acutely inhibits receptor-mediated contractions of rat aortic role of endothelium. *Eur J Pharmacol* 458: 145–154, 2003.

2. Baber SR, Champion HB, Bivalacqua TJ, Hyman AL, and Kadowitz PJ. Role of cyclooxygenase-2 in the generation of vasoactive prostanoids in the rat pulmonary and systemic vascular beds. *Circulation* 108: 896–901, 2003.

3. Baber SR, Hyman AL, and Kadowitz PJ. Role of COX-1 and COX-2 in prostanoid generation and modulation of angiotensin II responses. *Am J Physiol Heart Circ Physiol* 285: H2399–H2410, 2003.

4. Bradbury DA, Newton R, Zhu Y, Stocks J, Corbett L, Holland ED, Pang LH, and Knox AJ. Effect of bradykinin, TGF-β, IL-1, and hypoxia on COX-2 expression in pulmonary artery smooth muscle cells. *Am J Physiol Lung Cell Mol Physiol* 283: L717–L725, 2002.

5. Brannon TS, MacRitchie A, Jaramillo MA, Sherman TS, Yuhanna IS, Margraf LR, and Shaul PW. Ontogeny of cyclooxygenase-1 and cyclooxygenase-2 gene expression in ovine lung. *Am J Physiol Lung Cell Mol Physiol* 274: L66–L71, 1998.

6. Brannon TS, North AJ, Wells LB, and Shaul PW. Prostacyclin synthesis in ovine pulmonary artery is developmentally regulated by changes in cyclooxygenase-1 gene expression. *J Clin Invest* 93: 2230–2235, 1994.

7. Campbell WB and Ojeda SR. Measurement of prostaglandin by radioimmunoassay. *Methods Enzymol* 141: 323–341, 1987.

8. Chemtob S, Hardimon D, Bandat M, Baudat F, Kylsten L, Hammon M, Rivera W, Gay RB, Neilhart M, Mittled R, Loucher TF, Neili G, and Reschitha P. Selective COX-2 inhibition improves endothelial function in coronary artery disease. *Circulation* 107: 405–409, 2003.

9. Chida M and Voelkel NF. Effects of acute and chronic hypoxia on rat lung cyclooxygenase. *Am J Physiol Lung Cell Mol Physiol* 270: L872–L878, 1996.

10. Cyunon RD, Hardy P, Welsh N, Chen YQ, Marray P, Beauron J, and Chemtob S. Cyclooxygenase-2 plays a significant role in regulating the tone of the fetal lamb ductus arteriosus. *Am J Physiol Regul Integr Comp Physiol* 276: R913–R921, 1999.

11. Dubois RN, Abramson SB, Crafford L, Gupta RA, Simon LS, Van De Putte LB, and Lipsky PE. Cyclooxygenase in biology and disease. *FASEB J* 12: 1063–1077, 1998.

12. Ermert L, Ermert M, Althoff A, Merkle NG, Grimminger F, and Seeger W. Vascular-specific prostanoid generation proceeds via cyclooxygenase-2 in non-inflamed rat lungs. *J Pharmacol Exp Ther* 286: 1309–1314, 1999.

13. Ermert L, Ermert M, Goppelt-Struebe M, Walmrath D, Grimminger F, Shield W, Ghofrani HA, Homberger C, Duecker HR, and Seeger W. Cyclooxygenase isoenzyme localization and mRNA expression in rat lungs. *Am J Respir Cell Mol Biol* 18: 479–488, 1998.

14. Felder CC. Muscarinic acetylcholine receptors: signal transduction through multiple effectors. *FASEB J* 9: 619–625, 1995.

15. Fike CD and Kaplowitz MR. Effect of chronic hypoxia on pulmonary vascular pressures in isolated lungs of newborn pigs. *J Appl Physiol* 77: 2853–2862, 1994.

16. Fike CD and Kaplowitz MR. Chronic hypoxia alters nitric oxide-dependent pulmonary vascular responses in lungs of newborn pigs. *J Appl Physiol* 81: 2078–2087, 1996.

17. Fike CD, Kaplowitz MR, Campbell WB, and Pfister SL. Role of cyclooxygenase-dependent contracting factor in the altered responses to acetylcholine of small pulmonary arteries from chronically hypoxic piglets (Abstract). *FASEB J* 13: A106, 1999.

18. Fike CD, Kaplowitz MR, and Pfister SL. Arachidonic acid metabolites and an early stage of pulmonary hypertension in chronically hypoxic newborn pigs. *Am J Physiol Lung Cell Mol Physiol* 284: 1316–1323, 2003.

19. Fike CD, Pfister SL, Kaplowitz MR, and Madden JA. Cyclooxygenase contracting factors and altered pulmonary vascular responses in chronically hypoxic newborn pigs. *J Appl Physiol* 92: 67–74, 2002.

20. Guenguerian AM, Hardy P, Bhailocherya M, Olley P, Clyman RI, Fouron JC, and Chemtob S. Expression of cyclooxygenases in ductus arteriosus of fetal and newborn pigs. *Am J Obstet Gynecol* 179: 1618–1626, 1998.

21. Gunst B, Kudowald JR, Stephenson AE, and Schuster DP. Role of cyclooxygenase-2 in oleic acid-induced acute lung injury. *Am J Respir Crit Care Med* 160: 1165–1170, 1999.

22. Goyten JR, Dau DM, and Kindsey ILL. Endothelial dependence and myointimal thickening in the rat carotid artery induced by the passage of bubbles. *Exp Mol Pathol* 40: 340–348, 1984.

23. Leeuw P, Wolff H, and Ambiresan S. Cyclooxygenase-2 in human perinatal lung. *Pediatr Res* 47: 602–605, 2000.

24. Loftin CD, Tiivell DB, Tiemo HP, Clark JA, Lee CA, Epstein JA, Morham SG, Breyer MjD, Nguyen M, Hawkins BM, Gould JL, Smithies O, Koller BH, and Langenbach R. Failure of ductus arteriosus closure and remodeling in neonatal mice deficient in cyclooxygenase-1 and cyclooxygenase-2. *Proc Natl Acad Sci USA* 98: 1059–1064, 2001.

25. Matz RL, de Sotomayor MA, Schott C, Stoclet J, and Andriantsitohaina R. Vascular bed heterogeneity in age-related endothelial dysfunction with respect to NO and eicosanoids. *Br J Pharmacol* 131: 303–311, 2000.

26. North AJ, Brannon TS, Wells LB, Campbell WB, and Shaul PW. Hypoxia stimulates prostacyclin synthesis in newborn pulmonary artery endothelium by increasing cyclooxygenase-1 protein. *Circ Res* 75: 33–40, 1994.

27. Perlman B, Balshmova L, and Loffler CW. Postnatal ductal regulation of cyclooxygenase by tyrosine phosphorylation in cerebral endothelial cells. *Am J Physiol Cell Physiol* 274: C72–C81, 1998.

Downloaded from jap.physiology.org on February 14, 2006



28. Parfenova H, Rebuzo TH, and Leffler CI. Upregulation of COX-2 in cerebral microvascular endothelial cells by smooth muscle cell signals. *Am J Physiol Cell Physiol* 273: C277–C288, 1997.

29. Parfenova H, Massie V, and Leffler CW. Developmental changes in endothelium-derived vasorelaxant factors in cerebral circulation. *Am J Physiol Heart Circ Physiol* 278: H780–H788, 2000.

30. Qi Z, Bao CM, Langenbach RI, Breyer RM, Redha R, Morrow JD, and Breyer MD. Opposite effects of cyclooxygenase-1 and cyclooxygenase-2 activity on the pressure responses to angiotensin II. *J Clin Invest* 110: 61–69, 2002.

31. Quilley J and Chen Y. Role of COX-2 in the enhanced vasoconstrictor effect of arachidonic acid in the diabetic rat kidney. *Hypertension* 42: 837–843, 2003.

32. Schuster VL. Molecular mechanisms of prostaglandin transport. *Annu Rev Physiol* 60: 221–242, 1998.

33. Sherman TS, Chen Z, Yuhanna KS, Lau KS, Margraf LR, and Shaul PW. Nitric oxide synthase isoform expression in the developing lung epithelium. *Am J Physiol Lung Cell Mol Physiol* 276: L383–L390, 1999.

34. Whitsaby MR, Price DT, Gabre N, Eberhardt RT, Duffy SJ, Ebelbrook M, Maxwell C, Palmisano J, Keaney JF, Morrow JB, and Vita JA. Short and long term COX 2 inhibition reverses endothelial dysfunction in patients with hypertension. *Hypertension* 42: 310–315, 2003.

35. Zerrouk A, August M, and Chabrier P. Augmented endothelium-dependent contraction to angiotensin II in the SHR aorta; role of an inducible cyclooxygenase metabolite. *J Cardiovasc Pharmacol* 31: S25–S33, 1998.

36. Zou D, Birks BK, Dewman CA, Patel M, Pritt JR, Presberg K, Nimman RJ, and Jacobs KR. Hypoxic pulmonary vasoconstriction is modified by P-450 metabolites. *Am J Physiol Heart Circ Physiol* 279: H1526–H1533, 2000.

37. Zhu D, Medhora M, Campbell WB, Spitzbarth N, Baker JE, and Jacobs ER. Chronic hypoxia activates lung 15-lipoxygenase, which catalyzes production of 15-HETE and enhances constriction in neonatal rabbit pulmonary arteries. *Circ Res* 92: 992–1000, 2003.

Downloaded from jap.physiology.org on February 14, 2006

American Heart Association

*Learn and Live*



DONATE | HELP | CONTACT AHA | SIGN IN | HOME

Circulation Home  •  Subscriptions  •  Archives  •  Feedback  •  Authors  •  Help  •  AHA Journals Home

| Search:

· Advanced Search

Circulation 2004;110:2701-2707
© 2004 American Heart Association, Inc.

Circulation. 2004;110:2701-2707
Published online before print October 18, 2004, doi: 10.1161/01.CIR.0000145613.01188.0B

« Previous Article | Table of Contents | Next Article »

## Vascular Medicine

# Intravascular Thrombosis After Hypoxia-Induced Pulmonary Hypertension

## Regulation by Cyclooxygenase-2

Graham P. Pidgeon, PhD[*]; Rasa Tamosiuniene, MD[*]; Gang Chen, PhD; Irene Leonard, MD; Orina Belton, PhD; Aidan Bradford, PhD; Desmond J. Fitzgerald, MD

From the Departments of Clinical Pharmacology (G.P.P., R.T., I.L., O.B., D.J.F.), Surgery (G.C.), and Physiology (A.B.), Royal College of Surgeons Ireland, Dublin, Ireland.

Correspondence to Graham P. Pidgeon, PhD, Department of Clinical Pharmacology, Royal College of Surgeons Ireland, 123 St. Stephens Green, Dublin 2, Ireland. E-mail pidgeon@rcsi.ie

Received September 18, 2003; de novo received May 20, 2004; revision received June 16, 2004; accepted June 17, 2004.

### This Article

- **Full Text**
- **Full Text (PDF)**
- **All Versions of this Article:**
  110/17/2701     most recent
  01.CIR.0000145613.01188.0Bv1
- Alert me when this article is cited
- Alert me if a correction is posted
- **Citation Map**

### Services

- **Email this article to a friend**
- **Similar articles in this journal**
- **Alert me to new issues of the journal**
- **Download to citation manager**
- **Request Permissions**

### Citing Articles

- **Citing Articles via HighWire**
- **Citing Articles via Google Scholar**

### Google Scholar

- **Articles by Pidgeon, G. P.**
- **Articles by Fitzgerald, D. J.**
- **Search for Related Content**

### PubMed

- **PubMed Citation**
- **Articles by Pidgeon, G. P.**
- **Articles by Fitzgerald, D. J.**

### Related Collections

- Cardiovascular Pharmacology
- Animal models of human disease
- Pulmonary circulation and disease
- Platelets

**Background**— Hypoxia-induced pulmonary hypertension is characterized by thickening of pulmonary artery walls, elevated pulmonary vascular resistance, and right-heart failure. Prostacyclin analogues reduce pulmonary pressures in this condition. We examined the possibility that cyclooxygenase-2 (COX-2) modulated the response of the pulmonary vasculature to hypoxia.

**Methods and Results**— Sprague-Dawley rats in which pulmonary hypertension was induced by hypobaric hypoxia for 14 days were treated concurrently with the selective COX-2 inhibitor SC236 or vehicle. Mean pulmonary arterial pressure (mPAP) was elevated after hypoxia (28.1±3.2 versus 17.2±3.1 mm Hg; n=8, P<0.01), with thickening of small pulmonary arteries and increased COX-2 expression and prostacyclin formation. Selective inhibition of COX-2 aggravated the increase

in mPAP ($42.8\pm5.9$ mm Hg; n=8, $P<0.05$), an effect that was attenuated by the thromboxane (TX) $A_2$/prostaglandin endoperoxide receptor antagonist ifetroban. Urinary $TXB_2$ increased during hypoxia ($5.9\pm0.9$ versus $1.2\pm0.2$ ng/mg creatinine; n=6, $P<0.01$) and was further increased by COX-2 inhibition ($8.5\pm0.7$ ng/mg creatinine; n=6, $P<0.05$). In contrast, urinary excretion of the prostacyclin metabolite 6-ketoprostaglandin $F_{1\alpha}$ decreased with COX-2 inhibition ($8.6\pm3.0$ versus $27.0\pm4.8$ ng/mg creatinine; n=6, $P<0.05$). Platelet activation was enhanced after chronic hypoxia. COX-2 inhibition further reduced the PFA-100 closure time and enhanced platelet deposition in the smaller pulmonary arteries, effects that were attenuated by ifetroban. Mice with targeted disruption of the *COX-2* gene exposed to chronic hypoxia had exacerbated right ventricular end-systolic pressure, whereas targeted disruption of *COX-1* had no effect.

*Conclusions*— COX-2 expression is increased and regulates platelet activity and intravascular thrombosis in hypoxia-induced pulmonary hypertension.

**Key Words:** thrombosis • hypoxia • hypertension, pulmonary • prostaglandins



## This article has been cited by other articles:

**Cardiovascular Research**  ▶ HOME

E. Delannoy, A. Courtois, V. Freund-Michel, V. Leblais, R. Marthan, and B. Muller
**Hypoxia-induced hyperreactivity of pulmonary arteries: role of cyclooxygenase-2, isoprostanes, and thromboxane receptors**
Cardiovasc Res, February 1, 2010; 85(3): 582 - 592.
[Abstract] [Full Text] [PDF]

**Physiology**  ▶ HOME

R. M. Douglas and G. G. Haddad
**Can O2 Dysregulation Induce Premature Aging?**
Physiology, December 1, 2008; 23(6): 333 - 349.
[Abstract] [Full Text] [PDF]

**JOURNAL OF PHARMACOLOGY AND EXPERIMENTAL THERAPEUTICS**  ▶ HOME

M.-C. Cathcart, R. Tamosiuniene, G. Chen, T. G. Nellan, A. Bradford, K. J. O'Byrne, D. J. Fitzgerald, and G. P. Pidgeon
**Cyclooxygenase-2-Linked Attenuation of Hypoxia-Induced Pulmonary Hypertension and Intravascular Thrombosis**
J. Pharmacol. Exp. Ther., July 1, 2008; 326(1): 51 - 58.
[Abstract] [Full Text] [PDF]

**Circulation**  ▶ HOME

L. E. Fredenburgh, O. D. Liang, A. A. Macias, T. R. Polte, X. Liu, D. F. Riascos, S. W. Chung, S. L. Schissel, D. E. Ingber, S. A. Mitsialis, et al.
**Absence of Cyclooxygenase-2 Exacerbates Hypoxia-Induced Pulmonary Hypertension and Enhances Contractility of Vascular Smooth Muscle Cells**
Circulation, April 22, 2008; 117(16): 2114 - 2122.



[Abstract] [Full Text] [PDF]

---

Am. J. Physiol. Heart and Circulatory Physiology    ▶ HOME

W. J. Welch, K. Patel, P. Modlinger, M. Mendonca, N. Kawada, K.
Dennehy, S. Aslam, and C. S. Wilcox
**Roles of vasoconstrictor prostaglandins, COX-1 and -2, and AT1,
AT2, and TP receptors in a rat model of early 2K,1C hypertension**
Am J Physiol Heart Circ Physiol, November 1, 2007; 293(5): H2644 -
H2649.
[Abstract] [Full Text] [PDF]

---

Journal of the American College of Cardiology    ▶ HOME

P. Borgdorff, G. J. Tangelder, and W. J. Paulus
**Cyclooxygenase-2 Inhibitors Enhance Shear Stress-Induced
Platelet Aggregation**
J. Am. Coll. Cardiol., August 15, 2006; 48(4): 817 - 823.
[Abstract] [Full Text] [PDF]

---

Circulation Research    ▶ HOME

U. Hink and T. Munzel
**COX-2, Another Important Player in the Nitric Oxide-Endothelin
Cross-Talk: Good News for COX-2 Inhibitors?**
Circ. Res., June 9, 2006; 98(11): 1344 - 1346.
[Full Text] [PDF]

---

Journal of Applied Physiology    ▶ HOME

T. Lehmann, H. Mairbaurl, B. Pleisch, M. Maggiorini, P. Bartsch, and W. H.
Reinhart
**Platelet count and function at high altitude and in high-altitude
pulmonary edema**
J Appl Physiol, February 1, 2006; 100(2): 690 - 694.
[Abstract] [Full Text] [PDF]

Circulation Home | Subscriptions | Archives | Feedback | Authors | Help | AHA Journals Home | Search
Copyright © 2004 American Heart Association, Inc. All rights reserved. Unauthorized use prohibited.

Feb. 3. 2010 7:00PM    No. 1839    P. 16

# Hypoxia (medical)

From Wikipedia, the free encyclopedia

**Hypoxia** is a pathological condition in which the body as a whole (**generalized hypoxia**) or a region of the body (**tissue hypoxia**) is deprived of adequate oxygen supply. Variations in arterial oxygen concentrations can be part of the normal physiology, for example, during strenuous physical exercise. A mismatch between oxygen supply and its demand at the cellular level may result in a hypoxic condition. Hypoxia in which there is complete deprivation of oxygen supply is referred to as anoxia.

| Hypoxia | | |
|---|---|---|
| ICD-9 | 799.02 | |
| MeSH | D000860 | |

Hypoxia differs from hypoxemia. In the latter, the oxygen concentration within the arterial blood is abnormally low. [1] It is possible to experience hypoxia and have a low oxygen content (e.g., due to anemia) but maintain high oxygen partial pressure ($pO_2$). Incorrect use of these terms can lead to confusion, especially as hypoxemia is among the causes hypoxia (in hypoxemic hypoxia).

Generalized hypoxia occurs in healthy people when they ascend to high altitude, where it causes altitude sickness leading to potentially fatal complications: high altitude pulmonary edema (HAPE) and high altitude cerebral edema (HACE).[2] Hypoxia also occurs in healthy individuals when breathing mixtures of gases with a low oxygen content, e.g. while diving underwater especially when using closed-circuit rebreather systems that control the amount of oxygen in the supplied air. A mild and non-damaging intermittent hypoxia is used intentionally during altitude trainings to develop an athletic performance adaptation at both the systemic and cellular level.[3]

## Contents

- 1 Symptoms
- 2 Types of hypoxia
- 3 Pathophysiology
- 4 Vasoconstriction and vasodilation
- 5 Treatment
- 6 See also
- 7 References
- 8 Bibliography

## Symptoms

The symptoms of generalized hypoxia depend on its severity and acceleration of onset. In the case of altitude sickness, where hypoxia develops gradually, the symptoms include headaches, fatigue, shortness of breath, a feeling of euphoria and nausea. In severe hypoxia, or hypoxia of very rapid onset, changes in levels of consciousness, seizures, coma, priapism, and death occur. Severe hypoxia induces a blue discolouration of the skin, called cyanosis. Because hemoglobin is a darker red when it is not bound to oxygen (deoxyhemoglobin), as opposed to the rich red colour that it has when bound to oxygen (oxyhemoglobin), when seen through the skin it has an increased tendency to reflect blue back to the eye. In cases where the oxygen is displaced by another molecule, such as carbon monoxide, the skin appear 'cherry red' instead of cyanotic.

## Types of hypoxia

3. **Hypoxic hypoxia** is a generalized hypoxia, an inadequate supply of oxygen to the body as a whole. The term "hypoxic hypoxia" specifies hypoxia caused by low partial pressure of oxygen in arterial blood. In the other causes of hypoxia that follow, the partial pressure of oxygen in arterial blood is normal. Hypoxic hypoxia may be due to:

- Low partial pressure of atmospheric oxygen such as found at high altitude [4] or by replacement of oxygen in the breathing mix either accidentally as in the modified atmosphere of a sewer or intentionally as in the recreational use of nitrous oxide.
- Low partial pressure of oxygen in the lungs when switching from inhaled anaesthesia to atmospheric air, due to the Fink effect, or diffusion hypoxia.
- A decrease in oxygen saturation of the blood caused by sleep apnea or hypopnea
- Inadequate pulmonary ventilation (e.g., in chronic obstructive pulmonary disease or respiratory arrest).
- Shunts in the pulmonary circulation or a right-to-left shunt in the heart. Shunts can be caused by collapsed alveoli that are still perfused or a block in ventilation to an area of the lung. Whatever the mechanism, blood meant for the pulmonary system is not ventilated and so no gas exchange occurs (the ventilation/perfusion ratio is zero). Normal anatomical shunt occurs in everyone, because of the Thebesian vessels which empty into the left ventricle and the bronchial circulation which supplies the bronchi with oxygen.

- hypemic hypoxia in which arterial oxygen pressure is normal, but total oxygen content of the blood is reduced. [5]
- Hypoxia when the blood fails to deliver oxygen to target tissues.
  - Carbon monoxide poisoning which inhibits the ability of hemoglobin to release the oxygen bound to it.
  - Methaemoglobinaemia in which an abnormal version of hemoglobin accumulates in the blood

- Histotoxic hypoxia in which quantity of oxygen reaching the cells is normal, but the cells are unable to effectively use the oxygen due to disabled oxidative phosphorylation enzymes. The effects of drinking alcoholic beverages is a common example.
- Ischemic, or stagnant hypoxia in which there is a local restriction in the flow of otherwise well-oxygenated blood. The oxygen supplied to the region of the body is then insufficient for its needs. Examples are cerebral ischemia, ischemic heart disease and Intrauterine hypoxia, which is an unchallenged cause of perinatal death.

## Pathophysiology

After mixing with water vapour and expired $CO_2$ in the lungs, oxygen diffuses down a pressure gradient to enter arterial blood around where its partial pressure is 100mmHg (13.3kPa).[4] Arterial blood flow delivers oxygen to the peripheral tissues, where it again diffuses down a pressure gradient into the cells and into their mitochondria. These bacteria-like cytoplasmic structures strip hydrogen from fuels (glucose, fats and some amino acids) to burn with oxygen to form water. The fuel's carbon is oxidized to $CO_2$, which diffuses down its partial pressure gradient out of the cells into venous blood to finally be exhaled by the lungs. Experimentally, oxygen diffusion becomes rate limiting (and fatal) when arterial oxygen partial pressure falls to 40mmHg or below.

## Vasoconstriction and vasodilation

Most tissues of the body, the response to hypoxia is vasodilation. By widening the blood vessels, the tissue allows ...ter perfusion.

In oxygen delivery to cells is insufficient for the demand (hypoxia), hydrogen will be shifted to pyruvic acid converting it to lactic acid. This temporary measure (anaerobic metabolism) allows small amounts of energy to be produced. Lactic acid build up in tissues and blood is a sign of inadequate mitochondrial oxygenation, which may be due to hypoxemia, poor blood flow (e.g., shock) or a combination of both.[6] If severe or prolonged it could lead to cell death.

In contrast, in the lungs, the response to hypoxia is vasoconstriction. This is known as "Hypoxic pulmonary ...constriction", or "HPV".

## Treatment

...ounter the effects of high-altitude diseases, the body must return arterial $pO_2$ toward normal. Acclimatization, the ...ns by which the body adapts to higher altitudes, only partially restores $pO_2$ to standard levels. Hyperventilation, the

Case 2:05-md-01657-EEF-DEK   Document 34593-1   Filed 02/12/10   Page 18 of 19

body's most common response to high-altitude conditions, increases alveolar $pO_2$ by raising the depth and rate of breathing. However, while $pO_2$ does improve with hyperventilation, it does not return to normal. Studies of miners and astronomers working at 3000 meters and above show improved alveolar $pO_2$ with full acclimatization, yet the $pO_2$ level remains equal to or even below the threshold for continuous oxygen therapy for patients with chronic obstructive pulmonary disease (COPD).[7] In addition, there are complications involved with acclimatization. Polycythemia, in which the body increases the number of red blood cells in circulation, thickens the blood, raising the danger that the heart can't pump it.

In high-altitude conditions, only oxygen enrichment can counteract the effects of hypoxia. By increasing the concentration of oxygen in the air, the effects of lower barometric pressure are countered and the level of arterial $pO_2$ is restored toward normal capacity. A small amount of supplemental oxygen reduces the equivalent altitude in climate-controlled rooms. At 4000 m, raising the oxygen concentration level by 5 percent via an oxygen concentrator and an existing ventilation system provides an altitude equivalent of 3000 m, which is much more tolerable for the increasing number of low-landers who work in high altitude.[8] In a study of astronomers working in Chile at 5050 m, oxygen concentrations increased the level of oxygen concentration by almost 30 percent (that is, from 21 percent to 27 percent). This resulted in increased worker productivity, less fatigue, and improved sleep.[9]

Oxygen concentrators are uniquely suited for this purpose. They require little maintenance and electricity, provide a constant source of oxygen, and eliminate the expensive, and often dangerous, task of transporting oxygen cylinders to remote areas. Offices and housing already have climate-controlled rooms, in which temperature and humidity are kept at a constant level. Oxygen can be added to this system easily and relatively cheaply.

## See also

- Altitude training for beneficial use of mild hypoxia
- Asphyxia
- Cerebral hypoxia
- Deep water blackout for special case of latent hypoxia
- Drowning
- g-LOC cerebral hypoxia induced by excessive g-forces
- Hypoxic tumor
- Hypoxicator a device intended for hypoxia acclimatisation in a controlled manner
- Hyperoxia
- Sleep apnea
- Shallow water blackout for special case of hypoxia via self-induced hypocapnia
- Time of Useful Consciousness

For aircraft decompression incidents at altitude see:

- 1999 South Dakota Learjet crash (the crash which claimed the life of golfer Payne Stewart)
- 2000 Australia Beechcraft King Air crash
- Helios Flight 522
- Soyuz 11 fatal spacecraft decompression on re-entry

## References

- West, John B. (1977). *Pulmonary Pathophysiology: The Essentials*. Williams & Wilkins. pp. 22.
- Cymerman, A; Rock, PB. *Medical Problems in High Mountain Environments. A Handbook for Medical Officers*. USARIEM-TN94-2. US Army Research Inst. of Environmental Medicine Thermal and Mountain Medicine Division Technical Report. http://archive.rubicon-foundation.org/7976. Retrieved 2009-03-05.
- "Nonhematological mechanisms of improved sea-level..." - PubMed Med Sci Sports Exerc. 2007 Sep;39(9):1600-9.
- Kenneth Baillie and Alistair Simpson. "Altitude oxygen calculator". Apex (Altitude Physiology Expeditions). http://www.altitude.org/calculators/oxygencalculator/oxygencalculator.htm. Retrieved 2006-08-10. - Online interactive oxygen delivery calculator

5. ^ Kenneth Baillie and Alistair Simpson. "Oxygen content calculator". Apex (Altitude Physiology Expeditions). http://www.altitude.org/calculators/oxygencontent/oxygencontent.htm. Retrieved 2006-08-10. - A demonstration of the effect of anaemia on oxygen content.

6. ^ Hobler, K.E.; L.C. Carey (1973). "Effect of acute progressive hypoxemia on cardiac output and plasma excess lactate" (scanned copy). *Ann Surg* 177 (2): 199–202. doi:10.1097/00000658-197302000-00013. PMID 4572785. http://www.pubmedcentral.gov/articlerender.fcgi?tool=pubmed&pubmedid=4572785.

7. ^ West, John B. (2004). "The Physiologic Basis of High-Altitude Diseases". *Annals of Internal Medicine* 141 (10): 791.

8. ^ West, John B. (1995). "Oxygen Enrichment of Room Air to Relieve the Hypoxia of High Altitude". *Respiration Physiology* 99 (2): 230. doi:10.1016/0034-5687(94)00094-G.

9. ^ West, John B. (2004). "The Physiologic Basis of High-Altitude Diseases". *Annals of Internal Medicine* 141 (10): 793.

## Bibliography

- *Hypoxia - An invisible enemy*, Fast, Airbus technical magazine, #38 : presentation for non specialists of hypoxia and related safety procedures in civil airplanes
- Human Exposure to Vacuum web page, discussing the effects of vacuum on an unprotected human.

Retrieved from "http://en.wikipedia.org/wiki/Hypoxia_(medical)"
Categories: Oxygen | Pulmonology | Diving medicine | Aviation medicine

- This page was last modified on 22 January 2010 at 00:30.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization. "