UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



IN RE: VIOXX                                         :    MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION              :    SECTION: L
                                                   :
                                                   :    JUDGE FALLON
                                                   :    MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO: Dorothy A. Griffin**

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Dorothy A. Griffin. IT IS ORDERED that the correspondence be entered into the record. Additionally, a copy of this correspondence shall be forwarded to the pro se curator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 9th day of February, 2010.

                                                UNITED STATES DISTRICT JUDGE

Clerk to Serve:

| | |
|---|---|
| Mr. Russ Herman<br>Plaintiff's Liaison Counsel<br>Herman, Herman Katz & Cotlar, LLP<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 | Ms. Dorothy A. Griffin<br>1426 Hillside Circle<br>Lindale, TX 75771 |
| Mr. Phillip Wittmann<br>Stone Pigman Walter Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | Vioxx Pro Se Curator<br>400 Poydras Street<br>Suite 2450<br>New Orleans, LA 70130 |

1