To: United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130
Att: Judge Fallon

In Re: VIOXX Products Litigation

This Letter is in reguards to an appt. I had with Dr. Bryant III. M.D. in El Dorado, Ar. I was referred by Dr. Vora. I have a messed up Nerve in my right wrist. Dr. Vora also put me on Nerve medication, The name of the medicine is GABAPENTIN 300 MG. Cap. Dr. Bryant turn me away because I got hurt on Celadon Trucking Job, only way he could see me if I had $550.00 for first visit, so I did not have that kind of money. Dr. Bryant would not take my Medicare & Champa VA. Dr. Vora got me wearing a splint, which I had to pay for too. here is a card from Dr. Bryant, III, M.D.

Thank you
Dorothy A. Griffin
MDL No. 1657
VCN # 1081041
Cure Evidence Stipulation

D'ORSAY D. BRYANT, III, M.D.
Board Certified - American Board of Orthopaedic Surgery
Tri-State Orthopaedic and Sports Medicine Center

(870) 863-3122
Toll Free: 1-877-205-9013
Fax: (870) 863-9377
619 Thompson • El Dorado, AR 71730

