United States District Court
Eastern District of Louisiana

1-20-10

TO: Clerk of Court
Eastern District of Louisiana

Enclose you will find a motion for LEAVE to amend the Complaint and a Court Order please time stamp and file a copy send the rest to Judge Fallon office,

Thank you
Stanley Bother

TENDERED FOR FILING

FEB - 4 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

United States District Court
Eastern District of Louisiana

Stanley Bethea,
          Plaintiff

1-18-10
MDL Docket No. 1657

vs.

Merck + Co., Inc.,
          Defendant

Civil Action No. 2:05-CV-6725

## Motion For Leave to Amend Complaint as Follows.

The Plaintiff is asking the court for leave to file the following amended complaint, see attachment Exhibit-A

United States District Judge

EXHiBiT - A

United States District Court
Eastern District of Louisiana

1-20-10

MDL Docket No. 1657

Stanley Bethea,
   Plaintiff

vs.

Merck + Co., Inc.
   Defendant

Civil Action No. 2:05-CV-6775

Amended Complaint

And now comes Plaintiff to file the Amended Complaint.

1. Plaintiff reiterate and restate paragraph 1.
2. Plaintiff reiterate and restate paragraph 2.
3. Plaintiff reiterate and restate paragraph 3.
4. Plaintiff reiterate and restate paragraph 4.
5. Plaintiff strike paragraph 5 and insert as follow.
   "Defendant's Agents, Servants and

-1-

Employees neglected to have a standard set of rules. They keep changing the rules over four years, so nobody would qualify to settle. They defendant's agents, servants, and employees committed fraud.

b. Plaintiff strike paragraph 6

COUNT ONE

7. Plaintiff hereby incorporate paragraphs one through six of this amended complaint as if each were set forth in full.

8. Plaintiff reiterate and restate all that stated in PARAGRAPH EIGHT.

9. Plaintiff strike paragraph 9 and insert as follow:

"The Company failed to warn doctors of Vioxx danger, that the drug was improperly designed and that Merck's agents, servants, and or employees negligence cause plaintiff to have heart failure. England medical journal said that it takes one pill to cause heart failure and heart attacks. Plaintiff never had a heart attack he had a heart failure that why he

-2-

10. PLAINTIFF REITERATE And RESTATE ALL THAT STATED IN PARAGRAPH 10,

-3-

WHEREFORE, PLAINTIFF STANLEY BETHEA IS DEMANDING Judgement FOR COMPENSATORY DAMAGES And PUNITIVE DAMAGES.

_Stanley Bethea_
STANLEY BETHEA
P.O. BOX 704

HBG, PA. 17108

# CERTIFICATE OF SERVICE

I THE PLAINTIFF HEREBY CERTIFY THAT A COPY OF THE AMENDED COMPLAINT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID UPON THE FOLLOWING:

Dorothy H. Wimberly ESQ,
546 Carondelet Street
New Orleans, LA. 70130

And

Diann Bates
P.O. Box 85031
Richmond, VA. 23285

_Stanley Bethea_
STANLEY BETHEA

## CERTIFICATE OF SERVICE

I THE PLAINTIFF HEREBY SERVE THAT A COPY OF THE MOTION FOR LEAVE TO FILE THE AMENDED COMPLAINT UPON THE FOLLOWING FIRST CLASS MAIL POSTAGE PRE-PAID:

DOROTHY H. WIMBERLY, ESQ.
546 CARONDELET STREET
NEW ORLEANS, LA. 70130

AND

DIANN BATES
CLAIM ADMINISTRATOR
P.O. BOX 85031
RICHMOND, VA. 23285

_Stanley Bethea_
STANLEY BETHEA

**ReadyPost.**

HBG, PA 17108

7009 2250 0000 3715 4056

RETURN RECEIPT REQUESTED

To: CLERK OF COURT
500 Poydras Street
Room C-151
NEW ORLEANS, LA 70130

UNITED STATES POSTAL SERVICE
1000
70130

U.S. POSTAGE PAID
HARRISBURG, PA
FEB 01 '10
AMOUNT
$7.51
00077457-10