United States District Court
Eastern District of Louisiana

Stanley Bethea,
    Plaintiff

1-18-10
MDL Docket No. 1657
Section: L

vs.

Merck + Co., Inc.
    Defendant

Civil Action No. 2:05-CV-6775

Order Granting Leave to Amend Complaint
_____

This matter having been heard by the court and counsel for the respective parties on motion of the plaintiff for an order granting leave of court to amend the complaint.

It is ordered that the amended complaint be serve within 30 days upon the defendant.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I THE PLAINTIFF HEREBY CERTIFY THAT A COPY OF THE ORDER FOR LEAVE OF COURT TO SERVE THE AMENDED COMPLAINT BY FIRST CLASS MAIL POSTAGE PRE-PAID UP THE FOLLOWING:

DOROTHY H. WIMBERLY, ESQ.
546 CAROUDELET STREET
NEW ORLEANS, LA. 70130

And

DIANNE BATES
CLAIMS ADMINISTRATOR
P.O. BOX 85031
RICHMOND, VA. 23285

Stanley Bethea
STANLEY BETHEA