UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 FEB 12  PM 2: 11

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
  PRODUCTS LIABILITY LITIGATION

:   MDL NO. 1657
:
:   SECTION: L
:
:   JUDGE FALLON
:   MAG. JUDGE KNOWLES

**This document relates to:**   05-6775, ***Bethea v. Merck & Co., Inc.***

## ORDER

On September 12, 2007, the Court forbid the Plaintiff in the above-captioned case from filing any further documents in this action without prior Court approval, in light of his repeated frivolous filings requesting remand of his case. (Rec. Doc. 12237). The Court is in receipt of the attached Motion for Leave to Amend the Complaint and a Court Order. IT IS ORDERED that leave to file this motion is GRANTED. However, IT IS FURTHER ORDERED that the attached Motion for Leave to Amend the Complaint and a Court Order IS DENIED.

New Orleans, Louisiana, this 9th day of February, 2010.

               _____
               UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Stanley Bethea
P.O. Box 704
Harrisburg, PA 17108

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___