## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1657 |
| | * | SECTION: L |
| THIS RELATES TO: | * * | JUDGE FALLON |
| Plaintiff: Joanne Eldridge | * * | MAG. JUDGE KNOWLES |
| Case No. 05-04447 | * * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

### DECLARATION OF COUNSEL

I, Jeffrey A. Bowersox, make the following declaration:

1.      I am an attorney for Plaintiff Joanne Eldridge.  I make this declaration in support of plaintiff Eldridge's Emergency Motion for Extension of Time to Comply with Future Evidence Stipulation ("Fes") Pursuant to the Vioxx Global Master Settlement Agreement.

2.      Ms. Eldridge informed me that she suffered a vascular infarct following her use of 50 milligrams per day of Vioxx.  Ms. Eldridge joined the settlement group and submitted her claim to the Claims Administrator for review.  Ms. Eldridge's claim was rejected by the Gates Committee because her vascular infarct occurred below the brain stem.  The Master Settlement Agreement provides for vascular infarct compensation for claimants who sustained cerebral infarcts.  Thus, Ms. Eldridge's claim was denied.  The claim was resubmitted on appeal to the Gates Committee and was again denied.  Ms. Eldridge elected not to appeal to the Special Master but rather to file an FES.  Ms. Eldridge's FES is being submitted to the Claims Administrator via US mail with a postmark of February 17, 2010, which is timely under the Master Settlement Agreement and Claims Administration procedure.

3.      Ms. Eldridge has informed my law firm that her prior physician has left the clinic in which that physician was previously practicing.  Repeated efforts have been made to obtain medical records from the Oregon Health and Sciences University clinic ("OHSU"), including Ms. Eldridge personally visiting the records department of the OHSU clinic to obtain the records.

Page 1 - DECLARATION OF COUNSEL

She has been informed that the records must be reviewed prior to their release.  No indication was given as to when the records will be produced, though that should occur within 90 days.

4.      One or more of the pharmacies from which Ms. Eldridge filled her prescriptions have been consolidated into other pharmacy corporations.  We have requested records from Walgreens on an expedited basis and have been informed that no expedited request for records will be honored and that the documents will not be made available for a minimum of 30 to 60 days.

5.      Ms. Eldridge has also sought to obtain records of her Vioxx usage through her health insurer, BlueCross BlueShield and its prescription administrator, Caremark, Inc.  In both cases, the insurance company and the administrator have been unable to produce records documenting usage at this time.  Additional efforts are being undertaken to obtain those records.

6.      Ms. Eldridge has complied with all PTO's, and specifically PTO 28 which required her to send certified letters to known healthcare providers with enclosures informing those persons and/or entities of their duty to preserve records in accordance with this honorable court's order. A true copy of the Statement of Notice Sent (Pursuant to Pre-Trial Order Number 28) is attached hereto as Exhibit 1.

7.      Plaintiff has diligently sought to comply with all requirements imposed upon her by order of the court and/or obligations of the Master Settlement Agreement.  However, despite Ms. Eldridge's compliance with the court's orders, she has been unable to timely obtain pharmacy and medical records for use in this proceeding under the deadlines imposed by the FES.  Ms. Eldridge should be able to obtain the necessary records if she is allowed to subpoena the records and if she is granted a 90 day extension as requested in her motion.

8.      By prior order of this court, all individual discovery was stayed and Ms. Eldridge was without power or authority to have subpoenas issued that would have compelled these medical providers and/or pharmacies to produce records.  Absent subpoena power, Ms. Eldridge has been forced to rely on the voluntary responses of these entities.  As a result, she does not now have all the records she needs to comply with the FES.

9.      Plaintiff Eldridge has previously submitted records obtained from OHSU.  However, because plaintiff lacked subpoena power, OHSU refused to certify that it was providing the complete record regarding plaintiff.  Copies of two pages from OHSU specifically stating its

Page 2 - DECLARATION OF COUNSEL

refusal to certify its compliance with plaintiff's request for the complete medical record are attached hereto as Exhibit 2.  Further demonstration of plaintiff's good faith and repeated efforts to obtain medical records is attached hereto as Exhibit 3.

10.     Ms. Eldridge's efforts to comply with the FES requirement that a case specific expert report be filed within 30 days of the date of the FES cannot be accomplished without first obtaining the appropriate additional pharmacy and medical records.  Plaintiff needs additional time to obtain this report after the necessary medical and prescription records have been obtained.

I hereby declare that the above statements are true to the best of my knowledge and belief.


Dated: February 17, 2010.                    /s/ Jeffrey A. Bowersox
                                              Jeffrey A. Bowersox, OSB #81442
                                              BOWERSOX LAW FIRM, P.C.
                                              5285 Meadows Road, Suite 320
                                              Lake Oswego, OR 97035
                                              Telephone: 503-452-5858
                                              Facsimile:  503-345-6893
                                              Attorney for Plaintiff Joanne Eldridge

Page 3 - DECLARATION OF COUNSEL

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: L |
| | * | |
| THIS RELATES TO: | | JUDGE FALLON |
| | | |
| Plaintiff: Joanne Eldridge | | MAG. JUDGE KNOWLES |
| Case No. 05-04447 | | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STATEMENT OF NOTICES SENT (Pursuant to Pre-Trial Order No. 28)**

Pursuant to Pre-Trial Order No. 28, Plaintiff, Joanne Eldridge, sent "Preservation of

Evidence" Notices to the following companies and individuals.  Copies of the Notices sent are

attached as Exhibit "1."


PHARMACIES:               Caremark Pharmacy
                                      P.O. Box 14231
                                      Lexington, KY 40512

                                        Walgreens
                                        Custodian of Records
                                        P.O. Box 4039
                                        Danville, IL 61834

                                        Fred Meyer
                                        401 NW 12th Ave
                                        Battleground, WA 98604

MEDICAL PROVIDERS:

EXHIBIT 1
PAGE 1

Dr. Stephanie Anderson
1200 NW 23rd Ave
Portland, OR 97210

Dr. Bartruff
3181 SW Sam Jackson Park Rd.
Portland, OR 97222

Dr. Frank Parker
OHSU Dermatology
3303 SW Bond Ave
Portland, OR 97239

Dr. Janet Roberts
2330 NW Flanders St.
Portland, OR 97210

Dr. Jeffrey Brown
501 N Graham St.
Portland, OR 97227

Dr. John O'Shea
5050 NE Hoyt. Ste 138
Portland, OR 97213

Dr. Karen Adams
3181 SW Sam Jackson Park Rd
Center For Womens Health
Portland, OR 97239

Dr. M. Kaempf
1130 NW 22nd St., #535
Portland, OR 97210

Dr. M. Lenners
693 Glatt Circle St
Woodburn, OR 97071

Dr. Mandiberg
5050 NE Hoyt, #660
Portland, OR 97213

Dr. Mark Beuhler
5050 NE Hoyt #660
Portland, OR 97213

EXHIBIT 1
PAGE 2

Dr. Mary Moffit
Oregon Health Science University Hospital
3181 SW Sam Jackson Park Rd.
Portland, OR 97239

Legacy Rehabilitation Center
1040 NW 22nd, Suite 320
Portland, OR 97210

Dr. Patricia Norris
2222 NW Lovejoy
Portland, OR 97210

Dr. Hans Moller
Providence Hospital
11782 SW Barnes Rd., #300
Portland, OR 97225

Dr. Robert Bell
9155 SW Barnes Rd, #835
Portland, OR 97225

Dr. Alfredo Sabbaj
Oregon Health Science University Hospital
3181 SW Sam Jackson Park Rd.
Portland, OR 97239

Dr. Steven Hoff
5050 NE Hoyt #660
Portland, OR 97213

Dr. T Scott Woll
One Center Court
Portland, OR 97227

Dr. Thomas Deloughery
OHSU Hematology
3181 S.W. Sam Jackson Park Rd.
Portland, OR 97222

Dr. Walter Reynolds
6485 SW Borland Rd.
Tualatin, OR 97062

EXHIBIT 1
PAGE 3

Dr. William Baer
1130 NW 22nd
Portland, OR 97210

Dr. Melaura Wittemyer
Oregon Health Science University Hospital
3181 SW Sam Jackson Park Rd.
Portland, OR 97239

Legacy Good Samaritan Health Services
1015 NW 22nd Ave
Portland, OR 97210

Legacy Rehabilitation Center
1040 NW 22nd, Suite 320
Portland, OR 97225

Oregon Health Science University Hospital
3181 SW Sam Jackson Park Rd.
Portland, OR 97239

Providence Hospital
4805 NE Glisan
Portland, OR 97213

EMPLOYER:              Portland VA Medical Center
                      3710 SW US Veterans Hospital Rd.
                      Portland, OR 97239

BY
Jeffrey A. Bowersox, OSB #81442
BOWERSOX LAW FIRM, P.C.
111 SW Columbia St., Suite 1000
Portland, OR 97201
Tele: 503-452-5858
Facsimile: 503-525-4833

EXHIBIT 1
PAGE 4

# Exhibit 1

EXHIBIT 1

PAGE

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Caremark Pharmacy
P.O. Box 14231
Lexington, KY 40512

> Re:   *Joanne Eldridge, et al v. Merck & Co., Inc.*
> *In re: Vioxx Product Liability Litigation*
> *MDL No. 1657*

Dear Records Custodian:

Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx. This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please fell free to contact our office.

Sincerely,
BOWERSOX LAW FIRM, P.C.

By: Carlos A. Rasch

: car
Enclosure

EXHIBIT  1
PAGE  6

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. Stephanie Anderson
1200 NW 23rd Ave
Portland, OR 97210

Re:   *Joanne Eldridge, et al v. Merck & Co., Inc.*
*In re: Vioxx Product Liability Litigation*
*MDL No. 1657*

Dear Records Custodian:

Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx.  This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding.  Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge.  A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please fell free to contact our office.

Sincerely,
BOWERSOX LAW FIRM, P.C.

By: Carlos A. Rasch

: car
Enclosure

EXHIBIT 1
PAGE 7

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
PORTLAND, OREGON 97201

503.452.5858

Carlos A. Rasch                                                    Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. Bartruff
3181 SW Sam Jackson Park Rd.
Portland, OR 97222

       *Re:*    *Joanne Eldridge, et al v. Merck & Co., Inc.*
             *In re: Vioxx Product Liability Litigation*
             *MDL No. 1657*

Dear Records Custodian:

    Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx. This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge. A copy of the Order is attached hereto for your information.

    If you have any questions concerning this Notice, please fell free to contact our office.

                    Sincerely,
                    BOWERSOX LAW FIRM, P.C.

                    By: Carlos A. Rasch

: car
Enclosure

EXHIBIT 1
PAGE 8

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201

503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. Frank Parker
OHSU Dermatology
3303 SW Bond Ave
Portland, OR 97239

Re:   *Joanne Eldridge, et al v. Merck & Co., Inc.*
*In re: Vioxx Product Liability Litigation*
*MDL No. 1657*

Dear Records Custodian:

Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx.  This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding.  Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge.  A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please fell free to contact our office.

Sincerely,
BOWERSOX LAW FIRM, P.C.

By: Carlos A. Rasch

: car
Enclosure

EXHIBIT 1
PAGE 9

# BOWERSOX LAW FIRM
### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. Janet Roberts
2330 NW Flanders St.
Portland, OR 97210

     *Re:*    *Joanne Eldridge, et al v. Merck & Co., Inc.*
           *In re: Vioxx Product Liability Litigation*
           *MDL No. 1657*

Dear Records Custodian:

     Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx. This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge. A copy of the Order is attached hereto for your information.

     If you have any questions concerning this Notice, please fell free to contact our office.

                 Sincerely,
                 BOWERSOX LAW FIRM, P.C.

                 By: Carlos A. Rasch

: car
Enclosure

EXHIBIT 1
PAGE 10

# BOWERSOX LAW FIRM
## A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
### PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch                                    Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. Jeffrey Brown
501 N Graham St.
Portland, OR 97227

       *Re:*    *Joanne Eldridge, et al v. Merck & Co., Inc.*
              *In re: Vioxx Product Liability Litigation*
              *MDL No. 1657*

Dear Records Custodian:

       Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx. This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge. A copy of the Order is attached hereto for your information.

       If you have any questions concerning this Notice, please fell free to contact our office.

               Sincerely,
               BOWERSOX LAW FIRM, P.C.

               By: Carlos A. Rasch

: car
Enclosure

EXHIBIT
PAGE

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
### PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. John O'Shea
5050 NE Hoyt. Ste 138
Portland, OR 97213

      Re:    *Joanne Eldridge, et al v. Merck & Co., Inc.*
               *In re: Vioxx Product Liability Litigation*
               *MDL No. 1657*

Dear Records Custodian:

      Please be advised that this firm represents Joanne Eldridge in her claims against Merck &
Co., Inc. arising out of her injuries suffered from the use of Vioxx.  This letter is to notify you that
you may have records relevant to Ms. Eldridge's claim in the above listed proceeding.  Pursuant to
Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in
your possession must be preserved pending collection by Ms. Eldridge.  A copy of the Order is
attached hereto for your information.

      If you have any questions concerning this Notice, please fell free to contact our office.

               Sincerely,
               BOWERSOX LAW FIRM, P.C.

               By: Carlos A. Rasch

: car
Enclosure

EXHIBIT  1
PAGE  12

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION

SUITE 1000

111 S.W. Columbia St.

## PORTLAND, OREGON 97201

503.452.5858

Carlos A. Rasch

Facsimile:    503.525.4833

February 5, 2008

*Via Certified Mail*

Dr. Karen Adams

3181 SW Sam Jackson Park Rd

Center For Womens Health

Portland, OR 97239

> Re:    *Joanne Eldridge, et al v. Merck & Co., Inc.*
> *In re: Vioxx Product Liability Litigation*
> *MDL No. 1657*

Dear Records Custodian:

Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx.  This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding.  Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge.  A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please fell free to contact our office.

Sincerely,

BOWERSOX LAW FIRM, P.C.

By: Carlos A. Rasch

: car

Enclosure

EXHIBIT 1

PAGE 13

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
PORTLAND, OREGON 97201

503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. M. Kaempf
1130 NW 22nd St., #535
Portland, OR 97210

    *Re:*    *Joanne Eldridge, et al v. Merck & Co., Inc.*
          *In re: Vioxx Product Liability Litigation*
          *MDL No. 1657*

Dear Records Custodian:

    Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx. This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge. A copy of the Order is attached hereto for your information.

    If you have any questions concerning this Notice, please fell free to contact our office.

          Sincerely,
          BOWERSOX LAW FIRM, P.C.

          By: Carlos A. Rasch

: car
Enclosure

EXHIBIT
PAGE

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. M. Lenners
693 Glatt Circle St
Woodburn, OR 97071

      *Re:*    *Joanne Eldridge, et al v. Merck & Co., Inc.*
             *In re: Vioxx Product Liability Litigation*
             *MDL No. 1657*

Dear Records Custodian:

     Please be advised that this firm represents Joanne Eldridge in her claims against Merck &
Co., Inc. arising out of her injuries suffered from the use of Vioxx.  This letter is to notify you that
you may have records relevant to Ms. Eldridge's claim in the above listed proceeding.  Pursuant to
Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in
your possession must be preserved pending collection by Ms. Eldridge.  A copy of the Order is
attached hereto for your information.

     If you have any questions concerning this Notice, please fell free to contact our office.

            Sincerely,
            BOWERSOX LAW FIRM, P.C.

            By: Carlos A. Rasch

: car
Enclosure

EXHIBIT 1
PAGE 15

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. Mandiberg
5050 NE Hoyt, #660
Portland, OR 97213

Re:   *Joanne Eldridge, et al v. Merck & Co., Inc.*
*In re: Vioxx Product Liability Litigation*
*MDL No. 1657*

Dear Records Custodian:

Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx. This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please fell free to contact our office.

Sincerely,
BOWERSOX LAW FIRM, P.C.

By: Carlos A. Rasch

: car
Enclosure

EXHIBIT 1
PAGE 16

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
### PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch                                    Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. Mark Beuhler
5050 NE Hoyt #660
Portland, OR 97213

    *Re:*    *Joanne Eldridge, et al v. Merck & Co., Inc.*
        *In re: Vioxx Product Liability Litigation*
        *MDL No. 1657*

Dear Records Custodian:

    Please be advised that this firm represents Joanne Eldridge in her claims against Merck &
Co., Inc. arising out of her injuries suffered from the use of Vioxx.  This letter is to notify you that
you may have records relevant to Ms. Eldridge's claim in the above listed proceeding.  Pursuant to
Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in
your possession must be preserved pending collection by Ms. Eldridge.  A copy of the Order is
attached hereto for your information.

    If you have any questions concerning this Notice, please fell free to contact our office.

        Sincerely,
        BOWERSOX LAW FIRM, P.C.

        By: Carlos A. Rasch

: car
Enclosure

EXHIBIT ___1___
PAGE ___17___

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch                                              Facsimile:    503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. Mary Moffit
Oregon Health Science University Hospital
3181 SW Sam Jackson Park Rd.
Portland, OR 97239

> Re:    *Joanne Eldridge, et al v. Merck & Co., Inc.*
> *In re: Vioxx Product Liability Litigation*
> *MDL No. 1657*

Dear Records Custodian:

Please be advised that this firm represents Joanne Eldridge in her claims against Merck &
Co., Inc. arising out of her injuries suffered from the use of Vioxx. This letter is to notify you that
you may have records relevant to Ms. Eldridge's claim in the above listed proceeding. Pursuant to
Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in
your possession must be preserved pending collection by Ms. Eldridge. A copy of the Order is
attached hereto for your information.

If you have any questions concerning this Notice, please fell free to contact our office.

Sincerely,
BOWERSOX LAW FIRM, P.C.

By: Carlos A. Rasch

: car
Enclosure

EXHIBIT  1
PAGE  18

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch                                                Facsimile:   503.525.4833

February 4, 2008

*Via Certified Mail*
Legacy Rehabilitation Center
1040 NW 22nd , Suite 320
Portland, OR 97210
> Re:     *Joanne Eldridge, et al v. Merck & Co., Inc.*
>         *In re: Vioxx Product Liability Litigation*
>         *MDL No. 1657*

Dear Records Custodian:

Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx. This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please fell free to contact our office.

Sincerely,
BOWERSOX LAW FIRM, P.C.

By: Carlos A. Rasch

: car
Enclosure

EXHIBIT
PAGE   19

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. Hans Moller
Providence Hospital
11782 SW Barnes Rd, #300
Portland, OR 97225

   Re:  *Joanne Eldridge, et al v. Merck & Co., Inc.*
   *In re: Vioxx Product Liability Litigation*
   *MDL No. 1657*

Dear Records Custodian:

  Please be advised that this firm represents Joanne Eldridge in her claims against Merck &
Co., Inc. arising out of her injuries suffered from the use of Vioxx.  This letter is to notify you that
you may have records relevant to Ms. Eldridge's claim in the above listed proceeding.  Pursuant to
Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in
your possession must be preserved pending collection by Ms. Eldridge.  A copy of the Order is
attached hereto for your information.

  If you have any questions concerning this Notice, please fell free to contact our office.

     Sincerely,
     BOWERSOX LAW FIRM, P.C.

     By: Carlos A. Rasch

: car
Enclosure

EXHIBIT 1
PAGE 20

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. Patricia Norris
2222 NW Lovejoy
Portland, OR 97210

> Re:   *Joanne Eldridge, et al v. Merck & Co., Inc.*
> *In re: Vioxx Product Liability Litigation*
> *MDL No. 1657*

Dear Records Custodian:

Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx. This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please fell free to contact our office.

Sincerely,
BOWERSOX LAW FIRM, P.C.

By: Carlos A. Rasch

: car
Enclosure

EXHIBIT 1
PAGE 21

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch

Facsimile:    503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. Robert Bell
9155 SW Barnes Rd, #835
Portland, OR 97225

     *Re:*    *Joanne Eldridge, et al v. Merck & Co., Inc.*
           *In re: Vioxx Product Liability Litigation*
           *MDL No. 1657*

Dear Records Custodian:

Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx. This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please fell free to contact our office.

           Sincerely,
           BOWERSOX LAW FIRM, P.C.

           By: Carlos A. Rasch

: car
Enclosure

EXHIBIT 1
PAGE 22

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. Alfredo Sabbaj
Oregon Health Science University Hospital
3181 SW Sam Jackson Park Rd.
Portland, OR 97239

> Re:   *Joanne Eldridge, et al v. Merck & Co., Inc.*
> *In re: Vioxx Product Liability Litigation*
> *MDL No. 1657*

Dear Records Custodian:

Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx. This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please fell free to contact our office.

Sincerely,
BOWERSOX LAW FIRM, P.C.

By: Carlos A. Rasch

: car
Enclosure

EXHIBIT  1
PAGE  23

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
PORTLAND, OREGON 97201

503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. Steven Hoff
5050 NE Hoyt #660
Portland, OR 97213

> *Re:*   *Joanne Eldridge, et al v. Merck & Co., Inc.*
> *In re: Vioxx Product Liability Litigation*
> *MDL No. 1657*

Dear Records Custodian:

Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx. This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please fell free to contact our office.

Sincerely,
BOWERSOX LAW FIRM, P.C.

By: Carlos A. Rasch

: car
Enclosure

EXHIBIT 1
PAGE 24

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. T Scott Woll
One Center Court
Portland, OR 97227

   *Re:*  *Joanne Eldridge, et al v. Merck & Co., Inc.*
     *In re: Vioxx Product Liability Litigation*
     *MDL No. 1657*

Dear Records Custodian:

  Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx. This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge. A copy of the Order is attached hereto for your information.

  If you have any questions concerning this Notice, please fell free to contact our office.

      Sincerely,
      BOWERSOX LAW FIRM, P.C.

      By: Carlos A. Rasch

: car
Enclosure

EXHIBIT 1
25

# BOWERSOX LAW FIRM
### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. Thomas Deloughery
OHSU Hematology
3181 S.W. Sam Jackson Park Rd.
Portland, OR 97222

     *Re:*    *Joanne Eldridge, et al v. Merck & Co., Inc.*
              *In re: Vioxx Product Liability Litigation*
              *MDL No. 1657*

Dear Records Custodian:

Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx. This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please fell free to contact our office.

              Sincerely,
              BOWERSOX LAW FIRM, P.C.

              By: Carlos A. Rasch

: car
Enclosure

EXHIBIT 1
PAGE 26

# BOWERSOX LAW FIRM

## A PROFESSIONAL CORPORATION

SUITE 1000

111 S.W. Columbia St.

### PORTLAND, OREGON 97201

503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. Walter Reynolds
6485 SW Borland Rd.
Tualatin, OR 97062

> Re:   *Joanne Eldridge, et al v. Merck & Co., Inc.*
> *In re: Vioxx Product Liability Litigation*
> *MDL No. 1657*

Dear Records Custodian:

Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx.  This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding.  Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge.  A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please fell free to contact our office.

Sincerely,
BOWERSOX LAW FIRM, P.C.

By: Carlos A. Rasch

: car
Enclosure

EXHIBIT ___1___
PAGE ___27___

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. William Baer
1130 NW 22nd
Portland, OR 97210

> Re:   *Joanne Eldridge, et al v. Merck & Co., Inc.*
>        *In re: Vioxx Product Liability Litigation*
>        *MDL No. 1657*

Dear Records Custodian:

Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx. This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please fell free to contact our office.

Sincerely,
BOWERSOX LAW FIRM, P.C.

By: Carlos A. Rasch

: car
Enclosure

EXHIBIT 1
PAGE 28

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.

## PORTLAND, OREGON 97201

503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Dr. Melaura Wittemyer
Oregon Health Science University Hospital
3181 SW Sam Jackson Park Rd.
Portland, OR 97239

> Re:    *Joanne Eldridge, et al v. Merck & Co., Inc.*
> *In re: Vioxx Product Liability Litigation*
> *MDL No. 1657*

Dear Records Custodian:

Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx. This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please fell free to contact our office.

Sincerely,
BOWERSOX LAW FIRM, P.C.

By: Carlos A. Rasch

: car
Enclosure

EXHIBIT 1
PAGE 29

# BOWERSOX LAW FIRM
### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Fred Meyer
401 NW 12th Ave
Battleground, WA 98604

Re:   *Joanne Eldridge, et al v. Merck & Co., Inc.*
*In re: Vioxx Product Liability Litigation*
*MDL No. 1657*

Dear Records Custodian:

Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx. This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge. A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please fell free to contact our office.

Sincerely,
BOWERSOX LAW FIRM, P.C.

By: Carlos A. Rasch

: car
Enclosure

EXHIBIT
30

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201

503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Legacy Good Samaritan Health Services
1015 NW 22nd Ave
Portland, OR 97210

   Re: *Joanne Eldridge, et al v. Merck & Co., Inc.*
     *In re: Vioxx Product Liability Litigation*
     *MDL No. 1657*

Dear Records Custodian:

  Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx.  This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding.  Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge.  A copy of the Order is attached hereto for your information.

  If you have any questions concerning this Notice, please fell free to contact our office.

      Sincerely,
      BOWERSOX LAW FIRM, P.C.

      By: Carlos A. Rasch

: car
Enclosure

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Legacy Rehabilitation Center
1040 NW 22nd Ave
Portland, OR 97210

      *Re:*    *Joanne Eldridge, et al v. Merck & Co., Inc.*
           *In re: Vioxx Product Liability Litigation*
           *MDL No. 1657*

Dear Records Custodian:

      Please be advised that this firm represents Joanne Eldridge in her claims against Merck &
Co., Inc. arising out of her injuries suffered from the use of Vioxx. This letter is to notify you that
you may have records relevant to Ms. Eldridge's claim in the above listed proceeding. Pursuant to
Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in
your possession must be preserved pending collection by Ms. Eldridge. A copy of the Order is
attached hereto for your information.

      If you have any questions concerning this Notice, please fell free to contact our office.

              Sincerely,
              BOWERSOX LAW FIRM, P.C.

              By: Carlos A. Rasch

: car
Enclosure

EXHIBIT 1
PAGE 32

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Oregon Health Science University Hospital
3181 SW Sam Jackson Park Rd.
Portland, OR 97239

     *Re:*    *Joanne Eldridge, et al v. Merck & Co., Inc.*
           *In re: Vioxx Product Liability Litigation*
           *MDL No. 1657*

Dear Records Custodian:

     Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx.  This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding.  Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge.  A copy of the Order is attached hereto for your information.

     If you have any questions concerning this Notice, please fell free to contact our office.

               Sincerely,
               BOWERSOX LAW FIRM, P.C.

               By: Carlos A. Rasch

: car
Enclosure

EXHIBIT 1
PAGE 33

# BOWERSOX LAW FIRM

## A PROFESSIONAL CORPORATION

SUITE 1000

111 S.W. Columbia St.

### PORTLAND, OREGON 97201

503.452.5858

Carlos A. Rasch

Facsimile:    503.525.4833

February 5, 2008

*Via Certified Mail*

Providence Hospital

4805 NE Glisan

Portland, OR 97213

> Re:    *Joanne Eldridge, et al v. Merck & Co., Inc.*
> *In re: Vioxx Product Liability Litigation*
> *MDL No. 1657*

Dear Records Custodian:

Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx.  This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding.  Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge.  A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please fell free to contact our office.

Sincerely,

BOWERSOX LAW FIRM, P.C.

By: Carlos A. Rasch

: car

Enclosure

EXHIBIT    1

PAGE    34

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Portland VA Medical Center
3710 SW US Veterans Hospital Rd.
Portland, OR 97239

> Re:   *Joanne Eldridge, et al v. Merck & Co., Inc.*
> *In re: Vioxx Product Liability Litigation*
> *MDL No. 1657*

Dear Records Custodian:

Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx.  This letter is to notify you that you have **employment** records relevant to Ms. Eldridge's claim in the above listed proceeding. Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge.  A copy of the Order is attached hereto for your information.

If you have any questions concerning this Notice, please fell free to contact our office.

Sincerely,
BOWERSOX LAW FIRM, P.C.

By: Carlos A. Rasch

: car
Enclosure

EXHIBIT 1
PAGE 35

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201

503.452.5858

Carlos A. Rasch                                                      Facsimile:   503.525.4833

February 5, 2008

*Via Certified Mail*
Walgreens
Custodian of Records
P.O. Box 4039
Danville, IL 61834

      *Re:*    *Joanne Eldridge, et al v. Merck & Co., Inc.*
           *In re: Vioxx Product Liability Litigation*
           *MDL No. 1657*

Dear Records Custodian:

      Please be advised that this firm represents Joanne Eldridge in her claims against Merck & Co., Inc. arising out of her injuries suffered from the use of Vioxx.  This letter is to notify you that you may have records relevant to Ms. Eldridge's claim in the above listed proceeding.  Pursuant to Paragraph 13 of Pre-Trial Order No. 1, entered by the Court of February 17, 2005, any records in your possession must be preserved pending collection by Ms. Eldridge.  A copy of the Order is attached hereto for your information.

      If you have any questions concerning this Notice, please fell free to contact our office.

           Sincerely,
           BOWERSOX LAW FIRM, P.C.

           By: Carlos A. Rasch

: car
Enclosure

EXHIBIT  1
PAGE  36



**OREGON HEALTH & SCIENCE UNIVERSITY**

**Health Information Services**

Mail code OP-17A
3181 S W Sam Jackson
  Park Road
Portland, OR 97239-3098
tel 503 494-6290
fax 503 494-6970
www.ohsu.edu/url

**Patty Todd**
*Medical Correspondence*
  *Supervisor*
todd@ohsu.edu

*To Whom It May Concern:*

*Oregon Health and Science University provides certification of medical record copies only in response to a subpoena.*

*I am returning your request, as a subpoena was not provided with your request.*

*Patty todd*



ECEIVE

JUL 2 8 2008

BY:......................

EXHIBIT 2
PAGE 1



Where Healing, Teaching and Discovery Come Together

**Health Information Services**
*Medical Records Department*

*3181 S.W. Sam Jackson Park Road, OP17A*
*Portland, Oregon  97239*
*(503) 494-6290        Fax  (503) 494-6970*

*To Whom It May Concern:*

*Oregon Health and Sciences University provides certification of medical record
copies only in response to a Subpoena.*

*I am returning your request, as a subpoena was not provided with your request.*

*Patty Todd*

Patty Todd

RECEIVED
JUL 2 8
BY:

EXHIBIT 2
PAGE 2

1

2

3

4

5             UNITED STATES DISTRICT COURT
6     DISTRICT OF LOUISIANA, NEW ORLEANS DIVISION

7

8   ELDRIDGE et al,                          NO. **2:05-cv-04447-EEF-DEK**

9                          Plaintiff,        AFFIDAVIT REGARDING EFFORTS TO
                                             OBTAIN VIOXX CERTIFITCATON OF
10                v.                          RECORDS FROM OREGON HEALTH
                                             SCIENCES UNIVERSITY
11  MERCK & CO INC et al,

12

13                         Defendant.

14  STATE OF WASHINGTON      )
                             )   ss
15  COUNTY OF KING           )

16        I, Jonathan Henning, being first duly sworn, do hereby depose and state that:

17        1.      I am the agent of the attorney of record the Bowersox Law Offices, PC in the above-

18  entitled matter and make this Affidavit in regard to T-Scan efforts to obtain a Vioxx Certification of

19  records regarding Joanne Eldridge.

20        2.      Representatives of T-Scan took the following steps to obtain the requested Vioxx

21  form on behalf of our client, the Bowersox Law Office, PC:

22
    04/23/2008
23  T-Scan faxed a request packet including the patient authorization and Vioxx certification to OHSU
    and began follow up with provider regarding records.
24
    06/05/2008
25  Received the medical records without certification page. Continued follow up, this time specifically
    regarding the Vioxx certification form.
26

EXHIBIT 3
PAGE 1

06/17/2008
Left message for OHSU medical records department asking that the Vioxx certification page be completed regarding the records received on 06/05/08.

06/25/2008
Left message for OHSU medical records department

07/01/2008
Sent - via certified mail - a copy of the Pretrial Order 35, the patient authorization, Vioxx certification form and cover letter explaining what was needed. The cover letter conveyed that OHSU had fifteen days to comply.

07/02/2008
Faxed a copy of the packet mailed out on 07/01/08 to the OHSU medical records department.

07/08/2008
Spoke to representative at OHSU medical records department. Informed representative that OHSU must complete the Vioxx certification page or the Bowersox Law Office would file a motion to hold them in contempt of court. Explained this is a Federal Court case and that they had been sent a copy of the pretrial order. OHSU refused to return the Vioxx certification page and instructed T-Scan to contact DBS copy service for the form.

DBS also would not complete the Vioxx certification, but offered to draft a letter regarding page count for the records received 06/05/08 at a cost of $25.00. The letter would not contain a perjury clause or information specific to the Vioxx certification form, so would not be sufficient.

07/10/2008
Informed Kim R. at the Bowersox Law Firm about DBS's offer of the letter. Kim stated the letter would not be sufficient.

07/17/2008
Spoke to a DBS representative and requested a completed Vioxx certification page, as the letter offered would not be sufficient. The representative could not agree to comply and sent the issue to a manager.

Spoke to Epic, a manger at DBS, and he stated DBS can not testify under penalty of perjury that T-Scan was given the entire record. They can only verify they sent what OHSU gave them to copy.

Epic asked for a copy of all the pertinent paperwork regarding the request. He expressed his opinion that OHSU would not comply, but offered to speak with Patty Todd – the medical record custodian at OHSU— show her the Pretrial Order, and ask that she consult her legal counsel.

07/18/2008
Sent - via certified mail and fax - another copy of the Pretrial Order 35, the patient authorization, Vioxx certification form and cover letter explaining what was needed. This letter gave OHSU an additional ten days to comply.



EXHIBIT 3
PAGE 2

07/22/2008
Called DBS; left a message for Epic.

Received a call back from Epic at DBS confirming he received the paperwork and had sent a courier to OHSU to drop it off.

07/25/08
Called DBS; left a message for Epic.

Called OHSU and spoke to Patty Todd. Explained the Pretrial Order and that this is a Federal Court case and therefore they needed to certify the records received on 06/05/08.

Ms. Todd refused to provide the Vioxx certification and stated OHSU will only fill out a certification page when served with an Oregon State Subpoena. She stated she had received all the paperwork, knew exactly what it said and still refused to fill out the certification page. She indicated she sent a letter explaining this.

07/28/2002
Left a voice mail for Epic from DBS.

07/29/2008
Received two letters from Patty Todd stating they will not complete a certification page unless they receive an Oregon subpoena.

07/31/2008
Received another letter from Patty Todd stating they will not complete the certification page.

DATED this 11th day of August, 2008.

_Jonathan Henning_
Jonathan Henning

STATE OF WASHINGTON )
                     ) ss
COUNTY OF KING       )

Signed and sworn to before me on this 11th day of August, 2008 by Jonathan Henning.

Notary Public – State of Washington
My commission expires: 11/19/08

EXHIBIT 3
PAGE 3


go paperless!

| | | | | Customer Login | Order Info | |
|---|---|---|---|---|---|---|
| | | | | Search Orders | Patient: | Joanne Eldridge |
| | | | | Go! | Firm: | Bowersox Law Firm, P.C. |
| | | | | August 11, 2008 | Attorney: | Jeffrey Bowersox |
| Home | New Order Entry | Current Orders | Search Orders | Task Queue | Paralegal: | Kimberly Riedl |
| | | | | | Provider: | OHSU |

## Task Detail

Patient: **Joanne Eldridge**

Order: **08040252**

Provider: **OHSU**

Provider Phone: **503-494-8311**

Primary contact: **Medical Correspondence**

Request status:

- Medical **(Awaiting cert)**

**Order Notes [ Edit ]**
(none)

**Request Notes [ Edit ]**
Time frame: 08/01/2002 to 10/01/2002

Search Orders
Go!

### Task History

| Date | Type | Notes | Requirement | Result |
|---|---|---|---|---|
| 07/31/2008 | Follow-up call | we received more rejections from Patty Todd. e-mailed Jonathan a copy of the letter. bc | | |
| 07/29/2008 | Follow-up call | called 503.494.6970 and spoke with Mirza. I explained that we do want the remaining chart notes from 2002. She asked me to fax her a new auth with date range listed as 09/27/2002 - 12/31/2002. faxing request to 503.494.6970 attn Mirza. bc | | |
| 07/29/2008 | Follow-up call | received a vm from a man asking me to call them back regarding the chart note they have outside our date restriction (10/04/2002). He asked that I call back to 503.494.6970. He said this number is normally only for emergencies, but i can call it now and ask for Mirza. bc | | |
| 07/29/2008 | Received call | received letter stating OHSU provides certification of med recs only in response to a subpoena | | Live |
| 07/28/2008 | Follow-up call | I called 503-296-0061 and tried to get a hold of Epic at DBS. woman said she'd hade given him my message on Friday and he said he would be calling me today. bc | | |
| 07/28/2008 | Follow-up call | I called and left vm for a man in Health Information Management asking for the records from 10/04/2002. bc | | |
| 07/28/2008 | Follow-up call | heard from clients that they would like us to pursue the records that are from 10/04/2002. bc | heard from clients that they would like us to pursue the records that are from 10/04/2002. | |
| 07/25/2008 | Received call | I receved a vm from a gentleman at ohsu and he said the auth we have is for records on Joanne Eldridge for 8/1/02-10-1/02 but it looks like the patient was seen through 10/4/02 he wants to know if jonathan want to resend a new request with new auth.? bw emailing jonathan. | | Live |
| 07/25/2008 | Follow-up call | I called OHSU Health Information Management at 503.494.8556. I pressed the number to speak to the correspondence manager and got a hold of Patty. I explained our situation regarding the cert, and she explained once again that they only do the certification when a subpoena is served. I explained that this is a federal court case, which is different and they should actually certify the records. Patty said she had seen the letters we'd sent and she knew exactly what i was walking about. She said they would not certify the records until they receive a subpoena. she said she'd recently sent a letter explaining this. I explained to her that our clients are strongly considering filing a motion to hold them in contempt. Patty didn't seem to care. bc | | |
| 07/25/2008 | Follow-up call | I called DBS at 503-296-0061 and had to leave a message for Epic to call me. they said he's "in the field" but they'd try to pass along the message. bc | | |
| 07/23/2008 | Follow-up call | jonathan forgo to enter the following call note: "I received a call back from Epic and he said that a courier is running the pretrial order and request to both OHSU (Epic) and Fanno (Margo). He said I should call tomorrow and see what's happening with both. jh" | | |
| 07/18/2008 | Follow-up call | faxed 2nd letter, request packet, pre-trial order. bc | | |
| 07/17/2008 | Follow-up call | I got a call from Epic at DBS. He said they can only say that they sent everything the provider gave them. He said that they can't really testify under p. of perjury that we got everything. He asked me to fax over all the requests to 503-296-0995. He also asked me to fax over a blank cert so that he can take a look at it and see what we would normally ask for. He said that we probably won't get anywhere with OHSU as they never gave. He said that next week we should call Patty Todd and ask her to show the pretrial order and packet to their legal counsel. He said that we should tell them that the cert will help their patients. He said that he may not be able to get anyone to notarize a declaration but he wondered if a witnesses signature would be helpful. He will be at OHSU till next Wednesday. However, we won't be able to reach them there. He told me to call 503-296-0061 and they will pass on our message. jh | | |
| 07/17/2008 | Follow-up call | received a call from DBS. she said she didn't know the law regarding this. we're trying to get a cert. she said she's going to have her boss call me to talk about this. bc | | |

EXHIBIT 3
PAGE 4

8/11/2008 9:27 AM

| Date | Task type | Note | |
|---|---|---|---|
| 07/16/2008 | Follow-up call | We need to straighten out the fiasco about certs with DBS before we go paying $25. We got a DBS cert before but it didn't contain a perjury clause and it's unsatisfactory. jh | |
| 07/08/2008 | Follow-up call | e-mailed Jonathan about possibly getting DBS cert. bc | |
| 07/02/2008 | Follow-up call | I also faxed over the letter. jh | |
| 07/02/2008 | Follow-up call | On 7/01/08 I sent out a pretrial order with the request and a letter. We are going to give them 10 days to provide the records or our clients will file a motion to hold them in contempt of court. I sent it via certified mail. jh | |
| 06/25/2008 | Follow-up call | left vm asking about cert. bc | |
| 06/17/2008 | Follow-up call | I left a message for medical records. jh | |
| 06/09/2008 | Quality Control | Medical Records. NO Cert. | |
| 06/06/2008 | Records processed | | |
| 06/05/2008 | Records received | med, no cert | |
| 06/02/2008 | Follow-up call | left vm. SAM | Message |
| 05/27/2008 | Send pre-payment | #8433 — $44.77 DBS inv#P90972R for clerical fee, 35 pgs | |
| 05/27/2008 | Follow-up call | left vm. bc | |
| 05/21/2008 | Follow-up call | left a message in medical records -lk | Message |
| 05/16/2008 | Follow-up call | | |
| 05/16/2008 | Received call | Received a fax back saying "In Process." --SC | Live |
| 05/16/2008 | Follow-up call | Left VM and sent status request fax to Medical Correspondence. --SC | |
| 05/12/2008 | Follow-up call | Left VM. --SC | |
| 05/08/2008 | Follow-up call | Left VM. --SC | |
| 05/06/2008 | Follow-up call | Left VM. Expecting a call back. --SC | |
| 04/24/2008 | Follow-up call | Health Info Svcs; left vm. SAM | Message |
| 04/23/2008 | Send provider packet | Fax | |
| 04/23/2008 | Research | | |

**Order Info**

Patient:    Joanne Eldridge

Firm:       Bowersox Law Firm, P.C.

Attorney:   Jeffrey Bowersox

Paralegal:  Kimberly Riedl

Provider:   OHSU

**Order Notes [ Edit ]**
(none)

**Request Notes [ Edit ]**
Time frame: 08/01/2002 to 10/01/2002

Search Orders

[          ] Go!

Task type:
**Follow-up call**

Date
08/11/2008

Time
9:26 AM

Method
[          ]

Result
[          ]

☐ Out of state

Requirement

External Note
--- Select a task note --- [   ]

Internal Notes
we received more rejections from Patty Todd. e-mailed Jonathan a
copy of the letter. bc

Next Follow-up
08/13/2008

Follow Up With
[   ]

[ << Request Detail ]



EXHIBIT 3
PAGE 3

ADMINISTRATION: Reports/Users

Case 2:05-md-01657-EEF-DEK   Document 34607-1   Filed 02/17/10   Page 47 of 60

http://192.168.123.6/portal/taskDetail.cfm?requestTaskID=1528591

4200 23rd Ave West, Suite 100, Seattle WA, 98199 | Phone (206) 285-6322 | Fax (206) 352-5735 | Email info@tscan.biz
T-Scan Document & Case Management Solutions

**Order Info**

| | |
|---|---|
| Patient: | Joanne Eldridge |
| Firm: | Bowersox Law Firm, P.C. |
| Attorney: | Jeffrey Bowersox |
| Paralegal: | Kimberly Riedl |
| Provider: | OHSU |

**Order Notes [ Edit ]**
(none)

**Request Notes [ Edit ]**
Time frame: 08/01/2002 to 10/01/2002

**Search Orders**

[                    ] Go!

EXHIBIT 3
PAGE 6

8/11/2008 9:27 AM



Jonathan Henning
Account Specialist
jonathan@tscan.biz

June 30, 2008

OHSU
Medical Correspondence
Mail Code: OP17A
3181 S.W. Sam Jackson Park Rd.
Portland, OR 97239

Dear Records Custodian,

Attached is Vioxx litigation Pretrial Order 35.

This Federal Court Order requires all facilities promptly comply with records requests
and provide a certification of those records.

This letter is to advise you that if you do not produce the records as requested within
10 days of the date of this letter, plaintiff's counsel will file a motion with the Federal
Court to hold you in contempt of the Federal Court Order.

Please be advised that although the Federal Court is located in New Orleans, this
order applies to all providers regardless of the state in which you are located.

We appreciate that you sent T-Scan medical records. However a certification page
was not included or completed correctly as required. Please fill out the accompanied
certification regarding the medical records we already received.

Sincerely,

Jonathan Henning
(206-285-6322 x. 248)
T-Scan
4200 23rd Ave W.
Seattle, WA 98199

EXHIBIT 3
PAGE

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PRETRIAL ORDER NO. 35

**Rules and Procedures Relating to the Authorization for Release of
Healthcare, Pharmacy and Other Records Relating to
<u>Claimants Enrolling in the Vioxx Resolution Program</u>**

This cause is before the Court upon the application of Merck and the Negotiating Plaintiffs' Committee ("NPC"), joined in by the MDL PSC, for an Order aiding in the implementation of the Vioxx Resolution Program established by Merck and the NPC pursuant to the Master Settlement Agreement executed by the parties on November 9, 2007. After consideration of this request and finding that such an Order would facilitate the orderly, uniform and cost-effective acquisition of relevant information and materials for this litigation, it is **ORDERED** as follows:

1.      *The Basis for this Order.* In order for the Claims Administrator appointed under the Vioxx Resolution Program to evaluate claims enrolled in the Program, claimants are required to submit medical, pharmacy and other records for review by the Claims Administrator. Some healthcare providers, pharmacies and other entities having custody of these records (including, where applicable, employment and military records), however, have refused to release such records unless specific forms prepared by the particular entity are used. This delays the processing of claims and entails greater costs. To authorize the release of such records and allow necessary access to the records under the Program, the Claims Administrator has prepared Authorization Forms that are fully compliant with HIPAA. (See attached Exhibits A & B (medical records authorization) and Exhibits B & C (employment records authorization).) The purpose of this Order is to provide for a simple, uniform and cost-effective process for the collection of records relevant to claims enrolled in the Resolution Program (including, where applicable, employment and military records). Accordingly, this Order is issued pursuant to the



Court's authority to direct and control the coordinated discovery in this litigation pursuant to 28 U.S.C. §1407, Fed.R.Civ.P. 16 and Fed.R.Civ.P. 26(b), and the Court's inherent authority regarding case-specific discovery in this MDL.

  2.   *Claimants Affected by this Order.*  This Order applies to all claims submitted to the Vioxx Resolution Program.  This includes cases originally transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to its Order of July 6, 2006 or as tag-along actions, and all related cases originally filed in this Court or transferred or removed to this Court. This Order also applies to all cases tolled pursuant to Tolling Agreement, entered into by Merck & Co., Inc. and the MDL PSC on June 1, 2005.

  3.   *Discovery Affected by this Order.*  This Order applies to the procurement of information and materials from entities (including but not limited to physicians, healthcare providers, pharmacies, educational facilities, former and present employers, insurance providers, all branches of the military and any other federal, state, and/or local government agencies) relating to claimants referred to in Paragraph 2.

  4.   *Duty to Accept Court-Approved Authorization to Release Medical Records and Employment Records.*  The Authorization Forms attached to this Order are HIPAA compliant and have been approved for use in all claims affected by this Order. Accordingly:

  (a)   All physicians, healthcare providers, pharmacies, pharmacy benefits managers ("PBM"), educational facilities, former and present employers, insurance providers, all branches of the military, any federal, state, and/or local government agencies, or any other entity asked to produce records relating to a plaintiff or employee(all referred to as "Entities") shall accept the Authorization Forms as valid for all claims affected by this Order;

  (b)   Entities may not request or insist upon different forms or terms different from the Authorization Forms;

  (c)   When signed by a patient or employee and plaintiff in claims affected by this Order, the Authorization Forms shall be relied upon by all Entities to authorize the release of all records, including all medical and psychiatric records;

  (d)   No facility-specific or different form shall be necessary for production of any records relating to a current or former patient or employee;

  (e)   A photocopy or pdf image of the Authorization Forms shall be accepted;

  (f)   No original signatures shall be required on the Authorization Forms for production of any records relating to a current or former patient or employee;



(g)   Any Authorization Form dated after November 9, 2007, shall be effective for production of any records relating to a current or former patient or employee and no differently dated Authorization shall be necessary or requested by the Entities;

(h)   Entities may not impose any waiting period for the production of records; and

(i)    Entities may not condition the release of requested records upon the payment of unreasonable "processing" or "handling" fees.

New Orleans, Louisiana, this 10th day of April, 2008.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

EXHIBIT 3
PAGE 10

Jonathan Henning
EMAIL: jonathan@tscan.biz
PHONE: 206-285-6322
FAX: 1-800-238-7307

T-Scan Corporation
4200 23rd Avenue West
Suite 100
Seattle WA, 98199



6/30/08

ATTN: MEDICAL CORRESPONDENCE
OHSU
Mail Code: OP17A
3181 S.W. Sam Jackson Park Rd.
Portland, OR 97239

(PLEASE **COMPLETE AS SOON AS POSSIBLE**. CLIENT REQUEST DATE: 05/07/2008)

**Dear Records Custodian:**

T-SCAN has been requested to obtain records for the below-named individual:

Re: REQUEST FOR ALL RECORDS OF: **Joanne Eldridge**
DATE OF BIRTH: **04/04/1955**
SSN: **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**
RECORD TYPES: **Medical Records**
DATE RANGE: **08/01/2002 to 10/01/2002**

Enclosed please find

1.  This cover letter

2.  The signed authorization. This is the afore-named individual's written permission to collect their records/information.

3.  A certification form. This _must_ be filled out and returned to us, either with the records, or indicating that you have no records

4.  BILLING: A resale certificate.

    T-Scan does not pay sales tax on records, so it cannot be included on your bill to T-Scan. This form accounts for the sales tax in your records. **If there will be a charge for your services, please include an itemized bill with the records.**

Please send 1 Copy of the **Medical Records** to the address above. If you would prefer, and you are within a reasonable distance, you may make the chart available for copying by a field representative of T-Scan. If a field representative is required, please **contact Jonathan Henning at 206-285-6322 to make arrangements.**

**Please notify T-Scan of any radiographic films included in the records, as more than one copy of may be required.** If these records are maintained at different locations and require separate requests, please forward this request so that we may obtain the records as soon as possible from all locations.

Thank you for your cooperation.

Jonathan Henning

Enclosures _____



**MEDICAL AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION**
(Release of Medical Records)

I, _JOANNE L. ELDRIDGE_ , DOB: _04/04/1955_ SSN: _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_
authorize

**OHSU**

information as identified below to Bowersox Law Firm's custodian of records: T-Scan Corporation, 4200   23rd Avenue West
Seattle, Washington 98199, 503-452-5858,  for the following purpose(s): Use in litigation. _____ to disclose my health

By initialing in the spaces below, I specifically authorize the disclosure of the following health
information and records:

_JLE_ Entire medical record (all information)
_JLE_ Billing record
_JLE_ Records developed between _08/01/2002_ to _10/01/2002_
_JLE_ Permission to discuss my medical history, care and treatment with my attorney.
***If the information to be disclosed contains any of the following types of information or records
listed below, additional laws relating to the disclosure of this information may apply. I agree the following
categories must be initialed to be included in this authorization to release information.
_JLE_ ***HIV/AIDS related health information/records
_JLE_ ***Mental health information/records
_JLE_ ***Genetic testing information/records
_JLE_ ***Drug/alcohol diagnosis, treatment and/or referral information. [Federal law prohibits the
redisclosure of this information. Federal law requires that a description of the kind and how much
information be included:

_____

_____ +++Psychotherapy notes [+++If authorization is for the disclosure of psychotherapy notes, it cannot
be combined with any other authorization.]

Except to the extent that action has been taken in reliance of this authorization, I understand that I
may revoke this authorization at any time by giving written notice to this provider. Unless revoked earlier,
this authorization will terminate on [insert date or event]: _3/12/09_

I understand that I may refuse to sign this authorization and that my refusal to sign will not affect
my ability to obtain treatment, payment, enrollment or eligibility for benefits. I may inspect or copy any
information disclosed under this authorization.

I understand that if the person or entity receiving this information is not a health care provider or
healthplan covered by federal privacy regulations, the information described above may be redisclosed and no
longer protected by the HIPAA Privacy regulations. However, the recipient may be prohibited from disclosing
my health information under other applicable state or federal laws and regulations.

I understand that the person(s) I am authorizing to disclose my information may receive compensation
for doing so.

_Joanne L. Eldridge_                    _3/12/08_
(Signature of Individual or Legal Representative)        (Date)

_____
(Relationship to Individual)
[A copy of this signed form will be provided to the individual and/or the individual's legal representative.]

EXHIBIT 3
PAGE 12

Jeffrey A. Bowersox
Email: jeffrey@blfpc.com
Phone: (503) 452-5858
Fax: (503) 525-4833

NAME OF PROVIDER
ADDRESS
CITY
PHONE

# CERTIFICATION
## UNITED STATES FEDERAL COURT
### IN RE: Vioxx Sales and Marketing Practices and Product Liability Claims
### Eastern District of Louisiana Multi-District Litigation Case No. MDL 1657

The Records Custodian For:          **OHSU**
Regarding (Patient Name):           **Joanne Eldridge**
Date of Birth:                      **04/04/1955**
Social Security Number:             **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**

**I hereby state:**

1.      My name and business address are as follows:

2.      I am authorized to access medical records maintained by the Custodian of Records related to patients for whom this medical facility has provided care and the records that I access are kept in the ordinary course of our medical facility business.

3.      The attached documents are the complete available medical records of the above-named facility regarding the named person from the following dates:

First Medical Service  date: _____ through Last Medical Service date:_____
**NO RECORDS HAVE BEEN OMITTED FROM THE REQUESTED DATE RANGE.**
**IF RECORDS ARE UNAVAILABLE FOR A TIME PERIOD WITHIN THE REQUESTED DATE RANGE,**
**THOSE RECORDS HAVE BE DESTROYED IN ACCORDANCE WITH THE**
**MEDICAL FACILITY=S NORMAL DOCUMENT RETENTION AND DESTRUCTION POLICY.**

   3.1 Number of pages in the Full Record: _____

   3.2 Number of pages being provided to the requestor: _____

4.      These records were made, kept and maintained by the above-named medical facility in the regular course of the business at or near the time of the act, condition or event recorded herein.

5.      If photocopies have been made of the original records, the copies were made under my direction and control and are they true and correct copies of such records.

**I hereby acknowledge that my certification of medical records is necessary for compliance with US District Court Order confirming settlement in the above-stated case.  I hereby further certify and declare under the penalty of perjury under the laws of the State of Oregon, (or the State in which I am located if not Oregon) that the foregoing is true and correct.**

x_____
**Authorized Custodian Signature**

Dated at (City & State)_____, this _____day of _____, 2008.

EXHIBIT   3
PAGE   13

State of Washington
Department of Revenue

# RESALE CERTIFICATE

1.  Name of Seller: **OHSU**

2.  Name of Buyer/Business: **T-Scan Corporation**

3.  Address of Buyer: **4200 23rd Avenue West   Seattle, WA 98199**

4.  Buyer's UBI/Revenue Registration Number: **602 216 698**

5.  Buyer is in the business of: **Records Retrieval**

6.  Types of items purchased for resale: _____

    **Medical, employment and other records as requested by clients.**

    _____

    *The buyer certifies that it is purchasing the items listed on line 6 (please check appropriate box):*

    ☑ *for resale in the regular course of business without intervening use.*

    ☐ *for use as an ingredient or component part of a new article of tangible personal property to be produced for sale.*

    ☐ *as a chemical to be used in processing a new article of tangible personal property to be produced for sale, or*

    ☐ *for use as feed, seed, seedlings, fertilizer, or spray materials in its capacity as a farmer.*

    *The buyer acknowledges that it is solely responsible for purchasing within the categories listed on line 6. The buyer acknowledges that misuse of the resale privilege subjects the buyer to a **penalty of 50 percent of the tax due**, in addition to the tax, interest, and any other penalties imposed by law.*

Print Name:     **Jonathan Henning**

Signature:      *[signature]*

Effective Date:   **7/31/2004 through 7/31/08**

                    (Not To Exceed 4 Years)

Date Signed:     **04/23/2008**

Seller must maintain a copy. ***Please do not send to Department of Revenue.***
Reference Rule and Statute (RCW 82.08.130 and WAC 458.20.102)

For tax assistance visit http://dor.wa.gov or call (800) 647-7706. To inquire about the availability of this document in an alternate format for the visually impaired, please call (360) 486-2342. Teletype (TTY) users may call (800 451-7985.

REV 27 0020e (fill-in) (12-10-01)



EXHIBIT 3
PAGE 14



# TSCAN
## CORPORATION

JONATHAN HENNING
T-SCAN RECORD RETRIEVAL
4200 23RD AVENUE WEST, SUITE 100
SEATTLE WA, 98199
TEL: 206.285.6322
FAX: 1.800.238.7307
JONATHAN@TSCAN.BIZ

| | |
|---|---|
| DATE: 6/30/08 | |
| TO: **OHSU** | ATTN: **Medical Correspondence** |
| FAX/PHONE: **503-494-6970** | |
| # OF PAGES INCLUDING COVER: | |
| FROM: **Jonathan Henning** | |

COMMENTS:

**This is a rush! This is a rush! This is a rush!**

We received the medical records and we appreciate it. We still need a
certification regarding those records within 10 days. Please fill out the
accompanying certification page and send it back to T-Scan. Please let
me know if you have any questions. Jonathan x. 248.

**Problems with the transmission of this fax?**
**Please call at 206-285-6322**

*The information contained in this facsimile is confidential attorney work product and may also
be privileged from disclosure under the attorney-client privilege. The information is intended
only for the named addressee. If you are not the intended recipient or making delivery to the
intended recipient, you are hereby notified that any use, dissemination, distribution or copying
of this communication is strictly prohibited. Inadvertent delivery does not waive our privilege
against disclosure. If you have received the facsimile in error, please do not read it and
immediately notify us by a collect telephone call to 206.285.6322, and return the original
message to us at the address above via the U.S. Postal Service.*



EXHIBIT 3
PAGE 15

# BOWERSOX LAW FIRM

### A PROFESSIONAL CORPORATION

SUITE 1000
111 S.W. Columbia St.

## PORTLAND, OREGON 97201

503.452.5858

Kimberly A. Riedl

Facsimile:   503.525.4833

March 14, 2008

*Via Facsimile 503.494.6970*
*Original Via First Class Mail*
Oregon Health Sciences University
**Attn: Medical Correspondence**
Mail Code OP917A
3181 SW Sam Jackson Park Road
Portland, OR 97201

|       |               |                   |
|-------|---------------|-------------------|
| Re:   | Our Client:   | Joanne L. Eldridge |
|       | DOB:          | 4/4/1955          |
|       | SSN:          | 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       |
|       | DOI:          | August, 2002      |

### UNITED STATES FEDERAL COURT
### IN RE: Vioxx Sales and Marketing Practices and Product Liability Claims
### Eastern District of Louisiana Multi-District Litigation Case No. MDL 1657

Dear Records Custodian/Patient Billing:

This firm represents Joanne L. Eldridge.  Enclosed is an authorization for release of medical information signed by our client.  Please forward a complete set of any and all medical records and billing statements, including chart notes, lab reports, medications records, consultation reports, x-ray reports, interdisciplinary progress notes, phone communications and all other available records relating to treatment of our client **beginning August, 2002 through the present.**

**In order to comply with federal court order, the records custodian must complete the enclosed Certification verifying that a complete set of requested records are being provided.** Please contact us if you need any additional information.  Thank you for your prompt attention to this matter.

Sincerely,
BOWERSOX LAW FIRM, P.C.

 COPY

By: Kimberly Riedl
Paralegal to Jeffrey A. Bowersox

:kr
Enclosures

EXHIBIT 3
PAGE 16

Jeffrey A. Bowersox
Email: jeffrey@blfpc.com
Phone: (503) 452-5858
Fax: (503) 525-4833

Oregon Health Sciences University
Mail Code OP917A
3181 SW Sam Jackson Park Road
Portland, OR 97201

# CERTIFICATION
# UNITED STATES FEDERAL COURT
## IN RE: Vioxx Sales and Marketing Practices and Product Liability Claims
## Eastern District of Louisiana Multi-District Litigation Case No. MDL 1657

The Records Custodian For:    <u>Oregon Health Sciences University</u>
Answer the Following Questions Regarding:    <u>Joanne L. Eldridge</u>
Date of Birth:    <u>4/4/1955</u>
Social Security Number:    <u>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</u>

1.     What is your name and address?

2.     State the capacity in which you are employed by the above-named facility and state whether you are one of the authorized record librarians or custodians.

3.     Are the attached documents the complete Medical Records of the above-named facility regarding the named person from all requested dates?

        **3.1 IF NOT, WHAT RECORDS HAVE BEEN OMITTED? WHY?**

        3.2 How many pages are in the Full Record: _____

        3.3 How many pages are you providing the requestor: _____

4.     Were these records made, kept and maintained by the above-named person/entity in the regular course of the business at or near the time of the act, condition or event recorded herein?

5.     If photocopies have been made of the original records, were such copies made under your direction and control and are they true and correct copies of such records?

**I hereby acknowledge that my certification of medical records is necessary for compliance with US District Court Order confirming settlement in the above-stated case. I hereby further certify and declare under the penalty of perjury under the laws of the State of Oregon, that the foregoing is true and correct.**

x_____
**Authorized Custodian Signature**

**Dated at _____, Or,**

**this _____day of _____, 2008.**



# BOWERSOX LAW FIRM
### A PROFESSIONAL CORPORATION
SUITE 1000
111 S.W. Columbia St.
## PORTLAND, OREGON 97201
503.452.5858

Carlos A. Rasch

Facsimile:   503.525.4833

February 25, 2008

Patty Todd
OHSU Health Information Services
Medical Records Department
3181 SW Sam Jackson Park Road, OP17A
Portland, OR 97239

  *Re: Joanne Eldridge*

Dear Ms. Todd:

  Enclosed is the information you requested for our client and your former patient, Joanne Eldridge.  Please note that we are not requesting records from the hospital.  The purpose of the letter we sent was to serve as notice that your facility may have records that relate to Ms. Eldridge's pending Vioxx case.  Under Pre-Trial Order 1, you are required not to destroy these records as they are part of a pending federal litigation until the litigation is complete.

  Please feel free to contact our office if you have any questions.

    Sincerely,
    BOWERSOX LAW FIRM, P.C.

COPY

    By: Carlos A. Rasch

:ms
Enclosure



## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of The United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on February 17, 2010.

/s/ Jeffrey A. Bowersox
Jeffrey A. Bowersox (OSB Bar No. 81442)