# Exhibit A

1

```
 1           UNITED STATES DISTRICT COURT
 2           EASTERN DISTRICT OF LOUISIANA
 3
 4   * * * * * * * * * * * * * * *
                                  *
 5   In Re:  VIOXX                * MDL NO.: 1657
     Products Liability Litigation *
 6                                 * SECTION: L
     This Document Relates to:     *
 7                                 * HON. ELDON E.
        STATE OF LOUISIANA, ex rel.*      FALLON
 8      JAMES D. CALDWELL,         *
        ATTORNEY GENERAL           * MAG. JUDGE
 9             Plaintiff           * KNOWLES
                                   *
10      versus                     *
                                   *
11      MERCK SHARP & DOHME CORP.  *
                                   *
12        Case No. 05-3700         *
                                   *
13                                 *
     * * * * * * * * * * * * * * *
14
15
16
17
18
19         Deposition of DAVID R. SILVERS, MD,
20   FACG, FACP, taken on Wednesday, January 20,
21   2010, commencing at 9:33 a.m., in the law
22   offices of Stone Pigman Walther Wittmann, 546
23   Carondelet Street, New Orleans, Louisiana,
24   70130.
25
```

1    A    Well, I believe that they were
2  thinking that there were going to be a lot of
3  questions regarding secondary endpoint and
4  steroids, so they suggested I know a lot about
5  that, and read about that.  We talked about
6  the endpoints, and making sure that I
7  understood the statistics of the endpoints,
8  and was aware of the importance of how to look
9  at that data and to interpret that; and he
10 told me to take my time and to consider every
11 possible option when providing an answer.
12   Q    And that was concerning the VIGOR
13 trial?
14   A    Pretty much any trial.
15        DR. PLYMALE:
16        Any trial?  Okay.  Doctor, let me
17 hand you what I've marked as Exhibit 6.
18 EXAMINATION BY DR. PLYMALE:
19   Q    Do you recognize this document?
20   A    Yes, I do.
21   Q    This is your curriculum vitae, right?
22   A    It is.
23   Q    And is it current as of December 3rd,
24 2009?
25   A    Pretty much.

1    Q    And I see here your position as
2  president, Drug Research Services, Inc. is
3  listed as January 1st, 1995 to present.  Is
4  that accurate?
5    A    Yes, that's the year it was
6  incorporated.
7    Q    And what is Drug Research Services,
8  Inc.?
9    A    It was the clinical -- it was the
10 name of the corporation developed for my
11 clinical research trials.
12   Q    What were your job duties in regards
13 to being president of Drug Research Services,
14 Inc.?
15   A    It was a company I owned.  I hired
16 research coordinators, I trained them and
17 myself, and we did clinical trials.
18   Q    How many employees did you have?
19   A    I think --
20        MR. TOMASELLI:
21        What timeframe are you talking about
22 here?
23 EXAMINATION BY DR. PLYMALE:
24   Q    Let's start it January 1st of 1995,
25 when you opened shop.  Was it just yourself,

1    Q    I want to go back to Exhibit 6, which
2  is your CV.  Doctor, the section starting on
3  Page 28 is a list of the clinical studies that
4  you were involved with.
5    A    Okay.
6    Q    And it looks like there are a number
7  of studies, the earliest listed going back to
8  1985.  Is that correct?
9    A    That's the one I referred to earlier,
10 the Arbaprostil study.
11   Q    Right, and there are a large number
12 of studies listed through early 2005; in fact,
13 over 185 studies.  Does that sound like an
14 approximately correct number of studies that
15 are listed here?
16   A    I've never counted them, so if you've
17 counted them, that would be a number that I
18 would accept.
19   Q    I represent that I have counted.
20 There are 190 listed here.
21   A    Thank you.
22   Q    And do you see that a number of these
23 studies were sponsored by Merck?
24        MR. TOMASELLI:
25            Object to the form; vague.

```
 1  EXAMINATION BY DR. PLYMALE:
 2      Q    I'll withdraw the question.  Do you
 3  recall doing clinical studies for Merck?
 4      A    I do.
 5      Q    In fact, there are many different
 6  drug manufacturers listed on these studies.
 7  Is that a fair characterization?
 8           MR. TOMASELLI:
 9           Object to the form; vague.
10           THE WITNESS:
11           The purpose of my company was to
12  provide the subjects for clinical research
13  companies and pharmaceutical companies.  So
14  yes, most of these, if not all, were drug
15  research companies or pharmaceutical
16  companies, correct.
17  EXAMINATION BY DR. PLYMALE:
18      Q    There were, by my count, over 60
19  different sponsors, and the vast majority of
20  those, regardless of what number that is, are
21  pharmaceutical manufacturers.  Is it your
22  recollection that the vast majority of these
23  studies were conducted by pharmaceutical
24  manufacturers, as opposed to other types of
25  sponsors?
```

```
 1            MR. TOMASELLI:
 2            Object to the form; compound.
 3   EXAMINATION BY DR. PLYMALE:
 4       Q    Is that your recollection?
 5       A    What other types are you referring
 6   to?
 7       Q    Well, it looks to me like there are
 8   some non-pharmaceutical manufacturer sponsors
 9   listed.
10            MR. TOMASELLI:
11            Object to the form, if that's a
12   question.
13            THE WITNESS:
14            Could you restate the question,
15   please?
16   EXAMINATION BY DR. PLYMALE:
17       Q    Well, there are a number of studies
18   that don't list a sponsor, and it's impossible
19   to tell -- because there's no sponsor
20   listed -- whether that sponsor was a
21   pharmaceutical manufacturer or some other type
22   of entity.  Is that right?
23            MR. TOMASELLI:
24            Object to form.
25            THE WITNESS:
```

```
 1              It's possible, but I believe that
 2   most of my studies, if not all, were conducted
 3   by a pharmaceutical company.
 4   EXAMINATION BY DR. PLYMALE:
 5       Q    Were any that you recall conducted by
 6   biotechnology companies, that wouldn't
 7   necessarily be thought of as a pharmaceutical
 8   manufacturer?
 9       A    It's possible.
10       Q    I think that's where I was coming
11   from, that some trials may have a sponsor that
12   is recognized as a biotechnology company.
13           MR. TOMASELLI:
14           Object to form.
15   EXAMINATION BY DR. PLYMALE:
16       Q    Let me just bring your attention to
17   Page 34.  Halfway down the page, there's a
18   clinical trial of Propulsid.  Do you see that,
19   NADDMP 07?
20       A    Yes, I do see that.
21       Q    Was that trial sponsored by Johnson &
22   Johnson?
23       A    No, sir, I think that was sponsored
24   by Janssen, but it could have been sponsored
25   by Johnson & Johnson, which is a subsidiary
```

```
 1  of -- Janssen is a subsidiary of Johnson &
 2  Johnson.
 3       Q    Was this study related in any way to
 4  the publication we talked about earlier, that
 5  you list as still trying to publish but had
 6  not done so, that we clarified that it wasn't
 7  still trying to be published?
 8       A    I would have to look at the study and
 9  the publication and see.  I don't recall that.
10       Q    Fair enough.  On the next page, Page
11  35 of Exhibit 6, the first study listed there,
12  do you see that, N499702062?
13       A    Yes.
14       Q    Is that a study regarding Celebrex?
15       A    I'm not sure, but it appears that the
16  dosage, 200 milligrams, would probably
17  indicate that that would be Celebrex.
18       Q    On Page 40, there's a study on the
19  top of the page, sponsored by Merck.  Do you
20  see that?
21       A    Yes, I see that.
22       Q    And that study involved Merck
23  compound MK-0663 correct?
24       A    That is correct.
25       Q    Do you know what that compound was?
```

```
 1      A     No, I do not.
 2      Q     Do you know if that compound was
 3   rofecoxib?
 4            MR. TOMASELLI:
 5            Object to form.
 6            THE WITNESS:
 7            I do not.
 8   EXAMINATION BY DR. PLYMALE:
 9      Q     Do you recall that study at all?
10      A     Not very well, no.  I would have to
11   look at the study and look at the details, to
12   recall that study.  It's been quite a few
13   years.
14      Q     Do you know if you were personally
15   involved in this study, 041-00?
16      A     I don't recall the details of that;
17   sorry.
18      Q     What materials or information were
19   you supplied with by the sponsor of the study,
20   in this case Merck, prior to the study?
21            MR. TOMASELLI:
22            Object to the form.  He said he
23   doesn't recall that, but to the extent you
24   can, you're free to answer.
25            THE WITNESS:
```

1         Well, from what I recall, they would
2    usually give me an investigative brochure, and
3    I would either sit down with one of their
4    clinical research associates and go over the
5    protocol, or I would attend a conference,
6    which would be maybe a one-day conference to
7    review the details of the clinical trial, or I
8    might send one of my coordinators or we might
9    both go to that trial, so the information that
10   they would provide me would be a standard
11   packet that they gave all their clinical
12   investigators, just like in any other trial.
13   EXAMINATION BY DR. PLYMALE:
14      Q    Would you get any additional
15   materials once the trial started from the
16   sponsor?
17           MR. TOMASELLI:
18           Object the form.
19           THE WITNESS:
20           As far as additional materials, if
21   there were any updates or changes to the
22   protocol I would get those, and of course I
23   would have to send those to the IRB for their
24   knowledge so that they could sign off on it,
25   and then it would get placed into the case

1  report file.
2  EXAMINATION BY DR. PLYMALE:
3      Q    If there were changes in the
4  protocol, would you have to send the
5  information to the IRB?
6      A    Yes, it was mandated in all clinical
7  trials.
8      Q    Was there a separate IRB for each
9  clinical study that was sent to you?
10     A    Yes, in the majority of cases.  Each
11 study would use our own.  I usually picked an
12 IRB, or it would be predesignated by the
13 sponsor of the trial as to which IRB we would
14 use.
15     Q    If you were able to choose the IRB,
16 which IRB did you choose most often?
17     A    Most often we'd use Western IRB.
18     Q    Where is that?
19     A    I think it's in Seattle.
20     Q    And what other IRB did you choose?
21     A    Oh, you know, that was the
22 predominant IRB.  I know we used a few others,
23 but I don't recall their names offhand.
24     Q    This particular trial, according to
25 your CV, has dates of May 2000 to

```
 1  September 2000.  Do you still have any of the
 2  materials relating to this trial?
 3       A    I would say yes.
 4       Q    Where are those materials kept?
 5       A    They're kept in a storage unit.  We
 6  have a company that we hire that keeps all of
 7  our clinical records and office charts as well
 8  that we no longer use, and so since I haven't
 9  needed them, I've just kept them in storage
10  and just paid a storage fee.
11       Q    Where are they stored, what city?
12       A    You know, I think they're stored in
13  Metairie, but it could be in New Orleans, but
14  I'm not quite sure exactly where, but it's
15  somewhere pretty close to my office, because
16  they're able to deliver the boxes to me when I
17  need them.
18       Q    During Hurricane Katrina, did they
19  notify you that any of the records had been
20  destroyed or damaged in that facility?
21       A    None of the records were destroyed or
22  damaged at that facility to my knowledge, but
23  I have not seen them personally to be able to
24  assess that yet.
25       Q    And do you maintain records at that
```

1  storage facility for your personal clinical
2  trial experience prior to the creation of the
3  company Drug Research Services, Inc.?
4      A    To my knowledge, I don't think I've
5  ever destroyed any charts since I've been in
6  practice.  I mean, certainly in terms of
7  clinical trials, I've never destroyed a chart
8  or a box of materials from a sponsor.  I just
9  really have just been paying storage facility
10 for that monthly fee, rather than to go
11 through and destroy those.
12     Q    May I direct your attention to Page
13 39?  There's another study three-quarters of
14 the way down the page, starting with the
15 number, 029-00.  It's also listed as Merck
16 being the sponsor.  Do you see that?
17     A    I do see that.
18     Q    And it also lists the compound
19 MK-0663, correct?
20     A    That's correct.
21     Q    Do you recall what that study was
22 about?
23     A    Yes, I do.
24     Q    Do you recall what compound MK-0663
25 was?

1    A    I do not.
2    Q    Would materials regarding this
3  clinical study still be kept in your storage?
4    A    They would.
5    Q    Is that a clinical trial about Vioxx?
6    A    Excuse me?
7    Q    Is Clinical 029-00 concerning Vioxx?
8         MR. TOMASELLI:
9         Object to form.
10        THE WITNESS:
11        I answered that I didn't know what
12  MK-0663 was.  It was a compound at the time
13  that did not have a name.
14  EXAMINATION BY DR. PLYMALE:
15   Q    If you'll jump to Page 41, there's
16  another study, the second one listed, 136-00,
17  that is also sponsored by Merck.  Do you see
18  that?
19   A    Yes.
20   Q    And this has a different number.  It
21  says MK-0966 for the compound being studied,
22  or one of the compounds being studied.  Do you
23  see that?
24   A    Yes, I do.
25   Q    Do you know if MK-0996 is Vioxx?

```
 1             MR. TOMASELLI:
 2             Object to form.  You misquoted that
 3   number.
 4             DR. PLYMALE:
 5             It's MK-0966.
 6             MR. TOMASELLI:
 7             You said 99.
 8   EXAMINATION BY DR. PLYMALE:
 9       Q     My apologies.  Let me start over.  Do
10   you know, Dr. Silvers, if compound MK-0966 is
11   Vioxx?
12       A     I do not know that.
13       Q     Would the materials regarding this
14   clinical trial still be in your storage
15   facility?
16       A     All materials that I have are still
17   in my storage facility.
18       Q     On Page 44, clinical trials listed is
19   a Celebrex trial sponsored by Pharmaco
20   Corporation; isn't that correct?
21       A     Yes, that is correct.
22       Q     On Page 47, the second clinical trial
23   listed, MK0431-021, is another Merck-sponsored
24   trial, correct?
25       A     Yes, it is; correct.
```

1    Q    Drug Research Services, Inc. I
2 believe you testified was shut down, or
3 effectively shut down in 2007. Is that
4 correct?
5    A    That is correct.
6         DR. PLYMALE:
7         And I want to mark this as
8 Exhibit 22, which is a printout from the
9 Secretary of State.
10 EXAMINATION BY DR. PLYMALE:
11   Q    That lists Drug Research Services,
12 Inc. as active and in good standing as of
13 yesterday?
14   A    Correct.
15   Q    Is that correct? So it still exists?
16   A    In that there are -- first of all, I
17 can't completely close it, because I have to
18 maintain the records for drug companies for a
19 long, long period of time, and before I can
20 even begin considering eliminating those files
21 I have to contact each drug company
22 individually, and as you know, you mentioned I
23 have done over a hundred -- I've done 190
24 studies.
25         That means I'd have to send out 190

1  letters to the drug companies, asking them if
2  it's okay for me to destroy those files.
3  Well, since Katrina when this whole thing shut
4  down -- and basically, by shut down I mean we
5  lost all our patients, I lost all my
6  coordinators.  I still had overhead but I had
7  no patient revenue coming in.
8          I still had to do searches through
9  the files, to give the drug companies the data
10 that they needed to finalize these trials.  I
11 still had to maintain the company, but as far
12 as actively enrolling clinical trials and as
13 far as actively maintaining anything to do
14 with patients, there is no patient activity.
15 The only thing I have is, I have to keep it
16 open to keep those files alive, and once I've
17 gotten permission from the drug companies, I
18 will shut it down.  It will probably be
19 another ten years before it's completely no
20 longer anything, but yes.
21      Q    And as to the trials that were
22 interrupted by Katrina, did you receive any
23 revenue post-Katrina for any of those trials?
24      A    For the patients that I completed?
25      Q    Completed or didn't complete.