## Curriculum Vitae

## DAVID R. SILVERS, M.D., FACP, FACG. FAGA

| | |
|---|---|
| Office Address: | 4228 Houma Boulevard, Suite 120 |
| | Metairie, Louisiana 70006 |
| | (504) 456-6701 |

| | |
|---|---|
| Research Address: | Drug Research Services, Inc. |
| | 4228 Houma Boulevard, Suite 120 |
| | Metairie, LA 70006 |
| | (504) 456-1433 |
| | Closed Operations: 5/21/2007 |

Procedure Facility:

| East Jefferson General Hospital | MGA GI Diagnostic and |
|---|---|
| Endoscopy Unit | Therapeutic Center |
| 4200 Houma Blvd. | 3333 Kingman Ave.- 202 |
| Metairie, LA 70006 | Metairie, LA 70006 |

Alliance Endoscopy Center – 3717 Houma Blvd., Suite 200 – Metairie, LA 70006

| | |
|---|---|
| Place of Birth: | New Orleans, Louisiana |
| Date of Birth: | April 20, 1951 |
| Marital Status: | Married |
| Undergraduate Training: August 1972 | B.A. (English) with Honors Tulane University New Orleans, Louisiana |
| Graduate Training: June 1977 | M.S. (Biological Sciences-Physiology) University of New Orleans, Louisiana |
| June 1979 | M.D. Tulane University School of Medicine New Orleans, Louisiana |
| Postgraduate Training: 1979-1982 | Internship and Residency Internal Medicine Baylor College of Medicine Houston, Texas |
| 1982-1984 | Fellowship in Gastroenterology Baylor College of Medicine Houston, Texas |

Curriculum Vitae
David R. Silvers, M.D.
Page Two

| | |
|---|---|
| June 16, 1984 | Gastrointestinal Endoscopy Training Program<br>Baylor College of Medicine<br>Department of Medicine, Section of Gastroenterology<br>Houston, Texas |
| Medical Licensure and<br>Certification: | American Board of Internal Medicine<br>(88055)          September 15, 1982<br>American Board of Internal Medicine<br>Subspecialty of Gastroenterology<br>(88055)          November 7, 1989<br>BCLS Course, September 1994 – September 1995<br>ACLS Provider Course, Sept. 1994-95, Oct. '99 – September 2007<br>Louisiana Medical License<br>(15320)          June 14, 1979<br>Texas Medical License<br>(G-0541)          June 15, 1981 |
| Memberships: | Fellow, June 21, 1998 American College of Gastroenterology (FACG)<br>Orleans Parish Medical Society<br>     Marketing Committee Member, January 1988 - 1992<br>     Public Relations Committee, December 1990 - 91<br>     Representative to the Louisiana State Medical Society<br>     Committee on Public Relations, January 1, 1990 – May 31, 1991<br>Jefferson Parish Medical Society, September 1992<br>     Membership Liaison Committee<br>Louisiana State Medical Society<br>     Alternate, House of Delegates, 1994 - 96<br>Southern Medical Association<br>American Gastroenterology Association<br>American Society of Gastrointestinal Endoscopy<br>American Society for Parenteral and Enteric Nutrition (ASPEN)<br>Associates of Clinical Pharmacology<br>Reproductive Resources, Semen Bank, Medical Advisory<br>     Committee Member<br>The Phi Chi Medical Fraternity Alumnus<br>Louisiana Chapter Medical Advisory Committee<br>Crohn's & Colitis Foundation, July 1, 1996 - Present<br>     Committee Member<br>American Medical Association, 1984 - Present<br>Louisiana Chapter of CCFA, Inc., 1997 Leadership Award<br>Fellow, January 2004 - American College of Physicians (FACP)<br>Fellow, May 21, 2006 – American Gastroenterological Association (AGAF) |

Curriculum Vitae
David R. Silvers, M.D.
Page Three

| | |
|---|---|
| <u>Academic Appointments</u>:<br>(continued) | Clinical Preceptor<br>Tulane University School of Medicine<br>Department of Community Medicine<br>September 1985 – December 1990<br>September 1995 - present |

Clinical Instructor
Tulane University Students
January 1, 1996 – Present

Clinical Assistant Professor
Department of Medicine
Tulane University School of Medicine
September 1997 – June 2006

<u>Positions</u>:

Private Practice – Gastroenterology
May 1, 1992 – Present

Mahorner Clinic
Kenner, Louisiana
Staff Physician, August 1984 – April 1992
Chief, Gastroenterology Department, August 1984 – April 1992
Secretary – Treasurer, April 1987 – April 1992

Orleans Parish Criminal Sheriff's Office
Medical Director, September 1984 – January 1987

Medical Director, Informed Video Consent, Inc.
January 1, 1993 – December 1, 1995

President, Drug Research Services, Inc.
January 1, 1995 – Present

<u>Hospital Affiliations</u>:

KENNER REGIONAL MEDICAL CENTER
Kenner, Louisiana
Active Staff, 1986 – December 31, 2003
Courtesy Staff, January 1, 2004 – October 21, 2004

Chief of Staff, January 1, 1991 – December 31, 1992

Member of the Board, January 1, 1990 – December 31, 1992

Curriculum Vitae
David R. Silvers, M.D.
Page Four

KENNER REGIONAL MEDICAL CENTER (Cont)

Hospital Affiliations:          Chairman, Credentials Committee, January 1 – December 31, 1990
(continued)

                                Emergency Committee, January 1, 1989- December 31, 1990
                                January 1 – December 31, 1993

                                Executive Committee, Jan. 1, 1989 – Dec. 31, 1990
                                January 1, - December 31, 1998

                                Chief, Gastroenterology Section, January 1987 – December 2002

                                Medicine Department, Quality Assurance Committee
                                Member, 1990
                                Chairman January 1, 1993 – January 1, 1995

                                Institutional Review Board, Scientific Voting Member
                                January 1, 1987
                                Chairman, January 1, 1989 – December 31, 1992

                                Chairman, Pharmacy and Therapeutics Committee
                                January 1986 – December 1986
                                January 1990 – December 1992
                                January 1993 – December 1995

                                Medical Director, Rader Institute Eating Disorder Center
                                January 1987 – December 1989

                                Chairman, Skilled Nursing Unit Committee
                                January 1, 1990 – December 31, 1990

                                Director, Special Procedures Unit
                                July 1985 – January 1987

                                Chairman, Nutrition Committee
                                January – December 2000

                                Chairman, Utilization Review Committee
                                January 1, 1990 – December 31, 1990
                                January 1, 1995 – December 31,  1997

                                Utilization Management Committee, Member
                                January 1995 – December 1997

Curriculum Vitae
David R. Silvers, M.D.
Page Five

Hospital Affiliations
(continued)

KENNER REGIONAL MEDICAL CENTER (Cont.)

Chairman, Medical Records Committee
August 1, 1990 – December, 31, 1990

President, Kenner Independent Physicians Association (KIPA)
January 1995 – December 1997

Board Member, People's Health Network PHO
January 1995 – December 1997

Chairman, People's Health Network, Quality Process Committee,
Subcommittee on Standardization, September 1996 – September 1998

Board Member, People's Health Network, Utilization Management
Committee, July 1996 – July 2000

Board Member, People's Health Network Quality Process Committee,
July 1996 – July 2000

Board Member, Columbia Physicians Hospital Organizational Committee,
September – December 1996

EAST JEFFERSON GENERAL HOSPITAL
Metairie, Louisiana
Active Staff, May, 1996 – Present

Chairman, Endoscopy Committee, Jan. 1 – Dec. 31, 1995

Member, Endoscopy Committee, Jan. 1, 1994 – Present

Peer Review Committee Member, Jan. 1, 1990 – Dec. 31, 1992

Chairman, Nutritional Committee, Jan. 1, 1996 – Jan. 1, 1998

Chief Division of Gastroenterology, Jan. 1, 2004 – Jan. 1, 2006

Board of Directors Committee, Jan. 1, 2006 – Present

Joint Conference Committee, Jan. 1, 2006 - Present

Curriculum Vitae
David R. Silvers, M.D.
Page Six

DOCTORS HOSPITAL OF JEFFERSON (ceased operation)
Metairie, Louisiana
Active Staff, December 1989 – October 27, 2004

<u>Hospital Affiliations</u>:
(Continued)

ELMWOOD MEDICAL CENTER  (ceased operation)
Jefferson, Louisiana
Courtesy Staff, January, 1990 – December 31, 1996

LAKESIDE HOSPITAL renamed Tulane-Lakeside Hospital 8/1/2005
Metairie, Louisiana
Courtesy Staff, 1991 – April, 1992
Active Staff, May 1, 1992 – February 1, 2006

Director, Clinical Research Center, May 1, 1992

Member, Quality Care Committee, 1993 – 1994,
January 1, 1995 – January1, 1996

Chairman, Department of Medicine, 1995-1996

Member, Department of Medicine, 1995 - 1996

Member, Executive Committee, 1995 - 1996

Vice, Chief of Staff, December 1, 2003 – December 31, 2004

TOURO INFIRMARY
New Orleans, Louisiana
Associate Staff, September, 1984 – January, 1996

LIFECARE HOSPITAL OF NEW ORLEANS
New Orleans, Louisiana
Courtesy Staff, September 29, 1999 – October 31, 2004

PHYSICIANS HOPITAL OF NEW ORLEANS
New Orleans,  Louisiana
Courtesy Staff, January 28, 1998 – present

SELECT SPECIALITY HOSPITAL
Metairie, Louisiana
Active Staff, April 24, 2002 - 2006

Curriculum Vitae
David R. Silvers, M.D.
Page Seven

|                        |                                                                                          |
|------------------------|------------------------------------------------------------------------------------------|

RIVER PARISH HOSPITAL
Laplace, Louisiana
Courtesy Staff, January 1, 2004-present

<u>Community Service</u>:        Congregation of Chevra Thilim
Board of Director, January 1, 1992 – December 31, 1995

St. Jude Family Health Foundation
Chairman, Advisory Board, June 1, 1991 – December 31, 1994

Tulane University Medical Center, Foundations in Medicine Program,
Community Preceptor, 1997-98

GulfSouth Pharmacy & Therapeutic Committee, June 1999 - present

East Jefferson General Hospital
Blood Donor

<u>Publications</u>:        U.N.O. Masters Thesis – "The Response of Rat Serum
Lipoproteins to Epinephrine Induced Release from the Liver," 1977

Silvers, D.R., Hollinger, F.B., Alpert, E., "Immunologic Mechanisms in
Hepatic Diseases,"
Gastrointestinal Immunity for the Clinician. (Mayo Foundation). Roy G.
Sharter, Joseph B. Kirsner, eds.
Grune & Straton, 1985, pp 249-258.

"Lansoprazole for One Year Prevents Recurrence of
Duodenal Ulcer," Presentation to Poster Session of the
American Gastroenterologic Association
Digestive Disease Week, May 1994.

"Prevention of Duodenal Ulcer Recurrence with 15 mg Lansoprazole: A
Double-Blind Placebo-Controlled Study,"1996 GUT (TAP Holdings)

Tap San, The Journal of the Vietnamese Physician-Dentist & Pharmacist
Association of Louisiana. "H.pylori," September, 1996

"Domperidone Improves Health-Related Quality of Life (HRQOL) in Patients
with Gastrointestinal Symptoms Associated with Diabetic Gastroparesis,"
EMM.Quigley, Omaha, NE: N.Kline Leidy, M.Murray, Bethesda, MD; D.
Silvers, Metairie, LA; M.Kipnes, San Antonio, TX; V.Broadstone, Louisville,
KY; D. Patterson, Seattle, WA; R. McCallum, Kansas City, KS, <u>C. Farup</u>,
Titusville, NJ, May 11-14, 1997

Curriculum Vitae
David R. Silvers, M.D.
Page Eight

Publications (Cont.)

"Does Gastric Emptying Status in Patients with Diabetes Influence the Effectiveness of Domperidone? ," D. Patterson, Seattle, WA; D. Silvers, Metairie, LA; M. Kipnes, San Antonio, TX; V. Broadstone, Louisville, KY; EMM. Quigley, Omaha, NE; R. McCallum, Kansas City, KS; A. Joslyn, Titusville, NJ, May 11-14, 1997

"Domperidone Significantly Improves Gastrointestinal Symptoms Associated with Diabetic Gastroparesis," D. Silvers, Metairie, LA; M. Kipnes, San Antonio, TX; V. Broadstone, Louisville, KY; D. Patterson, Seattle, WA; EMM. Quigley, Omaha, NE; R. McCallum, Kansas City, KS; A. Joslyn, Titusville, NJ, May 11-14, 1997

Efficacy and Safety of Cisapride 20 mg bid for Preventing Symptoms of Gastroesophageal Reflux Disease Induced by a Provocative Meal: A Randomized, Double-Blind, Placebo-Controlled Trial, D.Castell, M.D., D. Silvers, M.D., T. Littlejohn, M.D., W. Orr, Ph.D., J. Napolitano, R.N., L. Jokubaitis, M.D., CIS-USA-89 Study Group
Presented at ACG 1997 Rejected from Archives of  Internal Medicine
Currently trying to get published elsewhere

"Domperidone in the Management of Symptoms of Diabetic Gastroparesis: Efficacy, tolerability, and Quality-of-Life Outcomes in a Multi-center Controlled Trial", D. Silvers, M. Kippes, V. Broadstone, D. Patterson, E. M. M. Quigley, R. McCallum, N. K. Leidy, C. Farrup, Y. Liu, A.

Joslyn, and the DOM-USA-5 Study Group, *Clinical Therapeutics* , 20:438-453, May-June, 1998.

"Diverticulitis of the Esophagus: An Uncommon Etiology of Non-Cardiac Chest Pain," Presentation to Poster Session of the American College of Gastroenterology: S. Pollack, M.D., D. Silvers, M.D.,FACG, Tulane University Health Sciences Center
ACG Annual Meeting, October 2005

"Extramedullary Plasmacytoma of the Rectum Diagnosed by Endoscopy: Case Study and Review of the Literature," Presentation to Poster Session of the American College of Gastroenterology: S. Pollack, M.D., D. Silvers, M.D., FACG, Tulane University Health Sciences Center
ACG Annual Meeting, October 2005

Curriculum Vitae
David R. Silvers, M.D.
Page Nine

Lectures & Presentations:

| | |
|---|---|
| September 19, 1987 | Presented Lecture on Drug Induced Gastritis. Tri County Medical Staff Meeting, Tyler, Texas<br>Sponsored by CIBA Medical lectures |
| May 15, 1994 | Presentation of Poster Session at Digestive Disease Week Entitled "Lansoprazole for One Year Prevents Recurrence of Duodenal Ulcer" in Coordination with TAP Pharmaceuticals, Inc. Presented to the American Gastroenterological Association. |
| September 16, 1994 | "Current Concepts in Gastroesophageal Reflux Disease and Motility," Louisiana Association of Physician Assistants Annual Meeting, Royal Sonesta Hotel, New Orleans, LA |
| October 14, 1994 | "Indications for Upper and Lower Endoscopy," Promoting Cardiovascular and Gastrointestinal Wellness: Strategies for the Physician Meeting, Lakeside Hospital, Metairie, LA |
| April 5, 1995 | "Reflux Disease, the New Current Treatments," Esperaza's, Luling, LA, Sponsored by Janssen Pharmaceutical |
| May 5, 1995 | "Gastrointestinal Disorders," East Jefferson General Hospital, GI Dept., Metairie, LA |
| June 3-4, 1995 | "Prescribing Decisions in Acid-Peptic Disorders," Atlanta, GA, Sponsored by TAP Pharmaceuticals |
| July 20, 1995 | "Evaluation & Management of Heartburn and Ulcers," Lakeside Hospital, Metairie, LA |
| August 22, 1995 | "Prevacid," Talk for Abbott, Andrea Restaurant, Metairie, LA, St. Bernard Parish Medical Society |
| August 24, 1995 | "Scientific Presentation: H.pylori," Ruth's Chris Steak House, Metairie, LA, Sponsored by G.D. Searle & Co. |
| August 25-27, 1995 | "Varied Topics: Gastroenterology," University of South Alabama, Marriott Hotel, Point Clear, AL, Sponsored by Astra/Merck |
| September 14, 1995 | "New Topics in PUD," Bella Luna Restaurant, New Orleans, LA, TAP Pharmaceuticals |

Curriculum Vitae
David R. Silvers, M.D.
Page Ten

<u>Lectures & Presentations</u>
(Continued)

| | |
|---|---|
| October 27, 1995 | "GI Disorders in Obstetric Patients," LSU Medical Center Talk, Tulane Avenue, New Orleans, LA |
| October 28, 1995 | "Erosive UGI Disease," The Louisiana Academy of Physician Assistants. Royal Sonesta Hotel, New Orleans, LA, Sponsored by Astra/Merck |
| November 4, 1995 | "Prescribing Decisions in Acid-Peptic Disorders," Co-Co Marina Restaurant – Chauvin, LA Presentation for TAP Pharmaceuticals/Abbott Laboratories |
| November 9, 1995 | "Advances in Treatment of Gastrointestinal Disorders," Elmwood Medical Center Jefferson, LA |
| December 12, 1995 Metairie, LA | "Prescribing Decisions in Acid-Peptic Disorders," Ruth's Chris Steak House Presentation for TAP Pharmaceuticals/Abbott Laboratories |
| April 18, 1996 | "Inflammatory Bowel Disease," Lakeside Hospital Metairie, LA |
| April 19, 1996 | Family Practice Update in New Orleans "Peptic Ulcer Disease: New Strategy for Therapy," Fairmont Hotel, New Orleans, LA |
| June 1, 1996 | Presentation for TAP Pharmaceutical, Inc. and Abbott Laboratories, "Prescribing Decisions in Acid-Peptic Disorders," Co-Co Marina, Chauvin, LA |
| June 6, 1996 | "Maintenance of Erosive Esophagitis & Esophageal Disorders," NOLA Restaurant, New Orleans, LA TAP Pharmaceuticals & Abbott Laboratories |
| June 16, 1996 | Louisiana Academy of Family Physicians "Duodenal Ulcer New Strategies for Treatment," Sandestin Beach Hilton, Destin, FL |
| July 18, 1996 | "Advances in Macrolide Therapy," Ruth Chris Steak house, Metairie, LA Sponsored by Abbott Laboratories |
| August 22, 1996 | "Advances in Macrolide Therapy," Italian Grill, Metairie, LA Sponsored by Abbott Laboratories |
| September 17, 1996 | "Advances in Macrolide Therapy," Petroleum Club, Morgan City, LA Sponsored by Abbott Laboratories |

Curriculum Vitae
David R. Silvers, M.D.
Page Eleven

<u>Lectures &  Presentations</u>
(Continued)

| | |
|---|---|
| December 4, 1996 | "Update on H. pylori and Peptic Ulcer Disease," Evangeline Parish Medical Society, Ville Platte, LA Glaxo Wellcome, Inc. |
| March 15, 1997 | "Participating in Clinical Trials of New IBD Therapy in a Private Practice Setting," St. Patrick Hospital, Lake Charles, LA Sponsored by The Crohn's and Colitis Foundation of America, Inc. |
| October 9, 1997 | "IBS and Other GI Motility Disorders," Louisiana Academy of Physicians Assistants Royal Sonesta Hotel, New Orleans, LA |
| October 31, 1997 | "Cisapride 20 mg bid Prevents Heartburn and Reduces the Severity of Other Meal-Related Symptoms Following Ingestion of a Fatty Meal," American College of Gastroenterology |
| July 7, 1998 | "Opiad Induced Constipation and Treatment with Naloxone." Roxane Laboratories, Inc. for FDA hearings held at FDA, Rockville, Maryland |
| October 7, 1998 | "Domperidone Relieves Diabetic Gastropathy Symptoms Regardless of Age," American Osteopathic Association Annual Convention and Scientific Seminar, New Orleans, LA |

Curriculum Vitae
David R. Silvers, M.D.
Page Twelve

<u>CONTINUING MEDICAL EDUCATION:</u>

| | |
|---|---|
| June 24-26, 1988 | Carafate Investigators Meeting, Sawgrass, Ponte Vedra Beach, FL |
| January, 1988 – Present | Weekly Medical Conference, Cardiology Conference and CPC Conference at St. Jude Medical Center or East Jefferson General Hospital |
| January 8-9, 1989 (8 hrs Category I) | "Perspectives on Upper GI Disease Management: Focus on H2 Receptor Antagonist Therapy" |
| February 10, 1989 (8 hrs AMA Category I) | "Evolving Concepts in GI/Hepatic Diseases" Sponsored by the A. Webb Roberts Center for Continuing Education, Baylor University Medical Center, Houston, TX |
| April 13-16, 1989 (4 hrs AMA Category I) | "Current Concepts in the Management of Cholelithiasis". George Washington University Medical Center, Washington, DC |
| August 18, 1989 | Regional Medical Advisory Committee Meeting, AMI Mid America Region |
| September 21-23, 1989 (CME Category I) | American Gastroenterological Association, Fall Postgraduate Course, Philadelphia, PA |
| October 21-22, 1989 | "Prevention of NSAID-Induced Gastric Ulcer", Tulane Medical Center, New Orleans, LA, Postgraduate Course of the American College of Gastroenterology, New Orleans, LA |
| October 23-25, 1989 | Annual Meeting of the American College of Gastroenterology, New Orleans, LA |
| May 7-11, 1990 | Family Practice Update in New Orleans, Sponsored by the Department of Family Medicine and the Office of Continuing Education, LSU School of Medicine, New Orleans, LA |
| July 6-8, 1990 | Transatlantic Conference on Acid/Peptic Disorders, Innisbrook Tarpon Springs, FL |
| August 5-26, 1990 | Update of Internal Medicine, Maui, HI |
| March 23-30, 1991 | Update of Internal Medicine, Whistler, Canada |

Curriculum Vitae
David R. Silvers, M.D.
Page Thirteen

<u>CME</u> (Continued)

| | |
|---|---|
| April 5-7, 1991 | Biliary Disease Diagnostic Challenges and Treatment Options, St. Petersburg, FL |
| April 19-21, 1991 | Transatlantic Conference on GI Disorders, Sponsored by Georgetown University School of Medicine, San Diego, CA |
| May 19-21, 1991<br>(36 hrs CME Category I) | Digestive Disease Week<br>New Orleans, LA |
| May 23-24, 1991 | Clinical Conference on Home Infusion Therapy, Sponsored by InterCare Health Services, Inc., Boston, MA |
| June 7-8, 1991 | Research Investigators Meeting for Evaluation of Lomefloxacin Vs. Ofloxacin in the Treatment of Uncomplicated Urinary Tract Infections in Females, Naples, FL |
| March 26, 1993<br>(8.5 hrs Category I AMA) | Rush-Presbyterian-St. Luke's Medical Center, Chicago, IL<br>"Advanced Endoscopic Skills and Current Issues in Gastroenterology: A Workshop with the Experts", Dallas, TX |
| May 14-15, 1994<br>(17 hrs Category I) | AGA/PG Course – Clinical Immunology and<br>Gastroenterology and Hepatology; from Bench to Bedside |
| May 15-18, 1994<br>(40 hrs Category I) | Attended the Digestive Week Annual Meeting |
| February 3-5, 1995 | NDA Update & Beyond: An Advisory Meeting for Investigators, San Diego, CA |
| February 19-24, 1995<br>((28 hrs Category I AMA) | Problems in Gastroenterology: A Clinical and<br>Pathological Approach, Snowmass, CO |
| March 9, 1995<br>((1 hr Category I) | Risk Management – Cobra Emergency Medicine<br>Institute, St. Jude Hospital, Kenner, LA |
| March 11, 1995<br>(3 hrs Category I) | New Research and Clinical Developments in IBD,<br>New Orleans, LA |
| June 3, 1995<br>(4 hrs Category I) | Point and Counterpoint in Digestive Disease,<br>University of Connecticut School of Medicine, Atlanta, GA |

Curriculum Vitae
David R. Silvers, M.D.
Page Fourteen

<u>CME</u> (Continued)

| | |
|---|---|
| July 20, 1995<br>(1 hr Category I) | Evaluation and Management of Heartburn and Ulcers,<br>Lakeside Hospital, Metairie, LA |
| September 7, 1995<br>(1 hr Category I) | Update on Treatment of Motility Disorders,<br>East Jefferson General Hospital, Metairie, LA |
| October 16-18, 1995<br>(1`8 hrs Category I) | 60th Annual Scientific Meeting of the American College of Gastroenter-<br>ology, The American College of Gastroenterology, New York, NY |
| November 11, 1995<br>(2 hrs Category I) | Hepatitis C – Communications Educational Material,<br>University of Texas Southwestern Medical Center, Dallas, TX |
| January 25, 1996<br>(1 hr Category I) | Helicobacter pylori and Ulcer Management in Primary<br>Care, Discovery International, Metairie, LA |
| February 22-25, 1996<br>(1 hr Category I) | Lansoprazole Helicobacter pylori Investigators Meeting:<br>The Diagnosis and Medical Management of Ulcerative Colitis, Part 1:<br>Ulcerative Proctitis, Scottsdale, AZ, Sponsored by the University of Chicago<br>Pritzker School of Medicine |
| March 14, 1996<br>(1 hr Category I) | Medical Malpractice Insurance Coverage Issues-<br>Medication Errors Risk Management Series for Physicians, Sponsored by<br>Lammico, East Jefferson General Hospital, Metairie, LA |
| April 18, 1996<br>(1 hr category I) | Inflammatory Bowel Disease, Lakeside Columbia Hospital,<br>Metairie, LA |
| April 15&19, 1996<br>(41 hrs Category I) | Family Practice Update in New Orleans, University School<br>of Medicine, New Orleans, LA |
| May 8, 1996<br>(0 hr Category I) | Malpractice Insurance Update Risk Management Series for<br>Physicians, Sponsored by Lammico, East Jefferson General Hospital,<br>Metairie, LA |
| May 13, 1996<br>(1 hr Category I) | The Diagnosis and Medical Management of Ulcerative<br>Colitis, Part 1: Ulcerative Proctitis, The University of Chicago |
| June 1, 1996<br>(0 hr Category II) | Prescribing Decisions in Acid-Peptic Disorders, Sponsored<br>by TAP Pharmaceuticals and Abbott Laboratories |

Curriculum Vitae
David R. Silvers, M.D.
Page Fifteen

<u>CME</u> (Continued)

| | |
|---|---|
| June 18&21, 1996<br>(0 hr Category II) | Duodenal Ulcer New Strategies for Treatment, LA<br>Academy of Family Physicians |
| September 17, 1996<br>(1 hr Category I) | Tumor Conference. Commission on Cancer of the<br>American College of Surgeons, East Jefferson General Hospital, Metairie, LA |
| September 20-22, 1996<br>(0 hr) | Tritec and H.pylori Speaker Training Meeting, Sponsored<br>by Glaxo Wellcome, Dallas, TX |
| November 1-3, 1996<br>(0 hr) | Biaxin Advisory Meeting, Sponsored by Abbott<br>Laboratories, Kiawah Island, SC |
| October 25-26, 1996<br>(4 hr Category I) | The Columbia LA Division PHO Symposium, Tulane<br>University Medical Center |
| January 18, 1997<br>(4 hr Category I) | Gastroenterology and Hepatology Update 1997, Tulane<br>University Medical Center, Chateau Sonesta Hotel, New Orleans, LA |
| February 10-14, 1997<br>(1 hr Category I) | Medical-dental-Legal Update & Computers in Medicine,<br>Silver Lake Lodge, Park City, UT |
| April 25-26, 1997<br>(8 hrs Category I) | Alton Ochsner Medical Foundation, New Directions in<br>Management of Chronic Liver & Hepatobiliary Disease, Fairmont Hotel, New<br>Orleans, LA |
| May 10-11, 1997<br>(16 hrs Category I) | The American Gastroenterological Association (AGA) 1997<br>Spring Postgraduate Course, National Bldg. Museum, Washington, DC |
| May 11, 1997<br>(1.5 hrs Category I) | Historical Highlights of Acid Control-From Beaumont to<br>Molecular Biology, National Bldg. Museum, Washington, DC |
| May 12-15, 1997<br>(10.5 hrs Category I) | The American Gastroenterological Association (AGA)<br>1997 Digestive Disease Week |
| July 1, 1977 –<br>July 30, 1998<br>(1 hr Category 1 AMA)<br>(1 unit AAFP) | Tulane University  Medical Center, Center for Continuing<br>Education, 1997-1998 Internal Medicine After Hours Series |

Curriculum Vitae
David R. Silvers, M.D.
Page Sixteen

<u>CME</u> (Continued)

| | |
|---|---|
| August 4, 1997<br>(2 hrs Category I) | Helicobacter pylori: A Guide for Clinicians, The University of Southern California School of Medicine, AMA Physician's Recognition Award |
| September 23, 1997<br>(1 hr Category I) | Hepatitis A-Z, Tulane University Hospital & Clinic and The Clinical Associates Program, Paul J. Gaglio, M.D., Ruth's Chris Steak House, Metairie, LA |
| November 3-5, 1997<br>(18 hrs Category I) | 1997 Annual Scientific Meeting – ACG, Chicago Hilton Hotel and Towers, Chicago, IL |
| November 3, 1997<br>(1.5 hrs Category I) | Maintaining the Course of Ulcerative Colitis: Does and Don'ts of Maintenance Therapy, Sponsored by The IBD Forum of the Crohn's & Colitis Foundation of America & the University of Chicago, Chicago Hilton Hotel, Chicago, IL |
| March 12, 1998 | IBD Physiology and Update, Sponsored by Solvay Pharmaceuticals, Andrea's Restaurant, Metairie, LA |
| April 1, 1998<br>(1 hr Category I) | Protecting Physician Change in Healthcare, Louisiana Medical Mutual Insurance Company, Lakeside Hospital, Metairie, LA. |
| May 17-20, 1998<br>(16.5 hrs AGA,<br>5.5 hrs ASGE) | 1998 DDW Sessions, Digestive Disease Week, New Orleans, LA |
| May 19, 1998<br>(2 hrs Category I AMA) | New, Newer, Newest-IBD Experts' Perspective on the Hottest DDW Abstracts, Sponsored by the Annenberg Center for Health Sciences, New Orleans Hilton, New Orleans, LA |
| June 9, 1998<br>(1 hr Category I) | Physician Liability Arising from Non-physician Providers, Louisiana Medical Mutual Insurance Company. |
| August 4, 1998<br>(1 hr Category I) | Emergency Room Malpractice Risks for all Specialists Louisiana Medical Mutual Insurance Company. |
| August 6, 1998<br>(17 hrs AMA) | American Gastroenterological Association, 1998 Spring PG Course Bethesda, Maryland |

Curriculum Vitae
David R. Silvers, M.D.
Page Seventeen

<u>CME:</u> (Cont.)

| | |
|---|---|
| November 19, 1998<br>(1 hr Category I AMA) | Malignant Lymphoma/Carcinoid Lung & Stomach,<br>I. Ricardo Martinez, Jr. M.D., Ph.D., East Jefferson General Hospital,<br>Metairie, LA |
| January 1 -<br>December 31, 1998<br>(1 hr Category 1 AMA) | East Jefferson General Hospital, Continuing Medical Education<br>Activities, 1998, Metairie, LA |
| February 8-12, 1999<br>(20 hr Category 1) | 1998-1999 Medical-Dental-Legal Update, Park City, UT |
| March, 1999<br>(.50 hr Category 1 AMA) | Primary Care Physicians GI Initiative: Vol 1 No 1, Scientific<br>Exchange Inc., Stamford CT |
| June 4, 1999<br>(1 hr Category 1 AMA) | Consults in Gastroenterology, Dannemiller Memorial Education<br>Foundation, San Antonio, TX |
| September, 1999<br>(1 hr Category 1 AMA PRA) | Guidelines for Ordering & Billing of Diagnostic Services,<br>Tulane University Medical Center, Center for Continuing<br>Educaiton, New Orleans, LA |
| October 17, 1999<br>(2 hrs Category 1 AMA) | Decisions in Acid Peptic Disease, Rush-Presbyterian-St. Luke's<br>Medical Center, Phoenix, AZ |
| October 18, 1999<br>(1 hr Caterogy 1 AMA) | The Hypopharynx: The Next Frontier for Gastroentestinal<br>Endoscopy, Medical Education Resources, Inc., Phoenix, AZ |
| October 18, 19, 20, 1999<br>(18 hrs Category 1) | 1999 Annual Scientific Meeting, American College of<br>Gastroenterology, Phoenix, AZ |
| December 1, 1999<br>(1 hr Category 1 AMA) | Medicare Fraud: Avoid Becoming a Victim, Louisiana State<br>Medical Society, Educational & Research Foundation and Jefferson<br>Parish Medical Society, Metairie, LA |
| December 15, 1999<br>(1 hr Category 1 AMA) | Hepatitis Update, Vol 1, Issue 4, Foundation for Care Management |

Curriculum Vitae
David R. Silvers, M.D.
Page Eighteen

<u>CME:</u> (Cont.)

CONTINUING MEDICAL EDUCATION:

| | |
|---|---|
| January 18, 2000<br>(0.5 hrs Category 1 AMA) | Program Management Service:<br>Scientific Exchange: PCP GI Initiative |
| January 20, 2000<br>(1 hr Category 1 AMA) | Safety and Efficacy of Proton Pump Inhibitors: Current Therapeutic Role<br>Dannemiller Memorial Educational Foundation, San Antonio, TX |
| February 28 –March 6, 2000<br>(20 hrs.) | The 1999-2000 Medical-Dental Legal Update, Park City, UT |
| March 15, 2000<br>(1 hr Category 1 AMA) | Complementary Alternative Medicine as it Relates to Medical Malpractice<br>Lammico |
| May 31, 2000<br>(1 hr Category 1 AMA) | Chronic Hepatitis Pathology for Dummies & Hepatitis B is Important<br>Treatment of Chronic Hepatitis B Infection & Vaccination for Hepatitis B<br>Foundation for Care Management |
| June 28, 2000<br>(1 hr Category 1 AMA) | Medical Electronic Privacy: The Federal Mandate<br>Lammico |
| June 30, 2000<br>(1.5 hrs Category 1 AMA) | "Confronting the Growing Threat of Hepatitis C: A New Call to Action"<br>Projects In Knowledge, Secaucus, New Jersey |
| July 25, 2000<br>(1.5 hrs Category 1 AMA) | New Horizons in Acid Suppression Therapy<br>Eisai Inc. and Janssen |
| September 12, 2000<br>(1 hr Category 1 AMA) | Practice Steps to Avoid Fraud and Abuse<br>Lammico |
| September 26, 2000<br>(1.0 hrs Category 1 AMA) | Management of Steroid Dependent Crohns Disease<br>Dannemiller Mem. Educational Foundation<br>San Antonio, TX |
| September 27, 2000<br>(64 hrs Category 1 AMA) | AGA Digestive Disease Self Education Program<br>ACCME |

Curriculum Vitae
David R. Silvers, M.D.
Page Nineteen

CME (continued)

| | |
|---|---|
| October 16-18, 2000<br>(18 hrs Category 1) | 2000 Annual Scientific Meeting, American College of Gastroenterology,<br>New York, New York |
| January 1, 2001<br>(18hrs Category 1 AMA) | Medical-Dental Legal Update<br>ACCME: American Educational Institute |
| January 25, 2001<br>(4 hrs Category 1 AMA) | New Diagnostic Management & Strategies for IBD<br>ACCME |
| February 22, 2001<br>(1 hr Category 1 AMA) | Why Patients Become Plantiffs<br>LAMMICO |
| June 29, 2001<br>(3.75 hrs Category 1 AMA) | Customizing Treatment for Patients with HCV Infection<br>ACCME Projects in Knowledge & Schering |
| August 1, 2001<br>(1.0 hrs Category 1 AMA) | Gastroenterology Grand Rounds Sessions for 2001<br>Diverticular Abcess/Abdominal Pain, Nausea & Vomiting |
| August 9, 2001<br>(1.5 hrs Category 1 AMA) | Reducing GI Complications: Advances in Acid Suppression Therapy<br>Dannemiller Foundation |
| August 14, 2001<br>(1 hr Category 1 AMA) | Legislative Update<br>LAMMICO |
| September 5, 2001<br>(1 hr Category 1 AMA) | GI Grand Rounds for 2001<br>Cholesterol Cyst/Ischemic Bowel w/ Persistent Abdominal |
| September 19, 2001<br>(2 hrs Category 1 AMA) | Strategies for the Management of HIV/HCV Coinfection II<br>Projects in Knowledge |
| September 21, 2001<br>(1 hr Category 1 AMA) | Management Strategies in Acid-Related GI Disease<br>ACCME – Cleveland Clinic Foundation Ctr. |
| September 25, 2001<br>(4 hrs Category 1 AMA) | Corporate Compliance Sessions for EJGH Physicians in 2002<br>East Jefferson Gen. Hospital |
| October 3, 2001<br>(1 hr Category 1 AMA) | GI Grand Rounds Sessions for 2001<br>Colo-Hepatic Fistula/Carcinoid of Terminal Ileum |

Curriculum Vitae
David R. Silvers, M.D.
Page Twenty

CME: Continued

| | | |
|---|---|---|
| November 7, 2001<br>(1 hr Category 1 AMA) | GI Grand Rounds Sessions for 2001<br>Liver Mass/Colon Fistula After Chemotherapy | |
| November 7, 2001<br>(4 hrs Category 1 AMA) | The Art of Active Listening<br>Medical Educational Resources | |
| November 15, 2001<br>(2 hrs Category 1 AMA) | The Cox-2 Selective Drugs Improving GI Safety<br>The Institute for Medical Education | |
| December 5, 2001<br>(1 hr Category 1 AMA) | GI Grand Rounds Sessions for 2001<br>FNH of Liver in Young Women/Biliary Lesion-Obstruction | |
| February 4, 2002<br>(3hrs Category 1 AMA) | 2001-02 Infor Med Update for Texas Physicians<br>ACCME | |
| February 11-15, 2002<br>(18 hrs Category 1 AMA) | 2001-02 Medical Dental Legal Update<br>ACCME, Denver, CO | |
| February 18, 2002<br>(2 hrs Category 1 AMA) | Maximizing IBD Therapeutic Efficacy: Changing Perceptions<br>ACCME, Pritzker School of Medicine | |
| March 6, 2002<br>(1 hr Category 1 AMA) | LAMMICO: Informed Consent Update<br>Lammico – East Jefferson Gen. Hospital | |
| March 19, 2002<br>( 1.5 hrs Category 1 AMA) | Colonic Disease<br>ACCME | |
| April 6-7, 2002<br>(8 hrs Category 1 AMA) | ACG/FGS<br>Destin, Florida | |
| April 15, 2002<br>(1 hr Category 1 AMA) | Stress Ulcer Prophylaxis in the ICU: Clinical Controversies & Advances<br>UMDNJ | |
| April 24, 2002<br>(1 hr Category 1 AMA) | PEPP Presentation<br>East Jefferson Gen. Hospital | |
| May 17-23, 2002<br>(19.25 hrs Cat. 1 AMA) | Digestive Disease Week<br>San Francisco, California | |
| May 19, 2002<br>(14.0 hrs Cat. 1, AMA) | DDW: AGA Spring Postgraduate Course<br>San Francisco, California | |

Curriculum Vitae
David R. Silvers, M.D.
Page Twenty-one

CME: Continued

| | |
|---|---|
| May 20, 2002<br>(1.5 hrs Cat. 1, AMA) | DDW: FAQS and Fiction in Managing IBD<br>San Francisco, California |
| May 30, 2002<br>(0.5 hrs Category 1 AMA) | Case Studies in GERD<br>ACCME – East Jefferson Gen. Hospital |
| June 18, 2002<br>(1.0 hrs Cat. 1, AMA) | HIPAA Privacy: The Basicas<br>Lammico – East Jefferson Hospital |
| August 13, 2002<br>(1.0 hrs Cat. 1, AMA) | Endur/Intravenous Conscious Sedation Self-Study Module<br>East Jefferson Hospital |
| September 14, 2002<br>(5.0 hrs Category 1 AMA) | GI Masters: Healing Horizons in Acid Reflux<br>Disease<br>ACCME: The Cleveland Clinic Foundation Ctr. |
| September 30, 2002<br>(1.0 hrs Category 1 AMA) | Carolina Digestive Health Association<br>ACCME: Centacor (Remicaid)<br>Dickie Brennan's, New Orleans, LA |
| November 6, 2002<br>(1.0 hr Category 1 AMA) | GI Grand Rounds Session in Pseudo-Myxoma Peritonei & Rectal-Vesicle<br>Fistula @ East Jefferson Hospital |
| November 21, 2002<br>(1.0 hrs Category 1 AMA) | Chronic Hepatitis C – Treatment Update<br>LSU Health Science Center & Astra-Zeneca<br>Muriel's Restaurant, New Orleans, LA |
| January 2003<br>(20.0 hrs Category 1<br>ACCME) | Medical-Dental Legal Update<br>American Education Instutue |
| January 6, 2003<br>(2.0 hrs Category1<br>PRA-AMA) | SCOPE – December 2002 Newsletter, Issue #4<br>CME Consultants |
| February 10, 2003<br>(1.5 hrs Category 1 AMA) | ACG 67th Annual Scientific Meeting – IBD<br>Colorectal Cancer<br>MEC |

Curriculum Vitae
David R. Silvers, M.D.
Page Twenty-two

CME: Continued

| | |
|---|---|
| February 10, 2003<br>(2.0 hrs Category 1 AMA) | The Art of Managing IBD<br>University of Chicago – Division of Biological Science and<br>Pritcker School of Medicine |
| February 12, 2003<br>(1 hr Category 1 AMA) | Clinical Manifestations of Gerd<br>UMDNJ |
| February 13, 2003<br>(1.0 hrs Category 1 AMA) | Medical Liability Risk in Louisiana<br>LAMMICO @ E.J Hospital |
| February 20, 2003<br>(0.5 hrs Category 1 AMA) | Strategies for Immediate and Long Term Success in Acid-Related<br>Disorders<br>PIM (Postgraduate Institute for Medicine) |
| March 11, 2003<br>(1.0 hrs Category 1 AMA) | A New Look at H. Pylori: Understanding the Issues and Improvement<br>Treatment Options<br>RUSH Medical College |
| March 14-15, 2003<br>(6.0 hrs Category 1 AMA) | Regional Postgraduate Course<br>ACG Louisiana Gastroententerology Society<br>Hotel Monaco, New Orleans, Louisiana |
| May 22, 2003<br>(1.0 hr Category 1 AMA) | The Physician – Physician Assistant Team, Partners in Medicine<br>The Ochsner Clinic Foundation<br>Arnaud's Restaurant, New Orleans, Louisiana |
| September 3, 2003<br>(1.0 hr Category 1 AMA) | Gastroenterology Grand Rounds Meeting: Bile Duct Obstruction<br>Pyloric Stenosis<br>East Jefferson General Hospital, Metairie, Louisiana |
| December 29, 2003<br>(6.0 hrs Category 1 AMA) | American Educational Institute: Medical-Dental Legal Update<br>Park City, UT |
| February 2004<br>(14.0 hrs Category 1 AMA) | American Educational Institute: Medical-Dental Legal Update<br>Park City, UT |
| March 16, 2004<br>(1.0 R.M.) | LAMMICO: Lammico and You |

Curriculum Vitae
David R. Silvers, M.D.
Page Twenty-three

CME: Continued

| | |
|---|---|
| April 16, 2004<br>(4.0 hrs Category 1 AMA) | Medical Specialties Update<br>Lakeside Hospital – Cypress Cove Lodge & Marina<br>Venice, Louisiana |
| May 16-19, 2004<br>(23.0 hrs Category 1 AMA) | DDW 2004 – AGA<br>New Orleans, Louisiana |
| May 17, 2004<br>(2.5 hrs Category 1 AMA) | University of Kentucky: Advancing Treatment Paradigms in the Management<br>of Hepatitis C<br>New Orleans, Louisiana |
| May 18, 2004<br>(1.5 hrs Category 1 AMA) | Medical Educational Collaborative: Barrett's Dysplasia: Progress in the use of<br>Photodynamic Therapy (PDT)<br>New Orleans, Louisiana |
| May 20, 2004<br>(1.0 R.M.) | LAMMICO: Risk Management in the G.I. Setting |
| June 12, 2004<br>(.3 CEU) | DIA – New Challenges to IRBs, Sponsors, & Investigators<br>Washington, D.C. |
| June 17, 2004<br>(1.0 hr Category 1 AMA) | The Mount Sinai School of Medicine: The State of the Art in Management of<br>Inflammatory Bowel Disease Visiting Faculty Program |
| June 13, 2004<br>(3.25 hrs Category 1 AMA) | DIA – FDA Enforcement: What You Need to Know to Avoid or Respond to<br>the FDA Tutorial<br>Washington, D.C. |
| August 21, 2004<br>(11.75 hrs Category 1 AMA) | Medscape: DDW |
| November 13, 2004<br>(7.0 hrs Category 1 AMA) | The Institute for Advanced Medical Education: Endoscopic Sedation:<br>Preparing for the Future      New York, New York |
| December 20-24, 2004<br>(18.0 hrs Category 1 AMA) | American Educational Institute, Inc.: Medical-Dental Legal Update<br>(2005) |

Curriculum Vitae
David R. Silvers, M.D.
Page Twenty-four                        CME Continued:

| | |
|---|---|
| February 28, 2005<br>(1.5 hr Category 1 AMA) | Rush University Medical Center: Coping with the Complexities of IBS: Practical Aspects of Patient Management |
| March 3, 2005<br>(2.0 hrs Category 1 AMA) | Solvay Pharmaceuticals: Keck School of Medicine USC<br>Case Exchange        Ruth's Chris Steakhouse, Metairie, LA |
| May 2, 2005<br>(1.0 hr Category 1 AMA) | LAMMICO Web: Dismissing & Discharging Patients: The Risks Involved |
| May 2, 2005<br>(1.0 hr Category 1 AMA) | LAMMICO Web: Jousting, Chart Wars, Falling on the Sword: Avoid the Classics |
| May 2, 2005<br>(1.0 hr Category 1 AMA) | LAMMICO Web: The Non Compliant Patient: Prevention and Management |
| May 19, 2005<br>(1.25 hrs Category 1 AMA) | American College of Gastroenterology 69th Annual Scientific Meeting and Postgraduate Course – Gerd/Acid-Related Disorders<br>Medscape (internet) |
| May 20, 2005<br>(1.0 hr Category 1 AMA) | The Louisiana State Medical Society-Educational and Research Foundation and the Jefferson Parish Medical Society<br>"2005 Specialty Update" Barataria, Louisiana |
| October 15, 2005<br>(1.0 hrs Category 1 AMA) | UMDNJ Center of Continuing and Outreach Education: Spotlight on the Management of Chronic Constipation (Part I: Pathopysiology & Diagnostic Strategies) |
| November 8, 2005<br>(1.0 hr Category 1 AMA) | LAMMICO Web: Malpractice Claims: Effects & Responses |
| January 28, 2006<br>(4.0hr Category 1 AMA) | Physician Leadership Academy: "Breakthrough Negotiations Medical Staff Leadership by East Jefferson General Hospital. Windsor Court, New Orleans, LA |
| February 27 –<br>March 3, 2006<br>(16.0hrs Category 1 PRA AMA) | Medical-Dental Legal Update: American Educational Institute |
| June 26, 2006<br>(1.0hr AMA/PRA Cat 1) | The Louisiana State Medical Society: Journal of the Louisiana State Medical Society: "A 30-year old Man with Syncope and Melena" |

Curriculum Vitae
David R. Silvers, M.D.
Page Twenty-five                        CME Continued

| Cat 1 | | Physician Leadership Academy | EJ - @ Windsor Court "Break through Negotiations | 1/28/2006 | 4 |
|-------|-----|-----|-----|-----|-----|
| Cat 1 | AMA PRA | American Educational Institute | Medical-Dental Legal Update | 2/27/06 - 3/3/2006 | 16 |
| Cat 1 | AMA PRA | LA State Medical Society Journal | "A 30 year Old Man" | 6/26/2006 | 1 |
| Cat 1 | AMA PRA | MESG | "The Patient Centered Gastro Practice Newsletter" | 7/24/2006 | 1 |
| Cat 1 | AMA PRA | Ochsner Clinic Found | "New Orleans Academy of Internal Medicine Dinner" @ Ralph's on the Park | 9/15/2006 | 1.5 |
| Cat 1 | AMA PRA | Medscape | Contemporary Mgt of U.C. The Patients Perspective | 8/24/2006 | 2 |
| Cat 1 | AMA PRA | Medscape | New & Emerging Roles for TNF Antagonists in managing Crohns | 8/24/2006 | 2 |
| Cat 1 | AMA PRA | Medscape | Advances in Inflamm Bowel Dis Volume 1 | 8/24/2006 | 1.5 |
| Cat 1 | AMA PRA | Medscape | Nocturnal GERD: Definitions, DX & Evolving Treatment Directions | 8/24/2006 | 1.5 |
| Cat 1 | AMA PRA | Medscape | Digestive Disease Week 2006 – GERD Acid-Related Disorders | 8/24/2006 | 1.25 |
| Cat 1 | AMA PRA | Medscape | 56th Annual Mtg of the American Assoc for Study of Liver Diseases | 8/24/2006 | 1.75 |
| Cat 1 | AMA PRA | Medscape | Durability of Seroconversion in Hepatitis B: A Case-Based Approach | 8/24/2006 | 1.5 |
| Cat 1 | AMA PRA | Medscape | Medication Compliance & Avoiding Adverse Drug Reactions | 9/22/2006 | 1 |
| Cat 1 | AMA PRA | Medscape | The Power of a New Perspective on NSAID Complications | 9/22/2006 | 1 |
| Cat 1 | AMA PRA | Medscape | Protecting the GI Mucosa from Acid-Reflux & NSAID | 9/22/2006 | 1.5 |
| Cat 1 | AMA PRA | Medscape | Advances in Inflamm Bowel Dis Volume 2 | 10/3/2006 | 1.5 |
| Cat 1 | AMA PRA | Medscape | Advances in the Treatment of Crohns Disease | 10/3/2006 | 1 |
| Cat 1 | AMA PRA | Medscape | An Overweight 55-year old Man w/ Erectile Dysfunction & Hypertension | 10/3/2006 | 1.25 |

Curriculum Vitae
David R. Silvers, M.D.
Page Twenty-six                              CME Continued

| | | | | | |
|---|---|---|---|---|---|
| Cat 1 | AMA PRA | Medscape | Chlamydia Screening of Young Adults | 10/3/2006 | 0.75 |
| Cat 1 | AMA<br><br>PRA | Medscape | The Last Chance for Comfort: An update on Pain Mgt @ end life | 10/3/2006 | 2 |
| Cat 1 | AMA PRA | Medscape | The Benefits of Lowering LDL-C and Trigly - A Polypharmacologic | 10/3/2006 | 1 |
| Cat 1 | AMA PRA | LAMMICO | WEB: The "I'm Sorry" Legislation Lecture | 10/3/2006 | 1 |
| Cat 1 | AMA PRA | LAMMICO | WEB: Medical Records for Office Staff | 10/3/2006 | 1 |
| Cat 1 | AMA PRA | LAMMICO | WEB: Risk Mgt & Emergency Medicine | 10/3/2006 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| **2007** | | | | | |
| Cat 1 | AMA PRA | American Educational Institute | Medical-Dental Legal UPDATE | 2/19/07 - 2/23/2007 | 12 |
| Cat 1 | AMA PRA | ACG Louisian Gastro Soc | Regional Postgraduate Course InterCont'l Hotel, New Orleans, LA | 3/9-10/07 | 9 |
| Cat 1 | AMA PRA | Medscape | Advances in Ulcerative Colitis-Volume 3 | 12/31/2007 | 1 |
| Cat 1 | AMA PRA | Medscape | Advances in Ulcerative Colitis-Volume 3 | 12/31/2007 | 1 |
| Cat 1 | AMA PRA | Medscape | Moderate Sedation Administration for Nonanesthesiologists: The Scientific Basis of Save Clinl Pract | 12/31/2007 | 1.25 |
| Cat 1 | AMA PRA | Medscape | A Case-Based Discussion on Managing Crohn's Disease: Intergrating the New Generation of Anti-TNF-a Therapies | 12/31/2007 | 2 |
| Cat 1 | AMA PRA | Medscape A. Webb Roberts Center of Baylor | MedsiteCME: Evidence-Based Decisions for Individual & Combina Treatment of Mi-Mod U.C. | 6/4/2007 | 1 |
| Cat 1 | AMA PRA | Medscape | A 43-yr old Man w/ Progressively Worsening Pruritic Papules & a Hx of "Irritable Bowel) | 3/5/2007 | 0.25 |

Curriculum Vitae
David R. Silvers, M.D.
Page Twenty-Seven                    CME Continued:

| | | | | | |
|---|---|---|---|---|---|
| Cat 1 | AMA<br><br>PRA | Medscape | Conference Coverage: Selected Presentations From the 20th Annu Practical Approaches to the Tx of Obesity Jun 22-24 2006 | 3/5/2007 | 1 |
| Cat 1 | AMA<br><br>PRA | Medscape | Imagining X-rays Cause Cancer: A Call to Action for Caregivers & Patients | 3/5/2007 | 1 |
| Cat 1 | AMA<br>PRA | Medscape<br>Joslin Diabetes Ctr | Diabetes,Gastrointestinal Hormone & Incretins: Clinical Implications | 3/5/2007 | 1.5 |
| Cat 1 | AMA<br><br>PRA | Medscape | Am College of GI 2006 Annual Scientific Meeting & Postgraduate Functional Gastrointestinal Disord. | 3/5/2007 | 1.5 |
| Cat 1 | AMA<br><br>PRA | Medscape<br>Medical Education<br>Study | Refining the Role of TNF Antagonists<br>for Crohn's Disease | 3/5/2007 | 1.5 |
| Cat 1 | AMA<br>PRA | Medscape | Advances in Inflammatory Bowel Disease | 3/5/2007 | 1.25 |
| Cat 1 | AMA<br><br><br>PRA | Medscape<br>Rush University<br>Med.<br>Center | What the Family Physician Needs<br><br>to Know, in 2006, to Optimize the Mgmt of Acid-Peptic Disorders | 3/5/2007 | 1 |
| Cat 1 | AMA<br>PRA | Medscape | Digestive Disease Week 2006-Functional Gastrointestinal Disord. | 3/5/2007 | 1.5 |
| Cat 1 | AMA<br>PRA | Medscape | Cognitive/Behavioral Features Prolong Symptoms of IBS | 3/5/2007 | 0.25 |
| Cat 1 | AMA<br>PRA | The Governance Institute | Leadership Conference for Phy. Broadmoor, Colorado Springs, CO | 9/9-12/2007 | 16.5 |

                                              **TOTAL**      **54.5**

Revised: 3/13/2008-des

## DRUG RESEARCH SERVICES:

Curriculum Vitae
David R. Silvers, M.D.
Page Twenty-eight

Drug Studies:

Treatment of Acute Duodenal Ulcer Disease Using Prostaglandin E2 (arbaprostil), Upjohn Company, April, 1985 - September, 1986

Treatment of ASA and NSAID Induced Gastric Mucosa Injury with Prostaglandin E2 (arbaprostil), Upjohn Company, 1985

Carafate Suspension in Acute Duodenal Ulcer Healing, Marion Laboratories, March, 1987 - June, 1988

Carafate Chewable Tablets in Acute Duodenal Ulcer Healing. Marion Laboratories, July, 1988 - December, 1988

A Comparison of Ranitidine and Cimetidine at Bedtime for the Treatment of Small and Large Duodenal Ulcers.Clinical Operations, Glaxo, Inc., April, 1989 - September, 1989

A Comparison of Ranitidine and Placebo at Bedtime for the Treatment of Benign Gastric Ulcers, Clinical Operations, Glaxo, Inc., April, 1989 - March, 1991

A Double-Blind, Multi-Center, Placebo-Controlled  Evaluation of the Safety and Effectiveness of Sucralfate Tablets (1 gram) in Patients with Endoscopically-Documented Duodenal Ulcers. Mylan, Inc. June, 1989 - August, 1989

A Comparison of Ranitidine and Placebo at Bedtime for the Maintenance of Recurrent Benign Ulcers. Clinical Operations, Glaxo, Inc., April, 1989 - September, 1991

A Comparison of Ranitidine 150 mg and Ranitidine 300 mg Administered at Bedtime for Maintenance of Healed Duodenal Ulcers. Clinical Operations, Glaxo, Inc., August, 1989 - November, 1991

A Study to Evaluate the Effects of Lansoprazole on Acute Gastroesophageal Reflux Disease. Takeda-Abbott Research and Development, August, 1989 - April, 1990

A Study to Evaluate the Effects of Lansoprazole on Acute Duodenal Ulcer. Takeda-Abbott Research and Development, January, 1990 - February, 1991

Curriculum Vitae
David R. Silvers, M.D.
Page Twenty-nine

Drug Studies: Continued

A Study to Evaluate the Effects of Prevention of Recurrence of Duodenal Ulcer. Tap Pharmaceuticals, March, 1990 - May, 1992

A Comparison of Ranitidine 300 mg HS, 300 mg Bid, 300 mg TID and 300 mg QID in the Treatment of Duodenal Ulcers. Glaxo, Inc. January, 1990 - March 1991

A Multi-Center Comparison of the Safety and Efficacy of 3 Days of Lomefloxacin Therapy vs. 3 Days of Ofloxacin Therapy in the Treatment of Women with Uncomplicated Urinary Tract Infections. G.D. Searle & Co., June, 1991 - February, 1992

A Study to Evaluate the Effects of Lansoprazole on the Prevention of Recurrence of Gastroesophageal Reflux Disease. TAP Pharmaceuticals April, 1990 - October, 1992

Sucralfate Suspension vs. Placebo in the Treatment of Acute Duodenal Ulcer. Marion Merrell Dow, Inc., November, 1991 - February, 1993

A Comparison of Ranitidine 150mg QID and Ranitidine 150 mg BID to Cimetidine  800 mg BID in the Treatment of Erosive Esophagitis. Glaxo, Inc., March, 1992 - February, 1993

A Multi-Center, Double-Blind, Placebo-Controlled Trial Evaluating Oral 256U87 for the Treatment of Herpes Zoster in Immunocompetent Patients Less than 50 Years of Age. Burroughs Wellcome November, 1991 - December, 1992

A Multi-Center, Placebo-Controlled Trial Comparing Oral Acyclovir to Oral 256U87 for the Treatment of Herpes Zoster in Immunocompetent Patients 50 Years of Age and Older. Burroughs Wellcome, November, 1991 - December, 1992

A Multi-Center, Randomized, Double-Blind, Placebo-Controlled Evaluation of Healing and Relapse Rates Following Oral GR122311X Compared with GR88502X, Ranitidine and Placebo in Patients with Duodenal Ulcer. Glaxo, Inc., May, 1992 - February, 1994

Curriculum Vitae
David R. Silvers, M.D.
Page Thirty

Drug Studies: Continued

A Multi-Center, Randomized, Double-Blind, Placebo-Controlled Evaluation of Healing and Relapse Rates Following Oral GR122311X Compared with GR88502X, Ranitidine and Placebo in Patients with Benign Gastric Ulcer. Glaxo, Inc., May, 1991 - June, 1995

A Double-Blind, Placebo-Controlled Comparison of Ranitidine 150 mg QID and Ranitidine 300 mg BID in the Treatment of Erosive Esophagitis. Glaxo, Inc., December, 1992 - June, 1993

Dosing Ranging Study of the Safety and Efficacy of Oral Doses of Zileuton for 8 Weeks in Patients with Ulcerative Colitis. Abbott Laboratories, October, 1992 - June, 1993

Pharmacokinetic Study of Zileuton in Patients with Moderate Ulcerative Colitis Being Treated in Study M89-371. Abbott Laboratories October, 1992 - June, 1993

Long Term Safety and Efficacy of Zileuton in Patients with Ulcerative Colitis in Remission. M90-465, October, 1992 - December, 1993

A Multi-Center, Randomized, Double-Blind, Placebo-Controlled Evaluation of Healing and Relapse Rates Following Oral GR122311X in Combination with Amoxicillin Compared to GR122311X, Amoxicillin and Placebo in Patients with Duodenal Ulcer. Glaxo, Inc. August, 1993 - June, 1994

Randomized, Double-Blind, Placebo-Controlled, Multi-Center Study of Oral GR122311X Compared with Ranitidine and GR88502X for the Prophylaxis of NSAID and Associated Gastric Duodenal Ulcers in Patients with Osteo or Rheumatoid Arthritis & without a History of gastric Ulcer or Duodenal Ulcer. Glaxo, Inc., Sept., 1993 - May, 1994

A Double-Blind, Placebo-Controlled Evaluation of Ranitidine for the Treatment of Episodic Heartburn., Glaxo, Inc. Oct., 1993 – Jan., 1994

Dual Therapy with Clarithromycin and Omeprazole or Monotherapy with Omeprazole or Clarithromycin for the Treatment of Duodenal Ulcers. Abbott Laboratories, December, 1993 – September, 1994

Curriculum Vitae
David R. Silvers, M.D.
Page Thirty-one

Drug Studies: Continued

Efficacy and Safety of Oral Pentasa in the Treatment of Active Crohn's Disease. Marion Merrell Dow, Inc., June, 1994 – April, 1995

Evaluation of the Clinical and Cost Effectiveness of Therapy with Clarithromycin Plus Omeprazole Compared to Omeprazole or Ranitidine for the Treatment of Patients with Duodenal Ulcers and Helicobacter pylori Infection. Abbott Laboratories
August, 1994 – March, 1996

A Study to Evaluate the Effects of Dual Therapy with Lansoprazole and Clarithromycin on the Eradication of H.pylori. TAP Pharmaceuticals, Inc., November, 1994 – November, 1995

A Randomized, Double-Blind, Placebo-Controlled, Multi-Center, Dose Ranging Study to Assess the Safety and Efficacy of SDZ HTF 919 at Four Dose Levels in Subjects with Constipation-Prone Irritable Bowel Syndrome. Sandoz/251, January, 1995 – November, 1995

A Double-Blind, Multi-Center Study Comparing Valcyclovir HCl with Famciclovir for the Treatment of Uncomplicated Herpes Zoster in Immunocompetent Patients 50 Years of Age and Older.
Burroughs Wellcome Co./310, March, 1995 – December, 1996

Comparative Cost Effectiveness Study of Clarithromycin, Erythromycin, Erythromycin Stearate and Cefaclor in the Treatment of Lower Respiratory Tract Infections. Abbott Laboratories/184
March, 1995 – March, 1996

A Twelve-Month Open Label Study to Assess the Safety and Efficacy of SDZ HTF 911 in Subjects with Constipation Predominant Irritable Bowel Syndrome. Sandoz/204, August, 1995 – November, 1995

Clinical Evaluation of Propulsid Tablets 20 mg BID in the Treatment of Subjects with Symptoms of Chronic Gastroesophageal Reflux Disease. Janssen/53, December, 1994 - November, 1995

A Multi-Center, Two Period (Single Blind Domperidone Followed by Double-Blind, Placebo-Controlled Withdraw) Study in Diabetic Subjects with Symptoms of Gastroparesis Treated with Domperidone 20 mg Before Meals and at Bedtime. Janssen/DOM5
August, 1995 - August, 1996

Curriculum Vitae
David R. Silvers, M.D.
Page Thirty-two


Drug Studies: Continued

A Double-Blind, Positive-Controlled, Randomized Parallel Study to Evaluate the Effects of Lansoprazole Compared with Ranitidine on NSAID-Induced Gastric Ulcers in Patients Continuing to Take NSAIDS. TAP Pharmaceuticals/299, October, 1995 - October, 1996

An Active and Placebo Controlled, Randomized, Parallel Study to Evaluate the Effects of Lansoprazole Compared with Misoprostol and Placebo in the Prevention of Gastric Ulcers in Patients Continuing to Take NSAIDS. TAP Pharmaceuticals/301, December, 1995 – 1997

A Randomized, Multi-Center, Double-Blind, Double-Dummy Comparative Trial of CP-99, 219 (trovafloxacin) and Ofloxacin for the Treatment of Bacterial Prostatitis. Pfizer/119, Sept., 1995 – April, 1996

A Double-Blind, Randomized, Placebo-Controlled Study of the Safety and Efficacy of Three Dose Regimens of Oral Acemannan in the Treatment of Active Ulcerative Colitis. Carrington/9008
December, 1995 – July, 1996

A Multi-Center, Randomized, Parallel Group, Evaluator Blinded, Comparative Study of the Safety and Efficacy of Ofloxacin Otic Solution in Augmentin Oral Suspension in the Treatment of Acute Purulent Otorrhea (draining ear) in Pediatric Subjects with Tympanostomy Tubes. Daiichi/PRT008, December, 1995 – May, 1996

A Randomized, Double-Blind, Multi-Center Evaluation of Helicobacter pylori Eradication Rate Following Oral GR122311X Plus larithromycin 500 mg BID in Subjects with Duodenal Ulcer. Glaxo/Wellcome/3001
December, 1995 – July, 1996

A Twelve-Week, Dose Ranging, Double-Blind Parallel Group, Placebo-Controlled and AC137 Dose Ranging Study to Evaluate Glycated Hemoglobin in Patients with Type II Diabetes Mellitus. Amylin/111
December, 1995 – August, 1996

A Study to Evaluate the Effects of Triple Therapy with Lanosprazole, Clarithromycin and Amoxicillin Versus Dual Therapy with Clarithromycin and Amoxicillin on the Eradication of Helicobacter pylori. TAP Holdings/392, January, 1996 – June, 1996

Curriculum Vitae
David R. Silvers, M.D.
Page Thirty-three

Drug Studies: Continued

A Multi-Center, Randomized, Parallel, Open Label Actual Use Study with Questran to Assess Behavior in a Simulated OTC and Rx Like Population. Bristol-Meyers/800, March, 1996 – July, 1996

MSI-78 Topical Cream versus Oral Ofloxacin in the Treatment of Infected Diabetic Ulcers. Magainin/304, April, 1996 – October, 1996

Single Patient Protocol for Treatment of Gastroparesis with Domperidone.  Janssen/Compassionate Clearance
January, 1996 – 1999

A Multi-Center, Double-Blind, Randomized Study to Evaluate the Effects of Ten Day Regimen of Omeprazole 20 mg b.i.d., Clarithromycin 500 mg b.i.d. and Amoxicillin 1 gm b.i.d. on Eradication of H.pylori Duodenal Ulcer Healing and H.pylori infection. Astra Merck/127, May, 1996 – September, 1996

Evaluation of the Relative Potency and Safety of Tramadol with Acetaminophen Compared to Acetaminophen with Codeine in Chronic Pain of Benign Origin. R.W.Johnson/006,June, 1996 – September, 1996

Clarithromycin, Amoxicillin, and Omeprazole or Placebo for the Treatment of Patients with Dyspepsia and Helicobacter pylori Infection. Abbott/447, July, 1996 –August 1997

A Prospectively Randomized, Multi-Center Trial Comparing the Effects of a Novel Peptide-Based Enteral Formula versus a Regular Diet on the Extent of Gastrointestinal Toxicities Associated with 5-Fluorouracil Plus Low-Dose Leucovorin Chemotherapy in Colorectal Cancer Patients. Ross/Abbott/BG68, July, 1996 – 1997

A Randomized, Double-Blind, Placebo-Controlled Trial to Determine the Efficacy and Safety of One Dose Level of Cisapride in preventing Heartburn and Other Meal Related Symptoms Associated with Indigestion of a Provacative Fatty Meal. Janssen/89
August, 1996 – October, 1996

A Randomized, Double-Blind, Placebo-Controlled Multi-Center Protocol to Evaluate the Efficacy and Safety of Helidac in Eradication of Helicobacter pylori in Patients with a History of Peptic Ulcer Disease., Proctor & Gamble/007, September, 1996 – December, 1997

Curriculum Vitae
David R. Silvers, M.D.
Page Thirty-four

Drug Studies: Continued       A Cost Minimization Comparison of Mibefradil (Posicor) versus Amlodipine
                              (Norvasc) for the Treatment of Mild to Moderate Hypertension in Actual
                              Practice Settings. Hoffmann LaRoche/002
                              September, 1996 – October, 1997

                              Clarithromycin, Amoxicillin, Omeprazole or Clarithromycin and Amoxicillin
                              for the Eradication of Helicobacter pylori in Patients with a History of
                              Duodenal Ulcer Disease. Abbott/446, Oct., – Nov, 1996.

                              A Double-Blind Placebo-Controlled Trial to Investigate the Efficacy & Safety
                              of Oral R093877 0.5 mg, 1 mg, 2 mg, or 4 mg Vs. Placebo Given Once Daily
                              for 4 Weeks in Patients with Chronic Idiopathic Constipation and to Evaluate
                              the Effect of Treatment on Quality of Life. Janssen/877-USA-3, October,
                              1996 – July 1997

                              A Twelve Month Open Label Dose Titration Study to Assess the Safety &
                              Efficacy of 502 HTF919 in Subjects with Constipation Predominant IBS.
                              Sandoz/209, December, 1996 – February, 1998

                              NIDDM – (PO7) A Placebo-Controlled Trial of Propulsid (cisapride) Tablets,
                              20 mg b.i.d. (mg daily) or 20 mg q.i.d. (80 mg daily), in the Treatment of
                              Subjects with Symptoms of Chronic Gastroesophageal Reflux Disease
                              (GERD)., February, 1997 – February 1998

                              IBS – (027) A Double-Blind Study to Compare the
                              Efficacy and Safety of 207266 (5 mg) with Placebo in Patients with Irritable
                              Bowel Syndrome. 207266 Is a Novel, Highly Potent, Selective, Orally Active
                              and Long Lasting 5-HT4 Receptor Antagonist.
                              February, 1997 – February 1998

                              Pressure Ulcer – (P02) A Double-Blind, Placebo-Controlled, Parallel
                              Group Randomized Study Evaluating the Effect of Regrenex
                              (becaplermin) Gel versus Placebo Gel in the Treatment of Full-
                              Thickness, Pressure Ulcers., February, 1997 – October, 1998

                              LSG-1 – A Randomized,  Placebo-controlled Double-blind Study of the
                              Efficacy and Safety of Losigamone in Patients with Inadequately Controlled
                              Partial Seizures, August 1995 – August 1996

                              0858A1-305-US – A Multicenter, Open-Label Randomized, Comparative
                              Study to Evaluate the Effects on Cycle Control of Levonorgestrel/Ethinyl
                              Estradiol 100/20 MCG Oral Contraceptive and Loestrin 1/20 FE. Wyeth-
                              Ayerst Research, Sept. 1996 – Sept. 1997

Curriculum Vitae
David R. Silvers, M.D.
Page Thirty-five

Drug Studies: Continued

N49-97-02-062 – A Multicenter, Double-blind, Parallel Group Study Comparing the Incidence of Gastroduodenal Ulcer Associated with SC-58635 200 MG BID with that of Naproxen 500 MG BID Taken for 12 Weeks in Patients with Osteoarthritis or Rheumatoid Arthritis
March 1997 – March 1998

S3BA-3002 – A 12-week, Randomized, Double-Blind, Placebo-Controlled Study of Alosetron (GR68755) in Female Subjects with Irritable Bowel Syndrome Glaxo Wellcome Inc. Aug. 1997 – Aug. 1998

1995115 – A Multi-Center, Double-Blind, Placebo-Controlled, Parallel Design Clinical Trial to Assess the Safety and Efficacy of 35 mg and 75 mg of Azimilide Dihydrochloride for the Prophylactic Treatment of Symptomatic Atrial Fibrillation/Flutter and/or Symptomatic Paroxysmal Supraventricular Tachycardia. Procter & Gamble Pharamaceutical January 1996 – January 1998

1995116 – A Multi-Center Open-Label Clinical Trail to Assess the Long-Term Safety of 75 mg of Azimilide Dihydrochloride in Patients with Atrial Fibrillation/Flutter and/or Paroxysmal  Supraventricular Tachycardia. Procter & Gamble Pharmaceutical, Jan. 1996 – Jan. 1998

174 – A Multicenter, Randomized, Double-blind, Eight Week Comparative Efficacy and Safety Study of H 199/18 20 mg and Omeprazole 20 mg in Study Subjects with Erosive Esophagitis. Astra Merck Inc., September 1997 – September 1998

AI459-012-028 – A Randomized, Double Blind, Placebo Controlled, Efficacy and Safety Study of Oral Lobucavir in Patients with Recurrent Herpes Labialis, July 1997 – July 1998

N48-97-02-018 – A Multicenter Randomized, Double-Blind, Parallel-Group, Single Oral Dose Comparison Study of Oxaprozin Potassium 1200 mg, Sumatriptan 24mg and Placebo in Patients with Moderate or Severe Acute Migraine Headache, October 1997 – October 1998

NRGLOW-OC-001 – A Randomized, Comparative, Multicenter, Safety and Contraceptive Efficacy Study of Two Cyclophasic Norgestimate/Ethinyl Estradiol Regimens,  and One Triphasic Norgestimate/Ethinyl Estradiol Regimen (RWJ-10131) and LoEstrin Fe 1/20. R. W. Johnson Pharmaceutical Research Institute
February 1997 – February 1998

Curriculum Vitae
David R. Silvers, M.D.
Page Thirty-six

Drug Studies: Continued

R877-OUT-010 – Psychometric Validation of a Symptomatic Questionnaire and a Quality of Life Questionnaire Specific to Chronic Idiopathic Constipation., July 1997 – July 1998

M96-567 – A Dose-Ranging Clinical Trial Evaluating the Efficacy and Safety of Multiple Oral Doses of ABT-229 for the Treatment of Symptoms Associated with Gastroesophageal Reflux Disease (GERD). October 1997 – October 1998

866-306 – A Randomized, Placebo-Controlled, Dose-Titration Study of CS-866 with Long-Term Safety Evaluation in Patients with Essential Hypertension.,  Sankyo USA Corp., October 1997 – October 1998

NAL-0397 – A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Phase III Study of Oral Naloxone for the Treatment of Opioid-Induced Constipation in Patients with Chronic Non-Malignant or Malignant Pain. Roxane Laboratories, Inc. Dec. 1997 – March 1999

M96-619 – A Study to Evaluate the Effects of Lansoprazole 30 mg QD or 15 mg QD Versus Placebo in Patients with Non-Ulcer Dyspepsia. TAP Holdings Inc., April 1997 – February 1999

M97-713 – A Phase II Study of the Safety and Efficacy of   TAK-306/A-165646 in Patients with Crohn's Disease. TAP Holdings Inc. November 1997 – May 1998

C9704-14 – A Randomized, Double-Masked, Placebo-Controlled Study of Recombinant Human Interleukin 11 (rh IL-11) in Crohn's Disease Subjects not Receiving Prednisone. Genetics Institute March 1997 – March 1998

C9706-14 – An Open-Label Study of Recombinant Human Interleukin 11 (rhIl-11) in Subjects with Active Crohn's Disease. Genetics Institute March 1997 – March 1998

CEF-97-004 – Comparative Safety and Efficacy of Cefditoren Pivoxil and Augmentin (Amoxicillin/Clavulanate Potassium) in the Treatment of Patients with Acute Maxillary Sinusitis. TAP Holdings Inc March 1998  - March 1999

Curriculum Vitae
David R. Silvers, M.D.
Page Thirty-seven

Drug Studies: Continued          R108512-USA-13 – A Double-Blind, Placebo-Controlled Trial to Evaluate
the Efficacy and Safety of R108512 Tablets in Subjects with Chronic
Constipation. Janssen Research Foundation, Feb. 1998 – May 1999

R108512-USA-22 – A Trial to Evaluate the Long-Term Tolerability, Safety,
Subject Satisfaction, Pharmacokinetics, and Use Patterns of Oral R108512
Tablets in Subjects with Chronic Constipation.  Janssen Research Foundation
June 1998 – November 2000

M98-829 – The Safety and Activity of Three Doses of ABT-606
Compared to Acyclovir in the Treatment of Herpes Zoster in
Immunocompetent Adults. Abbott Laboratories June 1998 – June 1999

C98-18 – Topical Cilodex (Ciprofloxacin 0.3%, Dexamethasone 0.1%)
Suspension Compared to Ciloxan (Ciprofloxacin 0.3%) Solution and
Cortisporin Suspension (Neomycin 0.35%, Polymyxin 10,000 IU/mL,
Hydrocortisone 1.0%) for Treatment of  Patients with Moderate to Severe
Acute Otitis Externa (AOE).  Alcon Laboratories, Inc.
March 1998 – March 1999

192 – A Multicenter, Randomized, Double-blind, Safety and Efficacy
Study of H 199/18 with Clarithromycin Compared to H 199/18 for the
Eradication of Helicobacter pylori in Subjects with Active Duodenal
Ulcer or History of Duodenal Ulcer Disease. Astra Merck Inc.
September 1998 – March 1999

0915A1-205-US – A Multicenter, Randomized, Double-Blind Study to
Evaluate the Effects on Cycle Control of Four Trimegestone/Ethinyl Estradiol
Oral Contraceptive Regimens . Wyeth-Ayerst Research
September 1997 – January 1999

HTF B 307 E-00 – A Randomized, Double-Blind, Placebo-Controlled,
Multicenter Study to Asses the Safety and Efficacy of SDZ HTF 919 at Two
Dose Regimens and Placebo in Subjects with Constipation-Predominant
Irritable Bowel Syndrome. Novartis Pharmaceuticals Corporation November
1997 – January 1999

800-01-97 –   A Multicenter, Randomized, Parallel,  Open-Label,
Actual Use Study with Pravachol (Pravastatin) to Assess Consumer
Behavior, Compliance and Safety in a Simulated OTC-Like and Rx-Like
Population. Bristol-Myers Squibb April 1998 – August 1999

Curriculum Vitae
David R. Silvers, M.D.
Page Thirty-eight

Drug Studies: Continued

800-01-98 – An Extension of the PREDICT Trial A Multicenter, Randomized, parallel, open-label, actual use Study with Pravachol (Pravastatin) to assess consumer Behavior, compliance, and safety in a simulated OTC-like And Rx-like population, Bristol-Myers Squibb November 1998 – January 2000

A Phase III Multicenter, Randomized, Open-Label Study to Compare Antiretroviral Activity and Tolerability of Three Different Combination Regimens (DMP 266+Indinavir, Dmp 266+Zidovudine+Lamivudine, Indinavir+Zidovudine+Lamivudine) in HIV-Infected Patients. DuPont Merck Pharmaceutical Co, February 1997 – January 2000

N49-98-02-102 – A Multicenter, Double-Blind, Parallel Group Study Comparing the Incidence of Clinically Significant Upper Gastrointestinal Adverse Events Associated with SC-58635 400 mg BID to that of Diclofenac 75 mg BID in Patients with Osteoarthritis or Rheumatoid Arthritis. G. D. Searle & Co., January 1999 – January 2000

INKP-100-302 – A Study of the Efficacy and Safety of INKP-100 (Sodium Phosphate Tablets) Compared with NuLYTELY as a Purgative Agent for Patients Undergoing Colonoscopic Evaluation., InKine Pharmaceutical Co., February 1999 – May 1999

S3B30006 – A One Year Randomized, Double-Blind, Placebo-Controlled Study of Alosetron (GR68755) 1mg BID in Female Subjects with Irritable Bowel Syndrome (IBS). Glaxo Wellcome March 1999 – September 1999

9084 – A Double-Blind, Randomized, Placebo-Controlled Study of the Safety and Efficacy of Three Dose Regimens of Oral Aliminase in the Treatment of Active Ulcerative Colitis.,Carrington Laboratories  May 1999 – December 1999

PRU-USA-28 – A Two-Period, Double-Blind, Placebo-Controlled Trial to Evaluate the Effects of Re-Treatment of Prucalopride on Efficacy and Safety in Subjects with Chronic Constipation. Janssen Pharmaceutica, May 1999 – February 2000

M98-890 – A Study to Evaluate the Effect of  Lansoprazole 30 mg QD versus Omeprazole 20 mg QD on Relief of Symptoms in Patients with Erosive Reflux Esophagitis, Tap Holdings Inc. July 1999 – Feb. 2000

Curriculum Vitae
David R. Silvers, M.D.
Page Thirty-nine

Drug Studies: Continued

AG7088-304 – A Phase II, Double-Blind, Placebo-Controlled, Randomized, Multicenter, Parallel Study of AG7088 Nasal Spray, 2% Suspension for the Treatment of Natural Rhinovirus Infection in the General Population Including Patients with a History of Chronic Respiratory Disease. Agouron Pharmaceuticals, Inc. Sept. 1999- February 2000

C9853-14 – A Randomized, Double Masked, Placebo-Controlled Study of Subcutaneously Administered Recombinant Human Interleukin-11 (rhIL-11) in Patients with Active Crohn's Disease not Treated with Prednisone. Genetics Institute, Inc., September 1999 – June 2002

CAPSS-104 – A comparison of the analgesic efficacy and Safety of Tramadol HCl/Acetaminophen versus placebo for the symptomatic treatment of the pain and function of Osteoarthritis. Ortho-McNeil Pharmaceuticals., December 1999 – October 2000

99-0-054 – An open-label study to evaluate the safety of topically applied Tacrolimus ointment for the treatment of Atopic Dermatitis. Fujisawa Healthcare, Inc. December, 1999 – October 2001

CHTF919 0358 – A randomized, double-blind, placebo-controlled, multicenter study to assess the safety and efficacy of tegaserod 12 mg/d and placebo in females with constipation-predominant Irritable Bowel Syndrome (C-IBS). Novartis Pharmaceuticals Corp.
December 1999 – July 2000

029-00 – A multicenter, randomized, parallel-group, active and placebo-controlled, double-blind study conducted under in-house blinding conditions to determine the incidence of Gastroduodenal Ulcers in patients with Osteoarthritis after 12 weeks of treatment with MK-0663, Ibuprofen, or placebo. Merck & Co., January 2000 – January 2001

ACD2058g – A phase III, randomized, double-blind, parallel-group, placebo-controlled, multicenter, multidose study to evaluate the efficacy and safety of subcutaneously administered Anti-CD11a in adults with moderate to severe Plaque Psoriasis. Genentech, Inc., March 2000 – June 2002

ACD2062g – An open-label, multidose, multicenter study to evaluate the safety and tolerability of subcutaneously administered anti-CD11a in adults with Plaque Psoriasis previously treated with Anti-CD11a or placebo. Genentech, Inc., March 2000 – June 2002

Curriculum Vitae
David R. Silvers, M.D.
Page Forty

Drug Studies: Continued

041-00 – A double-blind, placebo-controlled, parallel-group, 12 week trial to assess the efficacy and safety of MK-0663 in patients with Chronic Low Back Pain.  Merck & Co., Inc. May 2000 – Sept. 2000

202-02-00 – Pegylated Interferon and Ribavirin for HCV treatment failure. Schering Corp. May 2000 – January 2003

TAK-637-99-201 – A study to evaluate the safety and efficacy of TAK-637 30 mg BID, 60 mg BID and 120 mg BID versus placebo in subjects with Irritable Bowel Syndrome
TAP Pharmaceutical Products Inc – May 2000 – May 2001

IQ-99-02-005 – Prevention of Sporadic Colorectal Adenomas with Celecoxib. National Cancer Institute/Searle Oct. 2000 – Present

CV137-120 – Omapatrilat cardiovascular treatment assessment Versus Enalapril (OCTAVE).  Bristol-Myers Squibb Co.
October 2000 – July 2001

100289 – Prospective, uncontrolled, open-label, multi-center clinical trial, evaluating the efficacy and safety of Faropenem Daloxate 300 mg PO BID for 10 days in the treatment of patients with Community Acquired Pneumonia
Bayer Corporation – November 2000 – March 2002

GM-611-04 – A 12-week, multi-center, double-blind, placebo-controlled, randomized, dose-finding study to evaluate the safety and efficacy of GM-611 in symptomatic Gastroparesis
Chugai Biopharmaceuticals, Inc. – November 2000 – May 2001

241947-DIAB-002 – Efficacy, dose-ranging, and safety for RWJ-241947 in Type 2 Diabetic subjects inadequately controlled on diet, metformin, or sulfonylurea:  A 24 week double-blind randomized placebo-controlled study.  R. W. Johnson  November 2000 – May 2002

2000-005 – Assessment of EXACT  performance characteristics for the detection of colorectal cancer using whole stools
EXACT Laboratories – February 2001 – January 2002

PRI/TOP-INT-48 (TOPMAT-MIGR-002) – A randomized, double-blind, placebo-controlled, parallel group, dose-response study to evaluate the efficacy and safety of Topiramate in the prophylaxis of Migraine
R. W. Johnson Pharmaceutical Research Institute Feb. 2001 – Sept 2002

Curriculum Vitae
David R. Silvers, M.D.
Page Forty-one

Drug Studies: Continued:

2000083 – A double-blind, randomized, 6 week, parallel-group design clinical trial in patients with mildly to moderately active Ulcerative Colitis to assess the safety and efficacy of Asacol 4.8 g/day (800 mg tablet) versus Asacol 2.4 g/day (400 mg tablet)
Procter & Gamble Pharmaceuticals, Inc. March 2001 – October 2002

136-00 – A multicenter, randomized, parallel-group, active- and placebo-controlled, double-blind study conducted under in-house blinding conditions to determine the incidence of gastroduodenal ulcers in patients with osteoarthritis after 12 weeks of treatment with placebo, low-dose aspirin, MK-0966 plus low-dose aspirin, or ibuprofen.
Merck & Co., Inc. May 2001 – June 2002

100274 – Prospective, randomized, double-blind, multi-center, comparative trial to evaluate the efficacy and safety of ciprofloxacin once daily extended release (CODER) 500 mg tablets QD for 3 days versus conventional ciprofloxacin 250 mg tablets BID for 3 days in the treatment of patients with Uncomplicated Urinary Tract (uUTI) infections. Bayer Corp. June 2001 – April 2002

288 – A comparative efficacy and safety study of NEXIUM (esomeprazole magnesium) delayed-release capsules (40 mg qd and 20 mg qd) versus placebo for the healing of NSAID-associated Gastric Ulcers when daily NSAID use is discontinued. AstraZeneca LP July 2001 – January 2002

22916 – A phase II, multicenter, randomized, double-blind, placebo controlled, dose-finding study of subcutaneously administered Interferon beta-1a for maintenance of remission in patients with Crohn's Disease
Serono, Inc. November 2001 – August 2003

CV168-006 – A randomized, double-blind, dose ranging, dose comparison-controlled trial to determine the safety and efficacy of BMS-298585 in subjects with Type 2 Diabetes. Bristol-Myers Squibb Co
November 2001 – October 2002

HMR3647A – Randomized, open-label, multicenter trial of the safety and effectiveness of Oral Telithromycin (Ketek) and Amoxicillin/Clavulanic Acid (Augmentin) in outpatients with Respiratory Infections in usual care settings. Aventis Pharmaceuticals  November  2001 – May 2002

Curriculum Vitae
David R. Silvers, M.D.
Page Forty-two

Drug Studies: Continued:

S2413006 – A double-blind, placebo-controlled, randomized, multicenter study to investigate the safety and efficacy of 2 mg TID of Cilansetron over 12 weeks in diarrhea-predominant Irritable Bowel Syndrome subjects. Solvay Pharmaceuticals  December 2001 – Present

ML3-MD-02 – A 12-week, randomized, double-blind, active-controlled, multi-center, parallel group study to investigate the gastrointestinal safety of ML 3000 400 mg B.I.D. compared to Naproxen 500 mg B.I.D. in patients who have Osteoarthritis of the Knee or Hip and are taking low-dose enteric-coated aspirin.  Forest Laboratories, Inc. January 2002 – April 2002

ISIS 2302-CS20 – Phase 3 double-masked, placebo-controlled study of Alicaforsen (ISIS 2302), an antisense inhibitor of ICAM-1, for the treatment of patients with Active Crohn's Disease.  Isis Pharmaceuticals January 2002 – Present

2001-01 – A multicenter comparison of the EXACT panel with Hemoccult II® for the detection of Colorectal Neoplasia in average-risk patients (The Colorectal Cancer Screening Study)  EXACT Sciences Corp. January 2002 – October 2002

1452-RESI – A phase III, vehicle-controlled study of topical Resiquimod (R-848) 0.01% gel applied 2 times per week for 1 week for each recurrence of Anogenital Herpes over 52 weeks.  3M Pharmaceuticals January 2002 – May 2003

BY217/FK1021 – A multicenter, double-blind, randomized parallel group study, 12 weeks treatment with 125 mg Roflumilast versus 250 mg Roflumilast versus placebo in patients with Asthma.  Byk Gulden Pharmaceuticals  January 2002 – April 2003

EML016336H201 – A phase II, multicenter, randomized, double-blind, placebo-controlled, parallel group study of CRE 16336 in Type 2 Diabetic subjects.  EMD Pharmaceuticals  January 2002 – March 2003

3001K2-315-US – An efficacy and safety study of intravenous pantoparzole in the prevention of recurrent Peptic Ulcer bleeding after successful hemostasis.  Wyeth Ayerst Research  January 2002 – February 2003

Curriculum Vitae
David R. Silvers, M.D.
Page Forty-three

Drug Studies: Continued:

AN100226-CD301 – A phase III, international, multicenter, double-blind, placebo-controlled study of the safety, efficacy, and tolerability of intravenous Antegren (Natalizumab) in subjects with moderately to severely active Crohn's Disease. Elan Pharmaceuticals, Inc. February 2002 – Present

COXA-0508-245 – Clinical protocol for a 12 week randomized, double-blind, placebo controlled multicenter study of the analgesic efficacy of Celecoxib 200 mg QD compared to placebo in patients with chronic low back pain. Pharmacia Corp. June 2002 – December 2002

CCOX189A2332 – An international, multicenter, stratified, randomized, double-blind, double-dummy, parallel-group, 52-week gastrointestinal clinical safety study to demonstrate that COX189 (400 mg od) reduces the risk to develop complicated ulcers as compared to NSAIDs (naproxen 500 mg bid and ibuprofen 800 mg tid), in Osteoarthritis patients. Novartis Pharmaceuticals Corp. June 2002 – Present

COXA-0508-249 – Clinical protocol for a double-blind, randomized three arm, two period, crossover study to compare Celecoxib, Acetaminophen, and placebo in patients with Osteoarthritis of the Hip or Knee. Pharmacia Corp. June 2002 – November 2002

M02-409 – A study to evaluate the effect of Lansoprazole 30 mg qd versus Esomeprazole 40 mg qd on healing and symptom relief in subjects with Erosive Esophagitis. TAP Pharmaceutical – Aug. 2002 – April 2003

2993-112 – A phase 3, randomized, triple-blind, parallel-group, long-term, placebo-controlled, multicenter study to examine the effect on glucose control of AC2993 given two times a day in subjects with Type 2 Diabetes Mellitus treated with Metformin alone. Amylin Pharmaceuticals
Sept. 2002 – January 2003

2993-113 – A phase 3, randomized, triple-blind, parallel-group, long-term, placebo-controlled, multicenter study to examine the effect on glucose control of AC2993 given two times a day in subjects with Type 2 Diabetes Mellitus treated with a Sulfonylurea alone.
Amylin Pharmaceuticals  Sept. 2002 – July 2003

M02-403 – A multi-center, randomized, double-blind, placebo-controlled study of the human anti-TNF monoclonal antibody Adalimumab for the induction of clinical remission in subjects with Crohn's Disease.
Abbott Laboratories   Sept. 2002 – Present

Curriculum Vitae
David R. Silvers, M.D.
Page Forty-four

Drug Studies: Continued:

M02-433 – A multi-center, randomized, double-blind, placebo-controlled study of the human anti-TNF monoclonal antibody Adalimumab for the maintenance of clinical remission in subjects with Crohn's Disease. Abbott Laboratories  Sept. 2002 – Present

2000082 – A double-blind, randomized, 6 week, parallel-group design clinical trial to assess safety and efficacy of Asacol 4.8 g/day (800 mg tablet) versus Asacol 2.4 g/day (400 mg tablet) for the treatment of moderately active Ulcerative Colitis.  Procter & Gamble Pharmaceuticals November 2002 – July 2004

COXA-0508-258 – Multicenter, randomized, active-controlled comparison study of the incidence of Gastroduodenal Ulcers associated with Celecoxib + low dose ASA versus Naproxen + low dose ASA in healthy subjects (50-75 years of age)  Pharmacia Corp. November 2002 – May 2003

QUAL-A-T II – A Phase III, randomized, open-labeled, multi-center, community-based trial comparing an active supportive intervention arm with standard care in adult subjects with a diagnosis of compensated chronic HCV (HCV RNA+) who have not previously been treated and who will receive PEG interferon alpha 2b (1.5 mcg/kg) + ribavirin (weight-based dosing). Schering-Plough  January 2003 – May 2003

49653/330 – A randomized, double blind, placebo controlled, parallel group study to assess the safety and efficacy of three dose levels of Rosiglitazone Maleate in the treatment of chronic Plaque Psoriasis. GlaxoSmith Kline  March 2003 – September 2004

ASGELUC-02-03 – Clinical efficacy and safety of Mesalamine Rectal Gel vs placebo in the treatment of mild to moderate Distal Ulcerative Colitis:  A multicenter, double-blind, randomized, and parallel groups study. Axcan Pharma  March 2003 – October 2004

322 – A multicenter, randomized, double-blind, double-dummy, parallel-group efficacy study comparing 8 weeks of treatment with Esomeprazole Magnesium (40 mg qd) to Lansoprazole (30 mg qd) for the healing of Erosive Esophagitis in patients with moderate or severe Erosive Esophagitis. AstraZeneca   March 2003 – February 2004

<u>Curriculum Vitae</u>
David R. Silvers, M.D.
Page Forty-five

Drug Studies: Continued:

DAC-1008 – A phase II, randomized, double-blind, placebo-controlled, multi-center, dose-ranging study of intravenous Daclizumab in patients with moderate to severe Ulcerative Colitis.
Protein Design Labs March 2003 – May 2004

C0168T46 – A randomized, placebo-controlled, double-blind trial to evaluate the safety and efficacy of Infliximab in patients with active Ulcerative Colitis.
Centocor  March 2003 – December 2004

ISIS 2302-CS27 – Phase 2, double-blinded, controlled study of four dosing regimens of Alicaforsen (ISIS 2302) enema, an Antisense Inhibitor of ICAM-1, for the treatment of patients with mild to moderate active Ulcerative Colitis.  ISIS Pharmaceuticals, Inc.  May 2003 – September 2004

C-2002-013 – A placebo-controlled, double-blind, randomized, parallel study of the efficacy and safety of Dapoxetine HCI in the treatment of Rapid Ejaculation.  ALZA Corp.  May 2003 – October 2004

4522US/0011 – A randomized, double-blind, placebo-controlled, multicenter, Phase III study of Rosuvastatin (Crestor®) 20 mg in the primary prevention of cardiovascular events among subjects with low levels of LDL-Cholesterol and elevated levels of C-Reactive Protein.
AstraZeneca Pharmaceuticals LP  June 2003 – December 2004

C2002-014 – An Open-Label Study of the Long-term Safety of Dapoxetine HCl in the Treatment of Rapid Ejaculation. Alza Corporation  September 2003 – February 2005

VPI-TOFP-201 – A Double-Blind, Randomized, Placebo-Controlled Study of R-Tofisopam in Outpatients With Irritable Bowel Syndrome. Vela Pharmaceuticals  July 2003 – August 2004

M02-404 – A Multi-Center, Randomized, Double-Blind, Placebo-Controlled Study of the Human Anti-TNF Monoclonal Antibody Adalimumab for the Induction and Maintenance of Clinical Remission in Subjects with Crohn's Disease. Abbott Laboratories  July 2003 -

L8829 (CV131-170) – The Efficacy and Safety of Avalide® 150/12.5MG and Avalide® 300/25MG in Patients with Hypertension Uncontrolled on Monotherapy. Sanofi / Bristol-Myers Squibb  August 2003 – September 2004

Curriculum Vitae
David R. Silvers, M.D.
Page Forty-six

Drug Studies: Continued:

3001A-200040 – Symptom Relief in Patients Suffering from Gastroesophageal Reflux Disease Grade A to D According to Los Angeles (LA) Classification Treated with Pantoprazole 40mg QD or Esomeprazole 40mg QD. Wyeth  December 2003 – July 2004

ARI4006 – A Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study of the Efficacy and Safety of Dutasteride 0.5mg Administered Once Daily for Four Years to Reduce the Risk of Biopsy-Detectable Prostate Cancer. GlaxoSmithKline  October 2003 – January 2005

ITOFD04-01 - A multicenter, randomized, double-blind, placebo-controlled study of the efficacy and safety of itopride HCI in patients suffering from functional dyspepsia. Axcan Pharma Inc.  September 2004 - Present

C0168T62 – Remicade Safety Under Long Term Study in Ulcerative Colitis (RESULTS UC) – Centocor, Inc. September 2004 – Present

CHTF919BUS26 - A 4-week, exploratory, open-label, randomized, parallel-group study to assess the effects of tegaserod 6md b.i.d. add-on therapy in the management of GERD symptoms in patients with incomplete response to Proton Pump Inhibitors (PPIs). Novartis Pharmaceuticals  March 2004 – January 2005

AN100226CD351 - A Phase III multi-center, open-label, long-term study of the safety and tolerability, and efficacy of intravenous Natalizumab in Crohn's Disease subjects who have previously participated in Antegren Crohn's Disease studies. Elan Pharmaceuticals August 2004 – Present

AN100226CD307 - A Phase III, Multicenter, Double-blind, Placebo-controlled Study of the Safety and Efficacy of Intravenous Antegren (Natalizumab) in Subjects with Moderately to Severely Active Crohn's Disease with Elevated C-Reactive Protein. Elan Pharmaceuticals February 2004 – Present

CHTF919D2301 – A 6-Week Double-Blind, Placebo-Controlled, Multi-Center Study to assess the safety and efficacy of Tegaserod 6mg BID and placebo in female patients with dyspepsia. Novartis Pharmaceuticals February 2004 – Present.

Curriculum Vitae
David R. Silvers, M.D.
Page Forty-seven

Drug Studies: Continued:

CCIB-0021212301 – A Double-Blind, randomized study to compare the effects of Lotrel to Benazepril and Hydrochlorothiazide combined on the reduction of cardiovascular morbidity & mortality in patients with high risk hypertension. Novartis Pharmaceuticals, October 2003 – Present.

MK-0431-021 - A multicenter, randomized, double-blind study to evaluate the safety and efficacy of MK-0431 monotherapy in Patients with Type II diabetes Mellitus who Have inadequate Glycemic Control. Merck Inc. May 2004 – Present.

CHTF919D2301E1 - A one year, open-label, multi-center, extension study to CHTF919D2301 to assess the long term safety of tegaserod 6mg bid given orally in female patients with symptoms of dyspepsia. Novartis Pharmaceuticals. October 2004 – Present.

197-02-220 - Randomized, Double-Blind, Parallel arm, 52 wk dose comparetor study of efficacy and safety of 25mg qd and 50mg qd of OPC-6535 Oral tablets and 800mg bid of Asacol in the Maintenance of Remission In subjects with Ulcerative Colitis. Otsuka Maryland Research. August 2004 – Present.

197-02-218 - A phase III, Double-Blind, Randomized, Parallel-Arm study of the efficacy of OPC-6535 tablets in subjects with active Ulcerative Colitis. December 2004 – Present.

INKP-102-04-01 – Colon Cleansing Efficacy and Safety of a New Microcrystalline Cellulose-Free Formulation of Sodium Phosphate Tablets (INKP-102) Compared to Visacol® Tablets (INKP-101): An Investigator-blinded, Randomized, Multi-Center Trial. Inkine Pharmaceuticals October 2004 – January 2005.

ITOFD04-02 – A multi-center, open-label extension phase to study the long-term safety and efficacy of itopride HCl in patients suffering from functional dyspepsia. Axcan Pharma  May 2004 – Present

CDP870-031 – A phase III multi-national, multi-center, double-blind, placebo-controlled parallel group, 26 week study to assess the safety and efficacy of the humanized anti-TNF PEG conjugate, CDP870 400mg sc, in the treatment of patients with active Crohn's disease. Celltech  October 2003 – February 2005

Curriculum Vitae
David R. Silvers, M.D.
Page Forty-eight

Drug Studies: Continued:

308180 – Phase 3 Randomized, double-blind, placebo-controlled multi-center retreatment study of Sargramostim (Lukine) in patients with active Crohn's disease and prior treatment response to Sargramostin. Berlex Laboratories January 2004 – Present

307340 – Open-label trial of Lukine (Sargramostim), A recombinant Human Granulocyte-Macrophage Colony Stimulating Factor (GM-CSF), in active Crohn's disease. Berlex Laboratories  January 2004 – Present

MK-0431-021 – A multicenter randomized, double-blind study to evaluate the safety and efficacy of MK-0431 monotherapy in patients with type 2 diabetes mellitus who have inadequate glycemic control. Merck & Co., Inc.  May 2004 – Present

MK-0431-028 – A multicenter randomized, double-blind study to evaluate the safety and efficacy of MK-0431 monotherapy in patients with type 2 Diabetes Mellitus and Chronic Renal Insufficiency who have inadequate glycemic control. Merck & Co., Inc.  August 2004 – Present

197-02-219 – A phase 3, multi-center, 52-week, open-label, extension of the safety and efficiacy of 25mg or 50mg of OPC-6535 oral tablets in the treatment of subjects with ulcerative colitis. Otsuka Maryland Research Institute  August 2004 – Present

E3810-A001-203 – A double-blind, placebo-controlled study of Raberprazole 20mg maintenance intermittent therapy following acute treatment in patients with symptomatic Gastroesophageal Reflux Disease. Eisai Medical Research January 2005 – Present

M04-691 – A multi-center, open-label study of the Human Anti-TNF Monoclonal Antibody Adalimumab to evaluate the long-term safety and tolerability of repeated administration of Adalimumab in subjects with Crohn's Disease. Abbott Laboratories  January 2005 – Present

M04-690 – A multi-center, open-label study of the Human Anti-TNF Monoclonal Antibody Adalimumab for the induction of clinical remission in subjects with Crohn's Disease who have lost response or are intolerant to Inliximab. Abbott Laboratories  January 2005 – Present

C0379T07 – A multi-center, randomized, Phase Iia study of human monoclonal antibody IL-12p40 (CNTO 1275) in subjects with moderately to severely active Crohn's Disease. Centocor, Inc.  February 2004 – Present

Curriculum Vitae
David R. Silvers, M.D.
Page Forty-nine

Drug Studies: Continued:

SPD476-304 – A phase III, randomized, multi-center, double-blind, parallel group, active comparator study to evaluate the efficacy and safety of SPD476 (mesalazine) 2.4g/day once daily (QD) with Asacol 1.6g/day twice daily (BID) in the maintenance of remission in patients with ulcerative colitis. Shire Pharmaceutical Development  February 2005 – Present

3000-0415 – A Phase II, randomized, open-label study to assess the safety and efficacy of Aquavan injection versus Midazolam HCl for the sedation in elderly patients undergoing Colonoscopy procedures. Guilford Pharmaceuticals  February 2005 – May 2005

A3191171 – Multi-center, randomized, active-controlled comparison study of the incidence of Gastroesophageal ulcers associated with Celecoxib + Low dose ASA versus Naproxen + Low dose ASA in healthy subjects 50 to 75 years of age. Pfizer  March 2005 – Present

333369-MIG-2001 – A randomized, double-blind, placebo-controlled, parallel-group, dose-ranging, multi-center study of the efficacy of RWJ-333369 in the prophylaxis of migrane. Johnson & Johnson Pharmaceutical Research  March 2005 – Present

NEB-310 – A double-blind, randomized, placebo and active-controlled, forced titration study evaluating the effects of nebivolol on blood pressure and heart rate in African American patients with hypertension. Mylan Bertek September 2004 – Present

BBIC-CL-002 – A randomized, double-blind, placebo-controlled, multi-center study of the safety and efficacy of Bowman-Birk Inhibitor Concentrate in subjects with ulcerative colitis. ProtoMed, Inc.  February 2005 – Present

SB683699/004 – A randomized, double-blind, placebo-controlled, parallel-group study to investigate the efficacy and safety of nine weeks administration of three doses of SB-683669 in subjects with moderately to severely active Crohn's disease. GlaxoSmithKline  January 2005 – Present

C0168T67 – Multi-center, randomized, double-blind, active-controlled trial comparing Remicade (Infliximab) and Remicade plus Azathioprine to Azathioprine in the treatment of patients with Crohn's Disease Naïve to both Immunomodulators and Biologic therapy. Centocor, Inc.  March 2005 - Present

Revised: August 2005