UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX                                        *
      Products Liability Litigation           *
                                            *
This Document Relates to:                          *   MDL No. 1657
                                            *
      STATE OF LOUISIANA, *ex rel.* JAMES D.  *   SECTION L
      CALDWELL, JR., Attorney General,        *
                                            *   JUDGE ELDON E. FALLON
        Plaintiff,                        *
                                            *   MAGISTRATE JUDGE
        versus                            *   KNOWLES
                                            *
      MERCK SHARP & DOHME CORP.,              *
                                            *
        Defendant.                        *
                                            *
      Case No. 05-3700.                       *
                                            *

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.1E

Pursuant to Local Rule 37.1E, Defendant Merck Sharp & Dohme Corp. hereby

certifies that its counsel conferred with counsel for Plaintiff for purposes of amicably

resolving the issues that are the subject of Merck's Motion to Quash the Subpoena *Duces*

*Tecum* Served on Drug Research Services, Inc.  The parties were unable to agree on

resolving the discovery that is the subject of this motion.

Dated: February 17, 2010                    Respectfully submitted,

                                        /s/*Dorothy H. Wimberly*
                                        Phillip A. Wittmann, 13625
                                        Dorothy H. Wimberly, 18509
                                        STONE PIGMAN WALTHER
                                        WITTMANN LLC
                                        546 Carondelet Street
                                        New Orleans, LA 70130
                                        Phone: (504) 581-3200
                                        Fax:    (504) 581-3361

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Certificate has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of February, 2010.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel