UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re:
VIOXX PRODUCTS LIABILITY LITIGATION

This document relates to:

249 particular Vioxx claimants for whom Sol H. Weiss is registered as primary counsel with the Vioxx Claims Administrator

and

31 particular Vioxx claimants for whom James C. Peterson is registered as primary counsel with the Vioxx Claims Administrator

MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## NOTICE OF HEARING OF SUPPLEMENTAL MOTION TO DISMISS ATTORNEY'S CHARGING LIEN FILED ON BEHALF OF TERESA TORISEVA

A. History leading to this rescheduled hearing.

| Date | Document | Document author(s) | Comment |
|---|---|---|---|
| November 13, 2009 | 1. Supplemental motion to dismiss attorney's charging lien filed on behalf of Teresa Toriseva<br><br>2. Brief in support of no. 1<br><br>3. Notice of hearing of no. 1 set for December 16, 2009 | List, Weiss, Peterson, and Hill | The authors are four attorneys acting on behalf of 280 Vioxx clients represented by them and acting on behalf of themselves in connection with the Toriseva attorney fee lien claim. |
| November 17, 2009 | Motion to Adjourn Hearing | Levicoff | Toriseva is the attorney claiming the lien. Levicoff is her attorney in this regard.<br><br>The "Motion to Adjourn" is the only response by Toriseva to the supplemental motion to dismiss her lien claim. |

| | | | |
|---|---|---|---|
| November 24, 2009 | 1. Motion for leave to file a reply to Toriseva's "Motion to Adjourn"<br><br>2. Brief in support of no. 1<br><br>3. Proposed order granting leave to file a reply<br><br>3. Proposed order dismissing charging lien claim | List, Weiss, Peterson, and Hill | |
| November 24, 2009 | Signed order granting leave to file a reply | Judge Fallon | |
| December 14, 2009 | None – phone call from Judge Fallon's office | Judge Fallon | Phone message to Barry Hill: hearing set for December 16, 2009, cancelled. If matter is not resolved by procedure established in PTO 47A, hearing can be reset later. |
| December 16, 2009 | None | None | Date hearing would have been held if not cancelled by Judge Fallon |

B. Notice of hearing

Matter to be heard: Supplemental motion to dismiss attorney's charging lien filed on behalf of Teresa Toriseva

Date and time: March 24, 2010 at 9:00 am.

Place: C468, United States Courthouse, 500 Poydras Street, New Orleans LA 70130

Judge: Eldon E. Fallon

_____
Barry Hill
bhill@anapolschawartz.com
69 12th Street
Wheeling WV 26003
304.233.4966 phone
304.233.4969 fax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF HEARING OF SUPPLEMENTAL MOTION TO DISMISS ATTORNEY'S CHARGING LIEN FILED ON BEHALF OF TERESA TORISEVA has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), upon counsel for Teresa Toriseva, Avrum Levicoff, by email and regular mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on February 18, 2010.

Barry Hill
bhill@anapolschawartz.com
89 12th Street
Wheeling WV 26003
304.233.4966 phone
304.233.4969 fax