UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * | MDL Docket No. 1657 |
| | * | |
| This document relates to: | * * | SECTION L |
| *Larry Womack, et al.* v. *Merck & Co., Inc.* | * * * * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| Only with regard to: *Cheryl Watts, Conrad Ballard, Ronald Ballard, Roger Ballard, Gifford Ballard, and Roger Riley, individually and as representatives of the estate of Marcella Ballard* | * * * * * * * | |
| *Docket No. 2:06-cv-06653* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Cheryl Watts, Conrad Ballard, Ronald Ballard, Roger Ballard, Gifford Ballard, and Roger Riley, individually and as representatives of the estate of Marcella Ballard, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE