UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX                                    *
      Products Liability Litigation        *
                                   *
This Document Relates to:                       *   MDL No. 1657
                                   *
STATE OF LOUISIANA, *ex rel.* JAMES D.          *   SECTION L
      CALDWELL, JR., Attorney General,             *
                                   *   JUDGE ELDON E. FALLON
                  Plaintiff,        *
                                   *   MAGISTRATE JUDGE
      versus                                       *   KNOWLES
                                   *
MERCK SHARPE & DOHME CORP.,                     *
                                   *
                  Defendant.        *
                                   *
Case No. 05-3700.                               *
                                   *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## DOCUMENTS FILED UNDER SEAL

    1.  Defendant's Motion to Exclude the Testimony of Jerry Avorn, M.D. (Expert

Challenge No. 3);

    2.      Memorandum in Support of Defendant's Motion to Exclude the Testimony of

Jerry Avorn, M.D. (Expert Challenge No. 3);

    3.      Exhibits A through N; and,

    4.      Notice of Hearing.