UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX                                    *
     Products Liability Litigation             *
                                              *
This Document Relates to:                       *   MDL No. 1657
                                              *
     STATE OF LOUISIANA, *ex rel.* JAMES D.    *   SECTION L
     CALDWELL, JR., Attorney General,          *
                                              *   JUDGE ELDON E. FALLON
         Plaintiff,                     *
                                              *   MAGISTRATE JUDGE
     versus                                    *   KNOWLES
                                              *
MERCK SHARPE & DOHME CORP.,                      *
                                              *
         Defendant.                     *
                                              *
Case No. 05-3700.                               *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Motion to Exclude Testimony of Jerry Avorn, M.D., Memorandum of Law in Support and Accompanying Exhibits Under Seal,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Motion to Exclude Testimony of Jerry Avorn, M.D. (Expert Challenge No. 3), Memorandum of Law in Support and accompanying exhibits under seal.

NEW ORLEANS, LOUISIANA, this ___ day of February, 2010.

                                 _____
                                 HONORABLE ELDON E. FALLON
                                 UNITED STATES DISTRICT JUDGE