UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *    MDL No. 1657 |
| | * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | *    SECTION L |
|     CALDWELL, JR., Attorney General, | * |
| | *    JUDGE ELDON E. FALLON |
|     Plaintiff, | * |
| | *    MAGISTRATE JUDGE |
|   versus | *    KNOWLES |
| | * |
| MERCK SHARPE & DOHME CORP., | * |
| | * |
|     Defendant. | * |
| | * |
| Case No. 05-3700. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DOCUMENTS FILED UNDER SEAL**

    1.  Defendant's Motion to Exclude the Testimony of John S. MacGregor, M.D., Ph.D. (Expert Challenge No. 8);

    2.      Memorandum in Support of Motion to Exclude the Testimony of John S. MacGregor, M.D., Ph.D. (Expert Challenge No. 8);

    3.      Exhibits A through P; and,

    4.      Notice of Hearing.

1008344v.1