UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General,<br><br>    Plaintiff,<br><br>versus<br><br>MERCK SHARPE & DOHME CORP.,<br><br>    Defendant.<br><br>Case No. 05-3700. | \*<br>\*<br>\*<br>\*  MDL No. 1657<br>\*<br>\*  SECTION L<br>\*<br>\*  JUDGE ELDON E. FALLON<br>\*<br>\*  MAGISTRATE JUDGE<br>\*  KNOWLES<br>\*<br>\*<br>\*<br>\*<br>\*<br>\* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Motion to Exclude Testimony of John S. MacGregor, M.D., Ph.D., Memorandum of Law in Support and Accompanying Exhibits Under Seal,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Motion to Exclude Testimony of John S. MacGregor, M.D., Ph.D. (Expert Challenge 8), Memorandum of Law in Support and accompanying exhibits under seal.

NEW ORLEANS, LOUISIANA, this ___ day of February, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1008343v.1