UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation <br><br> This Document Relates to: <br><br> STATE OF LOUISIANA, *ex rel.* JAMES D. <br>     CALDWELL, JR., Attorney General, <br><br>               Plaintiff, <br><br>    versus <br><br> MERCK SHARPE & DOHME CORP., <br><br>               Defendant. <br><br> Case No. 05-3700. | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE <br> KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>DOCUMENTS FILED UNDER SEAL</u>**

    1.  Defendant's Motion to Exclude the Testimony of Richard Kronmal, Ph.D. (Expert Challenge No. 6);

    2.    Memorandum in Support of Motion to Exclude the Testimony of Richard Kronmal, Ph.D. (Expert Challenge No. 6);

    3.    Exhibits A through P; and,

    4.    Notice of Hearing.