UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | * | SECTION L |
|     CALDWELL, JR., Attorney General, | * | |
| | * | JUDGE ELDON E. FALLON |
|                Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
|     versus | * | KNOWLES |
| | * | |
| MERCK SHARP & DOHME CORP., | * | |
| | * | |
|                Defendant. | * | |
| | * | |
| Case No. 05-3700. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR ENTRY OF
ORDER GRANTING LEAVE TO FILE MOTION TO EXCLUDE TESTIMONY OF
CORNELIA PECHMANN, PH.D., MEMORANDUM OF LAW IN SUPPORT OF
MOTION AND ACCOMPANYING EXHIBITS UNDER SEAL**

Defendant Merck Sharpe & Dohme Corp. ("Merck"), through undersigned liaison

counsel, hereby moves the Court for leave to file its Motion to Exclude Testimony of Cornelia

Pechmann, Ph.D. (Expert Challenge No. 9), Memorandum of Law in Support and accompanying

exhibits under seal.  Merck seeks to file these documents under seal because they include

excerpts from the deposition testimony of Cornelia Pechmann, Ph.D., and excerpts and exhibits

from the deposition testimony of  Valerie E. Taylor, D. Pharm., which were designated as

confidential.  The exhibits to the Taylor deposition include:

- Excerpts from the 12/17/03 Hearing of the Medicaid Pharmaceutical &Therapeutics
  Committee Transcript;

- Provider Synergies, LLC February 2002 report on Selective Cyclooxygenase (COX)-2
  Inhibitors;

- Provider Synergies, LLC April 2003 report on Nonsteroidal Anti-Inflammatories (NSAIDs);

- Provider Synergies, LLC April 2004 Nonsteroidal Anti-Inflammatories (NSAIDs) Review.

WHEREFORE, defendant Merck respectfully requests that it be granted leave to file its

Motion to Exclude Testimony of Cornelia Pechmann, Ph.D., Memorandum of Law in Support

and accompanying exhibits under seal.

Dated:  February 19, 2010                              Respectfully submitted,


                                                       /s/ Dorothy H. Wimberly
                                                       Phillip A. Wittmann, 13625
                                                       Dorothy H. Wimberly, 18509
                                                       STONE PIGMAN WALTHER
                                                       WITTMANN L.L.C.
                                                       546 Carondelet Street
                                                       New Orleans, Louisiana  70130
                                                       Phone:  504-581-3200
                                                       Fax:     504-581-3361

                                                       Defendants' Liaison Counsel

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion and Order for Leave to File Motion to Exclude Testimony of Cornelia Pechmann, Ph.D., Memorandum of Law in Support and accompanying exhibits under seal has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of February, 2010.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1008351v.1