UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX * | |
|    Products Liability Litigation * | |
| * | |
| This Document Relates to: * | MDL No. 1657 |
| * | |
| STATE OF LOUISIANA, *ex rel.* JAMES D. * | SECTION L |
|    CALDWELL, JR., Attorney General, * | |
| * | JUDGE ELDON E. FALLON |
|          Plaintiff, * | |
| * | MAGISTRATE JUDGE |
|   versus * | KNOWLES |
| * | |
| MERCK SHARPE & DOHME CORP., * | |
| * | |
|          Defendant. * | |
| * | |
| Case No. 05-3700. * | |
| * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Motion to Exclude Testimony of Cornelia Pechmann, Ph.D., Memorandum of Law in Support and Accompanying Exhibits Under Seal,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Motion to Exclude Testimony of Cornelia Pechmann, Ph.D. (Expert Challenge No. 9), Memorandum of Law in Support and accompanying exhibits under seal.

NEW ORLEANS, LOUISIANA, this ___ day of February, 2010.

                                                                  _____
                                                                   HONORABLE ELDON E. FALLON
                                                                   UNITED STATES DISTRICT JUDGE

1008352v.1