| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation <br><br> This Document Relates to: <br><br> STATE OF LOUISIANA, *ex rel.* JAMES D. <br>     CALDWELL, JR., Attorney General, <br><br>                   Plaintiff, <br><br>     versus <br><br> MERCK SHARP & DOHME CORP., <br><br>                   Defendant. <br><br> Case No. 05-3700. | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE <br> KNOWLES |

## DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF JEFFREY E. HARRIS, M.D., PH.D.

**(Expert Challenge No. 1)**

    Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves to exclude the testimony of Dr. Jeffrey E. Harris. Plaintiff has designated Dr. Harris to testify about expenditures by the Louisiana Department of Health and Hospitals ("LDHH") on Vioxx and other nonsteroidal anti-inflammatory drugs ("NSAIDs") and to opine about the purported effects of various events, such as the withdrawal of Vioxx from the market, on those expenditures.

    As explained more fully in the accompanying Memorandum of Law, Dr. Harris's testimony should be excluded for several reasons:

    *First*, Dr. Harris's opinions regarding aggregate expenditures on Vioxx are premised on the erroneous assumption that Plaintiff would be entitled to restitution of all the money LDHH spent on Vioxx. *Second,* Dr. Harris's opinions regarding the effects of various regulatory milestones on the State's Vioxx and NSAID expenditures are based on incomplete, skewed data,

rendering those opinions unreliable.  **Third**, in analyzing the purported effect of the withdrawal of Vioxx on the State's NSAID expenditures, Dr. Harris fails to account for other possible reasons why NSAID expenditures would have dropped.  Dr. Harris also admitted that his opinion, even if otherwise reliable, would say nothing whatsoever about what would have happened if Vioxx had been withdrawn earlier (and the State, in any event, has no evidence that an earlier withdrawal would have occurred).  **Fourth**, Dr. Harris's opinion regarding the purported effect of a 2005 LDHH drug-utilization program on Bextra and Celebrex expenditures by the State is tainted by a computational error that had a significant effect on his findings.  And even if this opinion were not erroneous, it would still be irrelevant because Plaintiff has no proof that LDHH would have imposed a similar program for Vioxx – or that a Vioxx drug-utilization program would have had the same effect as the Bextra/Celebrex program.

WHEREFORE, Merck respectfully requests that the Court exclude the testimony of Dr. Jeffrey E. Harris.

Respectfully Submitted,

Travis Sales
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

Tarek Ismail
GOLDMAN, ISMAIL, TOMASELLI,
BRENNAN & BAUM LLP
1 North Franklin Street
Suite 625
Chicago, IL 60606

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

John H. Beisner
Jessica Davidson Miller
Geoffrey M. Wyatt
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

2

1008359v.1

Brian C. Anderson
Matthew M. Shors
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

**ATTORNEYS FOR MERCK SHARP & DOHME CORP.**

1008359v.1

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion to Exclude Testimony of Dr. Jeffrey E. Harris has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of February, 2010.

                          */s/ Dorothy H. Wimberly*
                          Dorothy H. Wimberly, 18509
                          STONE PIGMAN WALTHER WITTMANN L.L.C.
                          546 Carondelet Street
                          New Orleans, Louisiana  70130
                          Phone:  504-581-3200
                          Fax:     504-581-3361
                          dwimberly@stonepigman.com

                          Defendants' Liaison Counsel

1008359v.1