UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation <br><br> This Document Relates to: <br><br> STATE OF LOUISIANA, *ex rel.* JAMES D. <br>     CALDWELL, JR., Attorney General, <br><br>               Plaintiff, <br><br>    versus <br><br> MERCK SHARP & DOHME CORP., <br><br>               Defendant. <br><br> Case No. 05-3700. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *    MDL No. 1657 <br><br> *    SECTION L <br><br> *    JUDGE ELDON E. FALLON <br><br> *    MAGISTRATE JUDGE <br> *    KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF DAVID Y. GRAHAM, M.D.

**(Expert Challenge No. 4)**

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves to exclude the testimony of Plaintiff's expert, Dr. David Y. Graham.

As explained more fully in the accompanying Memorandum of Law, Dr. Graham seeks to provide expert testimony regarding "whether [Vioxx] is damaging or toxic to the gastrointestinal tract and if it is, whether it differs substantially from other NSAIDs." This testimony should be excluded for three independent reasons: (1) Dr. Graham is merely parroting a report authored by a statistician, Dr. Nicholas Jewell, and has not independently analyzed or assessed Dr. Jewell's findings; (2) Dr. Graham's reliance on an unpublished, attorney-commissioned "report" is unreasonable because the report is not "of a type reasonably relied upon by experts in the particular field"; and (3) Dr. Graham's opinions are highly suspect under

1008362v.1

*Daubert* and its progeny because they are contrary to his own pre-litigation scholarly research and writings and are not generally accepted in the medical community.

WHEREFORE, Merck respectfully requests that the Court exclude the report and testimony of Dr. David Y. Graham.

Respectfully Submitted,

/s/ Dorothy H. Wimberly

| | |
|---|---|
| Travis Sales | Phillip A. Wittmann, 13625 |
| BAKER BOTTS LLP | Dorothy H. Wimberly, 18509 |
| One Shell Plaza | STONE PIGMAN WALTHER |
| 910 Louisiana Street | WITTMANN L.L.C. |
| Houston, TX 77002 | 546 Carondelet Street |
| | New Orleans, LA 70130 |
| Tarek Ismail | John H. Beisner |
| GOLDMAN, ISMAIL, TOMASELLI, | Jessica Davidson Miller |
| BRENNAN & BAUM LLP | Geoffrey M. Wyatt |
| 1 North Franklin Street | SKADDEN, ARPS, SLATE, |
| Suite 625 | MEAGHER & FLOM LLP |
| Chicago, IL 60606 | 1440 New York Avenue, N.W. |
| | Washington, DC 20005 |
| Brian C. Anderson | Douglas R. Marvin |
| Matthew M. Shors | WILLIAMS & CONNOLLY LLP |
| O'MELVENY & MYERS LLP | 725 Twelfth St., N.W. |
| 1625 Eye Street, N.W. | Washington, DC 20005 |
| Washington, DC 20006 | |

**ATTORNEYS FOR MERCK SHARP & DOHME CORP.**

1008362v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Exclude Testimony of David Y. Graham, M.D. has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of February, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1008362v.1