# EXHIBIT 7



11738135

Jul 9 2006 2:46PM

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: VIOXX PRODUCTS LIABILITY
LITIGATION

**MDL No. 1657**

**THIS DOCUMENT RELATES TO:**

**Section L**

*Robert G. Smith v. Merck & Co., Inc.,*
Case No. 2:05-CV-04379

**Judge Eldon E. Fallon**

**Magistrate Judge Daniel E. Knowles, III**

### PLAINTIFF ROBERT GARRY SMITH'S AMENDED DESIGNATION
### OF EXPERTS AND LAY WITNESSES

Plaintiff, by and through its undersigned counsel, hereby designates the following experts whom Plaintiff may elect to call at trial, either in person or by deposition. This list does not include those witnesses for whom Plaintiff would seek to introduce a counter-designation of prior deposition testimony if Defendant seeks to introduce prior deposition testimony from the same witness.

Plaintiff reserves the right the right to supplement or amend based upon any ruling of the Court that affect the scope of evidence in this trial. Plaintiff also reserves the right to call, live or by deposition, any witness (i) identified by defendant in this or any other Vioxx case, (ii) for which defendant designates deposition testimony, (iii) who has not yet been deposed, or (iv) as may be called consistent with applicable law.

Plaintiff anticipates eliciting fact testimony from Merck employees and/or advisors, as well as opinion testimony related to their duties (which do not regularly involve giving expert testimony).

Plaintiff reserves the right to supplement this witness list with and/or call records custodians if a stipulation of business records cannot be agreed upon, Merck sales representatives who

M007313894

have not yet been deposed in this case, and any witnesses whose identify becomes known as discovery continues.

Plaintiff also reserves the right to designate witnesses in rebuttal to defendant's designation.

By identifying the witnesses below, Plaintiff does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument.

John Abramson, M.D.
Clinical Instructor in Ambulatory Care and Prevention
Harvard Medical School
39 Spring Street  An
Ipswich, MA 01938
978-312-1225
Testimony: Family physician.  Anticipated testimony is reflected in witness' expert report and deposition.

David Anstice
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Merck President for Human Health.  Anticipated testimony is reflected in witness' depositions and former testimony.

Jerry Avorn, M.D.
Professor of Medicine at Harvard Medical School
Chief of the Division of Pharmacoepidemiology and Pharmacoeconomics at Brigham and Women's Hospital.
75 Francis Street, Boston, MA 02115, USA
(617) 732-5500
Testimony: Epidemiologist.   Anticipated testimony is reflected in witness' expert report and MDL deposition.

Susan Baumgartner
Current address unknown.
Testimony: Former Marketing Manager at Merck. Anticipated testimony is reflected in witness' MDL deposition.

Carolyn Cannuscio
Current address unknown.
Testimony:  Former epidemiologist, Merck & Co., Inc.  Anticipated testimony is reflected in witness' MDL deposition.

M00731389X

J. Martin Carroll
President and CEO
Boehringer Ingelheim Pharmaceuticals, Inc.
900 Ridgebury Road
P.O. Box 368
Ridgefield, CT 06877
(203) 798-9988
Testimony: Former Executive Vice President, Primary Care Sales & Managed Care,
Merck & Co., Inc. Anticipated testimony is reflected in witness' MDL deposition.

Daniel Courtade, M.D.
900 Medical Village Drive
Edgewood, KY 41017
Testimony: Plaintiff Garry Smith's Cardiologist. Anticipated testimony is reflected in witness' deposition.

Gregory Curfman, M.D.
10 Shattucle Street
Boston, MA 021 15-6094
Testimony: Executive editor for the *New England Journal of Medicine*. Anticipated testimony is reflected in witness' MDL deposition.

Laura Demopoulos, M.D.
University of Pennsylvania
3451 Walnut Street, Philadelphia, PA 19104
215-898-5000
Testimony: Former Senior Director of Cardiovascular Research at Merck Laboratories.
Anticipated testimony is reflected in witness' MDL depositions.

Wendy Dixon
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Former Senior Pharmaceutical representative at Merck. Anticipated testimony is reflected in witness' MDL deposition.

Yves Ducharme
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889

James Dunn
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889

M00731389G

Stephen Epstein, M.D.
c/o William Schultz
Zuckerman Spaeder LLP
1800 M Street, NW 10th Floor
Washington, DC 20036-5802
Testimony: Studies and general knowledge of Vioxx, COX-2 inhibitors, and atherosclerosis progression.  Anticipated testimony is reflected in witness' MDL deposition.

John Farquhar, M.D., PhD.
Professor Emeritus (Active) of Medicine at the Stanford
University School of Medicine
Stanford, California
Testimony: Anticipated testimony is reflected in witness' expert report and deposition.

Mark I. Furman, MD, FACC, FAHA
Department of Medicine, Division of Cardiovascular Medicine
University Campus
55 Lake Avenue North
Worcester, MA 0165
Testimony: Cardiologist.  Anticipated testimony is reflected in his expert report and in his MDL deposition.

Barry Gertz, M.D.
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Executive Vice President of Clinical Research at Merck Research Laboratories. Anticipated testimony is reflected in witness' deposition and former testimony.

Raymond Gilmartin
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, IL 60610
Testimony: Former CEO of Merck & Co., Inc. Anticipated testimony is reflected in witness' depositions and former testimony.

David Graham, M.D.
FDA
5600 Fishers Lane
Rockville, Maryland 20857
Testimony: Anticipated testimony is reflected in witness' MDL deposition.

M007313897

Michael A. Grefer, M.D.
Commonwealth Orthopaedic Center, P.S.C.
340 Thomas More Parkway,
Suite 260
Crestview Hills, KY 41017
859-341-6440
Testimony:  Garry Smith's Vioxx prescribing doctor.  Anticipated testimony is reflected in witness' MDL deposition.

Forest T. Heis, M.D.
Commonwealth Orthopaedic Center, P.S.C.
340 Thomas More Parkway,
Suite 260
Crestview Hills, KY 41017
859-341-6440
Testimony:  Garry Smith's Vioxx prescribing doctor.  Anticipated testimony is reflected in witness' deposition.

Nicholas Jewell
Professor, Division of Biostatistics
School of Public Health, Department of Statistics
140 Warren Hall
University of California at Berkeley
Berkeley, CA 94720
Testimony:  Biostatistician.  Anticipated testimony is reflected in his expert report (filed June 26, 2006, as Document 5503 in Case 2:05-md-01657) and his deposition.

Jo Jerman
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Pharmaceutical representative for Merck.  Anticipated testimony is reflected in witness' MDL deposition.

Richard M. Kapit, M.D., MPH
P.O. Box 1
Garrett Park, MD, 20896
Testimony: FDA Expert.  Anticipated testimony is reflected in witness' MDL deposition.

Peter Kim
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: President, Merck Research Laboratories.  Anticipated testimony is reflected in witness' deposition.

M007313898

Richard A. Kronmal
University of Washington at Seattle
Seattle, WA  98195
(206) 543-2100
Testimony: Biostatistician and Professor, Department of Biostatistics.  Anticipated testimony is reflected in witness' MDL deposition.

Dr. Briggs Morrison
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Vice President of Clinical Research at Merck
Research Laboratories.

Lemuel Moye, III, M.D.
University of Texas School of Public Heath
Division of Biostatistics
1200 Pressler Drive
Houston, TX 77030
Testimony:  Biostatistics, epidemiology, warnings, testing and FDA expert.  Anticipated testimony is reflected in witness' expert report and MDL deposition.

Dr. Alan Nies
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, IL 60610
Testimony: Former Senior Vice President of Clinical Research at Merck Research Laboratories.

Connie Pechman
University of California, Irvine
The Paul Merage School of Business
Irvine, CA  92697-3125
Testimony:  Marketing expert.  Anticipated testimony is reflected in her expert report and MDL deposition.

Wayne Ray, Ph.D.
Professor of Preventive Medicine
Vanderbilt Univ. School of Medicine
A-1106A Medical Center North 37232-2637
(615) 322 2017
Anticipated testimony is reflected in his expert report, depositions and former testimony.

M007313899

Dr. Alise Reicin
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Vice President of Clinical Research at Merck Research Laboratories. Anticipated testimony is reflected in witness' MDL deposition and former testimony.

Gary Edward Sander
Gulf Regional Research & Educational Services, LLC
500 Mariner's Plaza, Suite 509
Mandeville, LA 70448
985-951-8583
Testimony: Cardiologist. Anticipated testimony is reflected in his expert report and MDL deposition.

Mark Sander, M.D.
Patient First Physician Group
525 Alexandria Pike, Suite 300
Southgate, KY 41071
Testimony: Plaintiff's treating physician.

Dr. Nancy Santanello
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Executive Director of Epidemiology at Merck. Anticipated testimony is reflected in her depositions and former testimony.

Adam Schechter
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Vice President and General Manager of Merck/Schering-Plough Pharmaceutical. Anticipated testimony is reflected in his MDL deposition.

Dr. Edward Scolnick
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Former President of Merck Research Laboratories. Anticipated testimony is reflected in his MDL deposition.

Deborah Shapiro
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889

M007313900

Testimony: Biostatistician in the Clinical Biostatistics and Research Decisions Sciences
Department at Merck.  Anticipated testimony is reflected in her MDL deposition.

Louis Sherwood
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, IL 60610
Testimony:  Former Senior Vice President of Medical Affairs at Merck.  Anticipated tes-
timony is reflected in his MDL deposition.

Robert Silverman, M.D. (documents only)
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony:  Senior Director of Regulatory Affairs at Merck.  Anticipated testimony is re-
flected in his MDL deposition.

Thomas Simon, M.D. (documents only)
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Vice President of Clinical Sciences Operations Group at Merck.  Anticipated
testimony regarding Vioxx.

Stallings
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889

Sullivan
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889

Eric Topol
c/o Mintz Levin Cohn Ferris Glovsky and Poppeo, P.C.
One Financial Center
Boston, MA 02111
Testimony: Cardiologist.  Anticipated testimony is reflected in the witness' MDL deposi-
tion.

Douglas Watson, Ph.D.
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889

M007313901

Isaac Weiner, M.D.
100 UCLA Medical Plaza, Suite 770
Los Angeles, CA 90024
(310) 824-3378
Testimony:  Cardiologist.  Anticipated testimony is reflected in the witness' expert report
and deposition.

Jan Weiner
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Executive Director of Public Affairs at Merck.  Anticipated testimony is re-
flected in the witness' MDL deposition.

Ellen Westrick
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, IL 60610
Testimony: Former Merck & Co., Inc., employee in Office of Medical-legal.  Anticipated
testimony is reflected in her MDL deposition.

Douglas P. Zipes, M.D.,
Emeritus Director of the Cardiology Division
Indiana University School of Medicine
M200 1001 West 10th Street
Indianapolis, IN 46202
Testimony:  Cardiologist.  Anticipated testimony is reflected in his expert report and MDL
deposition.

**Custodians of Records:**

Custodian of medical
and billing records
Northern Kentucky Heart, PSC
380 Centre View Blvd.
Crestview Hills, KY  41017
859-341-3015

Custodian of medical
and billing records
St. Elizabeth's Medical Center
One Medical Village Drive
Edgewood, KY 41017
859-301-2000

Custodian of medical
and billing records
Commonwealth Orthopedic
Centers, P.S.C.
340 Thomas More Parkway
Crestview, KY 41071
859-341-6440

David Allen, D.O.
Custodian of medical
and billing records
St. Luke's Hospital – West
7380 Turfway Road
Florence, KY 41042

Custodian of pharmaceutical
and billing records
Wal-Mart Pharmacy
Legal Department
702 S.W. 8th Street
Bentonville, Arkansas 72716
479-277-0241

Custodian of medical
and billing records
Hand Surgery Specialists of
Northern Kentucky
10700 Montgomery road, Suite 150
Cincinnati, Ohio 45242
513-961-4263

**Merck Sales Representatives:**

Amy Block
Kristen Keller
Shannon Wallace
Helene Cissell
Holly Biss
Timothy Powers
Tom Schatzman
Shannon Wallace
Melisa Shelburne
Shunda Darby
Merck & Co.
One Merck Drive

M007313903

Whitehouse Station, NJ 08889

**Lay Witnesses:**

Robert Garry Smith
14 East Lakeside Avenue
Lakeside Park, KY  41017
Testimony: Plaintiff.  Anticipated testimony is reflected in witness' deposition.

Yvonne Adkins
4411 Huntington Ave
Covington, KY 41015
859-630-9812
Testimony:  Plaintiff's former wife.  Anticipated testimony will be the facts and circumstances surrounding Plaintiff's heart attack and its affect on him.

Robyn Berger
4413 Huntington Ave
Covington, KY 41015
859-291-9551
Testimony: Daughter of Plaintiff.  Anticipated testimony will be the facts and circumstances surrounding her father's heart attack and its affect on him.

Melissa Lemming
Jack Lemming
13400 Ridgeview, CT
Butler, KY 41006
859-635-1952

Any custodian of records or representative of any party, agency, department, business, insurer, and/or medical provider necessary to authenticate any document, record, business entry or payment.

Any witness identified as Merck's corporate representative.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

M00731390A

Respectfully submitted,

_____/s/ Grant Kaiser_____

James L. "Larry" Wright
Texas Bar No. 22038500
**THE WATTS LAW FIRM LLP**
111 Congress Avenue, Suite 1010
Austin, Texas 78701
(512) 479-0500; fax (512) 473-0328

Grant Kaiser
Texas Bar No. 11078900
THE KAISER FIRM LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713)-223-0000; fax (713) 223-0440
gkaiser@thekaiserfirm.com

Walter Umphrey
Texas Bar No. 20380000
**PROVOST UMPHREY LAW FIRM LLP**
490 Park Street
Beaumont, Texas 77701
(409) 835-6000; fax (409) 838-8888

John Eddie Williams, Jr.
Texas Bar No. 21600300
Amy M. Carter
Texas Bar No. 24004580
**WILLIAMS BAILEY LAW FIRM LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-2200; fax (713) 643-6226

Drew Rainer
Louisiana Bar No. 8320
**RANIER, GAYLE & ELLIOT LLC**
1419 Ryan Street
Lake Charles, Louisiana 70601
(337) 494-7171; fax (337) 494-7218

Mikal Watts
Texas Bar No. 20981820
**THE WATTS LAW FIRM LLP**
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478
(361) 887-0500; fax (361) 887-0055

**ATTORNEYS FOR PLAINITFF**

- 12 -

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing document has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on Sunday, July 09, 2006.


                                                    /s/ Grant Kaiser
                                             Grant Kaiser
                                             Texas Bar No. 11078900
                                           Attorney for Plaintiff
                                           The Kaiser Firm, L.L.P.
                                           8441 Gulf Freeway, Suite 600
                                           Houston, Texas 77017
                                           713-223-0000
                                           713-223-0440 (fax)
                                           gkaiser@thekaiserfirm.com


cc     By email only:

      Robert Van Kirk         rvankirk@wc.com
      **Williams & Connolly LLP**
      725 Twelfth Street Northwest
      Washington, D.C. 20005
      (202) 434-5000; fax (202) 434-5029

      Carrie A. Jablonski       carrie.jablonski@bartlit-beck.com
      **Bartlit, Beck, Herman, Palenchar & Scott LLP**
      54 West Hubbard Street, Suite 300
      Chicago, Illinois 60610
      (312) 494-4400; fax (312) 494-4440

M007313906

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL DOCKET No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| | * | |
| This document relates to | * | JUDGE FALLON |
| CASE NO. 2:05CV2524 | * | |
| | * | |
| ANTHONY WAYNE DEDRICK, | * | MAG. JUDGE KNOWLES |
| an Individual, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

## PLAINTIFF'S WITNESS LIST

COME NOW Plaintiff Anthony Wayne Dedrick, by and through his undersigned counsel, hereby identifies the following persons whom Plaintiff may elect to call as witnesses at trial, either in person or by deposition.  This list does not include those witnesses for whom Plaintiff would seek to introduce a counter-designation of prior deposition testimony if Defendant seeks to introduce prior deposition testimony from the same witness.  Additional depositions will be taken before trial and Plaintiff reserves the right to supplement this list to include some or all of those additional depositions.  Plaintiff reserves the right to supplement or amend this list based upon any ruling of the Court that affect the scope of evidence in this trial or if Defendant alters or amends its Witness List.  Plaintiff further reserves the right to withdraw any witnesses.  .  Plaintiff also reserves the right to call, live or by deposition, any witnesses (i) identified by Defendant, (ii) for which Defendant designates deposition testimony, (iii) who is

M0DAA09956

identified hereafter through discovery, or (iv) as may be called consistent with applicable law.  By

identifying the witnesses below, Plaintiff does not intend to waive any of its objections to deposition

testimony, exhibits or other evidence or argument.

1. Anthony Wayne Dedrick            Plaintiff.
   329 Highway 64 W Apt 5B
   Waynesboro, Tennessee 38485

2. Sherry Curtis                      Plaintiff's friend.
   1591 Moccasin Creek
   Waynesboro, Tennessee 38485

3. Kenny Dedrick                    Plaintiff's brother.
   Springvalley Apartments, Apt. 131B
   Waynesboro, Tennessee 38485
   (931) 722-6340

4. Phil Dedrick                        Plaintiff's brother.
   105 Mindy Dr
   Waynesboro, TN 38485
   (931) 722-7716

5. Tammy Dedrick                 Mr. Phil Dedrick's wife and Plaintiff's
   105 Mindy Dr                       sister-in-law.
   Waynesboro, Tennessee 38485
   (931) 722-7716

6. Nina Davis
   605 Walnut Street                 Plaintiff's sister.
   Waynesboro, Tennessee 38485

7. Bernice White                    Plaintiff's sister.
   Waynesboro, Tennessee 38485

8. Johnny Perry
   315 Copeland Drive               Plaintiff's friend.
   Waynesboro, Tennessee 38485

M00AA09957

9.  Danny Reaves                                    Plaintiff's friend.
    329 Highway 64 W, Apt. 5B
    Waynesboro, Tennessee 38485

10. Custodian of pharmaceutical                     Healthcare provider.
    and billing records
    Duren Discount Drugs
    215 Dexter L. Woods Memorial
    Waynesboro, Tennessee 38485
    (931) 722-5466

11. Custodian of pharmaceutical                     Healthcare provider.
    and billing records
    Fred's Discount Store
    aka Fred's Pharmacy #3226
    307 Hwy 64E
    Waynesboro, Tennessee 38485
    (931) 722-9075

12. Custodian of pharmaceutical                     Healthcare provider.
    and billing records
    Collinwood Drugs
    313 Hwy 13S
    Collinwood, Tennessee 38450
    (931) 724-9197

13. William Coltharp, M.D.                           Healthcare provider.
    Cardiovascular Surgery Associates
    4230 Harding Road, Suite 450
    Nashville, Tennessee 37205

14. Mark Koenig, M.D.                                Healthcare provider.
    The Heart Group
    4230 Harding Road, Suite 330
    Nashville, Tennessee 37205

15. John McPherson, M.D.                             Healthcare provider.
    The Heart Group
    4230 Harding Road, Suite 330
    Nashville, Tennessee 37205

M0DAA09958

16. Esmeraldo Herrera, M.D.                    Healthcare provider.
    905 Andrew Jackson Drive, Suite A
    Waynesboro, Tennessee 38485
    (931) 722-5452

17. Custodian of medical and                   Healthcare provider.
    billing records
    The Heart Group
    4230 Harding Road, Suite 330
    Nashville, Tennessee 37205

18. Custodian of medical and                   Healthcare provider.
    billing records
    Cardiovascular Surgery Associates
    4230 Harding Road, Suite 450
    Nashville, Tennessee 37205

19. Custodian of medical and                   Healthcare provider.
    billing records
    Saint Thomas Hospital
    4220 Harding Road
    Nashville, Tennessee 37205

20. Colin Funk, Ph. D.                         Plaintiff's expert and fact witness
    Queen's University
    Stuart Street
    Kingston, ON K7L3N6

21. John Leo Guerrigian, M.D.                  Plaintiff's expert witness
    PharmaGenesis, Inc.
    14513 Woodcrest Drive
    Rockville, Maryland 20853-2371

22. Mark Furman, M.D.                          Plaintiff's expert witness
    University of Massachusetts Memorial Medical Center
    55 Lake Avenue North
    Worchester, Massachusetts 01655

23. Ira J. Gelb, M.D.                          Plaintiff's expert witness
    18489 Long Lake Drive
    Boca Raton, Florida 33496-1934

M0DAA09959

24. Donna K. Arnett, Ph.D., M.S.P.H.          Plaintiff's expert witness
    University of Alabama at Birmingham
    Department of Epidemiology
    1665 University Boulevard, Room 220E
    Birmingham, Alabama 35294-0022

25. Nick Jewell, Ph. D.                        Plaintiff's expert witness
    University of California, Berkeley
    107 Haviland Hall
    Berkeley, California 94720-7360

26. David Anstice                             Former Merck President for Human Health.
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

27. Jerry Avorn, M.D.                          Plaintiff's expert and fact witness.
    Division of Pharmacoepidemiology
    and Pharmacoeconomics
    Brigham and Women's Hospital
    1620 Tremont Street, Suite 3030
    Boston, Massachusetts 02120

28. Susan Baumgartner                          Former Marketing Manager at Merck.
    Merck & Co., Inc.                          Anticipated testimony is reflected I witness'
    One Merck Drive                            MDL deposition.
    Whitehouse Station, New Jersey 08889

29. Mary Blake                                 Manager of Public Affairs at Merck.
    Merck & Co., Inc.                          Anticipated testimony is reflected in witness'
    One Merck Drive                            MDL deposition.
    Whitehouse Station, New Jersey 08889

30. Ned Braunstein                             Director of Merck Research Laboratories
    Merck & Co., Inc.                          Regulatory Affairs.  Anticipated testimony is
    One Merck Drive                            reflected in witness' MDL deposition.
    Whitehouse Station, New Jersey 08889

31. Tom Cannell                                Former Executive Director of Vioxx Promotion
    Merck & Co., Inc.                          and Sales for Merck, current Vice President of
    One Merck Drive                            the Western Regional Business Group.
    Whitehouse Station, New Jersey 08889       Anticipated testimony is reflected in witness' MDL
                                               deposition.

M00AA09960

32. Carolyn Cannuscio
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

Former epidemiologist for Merck.
Anticipated testimony is reflected in witness'
MDL deposition.

33. J. Martin Carroll
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

Former Executive Vice President, Primary
Care Sales & Managed Care at Merck.
Anticipated testimony is reflected in witness'
MDL deposition.

34. Gregory Curfman, M.D.
    10 Shattuck Street
    Boston, Massachusetts 02115-6094
    Whitehouse Station, New Jersey 08889

Executive editor for the New England Journal of
Medicine.    Anticipated testimony is reflected
in witness' MDL deposition.

35. Laura Demopolous
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

Former Senior Director of Cardiovascular
Clinical Research at Merck.  Anticipated
testimony is reflected in witness' MDL
deposition.

36. Wendy Dixon
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

Former Senior Vice President of Marketing
for the US Human Health Division of Merck.
Anticipated testimony is reflected in witness'
MDL deposition.

37. James Dunn
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

Former Senior Pharmaceutical Representative
for Merck.  Anticipated testimony is reflected
in witness' MDL deposition.

38. Stephen Epstein, M.D.
    c/o William Schultz
    Zuckerman Spaeder LLP
    1800 M. Street, NW
    10th Floor
    Washington, DC 20036-5802

Studies and general knowledge regarding Vioxx,
Cox-2 inhibitors, and atherosclerosis progression.
Anticipated testimony is reflected in witness'
MDL deposition.

M00AA09961

39. John Farquhar, M.D.    Plaintiff's cardiology/epidemiology expert.
  Stanford University School of Medicine
  Hoover Pavilion, Rm. 229, 211 Quarry Road
  Stanford, California 94305-5705

40. Egil Fosslien, M.D.     Plaintiff's pathophysiology expert
  502 Fairview Avenue
  Glen Ellyn, Illinois 60137

41. Barry Gertz       Executive Vice President of Clinical Research
  Merck & Co., Inc.     at Merck Research Laboratories.  Anticipated
  One Merck Drive     testimony is reflected in witness' MDL
  Whitehouse Station, New Jersey 08889 deposition.

42. Raymond Gilmartin    Former Chief Executive Officer of Merck & Co.,
  c/o Bartlit, Beck, Herman, Palenchar Inc. Anticipated testimony is reflected in
  & Scott, L.L.P.      witness' MDL deposition.
  Courthouse Place, 54 West Hubbard Street
  Chicago, Illinois 60610

43. Dr. David Graham     Medical Officer and Associate Director for
  10903 New Hampshire Avenue  Science and Medicine in the Office of Drug
  Building 22, Room 4314    Safety for the Food and Drug Administration.
  Silver Spring, Maryland 20993  Anticipated testimony is reflected in witness'
             MDL deposition.

44. Jo Jerman        Merck Sales Director for Southeast Region.
  Merck & Co., Inc.     Anticipated testimony is reflected in witness'
  One Merck Drive     MDL deposition.
  Whitehouse Station, New Jersey 08889

45. Marilyn Krahe      Executive Business Director at Merck.
  Merck & Co., Inc.     Anticipated testimony is reflected in witness'
  One Merck Drive     MDL deposition.
  Whitehouse Station, New Jersey 08889

46. Charlotte McKines     Executive Director of Integrated Marketing
  Merck & Co., Inc.     Communications for Merck.  Anticipated
  One Merck Drive     testimony is reflected in witness' MDL
  Whitehouse Station, New Jersey 08889 deposition.

M00AA09962

47. Briggs Morrison, M.D.
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

Vice President of Clinical Research at Merck Research Laboratories.  Anticipated testimony is reflected in witness' MDL deposition.

48. Lemuel Moye III, M.D.
    University of Texas
    School of Public Health
    Division of Biostatistics
    1200 Herman Pressler
    Houston, Texas 77030

Plaintiff's biostatistics/warnings/testing/ FDA expert.

49. Thomas Musliner, M.D.
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

Executive Director of Clinical Research at Merck. Anticipated testimony is reflected in witness' MDL deposition.

50. Alan Nies, M.D.
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

Former Senior Vice President of Clinical Research at Merck Research Laboratories. Anticipated testimony is reflected in witness' MDL deposition.

51. Connie Pechmann, Ph. D.
    1604 Harkness Street
    Manhattan Beach, California 90266

Plaintiff's marketing expert

52. Alise Reicin, M.D.
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

Vice President of Clinical Research at Merck Research Laboratories.  Anticipated testimony is reflected in witness' MDL deposition.

53. Nancy Santanello, M.D.
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

Executive Director of Epidemiology of Merck.  Anticipated testimony is reflected in witness' MDL deposition.

54. Edward Scolnick, M.D.
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

Former President of Merck Research Laboratories. Anticipated testimony is reflected in witness' MDL deposition.

M0DAA09963

55. Beth Seidenberg
c/o Bartlit, Beck, Herman, Palenchar
& Scott, L.L.P.
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610

Former Vice President of Clinical Research
in Pulmonary Immunology. Anticipated
testimony is reflected in witness' MDL
deposition.

56. Deborah Shapiro, Ph.D.
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, New Jersey 08889

Biostatistician in the Clinical Biostatistics and
Research Decisions Sciences Department at
Merck. Anticipated testimony is reflected
in witness' MDL deposition.

57. Adam Schecter
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, New Jersey 08889

Vice President and General Manager of Merck/
Schering-Plough Pharmaceutical. Anticipated
testimony is reflected in witness' MDL
deposition.

58. Lou Sherwood, M.D.
c/o Bartlit, Beck, Herman, Palenchar
& Scott, L.L.P.
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610

Former Senior Vice President of Medical
Affairs at Merck. Anticipated testimony
is reflected in witness' MDL deposition.

59. Robert Silverman
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, New Jersey 08889

Senior Director for Regulatory Affairs at
Merck Research Laboratories. Anticipated
testimony is reflected in witness' MDL
deposition.

60. Thomas Simon
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, New Jersey 08889

Vice President of Clinical Sciences Operations
Group at Merck. Anticipated testimony
regarding Vioxx.

61. Eric Topol, M.D.
c/o Mintz, Levin, Cohn, Ferris,
Glovsky and Poppeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Cardiologist. Anticipated testimony is
reflected in witness' MDL deposition.

62. Douglas Watson
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, New Jersey 08889

Director of Epidemiology of Merck.
Anticipated testimony is reflected in
witness' MDL deposition.

M00A09964

63. Jan Weiner
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

Executive Director of Public Affairs at Merck.  Anticipated testimony is reflected in witness' MDL deposition.

64. Ellen Westrick
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

Former Merck employee in the Office of Medical-Legal. Anticipated testimony is reflected in witness' MDL deposition.

65. Gregory Bell
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

Former National Medical Director for Merck.

66. Thomas Bold
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

Senior Director of Clinical Risk Management and Safety Surveillances for Merck Research Laboratories.

67. Thomas Casola
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

Former Director of Office of Medical/ Legal at US Human Health.

68. Brian Daniels, M.D.
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

Former Director of Clinical Research in the Immunology and Pulmonology Department.

M0DAA09965

69. Elliott Ehrich, M.D.
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

Former Senior Director of Clinical Research.

70. Jillian Evans
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

Director of Pharmacology for Merck.

71. Anthony Ford-Hutchinson
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

Former Senior Vice President of Research
Merck Frosst Canada

72. Peter Honig
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

Executive Vice President for Worldwide
Regulatory Affairs and Product Safety for
Merck Research Laboratories.

73. Linda Hostelley
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

Former Director of Merck's Worldwide
Safety and Quality Assurance.

74. Terry Jacklin
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

Director of Information Technology.

M0DAA09966

75. Peter Kim, M.D.                     President of Merck Research Laboratories.
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

76. Gregory Kulp                        Current Director of Enterprise Office
    c/o Bartlit, Beck, Herman, Palenchar   Infrastructure who previously held other
    & Scott, L.L.P.                     positions with Merck.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

77. Bernadette McKeon                   Director of Medical Services.
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

78. Liberino Martino                    Senior Director of Clinical Regulatory
    c/o Bartlit, Beck, Herman, Palenchar   Information Systems.
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

79. Jennifer Ng                         Associate Director of Scientific Staff.
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

80. Leonard Silverstein                 Former Director of U.S. Human Health
    c/o Bartlit, Beck, Herman, Palenchar   Division.
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

M00A0G967

81. Leonard Tacconi
c/o Bartlit, Beck, Herman, Palenchar
& Scott, L.L.P.
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610

Former Director of Corporate Communications of U.S. Human Health.

82. Steven E. Nissen, M.D.
The Cleveland Clinic
9500 Euclid Avenue
Cleveland, Ohio 44195

Dr. Nissen will testify as to his experiences with Merck as Vice-Chairman of Cardiology at the Cleveland Clinic Foundation.

83. John Oates, M.D.
c/o Bartlit, Beck, Herman, Palenchar
& Scott, L.L.P.
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610

Head of Clinical Pharmacology at Vanderbilt University.

84. Daniel Solomon, M.D.
Brigham and Women's Hospital
75 Francis Street
Boston, Massachusetts 02115

Assistant Professor of the Division of Pharmacoepidemiology at Brigham and Women's Hospital.

85. Shari Targum, M.D.
5600 Fishers Lane
Rockville, Maryland 20857-0001

Dr. Targum, Medical Officer in the Division of Cardio-Renal Drug Products, will testify regarding her role in the evaluation and review of Vioxx.

86. James Fries, M.D.
Stanford University Medical Center
Department of Medicine
Division of Immunology and Rheumatology
1000 Welch Road, Suite 203
Palo Alto, California 94304

Professor at Stanford University.

87. Dr. Robert Steinbrook, M.D.
Address unknown at this time

He will testify as to his role as former Deputy Editor of New England Journal of Medicine and the events and circumstances surrounding the publication of the VIGOR study.

M0DAA09968

88. Dr. Jeffrey Drazen, M.D.
    10 Shattuck Street
    Boston, Massachusetts 02115-6094

He will testify as to his role as Editor-in-Chief of New England Journal of Medicine and the events and circumstances surrounding the publication of the VIGOR study.

89. Dr. Robert Utger, M.D.
    Address unknown at this time

He will testify as to his role as former Deputy Editor of NEJM and the events and circumstances surrounding the publication of the VIGOR study.

90. Dr. Maria Villalba
    5600 Fishers Lane
    Rockville, Maryland 20857-0001

She will testify as to her role as a Medical Officer in the Division of Anti-Inflammatory Drug Products for the FDA and in particular in reference to Vioxx.

91. Richard R. Stover
    Arnhold and S. Bleichroeder Advisors
    1345 Avenue of the Americas
    New York, New York 10105-4300

He will testify as to his role as a Global Pharmaceuticals Analyst.

92. Leslie Crofford
    University of Kentucky
    740 S. Limestone Street, Room J509
    Lexington, Kentucky 40536-0284

Professor of Medicine at the University of Kentucky.

93. Garrett A. FitzGerald, M.D.
    University of Pennsylvania
    3451 Walnut Street
    Philadelphia, Pennsylvania 19104

Professor of Medicine of the University of Pennsylvania

94. Eliav Barr, M.D.
    c/o Bartlit, Beck, Herman, Palenchar
    & Scott, L.L.P.
    Courthouse Place
    54 West Hubbard Street
    Chicago, Illinois 60610

Senior Director of Biologics and Clinical Research.

95. Garrett Cirulli
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

96. Rachel Pilkinton Stovall
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

M0DA00969

97. Kristin Harris
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

98. Michael Curlin Richards
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

99. Ronald Frank Smith
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

100.   Lee Michael English, Jr.
       Merck & Co., Inc.
       One Merck Drive
       Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

101.   Sharath Chandra
       Merck & Co., Inc.
       One Merck Drive
       Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

102.   Stephanie B. Ison
       Merck & Co., Inc.
       One Merck Drive
       Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

103.   Vinay K. Sood
       Merck & Co., Inc.
       One Merck Drive
       Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

104.   Justin R. Spencer
       Merck & Co., Inc.
       One Merck Drive
       Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

105.   Melissa C. McAllister
       Merck & Co., Inc.
       One Merck Drive
       Whitehouse Station, New Jersey 08889

Current and/or former Merck sales representative.

M00AA09970

| 106. | Denise M. Miller<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889 | Current and/or former Merck sales representative. |
|------|---|---|

106.    Denise M. Miller
      Merck & Co., Inc.
      One Merck Drive
      Whitehouse Station, New Jersey 08889
      Current and/or former Merck sales representative.

107.    Shay M. Ingram
      Merck & Co., Inc.
      One Merck Drive
      Whitehouse Station, New Jersey 08889
      Current and/or former Merck sales representative.

108.    Elizabeth Lowery Bond
      Merck & Co., Inc.
      One Merck Drive
      Whitehouse Station, New Jersey 08889
      Current and/or former Merck sales representative.

109.    Bradley Fogelman
      Merck & Co., Inc.
      One Merck Drive
      Whitehouse Station, New Jersey 08889
      Current and/or former Merck sales representative.

110.    Rebecca Burcham
      Merck & Co., Inc.
      One Merck Drive
      Whitehouse Station, New Jersey 08889
      Current and/or former Merck sales representative.

111.    Jennifer Hudson
      Merck & Co., Inc.
      One Merck Drive
      Whitehouse Station, New Jersey 08889
      Current and/or former Merck sales representative.

112.    Sheryl Harrison-Koestner
      Merck & Co., Inc.
      One Merck Drive
      Whitehouse Station, New Jersey 08889
      Current and/or former Merck sales representative.

113.    Mark Strong
      Merck & Co., Inc.
      One Merck Drive
      Whitehouse Station, New Jersey 08889
      Current and/or former Merck sales representative.

114.    Darrius Hereford
      Merck & Co., Inc.
      One Merck Drive
      Whitehouse Station, New Jersey 08889
      Current and/or former Merck sales representative.

M00AA09971

| 115. | Allison Simpson<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889 | Current and/or former Merck sales representative. |
| 116. | Bradley Akin<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889 | Current and/or former Merck sales representative. |
| 117. | Stephanie Buck<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889 | Current and/or former Merck sales representative. |
| 118. | Joycelyn Romero<br>24193 Highway 435<br>Abita Springs, Louisiana 70420 | Former Merck sales representative. |

119. Regional sales managers over the area including Waynesboro, Tennessee from 1999 to 2004.

120. District sales managers over the area including Waynesboro, Tennessee from 1999 to 2004.

121. Any custodian of records or representative of any party, agency, department, business, insurer and/or medical provider necessary to authenticate any document, record, business entry or payment.

122. Any and all Merck employees or representatives that had any contact with Dr. Esmeraldo Herrera, his practice or the hospital where he practices.

123. Any witness named as the Merck Corporate Witness, FRCP 30(b)(6) Witness, or Witness responding to Request for Admissions sent to Merck, if not already listed above.

124. Any witness or rebuttal expert necessary for purposes of rebuttal.

125. Any witness that is discovered subsequent to the filing of this list.

M00AA09972

Respectfully submitted this _25th_ day of September, 2006.

_P. Leigh O'Dell_

**ANDY BIRCHFIELD**
P. LEIGH O'DELL
Attorney for Plaintiff
***BEASLEY, ALLEN, CROW,***
***METHVIN, PORTIS & MILES, P.C.***
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

M00AA09973

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**PLAINTIFFS' LIAISON COUNSEL**

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

M00AA09974

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Witness List has been served on Defendants' Liaison Counsel, Phillip A. Wittman, Merck's Counsel, Douglas R. Marvin and Philip S. Beck, and Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this __25th__ day of September, 2006.

*P. Leigh o'Dell*

P. Leigh O'Dell
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.

1    Mark P. Robinson, Jr., SBN 054426
2    Carlos A. Prietto, III, SBN 166410
     Ted B. Wacker, SBN 157416
3    ROBINSON, CALCAGNIE & ROBINSON
     620 Newport Center Drive, Suite 700
4    Newport Beach, California  92660
     Tele: 949-720-1288; Fax: 949-720-1292
5

6    Attorneys for Plaintiff

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                 FOR THE COUNTY OF LOS ANGELES

10

| | |
|---|---|
| Coordination Proceedings | ) Case No.: JCCP 4247 |
| Special Title  (Rule 1550(b)) | ) |
| **VIOXX® CASES** | ) Assigned to Honorable Victoria Chaney, |
| | ) Department 324 |
| LOWELL BERWICK, | ) |
| | ) [LASC Case Number:  BC328855] |
| Plaintiff, | ) |
| vs. | ) **PLAINTIFF LOWELL BERWICK'S** |
| | ) **DESIGNATION OF EXPERT WITNESSES;** |
| MERCK & COMPANY, INC., | ) **EXPERT DECLARATION OF** |
| McKESSON CORPORATION, and | ) **MARK P. ROBINSON, JR.** |
| DOES 1 through 100, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

20      TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

21        PLEASE TAKE NOTICE that Plaintiff LOWELL BERWICK hereby designates, pursuant to

22 Code of Civil Procedure sections 2034 (a) (1) and 2034 (f) (1) (A), the following witnesses whose

23 testimony in the form of an expert opinion Plaintiff intends to offer in evidence at his trial:

24                **RETAINED EXPERT WITNESSES**

25    Jerome L. Avorn, M.D.
26    Professor of Medicine at Harvard Medical School
     Chief of the Division of Pharmacoepidemiology and Pharmacoeconomics
27    Brigham and Women's Hospital
     75 Francis Street
28    Boston, Massachusetts 02115

PLAINTIFF LOWELL BERWICK'S DESIGNATION OF EXPERT WITNESSES; DECLARATION OF MARK P. ROBINSON, JR

M00E107811

<u>Lemuel A. Moye, M.D., Ph.D.</u>
The University of Texas
Health Science Center at Houston
School of Public Health
The Coordinating Center for Clinical Trials
1200 Herman Pressler Street, Suite 801
Houston, Texas 77030

<u>Cornelia Pechmann, Ph.D.</u>
The Paul Merage School of Business
University of California, Irvine
Irvine, California 92697

<u>John Abramson, M.D.</u>
Clinical Instructor in Ambulatory Care and Prevention
Harvard Medical School
39 Spring Street An
Ipswich, MA 01938

<u>Jeffrey John Popma, M.D.</u>
Brigham & Women's Hospital
75 Francis Street
Boston, MA 02115

<u>Douglas P. Zipes, M.D.</u>
Emeritus Director of the Cardiology Division
Indiana University School of Medicine
M200 10001 West 10th Street
Indianapolis, IN 46202

<u>John S. MacGregor, M.D.</u>
Division of Cardiology, Room 5G
San Francisco General Hospital
1001 Potrero Avenue
San Francisco, CA 94110

<u>Neil Julie, M.D.</u>
7609 Exeter Road
Bethesda, MD 20814

<u>Leslie G. Cleland, M.D.</u>
Director of Rheumatology
Royal Adelaide Hospital
Adelaide, Australia

2

1

2   Michael James, Ph.D.
Rheumatology Department
3   Royal Adelaide Hospital
Adelaide, SA, Australia

4   Egil Fosslien, M.D.
502 Fairview Av
5   Glen Ellyn, IL 60137

6

7   Nicholas Jewell, Ph.D.
c/o Don Arbitblit, Esq.
8   Leiff Cabraser Heimann & Bernstein
275 Battery Street, 30th Floor
9   San Francisco, CA 94111

10

11   John Farquhar, M.D.
c/o Don Arbitblit, Esq.
12   Leiff Cabraser Heimann & Bernstein
275 Battery Street, 30th Floor
13   San Francisco, CA 94111

14   Richard M. Kapit, M.D., MPH
PO Box 1
15   Garrett Park, MD 20896

16

17   David Kessler, M.D.
Dean of the School of Medicine /
18   Vice Chancellor for Medical Affairs
University of California
19   San Francisco, CA

20   Susan Parisian, M.D., Ph.D.
Medical Device Assistance, Inc.
21   P.O. Box 196
Front Royal, Virginia 22630
22

23   Peter H. Rheinstein, M.D., J.D., M.S.
621 Holly Ridge Road
24   Severna Park, Maryland 21146-3520

25

26   Daniel S. Berman, M.D.
S. Mark Taper Foundation Imaging Center
27   Cedars-Sinai Medical Center
8700 Beverly Blvd., Suite M-335
28   Los Angeles, CA 90048

3

M0DE107813

1   Richard Kronmal, Ph.D.
    Professor of Biostatistics
2   University of Washington
    Seattle, Washington
3

4   **NON-RETAINED EXPERT WITNESSES**

5       The following individuals who are percipient witnesses may be called at the time of trial to give

6   expert testimony, and have not been retained by the Plaintiff for the purpose of forming and expressing

7   an opinion:

8   David J. Graham, M.D., MPH
    U.S. Food and Drug Administration
9   19308 Dunbridge Way
    Montgomery Village, Maryland 20886
10

11  Eric J. Topol, M.D.
    Case Western Reserve University
12  Dept. of Genetics
    10900 Euclid Avenue
13  Cleveland, Ohio 44106

14

15  Stephen E. Epstein, M.D.
    Washington Hospital Center
16  110 Irving St. NW, Suite 4B-1
    Washington, DC 20010
17

18  Steven Nissen, M.D.
    Cleveland Clinic Foundation
19  Department of Cardiovascular Medicine
    Desk F 15
20  9500 Euclid Avenue
    Cleveland, OH 44195
21

22      Plaintiff further designates each and every one of Plaintiff's treating physicians, therapists, and

23  medical care providers or consultants, including but not limited to the following individuals, who in

24  addition to their knowledge as percipient witnesses, may render expert opinions regarding Plaintiff's

25  medical condition, injuries and treatment, and causation and damages:

26  John D. Detwiler, M.D.
    Palomar Medical Center
27  488 E. Valley Parkway, Suite 201
    Escondido, CA 92025
28

4

M00E107814

Dennis R. Leahy, M.D.
Palomar Medical Center
488 E. Valley Parkway
Escondido, CA 92025

Stanley Van den Noort, M.D.
Gottschalk Medical Plaza-Irvine
UCI Campus Irvine
Irvine, CA 92697

Paul S. Tierstein, M.D.
Scripps Clinic Medical Group
10666 N. Torrey Pines Road
La Jolla, CA 92037

Jack D. Schim, M.D.
The Neurology Center
320 Santa Fe Dr., Suite 108
Encinitas, CA 92024

Oscar A. Matthews, M.D.
1801 W. Romneya, Suite 104
Tustin, CA

Robert T. Reichman, M.D.
488 E. Valley Parkway, Suite 211
Escondido, CA 92025

Arnold Starr, M.D.
1503 Carmelita
Laguna Beach, CA 92651

John Neal, M.D.
1000 N. Oak Avenue
Marshfield, WI 54449

Plaintiff further designates all witnesses deposed and who may be deposed prior to or during the course of trial and who may provide expert opinion or testimony, and any and all other expert witnesses to be promptly identified and offered for deposition that become necessary for the prosecution of this case based upon facts and opinions elicited from other witnesses, including but not limited to, rebuttal witnesses.

5

M00E107/815

1    In designating all of the above expert witnesses, Plaintiff expressly reserves his right to call expert

2    witnesses not listed above, as permitted by, inter alia, California Code of Civil Procedure section 2034

3    (h), (k) and (m), and Plaintiff hereby expressly reserves the right to call, at the time of trial, the experts

4    named by other Plaintiffs and/or Defendants herein on the subjects indicated in the expert witness list(s)

5    served by other parties to this litigation. Thus, Plaintiff hereby designates and hereby expressly reserves

6    the right to call or use the testimony of any and all experts designated by all other parties involved in this

7    litigation as if they had been designated here in, and incorporates herein any and all expert designations

8    and declarations of all other parties for this purpose.

9    Plaintiff further reserves his right to call as a witness at trial any expert not previously designated

10   by them as provided for by California Code of Civil Procedure section 2034 (m) (1).

11   Plaintiff hereby additionally demands, pursuant to Code of Civil Procedure section 2034 (g) that

12   all parties produce and provide to Plaintiff's counsel, all discoverable reports and writings, if any, made

13   by any designated expert described in Code of Civil Procedure section 2034 (a) (2) in the course of

14   preparing that expert's opinion.

15   Plaintiff hereby also expressly reserves the right to designate and call any such witnesses as may

16   be retained to testify at the time of trial in this matter to impeach and/or rebut testimony presented by

17   opposing parties at the time of trial.

18   Plaintiff hereby further expressly reserves the right to supplement this list of expert witnesses and

19   to call in rebuttal any additional expert witnesses as subsequent circumstances so warrant pursuant to

20   Code of Civil Procedure section 2034 (h). Notice of the name or names of any additional experts will be

21   provided to counsel for all other parties promptly, and any such experts will be made available for

22   deposition testimony (with the exception of rebuttal experts.)

23

24   DATED: February 26, 2007                    ROBINSON, CALCAGNIE & ROBINSON

25
                                                By: *Mark P. Robinson, Jr.*
26                                                  MARK P. ROBINSON, JR.
                                                   CARLOS A. PRIETTO, III
27                                                 TED B. WACKER
                                                   Attorneys for Plaintiff
28                                                 LOWELL BERWICK

6

## EXPERT WITNESS DECLARATION
### [C.C.P. Section 2034 (f) (2)]

I, MARK P. ROBINSON, declare and state as follows:

I am an attorney licensed to practice law before the courts of the State of California and am a partner in the law firm of ROBINSON, CALCAGNIE & ROBINSON, counsel of record for Plaintiff. The information contained in this declaration is known to me personally and if called upon as a witness I could and would competently testify to the following:

Except as otherwise stated herein, all of the following experts have agreed to testify at the trial of this action and will be sufficiently familiar with the pending action to submit to meaningful oral depositions concerning any opinions and their basis.

### JEROME L. AVORN, M.D.:

(a)    Qualifications:  Dr. Avorn is an Associate Professor of Medicine at Harvard Medical School and is the Chief of the Division of Pharmacoepidemiology and Pharmacoeconomics at the Brigham and Women's Hospital, a major teaching hospital at Harvard.  He is a member of the following medical committees:

-    National Committee for Quality Assurance (Advisory Panel on Medication Management in the Elderly);

-    Harvard Medical School Committee on development of new postdoctoral course in clinical pharmacology;

-    Brigham and Women's Hospital Executive Committee.

Dr. Avorn is also a fellow of the International Society for Pharmacoepidemiology.  His Curriculum Vitae ("CV") is attached (see Exhibit 1).

(b)    General Substance of Testimony:  If called as a witness, Dr. Avorn will testify regarding issues of epidemiology, FDA, warnings and generic causation relating to Vioxx. Dr. Avorn's generic expert report filed in the MDL 1657 proceedings is incorporated herein by reference, and any other matters within his expertise relevant to this case, as well as rebuttal to testimony by defendant's experts in this area of expertise.

M00E107817

(c)   Hourly Fee for Providing Deposition Testimony:  Dr. Avorn has received and will receive no fee for his work.  Per his request, Plaintiffs' counsel is to make a contribution to a charitable fund for the support of health care research.

(d)   Availability for Deposition:  Dr. Avorn's availability for deposition will be provided once it has been obtained, if it is deemed necessary by the Court, since he has already been deposed.

**LEMUEL A. MOYE, M.D., PH.D.:**

(a)   Qualifications:  Dr. Moye is a medical doctor and professor of biostatistics and epidemiology at the University of Texas, School of Public Health. He is journal reviewer for various medical publications, including but not limited to, Journal of Clinical Epidemiology, American Journal of Epidemiology, New England Journal of Medicine, Circulation and the Lancet.  Dr. Moye has been the principle investigator on multiple clinical trials/research studies. His CV is attached (see Exhibit 2).

(b)   General Substance of Testimony:  If called as a witness, Dr. Moye will testify regarding issues of epidemiology, FDA, warnings and generic causation relating to Vioxx, and any other matters within his expertise relevant to this case, as well as rebuttal to testimony by defendant's experts in this area of expertise.

(c)   Hourly Fee For Providing Deposition Testimony:  Dr. Moye's fee for providing deposition testimony is $400.00 per hour.

(d)   Availability for Deposition:  Dr. Moye's availability for deposition will be provided once it has been obtained, if it is deemed necessary by the Court, since he has already been deposed.

**CORNELIA PECHMANN, Ph. D.:**

(a)   Qualifications:  Dr. Pechmann is a full professor of marketing with tenure at The Paul Merage School of Business, University of California, Irvine.  She earned her Ph.D in Marketing Management and a Master's Degree in Business Administration and in Psychology.  She has expertise in integrated marketing communications campaigns and from 1998 to 2004 she assisted with the largest integrated social marketing communications campaigns in U.S. history, the U.S. Office of National Drug

M0DE107818

1  Control Policy's National Youth Anti-Drug Media Campaign. In addition, she has expertise regarding
2  controversial forms of advertising and their effects on consumers. Her CV is attached (see Exhibit 3).

3       (b) <u>General Substance of Testimony</u>: If called as a witness, Dr. Pechmann will testify
4  regarding issues of marketing relating to Vioxx, and any other matters within his expertise relevant to this
5  case, as well as rebuttal to testimony by defendant's experts in this area of expertise.

6       (c) <u>Hourly Fee For Providing Deposition Testimony</u>: Dr. Pechmann's fee for providing
7  deposition testimony is $350.00 per hour.

8       (d) <u>Availability for Deposition</u>: Dr. Pechmann's deposition is scheduled to be taken on
9  March 12, 2007 and March 13, 2007.

10

11  **<u>JOHN ABRAMSON, M.D.:</u>**

12       (a) <u>Qualifications</u>: Dr. Abramson is Board Certified in Family Medicine and a Diplomate of
13  the American Board of Family Practice since 1982. He is an award-winning family doctor, on the
14  clinical faculty at Harvard Medical School. Dr. Abramson's Curriculum Vitae is attached (see Exhibit 4).

15       (b) <u>General Substance of Testimony</u>: If called as a witness, Dr. Abramson will testify
16  regarding the risk-benefit analysis in prescribing medications, including Vioxx, the misleading
17  information Merck provided to the medical community regarding the risk and benefits of Vioxx, the
18  overall safety profile of Vioxx, alternative pain medications available, as well as failure to warn issues
19  surrounding the VIGOR study and the April 2002 label, and any other matters within his expertise
20  relevant to this case, as well as rebuttal to testimony by defendant's experts in this area of expertise.

21       (c) <u>Hourly Fee For Providing Deposition Testimony</u>: Dr. Abramson's fee for providing
22  deposition testimony is $550.00 per hour.

23       (d) <u>Availability for Deposition</u>: Dr. Abramson's availability for deposition will be provided
24  once it has been obtained, if it is deemed necessary by the Court, since he has already been deposed.

25  //
26  //
27  //
28  //

9

**JEFFREY JOHN POPMA, M.D.:**

(a)     Qualifications:  Dr. Popma is a medical doctor, interventional cardiologist, and Director of interventional Cardiology at Brigham & Women's Hospital in Boston, Massachusetts.  Dr. Popma's CV is attached (see Exhibit 5).

(b)     General Substance of Testimony:  If called as a witness, Dr. Popma will testify regarding both general and case specific causation regarding Vioxx and the events that occurred, and specifically discuss Vioxx causing hypertension and myocardial infarction and progressive arthrosclerotic disease, and any other matters within his expertise relevant to this case, as well as rebuttal to testimony by defendant's experts in this area of expertise.

(c)     Hourly Fee For Providing Deposition Testimony:  Dr. Popma's fee for providing deposition testimony is $550.00 per hour.

(d)     Availability for Deposition:  Dr. Popma's availability for deposition will be provided once it has been obtained, if it is deemed necessary by the Court, since he has already been deposed.

**DOUGLAS ZIPES, M.D.:**

(a)     Qualifications:  Dr. Zipes is a medical doctor and Professor Emeritus at the Indiana University of Medicine. Dr. Zipes has been with the University of Indiana since 1970, becoming Professor of Medicine in 1976. He became Professor of Pharmacology and Toxicology in 1993, and in 1994 became Distinguished Professor, the University's highest award for academic accomplishment. In 1995 Dr. Zipes became Director of the Division of Cardiology at the Krannert Institute of Cardiology at the University.  Dr. Zipes is a member of the editorial boards of more than 15 cardiology journals, and has published over 750 medical articles and 18 textbooks. Dr. Zipe's principal areas of research and clinical activities focus on cardiac electrophysiology, and any other matters within his expertise relevant to this case, as well as rebuttal to testimony by defendant's experts in this area of expertise. Dr. Zipes' CV is attached (see Exhibit 6).

(b)     General Substance of Testimony:  If called as a witness, Dr. Zipes will testify regarding issues of generic causation relating to Vioxx, and any other matters within his expertise relevant to this case, as well as rebuttal to testimony by defendant's experts in this area of expertise.

10

(c)  Hourly Fee For Providing Deposition Testimony:  Dr. Zipes's fee for providing deposition testimony is $1,000 per hour.

(d)  Availability for Deposition:  Dr. Zipe's availability for deposition will be provided once it has been obtained, if it is deemed necessary by the Court, since he has already been deposed.

**JOHN MACGREGOR, M.D., Ph.D.:**

(a)  Qualifications:  Dr. MacGregor is a medical doctor and cardiologist. Dr. MacGregor's CV is attached (see Exhibit 7).

(b)  General Substance of Testimony:  If called as a witness, Dr. MacGregor will testify regarding both general and case specific causation regarding Vioxx, and any other matters within his expertise relevant to this case, as well as rebuttal to testimony by defendant's experts in this area of expertise.

(c)  Hourly Fee For Providing Deposition Testimony:  Dr. MacGregor's fee for providing deposition testimony is unknown but will be provided prior to his deposition.

(d)  Availability for Deposition:  Dr. MacGregor's availability for deposition will be provided once it has been obtained.

**NEIL JULIE, M.D.:**

(a)  Qualifications:  Dr. Julie is a medical doctor and is Board Certified in Internal Medicine and Gastroenterology. For over 20 years he has practiced Gastroenterology and Hepatology in a Maryland suburb of Washington D.C. Dr. Julie has extensive background in gastroenterology and hepatology. Dr. Julie's CV will be provided prior to deposition.

(b)  General Substance of Testimony:  If called as a witness, Dr. Julie will testify regarding the overall incidence of GI health issues related to NSAID's and Vioxx and other Cox-2 inhibitors as well as the misleading information Merck provided to the medical community surrounding these issues, and any other matters within his expertise relevant to this case, as well as rebuttal to testimony by defendant's experts in this area of expertise.

11

M0DE107821

(c)    <u>Hourly Fee For Providing Deposition Testimony</u>: Dr. Julie's fee for providing deposition testimony is unknown but will be provided prior to his deposition.

(d)    <u>Availability for Deposition</u>: Dr. Julie's availability for deposition will be provided once it has been obtained.

### LESLIE G. CLELAND, M.D., FRACP:

(a)    <u>Qualifications</u>:  Dr. Cleland is Director of Rheumatology at Royal Adelaide Hospital, Adelaide, Australia, and is the author of more than 130 publications. Dr. Cleland's Expert Report filed in Vioxx MDL 1657 is attached as Exhibit 8.

(b)    <u>General Substance of Testimony</u>: If called as a witness, Dr. Cleland will testify consistent with the information contained within his expert report, and any other matters within his expertise relevant in this case, as well as rebuttal to testimony by defendant's experts in this area of expertise.

(c)    <u>Hourly Fee for Providing Deposition Testimony</u>: Dr. Cleland's fee for providing deposition testimony is unknown but will be provided prior to his deposition.

(d)    <u>Availability for Deposition</u>: Dr. Cleland's availability for deposition will be provided once it has been obtained.

### MICHAEL JAMES, M.D.:

(a)    <u>Qualifications</u>:  Dr. James has been Chief Hospital Scientist in the Department of Rheumatology at Royal Adelaide Hospital, Adelaide, SA, Australia, since 1988. Dr. James' Expert Report filed in Vioxx MDL 1657 is attached as Exhibit 9.

(b)    <u>General Substance of Testimony</u>: If called as a witness, Dr. James will testify consistent with the information contained within his expert report, and any other matters within his expertise relevant to this case, as well as rebuttal to testimony by defendant's experts in this area of expertise.

(c)    <u>Hourly Fee for Providing Deposition Testimony</u>: Dr. Jame's fee for providing deposition testimony is unknown but will be provided prior to his deposition.

(d)    <u>Availability for Deposition</u>: Dr. Jame's availability for deposition will be provided once it has been obtained.

M00E107822

1

**EGIL FOSSLIEN, M.D.:**

2      (a)    <u>Qualifications</u>:  Dr. Fosslien is a physician and pathologist. Dr. Fosslien's Expert Report

3  filed in Vioxx MDL 1657 is attached as Exhibit 10.

4      (b)    <u>General Substance of Testimony</u>:  If called as a witness, Dr. Fosslien will testify

5  consistent with the information contained within his expert report, and any other matters within his

6  expertise relevant to this case, as well as rebuttal to testimony by defendant's experts in this area of

7  expertise.

8      (c)    <u>Hourly Fee for Providing Deposition Testimony</u>:  Dr. Fosslien's fee for providing

9  deposition testimony is unknown but will be provided prior to his deposition.

10      (d)    <u>Availability for Deposition</u>:  Dr.Fosslien's availability for deposition will be provided once

11  it has been obtained, if it is deemed necessary by the Court, since he has already been deposed.

12

13

**NICHOLAS JEWELL, Ph.D.:**

14      (a)    <u>Qualifications</u>:  Dr. Jewell is a physician and for the past twenty-five years has been

15  Professor in the Division of Biostatistics, School of Public Health, and in the Department of Statistics, at

16  the University of California, Berkeley. Dr. Jewell is the author of the textbook, "Statistics for

17  Epidemiology as well as approximately 100 peer-reviewed articles in the field of biostatistics. Dr.

18  Jewell's Curriculum Vitae will be provided prior to deposition.

19      (b)    <u>General Substance of Testimony</u>:  If called as a witness, Dr. Jewell will testify consistent

20  with the information contained within his expert report, and any other matters within his expertise

21  relevant to this case, as well as rebuttal to testimony by defendant's experts in this area of expertise.

22      (c)    <u>Hourly Fee for Providing Deposition Testimony</u>:  Dr. Jewell's fee for providing deposition

23  testimony is unknown but will be provided.

24      (d)    <u>Availability for Deposition</u>:  Dr. Jewell's availability for deposition will be provided once it

25  has been obtained.

26

27

28

13

M00E107823

**JOHN FARQUHAR, M.D.:**

(a)     Qualifications:  Dr. Farquhar is former Director of the Stanford Center for Research in Disease Prevention.  Dr. Farquhar's Curriculum Vitae is attached as Exhibit 11.

(b)     General Substance of Testimony:  If called as a witness, Dr. Farquhar will testify consistent with the information contained within his expert report, and any other matters within his expertise relevant to this case, as well as rebuttal to testimony by defendant's experts in this area of expertise.

(c)     Hourly Fee for Providing Deposition Testimony:  Dr. Farquhar's fee for providing deposition testimony is unknown but will be provided.

(d)     Availability for Deposition:  Dr. Farquhar's availability for deposition will be provided once it has been obtained, if it is deemed necessary by the Court, since he has already been deposed.

**RICHARD M. KAPIT, M.D.:**

(a)     Qualifications:  Dr. Kapit is a physician, psycopharmacologist, researcher, and writer. Dr. Kapit is currently President of MD-Writer, Inc., involved in research, preparation, and composition of medical and scientific articles for newspapers, magazines, and other publishers, and consulting on matters related to pharmaceuticals and their adverse effects. Dr. Kapit is former Clinical Reviewer of new drug applications and medical officer in the Psychopharmacology Group and the Therapeutics and Blood Safety Branch of the United States Food and Drug Administration. Dr. Kapit's Curriculum Vitae is attached as Exhibit 12.

(b)     General Substance of Testimony:  If called as a witness, Dr. Kapit will testify consistent with the information contained within his expert report, and any other matters within his expertise relevant to this case, as well as rebuttal to testimony by defendant's experts in this area of expertise.

(c)     Hourly Fee for Providing Deposition Testimony:  Dr. Kapit's fee for providing deposition testimony is unknown but will be provided.

(d)     Availability for Deposition:  Dr. Kapit's availability for deposition will be provided once it has been obtained, if it is deemed necessary by the Court, since he has already been deposed.

1

**DAVID A. KESSLER, M.D.:**

2     (a)     <u>Qualifications</u>:  Dr. Kessler is the Dean of the School of Medicine and the Vice

3 Chancellor for Medical Affairs at the University of California, San Francisco. Prior to this appointment,

4 Dr. Kessler served for six years as the Dean of the Yale University School of Medicine. Dr. Kessler also

5 served as Commissioner of the United States Food and Drug Administration from November 1990 until

6 March 1997. Dr. Kessler's Curriculum Vitae will be provided.

7     (b)     <u>General Substance of Testimony</u>:  If called as a witness, Dr. Kessler will testify as an

8 expert in FDA regulations and guidances, as an expert in FDA practices, procedures and policies,

9 as an expert in FDA's approval process for prescription medicine, as an expert on labeling issues relating

10 to prescription medicines, and, also, as an expert in regulations that relate to marketing of prescription

11 medicines, and as an expert in the conduct of clinical trials, and any other matters within his expertise

12 relevant to this case, as well as rebuttal to testimony by defendant's experts in this area of expertise.

13     (c)     <u>Hourly Fee for Providing Deposition Testimony</u>:  Dr. Kessler's fee for providing

14 deposition testimony is unknown but will be provided.

15     (d)     <u>Availability for Deposition</u>:  Dr. Kessler's availability for deposition will be provided once

16 it has been obtained.

17

18

**SUSAN PARISIAN, M.D., Ph.D.:**

19     (a)     <u>Qualifications</u>:  Dr. Parisian is a former Chief Medical Officer of the Food and Drug

20 Administration, as well as physician, Board Certified Pathologist, past researcher in genetics and

21 developmental biology, author of *FDA Inside and Out*, and President of Medical Device Assistance, Inc.,

22 a regulatory and clinical consulting firm. Dr. Parisian's current Curriculum Vitae will be provided.

23     (b)     <u>General Substance of Testimony</u>:  If called as a witness, Dr. Parisian will testify

24 concerning issues surrounding failure to warn, labelling, and the role of the FDA in drug development

25 and labeling, and any other matters within his expertise relevant to this case, as well as rebuttal to

26 testimony by defendant's experts in this area of expertise.

27     (c)     <u>Hourly Fee for Providing Deposition Testimony</u>:  Dr. Parisian's fee for providing

28 deposition testimony is unknown but will be provided prior to her deposition.

15

M00E107825

1    (d)    Availability for Deposition:  Dr. Parisian's availability for deposition will be provided once

2    it has been obtained.

3

4    **PETER H. RHEINSTEIN, M.D., J.D., M.S.**

5    (a)    Qualifications: Dr. Rheinstein is currently the President of Severn Health Solutions,

6    Clinical Research Consultant at Marnac, Inc., and Publisher of *Discovery Medicine*.  He was previously

7    Senior Vice President for Medical and Clinical Affairs at a biotechonology company and has twenty-five

8    years senior level experience at the United States FDA with emphasis on health policy, techonology

9    transfer, medico-legal and health economic issues.

10    (b)    General Substance of Testimony: If called as a witness, Dr. Rheinstein will testify

11    Regarding failure to warn, the over-promotion of Vioxx, the role of the FDA and DDMAC concerning

12    the marketing of prescription drugs, the misrepresentation made by Merck concerning Vioxx, and any

13    other matters within his expertise relevant to this case, as well as rebuttal to testimony by defendant's

14    experts in this area of expertise.

15    (c)    Hourly Fee for Providing Deposition Testimony:  Dr. Rheinstein's fee for providing

16    deposition testimony is unknown but will be provided prior to his deposition.

17    (d)    Availability for Deposition:  Dr. Rheinstein's availability for deposition will be provided

18    once it has been obtained.

19

20    **DANIEL S. BERMAN, M.D.**

21    (a) Qualifications: Dr. Berman is a medical doctor and world-renowned expert in nuclear

22    cardiology.  He is Board certified in internal medicine, cardiology, and nuclear medicine. Dr. Berman is

23    currently Director of Cardiac Imaging and Nuclear Cardiology at Cedars-Sinai and a Professor at the

24    University of California, Los Angeles (UCLA), School of Medicine. Dr. Berman's Curriculum Vitae will

25    be provided.

26    (b) General Substance of Testimony: If called as a witness, Dr. Berman will testify with respect to

27    general and case specific issues concerning Vioxx, uses of nuclear cardiology in this case, and any other

28

M00E107826

1  matter within his expertise relevant to this case, as well as rebuttal to testimony by defendant's experts in
2  this area of expertise.

3      (c)  <u>Hourly Fee for Providing Deposition Testimony</u>: Dr. Berman's fee for providing
4  deposition testimony is unknown but will be provided prior to his deposition.

5      (d)      <u>Availability for Deposition</u>:  Dr. Berman's availability for deposition will be provided once
6  it has been obtained.

7

8  **RICHARD A. KRONMAL, Ph.D.**

9      (a)  <u>Qualifications</u>: Dr. Kronmal is Professor of Biostatistics and Professor of Statistics at the
10  University of Washington, Seattle, Washington. Dr. Kronmal's Expert Report filed in the MDL is
11  attached as Exhibit 14.

12      (b)  <u>General Substance of Testimony</u>: If called as a witness, Dr. Kronmal will testify consistent
13  with the information contained within his expert report, and any other matters within his expertise
14  relevant to this case, as well as rebuttal to testimony by defendant's experts in this area of expertise.

15      (c)  <u>Hourly Fee for Providing Deposition Testimony</u>: Dr. Kronmal's fee for providing deposition
16  is deposition testimony is unknown but will be provided prior to his deposition.

17      (d)      Availability for Deposition:  Dr. Kronmal's availability for deposition will be provided
18  once it has been obtained,

19

20  **NON-RETAINED EXPERT WITNESSES**

21  **JOHN D. DETWILER, M.D.:**

22      (a)      <u>Qualifications</u>:  Dr. Detwiler is a physician who treated Lowell Berwick.

23      (b)      <u>General Substance of Testimony</u>:  If called as a witness, Dr. Detwiler will testify
24  regarding Plaintiff's medical condition, injuries and treatment, and causation and damages, including
25  general and case specific causation for Vioxx.

26      (c)      <u>Hourly Fee for Providing Deposition Testimony</u>:  Dr. Detwiler's fee for providing
27  deposition testimony is unknown but will be provided prior to his deposition.

28

M0DE1078Z7

1      (d)    <u>Availability for Deposition</u>:  Dr. Detwiler's availability for deposition will be provided

2  once it has been obtained.

3

4  **DENNIS R. LEAHY, M.D.:**

5      (a)    <u>Qualifications</u>:  Dr. Leahy is a physician who treated Lowell Berwick.

6      (b)    <u>General Substance of Testimony</u>:  If called as a witness, Dr. Leahy will testify regarding

7  Plaintiff's medical condition, injuries and treatment, and causation and damages.

8      (c)    <u>Hourly Fee for Providing Deposition Testimony</u>:  Dr. Leahy's fee for providing deposition

9  testimony is unknown but will be provided prior to his deposition.

10      (d)    <u>Availability for Deposition</u>:  Dr. Leahy's availability for deposition will be provided once

11  it has been obtained.

12

13  **STANLEY VAN DEN NOORT, M.D.:**

14      (a)    <u>Qualifications</u>:  Dr. Van den Noort is a physician who treated Lowell Berwick.

15      (b)    <u>General Substance of Testimony</u>:  If called as a witness, Dr. Van den Noort will testify

16  regarding Plaintiff's medical condition, injuries and treatment, and causation and damages, including the

17  misrepresentations made by Merck regarding Vioxx, and the risk-benefit of Vioxx and other medications

18  for this plaintiff.

19      (c)    <u>Hourly Fee for Providing Deposition Testimony</u>:  Dr. Van den Noort's fee for providing

20  deposition testimony is unknown but will be provided prior to his deposition.

21      (d)    <u>Availability for Deposition</u>:  Dr. Van den Noort's deposition in this matter was taken on

22  February 23, 2007.

23

24  **PAUL S. TIERSTEIN, M.D.:**

25      (a)    <u>Qualifications</u>:  Dr. Tierstein is a physician who treated Lowell Berwick.

26      (b)    <u>General Substance of Testimony</u>:  If called as a witness, Dr. Tierstein will testify

27  regarding Plaintiff's medical condition, injuries and treatment, and causation and damages.

28

M00E107828

(c)     Hourly Fee for Providing Deposition Testimony:  Dr. Tierstein's fee for providing deposition testimony is unknown but will be provided prior to his deposition.

(d)     Availability for Deposition:  Dr. Tierstein's availability for deposition will be provided once it has been obtained.

**JACK D. SCHIM, M.D.:**

(a)     Qualifications:  Dr. Schim is a physician who treated Lowell Berwick.

(b)     General Substance of Testimony:  If called as a witness, Dr. Schim will testify regarding Plaintiff's medical condition, injuries and treatment, and causation and damages, and general causation and case specific causation for Vioxx as well as issues of failure to warn.

(c)     Hourly Fee for Providing Deposition Testimony:  Dr. Schim's fee for providing deposition testimony is unknown but will be provided prior to his deposition.

(d)     Availability for Deposition:  Dr. Schim's availability for deposition will be provided once it has been obtained.

**OSCAR A. MATTHEWS, M.D.:**

(a)     Qualifications:  Dr. Matthews is a physician who treated Lowell Berwick.

(b)     General Substance of Testimony:  If called as a witness, Dr. Matthews will testify regarding Plaintiff's medical condition, injuries and treatment, and causation and damages.

(c)     Hourly Fee for Providing Deposition Testimony:  Dr. Matthew's fee for providing deposition testimony is unknown but will be provided prior to his deposition.

(d)     Availability for Deposition:  Dr. Matthew's availability for deposition will be provided once it has been obtained.

**ROBERT T. REICHMAN, M.D.:**

(a)     Qualifications:  Dr. Reichman is a physician who treated Lowell Berwick.

(b)     General Substance of Testimony:  If called as a witness, Dr. Reichman will testify regarding Plaintiff's medical condition, injuries and treatment, and causation and damages.

19

M00E107829

(c)     <u>Hourly Fee for Providing Deposition Testimony</u>:  Dr. Reichman's fee for providing deposition testimony is unknown but will be provided prior to his deposition.

(d)     <u>Availability for Deposition</u>:  Dr. Reichman's availability for deposition will be provided once it has been obtained.

**ARNOLD STARR, M.D.:**

(a)     <u>Qualifications</u>:  Dr. Starr is a physician who treated Lowell Berwick.

(b)     <u>General Substance of Testimony</u>:  If called as a witness, Dr. Starr will testify regarding Plaintiff's medical condition, injuries and treatment, and causation and damages.

(c)     <u>Hourly Fee for Providing Deposition Testimony</u>:  Dr. Starr's fee for providing deposition testimony is unknown but will be provided prior to his deposition.

(d)     <u>Availability for Deposition</u>:  Dr. Starr's availability for deposition will be provided once it has been obtained.

**JOHN NEAL, M.D.:**

(a)     <u>Qualifications</u>:  Dr. Neal is a physician who treated Lowell Berwick.

(b)     <u>General Substance of Testimony</u>:  If called as a witness, Dr. Neal will testify consistent with his deposition previously obtained.

(c)     <u>Hourly Fee for Providing Deposition Testimony</u>:  Dr. Neal's fee for providing deposition testimony is unknown but will be provided prior to his deposition.

(d)     <u>Availability for Deposition</u>:  Dr. Neal's availability for deposition will be provided once it has been obtained.

**DAVID J. GRAHAM, M.D.:**

(a)     <u>Qualifications</u>:  Dr. Graham is the Associate Director for Science and Medicine in the U.S. Food and Drug Administration's Office of Drug Safety.  Dr. Graham will testify concerning issues of Vioxx vis-a-vis his deposition testimony which was taken in the MDL on May 9, 2006.

20

M00E107830

1      (b)    <u>General Substance of Testimony</u>:  If called as a witness, Dr. Graham will testify regarding

2  Plaintiff's medical condition, injuries and treatment, causation and damages.

3      (c)    <u>Hourly Fee for Providing Deposition Testimony</u>:  Dr. Graham's fee for providing

4  deposition testimony is unknown but will be provided prior to his deposition.

5      (d)    <u>Availability for Deposition</u>:  Dr. Graham's availability for deposition will be provided once

6  it has been obtained.

7

8  **ERIC J. TOPOL, M.D.:**

9      (a)    <u>Qualifications</u>:  Dr. Topol is a cardiologist and former Provost of the Cleveland Clinic

10  Lerner College of Medicine, Chief Academic Officer of the Cleveland Clinic and also the chairman of

11  the Department of Cardiovascular Medicine. Dr. Topol will testify concerning issues of Vioxx vis-a-vis

12  his deposition testimony taken in the MDL on November 22, 2005.

13      (b)    <u>General Substance of Testimony</u>:  If called as a witness, Dr. Topol will testify regarding

14  Plaintiff's medical condition, injuries and treatment, causation and damages.

15      (c)    <u>Hourly Fee for Providing Deposition Testimony</u>:  Dr. Topol's fee for providing deposition

16  testimony is unknown but will be provided prior to his deposition.

17      (d)    <u>Availability for Deposition</u>:  Dr. Topol's availability for deposition will be provided once it

18  has been obtained.

19

20  **STEPHEN E. EPSTEIN, M.D.:**

21      (a)    <u>Qualifications</u>:  Dr. Epstein is a physician, a cardiologist and an expert in atherogenesis

22  and athroslcerosis, and formerly with the NIH.

23      (b)    <u>General Substance of Testimony</u>:  If called as a witness, Dr. Epstein will testify

24  concerning atherogenesis studies performed for Merck relating to Cox-2 inhibitors and Vioxx.

25      (c)    <u>Hourly Fee for Providing Deposition Testimony</u>:  Dr. Epstein's fee for providing

26  deposition testimony is unknown but will be provided prior to his deposition.

27      (d)    <u>Availability for Deposition</u>:  Dr. Epstein's availability for deposition will be provided once

28  it has been obtained.

M0DE107831

1
2   The experts identified by Plaintiff in this Declaration have agreed to testify at trial and will be
3 sufficiently familiar with the pending action and will submit to a meaningful deposition concerning their
4 specific testimony, including any opinion and its basis, which they are expected to give at trial, based on
5 discovery to date, and further review of any additional documents or information submitted by
6 Defendants in support of their defense of this lawsuit.
7   The experts designated by other parties to this action, who have not been retained by the Plaintiffs
8 for the purpose of forming and expressing an opinion in anticipation of litigation or in preparation for the
9 trial of this action, are expected to testify regarding the same general subject matter as designated by the
10 other parties.
11   Plaintiff expects and intends to retain additional expert witnesses and Plaintiff reserves the right
12 to designate such experts pursuant to California Code of Civil Procedure, Section 2034 (h) through (n).
13   I declare under penalty of perjury under the laws of the State of California that the foregoing is
14 true and correct and that this declaration was executed on February 28, 2007 in Newport Beach,
15 California.
16
17
18           MARK P. ROBINSON, JR.
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

STATE OF CALIFORNIA    ) ss.
COUNTY OF ORANGE       )

I certify that I am over the age of 18 years and not a party to the within action.  My business address is:

ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, Suite 700
Newport Beach, CA 92660

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is:  Robinson, Calcagnie & Robinson, 620 Newport Center Drive, 7th Floor, Newport Beach, California 92660

On February 28, 2007, I served the foregoing document described as:

**PLAINTIFF LOWELL BERWICK'S DESIGATION OF EXPERT WITNESSES; EXPERT DECLARATION OF MARK P. ROBINSON, JR.**

on the parties in this action by placing a true copy thereof in a sealed envelope addressed as stated on the attached service list.

____   OVERNIGHT  I caused each envelope to be sent by Overnight Courier

__X__   E-MAIL to counsel as set forth on attached Service List.

____   MAIL  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____   FAX  I caused each document to be sent by FAX to the parties listed on the attached service list.

__X__   CASE HOME PAGE I provided the document(s) listed above electronically to CaseHomePage through the CaseHomePage website pursuant to the instructions on that website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 28, 2007, at Newport Beach, California.

Capazin Thornton

23

M00E107833

**VIOXX® CASES; JCCP NO. 4247**
**Lowell Berwick Case-Specific Service List**

Michael K Brown, Esq.                                    Counsel for Defendant:
Thomas J. Yoo, Esq.                                      MERCK & CO., INC.
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Phone: (213) 457-8000; Fax: (213) 457-8080
mkbrown@reedsmith.com
tyoo@reedsmith.com

Ralph A. Campillo, Esq.
Wendy A. Tucker, Esq.
Karen Woodward, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017-5556
Phone: (213) 426-6900; Fax: (213) 426-6921
ralph.campillo@sdma.com
wendy.tucker@sdma.com
karen.woodward@sdma.com

Anthony G. Brazil, Esq.                                  Counsel for Defendant:
Kanika D. Corley, Esq.                                   McKESSON CORPORATION
MORRIS POLICH & PURDY, LLP
1055 West 17th Street, 24th Floor
Los Angeles, CA 90017
Tel:    213-891-9100; Fax:    213-488-1178
abrazil@mmplaw.com
kcorley@mpplaw.com

Thomas V. Girardi, Esq.                                  Plaintiffs' Liaison Counsel
James O'Callahan, Esq.
David N. Bigelow, Esq.
Vincent Carter, Esq.
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Tel:    213-977-0211; Fax:    213-481-1554
tgirardi@girardikeese.com
jgocallahan@girardikeese.com
dbigelow@girardikeese.com
vcarter@girardikeese.com

24

PLAINTIFF LOWELL BERWICK'S DESIGNATION OF EXPERT WITNESSES; DECLARATION OF MARK P. ROBINSON, JR

M0DE107834