# EXHIBIT 10

GUIDELINE FOR THE
MANAGEMENT OF

Pain in
# Osteoarthritis, Rheumatoid Arthritis, and Juvenile Chronic Arthritis

2nd edition

AMERICAN PAIN SOCIETY

# IV. Management of Pain in Osteoarthritis and Rheumatoid Arthritis

## Overview

Although osteoarthritis (OA) and rheumatoid arthritis (RA) are different diseases, many treatment principles are common to both. Patient education, weight control, physical exercise, cognitive-behavioral strategies, assistive devices, and surgery are used in both conditions. Analgesics and antiinflammatory medications are used in both conditions, but disease-modifying drugs are currently available only for the treatment of RA, and glucosamine sulfate has been shown to be effective for pain management in OA.

It is clear that altering the progression of disease in RA has implications for pain control. Medications such as methotrexate, leflunomide, the tumor necrosis factor (TNF)-α inhibitors, and, less so, sulfasalazine all have important effects on the signs and symptoms of RA. All have been shown to reduce pain while at the same time decreasing the progression of damage as measured by radiograph. In general, when treating patients with RA, use of appropriate disease-modifying antirheumatic drugs (DMARDs) as soon as possible after a correct diagnosis is made is critical. It also is important to use therapies such as the cyclooxygenase-2 (COX-2) selective nonsteroidal antiinflammatory drugs (NSAIDs) or nonselective NSAIDs concomitantly to achieve adequate pain control where appropriate.

The algorithms shown in Figures 8 and 9, for managing OA and RA pain, respectively, show how treatment decisions are based on the characteristics of the pain and inflammation, and the possibility of side effects.

Patient education and cognitive and behavioral strategies are presented first to emphasize the importance of beginning the treatment plan with these aspects of care. This is followed by a discussion of the use of medications, then nutrition and physical modalities including physical exercise, orthotics, and surgery. The final sections discuss the management of pain in children and older adults.



**Figure 8. Algorithm for Management of Pain in Osteoarthritis**



**Figure 8. (cont.)** Algori...

## Patient/Family Interventions

### Recommendat...

6. A patient's thou...
   ily's response, c...
   cation about pa...
   grams should be...
   cost-effective p...





**Figure 8. (cont.)  Algorithm for Management of Pain in Osteoarthritis**

## Patient/Family Education and Cognitive-Behavioral Interventions

### Recommendations in This Section*

6.  A patient's thoughts, feelings, emotions, and behavior, and his or her family's response, can influence the arthritis pain experience. Therefore, education about pain, pain management options, and self-management programs should be communicated to the patient and family as an integral and cost-effective part of treatment. (A)

---

*Guideline for the Management of Arthritis Pain*                                          **45**



**Figure 9. Algorithm for Management of Pain in Rheumatoid Arthritis**

**Treatment Principles**
- All patients with RA should be on DMARDs.
- Patients should be treated individually.
- Those with evident aggressive disease with destruction need more aggressive therapy.
- COX-2 selective and nonselective NSAIDs should be considered palliative therapy; they do not alter the natural progression of the disease.

**Note: These interventions may be used at any point in treatment when indicated:**

- **Nonpharmacologic interventions** (cognitive-behavioral strategies, attain ideal weight, exercise, physical/occupational therapy, assistive devices, massage)
- **Tricyclic antidepressants**
- **Intra-articular hyaluronic acid**
- **Topical agents**
- **Combination medication therapy**
- **Oral glucocorticoids**
- **Surgical intervention**

7. **Cognitive-behavioral therapy (CBT) should be used to reduce pain and psychological disability and to enhance self-efficacy and pain coping. (B)**

*Please note: Recommendations appear in bold type as they are discussed in the text. See Chapter II for an explanation of the strength of the evidence supporting the recommendations.

**Figure 9. (cont.)  Algor...**

Patient education...
nile chronic arthriti...
of planned educatio...
and/or health statu...
1992). Programs i...
patients to adjust t...
(Hirano, Laurent, &...

**Figure 9. (cont.)  Algorithm for Management of Pain in Rheumatoid Arthritis**



Note: These interventions may be used at any point in treatment when indicated:

- Nonpharmacologic interventions (cognitive-behavioral strategies, attain ideal weight, exercise, physical/occupational therapy, assistive devices, massage)
- Tricyclic antidepressants
- Intra-articular hyaluronic acid
- Topical agents
- Combination medication therapy
- Oral glucocorticoids
- Surgical intervention

Note: These interventions may be used at any point in treatment when indicated:

- Nonpharmacologic interventions (cognitive-behavioral strategies, attain ideal weight, exercise, physical/occupational therapy, assistive devices, massage)
- Tricyclic antidepressants
- Intra-articular hyaluronic acid
- Topical agents
- Combination medication therapy
- Oral glucocorticoids
- Surgical intervention

Patient education is valuable in the treatment of people with OA, RA, or juvenile chronic arthritis (JCA). Patient education programs are comprised of a set of planned educational activities designed to improve patients' health behaviors and/or health status and to slow deterioration from disease (Lorig & Gonzalez, 1992). Programs increase patient self-confidence by focusing on teaching patients to adjust their daily activities as dictated by their disease symptoms (Hirano, Laurent, & Lorig, 1994).

*Guideline for the Management of Arthritis Pain*     **47**

If the antiinflammatory medication and the DMARD provide inadequate pain relief, then acetaminophen should be added. (B) If GI risk factors exist, then a prophylactic proton pump inhibitor or misoprostol should be given along with the nonselective NSAID. The person at risk for a cardiovascular event should be given a regular low dose of aspirin (between 75–160 mg per day), whether treated with a nonselective or a COX-2 selective NSAID. (B)

14. Low-dose oral glucocorticosteroids (less than 15 mg per day of prednisone or equivalent as a single dose) should be considered for short-term use in persons with RA. These medications have been shown to decrease progression of erosions for the first 2 years. When oral glucocorticoids are used, prophylaxis with a biphosphonate, along with calcium supplementation and daily supplemental vitamin D to lower the risk of glucocorticoid-induced osteoporosis, should be considered. (B)

15. Intra-articular glucocorticoids should be used in patients with intense flares of OA or RA as evidenced by high degrees of inflammation and effusion in the joint; they can be used at any time during the course of the illness. (B)

16. Opioids should be used for patients with OA or RA when other medications and nonpharmacologic interventions produce inadequate pain relief and the patient's quality of life is affected by the pain. (B) Morphine, oxycodone, hydrocodone, or other mu agonist opioids, as a single agent or combined with an NSAID or with acetaminophen, should be used for moderate to severe OA or RA pain that has not responded to other treatments. (B) The use of codeine and propoxyphene should be avoided because of their side effects and limited analgesic effectiveness. (B)

*Please note: Recommendations appear in bold type as they are discussed in the text. See Chapter II for an explanation of the strength of the evidence supporting the recommendations.

## Analgesics

Analgesic and/or antiinflammatory medications are important in arthritis pain management but should be used concurrently with nutritional, physical, educational, and cognitive-behavioral interventions. The following section discusses these medications, with an emphasis on the need to balance efficacy, adverse side effects, dosing frequency, patient preference, and cost in selecting medication for pain management.

### Acetaminophen

Acetaminophen is an analgesic and antipyretic without clinically useful peripheral antiinflammatory activity (Watson, Brookes, Kirwan, & Faulkner, 2000). Pain at rest and pain at night, symptoms associated with significant inflammation, are relieved more by the use of NSAIDs. First-choice use of

acetaminophen as [...]
Katz, Kalasinski, an [...]
times a day is as eff [...]
ment of patients w [...]
ter tolerated than [...]
that 4 g daily of ac [...]
product of diclof [...]
Acetaminophen w [...]

Evidence of acet [...]
is increasing (Barro [...]
Administration [Fl [...]
may cause irrevers [...]
demonstrated that [...]
was no different th [...]
small sample of p [...]
Therefore, caution [...]
more than two alco [...]
ingesting more tha [...]
be decreased to a [...]
minophen may be [...]
to that reported fo [...]
(Perneger, Whelto [...]
a very rare event. [...]
OTC analgesics ar [...]

· The favorable ri [...]
who derive benef [...]
patients. It is impo [...]
an adequate trial fo [...]
assuming that the [...]
should be monitor [...]

### Nonsteroidal A [...]

NSAIDs are am [...]
million people in [...]
of older people usi [...]
(Baum, Kennedy, [...]
acute and chroni [...]
recent introductio [...]
fit ratio of NSAID [...]

More than 20 N [...]
available in the Un [...]

D provide inadequate
B) 𝘎I risk factors
miso͟.͟ostol should be
·son at risk for a car-
e of aspirin (between
·elective or a COX-2

per day of prednisone
for short-term use in
own to decrease pro-
l glucocorticoids are
:alcium supplementa-
·isk of glucocorticoid-

nts with intense flares
nation and effusion in
·rse of the illness. (B)
. when other medica-
nadequate pain relief
.. (B) Morphine, oxy-
 as a single agent or
, should be used for
·onded to other treat-
e should be avoided
ectiveness. (B)

iscu:   n the text. See
ng the recommendations.

nportant in arthritis
nutritional, physical,
ie following section
d to balance efficacy,
 and cost in selecting

out clinically useful
Kirwan, & Faulkner,
ated with significant
. First-choice use of

acetaminophen as an analgesic in OA has been common since Bradley, Brandt, Katz, Kalasinski, and Ryan (1992) demonstrated that 1 g of acetaminophen four times a day is as effective as ibuprofen at either 1.2 g or 2.4 g per day in the treatment of patients with OA of the knee or hip. In addition, acetaminophen is better tolerated than either dose of ibuprofen. Pincus et al. (2001) demonstrated that 4 g daily of acetaminophen did not reduce pain as much as a combination product of diclofenac and misoprostol (Arthrotec 75 mg twice a day). Acetaminophen was better tolerated within the GI tract in this study.

Evidence of acetaminophen hepatotoxicity and the potential for renal damage is increasing (Barrett, 1996; Buckalew, 1996; Schiodt, 1997; U.S. Food and Drug Administration [FDA], 1997; Whitcomb, 1994; Williams, 1993). Acute overdose may cause irreversible liver damage. A recent prospective double-blind study demonstrated that giving 4 g of acetaminophen for 2 days to chronic alcoholics was no different than placebo in liver damage (Kuffner, et al., 2001). This was a small sample of patients and may not represent the population accurately. Therefore, caution is indicated for patients who take acetaminophen and drink more than two alcoholic beverages (i.e., beer, wine, or spirits) a day. If patients are ingesting more than 2 ounces of alcohol daily, the dose of acetaminophen should be decreased to a maximum of 2.5 g per 24 hr (FDA). Long-term use of acetaminophen may be associated with interstitial kidney damage or nephritis similar to that reported for the parent agent, phenacetin, leading to chronic renal failure (Perneger, Whelton, & Klag, 1994). This effect of acetaminophen is likely to be a very rare event. Note that there is a risk for both GI and liver toxicity with all OTC analgesics and NSAIDs when combined with routine heavy alcohol use.

The favorable risk-to-benefit ratio for acetaminophen in patients with mild pain who derive benefit warrants the continued use of acetaminophen in those patients. It is important for clinicians to ascertain that the patient has given the drug an adequate trial for several weeks of at least 2–3 g of acetaminophen per day before assuming that the treatment is ineffective. Patients at high risk for liver damage should be monitored every 6 months to 1 year with liver function tests (LFTs).

## Nonsteroidal Antiinflammatory Drugs

NSAIDs are among the most commonly used medications, with an estimated 17 million people in the United States using them on a daily basis. The proportion of older people using them is approximately 3.6 times higher than younger people (Baum, Kennedy, & Forbes, 1985). NSAIDs are effective in the treatment of acute and chronic pain and in inflammatory musculoskeletal conditions. The recent introduction of COX-2 selective NSAIDs has improved the risk-to-benefit ratio of NSAID therapy in OA and RA in terms of GI-tract complications.

More than 20 NSAIDs, including aspirin and the COX-2 selective NSAIDs, are available in the United States. Table 11 lists these drugs by chemical subclass and by

generic and proprietary names. Several salicylates and three nonselective NSAIDs are available as nonprescription medications. NSAIDs are effective analgesic and antiinflammatory agents, but can have adverse effects of varying degrees of seriousness. Reported adverse events with nonselective NSAIDs are more frequent than with any other prescription medication class (Table 12) (Burke, Zabinski, Pettitt, Maniadakis, Maurath, & Goldstein, 2001; Gabriel & Matteson, 1995; Langman, 1988).

Commercially available NSAIDs vary in cost by a factor of seven. Nonprescription NSAIDs (e.g., ibuprofen, naproxen sodium, ketoprofen) are as effective as prescription NSAIDs when given in equivalent doses. **The person's past response, cost, and dosing frequency should be major criteria when selecting from among the available NSAIDs.**

**Mechanism of action.** NSAIDs inhibit COX, the enzyme that catalyzes the synthesis of cyclic endoperoxides from arachidonic acid to proinflammatory and other forms of prostaglandins (Simon, 1992). In the gastric mucosa, prostaglandins promote the generation of a protective barrier of mucous and bicarbonate, decrease the synthesis of gastric acid, and stimulate production of glutathione, which scavenges superoxides and promotes blood flow to the gastric mucosa (Scheiman, 1996). Prostaglandins modulate intrarenal plasma flow and electrolyte balance in the kidney (Schlondorff, 1993). The ability to inhibit COX varies among NSAIDs. There is no evidence, however, that correlates the degree of COX inhibition with antiinflammatory efficacy in individual patients.

Two isoforms of COX have been identified: COX-1 and COX-2. COX-1 is constitutive (i.e., normally present) in the gastric mucosa and is involved in the production of prostaglandins that generate the protective barrier in the gastric lumen. It also is important in modulating the extent of gastric acid production. Inhibition of COX-1 activity is a major cause of the GI toxicity of NSAIDs. COX-1 also is involved in production of prostaglandins that act in the renal parenchyma, and it is the only available isoform in platelets. COX-2 is constitutive in renal and central nervous system tissues, but of clinical importance, it is highly inducible (produced) at sites of pain and inflammation. The ideal NSAID would inhibit only induced COX-2 and exert no effect on constitutive COX-1 (Simon, 1996).

Several nonprostaglandin-mediated mechanisms of action have been demonstrated for the NSAIDs (Abramson & Weissman, 1989). NSAIDs reduce the expression of L-selectin, thus affecting a critical step in the migration of granulocytes to sites of inflammation (Diaz-Gonzalez et al., 1995). In addition, NSAIDs in vitro inhibit inducible nitric acid synthetase, which is associated with increased inflammation (Amin et al., 1995). The clinical significance of nonprostaglandin-mediated processes in inflammation is unknown. Nonacetylated salicylates are weak inhibitors of COX, but clinically appear to inhibit inflammation and pain as effectively as some NSAIDs (Blechman &

**Table 11. Dosages of Acet (NSAIDs) Used to Treat Pe Juvenile Chronic Arthritis**

| Medication (Trade Name) | Ra |
|---|---|
| **Acetaminophen** (Anacin, Excedrin, Panadol, Tempra, Tylenol, others) | |
| **Carboxylic Acid Derivatives (salicylic acid derivatives)** Aspirin (acetylsalicylic acid) (Multiple) | |
| Buffered aspirin (Acription, Bufferin, others) | |
| Enteric-coated aspirin (Multiple) | |
| Choline magnesium trisalicylate (Tricosol, Trilisate) | |
| Diflunisal (Dolobid) | |
| Salsalate (Disalcid) | |
| **Propionic Acid Derivatives** Fenoprofen (Nalfon) | |
| Flurbiprofen (Ansaid) | 1 |
| Ibuprofen (Advil, Motrin, others) | (1 |
| Ketoprofen (Orudis) | : |
| Naproxen (Naprosyn, others) | 5 |
| Naproxen Sodium (Aleve, Anaprox) | 55 |

*Guideline for the Management o*

lective NSAIDs are
nalgesic and antiin-
ree: seriousness.
juent than with any
Pettitt, Maniadakis,
n, 1988).

factor of seven.
ketoprofen) are as
ses. **The person's
iteria when select-**

that catalyzes the
oinflammatory and
gastric mucosa,
er of mucous and
late production of
flow to the gastric
al plasma flow and
ability to inhibit
that correlates the
idividual patients.
X-2. COX-1 is con-
volved in the pro-
the gastric lumen.
luction. Inhibition
Ds. COX-1 also is
parel yma, and it
e in renal and cen-
ly inducible (pro-
would inhibit only
imon, 1996).

ave been demon-
SAIDs reduce the
igration of granu-
95). In addition,
hich is associated
cal significance of
n is unknown. It
linically appear to
Ds (Blechman &

**Table 11. Dosages of Acetaminophen and Nonsteroidal Antiinflammatory Drugs (NSAIDs) Used to Treat People with Osteoarthritis, Rheumatoid Arthritis, and Juvenile Chronic Arthritis**

| Medication (Trade Name) | Usual 24-Hour Dose Range (adults) | Individual Dosage and Frequency (adults) Usual Daily Dose | | Usual Daily Dose (children) (mg/kg/24 hr) | FDA Approved Use |
| --- | --- | --- | --- | --- | --- |
| | | Dosage | Frequency | | |
| Acetaminophen (Anacin, Excedrin, Panadol, Tempra, Tylenol, others) | 2–4 g | 325–650 mg 650 mg–1 g | q4h q.i.d. | 10–15 mg/ kg/q 4–6 hr (maximum g/24 hr) | RA, OA, AS, JCA, ST |
| **Nonselective NSAIDs** | | | | | |
| **Carboxylic Acid Derivatives (salicylic acid derivatives)** Aspirin (acetylsalicylic acid) (Multiple) | 2.4–6 g | 600–1,500 mg | q.i.d. | 80–100 mg/kg/ 24 hr/÷ t.i.d. | RA, OA, AS, JCA, ST |
| Buffered aspirin (Acription, Bufferin, others) | 2.4–6 g | 600–1,500 mg | q.i.d. | 80–100 mg/kg/ 24 hr/÷ t.i.d. | RA, OA, AS, JCA, ST |
| Enteric-coated aspirin (Multiple) | 2.4–6 g | 600–1,500 mg | q.i.d. | 80–100 mg/kg/ 24 hr/÷ t.i.d. | RA, OA, AS, JCA, ST |
| Choline magnesium trisalicylate (Tricosol, Trilisate) | 1.5–3 g | 500–1,000 mg 750–1,500 mg | t.i.d. b.i.d. | 50–65 mg/kg/ 24 hr ÷ b.i.d. | RA, OA, pain, JCA |
| Diflunisal (Dolobid) | 1–1.5 g | 500-750 mg | b.i.d. | | RA, OA, AS, JCA, ST |
| Salsalate (Disalcid) | 1.5–3 g | 750–1,500 mg | b.i.d. | | RA, OA, AS, JCA, ST |
| **Propionic Acid Derivatives** Fenoprofen (Nalfon) | 1.2–2.4 g | 300–600 mg | t.i.d. | | RA, OA |
| Flurbiprofen (Ansaid) | 100–200 mg | 50–100 mg | b.i.d. | | RA, OA |
| Ibuprofen (Advil, Motrin, others) | 1.2–3.2 g (for pain) 2.4–3.2 g (for inflamm-ation) | OTC: 200–400 mg Rx: 400, 600, 800 mg Maximum: 3,200 mg | q.i.d. t.i.d.–q.i.d. | 30–50 mg/kg/ 24 hr ÷ t.i.d. (maximum 2.4g/ 24 hr) | RA, OA, JCA |
| Ketoprofen (Orudis) | 75–225 mg | 25–75 mg | t.i.d. | | RA, OA |
| Naproxen (Naprosyn, others) | 500 mg–1 g | 250, 375, 500 mg | b.i.d. | 10–20 mg/kg/ 24 hr ÷ b.i.d. | RA, OA, JCA, ST |
| Naproxen Sodium (Aleve, Anaprox) | 550–1,100 mg | 275–550 mg | b.i.d. | | RA, OA, ST |

*Guideline for the Management of Arthritis Pain*

**Table 11. (cont.)  Dosages of Acetaminophen and Nonsteroidal Antiinflammatory Drugs (NSAIDs) Used to Treat People with Osteoarthritis, Rheumatoid Arthritis, and Juvenile Chronic Arthritis**

| Medication (Trade Name) | Usual 24-Hour Dose Range (adults) | Individual Dosage and Frequency (adults) Usual Daily Dose | | Usual Daily Dose (children) (mg/kg/24 hr) | FDA Approved Use |
| | | Dosage | Frequency | | |
|---|---|---|---|---|---|
| **Nonselective NSAIDs** | | | | | |
| **Acetic Acid Derivatives** | | | | | |
| Diclofenac[a] (N Arthrotec, Volaren, others) | 150–200 mg | 50 mg 75 mg | t.i.d. b.i.d. | 1–4 mg/kg/ 24 hr ÷ b.i.d. | RA, OA, AS |
| Etodolac (Lodine) | 400–1,200 mg | 200–300 mg Maximum: 1,200 mg | b.i.d., t.i.d., q.i.d. | 15–20 mg/kg/ 24 hr ÷ b.i.d. | OA, pain |
| Indomethacin (Indocin, Indocin SR) | <200 mg | 25–50 mg rarely >150 mg | t.i.d. or q.i.d. | 2–3 mg/kg/ 24 hr ÷ b.i.d. (max 200 mg/24 hr) | RA ,OA, G, AS, JCA |
| Sulindac (Clinoril) | 300–400 mg | 150, 200 mg | q.d. b.i.d. | 3–4 mg/kg/ 24 hr ÷ b.i.d. | RA, OA, AS, ST, G |
| Tolmetin[a] (Tolectin, Tolectin DS) | 800–1,800 mg | 400, 600, 800 mg | t.i.d. | 15–30 mg/ kg/24 hr ÷ t.i.d. | RA, OA, AS, JCA |
| **Fenamates** (anthranilic acids) | | | | | |
| Meclofenamate (Meclomen) | 50–400 mg | 50–100 mg | t.i.d.–q.i.d. | | RA, OA |
| Mefenamic acid (Ponstel) | 1.0–2.0 g | 250 mg | q.i.d. | | RA, OA |
| **Enolic Acid Derivatives** | | | | | |
| Meloxicam (Mobic) | 7.5–15 mg | 7.5 mg (OA) 15 mg (RA) | q.d. q.d. | | OA Not approved |
| Phenylbutazone[b] (Butazolidin) | <600 mg | 100 mg | t.i.d. up to 600 mg | | Severe arthritis |
| Piroxicam (Feldene) | 10–20 mg | 10, 20 mg | q.d. | 0.25–0.4 mg/ kg/24 hr q.d. | RA, OA |
| **Naphthylakanones** | | | | | |
| Nabumetone (Relafen) | 1.0–1.5 g | 500 mg | b.i.d. up to 1.5 g | | RA, OA |
| **COX-2 Selective NSAIDS** | | | | | |
| Celecoxib (Celebrex) | 200–400 mg | 100, 200 mg 200 mg | q 12 hr. q.d. | | RA, OA, acute pain |
| Rofecoxib (VIOXX) | 12.5–25 mg | 12.5, 25 mg 50 mg | q.d. (chronic pain) q.d. (acute pain) | | OA Acute pain |

**Table 11. (cont.)  Dosa...
Drugs (NSAIDs) Used t...
Juvenile Chronic Arthr...**

| Medication (Trade Name) |
|---|
| Valdecoxib (Bextra) |

[a]Long acting
[b]Phenylbutazone has been with...
ous, potentially life-threaten...
of both minor (dyspepsia) and s...
compounded dosage forms.
Key: AS = ankylosing spondylit...
ST = soft tissue injury

Lechner, 1979; Bon...
mediated mechanism...

**Adverse effects of...** (not COX-2 selectiv... ity problems includi... mucosal damage, su... is common (1%–2%... tomatic ulcers). Bec... ed by COX-1, but n... risk of GI bleeding. ... the nonselective NS... their believed mech... Table 12 lists poten... adverse events that... nephropathy can be... with increased risk o... imize renal risk. Ris... namic compromise a... gestive heart failure... Volume-depleted ind... tion and people w... increased risk as are... intrinsic renal dise... NSAIDs. The rece... later) provides med...

| tiinflammatory oid Arthritis, and | |
| --- | --- |
| al Daily [children] g/24 hr) | FDA Approved Use |
| 4 mg/kg/ hr ÷ b.i.d. | RA, OA, AS |
| 20 mg/kg/ hr ÷ b.i.d. | OA, pain |
| 3 mg/kg/ hr ÷ b.i.d. max 200 g/24 hr) | RA ,OA, G, AS, JCA |
| 4 mg/kg/ hr ÷ b.i.d. | RA, OA, AS, ST, G |
| 5–30 mg/ g/24 hr ÷ t.i.d. | RA, OA, AS, JCA |
| | RA, OA |
| | RA, OA |
| | OA Not approved |
| | Severe arthritis |
| 5–0.4 mg/ 24 hr q.d. | RA, OA |
| | RA, OA |
| | RA, OA, acute pain |
| | OA Acute pain |

**Table 11. (cont.)  Dosages of Acetaminophen and Nonsteroidal Antiinflammatory Drugs (NSAIDs) Used to Treat People with Osteoarthritis, Rheumatoid Arthritis, and Juvenile Chronic Arthritis**

| Medication (Trade Name) | Usual 24-Hour Dose Range (adults) | Individual Dosage and Frequency (adults Usual Daily Dose | | Usual Daily Dose (children) (mg/kg/24 hr) | FDA Approved Use |
| --- | --- | --- | --- | --- | --- |
| | | Dosage | Frequency | | |
| Valdecoxib (Bextra) | 10 mg | 10 mg | q.d. | | RA, OA acute pain |

[a]Long acting

[b]Phenylbutazone has been withdrawn from commercial availability due to markedly decreased use. This is because of serious, potentially life-threatening toxicity (i.e., blood dyscrasias). It is a potent and effective NSAID but has a higher incidence of both minor (dyspepsia) and serious adverse events than most newer NSAIDs. It is only available in extemporaneously compounded dosage forms.

Key: AS = ankylosing spondylitis, G = gout, JCA = juvenile chronic arthritis, OA = osteoarthritis, RA = rheumatoid arthritis, ST = soft tissue injury

Lechner, 1979; Bombardier, Peloso, & Goldsmith, 1995). Nonprostaglandin-mediated mechanisms may help to explain these clinical effects.

**Adverse effects of NSAIDs.** The most common adverse effect of nonselective (not COX-2 selective) NSAIDs that have been documented are GI intolerability problems including dyspepsia, abdominal pain, and nausea. Gastroduodenal mucosal damage, such as GI ulcers, bleeding, perforation, and obstruction, also is common (1%–2% ulcer complications, 2%–4% ulcer complications and symptomatic ulcers). Because platelet aggregation-mediated blood clotting is inhibited by COX-1, but not COX-2, use of COX-2 selective NSAIDs also reduces the risk of GI bleeding. Nephropathy can occur with either the COX-2 selective or the nonselective NSAIDs. Toxicities of these medications are consistent with their believed mechanism of action, the inhibition of prostaglandin synthesis. Table 12 lists potential NSAID toxicities. Table 13 lists clinically significant adverse events that occur with specific NSAIDs. NSAID gastropathy and nephropathy can be minimized by using the medications cautiously in patients with increased risk of GI and renal disorders. Good hydration is essential to minimize renal risk. Risk factors for adverse kidney effects include serious hemodynamic compromise such as hemorrhage, dehydration, moderate to severe congestive heart failure, excessive diuresis, and cirrhosis with or without ascites. Volume-depleted individuals, such as women who experience heavy menstruation and people who perspire excessively due to unusual exertion, are at increased risk as are individuals with intrinsic kidney disease. Older people with intrinsic renal disease are at increased risk of adverse renal effects from NSAIDs. The recent introduction of COX-2 selective NSAIDs (described later) provides medications that are as effective as nonselective NSAIDs, but

## Table 12. Adverse Reactions in Nonselective Nonsteroidal Antiinflammatory Drugs

**Gastrointestinal**
- Nausea, vomiting, dyspepsia, diarrhea, constipation, abdominal cramps
- Gastric mucosal irritation, superficial erosions, peptic ulceration, increased fecal blood, wasting
- Major gastrointestinal hemorrhage, penetrating ulcers
- Erosions induce "diaphragm" development in small bowel
- Hepatotoxicity, hepatitis, fulminant hepatic failure

**Renal**
- Glomerulopathy, interstitial nephritis, alterations in renal plasma blood flow leading to a fall in glomerular filtration rate, interference with natruesis induced by diuretics, edema, and inhibition of rennin release leading to changes in water and electrolyte balance
- Alterations in tubular function

**Hematologic**
- Decreased platelet aggregation possibly leading to bleeding, oozing gums, petechiae, anemia, marrow suppression, Coomb's positive anemia

**Central nervous system**
- Headache, dizziness, confusion, hallucinations, depersonalization reactions, depression, tremor
- Aseptic meningitis, tinnitus, vertigo, neuropathy, toxic amblyopia, transient transparent corneal deposits
- Seizures

**Hypersensitivity**
- Asthma, asthma/urticaria syndrome, urticaria, rashes, photosensitivity, Stevens-Johnson syndrome

**Respiratory**
- Bronchospasm, laryngeal edema, shortness of breath

**Cardiovascular**
- Increased blood pressure, may reach hypertensive levels

**Drug interactions**
- Drug interactions such as displacement of oral hypoglycemics and warfarin from protein binding sites and from sites of metabolism
- Interferes with the actions of beta-blockers, ACE inhibitors, and some diuretics

## Table 13. Clinically Signi[...]  Nonsteroidal Antiinflamm[...]

| Medication (Trade Name) | 24-Hour Average Dosage |
|---|---|
| **Acetaminophen** (Anacin, Excedrin, Panadol, Tempra, Tylenol, others) | 3.0 g |
| **Carboxylic Acid Derivatives** (salicylic acid derivatives) | |
| Aspirin (acetylsalicylic acid) (Multiple) | 4,200 m[...] |
| Buffered aspirin (Acription, Bufferin, others) | 4,200 m[...] |
| Enteric-coated aspirin (Multiple) | 4,200 m[...] |

**nflammatory Drugs**

d fe~ ~od, wasting

w leading to a fall in
edema, and inhibition of

, petechiae, anemia, mar-

s, depression, tremor
ht transparent corneal

evens-Johnson syndrome

-in fre~ ~rotein binding

retics

**Table 13. Clinically Significant Adverse Effects and Costs of Acetaminophen and Nonsteroidal Antiinflammatory Drugs (NSAIDs) in Adults**

| Medication (Trade Name) | 24-Hour Average Dosage[a] | Cost for 30-Day Supply[b] | | Clinically Significant Frequent Adverse Events[c] | Special Considerations |
|---|---|---|---|---|---|
| | | Lowest | Highest | | |
| Acetaminophen (Anacin, Excedrin, Panadol, Tempra, Tylenol, others) | 3.0 g | $39 | $268 | GI, HEM, HY, R | Risk-benefit should be considered when following medical conditions exist: alcoholism, hepatic disease, viral hepatitis, phenylketonuria, renal function impairment |
| **Nonselective NSAIDs** | | | | | |
| Carboxylic Acid Derivatives (salicylic acid derivatives) | | | | | Contraindications for all salicylates: Bleeding ulcers, hemophilia, angioedema, nasal polyps, associated with asthma, thrombocytopenia Consider risk-benefit with following medical conditions: anemia, compromised cardiac function, hypertension, gastritis, gout, peptic ulcer, hepatic or renal function impairment |
| Aspirin (acetylsalicylic acid) (Multiple) | 4,200 mg | $3 | $12 | GI, HEM, HY, O | More ulcerogenic than other salicylates, associated with Reye's Syndrome, bronchospasm in asthmatics Older people may be more susceptible to toxic effects due to decreased renal function. |
| Buffered aspirin (Acription, Bufferin, others) | 4,200 mg | $4 | $15 | GI, HEM, HY, O | Same considerations/ contraindications as for all salicylates |
| Enteric-coated aspirin (Multiple) | 4,200 mg | $7 | $19 | GI, HEM, HY, O | Same considerations/ contraindications as for all salicylates |

**Table 13. (cont.)  Clinically Significant Adverse Effects and Costs of Acetaminophen and Nonsteroidal Antiinflammatory Drugs (NSAIDs) in Adults**

| Medication (Trade Name) | 24-Hour Average Dosage[a] | Cost for 30-Day Supply[b] Lowest | Highest | Clinically Significant Frequent Adverse Events[c] | Special Considerations |
|---|---|---|---|---|---|
| Choline magnesium trisalicylate[d] (Tricosol, Trilisate) | 2,250 mg | $62 | $63 | GI, R | Same considerations/ contraindications as for all salicylates |
| Diflunisal (Dolobid) | 1,250 mg | $66 | $87 | CNS, GI, O | Less likely than other NSAIDs to increase presurgical bleeding and to increase bleeding time Higher risk than other NSAIDs in patient with renal impairment Possibility of Reye's Syndrome in children and adolescents with acute febrile disease. |
| Salsalate (Disalcid, others) | 2,250 mg | $7 | $36 | GI | Same considerations/ contraindications as for all salicylates |
| **Propionic Acid Derivatives** | | | | | ⇒**Risk–benefit for all NSAIDs should be considered when the following medical problems exist: asthma, anemia, compromised cardiac function (CHD), edema, hypertension, renal or hepatic impairment, GI diseases, CHF, diabetes, sepsis, hemophilia, SLE** |
| Fenoprofen (Nalfon) | 1,800 mg | $40 | $46 | CNS, GI, R, HY, O | Muscle cramps or pain not related to condition being treated may occur. |
| Flurbiprofen (Ansaid) | 150 mg | $49 | $53 | CNS, GI, R, O | Bloody or cloudy urine, painful & frequent urination may occur. |
| Ibuprofen (Advil, Motrin, others) | 1,800 mg (for pain) 2,800 mg (for inflammation) | $4 $6 | $28 $43 | CNS, GI, O | May cause stomach bleeding in individuals who consume large amounts of alcohol. |

**Table 13. (cont.)  Clin... and Nonsteroidal Anti...**

| Medication (Trade Name) | 24-... Av... Do... |
|---|---|
| Ketoprofen (Oruvail) | 150 |
| Naproxen (Ec-naprosyn, Naprosyn, others) | 875 |
| Naproxen Sodium (Aleve, Anaprox) | 82... |
| **Acetic Acid Derivatives** Diclofenac[d] (N Arthrotec, Voltaren, others) | 17... |
| Etodolac[d] (Lodine) | 80... |
| Indomethacin[d] (Indocin, Indocin SR) | 137 |
| Sulindac (Clinoril) | 35... |
| Tolmetin[d] (Tolectin, Tolectin DS) | 1,6... |

sts of Acetaminophen

| | Special Considerations[c] |
|---|---|
| ts[c] | |
| | Same considerations/ contraindications as for all salicylates |
| | Less likely than other NSAIDs to increase presurgical bleeding and to increase bleeding time |
| | Higher risk than other NSAIDs in patient with renal impairment Possibility of Reye's Syndrome in children and adolescents with acute febrile disease. |
| | Same considerations/ contraindications as for all salicylates |
| | ⇒Risk–benefit for all NSAIDs should be considered when the following medical problems exist: asthma, anemia, compromised cardiac function, CHD), edema, hypertension, renal or hepatic impairment, GI diseases, CHF, diabetes, sepsis, hemophilia, SLE |
| 0 | Muscle cramps or pain not related to condition being treated may occur. |
| | Bloody or cloudy urine, painful & frequent urination may occur. |
| | May cause stomach bleeding in individuals who consume large amounts of alcohol. |

## Table 13. (cont.)  Clinically Significant Adverse Effects and Costs of Acetaminophen and Nonsteroidal Antiinflammatory Drugs (NSAIDs) in Adults

| Medication (Trade Name) | 24-Hour Average Dosage[a] | Cost for 30-Day Supply[b] | | Clinically Significant Frequent Adverse Events[c] | Special Considerations |
|---|---|---|---|---|---|
| | | Lowest | Highest | | |
| Ketoprofen (Oruvail) | 150 mg | $14 | $64 | CNS, GI, R | Bleeding from rectum may occur. |
| Naproxen (Ec-naprosyn, Naprosyn, others) | 875 mg | $69 | $82 | CNS, GI, R, O | Ringing or buzzing in ears can occur. Shortness of breath or troubled breathing |
| Naproxen Sodium (Aleve, Anaprox) | 825 mg | $46 | $54 | CNS, GI, R, O | More rapid onset but similar activity as naproxen |
| **Acetic Acid Derivatives** Diclofenac[d] (N Arthrotec, Voltaren, others) | 175 mg | $95 | $106 | CNS, GI, R | ⇒**May precipitate acute attack of hepatic porphyria** ⇒**Blood dyscrasias and bone marrow depression may be induced or exacerbated** |
| Etodolac[d] (Lodine) | 800 mg | $132 | $151 | CNS, GI, R, O | Use with caution in people with impaired renal and hepatic function, heart failure, those on diuretics, older patients |
| Indomethacin[d] (Indocin, Indocin SR) | 137.5 mg | $31 | $64 | CNS, GI, R, O | ⇒**May aggravate these conditions: epilepsy, depression or other psychiatric disturbances, Parkinson's disease** |
| Sulindac (Clinoril) | 350 mg | $58 | $72 | CNS, GI, O | Use with caution when history of renal calculus and in conjunction with adequate fluid intake |
| Tolmetin[d] (Tolectin, Tolectin DS) | 1,600 mg | $102 | $142 | CV, CNS, GI, HY, R, O | Increased blood pressure—may reach hypertensive levels; muscle cramps or pain may occur |

*Guideline for the Management of Arthritis Pain*

**Table 13. (cont.)  Clinically Significant Adverse Effects and Costs of Acetaminophen and Nonsteroidal Antiinflammatory Drugs (NSAIDs) in Adults**

| Medication (Trade Name) | 24-Hour Average Dosage[a] | Cost for 30-Day Supply[b] Lowest | Highest | Clinically Significant Frequent Adverse Events[c] | Special Considerations |
|---|---|---|---|---|---|
| **Fenamates** | | | | | |
| Meclofenamate (Meclomen) | 275 mg | $38 | $294 | CNS, GI, O | |
| Mefenamic acid (Ponstel) | 2500 mg | $401 | | GI | Hypoprothrombinemia when prothrombin activity is 10%–20% of normal—increased risk of bleeding |
| **Enolic Acid Derivatives** | | | | | |
| Meloxicam (Mobic) | 11.25 mg | $97 | | GI, R | Should not use when nasal polyps associated with bronchospasm, aspirin induced present |
| Phenylbutazone[e] (Butazolidin) | <600 mg | $10 | $42 | HEM | Higher risk of blood dyscrasias than other NSAIDs, especially in older adults |
| Piroxicam (Feldene) | 15 mg q day | $53 | $63 | GI | Nausea, abdominal cramps and epigastric pain may occur |
| **Naphtaylkanones** | | | | | |
| Nabumetone (Relafen) | 1,250 mg | $108 | | CNS, GI, R, O | May be no safer for GI tract side effects than other nonselective NSAIDs |
| **COX-2 Selective NSAIDs** | | | | | |
| Celecoxib (Celebrex) | 300 mg | $134 | | R, CNS, GI, O | Contraindicated: severe hepatic impairment; allergic reaction to sulfonamides and aspirin; preexisting asthma; use with extreme caution if prior history of ulcer disease or GI bleeding Older adults—adverse effects higher in older adults but safety and efficacy not different from younger patients. Lowest effective dose for shortest duration is recommended to minimize risk of GI ulceration and bleeding |

**Table 13. (cont.)  Clin and Nonsteroidal Anti**

| Medication (Trade Name) | 24- Ave Dos |
|---|---|
| Rofecoxib (VIOXX) | 18.7 |
| Valdecoxib (BEXTRA) | 10 |

[a]For medications with a range sent an average 24-hour dose.
[b]Average wholesale price, Firs culated based on the average produced the medication, only
[c]USP DI Vol. I, Drug Informati
[d]Long acting
[e]Phenylbutazone has been wit potentially life-threatening tox both minor (dyspepsia) and s pounded dosage forms.
Key: The following symbols n CNS = central nervous system renal, O = other
⇒ = Major clinical signific

that have less risk
evidence that COX
nonselective NSAI

NSAID use in C
are for pain due to
improves or alters
some data on certai
ens cartilage metal
reduce pain, decre
patients, but it is u
(Murray & Brater,

...sts of Acetaminophen

| | Special Considerations |
|---|---|
| ...ts[c] | Hypoprothrombinemia when prothrombin activity is 10%–20% of normal—increased risk of bleeding |
| | Should not use when nasal polyps associated with bronchospasm, aspirin induced present |
| | Higher risk of blood dyscrasias than other NSAIDs, especially in older adults |
| | Nausea, abdominal cramps and espigastric pain may occur |
| | May be no safer for GI tract side effects than other nonselective NSAIDs |
| | C..... indicated: st.... hepatic impairment; allergic reaction to sulfonamides and aspirin; preexisting asthma; use with extreme caution if prior history of ulcer disease or GI bleeding Older adults—adverse effects higher in older adults but safety and efficacy not different from younger patients. Lowest effective dose for shortest duration is recommended to minimize risk of GI ulceration and bleeding |

**Table 13. (cont.)  Clinically Significant Adverse Effects and Costs of Acetaminophen and Nonsteroidal Antiinflammatory Drugs (NSAIDs) in Adults**

| Medication (Trade Name) | 24-Hour Average Dosage[a] | Cost for 30-Day Supply[b] | | Clinically Significant Frequent Adverse Events[c] | Special Considerations |
|---|---|---|---|---|---|
| | | Lowest | Highest | | |
| Rofecoxib (VIOXX) | 18.75 mg | $118 | | R, CNS, CV, O | Contraindicated: advanced renal disease; asthma or allergic type reactions to aspirin or other NSAIDs Use with extreme caution if prior history of ulcer disease or GI bleeding; use with caution in fluid retention, hypertension or heart failure |
| Valdecoxib (BEXTRA) | 10 mg | | | | Approved by the FDA November 2001. Not yet on the market. |

[a]For medications with a range of therapeutic dosages, the midpoint between the lowest and highest doses was used to represent an average 24-hour dose.

[b]Average wholesale price, First Data Bank Price Check PC (July 2001). Costs for lowest and highest price per unit were calculated based on the average 24-hour dosage when there is more than one manufacturer. If there was only one company that produced the medication, only one cost was reported. All costs are rounded to the nearest dollar.

[c]USP DI Vol. I, Drug Information for the Health Care Professional, 2001, ISBN 1-56363-331-0

[d]Long acting

[e]Phenylbutazone has been withdrawn from commercial availability due to markedly decreased use. This is because of serious, potentially life-threatening toxicity (i.e., blood dyscrasias). It is a potent and effective NSAID but has a higher incidence of both minor (dyspepsia) and serious adverse events than most newer NSAIDs. It is only available in extemporaniously compounded dosage forms.

Key: The following symbols mean that an adverse effect occurs frequently (3%–9%) with the specific drug:

CNS = central nervous system; CV = cardiovascular; GI = gastrointestinal; HEM = hematologic; HY = hypersensitivity; R = renal, O = other

⇒ = Major clinical significance

that have less risk of gastroduodenal mucosal damage or bleeding. There is no evidence that COX-2 selective NSAIDs produce any less renal toxicity than nonselective NSAIDs.

**NSAID use in OA.** Half of all NSAIDs used by older adults in this country are for pain due to OA (Flynn, 1994). There is no evidence that any NSAID improves or alters the pathophysiology of joint destruction in OA. There are some data on certain NSAIDs such as indomethacin that indicate the drug worsens cartilage metabolism, thus accelerating cartilage damage in OA. They do reduce pain, decrease the gel phenomenon, and improve function in OA patients, but it is unclear if this is due to antiinflammatory or analgesic activity (Murray & Brater, 1990). An unresolved question is whether NSAIDs (either

COX-2 selective or nonselective) are superior to acetaminophen for OA pain relief. This question is important considering the toxicities of NSAIDs, especially in older patients.

**NSAID use in RA.** NSAIDs effectively reduce the pain and inflammation due to RA. Some investigators suggest that NSAID therapy also may affect the underlying pathophysiologic mechanism of RA as evidenced by significant reductions in rheumatoid factor (RF) levels and C-reactive protein (CRP) levels observed in clinical trials (Cush, Lipsky, Postlethwaite, Schrohenloher, Saway, & Koopman, 1990). There is, however, no evidence to suggest that NSAIDs are disease modifying. **Therefore, drugs that are disease modifying (DMARDs) and that have been shown to reduce pain (e.g., sulfasalazine, methotrexate, leflunomide, etanercept, infliximab) are the drugs of first choice. The COX-2 selective NSAIDs should be used as additional analgesic and antiinflammatory agents if needed, unless the patient is at increased risk for significant hypertension or renal disease or does not respond to COX-2 selective NSAIDs. In either of these cases, the nonselective NSAIDs should be considered; however, the effects on hypertension or the kidneys may be the same.**

**Efficacy and safety of COX-2 selective NSAIDs.** The discovery of COX-2, a second isoform of COX, led to the development of NSAIDs with the same analgesic and antiinflammatory activity as nonselective NSAIDs without the inherent risk of gastroduodenal mucosal damage and impaired platelet aggregation mediated by the inhibition of COX-1. COX-2 selective NSAIDs also appear to have no effects on platelets at efficacious therapeutic doses because COX-1 is the only prostaglandin isoform in the platelet. The first COX-2 selective NSAID, celecoxib, improved pain and inflammation as effectively as naproxen (500 mg twice a day) in short-term therapy (Simon et al., 1998). There were no platelet effects or evidence of upper GI mucosal damage after 7 days of therapy. Celecoxib at any dose had an incidence of gastroduodenal ulcers 3 mm or larger, which was no different from the effects of placebo, whereas participants treated with naproxen (1,000 mg per day) had ulcers greater than 3 mm with obvious depth.

Studies of the second COX-2 selective NSAID, rofecoxib, in patients with acute pain demonstrated that 25–50 mg produced pain relief within 45 minutes, was consistently better than placebo, and was as effective and had a longer duration of action than ibuprofen (Ehrich, Dallob et al., 1999). Both rofecoxib (12.5 and 25 mg) and celecoxib (100 mg twice a day or 200 mg daily) have been shown to be as effective as ibuprofen (2.4 g daily), diclofenac (150 mg daily), naproxen (1 g daily), and acetaminophen (1 g daily) in the treatment of a heterogeneous population of patients with OA (Cannon, 2000; Ehrich, Schnitzer, Kamin, & Olson, 1999; Silverstein et al., 2000; Zhao et al., 1999). A recent study (Geba, Weaver, Polis, Dixon, & Schnitzer, 2002) demonstrated that COX-2 selective NSAIDs are superior to acetaminophen for moderate to severe pain.

Treatment response is [...]
in many randomized cli[...]
2 agents; about 35% of [...]
(1999), in the treatmen[...]
and/or 200 mg daily) wa[...]
diclofenac (150 mg per [...]
ment of the signs and sy[...]
mine its effectiveness i[...]

When evaluated in b[...]
patients, celecoxib and [...]
abdominal pain, and na[...]
quently than nonselec[...]
incidence of upper GI m[...]
sured by endoscopy. Sin[...]
tive agents are safer tha[...]
sured by endoscopy. Ra[...]
have demonstrated tha[...]
ment dose in OA) (Bor[...]
ib (2–4 times the treat[...]
al., 2000) produced 2–[...]
(e.g. bleeding, perforat[...]
en or 800 mg three tim[...]

RCTs of both COX[...]
OA, the incidence of h[...]
coxib and celecoxib as [...]
treat RA there was no [...]
100, 200, or 400 mg tw[...]
mg per day for longer [...]
and an 8.3% incidence [...]
ib daily for 6 weeks i[...]
increased incidence of [...]
1999). Until data are [...]
tions, it would be wise[...]
lective NSAID therap[...]
per minute.

There have been c[...]
COX-1 might lead to [...]
at risk. The two large[...]
(Bombardier et al., 20[...]
In the approximately [...]
50 mg per day or napr[...]

ohen for OA pain
NSAIDs, especial-

inflammation due
so may affect the
ced by significant
otein (CRP) levels
enloher, Saway, &
t NSAIDs are dis-
**(DMARDs) and**
1e, **methotrexate,**
oice. The COX-2
d antiinflammato-
**significant hyper-**
:tive NSAIDs. In
nsidered; howev-
me.

overy of COX-2, a
ith the same anal-
vithout the inher-
atelet aggregation
IDs also appear to
ause COX-1 is the
selective NSAID,
aproxen (500 mg
e w no platelet
hera-y. Celecoxib
larger, which was
ints treated with
h obvious depth.
in patients with
ithin 45 minutes,
iad a longer dura-
h rofecoxib (12.5
have been shown
daily), naproxen
a heterogeneous
nitzer, Kamin, &
ent study (Geba,
COX-2 selective
pain.

Treatment response is similar to responses observed with nonselective NSAIDs in many randomized clinical trials conducted prior to introduction of the COX-2 agents; about 35% of all patients do not respond. According to Simon et al. (1999), in the treatment of patients with RA, celecoxib (100 mg twice a day and/or 200 mg daily) was shown to be as effective as naproxen (1 g per day) and diclofenac (150 mg per day). Celecoxib was approved by the FDA for the treatment of the signs and symptoms of RA, and rofecoxib is in clinical trials to determine its effectiveness in treating RA pain.

When evaluated in both short-term and 6- to 12-week efficacy trials in OA patients, celecoxib and rofecoxib were equally safe. Each caused dyspepsia, abdominal pain, and nausea slightly more frequently than placebo but less frequently than nonselective NSAIDs. Clinical trials demonstrated a decreased incidence of upper GI mucosal damage with the COX-2 selective agents as measured by endoscopy. Similarly, clinical trials demonstrated that the COX-2 selective agents are safer than nonselective NSAIDs in production of ulcers as measured by endoscopy. Randomized controlled trials (RCTs) with large sample sizes have demonstrated that 50 mg rofecoxib four times a day (2–4 times the treatment dose in OA) (Bombardier et al., 2000) and 400 mg twice a day of celecoxib (2–4 times the treatment doses of RA and OA, respectively) (Silverstein et al., 2000) produced 2–3 times fewer symptomatic ulcers and ulcer complications (e.g. bleeding, perforation, obstruction) than did 500 mg twice a day of naproxen or 800 mg three times a day of ibuprofen, respectively.

RCTs of both COX-2 selective NSAIDs showed that at doses used to treat OA, the incidence of hypertension and peripheral edema was the same for rofecoxib and celecoxib as for nonselective NSAIDs. When celecoxib was used to treat RA there was no noted increase in pedal edema or hypertension at doses of 100, 200, or 400 mg twice a day (Simon et al., 1999). The use of rofecoxib at 50 mg per day for longer than 5 days caused a 6.3% incidence of peripheral edema and an 8.3% incidence of hypertension. Preliminary studies of 50 mg of rofecoxib daily for 6 weeks in the treatment of patients with RA demonstrated no increased incidence of either hypertension or peripheral edema (Schnitzer et al., 1999). Until data are obtained from patients who are at risk for renal complications, it would be wise to avoid COX-2 selective medications as well as nonselective NSAID therapy in patients with a creatinine clearance of less than 30 ml per minute.

There have been concerns that inhibition of COX-2 without inhibition of COX-1 might lead to an increased propensity for thrombosis in patients who are at risk. The two large studies of GI complications for rofecoxib and celecoxib (Bombardier et al., 2000; Silverstein et al., 2000) partially addressed this issue. In the approximately 8,000 patients with RA who were treated with rofecoxib 50 mg per day or naproxen 1,000 mg per day, there was a statistically significant

increase in nonfatal myocardial infarctions (MIs) in patients treated with rofecoxib compared with those treated with naproxen (0.5% with rofecoxib and 0.1% with naproxen). Whether this observation is due to cardioprotection afforded by the relatively long-acting NSAID through its effects on the platelets or was due to a prothrombotic tendency of rofecoxib is indeterminable by this study. The celecoxib study does not help to clarify the issue. In the celecoxib study of approximately 8,000 patients with RA or OA, about 20%–22% of the patients were concomitantly on low-dose aspirin and about 40% of the patients had a history of cardiovascular disease. There were about the same number of patients in the rofecoxib study with a prior history of cardiovascular disease, but aspirin at any dose was not allowed in the rofecoxib versus naproxen study. In the celecoxib long-term outcome trial there was no difference in nonfatal MIs in patients treated with celecoxib 400 mg (2–4 times the treating dose of RA and OA, respectively) as compared with patients treated with ibuprofen (800 mg) or diclofenac (75 mg) with or without low-dose aspirin. Both ibuprofen and diclofenac have prominent COX-1 effects, but only diclofenac has a relatively long half-life similar to that of naproxen. The similarities of nonfatal MIs in celecoxib, ibuprofen, and diclofenac were observed only when those patients not on aspirin (about 78%) were analyzed (Silverman et al., 2000).

We do not know from these studies whether there is an increased risk for clinically significant thrombosis with COX-2 selective NSAIDs. It is clear that if patients are at risk for thrombosis, then low-dose aspirin is the appropriate therapy. When the patient is treated with a COX-2 selective or nonselective NSAID is required, the low-dose aspirin should be taken along with the NSAID. There is no evidence that long-acting nonselective NSAIDs are cardioprotective.

A secondary analysis of data from previous studies suggested that there may be an increase of cardiac events in patients who use a COX-2 selective NSAID due to its inherent lack of effect on platelet COX (Mukherjee, Nissen, & Topol, 2001). Drug manufacturers, clinical investigators, and others have criticized the methods used in the secondary data analysis and question the conclusions. Clearly more information is needed before conclusions can be drawn. A prospective trial would be helpful in evaluating and determining risk. **Any patients who are at risk for a cardiac event and are treated with either a nonselective NSAID or a COX-2 selective NSAID should also receive low-dose aspirin.**

Meloxicam is marketed as a COX-2 selective NSAID but it has higher COX-1 inhibiting effects than either celecoxib and rofecoxib at therapeutic doses. That is, it may inhibit COX-1 at higher therapeutic doses (Dequeker et al., 1998). There is evidence that meloxicam is as effective as other NSAIDs (Lund, Distel, & Bluhmki, 1998). In two short-term trials of the safety of meloxicam, large numbers of patients who were treated demonstrated pain relief with minimal toxic effects. Because no patient was studied for more than 30 days, safety

with long-term use is unk
of meloxicam on platelet
of evidence on the COX-

Valdecoxib (BEXTRA)
line was going to press. Va
OA and RA at a dose of
reference to edema or exa

**NSAID selection.** At
across patient population
and RA to specific NSAI
differential effect may n
other analgesics such as
responsiveness to a specif
at full doses for at least 2
the first NSAID tried.

NSAIDs often are subc
11. There is no evidence
other subclass. Individua
more poorly tolerated b
response to one NSAID
same chemical subclass
nants of individual pat
Possible reasons include
tion; patient adherence t
NSAIDs, which may be
active agent; and perhap

**Clinicians should con
cially GI and renal),** d
**selecting medications f**
inexpensive, its frequent
the highest incidence of
drug with the gastric mu
not systemic gastropath·
coated aspirin also is mu
use and indication-direc
tion, but there is rarely
another for such indicat

Individual patient ch
NSAID. For instance, i
aspirin sensitivity, nona
(Szczeklik, Nizankowska

nts treated with rofe-
6 with rofecoxib and
2 t    ardioprotection
ffects on the platelets
ndeterminable by this
ssue. In the celecoxib
out 20%–22% of the
t 40% of the patients
: the same number of
iovascular disease, but
naproxen study. In the
e in nonfatal MIs in
ating dose of RA and
buprofen (800 mg) or
Both ibuprofen and
fenac has a relatively
f nonfatal MIs in cele-
those patients not on
).

ncreased risk for clin-
IDs. It is clear that if
the appropriate ther-
nonselective NSAID
h the NSAID. There
cardioprotective.
ted    it there may be
sele_tive NSAID due
ee, Nissen, & Topol,
ers have criticized the
ion the conclusions.
be drawn. A prospec-
sk. **Any patients who**
**either a nonselective**
**e low-dose aspirin.**
t it has higher COX-
at therapeutic doses.
ses (Dequeker et al.,
other NSAIDs (Lund,
safety of meloxicam,
pain relief with mini-
e than 30 days, safety

with long-term use is unknown. There are conflicting data regarding the effect of meloxicam on platelet activity (Panara et al., 1999). See Chapter II for a table of evidence on the COX-2 selective NSAIDs.

Valdecoxib (BEXTRA) was approved by the FDA at the time that this guideline was going to press. Valdecoxib is approved for pain and inflammation due to OA and RA at a dose of 10 mg daily. The FDA-approved labeling contains no reference to edema or exacerbation of hypertension.

**NSAID selection.** At equipotent doses, the efficacy of all NSAIDs is similar across patient populations, but responsiveness of individual patients with OA and RA to specific NSAIDs differs (Cush, Jasin, Johnson, & Lipsky, 1990). This differential effect may not be as apparent when NSAIDs are combined with other analgesics such as opioids. It is not possible to predict an individual's responsiveness to a specific NSAID. Therefore, serial trials of different NSAIDs at full doses for at least 2 weeks are indicated for patients who do not respond to the first NSAID tried.

NSAIDs often are subdivided into chemical subclasses that are listed in Table 11. There is no evidence that any chemical subclass of NSAID is superior to any other subclass. Individual NSAIDs within several of the classes may be better or more poorly tolerated by an individual patient. For a given patient, lack of response to one NSAID does not preclude a response to another drug from the same chemical subclass or to an NSAID from another subclass. The determinants of individual patient responsiveness to NSAIDs are not understood. Possible reasons include variable absorption and bioavailability of the medication; patient adherence to the prescribed regimen; other biological effects of the NSAIDs, which may be variably expressed; the metabolism and excretion of the active agent; and perhaps genetic polymorphism.

**Clinicians should consider efficacy, adverse side effects of NSAIDs (especially GI and renal), dosing frequency, patient preference, and cost when selecting medications for pain management.** For example, although aspirin is inexpensive, its frequent dosing makes it inconvenient, and it is associated with the highest incidence of adverse gastric effects. Dyspepsia results from contact of drug with the gastric mucosa. Enteric coated aspirin reduces local gastritis (but not systemic gastropathy) but absorption is delayed and often variable. Enteric coated aspirin also is much more expensive than compressed tablets. Traditional use and indication-directed marketing of specific NSAIDs often influence selection, but there is rarely evidence to support that any one NSAID is better than another for such indications.

Individual patient characteristics may favor the selection of a particular NSAID. For instance, in patients with a history of asthma, nasal polyps, and aspirin sensitivity, nonacetylated salicylates are safer than most other NSAIDs (Szczeklik, Nizankowska, & Dworski, 1990). It is unknown whether the COX-2

selective medications will be safer. Close monitoring still is required because of the potential for cross-sensitivity.

Pharmacokinetic properties of NSAIDs also influence selection. NSAIDs with short time to peak serum concentration are best suited for treatment of acute musculoskeletal pain because of their more rapid onset of action, and NSAIDs with longer half-lives are more appropriate for long-term use in people with arthritis. NSAIDs requiring less frequent dosing possibly improve adherence, but once-daily NSAID dosage preparations should be used with caution in older persons and in people with hepatic or renal impairment.

The antiinflammatory and analgesic benefits of NSAIDs must be weighed against their potential risks, particularly in older people (Goodman & Simon, 1994). Overall risk includes the risk that patients have from other medical conditions, with significant comorbidity most prevalent in older adults.

**Costs and benefits of NSAIDs.** It is important that clinicians consider the relationships among effectiveness, adverse side effects, patient preference, and cost of various NSAIDs alone and in combination with gastroprotective agents. As noted, at equipotent doses the effectiveness of all NSAIDs is similar across patient populations although response of individual patients to specific NSAIDs can vary. Table 13 shows costs (First Data Bank Price Check PC, 2001) and adverse effects (as reported in clinical trials and epidemiologic studies) of various NSAIDs. There have been few studies of patient preference, but some evidence of this factor is provided by withdrawals from clinical trials because of adverse reactions.

Studies published in peer-reviewed journals or peer-reviewed supplements have used evidence from clinical trials and outcome studies to describe clinical and cost outcomes of various NSAIDs (e.g., Burke et al., 2001; Gabriel & Matteson, 1995). The authors make clear the need to balance the costs of the medication with the costs of preventing or treating adverse events (Chancellor, Hunsche, de Cruz, & Sarasin, 2001), and they provide some evidence for the cost-effectiveness of the COX-2 selective NSAIDs in the management of arthritis pain. The COX-2 selective NSAIDs, for example, are less expensive and produce fewer adverse effects than the combination of a nonselective NSAID with misoprostol or a proton pump inhibitor. (See Tables 13 and 14.)

The cost-to-benefit ratio should be considered in the use of the COX-2 selective NSAIDs. Although the COX-2 selective NSAIDs are safer than the nonselective NSAIDs in terms of GI-tract toxicity, the COX-2 selective NSAIDs are no more effective and they are no more safe to the kidney. They are useful primarily for people who have chronic illnesses needing long-term treatment and who are at increased risk for a potential GI complication with a nonselective NSAID.

The American College c
agement of OA of the hip
therapy to be modified as r
apies become available. E
should be balanced with c
and costs.

**Table 14. Clinically Signific:
Medications in Adults**

| Medication (Trade Name) | 24-Hour Average Dosage[a] |
|---|---|
| **Gastroprotective** Lansoprazole (Prevacid) | 15 mg |
| Misoprostol (Cytotec) | 800 mcg |
| Omeprazole (Losec, Prilosec) | 20 mg 40 mg |

[a]For medications with a range of therap:
represent an average 24-hour dose.
[b]Average wholesale price, First Data Bar
[c]USP DI Vol. I, Drug Information for the
Key: The following symbols mean that a
CNS = central nervous system, CV = ca.
⇒ = Major clinical significance

The American College of Rheumatology (2000) guidelines on medical management of OA of the hip and knee noted the need for recommendations for therapy to be modified as new knowledge of the disease is gained and new therapies become available. **Evaluation of the benefits of emerging treatments should be balanced with consideration of adverse effects, patient preference, and costs.**

**Table 14. Clinically Significant Adverse Effects and Costs of Gastroprotective Medications in Adults**

| Medication (Trade Name) | 24-Hour Average Dosage[a] | Cost for 30-Day Supply[b] | Clinically Significant Frequent Adverse Events[c] | Special Considerations |
|---|---|---|---|---|
| **Gastroprotective** Lansoprazole (Prevacid) | 15 mg | $118 | GI, CNS, CV, HEM | Reduce dosage in impaired hepatic function. |
| Misoprostol (Cytotec) | 800 mcg | $128 | CV, GI, CNS | **⇒Risk-benefit should be considered when the following medical problems exist: CVA, coronary artery disease, epilepsy, inflammatory bowel disease, sensitivity to prostaglandins** |
| Omeprazole (Losec, Prilosec) | 20 mg 40 mg | $178 | | Dosage adjustments should be considered for Asian patients. **⇒Risk-benefit should be considered when hepatic disease present.** |

[a]For medications with a range of therapeutic dosages, the midpoint between the lowest dose and highest dose was used to represent an average 24-hour dose.
[b]Average wholesale price, First Data Bank Price Check PC (July 2001). All costs are rounded to the nearest dollar.
[c]USP DI Vol. I, Drug Information for the Health Care Professional, 2001, ISBN 1-56363-331-0
Key: The following symbols mean that an adverse effect occurs frequently (3-9%) with the specific drug:
CNS = central nervous system, CV = cardiovascular, GI = gastrointestinal, HEM = hematologic
⇒ = Major clinical significance

*Guideline for the Management of Arthritis Pain*

## Pain Management in Children

### Pain Management Associated with Juvenile Chronic Arthritis

Control of JCA is primary to the treatment of pain and to lessen future problems with destruction of the joint. There are children in whom treatment of their JCA is unsatisfactory and a few who do not tolerate available treatments. Adverse effects of treatment may lead to either acute pain (e.g., gastritis) or chronic pain (e.g., avascular necrosis, compression fractures). As with adults, pain should not be ignored while waiting for systemic antiarthritic treatment to take effect because some of these agents may take months for their full benefit to be realized. To manage pain adequately, a trusting relationship should exist among the child, family members, and healthcare team. No one solution fits all, and only through open discussion and negotiation will the best outcome for each child and family member be reached.

### Analgesic Management of Pain

In general, analgesia for children should be similar to that for adults who experience pain. There are, however, few studies on pain management in childhood arthritis. The two mainstays of initial treatment for most children are NSAIDs and intra-articular corticosteroid injection (Cron, Sharma, & Sherry, 1999). NSAIDs are effective in reducing the number of tender joints and decreasing morning stiffness. There are no published studies of the cyclooxygenase-2 (COX-2) selective NSAIDs in children, and these medications are not approved by the Food and Drug Administration (FDA) for use in children.

Intra-articular injections are reported to lead to local disease remission, but the effect on pain has not been studied systematically. Triamcinolone hexacetonide is the agent used in most studies; it is superior to hydrocortisone and lasts longer than methylprednisolone acetate or triamcinolone acetonide. Leg length discrepancy was significantly reduced in one study of young children injected early in the course of JCA and repeated with each occurrence of arthritis (average of 3.25 injections over 42 months) compared to children treated with NSAIDs alone, which suggests a shorter duration of JCA in those injected (Sherry, Stein, Reed, Schanberg, & Kredich, 1999). Thus, intra-articular corticosteroid injection should be considered in children with limited painful arthritis.

If the child does not respond to the initial therapeutic steps, the child's condition should be reevaluated, because some of the pain may not be arthritis related. Mood and stress also influence children's pain perceptions, so interventions to manage mood disturbances and daily stress should be a part of the comprehensive approach to pain management.

If the arthritis continues to cause unremitting pain, analgesics such as tramadol or an acetaminophen and oxycodone combination should be administered, in addition to more ...modifying antirhe... necrosis factor ago... opioids should be ...related to arthritis... ration on a schedu... of pain in childre... mendations for use...

DMARDs and ...(e.g., sulfasalazine, ...



**Figure 11. Algorithm...**

*See Table 16, page 77, for d...