# EXHIBIT 13

Analysis of Rates of Occurrence of Confirmed and Complicated PUBs in Vioxx
Clinical Trials

## VIGOR Trial

In the following analyses, event counts were confirmed using the VIGOR data files
provided by Merck. In addition, patient year information, stratified by baseline
steroid use, was obtained from Table 12.3-6[1] of the Clinical Study Report for the
trial.

In the VIGOR trial comparing Vioxx and Naproxen there were 37 confirmed
complicated PUBs under Naproxen treatment (in 2694 patient years of follow-up)
and 16 under Vioxx (in 2697 patient years). These data yield an estimated Incidence
Rate Ratio (IRR) of 2.32, reflecting a more than doubling of the event rates under
Naproxen. The two-sided p-value for no difference in the rates in the two groups is
0.004 (based on an exact test), suggesting that the rate is significantly higher with
Naproxen treatment than under Vioxx.

A stratified analysis of this data by baseline use of steroids, a pre-specified subgroup
variable, presents a more informative interpretation of these results. For those
individuals without baseline steroid use, the estimated IRR is 1.12, whereas for
those with baseline steroid use, the estimated IRR is 3.85. There is thus very strong
effect modification of the impact of Naproxen use (as compared to Vioxx) by
baseline steroid use. The (interaction) p-value for testing the same treatment effect
(Vioxx as compared to Naproxen) in the two groups (steroid and non-steroid users)
is 0.047, indicating that the noted large difference in IRRs is unlikely to be
attributable to chance.

The two-sided p-value for no difference in event rates—comparing Naproxen and
Vioxx—amongst the steroid users is 0.0005 (again using an exact test). However,
amongst non-steroid users, the analogous two-sided p-value is 0.82, indicating that
there is no evidence of a difference in rates in this group of individuals.

In summary, the difference between Vioxx and Naproxen in the occurrence of
confirmed complicated PUBs appears to be entirely due to the effects within steroid
users.

---

[1] Reference P088C, "A Double-Blind, Randomized, Stratified, Parallel-Group Study to
Assess the Incidence of PUBs Suring Chronic Treatment With MK-0966 or Naproxen
in Patients With Rheumatoid Arthritis (Protocol 088/089)", June 20, 2000, Section
12.3, p. 264.

EXHIBIT
Julie /2
11/3/2010

Alzheimer's Trial Protocol #078

The data below was obtained from Table 63[2] of the Clinical Study Report of the Alzheimer's Trial Protocol #078.

An analysis of incidence of confirmed complicated PUBs in this trial yields the following results, based on observation of 10 confirmed complicated PUBs under Vioxx treatment (in 1375 patient years of follow-up) and 3 under placebo (in 1579 patient years):

The estimated IRR is 3.83, reflecting an almost quadrupling of the event rates under Vioxx as compared to placebo. The two-sided p-value for no difference in the rates in the two groups is 0.032 (based on an exact test), suggesting that the rate is significantly higher with Vioxx treatment than under placebo.

An analogous analysis of all confirmed PUBs in the same patients (14 under Vioxx and 4 with placebo) yields an even higher estimated IRR of 4.02. The two-sided p-value for no difference in the rates in the two groups is now 0.009 (based on an exact test), suggesting that the rate is significantly higher with Vioxx treatment than under placebo.

Nicholas P. Jewell
Professor Biostatistics & Statistics
University of California, Berkeley

---

[2] Clinical Study Report, Reference P078, "MRL Clinical Study report: MK-0966 For The Treatment Of Mild Cognitive Impairment and Prevention of Conversion To Alzheimer's Disease (Protocol 078)", November 24, 2003, Section 8.4.3, p. 246.