UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, *ex rel.* JAMES D.<br>　　CALDWELL, JR., Attorney General,<br><br>　　　　　　　Plaintiff,<br><br>　　versus<br><br>MERCK SHARP & DOHME CORP.,<br><br>　　　　　　　Defendant.<br><br>Case No. 05-3700. | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR ENTRY OF ORDER GRANTING LEAVE TO FILE MOTION TO EXCLUDE TESTIMONY OF NEIL L. JULIE, MEMORANDUM OF LAW IN SUPPORT OF MOTION AND ACCOMPANYING EXHIBITS UNDER SEAL</u>**

Defendant Merck Sharpe & Dohme Corp. ("Merck"), through undersigned liaison counsel, hereby moves the Court for leave to file its Motion to Exclude Testimony of Neil L. Julie (Expert Challenge No. 5), Memorandum of Law in Support and accompanying exhibits under seal. Merck seeks to file these documents under seal because they include excerpts from the testimony of Valerie Taylor, which was designated as confidential.

WHEREFORE, defendant Merck respectfully requests that it be granted leave to file its Motion to Exclude Testimony of Neil L. Julie, Memorandum of Law in Support and accompanying exhibits under seal.

1008374v.1

Dated: February 19, 2010                                 Respectfully submitted,

                                                          */s/ Dorothy H. Wimberly*
                                                          Phillip A. Wittmann, 13625
                                                          Dorothy H. Wimberly, 18509
                                                          STONE PIGMAN WALTHER
                                                          WITTMANN L.L.C.
                                                          546 Carondelet Street
                                                          New Orleans, Louisiana  70130
                                                          Phone:  504-581-3200
                                                          Fax:     504-581-3361

                                                          Defendants' Liaison Counsel

1008374v.1

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Ex Parte Motion and Order for Leave to File Motion to Exclude Testimony of Neil L. Julie, Memorandum of Law in Support and accompanying exhibits under seal has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of February, 2010.

                                                     */s/ Dorothy H. Wimberly*
                                                     Dorothy H. Wimberly, 18509
                                                     STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                     546 Carondelet Street
                                                     New Orleans, Louisiana  70130
                                                     Phone:  504-581-3200
                                                     Fax:     504-581-3361
                                                     dwimberly@stonepigman.com

                                                     Defendants' Liaison Counsel