UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, *ex rel.* JAMES D.<br>    CALDWELL, JR., Attorney General,<br><br>                  Plaintiff,<br><br>    versus<br><br>MERCK SHARPE & DOHME CORP.,<br><br>                  Defendant.<br><br>Case No. 05-3700. | *<br>*<br>*<br>*<br>*  MDL No. 1657<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  KNOWLES<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>DOCUMENTS FILED UNDER SEAL</u>**

    1.  Defendant's Motion to Exclude the Testimony of Neil L. Julie, M.D. (Expert Challenge No. 5);

    2.     Memorandum in Support of Motion to Exclude the Testimony of Neil L. Julie, M.D. (Expert Challenge No. 5);

    3.     Exhibits 1 through 11; and,

    4.     Notice of Hearing.