UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

### JOINT SUBMISSION PURSUANT TO ORDER DATED JANUARY 27, 2010

In accordance with the Order dated January 27, 2010, the representative of the Common Benefit Fee applicants/Plaintiffs' Liaison Counsel, Russ M. Herman, and Liaison Counsel for the Objectors, Michael Stratton, have met and conferred on several occasions in an attempt to agree upon an appropriate discovery and briefing schedule in this matter. Despite efforts, the parties are unable to reach an agreement and therefore, submit the following competing proposals to the Court.

**I.      Proposal Submitted by Common Benefit Fee Applicants**

The Negotiating Plaintiffs' Counsel ("NPC") believes that no discovery is necessary or appropriate and that any issues involved in this matter are purely legal in nature (except for the determination of the quantum of fees pursuant to the directives of the Court and applicable law). If the Court is inclined to permit discovery, NPC submits that discovery should be limited solely to the deposition of Russ M. Herman and Counsel for the Objectors, Michael Stratton. In the unlikely event the Court determines that additional discovery is warranted, then discovery should also include a number of the Objectors as determined by the NPC. Furthermore, Liaison Counsel for the Objectors should be limited to review of the report rendered by Phillip Garrett, CPA, submitted in

connection with the Plaintiffs' Fee Application, and that a confidential eyes-only review of Plaintiffs' fee submission by Mr. Stratton be allowed solely for the purpose of verifying the reports issued by Phillip Garrett.  No further discovery is necessary or germane to this matter.

## II.     Proposal Submitted by Liaison Counsel for the Objectors

Objectors propose that the following depositions take place:

A. Russ Herman
B. Arnold Levin
C. Christopher Seeger
D. AndyBirchfield
E. Edward Blizzard
F. Thomas Girardi
G. Merck & Co., Inc.

In addition, requests for productions to the following have been proposed:

A. Russ Herman, individually and in their capacity as members of Negotiating Plaintiffs' Counsel
B. Arnold Levin, individually and in their capacity as members of Negotiating Plaintiffs' Counsel
C. Christopher Seeger, individually and in their capacity as members of Negotiating Plaintiffs' Counsel
D. AndyBirchfield, individually and in their capacity as members of Negotiating Plaintiffs' Counsel
E. Edward Blizzard, individually and in their capacity as members of Negotiating Plaintiffs' Counsel
F. Thomas Girardi, individually and in their capacity as members of Negotiating Plaintiffs' Counsel
G. Merck & Co., Inc.

These discovery requests include in excess of twenty categories that include, but are not limited to, negotiation notes, proposals and drafts.  Also, subpoenas may be issued.

Respectfully submitted,

Date:   February 19, 2010                    By: /s/ Russ M. Herman
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL**

By:/s/ Michael Stratton
**Michael Stratton (Bar No. _____)**
*STRATTON FAXON*
59 Elm Street
New Haven, CT 06510
Telephone: (203) 624-9500
Facsimile: (203) 624-9100

**LIAISON COUNSEL FOR OBJECTORS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of February, 2010.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024

ldavis@hhkc.com