UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation | * <br> * <br> * |
| This Document Relates to: | *   MDL No. 1657 <br> * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. <br>     CALDWELL, JR., Attorney General, | *   SECTION L <br> * <br> *   JUDGE ELDON E. FALLON |
|                 Plaintiff, | * <br> *   MAGISTRATE JUDGE <br> |
| versus | *   KNOWLES <br> * |
| MERCK SHARP & DOHME CORP., | * <br> * |
|                 Defendant. | * <br> * |
| Case No. 05-3700. | * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR ENTRY OF ORDER GRANTING LEAVE TO FILE MOTION TO PARTIALLY EXCLUDE TESTIMONY OF JOHN DAVID ABRAMSON, MEMORANDUM OF LAW IN SUPPORT OF MOTION AND ACCOMPANYING EXHIBITS UNDER SEAL

Defendant Merck Sharp & Dohme Corp. ("Merck"), through undersigned liaison counsel, hereby moves the Court for leave to file its Motion to Partially Exclude Testimony of John David Abramson (Expert Challenge No. 2), Memorandum of Law in Support and accompanying exhibits under seal. Merck seeks to file these documents under seal because they include excerpts from the testimony of Dr. Abramson, which was designated as confidential.

WHEREFORE, defendant Merck respectfully requests that it be granted leave to file its Motion to Partially Exclude Testimony of John David Abramson, Memorandum of Law in Support and accompanying exhibits under seal.

1008384v.1

Dated:  February 19, 2010               Respectfully submitted,


                                        */s/ Dorothy H. Wimberly*
                                        Phillip A. Wittmann, 13625
                                        Dorothy H. Wimberly, 18509
                                        STONE PIGMAN WALTHER
                                        WITTMANN L.L.C.
                                        546 Carondelet Street
                                        New Orleans, Louisiana  70130
                                        Phone:  504-581-3200
                                        Fax:    504-581-3361

                                        Defendants' Liaison Counsel

1008384v.1

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Ex Parte Motion and Order for Leave to File Motion to Partially Exclude Testimony of John David Abramson, Memorandum of Law in Support and accompanying exhibits under seal has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of February, 2010.

                                                    */s/ Dorothy H. Wimberly*
                                                    Dorothy H. Wimberly, 18509
                                                    STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                    546 Carondelet Street
                                                    New Orleans, Louisiana  70130
                                                    Phone:  504-581-3200
                                                    Fax:     504-581-3361
                                                    dwimberly@stonepigman.com

                                                    Defendants' Liaison Counsel

1008384v.1