UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation <br><br> This Document Relates to: <br><br> STATE OF LOUISIANA, *ex rel.* JAMES D. <br>     CALDWELL, JR., Attorney General, <br><br>               Plaintiff, <br><br>    versus <br><br> MERCK SHARPE & DOHME CORP., <br><br>               Defendant. <br><br> Case No. 05-3700. | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE <br> KNOWLES |

## **DOCUMENTS FILED UNDER SEAL**

    1.  Defendant's Motion to Exclude the Testimony of John David Abramson, M.D. (Expert Challenge No. 2);

    2.  Memorandum in Support of Motion to Exclude the Testimony of John David Abramson, M.D. (Expert Challenge No. 2);

    3.  Exhibits 1 through 5; and,

    4.  Notice of Hearing.

1008386v.1