UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, *ex rel.* JAMES D.<br>　　CALDWELL, JR., Attorney General,<br><br>　　　　　　　　Plaintiff,<br><br>　　versus<br><br>MERCK SHARP & DOHME CORP.,<br><br>　　　　　　　　Defendant.<br><br>Case No. 05-3700. | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES |

### EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR ENTRY OF ORDER GRANTING LEAVE TO FILE MOTION TO EXCLUDE TESTIMONY OF TERRY D. LEACH, MEMORANDUM OF LAW IN SUPPORT OF MOTION AND ACCOMPANYING EXHIBITS UNDER SEAL

Defendant Merck Sharp & Dohme Corp. ("Merck"), through undersigned liaison counsel, hereby moves the Court for leave to file its Motion to Exclude Testimony of Terry D. Leach (Expert Challenge No. 7), Memorandum of Law in Support and accompanying exhibits under seal. Merck seeks to file these documents under seal because they include excerpts from the testimony of Valerie Taylor, which was designated as confidential.

WHEREFORE, defendant Merck respectfully requests that it be granted leave to file its Motion to Exclude Testimony of Terry D. Leach, Memorandum of Law in Support and accompanying exhibits under seal.

1008390v.1

Dated:  February 19, 2010                    Respectfully submitted,


                                             */s/ Dorothy H. Wimberly*
                                             Phillip A. Wittmann, 13625
                                             Dorothy H. Wimberly, 18509
                                             STONE PIGMAN WALTHER
                                             WITTMANN L.L.C.
                                             546 Carondelet Street
                                             New Orleans, Louisiana  70130
                                             Phone:  504-581-3200
                                             Fax:     504-581-3361

                                             Defendants' Liaison Counsel

1008390v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion and Order for Leave to File Motion to Exclude Testimony of Terry D. Leach, Memorandum of Law in Support and accompanying exhibits under seal has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of February, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1008390v.1