UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General,<br><br>    Plaintiff,<br><br>    versus<br><br>MERCK SHARPE & DOHME CORP.,<br><br>    Defendant.<br><br>Case No. 05-3700. | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **DOCUMENTS FILED UNDER SEAL**

1. Defendant's Motion to Exclude the Testimony of Terry D. Leach. (Expert Challenge No. 7);

2. Memorandum in Support of Motion to Exclude the Testimony of Terry D. Leach (Expert Challenge No. 7);

3. Exhibits 1 through 6; and,

4. Notice of Hearing.

1008392v.1