UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX                                    *
     Products Liability Litigation             *
                                                *
This Document Relates to:                       *     MDL No. 1657
                                                *
    STATE OF LOUISIANA, *ex rel.* JAMES D.     *     SECTION L
     CALDWELL, JR., Attorney General,         *
                                                *     JUDGE ELDON E. FALLON
              Plaintiff,           *
                                                *     MAGISTRATE JUDGE
   versus                                    *     KNOWLES
                                                *
   MERCK SHARP & DOHME CORP.,                 *
                                                *
              Defendant.           *
                                                *
   Case No. 05-3700.                         *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Motion to Exclude Testimony of Terry D. Leach, Memorandum of Law in Support and Accompanying Exhibits Under Seal,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Motion to Exclude Testimony of Terry D. Leach (Expert Challenge No. 7), Memorandum of Law in Support and accompanying exhibits under seal.

NEW ORLEANS, LOUISIANA, this ___ day of February, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1008391v.1