UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, *ex rel.* JAMES D.<br>    CALDWELL, JR., Attorney General,<br><br>                    Plaintiff,<br><br>    versus<br><br>MERCK SHARP & DOHME CORP.,<br><br>                    Defendant.<br><br>Case No. 05-3700. | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR ENTRY OF ORDER GRANTING LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT, STATEMENT OF UNDISPUTED MATERIAL FACTS, MEMORANDUM OF LAW IN SUPPORT OF MOTION AND ACCOMPANYING EXHIBITS UNDER SEAL AND FOR ADDITIONAL PAGES FOR BRIEF**

Defendant Merck Sharp & Dohme Corp. ("Merck"), through undersigned liaison counsel, hereby moves the Court for leave to file its Motion For Summary Judgment, Statement of Undisputed Material Facts, Memorandum of Law in Support and accompanying exhibits under seal. Merck seeks to file these documents under seal because they include excerpts from the testimony of several witnesses whose testimony was designated as confidential. Merck further moves the Court for twenty-one additional pages for its supporting memorandum.

WHEREFORE, defendant Merck respectfully requests that it be granted leave to file its Motion For Summary Judgment, Statement of Undisputed Material Facts, Memorandum of Law in Support and accompanying exhibits under seal and that it be granted twenty-one additional

1008397v.1

pages for its brief.

Dated:  February 19, 2010                                            Respectfully submitted,


                                                                     */s/ Dorothy H. Wimberly*
                                                                     Phillip A. Wittmann, 13625
                                                                     Dorothy H. Wimberly, 18509
                                                                     STONE PIGMAN WALTHER
                                                                     WITTMANN L.L.C.
                                                                     546 Carondelet Street
                                                                     New Orleans, Louisiana  70130
                                                                     Phone:  504-581-3200
                                                                     Fax:     504-581-3361

                                                                     Defendants' Liaison Counsel

1008397v.1

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Motion and Order for Leave to File Motion For Summary Judgment, Statement of Undisputed Material Facts, Memorandum of Law in Support and Accompanying Exhibits Under Seal has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of February, 2010.

                                                */s/ Dorothy H. Wimberly*
                                                Dorothy H. Wimberly, 18509
                                                STONE PIGMAN WALTHER
                                                WITTMANN L.L.C.
                                                546 Carondelet Street
                                                New Orleans, Louisiana  70130
                                                Phone:  504-581-3200
                                                Fax:    504-581-3361
                                                dwimberly@stonepigman.com

                                                Defendants' Liaison Counsel

1008397v.1