UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation | *<br>*<br>* |
| This Document Relates to: | * MDL No. 1657 |
| | * |
| STATE OF LOUISIANA, *ex rel.* JAMES D.<br>    CALDWELL, JR., Attorney General, | * SECTION L<br>* |
| | * JUDGE ELDON E. FALLON |
| Plaintiff, | * |
| | * MAGISTRATE JUDGE |
| versus | * KNOWLES |
| | * |
| MERCK SHARP & DOHME CORP., | * |
| | * |
| Defendant. | * |
| | * |
| Case No. 05-3700. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Motion For Summary Judgment, Statement of Undisputed Material Facts, Memorandum of Law in Support and Accompanying Exhibits Under Seal and for Additional Pages for Brief,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Motion For Summary Judgment, Statement of Undisputed Material Facts, Memorandum of Law in Support and accompanying exhibits under seal.

IT IS FURTHER ORDERED that Merck is hereby granted twenty-one additional pages for its brief.

1008398v.1

NEW ORLEANS, LOUISIANA, this ___ day of February, 2010.

                                                                _____
                                                                HONORABLE ELDON E. FALLON
                                                                UNITED STATES DISTRICT JUDGE