UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, | JUDGE ELDON E. FALLON |
| Plaintiffs, | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK SHARP & DOHME CORP., | Case No. 05-3700 |
| Defendants. | |

### DECLARATION OF DONALD C. ARBITBLIT IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT THAT THE 2002 VIOXX LABEL WAS FALSE AND MISLEADING AS TO PURPORTED GI BENEFITS TO NON-STEROID USERS IN THE VIGOR STUDY

I, Donald C. Arbitblit hereby declare as follows:

1. I am an attorney and partner at Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111. Elizabeth J. Cabraser of LCHB is a member of the Plaintiffs' Steering Committee (PSC) in this MDL, as well as Chair of the Purchase Claims Committee of the PSC and Government Action Executive Committee Member. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the VIGOR publication by Bombardier, et al., published in the New England Journal of Medicine on November 23, 2000.

859437.1

3. Attached hereto as Exhibit 2 is a true and correct copy of the April 2002 Vioxx label (Valerie Taylor Deposition Ex. 13).

4. Attached hereto as Exhibit 3 are true and correct copies of excerpts of the Valerie Taylor deposition transcript dated January 15, 2010, pp. 60:15-19; 113:2-20.

5. Attached hereto as Exhibit 4 is a true and correct copy of a monograph describing the VIGOR study and other publications concerning Vioxx and other Cox-2 inhibitors, dated April 2003, prepared by Provider Synergies and provided to the Louisiana Department of Health and Hospitals ("LDHH") Pharmaceutical and Therapeutics ("P&T") Committee, dated April 2003 (Taylor Ex. 15).

6. Attached hereto as Exhibit 5 is a true and correct copy of the report of plaintiffs' expert Neil Julie, M.D.

7. Attached hereto as Exhibit 6 are excerpts of the deposition transcript of David Sales, M.D., January 26, 2010, pp. 31:2-10; 35:4-38:20; and 41:3-46:7

8. Attached hereto as Exhibit 7 is a calculation performed by Dr. Sales at his deposition, marked as Sales Exhibit 10, showing incidence rates of confirmed, complicated perforations, ulcers and bleeds ("PUBs") among steroid users and non-steroid users in the VIGOR trial.

9. Attached hereto as Exhibit 8 is a true and correct copy of an e-mail exchange among Merck employees, dated August 1-8, 2002, previously marked as Kaiser Dep. Exhibit 16.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on February 19, 2010, at San Francisco, California.

_____
DONALD C. ARBITBLIT

859437.1