UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, | JUDGE ELDON E. FALLON |
| Plaintiffs, | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK SHARP & DOHME CORP., | Case No. 05-3700 |
| Defendants. | |

## [PROPOSED] ORDER GRANTING SUMMARY JUDGMENT

Based upon the pleadings on file, the Memoranda of Law, Declarations and Exhibits, the Court finds as a matter of law that the 2002 Vioxx label misrepresented the gastrointestinal safety of Vioxx by asserting that a risk reduction of approximately 50% was maintained for serious or complicated GI events among patients on Vioxx, with or without concomitant steroids, when in fact the data showed a nonsignificant difference of only 12% for those who were not on steroids. The Court finds that defendant is liable for such misrepresentation and that there are no genuine issues of disputed fact relating to this subject.

IT IS SO ORDERED.

_____
The Honorable Eldon Fallon
District Judge

859260.1