# EXHIBIT 3

1  BY THE WITNESS:
2     A.   It arose with the opinion letters of
3  Drs. Graham and Julie.
4     Q.   After receiving the November 6th plaintiff
5  reports of Drs. Graham and Julie, did you go back
6  through the documents to see what you could find
7  concerning analyses of the confirmed complicated PUB
8  endpoint according to subgroups such as steroid use
9  versus nonsteroid use?
10    A.   Yes, I did.
11    Q.   Did you find anything else besides the
12 document marked as Exhibit 6 when you searched for
13 information on that subject?
14    A.   I believe I did.  But I could go back and
15 look some more if you would like to me.
16    Q.   Do you believe that you found tables such
17 as the ones that appear in Exhibit 6 that included the
18 analysis of the complicated confirmed PUB endpoint
19 according to subgroups of steroid versus nonsteroid
20 and baseline?
21    A.   Yes.
22    Q.   What's your best recollection of the nature
23 of the document in which you saw that?
24    A.   I believe it was more data such as this in

35

1  Q. And did you find anything referring to
2  that?
3  A. No, I did not.
4  Q. Doctor, when the issue arose about the
5  steroid versus nonsteroid subgroups after you reviewed
6  that Dr. Graham and Julie reports, did you ask Merck's
7  counsel for documents on that subject?
8  A. I asked for the numbers. Yes, I did.
9  Q. And the document marked as Exhibit 6 with
10 the confirmed PUBs tables and the last one being the
11 confirmed complicated PUBs for study location
12 interaction, is that something that you've received in
13 response to your inquiry after the plaintiff's reports
14 were provided to you?
15 A. Yes.
16 Q. Did you have a discussion with Merck's
17 counsel about whether the analysis for the confirmed
18 complicated PUBs endpoint had ever been performed by
19 Merck for the steroid versus nonsteroid subgroup?
20 A. Not that I recall.
21 Q. When you say you asked them for the
22 numbers, what numbers did you ask them for?
23 A. I asked them for the number of confirmed
24 complicated PUBs that had occurred in patients who had

36

1  received both VIOXX or naproxen and had or not
2  received steroids.
3  Q. What did they tell you?
4  A. They gave me the numbers.
5  Q. Did you write them down?
6  A. Somewhere.
7  Q. Are they in your file?
8  A. I believe they are, but I'm having
9  difficulty finding them right now.
10 Q. Did they tell you that in the nonsteroid
11 users there were nine complicated PUBs in the VIOXX
12 group and ten in the naproxen group?
13 MR. BAUM: Objection.
14 BY THE WITNESS:
15 A. Yes.
16 Q. Did they tell you that in the steroid at
17 baseline group that there were seven complicated
18 confirmed PUBs in the VIOXX group and 27 in the
19 naproxen group?

20      MR. BAUM: Objection.
21   BY THE WITNESS:
22      A.   Say that again, please.
23      Q.   Did Merck's counsel tell you that for the
24   steroid users at baseline in the VIGOR study there

                                37
1    were seven confirmed complicated PUBs in the VIOXX
2    group and 27 in the naproxen group?
3       MR. BAUM: Same objection.
4    BY THE WITNESS:
5       A.   Sounds about right, but I can't tell you
6    that that's exactly the number they gave me.
7       Q.   Did Merck's counsel tell you that Merck had
8    performed an analysis of the confirmed complicated
9    PUBs for the steroid versus nonsteroid at baseline
10   subgroups in the VIOXX versus naproxen treatment
11   groups at some point in the past?
12      MR. BAUM: Objection, asked and answered.
13   BY THE WITNESS:
14      A.   I'm sorry repeat that again. These are
15   complicated questions.
16      Q.   Sure. Can you explain as best you can what
17   it is you are looking for in your file that you have a
18   recollection of seeing previously on the subject of
19   the steroid versus nonsteroid subgroups for the
20   confirmed complicated PUBs in the VIGOR study?
21      A.   I had reviewed the numbers that you had
22   just mentioned to me, and I was looking for the source
23   document that listed those numbers.
24      Q.   Do you have Dr. Julie's report?

                                38
1       A.   Yes, I do.
2       Q.   Can you get that out, please?
3       A.   (Tenders.)
4             (Deposition Exhibit No. 9 was so
5             marked.)
6    BY MR. ARBITBLIT:
7       Q.   Doctor, the court reporter has marked as
8    Exhibit No. 9 the report of Neil Julie and there's
9    handwriting on this document. In particular at
10   page 34, there's a reference to the confirmed
11   complicated PUBs endpoint. Does this appear to be the
12   document that you've seen prior to today that sets
13   forth the numbers of confirmed complicated PUBs in

```
14  this steroid versus nonsteroid users for the VIOXX
15  versus naproxen treatment groups in the VIGOR study?
16      A.   Yes.
17      MR. BAUM:  I'm just going to point out it's
18  page 11, paragraph 34.
19      MR. ARBITBLIT:  Page 11, paragraph 34.  Thank
20  you, Counsel.
21  BY MR. ARBITBLIT:
22      Q.   I don't know if the court reporter heard
23  your answer, sir?
24      A.   Yes.
```

41

1     MR. ARBITBLIT: Withdrawn.
2  BY MR. ARBITBLIT:
3     Q.  It's correct, Doctor, that the published
4  article by Bombardier, Reicin, et al. in November,
5  2000, did not provide the reader with the data for the
6  confirmed complicated endpoint broken out by steroid
7  versus nonsteroid use; right?
8     A.  Correct.
9     Q.  And before you saw Dr. Julie's report, you
10 had never seen that data; correct?
11    A.  I don't believe I had.
12    Q.  So after you saw Dr. Julie's report, you
13 asked counsel for Merck for information about that
14 data; right?
15    A.  Yes, I did.
16    Q.  And they never told you that Dr. Julie's
17 numbers were wrong; did they?
18    A.  No.
19    Q.  Did you do any statistical analyses of
20 these numbers yourself?
21    A.  I looked at the number of events and the
22 number of patient years and did a calculation of the
23 number of events per patient year. I did no further
24 statistical analysis beyond that.

42

1     Q.  Did you use the patient years to determine
2  the rate of events in each subgroup?
3     A.  Yes, I did.
4     Q.  Did you do that on a calculator or
5  computer?
6     A.  On a calculator.
7     Q.  Did the calculator print out the results?
8     MR. BAUM: Objection, vague.
9     MR. ARBITBLIT: Withdrawn.
10 BY MR. ARBITBLIT:
11    Q.  Did you print out the results?
12    A.  I wrote them down.
13    Q.  Where are they?
14    A.  I can't find them. I think they're at
15 home.
16    Q.  They're part of your file in this case,
17 sir; aren't they?
18    A.  They weren't in any of these documents that
19 were here. I wrote it down on a piece of paper.

```
20    Q.   Can you find that piece of paper?
21  Withdrawn.
22    A.   It's not with me today.
23    Q.   Right. I understand. Do you have a file
24  at home where you keep documents relating to your
```

                                       43
```
 1  retention on VIOXX that is not with you here today?
 2    A.   No.
 3    Q.   Where at home is the piece of paper where
 4  you wrote down the rates of events in the complicated
 5  confirmed PUBs by steroid versus nonsteroid use?
 6    MR. BAUM: Objection, lack of foundation.
 7  BY THE WITNESS:
 8    A.   I don't know where it was. I thought I had
 9  brought everything here today.
10    Q.   But do you have a recollection as you sit
11  here today that you wrote it on a piece of paper?
12    A.   Yes.
13    Q.   And what you wrote was for steroid users in
14  the VIOXX group seven over the number of patient years
15  versus 27 over the number of patient years?
16    A.   Yes.
17    Q.   And did you use Table 12.3-6 to get the
18  number of patient years to get the steroid versus
19  nonsteroid patients?
20    A.   Yes, I did.
21    Q.   What are those?
22    A.   Shall I read them?
23    Q.   Yes, please.
24    A.   For patients who had no baseline steroid
```

                                       44
```
 1  use, the VIOXX patients were 1,184 patient years. The
 2  naproxen they were 1,178 patient years. For baseline
 3  for steroid use they were 1,513 patient years. And
 4  for naproxen 1,516 patient years.
 5    Q.   Doctor, I'd like you to perform the
 6  calculation with the data that you performed at home
 7  on the piece of paper that you don't have with you?
 8    A.   Okay.
 9          (Witness performing calculation.)
10  BY THE WITNESS:
11    A.   This is very similar to what I calculated.
12    MR. ARBITBLIT: Can we get that marked, please.
13          (Deposition Exhibit No. 10 was so
```

```
14           marked.)
15  BY MR. ARBITBLIT:
16      Q.   Can you explain what Exhibit 10 is, Doctor?
17      A.   Yes. It's a table that separates out
18  patients who had or not received steroids along with
19  these medicines. I wrote down POB's which are
20  complicated PUBs. I divided by the number of patient
21  years and then multiplied by either 100 or 1,000 to
22  get the number of PUBs per 100 or 1,000 patient years.
23      Q.   What are the results?
24      A.   The results are for patients without
```

                               45
```
 1  baseline steroid use VIOXX patients had a POB rate of
 2  7.6. Naproxen was a rate of 8.4. For patients with
 3  baseline steroid use VIOXX yielded a POB of 4.6 per
 4  1,000 patient years and naproxen 17.8 per 1,000
 5  patient years.
 6      Q.   When did you do the similar calculation at
 7  home -- I'll withdraw that.
 8           When did you do the similar calculation
 9  that's represented on that piece of paper that you
10  have at home?
11      A.   After I received Dr. Julie's report.
12      Q.   Did you do it sometime before you completed
13  your own report?
14      A.   I did it -- yes.
15      Q.   You did not include it in your own report;
16  did you?
17      A.   No, I did not.
18      Q.   Did you in your mind perform a rough
19  calculation of what the relative risks were in the two
20  subgroups, steroid and nonsteroid at baseline, after
21  you had done the calculations on Exhibit 10?
22      A.   I don't understand your question.
23      Q.   Did you see that the incident rate ratios
24  for the steroid group and nonsteroid group were shown
```

                               46
```
 1  in Dr. Julie's report as 3.85 for the steroid users
 2  and 1.12 for the nonsteroid users?
 3      A.   Yes, I did.
 4      Q.   And did you see in your own calculations
 5  that those appeared to square with the data that you
 6  calculated?
 7      A.   They were approximately the same, yes.
```

```
 8    Q.  Did you write the text alongside
 9  paragraph 34 that says, What is an interaction fee
10  value?
11    A.  Yes, I did.
12    Q.  Had you ever heard of an interaction P
13  value before?
14    A.  Yes.
15    Q.  And why did you write that text?
16    A.  I wanted to remind myself to review it.
17    Q.  What did you do to review it?
18    A.  I actually asked my son who's a statistics
19  graduate student.
20    Q.  What did your son tell you?
21    A.  I can't remember exactly what he told me.
22    Q.  Generally what did he tell you?
23    A.  He told me that it's a measure, as you had
24  asked me earlier if it's significant, to show that
```