# EXHIBIT 6

```
0060
 1     copy of that?
 2             MR. SALES:      Sure.
 3     (Handing).  That's 12.
 4  Q  We are going to look at the 2003 monograph.
 5     You would upgrade the monographs before the
 6     next P&T Committee annual review of a class of
 7     drugs?
 8  A  Yes.
 9  Q  In those references, those monographs reference
10     the current label; is that typical?
11  A  Yes.
12                 - - - - -
13     (Defendant's Exhibit No. 13 was marked.)
14                 - - - - -
15  Q  This is the 2002 FDA-approved label for Vioxx.
16     That would have been information that you have
17     had and considered in making your presentations
18     and recommendations to the P&T Committee?
19  A  Yes.
20  Q  Is it significant to you that the FDA approves
21     the language in these labels?
22  A  Yes.
23  Q  If you look at page 3 of the label, there is a
24     section called -- under "Precautions,"
25     "Cardiovascular Effects."  Do you see that?
```

```
0113
 1     study that was cited.
 2  Q  Would you interpret that to mean that the
 3     approximate 50 percent reduction in risk for
 4     PUBs and complicated PUBs was true for patients
 5     with or without concomitant steroid use?
 6            MR. SALES:    Objection to
 7     form.
 8  A  That's what's stated in there, yes.
 9  Q  And so you had mentioned before, I think, when
10     this was discussed, Exhibit 13, that this was
11     the label that you relied on and took into
12     consideration in making your recommendations to
13     the P&T Committee?
14            MR. SALES:    Objection.
15     Misstates the prior testimony.
16  Q  Would you have relied on the 2002 label, with
17     that paragraph included, in developing your
18     monograph and making your ultimate
19     recommendation to the P&T Committee?
20  A  That, plus additional information.
21  Q  Right. And you relied on the veracity and the
22     completeness of this label as well, correct?
23            MR. SALES:    Objection,
24     form.
25  A  I'm not really sure what you mean by that.
```