# EXHIBIT 7

Handwritten notes (rotated 90°):

STEROIDS
| | NAP |
|---|---|
| | 27 |
| | 1516 |
| | 1.78 |
| | 17.8 |

| | RoF |
|---|---|
| | 7 |
| | 1513 |
| | 0.46 |
| | 1.6 |

STEROIDS
| | NAP |
|---|---|
| | 10 |
| | 178 |
| | 0.84 |
| | 6.4 |

NO
| | RoF |
|---|---|
| | 9 |
| | 184 |
| | 0.76 |
| | 7.6 |

PoBS
Pt-yrs
PoBS/100 pt-yrs
PoBS/100 P-Y

10
Sales
Kelly A. Siska