# EXHIBIT 8

| | |
|---|---|
| To: | Goldberg, Allan I. <allan_goldberg@merck.com>; Melin, Jeffrey M <jeffrey_melin@merck.com>; Calder, Robert A <robert_calder@merck.com>; Stolz, Ruth I <ruth_stolz@merck.com> |
| From: | Jacques, Holly D. </O=MERCK/OU=NORTHAMERICA/CN=RECIPIENTS/CN=JACQUE> |
| Cc: | McKeon, Bernadette P <bonnie_mckeon@merck.com>; Kaiser, Fran E <fran_kaiser@merck.com>; Grezlak, Charles R. <charles_grezlak@merck.com>; Lee, Terri J. <terri_lee@merck.com>; Davis, Michael E. <michael_davis@merck.com>; Fevurly, John Earl <john_fevurly@merck.com>; Ogle, Mary E <mary_ogle@merck.com>; Kelly, Michael J (SR. DIR/MC) <michael_kelly2@merck.com>; Dermody, Mary F. <mary_dermody@merck.com>; Greco, Mark J. <mark_greco@merck.com> |
| Bcc: | |
| Received Date: | 2002-08-01 19:10:17 |
| Subject: | RE: Emergency Request fo Information |

This is a PIR request. The request was communicated to me verbally.
Thanks, HOLLY

-----Original Message-----
From: Goldberg, Allan I.
Sent: Thursday, August 01, 2002 1:42 PM
To: Melin, Jeffrey M; Calder, Robert A; Jacques, Holly D.; Stolz, Ruth I
Cc: McKeon, Bernadette P; Kaiser, Fran E; Grezlak, Charles R.; Lee, Terri J.; Davis, Michael E.; Fevurly, John Earl; Ogle, Mary E; Kelly, Michael J (SR. DIR/MC); Dermody, Mary F.; Greco, Mark J.
Subject: RE: Emergency Request fo Information

Jeff, Bob and Ruth,
Please see the request below from Holly. This is not an AMCP request, but appears to be a traditional PIR request. Holly, do we have the request in writing?
Regards,
Allan

Allan Goldberg, M.D.
Senior Region Medical Director,
Mid-Atlantic Region
USHH; WP39-242
Phone: 215-652-2816
Fax: 215-993-3359
MVX: #90945

-----Original Message-----
From: Jacques, Holly D.
Sent: Thursday, August 01, 2002 12:36 PM
To: Goldberg, Allan I.
Cc: McKeon, Bernadette P; Kaiser, Fran E; Grezlak, Charles R.; Lee, Terri J.; Davis, Michael E.; Fevurly, John Earl; Ogle, Mary E; Kelly, Michael J (SR. DIR/MC); Dermody, Mary F.
Subject: Emergency Request fo Information
Importance: High

Allan:
I just spoke to Dr. Vincent Culotta, the Chair of the Louisiana P&T Committee, and he asked for the following information: 1) the heart protection study; 2) the comparison of GI outcomes




MRK-MEH0016615

between Celebrex, Bextra and Vioxx; and 3) the Renaal study.

Dr. Fran Kaiser, John Fevurly and I are scheduled to meet with him next Wednesday, August 7th at 10:30 am.

You can Federal Express this information to Dr. Culotta at 6301 Bretha Drive, New Orleans, LA, 70122. Please copy Fran on the information that you send to Dr. Culotta.

If you have any questions please contact me at (512)658-0230.

Thanks,
Holly Jacques
Manager, State Government Affair
Merck & Co., Inc.
MVX 39009

MRK-MEH0016616

To:             Kaiser, Fran E <fran_kaiser@merck.com>
From:           Jacques, Holly D.
                </O=MERCK/OU=NORTHAMERICA/CN=RECIPIENTS/CN=JACQUE>
Cc:             Grezlak, Charles R. <charles_grezlak@merck.com>; Lee, Terri J.
                <terri_lee@merck.com>
Bcc:
Received Date:  2002-08-08 16:45:44
Subject:        RE: P&T Committee meeting

Fran: That was such a nice message. I actually think that I am very lucky because I have such a great team of people to work with in the South Central Region. No one person can fix this problem in Louisiana, it's going to take our entire team. The bonus is that we all really enjoy working with each other towards the same goal. Thanks for your support, Holly

-----Original Message-----
From: Kaiser, Fran E
Sent: Thursday, August 08, 2002 11:04 AM
To: Jacques, Holly D.; Lee, Terri J.
Cc: Grezlak, Charles R.
Subject: RE: P&T Committee meeting


As always- it is great to work with you!!!
You are really amazing. We never would have achieved any measure of success with the Louisiana P&T committee if it had not been for your knowledge of Louisiana issues as well as the relationship you have with Dr. Culotta. I am sure there is no one else from Pharma that he would have even been willing to have a meeting with, such as the one held yesterday. The fact he is even willing to entertain consideration of Zocor, Vioxx and Cozaar speaks volumes to the regard he has for Merck, and that would not happen without you.
Thanks for all you do.

Fran
Fran E. Kaiser, M.D.
Merck & Co., Inc.
Senior Medical Director, SC Region
222 West Las Colinas Blvd. Suite 1465
Irving, Texas 75039
972-402-7673
Fax: 972-402-7690
MVX: 90932


-----Original Message-----
From: Heidi.Bortner@verispan.com [mailto:Heidi.Bortner@verispan.com]
Sent: Wednesday, August 07, 2002 2:15 PM
To: LOUISIANA_CLIENTS@INFORMATICS.verispan.com
Subject: P&T Committee meeting


FROM: M. J. Terrebonne, Pharmacy Director
RE: September 4, 2002 Meeting

The Pharmaceutical and Therapeutics Committee will meet on September 4, 2002
at Pennington Biomedical Research Foundation, Conference Center
located at 6400 Perkins Road, Baton Rouge, LA.
225/763-2511. The meeting is scheduled to begin at 9:00 a.m. An agenda will follow.

Confidential - Subject to Protective Order                                           MRK-MEH0016617

Confidential - Subject to Protective Order

MRK-MEH0016618