UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK SHARP & DOHME CORP.,<br><br>Defendants. | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Case No. 05-3700 |

**DECLARATION OF JENNIFER GROSS
IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE EXPERT REPORT
OR IN THE ALTERNATIVE TO EXCLUDE EXPERT TESTIMONY**

I, Jennifer Gross, hereby declare as follows:

1. I am an attorney and partner at Lieff, Cabraser, Heimann & Bernstein, LLP, 250 Hudson Street, 8th Floor, New York, New York 10013-1413. Elizabeth J. Cabraser of Lieff, Cabraser is a member of the Plaintiffs' Steering Committee (PSC) in this MDL, as well as Chair of the Purchase Claims Committee of the PSC and Government Action Executive Committee Member. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the list of materials reviewed by Clement Eiswirth, M.D., that was served on Plaintiff by Merck on December 7, 2009.

859499.1

3. Attached hereto as Exhibit 2 is a true and correct copy of the list of materials reviewed by Clement Eiswirth, M.D., that was served on Plaintiff by Merck on January 21, 2010.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Clement Eiswirth, M.D., deposition transcript dated January 22, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted, this 19th day of February, 2010.

/s/ James R. Dugan
James R. Dugan, II (La. Bar No. 24785)
Douglas R. Plymale. (La. Bar No. 28409)
Stephen B. Murray, Jr. (La. Bar No. 23877)
Stephen B. Murray, Sr. (La. Bar No. 9858)
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130

James D. Caldwell
Attorney General
Trey Phillips
Bryan McMinn
L. Christopher Styron
Assistant Attorneys General
LOUISIANA DEPARTMENT OF JUSTICE
885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

Francisco H. Perez
Kim Sullivan
General Counsel
Louisiana Department of Health and Hospitals
P.O. Box 3836
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1188
Facsimile: (225) 342-2232

Counsel for Plaintiff

- 2 -

859499.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Declaration of Jennifer Gross In Support of Plaintiff's Motion To Strike Expert Report Or In The Alternative To Exclude Expert Testimony has this day been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced, in accordance to pretrial order No. 8B, on this the 19th day of February, 2010.

/s/ James R. Dugan

- 3 -

859499.1