# EXHIBIT 1

*STATE OF LOUISIANA ATTORNEY GENERAL V. MERCK & CO., INC.*

<u>DR. CLEMENT C. EISWIRTH</u>

**MATERIALS REVIEWED**

1.   VICTOR Poster

2.   VIOXX Physicians' Desk Reference (May 1999).

3.   VIOXX Physicians' Desk Reference (April 2002).

4.   APPROVe Trial Cardiovascular Safety Report, March 15, 2005.

5.   APPROVe Extension Data, Merck submission to FDA

6.   "An Open Letter from Merck" from Peter S. Kim dated 6-26-2006 [APPROVe Correction].

7.   ADAPT Research Group, "Cardiovascular and Cerebrovascular Events in the Randomized, Controlled Alzheimer's Disease Anti-Inflammatory Prevention Trial (ADAPT)" PLoS Clin Trials 2006 Nov 17; 1(7):e33 [Epub ahead of print].

8.   Andersohn F., et al., "Use of First- and Second-Generation Cyclooxygenase-2-Selective Nonsteroidal Antiinflammatory Drugs and Risk of Acute Myocardial Infarction," *Circulation* 2006 Feb; 113:1950-1957.

9.   Antman E., et al., "Cyclooxygenase Inhibition and Cardiovascular Risk," *Circulation* 2005; 112:759-770.

10.  Antman E., et al., "Use of Nonsteroidal Antiinflammatory Drugs. An Update for Clinicians. A Scientific Statement from the American Heart Association," Circulation published online Feb 26 2007.

11.  Arber N., et al., "Celecoxib for the Prevention of Colorectal Adenomatous Polyps," *N Engl J Med* 2006; 355:885-895.

12.  Arellano F.M., et al., "Use of Cyclo-oxygenase 2 Inhibitors (COX-2) and Prescription Non-Steroidal Anti-Inflammatory Drugs (NSAIDS) in UK and USA Populations. Implications for COX-2 Cardiovascular Profile," *Pharmacoepidemiol Drug Saf 2006*; 15:861-872.

13.  Baigent C. & Patrono C., "Selective Cyclooxygenase 2 Inhibitors, Aspirin, and Cardiovascular Disease: a Reappraisal," *Arthritis Rheum* 2003 Jan; 48(1):12-20.

14.  Bannwarth B., et al., "Adverse Events Associated with Rofecoxib Therapy: Results of a Large Study in Community-Derived Osteoarthritic Patients," *Drug Saf.* 2003; 26(1):49-54.

15.  Baron J.A., et al., "Cardiovascular Events Associated with Rofecoxib: Final Analysis of the APPROVe Trial," *Lancet* 2008 Oct 14; DOI:10.1016/S01406736(08)614490-7.

16.   Bea F., et al., "Chronic Inhibition of Cyclooxygenase-2 Does Not Alter Plaque Composition in a Mouse Model of Advanced Unstable Atherosclerosis," *Cardiovascular Research* 2003; 60:198-204.

17.   Bearden, Ben, Deposition Transcript, Dated October 12, 2009

18.   Belton O., et al., "Cyclooxygenase-1 and -2—Dependent Prostacyclin Formation in Patients with Atherosclerosis," *Circulation* 2000; 102:840-845.

19.   Bertagnolli M.M., et al., "Celecoxib for the Prevention of Sporadic Colorectal Adenomas," *N Engl J Med* 2006; 355(9):873-884.

20.   Birbara C., et al., "Efficacy and Safety of Rofecoxib 12.5 mg and Celecoxib 200 mg in Two Similarly Designed Osteoarthritis Studies," *Curr Med Res Opin* 2006; 22(1):199-210.

21.   Bishop-Bailey D., et al., "COX-2 in Cardiovascular Disease," *Arterioscler Thromb Vasc Biol* 2006; 26:956-958.

22.   Bombardier C., et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," *N Engl J Med* 2000; 343:1520-1528.

23.   Bresalier R.S., et al., "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial," *N Engl J Med.* 2005 Feb 15;352.

24.   Brochier M.L., "Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction. The Flurbiprofen French Trial," *Eur Heart J.* 1993 Jul; 14(7):951-7.

25.   Burleigh M.E., et al., "Cyclooxygenase-2 Promotes Early Atherosclerotic Lesion Formation in LDL Receptor-Deficient Mice," *Circulation.* 2002 Apr 16; 105(15):1816-23.

26.   Burleigh M.E., et al., "Cyclooxygenase-2 Promotes Early Atherosclerotic Lesion Formation in ApoE-deficient and C57BL/6 Mice," *Journal of Molecular and Cellular Cardiology* 2005; 39:443-452.

27.   Cannon C.P., et al., "Cardiovascular Outcomes with Etoricoxib and Diclofenac in Patients with Osteoarthritis and Rheumatoid Arthritis in the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) Programme: A Ramdomised Comparison," *Lancet* 2006; 368(9549):1771-81.

28.   Capone M.L., et al., "Clinical Pharmacology of Platelet, Monocyte and Vascular Cyclooxygenase Inhibition by Naproxen and Low-Dose Aspirin in Healthy Subjects," *Circulation* 2004 Mar 30; 109(12):1468-71.

29.   Catella-Lawson F., et al., "Cyclooxygenase Inhibitors and the Antiplatelet Effects of Aspirin," *N Engl J Med* 2001; 345(25):1809-1817.

30.   Catella-Lawson F., et al., "Effects of Specific Inhibition of Cyclooxygenase-2 on Sodium Balance, Hemodynamics and Vasoactive Eicosanoids," *J Pharmacol. Exp. There* 1999 May; 289(2):735-41.

31. Chan A., et al., "Nonsteroidal Anti-inflammatory Drugs, Acetaminophen, and the risk of Cardiovascular Events," *Circulation* 2006 March 28.

32. Chen L., and Ashcroft DM, "Risk of Myocardial Infarction Associated with Selective COX-2 Inhibitors: Meta-analysis of Randomised Controlled Trials," *Pharmacoepidemiology and Drug Safety* 2007; DOI:10.1002/pds.1409.

33. Chen L., and Ashcroft DM, "Do Selective COX-2 Inhibitors Increase the Risk of Cerebrovascular Events? A Meta-analysis of Randomized Controlled Trials," *Journal of Clinical Pharmacy and Therapeutics* 2006; 31:565-576.

34. Chenevard R., et al., "Selective COX-2 Inhibition Improves Endothelial Function in Coronary Artery Disease," *Circulation* 2003 Jan 28; 107(3):405-9.

35. Cheng Y., et al., "Cyclooxygenases, Microsomal Prostaglandin E Synthase-1, and Cardiovascular Function," *J Clin Invest* 2006 May; 116(5):1391-9. Epub 2006 Apr 13.

36. Cheng Y., et al., "Role of Prostacyclin in the Cardiovascular Response to Thromboxane A2," Science 2002; 296:539-541.

37. Ciabattoni G., et al., "Determinants of Platelet Activation in Alzheimer's Disease," *Neurobiol Aging* 2006 Jan 23; [Epub ahead of print].

38. Cipollone F., et al., "Cyclooxygenase-2 expression and inhibition in atherothrombosis," *Arterioscler Thromb Vasc Biol*. 2004 Feb; 24(2):246-55.

39. Cipollone F., et al., "Overexpression of functionally coupled cyclooxygenase-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a basis of prostaglandin E(2)-dependent plaque instability," *Circulation*. 2001 Aug 21; 104(8):921-7.

40. Clinical Safety Study MK0966, 2.3.3.4 Thromboembolic Cardiovascular Adverse Experiences, pp. E-328-E331, Oct. 26, 1998 (MRK-OS420041254-57)

41. Correction to "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial," *N Engl J Med* 2006; 355(2):221.

42. Crofford L.J., et al., "Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase 2 inhibitors: A report of four cases," *Arthritis Rheum.* 2000 Aug; 43(8):1891-6.

43. Dalen J.E., "Selective COX-2 Inhibitors, NSAIDs, aspirin, and myocardial infarction," *Arch Intern Med* 2002 May 27; 162(10):1091-2.

44. del Rincon I., et al., "Association Between Carotid Atherosclerosis and Markers of Inflammation in Rheumatoid Arthritis Patients and Healthy Subjects," *Arthritis & Rheumatism* 2003 July 7; 48(7):1833-1840.

45. Dessein P.H., et al., "Biomarkers of Endothelial Dysfunction, Cardiovascular Risk Factors and Atherosclerosis in Rheumatoid Arthritis," *Arthritis Research & Therapy* 2005; 7:R634-R643(DOI 10.1186/ar1717).

46. Edward M. Scolnick, "VIOXX: A Scientific Review"

47.     Egan K.M., et al., "COX-2-Derived Prostacyclin Confers Atheroprotection on Female Mice," *Science* 2004;306(5703):1954-7. Epub 2004 Nov 18.

48.     Farkouh M., et al., "Cardiovascular Outcomes in High-Risk Patients with Osteoarthritis Treated with Ibuprofen, Naproxen, or Lumiracoxib," *Ann Rheum Dis* 2007; doi:10.1136/ard.2006.066001.

49.     Farkouh M., et al., "Comparison of Lumiracoxib with Naproxen and Ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), Cardiovascular Outcomes: Randomised Controlled Trial," *Lancet* 2004; 364:675-684.

50.     FDA, Memorandum, 'Analysis and Recommendations for Agency Action Regarding Non-Steroidal Anti-inflammatory Drugs and Cardiovascular Risk,' dated 6 April 2005.

51.     FitzGerald G.A. and Patrono C., "The Coxibs, Selective Inhibitors of Cyclooxgenase-2," *N Engl J Med* 2001; 345(6):433-442.

52.     FitzGerald G.A., "Cardiovascular pharmacology of nonselective nonsteroidal anti-inflammatory drugs and coxibs: clinical considerations," *Am J Cardiol* 2002 Mar 21; 89(6A):26D-32D.

53.     Flavahan N.A., "Balancing Prostanoid Activity in the Human Vascular System," Trends *Pharmacol Sci* 2007 Feb 2; [Epub ahead of print].

54.     Fornaro G., et al., "Indobufen in the prevention of thromboembolic complications in patients with heart disease. A randomized, placebo-controlled, double-blind study," *Circulation*. 1993 Jan; 87(1):162-4.

55.     Furberg C.D., et al., "Parecoxib, Valdecoxib, and Cardiovascular Risk," *Circulation* 2005; 111:249.

56.     Furberg C.D., "The Cox-2 Inhibitors - An Update," *Am Heart J* 2006; 152:197-199.

57.     Garcia Rodriguez L.A., et al., "Nonsteroidal Antiinflammatory Drugs and the Risk of Myocardial Infarction in the General Population," *Circulation* 2004; 109:3000-3006.

58.     Garcia Rodriguez L.A., "The effect of NSAIDs on the risk of coronary heart disease: fusion of clinical pharmacology and pharmacoepidemiologic data," *Clin Exp Rheumatol* 2001 Nov-Dec; 19(6 Suppl 25):S41-4.

59.     Graham D.J., "COX-2 Inhibitors, Other NSAIDs, and Cardiovascular Risk: The Seduction of Common Sense," *JAMA* 2006 Sep 12; [Epub ahead of print].

60.     Graham D.J., et al., "Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study," *Lancet* 2005 Feb 5; 365(9458):475-81.

61.     Green K., et al., "Pronounced Reduction of In Vivo Prostacyclin Synthesis in Humans By Acetaminophen (Paracetamol)," *Prostaglandins* 1989 Mar; 37(3):311-315.

62.     Gross G.J., Moore J, "Effect of COX-1/COX-2 inhibition versus selective COX-2 inhibition on coronary vasodilator responses to arachidonic acid and acetylcholine," *Pharmacology* 2004 Jul; 71(3):135-42.

63.    Hanley S.P. and Bevan J., "Inhibition by Aspirin of Human Arterial and Venous Prostacyclin Synthesis," *Prostaglandins Leukotrienes and Medicine* 1985; 20:141-149.

64.    Harrison-Woolrych M., et al., "Incidence of thrombotic cardiovascular events in patients taking celecoxib compared with those taking rofecoxib : interim results from the New Zealand intensive medicines monitoring programme," *Drug Saf* 2005; 28(5):435-42.

65.    Heeschen C., et al., "Nicotine Stimulates Angiogenesis and Promotes Tumor Growth and Atherosclerosis," *Nature Medicine* 2001; 7:833-839.

66.    Hellstrom H.R., "A Pathogenic Mechanism for COX-2 Inhibitor-Induced Cardiovascular Events Proposed to be Useful in Structuring Medical Testimony in Rofecoxib Trials," *Med Hypotheses* 2007 Jan 11; [Epub ahead of print].

67.    Hernandez S., et al., "Non-steroidal Anti-inflammatory Drugs and the Risk of Acute Myocardial Infarction," *Basic & Clinical Pharmacology & Toxicology* 2006; 98:266-274.

68.    Hippisley-Cox J., et al., "Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis," *BMJ* 2005; 330:1366.

69.    Howard P.A., et al., "Nonsteroidal anti-inflammatory drugs and cardiovascular risk," *J Am Coll Cardiol*. 2004 Feb 18; 43(4):519-25.

70.    Huang W., et al, "Cardiovascular Events Associated with Long-Term Use of Celecoxib, Rofecoxib and Meloxicam in Taiwan - An Observational Study," *Drug Safety* 2006; 29(3):261-272.

71.    James M.J., et al., "Inhibition of Human Endothelial Prostacyclin Synthesis by Different Aspirin Formulations," *Aust N J Z Surg* 1991; 61:849-852.

72.    Jick H., et al., "Nonsteroidal Antiinflammatory Drugs and Acute Myocardial Infarction in Patients with No Major Risk Factor," *Pharmacotherapy* 2006; 26(10):1379-1387.

73.    John Jenkins & Paul Seligman (FDA), "Analysis and recommendations for Agency action regarding non-steroidal anti-inflammatory drugs and cardiovascular risk" (memo dated April 6, 2005).

74.    Johnsen S., et al., "Risk of Hospitalization for Myocardial Infarction Among Users of Rofecoxib, Celecoxib, and Other NSAIDs, A Population-Based Case-Control Study, *Arch. Int. Med.* 2005; 165:978-84.

75.    Juni P., et al., "Risk of cardiovascular events and rofecoxib: cumulative meta-analysis," *Lancet* 2004 Dec 4; 364(9450):2021-9.3.

76.    Kasliwal R., et al., "A Comparison of Reported Gastrointestinal and Thromboembolic Events Between Rofecoxib and Celecoxib Using Observational Data," *Drug Safety* 2005: 28(9)803-816.

77.    Kearney P.M., et al., "Do Selective Cyclo-oxygenase-2 Inhibitors and Traditional Non-Steroidal Anti-inflammatory Drugs Increase the Risk of Atherothrombosis?  Meta-analysis of Randomised Trials," *BMJ* 2006; 332:1302-1308.

78.  Kerr D.J., et al., "Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer," *N Engl J Med* 2007; 357:360-369.

79.  Supplement to: Kerr, D.J. et al., "Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer," *N Engl J Med* 2007; 357:360-369.

80.  Kim P., et al., Letters to editor regarding "Discontinuation of Vioxx" *Lancet* 2005 Jan; 365:23-28.

81.  Kimmel S.E., et al., "Patients Exposed to Rofecoxib and Celecoxib Have Different Odds of Nonfatal Myocardial Infarction," *Ann Intern. Med* 2005 Feb; 142(3):1-9.

82.  Kimmel S.E., et al., "The effects of nonselective non-aspirin non-steroidal anti-inflammatory medications on the risk of nonfatal myocardial infarction and their interaction with aspirin," *J Am Coll Cardiol.* 2004 Mar 17; 43(6):985-90.

83.  Kivitz A.J., et al., "Efficacy and Safety of Rofecoxib 12.5 mg Versus Nabumetone 1,000 mg in Patients with Osteoarthritis of the Knee: A Randomized Controlled Trial," *J Am Geriatric Soc* 2004; 52:666-674.

84.  Knijff-Dutmer E.A., et al., "Effects of nabumetone compared with naproxen on platelet aggregation in patients with rheumatoid arthritis," *Ann Rheum Dis* 1999 Apr; 58(4):257-59.

85.  Konstam M.A., et al., "Cardiovascular Thrombotic Events in Controlled, Clinical Trials of Rofecoxib," *Circulation* 2001 Nov; 104(19):2280-8.

86.  Kuklinska A., et al., "Low Dose Rofecoxib, Inflammation and Prostacyclin Synthesis in Acute Coronary Syndromes," *Roczniki Akademii Medyczcnej w Bialymstoku* 2005; 50:339-342.

87.  Leach, Terry D., Declaration, dated November 6, 2009

88.  Leese P.T., et al., "Effects of Celecoxib, a Novel Cyclooxygenase-2 Inhibitor, on Platelet Function in Healthy Adults: a Randomized, Controlled Trial," *J Clin Pharmacol* 2000 Feb; 40(2):124-32.

89.  Leese P.T., et al., "Valdecoxib Does Not Impair Platelet Function," *Am J Emerg Med.* 2002 Jul; 20(4):275-81.

90.  Lekakis J., et al., "Divergent Effects of Rofecoxib on Endothelial Function and Inflammation in Acute Coronary Syndromes," *Int J Cardiol* 2005 December 1; [Epub ahead of print].

91.  Levesque L.E., et al., "The Risk for Myocardial Infarction with Cyclooxygenase-2 Inhibitors: A Population Study of Elderly Adults," *Ann Intern Med* 2005 Apr 8;142.

92.  Levesque L.E., et al., "The Risk for Myocardial Infarction with Cyclooxygenase-2 Inhibitors: A Population Study of Elderly Adults," *Ann Intern Med* 2005 Feb 8;142.

93.  Levesque L.E., et al., "Time Variations in the Risk of Myocardial Infarction Among Elderly Users in COX-2 Inhibitors," *CMAJ* 2006; 174(11):online-1 – online-8.

94.  Lisse J., et al., "Gastrointestinal Tolerability and Effectiveness of Rofecoxib versus Naproxen in the Treatment of Osteoarthritis," *Annals of Internal Medicine* 2003; 139:539-546.

95.    MacGregor John S, Curriculum Vitae, dated 11/6/09

96.    MacGregor JS, Report Regarding the Cardiovascular Events of Vioxx, November 6, 2009

97.    Mamdani M., et al., "Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly," *Arch Intern Med*. 2003 Feb 24; 163(4):481-6.

98.    Mason R.P., et al., "Rofecoxib Increases Susceptibility of Human LDL and Membrane Lipids to Oxidative Damage: A Mechanism of Cardiotoxicity," *J Cardiovasc Pharmacol* 2006; 47[1S]:S7-S14.

99.    McAdam B., et al., "Contribution of Cyclooxygenase-2 to Elevated Biosynthesis of Thromboxane A2 and Prostacyclin in Cigarette Smokers," *Circulation* 2005; 112:1024-1029.

100.   McAdam B.F., et al., "Systemic Biosynthesis of Prostacyclin by Cyclooxygenase (COX)-2: The Human Pharmacology of a Selective Inhibitor of COX-2," *Proc Natl Acad Sci USA* 1999; 96:272-277.

101.   McCormick S.M., et al., "DNA Microarray Reveals Changed in Gene Expression of Shear Stressed Human Umbilical Vein Endothelial Cells," *PNAS* 2001; 98:8955-8960.

102.   McGettigan P. and Henry, "Cardiovascular Risk and Inhibition of Cyclooxygenase: A Systematic Review of the Observational Studies of Selective and Nonselective Inhibitors of Cyclooxyenase 2," *JAMA* 2006 Sep 12; 296:[Epub ahead of print].

103.   McGettigan P., et al., "Cyclooxygenase-2 Inhibitors and Coronary Occlusion-Exploring Dose-Response Relationships," *BR J Clin Pharmacol* 2006; 62:358-365.

104.   Memorandum from Maria Villalba, Medical Officer (FDA) regarding cardiovascular data in Alzheimer's studies, March 12, 2002.

105.   Merck & Co., Inc., "IND 46,894: VIOXX (rofecoxib): Information Amendment – Clinical (Updated Cardiovascular Pooled Analysis), dated March 22, 2004.

106.   Merck & Co., Inc., "Rofecoxib: FDA Advisory Committee Background Information," dated Jan. 21, 2005.

107.   Merck & Co., Inc., "Submission of Protocol 201 (ViP) Clinical Study Report (CSR) and Overview of Cardiovascular Events in Protocol 145 (VICTOR), dated August 22, 2005.

108.   Metzner J., et al., "The Effects of COX-2 Selective and Non-Selective NSAIDs on the Initiation and Progression of Atherosclerosis in APoE Mice," *J Mol Med* 2007; DOI 10.1007/s00109-007-0162-9.

109.   Mitchell J.A., et al., "Stronger Inhibition by Nonsteroid Anti-Inflammatory Drugs of Cyclooxygenase-1 in Endothelial Cells Than Platelets Offers an Explanation for Increased Risk of Thrombotic Events," *FASEB* J 2006; 20:2468-2475.

110.   Monakier D., et al., "Rofecoxib, a COX-2 inhibitor, lowers C-reactive protein and interleukin-6 levels in patients with acute coronary syndromes," *Chest*. 2004 May; 125(5):1610-5.

111.    Moore R.A., et al., "Tolerability and Adverse Events in Clinical Trials of Celecoxib in Osteoarthritis and Rheumatoid Arthritis: Systematic Review and Meta-analysis of Information from Company Clinical Trial Reports," *Arthritis Research & Therapy* 2005; 7:R644-R665 (DOI 10.1186/ar1704).

112.    Moore R.A., et al., "Cyclo-oxygenase-2 Selective Inhibitors and Nonsteroidal Anti-inflammatory Drugs: Balancing Gastrointestinal and Cardiovascular Risk," *BMC Musculoskeletal Disorders* 2007; 8:73.

113.    Mukherjee D., et al., "Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors," *JAMA* 2001 Aug; 286(8):954-9.

114.    Murata T., et al., "Altered Pain Perception and Inflammatory Response in Mice Lacking Prostacyclin Receptor," *Nature* 1997 Aug 14; 388:678-682.

115.    Nissen S.E. et al., Letters to the Editor, "Adverse Cardiovascular Effects of Rofecoxib," *N Engl J Med* 2006; 355(2):203-205.

116.    Nissen S.E., "ADAPT: The Wrong Way to Stop a Clinical Trial," PLoS Clin Trials 2006 Nov 17; 1(7):e35 [Epub ahead of print].

117.    Nussmeier N.A., et al., "Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery," *N Engl J Med.* 2005 Mar 17; 352(11):1081-91.

118.    Olesen M., et al., "No Effect of Cyclooxygenase Inhibition on Plaque Size in Atherosclerosis-Prone Mice," *Scand Cardiovasc J* 2002; 36:362-367.

119.    Patrono C., "Cyclooxygenase-selective inhibition of prostanoid formation: transducing biochemical selectivity into clinical read-outs," *J Clin Invest.* 2001 Jul; 108(1):7-13.

120.    Patrono C., "Efficacy and safety of aspirin in the long-term management of atherothrombosis," *Haematologica.* 2001 Nov; 86(11 Suppl 2):19-21.

121.    Patrono C., et al., "Low-Dose Aspirin for the Prevention of Atherothrombosis," *N Engl J Med* 2005 Dec 1; 353(22):2373-2383.

122.    Patrono C., et al., "Platelet-active drugs: the relationships among dose, effectiveness, and side effects: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy," *Chest* 2004 Sep; 126(3 Suppl):234S-264S.

123.    Plaintiff's Second Supplemental and Amending Complaint for Injunctive Relief and Damages, filed in *In re: Vioxx Products Liability Litigation, State of Louisiana Attorney General v. Merck & Co., Inc.,* MDL No. 1657, May 11, 2009.

124.    Preston F.E., et al., "Inhibition of Prostacyclin and Platelet Thromboxane A2 After Low-Dose Aspirin," *N Engl J Med* 1981; 304:76-79.

125.    Psaty B.M. and Potter, "Risks and Benefits of Celecoxib to Prevent Recurrent Adenomas," *N Engl J Med* 2006; 355:950-952.

126.   Ray W.A., et al., "COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease," *Lancet* 2002 Oct 5; 360(9339):1071-73.

127.   Reicin A.S., et al., "Comparison of Cardiovascular Thrombotic Events in Patients with Osteoarthritis Treated with Rofecoxib Versus Nonselective Nonsteroidal Anti-inflammatory Drugs (Ibuprofen, Diclofenac, and Nabumetone)," *Am J Cardiol.* 2002 Jan 15; 89(2):204-9.

128.   Reines S.A., et al., "Rofecoxib: no effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study," *Neurology.* 2004 Jan 13; 62(1):66-71.

129.   Ross J.S., et al. "Pooled Analysis of Rofecoxib Placebo-Controlled Clinical Trial Data," Arch Intern Med 2009; 169(21):1976-1984.

130.   Rott D., et al., "Effects of MF-Tricyclic, a Selective Cyclooxygenase-2 Inhibitor, on Atherosclerosis Progression and Susceptibility to Cytomegalovirus Replication in Apolipoprotein-E Knockout Mice," *J Am Coll Cardiol* 2003; 41:1812-1819.

131.   Saito T., et al., "Inhibition of cyclooxygenase-2 improves cardiac function in myocardial infarction," *Biochem Biophys Res Commun.* 2000 Jul 5; 273(2):772-5.

132.   Schnitzer T.J., et al., "Efficacy of Rofecoxib, Celecoxib, and Acetaminophen in Patients with Osteoarthritis of the Knee.  A Combined Analysis of the VACT Studies," *The Journal of Rheumatology* 2005; 32(6):1093-1105.

133.   Schonbeck U., et al., "Augmented Expression of Cyclooxygenase-2 in Human Atherosclerotic Lesions," *Am J Pathol* 1999; 155:1281-1291.

134.   Shaya F.T., et al., "Selective cyclooxygenase-2 inhibition and cardiovascular effects: an observational study of a Medicaid population," *Arch Intern Med* 2005 Jan 24; 165(2):181-6.

135.   Silverstein F.E., et al., "Gastrointestinal Toxicity with Celecoxib vs Nonsteroidal Anti-inflammatory Drugs for Osteoarthritis and Rheumatoid Arthritis: the CLASS Study: A Randomized Controlled Trial. Celecoxib Long-term Arthritis Safety Study," *JAMA* 2000 Sep 13; 284(10):1247-55.

136.   Smedman A., et al., "Isomer-Specific Effects of Conjugated Linoleic Acid on Lipid Peroxidation in Humans: Regulation by a-Tocopherol and Cyclo-Oxygenase-2 Inhibitor," *Clin Sci* 2004; 106:67-73.

137.   Smith E.F., et al., "Stabilization of cardiac lysosomal and cellular membranes in protection of ischemic myocardium due to coronary occlusion:efficacy of the nonsteroidal anti-inflammatory agent, naproxen," *Am Heart J.* 1981 Apr; 101(4):394-402.

138.   Solomon D.H., et al., "Cardiovascular Outcomes in New Users of Coxibs and Nonsteroidal Antiinflammatory Drugs," *Arth & Rheum* 2006; 54(5):1378-1389.

139.   Solomon D.H., et al., "Cardiovascular morbidity and mortality in women diagnosed with rheumatoid arthritis," *Circulation* 2003 Mar 11; 107(9):1303-7.

140.   Solomon D.H., et al., "Relationship Between Selective Cyclooxygenase 2 Inhibitors and Acute Myocardial Infarction in Older Adults," *Circulation* 2004 May 4; 109(17):2068-73.

141. Solomon S.D., et al., "Cardiovascular Risk Associated with Celecoxib in a Clinical Trial for Colorectal Adenoma Prevention," *N Engl J Med.* 2005 Mar 17; 352(11):1071-80.

142. Stemme V., et al., "Expression of Cyclo-oxygenase-2 in Human Atherosclerotic Carotid Arteries," *Eur J Vasc Endovasc Surg* 2000 Aug; 20(2):146-52.

143. Suissa S., et al., "Antirheumatic Drug Use and the Risk of Acute Myocardial Infarction," *Arthritis Rheum* 2006; 55:531-536.

144. Terrebonne, Mary Julia, Deposition Transcript, Dated November 9, 2009

145. Thal L.J., et al., "A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment," *Neuropsychopharmacology* 2005 Mar 2; [Epub ahead of print].

146. Topper J.N., et al., "Identification of Vascular Endothelial Genes Differentially Responsive to Fluid Mechanical Stimuli: Cyclooxygenase-2, Manganese Superoxide Dismutase, and Endothelial Cell Nitric Oxide Synthase are Selectively Up-regulated by Steady Laminar Shear Stress," *Proc Natl Acad Sci USA* 1996; 93:10417-10422.

147. Tsang V., et al., "Release of Prostacyclin from the Human Aorta," *Cardiovascular Research* 1988; 22:489-493.

148. Tuleja E., et al., "Effects of Cyclooxygenase -1 and -2 Inhibitors on the Balance of Vasoactive Prostanoids and Thrombin Generation at the Site of Microvascular Injury in Healthy Men," *Arteriosclerosis Thromb Vasc Biol* 2003 Jun 1; 23(6):1111-15.

149. Ulcickas M., et al., "The Impact of NSAID or COX-2 Inhibitor Use on the Initiation of Antihypertensive Therapy," *Pharmacoepidemiol Drug Saf* 2006; 15:852-860.

150. Van Adelsberg J., et al., "The Vioxx in Prostate Cancer Prevention Study: Cardiovascular Events Observed in the Rofecoxib 25mg and Placebo Treatment Groups," *Curr Med Res Opin* 2007; 23:2063-2070.

151. Van Hecken A., et al., "Comparative inhibitory activity of Rofecoxib, Meloxicam, Diclofenac, Ibuprofen, and Naproxen on COX-2 versus COX-1 in healthy volunteers," *J Clin Pharmacol* 2000; 40:1109-1120.

152. Vane J. and Botting R.M., "Mechanism of Action of Nonsteroidal Anti-Inflammatory Drugs," *Am J Med* 1998; 104(3A):2S-8S.

153. Vane J.R., "Back to an Aspirin a Day?" *Science* 2002 April 19; 296:474-475.

154. Vane J.R., "My Life and Times with Enzymes and Mediators," *Med Sci Monit* 2001; 7(4):790-800.

155. Vane J.R., "Towards a Better Aspirin," *Nature* 1994 Jan 20; 367:215-216.

156. Velentgas P., et al., "Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications," *Pharmacoepidemiology and Drug Safety* 2005.

157.   Verma S., et al., "Cyclooxygenase-2 Blockade Does Not Impair Endothelial Vasodilator Function in Healthy Volunteers," *Circulation.* 2001 Dec 11; 104:2879-2882.

158.   Villalba L., Interim Review of NDA 21042/s030, Update of Cardiovascular thrombotic events in Alzheimer's studies 078 and 091, December 18, 2004.

159.   Walter M.F., et al., "Sulfone COX-2 Inhibitors Increase Susceptibility of Human LDL and Plasma to Oxidative Modification: Comparison to Sulfonamide COX-2 Inhibitors and NSAIDs," *Atherosclerosis* 2004 Dec; 177(2):235-43.

160.   Weaver A., et al., "Treatment of Patients with Osteoarthritis with Rofecoxib Compared with Nabumetone," *J Clin Rheumatol* 2006; 12:17-25.

161.   Weir M.R., et al., "Selective COX-2 Inhibition and Cardiovascular Effects: A Review of the Rofecoxib Development Program," *Am Heart J* 2003 Oct; 146(4):591-604.

162.   Wilson P.W.F., et al., "Prediction of Coronary Heart Disease Using Risk Factor Categories," *Circulation* 1998; 97:1837-1847.

163.   Wolfe M.M., et al., "Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs," *N Engl J Med* 1999 Jun 17; 340(24):1888-99.

164.   Wong E., et al., "Effects of Cox-2 inhibitors on aortic prostacyclin production in cholesterol-fed rabbits," *Atheroslerosis* 2001; 393-402.

165.   Yusuf S., et al., "Effect of Potentially Modifiable Risk Factors Associated with Myocardial Infarction in 52 Countries (The INTERHEART Study): Case-Control Study," *Lancet* 2004; 364:937-952.

166.   Zarraga I.G. and Schwarz, "Coxibs and Heart Disease: What We Have Learned and What Else We Need to Know," *J Am Coll Cardiol* 2007; 49(1):1-14.

167.   Zhang J., et al., "Adverse Effects of Cyclooxygenase 2 Inhibitors on Renal and Arrhythmia Events: Meta-analysis of Randomized Trials," *JAMA* 2006; 296:[Epub ahead of print].

168.   Letters and Attachments:  [MRK-AKT2181176, MRK-EAL0072864-5, MRK-AKT2198858-81, MRK-AKT2198816-34, MRK-AKT2198658-62, MRK-AKT2198299-03, MRK-EAL0072809-17, MRK-AKT2198958-85, MRK-EAL0072823-24, MRK-AKT2198905-25, MRK-EAL0072848-63, MRK-AKT2198481-87, MRK-EAL0072774-808, MRK-EAL0072825-32, MRK-AKT2197600-7, MRK-EAL0072680-96, MRK-EAL0072840-7, MRK-EAL0072818-22, MRK-EAL0072833-9, MRK-AKT2494016-7, MRK-AKT2494016-17, MRK-AKT2493881-900, MRK-AKT2494004-15, MRK-AKT2494110-46, MRK-AKT2494016-7, MRK-AKT2494147-56, MRK-AKT2494160-204, MRK-AKT2493999-03, MRK-AKT2493990-8, MRK-AKT2493965-89, MRK-AKT2493957-64, MRK-AKT2493942-56, MRK-AKT2493940-41, MRK-AKT2493935-9, MRK-AKT2493926-34, MRK-AKT2493920-5, MRK-AKT2493919, MRK-AKT2493918, MRK-AKT2493913-7, MRK-AKT2493909-12, MRK-AKT2493907-8, MRK-AKT2493904-6, MRK-AKT2493901-3, MRK-AKT2494205-43, MRK-AKT2529362-3, LAAG-VIOXX-003153-4, LAAG-VIOXX-003159-83, LAAG-VIOXX-003184-206, LAAG-VIOXX-003247-88, LAAG-VIOXX-003290-313, LAAG-VIOXX-003401-4, PSLA0038-65, PSLA0126-7]

169.   Monographs: [FOIA00000709-19, FOIA00000720-37, LAAG-VIOXX-003322-31, LAAG-
       VIOXX-003332-37, LAAG-VIOXX-003338-52, LAAG-VIOXX-003353-69, LAAG-VIOXX-
       003370-84, LAAG-VIOXX-003385-400]