UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | SECTION L |
| STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| Case No. 05-3700 | |

## PLAINTIFFS' MOTION TO STRIKE, OR IN THE ALTERNATIVE TO EXCLUDE, THE EXPERT REPORT AND TESTIMONY OF STEVEN WIGGINS

Pursuant to Fed. R. Civ. P. 26 and 37, and for the reasons more fully set forth in the accompanying memorandum, Plaintiffs, respectfully moves for an order striking the expert report and testimony of Defendant's expert Dr. Steven Wiggins, or in the alternative to exclude the report and testimony of Dr. Steven Wiggins pursuant to Federal Rule of Evidence 702, for failure to satisfy the standard for admissible expert testimony set forth in *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579, 589 (1993), and all such other relief as this Court deems necessary and proper.

Dated:  February 19, 2010                                  Respectfully submitted,

By:  /s/   Douglas R. Plymale
James R. Dugan, II,
Douglas R. Plymale
Justin Bloom
Stephen B. Murray, Jr.
Stephen B. Murray, Sr.
*Murray Law Firm*
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone:  (504) 648-0180

1

Facsimile:  (504) 648-0181

**CO-CHAIR OF GOVERNMENT ACTIONS PLAINTIFFS' CASE MANAGEMENT COMMITTEE AND COUNSEL FOR PLAINTIFFS**

James D. Caldwell
Attorney General
Trey Phillips
Bryan McMinn
L. Christopher Styron
Assistant Attorneys General
*Louisiana Department of Justice*
1885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

Francisco H. Perez
General Counsel
Kim Sullivan
*Louisiana Department of Health and Hospitals*
P.O. Box 3836
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1188
Facsimile: (225) 342-2232

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs' Motion To Strike, Or In The Alternative To Exclude, The Expert Report And Testimony Of Steven Wiggins, Memorandum in Support of Plaintiffs' Motion To Strike, Or In The Alternative To Exclude, The Expert Report And Testimony Of Steven Wiggins, Declaration of Douglas R. Plymale in Support of Plaintiffs' Motion To Strike, Or In The Alternative To Exclude, The Expert Report And Testimony Of Steven Wiggins, and Notice of Hearing has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U. S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance Pretrial Order No. 8B, on this the 19th day of February, 2010.

/s/   Douglas R. Plymale
Douglas R. Plymale
*Murray Law Firm*
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone:  (504) 648-0180
Facsimile:  (504) 648-0181