UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | SECTION L |
| STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| Case No. 05-3700 | |

**DECLARATION OF DOUGLAS R. PLYMALE, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE, OR IN THE ALTERNATIVE TO EXCLUDE, THE EXPERT REPORT AND TESTIMONY OF STEVEN WIGGINS**

I, DOUGLAS R. PLYMALE, declare and state as follows:

1. I am one of the attorneys for Plaintiffs, STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL, in the In re VIOXX Products liability Litigation, U.S. District Court for the Eastern District of Louisiana, MDL Case No. 05-cv-3700, and am competent to testify to the matters set forth below.

2. This declaration is submitted in support of Plaintiffs' Plaintiff's Motion To Strike, Or In The Alternative To Exclude, The Expert Report And Testimony Of Steven Wiggins.

3. The following documents are attached hereto in support of this motion:

Exhibit A – An email dated January 22, 2010

Exhibit B - A series of emails dated January 22, 2010.

Exhibit C – A series of emails dated January 22, 2010.

Exhibit D - An email dated January 23, 2010

1

Exhibit E – Excerpts from the January 29, 2010 deposition transcript of Jeffrey Harris, M.D., Ph.D.

Exhibit F – Exhibit 1 from the February 9, 2010 deposition transcript of Steven Wiggins, Ph.D.

Exhibit G - Excerpts from the February 9, 2010 deposition transcript of Steven Wiggins, Ph.D.

Exhibit H - Exhibit 4 from the February 9, 2010 deposition transcript of Steven Wiggins, Ph.D.

Exhibit I - Exhibit 5 from the February 9, 2010 deposition transcript of Steven Wiggins, Ph.D.

Exhibit J – a copy of a February 18, 2010 letter from Travis Sales, Esq.

Exhibit K – a copy of Wiggins & Associates Invoices

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 19, 2010

    /s/  Douglas R. Plymale _____
Douglas R. Plymale, Ph.D.
dplymale@dugan-lawfirm.com
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Counsel for Plaintiffs