# EXHIBIT B

**From:** Bjork, Rebecca
**To:** Douglas Plymale; James Dugan;
**cc:** Wimberly, Dorothy H.; Anderson, Brian; john.beisner@skadden.com; eben.flaster@dechert.com; benjamin.barnett@dechert.com; DBarrios@bkc-law.com; Lenny Davis;
**Subject:** RE: Vioxx- La
**Date:** Friday, January 22, 2010 2:38:03 PM

There will be no data, just programs and output from those programs. The estimated size is 10 megabytes. We can send it in a zip file if necessary, or can break it up into several emails.

**From:** Douglas Plymale [mailto:dplymale@dugan-lawfirm.com]
**Sent:** Friday, January 22, 2010 3:05 PM
**To:** Bjork, Rebecca; James Dugan
**Cc:** Wimberly, Dorothy H.; Anderson, Brian; john.beisner@skadden.com; eben.flaster@dechert.com; benjamin.barnett@dechert.com; DBarrios@bkc-law.com; Lenny Davis
**Subject:** RE: Vioxx- La

How large are they?

**From:** Bjork, Rebecca [mailto:RBjork@OMM.com]
**Sent:** Friday, January 22, 2010 1:44 PM
**To:** James Dugan; Douglas Plymale
**Cc:** Wimberly, Dorothy H.; Anderson, Brian; john.beisner@skadden.com; eben.flaster@dechert.com; benjamin.barnett@dechert.com; DBarrios@bkc-law.com; Lenny Davis
**Subject:** RE: Vioxx- La

James and Doug, we can send you the files electronically on Monday, either in a few emails or through FTP.

Rebecca S. Bjork
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006-4001
(202) 220-5054 (direct line)
(202) 383-5414 (fax)
rbjork@omm.com

please consider the environment - do you really need to print this email?

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** James Dugan [mailto:jdugan@dugan-lawfirm.com]
**Sent:** Friday, January 22, 2010 12:51 PM
**To:** Douglas Plymale
**Cc:** Wimberly, Dorothy H.; Anderson, Brian; john.beisner@skadden.com; eben.flaster@dechert.com; benjamin.barnett@dechert.com; Bjork, Rebecca; DBarrios@bkc-law.com; Lenny Davis
**Subject:** Re: Vioxx- La

Especially in light of the agreement to produce our rebuttal report by noon on Jan 27. When can we expect a response? Thanks

Sent from my iPhone

On Jan 22, 2010, at 12:41 PM, "Douglas Plymale" <dplymale@dugan-lawfirm.com> wrote:

> Counsel,
>
> We received yesterday Merck's expert report for Dr. Wiggins without any reliance materials, electronic files, or calculations etc. Please provide these immediately.
>
> Thanks
>
> Douglas R. Plymale, J.D., Ph.D.
> Murray Law Firm
> 650 Poydras Street, Suite 2150

New Orleans, Louisiana 70130
Phone: (504) 648-0180
Fax:  (504) 648-0181
e-mail: dplymale@dugan-lawfirm.com

Electronic Mail Confidentiality Notice
This electronic mail message and all attachments may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution (electronic or otherwise), forwarding or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify us by telephone, facsimile, or e-mail to dplymale@dugan-lawfirm.com to arrange for return of the electronic email, attachments, or documents.