# EXHIBIT C

| | |
|---|---|
| **From:** | Bjork, Rebecca |
| **To:** | Douglas Plymale; James Dugan; |
| **cc:** | Wimberly, Dorothy H.; Anderson, Brian; john.beisner@skadden.com; eben.flaster@dechert.com; benjamin.barnett@dechert.com; DBarrios@bkc-law.com; Lenny Davis; |
| **Subject:** | RE: Vioxx- La |
| **Date:** | Friday, January 22, 2010 4:56:56 PM |
| **Attachments:** | Backup Appendix 1 and Exhibits C and F.ZIP |
| | Cohort_Summary_Exh_D.LOG |
| | Cohort_Summary_Exh_D.DO |
| | LA Medicaid Bextra-Celebrex Cohort.log |

Doug,

Merck disagrees that it is obligated under Rule 26 to produce programming for the data analysis that underlies its damages expert report. In fact, Plaintiff never made a request (either formally or informally) that Merck produce information of this nature until I received your email this afternoon at 12:42 PM. You will recall that Merck, on the other hand, served a formal Request for Production ("RFP") on Plaintiff seeking production of specific data, programming, and output files supporting its damages report long before that report was due. In Plaintiff's response to that RFP, you agreed to produce that material on December 22 when you served your expert report, but did not produce it on that day. Instead, you shipped me DVDs via Fed Ex on Saturday, December 26.

Now that you have made a request, however, we are working to gather and assemble the information you seek as soon as possible. I attach to this email program and output files for most of Merck's expert's damages analysis -- all but Exhibit E of the report. I will send the remaining information as soon as I receive it, which I am told will be ready tomorrow.


Rebecca S. Bjork
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006-4001
(202) 220-5054 (direct line)
(202) 383-5414 (fax)
rbjork@omm.com

 please consider the environment - do you really need to print this email?

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Douglas Plymale [mailto:dplymale@dugan-lawfirm.com]
**Sent:** Friday, January 22, 2010 3:39 PM
**To:** Bjork, Rebecca; James Dugan
**Cc:** Wimberly, Dorothy H.; Anderson, Brian; john.beisner@skadden.com; eben.flaster@dechert.com; benjamin.barnett@dechert.com; DBarrios@bkc-law.com; Lenny Davis
**Subject:** RE: Vioxx- La

Rebecca,

I am sure you know that Dr. Harris cannot begin the analysis for his rebuttal without this material.

On page 3 of his report, Mr. Wiggins alleges that "Dr Harris' programs contain serious methodological and programming errors rendering his calculations inappropriate and unreliable." Having not received any of Mr. Wiggins' own programs, Dr. Harris is not in a position to determine whether or not Mr. Wiggins' own programs might contain errors.

In contrast, Merck was supplied with several DVDs containing all of Dr. Harris' work product, including every electronic file that Dr. Harris created in this matter. This included not only all computer programs and intermediate files for data management, and not only all of the statistical regressions, but also the results of alternative models and sensitivity analyses.

Mr. Wiggins' report submitted violates FRCP 26(a)(2)(B)(ii).
Mr. Wiggins' submission does not satisfy the minimum standard required of expert reports in such a complex matter - namely, the delivery of sufficient data that another expert in the field could replicate and verify each step of the calculation.

I'm afraid that any further delay, much less your proposed 4 day delay within the 7 day window for Dr. Harris' rebuttal report, is severely prejudicial to plaintiffs ability to submit a rebuttal report within that 7 day window per the CMO.

If the materials are small enough that they can be emailed, please explain why we can't receive them today?

Plaintiffs reserve their rights to Move to Strike Mr. Wiggins' report in its entirety for violating FRCP 26(a)(2)(B)(ii).

Thanks

Doug

Douglas R. Plymale, J.D., Ph.D.
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Phone: (504) 648-0180
Fax:    (504) 648-0181
e-mail: dplymale@dugan-lawfirm.com

Electronic Mail Confidentiality Notice
This electronic mail message and all attachments may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution (electronic or otherwise), forwarding or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify us by telephone, facsimile, or e-mail to dplymale@dugan-lawfirm.com to arrange for return of the electronic email, attachments, or documents.

**From:** Bjork, Rebecca [mailto:RBjork@OMM.com]
**Sent:** Friday, January 22, 2010 1:44 PM
**To:** James Dugan; Douglas Plymale
**Cc:** Wimberly, Dorothy H.; Anderson, Brian; john.beisner@skadden.com; eben.flaster@dechert.com; benjamin.barnett@dechert.com; DBarrios@bkc-law.com; Lenny Davis
**Subject:** RE: Vioxx- La

James and Doug, we can send you the files electronically on Monday, either in a few emails or through FTP.

Rebecca S. Bjork

O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006-4001
(202) 220-5054 (direct line)
(202) 383-5414 (fax)
rbjork@omm.com

🌲 please consider the environment - do you really need to print this email?
*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** James Dugan [mailto:jdugan@dugan-lawfirm.com]
**Sent:** Friday, January 22, 2010 12:51 PM
**To:** Douglas Plymale
**Cc:** Wimberly, Dorothy H.; Anderson, Brian; john.beisner@skadden.com; eben.flaster@dechert.com; benjamin.barnett@dechert.com; Bjork, Rebecca; DBarrios@bkc-law.com; Lenny Davis
**Subject:** Re: Vioxx- La

Especially in light of the agreement to produce our rebuttal report by noon on Jan 27. When can we expect a response? Thanks



Sent from my iPhone

On Jan 22, 2010, at 12:41 PM, "Douglas Plymale" <dplymale@dugan-lawfirm.com> wrote:

> Counsel,
>
> We received yesterday Merck's expert report for Dr. Wiggins

without any reliance materials, electronic files, or calculations etc. Please provide these immediately.

Thanks

Douglas R. Plymale, J.D., Ph.D.
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Phone: (504) 648-0180
Fax:   (504) 648-0181
e-mail: dplymale@dugan-lawfirm.com

Electronic Mail Confidentiality Notice
This electronic mail message and all attachments may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution (electronic or otherwise), forwarding or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify us by telephone, facsimile, or e-mail to dplymale@dugan-lawfirm.com to arrange for return of the electronic email, attachments, or documents.