# EXHIBIT F



Jan 26 2010
11:01AM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, ex rel.<br>JAMES D. CALDWELL,<br>ATTORNEY GENERAL<br>Plaintiff<br><br>versus<br><br>MERCK SHARP & DOHME CORP.<br><br>Case No. 05-3700 | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, Plaintiff State of Louisiana, ex rel. James D. Caldwell Attorney General, pursuant to Federal Rules of Civil Procedure, will take the deposition of Steven N. Wiggins on February 9, 2010 starting at 10:00. a.m. and ending at 5:00 p.m., at the offices of, Baker Botts L.L.P, 910 Louisiana Street, Houston, Texas 77002.

This deposition will be taken before a person authorized by law to administer oaths, pursuant to Federal Rule of Civil Procedure 28. The deposition may also be videotaped. The witness is requested to bring the items listed in Exhibit A to the deposition.

Dated: January 26, 2010

/s/ James R. Dugan
James R. Dugan, II (La. Bar No. 24785)
Douglas R. Plymale. (La. Bar No. 28409)
Stephen B. Murray, Jr. (La. Bar No. 23877)
Stephen B. Murray, Sr. (La. Bar No. 9858)
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Attorneys for Plaintiff





Jan 26 2010
11:01AM

## EXHIBIT A

Steven N. Wiggins is instructed to bring with him to the deposition the following documents and other items:

1.   All documents generated by or for Mr. Wiggins in the course of his assignment in this matter, including any draft reports, work product, correspondence, and/or e-mails.

2.   Mr. Wiggins' billing file for this case, including all time sheets, bills, invoices, expenses, or costs related to Mr. Wiggins' work on the case, including any documents pertaining to persons working for or with Mr. Wiggins on this case.

3.   All documents, correspondence, memoranda, notes e-mails, and/or communications (and any attachments thereto) between Mr. Wiggins (or persons, agents or employees under his direction, control or supervision) and counsel for the Defendant, except such documents, correspondence, memoranda, notes, e-mails and/or communications that pertain solely to ministerial scheduling matters, such as correspondence related solely to obtaining dates for a deposition.

4.   Mr. Wiggins' complete file for this case, including but not limited to, all of the materials Mr. Wiggins has reviewed in connection with this case except such documents, correspondence, memoranda, notes, e-mails, and/or communications that pertain solely to ministerial scheduling matters, such as correspondence related solely to obtaining dates for a deposition.