# EXHIBIT H



**CRA** Charles River Associates

November 25, 2009

CRA No. D-11381

Ms. Carol Blythe
Merck & Company, Inc.
Mail Shop 4A44
351 N. Sumneytown Pike, UG4A-47
North Wales, PA 19454-2505

RE: Merck Vioxx Litigation

Dear Ms. Blythe:

Enclosed is CRA's invoice for professional services and expenses due in connection with the above referenced matter. This invoice is for the period October 17, 2009 through November 13, 2009.

If you have any questions or require additional information, please feel free to contact me at (312) 377-2332 or swilliamson@crai.com.

Sincerely,

CHARLES RIVER ASSOCIATES

Susan Williamson
Financial Administration

/sw
enc.
cc: Ms. Elysia M. Solomon
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC 20006



DEPOSITION EXHIBIT 4
Wiggins


CRA Charles River Associates

CRA No.    D-11381

Please Remit in US Dollars To:

Charles River Associates
P.O. Box 845960
Boston, MA  02284-5960 USA

Payable Via Wire Transfer To:

CRA International, Inc.
Account #: 1139714659
ABA #: 011500120
Citizens Bank
1 Citizens Drive
Riverside, RI 02915 USA

November 25, 2009

Carol Blythe
Merck & Company, Inc.
Mail Stop 4A44
351 N Sumneytown Pike, UG4A-47
North Wales, PA 19454

| | | |
|---|---|---|
| **Invoice Number** | 069933 | |
| Re: | Merck Vioxx Litigation | |
| Activity Dates: | October 17, 2009 through November 13, 2009 | |
| Professional Staff | | $52,667.36 |
| Expenses | | 5,233.56 |
| Total This Invoice: | | **$57,900.92** |

NOTE: Charles River Associates is not subject to backup withholding. Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.


Charles River Associates

November 25, 2009
Invoice Number 069933
Job No.:   D-11381

Carol Blythe
Merck & Company, Inc.
Mail Stop 4A44
351 N Sumneytown Pike, UG4A-47
North Wales, PA 19454

FOR:   MERCK VIOXX LITIGATION

## STATEMENT

According to our records, the following invoices(s) are still outstanding.

| Invoice Number | Invoice Date | Original Amount | Payments/ Credits | Amount Outstanding |
|---|---|---|---|---|
| 069436 | 11/4/2009 | 9,448.78 | 0.00 | 9,448.78 |
| | | $9,448.78 | $0.00 | $9,448.78 |

Please remit to:   Charles River Associates
P.O. Box 845960
Boston, MA 02284-5960

Please call Deborah Austin at (617) 425-6548 with any questions. If your payment has already been mailed, please disregard this notice and accept our thanks.

Invoices are due and payable upon receipt. CRA reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.


**CRA** Charles River Associates

November 25, 2009
Invoice Number 069933
Job No.:   D-11381

Carol Blythe
Merck & Company, Inc.
Mail Stop 4A44
351 N Sumneytown Pike, UG4A-47
North Wales, PA 19454

FOR:   MERCK VIOXX LITIGATION

Activity Dates:        October 17, 2009 through November 13, 2009

| PROFESSIONAL SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Maness, Robert | 59.50 | 475.00 | 28,262.50 |
| Buchan, Kristofer | 20.50 | 292.50 | 5,996.25 |
| Rittenhouse, Deborah | 6.00 | 116.10 | 696.61 |
| Associate/Analyst | 82.00 | | 17,712.00 |
| TOTAL LABOR | 168.00 | | 52,667.36 |

REIMBURSABLE EXPENSES

| | | |
|---|---|---|
| Duplication | | 376.06 |
| Travel | | 129.90 |
| Computer Network Services | | 2,856.00 |
| Misc. Reimbursable Expenses | | 1,871.60 |
| REIMBURSABLE EXPENSES | | 5,233.56 |
| | **TOTAL CHARGES** | **$57,900.92** |

Invoices are due and payable upon receipt. CRA reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.



December 29, 2009                                                CRA No. D-11381

Ms. Carol Blythe
Merck & Company, Inc.
Mail Shop 4A44
351 N. Sumneytown Pike, UG4A-47
North Wales, PA  19454-2505

RE:  Merck Vioxx Litigation

Dear Ms. Blythe:

Enclosed is CRA's invoice for professional services and expenses due in connection with the above referenced matter. This invoice is for the period November 14, 2009 through December 11, 2009.

If you have any questions or require additional information, please feel free to contact me at (312) 377-2332 or swilliamson@crai.com.

Sincerely,

CHARLES RIVER ASSOCIATES

Susan Williamson
Financial Administration

/sw
enc.
cc:     Ms. Elysia M. Solomon
        O'Melveny & Myers, LLP
        1625 Eye Street, NW
        Washington, DC  20006


Charles River Associates

CRA No.   D-11381

Please Remit in US Dollars To:

Charles River Associates EIN 04-2372210
P.O. Box 845960
Boston, MA  02284-5960 USA

Payable Via Wire Transfer To:

CRA International, Inc.
Account #: 1139714659
ABA #: 011500120
Citizens Bank
1 Citizens Drive
Riverside, RI 02915 USA

December 28, 2009

Carol Blythe
Merck & Company, Inc.
Mail Stop 4A44
351 N Sumneytown Pike, UG4A-47
North Wales, PA 19454

| | |
|---|---|
| **Invoice Number** | 070434 |
| Re: | Merck Vioxx Litigation |
| Activity Dates: | November 14, 2009 through December 11, 2009 |

| | |
|---|---|
| Professional Staff | $43,205.64 |
| Expenses | 4,101.49 |
| Total This Invoice: | **$47,307.13** |

NOTE: Charles River Associates is not subject to backup withholding. Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.



December 28, 2009
Invoice Number 070434
Job No.:  D-11381

Carol Blythe
Merck & Company, Inc.
Mail Stop 4A44
351 N Sumneytown Pike, UG4A-47
North Wales, PA 19454

**FOR:  MERCK VIOXX LITIGATION**

### STATEMENT

According to our records, the following invoices(s) are still outstanding.

| Invoice Number | Invoice Date | Original Amount | Payments/Credits | Amount Outstanding |
|---|---|---|---|---|
| 069933 | 11/25/2009 | 57,900.92 | 0.00 | 57,900.92 |
|  |  | $57,900.92 | $0.00 | $57,900.92 |

Please remit to:  **Charles River Associates**
P.O. Box 845960
Boston. MA  02284-5960

Please call Deborah Austin at (617) 425-6548 with any questions. If your payment has already been mailed, please disregard this notice and accept our thanks.

Invoices are due and payable upon receipt. CRA reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

One South Wacker Drive   34th Floor   Chicago, Illinois 60606   312-357-1000   312-357-1001 fax


**CRA** Charles River Associates

December 28, 2009
Invoice Number 070434
Job No.: D-11381

Carol Blythe
Merck & Company, Inc.
Mail Stop 4A44
351 N Sumneytown Pike, UG4A-47
North Wales, PA 19454

**FOR: MERCK VIOXX LITIGATION**

Activity Dates: November 14, 2009 through December 11, 2009

| PROFESSIONAL SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Maness, Robert | 14.75 | 475.00 | 7,006.25 |
| Buchan, Kristofer | 106.25 | 292.50 | 31,078.16 |
| Rittenhouse, Deborah | 2.25 | 116.10 | 261.23 |
| Associate/Analyst | 22.50 | | 4,860.00 |
| TOTAL LABOR | 145.75 | | 43,205.64 |

REIMBURSABLE EXPENSES

| | | |
|---|---|---|
| Computer Network Services | | 2,477.75 |
| Misc. Reimbursable Expenses | | 1,623.74 |
| REIMBURSABLE EXPENSES | | 4,101.49 |
| | **TOTAL CHARGES** | **$47,307.13** |

Invoices are due and payable upon receipt. CRA reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.



January 29, 2010								CRA No. D-11381

Ms. Carol Blythe
Merck & Company, Inc.
Mail Shop 4A44
351 N. Sumneytown Pike, UG4A-47
North Wales, PA 19454-2505

RE: Merck Vioxx Litigation

Dear Ms. Blythe:

Enclosed is CRA's invoice for professional services and expenses due in connection with the above referenced matter. This invoice is for the period December 12, 2009 through January 8, 2010.

If you have any questions or require additional information, please feel free to contact me at (312) 377-2332 or swilliamson@crai.com.

Sincerely,

CHARLES RIVER ASSOCIATES

Susan Williamson
Financial Administration

/sw
enc.
cc:	Ms. Elysia M. Solomon
	O'Melveny & Myers, LLP
	1625 Eye Street, NW
	Washington, DC 20006

# CRA Charles River Associates

CRA No.    D-11381

Please Remit in US Dollars To:

Charles River Associates EIN 04-2372210
P.O. Box 845960
Boston, MA 02284-5960 USA

Payable Via Wire Transfer To:

CRA International, Inc.
Account #: 1139714659
ABA #: 011500120
Citizens Bank
1 Citizens Drive
Riverside, RI 02915 USA

January 29, 2010

Carol Blythe
Merck & Company, Inc.
Mail Stop 4A44
351 N Sumneytown Pike, UG4A-47
North Wales, PA 19454

| | |
|---|---|
| **Invoice Number** | 070919 |
| Re: | Merck Vioxx Litigation |
| Activity Dates: | December 12, 2009 through January 8, 2010 |
| Professional Staff | $71,033.14 |
| Expenses | 5,617.55 |
| Total This Invoice: | **$76,650.69** |

NOTE: Charles River Associates is not subject to backup withholding. Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.


Charles River Associates

January 29, 2010
Invoice Number 070919
Job No.:   D-11381

Carol Blythe
Merck & Company, Inc.
Mail Stop 4A44
351 N Sumneytown Pike, UG4A-47
North Wales, PA 19454

**FOR:   MERCK VIOXX LITIGATION**

Activity Dates:     December 12, 2009 through January 8, 2010

| PROFESSIONAL SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Maness, Robert | 43.00 | 475.00 | 20,425.00 |
| Wiggins & Associates | 18.00 | 600.00 | 10,800.00 |
| Buchan, Kristofer | 98.25 | 292.50 | 28,738.14 |
| Associate/Analyst | 51.25 | | 11,070.00 |
| TOTAL LABOR | 210.50 | | 71,033.14 |
| REIMBURSABLE EXPENSES | | | |
| Computer Network Services | | 3,272.50 | |
| Misc. Reimbursable Expenses | | 2,345.05 | |
| REIMBURSABLE EXPENSES | | | 5,617.55 |
| | **TOTAL CHARGES** | | **$76,650.69** |

Invoices are due and payable upon receipt. CRA reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.