# EXHIBIT I

Charles River Associates                    **EXHIBIT B**                    January 21, 2010

Documents Reviewed:

| Document | Bates Nos. |
|---|---|
| Letter from M Cancienne to Wiggins Re: State of Louisiana v Merck & Co., Inc. October 13, 2009. | |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Bylaws | LaAG-VIOXX-002734-002738 |
| Attachments 4-7: Letter from MJ Terrebonne to Pharmaceutical and Therapeutics Committee Member, 12/19/01; Therapeutics Class Review - H2 Antagonists; Therapeutic Class Review - Second Generation Antihistamines; Therapeutic Class Review - Selective Serotonin Reuptake Inhibitors | |
| Louisiana Medicaid Pharmacy Benefits Management Program Prior Authorization Monthly Report (graph); Louisiana Medicaid Pharmacy Therapeutics Committee Atopic Dermatitis; Top 125 drugs by spend Sept. 2002 to Nov. 2002; LAM Anticonvulsant Market Share | |
| LAM Market Share: Macrolide, Insulin, Corticosteroids, Nasal, and ARB | |
| LAM Market Share: Antidepressants, SSRI, proton pump inhibitors, COX-II inhibitor, calcium channel blocker, and stimulant | |
| Attachment 5: Louisiana Department of Health and Hospitals Process for Review of Therapeutic Categories and New Drugs, 2/19/03; Attachment 6: Letter from State of Louisiana to Prescribing Practioners and Pharmacy Providers Re: Medicaid Prior Authorization Process' Preferred Drug List, 2/4/03; Attachment 7: Letter from State of Louisiana to Prescribing Practioners and Pharmacy Providers Re: Medicaid Prior Authorization Process' Preferred Drug List, 2/14/03; Attachment 8: Combination Estrogen Agents, August 2002; Attachment 9: Travel; Attachment 10: Travel Authorization form; Attachment 11: Revisit Category & New Category, May 2003 meeting | DEPOSITION EXHIBIT 5 W1 09 10 |
| Louisiana Department of Health and Hospitals Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes, 2/19/03 | |
| Louisiana Department of Health and Hospitals Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes, 11/07/01 and Louisiana Department of Health and Hospitals Medicaid Pharmaceutical and Therapeutics Bylaws Subcommittee Meeting Minutes, 11/7/01 | |
| In Re: Vioxx, State of Louisiana, ex rel. James D. Caldwell, Attorney General v. Merck & Co., Inc., Plaintiff's Second Supplemental and Amending Complaint for Injunctive Relief and Damages, 5/11/09 | |
| Louisiana Department of Health and Hospitals, Pharmaceutical and Therapeutics Committee Meeting Minutes, 08/08/01 | |
| Medicaid Pharmaceutical and Therapeutic Committee Meeting Minutes, 08/08/01 | LaAG-VIOXX-002454-002457 |
| P&T Meeting, 08/08/01 | LaAG-VIOXX-002458-002518 |
| Medicaid Pharmaceutical and Therapeutic Committee Meeting Minutes, 09/05/01 | LaAG-VIOXX-002519-002534 |
| Medicaid Pharmaceutical and Therapeutics Committee Meeting, Notice of Meeting, Agenda, 09/05/01 | |
| Medicaid Pharmaceutical & Therapeutics Committee Hearing, 11/07/01 | LaAG-VIOXX-002535-002575 |
| Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting Agenda, 11/07/01 | |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes, 01/09/02 | |
| Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Agenda and Minutes, 03/06/02 | LaAG-VIOXX-002686-002698 |
| In the Matter of: The Transcript of Medicaid Pharmaceutical and Therapeutics Committee Hearing, 01/09/02 | LaAG-VIOXX-002577-002606 |

Charles River Associates        **EXHIBIT B**        January 21, 2010

Documents Reviewed:

| Document | Bates Nos. |
|---|---|
| Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Agenda, 01/09/02 | LaAG-VIOXX-000310 |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes, 03/06/02 | |
| Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Agenda, 03/06/02 | |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes, 05/08/02 | |
| In the Matter of: The Transcript of Medicaid Pharmaceutical and Therapeutics Committee Hearing, 05/08/02 | LaAG-VIOXX-002608-002668 |
| Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Agenda, 05/08/02 | |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes, 06/26/02 | |
| Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Agenda, 06/26/02 | |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes, 09/04/02 | |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes, 12/11/02 | |
| Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Agenda, 12/11/02 | |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes, 2/19/03 | |
| Transcript of the Testimony of Hearing of the Medicaid Pharmaceutical & Therapeutics Committee, 2/19/03 | LaAG-VIOXX-000312-000375 |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Agenda, 02/19/03 | LaAG-VIOXX-000307 |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes, 05/21/03 | |
| Transcript of the Testimony of the Medicaid Pharmaceutical & Therapeutics Committee Hearing, 05/21/03 | LaAG-VIOXX-000376-000459 |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Agenda, 05/21/03 | LaAG-VIOXX-000306 |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes with Agenda, 08/13/03 | |
| Transcript of the Testimony of the Medicaid Pharmaceutical & Therapeutics Committee Hearing, 08/13/03 | |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Agenda, 12/17/03 | |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes, 12/17/03 | |
| Transcript of the Testimony of the Medicaid Pharmaceutical & Therapeutics Committee Hearing, 12/17/03 | LaAG-VIOXX-000460-000536 |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes, 05/05/04 | |
| Transcript of the Testimony of the Medicaid Pharmaceutical & Therapeutics Committee Hearing, 05/05/04 | LaAG-VIOXX-000537-000639 |

Charles River Associates     **EXHIBIT B**     January 21, 2010

Documents Reviewed:

| Document | Bates Nos. |
|---|---|
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes, 08/11/04 | |
| Transcript of the Testimony of Hearing of the Medicaid Pharmaceutical & Therapeutics Committee, 08/11/04 | LaAG-VIOXX-000640-000733 |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Agenda, 08/11/04 | |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes, 03/09/05 | |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Agenda, 03/09/05 | |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes, 08/17/05 | LaAG-VIOXX-002799-002837 |
| Transcript of the Testimony of Hearing Afternoon Session, Medicaid Pharmaceutical & Therapeutics Committee, 08/17/05 | LaAG-VIOXX-000734-000819 |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Agenda, 08/17/05 | LaAG-VIOXX-000299 |
| Transcript of the Testimony of Hearing, Medicaid Pharmaceutical & Therapeutics Committee, 08/09/06 | LaAG-VIOXX-000835-000954 |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Agenda, 08/09/06 | LaAG-VIOXX-000297 |
| Selective Cyclooxygenase (COX)-2 Inhibitors, February 2002 | |
| Nonsteroidal Anti-Inflammatories (NSAIDs), April 2003 & April 2004 | LaAG-VIOXX-003338-003352 |
| Nonsteroidal Anti-Inflammatory Drugs with Focus on Selective Cyclooxygenase (COX)-II Inhibitors | LaAG-VIOXX-003332-003337 |
| Louisiana DUR Board Meeting Minutes & Agenda, 07/15/99 | |
| Louisiana DUR Board Meeting Minutes & Agenda, 03/18/99 | |
| Louisiana DUR Board Meeting Minutes, 09/23/99 | |
| Louisiana DUR Board Meeting Minutes, 03/23/00 | |
| Louisiana DUR Board Meeting Agenda & Minutes, 06/22/00 | |
| Louisiana DUR Board Meeting Agenda & Minutes, 11/02/00 | |
| Louisiana DUR Board Meeting Agenda & Minutes, 01/25/01 | |
| Louisiana DUR Board Meeting Agenda & Minutes, 05/24/01 | |
| Louisiana DUR Board Meeting Agenda & Minutes, 03/21/02 | |
| Louisiana DUR Board Meeting Agenda & Minutes, 05/29/02 | |
| Louisiana Medicaid Drug Utilization Review Board Agenda & Minutes, 04/16/03 | |
| Louisiana Medicaid Drug Utilization Review Board Agenda & Minutes, 07/30/03 | |
| Louisiana Medicaid Drug Utilization Review Board Agenda & Minutes, 10/29/03 | |
| Louisiana Medicaid Drug Utilization Review Board Agenda & Minutes, 03/02/04 | |
| Louisiana Medicaid Drug Utilization Review Board Agenda & Minutes, 07/07/04 | |
| Louisiana Medicaid Drug Utilization Review Board Agenda & Minutes, 03/02/04 | |
| Louisiana Medicaid Drug Utilization Review Board Agenda & Minutes, 10/20/04 | |
| Louisiana Medicaid Drug Utilization Review Board Agenda & Minutes, 01/26/05 | |
| Louisiana Medicaid Drug Utilization Review Board Agenda, 08/25/05 | |
| State of Louisiana Department of Health and Hospitals, Drug Utilization Review Annual Report, October 1, 1998 - September 30, 1999, prepared by UNISYS 06/30/00 | |
| State of Louisiana Department of Health and Hospitals, Drug Utilization Review Annual Report, October 1, 1999 - September 30, 2000, prepared by UNISYS 06/30/01 | |

Charles River Associates     **EXHIBIT B**     January 21, 2010

Documents Reviewed:

| Document | Bates Nos. |
|---|---|
| State of Louisiana Department of Health and Hospitals, Drug Utilization Review Annual Report, October 1, 2000 - September 30, 2001, prepared by UNISYS 06/30/02 | |
| State of Louisiana Department of Health and Hospitals, Drug Utilization Review Annual Report, October 1, 2001 - September 30, 2002, prepared by UNISYS 06/30/03 | |
| State of Louisiana Department of Health and Hospitals, Drug Utilization Review Annual Report, October 1, 2002 - September 30, 2003, prepared by UNISYS 06/30/04 | |
| State of Louisiana Department of Health and Hospitals, Drug Utilization Review Annual Report, October 1, 2003 - September 30, 2004, prepared by UNISYS 06/30/05 | |
| Letter from R. Bjork to Wiggins re: Protective Order, 11/03/09 | |
| In Re: Vioxx Products Liability Litigation, Pretrial Order #13 (Stipulation and Protective Order Regarding Confidential Information) | |
| Expert Report of Cornelia Pechman | |
| Expert Report of David A. Kessler | |
| Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx) | |
| Report of John David Abramson, M.D. | |
| Report of John S. MacGregor, M.D., Ph.D., Regarding the Cardiovascular Effects of Vioxx, November 6, 2009 | |
| Report of Neil L. Julie, M.D. | |
| Declaration of Terry D. Leach, Pharm.D. with Exhibits 1 & 2, References 1-16 | |
| Deposition of Ben Bearden taken October 12, 2009 | |
| Deposition of Gina C Biglane taken October 28, 2009 | |
| United States District Court, Eastern District of Louisiana, In re: VIOXX, Products Liability Litigation, Order Concerning Use of Certain Third Party Information | |
| Letter from State of Louisiana Department of Health and Hospitals to Drug Manufacturers Participating the Federal Drug Rebate Program, Act 395 of the 2001 Regular Legislative Session, November 9, 2001 | |
| Jeffrey E. Harris CV, December 2009 | |
| Expert Report of Jeffrey E. Harris, M.D. Ph.D., December 22, 2009 | |
| Letter from Plymale to Bjork Re: Rebate Claims Audit Data, 1/8/10 | |
| Vioxx Relevant Data Request (from MJ depo).xlsx | |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting, August 11, 2004 | |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting, August 17, 2005 | |
| Letter from DeLap to Silverman/Merck Re: NDA 21-042 | |
| Attachment 8: Provider Synergies, Louisiana Medicaid PDL Program, Overview and Results, March 18, 2004 | |
| IMS Health Incorporated Order Confirmation and Agreement for Litigation Requests between IMS Health Incorporated ("IMS") and Murray Law Firm, 11/23/09 | |

Charles River Associates        **EXHIBIT B**        January 21, 2010

Documents Reviewed:

| Document | Bates Nos. |
|---|---|
| Letter from State of Louisiana Department of Health and Hospitals to Prescribing Practioner Re: NSAIDS, 3/1/05 | LaAG-VIOXX007079-007080 |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting, August 8, 2007 | |
| Letter from State of Louisiana Department of Health and Hospitals to Prescribing Provider Re: PDL 07-02, 9/20/07 | |
| FDA Alert for Healthcare Professionals, Celecoxib (marketed as Celebrex), 4/7/05 | |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting, January 9, 2002 | LaAG-VIOXX002687-002698 |
| State of Louisiana Department of Health and Hospitals to Prescribing Practitioners and Pharmacy Providers Re: Pharmacy Prior Authorization, 5/24/02 | LaAG-VIOXX002294-002304 |
| Letter from State of Louisiana Department of Health and Hospitals to Prescribing Practioners and Pharmacy Providers Re: PA/PDL, 7/14/03 | LaAG-VIOXX002333-002339 |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting, May 5, 2004 | |
| Memo from State of Louisiana Department of Health and Hospitals to Frederick P. Cerise Re: P&T Committee May 5, 2004 Recommendations | LaAG-VIOXX000228-000235 |
| Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting, May 8, 2002 | |
| FDA Announces Series of Changes to the Class of Marketed Non-Steroidal Anti-Inflammatory Drugs (NSAIDs). http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2005/ucm108427.htm | |
| FDA Public Health Advisory: Safety of Vioxx, http://www.fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm106274.htm | |
| FDA Statement on the Halting of a Clinical Trial of the Cox-2 Inhibitor Celebrex, http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2004/ucm108384.htm | |
| FDA Advisory: Public Health Advisory - FDA Announces Important Changes and Additional Warnings for COX-2 Selective and Non-Selective Non-Steroidal Anti-Inflammatory Drugs (NSAIDs) | |
| FDA Advisory: FDA Public Health Advisory: Safety of Vioxx | |
| FDA VIOXX Q&A | |
| FDA Q&A: Strengthened Warnings on Bextra | |
| FDA News Release: FDA Announces Series of Changes to the Class of Marketed Non-Steroidal Anti-Inflammatory Drugs (NSAIDs), 4/7/05 | |
| FDA Statement on the Halting of a Clinical Trial of the Cox-2 Inhibitor Celebrex, 12/17/04 | |
| Letter from State of Louisiana Department of Health and Hospitals Terrebonne to Courtney-Williams (SXC Health Solutions) Re: responses to your questions regarding the Request for Proposal (RFP) for State Supplemental Rebate Preferred Drug List Services, 4/13/09 | |
| Email from Harrington to McLarty, Lambert, & Kelly Re: Louisiana Medicaid, 10/16/02 | MRK-AGLAAD0009918 |
| PDL Gross Sales Analysis, Louisiana Medicaid | MRK-AGLAAD0009919 |
| State of Louisiana Medicaid, Warren Lambert, ArkLaTx Region | MRK-AGLAAD0009920-0009942 |

Charles River Associates   **EXHIBIT B**   January 21, 2010

Documents Reviewed:

| Document | Bates Nos. |
|---|---|
| Department of Health and Human Services, Food and Drug Administration, Supplemental Labeling Request - CBE | |
| Prior Authorization PDL Implementation Schedule, 10/7/05, Effective 11/1/05 | |
| Pfizer press release: New FDA Labeling for Pfizer's Celebrex and All Other NSAIDs to Reflect Similar Cardiovascular Profile, 4/7/05 | |
| Pharmaceutical and Therapeutics Committee - Medicaid (Health Services Financing) - Louisiana, http://www.dhh.louisiana.gov/offices/?ID=134 | |
| Public Health Advisory - FDA Announces Important Changes and Additional Warnings for COX-2 Selective and Non-Selective Non-Steroidal Anti-Inflammatory Drugs (NSAIDs), http://www.fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm150314.htm | |
| Questions and Answers: Strengthened Warnings on Bextra, http://www.fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm106255.htm | |
| Questions and Answers: Strengthened Warnings on Bextra, http://www.fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm106255.htm | |
| DUR Board Meeting Minutes, 1/26/05 | |
| Email from Greene to Terrebonne, 5/2/05 Re: NSAID 2005_04_28.xls | LaAG-VIOXX007024-007028 |
| Department of Health and Human Services, Food and Drug Administration, Supplemental Labeling Request - CBE | |
| Merck News Release: Merck Announces Voluntary Worldwide Withdrawal of VIOXX®, 9/30/04 | |
| Deposition with Exhibits of Charles F. Castille, December 10, 2009 | |
| Deposition of Melwyn Wendt, Pharm. D., December 14, 2009 | |
| http://www.fda.gov/cder/drug/analgesics/QandAanalgesics.htm | |
| http://www.fda.gov/cder/meeting/acetaminophen/Questions_Answers.htm | |
| http://www.accessdata.fda.gov/scripts/cder/ob/docs/obdetail.cfm?Appl_No=020998&TABLE1=OB_Rx. | |
| http://www.fda.gov/bbs/topics/ANSWERS/ANS00956.html | |
| http://www.fda.gov/cder/foi/nda/2001/21-341_Bextra.htm | |
| http://www.fda.gov/cder/drug/InfoSheets/HCP/valdecoxibHCP.htm | |
| http://www.fda.gov/cder/drug/infopage/COX2/NSAIDdecisionMemo.pdf | |
| http://www.fda.gov/drugs/drugsafety/postmarketdrugsafetyinformationforpatientsandproviders/ucm106255.htm | |
| http://www.fda.gov/newsevents/newsroom/pressannouncements/2004/ucm108384.htm | |
| http://www.rheumatology.org/publications/hotline/0305COX2.pdf, | |
| http://www.theheart.org/article/375785.do | |
| http://www.medscape.com/viewarticle/538165 | |
| http://www.fda.gov/Drugs/DrugSafety/PublicHealthAdvisories/ucm051900.htm | |
| http://www.fda.gov/OHRMS/DOCKETS/AC/cder05.html#DrugSafetyRiskMgmt | |
| http://www.lamedicaid.com/providerupdate/provider_update1292.htm | |
| http://www.lamedicaid.com/provweb1/forms/rxpa/PDLLetter.pdf. | |
| http://www.providersynergies.com/ | |
| http://www.fda.gov/Drugs/DrugSafety/PublicHealthAdvisories/ucm051900.htm | |
| Dr. Harris's Vioxx Report Work Papers 12-22-2009 DVDs 1 - 3 | |

Charles River Associates     **EXHIBIT B**     January 21, 2010

| Documents Reviewed: Document | Bates Nos. |
|---|---|
| State of Louisiana Department of Health and Hospitals, "Drug Utilization Review Annual Report," prepared by Unisys, June 30, 2008. | |
| Rough Draft Deposition Transcript of Valerie E. Taylor, Pharm. D., January 15, 2010. | |
| William H. Greene, *Econometric Analysis*, 6th Edition, 2008. | |