# EXHIBIT J

# BAKER BOTTS LLP

ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TEXAS
77002-4995

TEL  713.229.1234
FAX 713.229.1522
www.bakerbotts.com

ABU DHABI
AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
**HOUSTON**
LONDON
MOSCOW
NEW YORK
PALO ALTO
RIYADH
WASHINGTON

February 18, 2010

008885.1372

*BY ELECTRONIC MAIL*

Travis J. Sales
TEL  713.229.1378
FAX 713.229.7878
travis.sales@bakerbotts.com

James R. Dugan
Douglas Plymale
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130

      Re:    *State of Louisiana ex rel. Caldwell v. Merck Sharp & Dohme Corp.*

Dear Counsel:

      Enclosed please find an updated copy of Dr. Steve Wiggins' curriculum vitae and invoices from Wiggins & Associates to Charles River Associates. These materials were requested during Dr. Wiggins' deposition.

      Thank you for your attention to this matter.

      Very truly yours,

      Travis J. Sales

Enclosures

cc:    Brian Anderson
       Tarek Ismail
       Ben Barnett

HOU02:1192449.1