# EXHIBIT K

# WIGGINS & ASSOCIATES
Economic Consultants

January 11, 2010

TO: Anne Prunier
Charles River Associates
200 Clarendon Street, T-33
Boston, MA 02116-5092
(617) 425-3008

FROM: Steven N. Wiggins
Wiggins & Associates

RE: December 2009, Merck #11381

**Expert Hours: Steven N. Wiggins**

18 hrs. @ $600/hour          $10,800.00

**TOTAL**                    **$10,800.00**

Please remit payment to:

**Steven N. Wiggins, Ph.D.
Department of Economics
Texas A&M University
3035 Academic Building West
College Station, TX 77843-4228**

For billing questions, please call Deborah Rittenhouse at 817-784-6744.

Thank you.

Merck #11381
Time Record for Steven N. Wiggins
December 2009

Confidential -- Attorney/Client Work Product

| December 10 | Review documents. | 6.5 hrs. |
|---|---|---|
| December 11 | Review documents. | 2.5 hrs. |
| December 24 | Review documents. | 3.75 hrs. |
| December 28 | Review report, meet with RAs. | 2.25 hrs. |
| December 29 | Review data and report. | 3 hrs. |
| | Total | 18 hrs. |



# WIGGINS & ASSOCIATES
Economic Consultants

February 3, 2010

TO: Anne Prunier
Charles River Associates
200 Clarendon Street, T-33
Boston, MA 02116-5092
(617) 425-3008

FROM: Steven N. Wiggins
Wiggins & Associates

RE: January 2010, Merck #11381

**Expert Hours: Steven N. Wiggins**

| | |
|---|---|
| 103 hrs. @ $600/hour | $61,800.00 |
| **TOTAL** | **$61,800.00** |

Please remit payment to:

**Steven N. Wiggins, Ph.D.
Department of Economics
Texas A&M University
3035 Academic Building West
College Station, TX 77843-4228**

For billing questions, please call Deborah Rittenhouse at 817-784-6744.

Thank you.

Merck #11381
Time Record for Steven N. Wiggins
January 2010

Confidential -- Attorney/Client Work Product

| January 4  | Work on report.                                | 3.5 hrs.  |
| January 5  | Work on report.                                | 6 hrs.    |
| January 6  | Work on report, meet with RAs.                 | 3.75 hrs. |
| January 7  | Work on report, teleconference, meet with RAs. | 7.5 hrs.  |
| January 8  | Analysis, work on report, meet with RAs.       | 6.75 hrs. |
| January 9  | Data analysis.                                 | .75 hrs.  |
| January 11 | Data analysis, meet with RAs.                  | 7.25 hrs. |
| January 12 | Work on report.                                | 8.25 hrs. |
| January 13 | Work on report.                                | 8.5 hrs.  |
| January 14 | Teleconference, work on report.                | 7 hrs.    |
| January 15 | Review report.                                 | 5 hrs.    |
| January 16 | Review report.                                 | 4.5 hrs.  |
| January 18 | Work on report.                                | 2.75 hrs. |
| January 19 | Teleconference, work on report.                | 7.75 hrs. |
| January 20 | Work on report.                                | 3.5 hrs.  |
| January 21 | Review report.                                 | 3 hrs.    |
| January 22 | Review report and analysis.                    | 3.75 hrs. |
| January 25 | Review documents.                              | 4.25 hrs. |
| January 28 | Review documents, Harris report.               | 4 hrs.    |
| January 29 | Review documents.                              | 5.25 hrs. |
|            | Total                                          | 103 hrs.  |