UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | SECTION L |
| STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| Case No. 05-3700 | |

## [PROPOSED] ORDER

Upon considering Plaintiffs' Plaintiff's Motion To Strike, Or In The Alternative To Exclude, The Expert Report And Testimony Of Steven Wiggins:

**IT IS ORDERED**, that Plaintiffs' Plaintiff's Motion To Strike, Or In The Alternative To Exclude, The Expert Report And Testimony Of Steven Wiggins is hereby GRANTED;

**IT IS ORDERED**, that The Expert Report And Testimony Of Steven Wiggins be and hereby are STRICKEN FROM THE RECORD IN THIS CASE.

**IT IS ORDERED**, that The Expert Report And Testimony Of Steven Wiggins be and hereby are EXCLUDED FROM TRIAL IN THIS MATTER.

**NEW ORLEANS, LOUISIANA**, this \_\_\_\_ day of _____, 2010.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

1