UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | SECTION L |
| STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| Case No. 05-3700 | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the Plaintiffs' Motion To Strike, Or In The Alternative To Exclude, The Expert Report And Testimony Of Steven Wiggins, will be brought on for hearing on the 24th day of March, 2010, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: February 19, 2010

/s/  Douglas R. Plymale
Douglas R. Plymale, Ph.D.
dplymale@dugan-lawfirm.com
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Counsel for Plaintiffs

1