UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | MDL NO. 1657 |
| Products Liability Litigation | ) | |
| | ) | SECTION: L |
| This Document Relates to: | ) | |
| | ) | HON. ELDON E. FALLON |
| STATE OF LOUISIANA, ex rel. | ) | |
| JAMES D. CALDWELL, | ) | MAG. JUDGE KNOWLES |
| ATTORNEY GENERAL | ) | |
| Plaintiff | ) | |
| | ) | |
| versus | ) | |
| | ) | |
| MERCK SHARP & DOHME CORP. | ) | |
| | ) | |
| Case No. 05-3700 | ) | |

**DECLARATION OF JAMES R. DUGAN, II IN SUPPORT OF PLAINTIFF'S MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY OF MERCK'S EXPERT JERRY WELLS**

I, James R. Dugan, II hereby declare as follows:

1. I am a partner of the Murray Law Firm, 650 Poydras Street, Suite 2150, New Orleans, Louisiana 70130 and I am one of the counsel for Plaintiffs in this matter. I am submitting this Declaration in further support of Plaintiff's Memorandum in Support of Motion to Exclude Certain Opinion Testimony of Merck's Expert Jerry Wells. I have personal knowledge of the matter set forth and could testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the deposition of Jerry Wells taken on January 27, 2010.

Declaration was executed on February 19, 2010, New Orleans, Louisiana

/s/ James R. Dugan, II
JAMES R. DUGAN, II