UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX <br>     Products Liability Litigation <br><br> This Document Relates to: <br><br>     STATE OF LOUISIANA, ex rel. <br>     JAMES D. CALDWELL, <br>     ATTORNEY GENERAL <br>                 Plaintiff <br><br>     versus <br><br> MERCK SHARP & DOHME CORP. <br><br> Case No. 05-3700 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1657 <br><br> SECTION: L <br><br> HON. ELDON E. FALLON <br><br> MAG. JUDGE KNOWLES |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Plaintiffs' Motion and Incorporated Memorandum In Support of Motion to Excluded Certain Opinions Testimony of Merck's Expert Jerry Wells, will be brought on for hearing on the 24th day of March, 2010, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: February 19, 2010

                                              /s/ James R. Dugan
                                              James R. Dugan, II (La. Bar No. 24785)
                                              Douglas R. Plymale. (La. Bar No. 28409)
                                              Stephen B. Murray, Jr. (La. Bar No. 23877)
                                              Stephen B. Murray, Sr. (La. Bar No. 9858)
                                              **MURRAY LAW FIRM**
                                              650 Poydras Street, Suite 2150
                                              New Orleans, LA 70130

1

James D. Caldwell
Attorney General
Trey Phillips
Bryan McMinn
L. Christopher Styron
Assistant Attorneys General
LOUISIANA DEPARTMENT OF JUSTICE
885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

Francisco H. Perez
Kim Sullivan
General Counsel
Louisiana Department of Health and Hospitals
P.O. Box 3836
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1188
Facsimile: (225) 342-2232

Counsel for Plaintiff