# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, | JUDGE ELDON E. FALLON |
| Plaintiffs, | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK SHARP & DOHME CORP., | Case No. 05-3700 |
| Defendants. | |

## MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY AND STATEMENTS OF MERCK'S EXPERTS CONCERNING THE SAFETY AND EFFICACY OF VIOXX BASED ON "PERSONAL EXPERIENCE"

Plaintiff Louisiana Attorney General moves this Court for an Order to Exclude Certain Opinion Testimony and Statements of Merck's Experts Concerning the Safety and Efficacy of Vioxx Based on "Personal Experience," and requests that the Court consider the Memorandum in Support incorporated herein and rule in plaintiff's favor pursuant to the Federal Rules of Civil Procedure. This Motion and accompanying pleadings are submitted by Plaintiff's Liaison Counsel on behalf of counsel for plaintiff, Louisiana Attorney General, and to accommodate such counsel.

Date: February 19, 2010

Respectfully submitted,

By: */s/ James R. Dugan, II*
James R. Dugan, II

859299.1

        James R. Dugan, II
        THE DUGAN LAW FIRM
        650 Poydras Street, Suite 2150
        New Orleans, LA  70130
        Telephone:  (504) 648-0180
        Facsimile:  (504) 648-0181

*Plaintiff's Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support of Motion to Exclude Certain Opinion Testimony of David Curtis, M.D. has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 19th day of February, 2010.

                                                      */s/ Trudy V. Bryant*
                                                    Trudy V. Bryant
                                                    THE DUGAN LAW FIRM & MURRAY LAW FIRM
                                                    Paralegal to James R. Dugan, II & Douglas R. Plymale, Ph.D.
                                                    650 Poydras Street, Suite 2150
                                                    New Orleans, LA  70130
                                                    Telephone:  (504) 648-0180
                                                    Facsimile:  (504) 648-0181
                                                    Email:  trudy@dugan-lawfirm.com