UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK SHARP & DOHME CORP.,<br><br>Defendants. | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Case No. 05-3700 |

### DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY AND STATEMENTS OF MERCK'S EXPERTS CONCERNING THE SAFETY AND EFFICACY OF VIOXX BASED ON "PERSONAL EXPERIENCE"

I, Sarah R. London, hereby declare as follows:

1. I am an attorney and partner at Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111. Elizabeth J. Cabraser of LCHB is a member of the Plaintiffs' Steering Committee (PSC) in this MDL, as well as Chair of the Purchase Claims Committee of the PSC and Government Action Executive Committee Member. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the rebuttal of expert David Y. Graham, M.D.

3. Attached hereto as Exhibit 2 is a true and correct copy of the report of plaintiff's expert Neil Julie, M.D.

859305.1

4. Attached hereto as Exhibit 3 are excerpts of the deposition transcript of David Curtis, M.D., January 18, 2010, pp. 66:14-18; 67:1-3; 69:10-70:10; 70:2-4; 71:20-22, 71:23-72:1; 72:5-7; 76:13-77:14; 186:2-5, 10-25; 190:1-25; 209:2-19; 236:17-22; 252:4-6; 266:5-10

5. Attached hereto as Exhibit 4 is a true and correct copy of the report of David Curtis, M.D.

6. Attached hereto as Exhibit 5 are excerpts of the deposition transcript of Alan S. Nies, M.D., March 2, 2005, pp. 647:25-648:3, 650:16-19.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Vioxx 1999 label from the Physician's Desk Reference, marked as Curtis Exhibit 32.

8. Attached hereto as Exhibit 7 is a true and correct copy of an article by Claire Bombardier, M.D., *et al.,* entitled "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis" published in *The New England Journal of Medicine*, November 23, 2000, previously marked as Curtis Exhibit 18.

9. Attached hereto as Exhibit 8 is a true and correct copy of an article by Loren Laine, *et al.,* entitled "Alimentary Tract – A Randomized Trial Comparing the Effect of Rofecoxib, a Cyclooxygenase 2 – Specific Inhibitor, with that of Ibruprofen on the Gastroduodenal Mucosa of Patients with Osteoarthritis" published in *The American College of Rheumatology*, 1999.

10. Attached hereto as Exhibit 9 is a true and correct copy of an article by Kenneth Saag, MD, MSc, *et al.*, entitled "Rofecoxib, a New Cyclooxygenase 2 Inhibitor, Shows Sustained Efficacy, Comparable With Other Nonsteroidal Anti-inflammatory Drugs." Download from www.archfammed.com, December 16, 2009, previously marked as Sales Exhibit 39.

859305.1

11. Attached hereto as Exhibit 10 is a true and correct copy of the report of David J. Sales, M.D.

12. Attached hereto as Exhibit 11 is a true and correct copy of the report of Melvin L. Parnell, Jr., M.D.

13. Attached hereto as Exhibit 12 is a true and correct copy of the report of David R. Silvers, M.D.

14. Attached hereto as Exhibit 13 is a true and correct copy of a memo from Kristel Vandormael with subject "Preliminary Statistical Analysis of CDSP MK-966, DATE: July 27, 2001 Protocol 906-01," dated July 27, 2001, previously marked as Curtis Exhibit 9.

15. Attached hereto as Exhibit 14 is a true and correct copy of an email from Andreas Moan to Anne Altmeyer, dated July 23, 2001, previously marked as Curtis Exhibit 7.

16. Attached hereto as Exhibit 15 is a true and correct copy of an email from Sophie Kornowski to Wendy Dixon and Barry Gertz, dated July 24, 2001, previously marked as Curtis Exhibit 8.

17. Attached hereto as Exhibit 16 is a true and correct copy of an email from Anne Altmeyer to Andreas Moan, Karen Grosser, and Ken Truitt, dated September 20, 2001, previously marked as Curtis Exhibit 7.

18. Attached hereto as Exhibit 17 are excerpts of the deposition transcript of Melvin L. Parnell, M.D., January 21, 2010, pp. 60:5-11.

19. Attached hereto as Exhibit 18 is a true and correct copy of an article by John A. Baron, *et al.,* entitled "Cardiovascular events associated with rofecoxib: final analysis of the APPROVe trial," published in The Lancet, dated November 15, 2008, previously marked as Curtis Exhibit 31.

20.     Attached hereto as Exhibit 19 is a true and correct copy of minutes from the Arthritis Advisory Committee and Drug Safety and Risk Management Advisory Committee, dated February 16-18, 2005, previously marked as Curtis Exhibit 29.

21.     Attached hereto as Exhibit 20 is a true and correct copy of slides from Ned S. Braunstein, MD, from COX-2 FDA Advisory Committee Meeting 2005, previously marked as Curtis Exhibit 27.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on February 19, 2010, at San Francisco, California.

                                              /s/ Sarah R. London
                                              SARAH R. LONDON