# EXHIBIT 4

**PACIFIC RHEUMATOLOGY ASSOCIATES MEDICAL GROUP**
2100 Webster Street, Suite 112
San Francisco, California 94115
Neal S. Birnbaum, M.D., FACP, FACR
David L. Curtis, M.D., Inc., FACR
Pedro J. Ruiz, M.D., PhD
Phone: (415) 923-3060  FAX: (415) 749-0841


*Expert Witness Report - Louisiana AG v. Merck Litigation*


## QUALIFICATIONS FOR EXPERT REPORT

I graduated from Colgate University with honors in 1968 and then graduated from Columbia University College of Physicians and Surgeons in 1972 with an M.D. degree. I completed three years of Internal Medicine training at Johns Hopkins Hospital in 1975 and then I was a Robert Wood Johnson Fellow at the University of California, San Francisco.  My clinical training was in Rheumatology while at the University of California, completing my fellowship in 1977.

My qualifications include being a Board Certified General Internist and Board Certified Rheumatologist in practice in San Francisco since 1978. I am a fellow of the American College of Rheumatology since 1984.  My practice includes caring for the range of musculoskeletal, immune mediated and connective tissue diseases that are part of the rheumatology medical specialty, e.g., acute and chronic pain, rheumatoid arthritis, psoriatic arthritis and osteoarthritis. Prescribing non-steroidal anti-inflammatory medications, including COX-2 agents, specifically Vioxx, has always been part of my practice.  I see approximately sixty patients per week in consultation and follow-up appointments as well as being available for in-patient hospital consultations. Over my years of training and practice, I have seen many thousands of patients with rheumatoid arthritis, osteoarthritis as well as patients with acute and chronic pain.

Over these years I have written tens of thousands of prescriptions for NSAIDS and many thousands of prescriptions for Vioxx and other COX-2 drugs.  I have delivered many lectures to my colleagues on the topic of NSAIDS and COX-2 drugs.  Over the many years of my clinical training and practice I have seen the significant benefits of NSAIDs, including the COX-2 drugs and I have diagnosed and treated complications of these drugs, including dyspepsia, esophagitis, peptic ulcer, upper GI hemorrhage, aggravation of colitis and colonic perforation.  I have also diagnosed and treated the hypertension, peripheral edema, and congestive heart failure complications.  I do not recall any cardiovascular thrombotic events in a patient I cared for who was on a NSAID.

My practice also has included some general medicine, including the care of hypertensive,

and coronary artery disease patients and patients with acute myocardial infarctions. I always have been very aware of the risks and benefits of non-steroidal anti-inflammatory medicines and the issues surrounding cardiovascular risk factors. I have remained involved as an investigator in clinical trials. I remain active in post-graduate teaching and I am an Assistant Clinical Professor of Medicine at the University of California San Francisco. My resume is attached to this report.

## NSAID DEVELOPMENT

Plant forms of salicylates have been used since ancient times for rheumatic pain. Aspirin was synthesized in the late 19th century and since then has continued to be an important pain reliever, antipyretic and now anti-thrombotic medication. Some years after aspirin, other "aspirin- like drugs" were developed by pharmaceutical companies. These compounds, along with aspirin, were ultimately grouped under the category of non-steroidal anti-inflammatory drugs (NSAIDS).

The designation of this class of compounds as "non-steroids" recognizes their role in suppressing inflammation, above and beyond their role in controlling fever and pain. This distinction is important as it separates NSAIDs from the corticosteroid class and the simple analgesics, including acetaminophen and narcotics.

In the early 1970s it was recognized that NSAIDs had their effects through inhibition of prostaglandin synthesis by way of the inhibition of the cyclo-oxidase enzyme (COX.) Later it was identified that there were two COX enzymes (1 and 2) and their physiological role was and continues to be extensively studied. COX-1 is an enzyme present in most tissues but is the only isoform in platelets. COX-2 is "induced" in certain cells and tissues in inflammatory states but is also normally present in some tissues, particularly the kidney.

Inhibition of COX-1 and COX-2 is achieved to varying degrees by different NSAIDs. For example, aspirin in low doses completely inhibits COX-1 in platelets and thereby blocks platelet participation in coagulation by blocking thromboxane (a product of prostaglandin synthesis responsible for the platelet aggregation effect.) On the other hand, low dose aspirin has a very weak (but dose dependent) effect on the COX-2 enzyme. The roles of COX-1 and COX-2 enzymes in thrombosis is very complicated since COX-2 can be "induced" in states of inflammation or other physiologic states and the effect of aspirin or other NSAIDs can be both dose and time dependent. Also, certain NSAIDs at their therapeutic dose have weaker or greater COX-2 versus COX-1 effects in comparison with other NSAIDS.

The majority of the anti-inflammatory, analgesic and antipyretic actions of NSAIDS are due to inhibition of COX-2. The discovery of COX-1 and 2 isoenzymes was followed by the understanding that these isoforms of COX enzyme suppress prostaglandin synthesis at different sites in the body. It was recognized that prostaglandins were important in stomach mucosa protection and were mediated solely by COX-1. COX-2 was recognized

2

as an important mediator of prostaglandins in the inflammatory cascade. Since a major aspect of inflammation is pain, NSAIDs represent an important class of medication for the millions of individuals who suffer from acute and chronic painful conditions. The hypothesis that a selective COX-2 inhibitor would be safer on the stomach and be as effective as non-selective NSAIDS for controlling pain and inflammation, led to the development of selective COX-2 inhibitors, including Vioxx.

The development of selective COX-2 agents was the result of a remarkable and very rational approach to drug development. The development of the selective COX-2 agents was the culmination of a scientific hypothesis, the COX-1/COX-2 paradigm, being applied to a very serious clinical problem, NSAID related gastrointestinal adverse events. The risk to benefit calculation for NSAID prescribing was significantly improved with the selective COX-2 inhibitor development.

## NSAIDS IN CLINICAL PRACTICE: PAIN AND INFLAMMATION

### ACUTE AND CHRONIC PAIN

The treatment of pain is a significant part of every clinical physician's practice. Over 75 million Americans suffer serious pain annually; 50 million of those endure serious chronic pain (pain lasting 6 months or more), and another 25 million experience acute pain. And over 26 million adults experience frequent back pain and 2/3 of Americans will have back pain during their lifetime. (**American Pain Foundation, www.painfoundation.org**) In California, the law requires most California-licensed physicians to take, as a one-time requirement, 12 units of continuing medical education (CME) on "pain management" and "appropriate care and treatment of the terminally ill." (**Medical Board of California, www.medbd.ca.gov**)

Acute pain is associated with deleterious physiological effects including tachycardia and hypertension in addition to its obvious effects on daily living activities. Chronic pain has short and long term consequences, including interfering with personal and home life activities, work performance and job disability. It can also lead to chronic anxiety and depression, including suicide.

Pain can be caused by non-inflammatory conditions (e.g. injury) or can have associated or underlying inflammatory processes that cause or contribute to pain. The drug choices available to treat pain are limited. The drug choices for the treatment of non-inflammatory pain include acetaminophen, NSAIDS, narcotics, and CNS-acting drugs such as some anti-seizure (e.g. gabapentin and pregabalin) and anti-depressives (e.g. duloxetine and milnacipran). CNS acting drugs are useful for chronic neuropathic pain and pain associated with fibromyalgia. The choices for inflammatory pain are the same as those for non-inflammatory pain but can also include corticosteroids.

Narcotics only treat pain and do not treat the inflammation that may be underlying and causing the pain. Narcotics such as codeine, oxycodone, and hydrocodone have addictive

3

and abuse potential as well as frequent gastrointestinal (especially nausea and constipation) and CNS side effects (especially dizziness and falls in older people). Dependence can occur quickly and dose escalation is common. The potential for overdose and death from narcotics is also a reality. Narcotics are only suitable when an NSAID is not effective or tolerated and they are usually not appropriate for the millions of individuals with chronic osteoarthritis and inflammatory arthritis.

Corticosteroids are potent anti-inflammatory medications. Corticosteroids have significant short-term and long-term side effects (e.g., cataracts, skin thinning, weight gain, diabetes, osteoporosis, osteonecrosis, risk of infection, hypertension, dyslipidemia, and mood changes.) Their use is unacceptable for most patients.

Acetaminophen (Tylenol) is effective for only mild pain, has no anti-inflammatory effects and has its own risks of toxicity, especially in larger doses. Even for mild pain, it is not always effective. Concern regarding the potential for liver toxicity due to acetaminophen led the FDA Advisory Panel to recommend elimination of prescription products containing the combination of acetaminophen and other drugs such as oxycodone and hydrocodone. (www.FDA.gov/ForConsumers/ConsumerUpdates/ucm168830htm). Acetaminophen products account for about 640 cases of acute liver failure every year in the United States according to the Centers for Disease Control and Prevention. (August 2009 Rheumatology News)  Greater regulatory activity is anticipated for the analgesic class of medications, including traditional NSAIDS.

These concerns regarding the safety of even an over the counter drug such as acetaminophen, highlight the prescribing physician's responsibility to understand the risk for an adverse drug event balanced against the drug's potential benefit when prescribing any medication. All medications carry some potential risk which must be balanced with the potential benefit. For example, all traditional NSAIDS as well as Celebrex carry "black box" warnings regarding cardiovascular side effects.

The control of pain in clinical practice does not include the use of placebos. Therefore NSAIDS become the best choice for treating both inflammatory and non-inflammatory pain in most patients. Treatment of acute and chronic pain, whether or not it is associated with inflammation is achieved with NSAIDs. Equally important is the recognition that the effectiveness and the tolerance of any individual NSAID vary from patient to patient. Frequently therapeutic trials or switching of NSAIDs is necessary to achieve efficacy and tolerability. Therefore having a variety of NSAIDS available for patients is both practical and necessary. Vioxx, with its significant effectiveness and improved gastrointestinal safety and tolerability was frequently prescribed in the setting of acute as well as chronic pain.

## OSTEOARTHRITIS

"OA (osteoarthritis), the most common arthritis, affects nearly 21 million Americans and

is a leading cause of disability." **(ACR Fact Sheet: Osteoarthritis 2006)**
It affects people primarily over the age of 50. NSAIDS remain first-line therapy for the management of the pain associated with moderate to severe osteoarthritis and musculo-skeletal disorders. Their widespread use and acceptance by patients with osteoarthritis reflects their effectiveness and tolerability. Osteoarthritis is characterized by changes in cartilage, bone and fluid in the joints resulting in pain, stiffness, swelling, deformity, difficulty using the joint, and the risk of significant disability.

We know that inflammation plays a significant role in the on-going cartilage deterioration and is a factor in the clinical aspects of pain and tissue swelling. Since there are no disease-modifying therapies for osteoarthritis, NSAIDS play a key role in symptom management. Acetaminophen has no anti-inflammatory effects, only antipyretic (fever reduction) and analgesic (pain relief) effects. Therefore for most individuals with advanced osteoarthritis, this compound has limited usefulness. NSAID use frequently allows afflicted individuals to increase their activity level and thereby reduce their risk for hypertension and atherosclerotic disease and permit them to continue a productive home and work life.

## IMMUNE MEDIATED AND OTHER INFLAMMATORY DISEASE

Rheumatology has seen major advances in the treatment of the immune mediated and inflammatory diseases. For many of these disorders we have potent disease-modifying therapies. Nevertheless, NSAIDS continue to be critical medications in the management of the inflammatory rheumatic diseases such as Rheumatoid Arthritis (more than 2 million Americans), Psoriatic Arthritis (10-30% of the 4.5 million adults with psoriasis) and Gout (1 in 100 people are affected, 6-7 % of older men) to name only a few. The inflammatory arthritic diseases cause destruction to the cartilage and joint structures and frequently progress to deformities that can severely affect function and independence. These disorders are characterized by chronic as well as acute pain and inflammation in the joints and frequently the spine and other tissues. The millions of people afflicted utilize NSAIDS as important supplemental as well as primary medications in their management. **(ACR Fact Sheet Rheumatoid Arthritis 2007 and ACR Fact Sheet Gout 2006)(National Psoriasis Foundation, 10/04)**

Rheumatoid Arthritis has been associated with an increased risk of heart disease. Multiple studies have shown at least a two fold increased risk for myocardial infarctions in patients with rheumatoid arthritis. **(Wolfe, Journal of Rheumatology, 2003; 30:1)(Solomon, Circulation, 2003; 107)** There is substantial data demonstrating excess cardiovascular mortality in rheumatoid arthritis. This excess mortality is due to an increased frequency of atherosclerotic disease and acute cardiovascular events. In addition, Rheumatoid Arthritis patients have an increased mortality following an acute event. **(Van Doornum, Arthritis & Rheumatism, 2002,Vol 46, Issue 4, and Van Doornum, Arthritis and Rheum, Vol 54, No 7, July 2006)** Patients with RA have increased coagulability due to the presence of anti-phospholipid antibodies which increases their risk for thrombosis. **(Erkan, New Developments in Rheumatic Disease,**

5

Physicians & Scientists Publishing Co., 2006)  Dyslipidemias are more common in patients with rheumatoid arthritis.  Other factors including medications and smoking may contribute to this increased cardiovascular risk. **(Van Doornum, A & R, 2002, Vol 46 Issue 4,)**

Chronic inflammation that occurs in the RA population is also believed to contribute to this increased risk. **(Davis, A & R, Vol 56, No 3, March 2007)**  This risk for cardiovascular disease in RA patients occurs after the onset of RA, supporting the observation that RA is an independent CV risk factor. **(Holmqvist, Arthritis and Rheumatism,  Vol 60, No. 10, October 2009, pp2861-2869)** Pham recommended that rheumatoid arthritis be considered an independent risk factor for atherosclerosis. **(Pham, Joint Bone Spine 2006; 73 379-387).** Furthermore, the risk for cardiovascular disease in rheumatoid arthritis patients is comparable to that of diabetes mellitus. **(Stamatelopoulos, Atherosclerosis, Thrombosis and Vascular Biology,2009;29:1702) (Van Halm, Annals of the Rheumatic diseases, 2009:68: 1395-1400).**

C-reactive protein is an acute-phase reactant that is a marker for underlying systemic inflammation.  Ridker demonstrated that CRP levels in men predicted future myocardial infarctions and aspirin use reduced the risk of a myocardial infarction in direct proportion to the level of the CRP. **(Ridker, NEJM, April 3,1997, vol 336 No. 14 pp 973-979).** Rheumatoid arthritis patients have particularly elevated CRP levels **(Wolf, Journal of Rheumatology, 1997; 24:1477-85).** A significant linear trend for increased carotid intima-media thickness and carotid artery plaque were associated with increasing CRP levels in rheumatoid patients and in healthy subjects. **(del Rincon, Arthritis & Rheumatism, Vol 48, No. 7, July 2003, pp 1833-1840).**  Rheumatoid arthritis patients had higher levels of biomarkers for endothelial dysfunction as well as higher CRP levels than controls. **(Dessein, Arthritis Researach and Therapy 2005, 7:R634-R643)**

## TRADITIONAL NSAID TOXICITY

## GASTROINTESTINAL

Gastrointestinal NSAID toxicity can occur along the entire gastrointestinal tract from esophagus to rectum.  Lower GI problems can occur such as inflammation and changes in the permeability of the intestine, and lower bowel, as well as ileal, duodenal and colonic hemorrhage, perforation and stricture formation. **(Singh and Ramey, The Journal of Rheumatology 1998; Vol 25, Suppl 51)**

Dyspepsia is associated with NSAIDs and on average about 10-12% of patients will experience dyspepsia on an NSAID. And within 6 months, 5-15% of RA patients will discontinue their NSAID because of dyspepsia. **(Singh and Ramey)** Dyspepsia is important since if patients cannot tolerate their medications then they will not get pain relief.  Without pain relieve they can develop the complications of inactivity, obesity and hypertension leading to increased CV risk.

Duodenal ulcers were found in 11% of NSAID users compared with 1.4% in the untreated population. **(Singh and Ramey)**  NSAID-related injury to both the small and large bowel includes occult and frank bleeding, perforation, obstruction, an acute colitis and exacerbation of existing colon disease. **(Lanza, American Journal of Gastroenterology, Vol 93, No 11, 1998)**

NSAIDS can induce ulcers in the small bowel and colon leading to bleeding, perforation, stricture, malabsorption, and obstruction and can cause iron deficient anemia through blood loss. Small bowel injury was seen in 71% NSAID users compared to 10% in controls. **(Graham, Clinical Gastroenterology and Hepatology 2005; Vol 3, No 1)** NSAIDS can exacerbate diverticulosis and more recently in a retrospective review of 13 patients with unequivocal stigmata of recent diverticular hemorrhage, 12 (92%) were found to have been recently exposed to NSAIDs and/or aspirin. **(Lanza)**

Lower GI events occurring in the VIGOR trial were analyzed by Laine. The rate of serious lower GI events per 100 patient-years was 0.41 for rofecoxib and 0.89 for naproxen (RR 0.46, P value =0.032.)  Serious lower GI events accounted for 39.4% of all serious GI events among patients taking naproxen and 42.7% among those taking rofecoxib. **(Laine, Gastroenterology 2003; 124: No 2)**

Prior to the introduction of selective COX 2 inhibitors in 1999, the risk of serious gastrointestinal complications in patients using the traditional NSAID drugs was extensively documented. Serious adverse gastrointestinal events in all NSAID users were an average of three times more likely than in placebo controls and five times more likely in people over age 60. **(Lanza, AJG, Vol. 93, No. 11)**  The number of hospitalizations for GI complications of NSAIDs was estimated to be at least 103,000 in the US and a conservative estimate of 16,500 deaths from these GI complications. **(Wolfe,  NEJM Vol 340 No 24 (1999)** Other authors reported that serious gastrointestinal events led to an estimated 200,000 to 400,000 hospitalizations per year.**(Lanza)**  The risk of serious adverse GI events in rheumatic disease patients was alarmingly high.  He estimated 76,000 total hospitalizations with 7,600 deaths in the United States as a result of NSAID associated GI complications among 13 million users.  The FDA suggested even higher figures, estimating that NSAID use accounts for 10,000 to 20,000 deaths per year.  These figures are comparable to those for Hodgkin's disease or AIDS. **(Fries, J. Rheum. 1991:Vol 18 (suppl 28)** Patients with rheumatoid arthritis and osteoarthritis taking traditional NSAIDS have an ulcer incidence of approximately 15-20 percent. **(Lanza)** In an elderly, Medicaid population, peptic ulcer hospitalization rates were 12.5 per patient-year in excess of non-NSAID users and the rate over non-users was in excess of 22.1 for the first 30 days of NSAID use. **(Smalley, American Journal of Epidemiology, Vol. 141, No 6, pp 539-545)**

The use of traditional NSAIDS was an independent risk factor adding additional risk to the already documented risk factors. It has been well documented that patients can be stratified into higher or lower risk groups for peptic ulcer complications.  Patients taking aspirin or anticoagulants (for example coronary artery disease patients), smokers, patients over the age of 60,  patients with prior ulcer history, patients on corticosteroids (commonly in rheumatoid arthritis patients), and heavy alcohol users were all at the

7

greatest risk of developing serious peptic ulcer complications. **(Wolfe, NEJM, 1999 Vol 340, No 24)** Many osteoarthritis patients are over the age of 60, and the combination of this advanced age with any of the other risk factors, have been noted to further increase the probability of ulcer complications in NSAID users. In these elderly patients taking (non-selective) NSAIDS, the relative risk of GI surgery is ten times, and for GI cause of death about four and one-half times greater than in control groups. **(Lanza)**

The American College of Gastroenterology published in March, 2009 its "Guidelines for Prevention of NSAID-Related Ulcer Complications". It states in its report that NSAID related "gastrointestinal events result in more than 100,000 hospital admissions annually in the United States and between 7,000 and 10,000 deaths." **(Lanza, Am J Gastroenterology 2009; 104: 728-738)**

Strategies for the prevention of NSAID GI complications were developed using H2 antagonists, Proton-Pump Inhibitors and mucosal protective agents. **(Wolfe)** Despite the awareness of high-risk patients, serious GI complications associated with traditional NSAIDS continued and resulted in significant mortality.

My own clinical experience very much validated these observations. Abrupt, upper GI hemorrhage could occur frequently and without any warning in our patients treated with NSAIDS, even those without identifiable risk factors. Upper GI hemorrhages are medical emergencies, and the patients are usually admitted to the intensive care unit of the hospital, frequently requiring blood transfusions. These upper GI complications can be life-threatening, especially when occurring in elderly individuals with co-morbid conditions or in individuals with cardiovascular disease.

Managing peptic ulcer symptoms and upper gastrointestinal bleeding complications in the population of patients taking the traditional NSAIDs was, and remains, a significant clinical activity in internal medicine and particularly rheumatology.


## HYPERTENSION & RENAL RISK WITH NSAIDS

All selective and non-selective NSAIDs are associated with dose dependent increases of blood pressure. Vioxx is not an exception to this well documented, NSAID class side-effect. The initial package insert of 1999 as well as the 2002 revision, cautions about renal effects, hypertension, and edema effects. The label stated that: "Vioxx should be used with caution, and should be introduced at the lowest recommended dose in patients with fluid retention, hypertension, or heart failure."

A complete understanding of the NSAID hypertension mechanism is not available as even acetaminophen may contribute to hypertension. **(Forman, Hypertension, 2005; 46)**


## VIOXX GASTROINTESTINAL SAFETY STUDIES

Vioxx GI safety studies included endoscopy studies, the analysis of combined GI clinical events in the pooled efficacy studies that were greater than four week duration, and finally the VIGOR trial. These studies included the ranges of Vioxx doses, 12.5, 25 and 50 mg, utilizing placebo as well as traditional NSAIDs as comparators. With the exception of the APPROVe, Alzheimer's and the VIP and VICTOR trials (all discussed below), the RCTs were designed with primary efficacy and GI safety endpoints.

The endoscopy studies showed a statistically significant reduction in endoscopic ulcers. A meta-analysis of three studies with a total of 1526 patients, compared Vioxx with non-selective NSAIDs and found Vioxx to have a relative risk reduction overall of 74% in endoscopic ulcers (80% reduction in gastric ulcers and a 64% reduction in duodenal ulcers). Vioxx use reduced the RR of POBs by 58% (Cl, 0.24-0.73) and the RR of PUBs by 56% (Cl, 0.34-0.58). **(Rostom, Clinical Gastroenterology and Hepatology 2007 Vol 5 No 7)**

In the largest GI safety trial, VIGOR (to be discussed below), it was shown that the respective rates of complicated confirmed events (perforation, obstruction, and severe upper gastrointestinal bleeding) were 0.6 per 100 patient-years with Vioxx and 1.4 per 100 patient-years with naproxen (relative risk, 0.4; 95 percent confidence interval 0.2 to 0.8; $P = 0.005$). **(Bombardier, NEJM 2000; 343)**

Watson undertook a combined analysis of PUBs in 20 RCTs of rofecoxib versus NSAIDs. These trials involved 17,072 people with OA or RA. Events were adjudicated by a blinded external Adverse Events Committee. The incidence of PUBs over 24.8 months was significantly lower with Vioxx (64% lower) compared with NSAIDs. **(Watson, Current Medical Research and Opinions Vol 20, No 10, 2004)**

The cumulative weight of this Vioxx GI safety data supported Vioxx's wide appeal and use. My own clinical experience with Vioxx was that I had good success using it in patients who had previous dyspepsia and even upper GI ulcers on traditional non-steroidals. I never had a patient on Vioxx experience an Upper GI hemorrhage or documented peptic ulcer.

Some observational studies have failed to find the significant reduction in GI adverse events seen in clinical trials for Vioxx compared to NSAIDS. The methodological flaws in observational studies include "channeling," or the selective prescribing of a product to high risk populations. Comparisons between products in such populations therefore become difficult. In this case, studies show that patients with higher baseline GI risk were selectively channeled to receive Vioxx, possibly explaining the inability of these studies to replicate the results achieved in clinical trials. **(Arellano, Pharmacoepidemiology and Drug Safety 2006; 15: 861-872)**

The introduction of selective COX-2 drugs (Vioxx and Celebrex) contributed to a significant decline in the incidence of serious GI complications in patients taking NSAIDS. Fries, in a study looking at 5,598 rheumatoid patients over 31,262 patient-years, concluded that the risk of serious NSAID gastropathy declined by 67% since1992.

He estimated that 24% of this decline was the result of lower doses of NSAIDs, while 18% was associated with the use of proton-pump inhibitors and 14% with the use of less toxic NSAIDs. He predicted that these declines in the incidence of NSAID gastropathy were likely to continue. (Fries, A & R Vol 50, No 8, August 2004) In a population based Danish study, it was found that the introduction of COX-2 agents was followed by substantial increase in overall NSAID use, almost entirely due to increased use of selective COX-2 drugs, but also coincided with stable and decreasing hospitalization rates for bleeding and perforated peptic ulcer, respectively. (Christensen, Aliment Pharmacol Ther; 2007;Vol 25) In a review article published in 2002, F.K.L. Chan stated: "If all things including costs were equal, we would only prescribe selective COX-2 inhibitors for any indication where an NSAID is needed." (Chan, Aliment Pharacol Ther 2004;Vol 19) Fendrick made the case for cost benefit of selective NSAIDs due to their GI safety. (Fendrick, Cleveland Clinic Journal of Medicine; Vol 69, Suppl 1)

This downward trend in serious GI complications that began in the late 1990's, and persisted into 2004, has now risen again to a rate seen before the introduction of the selective COX-2 agents. The increase in serious complications of NSAID use seen in 2005 followed a decline in the use of COX -2 inhibitors without a commensurate increase in other GI protective therapies. (G. Singh, EULAR SAT0262, 2007 abstract) My own experience is compatible with the observation of increased serious GI adverse events following the removal of Vioxx.

## GASTROINTESTINAL TOLERABILITY STUDIES

The ADVANTAGE Study found rofecoxib compared with naproxen was associated with a significantly lower incidence of discontinuation due to GI adverse events (5.9% vs. 8.1%, respectively). The study also found that Vioxx users utilized less GI protective medications. (Lisse, Ann Intern Med. 2003; 139) In an analysis of the osteoarthritis IIB-III rofecoxib osteoarthritis RCTs, rofecoxib was generally well tolerated and few patients overall discontinued rofecoxib compared with NSAIDs; 9.4% of rofecoxib patients vs. 10.7% NSAID patients discontinued the study drug because of any clinical AE and 3.5% of the rofecoxib patients discontinued the study drug due to a GI AE, compared with 4.8% of NSAID patients. (Langman, JAMA, November 24, 1999;Vol 282, No. 20)

My own experience was that Vioxx was as well or better tolerated than other NSAIDs and Celebrex.

## EFFECTIVENESS IN OSTEOARTHRITIS

Numerous Randomized Clinical Trials demonstrated effectiveness equal to or superior to that of comparator NSAIDs (Lisse) (Truitt, Aging Clin. Exp Res.,Vol 13, No.2) (Weaver, JCR 2006;12:No 1) (Schnitzer, J. Rheumatolog 2005;32) (Kivitz, J Am Geriatr Soc, 2004; 52) and superior to that of acetaminophen. (Schnitzer) Rofecoxib, 25 mg per day provided efficacy advantages over celecoxib and acetaminophen in OA

(Geba, JAMA, 2002;287)

In my own clinical experience, Vioxx was consistently more effective than other NSAIDs and Celebrex in the treatment of osteoarthritis.

## EFFECTIVENESS IN RHEUMATOID ARTHRITIS

Multiple trials demonstrated efficacy of Vioxx in the treatment of rheumatoid arthritis. **(Hochberg, Am. Journal of Managed Care, Nov 2002 Vol 8, No 17 sup.)**

In my clinical practice, I found Vioxx to be effective and well tolerated in the treatment of my rheumatoid arthritis patients.

## BENEFITS OF VIOXX ON PLATELET FUNCTION

Selective COX-2 NSAIDs have the additional clinical advantage of not impairing platelet aggregation. Patients on anticoagulants such as warfarin or heparin became candidates for selective COX-2 agents when a NSAID was needed to avoid the added bleeding risk associated with the impairment of platelet function. Selective COX-2 drugs were the preferred NSAID in pre and post-operative patients for pain control and to minimize bleeding complications from the surgical site.

A probable explanation for the observation of increased vascular events in cardiovascular patients taking aspirin and nonsteroidals was addressed in a study published in 2008. This study showed that naproxen (low dose taken intermittantly), ibuprofen and tiaprofenic acid could interfere with the antiplatelet effect of aspirin but that sulindac and Celebrex, a coxib, did not. "Taken together, it appears that NSAIDs may antagonize aspirin at blood levels considerably lower than those inhibiting platelet COX -1." **(Gladding, American Journal of Cardiology 2008;101;1060-1063)** This pharmacodynamic interaction may account for the increased risk of myocardial infarction observed in aspirin users reported in the Physicians Health Study. **(Kurth, Circulation 2003;108:1191-1195.)**

## BENEFITS OF SINGLE DAY DOSING WITH EQUAL EFFICACY

Vioxx had the additional benefit of once per day dosing.  Patient medication compliance falls significantly with prescriptions that need to be dosed throughout the day. In my clinical experience, patients got superior efficacy with Vioxx compared to multi-dose NSAIDs, in no small measure because they simply could not remember to take other prescribed NSAIDS throughout the day, day in and day out.

## VIOXX AND RISK OF CARDIOVASCULAR DISEASE

11

## RANDOMIZED CLINICAL TRIALS

Data from double blind, randomized, controlled clinical trials provide the best evidence for making clinical decisions and these RCTs are critical to obtaining FDA drug approval. Therefore, the most reliable data on cardiovascular events, along with data on GI outcomes and efficacy in association with Vioxx use, are found in the Vioxx RCTs.

## META-ANALYSES OF RCTS

Meta-analyses of RCTs are a methodology for the interpretation of pooled evidence-based data. Meta-analyses provide the advantage of pooling studies and their data and therefore getting larger patient populations to whom statistical analysis can be applied. Their disadvantage can be selective omission of data and the pooling of different patient populations with different diseases and their confounding variables and risk factors. Patients selected for the study of certain hypotheses will have different clinical characteristics than patients selected for the study of other hypotheses. These very important different clinical characteristics therefore further compound the dilemma of interpretation of pooled data. Statistical modeling in meta-analysis attempts to improve the quality of the analysis and interpretation of the pooled data. However, sophisticated statistical modeling can also make interpretation of data more difficult.

## OBSERVATIONAL STUDIES

The scientific strength of observational studies is significantly inferior to the conclusions of RCTs. Confounding factors limit their usefulness. As the Director of Drug Evaluation at the FDA has stated, "My basic rule is if the relative risk isn't at least 3 or 4, forget it." **(Robert Temple, FDA, as quoted by Taubes, Science Vol 269, July 14, 1995)**

As noted above, observational studies carry a potential channeling bias. Studies have demonstrated that Vioxx was prescribed in populations with high cardiovascular risk. **(Florentinus, Pharmacoepidemiology and Drug Safety, John Wiley and Sons, 2005) (Moride, Arthritis Research & Therapy Vol 7 No 2) (Mosis, Arthritis & Rheumatism (Arthritis Care & Research) Vol 55, No 4 August15, 2006, pp 537-542) (Arellano, Pharmacoepidemiology and Drug Safety 2006; 15: 861-872) (Depont, Pharmacoepidemiology and Drug Safety 2007; 16: 891-900)**

## VIOXX RCTS

Vioxx RCTs include short term versus longer term use as well as studies looking at the range of doses: lower dose (12.5 and 25 mg daily dose) and higher dose (50 mg daily.) These RTC studies have different patient populations selected for the various trials: osteoarthritis patients, pain patients, rheumatoid patients, colon polyp patients and



patients with Alzheimer's disease. Each of these studies had patients with CV risk factors.

In addition, these RCTs were designed with different outcome endpoints. In these RCTs, decisions regarding the selection of patients, the randomization of patients, and the study design, were all made based on the nature of the problem being studied and the scientific hypothesis or the hypotheses. As an example, GI protection studies are different from anti-inflammatory or analgesic efficacy studies and cognitive decline (Alzheimer) studies will have different design and patient selection than colon polyp recurrence studies.

Furthermore, Vioxx studies were done utilizing different "comparators" to Vioxx. Some studies compared Vioxx to placebo and other studies compared Vioxx to another non-selective NSAID or NSAIDS. The choice of "comparator" compounds can have a significant impact on the interpretation of cardiovascular outcome data. In addition, some studies allowed the use of aspirin and some did not.

All conclusions regarding Vioxx cardiovascular safety must take into account the above factors. It is important to note, that cardiovascular safety data along with other safety date, was collected in a rigorous way in all the RCTs, particularly after the adoption of the Cardiovascular Standard Operating Procedure in 1998.

## EARLIEST RANDOMIZED CONTROLLED TRIALS

Eight Phase IIb/III trials with OA patients reported on by Reicin, were conducted between 1995 and 1998 and were completed prior to Vioxx's FDA approval. Over 5000 patients were involved with median treatment exposure of three and a half months. No difference in cardiovascular thrombotic events, including heart attacks, was observed between or among comparator groups that included placebo and Vioxx or between Vioxx and non-selective NSAIDS (ibuprofen, nabumetone and diclofenac). The full range of Vioxx doses was involved. **(Reicin, AMJ of Cardiol Vol 89, January 15, 2002)**

## VIGOR: A RCT IN RHEUMATOID ARTHRITIS PATIENTS

The VIGOR trial was a GI tolerability trial in Rheumatoid Arthritis patients. Over 8000 patients were enrolled and divided into Vioxx 50 mg daily versus Naproxen 500 mg twice a day. Median follow-up was nine months (range 0.5 to 13 months.) A majority of the patients were on methotrexate and/or glucocorticoids, indicating that a majority of the patients in the trial had active inflammatory disease. Aspirin use was not allowed in the study. Patients were randomized based on peptic disease history (ulcer, bleeding and perforation).

In the VIGOR trial, Vioxx demonstrated superior GI safety compared with naproxen in all categories examined. The study successfully achieved all its primary and secondary endpoints. The serious CV event of myocardial infarction occurred in 0.1 percent of the

Naproxen group and 0.5 percent of the Vioxx group, a statistically significant relative risk of 0.2 in favor of naproxen. There was no association between hypertension and myocardial infarction; only a single patient (in the rofecoxib group) had both hypertension and a myocardial infarction as adverse events.**(Bombardier, NEJM Vol 343, No. 21, November 23, 2000) (FDA Memo, (Targum) February 1, 2001) (Weir, Am Heart J 2003;Vol 146, No 4:)** The thrombotic Cardiovascular Serious Adverse Events between the Vioxx and naproxen groups began to separate at approximately two months. **(FDA Decision Memo, April 6, 2005)** There is no indication of a statistically significant increased risk of thrombotic events within two months of use in VIGOR.

The observed difference in the number of myocardial infarctions between Vioxx and naproxen in this study of rheumatoid arthritis patients prompted much discussion. The significance and the interpretation of the VIGOR data were discussed with colleagues and at medical conferences. VIGOR did not have a placebo arm. Acute myocardial infarctions were uncommon events in the VIGOR trial, further confounding interpretation. Therefore looking at VIGOR alone, the observed difference in acute myocardial infarction could be due to naproxen, chance, an effect of the Vioxx alone, or some combination of these factors.

As indicated above, the pre-Vioxx approval data did not show an increased risk for myocardial infarction compared with placebo or non-naproxen NSAIDs.

Moreover, naproxen at 500 mg twice a day is known to have a potent inhibitory effect on platelet aggregation equal to aspirin over its dosing schedule. **(Van Hecken, Journal of Clinical Pharmacology, 2000; 40) (Capone, Circulation, 2004;109) (Tuleja, Arterioscler Thromb Vasc Biol. 2003; 23) (Mukherjee, JAMA, 2001:Vol 286)** This effect of Naproxen taken twice a day on platelet aggregation was confirmed in the trial cited above in which intermittant use of naproxen interfered with aspirin effect. **(Gladding, Am J. Cardiol 2008;101:1060-1063)**

The magnitude of reduction of acute myocardial infarctions in VIGOR was similar to that seen in trials in the early 1990's with two non-selective NSAIDs, indobufen and flurbiprofen when compared with placebo. There were demonstrated effective reductions in ischemic events (indobufen-65%) and reinfarction/reocclusion (flurbiprofen-71%). Both of these NSAIDS produced sustained but reversible platelet anti-aggregation effects similar to naproxen. **(Fornaro, Circulation 1993;Vol 87: No 1) (Brochier, European Heart Journal, 1993,14)** "While the cause of the excess risk of MI (in VIGOR) cannot be conclusively established, a combination of some cardioprotective effect of naproxen and the play of chance does seem to offer a plausible explanation for these unexpected findings." **(Patrono, Chest, Sept 2004, 126)**

The study population in VIGOR had active rheumatoid arthritis, a now-recognized risk factor for cardiovascular disease and cardiovascular events. Therefore, myocardial infarctions should be expected to occur more frequently than in a matched, non-rheumatoid, population. Moreover, VIGOR patients were not randomized by CRP level. And as noted above, RA patients have significantly elevated CRP levels due to the

systemic inflammatory nature of the disease. Also as cited above, aspirin-like antiplatelet effects are expected to result in magnified cardiovascular protection since these RA patients typically have very high CRP levels.

The FDA concluded in the updated 2002 label for Vioxx, that the significance of the CV findings of VIGOR was "unknown." I agree with that assessment. This was consistent with the views stated at the 2001 FDA Advisory Committee hearings that "it remains uncertain" whether the excess of CV events in comparison with naproxen "was due to beneficial cardioprotective effects of naproxen or prothrombotic effects of the agent," and that new labeling should "leave it at that, that we basically don't know the reason. We do know there was a difference. That awareness should be made available to the prescriber and to the consumer, but without necessarily a final judgment as to the reasons for that difference." **(2001 FDA Advisory Committee minutes, statement of Dr. Nissen, February 8, 2001).** The Advisory Committee voted in favor of a recommendation for such new labeling.

## VIOXX VS NAPROXEN IN OA

The ADVANTAGE study was a twelve week efficacy and tolerability study that involved over 5000 osteoarthritis patients randomized to Vioxx 25 mg daily versus Naproxen 500 mg twice a day. There were no significant differences in thrombotic events, APTC events, relative alterations in blood pressure control or the incidence of hypertension. There was no statistically significant difference in heart attacks (Vioxx 5 and naproxen 1, P value >0.2 ) but there was a statistically significant difference in thrombotic strokes in Vioxx's favor (Vioxx 0 and naproxen 6, P value =0.015.). **(Lisse, Ann Int Med 2003;139)**

## VIOXX VERSUS PLACEBO IN THE ALZHEIMER STUDIES

Alzheimer trials provided an important Vioxx to placebo comparison for cardiovascular thrombotic risk. In two long-term trials involving a combined patient population of over two thousand elderly individuals, Vioxx 25mg daily was compared with placebo. No significant differences in myocardial infarctions or thrombotic events were found. **(Reines, Neurology 2004; 62)** and **(Thal, Neuropharmacology 2005)** In fact, in the larger study, more strokes occurred in the placebo arm. **(Thal)**

The absence of CV thrombotic risk in the Alzheimer trials, lends further support to the view that the observed differences found in the VIGOR trial in large part could be correctly attributed to the anti-platelet effect of naproxen. In the FDA analysis of the CV thrombotic events in these Alzheimer trials, Dr. Maria Lourdes Villalba similarly concluded that the cardiovascular safety signal did not warrant regulatory action prior to APPROVe. The Kaplan Meier curve of the Alzheimer studies also showed no difference in early thrombotic events between Vioxx and placebo.**(Villalba, FDA Memo Update of Cardiovascular thrombotic events in Alzheimer's studies. 12/18/04)**

15

## 2002 VIOXX LABEL CHANGE

The VIGOR data was reviewed by the FDA Advisory Board in 2001. In 2002 the label was revised. Under the heading of "Clinical Studies" the package insert featured a prominent and lengthy review and recapitulation, including a table with data, of the VIGOR cardiovascular findings. The 2002 label also stated that, "Vioxx is not a substitute for aspirin for cardiovascular prophylaxis." And the label made this statement in three different locations (written in bold in two sections). Under the section titled "Precautions" and "Cardiovascular Effects," the 2002 product label stated that "The "significance of the cardiovascular findings from these three studies (VIGOR and two placebo-controlled studies) is unknown."

Cardiovascular/thrombotic risks are listed in additional locations of the package label. Under "Adverse Reactions," the label stated among other things: "The following serious adverse events have been reported rarely (estimated <0.1%) in patients taking VIOXX, regardless of causality.......Cardiovascular......myocardial infarction." **(Vioxx 2002 Product label)**

The label incorporated the VIGOR data and appropriately discussed the conclusions that could be drawn from that data.

## APPROVe-VIOXX VS PLACEBO IN COLON POLYP PATIENTS

The first randomized placebo trial to associate cardiovascular thrombotic risk with Vioxx, was the APPROVe trial. The trial was terminated on September 30, 2004, two months ahead of its planned completion.  Over 2500 colon polyp-forming patients were randomized to receive Vioxx 25 mg or placebo.  After 36 months, significantly more thrombotic events occurred in the Vioxx group than placebo (46 patients vs. 26 patients.) The statistically significant thrombotic events were cardiac events, the bulk of which were myocardial infarctions. The Vioxx group had 1.5 thrombotic events per 100 patient years, as compared with the placebo group at 0.78 events per 100 patient years. The corresponding relative risk was 1.92. **(Bresalier, NEJM 2005;352)**  And since an association exists between coronary artery disease and colorectal neoplasms, **(Chan, JAMA, 2007;298:1412-1419)**, an uneven distribution of coronary events in a high risk population may occur by chance alone.

This finding contrasts with the Alzheimer studies that were also long-term (up to four years), in an elderly population with CV risk, and which did not show a difference in thrombotic events or heart attack events between Vioxx 25mg and placebo.  As noted by the FDA in their Decision Memorandum, the Alzheimer treatment trials did not replicate the APPROVe thrombotic event findings. **(FDA Memorandum April 6, 2005)**

In the APPROVe trial, there were an increased number of myocardial infarctions in the

16

Vioxx group (21 vs 9.) The data indicated that the number of thrombotic events were similar up to 18 months (22 vs 20). **(Bresalier, NEJM 355; 2, July 13, 2006)** The placebo group had a dramatic decrease in the number of thrombotic events in the last 18 months (20 in the first 18 months versus 6 in the last 18 months). The reasons for the observed decline in cardiovascular/thrombotic events of the placebo group in the last 18 months, was unclear.

The one year off drug extension data from the APPROVe trial was analyzed and did not show an increase in cardiac events in people off drug. **(TABLE B 6, 16 versus 16, Merck, General Correspondence to the FDA 5/2006) (Baron, www.thelancet.com, October 14, 2008)**

## VIP AND VICTOR

The VIP (Protocol 201) and VICTOR (Protocol 145) trials also were terminated early due to the withdrawal of Vioxx. The VIP trial was a prostate cancer reduction trial comparing Vioxx 25mg to placebo. A total of 4741 men were randomized. A mean treatment period of 5 months showed no difference in thrombotic events or heart attacks. **(Merck submission to FDA 8/22/05) (Adelsberg, Curr Med Res Opin 2007, 23(9) )**

The VICTOR trial was a Phase III colon cancer prevention trial. This was a RCT designed to study Vioxx 25 versus placebo over a 2 year or 5 year treatment period. At the time of its termination, 2434 patients had been randomized.

There was a numeric imbalance with Vioxx of 16 to 7 thrombotic events, which was statistically significant if unadjusted for baseline risk, but not statistically significant when adjusted for baseline risk. **(Merck submission to FDA, Information Amendment-Clinical, August 22, 2005) (Kerr, NEJM 357; 4 July 26, 2007)**

## OTHER COLON POLYP TRIALS

Another colon polyp prevention trial, using aspirin versus placebo, had a similar patient population to that of the APPROVe trial. The incidence of myocardial infarctions and thrombotic stroke in this three year prevention trial with 1084 patients suggested that patients on aspirin suffered more events than did patients on placebo (13 vs. 1 with twice as many people on aspirin). This study shows that any individual study can produce anomalous results. **(Baron, NEJM 348;10, March 6, 2003)**

## META-ANALYSES OF RCTS

Meta-analyses of controlled trial data, along with the primary data from randomized clinical trials, are the most important sources for "evidence based medicine" and the best of the available resources for clinical decision making with individual patients.

A meta-analysis of the 23 phase IIB-V studies which compared Vioxx with placebo or naproxen or other non-naproxen NSAID using the APTC endpoints, found no excess of CV events for rofecoxib relative to either placebo or the non-naproxen NSAIDS. The only increased risk was when Vioxx was compared with naproxen. This meta-analysis included more than 28,000 patients and more than 14,000 patient years in trials greater than four weeks duration. (**Konstam, Circulation, 2001;104**) This data was updated through 2001 and the results were the same. (**Weir, Am Heart J 2003; 146: No 4**) A further updated pooled analysis submitted by Merck to the FDA in March, 2004 provided data on more than 32,000 patients in RCTs of greater than four weeks (Pre-cancer trials). This analysis compared Vioxx with placebo (Cumulative TCVSAE K-M curve, Figure 6, no difference), non-Naproxen NSAIDs (Cumulative TCVSAE K-M, Figure 7, no difference), and Naproxen (Cumulative TCVSAE K-M, Figure 8, no difference before 3 months). No difference was found in thrombotic or APTC events between these compounds, with the exception of Vioxx compared to naproxen. (**Merck, 3/2004 FDA submission**)

Kearney et al, in 2006 looked at data from 138 coxib trials involving 145,373 patients. Their analysis resulted in the same pattern noted above: the risk with Vioxx was significantly different than Naproxen but not significantly different from non-naproxen NSAIDS or placebo. Moreover, no differences in risk were found among the various coxibs. (**Kearney, BMJ.com on 1, June 2006**)

Juni combined study data utilizing non-naproxen comparators with the VIGOR trial (naproxen comparator) data and did not include the large placebo data from the Alzheimer's trials. His Table 2 shows no statistically significant difference with Vioxx vs placebo or non-naproxen NSAID. Figures 2 and 3 reflect that VIGOR data is dominating his dataset and is driving his conclusions. (**Juni, the lancet.com, November 5, 2004**)

Chen did a meta-analysis of MI data from RCTs and reached the same conclusions as the studies above (i.e. the only difference in events was when Vioxx was compared to naproxen). (**Chen, Pharmacoepideliology and Drug Safety 2007**). Also, Chen and others concluded that there was no increased cerebrovascular event risk with coxibs. (**Chen, Journal of Clinical Pharmacology and Therapeutics (2006) 31, pp 565-576**).

Based on the best available clinical trial data, multiple groups have reached the same conclusion: there appears to be a significant difference in CV risk between coxibs, including Vioxx, and naproxen. However, there is no difference in CV risk between coxibs and non-naproxen NSAIDS, or among coxibs themselves. Again, these are the most relevant analyses from the perspective of a prescribing physician. As noted above, placebo is not an acceptable alternative to Vioxx (or any other NSAID) for its approved indications, making the risk comparisons with other coxibs and with other NSAIDS the primary consideration to the treating physician.

18

## OBSERVATIONAL STUDIES

With respect to Vioxx, these studies are not consistent. Their relative risk estimates are not high enough to be safety signals. The FDA wrote in their 2005 Decision Memorandum regarding observational studies: "The data from the well-controlled observational trials also have not provided consistent assessments of risk when comparing COX-2 selective and non-selective NSAIDs. The point estimates of the relative risk comparisons from these data are mostly in a range where interpretation may be difficult and influenced by uncontrolled residual confounding or biases often inherent in the design and data limitations of these studies." **(FDA Decision Memorandum April 6, 2005)**

## STATE OF LOUISIANA MEDICAID FORMULARY

I have had the opportunity to review a variety of materials, including monographs prepared by Provider Synergies, and depositions of certain individuals in the Louisiana Medicaid system. Until approximately 2002, the Louisiana Medicaid formulary was a so-called "open" formulary; that is, any FDA approved medication would be reimbursed by the State of Louisiana. It is my understanding that in 2002, the State of Louisiana instituted a Preferred Drug List for NSAIDs and a prior authorization process. The Department of Health and Hospitals relied on the recommendations of a Pharmacy and Therapeutics Committee, which in turn, relied on the recommendations of a third party, Provider Synergies. The P&T Committee utilized materials prepared by Provider Synergies, including its monographs, in its meetings and decisions regarding the Preferred Drug List. In approximately June of 2002, Vioxx was not included in the Preferred Drug List and became a prior authorization product. In approximately, July of 2003, Vioxx was added to the Preferred Drug List and remained on the list until the voluntary withdrawal in September of 2004.

## SUMMARY REGARDING VIOXX

Vioxx was extremely effective and very well tolerated. Vioxx provided acute pain relief, and long term pain relief in osteoarthritis and rheumatoid arthritis. Vioxx played an important role in the clinical care of patients with arthritis and pain. Its introduction in 1999 was a major therapeutic advance. It was highly valued by patients and clinicians for its effectiveness, convenience, and tolerability. It had superior GI safety to traditional NSAIDS as demonstrated in RCTs and in community clinical experience. My own clinical experience and observations were consistent with the above experience.

Merck's voluntary withdrawal of Vioxx from the market took away from clinicians and patients a significant therapeutic agent. The introduction of the COX-2 selective agents played a significant part in the overall reduction of serious, adverse upper gastrointestinal NSAID associated events. Finally, in my practice, if the COX-2 selective agents had not

been available for the treatment of patients, I likely would have used other medications or combinations of medications.

The incidence of serious upper gastrointestinal peptic ulcer disease is on the rise again, coincident with the voluntary withdrawal of Vioxx, the removal of Bextra from the market, and the heightened concern regarding the cardiovascular safety of selective COX-2 inhibitors.

The superior GI safety and tolerability of Vioxx was regularly observed in practice. Frequently, patients who were intolerant to any of the non-selective NSAIDS, found great symptom relief and tolerability with Vioxx. Therapeutic options for the treatment of arthritis now have been restricted and the millions of people who suffer from the chronic pain of osteoarthritis and rheumatoid arthritis have been deprived of a valuable therapeutic tool.

The benefit versus risk of any medication requires careful patient selection as well as weighing the known side effects and the risks of those side effects in an individual patient. Such benefit/risk decisions are at the core of the clinical decisions made by physicians daily in the routine care of patients. The GI safety, convenience, effectiveness, and the tolerability of Vioxx, favored its use in many patients.

As referenced above, I have reviewed the monographs prepared by Provider Synergies (including the monographs from February 2002, April 2003, and April 2004). It is my opinion that these monographs accurately reflected the scientific knowledge regarding the potential benefits and risks of Vioxx and other NSAIDs during this time period. Also, I am in agreement with the P&T Committee's recommendation in 2003 that Vioxx be added to the Preferred Drug List. Based on my review of the depositions of Mr. Bearden and Ms. Terrebonne, it appears that cost was the primary consideration of the P&T Committee in its Preferred Drug List decision.

Merck responded to the cardiovascular data from the APPROVe trial with voluntary withdrawal of the drug from the worldwide market. In my opinion, Merck's action was a conservative response. In my view they could have continued to keep Vioxx on the market and incorporate the new data into the label, as has been done with Celebrex. Based on the information above, if Vioxx was still available to me today as a treatment option, I would continue to use it.

20

I reserve the right to supplement my opinions should additional information become available to me. Also, I reserve the right to respond to the testimony of others in this matter. I am compensated $500.00 per hour for my time in this matter.

David L. Curtis, M.D., FACR
Date: December 1, 2009

21