# EXHIBIT 13





**MERCK**
Research Laboratories

# M E M O

**TO:** A. Moan

**CC:** M. Gabriel, M. Vala, T. Brady,
W. Malbecq, S. Cummings, J. Bolognese, L. Oppenheimer

**FROM:** Kristel Vandormael

**SUBJECT:** Preliminary Statistical Analysis of CDSP MK-966,     **DATE:**   July 27, 2001
Protocol 906-01

---

## CONFIDENTIAL

A preliminary statistical analysis was performed for MK-966, Protocol 906-01, an active comparator-controlled, parallel-group, 4-week, double-blind study, conducted under in-house blinding procedures, to further evaluate the safety and tolerability and to compare the clinical efficacy of rofecoxib vs. celecoxib in the treatment of osteoarthritis of the knee or hip.

The results for the primary endpoint (pain at night while in bed) as well as the results for some key secondary endpoints (pain walking on a flat surface, patient and investigator global assessment of response to therapy, patient and investigator global assessment of disease status, WOMAC summary scales) are attached. Summary results on clinical adverse experiences during treatment phase are also enclosed. Detailed statistical methods are described in the Data Analysis Plan for CDSP MK-966, protocol 906-01.

The full statistical analysis results and draft report will be available on August 24.

Best regards,

Kristel Vandormael



EXHIBIT
CIARTIS 9
01.18.10 JB

MRK-AGU0006035

R ⊕ Restricted
Confidential
limited access

## Preliminary Results

### Table of Contents

INTRODUCTION ................................................................................................. 3
  A.  Study Design .............................................................................................. 3
  B.  Hypotheses ................................................................................................. 3
    1.  Primary Hypothesis ............................................................................. 3
    2.  Secondary Hypothesis ......................................................................... 3
  C.  Objectives .................................................................................................. 4
    1.  Primary Objectives ............................................................................. 4
    2.  Secondary Objectives ......................................................................... 4
    3.  Exploratory Objectives ....................................................................... 5
DEFINITION OF EFFICACY ENDPOINTS ...................................................... 5
  A.  Primary Endpoint ...................................................................................... 5
  B.  Secondary Endpoints ................................................................................ 5
STATISTICAL ANALYSES OF EFFICACY END POINTS ............................. 7
  A.  Analysis Approach .................................................................................... 7
  B.  Analytical Methods ................................................................................... 7
RESULTS ............................................................................................................. 9
  A.  Patients Characteristics ............................................................................ 9
  B.  Patient Accounting .................................................................................... 9
    1.  Patient Accounting in the Study ....................................................... 13
    2.  Patient Accounting in the Analysis ................................................... 13
  C.  Efficacy .................................................................................................. 13
    1.  Primary Endpoint: Pain at Night while in Bed ................................. 14
    2.  Secondary Endpoints ........................................................................ 14
    1.  Primary Endpoint: Pain at Night while in Bed ................................. 17
    2.  Secondary Endpoints ........................................................................ 30
  D.  Safety - Clinical Adverse Experiences ................................................... 31
CONCLUSIONS ................................................................................................ 36
APPENDIX ........................................................................................................ 42
                                       43

MRK-AGU0006036

R ⊙ Restricted
Confidential
limited access

## INTRODUCTION

### A. Study Design

Protocol 906-01 is an active comparator-controlled, parallel-group, 4-week, double-blind study, conducted under in-house blinding procedures, to further evaluate the safety and tolerability and to compare the clinical efficacy of rofecoxib vs. celecoxib in the treatment of osteoarthritis of the knee or hip.

The study population included men and women of at least 40 years old, who had a clinical diagnosis of osteoarthritis of the knee or hip for greater than 6 months based on clinical and radiographic criteria. Newly diagnosed patients had to have clinical symptoms consistent with osteoarthritis of the study joint for the past 6 months. Patients must have been taking celecoxib for the treatment of osteoarthritis on a regular basis at a dose of 200 mg qd for at least 14 days prior to randomization ("regular basis" is defined as greater than or equal to 14 of the previous 15 days). Only patients who showed inadequate clinical response to treatment with celecoxib were included in the study; that is, patients had to satisfy following criteria while using celecoxib in order to be randomized:

- Patient assessment of pain at night while in bed (WOMAC Section A., Question 3) at the screening and randomization visits had to be greater than or equal to 40 mm on the 100 mm VAS scale.

- Patient assessment of pain walking on a flat surface (WOMAC Section A., Question 1) at the screening and randomization visits had be equal to or less than 80 mm (100 mm VAS).

- At the screening and randomization visits, the Investigator's Global Assessment of Disease Status had to be either poor or fair.

Patients were randomized in a 1:1 ratio to either rofecoxib 25 mg qd or celecoxib 200 mg qd.

Patients were not allowed to use any analgesic (NSAIDSs, paracetamol, opioids, central acting substances) during the study period (from Visit 1 through 5) as rescue analgesia for pain. Paracetamol use was allowed between Visits 5 and 6.

### B. Hypotheses

#### 1. Primary Hypothesis

In patients who show inadequate clinical response to celecoxib,

a) Rofecoxib 25 mg qd will demonstrate superior clinical efficacy compared to celecoxib 200 mg qd in the treatment of osteoarthritis of the knee and hip as

3

Restricted
R ✛ Confidential
Limited access

assessed by pain at night while in bed (WOMAC Visual Analog Scale [VAS] version 3 Section A Question 3).

b) Rofecoxib administered at daily doses of 25 mg for a 4-week period will be safe and well tolerated.

### 2. Secondary Hypothesis

In patients who show inadequate clinical response to celecoxib,

a) Rofecoxib 25 mg qd will demonstrate superior clinical efficacy compared to celecoxib 200 mg qd in the treatment of osteoarthritis of the knee and hip as assessed by Patient's Global Assessment of Response to Treatment.

## C. Objectives

### 1. Primary Objectives

In patients who show inadequate clinical response to celecoxib,

a) To demonstrate clinical efficacy of rofecoxib 25 mg qd greater than celecoxib 200 mg qd in the treatment of osteoarthritis of the knee and hip during a 4-week treatment period by pain at night while in bed (WOMAC visual analog questionnaire version 3, Section A, Question 3).

b) To further evaluate the safety and tolerability of the administration of rofecoxib 25 mg for a 4-week period.

### 2. Secondary Objectives

In patients who show inadequate clinical response to celecoxib,

a) To demonstrate clinical efficacy of rofecoxib 25 mg qd greater than celecoxib 200 mg qd in the treatment of osteoarthritis of the knee and hip during a 4-week treatment period by Patient's Global Assessment of Response to Treatment.

b) To estimate the clinical efficacy of rofecoxib 25 mg qd versus celecoxib 200 mg qd in the treatment of osteoarthritis of the knee and hip during a 4-week treatment period by the following variables: Investigator's Global Assessment of Disease Status, Investigator's Global Assessment of Response to Therapy, Patient's Global Assessment of Disease Status, the WOMAC pain, disability and stiffness scales.

4

MRK-AGU0006038

R ⊕ Restricted
Confidential
limited access

3. **Exploratory Objectives**

In patients who show inadequate clinical response to celecoxib, to evaluate the effect of rofecoxib 25 mg qd vs. celecoxib 200 mg qd on (1) quality of life as measured by the SF-12 questionnaire and (2) patient satisfaction as measured by an overall satisfaction question.

This report presents the preliminary results for the analysis of the primary endpoint and main secondary efficacy endpoints. Summary results on clinical adverse experiences are also enclosed.

## DEFINITION OF EFFICACY ENDPOINTS

The primary and main secondary endpoints are described below.

### A. Primary Endpoint

Pain at night while in bed (VAS WOMAC) - Patients placed an "X" on a 0- to 100-mm VAS: (0 = "No Pain", 100 = "Extreme Pain"), responding to Question 3 of the WOMAC questionnaire regarding their study joint.

### B. Secondary Endpoints

- Patient Global Assessment of Response to Therapy (Likert) - The patient's overall response was measured on a 0 to 4 Likert scale:

  0 = None – no good at all, ineffective
  1 = Poor – some effect, but unsatisfactory
  2 = Fair – reasonable effect, but could be better
  3 = Good – satisfactory effect with occasional episodes of pain and/or stiffness
  4 = Excellent – ideal response, virtually pain free

  For consistency in presentation of endpoints, this scale was reversed by use of the negative of each score, so that decreasing values indicate improvement for all endpoints.

- Pain Walking on a Flat Surface (VAS WOMAC) - Patients placed an "X" on a 0- to 100-mm VAS: (0 = "No Pain", 100 = "Extreme Pain"), responding to Question 1 of the WOMAC questionnaire regarding their study joint.

- Investigator Global Assessment of Disease Status (Likert) - The investigators' responses were measured on a 0 to 4 Likert scale:

  0 = Very well
  1 = Well
  2 = Fair

5

MRK-AGU0006039

Restricted
R Ⓖ Confidential
limited access

3 = Poor

4 = Very Poor

- Patient Global Assessment of Disease Status (VAS) - Patients placed an "X" on a 0- to 100-mm VAS: ranging from "Very Well" to "Very Poor" representing their assessment of their overall OA disease status.

- Investigator Global Assessment of Response to Therapy (Likert) - The investigators' responses were measured on a 0 to 4 Likert scale:

0 = None – no response, absence of drug effect

1 = Poor – minimal response, unacceptable

2 = Fair – definite response, but could be better

3 = Good – good response, but less than the best possible anticipated response

4 = Excellent – best possible anticipated response, considering the severity and stage of disease

For consistency in presentation of endpoints, this scale was reversed by use of the negative of each score, so that decreasing values indicate improvement for all endpoints.

- Physical Function Subscale

For the Physical Function Subscale (WOMAC), responses to the 17 questions in the physical function category were averaged. Possible responses to each question ranged from "No Difficulty" (0 mm) to "Extreme Difficulty" (100 mm) on a VAS.

- Pain Subscale

For the Pain Subscale (WOMAC), responses to the 5 questions in the pain category were averaged. Possible responses to each question ranged from "No Pain" (0 mm) to "Extreme Pain" (100 mm) on a VAS.

- Stiffness Subscale

For the Stiffness Subscale (WOMAC), responses to the 2 questions in the stiffness category were averaged. Possible responses to each question ranged from "No Stiffness" (0 mm) to "Extreme Stiffness" (100 mm) on a VAS.

- Total Score Average

This endpoint was the average of the scores of all 24 questions on the WOMAC. Response to each individual question was measured on a 0- 100 mm VAS and weighted equally.

- Subscale Average

6

MRK-AGU0006040

Restricted
R G Confidential
Limited access

This endpoint was the average of the three subscales scores (discussed above): Pain, Physical function and Stiffness. Each subscale was weighted equally.

# STATISTICAL ANALYSES OF EFFICACY ENDPOINTS

## A. Analysis Approach

For all efficacy variables, the primary efficacy analysis was based on the "Primary Per-Protocol" analysis set. The primary per-protocol analysis included all patients who have a baseline and at least one treatment-period measurement. Certain data points were excluded from the analysis based upon concomitant use of paracetamol during the double-blind treatment period - more details can be found in the DAP.

The time-weighted average response over the 4-week treatment period was used as the primary measure to assess treatment effect. In this way, every patient with a baseline and any postrandomization data point was included in the analysis of efficacy and received equal weight. Only observed data (at scheduled, unscheduled, and discontinuation visits) were included in each patient's average response; no missing values were imputed (e.g., data points were not carried forward). Any efficacy information collected at poststudy visits was not included, since, as specified by the protocol, patients had been off-drug for 14 days.

In addition to the Primary Per-Protocol analysis, a secondary analysis based on the Modified Intention-to-Treat (MITT) analysis set was also performed for the primary and secondary efficacy endpoints. This analysis included all observed data points for all patients, irrespective of any concomitant use of paracetamol or other analgesics during the study. The MITT analysis therefore included all patients who have a baseline at at least one treatment-period measurement.

## B. Analytical Methods

The continuous and ordinal endpoints were analyzed using an Analysis of Covariance (ANCOVA) model. The main effects model included terms for treatment, study center and baseline score of the dependent variable as a one-degree-of-freedom covariate. Assessment of disease activity at baseline was used as the covariate for response to therapy since the latter was not measured at baseline.

The interactions of treatment and each other factor in the model was tested as an index to determine if further analyses into the consistency of treatment difference across levels of the blocking/covariate factor are warranted.

Treatment differences were estimated by the differences in least squares means (Lsmean) from the ANCOVA model and the 95% confidence intervals were calculated. Within-group changes were evaluated using 95% confidence intervals on the Lsmeans.

7

MRK-AGU0006041

Restricted
R ⊕ Confidential
limited access

Plots of means (mean change from baseline or mean values) ± SE over time were presented for all efficacy variables as appropriate.

A logistic regression model with terms for baseline covariate and treatment group was used for the analysis of the percent of patients with good or excellent response to PGART (respectively IGART). A binary response variable was defined using the PGART (respectively IGART) score averaged over the 4-week period of treatment. A patient was considered a responder if the time-weighted average score was greater than 2 (3 and 4 being the scores respectively for good and excellent response). Patient (respectively Investigator) Global Assessment of Disease Status at baseline was used as the covariate for PGART (respectively IGART) since the response to therapy variable was not measured at baseline.

MRK-AGU0006042

Restricted
R ✚ Confidential
limited access

# RESULTS

## A. Patients Characteristics

Baseline patient characteristics are presented in Table 1 and Table 2.

Of the 454 randomized patients, 227 were included in the rofecoxib 25 mg group and 227 in the celecoxib 200 mg group, 389 (85.7%) were female and 65 (14.3%) were male. The age ranged from 40 to 90 years, with an average of 62.2 years. The majority of the patients were hispanic (51.8%), the other patients being white (19.6%), multi-racial (25.6%), black (2.6%) or of another race (1 asian and 1 native american).

### Table 1

### Baseline Patient Demographics by Treatment Group

| | Rofecoxib (N=227) | | Celecoxib (N=227) | | Total (N=454) | |
|---|---|---|---|---|---|---|
| **Gender (n, %)** | | | | | | |
| F | 187 | (82.4) | 202 | (89.0) | 389 | (85.7) |
| M | 40 | (17.6) | 25 | (11.0) | 65 | (14.3) |
| **Race (n, %)** | | | | | | |
| Asian | 0 | (0.0) | 1 | (0.4) | 1 | (0.2) |
| Black | 3 | (1.3) | 9 | (4.0) | 12 | (2.6) |
| Multi-Racial | 57 | (25.1) | 59 | (26.0) | 116 | (25.6) |
| White | 48 | (21.2) | 41 | (18.1) | 89 | (19.6) |
| Other* | 119 | (52.4) | 117 | (51.5) | 236 | (52.0) |
| **Age (n, %)** | | | | | | |
| ≤ 20 | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) |
| 21 to 30 | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) |
| 31 to 40 | 1 | (0.4) | 2 | (0.9) | 3 | (0.7) |
| 41 to 50 | 24 | (10.6) | 25 | (11.0) | 49 | (10.8) |
| 51 to 60 | 69 | (30.4) | 69 | (30.4) | 138 | (30.4) |
| 61 to 70 | 82 | (36.1) | 84 | (37.0) | 166 | (36.6) |
| 71 to 80 | 47 | (20.7) | 44 | (19.4) | 91 | (20.0) |
| 81 to 90 | 4 | (1.8) | 3 | (1.3) | 7 | (1.5) |
| ≥ 91 | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) |
| N | 227 | | 227 | | 454 | |
| Mean (SD) | 62.4 (9.6) | | 62.0 (9.7) | | 62.2 (9.6) | |
| Median | 63.0 | | 63.0 | | 63.0 | |
| Range | 40 to 83 | | 40 to 90 | | 40 to 90 | |

\* includes 1 native american patient, all others are hispanic

9

MRK-AGU0006043

R ⊕ Restricted
Confidential
limited access

Additional baseline characteristics related to osteoarthritis are in Table 2.

At the prestudy visit, patients had to rate their ARA functional class. Approximately 70% of the patients were in the ARA class II (patient is able to perform usual self-care and vocational activities, but is limited in avocational activities). For 86% of the patients, the study joint was the knee. The presence of osteoarthritis at other joints than the study joint was also evaluated.

<u>Table 2</u>

Baseline Disease Characteristics by Treatment Group

| | Rofecoxib (N=227) | | Celecoxib (N=227) | | Total (N=454) | |
|---|---|---|---|---|---|---|
| **ARA[‡] Functional Class (n, %)** | | | | | | |
| Class I | 22 | (9.7) | 24 | (10.6) | 46 | (10.1) |
| Class II | 161 | (70.9) | 161 | (70.9) | 322 | (70.9) |
| Class III | 44 | (19.4) | 42 | (18.5) | 86 | (18.9) |
| **Study joint (n, %)** | | | | | | |
| Knee OA | 193 | (85.0) | 196 | (86.3) | 389 | (85.7) |
| Hip OA | 34 | (15.0) | 31 | (13.7) | 65 | (14.3) |
| **Other joints (n, %)** | | | | | | |
| Hip OA | 45 | (19.8) | 53 | (23.4) | 98 | (21.6) |
| Knee OA | 163 | (71.8) | 173 | (76.2) | 336 | (74.0) |
| Spine OA | 61 | (26.9) | 65 | (28.6) | 126 | (27.8) |
| Inter-phalangeal OA | 67 | (29.5) | 61 | (26.9) | 128 | (28.2) |
| Thumb OA | 28 | (12.3) | 20 | (8.8) | 48 | (10.6) |
| [‡] American Rheumatism Association Functional Class. | | | | | | |

Continuous baseline patient characteristics (body weight and duration of OA) are presented in Table 3. The duration of OA was based on the year of probable onset reported by the patient and ranged from 0 years (i.e., onset within the year of study) to 40 years (mean 6.4 years).

10

MRK-AGU0006044

Restricted
R Confidential
limited access

## Table 3

### Continuous Baseline Patient Characteristics by Treatment Group

| | Rofecoxib (N=227) | Celecoxib (N=227) | Total (N=454) |
|---|---|---|---|
| **Body Weight (kg)** | | | |
| N | 227 | 227 | 454 |
| Mean (SD) | 73.9 (13.3) | 73.0 (13.6) | 73.4 (13.5) |
| Median | 72.1 | 71.0 | 72.0 |
| Range | 44.2 to 120.0 | 45.6 to 125.0 | 44.2 to 125.0 |
| **Duration of OA (yr)[†]** | | | |
| N | 226 | 227 | 453 |
| Mean (SD) | 6.2  (5.8) | 6.5  (6.2) | 6.4  (6.0) |
| Median | 5.0 | 5.0 | 5.0 |
| Range | 0.0[††] to 40.0 | 0.0[††] to 35.0 | 0.0[††] to 40.0 |

[†] Patient reported.
[††] Patient had osteoarthritis for less than 1 year.

Baseline values for primary and secondary efficacy endpoints are summarized in Table 4.

For all randomized patients, the mean baseline values for the primary endpoint pain at night while in bed were 58.2 and 59.3 mm (on VAS) scale) in the rofecoxib and celecoxib groups respectively.

## Table 4

### Efficacy Endpoint Measurements at Baseline by Treatment Group

| | Rofecoxib | Celecoxib | Total |
|---|---|---|---|
| **Primary Endpoint** | | | |
| **Pain at Night While in Bed (WOMAC) (100-mm VAS)** | | | |
| N | 227 | 227 | 454 |
| Mean (SD) | 58.20 (13.75) | 59.26 (13.93) | 58.73 (13.84) |
| Median | 56.00 | 57.00 | 56.00 |
| Range | 35.00 to 100.00 | 10.00 to 95.00 | 10.00 to 100.00 |
| **Secondary Endpoints** | | | |

11

MRK-AGU0006045

Restricted
R ⊕ Confidential
limited access

| Patient Global Assessment of Response to Therapy (No Baseline Values) | | |
|---|---|---|
| **Investigator Global Assessment of Response to Therapy (No Baseline Values)** | | |
| **Investigator Global Assessment of Disease Status (0-4 Likert Scale)** | | |
| N | 227 | 227 | 454 |
| Mean (SD) | 2.30 (0.46) | 2.29 (0.46) | 2.30 (0.46) |
| Median | 2.00 | 2.00 | 2.00 |
| Range | 2.00 to 3.00 | 2.00 to 3.00 | 2.00 to 3.00 |

| Patient Global Assessment of Disease Status (100-mm VAS) | | |
|---|---|---|
| N | 227 | 226 | 453 |
| Mean (SD) | 58.26 (20.05) | 57.22 (18.95) | 57.74 (19.49) |
| Median | 58.00 | 55.00 | 57.00 |
| Range | 4.00 to 97.00 | 10.00 to 100.00 | 4.00 to 100.00 |

| Pain Walking on a Flat Surface (WOMAC) (100-mm VAS) | | |
|---|---|---|
| N | 227 | 227 | 454 |
| Mean (SD) | 52.85 (17.07) | 54.81 (15.24) | 53.83 (16.19) |
| Median | 56.00 | 56.00 | 56.00 |
| Range | 0.00 to 88.00 | 2.00 to 94.00 | 0.00 to 94.00 |

| Pain Subscale (WOMAC) (100-mm VAS) | | |
|---|---|---|
| N | 227 | 227 | 454 |
| Mean (SD) | 55.68 (12.21) | 56.63 (13.45) | 56.15 (12.84) |
| Median | 56.40 | 57.00 | 56.50 |
| Range | 12.80 to 92.80 | 13.60 to 90.20 | 12.80 to 92.80 |

| Functional Status Subscale (WOMAC) (100-mm VAS) | | |
|---|---|---|
| N | 227 | 227 | 454 |
| Mean (SD) | 56.17 (16.51) | 55.96 (17.20) | 56.07 (16.84) |
| Median | 57.41 | 57.29 | 57.35 |
| Range | 2.94 to 94.18 | 10.35 to 92.18 | 2.94 to 94.18 |

| Stiffness Subscale (WOMAC) (100-mm VAS) | | |
|---|---|---|
| N | 227 | 227 | 454 |
| Mean (SD) | 56.06 (19.54) | 56.18 (20.24) | 56.12 (19.87) |
| Median | 58.50 | 58.00 | 58.50 |
| Range | 0.00 to 96.00 | 6.00 to 97.50 | 0.00 to 97.50 |

| Total Average Score (WOMAC) (100-mm VAS) | | |
|---|---|---|
| N | 227 | 227 | 454 |
| Mean (SD) | 56.07 (14.86) | 56.12 (15.88) | 56.09 (15.36) |
| Median | 56.67 | 57.33 | 56.77 |
| Range | 4.83 to 90.29 | 12.58 to 91.58 | 4.83 to 91.58 |

| Average Subscale Score (WOMAC) (100-mm VAS) | | |
|---|---|---|
| N | 227 | 227 | 454 |
| Mean (SD) | 55.97 (14.20) | 56.26 (15.56) | 56.11 (14.88) |
| Median | 56.61 | 57.09 | 56.92 |
| Range | 5.58 to 87.93 | 14.04 to 93.00 | 5.58 to 93.00 |

12

MRK-AGU0006046

R Restricted
Confidential
limited access

## B. Patient Accounting

### 1. Patient Accounting in the Study

Of the 454 patients randomized, 426 (93.8%) completed the 4-week treatment period: 211 patients (92.9%) in the rofecoxib group and 215 (94.7%) in the celecoxib group. Table 5 presents the reasons for discontinuation from the study.

The main reasons for discontinuation were clinical AE (8 patients) and lack of efficacy (10 patients). The other reasons were : lost to follow-up (5), other reason (2), protocol deviation (2) and site terminated (1).

### Table 5

#### Reasons for Discontinuation

|  | Rofecoxib (N = 227) | Celecoxib (N = 227) | Total (N = 454) |
|---|---|---|---|
| Completed Trial | 211 (92.9%) | 215 (94.7%) | 426 (93.8%) |
| Discontinued Trial | 16 (7.1%) | 12 (5.3%) | 28 (6.2%) |
| Clinical AE | 6* | 2 | 8 |
| Lack efficacy | 5 | 5 | 10 |
| Lost to follow-up | 3 | 2 | 5 |
| Pat. discont. for other | 1 | 1 | 2 |
| Protocol deviation | 1 | 1 | 2 |
| Site terminated | 0 | 1 | 1 |

One patient discontinued treatment because of an AE which started before first treatment intake.

### 2. Patient Accounting in the Analysis

For all efficacy variables, the primary efficacy analysis was based on the "Primary Per-Protocol" analysis set as specified earlier. In the primary per-protocol analysis, certain data points were excluded from the analysis based upon concomitant use of paracetamol during the double-blind treatment period. Exclusions from the primary per-protocol analysis were listed in the memo regarding identification of protocol violations which was issued prior to frozen file.

In addition to the Primary Per-Protocol analysis, a secondary analysis based on the Modified Intention-to-Treat (MITT) analysis set was also performed for the

13

MRK-AGU0006047

Restricted
R ⊕ Confidential
limited access

primary and secondary efficacy endpoints. This analysis included all observed data points for all patients, irrespective of any concomitant use of paracetamol or other analgesics during the study. The MITT analysis therefore included all patients who have a baseline at at least one treatment-period measurement.

## C. Efficacy

### PRIMARY PER-PROTOCOL APPROACH

#### 1. Primary Endpoint: Pain at Night while in Bed

The results of the analysis on the time-weighted average effect over the 4-week treatment period for Pain at Night while in Bed (WOMAC) are presented in Table 6.

The baseline (Randomization Visit) means were 58.2 and 59.2 mm for rofecoxib 25 mg and celecoxib 200 mg respectively. After treatment (averaged over 4-week treatment period) these means reduced to 31.0 and 30.8 mm for rofecoxib and celecoxib respectively. The mean change from baseline was –27.2 mm in the rofecoxib mg group, and –28.4 mm in the celecoxib group.

The time-weighted average effect of rofecoxib 25 mg on Pain at Night while in Bed (WOMAC) over the 4-week treatment period was comparable to the effect of celecoxib. The treatment difference (difference in Lsmeans) and 95% C.I. was 0.8 (-2.7, 4.2) mm, p=0.655.

The effect of center as well as the effect of the baseline value for night pain were significant, indicating that both these factors had an influence on the response. These effects will be further investigated in the statistical report. The interactions of treatment with center and baseline value were not significant indicating consistency of treatment effects across levels of these factors.

Figure 1 presents the mean change from baseline across the study time.

14

MRK-AGU0006048

R **G** Restricted
Confidential
limited access

### Table 6

Pain at Night While in Bed (WOMAC)

Mean Change from Baseline (Randomization Visit)

Time-weighted Average over 4-Week Treatment Period

(Primary Per-Protocol Approach)

| Treatment Group | N | Baseline Mean | Treatment Period Mean | Mean Change | SD of Change | LS Mean[†] Change | 95% CI for LS Mean[†] Change |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 227 | 58.2 | 31.0 | -27.2 | 21.6 | -24.8 | (-27.4,-22.2) |
| Celecoxib | 224 | 59.2 | 30.8 | -28.4 | 20.1 | -25.6 | (-28.2,-22.9) |
| Comparison Between Treatment Groups | | | | Diff. in LSmean | | 95% CI for Diff. | p-Value[††] |
| Rofecoxib vs Celecoxib | | | | 0.8 | | (-2.7, 4.2) | 0.655 |
| Effect: | | | | p-Value | | Pooled SD | |
| Study Center | | | | ≤0.001 | | 18.6 | |
| Baseline Covariate | | | | ≤0.001 | | | |

[†] Least squares mean

[††] p-value for the between treatment difference equal to 0

MRK-AGU0006049

Restricted
R Ⓖ Confidential
limited access

<u>Figure 1</u>

Pain at Night while in Bed (WOMAC)
Mean Change from Baseline ± SE by Timepoint
(Primary Per-Protocol Approach)



16

MRK-AGU0006050

Restricted
R ⊕ Confidential
limited access

2.  **Secondary Endpoints**

a)  **Pain Walking on a Flat Surface (WOMAC)**

The results of the analysis on the time-weighted average effect over the 4-week treatment period for Pain Walking on a Flat Surface (WOMAC) are presented in Table 7.

The baseline (Randomization Visit) means were 52.9 and 54.7 mm for rofecoxib 25 mg and celecoxib 200 mg respectively. After treatment (averaged over 4-week treatment period) these means reduced to 33.5 and 34.6 mm for rofecoxib and celecoxib respectively. The mean change from baseline was −19.4 mm in the rofecoxib group, and −20.1 mm in the celecoxib group.

The time-weighted average effect of rofecoxib 25 mg on Pain Walking on a Flat Surface (WOMAC) over the 4-week treatment period was similar to the effect of celecoxib (p=0.977)

Figure 2 presents the mean change from baseline across the study time.

<u>Table 7</u>

Pain Walking on a Flat Surface (WOMAC)

Mean Change from Baseline (Randomization Visit)

Time-weighted Average over 4-Week Treatment Period

(Primary Per-Protocol Approach)

| Treatment Group | N | Baseline Mean | Treatment Period Mean | Mean Change | SD of Change | LS Mean[†] Change | 95% CI for LS Mean[†] Change |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 227 | 52.9 | 33.5 | -19.4 | 23.4 | -16.9 | (-19.4,-14.3) |
| Celecoxib | 224 | 54.7 | 34.6 | -20.1 | 20.8 | -16.8 | (-19.4,-14.3) |
| Comparison Between Treatment Groups | | | | Diff. in LSmean | | 95% CI for Diff. | p-Value[††] |
| Rofecoxib vs Celecoxib | | | | -0.0 | | ( -3.4, 3.3) | 0.977 |
| Effect: | | | | | p-Value | | Pooled SD |
| Study Center | | | | | ≤ 0.001 | | 17.8 |
| Baseline Covariate | | | | | ≤ 0.001 | | |
| [†] Least squares mean | | | | | | | |
| [††] p-value for the between treatment difference equal to 0 | | | | | | | |

17

MRK-AGU0006051

Restricted
R ⊕ Confidential
limited access

Figure 2

Pain Walking on a Flat Surface (WOMAC)
Mean Change from Baseline ± SE by Timepoint
(Primary Per-Protocol Approach)



### b) Patient Global Assessment of Response to Therapy

Since this endpoint asked patients to rate their response to study medication, baseline (Randomization Visit) values were not collected. Response was therefore based on the mean of values during the treatment period.

The results of the analysis on the time-weighted average effect over the 4-week treatment period for Patient Global Assessment of Response to Therapy are presented in Table 8.

The treatment mean values (averaged over the 4-week treatment period) for Patient Global Assessment of Response to Therapy were –2.32 and –2.40 (reversed Likert scale) for rofecoxib and celecoxib respectively.

The effect of rofecoxib and celecoxib on Patient Global Assessment of Response to Therapy over the 4-week treatment period was similar; the treatment difference and 95% C.I. were 0.07 (-0.09, 0.22), p=0.400. Figure 3 presents the mean values over time.

18

MRK-AGU0006052

Restricted
R ⊕ Confidential
limited access

Table 8

Patient Global Assessment of Response to Therapy

Mean Values

Time-Weighted Average over 4-Week Treatment Period

(Primary Per-Protocol Approach)

| Treatment Group | N | Treatment Period Mean | SD | LS Mean[†] | 95% CI for LS Mean[†] |
|---|---|---|---|---|---|
| Rofecoxib | 227 | -2.32 | 0.92 | -2.30 | (-2.41,-2.18) |
| Celecoxib | 223 | -2.40 | 0.85 | -2.36 | (-2.48,-2.24) |
| Comparison Between Treatment Groups | | Diff. in LSmean | | 95% CI for Diff. | p-Value[††] |
| Rofecoxib vs Celecoxib | | 0.07 | | (-0.09, 0.22) | 0.400 |
| Effect: | | | p-Value | Pooled SD | |
| Study Center | | | ≤ 0.001 | 0.83 | |
| Baseline Covariate | | | ≤ 0.001 | | |

[†] Least squares mean

[††] p-value for the between treatment difference equal to 0

The percent of patients with good or excellent response to Patient Global Assessment of Response to Therapy (PGART), defined as average PGART-score >2, is in Table 9.   Approximately 62% of patients had a good or excellent response after treatment with rofecoxib compared to 65% after treatment with celecoxib (p=0.537).

19

MRK-AGU0006053

Restricted
R Confidential
limited access

## Table 9

Patient Global Assessment of Response to Therapy

Percent of Patients with Good or Excellent Response to PGART

Time-weighted Average Score

(Primary Per-Protocol Approach)

| Treatment Group | N | n | % (95% CI) |
|---|---|---|---|
| Rofecoxib 25 mg | 227 | 140 | 61.67 (55.01, 68.03) |
| Celecoxib 200 mg | 223 | 145 | 65.02 (58.37, 71.27) |
| Treatment Comparison | Odds Ratio (95% CI) | | P-value |
| Rofecoxib vs. Celecoxib | 0.88  ( 0.60,  1.31) | | 0.537 |
| Effect | | | |
| Baseline Covariate | - | | 0.801 |
| N: Number of patients with non-missing assessment of response to therapy. | | | |
| n: Number of patients with good or excellent reponse (score>2). | | | |

MRK-AGU0006054

Restricted
R ⊕ Confidential
limited access

<u>Figure 3</u>

Patient Global Assessment of Response to Therapy
Mean Values ± SE by Timepoint
(Primary Per-Protocol Approach)



\* Scale reversed so decreasing values indicate improvement

c) **Patient Global Assessment of Disease Status**

The results of the analysis on the averaged effect over the 4-week treatment period for Patient Global Assessment of Disease Status are presented in Table 10.

The baseline (Randomization Visit) means were 58.3 and 57.0 mm (VAS) for rofecoxib and celecoxib respectively. After treatment (averaged over 4-week treatment period) these means reduced to 38.0 and 36.8 mm respectively..

The average effect of rofecoxib on Patient Global Assessment of Disease Status over the 4-week treatment period was similar to the effect of celecoxib: the mean change from baseline was –20.3 in the rofecoxib group and –20.2 in the celecoxib group (p=0.633).

Figure 4 presents the mean change from baseline over time.

21

MRK-AGU0006055

R ⊕ Restricted
Confidential
limited access

## Table 10

Patient Global Assessment of Disease Activity

Mean Change from Baseline (Randomization Visit)

Time-weighted Average over 4-Week Treatment Period

(Primary Per-Protocol Approach)

| Treatment Group | N | Baseline Mean | Treatment Period Mean | Mean Change | SD of Change | LS Mean[†] Change | 95% CI for LS Mean[†] Change |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 227 | 58.3 | 38.0 | -20.3 | 21.9 | -17.6 | (-20.0,-15.3) |
| Celecoxib | 223 | 57.0 | 36.8 | -20.2 | 20.9 | -18.4 | (-20.8,-16.0) |
| Comparison Between Treatment Groups | | | | Diff. in LSmean | | 95% CI for Diff. — | p-Value [††] |
| Rofecoxib vs Celecoxib | | | | 0.8 | | ( -2.3, 3.8) | 0.633 |
| Effect: | | | | p-Value | | Pooled SD | |
| Study Center | | | | ≤0.001 | | 16.6 | |
| Baseline Covariate | | | | ≤0.001 | | | |

[†] Least squares mean

[††] p-value for the between treatment difference equal to 0

MRK-AGU0006056

Restricted
R ⊕ Confidential
limited access

### Figure 4

Patient Global Assessment of Disease Status
Mean Change from Baseline ± SE by Timepoint
(Primary Per-Protocol Approach)



#### d) Investigator Global Assessment of Response to Therapy

Since this endpoint asked the investigators to rate the patient's response to study medication, baseline (Randomization Visit) values were not collected. Response was therefore based on the mean values during the treatment period.

The results of the analysis on the time-weighted average effect over the 4-week treatment period for Investigator Global Assessment of Response to Therapy are presented in Table 11.

The mean treatment values (averaged over the 4-week treatment period) for Investigator Global Assessment of Response to Therapy were –2.44 and –2.51 (reversed Likert scale) for rofecoxib and celecoxib respectively.   Treatment groups were similar with regard to investigator assessment of response to therapy (p=0.299).  Figure 5 presents the mean values over time.

23

MRK-AGU0006057

Restricted
R ⊘ Confidential
limited access

### Table 11

Investigator Global Assessment of Response to Therapy

Mean Values

Time-Weighted Average over 4-Week Treatment Period

(Primary Per-Protocol Approach)

| Treatment Group | N | Treatment Period Mean | SD | LS Mean[†] | 95% CI for LS Mean[†] |
|---|---|---|---|---|---|
| Rofecoxib | 227 | -2.44 | 0.89 | -2.38 | (-2.49,-2.27) |
| Celecoxib | 224 | -2.51 | 0.78 | -2.46 | (-2.57,-2.34) |
| Comparison Between Treatment Groups | | Diff. in LSmean | | 95% CI for Diff. | p-Value[††] |
| Rofecoxib vs Celecoxib | | 0.08 | | (-0.07, 0.22) | 0.299 |
| Effect: | | p-Value | | Pooled SD | |
| Study Center | | ≤ 0.001 | | 0.79 | |
| Baseline Covariate | | 0.010 | | | |

[†] Least squares mean

[††] p-value for the between treatment difference equal to 0

The percent of patients with good or excellent response to Investigator Global Assessment of Response to Therapy (IGART), defined as average IGART-score >2, is in Table 12. Approximately 66% of patients had a good or excellent response after treatment with rofecoxib compared to 71% after treatment with celecoxib (p=0.314).

24

MRK-AGU0006058

R Restricted
Confidential
limited access

### Table 12

Investigator Global Assessment of Response to Therapy

Percent of Patients with Good or Excellent Response to IGART

Time-weighted Average Score

(Primary Per-Protocol Approach)

| Treatment Group | N | n | % (95% CI) |
|---|---|---|---|
| Rofecoxib 25 mg | 227 | 150 | 66.08 (59.52, 72.21) |
| Celecoxib 200 mg | 224 | 158 | 70.54 (64.10, 76.42) |
| **Treatment Comparison** | Odds Ratio (95% CI) | | **P-value** |
| Rofecoxib vs. Celecoxib | 0.82  (0.55, 1.21) | | 0.314 |
| **Effect** | | | — |
| Baseline Covariate | - | | 0.001 |

N: Number of patients with non-missing assessment of response to therapy.

n: Number of patients with good or excellent reponse (score>2).

25

MRK-AGU0006059

Restricted
R ⊕ Confidential
limited access

### Figure 5

Investigator Global Assessment of Response to Therapy
Mean Values ± SE by Timepoint
(Primary Per-Protocol Approach)



\* Scale reversed so decreasing values indicate improvement

### e)   Investigator Global Assessment of Disease Status

The results of the analysis on the time-weighted average effect over the 4-week treatment period for Investigator Global Assessment of Disease Status are presented in Table 13.

The baseline (Randomization Visit) means were 2.30 and 2.29 (Likert scale) for rofecoxib and celecoxib respectively. After treatment (averaged over 4-week treatment period) these means reduced to 1.50 and 1.45, respectively. The mean changes from baseline were similar in both treatment groups: –0.81 in the rofecoxib group and –0.85 in the celecoxib group (p=0.430).

Figure 6 presents the mean change from baseline across the study time.

26

MRK-AGU0006060

R ⊕ Restricted
Confidential
limited access

## Table 13

Investigator Global Assessment of Disease Status

Mean Change from Baseline (Randomization Visit)

Time-weighted Average over 4-Week Treatment Period

(Primary Per-Protocol Approach)

| Treatment Group | N | Baseline Mean | Treatment Period Mean | Mean Change | SD of Change | LS Mean[†] Change | 95% CI for LS Mean[†] Change |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 227 | 2.30 | 1.50 | -0.81 | 0.77 | -0.74 | (-0.83, -0.64) |
| Celecoxib | 224 | 2.29 | 1.45 | -0.85 | 0.84 | -0.79 | (-0.88, -0.69) |
| Comparison Between Treatment Groups | | | | Diff. in LSmean | 95% CI for Diff. | | p-Value[††] |
| Rofecoxib vs Celecoxib | | | | 0.05 | (-0.07, 0.17) | | 0.430 |
| Effect: | | | | | p-Value | Pooled SD | |
| Study Center | | | | | ≤ 0.001 | 0.66 | |
| Baseline Covariate | | | | | ≤ 0.001 | | |

[†] Least squares mean

[††] p-value for the between treatment difference equal to 0

27

MRK-AGU0006061

R **Restricted**
**Confidential**
*Limited access*

**Figure 6**

Investigator Global Assessment of Disease Status
Mean Change from Baseline ± SE by Timepoint
(Primary Per-Protocol Approach)



### f)   WOMAC Questionnaire Subscales

For the five endpoints derived from the WOMAC questionnaire (Physical
Function, Pain, Stiffness, Total Score and Subscale Average), the time-
weighted average effect of rofecoxib over the 4 week treatment period was
similar to the effect of celecoxib.   The difference in mean changes from
baseline (Lsmeans) was not significant (p>0.500) for any of the endpoints.

An overview of the results for the different WOMAC subscales is in Table 14.
The individual tables and graphics are presented in Appendix.

28

MRK-AGU0006062

R ⊕ Restricted
Confidential
limited access

Table 14

Difference Between Treatments in LS Mean for the WOMAC Endpoints
Mean Change from Baseline (Randomization Visit)
Time-weighted averaged over 4-week Treatment Period
(Primary Per-Protocol Approach)

| WOMAC | Diff in LSmean (95% C.I.) Rofecoxib versus Celecoxib | | P-value |
|---|---|---|---|
| Physical Function Subscale | 0.5 | (-2.3, 3.2) | 0.737 |
| Pain Subscale | 0.5 | (-2.4, 3.3) | 0.743 |
| Stiffness Subscale | 0.7 | (-2.5, 3.8) | 0.677 |
| Total Score Average | 0.5 | (-2.2, 3.2) | 0.730 |
| Subscale Average | 0.5 | (-2.2, 3.2) | 0.710 |

MRK-AGU0006063



## MODIFIED INTENTION-TO-TREAT APPROACH (MITT)

**1. Primary Endpoint: Pain at Night while in Bed**

The results of the MITT analysis on the time-weighted average effect over the 4-week treatment period for Pain at Night while in Bed (WOMAC) were consistent with results from the primary per-protocol analysis and are presented in Table 15. The difference between treatments with regard to change from baseline was not significant.

<u>Table 15</u>

Pain at Night While in Bed (WOMAC)

Mean Change from Baseline (Randomization Visit)

Time-weighted Average over 4-Week Treatment Period

(Modified Intention-to-Treat Approach)

| Treatment Group | N | Baseline Mean | Treatment Period Mean | Mean Change | SD of Change | LS Mean[†] Change | 95% CI for LS Mean[†] Change |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 227 | 58.2 | 31.2 | -27.0 | 21.7 | -24.6 | (-27.3,-22.0) |
| Celecoxib | 224 | 59.2 | 30.7 | -28.5 | 20.0 | -25.7 | (-28.3,-23.0) |
| **Comparison Between Treatment Groups** | | | | Diff. in LSmean | 95% CI for Diff. | | p-Value[††] |
| Rofecoxib vs Celecoxib | | | | 1.0 | ( -2.4, 4.5) | | 0.566 |
| **Effect:** | | | | p-Value | | Pooled SD | |
| Study Center | | | | ≤0.001 | | 18.6 | |
| Baseline Covariate | | | | ≤0.001 | | | |

[†] Least squares mean

[††] p-value for the between treatment difference equal to 0

30

MRK-AGU0006064

R ⊖ Restricted
Confidential
limited access

2. **Secondary Endpoints**

Table 16 to Table 20 show results of the MITT analysis for the key secondary endpoints. For all endpoints, results were consistent with those obtained from the primary per-protocol analysis.

### Table 16

Pain Walking on a Flat Surface (WOMAC)

Mean Change from Baseline (Randomization Visit)

Time-weighted Average over 4-Week Treatment Period

(Modified Intention-to-Treat Approach)

| Treatment Group | N | Baseline Mean | Treatment Period Mean | Mean Change | SD of Change | LS Mean[†] Change | 95% CI for LS Mean[†] Change |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 227 | 52.9 | 33.5 | -19.4 | 23.4 | -16.9 | (-19.4,-14.4) |
| Celecoxib | 224 | 54.7 | 34.4 | -20.3 | 20.6 | -17.0 | (-19.6,-14.5) |
| Comparison Between Treatment Groups | | | | Diff. in LSmean | | 95% CI for Diff. | p-Value[††] |
| Rofecoxib vs Celecoxib | | | | 0.1 | | ( -3.2,  3.4) | 0.943 |
| Effect: | | | | p-Value | | Pooled SD | |
| Study Center | | | | ≤ 0.001 | | 17.7 | |
| Baseline Covariate | | | | ≤ 0.001 | | | |

[†] Least squares mean

[††] p-value for the between treatment difference equal to 0

MRK-AGU0006065

Restricted
R ⊕ Confidential
limited access

Table 17

Patient Global Assessment of Response to Therapy

Mean Values

Time-Weighted Average over 4-Week Treatment Period

(Modified Intention-to-Treat Approach)

| Treatment Group | N | Treatment Period Mean | SD | LS Mean[†] | 95% CI for LS Mean[†] |
|---|---|---|---|---|---|
| Rofecoxib | 227 | -2.32 | 0.92 | -2.30 | (-2.41,-2.18) |
| Celecoxib | 223 | -2.40 | 0.85 | -2.36 | (-2.48,-2.24) |
| Comparison Between Treatment Groups | | Diff. in LSmean | | 95% CI for Diff. | p-Value [††] |
| Rofecoxib vs Celecoxib | | 0.07 | | (-0.09, 0.22) | 0.400 |
| Effect: | | p-Value | | Pooled SD | |
| Study Center | | ≤ 0.001 | | 0.83 | |
| Baseline Covariate | | ≤ 0.001 | | | |

[†] Least squares mean

[††] p-value for the between treatment difference equal to 0

32

MRK-AGU0006066

Restricted
R ⊕ Confidential
limited access

## Table 18

Patient Global Assessment of Disease Activity

Mean Change from Baseline (Randomization Visit)

Time-weighted Average over 4-Week Treatment Period

(Modified Intention-to-Treat Approach)

| Treatment Group | N | Baseline Mean | Treatment Period Mean | Mean Change | SD of Change | LS Mean[†] Change | 95% CI for LS Mean[†] Change |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 227 | 58.3 | 37.9 | -20.3 | 21.8 | -17.6 | (-20.0,-15.3) |
| Celecoxib | 223 | 57.0 | 36.6 | -20.4 | 21.0 | -18.5 | (-20.9,-16.2) |
| Comparison Between Treatment Groups | | | | Diff. in LSmean | 95% CI for Diff. | | p-Value[††] |
| Rofecoxib vs Celecoxib | | | | 0.9 | ( -2.2,  4.0) | | 0.564 |
| Effect: | | | | p-Value | | Pooled SD | |
| Study Center | | | | ≤ 0.001 | | 16.6 | |
| Baseline Covariate | | | | ≤ 0.001 | | | |

[†] Least squares mean

[††] p-value for the between treatment difference equal to 0

33

MRK-AGU0006067

Restricted
R ✛ Confidential
limited access

<u>Table 19</u>

Investigator Global Assessment of Response to Therapy

Mean Values

Time-Weighted Average over 4-Week Treatment Period

(Modified Intention-to-Treat Approach)

| Treatment Group | N | Treatment Period Mean | SD | LS Mean[†] | 95% CI for LS Mean[†] |
|---|---|---|---|---|---|
| Rofecoxib | 227 | -2.44 | 0.89 | -2.38 | (-2.49,-2.27) |
| Celecoxib | 224 | -2.51 | 0.78 | -2.46 | (-2.57,-2.34) |
| Comparison Between Treatment Groups | | Diff. in LSmean | | 95% CI for Diff. | p-Value[††] |
| Rofecoxib vs Celecoxib | | 0.07 | | (-0.07, 0.22) | 0.316 |
| Effect: | | | p-Value | Pooled SD | |
| Study Center | | | ≤0.001 | 0.79 | |
| Baseline Covariate | | | 0.010 | | |

[†] Least squares mean

[††] p-value for the between treatment difference equal to 0

34

MRK-AGU0006068

Restricted
R ⊕ Confidential
limited access

Table 20

Investigator Global Assessment of Disease Status

Mean Change from Baseline (Randomization Visit)

Time-weighted Average over 4-Week Treatment Period

(Modified Intention-to-Treat Approach)

| Treatment Group | N | Baseline Mean | Treatment Period Mean | Mean Change | SD of Change | LS Mean[†] Change | 95% CI for LS Mean[†] Change |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 227 | 2.30 | 1.50 | -0.80 | 0.76 | -0.73 | (-0.83,-0.64) |
| Celecoxib | 224 | 2.29 | 1.45 | -0.84 | 0.84 | -0.78 | (-0.88,-0.69) |
| Comparison Between Treatment Groups | | | | Diff. in LSmean | | 95% CI for Diff. | p-Value[††] |
| Rofecoxib vs Celecoxib | | | | 0.05 | | (-0.07, 0.17) | 0.424 |
| Effect: | | | | | p-Value | | Pooled SD |
| Study Center | | | | | ≤ 0.001 | | 0.66 |
| Baseline Covariate | | | | | ≤ 0.001 | | |
| [†] Least squares mean | | | | | | | |
| [††] p-value for the between treatment difference equal to 0 | | | | | | | |

An overview of the results from the MITT analysis of the different WOMAC subscales is given in Table 21.

Table 21

Difference Between Treatments in LS Mean for the WOMAC Endpoints
Mean Change from Baseline (Randomization Visit)
Time-weighted averaged over 4-week Treatment Period
(Modified Intention-to-Treat Approach)

| WOMAC | Diff in LSmean (95% C.I.) Rofecoxib versus Celecoxib | | P-value |
|---|---|---|---|
| Physical Function Subscale | 0.6 | (-2.2, 3.4) | 0.665 |
| Pain Subscale | 0.6 | (-2.3, 3.5) | 0.684 |
| Stiffness Subscale | 0.9 | (-2.3, 4.0) | 0.592 |
| Total Score Average | 0.6 | (-2.1, 3.3) | 0.657 |
| Subscale Average | 0.7 | (-2.1, 3.4) | 0.633 |

MRK-AGU0006069

R ✧ Restricted
Confidential
Limited access

### D. Safety - Clinical Adverse Experiences

Table 22 presents a summary of all clinical adverse experiences that occurred during the treatment period or up to 14 days after the end of treatment.

A total of 109 patients (24.0%) reported at least one clinical adverse experience (AE) during the treatment period or within 14 days after the end of treatment: 61 patients (26.9%) in the rofecoxib 25 mg group and 48 patients (21.1%) in the celecoxib 200 mg group. There was no significant difference between rofecoxib 25 mg and celecoxib 200 mg with regard to the proportion of patients with clinical adverse experiences.

The proportion of patients who had at least one clinical AE considered possibly, probably or definitely drug related by the investigator was higher in the rofecoxib group (26 patients, 11.5%) than in the celecoxib group (12 patients, 5.3%) (p<0.050).

Two patients in the celecoxib group had a serious clinical adverse experiences during the study and seven patients were discontinued from the study due to a clinical adverse experience (5 (2.2%) in the rofecoxib group and 2 (0.9%) in the celecoxib group).

#### Table 22

#### Clinical Adverse Experience Summary

| | Rofecoxib 25 mg (N=227) | | Celecoxib 200 mg (N=227) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Number of patients evaluated | 227 | | 227 | |
| Number (%) of patients: | | | | |
| With one or more adverse experiences | 61 | (26.9) | 48 | (21.1) |
| With drug-related adverse experiences[†] | 26 | (11.5) | 12 | (5.3) |
| With serious adverse experiences | 0 | (0.0) | 2 | (0.9) |
| With serious drug-related adverse experiences | 0 | (0.0) | 0 | (0.0) |
| Who died | 0 | (0.0) | 0 | (0.0) |
| Discontinued due to adverse experiences | 5 | (2.2) | 2 | (0.9) |
| Discontinued due to drug-related adverse experiences | 3 | (1.3) | 0 | (0.0) |
| Discontinued due to serious adverse experiences | 0 | (0.0) | 2 | (0.9) |
| Discontinued due to serious drug-related adverse experiences | 0 | (0.0) | 0 | (0.0) |

[†] Determined by the investigator to be possibly, probably, or definitely drug related.

36

Restricted
R ⊕ Confidential
limited access

The number and percent of patients with specific clinical adverse experiences are presented in Table 23. The most common clinical AEs were lower extremity edema (3.1% vs 0.9%), diarrhea (3.1% vs 1.3%) and hypertension (2.6% vs 0.4% in the rofecoxib and celecoxib group respectively).

<u>Table 23</u>

Number (%) Of Patients With Specific Clinical Adverse Experiences
(Incidence >0.0% In One Or More Treatment Groups)

| | Rofecoxib 25 mg (N=227) | | Celecoxib 200 mg (N=227) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with One or More Adverse Experiences | 61 | (26.9) | 48 | (21.1) |
| **Body As A Whole/Site Unspecified** | **23** | **(10.1)** | **13** | **(5.7)** |
| Abdominal Pain | 2 | (0.9) | 2 | (0.9) |
| Amebiasis | 0 | (0.0) | 1 | (0.4) |
| Asthenia/Fatigue | 1 | (0.4) | 0 | (0.0) |
| Contusion | 1 | (0.4) | 0 | (0.0) |
| Dizziness | 3 | (1.3) | 2 | (0.9) |
| Edema | 4 | (1.8) | 0 | (0.0) |
| Flushing | 1 | (0.4) | 0 | (0.0) |
| Influenza-Like Disease | 0 | (0.0) | 2 | (0.9) |
| Lower Extremity Edema | 7 | (3.1) | 2 | (0.9) |
| Malaise | 1 | (0.4) | 0 | (0.0) |
| Pain | 0 | (0.0) | 1 | (0.4) |
| Peripheral Edema | 1 | (0.4) | 0 | (0.0) |
| Trichomoniasis | 1 | (0.4) | 0 | (0.0) |
| Upper Respiratory Infection | 3 | (1.3) | 3 | (1.3) |
| **Cardiovascular System** | **8** | **(3.5)** | **2** | **(0.9)** |
| Hypertension | 6 | (2.6) | 1 | (0.4) |
| Systolic Murmur | 1 | (0.4) | 0 | (0.0) |
| Tachycardia | 1 | (0.4) | 0 | (0.0) |
| Thrombophlebitis | 0 | (0.0) | 1 | (0.4) |
| **Digestive System** | **21** | **(9.3)** | **16** | **(7.0)** |
| Acid Reflux | 1 | (0.4) | 0 | (0.0) |
| Anorectal Hemorrhage | 1 | (0.4) | 0 | (0.0) |
| Colitis | 1 | (0.4) | 0 | (0.0) |
| Constipation | 2 | (0.9) | 1 | (0.4) |
| Dental Infection | 1 | (0.4) | 0 | (0.0) |
| Dental Pain | 1 | (0.4) | 0 | (0.0) |
| Diarrhea | 7 | (3.1) | 3 | (1.3) |
| Dry Mouth | 2 | (0.9) | 0 | (0.0) |
| Dyspepsia | 3 | (1.3) | 5 | (2.2) |
| Epigastric Discomfort | 2 | (0.9) | 3 | (1.3) |

MRK-AGU0006071

Restricted
R ⊕ Confidential
Limited Access

### Number (%) Of Patients With Specific Clinical Adverse Experiences
### (Incidence >0.0% In One Or More Treatment Groups)

| | Rofecoxib 25 mg (N=227) | | Celecoxib 200 mg (N=227) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Fecal Abnormality | 1 | (0.4) | 0 | (0.0) |
| Gastroenteritis | 0 | (0.0) | 1 | (0.4) |
| Glossitis | 1 | (0.4) | 0 | (0.0) |
| Heartburn | 3 | (1.3) | 3 | (1.3) |
| Nausea | 3 | (1.3) | 3 | (1.3) |
| Obstipation | 0 | (0.0) | 1 | (0.4) |
| Oral Ulcer | 2 | (0.9) | 0 | (0.0) |
| Stomatitis | 1 | (0.4) | 0 | (0.0) |
| Vomiting | 2 | (0.9) | 0 | (0.0) |
| **Eyes, Ears, Nose, And Throat** | 6 | (2.6) | 4 | (1.8) |
| Blurred Vision | 2 | (0.9) | 0 | (0.0) |
| Glaucoma | 1 | (0.4) | 0 | (0.0) |
| Labyrinthitis | 0 | (0.0) | 1 | (0.4) |
| Ophthalmic Edema | 1 | (0.4) | 0 | (0.0) |
| Otitis | 1 | (0.4) | 0 | (0.0) |
| Pharyngitis | 1 | (0.4) | 3 | (1.3) |
| **Hemic And Lymphatic System** | 3 | (1.3) | 2 | (0.9) |
| Anemia | 3 | (1.3) | 2 | (0.9) |
| **Hepatobiliary System** | 0 | (0.0) | 1 | (0.4) |
| Cholelithiasis | 0 | (0.0) | 1 | (0.4) |
| **Metabolism And Nutrition** | 1 | (0.4) | 0 | (0.0) |
| Weight Gain | 1 | (0.4) | 0 | (0.0) |
| **Musculoskeletal System** | 5 | (2.2) | 8 | (3.5) |
| Ankle Sprain | 0 | (0.0) | 1 | (0.4) |
| Back Pain | 1 | (0.4) | 1 | (0.4) |
| Hip Osteoarthritis | 0 | (0.0) | 1 | (0.4) |
| Joint Effusion | 1 | (0.4) | 0 | (0.0) |
| Joint Swelling | 0 | (0.0) | 2 | (0.9) |
| Muscular Cramp | 1 | (0.4) | 0 | (0.0) |
| Neck Pain | 0 | (0.0) | 1 | (0.4) |
| Radial Fracture | 0 | (0.0) | 1 | (0.4) |
| Shoulder Pain | 1 | (0.4) | 0 | (0.0) |
| Synovitis | 1 | (0.4) | 0 | (0.0) |
| Tendinitis | 0 | (0.0) | 1 | (0.4) |
| **Nervous System** | 7 | (3.1) | 5 | (2.2) |
| Falling | 1 | (0.4) | 0 | (0.0) |
| Headache | 4 | (1.8) | 2 | (0.9) |
| Hyperesthesia | 1 | (0.4) | 0 | (0.0) |
| Hypesthesia | 0 | (0.0) | 1 | (0.4) |
| Insomnia | 0 | (0.0) | 2 | (0.9) |

MRK-AGU0006072

Restricted
R © Confidential
limited access

Number (%) Of Patients With Specific Clinical Adverse Experiences
(Incidence >0.0% In One Or More Treatment Groups)

| | Rofecoxib 25 mg (N=227 ) | | Celecoxib 200 mg (N=227 ) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Paresthesia | 2 | (0.9) | 0 | (0.0) |
| Psychiatric Disorder | 0 | (0.0) | 2 | (0.9) |
| Depression | 0 | (0.0) | 2 | (0.9) |
| Respiratory System | 3 | (1.3) | 1 | (0.4) |
| Bronchitis | 2 | (0.9) | 1 | (0.4) |
| Dyspnea | 1 | (0.4) | 0 | (0.0) |
| Skin And Skin Appendages | 3 | (1.3) | 6 | (2.6) |
| Cellulitis | 0 | (0.0) | 3 | (1.3) |
| Exanthema | 0 | (0.0) | 1 | (0.4) |
| Furuncle | 0 | (0.0) | 1 | (0.4) |
| Rash | 2 | (0.9) | 0 | (0.0) |
| Skin Abscess | 1 | (0.4) | 0 | (0.0) |
| Skin Erythema | 0 | (0.0) | 1 | (0.4) |
| Urogenital System | 2 | (0.9) | 3 | (1.3) |
| Dysuria | 0 | (0.0) | 1 | (0.4) |
| Urinary Tract Infection | 2 | (0.9) | 2 | (0.9) |

N = Total number of patients per treatment group.

Although a patient may have had two or more adverse experiences, the patient is counted only once within a category. The same patient may appear in different categories.

The number and percent of patients with specific clinical adverse experiences that were considered as being possibly, probably or definitely drug-related by the investigators, are in Table 24.  The proportion of patients with a drug-related AE was higher in the rofecoxib group (11.5%) than in the celecoxib group (5.3%) (p=0.026).

Also, the proportion of patients with any type of edema was significantly higher after treatment with rofecoxib (p=0.012).  The incidence of adverse experiences of specific interest (edema, hypertension and gastrointestinal AEs) are summarized in Table 25.

39

MRK-AGU0006073

R ⊖ Restricted
Confidential
limited access

### Table 24

Number (%) Of Patients With Specific Clinical Adverse Experiences
(Incidence >0.0% In One Or More Treatment Groups) By Body System Drug Related - In
Treatment Phase

| | Rofecoxib 25 mg (N=227) | | Celecoxib 200 mg (N=227) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patient with one or more drug-related adverse experiences[†] | 26 | (11.5) | 12 | (5.3) |
| Patient with no drug-related adverse experiences | 201 | (88.5) | 215 | (94.7) |
| **Body As A Whole/Site Unspecified** | **10** | **(4.4)** | **3** | **(1.3)** |
| Dizziness | 1 | (0.4) | 1 | (0.4) |
| Edema | 2 | (0.9) | 0 | (0.0) |
| Flushing | 1 | (0.4) | 0 | (0.0) |
| Lower Extremity Edema | 5 | (2.2) | 2 | (0.9) |
| Malaise | 1 | (0.4) | 0 | (0.0) |
| Peripheral Edema | 1 | (0.4) | 0 | (0.0) |
| **Cardiovascular System** | **5** | **(2.2)** | **0** | **(0.0)** |
| Hypertension | 4 | (1.8) | 0 | (0.0) |
| Tachycardia | 1 | (0.4) | 0 | (0.0) |
| **Digestive System** | **10** | **(4.4)** | **6** | **(2.6)** |
| Acid Reflux | 1 | (0.4) | 0 | (0.0) |
| Constipation | 1 | (0.4) | 1 | (0.4) |
| Diarrhea | 2 | (0.9) | 0 | (0.0) |
| Dry Mouth | 1 | (0.4) | 0 | (0.0) |
| Dyspepsia | 2 | (0.9) | 0 | (0.0) |
| Epigastric Discomfort | 2 | (0.9) | 1 | (0.4) |
| Fecal Abnormality | 1 | (0.4) | 0 | (0.0) |
| Heartburn | 2 | (0.9) | 2 | (0.9) |
| Nausea | 1 | (0.4) | 2 | (0.9) |
| Obstipation | 0 | (0.0) | 1 | (0.4) |
| Oral Ulcer | 1 | (0.4) | 0 | (0.0) |
| Vomiting | 1 | (0.4) | 0 | (0.0) |
| **Eyes, Ears, Nose, And Throat** | **2** | **(0.9)** | **0** | **(0.0)** |
| Blurred Vision | 1 | (0.4) | 0 | (0.0) |
| Ophthalmic Edema | 1 | (0.4) | 0 | (0.0) |
| **Hemic And Lymphatic System** | **3** | **(1.3)** | **2** | **(0.9)** |
| Anemia | 3 | (1.3) | 2 | (0.9) |
| **Musculoskeletal System** | **1** | **(0.4)** | **0** | **(0.0)** |
| Muscular Cramp | 1 | (0.4) | 0 | (0.0) |

MRK-AGU0006074

R ⊕ Restricted
Confidential
limited access

Number (%) Of Patients With Specific Clinical Adverse Experiences
(Incidence >0.0% In One Or More Treatment Groups) By Body System Drug Related - In
Treatment Phase

| | Rofecoxib 25 mg (N=227) | | Celecoxib 200 mg (N=227) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Nervous System | 3 | (1.3) | 1 | (0.4) |
| Headache | 2 | (0.9) | 0 | (0.0) |
| Insomnia | 0 | (0.0) | 1 | (0.4) |
| Paresthesia | 1 | (0.4) | 0 | (0.0) |
| Skin And Skin Appendages | 1 | (0.4) | 2 | (0.9) |
| Exanthema | 0 | (0.0) | 1 | (0.4) |
| Rash | 1 | (0.4) | 0 | (0.0) |
| Skin Erythema | 0 | (0.0) | 1 | (0.4) |

N = Total number of patients per treatment group.

[†] determined by investigator to be possibly, probably, or definitely drug related.

Although a patient may have had two or more adverse experiences, the patient is counted only once within a category. The same patient may appear in different categories.

## Table 25

Summary of clinical adverse experiences of specific interest

| | Rofecoxib 25 mg (N=227) | | Celecoxib 200 mg (N=227) | |
|---|---|---|---|---|
| Number (%) of patients: | n | (%) | n | (%) |
| With one or more edema adverse experiences | 12 | (5.3) | 2 | (0.9) * |
| With drug-related[†] edema adverse experiences | 8 | (3.5) | 2 | (0.9) |
| With one or more hypertension adverse experiences | 6 | (2.6) | 1 | (0.4) |
| With drug-related[†] hypertension adverse experiences | 4 | (1.8) | 0 | |
| With one or more gastrointestinal adverse experiences | 21 | (9.3) | 16 | (7.0) |
| With drug-related[†] gastrointestinal adverse experiences | 10 | (4.4) | 6 | (2.6) |

[†] Determined by the investigator to be possibly, probably, or definitely drug related.

* p-value < 0.05

Edema adverse experiences include: "edema", "lower extremity edema", "peripheral edema", "ophthalmic edema".

MRK-AGU0006075

Restricted
R ⊕ Confidential
limited access

## PRELIMINARY CONCLUSIONS

The preliminary results presented in this report suggest that:

In patients who show inadequate clinical response to celecoxib,

1. The effect of rofecoxib 25 mg was similar to the effect of celecoxib 200 mg over 4 weeks of treatment as assessed by Pain at Night while in Bed (WOMAC).

2. The effect of rofecoxib 25 mg was similar to the effect of celecoxib 200 mg over 4 weeks of treatment as assessed by Pain Walking on a Flat Surface, Patient and Investigator Global Assessment of Response to Therapy, Patient and Investigator Global Assessment of Disease Status and the WOMAC Summary Scales.

3. Rofecoxib and celecoxib were generally safe and well tolerated.

4. The overall safety profile of celecoxib 200 mg evaluated based upon the incidence of clinical adverse experiences was slightly better than the safety profile of rofecoxib; both treatments were similar with regard to the proportion of patients with clinical adverse experiences but rofecoxib was associated with a higher incidence of clinical adverse experiences considered possibly, probably or definitely drug-related by the investigator and a higher incidence of edema-type of adverse experiences.

MRK-AGU0006076

R ⊕ Restricted
Confidential
Limited access

# APPENDIX

# WOMAC QUESTIONNAIRE SUBSCALES

## A. Physical Function Subscale

### Table 26

WOMAC Physical Function Subscale

Mean Change from Baseline (Randomization Visit)

Time-weighted Average over 4-Week Treatment Period

(Primary Per-Protocol Approach)

| Treatment Group | N | Baseline Mean | Treatment Period Mean | Mean Change | SD of Change | LS Mean[†] Change | 95% CI for LS Mean[†] Change |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 227 | 56.2 | 36.8 | -19.3 | 19.5 | -16.9 | (-19.0,-14.8) |
| Celecoxib | 224 | 55.9 | 36.4 | -19.5 | 15.7 | -17.4 | (-19.5,-15.2) |
| **Comparison Between Treatment Groups** | | | | Diff. in LSmean | | 95% CI for Diff. | p-Value[††] |
| Rofecoxib vs Celecoxib | | | | 0.5 | | ( -2.3,  3.2) | 0.737 |
| **Effect:** | | | | p-Value | | Pooled SD | |
| Study Center | | | | ≤ 0.001 | | 14.9 | |
| Baseline Covariate | | | | ≤ 0.001 | | | |

[†] Least squares mean

[††] p-value for the between treatment difference equal to 0

MRK-AGU0006077

Restricted
R ⊖ Confidential
limited access

<u>Figure 7</u>

WOMAC Physical Function Subscale
Mean Change from Baseline ± SE by Timepoint.
(Primary Per-Protocol Approach)



44

MRK-AGU0006078

R ⊕ Restricted
Confidential
limited access

**B. Pain Subscale**

## Table 27

WOMAC Pain Subscale

Mean Change from Baseline (Randomization Visit)

Time-weighted Average over 4-Week Treatment Period

(Primary Per-Protocol Approach)

| Treatment Group | N | Baseline Mean | Treatment Period Mean | Mean Change | SD of Change | LS Mean[†] Change | 95% CI for LS Mean[†] Change |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 227 | 55.7 | 34.7 | -21.0 | 18.8 | -18.6 | (-20.8,-16.4) |
| Celecoxib | 224 | 56.5 | 35.0 | -21.5 | 16.0 | -19.1 | (-21.3,-16.9) |
| Comparison Between Treatment Groups | | | | Diff. in LSmean | | 95% CI for Diff. | p-Value[††] |
| Rofecoxib vs Celecoxib | | | | 0.5 | | (-2.4, 3.3) | 0.743 |
| Effect: | | | | p-Value | | Pooled SD | |
| Study Center | | | | ≤0.001 | | 15.4 | |
| Baseline Covariate | | | | ≤0.001 | | | |

[†] Least squares mean

[††] p-value for the between treatment difference equal to 0

45

MRK-AGU0006079

Restricted
R ⊖ Confidential
limited access

Figure 8

WOMAC Pain Subscale
Mean Change from Baseline ± SE by Timepoint.
(Primary Per-Protocol Approach)



46

MRK-AGU0006080

R ⊖ Restricted
Confidential
limited access

**C. Stiffness Subscale**

<u>Table 28</u>

WOMAC Stiffness Subscale

Mean Change from Baseline (Randomization Visit)

Time-weighted Average over 4-Week Treatment Period

(Primary Per-Protocol Approach)

| Treatment Group | N | Baseline Mean | Treatment Period Mean | Mean Change | SD of Change | LS Mean[†] Change | 95% CI for LS Mean[†] Change |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 227 | 56.1 | 35.5 | -20.6 | 22.3 | -18.0 | (-20.4,-15.6) |
| Celecoxib | 224 | 56.0 | 35.0 | -21.0 | 20.3 | -18.7 | (-21.1,-16.3) |
| Comparison Between Treatment Groups | | | | Diff. in LSmean | | 95% CI for Diff. | p-Value [††] |
| Rofecoxib vs Celecoxib | | | | 0.7 | | ( -2.5, 3.8) | 0.677 |
| Effect: | | | | | p-Value | Pooled SD | |
| Study Center | | | | | ≤ 0.001 | 16.9 | |
| Baseline Covariate | | | | | ≤ 0.001 | | |

[†] Least squares mean

[††] p-value for the between treatment difference equal to 0

47

MRK-AGU0006081

Restricted
R ⊕ Confidential
limited access

Figure 9

WOMAC Stiffness Subscale
Mean Change from Baseline ± SE by Timepoint.
(Primary Per-Protocol Approach)



48

MRK-AGU0006082

Restricted
R ⊕ Confidential
limited access

## D. Total Score Average

### Table 29

WOMAC Total Score Average

Mean Change from Baseline (Randomization Visit)

Time-weighted Average over 4–Week Treatment Period

(Primary Per-Protocol Approach)

| Treatment Group | N | Baseline Mean | Treatment Period Mean | Mean Change | SD of Change | LS Mean[†] Change | 95% CI for LS Mean[†] Change |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 227 | 56.1 | 36.3 | -19.8 | 18.7 | -17.4 | (-19.4,-15.3) |
| Celecoxib | 224 | 56.0 | 36.0 | -20.0 | 15.4 | -17.8 | (-19.9,-15.7) |
| Comparison Between Treatment Groups | | | | Diff. in LSmean | 95% CI for Diff. | | p-Value [††] |
| Rofecoxib vs Celecoxib | | | | 0.5 | ( -2.2, 3.2) | | 0.730 |
| Effect: | | | | | p-Value | | Pooled SD |
| Study Center | | | | | $\leq 0.001$ | | 14.6 |
| Baseline Covariate | | | | | $\leq 0.001$ | | |

[†] Least squares mean

[††] p-value for the between treatment difference equal to 0

MRK-AGU0006083

R ⊕ Restricted
Confidential
limited access

Figure 10

WOMAC Total Score Average
Mean Change from Baseline ± SE by Timepoint.
(Primary Per-Protocol Approach)



50

MRK-AGU0006084

Restricted
R ⊕ Confidential
Limited access

E. Subscale Average

### Table 30

WOMAC Subscale Average

Mean Change from Baseline (Randomization Visit)

Time-weighted Average over 4-Week Treatment Period

(Primary Per-Protocol Approach)

| Treatment Group | N | Baseline Mean | Treatment Period Mean | Mean Change | SD of Change | LS Mean[†] Change | 95% CI for LS Mean[†] Change |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 227 | 56.0 | 35.7 | -20.3 | 18.6 | -17.9 | (-20.0,-15.8) |
| Celecoxib | 224 | 56.1 | 35.4 | -20.7 | 16.0 | -18.4 | (-20.5,-16.3) |
| Comparison Between Treatment Groups | | | | Diff. in LSmean | | 95% CI for Diff. | p-Value[††] |
| Rofecoxib vs Celecoxib | | | | 0.5 | | ( -2.2, 3.2) | 0.710 |
| Effect: | | | | | p-Value | | Pooled SD |
| Study Center | | | | | ≤ 0.001 | | 14.7 |
| Baseline Covariate | | | | | ≤ 0.001 | | |
| [†] Least squares mean | | | | | | | |
| [††] p-value for the between treatment difference equal to 0 | | | | | | | |

MRK-AGU0006085

R ✪ Restricted
Confidential
limited access

## Figure 11

**WOMAC Subscale Average**
Mean Change from Baseline ± SE by Timepoint.
(Primary Per-Protocol Approach)



52

MRK-AGU0006086