# EXHIBIT 14

To:       Moan, Andreas; Grosser, Karen; Truitt, Ken E
From:     Altmeyer, Anne
Cc        Ruef, Tim F
Bcc:
Date:     2001-09-20 13:15:16
Subject:  RE: PN 906 and 907

---

Andreas:
Thanks. I agree that Branchburg comes first now.  However, I assume that the investigators will want to publish these data, even if they do not look good for Merck which could potentially tarnish the strong efficacy image of VIOXX... Therefore, it may be important for the PDT to decide as a group on how to proceed.
Ken/Karen: what are your thoughts about that?

Thanks
Anne

-----Original Message-----
From:    Moan, Andreas
Sent:    Thursday, September 20, 2001 8:55 AM
To:      Altmeyer, Anne
Cc:      Ruef, Tim F
Subject:     RE: PN 906 and 907-- update for CRRC critical activities...

Anne, neither study looks particularly good for VIOXX actually.
We have gone over the data and have no good explanation. Maybe it is time to present it to the PDT and get som input on how to proceed with it. So maybe you can say data to be presented to PDT in October (guess we got to focus on Branchbrug first)?
A

-----Original Message-----
From:    Altmeyer, Anne
Sent:    Wednesday, September 19, 2001 4:42 PM
To:      Moan, Andreas
Subject:     PN 906 and 907-- update for CRRC critical activities...

Andreas:

I am updating the critical activities for CRRC and below is my latest update for PN 906 and 907. As you can see it is outdated... Any update?
Arthrotec study (907):  Preliminary results were available in late July 01 and the Team is currently analyzing them.
Celebrex switch study (906): Further analyses are being conducted to better understand the data which do not look favorable for VIOXX.  Data have not yet been presented to PDT.

Thanks much
Anne

