# EXHIBIT 15

To: Dixon, Wendy L.; Gertz, Barry J.
From: Kornowski, Sophie
Cc:
Bcc:
Date: 2001-07-24 22:31:43
Subject: FW: CDSP MK-966, Protocol 906-01

the negative data discussed
S

-----Original Message-----
From: Moan, Andreas
Sent: Monday, July 23, 2001 1:33 PM
To: Vandormael, Kristel; Gabriel, Munir A.
Cc: Malbecq, William; Kornowski, Sophie
Subject: RE: CDSP MK-966, Protocol 906-01

Thank you Kristel,
this is a very serious result and you will hardly be surprised by the idea of keeping this VERY TIGHT for the moment. I have informed Sophie and the time until Friday will allow us to prepare. Thanks for your rapid communication Kristel.

Best regards,

Andreas
Phone: 1-908-423-3182
Mobile: 1-908-432-0724
Fax    : 1-908-423-1797
Maildrop: WS2BC-30

-----Original Message-----
From: Vandormael, Kristel
Sent: Monday, July 23, 2001 12:19 PM
To: Gabriel, Munir A.; Moan, Andreas
Cc: Malbecq, William
Subject: CDSP MK-966, Protocol 906-01
Importance: High

Andreas, Munir,
As discussed earlier, preliminary results for the switch study will officially be issued on Friday, July 27. However, I would like to inform you at this moment that results are not as expected - key efficacy and safety results are summarized in the attached document. Please note that the information included in this document is confidential; apart from both of you and William, other individuals have not been made aware of the study results.

Best regards,
Kristel

<< File: Memo_prelim.doc >>

Attachments:

Memo_prelim.doc



Confidential - Subject To Protective Order

MRK-NJ0199449