# EXHIBIT 18

Articles

EXHIBIT
CURTIS 31
01.18.10  JB



# Cardiovascular events associated with rofecoxib: final analysis of the APPROVe trial

John A Baron, Robert S Sandler, Robert S Bresalier, Angel Lanas, Dion G Morton, Robert Riddell, Erik R Iverson, David L DeMets

## Summary

**Background** Selective inhibition of cyclo-oxygenase-2 has been associated with an increased risk of cardiovascular events in several clinical trials. The Adenomatous Polyp Prevention on Vioxx (APPROVe) study assessed the effect of 3-year treatment with a cyclo-oxygenase-2 inhibitor, rofecoxib (25 mg), on recurrence of neoplastic polyps of the large bowel. We report the cardiovascular outcomes of a long-term follow-up of participants in the trial.

**Methods** The APPROVe study is a multicentre, randomised, placebo-controlled, double-blind trial. 2587 patients with a history of colorectal adenomas were recruited at 108 centres worldwide during 2000 and 2001. Participants were followed for adverse events while on treatment and during the following 14 days. However, after early termination of treatment because of cardiovascular toxicity, we attempted to follow up all randomised patients for at least 1 year after stopping study treatment. External committees blindly assessed potential serious cardiovascular events. The focus of the analysis was the combined incidence of non-fatal myocardial infarction, non-fatal stroke, and death from cardiovascular, haemorrhagic, and unknown causes (Antiplatelet Trialists' Collaboration [APTC] combined endpoint). We used Cox proportional hazards regression to calculate endpoint hazard ratios. The study is registered with ClinicalTrials.gov, number NCT0282386.

**Findings** We obtained extended post-treatment cardiovascular follow-up data from 84% of participants, and extended mortality follow-up from 95%. In total, 59 individuals had an APTC endpoint during the rofecoxib group and 34 in the placebo group (hazard ratio 1·79, 95% CI 1·17–2·73; p=0·006). In the first year after cessation of treatment, there was a non-significant increase in the risks of APTC endpoints. The APTC hazard ratio did not substantially change over time.

**Interpretation** Use of rofecoxib is associated with increased rates of APTC events. Study data are compatible with an early increase in risk that persists for one year after stopping treatment.

**Funding** Merck Research Laboratories.

Lancet 2008; 372: 1756–64

Published Online
October 14, 2008
DOI:10.1016/S0140-6736(08)61490-7

See Comment page 1712

Departments of Medicine, and of Community and Family Medicine, Dartmouth Medical School, Hanover, NH, USA (Prof J A Baron MD); Department of Medicine, University of North Carolina, Chapel Hill, NC, USA (Prof R S Sandler MD); Department of Gastrointestinal Medicine and Nutrition, University of Texas MD Anderson Cancer Center, Houston, TX, USA (Prof R S Bresalier MD); Department of Medicine, Centro de Investigacion Biomedica en Red de Enfermedades Hepaticas y Digestivas, Zaragoza, Spain (Prof A Lanas MD); Department of Surgery, University of Birmingham, Birmingham, UK (Prof D G Morton MD); Department of Pathology, Mount Sinai Hospital, Toronto, ON, Canada (Prof R Riddell MD); and Department of Biostatistics and Medical Informatics at the University of Wisconsin, WI, USA (E R Iverson MS, Prof D L DeMets PhD)

Correspondence to:
Prof John A Baron, Department of Medicine, and of Community and Family Medicine, Biostatistics and Epidemiology, Dartmouth Medical School, Suite 300, 46 Centerra Parkway, Lebanon, NH 03766, USA John.A.Baron@Dartmouth.edu

## Introduction

Cyclo-oxygenase is the rate-limiting step in the production of prostaglandins—autocrine or paracrine lipid mediators that are important in various homoeostatic and pathological processes.[12] The enzyme exists in two isoforms: cyclo-oxygenase-1 (COX-1) with constitutive, so-called house-keeping functions, and cyclo-oxygenase-2 (COX-2), the inducible form that controls many aspects of the inflammatory response. Selective inhibitors of COX-2 were developed as anti-inflammatory and analgesic drugs similar to non-selective non-steroidal anti-inflammatory drugs (NSAIDs), but without the gastrointestinal adverse effects caused by inhibition of COX-1. COX-2 has been strongly implicated in carcinogenesis, particularly in the colorectum, and conventional NSAIDs have shown promise as chemopreventive agents for colorectal neoplasia.[3,4] These findings raised hopes that COX-2 inhibitors might also be effective chemopreventive drugs, but without the gastrointestinal side-effects of NSAIDs and the bleeding risks associated with aspirin.

The Adenomatous Polyp Prevention on Vioxx (APPROVe) trial was designed to assess whether rofecoxib could reduce the risk of adenomatous polyps in individuals with a recent history of these tumours. In September, 2004,

the trial was stopped early on recommendation of its data safety and monitoring board because of concerns about cardiovascular toxicity,[5] and rofecoxib was withdrawn from the worldwide market. A few months later, other selective COX-2 inhibitors, celecoxib[6] and parecoxib with valdecoxib,[7,8] were shown to have similar toxic effects.

The APPROVe protocol during the active treatment phase of the study included toxicity follow-up of patients during treatment and the following 14 days. However, by censoring follow-up off treatment, this approach might overlook adverse events that are not temporally linked to use of rofecoxib but nonetheless associated with the drug. Therefore, after cardiovascular toxic effects became apparent, the study protocol was amended to include follow-up of all randomised participants for at least 1 year off treatment. The previous APPROVe cardiovascular report was criticised for the absence of data from such follow-up.[9–12] Furthermore, some questioned the statistical analysis of the timing of the increased risk,[10] disagreeing with the analytic approach used and noting an acknowledged error[13] in the analysis report. The observation that the increased risk linked to the treatment with rofecoxib emerged only 18 months after initiation of treatment was especially controversial.

We used data from the extended APPROVe follow-up to assess the cardiovascular toxic effects of rofecoxib, to investigate risks after treatment was discontinued, and to explore whether some patients were at high cardiovascular risk for taking this drug.

## Methods

### Participants

Individuals were eligible for the trial if they were at least 40 years old, had one or more histologically confirmed large bowel adenomas removed in the 12 weeks before study entry, and had no known polyps remaining in the bowel after complete colonoscopy. Those who were likely to need chronic NSAID treatment (including high-dose aspirin) were excluded. Additional exclusion criteria included uncontrolled hypertension (>165–95 mm Hg); angina or congestive heart failure with symptoms at minimal activity; history of myocardial infarction, coronary angioplasty, or coronary arterial bypass grafting within the past year; and history of stroke or transient ischaemic attack within the past 2 years. Initially, the trial had three groups—placebo, 25-mg, and 50-mg rofecoxib— and individuals taking aspirin were excluded. However, soon after the trial began, the protocol was amended to enable recruitment of people taking cardioprotective doses of aspirin (≤100 mg daily). To accommodate the fact that some were taking aspirin (which has a chemopreventive effect in the large bowel),[14,15] the 50-mg rofecoxib group was dropped, the number of participants in the other two groups was increased, and the proportion of people taking aspirin who entered the study was capped at 20%. According to the analysis plan adopted at that time, the 25 participants who had been randomly assigned to 50-mg rofecoxib were not included in any analysis.

People were recruited from 108 centres worldwide during 2000 and 2001. Written informed consent was obtained for all participants. An institutional review board at every centre approved the study, and an independent external safety monitoring committee periodically reviewed the trial's data. No formal stopping rule was specified (for either toxicity or efficacy).

### Procedures

After recruitment, participants entered a 6-week single-blind placebo run-in period to assess compliance with treatment. Those who took at least 80% of study tablets and wished to continue were randomly assigned to receive either 25-mg rofecoxib daily for 3 years or an identical looking placebo. The computer-derived randomisation was stratified by clinical centre and low-dose aspirin use, with a blocking factor of 2. Participants and study staff were kept unaware of treatment assignments.

APPROVe was initially designed to have a 3-year treatment period, with surveillance colonoscopies 3 years after randomisation. In-person visits were undertaken at randomisation, at 11 timepoints during the 3-year treatment, and after treatment discontinuation. In 2003, an additional colonoscopy 4 years after randomisation was added to the protocol to assess adenoma occurrence during the year after cessation of treatment. Vital signs, including sitting blood pressure, were measured at every clinic visit. During the treatment phase of the trial, adverse events were recorded by the investigators for participants on treatment and during the following 14 days. No systematic cardiovascular follow-up was done during the 1-year off-treatment period, although all reported serious adverse events were recorded.

Study treatment was stopped early (Sept 30, 2004), about 2 months before the planned completion of the trial, on recommendation of the external safety monitoring board and the steering committee of the study. After stopping treatment, participants who wished it were made aware of the treatment received. Between August, 2005, and March, 2006, extended follow-up was attempted for all randomised participants to provide at least 1-year post-treatment monitoring of cardiovascular events and cancer. After obtaining suitable institutional review board approval for this additional follow-up, coordinators at the clinical centres made a brief telephone interview that focused on myocardial infarction, stroke, and cancer occurrences during the time after the person had last participated in the study. Proxy interviews were conducted for those who had died or were unable to respond directly. In the protocol and study forms, staff were also directed to obtain information about other serious thrombotic



**Figure 1: Trial profile**
*During the extended follow-up, one patient, who was initially thought to have been randomly assigned to 50-mg rofecoxib, was found to have been given placebo. The patient dropped out of the study within 2 months, and did not sustain any cardiovascular endpoints.

| | Rofecoxib 25 mg N=1287 | Placebo N=1300 |
|---|---|---|
| Age (years)* | 59·4 (9·2) | 59·4 (9·2) |
| Weight (kg)* | 81·3 (17·7) | 81·3 (17·8) |
| Male | 804 (62%) | 805 (62%) |
| White | 1082 (84%) | 1086 (84%) |
| Low-dose aspirin † | 213 (17%) | 204 (16%) |
| Antihypertensive | 387 (30%) | 372 (29%) |
| High cardiovascular risk‡ | 380 (30%) | 342 (26%) |
| History of heart disease | 101 (8%) | 95 (7%) |
| History of hypertension | 463 (36%) | 446 (34%) |
| History of hypercholesterolaemia | 373 (29%) | 338 (26%) |
| History of diabetes | 115 (9%) | 111 (9%) |
| Current cigarette user | 280 (22%) | 285 (22%) |

Data are numbers (%), unless otherwise indicated. *Mean (SD). †Low-dose aspirin is defined as 100 mg/day or less. ‡High cardiovascular risk is defined as history of symptomatic atherosclerotic cardiovascular disease, or two or more of the following risk factors: history of hypertension, hypercholesterolaemia, diabetes, or current cigarette smoking.

*Table 1:* Baseline patient characteristics

cardiovascular events, but these were not specifically included in the telephone script. Information about use of aspirin or other NSAIDs, or changes in cardiovascular risk factors, was not gathered.

Deaths and serious vascular events (both during treatment and follow-up) were reviewed by independent blinded adjudication committees, which confirmed the occurrence of two sets of events that met prespecified case definitions. Thrombotic cardiovascular events included fatal or non-fatal myocardial infarction, unstable angina, sudden cardiac death, fatal or non-fatal ischaemic stroke, transient ischaemic attack, peripheral arterial thrombosis, peripheral venous thrombosis, or pulmonary embolism. The Antiplatelet Trialists' Collaboration (APTC) endpoint[16] was also used to summarise the combined incidence of death from cardiovascular, haemorrhagic, and unknown causes; non-fatal myocardial infarction; or non-fatal stroke (ischaemic and haemorrhagic). For every eligible event, source documents were obtained and sent to the cardiac, cerebrovascular, or peripheral vascular adjudication committee. Confirmation decisions were taken with prespecified criteria, with majority rule voting. Other adverse events were categorised according to the Medical Dictionary for Regulatory Activities (MedDRA) terminology.

APPROVe was a component of a preplanned multistudy assessment of the cardiovascular safety of rofecoxib that included two other chemoprevention trials done by the sponsor. In the protocol for that analysis, the prestated primary cardiovascular endpoint was all thrombotic cardiovascular events. However, in our analysis, the APTC combined endpoint was taken as the main focus. Our choice was motivated by three considerations: (1) the extended follow-up telephone script did not specifically ask for information about all

thrombotic cardiovascular endpoints; (2) the numbers of myocardial infarctions, strokes, and vascular deaths were too low for these events to be individually the main endpoints of the analysis; and (3) APTC events are often combined into an aggregate endpoint in studies of cardiovascular outcomes.

## Statistical analysis

Data were obtained by the sponsor (Merck Research Laboratories, Whitehouse Station, NJ, USA) and given to the authors. Statistical analysis was organised by the Statistical Data Analysis Center (SDAC) in the Department of Biostatistics and Medical Informatics at the University of Wisconsin (WI, USA), which worked under contract from the sponsor but independently of them. An ad-hoc independent advisory panel of statisticians and clinical trial specialists advised the authors and the SDAC about appropriate analytic procedures, and reviewed findings and manuscripts. Analysis focused on two main issues: first, the cardiovascular risk associated with rofecoxib, assessed in a full intention-to-treat analysis of the APTC endpoint without the 14-day censoring that was previously used; and second, the risk associated with rofecoxib after stopping treatment. In secondary analyses, we also assessed—to the extent possible with small numbers of events and other limitations of secondary analyses in clinical trials—whether risks associated with rofecoxib were mainly present in some subgroups of participants, and whether cardiovascular risks changed with time after randomisation or cessation of use. Statistical procedures were deemed appropriate by the authors and the ad-hoc advisory panel, and were not necessarily those specified in the protocol of the rofecoxib multistudy cardiovascular analysis.

Analyses were based on the intention-to-treat principle—ie, they included all randomised individuals followed and all recorded events on or before Oct 31, 2005—to give at least 1 year of post-treatment follow-up. Time at risk for events after stopping treatment began the day after the last dose; participants who were alive and had previously had a cardiovascular event were deemed at risk in this analysis. In all survival analyses, time of last contact or Oct 31, 2005, whichever was earlier, was used to censor time at risk. Kaplan–Meier estimates of cumulative event rates over time were used to construct event curves, which were compared with logrank tests. Hazard ratios (HRs) and 95% CI were calculated with risk ratios and Cox proportional hazards models. Analyses of periods beginning at randomisation used unadjusted comparisons of randomised treatment groups. In some analyses, particularly those of other periods, we adjusted for baseline aspirin use (a randomisation stratification factor) and baseline age, sex, and high cardiovascular risk (a history of symptomatic atherosclerotic cardiovascular disease, or at least two of the following: history of hypertension, hypercholesterolaemia, diabetes, or current cigarette smoking).

Deviation from proportionality of hazards was assessed by examining the interaction of treatment assignment with time and with logarithmic time, using Wald tests.[17] Each of these two variables evaluates a different aspect of deviations from proportionality: linear time investigates the hypothesis that HR changes linearly with time, whereas logarithmic time the hypothesis that HR changes exponentially with time. Hypothesis tests in Cox models are most efficient under the assumption of proportional hazards, but are still valid (although less efficient) for non-proportional hazards under general conditions, unless, for example, the survival curves cross.[17]

Subgroup analyses assessed whether the increased cardiovascular risk associated with rofecoxib treatment differed with the presence of factors known to be associated with cardiovascular disease at baseline: age (>59 years), male sex, black race, overweight and obesity (body-mass index ≥25 kg/m²), no use of low dose of aspirin, history of hypertension, hypercholesterolaemia, diabetes, and current cigarette smoking. For every factor, tests for interaction with assigned treatment were done with Wald tests for dichotomous variables, and likelihood ratio tests for variables with more than two categories.

We computed HRs for causal inference about the association of rofecoxib with cardiovascular risk.[18] To explore the clinical effect of the drug in the study population, we computed an attributable risk curve, showing the differences in cumulative incidence of APTC events between the two treatment groups over time. In addition to traditional confidence limits, we computed a 95% confidence band around the entire curve.[12,19] Under the null hypothesis of no difference between the groups, 95% of all risk differences over time will lie within the confidence band. Analyses were done with SAS version 9.1 and R version 2.3 (http://www.R-project.org).

### Role of funding source
The sponsors designed, conducted, and managed the study, and collected the data. They had no involvement in the analysis presented here. They commented on an early draft of the report prepared by the authors, but did not otherwise participate in the writing or approval of the manuscript.

### Results
Figure 1 shows the trial profile, and table 1 the baseline characteristics of the two treatment groups (placebo and 25-mg rofecoxib). Study treatment was stopped early (Sept 30, 2004), about 2 months before the expected completion of the trial, on recommendation of the external safety monitoring board and the steering committee of the study. At that time, 73 participants on rofecoxib (6% of those randomised) and 76 on placebo (6%) were still on treatment.

Extended post-treatment follow-up was completed on 1092 participants treated with placebo (84% of those randomised) and on 1074 treated with rofecoxib (83%). For



**Figure 2:** APTC events on treatment and within 14 days (A) and all events after randomisation (B)
*p values refer to Wald tests of interaction.

seven additional participants on rofecoxib and five on placebo, cardiovascular events were recorded anecdotally or during clinical contacts associated with the 1-year post-treatment follow-up. 116 participants (5%) were at clinical sites that were unwilling or unable to participate in the extended clinical follow-up; 39 (2%) had died before follow-up, 17 (1%) refused follow-up, and 233 (9%) could not be contacted. For four (<1%) participants, information was insufficient to determine whether a cardiovascular event had taken place. The median cardiovascular

| | Participants with events on treatment and during the following 14 days | | | Participants with events during extended follow-up* | | |
|---|---|---|---|---|---|---|
| | Rofecoxib | Placebo | Unadjusted HR (95% CI) | Rofecoxib | Placebo | Unadjusted HR (95% CI) |
| All APTC events | 35 | 18 | 2·12 (1·20–3·74) | 59 | 34 | 1·79 (1·17–2·73) |
| Myocardial infarction | 22 | 9 | 2·65 (1·21–5·75) | 34 | 18 | 1·94 (1·09–3·43) |
| Stroke | 12 | 8 | 1·64 (0·67–4·02) | 19 | 9 | 2·17 (0·98–4·80) |
| Ischaemic stroke | 11 | 6 | .. | 18 | 6 | .. |
| Haemorrhagic stroke | 1 | 2 | .. | 1 | 3 | .. |
| Vascular death | 6 | 5 | 1·31 (0·40–4·30) | 16 | 13 | 1·26 (0·61–2·62) |
| Overall mortality | 6† | 6† | 1·06 (0·34–3·29) | 36 | 28 | 1·31 (0·80–2·15) |

*Full intention-to-treat analysis. †Four additional patients in each group died more than 14 days after cessation of treatment because of an adverse event that took place on, or within, 14 days of treatment.

*Table 2: Antiplatelet Trialists' Collaboration (APTC) endpoints and overall mortality*

follow-up after randomisation was 1600 days for both treatment groups. The median (IQR) post-treatment follow-up times for those treated with placebo or rofecoxib were 537·5 (396–711) and 550·0 (396–750) days, respectively. 1234 (96%) of those on rofecoxib and 1236 (95%) on placebo had extended mortality follow-up. Three participants on rofecoxib and two on placebo were unblinded to treatment during the treatment phase of the trial for clinical reasons. After Sept 30, 2004, 311 people on rofecoxib and 324 on placebo asked to be unblinded to the treatment received. High baseline cardiovascular risk was more common in those without extended follow-up (34%) than in those who had extended follow-up (27%, p=0·04). However, participants on rofecoxib and placebo who were not followed up had a similar risk (35% and 32% high baseline risk, respectively; p=0·58).

The original protocol analysis of cardiovascular events in APPROVe focused on all thrombotic cardiovascular events during treatment or within 14 days of stopping. These were confirmed in 47 participants on rofecoxib and 27 on placebo. Two of these events were not reported during routine on-treatment follow-up, but came later to the attention of the sponsor (one myocardial infarction in the rofecoxib group, and one peripheral arterial thrombosis in the placebo group). With these events included, the relative risk for confirmed thrombotic cardiovascular events during treatment or within 14 days of stopping was 1·89 (95% CI 1·18–3·04) and 2·12 (1·2–3·74) for APTC events. There were some indications that the HRs for thrombotic cardiovascular events changed over time with the censored follow-up: the p for log(time)×treatment was 0·071 and for time×treatment was 0·014. For APTC endpoints, the event curves diverged but the HR did not differ significantly over time (figure 2).

Analysis of the extended follow-up showed similar cardiovascular toxicity. Confirmed thrombotic events were recorded after randomisation up to Oct 31, 2005, in 76 participants on rofecoxib and 46 on placebo: the overall unadjusted HR was 1·70 (1·18–2·46). 93 participants (59 on rofecoxib and 34 on placebo) had an APTC endpoint; one in each group had an event after being made aware of the treatment received. The corresponding unadjusted HR was 1·79 (1·17–2·73), and there was a significant difference between the two Kaplan–Meier curves (logrank p=0·006) (table 2 and figure 2). With adjustment for baseline age, sex, aspirin use, and increased cardiovascular risk, the HR was 1·72 (1·13–2·62). The HR for myocardial infarction was 1·94 (1·09–3·34) and for stroke was 2·17 (0·98–4·80) (table 2). As in the censored analysis, the APTC HR did not change substantially over time (figure 2). A similar analysis for all thrombotic cardiovascular events was not done because the extended follow-up may not have been complete for all the component endpoints.

The difference in cumulative risks of an APTC event between the two treatment groups grew steadily over time (figure 3), reaching 1·74% (0·47–3·01) at 36 months. The simultaneous confidence band never excluded a zero



*Figure 3:* Difference of cumulative incidence over time with pointwise confidence limits and simultaneous confidence band



| Baseline subgroup | Rofecoxib | Placebo | Relative risk | Unadjusted hazard ratio (95% CI) | p value for interaction |
|---|---|---|---|---|---|
| All patients | 59/1287 (5%) | 34/1300 (3%) | | 1·79 (1·17–2·73) | |
| **Age at randomisation (years)** | | | | | |
| ≤59 | 17/675 (3%) | 7/667 (1%) | | 2·40 (0·99–5·78) | 0·50 |
| >59 | 42/612 (7%) | 27/633 (4%) | | 1·70 (1·05–2·75) | |
| **Gender** | | | | | |
| Female | 15/483 (3%) | 8/495 (2%) | | 1·96 (0·83–4·63) | 0·81 |
| Male | 44/804 (5%) | 26/805 (3%) | | 1·74 (1·07–2·82) | |
| **Race** | | | | | |
| Asian | 5/81 (6%) | 4/87 (5%) | | 1·31 (0·35–4·91) | |
| Black | 9/70 (13%) | 1/78 (1%) | | 9·42 (1·19–74·40) | 0·12 |
| White | 44/1082 (4%) | 28/1086 (3%) | | 1·61 (1·01–2·59) | |
| **Body-mass index** | | | | | |
| <25 kg/m² | 12/360 (3%) | 10/370 (3%) | | 1·26 (0·54–2·91) | 0·35 |
| >25 kg/m² | 47/924 (5%) | 24/922 (3%) | | 2·00 (1·22–3·27) | |
| **Low-dose aspirin** | | | | | |
| No | 44/1074 (4%) | 22/1096 (2%) | | 2·06 (1·23–3·43) | 0·33 |
| Yes | 15/213 (7%) | 12/204 (6%) | | 1·30 (0·61–2·78) | |
| **Hypertension** | | | | | |
| No | 26/824 (3%) | 16/854 (2%) | | 1·72 (0·92–3·20) | 0·91 |
| Yes | 33/463 (7%) | 18/446 (4%) | | 1·80 (1·01–3·20) | |
| **Hypercholesterolaemia** | | | | | |
| No | 36/914 (4%) | 23/962 (2%) | | 1·68 (0·99–2·83) | 0·73 |
| Yes | 23/373 (6%) | 11/338 (3%) | | 1·94 (0·95–3·98) | |
| **Diabetes mellitus** | | | | | |
| No | 40/1172 (3%) | 32/1189 (3%) | | 1·30 (0·81–2·06) | 0·013 |
| Yes | 19/115 (17%) | 2/111 (2%) | | 8·69 (2·02–37·38) | |
| **Current smoker** | | | | | |
| No | 38/1007 (4%) | 24/1015 (2%) | | 1·62 (0·97–2·70) | 0·49 |
| Yes | 21/280 (8%) | 10/285 (4%) | | 2·23 (1·05–4·74) | |
| **High cardiovascular risk** | | | | | |
| No | 23/907 (3%) | 19/958 (2%) | | 1·29 (0·70–2·36) | 0·19 |
| Yes | 36/380 (9%) | 15/342 (4%) | | 2·28 (1·25–4·17) | |

0  0·5  1·0    2·0    3·0    4·0

*Figure 4:* HRs for APTC events by subgroup

difference and was consistent with the constant excess relative risk suggested in the HR analysis.

Participants randomly assigned to rofecoxib had at least a slightly increased risk of an APTC endpoint in all subgroups tested, although, because of the small numbers of endpoints, these individual relative risks were not significant (figure 4). Relative risks were generally higher in individuals with classic cardiovascular risk factors, especially diabetes, than in those without, although older (>59 years) participants did not conform to this pattern. Black individuals had a high HR, but six of the nine black patients on rofecoxib who had cardiovascular events were diabetic, so the apparent interaction was mainly due to diabetes.

52 participants had APTC events after discontinuation of study treatment (32 in the rofecoxib group and 20 in the placebo group) (figure 5). The unadjusted HR during the entire post-treatment follow-up was 1·52 (0·86–2·67); with adjustment it was 1·41 (0·77–2·59). During the first year off treatment, 23 events took place in the rofecoxib group and 12 in the placebo group (unadjusted HR 1·95, 0·97–3·93). After the first year of follow-up off treatment, nine events took place in the rofecoxib group and eight in the placebo group (unadjusted HR 0·92, 0·35–2·40).

## Discussion

With data that included at least a year post-treatment follow-up, we showed that rofecoxib increased the risk of the combined APTC endpoint of myocardial infarction, stroke, and vascular death. Participants on rofecoxib had increased risks of myocardial infarction (HR 1·94, log rank p=0·02) and stroke (HR=2·17, p=0·05). Investigation of the time course of the raised risk is hampered by small numbers of events. However, the HR for the APTC endpoint did not substantially change over time, and our data are compatible with an early increase in risk for these events. During the first year off treatment, there were more APTC events in the rofecoxib group than in the placebo group, but no difference was evident during the subsequent follow-up. The small numbers of events also hampered assessment and comparison of subgroups at high or low baseline cardiovascular risk, but there was an excess of APTC endpoints in the rofecoxib group for all subgroups tested. Although our subgroup analyses suggest that individuals with risk factors for cardiovascular disease have higher rofecoxib relative risks than do healthy individuals, our data are not conclusive on that point. Tests for interaction were not significant, and the

**Articles**

differences in rofecoxib risk between subgroups were compatible with chance.

The extended follow-up allowed a more complete assessment of rofecoxib toxicity than that previously reported.[5] Previously, the analysis focused on all thrombotic cardiovascular events, and there were suggestions of a delay in the emergence of the cardiovascular risk associated with rofecoxib. Because data for venous thromboembolism and arterial thromboses were not uniformly obtained in the extended follow-up, we could not assess the same aggregate endpoint in the context of complete follow-up. Nonetheless, with follow-up off treatment we found that there was no evidence for a delay in the emergence of an excess risk of APTC endpoints.

Previous placebo-controlled trials of various doses of rofecoxib did not show increased cardiovascular risk associated with the drug.[20,21] However, these studies were smaller and with a shorter follow-up than APPROVe, and the aggregate placebo-controlled data including APPROVe show an increased risk.[22,23] A trial of rofecoxib (50 mg daily) versus naproxen (500 mg twice daily) in patients with rheumatoid arthritis showed more cardiovascular events in the rofecoxib group.[24] Observational studies have shown increased cardiovascular risks associated with rofecoxib, at least with doses greater than 25 mg daily.[25]

Other selective COX-2 inhibitors also increase the risk of cardiovascular events. In two randomised, placebo-controlled adenoma chemoprevention trials, the celecoxib groups had increased risks of cardiovascular events that varied with dose and dosing interval.[6] Valdecoxib and parecoxib also increase the risk of cardiovascular events after cardiac surgery.[7,8] However, lumiracoxib led to only non-significant increases in cardiovascular risk compared with naproxen, and did not increase the risk when compared with ibuprofen.[26] Etoricoxib conferred similar cardiovascular risks to diclofenac,[27] but that comparator is itself relatively COX-2 specific[28] and therefore may itself pose increased risks. A meta-analysis of summary data from randomised trials suggests that the cardiovascular toxicity of selective COX-2 inhibitors is more pronounced for myocardial infarction than for stroke, and is much the same in all members of the class.[22] However, these conclusions are tempered by the small numbers of events investigated.

The mechanisms underlying the cardiovascular effects of rofecoxib and other COX-2 inhibitors are not clear, but several possibilities have been proposed.[29] Side-effects of rofecoxib include fluid retention and increased blood pressure, both of which may trigger cardiovascular events.[30,31] Also, COX-2 inhibition reduces production of $PGI_2$ by the vascular endothelium, which may lead to increased cardiovascular risk.[29] Finally, COX-2 inhibition may promote atherogenesis or destabilise atherosclerotic plaques.[29]

Short-term follow-up of individuals after treatment discontinuation is the best approach for the identification of acute drug adverse effects, because dilution of a toxicity signal by inclusion of person–time-off drug is avoided. However, the censored follow-up in this approach might lead to a biased assessment of other effects. For chronic disease endpoints, such as myocardial infarction and stroke, we cannot assume that a high risk will dissipate within a few weeks of the end of treatment. If a drug has lingering effects or needs a latent period before an effect becomes evident, then an on-treatment analysis can provide only an incomplete picture of its toxicity. Also, individuals who stop treatment early may have a higher risk of later adverse events than those who continue treatment. If treatment discontinuation is more frequent in one group than in another, then assessment of late toxicity might be biased. Although the overall relative risks were similar in analyses with and without censoring at 14 days post-treatment, the corresponding Kaplan-Meier plots left different impressions about the timing of APTC events. Our analysis with and without the long follow-up allows valid consideration of both short-term and long-term toxicity.

Our analysis is based on a large formal clinical trial, and therefore has the advantages of randomised treatment assignment, a placebo comparator, and a standardised, mainly blinded, follow-up. However, it has several limitations. Cardiovascular event rates were low, restricting our ability to assess subgroup effects and the time course of the relative and excess risks. Participation in the extended cardiovascular follow-up was high but only 84% complete. Also, we had no information about use of aspirin and other NSAIDs off treatment (although in this population such use would not be expected to differ between treatment groups). Finally, because our data are based on long-term treatment, drawing conclusions from our analysis about the effects of a few weeks or months of rofecoxib use is very difficult.



*Figure 5:* Post-treatment APTC events

There are particular limitations to the interpretation of changes in the rofecoxib relative risks over time. The most reliable analysis in any clinical trial includes comparisons based on the randomly created baseline treatment groups. Calculation of relative risks for periods that begin after randomisation (in particular during different intervals after cessation of use) omits susceptible individuals who previously had the endpoint under analysis. Covariate adjustment might not be enough to deal with the constantly changing characteristics of the participants under observation and eligible for a new event. In addition, tests of non-proportionality of hazards have low statistical power.[17] As a consequence, our findings about changes in relative risks over time in the APPROVe trial cannot be the basis for firm conclusions. Similar considerations apply to the assessment of changes in cumulative incidence over time.

We have presented analysis regarding the effect of rofecoxib on APTC events in two ways: with relative risks (ie, HRs) and with attributable risks (ie, the difference of cumulative incidences).[18] The relative risk approach is most suited to showing the strength of the association between rofecoxib and cardiovascular risk, and the HRs from this analysis are likely to be generalisable. By contrast, attributable risks are useful for estimating the clinical effect in a particular population but are likely not to be generalisable, especially to populations that differ from ours in terms of background cardiovascular risk.

Despite limitations of the available data, we have shown that rofecoxib increases the risk of cardiovascular events such as myocardial infarction and stroke. Small numbers prohibit detailed conclusions about when the increased risk begins and ends, but our data are compatible with an early increase in risk that seems to persist for about 1 year after 3 years of treatment. The cardiovascular toxicity seems to be a class effect; indeed, studies of other selective COX-2 inhibitors have reported similar findings.[22] Conventional non-aspirin NSAIDs may share the same toxicity to the extent that they are COX-2 selective. All these drugs are effective analgesic and anti-inflammatory agents, and seem to reduce risks of colorectal neoplasia. However, these benefits will have to be weighed against their proven or possible cardiovascular risks in assessing their suitability in various clinical settings.

**Contributors**
JAB, RSS, RSB, AL, DGM, and RR participated in the conduct of the study. DLD and ER1 analysed the data, with the advice of all other authors. JAB drafted the manuscript, and all authors participated in reviewing and revising the text, tables, and figures.

**Conflict of interest statement**
APPROVe was funded by Merck Research Laboratories. JAB, RSB, RSS, RR, DGM, and AL received consulting fees as members of the APPROVe Trial Steering Committee. JAB is a consultant to Bayer and has received research funding from the company. DLD consults extensively with NIH, FDA, and industry of clinical trials. In particular, he has obtained support for this analysis through a contract between the University of Wisconsin and Merck. ER1 was supported by this same contract.

**APPROVe trial Study Group**
*Steering Committee members:* J Baron (Chair), R Bresalier, R Sandler, R Riddell, D Morton, A Lanas, B Oxenius, J Bolognese, and K Horgan. *External Safety Monitoring Board members:* J Neaton (Chair), M Konstam, D Bjorkman, R Logan, and H Quan. *Adjudication Committees members:* L Dreifus, G Vetrovec, B Chaitman (cardiology); H Adams, J Mohr, J Zivin (neurology); J Ginsberg, C Kearon, T Rooke (peripheral vascular); M Griffin, M Langman, D Jensen (gastrointestinal). *Ad-hoc Advisory Committee for cardiovascular analysis members:* L Friedman, C Furberg, A Tsiatis, J Wittes.

**Investigators**
*Costa Rica:* M Aguilar (Clinica Aguilar Bonilla, San Jose); *Australia:* P Angus (Austin and Repatriation Medical Centre, Heidelberg); *Israel:* N Arber (Tel Aviv Sourasky Medical Centre, Tel Aviv); *Spain:* J M P Badia (Hospital Clinic I Provincial, Barcelona); *USA:* R D Barry (Tacoma Digestive Disease Center, Tacoma, WA); *Argentina:* H Baistrocchi (Unidad de Aparato Digestivo Julio Dante Baistrocchi, Cordoba); *New Zealand:* M L Barclay (Christchurch Hospital, Christchurch); *Switzerland:* C Beglinger (University of Basel, Basel); *Italy:* G Bianchi-Porro (Ospedale Luigi Sacco, Milano); *Australia:* T Bolin (Prince of Wales Hospital, Randwick); *USA:* R M Bostick (Palmetto Health South Carolina Cancer Center, Columbia, SC); *United Kingdom:* J Bradbury, S Radley (University Hospital Birmingham); *USA:* R S Bresalier, A A Dekovich, T Ben-Menachem, S K Batra (Henry Ford Hospital, Detroit, MI); *Denmark:* E Bruun, J Christiansen (Amtssygehuset i Herlev, Herlev); *USA:* C Burke (Cleveland Clinic Foundation, Cleveland, OH); *Poland:* E Butruk (Akademia Medyczna w Warszawie, Warsaw); *Italy:* L Capurso (Azienda Ospedaliera San Filippo, Roma); *USA:* J P Cello (San Francisco General Hospital, San Francisco, CA); *France:* S Chaussade (Hospital Cochin Saint-Jacques, Paris); *Canada:* D P Cleland (Montreal General Hospital, Montreal); *Italy:* G Costamagna (Universita' Cattolica del Sacro Cuore Di Clinica Chirurgica, Rome); *Denmark:* P Crone (Kobenhavns Amtssygehus i Glostrup, Glostrup); *Belgium:* E V Cutsem (Universitaire Ziekenhuizen KU, Leuven); *Belgium:* G R D'Haens (Imeldaziekenhuis, Bon Heiden); *Netherlands:* W Dekker, J Ferwerda (Kennemer Gasthuis, Haarlem), *Spain:* E Dominguez-Munoz (Hospital de Conxo, La Coruna); *USA:* D S Eskreis, R E Tepper (Long Island Clinical Research Associates, Great Neck, NY); *Chile:* R Estel (Hospital Clinico San Borja-Arriaran, Santiago); *Finland:* M Färkkilä (University Central Hospital, Helsinki); *Spain:* G M Fugarolas, J F deDios (Hospital Universitario Reina Sofia, Cordoba); *Italy:* A Giacosa (Instituto Nazionale Per La Ricerca Sul Cancro, Genova); *USA:* M J Goldstein (Long Island Gastro Intestinal Research Group, Great Neck, NY); *Spain:* F Gomollon-Garcia (Hospital Universitario Miguel Servet, Zaragoza); *Denmark:* P Gandrup (Aalborg Syenhus, Aalborg,); *Brazil:* A Habr-Gama (Hospital das Clinicas da Faculdade de Medicina da Universidade de Sao Paulo, Sao Paulo); *New Zealand:* M Haque, S Parry (Middlemore Hospital, Auckland); *United Kingdom:* C Hall (Northstaffordshire Royal Informary); *USA:* R Hardi (Metropolitan Gastroenterology Group, Chevy Chase, MD); *USA:* W Harford (VA Medical Center, Dallas, TX); *USA:* S M Harris, N B Vakil (Aurora Sinai Medical Center, Milwaukee, WI); *USA:* P R Holt, D P Kotler (Saint Luke's-Roosevelt Hospital, New York, NY); *USA:* P A Holt (Endoscopic Microsurgery Associates, Towson, MD); *Sweden:* R W Hultcrantz (Karolinska Universitetssjukhuset-Solna, Stockholm); *USA:* S H Itzkowitz (Mount Sinai Medical Center, New York, NY); *USA:* R F Jacoby (University of Wisconsin Medical School, Madison, WI); *Denmark:* K E J Jensen (Centralsygehuset Esbjerg Varde, Esbjerb); *USA:* J F Johanson (Rockford Gastroenterology Associates, Rockford, IL); *Denmark:* P W Jørgensen (Bispebjerg Hospital, Copenhagen); *USA:* K E Kim (University of Chicago Medical Center, Chicago, IL); *Austria:* P Knoflach (AKH barmh, Schwestern vorn helligen Kreuz, Wels); *USA:* M Koch (Capital Gastroenterology Consultants, Silver Spring, MD); *Germany:* B Koch (St Vincenz Krankenhaus, Datteln); *Spain:* A Lanas (University Clinical Hospital, Zaragoza); *New Zealand:* M R Lane (Auckland City Hospital, Auckland); *USA:* T R Liebermann (Radiant Research, Austin, TX); *Czech Republic:* M Lukas (Univerzita Karlova, Charles University, Prague); *USA:* C M Schmit (Southern Clinical Research, Chattanooga, TN); *Australia:* F Macrae (Cabrini Hospital, Malvern); *Chile:* E E Maiza (Hospital Jose Joaquin Aguirre, Santiago); *Canada:* N E Marcon (Toronto); *USA:* R D Marks (Alabama Digestive

Articles

Research Center, Alabaster, AL); *Colombia:* C E Martinez (Hospital Militar Central, Bogota); *Canada:* R McLeod (Mount Sinai Hospital, Toronto); *USA:* K R McQuaid (VA Medical Center, San Francisco, CA); *Italy:* G Minoli (Ospedale Valduce Reparto, Como); *Spain:* M Montoro (Hospital San jorge, Huesca); *Colombia:* A Montoya (Clinica Shaio, Bogota); *Canada:* G Morelli (Optimum Clinical Research, Montreal); *United Kingdom:* D G Morton (Queen Elizabeth Hospital, Edgbaston); *Denmark:* T J Myrhoj, J R Andersen (Hvidovre Hospital, Hvidovre); *Belgium:* A Nakad (Hospital Notre Dame, Tournai); *USA:* V Narayen (Gastrointestinal Diagnostic Center, Baltimore, MD); *Israel:* N Yiv (Rabin Medical Centre, Petah Tikva); *USA:* P M Pardoll, S Scheinert (Center for Digestive Diseases, St Petersburg, FL); *Portugal:* C Phino, J M Soares (Celestial Ordem Terceira da Santissima, Porto); *Czech Republic:* I Pokorny (Prerov); *Spain:* J Ponce-Garcia (Hospital Universitari La Fe Valencia, Valencia); *France:* T Ponchon (Hospital Edouard Herriot, Lyon); *USA:* J H Pressman (San Diego Digestive Disease Consultants, San Diego, CA); *Czech Republic:* V Prochazk (Fakultni Nemocnice Olomouc, Olomouc); *USA:* J M Provenza (Louisiana Research Centre, Shreveport, LA); *USA:* W S Putnam (Seattle Gastroenterology Associates, Seattle, WA); *Spain:* E Quintero-Carrion (Hospital Universitario De Canarias Tenerife, Santa Cruz de Tenerife); *USA:* J P Raufman, V Raj (University of Arkansas for Medical Sciences, Little Rock, AR); *USA:* D K Rex (Indiana University Hospital, Indianapolis, IN); *Italy:* F P Rossini and M Spandre (Azienda Sanitaria Ospedaliera, Torino); *USA:* R I Rothstein (Dartmouth Hitchcock Medical Center, Lebanon, NH); *USA:* A K Rustgi (University of Pennsylvania, Philadelphia, PA); *USA:* R Sandler (University of North Carolina at Chapel Hill, Chapel Hill, NC); *South Africa:* B Schmeizer (Sunninghill Clinic, Sandton); *USA:* R E Schoen (UPMC Presbyterian Dept of Medicine, Pittsburgh, PA); *USA:* T T Schubert (Allenmore Medical Center, Tacoma, WA); *USA:* H I Schwartz (Miami Research Associates, Miami, FL); *Argentina:* E Segal (Hospital General de Agudos Carlos G Durand, Buenos Aires); *Singapore:* F Seow-Choen, K W Eu (Singapore General Hospital); *USA:* R N Shah (Philip J Bean Medical Center, Hollywood, MD); *Greece:* N Skandalis (Peripheral General Hospital, Athens); *Canada:* P L Szeg (Hamilton); *USA:* N Toribara (University of Colorado Health Sciences Center, Denver, CO); *USA:* J Torosis (GI Research, Redwood City, CA); *USA:* D K Turgeon (University of Michigan, Ann Arbor, MI); *South Africa:* S W Van der Merwe (Pretoria); *USA:* R VanStolk, C W Howden (Northwestern University, Chicago, IL); *Belgium:* P Vergauwe (Algemeen Ziekenhuis Groeninge, Kortrijk); *France:* B Vezeau, G Nizou (Hopital d'Instruction des Armees, Paris); *Germany:* G Winde (Klinikum Kreis Herford, Herford); *USA:* J Wolosinn, M W Swaim (Regional Research Institute, Jackson, TN); *USA:* J C Wolper, P L Yudelman (Digestive Health Physicians, Fort Myers, FL); *Hong Kong:* B C Y Wong (University of Hong Kong Queen Mary Hospital); *South Africa:* J P Wright (Kinsbury Hospital, Claremont); *Italy:* A Zambelli (Ospedale Maggiore Azienda Ospedaliera, Crema).

## References

1  Dubois RN, Abramson SB, Crofford L, et al. Cyclooxygenase in biology and disease. *FASEB J* 1998; 12: 1063–73.

2  Warner TD, Mitchell JA. Cyclooxygenases: new forms, new inhibitors, and lessons from the clinic. *FASEB J* 2004; 18: 790–804.

3  Gupta RA, Dubois RN. Colorectal cancer prevention and treatment by inhibition of cyclooxygenase-2. *Nat Rev Cancer* 2001; 1: 11–21.

4  Baron JA. Epidemiology of non-steroidal anti-inflammatory drugs and cancer. *Prog Exp Tumor Res* 2003; 37: 1–24.

5  Bresalier RS, Sandler RS, Quan H, et al. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. *N Engl J Med* 2005; 352: 1092–102.

6  Solomon SD, Pfeffer MA, McMurray JJ, et al. Effect of celecoxib on cardiovascular events and blood pressure in two trials for the prevention of colorectal adenomas. *Circulation* 2006; 114: 1028–35.

7  Nussmeier NA, Whelton AA, Brown MT, et al. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. *N Engl J Med* 2005; 352: 1081–91.

8  Ott E, Nussmeier NA, Duke PC, et al. Efficacy and safety of the cyclooxygenase 2 inhibitors parecoxib and valdecoxib in patients undergoing coronary artery bypass surgery. *J Thorac Cardiovasc Surg* 2003; 125: 1481–92.

9  Furberg CD. Adverse cardiovascular effects of rofecoxib. *N Engl J Med* 2006; 355: 204–05.

10  Graham DJ. COX-2 inhibitors, other NSAIDs, and cardiovascular risk: the seduction of common sense. *JAMA* 2006; 296: 1653–56.

11  Nissen SE. Adverse cardiovascular effects of rofecoxib. *N Engl J Med* 2006; 355: 203–04.

12  Lagakos SW. Time-to-event analyses for long-term treatments—the APPROVe trial. *N Engl J Med* 2006; 355: 113–17.

13  Erratum. *N Engl J Med* 2006; 355: 221.

14  Baron JA, Cole BF, Sandler RS, et al. A randomized trial of aspirin to prevent colorectal adenomas. *N Engl J Med* 2003; 348: 891–99.

15  Sandler RS, Halabi S, Baron JA, et al. A randomized trial of aspirin to prevent colorectal adenomas in patients with previous colorectal cancer. *N Engl J Med* 2003; 348: 883–90.

16  Anonymous. Collaborative overview of randomised trials of antiplatelet therapy–I: Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. Antiplatelet Trialists' Collaboration. *BMJ* 1994; 308: 81–106.

17  Kalbfleisch JD, Prentice RL. The Statistical Analysis of Failure Time Data. New York: Wiley; 1980.

18  Fletcher RH, Fletcher S. Clinical Epidemiology: The Essentials. 4th ed. Philadelphia: Lippincott Williams & Wilkins; 2005.

19  Parzen MI, Wei LJ, Ying Z. Simultaneous confidence intervals for the difference of two survival functions. *Scan J Stat* 1997; 24: 309–14.

20  Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. *Circulation* 2001; 104: 2280–88.

21  Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. *Am Heart J* 2003; 146: 591–604.

22  Kearney PM, Baigent C, Godwin J, Halls H, Emberson JR, Patrono C. Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Meta-analysis of randomised trials. *BMJ* 2006; 332: 1302–08.

23  Kerr DJ, Dunn JA, Langman MJ, et al. Rofecoxib and cardiovascular adverse events in adjuvant treatment of colorectal cancer. *New Engl J Med* 2007; 357: 360–69.

24  Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. *N Engl J Med* 2000; 343: 1520–28.

25  McGettigan P, Henry D. Cardiovascular risk and inhibition of cyclooxygenase: a systematic review of the observational studies of selective and nonselective inhibitors of cyclooxygenase 2. *JAMA* 2006; 296: 1633–44.

26  Schnitzer TJ, Burmester GR, Mysler E, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), reduction in ulcer complications: randomised controlled trial. *Lancet* 2004; 364: 665–74.

27  Cannon CP, Curtis SP, FitzGerald GA, et al. Cardiovascular outcomes with etoricoxib and diclofenac in patients with osteoarthritis and rheumatoid arthritis in the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) programme: a randomised comparison. *Lancet* 2006; 368: 1771–81.

28  Cryer B, Feldman M. Cyclooxygenase-1 and cyclooxygenase-2 selectivity of widely used nonsteroidal anti-inflammatory drugs. *Am J Med* 1998; 104: 413–21.

29  Grosser T, Fries S, FitzGerald GA. Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities. *J Clin Invest* 2006; 116: 4–15.

30  Zhang J, Ding EL, Song Y. Adverse effects of cyclooxygenase 2 inhibitors on renal and arrhythmia events: meta-analysis of randomized trials. *JAMA* 2006; 296: 1619–32.

31  Aw TJ, Haas SJ, Liew D, Krum H. Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pressure. *Arch Intern Med* 2005; 165: 490–96.