# EXHIBIT 20


EXHIBIT
Curns 27
01.18.10 JB

# COX-2 FDA Advisory Committee Meeting 2005
## Rofecoxib

Speaker: Ned S. Braunstein, MD

Senior Director, Merck Research Labs

1

