# EXHIBIT 5

00647



25   Q.   Merck never said that Vioxx was more

00648
1  effective in relieving pain than any other NSAID;
2  correct?
3      A.    Yes, that's correct.



00650


16  Q.   Merck never claimed that Vioxx was
17  more effective at treating pain than Motrin;
18  correct?

19  A.   That's correct.

