# EXHIBIT 17



5  with it. Yeah, clinical trials are a great

6  way to start. That enables me to look at a

7  drug and evaluate it, and determine if I think

8  it's appropriate for my patients, and then

9  from that, then we start relying on

10  experience, and as new literature comes out,

11  we use that to help us refine our technique.

