# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK SHARP & DOHME CORP.,<br><br>Defendants. | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Case No. 05-3700 |

### [PROPOSED] ORDER GRANTING MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY AND STATEMENTS OF MERCK'S EXPERTS CONCERNING THE SAFETY AND EFFICACY OF VIOXX BASED ON "PERSONAL EXPERIENCE"

Based upon the pleadings on file, the Memoranda of Law, Declarations and Exhibits, the Court finds as a matter of law that the safety and efficacy of Vioxx based on "personal experience" _____. The Court finds that defendant is liable for such misrepresentation and that there are no genuine issues of disputed fact relating to this subject.

IT IS SO ORDERED.

_____
The Honorable Eldon Fallon
District Judge

859303.1