# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, | JUDGE ELDON E. FALLON |
| Plaintiffs, | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK SHARP & DOHME CORP., | Case No. 05-3700 |
| Defendants. | |

### PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS IN THEIR MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY OF MERCK'S EXPERTS CONCERNING THE RELATIVE SAFETY AND EFFICACY OF VIOXX COMPARED TO OTHER MEDICATIONS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 7.8.1E of the Local Rules of the Eastern District of Louisiana, Plaintiffs in the above-captioned case hereby move the Court for an order allowing Plaintiffs to exceed the 25-page limit for their *Motion to Exclude Certain Opinion Testimony of Merck's Experts Concerning the Relative Safety and Efficacy of Vioxx Compared to Other Medications*. Plaintiffs request that they be permitted to file a memorandum in support not to exceed 35 pages, rather than the 25 pages permitted in the ordinary course by Local Rule 7.8.1E.

In this case, the complexity of the *Daubert* issues to be briefed makes adherence to the 25-page limit set forth in Local Rule 7.8.1E unfeasible.

Plaintiffs submit this *Motion For Administrative Relief To Exceed Page Limits In Their*

859435.1

*Motion to Exclude Certain Opinion Testimony of Merck's Experts Concerning the Relative Safety and Efficacy of Vioxx Compared to Other Medications* so that Plaintiffs' may fully address all the relevant issues in their *Daubert* motion.  Plaintiffs thus request an Order allowing them to submit a brief of no longer than 35 pages.

It is in the interests of both the parties and the Court to ensure that all issues relevant to expert testimony are fully briefed and presented to the Court.  Thus, rather than being a burden, a longer, more detailed memorandum should assist the Court by aiding in the consideration of complex scientific evidence.

For the reasons stated above, Plaintiffs respectfully request that this Court grant their motion for an Order to exceed the 25-page limit by not more than 10 additional pages.

Date:  February 19, 2010					Respectfully submitted,

By:     */s/ James R. Dugan, II*
         James R. Dugan, II

James R. Dugan, II
THE DUGAN LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone:  (504) 648-0180
Facsimile:  (504) 648-0181

*Plaintiff's Liaison Counsel*