# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK SHARP & DOHME CORP., <br><br> Defendants. | JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br> Case No. 05-3700 |

### [PROPOSED] ORDER GRANTING MOTION TO EXCEED PAGE LIMITS IN PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY OF MERCK'S EXPERTS CONCERNING THE RELATIVE SAFETY AND EFFICACY OF VIOXX COMPARED TO OTHER MEDICATIONS

Good cause appearing therefore, IT IS ORDERED that Plaintiff's memorandum in support of motion to exclude certain opinion testimony of Merck's experts concerning the relative safety and efficacy of Vioxx compared to other medications may be up to 35 pages in length.

IT IS SO ORDERED.

_____
The Honorable Eldon Fallon
District Judge

859496.1