# EXHIBIT 3

```
 1                UNITED STATES DISTRICT COURT

 2               EASTERN DISTRICT OF LOUISIANA

 3


 4   In Re:                                  )
                                              )
 5        Products Liability Litigation      )
                                              ) MDL NO. 1657
 6   This Document Relates to:               )
     _____)
 7                                            )
                                              )
 8   STATE OF LOUISIANA, ex rel., JAMES      )
     D. CALDWELL, ATTORNEY GENERAL,          )
 9                                            )
                      Plaintiff,              )
10                                            ) Case No.:
     vs.                                      )
11                                            ) 05-3700
     MERCK SHARP & DOHME CORP.,              )
12                                            )
                      Defendant(s).           )
13   _____)

14

15         DEPOSITION OF DAVID L. CURTIS, M.D.,

16                   Expert Witness

17              Held at O'Melveny & Myers

18         Two Embarcadero Center, 28th Floor

19              San Francisco, California

20               Monday, January 18, 2010

21                 9:34 a.m. - 5:31 p.m.

22

23

24

25   REPORTED BY:  James Beasley, CSR No. 12807


                            2
```



THE WITNESS: In evidence-based medicine, yes, there is generally -- I acknowledge that there are certain types of evidence that should carry or does carry more weight in interpreting results or interpreting clinical activity.

66

David L. Curtis, M.D., Expert

BARKLEY
Court Reporters

1  randomized controlled trials are given the most
2  credibility for providing data to make decisions in
3  clinical medicine.

1–9 [redacted]

10  Q.  Do you intend to offer testimony at trial
11  as to whether Vioxx provided comparable pain relief
12  to other nonsteroidal anti-inflammatory drugs?
13          MR. TOMASELLI:  Object to form.
14          THE WITNESS:  My review of the literature
15  and my own personal experience is that Vioxx
16  often -- in an individual patient was superior at
17  providing clinical efficacy.
18          The studies would indicate that it was
19  certainly as effective as other nonsteroidals that
20  were out there.
21  BY MR. ARBITBLIT:
22      Q.  What evidence do you rely on that you plan
23  to testify about at trial to support your view that
24  Vioxx provided superior pain relief to other
25  nonsteroidals?

```
 1              MR. TOMASELLI:  Object to form.
 2              THE WITNESS:  Again, I know that the
 3     majority of studies suggest and show that Vioxx is
 4     equally effective at pain relief.
 5              But there are data in some of the trials
 6     that suggests that it had superiority to other -- in
 7     head-to-head trials, with other nonsteroidals.
 8              And certainly in my own experience that was
 9     the case.  Again, in individual patients Vioxx would
10     be superior to other nonsteroidals.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



70

David L. Curtis, M.D., Expert

BARKLEY
Court Reporters

1 ▮

2        THE WITNESS: Again, I know that the
3 majority of studies suggest and show that Vioxx is
4 equally effective at pain relief.

5 ▮

70

```
 1  ████████████████████████████████████
 2  ████████████████████████████████████
 3  ████████████████████████████████████
 4  ████████████████████████████████████
 5  ████████████████████████████████████
 6  ████████████████████████████████████
 7  ████████████████████████████████████
 8  ████████████████████████████████████
 9  ████████████████████████████████████
10  ████████████████████████████████████
11  ████████████████████████████████████
12  ████████████████████████████████████
13  ████████████████████████████████████
14  ████████████████████████████████████
15  ████████████████████████████████████
16  ████████████████████████████████████
17  ████████████████████████████████████
18  ████████████████████████████████████
19  ████████████████████████████████████
20          THE WITNESS:  Again, I have to look at
21  negative studies, I have to look at positive
22  studies.
23  ████████████████████████████████████
24  ████████████████████████████████████
25  ████████████████████████████████████
```

71

71



    And so I -- all I can say is that I would look at the negative study with the same seriousness that I would look at a positive study, if you're

72

1  looking at efficacy.



1 ████████████████████████████████
2 ████████████████████████████████
3 ████████████████████████████████
4 ████████████████████████████████
5      A.   Well, if it's not available to me, if it's
6 not published, if it's not peer-reviewed, I'm not
7 going to pay attention to it, frankly.
8 ████████████████████████████████
9 ████████████████████████████████
10 ███████████████████████████████
11 ███████████████████████████████
12 ███████████████████████████████
13 ███████████████████████████████
14 ███████████████████████████████
15 ███████████████████████████████
16 ███████████████████████████████
17 ███████████████████████████████
18 ███████████████████████████████
19 ███████████████████████████████
20 ███████████████████████████████
21 ███████████████████████████████
22 ███████████████████████████████
23 ███████████████████████████████
24 ███████████████████████████████
25 ███████████████████████████████

```
 1  [REDACTED]
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
```

13   Q.   Do you see on page 3 of Exhibit 9 that the
14 primary hypothesis was that:
15           "In patients who show inadequate
16            clinical response to celecoxib,
17            rofecoxib of 25-milligram qd will
18            demonstrate superior clinical
19            efficacy compared to celecoxib 200
20            milligrams qd in the treatment of
21            osteoarthritis of the knee and hip
22            as assessed by pain at night while
23            in bed."
24       Do you see that primary hypothesis?
25       MR. TOMASELLI:  You've not read the whole

```
 1   thing of it.
 2   BY MR. ARBITBLIT:
 3       Q.         -- "(WOMAC Visual Analog Scale
 4              [VAS], Version 3, Section A,
 5              Question 3.)"
 6          Is that the first of the primary
 7   hypotheses?
 8       A.   You read that correctly, yes, A.
 9       Q.   And the second one is that:
10              "Rofecoxib administered at daily
11              doses of 25-milligram for a
12              four-week period will be safe and
13              well-tolerated,"
14          Correct?
15
16
17
18
19
20
21
22
23
24
25
```

77

```
 1   ████████████████████████████████████████
 2   deposition, cut for trial.
 3          MR. TOMASELLI:  I don't even see the page
 4   numbers on this page.  Are they -- oh, there they
 5   are at the top.
 6   ████████████████████████████████████████
 7   ████████████████████████████████████████
 8   ████████████████████████████████████████
 9   ████████████████████████████████████████
10              your four years at Merck, you'll
11              agree that some of the estimated 20
12              million persons who took Vioxx have
13              suffered heart attacks as a
14              result."
15          MR. TOMASELLI:  I'm going to object to
16   form, just like Mr. Patryk did.
17          MR. ARBITBLIT:  Okay.
18      Q.  And then the witness says:
19              "Today, using the data available to
20              us now."
21          And Ms. Lewis says:
22              "Yes."
23          And the answer is:
24              "That's probably true."
25          Did I read that correctly?
```

185

David L. Curtis, M.D., Expert

BARKLEY
Court Reporters

```
 1  BY MR. ARBITBLIT:
 2      Q.   Doctor, do you know what Protocol 203 was?
 3      A.   What, something 203?
 4      Q.   Protocol 203?
 5      A.   That doesn't mean anything to me right now,
 6  but it might if you refresh my memory.
 7           (Exhibit 25 was marked for
 8            identification.)
 9  BY MR. ARBITBLIT:
10      Q.   Exhibit 25 is a CRRC presentation dated
11  August 20, 2002:  "A Prospective Combined Analysis
12  of Thrombotic Cardiovascular Events in Three
13  Randomized, Double-Blind, Placebo-Controlled Studies
14  of Rofecoxib in Patients at Risk of Developing
15  Sporadic Adenomatous Colon Polyps, Recurrent Colon
16  Cancer, or Prostate Cancer."
17           Presented by Janet van Adelsberg, clinical
18  research, and Jennifer Ng, BARDS.
19           Have you seen this document before?
20      A.   I have not seen this.
21      Q.   Does it refresh your recollection at all as
22  to what Protocol 203 was?
23      A.   Again, I'm going to speculate, and I don't
24  want to speculate, because I don't recall exactly
25  that terminology.
```

1
2
3
4
5
6
7
8  THE WITNESS:  If I understand
9  cardiovascular events to be the range of
10 cardiovascular side effects that we know are
11 associated with Vioxx as well as other
12 nonsteroidals, I agree that Vioxx/rofecoxib
13 increases the risk.
14 BY MR. ARBITBLIT:
15     Q.  And which events were you referring to in
16 your previous answer?
17     A.  Edema.  Congestive heart failure.
18 Hypertension.  And there's an association in studies
19 with myocardial infarctions.
20
21
22
23
24
25

209

David L. Curtis, M.D., Expert

BARKLEY
Court Reporters

```
 1  BY MR. ARBITBLIT:
 2      Q.  Setting aside your opinions about any other
 3  drug, this question is about rofecoxib.  So my
 4  question is:  Do the available data support a
 5  conclusion that rofecoxib significantly increases
 6  the risk of cardiovascular events?
 7          MR. TOMASELLI:  Object to form.
 8          THE WITNESS:  If I understand
 9  cardiovascular events to be the range of
10  cardiovascular side effects that we know are
11  associated with Vioxx as well as other
12  nonsteroidals, I agree that Vioxx/rofecoxib
13  increases the risk.
14  ████████████████████████████████████████████████
15  ████████████████████████████████████████████████
16  ████████████████████████████████████████████████
17  ████████████████████████████████████████████████
18  ████████████████████████████████████████████████
19  ████████████████████████████████████████████████
20  ████████████████████████████████████████████████
21  ████████████████████████████████████████████████
22  ████████████████████████████████████████████████
23  ████████████████████████████████████████████████
24  ████████████████████████████████████████████████
25  ████████████████████████████████████████████████
```

David L. Curtis, M.D., Expert

BARKLEY
Court Reporters



17   Q.   With that understanding, do you agree that
18   for the entire period, the study showed that
19   rofecoxib increased the risk of the combined APTC
20   endpoint of myocardial infarction, stroke, and
21   vascular death?

236

David L. Curtis, M.D., Expert

BARKLEY
Court Reporters

A. I have no recollection of ever having a patient that I made an association with a cardiovascular event who was prescribed Vioxx.

1  ▮
2  ▮
3  ▮
4  ▮
5  Q.  Did you do a study of your patients where
6  you randomized them for various cardiovascular risk
7  factors and what drugs they were on?
8       MR. TOMASELLI:  Object to form.
9       THE WITNESS:  No, I did not do that study.
10 ▮
11 ▮
12 ▮
13 ▮
14 ▮
15 ▮
16 ▮
17 ▮
18 ▮
19 ▮
20 ▮
21 ▮
22 ▮
23 ▮
24 ▮
25 ▮

David L. Curtis, M.D., Expert

BARKLEY
Court Reporters