# EXHIBIT 5

00001

```
 1        SUPERIOR COURT OF NEW JERSEY
              LAW DIVISION - ATLANTIC COUNTY
 2
                      - - -
 3
     IN RE:  VIOXX LITIGATION : CASE NO. 619
 4
         -----------------------------------------------
 5
     PHILIP AND CYNTHIA DIPETRO: DELAWARE COUNTY COURT
 6      Plaintiffs     : OF COMMON PLEAS
           V.        :
 7  MERCK & CO., INC., et al. :
         Defendants.     : DOCKET NO. 04-19198
 8
                      - - -
 9
                 CONFIDENTIAL
10
              SUBJECT TO PROTECTIVE ORDER
11
12                - - -
13            March 2, 2005
14                - - -
15      Videotape deposition of ALAN S. NIES, M.D.,
16  held in the offices of Drinker, Biddle & Reath, One
17  Logan Square, Philadelphia, Pennsylvania 19103,
18  commencing at 9:19 a.m., on the above date, before
19  Linda L. Golkow, a Federally-Approved Registered
20  Diplomate Reporter and Certified Shorthand Reporter.
21
22                - - -
23
           ESQUIRE DEPOSITION SERVICES
24         1880 John F. Kennedy Boulevard
                 15th Floor
25         Philadelphia, Pennsylvania 19103
```

**Nies, Alan S., 03/02/2005**                    **Page 1**

00647



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25     Q.     Merck never said that Vioxx was more

00648

1  effective in relieving pain than any other NSAID;

2  correct?

3     A.     Yes, that's correct.



4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Nies, Alan S., 04/01/2005**                     **Page 648**

00650

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16     Q.     Merck never claimed that Vioxx was

17   more effective at treating pain than Motrin;

18   correct?

19     A.     That's correct.

20
21
22
23
24
25

