# EXHIBIT 17

Final.txt

1

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4     * * * * * * * * * * * * * * * *
                                   *
5     In Re:  VIOXX              * MDL NO.: 1657
      Products Liability Litigation *
6                                * SECTION: L
      This Document Relates to:  *
7                                * HON.  ELDON E.
         STATE OF LOUISIANA, ex rel.*      FALLON
8      JAMES D.  CALDWELL,         *
       ATTORNEY GENERAL           * MAG.  JUDGE
9           Plaintiff            * KNOWLES
                                   *
10    versus                      *
                                   *
11    MERCK SHARP & DOHME CORP.   *
                                   *
12     Case No.  05-3700          *
                                   *
13                                *
      * * * * * * * * * * * * * * * *
14

15

16

17

18

19

20          Deposition of MELVIN L.  PARNELL, JR.

21    MD, taken on Thursday, January 21, 2010,

22    commencing at 9:31 a.m., in the law offices of

23    Stone Pigman Walther Wittmann, 546 Carondelet

24    Street, New Orleans, Louisiana, 70130.

25
                                            2

1               I N D E X

2



5   with it.  Yeah, clinical trials are a great

6   way to start.  That enables me to look at a

7   drug and evaluate it, and determine if I think

8   it's appropriate for my patients, and then

9   from that, then we start relying on

10   experience, and as new literature comes out,

11   we use that to help us refine our technique.

