UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK SHARP & DOHME CORP., <br><br> Defendants. | JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br><br> Case No. 05-3700 |

### MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY OF MERCK'S EXPERTS CONCERNING THE RELATIVE SAFETY AND EFFICACY OF VIOXX COMPARED TO OTHER MEDICATIONS

Plaintiff Louisiana Attorney General moves this Court for an Order to Exclude Certain Opinion Testimony of Merck's Experts Concerning the Relative Safety and Efficacy of Vioxx Compared to Other Medications, and requests that the Court consider the Memorandum in Support incorporated herein and rule in plaintiff's favor pursuant to the Federal Rules of Civil Procedure. This Motion and accompanying pleadings are submitted by Plaintiff's Liaison Counsel on behalf of counsel for plaintiff, Louisiana Attorney General, and to accommodate such counsel.

Date: February 19, 2010                   Respectfully submitted,

                                          By:   /s/ James R. Dugan, II
                                                James R. Dugan, II

859298.1

        James R. Dugan, II
        THE DUGAN LAW FIRM
        650 Poydras Street, Suite 2150
        New Orleans, LA  70130
        Telephone:  (504) 648-0180
        Facsimile:  (504) 648-0181

        *Plaintiff's Liaison Counsel*

- 2 -

**CERTIFICATE OF SERVICE**

        I hereby certify that the above and foregoing Memorandum in Support of Motion to Exclude Certain Opinion Testimony of David Curtis, M.D. has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 19th day of February, 2010.

        */s/ Trudy V. Bryant*
Trudy V. Bryant
THE DUGAN LAW FIRM & MURRAY LAW FIRM
Paralegal to James R. Dugan, II & Douglas R. Plymale, Ph.D.
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone:  (504) 648-0180
Facsimile:  (504) 648-0181
Email:  trudy@dugan-lawfirm.com

- 16 -