UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, | JUDGE ELDON E. FALLON |
| Plaintiffs, | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK SHARP & DOHME CORP., | Case No. 05-3700 |
| Defendants. | |

**DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY OF MERCK'S EXPERTS CONCERNING THE RELATIVE SAFETY AND EFFICACY OF VIOXX COMPARED TO OTHER MEDICATIONS**

I, Sarah R. London, hereby declare as follows:

1. I am an attorney and partner at Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111. Elizabeth J. Cabraser of LCHB is a member of the Plaintiffs' Steering Committee (PSC) in this MDL, as well as Chair of the Purchase Claims Committee of the PSC and Government Action Executive Committee Member. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the expert report of John Abramson, M.D.

3. Attached hereto as Exhibit 2 is a true and correct copy of the April 2002 Vioxx label, previously marked Curtis Exhibit 32.

859304.1

4. Attached hereto as Exhibit 3 is a true and correct copy of the report of David R. Silvers, M.D.

5. Attached hereto as Exhibit 4 is a true and correct copy of the report of David J. Sales, M.D.

6. Attached hereto as Exhibit 5 is a true and correct copy of the report of David Y. Graham, M.D.

7. Attached hereto as Exhibit 6 is a true and correct copy of the report of plaintiffs' expert Neil Julie, M.D.

8. Attached hereto as Exhibit 7 is a true and correct copy of an article by Loren Laine, *et al.,* entitled "Alimentary Tract – A Randomized Trial Comparing the Effect of Rofecoxib, a Cyclooxygenase 2 – Specific Inhibitor, with that of Ibuprofen on the Gastroduodenal Mucosa of Patients with Osteoarthritis" published in *The American College of Rheumatology*, 1999.

9. Attached hereto as Exhibit 8 is a true and correct copy of an article by Christopher Hawkey, *et al.*, entitled "Comparison of the Effect of Rofecoxib (A Cyclooxygenase 2 Inhibitor) Ibuprofen, and Placebo on the Gastroduodenal Mucosa of Patients with Osteoarthritis," published in *Arthritis & Rheumatism*, February 2000, previously marked Sales Exhibit 27.

10. Attached hereto as Exhibit 9 is a true and correct copy of an article by Michael J. Langman, MD, *et al.*, entitled "Adverse Upper Gastrointestinal Effects of Rofecoxib Compared with NSAIDs," published in *JAMA*, November 24, 1999, previously marked as Sales Exhibit 31.

11. Attached hereto as Exhibit 10 is a true and correct copy of the report of David L. Curtis, M.D.

859304.1

12. Attached hereto as Exhibit 11 is a true and correct copy of the rebuttal of expert David Y. Graham, M.D.

13. Attached hereto as Exhibit 12 is a true and correct copy of the report of Melvin L. Parnell, Jr., M.D.

14. Attached hereto as Exhibit 13 is a true and correct copy of an article by Alla Rostom, *et al.*, entitled "Original Articles –Alimentary Tract – Gastrointestinal Safety of Cyclooxygenase 2 Inhibitors:  A Cochrane Collaboration Systematic Review" published in *Clinical Gastroenterology and Hepatology*, 2007.

15. Attached hereto as Exhibit 14 is a true and correct copy of an article by Douglas J. Watson, *et al.*, entitled "The upper gastrointestinal safety of rofecoxib vs. NSAIDs: an updated combined analysis," 2004, previously marked as Sales Exhibit 38.

16. Attached hereto as Exhibit 15 is a true and correct copy of an article by Claire Bombardier, M.D., *et al.*, entitled "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," published in *The New England Journal of Medicine*, November 23, 2000, previously marked as Curtis Exhibit 18.

17. Attached hereto as Exhibit 16 is a true and correct copy of the Food and Drug Administration Medical Officer Review, dated November 5, 2005, previously marked as Sales Exhibit 23.

18. Attached hereto as Exhibit 17 is a true and correct copy of an excerpt from the *Reference Manuel on Scientific Evidence*, 2000.

19. Attached hereto as Exhibit 18 are excerpts from the deposition transcript of David R. Silvers, M.D., pp. 247:24-248:2; 248:17-21; 249:8-14; 253:6-10

20. Attached hereto as Exhibit 19 are excerpts from the deposition transcript of David J. Sales, M.D., pp. 79:1-92:8; 97:12-99:8; 100:6-12; 111:14-18; 128:23-129:4; 128:16-22; 138:12-139:2; 131:14-17; 132:21-133:8; 137:15-138:20; 141:9-14; 144:13-17; 173:9-18; 173:9-18; 198:2-199:3; 200:10-14; 200:24-202; 207:8-15

21. Attached hereto as Exhibit 20 are excerpts of the deposition transcript of Melvin L. Parnell, M.D., January 21, 2010, pp. 182:18-19;183:7-16; 185:7-11; 193-312; 202:7-203-3; 186:3-8; 187:7-188:6; 191:11-18; 184:19-185:6; 191:5-10; 199:19-24; 210:4-10; 194:18-21, 24-25; 199:19-200:5; 203:5-204:15; 219:5-7

22. Attached hereto as Exhibit 21 are excerpts of the deposition transcript of David Curtis, M.D., January 18, 2010, pp. 68:9-17; 103:5-13; 103:19-21; 104:2-5; 108:2-11; 109:5-13; 122:3-11; 109:14-21; 117:12-21; 117:6-11; 111:13-18; 113:18-114:3; 113:8-16; 118:11-13; 113:8-16;; 123:25-124:12, 137:6-9; 134:19-135; 135:1-3; 245:5-249:10; 245:5-249:10

23. Attached hereto as Exhibit 22 are excerpts from the deposition transcript of John Abramson, M.D., January 11, 2010, pp. 112:18-20; 211:8-22

24. Attached hereto as Exhibit 23 are excerpts of the deposition transcript of Loren Laine, M.D., February 2, 2010, pp. 270:6-12;[1] 272:15-17; 270:10-12, 272:15-19; 272:5-15; 273:12-14

25. Attached hereto as Exhibit 24 is a true and correct copy of an article by Luis A. García Rodríguez and Jick, entitled "Risk of Upper Gastrointestinal Bleeding and Perforation associated with individual non-steroidal anti-inflammatory drugs," 1994.

26. Attached hereto as Exhibit 25 is a true and correct copy of a 1995 Motrin entry in Physician's Desk Reference, previously marked as Curtis Exhibit 14.

27. Attached hereto as Exhibit 26 are excerpts from the deposition transcript of Fran Kaiser, M.D., pp. 199:8-21; 200:3-6; 201:9-20.

28. Attached hereto as Exhibit 27 is a true and correct copy of a document containing information regarding Protocol 45, previously marked as Sales Exhibit 26.

29. Attached hereto as Exhibit 28 is a true and correct copy of an article by Marc C. Hochberg, *et al.*, entitled "The American College of Rheumatology 1991 Revised Criteria for the Classification of Global Functional Status in Rheumatoid Arthritis," published in *Arthritis & Rheumatism*, May 1992, previously marked Curtis Exhibit 13.

30. Attached hereto as Exhibit 29 is a true and correct copy of an article by Mervyn Busson, MB, ChB, DA, DObst, RCOG, MRCGP, entitled "Update on Ibuprofen: Review Article," published in *The Journal of International Medical Research*, 1986, previously marked as Curtis 15.

31. Attached hereto as Exhibit 30 is a true and correct copy of an article by James F. Fries, *et al.*, entitled "The Rise and Decline of Nonsteroidal Antiinflammatory Drug-Associated Gastropathy in Rheumatoid Arthritis," published in *Arthritis & Rheumatism*, August 2004, previously marked as Sales Exhibit 35.

32. Attached hereto as Exhibit 31 is a true and correct copy of an article by Kenneth Saag, MD, MSc, *et al.*, entitled "Rofecoxib, a New Cyclooxygenase 2 Inhibitor, Shows Sustained Efficacy, Comparable With Other Nonsteroidal Anti-inflammatory Drugs," published in *Arch Fam Med*, November/December 2000, previously marked Sales Exhibit 39.

33. Attached hereto as Exhibit 32 is a true and correct copy of an article by Grant W. Cannon, *et al.* entitled "Rofecoxib, a Specific Inhibitor of Cyclooxygenase 2, with Clinical Efficacy Comparable with that of Diclofenac Sodium," May 2000.

34. Attached hereto as Exhibit 33 is a true and correct copy of an article by Paul Emery, MD, *et al.*, entitled "Dose-Effect Relationships of Nonsteroidal Anti-inflammatory Drugs: A Literature Review," published in *Clinical Therapeutics*, June 25, 2002, previously marked as Sales Exhibit 40.

35. Attached here as Exhibit 34 is a true and correct copy of the response of expert Neil Julie, M.D.

36. Attached hereto as Exhibit 35 is a true and correct copy of an article by John D. Bradley, M.D., *et al*., entitled "Comparison of an Antiinflammatory Dose of Ibuprofen, an Analgesic Dose of Ibuprofen, and Acetaminophen in the Treatment of Patients with Osteoarthritis of the Knee," published in *The New England Journal of Medicine*, July 11, 1991, previously marked as Sales 31.

37. Attached hereto as Exhibit 36 is a true and correct copy of an article by David Henry, *et al.*, entitled "Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis," published in *BMJ*, June 22, 1996, previously marked as Curtis 16.

38. Attached hereto as Exhibit 37 is a true and correct copy of a Consultants Meeting, 10-24-1996; Minutes for the MK-0966 Consultants Meeting to Discuss the Design of the GI Clinical Outcomes Megatrial, previously marked as Sales Exhibit 24.

39. Attached hereto as Exhibit 38 are excerpts of the deposition transcript of Neil Julie, M.D., January 13, 2010, pp. 260:15-261:4

40. Attached hereto as Exhibit 39 is a true and correct copy of a Letter to the Editor, *Gastroenterology* 2000, previously marked as Laine Exhibit 38.

41. Attached hereto as Exhibit 40 is a true and correct copy of Rofecoxib; a disappointing NSAID analgesic, Prescrire International, Dec 2000" \s "Rofecoxib; a disappointing NSAID analgesic, Prescrire International, Dec 2000

42. Attached hereto as Exhibit 41 is a true and correct copy of an article by Jeffery R. Lisse, M.D., *et al.*, entitled "Gastrointestinal Tolerability and Effectiveness of Rofecoxib versus Naproxen in the Treatment of Osteoarthritis" 2003.

43. Attached hereto as Exhibit 42 is a true and correct copy of an article by Van delsberg, *et al.*, entitled "One-Year Results from an Active Comparator Controlled Trial for Rofecoxib for the Treatment of Rheumatoid Arthritis (RA)," *Arthritis Rheum,* 2002.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on February __, 2010, at San Francisco, California.

SARAH R. LONDON

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum in Support of Motion to Exclude Certain Opinion Testimony of David Curtis, M.D. has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 19th day of February, 2010.

        */s/ Trudy V. Bryant*
        Trudy V. Bryant
        THE DUGAN LAW FIRM & MURRAY LAW FIRM
        Paralegal to James R. Dugan, II & Douglas R. Plymale, Ph.D.
        650 Poydras Street, Suite 2150
        New Orleans, LA  70130
        Telephone:  (504) 648-0180
        Facsimile:  (504) 648-0181
        Email:  trudy@dugan-lawfirm.com