UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, | JUDGE ELDON E. FALLON |
| Plaintiffs, | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK SHARP & DOHME CORP., | Case No. 05-3700 |
| Defendants. | |

**[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY OF MERCK'S EXPERTS CONCERNING THE RELATIVE SAFETY AND EFFICACY OF VIOXX COMPARED TO OTHER MEDICATIONS**

Based upon the pleadings on file, the Memoranda of Law, Declarations and Exhibits, the Court finds as a matter of law that the relative safety and efficacy of Vioxx compared to other medications _____. The Court finds that defendant is liable for such misrepresentation and that there are no genuine issues of disputed fact relating to this subject.

IT IS SO ORDERED.

_____
The Honorable Eldon Fallon
District Judge

859301.1