# EXHIBIT 4



11/09

Expert opinion of David J. Sales MD, PhD, FACG, AGAF

INTRODUCTION

    I am a physician licensed to practice medicine. I received my medical training at the University of Chicago Pritzker School of Medicine, receiving the degree of M.D. with Honors in 1977. I was elected to the Alpha Omega Alpha honorary society. I completed my internal medicine internship and residency at the University of Chicago Hospitals from 1977 to 1980. From 1980 to 1982, I was a fellow in Gastroenterology at the University of Chicago Hospitals. I was awarded the Goldblatt Fellowship in Gastroenterology, and studied under the mentorship of Dr. Joseph B. Kirsner.
    During my medical and fellowship training, I received specialized instruction and experience in the recognition and treatment of gastrointestinal ulcers and gastrointestinal bleeding. This instruction included recognition of the clinical signs and symptoms of gastrointestinal ulceration and bleeding, the endoscopic recognition of such conditions, medical and endoscopic therapy of these conditions and instruction and experience in the prevention of such conditions. Prevention included the recognition of clinical states at risk for gastrointestinal complications and the recognition of diseases, medications and treatments that could result in gastrointestinal injury as side effects.
    I am board certified in both internal medicine and gastroenterology, having taken and passed the certification examinations at my first opportunity. I am a Fellow of the American College of Gastroenterology. I am a Fellow of the American Gastroenterological Association and was elected to Fellowship during the initial year that the Fellowship was established.
    In addition to my medical training, I was part of the Medical Scientist Training Program (MSTP) at the University of Chicago. I received my Ph.D. in Biochemistry in 1976. The training in the MSTP included instruction in planning and completing medical research. Among the topics of instruction was the critical review of medical literature. I also received training in medical statistics from Dr. Paul Meier, whose statistical methods and graphs are included in the analyses of many of the studies referenced below.
    I have been in the clinical practice of gastroenterology in a community setting for twenty-five years. In addition to my clinical practice, I served as Chief of the section of Gastroenterology of Northwest Community Hospital, Arlington Heights, Illinois, for fifteen years. I have been a member of the Pharmacy and Therapeutics Committee of Alexian Brothers Medical Center, Elk Grove, Illinois, for over fifteen years. I am the Chairman of the Chapter Medical Advisory Committee for the Illinois Chapter of the Crohn's and Colitis Foundation of America, and have received their Physician Recognition Award. I have been listed

in the Castle Connolly Guide to the Top Doctors in the Chicago Metro Area in all three editions that have been published.

A significant portion of my practice includes acid peptic disorders such as gastric and duodenal ulcers and erosions, and I have extensive experience in the recognition, prevention and treatment of such conditions. These conditions include aspirin- and NSAID-induced ulcerations and hemorrhage. I am regularly consulted in such cases and have been involved in hundreds of such cases.

As a part of my clinical practice, I participate in clinical trials of pharmaceuticals. I have participated in approximately 130 trials during the past twenty years, either as a principal investigator or as a co-investigator. One of the recently completed trials was the APC trial measuring the effect of celecoxib in preventing recurrence of colon polyps. I therefore have first-hand knowledge of the design and administration of a COX-2 trial including patient selection and assessment and safety monitoring.

Patients with pain require treatment of their pain in order to participate in their activities of daily life. They require an active medication for their treatment—the alternatives of either not taking medication or taking an inactive medicine are not acceptable options for them. In medication trials and in my experience, coxibs and NSAIDs provide similar relief of pain. However, not every medication works for every patient; some patients respond to one medication while others respond to a different medication. Because of this, a variety of medications needs to be available to offer to people who are in pain. Coxibs such as VIOXX provide relief of pain with less associated gastrointestinal toxicity. Data at the time VIOXX was marketed supported this, and this benefit has been supported by subsequent reports. Therefore, coxibs such as VIOXX were a significant advance over traditional NSAIDs for the treatment of people in pain.

My clinical experience confirms the evidence of clinical trials that coxibs are successful in lessening gastrointestinal complications of anti-inflammatory drugs. Since the coxib drugs have been available, I have seen fewer NSAID-related gastrointestinal hemorrhages or other complications.

**REVIEW OF SELECTED PUBLISHED EVIDENCE**

**GASTROINTESTINAL RISKS OF CONVENTIONAL NON-STEROIDAL ANTI-INFLAMMATORY DRUGS (NSAIDs)**

In the United States, approximately twenty million patients take NSAIDs on a regular basis.[1] There is a clearly established relationship between NSAID use and gastrointestinal injury.[2] In recognition of this relationship, the FDA has recently strengthened the warnings it requires to be given to users of NSAIDs.[3,4] The risk of adverse gastrointestinal events in patients taking NSAIDs is three times that of controls, and this rises to five times in elderly populations.[5] Among patients with rheumatoid arthritis (RA) and osteoarthritis (OA) taking NSAIDs, the ulcer incidence is 15-20%.[6] The risk for ulcer complications increases along with the



duration of NSAID use. The longer a patient takes an NSAID, the greater their exposure to this risk. This is of particular importance in the elderly and debilitated population who often need to take an anti-inflammatory medication for long periods of time, even for the remainder of their lives. The elderly and debilitated patients are also those who are at increased risk for ulcer complications due to their general health. Thus, the patients who need the medications the most and for the longest period of time, are those at the highest risk for complications.

These complications are seen commonly in my practice. In fact, NSAID-induced gastropathy is the leading cause of upper gastrointestinal bleeding in my patient population. This observation has been confirmed nation-wide, where one study found that NSAID use surpassed *Helicobacter pylori* as the risk factor involved with gastrointestinal bleeding, and that NSAID use was found in the majority of patients with ulcer-related bleeding[7]. The bleeding is major and often appears in an emergent and life-threatening manner. These patients require emergency resuscitation, hospitalization, urgent endoscopy, and may require emergency surgery. They are at high risk for further complications and death because of their underlying weakened state. In a study of 2,061 patients hospitalized with peptic ulcer perforation, the 30-day mortality among anti-inflammatory drug users was 35%; the mortality rate ratio was 1.7 compared to never-users of NSAIDs [8]. In the United States, the gastrointestinal adverse effects of NSAIDs are estimated to be responsible for 107,000 hospitalizations and 16,500 deaths annually[9,10]. These statistics demonstrate the seriousness of gastrointestinal complications of NSAIDs. These complications are not mere inconveniences. A 2007 review of meta-analyses and large randomized trials of patients taking NSAIDs and coxibs concluded that, in terms of mortality, the severity of upper gastrointestinal events was no different than the severity of cardiovascular events [11]

An example of such problems occurred in a case I saw last year. A 71 year-old man in otherwise good health needed to take an anti-inflammatory medication in order to continue to function as a professional violinist and violin teacher. He was taking Piroxicam for his arthritis. He had blood found in his bowel movements, and his blood count showed a hemoglobin level of 4.7, close to one-third of what it should be. He was examined with upper gastrointestinal endoscopy, and this examination showed that he had a massive ulcer in his duodenum that was still bleeding (see attached photos). Initially, he stabilized with medical treatment, but four days later, the ulcer bled again, and he needed emergency surgery. At surgery, it was found that the ulcer had penetrated through the wall of the duodenum and caused an abscess in the abdominal cavity in addition to the bleeding that had occurred. The surgeon needed to remove part of the patient's stomach, sew the remainder of the stomach to the intestines, sew up the hole in the duodenum, and drain the abscess. Fortunately, the patient finally could be discharged from the hospital after a stay of 18 days to continue his recovery as an outpatient.

This episode of complicated gastrointestinal hemorrhage was due to the patient taking Piroxicam. Piroxicam is an NSAID that has been associated with gastrointestinal hemorrhage.[12] The bleeding lesion that he developed is typical for

an NSAID-induced lesion, and he had no other risk factors for gastrointestinal bleeding.

The example just cited is one of many that I see in my practice. Patients who take conventional NSAIDs present to me complaining of intractable abdominal pain caused by their medications. They commonly decide to discontinue their NSAIDs due to the gastrointestinal side effects, and they consequently suffer from the pain and debility that results from the problems for which they initially were prescribed the medications. In other instances, they elect to continue their NSAIDs despite warning symptoms, and then may suffer serious complications such as ulcers or hemorrhage. Other patients present to me having developed complications without having antecedent symptoms.

NSAIDs can also cause injury to the small intestine and colon.[13] Patients with NSAID-induced enteropathy may present with either overt gastrointestinal bleeding, or anemia from chronic blood loss. The anemia can be severe enough to be life threatening. NSAID enteropathy can also cause abdominal pain and diarrhea due to intestinal ulceration. All of these adverse effects of NSAIDs are commonly seen in my practice.

## EFFECTIVENESS OF VIOXX FOR PAIN AND ARTHRITIS CONTROL

Patients with osteoarthritis and rheumatoid arthritis often use non-steroidal anti-inflammatory drugs to treat their symptoms because of the analgesic and anti-inflammatory effects of these drugs. Clinical trials have shown that VIOXX is as effective as high doses of NSAIDs for osteoarthritis treatment.[14] Similarly, in rheumatoid arthritis, VIOXX produces significant reduction in joint tenderness/pain and joint swelling compared to placebo. It also produces analgesia comparable to naproxen and ibuprofen.[15] These effects allow patients with debilitating arthritis and pain to increase their ability to perform the activities of daily living.

## GASTROINTESTINAL BENEFITS OF VIOXX

NSAIDs inhibit cyclooxygenase (COX), the enzyme responsible for conversion of arachidonic acid to prostaglandins. COX exists in two isoforms, designated COX-1 and COX-2. COX-1 is constitutively expressed and produces prostaglandins responsible for maintenance of gastrointestinal mucosal integrity and platelet aggregation. COX-2 is induced at sites of inflammation and produces prostaglandins that mediate pain and inflammation. When NSAIDs are used to treat inflammation, their anti-inflammatory effects are thought to be due to inhibition of COX-2, whereas their gastrointestinal side effects are thought to be due to inhibition of COX-1. VIOXX, a selective COX-2 inhibitor (coxib) was developed

<-*->

<-*->
<-*-><-*->
<-*-><-*-><-*-><-*-><-*-><-*->
<-*-><-*-><-*-><-*-><-*-><-*->
<-*-><-*-><-*-><-*-><-*-><-*->

in order to produce the anti-inflammatory effects of NSAIDs without incurring their gastrointestinal side effects.

Hunt and associates studied gastrointestinal blood loss caused by VIOXX and the NSAID ibuprofen in 67 healthy subjects.[16] They found that ibuprofen, given in a therapeutic dose of 800 mg three times daily, caused more gastrointestinal blood loss than VIOXX, administered at a supratherapeutic dose of 25 mg or 50 mg daily. Furthermore, gastrointestinal blood loss with VIOXX was equivalent to placebo.

Garcia Rodriguez and Barreales Tolosa conducted a case-control study in Spain of 1561 upper gastrointestinal complications matched to 10,000 controls, and examined their NSAID and coxib use.[17] They found that, among nonusers of aspirin, the relative risk of gastrointestinal complications was 0.6 for coxib users compared to traditional NSAID users, and that this was statistically significant. They concluded that, "coxibs present a better upper gastrointestinal safety than tNSAIDs."

Hawkey and associates studied 775 patients with osteoarthritis who, in a randomized double-blind, placebo-controlled trial received either VIOXX at a dose of 25 or 50 mg daily, ibuprofen 800 mg three times daily or placebo.[18] The patients were assessed for the development of gastroduodenal ulceration. After both 12 and 24 weeks, there were fewer ulcers in the subjects who received VIOXX then in the group who received ibuprofen. The ulcer incidence in the group receiving VIOXX was the same as in the group receiving placebo.

The VIGOR trial studied 8076 adult patients with rheumatoid arthritis who were randomized to receive either VIOXX 50 mg daily or the NSAID naproxen 500 mg twice daily.[19] The primary end point of the study was confirmed clinical upper gastrointestinal events (PUBs -- gastroduodenal perforation or obstruction, upper gastrointestinal bleeding, and symptomatic gastroduodenal ulcers). Administration of VIOXX was associated with significantly fewer clinically important upper gastrointestinal events than treatment with naproxen.

The VIGOR results were further analyzed by dividing patients into subgoups of those with increased risks for gastrointestinal complications. These risks included prior history of PUBs, age 65 years or older, steroid use, and H. pylori infection. There was a decreased risk for confirmed PUBs for VIOXX users in each of the subgroups with or without these risk factors. The decrease in risk was statistically significant in those with or without a prior history of PUBs, those older or younger than 65 years, those with or without H. pylori infection, and those with baseline steroid use. The decreased risk for PUBs for VIOXX users in the subgroup with no baseline steroid use did not reach statistical significance (RR=0.68, 95% CI 0.41-1.15). Of note is that the risk of PUBs in VIOXX users was independent of baseline steroid use, with a rate of 20-21/1000 patient-years at risk. The risk in naproxen users decreased from 56.7/1000 patient-years in steroid users to 29.7/1000 patient-years in non-steroid users. This value is still approximately 50% greater than in the VIOXX group; but because of the lower number of events in this group, it did not reach statistical significance.

Lanas and associates reported on peptic ulcer and bleeding events which occurred as part of the APPROVe trial[20]. In this trial, 2587 patients received either VIOXX 25 mg daily or placebo. They found that the incidence of confirmed peptic

ulcer and bleeding events was low (0.23 events per 100 patient-years). The absolute rate of complications in those taking VIOXX was lower than in the VIGOR trial and much lower than that ascribed to NSAIDs.

Watson and associates pooled individual patient data from 20 randomized, double-blind clinical trials of VIOXX versus various NSAIDs.[21] These trials involved 17,072 subjects with either rheumatoid arthritis or osteoarthritis. The analysis did not include the VIGOR trial noted above. The main outcome measure of the trial was the incidence of upper gastrointestinal perforations, symptomatic ulcers and upper gastrointestinal bleeds (PUBs). Treatment with VIOXX was associated with a statistically significantly lower incidence of PUBs than was treatment with NSAIDs. Various subgroup analyses are detailed in figure 2; of note, the risk reduction with VIOXX is statistically significant and of a similar magnitude whether or not patients had received steroid medications.

The ADVANTAGE study was designed to assess the tolerability of VIOXX compared with naproxen for the treatment of osteoarthritis.[22] 5557 patients were randomized to receive either VIOXX 25 mg daily or naproxen 500 mg twice daily for three months. There was no significant difference between efficacy of VIOXX and naproxen in treating the symptoms of arthritis. However, the rate of discontinuation of medication due to adverse gastrointestinal symptoms was significantly lower for users of VIOXX compared to naproxen (5.9% vs. 8.1%, p=0.005).

A Cochrane Collaboration Systematic Review studied the gastrointestinal safety of coxibs. Cochrane Reviews employ rigorous methodology to identify relevant studies and to combine data. Sixty-nine studies were included in the analysis. The results confirmed that, compared with nonselective NSAIDs, coxibs produced significantly fewer gastroduodenal ulcers (relative risk 0.26, 95% confidence interval 0.23-0.30) and fewer clinically important ulcer complications (relative risk 0.39, 95% confidence interval 0.31-0.50).[23]

I have reviewed the monographs from Provider Synergies, L.L.C. that were submitted to the Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee. In particular, I reviewed the monographs dated February, 2002, April, 2003 and April, 2004. The Committee used these monographs as guideposts for deciding which coxibs to recommend for inclusion in the Louisiana Medicaid formulary, and which medicines should require prior authorization. It is my opinion that the monographs appear to accurately and adequately reflect the scientific knowledge pertaining to the potential gastrointestinal risks and gastrointestinal issues associated with the use of VIOXX and other anti-inflammatory medications during the relevant 2002 to 2004 time period.

Coxibs such as VIOXX are associated with a lower incidence of injury to the small intestine and colon, similar to their benefits in the stomach.[24] [25] This is significant because lower gastrointestinal bleeding accounts for a substantial portion of adverse reactions to anti-inflammatory drugs. In the VIGOR study, serious lower GI events accounted for nearly 40% of the serious GI events that developed in these patients.[24]

The degree of lowered gastrointestinal risk associated with coxib use compared to NSAID use varies among studies. In general, greater benefits are demonstrated in randomized controlled trials[23][19], compared to observational studies[26][27]. This is due, in large part, to "channeling," which describes the phenomenon in actual clinical practice where patients with higher risk of gastropathy receive coxibs rather than NSAIDs[28][29][30]. This imbalance in the population receiving coxibs versus NSAIDs occurs because of the perceived (and proven) gastrointestinal benefits of coxibs in the minds of the prescribing physicians. In this situation, the patients who receive coxibs start out with a higher likelihood of developing gastrointestinal complications, and this, in turn, lessens the eventual difference in event frequency between coxib and NSAID users.

## ADDITIONAL GASTROINTESTINAL BENEFITS OF VIOXX

In the APPROVe trial, 2587 patients with a history of colon adenomas were randomized to receive either VIOXX or placebo[31]. Treatment with VIOXX reduced the recurrence of adenomas after one and three years, and reduced the occurrence of advanced adenomas. All of these reductions were statistically significant. A comprehensive review of epidemiologic literature confirmed that intake of medications that inhibit COX-2 reduces the risk of colon cancer, as well as breast, lung and prostate cancers [32].

## CONCLUSION OF GASTROINTESTINAL BENEFITS OF VIOXX

Treatment with VIOXX produces relief of pain and inflammation equivalent to that provided by conventional NSAIDs with reduced risk for their sometimes severe upper gastrointestinal complications. This benefit extends to the lower gastrointestinal tract as well. In addition, treatment with VIOXX reduces the risk of colon polyp recurrence. VIOXX is taken once daily, which leads to enhanced compliance with physicians' orders. This in turn, leads to increased medication efficacy and subsequent quality of life.

## RECOMMENDATIONS FROM AGA INSTITUTE

In 2006, Wilcox and associates reported on the American Gastroenterological Association Consensus Development Conference on the use of NSAIDs, including coxibs and aspirin. During the conference, a panel of physicians in gastroenterology, rheumatology, cardiology and internal medicine developed a statement of recommendations based on expert presentations of current scientific knowledge and through subsequent group discussion. Their recommendations are of particular note because of the high level of the attendees and the timeliness of the data that

they considered. They reported on the high rate of gastrointestinal complications in patients taking NSAIDs, and recommended the use of coxibs in patients with low cardiovascular risk.[33]

## CONCLUSIONS

There is clear convincing evidence that VIOXX is effective in treating both rheumatoid arthritis and osteoarthritis. VIOXX causes fewer gastrointestinal side effects and complications compared to nonselective NSAIDs. This reduction of side effects and complications provided significant, real-life advantages to patients. This benefit is well demonstrated in studies, and is also reflected in my clinical experience.

VIOXX was appropriate therapy for patients requiring arthritis medication who may have been at risk for gastrointestinal complications.

David Hales, MD

[1] Smalley WE, Griffin MR. The risks and costs of upper gastrointestinal disease attributable to NSAIDs. Gastroenterol Clin North Am 1996; 25:373-96.

[2] Soll AH, Moderator: Nonsteroidal anti-inflammatory drugs and peptic ulcer disease. Ann Intern Med 1991;114:307-19.

[3] FDA News April 28, 2009. FDA Requires Additional Labeling for Over-the-Counter Pain Relievers and FeverReducers to Help Consumers Use Products Safely. Online: http://www.fda.gov/bbs/topics/NEWS/2009/NEW02004.html

[4] Shuren J. Organ-Specific Warnings; Internal Analgesic, Antipyretic, and Antirheumatic Drug Products for Over the Counter Human Use; Final Monograph. Federal Register 2009;74:19385-19409.

[5] Gabriel SE et al. Risk for serious gastrointestinal complications related to use of nonsteroidal anti-inflammatory drugs. A meta-analysis. Ann Intern Med 1991;115:787-96.

[6] Larkai EN, et al. Gastroduodenal mucosa and dyspeptic symptoms in arthritis patients during chronic nonsteroidal anti-inflammatory drug use. Am J Gastroenterol 1987;82:1153-8.

[7] Ramosekh D. et al. Outcome of peptic ulcer bleeding, nonsteroidal anti-inflammatory drug use and Helicobacter infection. Clin Gastroenterol Hepatol 2005;3:859-864.

[8] Thomsen RW et al. 30-day mortality after peptic ulcer perforation among users of newer selective Cox-2 inhibitors and traditional NSAIDs: A population-based study. Am J Gastroenterol 2006;101:2704-10.

[9] Singh G. Recent considerations in nonsteroidal drug gastropathy [review].Am J Med 1998;105(suppl 1B):31S-38S.

[10] American College of Gastroenterology. Understanding Ulcers, NSAIDs and Gastrointestinal Bleeding: A consumer health guide. 2009.

[11] Moore RA et al. Cyclo-oxygenase-2 selective inhibitors and nonsteroidal anti-inflammatory drugs: balancing gastrointestinal and cardiovascular risk. BMC Musculoskeletal Disorders 2007;8:73-84.

[12] Lewis SC et al. Dose-response relationships between individual nonaspirin nonsteroidal anti-inflammatory drugs (NANSAIDs) and serious upper gastrointestinal bleeding: a meta-analysis based on individual patient data. Br J Clin Pharmacol 2002;54:320-6.

[13] Lanza F. A guideline for the treatment and prevention of NSAID-induced ulcers. Am J Gastroenterol 1998; 93:2037-46.

[14] Day R et al. A randomized trial of the efficacy and tolerability of the COX-2 inhibitor rofecoxib vs ibuprofen in patients with osteoarthritis. Rofecoxib/Ibuprofen Comparator Study Group. Arch Intern Med 2000:160:1781-7.

[15] VIOXX package insert, April, 2002.

[16] Hunt RH et al. A randomized trial measuring fecal blood loss after treatment with rofecoxib, ibuprofen, or placebo in healthy subjects. Am J Med 2000;109:201-6.

[17] Garcia Rodriguez LA and Barreales Tolosa L. Risk of upper gastrointestinal complications among users of traditional NSAIDs and COXIBs in the general population. Gastroenterology 2007;132:498-506.

[18] Hawkey C et al. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis. Arthritis Rheum 2000;43:370-77.

[19] Bombardier C et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8.

[20] Lanas A et al. Peptic ulcer and bleeding events associated with rofecoxib in a 3-year colorectal adenoma chemoprevention trial. Gastroenterology 2007;132:490-7.

[21] Watson DJ et al. The upper gastrointestinal safety of rofecoxib vs. NSAIDs: an updated combined analysis. Curr Med Res Opin 2004;20:1539-48.

[22] Lisse JR et al. Gastrointestinal tolerability and effectiveness of rofecoxib versus narproxen in the treatment of osteoarthritis. Ann Intern Med 2003;139:539-46.

[23] Rostom A et al. Gastrointestinal Safety of Cyclooxygenase-2 Inhibitors: A Cochrane Collaboration Systematic Review. Clin Gastroenterol Hepatol 2007;5:818-828.

[24] Laine L et al. Serious lower gastrointestinal events with nonselective NSAID or coxib use. Gastroenterology 2003;124:288-92

[25] Laine L et al. Systematic review: the lower gastrointestinal adverse effects of non-steroidal anti-inflammatory drugs. Aliment Pharmacol Ther 2006;24:751-67.

[26] Helin-Salmivaara A et al. Risk of upper gastrointestinal events with the use of various NSAIDs: A case-control study in a general population. Scand J Gastroenterol 2007;42:923-32.

[27] Patterson MK et al. Hospitalization for peptic ulcer and bleeding in users of selective COX-2 inhibitors and nonselective NSAIDs with special reference to celecoxib. Pharmacoepidemiol Drug Safety. 2008;17:982-8.

[28] Moride Y et al. Prescription channeling of COX-2 inhibitors and traditional nonselective nonsteroidal anti-inflammatory drugs: a population-based case-control study. Arthritis Res Ther 2005;7:R333-R342.

[29] Depont F et al. Channelling of COX-2 inhibitors to patients at higher gastrointestinal risk but not at lower cardiovascular risk: the Cox2 inhibitors and tNSAIDs description of users (CADEUS) study. Pharmacoepidemiol Drug Safety 2007;16:891-900.

[30] Arellano FM et al. Use of cyclo-oxygenase inhibitors (COX-2) and prescription non-steroidal anti-inflammatory drugs (NSAIDS) in UK and USA populations. Implications for COX-2 cardiovascular profile. Pharmacoepidemiol Drug Safety 2006;15:861-872.

[31] Baron JA et al. A randomized trial of rofecoxib for the chemoprevention of colon adenomas. Gastroenterol 2006;131:1674-82.

[32] Harris RE. Cyclooxygenase-2 (COX-2) blockade in the chemoprevention of cancers of the colon, breast, prostate and lung. Inflammopharmacol 2009;17:55-67.

[33] Wilcox CM et al. Consensus development conference on the use of Nonsteroidal anti-inflammatory agents, oncluding cyclooxygenase-2 enzyme inhibitors and aspirin. Clin Gastroenterol Hepatol 2006;4:1082-1089.