# EXHIBIT 8

370

ARTHRITIS & RHEUMATISM
Vol. 43, No. 2, February 2000, pp 370-377
© 2000, American College of Rheumatology

# COMPARISON OF THE EFFECT OF ROFECOXIB (A CYCLOOXYGENASE 2 INHIBITOR), IBUPROFEN, AND PLACEBO ON THE GASTRODUODENAL MUCOSA OF PATIENTS WITH OSTEOARTHRITIS

## A Randomized, Double-Blind, Placebo-Controlled Trial

CHRISTOPHER HAWKEY, LOREN LAINE, THOMAS SIMON, ANDRE BEAULIEU, JOSE MALDONADO-COCCO, EDUARDO ACEVEDO, ADITI SHAHANE, HUI QUAN, JAMES BOLOGNESE, and ERIC MORTENSEN, for the ROFECOXIB OSTEOARTHRITIS ENDOSCOPY MULTINATIONAL STUDY GROUP

*Objective.* This randomized, double-blind study tested the hypothesis that rofecoxib, a drug that specifically inhibits cyclooxygenase 2, would cause fewer gastroduodenal ulcers than ibuprofen (in a multicenter trial), and its side effects would be equivalent to those of placebo (in a prespecified analysis combining the results with another trial of identical design).

*Methods.* Seven hundred seventy-five patients with osteoarthritis were randomized to receive rofecoxib at a dosage of 25 mg or 50 mg once daily, ibuprofen 800 mg 3 times daily, or placebo. Gastroduodenal ulceration was assessed by endoscopy at 6, 12, and (for active treatment) 24 weeks. The primary and secondary end points were the incidence of gastroduodenal ulcers at 12 and 24 weeks, respectively.

*Results.* Ulcers were significantly less common ($P < 0.001$) following treatment with rofecoxib (25 mg or 50 mg) than with ibuprofen after 12 weeks (5.3% and 8.8% versus 29.2%, respectively) or 24 weeks (9.9% and 12.4% versus 46.8%, respectively). In the combined analysis, the 12-week ulcer incidence with 25 mg rofecoxib (4.7%) and with placebo (7.3%) satisfied prespecified criteria for equivalence.

*Conclusion.* At 2–4 times the therapeutically effective dose, rofecoxib caused fewer endoscopically detected ulcers than did ibuprofen. Rofecoxib at a dose of 25 mg (the highest dose recommended for osteoarthritis) satisfied prespecified criteria for equivalence to placebo.

Nonsteroidal antiinflammatory drug (NSAID)–induced gastrointestinal (GI) toxicity is considered to be among the most common drug-related, serious adverse experiences in industrialized nations, and causes significant morbidity, mortality, and socioeconomic burden (1–3). The annual incidence of clinically important GI complications may approach 2% in patients with rheumatoid arthritis or osteoarthritis (OA) (4–6). In endoscopy studies of patients taking NSAIDs regularly, a prevalence of gastroduodenal ulcers in the range of 15–30% has been reported (7). The detection of ulcers by endoscopic surveillance may help clinicians predict the frequency of drug-related perforations, ulcers, and GI bleeding (8), and the detection of endoscopic ulcers has served as a surrogate for the evaluation of the relative incidence of clinically significant GI events associated with drug treatment (9).

At therapeutic doses, all currently available NSAIDs inhibit both of the cyclooxygenase (COX) isoenzymes (COX-1 and COX-2) involved in prostaglandin

Christopher Hawkey, MD: University Hospital Queen's Medical Centre, Nottingham, UK; Loren Laine, MD: University of Southern California, Los Angeles; Thomas Simon, MD, Aditi Shahane, Hui Quan, James Bolognese, Eric Mortensen, MD: Merck Research Laboratories, West Point, Pennsylvania, and Merck & Company, Inc., Whitehouse Station, New Jersey; Andre Beaulieu, MD: Centre de Recherche Immunologie/Rhumatologie, Sainte-Foy, Quebec, Canada; Jose Maldonado-Cocco, MD: Instituto Municipal de Rehabilitacion Psicofisica, Buenos Aires, Argentina; Eduardo Acevedo, MD: Clinica San Felipe, Lima, Peru.

Address reprint requests to Eric Mortensen, MD, Merck Research Laboratories, Merck & Company, Inc., PO Box 4, BL 1-4, West Point, PA 19486.

Submitted for publication April 28, 1999; accepted in revised form October 5, 1999.


EXHIBIT NO. 27  Sales  Kelly A. Siska

synthesis (10). Tissue expression of the COX-1 isoform is constitutive, suggesting that this enzyme synthesizes prostanoids responsible for physiologic "housekeeping" functions including GI mucosal protection and vascular homeostasis (11). In contrast, COX-2 is induced at sites of inflammation and generates prostaglandins that are believed to mediate inflammation and pain (12). Therefore, the antiinflammatory effects of NSAIDs are believed to be mediated by inhibition of COX-2 (13,14), while the GI mucosal injury associated with these drugs is believed to occur primarily as a result of inhibition of COX-1 (10).

Evidence of physiologic distinctions between the 2 COX isoenzymes has prompted an assessment of whether drugs that specifically inhibit COX-2 activity at concentrations across the therapeutic dose range, without inhibition of COX-1, would demonstrate a reduced incidence of GI toxicity (15). In efficacy studies of rofecoxib, dosages of 12.5 mg to 25 mg once daily relieved the symptoms of OA and were comparable in efficacy to treatment with 800 mg ibuprofen 3 times daily (16–18). In a 6-month, double-blind, randomized, placebo-controlled trial in the US, the incidence of gastroduodenal ulcers detected endoscopically in patients with OA was significantly reduced in patients taking rofecoxib at 25 or 50 mg daily compared with ibuprofen at 800 mg 3 times daily (19).

In the present report, the results of a multinational trial with a design identical to that of the US trial, together with the results of a prespecified analysis of the data of both trials pooled (to give sufficient power), are presented to test the hypothesis that treatment with 25 mg of rofecoxib would produce a rate of gastroduodenal ulceration that was equivalent to the rate with placebo. (See Appendix A for a complete list of investigators.)

## PATIENTS AND METHODS

**Study populations.** Patients with OA who were $\geq 50$ years old and required treatment for at least 6 months were considered eligible for study in both the multinational and the US trial. Patients were excluded if they had endoscopic evidence of erosive esophagitis, esophageal, gastric, or duodenal ulceration, or pyloric obstruction at baseline. Patients who had a history of ulcer, perforation, or GI hemorrhage were eligible to enter, as were patients with evidence at baseline endoscopy of active *Helicobacter pylori* infection or gastroduodenal erosions.

Patients were excluded if they had previously undergone upper GI surgery or if their medical record revealed inflammatory bowel disease, serum creatinine levels >2.0 mg/dl, an estimated creatinine clearance of $\leq 30$ ml/minute, fecal occult blood, unstable medical disease, a history of malignancy in the prior 5 years, pregnancy at the time of screening, cerebrovascular events in the prior 2 years, a bleeding diathesis, or a requirement for anticoagulant therapy, corticosteroids, ticlopidine, or aspirin. The protocol was approved by the institutional review board or ethical review committee for each center. All patients gave their written informed consent prior to entry into either study.

**Study design and treatment.** Two weeks after discontinuing treatment with NSAIDs, antisecretory medications, cytoprotective drugs, and antibiotics, patients underwent baseline endoscopy. Biopsy samples were obtained from the antrum (1 sample) and body (2 samples) for histologic evaluation for *H pylori* using the Genta stain. An additional antral sample was obtained for the rapid urease test. Patients were regarded as being infected with *H pylori* if any of the test results were positive.

Patients were randomly assigned to receive 16–24 weeks of either rofecoxib (MK-0966, Vioxx; Merck, West Point, PA) at 25 mg once daily, rofecoxib at 50 mg once daily, ibuprofen at 800 mg 3 times daily, or placebo. Blinding was maintained by use of a matching placebo for each study medication. Randomization was stratified by the presence or absence of a history of GI events (gastroduodenal ulcer, upper GI bleeding, or perforation). In order to allow for an anticipated lack of efficacy in the placebo group, 95% of patients taking placebo and 5% of patients in the other groups were randomly selected and discontinued from the trial in a blinded manner at week 16.

Patients were permitted to take supplied acetaminophen (up to 2,600 mg daily), non-NSAID pain medications, and supplied antacid (Gelusil or its local equivalent) as needed. They were not permitted to take non-study NSAIDs, aspirin, corticosteroids, anticoagulants, ticlopidine, $H_2$-receptor antagonists, sucralfate, prostaglandin analogs, proton-pump inhibitors, or unapproved antacids.

Throughout the study, patients were systematically monitored for the development of clinical and laboratory adverse experiences. Blood and urine specimens were collected at specified visits during the study, submitted to a central laboratory (Medical Research Laboratories, Highland Heights, KY) for analysis, and evaluated by study investigators for clinically significant abnormalities in the complete blood cell count, serum chemistry profile, or urinalysis findings.

**Study procedures.** Endoscopy was performed at baseline, at weeks 6, 12, and 24, and at times of unscheduled discontinuation. Endoscopy was also permitted, at the investigator's discretion, to evaluate moderate or severe upper GI symptoms lasting $\geq 2$ days. An ulcer was defined as a mucosal break $\geq 3$ mm with unequivocal depth. Ulcers were measured by close apposition of an endoscopic forceps with defined landmarks for dimensions. Patients who developed ulcers $\geq 3$ mm were discontinued from the trial. An erosion was defined as a mucosal break of any size with no depth. At each endoscopy, gastroduodenal erosions were counted. A global assessment of disease was completed by each patient at each visit using a Likert scale from 0 (very well) to 4 (very poor) to measure OA symptoms. Compliance with study medication and use of supplied acetaminophen and Gelusil were assessed at each visit.

**Statistical analysis.** The primary end point was the incidence of gastroduodenal ulcers $\geq 3$ mm. The secondary end point was the incidence of gastroduodenal ulcers $\geq 5$ mm. The log-rank test was used for between-treatment comparisons of





**Figure 1.** Multinational clinical trial profile. AE = adverse experience; LOE = lack of efficacy; Other = lost to followup, patient moved, patient withdrew consent, or protocol deviation.

incidence curves up to week 12 (primary) and week 24 (secondary). Increasing differences between 2 incidence curves over time (indicated by the plotting of survival curves) reflect the difference in the cumulative incidence rates at the last time point. No comparisons were prespecified or performed at week 6. Continuous variables (e.g., number of gastroduodenal erosions) were analyzed using an analysis of variance (ANOVA) model that incorporated factors for treatment, GI history, study center, and covariate value of end point at baseline.

The study was designed to provide 95% power to detect a difference in the 12-week cumulative ulcer incidence between the rofecoxib or placebo groups and the ibuprofen group, assuming an incidence of 2.5% for the placebo and rofecoxib groups and 15% for the ibuprofen group. Because it was possible that the ulcer incidence with rofecoxib could be greater or less than that with ibuprofen, 2-sided testing was used. All differences between groups were considered significant when $P$ values were less than 0.05. The expected ulcer incidence was derived from previous studies that demonstrated gastroduodenal ulceration in as few as 15% of patients treated with 800 mg ibuprofen 3 times daily over 3 months (20), and that showed that misoprostol could reduce the cumulative crude incidence of gastroduodenal ulcers associated with NSAIDs to 2.5% over 3 months (21).

Data on adverse experiences were analyzed by applying the log-rank test to time-to-first-event data, to take into account the early discontinuation of patients who developed ulcers. Adverse experiences are presented as cumulative incidences up to week 18, the final visit for patients receiving placebo.

The following protocol violations were defined and identified before unblinding: <70% compliance with study drug (or no study drug in the 7 days immediately prior to endoscopy) and/or use of non-study NSAIDs or GI medications (except antacids) for >2 days in the 7 days immediately preceding an endoscopy or on ≥15% of days since the prior endoscopy.

Although this study incorporated no hypotheses related to an assessment of OA efficacy, Likert scale scores were

**Table 1.** Baseline characteristics of the study patients*

| Characteristic | Placebo | Rofecoxib | | Ibuprofen |
| | | 25 mg | 50 mg | |
|---|---|---|---|---|
| Number of patients | 194 | 195 | 193 | 193 |
| Female:male, % | 75:25 | 77:23 | 72:28 | 74:26 |
| Mean age (range), years | 62 (50–84) | 62 (50–85) | 61 (50–81) | 61 (49–89) |
| Age ≥65 years, % | 34.0 | 35.4 | 36.8 | 29.0 |
| Race, % | | | | |
| White | 69 | 69 | 67 | 69 |
| Black | 2 | 1 | 2 | 2 |
| Hispanic | 28 | 27 | 29 | 28 |
| Other | 1 | 3 | 2 | 1 |
| History of GI events, % | 9 | 12 | 10 | 13 |
| *H pylori* positive, % | 58 | 57 | 60 | 54 |
| Patient's global assessment of disease (scale 0–4), mean score | 2 | 2 | 2 | 2 |
| Presence of baseline gastroduodenal erosion(s), % | 12 | 18 | 9 | 20 |
| Tobacco use, % | 44 | 44 | 39 | 42 |
| Alcohol use by drinks/week, % | | | | |
| 0 | 59 | 66 | 63 | 61 |
| 1–4 | 28 | 24 | 23 | 25 |
| >4 | 13 | 10 | 14 | 14 |

* GI = gastrointestinal; *H pylori* = *Helicobacter pylori*.

Table 2. Cumulative incidence of ulcers detected on endoscopy, frequency of common adverse experiences, and disease status in the single multinational study*

|  | Placebo | Rofecoxib 25 mg | Rofecoxib 50 mg | Ibuprofen 800 mg 3 times daily |
|---|---|---|---|---|
| Ulcers ≥3 mm |  |  |  |  |
| 12 weeks | 5.1 (0.8, 9.5) | 5.3 (1.9, 8.7) | 8.8 (4.6, 13.1) | 29.2 (22.2, 36.2)† |
| 24 weeks | NA | 9.9 (4.3, 15.4) | 12.4 (6.6, 18.3) | 46.8 (37.0, 56.6)† |
| Ulcers ≥5 mm |  |  |  |  |
| 12 weeks | 5.1 (0.8, 9.5) | 3.5 (0.7, 6.2) | 7.7 (3.7, 11.8) | 21.7 (15.2, 28.3)† |
| 24 weeks | NA | 6.8 (2.1, 11.5) | 9.2 (4.3, 14.1) | 37.8 (27.7, 47.9)† |
| Gastric ulcers ≥3 mm |  |  |  |  |
| 12 weeks | 5.1 | 4.2 | 5.5 | 27.2 |
| 24 weeks | NA | 6.9 | 9.2 | 45.3 |
| Duodenal ulcers ≥3 mm |  |  |  |  |
| 12 weeks | 0 | 1.7 | 4.2 | 5.1 |
| 24 weeks | NA | 3.8 | 4.2 | 5.1 |
| Erosions, mean change‡ |  |  |  |  |
| 12 weeks | −0.12 (−0.65, 0.42) | 0.17 (−0.35, 0.68) | 0.41 (−0.12, 0.94) | 3.15 (2.63, 3.66)† |
| 24 weeks | NA | 0.13 (−0.49, 0.74) | 0.76 (0.13, 1.39) | 3.13 (2.51, 3.74)† |
| Clinical adverse experiences (to week 18) | 77.7 | 80.1 | 82.9 | 80.0 |
| Epigastric discomfort | 11.6 | 14.4 | 13.7 | 24.7 |
| Heartburn | 8.7 | 10.2 | 8.8 | 12.7 |
| Diarrhea | 7.2 | 13.6 | 10.8 | 12.6 |
| Discontinuation (to week 18) due to |  |  |  |  |
| Clinical adverse experiences | 3.6 | 4.1 | 9.3 | 9.3 |
| Laboratory adverse experiences | 0 | 0.5 | 1.1 | 0 |
| Global disease status, mean change | −0.24 | −0.72 | −0.64 | −0.57 |

* Except where otherwise indicated, values are the percentage of patients. Cumulative incidence (based on the intention-to-treat life-table analysis) of endoscopic ulcer and the mean change in erosions are shown with 95% confidence intervals in parentheses. No hypotheses were prespecified regarding the incidence of gastric and duodenal ulcers separately in the protocol. NA = not applicable.
† P < 0.001 versus either dose of rofecoxib or placebo.
‡ Least squares mean change from baseline.

analyzed and the least-squares mean change from baseline, derived from ANOVA as described above, was assessed to provide an indication of between-group differences in disease activity with treatment.

**Comparison with placebo in a combined analysis of studies.** Data from the current study were pooled with those from an identically designed clinical trial conducted exclusively in the US (19). Comparability criteria were established prospectively to compare the ulcer incidences associated with 25 mg rofecoxib and placebo based on a combined analysis of the previously published study and the present trial. These were based on an estimated ulcer incidence with placebo or 25 mg rofecoxib of 2.5%, and 15% for the ibuprofen group. The criteria were that the 2 treatments would be considered equivalent if the 1-sided 95% confidence upper limit (the upper boundary of the 2-sided 90% confidence interval [90% CI]) of the difference in rates was <4%. Based on the planned sample sizes, it was estimated that if the observed 12-week ulcer incidence rate for placebo was 2.5%, comparability between placebo and 25 mg rofecoxib would be achieved with an observed difference between treatment group rates of <1.64%. Because a protective effect of rofecoxib was not hypothesized, a 1-sided 95% confidence upper limit was used for analysis (i.e., no lower limit was used). However, both upper and lower (1-sided 95% or 2-sided 90%) confidence limits for the between-group difference in ulcer incidence are presented in the results for completeness.

To take into account possible differences between the 2 individual trials in this combined analysis, the results of the combined analysis were adjusted for study effect. The combined gastroduodenal ulcer incidence rates were calculated as an average of the individual study rates, weighted for sample size. The combined between-treatment differences and rate ratios were calculated similarly, but the reciprocals of their variances in each study were used as the weights (22). Combined rate differences are therefore not exactly equal to differences in the combined rates; similar considerations apply to rate ratios. To determine whether the risk of developing an ulcer increased over time with rofecoxib, a life-table analysis of combined ulcer rates was performed within the treatment groups, comparing the first with the second 3 months of treatment.

## RESULTS

**Patient characteristics.** Between March 1997 and August 1997, 1,045 patients at 36 research centers (5 US and 31 international sites) were screened, and 775 were enrolled (Figure 1). Treatment groups were similar at baseline with respect to age, sex, race, history of GI events, *H pylori* status, alcohol or tobacco use, severity of OA, and presence of gastroduodenal erosions (Table 1).



Figure 2. Intention-to-treat life-table analysis of the cumulative incidence of gastroduodenal ulcers ≥3 mm in the placebo (n = 340), rofecoxib (n = 373 and n = 360 for 25 mg and 50 mg, respectively), and ibuprofen (n = 354) groups (combined US and multinational studies). Combined ulcer incidence rates for a treatment group were calculated as a weighted combination of the rates of the treatment from the individual studies using the sample sizes of the treatment groups from the individual studies. Due to the discontinuation of the placebo treatment group at week 16, only assessments of ulcer incidence for 25 mg rofecoxib, 50 mg rofecoxib, and ibuprofen were performed beyond this time.

Prior NSAID use within 30 days of the start of the study was reported by 49.4% of patients. Compliance with the study medication was >95% in all groups. Although this study was not designed to measure the efficacy of treatment in OA, all of the active treatment groups showed significant improvements in disease activity compared with the placebo group ($P < 0.001$), as assessed by patient global evaluation (Table 2).

**Incidence of ulcers and erosions.** As shown in Table 2, significantly fewer patients developed gastroduodenal ulcers in the group receiving either dose of rofecoxib than in the group receiving 800 mg ibuprofen 3 times daily. These differences were substantial and significant for both the primary comparison (all ulcers ≥3 mm at 12 weeks) and all secondary comparisons (including all ulcers ≥3 mm at 24 weeks and all ulcers ≥5 mm at 12 and 24 weeks) ($P < 0.001$ for all comparisons) (Table 2). Consistent results were also obtained from a comparison of the incidence of gastric ulcers ≥3 mm at 12 and 24 weeks. In addition to ulcers, there were also significantly more erosions with 800 mg ibuprofen 3 times daily than with either dose of rofecoxib ($P < 0.001$) (Table 2). One patient receiving placebo developed upper GI bleeding from a gastric ulcer and 1 patient receiving ibuprofen developed bleeding from gastroduodenal erosions.

**Adverse events.** There were no significant differences in the overall rates of, or in the rates of discontinuation for, clinical or laboratory adverse events (Table 2). Clinical adverse events in the digestive tract were most common, with epigastric discomfort, heartburn, and diarrhea representing the most commonly reported adverse events. A comparison of the incidence of serious clinical adverse experiences demonstrated no statistically significant differences between treatment groups; there were no serious adverse experiences according to laboratory measures.

**Analysis of combined study data.** The results of this multinational trial were combined with those of a trial of identical design conducted within the US (19). Between December 1996 and August 1997, that study enrolled 742 patients at 34 US sites. Patients were randomized to receive placebo, 25 mg rofecoxib, 50 mg rofecoxib, or 800 mg ibuprofen 3 times daily (177, 195, 186, and 183 patients, respectively). An assessment of the demographics for the US study revealed baseline characteristics similar to those obtained in the multinational trial, with statistical balance across the treatment groups: age (mean 62 years, 35.6% ≥65 years), sex (67.3% female), tobacco use (57%), severity of OA disease activity (mean patient global assessment of disease score of 2), and the presence of gastroduodenal



Figure 3. Differences between active treatment and placebo in the intention-to-treat life-table analysis of cumulative incidence rates for gastroduodenal ulcers ≥3 mm (combined US and multinational studies). Between-treatment differences are shown with the 90% confidence interval (90% CI). The clinical similarity boundaries for the difference in rates (4.0%) are indicated (- - - -).

erosions (13.0%). Compared with the US study, the population in the multinational study contained more patients with evidence of *H pylori* infection (26.7% versus 54.7%, respectively) and slightly fewer patients with a history of GI events (19.4% versus 11.1%, respectively).

A total of 1,516 patients participated in the 2 studies. Eighty-nine patients did not undergo treatment-phase endoscopy, leaving 1,427 patients in the combined intention-to-treat analysis of endoscopy data. There were 38 patients with protocol violations that occurred before the first valid treatment-phase evaluation, leaving 1,389 that were included in the per protocol analysis. A further 69 patients committed later protocol violations: per protocol data for these patients were censored from the time of violation.

As shown in Figure 2, the 12-week cumulative rates of gastroduodenal ulcer with both doses of rofecoxib were similar to those seen with placebo. The incidence of ulcers $\geq 3$ mm with 25 mg rofecoxib was 4.69% compared with the incidence of 7.34% seen in patients taking placebo, with a difference between them of $-2.3\%$ (90% CI $-5.8\%$, 1.2%) (Figure 3). This clearly satisfies the predefined criteria for determining that the level of gastroduodenal ulceration seen with 25 mg rofecoxib was equivalent to that seen with placebo. The ratio of rates of gastroduodenal ulcers ($\geq 3$ mm) with 25 mg rofecoxib versus placebo was 0.62 (90% CI 0.34, 1.11). When only ulcers $\geq 5$ mm were considered, the difference in ulcer rates of $-3.8\%$ (90% CI $-7.0\%$, $-0.6\%$) between 25 mg rofecoxib and placebo also met the prespecified criteria for equivalence.

No equivalence criteria were prespecified for the incidence of ulcers with 50 mg rofecoxib relative to placebo. The 12-week cumulative incidence of gastroduodenal ulcers $\geq 3$ mm in patients taking 50 mg rofecoxib was 8.07%, with a difference of +1.0% (90% CI $-2.9\%$, 4.9%) compared with placebo. For ulcers $\geq 5$ mm, the difference from placebo was 0.2% (90% CI $-3.5\%$, 3.8%). Informal evaluation of the results shows that 50 mg rofecoxib would have satisfied the criteria for equivalence with placebo for ulcers $\geq 5$ mm, but that the upper boundary of the difference was slightly higher than 4 percentage points (4.9%) when all ulcers $\geq 3$ mm were included. Despite this, the ratio of rates of gastroduodenal ulcers ($\geq 3$ mm) with 50 mg rofecoxib versus placebo, 1.04 (90% CI 0.6, 1.7), was very close to 1.0. There were no significant differences in the incidence of ulcers or erosions between rofecoxib at either dose and placebo.

The gastroduodenal ulcer incidence with ibuprofen was significantly higher than with either dose of rofecoxib or with placebo when all ulcers $\geq 3$ mm were considered or when only those $\geq 5$ mm were considered at the 12-week time point. In addition, the gastroduodenal ulcer incidence with ibuprofen was significantly higher than with rofecoxib at the 24-week time point ($P < 0.001$ for all comparisons) (Figure 2).

**Ulcer incidence during the first and second three months of treatments.** There was concern regarding whether the incidence of ulcers displayed any increase during the last 3 months compared with the first 3 months of endoscopy observations. The incidence of ulcers ($\geq 3$ mm) during the second 3 months of treatment with 25 mg rofecoxib was 5.0%, with a difference of 0.3% (90% CI $-3.1\%$, 3.8%) from that seen in the first 3 months of treatment. Likewise, the difference in the rate of ulceration with 50 mg rofecoxib in the second compared with the first 3 months was $-2.9\%$ (90% CI $-6.7\%$, 0.9%). With ibuprofen, there were fewer ulcers in the second compared with the first 3 months (difference $-10.6\%$, 90% CI $-18.0\%$, $-3.2\%$).

## DISCUSSION

The results of the clinical trial presented herein have confirmed the hypothesis that treatment with rofecoxib (25 mg or 50 mg once daily), which specifically inhibits COX-2, was associated with a lower incidence of gastroduodenal ulcers than was ibuprofen in a long-term endoscopy study in OA patients. Compared with ibuprofen, the incidence of ulceration with rofecoxib (25 mg or 50 mg) after both 12 and 24 weeks of treatment was significantly decreased, regardless of whether ulcers $\geq 3$ mm or $\geq 5$ mm were the end point for mucosal injury. Although no hypotheses were specified to assess differences in drug-associated rates of ulceration between the gastric and duodenal mucosa, a post hoc assessment revealed that the increased incidence of mucosal ulceration observed with ibuprofen treatment was much more pronounced for gastric than for duodenal ulcers.

In addition to demonstrating a significant difference between the effects of rofecoxib and ibuprofen in this multinational trial, statistical power was increased when data were combined with the results of the US trial in the prespecified analysis. The incidence of ulcers during treatment with 25 mg rofecoxib daily was indistinguishable from that seen in patients receiving placebo, according to stringent predetermined criteria. Although no patients received placebo during the second 3 months of the study, and only 1 endoscopy was conducted during this period, there was no suggestion of

any acceleration in the rate of ulceration with 25 mg rofecoxib, strongly implying that its equivalence to placebo persisted for at least 6 months. Patients in whom ulcers were identified during the first 3 months of treatment were discontinued from the second 3 months of treatment and final endoscopic examination. It is therefore possible that the decreased incidence of ulcers observed in the ibuprofen treatment group during the second 3 months of treatment compared with the first 3 months was, in part, due to the selective discontinuation from the study of patients with an increased susceptibility to mucosal injury in response to treatment with a nonselective inhibitor of COX. Based on the cumulative incidence of gastroduodenal ulcers at 24 weeks with ibuprofen and 25 mg rofecoxib, the number of patients needed to be treated to prevent 1 NSAID-induced ulcer by switching from ibuprofen to 25 mg rofecoxib is 3.

These findings are consistent with the results of previous studies that have assessed the effects of rofecoxib on the GI tract. An in vitro study of rofecoxib showed no significant effect on prostaglandin synthesis in human gastric biopsy samples (23). In a 1-week double-blind endoscopic study, 250 mg rofecoxib once daily (20 times the starting dose studied in the treatment of OA) produced markedly less gastroduodenal injury than did 800 mg ibuprofen 3 times daily or 650 mg aspirin 4 times daily, and the effects were similar to those of placebo (24). Two double-blind studies that assessed GI injury by measuring fecal red blood cell loss and intestinal permeability (25,26) demonstrated that rofecoxib at 25 and 50 mg once daily caused significantly less GI injury than did NSAID comparators and were statistically equivalent to placebo.

Ibuprofen was chosen as the NSAID comparator in the present studies because it is commonly used for the treatment of OA and is reported to be one of the safest NSAIDs, according to a large meta-analysis (27). Although an assessment of efficacy in the treatment of OA was not an objective of our study, our results are consistent with those of other studies, which have shown that 12.5 mg and 25 mg rofecoxib were equivalent in efficacy to 800 mg ibuprofen 3 times daily according to strict predetermined and clinically meaningful criteria (17,18). The doses of rofecoxib chosen for the present study are therefore 2–4 times the doses needed to relieve the symptoms of OA as effectively as 800 mg ibuprofen 3 times daily (16,17). The 50-mg dose of rofecoxib was included to assess the potential for GI injury at doses higher than those demonstrated to reduce the symptoms of OA.

Although no study hypotheses were prespecified to compare the incidence of gastroduodenal ulcers (≥3 mm) with 50 mg rofecoxib versus placebo, a post hoc analysis was performed on the combined results of the 2 studies. Compared with treatment over 12 weeks with placebo, the cumulative incidence of gastroduodenal ulcers (≥3 mm) did not differ significantly in the 50 mg rofecoxib treatment group. The 50 mg rofecoxib group did not meet the predefined criteria for equivalence for gastroduodenal ulcers (≥3 mm) because the greater-than-anticipated ulcer incidence during treatment with placebo resulted in greater statistical variance within the placebo and active treatment groups than was assumed in the power calculations. Nevertheless, an assessment of the ratio of rates between the 50 mg rofecoxib and placebo treatment groups suggests that 50 mg rofecoxib was not clinically different from placebo with respect to ulcer formation.

In summary, we have compared rofecoxib at 25 mg or 50 mg daily with 800 mg ibuprofen 3 times daily. Although these dosages of rofecoxib were higher than those needed to achieve efficacy that is equivalent to 800 mg ibuprofen 3 times daily, they nevertheless caused much less gastroduodenal ulceration than this dosage of ibuprofen. Indeed, 25 mg rofecoxib daily, the highest dosage recommended for OA, was associated with a rate of ulceration that was indistinguishable from that seen with placebo, both in the prespecified analysis of the data of this multinational trial and in the previous trial conducted in the US.

### ACKNOWLEDGMENTS

We thank Dr. John P. Cello, Professor of Medicine (University of California, San Francisco) for review of the manuscript, Eleanor Schaefer and Francine Wilson for help with preparation of the manuscript, and Kathy Guckert, Monica Hoover, Angie Cagliola, Vanessa Grey, Louise Beebe, Michelle Childers, Rachel Halgas, Sophia Ortiz, Clare Wexler, and Francis D'Anzi for help in study implementation as well as database construction and review. Endoscopy forceps used in this study (coated oval cup with needle) were provided by special arrangement with C. R. Bard, Inc.

### REFERENCES

1. Fries JF. NSAID gastropathy: the second most deadly rheumatic disease? Epidemiology and risk appraisal. J Rheumatol 1991;18 Suppl 28:6–10.
2. Fries JF, Miller SR, Spitz PW, Williams CA, Hubert HB, Bloch DA. Toward an epidemiology of gastropathy associated with nonsteroidal antiinflammatory drug use. Gastroenterology 1989; 96:647–55.
3. Roth SH. Nonsteroidal anti-inflammatory drug gastropathy: we started it—can we stop it? Arch Intern Med 1986;146:1075–6.
4. Paulus HE. FDA Arthritis Advisory Committee meeting: postmar-

keting surveillance of nonsteroidal antiinflammatory drugs. Arthritis Rheum 1985;28:1168–9.
5. Silverstein FE, Graham DY, Senior JR, Davies HW, Struthers BJ, Bittman RM, et al. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. Ann Intern Med 1995;123:241–9.
6. Singh G, Ramey DR. NSAID induced gastrointestinal complications: the ARAMIS perspective—1997. J Rheumatol 1998;25 Suppl 51:8–16.
7. Laine L. Nonsteroidal anti-inflammatory drug gastropathy. Gastrointest Endosc Clin N Am 1996;6:489–504.
8. Silverstein FE. Improving the gastrointestinal safety of NSAIDs: the development of misoprostol—from hypothesis to clinical practice. Dig Dis Sci 1998;43:447–58.
9. Geis GS, Stead H, Wallemark C-B, Nicholson PA. Prevalence of mucosal lesions in the stomach and duodenum due to chronic use of NSAID in patients with rheumatoid arthritis or osteoarthritis, and interim report on prevention by misoprostol of diclofenac associated lesions. J Rheumatol 1991;18 Suppl 28:11–4.
10. Cryer B. Nonsteroidal anti-inflammatory drugs and gastrointestinal disease. In: Feldman M, Scharschmidt BF, Sleisenger MH, editors. Sleisenger and Fordtran's gastrointestinal and liver disease. 6th ed. Philadelphia: Saunders; 1998. p. 343–57.
11. Meade EA, Smith WL, De Witt DL. Differential inhibition of prostaglandin endoperoxide synthase (cyclooxygenase) isozymes by aspirin and other non-steroidal anti-inflammatory drugs. J Biol Chem 1993;268:6610–4.
12. Fosslien E. Adverse effects of nonsteroidal anti-inflammatory drugs on the gastrointestinal system. Ann Clin Lab Sci 1998;28:67–81.
13. Mitchell JA, Akarasereenont P, Thiemermann C, Flower RJ, Vane JR. Selectivity of nonsteroidal antiinflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. Proc Natl Acad Sci U S A 1994;90:11693–7.
14. Brideau C, Kargman S, Liu S, Dallob AL, Ehrich EW, Rodger IW, et al. A human whole blood assay for clinical evaluation of biochemical efficacy of cyclooxygenase inhibitors. Inflamm Res 1996;45:68–74.
15. Brooks P, Emery P, Evans J, Fenner H, Hawkey CJ, Patrono C, et al. Interpreting the clinical significance of the differential inhibition of cyclooxygenase-1 and cyclooxygenase-2. Br J Rheumatol 1999;38:779–88.
16. Ehrich E, Schnitzer T, Kivitz A, Weaver A, Wolfe F, Morrison B, et al, for the MK-966 Osteoarthritis Phase II Study Group. MK-966, a highly selective COX-2 inhibitor, was effective in the treatment of osteoarthritis of the knee and hip in a 6-week placebo controlled study [abstract]. Arthritis Rheum 1997;40 Suppl 9:S85.
17. Saag K, Fisher C, McKay J, Ehrich E, Zhao P-L, Bolognese J, et al, for the MK-966 Phase III Protocol 033 Study Group. MK-0966, a specific COX-2 inhibitor, has clinical efficacy comparable to ibuprofen in the treatment of knee and hip osteoarthritis in a 6-week controlled clinical trial [abstract]. Arthritis Rheum 1998;41 Suppl 9:S196.
18. Day R, Morrison B, Luza A, Casteneda O, Strusberg A, Nahir M, et al, for the Rofecoxib/Ibuprofen Comparator Study Group. A randomized trial of the efficacy and safety of the COX-2 specific inhibitor, rofecoxib, and ibuprofen in patients with osteoarthritis. Submitted for publication.
19. Laine L, Simon TJ, Quan H, Bolognese JA, Hoover ME, Wilson FR, et al. Specific inhibition of cyclooxygenase-2 with MK-0966 is associated with less gastroduodenal damage than ibuprofen. Gastroenterology 1999;117:776–83.
20. Roth SH, Tindall EA, Jain AK, McMahon FA, April PA, Bockow PI, et al. A controlled study comparing the effects of nabumetone, ibuprofen, and ibuprofen plus misoprostol on the upper gastrointestinal tract mucosa. Arch Intern Med 1993;153:2565–71.
21. Graham DY, White RH, Moreland LW, Schubert TT, Katz R, Jaszewski R, et al. Duodenal and gastric ulcer prevention with misoprostol in arthritis patients taking NSAIDs. Ann Intern Med 1993;119:257–62.
22. Normand S-LT. Meta-analysis: formulating, evaluating, combining, and reporting. Stat Med 1999;18:321–59.
23. Cryer B, Gottesdiener K, Gertz B, Hsieh P, Dallob A, Feldman M. Effects of a novel cyclooxygenase (COX)-2 inhibitor on gastric mucosal prostaglandin (PG) synthesis in healthy humans [abstract]. Am J Gastroenterol 1996;91:1907.
24. Rack MF, Simon T, Quan H, Bolognese J, Lanza F, Hoover M, et al. Selective inhibition of cyclooxygenase-2 (COX-2) with MK-0966 (250 mg Q.D.) is associated with less gastroduodenal damage than aspirin (ASA) 650 mg Q.I.D. or ibuprofen (IBU) 800 mg T.I.D. Aliment Pharmacol Ther 1999;13:761–67.
25. Hunt R, Bowen B, James C, Sridhar S, Simon T, Mortensen E, et al. COX-2 specific inhibition with MK-0966 25 or 50 mg Q.D. over 4 weeks does not increase fecal blood loss: a controlled study with placebo and ibuprofen 800 mg T.I.D. [abstract]. Am J Gastroenterol 1998;93:1671.
26. Bjarnason I, Sigthorsson G, Crane R, Simon T, Hoover M, Bolognese J, et al. COX-2 specific inhibition with MK-0966 25 or 50 mg Q.D. does not increase intestinal permeability: a controlled study with placebo (PBO) and indomethacin 50 mg T.I.D. (INDO) [abstract]. Am J Gastroenterol 1998;93:1670.
27. Henry D, Lim LL-Y, Rodriguez LAG, Gutthann SP, Carson JL, Griffin M, et al. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. BMJ 1996;312:1563–6.

## APPENDIX A: ROFECOXIB OSTEOARTHRITIS ENDOSCOPY MULTINATIONAL STUDY GROUP

In addition to the authors, the following primary investigators participated in the Rofecoxib Osteoarthritis Endoscopy Group 045 Study: F. Ballesteros (Consultorio No. 1 Hospital, Clinico San Borja Arriarán); H. Bouzo (Arztehaus Leonrodstrasse); R. Burgos (Hospital General de México); A. Calvo (Hospital Nacional Cayetano Heredia); J. Canas da Silva (Serviço de Reumatologia Hospital Garcia de Orta); S. Rogers, J. Cello (University of California, San Francisco); A. Fraga (Centro Médico Nacional Siglo); R. Fueller (Hospital das Clinicas, Medical School of Sao Paulo University); P. Geusens (Universitaire Campus Limburg); M. Goldberg (Saguaro Research); N. Graham (Tauranga Hospital); K. Haukipuro (Deaconess Institute of Oulu); N. Hudson (City Hospital GI Unit); R. Inman (Toronto Western Hospital); J-P. Kaltwasser (Medizinische Klinik II/III Johann-Wolfgang-Goethe-Universitat); P. Koistinen (City Hospital of Oulu); A. Kontomerkos (General Peripheral Hospital of Athens); G. Koval (West Hills Gastroenterology); E. Meireles (Av. Dr. Eneas De Carvalho); H-A. Menard (Rhumatologie, Centre Universitaire Santé l'Estrie-Fleurimont); B. Mitchell (Launceston General Hospital); J. Murray (Hill Top Research, Inc.); P. Nash (Sixth Avenue Specialist Centre); W. Olszynski (Rheumatology Associates); P. Pardoll (The Center for Digestive Diseases); M. Prieto (Hospital Vargas de Caracas); H. Quevedo (Clinica Maison Sante del Sur); F. Rainer (Med. Universitäts Klinik Graz); R. Russell (Glasgow Royal Infirmary); R. Saenz (Instituto Costarricense de Investigationes Clinicas Frente a CENARE, La Uruca); P. Tenbrock (Tumba Open Care Unit); J. Valsson (Gigtarfélagi Islands). Histopathologic analysis of gastric biopsy samples for *H pylori* in the single multinational study was performed by Dr. Michael F. Dixon, Professor of GI Pathology (University of Leeds, Leeds General Infirmary, Leeds, UK).