# EXHIBIT 11

David Y. Graham, M.D. - rebuttal

This rebuttal responds to the gastrointestinal safety and toxicity issues address by defense consultants Silvers, Sales, Curtis, and Parnell.

1. Several of the defense consultants referred to the paper by Watson et al. (Watson DJ, Curr Med Res Opin 2004) which was a *post hoc* summary prepared by Merck which combined the data from a number of company sponsored trials. The primary comparison was stated to be between rofecoxib and all NSAIDs. This is particularly troublesome in that "all NSAIDs" included different drugs and doses. For example, the average dose of naproxen was 1000 mg, ibuprofen 2,400 mg, and diclofenac 150 mg which put those drugs into their highest risk groups. In contrast, the average dose of rofecoxib was only 28.5 mg. It should be noted that the majority of the patients with osteoarthritis had mild to moderate disease (ARA functional status I or II) such that such high doses were likely not needed (Saag K. Arch Fam Med 2000). It is also interesting to note that diclofenac, which is the least toxic of the NSAIDs in which a comparison is shown (eg, their Figure 3), was not significantly different from rofecoxib. Importantly, data for nabumetone, the least toxic of the NSAIDs tested, were not provided in the manuscript although 930 patients received the drug which is similar to the numbers receiving diclofenac and ibuprofen. Although the manuscript notes that the analyses were not done, a memo of 2/27/2003 regarding "the final update for the MK vs. NSAIDs comparison" does provide that data as shown on page 41 (MRK-ABY0084334) that there were no (zero) confirmed PUBs among the 930 subjects receiving nabumetone compared to 2 among the 1013 receiving rofecoxib. This nabumetone data would have been of interest to most clinicians because, as noted above, it was thought to be among the least toxic of the comparators. The reported data also showed that the highest risk of events was within the first few weeks of starting the traditional NSAIDs which is the period which is the most difficult to assess in terms of cause and effect because it is not possible to know if the event represents activation of a preexisting lesion (patients typically were recently receiving NSAIDs before starting study drug) or whether it was a new event possibly related to topically active gastrotoxic agents (ie, occurring before gastric adaptation had occurred). Another interesting point was that the authors choose to publish a Kaplan-Meier plot of confirmed PUBs that was interpreted as showing that the combined NSAIDs had a higher rate than rofecoxib (their Figure 1). Page 49 of the memo noted above (MRK-ABY0084342) shows the data regarding the more important outcome of confirmed complicated PUBs. That plot

David Y. Graham, M.D. - rebuttal

shows a steady increase in confirmed complicated PUBs with rofecoxib compared to a leveling off with the combined NSAIDs with the cumulative incidence of confirmed complicated PUBS being higher with rofecoxib than the cumulative NSAID result.

2.   There are at least 6 large observational studies that included rofecoxib and had an endpoint of gastrointestinal bleeding (Mamdani BMJ 2002; Hippisley-Cox BMJ 2005; Lanas Gut 2006; Laporte Drug Saf 2004; Castellsague Pharmacotherapy 2009; Garcia Rodriguez Gastroenterology 2007). While case-control studies are considered a lesser grade of evidence compared to randomized clinical trials in the hierarchy of evidence, they offer a number of advantages in that they examine real life scenarios in which the doses and frequencies of administration are those actually used in practice and they can examine events that occur during very large numbers of patient years of observation. Such studies also provide comparisons of drugs that have not been examined in direct comparative trials. All 6 studies showed an increased risk with rofecoxib compared to not using NSAIDs such that it is not possible to differentiate rofecoxib from traditional NSAIDs in terms of upper gastrointestinal bleeding. Where it could be examined, dose response relationships were shown to be present with the different NSAIDs including an odds ratio of 5.2 (95% confidence interval of 2.5-10.6) for rofecoxib (Castellsague. Pharmacotherapy 2009). A strong dose response effect was also seen with naproxen (Laporte Drug Saf 2004; Castellsague Pharmacotherapy 2009) leading the authors to suggest that because of the very strong response, high dose naproxen was likely an inappropriate NSAID comparator as it would likely give a false sense of safety for the drug being compared to naproxen.

3.   The defense consultants referenced above noted that they relied on their personal experiences from their practices regarding the effects of the rofecoxib on gastrointestinal ulcers and ulcer complications. Experience is known to be less reliable than carefully collected and analyzed data (Making a prognosis. In: Sackett DL 1991). Studies that answer questions about effectiveness have a well-established hierarchy of study designs based on the degree to which the design protects against bias. Meta-analyses of well-conducted RCTs and individual RCTs provide the most robust evidence followed by nonrandomized controlled trials, cohort studies, case–control studies, and other observational study designs. The hierarchy of strength of evidence for treatment decisions is N of 1 randomized controlled trials, systematic reviews of

David Y. Graham, M.D. - rebuttal

randomized trials, single randomized trials, systematic reviews of observational studies addressing patients important outcomes, single observational studies addressing patient important outcomes, physiologic studies (eg, studies of blood pressure, cardiac output, and so forth), and finally unsystematic clinical observations (Guyett AMA Press, 2002). Based on this hierarchy, the personal experiences cited by the defense consultants should not be considered to have any weight when the issues of safety and efficacy have been addressed by high quality randomized clinical trials.

4. The defense consultant Dr. Curtis stated on page 10 of his report that "The increase in serious complications of NSAID use seen in 2005 followed a decline in the use of COX -2 inhibitors without a commensurate increase in other GI protective therapies (G. Singh, EULAR SAT0262, 2007 abstract). My own experience is compatible with the observation of increased serious GI adverse events following the removal of Vioxx." The citation is a meeting abstract and not fully published data. In my opinion Dr. Curtis has drawn inappropriate conclusions from the Singh et al. abstract which provided some epidemiology data and attempted to draw together factors that are likely to be independent (not necessarily related). The Singh abstract actually covers two different eras: the earliest time period (late 1990's) represent the period in which *Helicobacter pylori* infections were actively being diagnosed and treated which would result in moving a sizable proportion of the patients out of the ulcer risk pool. The complication rates (per 100,000) from the last 6 years of the study period (2000-2005) were very similar (ie, 423, 390, 409, 380, 357, and 433; mean 402 ± 28) and likely represent the normal variation of the recent rate of serious ulcer complications among NSAID users. Of special note is that, contrary to the hypothesis that withdrawal of COX-2 inhibitors led to an increase in rate, the incidence in 2000 and in 2005 were essentially identical (ie, 423 vs. 433) despite any changes in availability of COX-2 inhibitors.

5. In summary, the available studies show that rofecoxib is gastrotoxic and significantly worse than placebo. Its use is also associated with clinically significant upper GI events (PUBs); the most important common PUB is upper gastrointestinal hemorrhage. Rofecoxib like other NSAIDs exhibits a dose response relationship with more events as the dose increases. Any potential less toxicity compared to traditional NSAIDs must be assessed in terms of individual NSAID and NSAID dose. The Merck analysis of the VIGOR study reported an overall reduction

in PUBs but it was not reported that this "positive" result was largely related to an effect in a prespecified subgroup of patients that were concomitant steroid users. Steroid was targeted for subgroup analysis in that use has long been known to be a significant factor that enhances the risk of NSAID use. The fact that the bulk of the beneficial effect of rofecoxib was confined to steroid users was information that should have, in my opinion, been prominently discussed in the report and the publication. A number of case controlled studies have confirmed that rofecoxib can not be reliably distinguished from traditional NSAIDs in relation to the risk of gastrointestinal bleeding. In my opinion, Merck overemphasized the results of studies using the surrogate endpoint of endoscopic ulcers, an unvalidated endpoint of unknown importance (Graham Clin Gastroenterol Hepatol 2009) with an emphasis on comparators consisting of unnecessarily high doses of known gastrotoxic drugs This, and the failure to publish full data such as results with the less gastrotoxic drugs such as nabumetone, an analysis with the important prespecified subgroup of steroid ulcers in the VIGOR study, and the confirmed complicated PUBs with rofecoxib compared to "all NSAIDs" had the effect of inappropriately influencing the medical community regarding the safety and efficacy of rofecoxib (Rostom Cochrane Collaboration systematic review. Clin Gastroenterol Hepatol 2007). The actual data show that rofecoxib clearly has greater risk compared to placebo and it is not possible to differentiate rofecoxib from traditional NSAIDs in terms of clinically important upper GI events especially bleeding.

David Y. Graham, M.D.   December 18, 2009

## Reference List

Watson DJ, Yu Q, Bolognese JA, Reicin AS, Simon TJ. The upper gastrointestinal safety of rofecoxib vs. NSAIDs: an updated combined analysis. Curr Med Res Opin 2004;20:1539-1548.

Saag K, van der Heijde D, Fisher C, Samara A, DeTora L, Bolognese J, Sperling R, Daniels B. Rofecoxib, a new cyclooxygenase 2 inhibitor, shows sustained efficacy, comparable with other nonsteroidal anti-inflammatory drugs: a 6-week and a 1-year trial in patients with osteoarthritis. Osteoarthritis Studies Group. Arch Fam Med 2000;9:1124-1134.

Mamdani M, Rochon PA, Juurlink DN, Kopp A, Anderson GM, Naglie G, Austin PC, Laupacis A. Observational study of upper gastrointestinal haemorrhage in elderly patients given selective cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs. BMJ 2002;325:624-629.

Hippisley-Cox J, Coupland C, Logan R. Risk of adverse gastrointestinal outcomes in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis. BMJ 2005;331:1310-1316.

Lanas A, Garcia-Rodriguez LA, Arroyo MT, Gomollon F, Feu F, Gonzalez-Perez A, Zapata E, Bastida G, Rodrigo L, Santolaria S, Guell M, de Argila CM, Quintero E, Borda F, Pique JM. Risk of upper gastrointestinal ulcer bleeding associated with selective cyclo-oxygenase-2 inhibitors, traditional non-aspirin non-steroidal anti-inflammatory drugs, aspirin and combinations. Gut 2006;55:1731-1738.

Laporte JR, Ibanez L, Vidal X, Vendrell L, Leone R. Upper gastrointestinal bleeding associated with the use of NSAIDs: newer versus older agents. Drug Saf 2004;27:411-420.

Castellsague J, Holick CN, Hoffman CC, Gimeno V, Stang MR, Perez-Gutthann S. Risk of upper gastrointestinal complications associated with cyclooxygenase-2 selective and nonselective nonsteroidal antiinflammatory drugs. Pharmacotherapy 2009;29:1397-1407.

Garcia Rodriguez LA, Barreales TL. Risk of upper gastrointestinal complications among users of traditional NSAIDs and COXIBs in the general population. Gastroenterology 2007;132:498-506.

Making a prognosis. In: Sackett DL, Haynes RB, Guyatt GH, and Tugwell P, eds. Clinical epidemiology A basic science for cllinical medicine. 2nd ed. Boston: Little, Brown and Company, 1991:173-185.

Guyett G, Haynes B, Jaeschke R, Cook D, Greenhalgh T, Meade M, Green L, Naylor CD, Wilson M, McAlister F, Richardson WS. Introduction: the philosophy of evidenced-based medicine. In: Guyatt G and Rennie D, eds. Users' guides to the medical literature. Essentials of evidence-based clinical practice. Chicago: AMA Press, 2002:5-20.

Graham DY. Endoscopic ulcers are neither meaningful nor validated as a surrogate for clinically significant upper gastrointestinal harm. Clin Gastroenterol Hepatol 2009;11:1147-1150.

Rostom A, Muir K, Dube C, Jolicoeur E, Boucher M, Joyce J, Tugwell P, Wells GW. Gastrointestinal safety of cyclooxygenase-2 inhibitors: a Cochrane Collaboration systematic review. Clin Gastroenterol Hepatol 2007;5:818-28, 828.

David Y. Graham, M.D. - rebuttal

This rebuttal responds to the gastrointestinal safety and toxicity issues address by defense consultants Silvers, Sales, Curtis, and Parnell.

1.  Several of the defense consultants referred to the paper by Watson et al. (Watson DJ, Curr Med Res Opin 2004) which was a *post hoc* summary prepared by Merck which combined the data from a number of company sponsored trials. The primary comparison was stated to be between rofecoxib and all NSAIDs. This is particularly troublesome in that "all NSAIDs" included different drugs and doses. For example, the average dose of naproxen was 1000 mg, ibuprofen 2,400 mg, and diclofenac 150 mg which put those drugs into their highest risk groups. In contrast, the average dose of rofecoxib was only 28.5 mg. It should be noted that the majority of the patients with osteoarthritis had mild to moderate disease (ARA functional status I or II) such that such high doses were likely not needed (Saag K. Arch Fam Med 2000) . It is also interesting to note that diclofenac, which is the least toxic of the NSAIDs in which a comparison is shown (eg, their Figure 3), was not significantly different from rofecoxib. Importantly, data for nabumetone, the least toxic of the NSAIDs tested, were not provided in the manuscript although 930 patients received the drug which is similar to the numbers receiving diclofenac and ibuprofen. Although the manuscript notes that the analyses were not done, a memo of 2/27/2003 regarding "the final update for the MK vs. NSAIDs comparison" does provide that data as shown on page 41 (MRK-ABY0084334) that there were no (zero) confirmed PUBs among the 930 subjects receiving nabumetone compared to 2 among the 1013 receiving rofecoxib. This nabumetone data would have been of interest to most clinicians because, as noted above, it was thought to be among the least toxic of the comparators. The reported data also showed that the highest risk of events was within the first few weeks of starting the traditional NSAIDs which is the period which is the most difficult to assess in terms of cause and effect because it is not possible to know if the event represents activation of a preexisting lesion (patients typically were recently receiving NSAIDs before starting study drug) or whether it was a new event possibly related to topically active gastrotoxic agents (ie, occurring before gastric adaptation had occurred). Another interesting point was that the authors choose to publish a Kaplan-Meier plot of confirmed PUBs that was interpreted as showing that the combined NSAIDs had a higher rate than rofecoxib (their Figure 1). Page 49 of the memo noted above (MRK-ABY0084342) shows the data regarding the more important outcome of confirmed complicated PUBs. That plot

Page 1 of 5

shows a steady increase in confirmed complicated PUBs with rofecoxib compared to a leveling off with the combined NSAIDs with the cumulative incidence of confirmed complicated PUBS being higher with rofecoxib than the cumulative NSAID result.

2.  There are at least 6 large observational studies that included rofecoxib and had an endpoint of gastrointestinal bleeding (Mamdani BMJ 2002; Hippisley-Cox BMJ 2005; Lanas Gut 2006; Laporte Drug Saf 2004; Castellsague Pharmacotherapy 2009; Garcia Rodriguez Gastroenterology 2007). While case-control studies are considered a lesser grade of evidence compared to randomized clinical trials in the hierarchy of evidence, they offer a number of advantages in that they examine real life scenarios in which the doses and frequencies of administration are those actually used in practice and they can examine events that occur during very large numbers of patient years of observation. Such studies also provide comparisons of drugs that have not been examined in direct comparative trials. All 6 studies showed an increased risk with rofecoxib compared to not using NSAIDs such that it is not possible to differentiate rofecoxib from traditional NSAIDs in terms of upper gastrointestinal bleeding. Where it could be examined, dose response relationships were shown to be present with the different NSAIDs including an odds ratio of 5.2 (95% confidence interval of 2.5-10.6) for rofecoxib (Castellsague. Pharmacotherapy 2009). A strong dose response effect was also seen with naproxen (Laporte Drug Saf 2004; Castellsague Pharmacotherapy 2009) leading the authors to suggest that because of the very strong response, high dose naproxen was likely an inappropriate NSAID comparator as it would likely give a false sense of safety for the drug being compared to naproxen.

3.  The defense consultants referenced above noted that they relied on their personal experiences from their practices regarding the effects of the rofecoxib on gastrointestinal ulcers and ulcer complications. Experience is known to be less reliable than carefully collected and analyzed data (Making a prognosis. In: Sackett DL 1991). Studies that answer questions about effectiveness have a well-established hierarchy of study designs based on the degree to which the design protects against bias. Meta-analyses of well-conducted RCTs and individual RCTs provide the most robust evidence followed by nonrandomized controlled trials, cohort studies, case-control studies, and other observational study designs. The hierarchy of strength of evidence for treatment decisions is N of 1 randomized controlled trials, systematic reviews of

David Y. Graham, M.D. - rebuttal

randomized trials, single randomized trials, systematic reviews of observational studies addressing patients important outcomes, single observational studies addressing patient important outcomes, physiologic studies (eg, studies of blood pressure, cardiac output, and so forth), and finally unsystematic clinical observations (Guyett AMA Press, 2002). Based on this hierarchy, the personal experiences cited by the defense consultants should not be considered to have any weight when the issues of safety and efficacy have been addressed by high quality randomized clinical trials.

4.  The defense consultant Dr. Curtis stated on page 10 of his report that "The increase in serious complications of NSAID use seen in 2005 followed a decline in the use of COX-2 inhibitors without a commensurate increase in other GI protective therapies (G. Singh, EULAR SAT0262, 2007 abstract). My own experience is compatible with the observation of increased serious GI adverse events following the removal of Vioxx." The citation is a meeting abstract and not fully published data. In my opinion Dr. Curtis has drawn inappropriate conclusions from the Singh et al. abstract which provided some epidemiology data and attempted to draw together factors that are likely to be independent (not necessarily related). The Singh abstract actually covers two different eras: the earliest time period (late 1990's) represent the period in which *Helicobacter pylori* infections were actively being diagnosed and treated which would result in moving a sizable proportion of the patients out of the ulcer risk pool. The complication rates (per 100,000) from the last 6 years of the study period (2000-2005) were very similar (ie, 423, 390, 409, 380, 357, and 433; mean $402 \pm 28$) and likely represent the normal variation of the recent rate of serious ulcer complications among NSAID users. Of special note is that, contrary to the hypothesis that withdrawal of COX-2 inhibitors led to an increase in rate, the incidence in 2000 and in 2005 were essentially identical (ie, 423 vs. 433) despite any changes in availability of COX-2 inhibitors.

5.  In summary, the available studies show that rofecoxib is gastrotoxic and significantly worse than placebo. Its use is also associated with clinically significant upper GI events (PUBs); the most important common PUB is upper gastrointestinal hemorrhage. Rofecoxib like other NSAIDs exhibits a dose response relationship with more events as the dose increases. Any potential less toxicity compared to traditional NSAIDs must be assessed in terms of individual NSAID and NSAID dose. The Merck analysis of the VIGOR study reported an overall reduction

in PUBs but it was not reported that this "positive" result was largely related to an effect in a prespecified subgroup of patients that were concomitant steroid users. Steroid was targeted for subgroup analysis in that use has long been known to be a significant factor that enhances the risk of NSAID use. The fact that the bulk of the beneficial effect of rofecoxib was confined to steroid users was information that should have, in my opinion, been prominently discussed in the report and the publication. A number of case controlled studies have confirmed that rofecoxib can not be reliably distinguished from traditional NSAIDs in relation to the risk of gastrointestinal bleeding. In my opinion, Merck overemphasized the results of studies using the surrogate endpoint of endoscopic ulcers, an unvalidated endpoint of unknown importance (Graham Clin Gastroenterol Hepatol 2009) with an emphasis on comparators consisting of unnecessarily high doses of known gastrotoxic drugs This, and the failure to publish full data such as results with the less gastrotoxic drugs such as nabumetone, an analysis with the important prespecified subgroup of steroid ulcers in the VIGOR study, and the confirmed complicated PUBs with rofecoxib compared to "all NSAIDs" had the effect of inappropriately influencing the medical community regarding the safety and efficacy of rofecoxib (Rostom Cochrane Collaboration systematic review. Clin Gastroenterol Hepatol 2007). The actual data show that rofecoxib clearly has greater risk compared to placebo and it is not possible to differentiate rofecoxib from traditional NSAIDs in terms of clinically important upper GI events especially bleeding.

David Y. Graham, M.D.   December 18, 2009

David Y. Graham, M.D. - rebuttal

## Reference List

Watson DJ, Yu Q, Bolognese JA, Reicin AS, Simon TJ. The upper gastrointestinal safety of rofecoxib vs. NSAIDs: an updated combined analysis. Curr Med Res Opin 2004;20:1539-1548.

Saag K, van der Heijde D, Fisher C, Samara A, DeTora L, Bolognese J, Sperling R, Daniels B. Rofecoxib, a new cyclooxygenase 2 inhibitor, shows sustained efficacy, comparable with other nonsteroidal anti-inflammatory drugs: a 6-week and a 1-year trial in patients with osteoarthritis. Osteoarthritis Studies Group. Arch Fam Med 2000;9:1124-1134.

Mamdani M, Rochon PA, Juurlink DN, Kopp A, Anderson GM, Naglie G, Austin PC, Laupacis A. Observational study of upper gastrointestinal haemorrhage in elderly patients given selective cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs. BMJ 2002;325:624-629.

Hippisley-Cox J, Coupland C, Logan R. Risk of adverse gastrointestinal outcomes in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis. BMJ 2005;331:1310-1316.

Lanas A, Garcia-Rodriguez LA, Arroyo MT, Gomollon F, Feu F, Gonzalez-Perez A, Zapata E, Bastida G, Rodrigo L, Santolaria S, Guell M, de Argila CM, Quintero E, Borda F, Pique JM. Risk of upper gastrointestinal ulcer bleeding associated with selective cyclo-oxygenase-2 inhibitors, traditional non-aspirin non-steroidal anti-inflammatory drugs, aspirin and combinations. Gut 2006;55:1731-1738.

Laporte JR, Ibanez L, Vidal X, Vendrell L, Leone R. Upper gastrointestinal bleeding associated with the use of NSAIDs: newer versus older agents. Drug Saf 2004;27:411-420.

Castellsague J, Holick CN, Hoffman CC, Gimeno V, Stang MR, Perez-Gutthann S. Risk of upper gastrointestinal complications associated with cyclooxygenase-2 selective and nonselective nonsteroidal antiinflammatory drugs. Pharmacotherapy 2009;29:1397-1407.

Garcia Rodriguez LA, Barreales TL. Risk of upper gastrointestinal complications among users of traditional NSAIDs and COXIBs in the general population. Gastroenterology 2007;132:498-506.

Making a prognosis. In: Sackett DL, Haynes RB, Guyatt GH, and Tugwell P, eds. Clinical epidemiology A basic science for cllinical medicine. 2nd ed. Boston: Little, Brown and Company, 1991:173-185.

Guyett G, Haynes B, Jaeschke R, Cook D, Greenhalgh T, Meade M, Green L, Naylor CD, Wilson M, McAlister F, Richardson WS. Introduction: the philosophy of evidenced-based medicine. In: Guyatt G and Rennie D, eds. Users' guides to the medical literature. Essentials of evidence-based clinical practice. Chicago: AMA Press, 2002:5-20.

Graham DY. Endoscopic ulcers are neither meaningful nor validated as a surrogate for clinically significant upper gastrointestinal harm. Clin Gastroenterol Hepatol 2009;11:1147-1150.

Rostom A, Muir K, Dube C, Jolicoeur E, Boucher M, Joyce J, Tugwell P, Wells GW. Gastrointestinal safety of cyclooxygenase-2 inhibitors: a Cochrane Collaboration systematic review. Clin Gastroenterol Hepatol 2007;5:818-28, 828.

David Y. Graham, M.D. - rebuttal

This rebuttal responds to the gastrointestinal safety and toxicity issues address by defense consultants Silvers, Sales, Curtis, and Parnell.

1. Several of the defense consultants referred to the paper by Watson et al. (Watson DJ, Curr Med Res Opin 2004) which was a *post hoc* summary prepared by Merck which combined the data from a number of company sponsored trials. The primary comparison was stated to be between rofecoxib and all NSAIDs. This is particularly troublesome in that "all NSAIDs" included different drugs and doses. For example, the average dose of naproxen was 1000 mg, ibuprofen 2,400 mg, and diclofenac 150 mg which put those drugs into their highest risk groups. In contrast, the average dose of rofecoxib was only 28.5 mg. It should be noted that the majority of the patients with osteoarthritis had mild to moderate disease (ARA functional status I or II) such that such high doses were likely not needed (Saag K. Arch Fam Med 2000). It is also interesting to note that diclofenac, which is the least toxic of the NSAIDs in which a comparison is shown (eg, their Figure 3), was not significantly different from rofecoxib. Importantly, data for nabumetone, the least toxic of the NSAIDs tested, were not provided in the manuscript although 930 patients received the drug which is similar to the numbers receiving diclofenac and ibuprofen. Although the manuscript notes that the analyses were not done, a memo of 2/27/2003 regarding "the final update for the MK vs. NSAIDs comparison" does provide that data as shown on page 41 (MRK-ABY0084334) that there were no (zero) confirmed PUBs among the 930 subjects receiving nabumetone compared to 2 among the 1013 receiving rofecoxib. This nabumetone data would have been of interest to most clinicians because, as noted above, it was thought to be among the least toxic of the comparators. The reported data also showed that the highest risk of events was within the first few weeks of starting the traditional NSAIDs which is the period which is the most difficult to assess in terms of cause and effect because it is not possible to know if the event represents activation of a preexisting lesion (patients typically were recently receiving NSAIDs before starting study drug) or whether it was a new event possibly related to topically active gastrotoxic agents (ie, occurring before gastric adaptation had occurred). Another interesting point was that the authors choose to publish a Kaplan-Meier plot of confirmed PUBs that was interpreted as showing that the combined NSAIDs had a higher rate than rofecoxib (their Figure 1). Page 49 of the memo noted above (MRK-ABY0084342) shows the data regarding the more important outcome of confirmed complicated PUBs. That plot

David Y. Graham, M.D. - rebuttal

shows a steady increase in confirmed complicated PUBs with rofecoxib compared to a leveling off with the combined NSAIDs with the cumulative incidence of confirmed complicated PUBS being higher with rofecoxib than the cumulative NSAID result.

2.  There are at least 6 large observational studies that included rofecoxib and had an endpoint of gastrointestinal bleeding (Mamdani BMJ 2002; Hippisley-Cox BMJ 2005; Lanas Gut 2006; Laporte Drug Saf 2004; Castellsague Pharmacotherapy 2009; Garcia Rodriguez Gastroenterology 2007). While case-control studies are considered a lesser grade of evidence compared to randomized clinical trials in the hierarchy of evidence, they offer a number of advantages in that they examine real life scenarios in which the doses and frequencies of administration are those actually used in practice and they can examine events that occur during very large numbers of patient years of observation. Such studies also provide comparisons of drugs that have not been examined in direct comparative trials. All 6 studies showed an increased risk with rofecoxib compared to not using NSAIDs such that it is not possible to differentiate rofecoxib from traditional NSAIDs in terms of upper gastrointestinal bleeding. Where it could be examined, dose response relationships were shown to be present with the different NSAIDs including an odds ratio of 5.2 (95% confidence interval of 2.5-10.6) for rofecoxib (Castellsague. Pharmacotherapy 2009). A strong dose response effect was also seen with naproxen (Laporte Drug Saf 2004; Castellsague Pharmacotherapy 2009) leading the authors to suggest that because of the very strong response, high dose naproxen was likely an inappropriate NSAID comparator as it would likely give a false sense of safety for the drug being compared to naproxen.

3.  The defense consultants referenced above noted that they relied on their personal experiences from their practices regarding the effects of the rofecoxib on gastrointestinal ulcers and ulcer complications. Experience is known to be less reliable than carefully collected and analyzed data (Making a prognosis. In: Sackett DL 1991). Studies that answer questions about effectiveness have a well-established hierarchy of study designs based on the degree to which the design protects against bias. Meta-analyses of well-conducted RCTs and individual RCTs provide the most robust evidence followed by nonrandomized controlled trials, cohort studies, case–control studies, and other observational study designs. The hierarchy of strength of evidence for treatment decisions is N of 1 randomized controlled trials, systematic reviews of

David Y. Graham, M.D. - rebuttal

randomized trials, single randomized trials, systematic reviews of observational studies addressing patients important outcomes, single observational studies addressing patient important outcomes, physiologic studies (eg, studies of blood pressure, cardiac output, and so forth), and finally unsystematic clinical observations (Guyett AMA Press, 2002). Based on this hierarchy, the personal experiences cited by the defense consultants should not be considered to have any weight when the issues of safety and efficacy have been addressed by high quality randomized clinical trials.

4.  The defense consultant Dr. Curtis stated on page 10 of his report that "The increase in serious complications of NSAID use seen in 2005 followed a decline in the use of COX-2 inhibitors without a commensurate increase in other GI protective therapies (G. Singh, EULAR SAT0262, 2007 abstract). My own experience is compatible with the observation of increased serious GI adverse events following the removal of Vioxx." The citation is a meeting abstract and not fully published data. In my opinion Dr. Curtis has drawn inappropriate conclusions from the Singh et al. abstract which provided some epidemiology data and attempted to draw together factors that are likely to be independent (not necessarily related). The Singh abstract actually covers two different eras: the earliest time period (late 1990's) represent the period in which *Helicobacter pylori* infections were actively being diagnosed and treated which would result in moving a sizable proportion of the patients out of the ulcer risk pool. The complication rates (per 100,000) from the last 6 years of the study period (2000-2005) were very similar (ie, 423, 390, 409, 380, 357, and 433; mean 402 ± 28) and likely represent the normal variation of the recent rate of serious ulcer complications among NSAID users. Of special note is that, contrary to the hypothesis that withdrawal of COX-2 inhibitors led to an increase in rate, the incidence in 2000 and in 2005 were essentially identical (ie, 423 vs. 433) despite any changes in availability of COX-2 inhibitors.

5.  In summary, the available studies show that rofecoxib is gastrotoxic and significantly worse than placebo. Its use is also associated with clinically significant upper GI events (PUBs); the most important common PUB is upper gastrointestinal hemorrhage. Rofecoxib like other NSAIDs exhibits a dose response relationship with more events as the dose increases. Any potential less toxicity compared to traditional NSAIDs must be assessed in terms of individual NSAID and NSAID dose. The Merck analysis of the VIGOR study reported an overall reduction

in PUBs but it was not reported that this "positive" result was largely related to an effect in a prespecified subgroup of patients that were concomitant steroid users. Steroid was targeted for subgroup analysis in that use has long been known to be a significant factor that enhances the risk of NSAID use. The fact that the bulk of the beneficial effect of rofecoxib was confined to steroid users was information that should have, in my opinion, been prominently discussed in the report and the publication. A number of case controlled studies have confirmed that rofecoxib can not be reliably distinguished from traditional NSAIDs in relation to the risk of gastrointestinal bleeding. In my opinion, Merck overemphasized the results of studies using the surrogate endpoint of endoscopic ulcers, an unvalidated endpoint of unknown importance (Graham Clin Gastroenterol Hepatol 2009) with an emphasis on comparators consisting of unnecessarily high doses of known gastrotoxic drugs This, and the failure to publish full data such as results with the less gastrotoxic drugs such as nabumetone, an analysis with the important prespecified subgroup of steroid ulcers in the VIGOR study, and the confirmed complicated PUBs with rofecoxib compared to "all NSAIDs" had the effect of inappropriately influencing the medical community regarding the safety and efficacy of rofecoxib (Rostom Cochrane Collaboration systematic review. Clin Gastroenterol Hepatol 2007). The actual data show that rofecoxib clearly has greater risk compared to placebo and it is not possible to differentiate rofecoxib from traditional NSAIDs in terms of clinically important upper GI events especially bleeding.

*[signature]*

David Y. Graham, M.D.   December 18, 2009

David Y. Graham, M.D. - rebuttal

## Reference List

Watson DJ, Yu Q, Bolognese JA, Reicin AS, Simon TJ. The upper gastrointestinal safety of rofecoxib vs. NSAIDs: an updated combined analysis. Curr Med Res Opin 2004;20:1539-1548.

Saag K, van der Heijde D, Fisher C, Samara A, DeTora L, Bolognese J, Sperling R, Daniels B. Rofecoxib, a new cyclooxygenase 2 inhibitor, shows sustained efficacy, comparable with other nonsteroidal anti-inflammatory drugs: a 6-week and a 1-year trial in patients with osteoarthritis. Osteoarthritis Studies Group. Arch Fam Med 2000;9:1124-1134.

Mamdani M, Rochon PA, Juurlink DN, Kopp A, Anderson GM, Naglie G, Austin PC, Laupacis A. Observational study of upper gastrointestinal haemorrhage in elderly patients given selective cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs. BMJ 2002;325:624-629.

Hippisley-Cox J, Coupland C, Logan R. Risk of adverse gastrointestinal outcomes in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis. BMJ 2005;331:1310-1316.

Lanas A, Garcia-Rodriguez LA, Arroyo MT, Gomollon F, Feu F, Gonzalez-Perez A, Zapata E, Bastida G, Rodrigo L, Santolaria S, Guell M, de Argila CM, Quintero E, Borda F, Pique JM. Risk of upper gastrointestinal ulcer bleeding associated with selective cyclo-oxygenase-2 inhibitors, traditional non-aspirin non-steroidal anti-inflammatory drugs, aspirin and combinations. Gut 2006;55:1731-1738.

Laporte JR, Ibanez L, Vidal X, Vendrell L, Leone R. Upper gastrointestinal bleeding associated with the use of NSAIDs: newer versus older agents. Drug Saf 2004;27:411-420.

Castellsague J, Holick CN, Hoffman CC, Gimeno V, Stang MR, Perez-Gutthann S. Risk of upper gastrointestinal complications associated with cyclooxygenase-2 selective and nonselective nonsteroidal antiinflammatory drugs. Pharmacotherapy 2009;29:1397-1407.

Garcia Rodriguez LA, Barreales TL. Risk of upper gastrointestinal complications among users of traditional NSAIDs and COXIBs in the general population. Gastroenterology 2007;132:498-506.

Making a prognosis. In: Sackett DL, Haynes RB, Guyatt GH, and Tugwell P, eds. Clinical epidemiology A basic science for cllinical medicine. 2nd ed. Boston: Little, Brown and Company, 1991:173-185.

Guyett G, Haynes B, Jaeschke R, Cook D, Greenhalgh T, Meade M, Green L, Naylor CD, Wilson M, McAlister F, Richardson WS. Introduction: the philosophy of evidenced-based medicine. In: Guyatt G and Rennie D, eds. Users' guides to the medical literature. Essentials of evidence-based clinical practice. Chicago: AMA Press, 2002:5-20.

Graham DY. Endoscopic ulcers are neither meaningful nor validated as a surrogate for clinically significant upper gastrointestinal harm. Clin Gastroenterol Hepatol 2009;11:1147-1150.

Rostom A, Muir K, Dube C, Jolicoeur E, Boucher M, Joyce J, Tugwell P, Wells GW. Gastrointestinal safety of cyclooxygenase-2 inhibitors: a Cochrane Collaboration systematic review. Clin Gastroenterol Hepatol 2007;5:818-28, 828.