UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| *Gladys Amadis Rosario, et al.* | * | **JUDGE FALLON** |
| *v.* | * | |
| *Merck & Co., Inc., et al.* | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| *Only with regard to:* | * | |
| *Mercedes Vasquez Vasquez, individually* | * | |
| *and as representative of Concepcion* | * | |
| *Vasquez Vasquez, et al.* | * | |
| | * | |
| *Docket No. 2:05-cv-06234* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Mercedes Vasquez Vasquez, individually and as representative of Concepcion Vasquez Vasquez, and on behalf of Esther Vasquez Vasquez, Carmen Sonia Vasquez, Elba Vasquez Vasquez, Maria Louisa Vasquez, Beddy Vasquez Vasquez, Carmen Luz Vasquez, and Marina Vasquez Vasques, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
DISTRICT JUDGE