U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  FEB 1 8 2010
LORETTA G. WHYTE
CLERK

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 09-31204

MD 05-1657-L

U.S. COURT OF APPEALS
FILED
FEB 8 2010
CHARLES R. FULBRUGE III
CLERK

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

---

DEBRA J MILLER, Individually and as Wife; DOUGLAS MILLER, Individually and as Husband,

   Plaintiffs - Appellants

v.

MERCK & CO INC; MERCK FROSST CANADA LTD,

   Defendants - Appellees

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before KING, DAVIS, and SMITH, Circuit Judges.

PER CURIAM:

   IT IS ORDERED that appellees' motion to dismiss the notice of appeal for lack of jurisdiction is granted.

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____

A true copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____  Deputy
New Orleans, Louisiana   FEB 8 2010

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 08, 2010

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 09-31204, Debra Miller, et al v. Merck & Company Inc, et al
    USDC No. 2:05-MD-1657
    USDC No. 2:06-CV-2198

Enclosed is a copy of the judgment issued as the mandate.

CHARLES R. FULBRUGE III, Clerk

By: /s/ Nancy F. Dolly
Nancy F. Dolly, Deputy Clerk
504-310-7683

cc: w/encl:
Ms. Amanda M. Cialkowski
Ms. Marya Cordelia Young

*Mandate Issued - MDT-1  (!ag,tax,img)*