# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Larry Womack, et al.* | * | JUDGE FALLON |
| v. | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Cheryl Watts, Conrad Ballard, Ronald* | * | |
| *Ballard, Roger Ballard, Gifford Ballard,* | * | |
| *and Roger Riley, individually and as* | * | |
| *representatives of the estate of* | * | |
| *Marcella Ballard* | * | |
| | * | |
| *Docket No. 2:06-cv-06653* | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Cheryl Watts, Conrad Ballard, Ronald Ballard, Roger Ballard, Gifford Ballard, and Roger Riley, individually and as representatives of the estate of Marcella Ballard, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 19th day of February, 2010.

_Eldon E. Fallon_
DISTRICT JUDGE