UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| Anissa R. Campbell, et al. | * | **JUDGE FALLON** |
| v. | * | |
| Merck & Co., Inc. | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| *Only with regard to:* | * | |
| *Anissa R. Campbell, individually and as* | * | |
| *the executrix of the estate of Nora M.* | * | |
| *Washington, Gregory E. Washington,* | * | |
| *William P. Gibson, and Sara F. Gibson* | * | |
| | * | |
| | * | |
| *Docket No. 2:06-cv-06780* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Anissa R. Campbell, individually and as the executrix of the estate of Nora M. Washington, Gregory E. Washington, William P. Gibson, and Sara F. Gibson, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this <u>19th</u> day of <u>February</u>, 2010.

*/s/ Eldon E. Fallon*
DISTRICT JUDGE