UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | : MDL NO. 1657<br>:<br>: SECTION: L<br>:<br>: JUDGE FALLON<br>: MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *James Coleman, et al v. Merck & Co., Inc.*, Case No. 06-1970 (as to Larry Ballenger only)

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Larry Ballenger. IT IS ORDERED that the correspondence be entered into the record. Considering the proprietary nature of the information contained therein, IT IS FURTHER ORDERED that the correspondence be SEALED. Additionally, a copy of this correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 9th day of February, 2010.

                                                              UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Larry Ballenger
413 N. Locust
Slater, MO 65349

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

1