UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS ) <br>     LIABILITY LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS RELATES TO: ) <br> ) <br> Bob Stephens, Individually, and ) <br> as the Administrator for the Estate ) <br> of Johnie Stephens, deceased, ) <br>         *Plaintiff* ) <br> v. ) <br> ) <br> Merck & Co., Inc. ) <br>         *Defendant* ) <br> ) <br> Civil Action No: ) <br>     E.D. La. 06-CV-1678 ) <br>     E.D. Ark. 4-06-CV-0259 WRW ) <br> _____) | **MDL NO. 1657** <br><br> **Section:  L** <br><br> **Judge Fallon** <br><br> **Magistrate Judge Knowles** |

## MOTION FOR RESOLUTION OF FEE LIEN

Pursuant to Pretrial Order No. 47A, Gary Holt & Associates, P.A. f/k/a Gary Eubanks & Associates, P.A. (hereinafter "the Firm") hereby moves the Court for resolution of its attorney's fee lien asserted in the case, *Bob Stephens, Individually, and as the Administrator of the Estate of Johnie*

1

*Stephens, deceased v. Merck & Co., Inc.*

1.	The Firm filed its Motion to Enforce Attorney's Lien, with supporting documents, on March 27, 2009. (Doc. 18105, inclusive). At that time, the Firm requested that the Court enforce its fee lien in this case, as provided by the Arkansas Attorney's Lien Law, following the Special Master's final points award determination. *See id.*

2.	On September 28, 2009, Stephens received a Notice of Special Master Points Determination. (Exhibit 1). The Firm also received notification of the Special Master's decision and, in accordance with Pretrial Order 47, the Vioxx® Claims Administrator withheld thirty-two (32) percent of the settlement amount paid to Stephens. (Exhibit 2). After receiving this notification, the Firm contacted Stephens' counsel and attempted to resolve the fee lien issue without further involvement from the Court. Both the Firm and Stephens candidly admitted that their respective positions had not changed, and it became clear that the matter would not be resolved without court intervention.

3.	On December 17, 2009, the Court entered Pretrial Order No. 47A, which modified the procedure for handling and resolving attempted liens for attorneys' fees and expenses previously set forth in PTO 47. (Doc. 30190). One significant modification was that the Vioxx® Claims Administrator was required to perform an assessment of the procedural sufficiency of all asserted fee liens. *Id.* The other major change was a "resolution" provision providing that a lien claimant could submit to this Court a request for resolution under Section 8.1.2 and Section 8.1.3 of the Settlement Agreement if the fee could not be resolved by agreement. *See id.*

4.	On January 6, 2010, the Firm received a Notice of Assessment of Procedural Sufficiency of Third Party Claim Against Attorneys' Fees from the Claims Administrator. (Exhibit

3).

5. The Firm now submits to this Court for resolution of its fee lien.

6. The issue to be resolved is whether, under Arkansas law, the Firm is entitled to its fee lien on Stephens' settlement award. As set forth in further detail in the Firm's Memorandum in Support of Motion for Resolution of Fee Lien, the facts of this case clearly demonstrate that the Firm's lien should be enforced and that it is entitled to its lien.

7. In support of request for resolution, the Firm has attached the above-referenced Memorandum as well as the following documents:

    (a) Notice of Special Master Points Determination (Exhibit 1);

    (b) PTO 47 Notice of Imminent Resolution of Program Benefit Payment (Exhibit 2);

    (c) Notice of Assessment of Procedural Sufficiency of Third Party Claim Against Attorneys' Fees (Exhibit 3);

    (d) Stephens' Motion to Dismiss Without Prejudice, filed in the Circuit Court of Pulaski County, Arkansas, Second Division, Case No. CV-2009-2932 (Exhibit 4);

    (e) Order of Dismissal, entered by the Honorable Chris Piazza of the Circuit Court of Pulaski County, Arkansas, Second Division (Exhibit 5); and

    (f) April 23 and 24, 2009 email correspondence regarding Stephens' Memorandum in Opposition to the Firm's fee lien (Exhibit 6).

WHEREFORE, Gary Holt & Associates, P.A. f/k/a Gary Eubanks & Associates, P.A. prays that the Court grant its Motion for Resolution of Fee Lien and enforce its lien for the full amount

of its fee.

                                            Respectfully submitted,

                                            GARY HOLT & ASSOCIATES, P.A.
                                            f/k/a Gary Eubanks & Associates, P.A.
                                            P.O. Box 3887
                                            Little Rock, Arkansas 72203-4887
                                            (501) 372-0266
                                            holtg@garyholtlaw.com
                                            walasb@garyholtlaw.com

                                BY:    /s/ Gary Holt
                                            William Gary Holt,  Ark. 81090
                                            Breean Walas,  Ark. 2006077

**CERTIFICATE OF SERVICE**

  I, Gary Holt, hereby certify that on this 22nd day of February, 2010, the above and foregoing Motion for Resolution of Fee Lien, and supporting documents, were electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedure established in MDL No. 1657.

  I further certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, and Plaintiff's counsel, Glenn Thames, Jr., by U.S. Mail and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8.

  A copy of this pleading has also been forwarded to Vioxx® Claims Administrator, Jennifer Goodwin, by email at jgoodwin@browngreer.com

                /s/   Gary Holt
                William Gary Holt