# VIOXX Claims Administrator
Toll-Free Telephone: (866) 866-1729
claimsadmin@browngreer.com

| Mailing Address: | Delivery Address: |
|---|---|
| P.O. Box 85031 | 115 South 15th Street, Suite 400 |
| Richmond, Virginia  23285-5031 | Richmond, Virginia  23219-4209 |

October 8, 2009

**By Electronic Transmission**
Gary Eubanks
Gary Eubanks and Associates, P.A.
P.O. Box 3887
Little Rock, AR 72203

Re:   **PTO 47 Notice of Imminent Resolution Program Benefit Payment**

Dear Mr. Eubanks:

Pretrial Order No. 47 requires us to notify the person who asserted a lien or other claim against or relating to any fees or expenses of counsel to a claimant in the Vioxx Resolution Program (a "Fee Lien"), that a Resolution Program benefit payment will be made on the claim giving rise to the Fee Lien. If you are not familiar with Pretrial Order No. 47, you may access a copy at http://www.browngreer.com/vioxxsettlement/images/pdfs/pto47.pdf.

We notify you that payments will be made on the following claim(s):

|    | VCN | Claimant Name | Primary Counsel |
|---|---|---|---|
| 1. | 1062642 | Stephens, Johnie | Potter Minton PC |

These payments will be issued on or about October 8, 2009. Contact me if you have any questions about this Notice.

Sincerely,

Scott Monroe

EXHIBIT 2

V2117
#363548