IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
SECOND DIVISION

BOB STEPHENS, Individually, and as
Administrator of the Estate of Johnie Stephens,
Deceased                                                                    PLAINTIFFS

vs.                    Case No. CV 2009-2932

GARY EUBANKS, WILLIAM GARY HOLT, JEFFREY WEBER,
ROBERT L. ROUNTREE, ASHLEY OHLDE,
GARY EUBANKS & ASSOCIATES, P.A., and           FILED 09/28/2009 14:29:35
John Doe 1, John Doe 2, John Doe 3,            Pat O'Brien Pulaski Circuit Clerk
John Doe 4 and John Doe 5.                     CR1 DEFENDANTS

### PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

Comes now Bob Stephens, Individually, appearing *pro se,* and as Administrator of the Estate of Johnie Stephens, deceased and hereby requests that Plaintiff's cause of action against Defendants be dismissed for the reason that Plaintiff no longer wishes to prosecute the cause of action alleged in this suit.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests the Court to enter an Order of Dismissal without prejudice. Plaintiff further requests that this Motion to Dismiss be GRANTED without a hearing.

Respectfully submitted,

*Bob Stephens* (signature)

Bob Stephens, Individually, *ProSe,*
and as Administrator of the Estate
of Johnie Stephens, Deceased
4005 Royal Oak Drive
North Little Rock, AR 72116
(501) 771-2178

EXHIBIT 4

## **CERTIFICATE OF SERVICE**

On this 28th day of September, 2009, a copy of the foregoing was hand delivered to Attorney for Defendants Breean Walas at Gary Holt & Associates, P.A., 708 West 2nd Street, Little Rock, AR 72203.

_Bob Stephens_
Bob Stephens