Division:2 Year 2009
Page:1811

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
### SECOND DIVISION

BOB STEPHENS, Individually, and as
Administrator of the Estate of Johnie Stephens,
Deceased                                                                                    **PLAINTIFFS**

vs.                              Case No. CV 2009-2932

                                                              FILED  09/29/09 13:56:25
GARY EUBANKS, WILLIAM GARY HOLT, JEFFREY WEBER, O'Brien Pulaski Circuit Clerk
ROBERT L. ROUNTREE, ASHLEY OHLDE,                             D12
GARY EUBANKS & ASSOCIATES, P.A., and
John Doe 1, John Doe 2, John Doe 3,
John Doe 4 and John Doe 5.                                                            **DEFENDANTS**

### ORDER OF DISMISSAL

On this day the Court considered Plaintiff's Motion to Dismiss Without Prejudice. After careful consideration, the motion is granted. This case is hereby DISMISSED WITHOUT PREJUDICE.

SIGNED this 28th day of September, 2009.

_____
Judge Presiding

**EXHIBIT**
**5**