## Breean Walas

**From:** Breean Walas
**Sent:** Friday, April 24, 2009 8:27 AM
**To:** Linda Slayter; GLE
**Subject:** RE: Vioxx - Stephens case - part 4 of 4

Received. Thank you.

Breean Walas
Gary Eubanks & Associates, P.A.
708 W. 2nd St
PO Box 3887
Little Rock, AR 72203
(501) 372-0266
www.garyeubanks.com

The information contained in this communication is privileged, confidential information prepared in the furtherance of the rendition of professional legal services and is not intended to be disclosed to persons other than the individual named. If the recipient of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete any electronic or physical copy of this message in your control or possession.

**From:** Linda Slayter [mailto:lindaslayter@potterminton.com]
**Sent:** Thursday, April 23, 2009 6:21 PM
**To:** GLE; Breean Walas
**Subject:** Vioxx - Stephens case - part 4 of 4

Attached is a copy of Stephens' Memorandum in Opposition to Eubanks' Motion to Enforce Attorney's Lien. This document replaces the previous version of this same document as it was rejected by the clerk.

Due to its size, the document and exhibits will arrive in several emails.

Please acknowledge receipt.

Thank you,

*Linda J. Slayter*
Certified Paralegal to E. Glenn Thames, Jr.

physical: 110 North College, Suite 500; Tyler TX 75702
mailing: P.O. Box 359; Tyler TX 75710-0359
telephone: 903-597-8311 ext. 233
facsimile: 903-593-0846
lindaslayter@potterminton.com

EXHIBIT 6

2/19/2010