**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: VIOXX® PRODUCTS** | ) | **MDL NO. 1657** |
|     **LIABILITY LITIGATION** | ) | |
| | ) | **Section:  L** |
| ———————————————————) | | |
| | ) | **Judge Fallon** |
| **THIS RELATES TO:** | ) | |
| | ) | **Magistrate Judge Knowles** |
| **Bob Stephens, Individually, and** | ) | |
| **as the Administrator for the Estate** | ) | |
| **of Johnie Stephens, deceased,** | ) | |
|              *Plaintiff* | ) | |
| **v.** | ) | |
| | ) | |
| **Merck & Co., Inc.** | ) | |
|              *Defendant* | ) | |
| | ) | |
| **Civil Action No:** | ) | |
|     **E.D. La. 06-CV-1678** | ) | |
|     **E.D. Ark. 4-06-CV-0259 WRW** | ) | |
| ———————————————————) | | |

## ORDER RESOLVING FEE LIEN

The Court, having considered the Motion for Resolution of Fee Lien and all other matters

relating to the enforcement of the attorney's lien against the settlement award received by Plaintiff,

Bob Stephens, Individually, and as the Administrator of the Estate of Johnie Stephens, deceased,

hereby **GRANTS** the Motion for Resolution of Fee Lien.

1

The Court hereby **FINDS** that the law firm of Gary Holt & Associates, P.A. f/k/a Gary Eubanks & Associates, P.A. was not fired for good cause, and is entitled to enforcement of its fee lien by Arkansas law.

**IT IS ORDERED** that the Vioxx® Claims Administrator should distribute the lien funds currently being held in escrow to the Firm and that the fee lien is resolved as of the date of this disbursement.

New Orleans, Louisiana, this _____ day of _____, 2010.


_____
Judge Eldon F. Fallon