UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx § | | MDL Docket No. 1657 |
| § | | |
| PRODUCTS LIABILITY § | | SECTION L |
| LITIGATION § | | |
| § | | JUDGE FALLON |
| This document relates to: § | | |
| § | | MAGISTRATE JUDGE |
| VALERIE ROCKINGHAM, § | | KNOWLES |
| (JOHN J. STAFISZ), et al., § | | |
| § | | CA No. 2:06-cv-07115 |
| V. § | | |
| § | | |
| MERCK SHARP & DOHME CORP., § | | |
| formerly known as MERCK & CO., INC. § | | |

**PLAINTIFF COUNSEL'S SECOND AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Pretrial Order No. 36, David P. Matthews of Matthews and Associates, primary counsel for the above-identified plaintiff, moves this court on behalf of himself, his firm, and any other affiliated plaintiff's counsel for permission to withdraw from representation of Plaintiff John J. Stafisz.

Plaintiff and the undersigned counsel have fundamental disagreement as to what action should be taken in this case. This disagreement requires the undersigned to withdraw as counsel of record. The undersigned, therefore, request that this Court grant this motion.

Primary counsel will advise LexisNexis File & Service of the change party/counsel status promptly upon receiving this Court's order granting withdrawal.

Respectfully submitted,

MATTHEWS & ASSOCIATES

s/ David P. Matthews
David P. Matthews
Texas Bar No. 13206200
Jason C. Webster
Texas Bar No. 24033318
2905 Sackett St.
Houston, Texas 77098
(713) 522-5250 (Telephone)
(713) 535-7184 (Telecopier)
dmatthews@thematthewslawfirm.com
jwebster@thematthewslawfirm.com

ATTORNEYS FOR PLAINTIFF
JOHN J. STAFISZ

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on Liaison Counsel Russ Herman and Phillip Wittman by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 22nd day of February, 2010.

      s/David P. Matthews
      David P. Matthews