UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| VALERIE ROCKINGHAM, | § | KNOWLES |
| (JOHN J. STAFISZ), et al., | § | |
| | § | CA No. 2:06-cv-07115 |
| V. | § | |
| | § | |
| MERCK SHARP & DOHME CORP., | § | |
| formerly known as MERCK & CO., INC. | § | |

## ORDER

Considering the foregoing Plaintiff Counsel's Motion to Withdraw as Counsel of Record, and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Motion to Withdraw as Counsel of Record of Plaintiff John J. Stafisz is GRANTED.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
Eldon E. Fallon
United States District Judge

- 1 -