Order                                                                                                    (2/24/05) CCG N002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Amisch, Huber, Smith, et al.

v.

Merck + Co.

No. 07L6719 Consolidated with 05CH13176 and 06L10107

### ORDER

This matter is before the Court on Plaintiffs Motion to Dismiss.

The Court disclosed the fact that the Judge's niece, Teri Hall, effective January 4, 2010, took a Quality Control or Vice President position with Merck.

Now comes the Plaintiffs on their motion for voluntary dismissal, ~~and the parties agreeing that~~ their motion making any judicial conflict moot, the Court hereby orders that: Plaintiffs motion is granted and this matter is hereby voluntarily dismissed without PREJUDICE, EACH PARTY TO BEAR ITS' OWN COSTS.

Atty. No.: 40886

Name: Steve Strauss

Atty. for: Defendant

Address: 211 N. Broadway, #3600

City/State/Zip: St. Louis, MO 63102

Telephone: (314) 259-2000

ENTERED:

Dated: FEB 16 2010

**ENTERED**
JUDGE STUART PALMER-1621
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Judge                                       Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**