UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL<br>CLASS ACTION CASES | )<br>) MDL NO. 1657<br>)<br>) SECTION: L<br>)<br>) JUDGE FALLON<br>) MAG. JUDGE KNOWLES<br>) SPECIAL MASTER RICE<br>) |

## [PROPOSED] ORDER REGARDING ECONOMIC LOSS CASES

**IT IS ORDERED** that Merck shall file a motion to strike the class allegations in the above-referenced cases on or before the 29th day of March, 2010.

**IT IS FURTHER ORDERED** that plaintiffs in the above-referenced cases shall file any opposition to the motion to strike on or before the 19th day of April, 2010.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., shall file any reply to the opposition on or before the 29th day of April, 2010.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE