UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HOMER JONES,
   Plaintiff

v.

MERCK & Co., INC.

Docket No. 2:06-CV-09803

05-MDL Docket No. 1657

SECTION L(3)

JUDGE FALLON

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   FEB 22 2010

LORETTA G. WHYTE
   Clerk

## NOTICE OF INTENT TO APPEAL

Comes now, Homer Jones, plaintiff, appearing pro-se and gives Notice of his lawful Appeal to the order of Dismissal with prejudice filed February 10, 2010 in this Court. Plaintiff also request the Appellate rules of this state to be forwarded to the address below.

Respectfully Submitted,

Homer Jones

Homer Jones  143946  Feb. 19, 2010
JHCC - J-unit
P.O. 548
Lexington, OK 73051

TENDERED FOR FILING
FEB 22 2010
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ___
___ Process ___
X  Dktd ___
X  CtRmDep ___
___ Doc No. ___

CERTIFICATE OF MAILING

I certify that on this __19__ day of __February__, 200_10_, a true and correct copy of the foregoing was mailed, via first class pre-paid by the US Postal Service to the Clerk of the Court and:

Diann Bates, Coordinator "ViDXX Claims Administrator
P.O. Box 85031
Richmond, Virginia 23285-5031

*Homer Jones*
Signature

County: Cleveland

Case NO: 2:06-cv-09803

Form: G-101

Homer Jones #143946
THCC - I-Unit - 232-B
P.O. 548
Lexington, OK 73051

Legal Mail 2-19-10

7013 0435333

OKLAHOMA CITY OK 731
19 FEB 2010 PM 4 T

Clerk's Office, United States District Court
Eastern District of Louisiana
New Orleans, LA 70130