UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| This Document Relates to: | * MDL No. 1657 |
| STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, | * SECTION L |
|     Plaintiff, | * JUDGE ELDON E. FALLON |
| versus | * MAGISTRATE JUDGE KNOWLES |
| MERCK SHARPE & DOHME CORP., | * |
|     Defendant. | * |
| Case No. 05-3700. | * |

## ORDER

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Motion to Exclude Testimony of Richard A. Kronmal, Ph.D., Memorandum of Law in Support and Accompanying Exhibits Under Seal,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Motion to Exclude Testimony of Richard A. Kronmal, Ph.D. (Expert Challenge No. 6), Memorandum of Law in Support and accompanying exhibits under seal.

NEW ORLEANS, LOUISIANA, this 22nd day of February, 2010.

                                          HONORABLE ELDON E. FALLON
                                          UNITED STATES DISTRICT JUDGE