UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation | * <br> * <br> * |
| This Document Relates to: | *    MDL No. 1657 <br> * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, <br>     Plaintiff, <br> versus <br> MERCK SHARPE & DOHME CORP., <br>     Defendant. <br> Case No. 05-3700. | *    SECTION L <br> * <br> *    JUDGE ELDON E. FALLON <br> * <br> *    MAGISTRATE JUDGE <br> *    KNOWLES <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Motion to Exclude Testimony of John S. MacGregor, M.D., Ph.D., Memorandum of Law in Support and Accompanying Exhibits Under Seal,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Motion to Exclude Testimony of John S. MacGregor, M.D., Ph.D. (Expert Challenge 8), Memorandum of Law in Support and accompanying exhibits under seal.

NEW ORLEANS, LOUISIANA, this 22nd day of February, 2010.

                                              HONORABLE ELDON E. FALLON
                                              UNITED STATES DISTRICT JUDGE

1008343v.1