UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:05cv04981** |
| **Roger Carver, Individually and as representative of the Estate of Gail Carver** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

**MOTION TO REASSIGN HEARING DATE**

Comes the Plaintiff, by counsel, and moves the Court to reassign the hearing date on Plaintiff's Motion to Set Aside the Order of Dismissal, from February 26, 2010, to the date of the Court's next scheduled Status Conference.

The reasons for the requested reassignment are set forth in the letter from the undersigned counsel to the Hon. Eldon E. Fallon, attached hereto.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion has been served upon Liaison Counsels, Phillip A. Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of February, 2010.

s/ Ann B. Oldfather
Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY  40208
502.637.7200
502.637.3999
aoldfather@oldfather.com

# OLDFATHER LAW FIRM
## ATTORNEYS AT LAW
1330 SOUTH THIRD STREET
LOUISVILLE, KENTUCKY 40208

ANN B. OLDFATHER†
aoldfather@oldfather.com

VICKI L. BUBA*
vbuba@oldfather.com

KIRSTEN R. DANIEL*
kdaniel@oldfather.com

R. SEAN DESKINS
sdeskins@oldfather.com

* Also admitted in Indiana
† Board Certified in Civil Trial Advocacy

TELEPHONE 502.637.7200
FAX 502.637.3999
www.oldfather.com

February 23, 2010

**VIA E-MAIL AND U.S. MAIL**
Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

*RE: MDL Docket No. 1657: Vioxx Litigation*

Dear Judge Fallon:

    Despite my best efforts, I have an unavoidable scheduling conflict for Friday's status conference. I have been unable to rearrange two expert depositions in Seattle scheduled for this Friday. In that these are experts designated by me, and the case in which they are involved goes to trial this April, I have had little control over changing this previously scheduled date. Due to some health issues with opposing counsel, as late as yesterday there was a chance that they might be rearranged, but that was ultimately not the case. Consequently, I will be unable to attend the Vioxx MDL status conference this Friday, February 26, 2010.

    I will do everything I can to attend the next status conference, and will rearrange my schedule if at all possible. I am hopeful that the next status conference might hit either March 24, 25 or 31 if you are shooting for the end of next month.

    I very much appreciate the Court's understanding and patience.

Sincerely,

Ann B. Oldfather

ABO:mas

c: Russ M. Herman *(via email only)*
Douglas R. Marvin *(via email only)*
Shawn G. Foster *(via email only)*
Grant Davis *(via email only)*
Thomas J. Preuss *(via email only)*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | Case Number: 2:05cv04981 |
| **Roger Carver, Individually and as representative of the Estate of Gail Carver** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

### ORDER

On motion of the Plaintiff to reassign the hearing date on Plaintiff's Motion to Set Aside the Order of Dismissal, from February 26, 2010, to the date of the Court's next scheduled Status Conference,

**IT IS HEREBY ORDERED** that the Motion to Reassign Hearing Date on Plaintiff's Motion to Set Aside the Order of Dismissal entered herein on October 16, 2008, be and the same hereby is GRANTED. This matter shall be reinstated on the active docket of this Court.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE