UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| Civil Action No. 2:07-cv-0906, on appeal to | * | KNOWLES |
| the United States Court of Appeals for the | * | |
| Fifth Circuit, Case No. 09-31202 | * | |
| | * | |
| | ** | |

**********************************************************************

## DESIGNATION OF RECORD ON APPEAL

In accordance with the Order entered by the United States Court of Appeals for the Fifth Circuit, Merck Sharp & Dohme Corp. hereby submits this Designation of Record on Appeal and requests that the following items be included in the record for this appeal:[1]

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 2:07-cv-0906 | 1 | Case transferred in from Southern District of New York; Case Number 1:06-7745. Electronic file with documents numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District.  filed by Merck & Co., Inc.. (Attachments:  #1 PTO No. 14, #2 State Court Pleadings, #3 Docket sheet -- USDC, Southern District New York (Foley Square)) (cl)  (Entered: 03/13/200y) |
| 2:07-cv-0906 | 2 | ORDER DISMISSING CASE with prejudice for failure to comply with the requirements of Pre-Trial Order 43.  Signed by Judge Eldon E. Fallon on 10/30/2009. (Entered: 11/09/2009) |
| 2:07-cv-0906 | 3 | NOTICE OF APPEAL by Elena Strujan as to #2 Order Dismissing Case.  (Entered 12/07/2009) |

---

[1] Appellant is appearing pro se.  Undersigned counsel spoke with Ms. Strujan concerning preparation and submission of this designation and believes it to be complete.

1

1008734v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 2:05-md-1657 | 390 | PRETRIAL ORDER #14.  Signed by Judge Eldon E. Fallon on 5/26/2005.  (Entered 5/27/2005) |
| 2:05-md-1657 | 20399 | PRETRIAL ORDER #43 Case Management Order for Cases Serving Future Evidence Stipulations Pursuant to the Vioxx Resolution Program.  Signed by Judge Eldon E. Fallon on 07/02/2009.  (Reference: ALL CASES) (cms). (Additional attachments added on 8/18/2009: # 1 Exhibit A# 2 Exhibit B) (cms).  (Entered: 7/06/2000) |
| 2:05-md-1657 | 24995 | Third MOTION to Dismiss Party *With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 and incorporated memorandum* by Defendant.  Motion Hearing set for 10/29/2009 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Exhibit A-1, # 2 Proposed Order) (Entered: 10/09/2009) |
| 2:05-md-1657 | 25175 | ORDER TO SHOW CAUSE as to Plaintiffs in the cases listed in the attached Exhibit A Show Cause Hearing set for 10/29/2009 09:00 AM before Judge Eldon E. Fallon. Signed by Judge Eldon E. Fallon on 10/13/2009.  Deadlines as stated herein.  (Reference: Exhibit A) (cms) (Entered: 10/14/2009) |
| 2:05-md-1657 | 26346 | ORDER re 24995 Third Motion: that the claims of all plaintiffs on Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 43.  IT IS FURTHER ORDERED that the motion be and it hereby is deferred until 12/3/2009, immediately following the conclusion of the monthly status conference scheduled for 9:00 a.m., as to all plaintiffs on the attached Exhibit B.  IT IS FURTHER ORDERED that the motion be and it hereby is withdrawn as to all plaintiffs on the attached Exhibit C.  Signed by Judge Eldon E. Fallon on 10/30/2009.  (Reference:  Exhibits A-C) (cms) (Entered 11/02/2009) |
| 2:05-md-1657 | 28797 | NOTICE OF APPEAL by Plaintiff Elena Strujan as to 26346 Order to Show Cause (Reference 07-906) (dno).  (Entered 12/04/2009) |
| 2:05-md-1657 | 31447 | APPEAL TRANSCRIPT REQUEST by Plaintiff for proceedings held 10/30/2009 re 28797 Notice of Appeal. (Reference 07-906) (cms) (Entered 01/11/2010) |
| 2:05-md-1657 | 31592 | MOTION for a free transcript by Plaintiff Elena Strujan (Reference 07-906) (cms) (Entered 01/12/2010) |
| 2:05-md-1657 | 26917 | ORDER of USCA as to 28797 Notice of Appeal, instructing parties to submit joint designation of record on appeal (Reference 05-1657, 07-906) (cms) (Entered 02/08/2010) |

1008734v.1

WHEREFORE, PREMISES CONSIDERED, Merck respectfully requests that these documents be included in the record in this appeal.

        Respectfully Submitted,

        <u>s/Dorothy H. Wimberly</u>
        Phillip A. Wittmann, 13625
        Dorothy H. Wimberly, 18509
        STONE PIGMAN WALTHER
        WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, LA 70130

        John H. Beisner
        Jessica Davidson Miller
        SKADDEN, ARPS, SLATE, MEAGHER &
        FLOM LLP
        1440 New York Avenue, N.W.
        Washington, DC 20005

        Douglas R. Marvin
        WILLIAMS & CONNOLLY LLP
        725 Twelfth St., N.W.
        Washington, DC 20005

        ATTORNEYS FOR MERCK SHARP &
        DOHME CORP.

1008734v.1

## CERTIFICATE OF SERVICE

    I certify that on February 24, 2010, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by sending a true and correct copy by United States mail, postage prepaid, or third-party carrier to their address of record.

                                          s/Dorothy H. Wimberly
                                          Phillip A. Wittmann, 13625
                                          Dorothy H. Wimberly, 18509
                                          STONE PIGMAN WALTHER WITTMANN L.L.C.
                                          546 Carondelet Street
                                          New Orleans, LA 70130

                                          ATTORNEYS FOR MERCK & CO., INC.

1008734v.1