UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> Product Liability Litigation | * <br> * <br> * | MDL Docket No. 1657 <br> SECTION L |
| This document relates to: | * <br> * | |
| *Kathleen Anzalone, et al.* <br> v. <br> *Merck & Co., Inc.* | * <br> * <br> * <br> * | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Docket No. 2:07-cv-06108* | * <br> * <br> * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Kathleen Anzalone, individually and as representative of the estate of Dorothy Belanger, and Rene Belanger, Sr., Rene Belanger, Jr., Michael Belanger, Mary Roukey, John Belanger, Dorothy Williams, Elizabeth Kaufmann, David Belanger, and Scott Belanger, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 23rd day of _____February_____, 2010.

_____
DISTRICT JUDGE