UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | SECTION L |
| STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| Case No. 05-3700 | |

**DECLARATION OF DOUGLAS R. PLYMALE, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO QUASH SUBPOENA *DUCES TECUM* SERVED ON DRUG RESEARCH SERVICES, INC.**

I, DOUGLAS R. PLYMALE, declare and state as follows:

1. I am one of the attorneys for Plaintiffs, STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL, in the In re VIOXX Products liability Litigation, U.S. District Court for the Eastern District of Louisiana, MDL Case No. 05-cv-3700, and am competent to testify to the matters set forth below.

2. This declaration is submitted in support of Plaintiffs' Opposition to Motion to Quash Subpoena *Duces Tecum* Served On Drug Research Services, Inc.

3. The following documents are attached hereto in support of this motion:

Exhibit A – January 20, 2010 Deposition of David R. Silvers, Exhibit 22;

Exhibit B – Excerpts from the January 20, 2010 Deposition of David R. Silvers;

Exhibit C – Defendant's First Set of Interrogatories to Plaintiffs, dated June 5, 2009;

Exhibit D – Government Action Plaintiffs' First Set of Master Document Requests to Merck & Co., Inc., dated June 5, 2009;

1

Exhibit E – Government Action Plaintiffs' First Set of Master Interrogatories to Defendant Merck & Co., Inc., dated June 5, 2009;

Exhibit F – Government Action Plaintiffs' Second Set of Master Requests For Production to Defendant Merck Sharp & Dohme Corp., dated January 29, 2010;

Exhibit G – Plaintiff Attorney General James D. Caldwell's Third Set of Master Requests For Production to Defendant Merck Sharp & Dohme Corp., dated January 29, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2010

/s/  Douglas R. Plymale _____
Douglas R. Plymale, Ph.D.
dplymale@dugan-lawfirm.com
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Counsel for Plaintiffs