# EXHIBIT A

| Jay Dardenne | State of Louisiana | COMMERCIAL DIVISION |
| --- | --- | --- |
| SECRETARY OF STATE | Secretary of State | |



Uniform Commercial Code
(225) 342-5542
Fax
(225) 932-5318

Administrative Services
(225) 922-0415
Fax
(225) 932-5317

Corporations
(225) 925-4704
Fax
(225) 932-5314

| Name | Type | City | Status |
| --- | --- | --- | --- |
| DRUG RESEARCH SERVICES, INC. (A PROFESSIONAL MEDICAL CORPORATION) | Business Corporation | METAIRIE | Active |

**Business:** DRUG RESEARCH SERVICES, INC. (A PROFESSIONAL MEDICAL CORPORATION)
**Charter Number:** 34468747 D
**Registration Date:** 7/18/1994
**State Of Origin:**
**Domicile Address**
  4228 HOUMA BLVD., STE. 120
  METAIRIE, LA 70006
**Mailing Address**
  4228 HOUMA BLVD., STE. 120
  METAIRIE, LA 70006

## Status

| Status: | Active |
| --- | --- |
| Annual Report Status: | In Good Standing |
| File Date: | 7/18/1994 |
| Last Report Filed: | 6/17/2009 |
| Type: | Business Corporation |

## Registered Agent(s)

| Agent: | MICHAEL SILVERS |
| --- | --- |
| Address 1: | 317 MAGAZINE ST., SUITE 200 |
| City, State, Zip: | NEW ORLEANS, LA 70130 |
| Appointment Date: | 7/18/1994 |

## Officer(s)

**Additional Officers: No**

| Officer: | DAVID R. SILVERS, M.D. |
| --- | --- |
| Title: | Director |
| Address 1: | 4228 HOUMA BLVD., STE. 120 |
| City, State, Zip: | METAIRIE, LA 70006 |

## Amendments on File

No Amendments on file

Print



EXHIBIT NO. 22
J. HARPER