# EXHIBIT B

Page 1

```
                UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF LOUISIANA



* * * * * * * * * * * * * * *
                             *
In Re: VIOXX                 * MDL NO.: 1657
Products Liability Litigation *
                             * SECTION: L
This Document Relates to:    *
                             * HON. ELDON E.
   STATE OF LOUISIANA, ex rel.*     FALLON
   JAMES D. CALDWELL,        *
   ATTORNEY GENERAL          * MAG. JUDGE
         Plaintiff           * KNOWLES
                             *
   versus                    *
                             *
   MERCK SHARP & DOHME CORP. *
                             *
   Case No. 05-3700          *
                             *
                             *
* * * * * * * * * * * * * * *
```

Deposition of DAVID R. SILVERS, MD, FACG, FACP, taken on Wednesday, January 20, 2010, commencing at 9:33 a.m., in the law offices of Stone Pigman Walther Wittmann, 546 Carondelet Street, New Orleans, Louisiana, 70130.

1    Q    I want to go back to Exhibit 6, which
2    is your CV.  Doctor, the section starting on
3    Page 28 is a list of the clinical studies that
4    you were involved with.
5    A    Okay.
6    Q    And it looks like there are a number
7    of studies, the earliest listed going back to
8    1985.  Is that correct?
9    A    That's the one I referred to earlier,
10   the Arbaprostil study.
11   Q    Right, and there are a large number
12   of studies listed through early 2005; in fact,
13   over 185 studies.  Does that sound like an
14   approximately correct number of studies that
15   are listed here?
16   A    I've never counted them, so if you've
17   counted them, that would be a number that I
18   would accept.
19   Q    I represent that I have counted.
20   There are 190 listed here.
21   A    Thank you.
22   Q    And do you see that a number of these
23   studies were sponsored by Merck?
24        MR. TOMASELLI:
25        Object to the form; vague.

```
 1            MR. TOMASELLI:
 2            Object to the form; compound.
 3   EXAMINATION BY DR. PLYMALE:
 4      Q    Is that your recollection?
 5      A    What other types are you referring
 6   to?
 7      Q    Well, it looks to me like there are
 8   some non-pharmaceutical manufacturer sponsors
 9   listed.
10            MR. TOMASELLI:
11            Object to the form, if that's a
12   question.
13            THE WITNESS:
14            Could you restate the question,
15   please?
16   EXAMINATION BY DR. PLYMALE:
17      Q    Well, there are a number of studies
18   that don't list a sponsor, and it's impossible
19   to tell -- because there's no sponsor
20   listed -- whether that sponsor was a
21   pharmaceutical manufacturer or some other type
22   of entity.  Is that right?
23            MR. TOMASELLI:
24            Object to form.
25            THE WITNESS:
```

1      A     No, I do not.

2      Q     Do you know if that compound was

3   rofecoxib?

4            MR. TOMASELLI:

5            Object to form.

6            THE WITNESS:

7            I do not.

8   EXAMINATION BY DR. PLYMALE:

9      Q     Do you recall that study at all?

10     A     Not very well, no.  I would have to

11  look at the study and look at the details, to

12  recall that study.  It's been quite a few

13  years.

14     Q     Do you know if you were personally

15  involved in this study, 041-00?

16     A     I don't recall the details of that;

17  sorry.

18     Q     What materials or information were

19  you supplied with by the sponsor of the study,

20  in this case Merck, prior to the study?

21           MR. TOMASELLI:

22           Object to the form.  He said he

23  doesn't recall that, but to the extent you

24  can, you're free to answer.

25           THE WITNESS:

1            Well, from what I recall, they would

2  usually give me an investigative brochure, and

3  I would either sit down with one of their

4  clinical research associates and go over the

5  protocol, or I would attend a conference,

6  which would be maybe a one-day conference to

7  review the details of the clinical trial, or I

8  might send one of my coordinators or we might

9  both go to that trial, so the information that

10 they would provide me would be a standard

11 packet that they gave all their clinical

12 investigators, just like in any other trial.

13 EXAMINATION BY DR. PLYMALE:

14     Q    Would you get any additional

15 materials once the trial started from the

16 sponsor?

17           MR. TOMASELLI:

18           Object the form.

19           THE WITNESS:

20           As far as additional materials, if

21 there were any updates or changes to the

22 protocol I would get those, and of course I

23 would have to send those to the IRB for their

24 knowledge so that they could sign off on it,

25 and then it would get placed into the case

1  report file.

2  EXAMINATION BY DR. PLYMALE:

3      Q    If there were changes in the

4  protocol, would you have to send the

5  information to the IRB?

6      A    Yes, it was mandated in all clinical

7  trials.

8      Q    Was there a separate IRB for each

9  clinical study that was sent to you?

10     A    Yes, in the majority of cases.  Each

11 study would use our own.  I usually picked an

12 IRB, or it would be predesignated by the

13 sponsor of the trial as to which IRB we would

14 use.

15     Q    If you were able to choose the IRB,

16 which IRB did you choose most often?

17     A    Most often we'd use Western IRB.

18     Q    Where is that?

19     A    I think it's in Seattle.

20     Q    And what other IRB did you choose?

21     A    Oh, you know, that was the

22 predominant IRB.  I know we used a few others,

23 but I don't recall their names offhand.

24     Q    This particular trial, according to

25 your CV, has dates of May 2000 to

Page 133

1  September 2000.  Do you still have any of the
2  materials relating to this trial?
3      A    I would say yes.
4      Q    Where are those materials kept?
5      A    They're kept in a storage unit.  We
6  have a company that we hire that keeps all of
7  our clinical records and office charts as well
8  that we no longer use, and so since I haven't
9  needed them, I've just kept them in storage
10 and just paid a storage fee.
11     Q    Where are they stored, what city?
12     A    You know, I think they're stored in
13 Metairie, but it could be in New Orleans, but
14 I'm not quite sure exactly where, but it's
15 somewhere pretty close to my office, because
16 they're able to deliver the boxes to me when I
17 need them.
18     Q    During Hurricane Katrina, did they
19 notify you that any of the records had been
20 destroyed or damaged in that facility?
21     A    None of the records were destroyed or
22 damaged at that facility to my knowledge, but
23 I have not seen them personally to be able to
24 assess that yet.
25     Q    And do you maintain records at that

```
 1     Q    And this particular trial doesn't
 2   appear to be concerning pain medication but is
 3   rather for diabetes medications; is that
 4   correct?
 5     A    That would be appropriate, based on
 6   the title of the study.
 7     Q    On Page 48 there are two Merck
 8   studies listed, the third and the fourth
 9   clinical studies as well.  Those are also
10   regarding diabetes medications; is that
11   correct?
12     A    That is correct.
13     Q    On Page 49, the third clinical trial
14   listed there appears to be a Celebrex trial
15   sponsored by Pfizer.  Is that correct?
16     A    That is correct.
17     Q    How much does it cost a sponsor to
18   conduct one of these clinical trials at your
19   site?
20          MR. TOMASELLI:
21          Object to the form; vague.
22          THE WITNESS:
23          How much does it cost a sponsor to
24   conduct a clinical trial at my site?  There's
25   a lot that goes into that question, and I
```

1  think a lot of it would have to do with the
2  type of study, whether it involves a procedure
3  such as an endoscopy, a colonoscopy, the
4  length of the study, how long the study is.
5           Certainly they're going to pay more
6  for a longterm two-year follow up or four-year
7  follow up than they would for a six-week
8  study; the number of visits, the number of
9  patients, whether I do the recruiting, whether
10 I have to pay for the research coordinators.
11 I mean, there are a lot of factors that go
12 into that answer.  What I can say unswervingly
13 and without a doubt is that each one is
14 different.
15 EXAMINATION BY DR. PLYMALE:
16      Q    Drug research Services, Inc. only did
17 clinical trials; is that right?
18      A    That's correct.
19      Q    And what were the gross revenues of
20 Drug Research Services, Inc. annually,
21 starting in 1985?
22      A    I can't recall.  I really have no
23 idea, to be able to tell you that.  Again, in
24 1985 I was part of Mahorner Clinic, so any of
25 the moneys that I got went to the clinic, not

1  ever more than a million dollars?

2  A  No.

3  Q  From 1995 through the present, were

4  gross revenues ever more than $500,000?

5  A  No.

6  Q  Can you approximate the average gross

7  revenue annually, from 1995 to the present?

8  A  300 to 400,000.

9  Q  Okay, and did that vary much over

10 that time period from 1995 through the

11 present?

12 A  Yes, absolutely; tremendously.

13 Q  Did it vary significantly between

14 1995 and September 2005, the date of Katrina?

15 A  Yes, it did.

16 Q  Can you approximate how much that

17 varied from year to year?

18 A  The gross revenues?

19 Q  Yes.

20 A  In the last probably two to three

21 years -- so that would be from 2002 to 2005 --

22 gross revenues were probably in the range of

23 150 to 200,000.

24 Q  I think you mentioned the number of

25 staff employed in your prior testimony.  Did

1      Q    Drug Research Services, Inc. I
2   believe you testified was shut down, or
3   effectively shut down in 2007. Is that
4   correct?
5      A    That is correct.
6           DR. PLYMALE:
7           And I want to mark this as
8   Exhibit 22, which is a printout from the
9   Secretary of State.
10  EXAMINATION BY DR. PLYMALE:
11     Q    That lists Drug Research Services,
12  Inc. as active and in good standing as of
13  yesterday?
14     A    Correct.
15     Q    Is that correct? So it still exists?
16     A    In that there are -- first of all, I
17  can't completely close it, because I have to
18  maintain the records for drug companies for a
19  long, long period of time, and before I can
20  even begin considering eliminating those files
21  I have to contact each drug company
22  individually, and as you know, you mentioned I
23  have done over a hundred -- I've done 190
24  studies.
25           That means I'd have to send out 190

1   letters to the drug companies, asking them if
2   it's okay for me to destroy those files.
3   Well, since Katrina when this whole thing shut
4   down -- and basically, by shut down I mean we
5   lost all our patients, I lost all my
6   coordinators.  I still had overhead but I had
7   no patient revenue coming in.
8            I still had to do searches through
9   the files, to give the drug companies the data
10  that they needed to finalize these trials.  I
11  still had to maintain the company, but as far
12  as actively enrolling clinical trials and as
13  far as actively maintaining anything to do
14  with patients, there is no patient activity.
15  The only thing I have is, I have to keep it
16  open to keep those files alive, and once I've
17  gotten permission from the drug companies, I
18  will shut it down.  It will probably be
19  another ten years before it's completely no
20  longer anything, but yes.
21       Q    And as to the trials that were
22  interrupted by Katrina, did you receive any
23  revenue post-Katrina for any of those trials?
24       A    For the patients that I completed?
25       Q    Completed or didn't complete.