UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**FINDING OF SPECIAL MASTER UNDER PROVISIONS OF
ARTICLE 10.4.2 OF SETTLEMENT AGREEMENT PERTAINING
TO THE CLAIM OF VELMA ROBINSON VCN #1053425**

A hearing was held in this matter on January 21, 2010 and on February 23, 2010. Velma Robinson was present at the hearing and was permitted to testify and to introduce into evidence any evidence and documents she deemed relevant. The reason for suspending the hearing on January 21, 2010 was to permit Ms. Robinson to gather any additional documents that she deemed necessary to refute the findings of the Court Administrator.

Based on the testimony produced at the hearing and my review of the exhibits introduced into evidence, it is my conclusion and finding that Exhibits 2 and 3 are not records that were generated and/or maintained by any of the identified medical facilities. It is also my conclusion and finding that after being notified of her ineligibility, Ms. Robinson submitted to the Court Administrator Exhibit 3 which is obviously an altered version of Exhibit 2. Under "DISCHARGE MULTIAXAL DIAGNOSIS (ES)" in Exhibit 2 it states "A transient ischemic attack. 'Ischemia.'" In the altered Exhibit 3, it states "A ischemic stroke." This altered document was an obvious attempt to get the claim declared eligible. Ms Robinson lacked credibility in her flawed attempt to explain this alteration. The actual medical records do not support a claim of eligibility under this settlement program.

Such a material alteration constitutes a gross deception of the actual records and under the provisions of Article 10.4.2 of the Settlement Agreement, the claim of Velma Robinson VCN #1053425 is denied and Velma Robinson shall cease to have any further rights under the Program. Velma Robinson's Dismissal, with prejudice, Stipulation and Release shall be delivered to Merck.

Lafayette, Louisiana, this 25th day of February, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2010, I electronically filed the foregoing Finding with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants.  I further certify that I mailed and/or faxed the foregoing Finding and the notice of electronic filing to the following:

Turner W. Branch
Brent M. Ferrel
Branch Law Firm
2025 Rio Grande NW
Albuquerque, NM 87104
Fax No.: (505) 243-3534

Orran L. Brown
Brown Greer, PLC
Post Office Box 85031
Richmond, VA 23285-5031
Fax No.: (804) 521-7299

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113
Fax No.: (504) 561-6024

Ms. Velma Robinson
27748 Pistachio Court
Hayward, CA 94544

Douglas R. Marvin
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005
Fax No.: (202) 434-5029

Lafayette, Louisiana, this 25th day of February, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com