UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                                                MDL NO. 1657
           PRODUCTS LIABILITY LITIGATION:
                                                                                              SECTION: L

                                                                                              JUDGE FALLON
………………………………………………..                   MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
2:05-cv-05834

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the undersigned counsel hereby stipulate that all claims of Plaintiff, Kathleen Olds, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____                                   _____
Seth Sharrock Webb                                              Stephen G. Strauss
Brown & Crouppen, P.C.                                      Bryan Cave LLP
720 Olive St., Ste. 1800                                        211 N. Broadway, Suite 3600
St. Louis, MO 63101                                            St. Louis, MO 63102
(314) 421-0216                                                     (314) 259-2000 Tel
                                                                              (314) 259-2020 Fax

Dated:  1/21/08

                                                                              Phillip A. Wittmann
                                                                              Dorothy H. Wimberly
                                                                              Stone Pigman Walther
                                                                              Wittmann LLC
                                                                              546 Carondelet Street
                                                                              New Orleans, LA 70130
                                                                              (504) 581-3200 Tel
                                                                              (504) 581-3361 Fax

                                                                              Attorneys for Merck & Co., Inc.

                                                                              Dated: 2-24-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of February, 2010.

/s/ *Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.