# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Vioxx®                            *          MDL Docket No. 1657
**Product Liability Litigation**          *
                                          *          SECTION L
**This document relates to:**             *
                                          *
*Betty Jean Gant, et al.*                 *          JUDGE FALLON
*v.*                                      *
*Merck & Co., Inc., et al.*               *          MAGISTRATE JUDGE KNOWLES
                                          *
*Only with regard to:*                    *
*Clover Williams*                         *
                                          *
                                          *
*Docket No. 2:06-cv-00792*                *
*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Clover Williams in the above-captioned case

be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 24th day of _____ February _____, 2010.

_____
DISTRICT JUDGE