*Confidential Settlement Information*

| V4189 | SUMMARY OF CLAIMS EVENT NOTICES<br>Date of Summary: 2/15/10 | | |
|---|---|---|---|
| **CLAIMANT NAME** | Mary Dressel | **VCN** | 1108825 |
| **PRIMARY COUNSEL** | Law Firm of J. Christopher Alexander, Sr. | | |
| **PRIMARY INJURY** | MI | **CLAIM STATUS** | Closed: Claim Extinguished – No Timely FES and No Timely Appeal Filed |

| | Date | Event/Notice |
|---|---|---|
| 1. | 5/5/08 | Release received. |
| 2. | 6/30/08 | Claims Form plus Pharmacy Records, Medical Records, and Event Records ("PME Records") received, and the claim joined the queue for a Gates Review. |
| 3. | 11/24/08 | Supplemental Release received. |
| 4. | 12/4/08 | Supplemental Release became NCD (no current deficiencies). |
| 5. | 12/24/08 | Primary Counsel logged on to its secure Vioxx Portal. |
| 6. | 1/2/09 | Stipulation of Dismissal received. |
| 7. | 1/8/09 | Claimant became Enrolled in the Vioxx Settlement Program. |
| 8. | 1/13/09 | Primary Counsel logged on to its secure Vioxx Portal. |
| 9. | 1/20/09 | Supplemental Stipulation of Dismissal received. |
| 10. | 1/22/09 | Supplemental Stipulation of Dismissal became NCD (no current deficiencies). |
| 11. | 1/27/09 | Primary Counsel logged on to its secure Vioxx Portal. |
| 12. | 2/12/09 | Primary Counsel logged on to its secure Vioxx Portal. |
| 13. | 3/23/09 | Primary Counsel logged on to its secure Vioxx Portal. |
| 14. | 4/14/09 | *Claims Administrator Notice of Ineligibility* posted to Primary Counsel's Vioxx Portal with email sent to jca@jcalaw.us alerting Counsel to the posting. The Notice reported that the claimed MI did not meet the Eligibility Requirements for the Settlement Program because the Primary Injury did not pass the Injury and Proximity Gates. The Notice gave the Claimant 21 calendar days to send the claim to the Gate Committee or submit additional documentation and request a Secondary Review from the Claims Administrator. The Notice also explained that if the claim failed the Secondary Review, or if 21 days passed without a response from the Claimant, the claim would go to the Gate Committee.<br><br>The email was delivered successfully. |

*Confidential Settlement Information*

| V4189 | SUMMARY OF CLAIMS EVENT NOTICES<br>Date of Summary: 2/15/10 | | | |
|---|---|---|---|---|
| **CLAIMANT NAME** | Mary Dressel | | **VCN** | 1108825 |
| **PRIMARY COUNSEL** | Law Firm of J. Christopher Alexander, Sr. | | | |
| **PRIMARY INJURY** | MI | **CLAIM STATUS** | Closed: Claim Extinguished – No Timely FES and No Timely Appeal Filed | |

| | Date | Event/Notice |
|---|---|---|
| **15.** | 4/15/09 | Primary Counsel logged on to its secure Vioxx Portal and viewed the *Claims Administrator Notice of Ineligibility*. |
| **16.** | 5/12/09 | Claim sent to Gate Committee because Primary Counsel did not respond to the *Claims Administrator Notice of Ineligibility* within 21 days. |
| **17.** | 7/6/09 | *Gate Committee Notice of Ineligibility* posted to Primary Counsel's Vioxx Portal with email sent to jca@jcalaw.us alerting Counsel to the posting. The Notice reported that the Gate Committee determined the claimed MI did not meet the Eligibility Requirements for the Program because the Primary Injury did not pass the Injury and Proximity Gates. The Notice allowed 15 calendar days to elect to Appeal the Gate Committee's finding to the Special Master, or 30 calendar days to submit a Future Evidence Stipulation ("FES").<br><br>The email was delivered successfully. |
| **18.** | 7/7/09 | Primary Counsel logged on to its secure Vioxx Portal and viewed the *Gate Committee Notice of Ineligibility*. |
| **19.** | 7/10/09 | *V4173 – Comprehensive Claimant Status Report* posted on Counsel's Vioxx Portal, with email sent to jca@jcalaw.us alerting Counsel to the posting. This Report listed the claim as Open with "Gate Committee Determination of Ineligibility" as the most recent Event. The email asked Counsel to review the Report and contact the Claims Administrator if the Claimant's status was in error. That email was delivered successfully.<br><br>Counsel never viewed this Report. |
| **20.** | 7/16/09 | Reminder email sent to jca@jcalaw.us reporting that 10 days had passed since the *Gate Committee Notice of Ineligibility* was posted on Counsel's Vioxx Portal, and that any Appeal must be filed within 5 days of this date. The email also explained that if Counsel wished to submit an FES instead of filing an Appeal, they had to do so within 20 days of this date.<br><br>The email was delivered successfully. |

*Confidential Settlement Information*

| V4189 | SUMMARY OF CLAIMS EVENT NOTICES<br>Date of Summary: 2/15/10 | | | |
|---|---|---|---|---|
| **CLAIMANT NAME** | Mary Dressel | | **VCN** | 1108825 |
| **PRIMARY COUNSEL** | Law Firm of J. Christopher Alexander, Sr. | | | |
| **PRIMARY INJURY** | MI | **CLAIM STATUS** | Closed: Claim Extinguished – No Timely FES and No Timely Appeal Filed | |

| | Date | Event/Notice |
|---|---|---|
| **21.** | 7/26/09 | Reminder email sent to jca@jcalaw.us reporting that 20 days had passed since the *Gate Committee Notice of Ineligibility* was posted on Counsel's Vioxx Portal, and that an FES must be filed within 10 days of this date. The email also explained that if Counsel did not submit an FES, the Release and Stipulation of Dismissal with Prejudice on the claim would be delivered to Merck and the claim would be extinguished.<br><br>The email was delivered successfully. |
| **22.** | 7/31/09 | *V4173 – Comprehensive Claimant Status Report* posted on Counsel's Vioxx Portal, with email sent to jca@jcalaw.us alerting Counsel to the posting. This Report listed the claim as Open with "Gate Committee Determination of Ineligibility" as the most recent Event. The email asked Counsel to review the Report and contact the Claims Administrator if the Claimant's status was in error. The Report itself was also emailed to Primary Counsel as an attachment because Counsel had never opened the 7/10/09 Report on the Portal. That email was delivered successfully.<br><br>Counsel never viewed this Report. |
| **23.** | 8/7/09 | Claim was closed because Primary Counsel did not file an Appeal or submit an FES. |
| **24.** | 8/13/09 | Primary Counsel logged on to its secure Vioxx Portal. |

*Confidential Settlement Information*

| V4189 | SUMMARY OF CLAIMS EVENT NOTICES<br>Date of Summary: 2/15/10 | | | |
|---|---|---|---|---|
| **CLAIMANT NAME** | Mary Dressel | | **VCN** | 1108825 |
| **PRIMARY COUNSEL** | Law Firm of J. Christopher Alexander, Sr. | | | |
| **PRIMARY INJURY** | MI | **CLAIM STATUS** | Closed: Claim Extinguished – No Timely FES and No Timely Appeal Filed | |

| | Date | Event/Notice |
|---|---|---|
| **25.** | 8/14/09 | *V4173 – Comprehensive Claimant Status Report* posted on Counsel's Vioxx Portal, with email sent to jca@jcalaw.us alerting Counsel to the posting. This Report listed the claim as Open with "Claim Closed – No Further Action From Firm after Gate Committee Notice of Ineligibility" as the most recent Event. The email asked Counsel to review the Report and contact the Claims Administrator if the Claimant's status was in error. The email also reminded Primary Counsel that all notices of determinations made on claims are posted to the Vioxx Portal and that Primary Counsel must check the Vioxx Portal regularly to keep abreast of their clients' claims. That email was delivered successfully.<br><br>Counsel never viewed this Report.<br><br>Also on this date, the Claims Administrator received a letter from Primary Counsel requesting an extension to submit an FES. In his request, Counsel claimed "the emails which were allegedly sent to notify our office of the determination of her ineligibility simply did not arrive in our offices." |
| **26.** | 8/25/09 | The extension request for the deadline to submit an FES was presented to Merck for their determination. |
| **27.** | 8/26/09 | Email sent to jca@jcalaw.us alerting Primary Counsel that the material submitted as New Evidence pursuant to Paragraph B.5 of the FES was denied because it was not material to the Eligibility Requirements in the Settlement Agreement.<br><br>The email was delivered successfully. |
| **28.** | 8/28/09 | *V4173 – Comprehensive Claimant Status Report* posted on Counsel's Vioxx Portal, with email sent to jca@jcalaw.us alerting Counsel to the posting. This Report listed the claim as Closed: Claim Extinguished – No Timely FES and No Timely Appeal Filed. The email asked Counsel to review the Report and contact the Claims Administrator if the Claimant's status was in error. That email was delivered successfully.<br><br>Counsel never viewed this Report. |
| **29.** | 9/21/09 | Primary Counsel logged on to its secure Vioxx Portal. |

*Confidential Settlement Information*

| V4189 | SUMMARY OF CLAIMS EVENT NOTICES<br>Date of Summary: 2/15/10 | | | |
|---|---|---|---|---|
| **CLAIMANT NAME** | Mary Dressel | | **VCN** | 1108825 |
| **PRIMARY COUNSEL** | Law Firm of J. Christopher Alexander, Sr. | | | |
| **PRIMARY INJURY** | MI | **CLAIM STATUS** | Closed: Claim Extinguished – No Timely FES and No Timely Appeal Filed | |
| | **Date** | **Event/Notice** | | |
| 30. | 9/29/09 | Primary Counsel logged on to its secure Vioxx Portal. | | |
| 31. | 10/21/09 | *V4173 – Comprehensive Claimant Status Report* posted on Counsel's Vioxx Portal, with email sent to jca@jcalaw.us alerting Counsel to the posting. This Report listed the claim as Closed: Claim Extinguished – No Timely FES and No Timely Appeal Filed. The email asked Counsel to review the Report and contact the Claims Administrator if the Claimant's status was in error. That email was delivered successfully.<br><br>Counsel never viewed this Report. | | |
| 32. | 10/29/09 | Email sent to jca@jcalaw.us and lsulaw@gmail.com alerting Primary Counsel that Merck reviewed and denied the request for an extension to submit an FES.<br><br>The email was delivered successfully. | | |

| V3034 | **CLAIMS ADMINISTRATOR NOTICE OF INELIGIBILTY**<br>Date of Notice: 4/14/09<br>**Deadline to Respond: 5/5/09** |
|---|---|

### I. CLAIMANT INFORMATION

| Claimant Name | Dressel, Mary Alice | VCN | 1108825 |
|---|---|---|---|
| Law Firm | Alexander Sr., J. Christopher, Law Firm of | | |
| Primary Injury: | MI | Date of Event: | 5/24/01 |

### II. CLAIMS ADMINISTRATOR DETERMINATION

This is an official Notice from BrownGreer PLC, the Vioxx Claims Administrator. The Claims Administrator has determined that this claim does not meet the Eligibility Requirements for the Settlement Program because it does not pass the following Gate(s):

| 1. | Injury | [X] |
|---|---|---|
| 2. | Duration | [ ] |
| 3. | Proximity | [X] |

### III. STATUS OF REQUIRED PME RECORDS

Section 1.3.1 and, by reference, Exhibit 1.3.1 require PME records, which, for eligibility determinations include a completed Claims Form, Event Records and Proof of Vioxx Use. If any of the boxes in this section is checked, it is because the Claims Administrator has determined that your Claims Package did not include those required records. Without a completed Claims Form and both Event Records and Proof of Use, a claim may not pass the Eligibility Requirements.

| 4. | No Event Records Submitted for Claimed Injury | [ ] |
|---|---|---|
| 5. | No Proof of Use Submitted | [ ] |
| 6. | No Asserted Injury Date on Claims Form | [ ] |

### IV. RIGHT TO SUBMIT ADDITIONAL INFORMATION

After you close out of this Notice, you will have the ability to choose one of the following options within **21 calendar days:** 1) I have not provided any additional information and do not intend on providing any additional information to the Claims Administrator. Send this Claim to the Gate Committee; or 2) I have completed gathering all additional information about my claim, and I am submitting the following new records and information to the Claims Administrator for a Secondary Review. If you choose option 2, do not send information you previously submitted, and you must use the "Upload" feature that becomes enabled when you select this option. During Secondary Review, we will review any newly submitted information to determine if it renders the claim eligible. If the claim passes pursuant to our Secondary Review, we will send you a *Claims Administrator Notice of Eligibility after Receipt of Additional Claims Material*. If the claim does not pass pursuant to our Secondary Review, or if 21 days pass from the date of this Notice and you have not selected option 1 or 2, we will send the claim and all information you have submitted to the Gate Committee, pursuant to Section 2.5 of the Settlement Agreement. **There will be no extensions granted to this 21-day deadline, and we will not unlock the claims portal for you to change your response or to submit additional documents.** Any new document submitted after the expiration of the 21-day period will not be included in your Claims Package for consideration by the Claims Administrator, the Gate Committee, Merck or the Special Master. Nor will it be available to you as part of your Claims Package if you later submit a Future Evidence Stipulation. Finally, we may discover during Secondary Review that a Gate we passed during our first review should be a failing Gate. If that occurs, we will issue a *Claims Administrator Notice of Ineligibility after Receipt of Additional Claims Material*.

## V. GATE COMMITTEE REVIEW

The Gate Committee is comprised of three representatives appointed by Merck and three representatives appointed by the Negotiating Plaintiffs' Counsel. If your claim goes to the Gate Committee, it will review your submitted Claims Package and determine if you should be deemed a Qualifying Program Claimant who is eligible to receive benefits in the Settlement Program. If a majority of the Gate Committee decides that your claim is eligible, the Claims Administrator will notify you of that result and will then review the claim for Points Assessment. If the Gate Committee decides that your claim is not eligible, the Claims Administrator will send you a *Gate Committee Notice of Ineligibility*, which will outline the options available to you under the Settlement Agreement.

*Confidential Settlement Information*

| V2065 | **GATE COMMITTEE NOTICE OF INELIGIBILITY** <br> **(Single Injury)** <br> Date of Notice: 7/6/09 <br> **Deadline to Appeal to Special Master: 7/21/09** <br> **Deadline to Submit FES: 8/5/09** |
|---|---|

| **I. CLAIMANT INFORMATION** |||||
|---|---|---|---|---|
| **Claimant Name** | Dressel, Mary Alice | | **VCN** | 1108825 |
| **Law Firm** | Alexander Sr., J. Christopher, Law Firm of |||
| **Primary Injury** | MI | | **Injury Date** | 5/24/01 |

**II. GATE COMMITTEE DETERMINATION**

This is an official Notice from BrownGreer PLC, the Vioxx Claims Administrator. The Gate Committee has determined this claim does not meet the Eligibility Requirements for the Program because it does not pass the following Gate(s):

| | Gate | Primary Injury |
|---|---|---|
| 1. | Injury | X |
| 2. | Duration | ☐ |
| 3. | Proximity | X |

**III. CLAIMANT'S RESPONSE TO THE NOTICE**

After you close out of this Notice, you will have the ability to choose one of the following two options:

**1) Appeal to the Special Master.** You must select this option on or before the Deadline to Appeal to Special Master shown above. The Special Master's decision will be final and binding and, if the Special Master finds the claim Ineligible, the Claims Administrator will deliver the Claimant's Dismissal With Prejudice Stipulation and Release to Merck. You will not be able to submit materials to the Special Master on appeal that you have not previously submitted to the Claims Administrator.

**2) Submit a Future Evidence Stipulation.** You must submit the Future Evidence Stipulation on or before the Deadline to Submit FES shown above. Upon proper completion and delivery of the Future Evidence Stipulation, the Claimant's Dismissal with Prejudice Stipulation and Release shall, subject to Section 2.7.3.1, be returned to the Claimant.

After you have chosen one of these options, you may not change your response.

*If you neither Appeal nor submit a Future Evidence Stipulation on or before the respective deadlines shown above, the Claims Administrator shall deliver the Claimant's Dismissal With Prejudice Stipulation and Release to Merck (and, without limitation, Merck shall be free to file or cause to be filed such Dismissal With Prejudice Stipulation and/or Release in any relevant action or proceeding.)*

| IV. APPEAL TO THE SPECIAL MASTER |
|---|
| If you decide to appeal to the Special Master, pursuant to 2.6.3 of the Settlement Agreement, the Special Master will determine de novo whether the claim meets the Eligibility Requirements, based solely on (i) the Claims Package submitted for the claim, and (ii) in the Special Master's discretion, any records or other documentation in the Litigation Medical Records Depository available to the Special Master pursuant to Section 1.3.4 that the Special Master deems relevant. The Special Master's decision on this matter shall be binding, final and Non-Appealable. The Special Master shall notify the Claims Administrator of its decision, and the Claims Administrator shall promptly notify the Gate Committee and the Enrolled Program Claimant of the Special Master's decision. |
| **V.  FUTURE EVIDENCE STIPULATION** |
| If you decide to submit a Future Evidence Stipulation pursuant to 2.7.3 of the Settlement Agreement, you must first certify the Claims Package available to you on the portal. You may then view, download, and print the Future Evidence Stipulation. The Future Evidence Stipulation must be signed by the Claimant, notarized, and delivered to the Claims Administrator on or before the Deadline to Submit FES shown above. If the Stipulation is timely submitted and is properly completed, the Claimant's Release and Dismissal with Prejudice Stipulation shall, subject to Section 2.7.3.1, be returned to the Claimant. If the Claimant fails to properly execute and deliver the Stipulation on or before the FES submission deadline, then promptly thereafter, the Claims Administrator shall deliver the Claimant's Dismissal With Prejudice Stipulation and Release to Merck, and without limitation, Merck shall be free to file or cause to be filed such Dismissal With Prejudice Stipulation and/or Release in any relevant action or proceeding.<br><br>**Pursuant to Pretrial Order No. 43, plaintiffs with cases pending in the United States District Court for the Eastern District of Louisiana as of November 9, 2007, must also produce within 30 days of serving a Future Evidence Stipulation on the Claims Administrator: 1) an Amended and Supplemental Plaintiff Profile Form, records requested therein, and executed Authorizations for Release of Records pursuant to Pretrial Order 18A, B or C, as applicable; and 2) a Rule 26(a)(2) case specific expert report from a medical expert.  Pretrial Order 43 states that failure to comply with the terms of the order will result in the claim being dismissed with prejudice, except for good cause shown.** |