**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:  2:05cv04981** |
| **Roger Carver, Individually and as representative of the Estate of Gail Carver** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

**ORDER**

On motion of the Plaintiff to reassign the hearing date on Plaintiff's Motion to Set Aside the Order of Dismissal, from February 26, 2010, to the date of the Court's next scheduled Status Conference,

**IT IS HEREBY ORDERED** that the Motion to Reassign Hearing Date on Plaintiff's Motion to Set Aside the Order of Dismissal entered herein on October 16, 2008, be and the same hereby is GRANTED. This matter shall be reinstated on the active docket of this Court.

New Orleans, Louisiana, this 24th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE