# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | * * | |
| *Charles Tidmore* | * | **JUDGE FALLON** |
| *v.* | * | |
| *Merck & Co., Inc.* | * * * | **MAGISTRATE JUDGE KNOWLES** |
| *Docket No. 2:05-cv-02021* | * * * | |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Charles Tidmore in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE