**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx® Product Liability Litigation** | * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| ***Claude Kennedy v. Merck & Co., Inc.*** | * | **JUDGE FALLON** |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| ***Docket No. 2:07-cv-07759*** | * | |

**************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Claude Kennedy in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 25th day of February, 2010.

Eldon E. Fallon

DISTRICT JUDGE