UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
|     Plaintiff, | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
|   versus | * | |
| | * | |
| MERCK SHARP & DOHME CORP., | * | |
| | * | |
|     Defendant. | * | |
| | * | |
| Case No. 05-3700. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S MOTION *IN LIMINE* NO. 8 TO EXCLUDE EVIDENCE OR ARGUMENT ABOUT MERCK'S PROFITS, FINANCIAL STATUS, AND ALLEGED "PROFIT MOTIVE" RELATING TO VIOXX

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves to exclude evidence or argument about Merck's profits, financial status, and alleged "profit motive" relating to Vioxx®.

As explained more fully in the accompanying Memorandum of Law, Plaintiff should be precluded from offering at trial any evidence or argument about Merck's profits, financial status, and alleged "profit motive" relating to Vioxx because Plaintiff is not seeking punitive damages and because evidence of Vioxx revenues or Merck's corporate motives is not relevant to any key issue in this case.

WHEREFORE, Merck respectfully requests that the Court exclude evidence or argument about Merck's profits, financial status, and alleged "profit motive" relating to Vioxx.

1009071v.1

Dated:  February 26, 2010                              Respectfully submitted,


                                                       */s/ Dorothy H. Wimberly*
                                                       Phillip A. Wittmann, 13625
                                                       Dorothy H. Wimberly, 18509
                                                       STONE PIGMAN WALTHER
                                                       WITTMANN L.L.C.
                                                       546 Carondelet Street
                                                       New Orleans, Louisiana  70130
                                                       Phone:  504-581-3200
                                                       Fax:     504-581-3361

                                                       Defendants' Liaison Counsel

1009071v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Exclude Evidence Or Argument About Merck's Profits, Financial Status, And Alleged "Profit Motive" Relating To Vioxx has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of February, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1009071v.1