UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | * MDL No. 1657 |
| | * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | * SECTION L |
|     CALDWELL, JR., Attorney General, | * |
| | * JUDGE ELDON E. FALLON |
|                       Plaintiff, | * |
| | * MAGISTRATE JUDGE |
|     versus | * KNOWLES |
| | * |
| MERCK SHARP & DOHME CORP., | * |
| | * |
|                       Defendant. | * |
| | * |
| Case No. 05-3700. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Defendant Merck Sharpe & Dohme Corp.'s Motion to Exclude Evidence Or Argument About Merck's Profits, Financial Status, And Alleged "Profit Motive" Relating To Vioxx (Motion in Limine No. 8), will be brought on for hearing on the 26th day of March, 2010, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: February 26, 2010

                                                                                             Respectfully submitted,

                                                                     /s/*Dorothy H. Wimberly*
                                                                     Phillip A. Wittmann, 13625
                                                                     Dorothy H. Wimberly, 18509
                                                                     STONE PIGMAN WALTHER
                                                                     WITTMANN LLC
                                                                     546 Carondelet Street
                                                                     New Orleans, LA 70130
                                                                     Phone: (504) 581-3200
                                                                     Fax:   (504) 581-3361

1009074v.1

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of February, 2010.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1009074v.1