UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation <br><br> This Document Relates to: <br><br> STATE OF LOUISIANA, *ex rel.* JAMES D. <br>     CALDWELL, JR., Attorney General, <br><br>         Plaintiff, <br><br>    versus <br><br> MERCK SHARP & DOHME CORP., <br><br>         Defendant. <br><br> Case No. 05-3700. | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE <br> KNOWLES |

**DEFENDANT'S MOTION *IN LIMINE* NO. 12 TO EXCLUDE TESTIMONY OR ARGUMENT REGARDING REPORTS PREPARED BY NICHOLAS JEWELL**

Defendant Merck Sharp & Dohme Corp. ("Merck"), through undersigned counsel, and pursuant to Federal Rules of Evidence 703, 801, and 802, hereby moves to exclude any testimony or argument about reports prepared by Nicholas Jewell, a statistician and non-testifying, consulting expert for Plaintiff in the Vioxx MDL. The facts and law supporting this motion are set forth in the accompanying memorandum, which is incorporated as if fully set forth herein.

Dated: February 26, 2010				Respectfully submitted,


						/s/ Dorothy H. Wimberly
						Phillip A. Wittmann, 13625
						Dorothy H. Wimberly, 18509
						STONE PIGMAN WALTHER
						WITTMANN L.L.C.
						546 Carondelet Street
						New Orleans, Louisiana  70130
						Phone:  504-581-3200
						Fax:     504-581-3361

						Defendants' Liaison Counsel

1009078v.1

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Exclude Evidence Testimony or Argument Regarding Reports Prepared by Nicholas Jewell has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of February, 2010.

    /s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1009078v.1