UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX                                        *
     Products Liability Litigation              *
                                                *
This Document Relates to:                           *   MDL No. 1657
                                                *
     STATE OF LOUISIANA, *ex rel.* JAMES D.   *   SECTION L
       CALDWELL, JR., Attorney General,       *
                                                *   JUDGE ELDON E. FALLON
            Plaintiff,          *
                                                *   MAGISTRATE JUDGE
       versus                                 *   KNOWLES
                                                *
     MERCK SHARP & DOHME CORP.,                 *
                                                *
           Defendant.              *
                                                *
     Case No. 05-3700.                          *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

     PLEASE TAKE NOTICE that the Defendant Merck Sharpe & Dohme Corp.'s Motion to Exclude Evidence Testimony or Argument Regarding Reports Prepared by Nicholas Jewell (Motion in Limine No. 12), will be brought on for hearing on the 26th day of March, 2010, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: February 26, 2010              Respectfully submitted,

                                   /s/*Dorothy H. Wimberly*
                                   Phillip A. Wittmann, 13625
                                   Dorothy H. Wimberly, 18509
                                   STONE PIGMAN WALTHER
                                   WITTMANN LLC
                                   546 Carondelet Street
                                   New Orleans, LA 70130
                                   Phone: (504) 581-3200
                                   Fax:   (504) 581-3361

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of February, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1009080v.1