# ANALYSIS OF VIOXX DATA FROM THE APPROVe, VICTOR & ViP STUDIES—PROTOCOL 203

The analyses here pool the data from the three studies and consider cardiac events only. There are 71 events recorded after commencement of follow-up. The pooled Kaplan-Meier estimates of the survival curves for the Vioxx and Placebo groups yield cumulative incidence proportions that are plotted against days of follow-up in Figure 9.

The apparent difference between these two curves cannot be attributed to chance variation (p-value = 0.001, using the log rank test). The estimate of the Relative Risk is 2.37 with a 95% confidence interval of (1.43, 3.91). Thus Vioxx patients were exposed to a more than doubling of the risk for a cardiac event over the observed entire time period. This estimate of the Relative Risk is essentially unchanged (RR = 2.36) if we account for different levels of risk in the three studies since there is little difference in proportions of patients on Vioxx in the three studies. As it happens there is no (statistically) significant difference in risk across the three studies, although quantitatively the ViP study shows the highest event rate, with Approve exhibiting only a very slightly smaller rate, and the VICTOR study showing only 79% of the risk as compared to ViP.

We can consider different periods of follow-up in looking at the cumulative incidence plots or Relative Risk estimates. In particular, for different periods of follow-up the estimated Relative Risks (with 95% confidence intervals) are:

From 0 to 1 month (30 days—Figure 1): RR = 2.68 (0.71, 10.12)

From 0 to 2 months (60 days—Figure 2): RR = 3.36 (0.92, 12.21)

From 0 to 4 months (120 days—Figure 3): RR = 1.42 (0.63, 3.19)

From 0 to 6 months (180 days—Figure 4): RR = 1.35 (0.64, 2.86)

From 0 to 1 year (365 days—Figure 5): RR = 1.51 (0.82, 2.80)

From 0 to 1½ years (540 days—Figure 6): RR = 1.76 (1.01, 3.06)

From 0 to 2 years (730 days—Figure 7): RR = 2.08 (1.22, 3.56)

From 0 to 3 years (1095 days—Figure 8): RR = 2.33 (1.41, 3.85)



EXHIBIT D

1

M00B734875

Finally, the overall Relative Risk "averages" the Relative Risks over sub-intervals although the number of events in smaller time periods is associated with much greater variability. However, for reference, the estimated Relative Risk (with 95% confidence intervals) for different time intervals are as follows:

From 0 to 1 month (11 events): RR = 2.68 (0.71, 10.12)

From 1+ to 6 months (17 events): RR = 0.91 (0.35, 2.36)

From 6+ to 12 months (14 events): RR = 1.91 (0.64, 5.71)

From 12+ to 24 months (18 events): RR = 5.50 (1.59, 18.99)

From 24+ to 36 months (11 events): RR = 5.02 (1.08, 23.24)   (No ViP data)

As can be seen and allowing for high variability, there is a reasonably consistent Relative Risk, reflecting consistently higher risk in the Vioxx patients over time. In addition, statistically the data is somewhat compatible with a constant Relative Risk over the five different time intervals (p-value = 0.13 when testing null hypothesis of constant Relative Risks against time varying Relative Risks).

Focusing on the first 18 months, the Relative Risk 1.76, significantly greater than 1.0, as noted above, indicating strong evidence of a considerably higher risk in the Vioxx patients. Carrying out a similar test of constant Relative Risk over four time intervals over the first 18 months (0--1 month, 1—6 months, 6—12 months, and 12—18 months) gives a p-value of 0.36. Thus the data shows significantly higher risk in the first 18 months, associated with exposure to Vioxx, and supports the fact that this elevated risk is consistently higher over this entire time period.

2

M00B734876

# FIGURE 1

## Protocol 203 Cardiac Events: 0—30 days of Follow-up



Relative Risk, comparing Vioxx to Placebo patients (95% CI) = 2.68 (0.71, 10.12)

M00B734877

## FIGURE 2

## Protocol 203 Cardiac Events: 0—60 days of Follow-up



Relative Risk, comparing Vioxx to Placebo patients (95% CI) = 3.36 (0.71, 10.12)

4

M00B734878

## FIGURE 3

**Protocol 203 Cardiac Events: 0—120 days of Follow-up**



Relative Risk, comparing Vioxx to Placebo patients (95% CI) = 1.42 (0.63, 3.19)

5

M00B734879

## FIGURE 4

## Protocol 203 Cardiac Events: 0—6 months of Follow-up



Relative Risk, comparing Vioxx to Placebo patients (95% CI) = 1.35 (0.64, 2.86)

M00B734880

**FIGURE 5**

**Protocol 203 Cardiac Events: 0—1 year of Follow-up**



Relative Risk, comparing Vioxx to Placebo patients (95% CI) = 1.51 (0.82, 2.80)

M00B734881

## FIGURE 6

### Protocol 203 Cardiac Events: 0—18 months of Follow-up



Relative Risk, comparing Vioxx to Placebo patients (95% CI) = 1.76 (1.01, 3.06)
(p-value = 0.04)

8

M00B734882

## FIGURE 7

**Protocol 203 Cardiac Events: 0—2 years of Follow-up**



Relative Risk, comparing Vioxx to Placebo patients (95% CI) = 2.08 (1.22, 3.56)
(p-value = 0.007)

9

M00B734883

# FIGURE 8

## Protocol 203 Cardiac Events: 0—3 years of Follow-up



Relative Risk, comparing Vioxx to Placebo patients (95% CI) = 2.33 (1.41, 3.85) (p=value = 0.001)

10

M00B734884

## FIGURE 9

## Protocol 203 Cardiac Events—All Follow-up Data



Relative Risk, comparing Vioxx to Placebo patients (95% CI ) = 2.37 (1.43, 3.91)
(p-value = 0.001)

M00B734885