Westlaw.

NewsRoom

4/29/05 FDAWEEK (No Page)

Page 1

4/29/05 FDA Wk. (Pg. Unavail. Online)
2005 WLNR 6712654

FDA Week
Copyright 2005 Inside Washington Publishers

April 29, 2005

Section: 17

ENZI, KENNEDY WORKING ON BILL TO ADDRESS DRUG SAFETY CONCERNS

Senate health committee chair Michael Enzi (R-WY) and ranking Democrat Edward Kennedy (MA) are working on legislation that would provide additional funding for FDA and address concerns about drug safety without setting up an independent drug safety office, a source close to Enzi says. The health committee chair believes a competing Senate plan to separate drug safety from the new drug office would make it difficult for FDA to properly balance a drug's risks and benefits.

The competing bill, introduced Wednesday (April 27) by Senate Finance Committee chair Chuck Grassley (R-IA) and health committee Democrat Christopher Dodd (CT), would create a separate FDA center to monitor post-market drug safety. The center would report to the FDA commissioner and would have the authority to force companies to complete post-market studies and change drug labels, and to suspend drug approvals.

The source close to Enzi would not elaborate on the details of Enzi and Kennedy's plan, and declined to say when the bill would be introduced. Enzi plans to hold a drug safety hearing next month, another congressional source says.

The source close to Enzi declined to say if Enzi will schedule a hearing specifically on Grassley's bill, or allow it to be marked up in the health committee. Enzi made it clear this week that he dislikes Grassley's approach.

"Some have proposed separating and isolating the drug safety office," Enzi said following the introduction of Grassley's bill. "What this really means is that the benefits and risks of prescription drugs would be weighed on two separate scales. The result would be less clarity and more confusion for patients and their doctors as they try to figure out how to interpret the separate measurements for themselves."

"The goal of Congress should be to ensure that the FDA factors safety into the drug review process at every step along the way. Isolating the drug safety specialists in a separate post-marketing center moves us farther from, not closer to, that goal," Enzi continued. "The FDA's job is to determine whether the benefits of a drug outweigh the risks. To do this properly, the FDA needs to weigh benefits and risks on the same scale."

Sources familiar with discussions between Enzi and Kennedy's office says Kennedy has been pushing for legislation, while up to now Enzi has been reluctant to pursue a legislative solution. Enzi wanted to finish his investigation into the COX-2

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

M000B20714

4/29/05 FDAWEEK (No Page) Page 2

painkiller Vioxx and other FDA-related issues before deciding, for example, if FDA needs to be given authority to change drug labels. The health committee chair wants to know if the Vioxx situation was unique, the sources say.

But Enzi is now convinced legislation is needed to give FDA more money and address concerns with drug safety and the drug approval process, the source close to Enzi says. Kennedy and Enzi's staff recently met to discuss legislative options. Sources indicate that Enzi is interested in giving the agency additional power to require post-market studies, but may be reluctant to give FDA power to allow it to require labeling changes.

Enzi also wants to give FDA additional funding for drug safety reviews.

---- INDEX REFERENCES ----

NEWS SUBJECT:   (Judicial (1JU36); Legal (1LE33); Government (1GO80))

INDUSTRY:   (Healthcare (1HE06); Pharmaceuticals & Biotechnology (1PH13); Medical Errors & Negligence (1ME81); Prescription Drugs (1PR52))

Language:   EN

OTHER INDEXING:   (CONGRESS; DEMOCRAT CHRISTOPHER DODD; DEMOCRAT EDWARD KENNEDY; ENZI; FDA; GRASSLEY; KENNEDY; SENATE; SENATE FINANCE COMMITTEE)  (Chuck Grassley; Enzi; Grassley; Michael Enzi)

Word Count: 632
4/29/05 FDAWEEK (No Page)

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

M000B20715