UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | * | SECTION L |
|     CALDWELL, JR., Attorney General, | * | |
| | * | JUDGE ELDON E. FALLON |
|           Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
|    versus | * | KNOWLES |
| | * | |
| MERCK SHARP & DOHME CORP., | * | |
| | * | |
|           Defendant. | * | |
| | * | |
| Case No. 05-3700. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT'S MOTION *IN LIMINE* NO. 7 FOR AN ORDER EXCLUDING THE FRIES LETTER

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves to exclude evidence of or argument pertaining to a January 9, 2001 letter from Dr. James Fries to Raymond Gilmartin, then Merck's CEO ("Fries Letter").

As explained more fully in the accompanying Memorandum of Law, Plaintiff should be precluded from offering at trial evidence of and argument pertaining to the Fries Letter because the letter is inadmissible hearsay, is irrelevant, and would cause unnecessary delay to the proceedings.

WHEREFORE, Merck respectfully requests that the Court exclude evidence of or argument pertaining to the Fries Letter.

Dated:  February 26, 2010                                    Respectfully submitted,


                                                             /s/ Dorothy H. Wimberly
                                                             Phillip A. Wittmann, 13625
                                                             Dorothy H. Wimberly, 18509
                                                             STONE PIGMAN WALTHER
                                                             WITTMANN L.L.C.
                                                             546 Carondelet Street
                                                             New Orleans, Louisiana  70130
                                                             Phone:  504-581-3200
                                                             Fax:      504-581-3361

                                                             Defendants' Liaison Counsel

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Motion For An Order Excluding The Fries Letter has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of February, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1009096v.1