UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>  Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, *ex rel.* JAMES D.<br>  CALDWELL, JR., Attorney General,<br><br>            Plaintiff,<br><br>    versus<br><br>MERCK SHARP & DOHME CORP.,<br><br>            Defendant.<br><br>Case No. 05-3700. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT'S MOTION *IN LIMINE* NO. 9 TO EXCLUDE EVIDENCE OF AND REFERENCE TO POST-MARKETING ADVERSE EVENT REPORTS**

Defendant Merck Sharp & Dohme Corp. ("Merck"), through undersigned counsel, and pursuant to Federal Rules of Evidence 402, 403, 703 and 802, hereby moves to (1) exclude all evidence of and references to postmarketing adverse event reports; (2) exclude references to tallies of the numbers of adverse event reports as evidence of notice to Merck of Vioxx's alleged cardiovascular risks; and (3) bar expert testimony based on such adverse event reports. The facts and law supporting this motion are set forth in the accompanying memorandum, which is incorporated as if fully set forth herein.

1009100v.1

Dated: February 26, 2010                    Respectfully submitted,


                                            /s/ Dorothy H. Wimberly
                                            Phillip A. Wittmann, 13625
                                            Dorothy H. Wimberly, 18509
                                            STONE PIGMAN WALTHER
                                            WITTMANN L.L.C.
                                            546 Carondelet Street
                                            New Orleans, Louisiana  70130
                                            Phone:  504-581-3200
                                            Fax:     504-581-3361

                                            Defendants' Liaison Counsel

1009100v.1

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion to Exclude Evidence of and Reference to Post-Marketing Adverse Event Reports has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of February, 2010.

    /s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1009100v.1