• AG-LA MIL re Graham Excess Events Calculation

[1:1] - [1:24]        5/9/2006       Graham, David - (MDL)

```
page 1
1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2                     -   -   -
               IN RE:  VIOXX      :  MDL DOCKET NO.
3              LITIGATION         :  1657
4              ----------------------------------------
               SUPERIOR COURT OF THE STATE OF CALIFORNIA
5                    COUNTY OF LOS ANGELES
                      CENTRAL CIVIL WEST
6
               VIOXX CASES        :  JCCP NO. 4247
7                                 :  ASSIGNED TO HON
                                  :  VICTORIA CHEYNEY
8                     -   -   -
                        CONFIDENTIAL
9              SUBJECT TO PROTECTIVE ORDER
                      -   -   -
10                   May 9, 2006
                      -   -   -
11             Videotape deposition of DAVID J.
12     GRAHAM, M.D., M.P.H, held at The
13     Renaissance Mayflower Hotel, 1127
14     Connecticut Avenue, N.W., Washington,
15     D.C. 20036, commencing at 9:23 a.m., on
16     the above date, before Linda L. Golkow, a
17     Federally-Approved Registered Diplomate
18     Reporter and Certified Shorthand
19     Reporter.
                      -   -   -
20
21             GOLKOW LITIGATION TECHNOLOGIES
                     Four Penn Center
22             1600 John F. Kennedy Boulevard
                        Suite 1210
23             Philadelphia, Pennsylvania 19103
                     877.DEPS.USA
24
```

[152:21] - [154:1]     5/9/2006       Graham, David - (MDL)

```
page 152
21             I want to go back to the
22     general question that was on the table at
23     the time, which was, as to your statement
24     about the Kaiser study, in the Kaiser
page 153
1      study that 88 to 140,000 excess cases of
2      serious coronary heart disease probably
3      occurred in the United States over the
4      life of the drug Vioxx.  And I had
5      interrupted you.
6              What is the answer to that
7      question as to why you make that
8      statement, if you haven't already
9      explained it?
10        A.    Right.
11        Q.    You started off saying it's
12     unsafe at any dose.  It starts at the
13     initial dose.  Are there other factors?
14        A.    Well, just that --
15        MR. BECK:  Object to form.
16     BY MR. KLINE:
17        Q.    Please, sir.
18        A.    Just that it has wide use;
19     that lower doses and higher doses
20     increase the risk; that there's typical
21     patients who are going to get the drugs
```

• AG-LA MIL re Graham Excess Events Calculation

```
22  have relatively high background rates for
23  heart disease.  And you take these
24  factors together and you multiply them
page 154
 1  out, and you end up with large numbers.
```

[402:20] - [405:11]     5/9/2006     Graham, David - (MDL)

```
page 402
20          Q.    Before our break, Dr.
21  Graham, we started to discuss this
22  estimate of yours of excess heart attacks
23  and sudden cardiac deaths, your number of
24  88,000 to 139,000.
page 403
 1          And I think we covered this,
 2  but am I correct that even though you
 3  published this in your Kaiser study, the
 4  numbers did not come from the work that
 5  you did with the Kaiser information?
 6          A.    That's correct.
 7          Q.    And did you say that they
 8  came from the VIGOR study and the APPROVe
 9  study?
10          A.    Correct.
11          Q.    In fact, you had to take
12  some numbers from VIGOR and APPROVe and
13  then apply them to other numbers from
14  still other studies in order to come up
15  with this estimate, didn't you?
16          A.    We took the numbers from
17  VIGOR and APPROVe, which were the risks,
18  the estimates of relative risk, the five
19  for the high dose and two for the low
20  dose, and we applied that to the
21  estimates of how many people had high
22  dose or low dose.  And in the formula
23  that you use, you also need background
24  rates for what is the background rate in
page 404
 1  the population that you are dealing with.
 2          Q.    When you did the background
 3  rates, you took background rates from
 4  still other studies, some of which didn't
 5  have anything to do with Vioxx, right?
 6          A.    We took background rates
 7  from the CLASS study, using their control
 8  group because they had an unexposed
 9  control group, and so what we could do
10  is, is by doing that, we could get a
11  handle on the types of patients who might
12  be prescribed a COX-2 inhibitor and look
13  to see what their experience of heart
14  attacks were.
15          We didn't have that in the
16  VIGOR study, because the VIGOR study
17  compared two active treatments.
18          We also, because people who
19  get enrolled in clinical trial are, as a
20  rule, healthier than the patients who
21  ultimately get the drugs, we also took a
22  background incidence rate from another
23  study with a somewhat sicker population,
24  and so then we had a range.  And it was
page 405
 1  because of the range in those two
 2  background rates that we end up with
 3  ultimately the 88,000 and the 139 or the
 4  140,000, that they relate to those rates.
 5          Q.    At least one of the studies
 6  that you picked the background rate from
```

• AG-LA MIL re Graham Excess Events Calculation

```
 7    didn't even involve Vioxx, right?
 8         A.    That's correct.  But it
 9    involved the types of patients who we had
10    every reason to believe would be
11    prescribed Vioxx in the real world.
```

[419:12] - [422:11]    5/9/2006    Graham, David - (MDL)

```
page 419
12         Q.    And, in fact, by the time we
13    finally get to the published article in
14    Lancet, the only numbers that you include
15    were these 88 to 139,000 numbers that you
16    first came up with in the revised-revised
17    manuscript, right?
18         A.    That's correct.
19         Q.    Now, I want to see if we can
20    understand a little better how you came
21    up with them.  I think you said that you
22    used the relative risks from the VIGOR
23    study and the APPROVe study, right?
24         A.    That is correct.
page 420
 1         Q.    And the relative risk for
 2    VIGOR was 5, right?
 3         A.    Correct.
 4         MR. BECK:  Somebody on the
 5         phone is either going to have to
 6         stop making noise or we're going
 7         to hang up on you here.
 8         MR. KLINE:  And I support
 9    Mr. Beck.
10    BY MR. BECK:
11         Q.    And the relative risk from
12    APPROVe was 2.0, right?
13         A.    Correct.
14         Q.    And then you took those
15    relative risks and applied them to
16    background rates that you got from other
17    studies, right?
18         A.    Yes.  Actually, if we refer
19    to the document in my report, the method
20    is described there.  The numbers are
21    different because we used different
22    background rates, but the method is
23    described there.
24         Q.    Well, it is a completely
page 421
 1    different comparison, too.  It's --
 2         A.    No.  But the underlying
 3    method is described, so that I can tell
 4    you accurately what it is that we did.
 5         Q.    Well, in your article, you
 6    state that "The background rate for acute
 7    myocardial infarction among control
 8    groups from studies of cardiovascular
 9    risk and NSAID users varied from 7.9 per
10    1,000 person years in CLASS," one of the
11    studies you referred to, to 12.4 per
12    1,000 person years in what was called the
13    TennCare study, right?
14         A.    Correct.
15         Q.    So, the background rate that
16    you used when doing your calculation was
17    this range of 7.9 to 12.4, right?
18         A.    Correct.
19         Q.    And by "background rate,"
20    what we mean is people who aren't taking
21    any medicine at all.  For every 1,000
22    person years of people not taking
23    medicine, 7.9 to 12.4 people are going to
```

**EXHIBIT B**

• **AG-LA MIL re Graham Excess Events Calculation**

```
                    24  have an adverse cardiovascular event,
              page 422
                     1  right?
                     2          A.    Right.  Within the age
                     3  groups that those populations came from,
                     4  right.
                     5          Q.    So, that's sort of what
                     6  you'd expect from someone taking no
                     7  medicine at all, is somewhere between 8
                     8  to 12 or so people per thousand are going
                     9  to have heart attacks just because that's
                    10  what happens in life, right?
                    11          A.    That's what happens.  Right.
```

[423:17] - [424:24]     5/9/2006     Graham, David - (MDL)

```
              page 423
                    17          Q.    And if you would go to, it
                    18  looks like Page 13, if I'm reading that
                    19  right.  13 of 37.
                    20          A.    Uh-huh.
                    21          Q.    In this FDA report, and this
                    22  is a memorandum about the VIGOR analysis,
                    23  right, about the VIGOR study?
                    24          A.    I believe it is.  Yes, it
              page 424
                     1  is.
                     2          Q.    Okay.
                     3          And does it say on this page
                     4  that the MI rate for Vioxx was .74?
                     5          A.    Yes, but I don't know what
                     6  the units are.
                     7          Q.    Okay.
                     8          If you go to the next page,
                     9  you'll see under the second footnote,
                    10  under the --
                    11          A.    Okay.
                    12          "Per 100 person years."
                    13          Q.    Okay.
                    14          And --
                    15          A.    So, that would be equivalent
                    16  to 7.4 per thousand person years.
                    17          Q.    So, the rate for myocardial
                    18  infarctions, heart attacks --
                    19          A.    Uh-huh.
                    20          Q.    -- for people who were
                    21  taking the high-dose Vioxx in the VIGOR
                    22  study was 7.4 per hundred -- per thousand
                    23  person years, right?
                    24          A.    Yes.
```

[428:13] - [428:19]     5/9/2006     Graham, David - (MDL)

```
              page 428
                    13          Q.    And, again, the real life
                    14  heart attack rate in both VIGOR and
                    15  APPROVe was lower than what you say is
                    16  the normal background rate for people who
                    17  are not taking any medicine at all,
                    18  right?
                    19          A.    That's correct.  But
```

[430:6] - [430:15]     5/9/2006     Graham, David - (MDL)

```
              page 430
                     6  of affected bodies.  And we put a number
                     7  in our paper, and what we were more
                     8  concerned with was the public health
                     9  impact of Vioxx exposure than we were
                    10  with what were the particular numbers,
```

**EXHIBIT B**

• **AG-LA MIL re Graham Excess Events Calculation**

```
              11  recognizing that the particular numbers
              12  could be different than the range that we
              13  gave, but that was our best estimate at
              14  what we thought was likely to be the
              15  case.
```

[432:22] - [433:1]     5/9/2006     Graham, David - (MDL)

```
              page 432
              22         Q.    But even with all of that,
              23  VIGOR and APPROVe both had lower rates
              24  than your background rates, correct?
              page 433
              1          A.    Yes.
```

[463:5] - [463:10]     5/9/2006     Graham, David - (MDL)

```
              page 463
              5          Q.    First of all, are they lower
              6   than some other folks' estimates of the
              7   number of increased cardiovascular, both
              8   deaths and incidents, that have occurred
              9   as a result of the drug Vioxx?
              10         A.    Yes, they are.
```