Research letters

# COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease

Wayne A Ray, C Michael Stein, James R Daugherty, Kathi Hall, Patrick G Arbogast, Marie R Griffin

Results of premarketing and postmarketing trials have raised doubts about the cardiovascular safety of the non-steroidal anti-inflammatory drug (NSAID) rofecoxib, especially at doses greater than 25 mg. Between Jan 1, 1999, and June 30, 2001, we did a retrospective cohort study of individuals on the expanded Tennessee Medicaid programme (TennCare), in which we assessed occurrence of serious coronary heart disease (CHD) in non-users (n=202 916) and in users of rofecoxib and other NSAIDs (rofecoxib n=24 132, other n=151 728). Participants were aged 50–84 years, lived in the community, and had no life-threatening non-cardiovascular illness. Users of high-dose rofecoxib were 1·70 (95% CI 0·98–2·95, p=0·058) times more likely than non-users to have CHD; among new users this rate increased to 1·93 (1·09–3·42, p=0·024). By contrast, there was no evidence of raised risk of CHD among users of rofecoxib at doses of 25 mg or less or among users of other NSAIDs.

Lancet 2002; **360**: 1071–73

The results of VIGOR,[1] a large clinical trial, indicated that individuals who took rofecoxib 50 mg were five times more likely to have a myocardial infarction than were those who took naproxen 1000 mg.[2] Furthermore, findings of subsequent observational studies[3,4] of naproxen 1000 mg have not shown a protective effect sufficient to explain this difference. Therefore, adverse cardiovascular events could be a side-effect of the selective inhibitor of cyclo-oxygenase 2 (COX-2) and non-steroidal anti-inflammatory drug (NSAID) rofecoxib. Our aim was to compare risk of acute myocardial infarction (AMI) and fatal coronary heart disease (CHD) in users of rofexocib, with risk in users of other frequently prescribed NSAIDs in the expanded Tennessee Medicaid programme, TennCare. Our study included an a priori analysis of rofecoxib at doses greater than 25 mg because such doses, not presently recommended for long-term (>5 days) use,[5] could be uniquely associated with adverse cardiovascular effects.[1,5]

|  | Non-user (n=202 916) | Ibuprofen (n=59 007) | Naproxen (n=70 384) | Celecoxib (n=22 337) | Rofecoxib ≤25 mg (n=20 245) | Rofecoxib >25 mg (n=3887) |
|---|---|---|---|---|---|---|
| Age (mean, SD) (years) | 61·8 (9·0) | 60·4 (8·1) | 60·4 (8·1) | 63·7 (8·9) | 63·2 (8·8) | 60·6 (8·1) |
| Women | 127 458 (63%) | 40 661 (69%) | 48 592 (69%) | 16 280 (73%) | 14 830 (73%) | 2552 (66%) |
| White | 151 568 (75%) | 40 065 (68%) | 49 626 (71%) | 16 246 (73%) | 15 561 (77%) | 2998 (77%) |
| TennCare enrolment, uninsured† | 74 718 (37%) | 18 247 (31%) | 23 054 (33%) | 5780 (26%) | 5884 (29%) | 1184 (31%) |
| Treatment for cardiovascular problems in past year‡ | 155 681 (77%) | 49 684 (84%) | 58 864 (84%) | 19 778 (89%) | 17 618 (87%) | 3350 (86%) |
| Major cardiovascular disease§ | 69 150 (34%) | 23 213 (39%) | 27 011 (38%) | 9625 (43%) | 8507 (42%) | 1640 (42%) |
| Cardiovascular drug¶ | 150 846 (74%) | 48 183 (82%) | 57 186 (81%) | 19 375 (87%) | 17 243 (85%) | 3256 (84%) |
| Treatment for musculoskeletal problems in past year‡ |  |  |  |  |  |  |
| NSAID use | 0 | 39 620 (67%) | 46 634 (66%) | 16 630 (73%) | 14 232 (70%) | 2773 (71%) |
| Rheumatoid arthritis | 2056 (1%) | 1020 (2%) | 1228 (2%) | 1090 (5%) | 519 (3%) | 126 (3%) |
| Systemic lupus erythematosus | 540 (0·3%) | 206 (0·3%) | 225 (0·3%) | 200 (1%) | 179 (1%) | 25 (1%) |
| Other inflammatory arthropathy | 353 (0·2%) | 146 (0·2%) | 166 (0·2%) | 166 (1%) | 106 (0·5%) | 16 (0·4%) |
| Oral corticosteroids | 32 594 (16%) | 14 172 (24%) | 17 190 (24%) | 6978 (31%) | 6013 (30%) | 1282 (33%) |
| Methotrexate | 1260 (1%) | 513 (1%) | 578 (1%) | 563 (3%) | 270 (1%) | 72 (2%) |
| Other DMARD | 2356 (1%) | 806 (1%) | 940 (1%) | 796 (4%) | 503 (3%) | 77 (2%) |
| Other medical care in past year‡ |  |  |  |  |  |  |
| Oestrogen use among women | 54 574 (27%) | 19 395 (33%) | 23 517 (33%) | 8642 (39%) | 7723 (38%) | 1510 (39%) |
| Smoking-related illness‖ | 8281 (4%) | 2743 (5%) | 3264 (5%) | 1158 (5%) | 953 (5%) | 197 (5%) |
| Hospital admission for non-cardiovascular illness | 21 564 (11%) | 7331 (12%) | 8478 (12%) | 3431 (15%) | 2946 (15%) | 578 (15%) |
| Peptic ulcer or gastrointestinal bleeding** | 4261 (2%) | 1180 (2%) | 1408 (2%) | 759 (3%) | 567 (3%) | 132 (3%) |
| Visit to emergency room because of non-cardiovascular illness | 50 857 (25%) | 22 062 (37%) | 25 728 (37%) | 7885 (35%) | 7061 (35%) | 1440 (37%) |
| Number of prescriptions, any drug (mean, SD) | 49·9 (43·3) | 71·8 (54·4) | 70·5 (53·9) | 93·2 (60·1) | 91·0 (60·1) | 94·2 (66·8) |
| Number of visits to doctor (mean, SD) | 2·5 (1·6) | 3·0 (1·5) | 3·0 (1·5) | 3·4 (1·5) | 3·3 (1·5) | 3·3 (1·5) |

Data are number (%) unless otherwise stated. DMARD=disease-modifying anti-rheumatic drug. *Does not include 71 803 former NSAID users and 75 186 users of non-selective NSAIDs other than ibuprofen or naproxen, or users of multiple NSAIDs. †Individuals who do not meet federal guidelines for Medicaid but receive benefits because they do not have other health insurance. ‡Adjusted for age and sex of cohort. §Includes heart failure, myocardial infarction, obstructive coronary artery disease, cerebrovascular disease, peripheral artery disease, and other serious cardiovascular disease, as previously defined.[3] ¶Includes angiotensin-converting-enzyme inhibitors, antiarrhythmics, anticoagulants, antidiabetic agents, aspirin, beta blockers, calcium channel blockers, digoxin and other inotropic agents, lipid-lowering drugs, loop diuretics, nitrates, non-aspirin platelet inhibitors, thiazide diuretics, angiotensin-receptor blockers, and other antihypertensives. ‖Defined by inpatient or outpatient encounters (two required) with diagnoses for smoking-associated illnesses: emphysema, chronic bronchitis, chronic pharyngitis, smoker's tongue, tobacco use, tobacco poisoning, history of tobacco use. **Defined by inpatient encounters with diagnoses for peptic ulcer or gastrointestinal haemorrhage or outpatient encounters (two required) for peptic ulcer.

Table 1: **Baseline characteristics of NSAID non-users and users***

M01 0655644

RESEARCH LETTERS

|  | Person-years | Events | Rate/1000 | Adjusted IRR (95% CI) | p |
|---|---|---|---|---|---|
| **Non-user** | 237 975 | 3085 | 13·0 | 1·00 | .. |
| **Former user** | 125 208 | 1403 | 11·2 | 0·97 (0·90–1·03) | 0·294 |
| **Current user** | | | | | |
| Ibuprofen | 16 330 | 190 | 11·6 | 0·91 (0·78–1·06) | 0·216 |
| Naproxen | 21 093 | 245 | 11·6 | 0·93 (0·82–1·06) | 0·304 |
| Celecoxib | 5643 | 74 | 13·1 | 0·96 (0·76–1·21) | 0·192 |
| Rofecoxib ≤25 mg | 4037 | 55 | 13·6 | 1·03 (0·78–1·35) | 0·299 |
| Rofecoxib >25 mg | 618 | 13 | 21·0 | 1·70 (0·98–2·95) | 0·058 |
| **New user during study** | | | | | |
| Ibuprofen | 4319 | 52 | 12·0 | 1·01 (0·77–1·33) | 0·954 |
| Naproxen | 6489 | 72 | 11·1 | 0·92 (0·73–1·16) | 0·481 |
| Celecoxib | 4509 | 55 | 12·2 | 0·88 (0·67–1·16) | 0·361 |
| Rofecoxib ≤25 mg | 3430 | 47 | 13·7 | 1·02 (0·76–1·37) | 0·888 |
| Rofecoxib >25 mg | 500 | 12 | 24·0 | 1·93 (1·09–3·43) | 0·024 |

*Does not include 16 872 person years of follow-up and 251 events for other or multiple non-selective NSAIDs.

Table 2: **Study events by NSAID***

We did a retrospective cohort study, in which we included individuals between Jan 1, 1999, and June 30, 2001, as previously described.[3] Patients were eligible if they were aged 50–84 years, were eligible for TennCare benefits throughout the past 365 days, were not in a nursing home, and had no medical history of non-cardiovascular life-threatening illness.[3] Study eligibility continued until the patient no longer met one or more of these criteria, died, or reached a study endpoint, or the study ended, whichever came first. The study was approved by the Vanderbilt Committee for the Protection of Human Subjects.

We assessed the effect of several NSAIDs—namely, ibuprofen, naproxen, celecoxib, rofecoxib, and other non-aspirin NSAIDs.[3] We defined someone as an NSAID user if they were taking (by prescription) an NSAID at enrolment, or began taking an NSAID (after 365 days of not taking that drug) during the time they were eligible for the study. We included individuals in the cohort from the first study day of current use, and stopped follow-up at the end of study eligibility, after 365 days of no NSAID use, or at time of switching from one NSAID to another. A person could re-enter the cohort as a user of a different NSAID so long as that person remained otherwise eligible. New users were patients who began use of an individual NSAID during follow-up. Analysis of these people is less susceptible to biases introduced by missing of cardiovascular events that arise shortly after start of NSAID use or by modification of cardiovascular disease risk factors, such as hypertension, by the NSAID. We classified as non-users individuals who had not taken an NSAID within 365 days of enrolment; follow-up ended when patients became ineligible or when they started to take an NSAID. All NSAID users and non-users had had at least one prescription for some sort of drug in the 365 days before enrolment.[3]

Our main endpoint was serious CHD, as defined in our previous study[3] as hospital admission for AMI, or death from CHD. We identified deaths in 1999 and 2000 from linked computerised death-certificate files, and for 2001 from paper death certificates, obtained and coded by trained nosologists unaware of patients' treatment assignments.

We classified every person-day of cohort membership, according to NSAID use, as current (date prescription filled through end of days' supply[3]), former (use during past 365 days), or non-use. Rofecoxib use was classified by dose (≤25 mg vs >25 mg [93% 50 mg, 7% 37·5 mg]). We estimated adjusted incidence rate ratios (IRR) for NSAID exposure groups from a Poisson regression model. The model included a summary cardiovascular disease risk score,[3] based on previous prescriptions, and inpatient and outpatient encounters. It also adjusted for age, sex, ethnic origin, calendar year, basis for inclusion in TennCare, use of replacement oestrogens, hospital admission for non-cardiovascular illness, visits to an emergency department, rheumatoid arthritis, previous visits to a family doctor, and current aspirin use (by prescription). An alternative analysis, which allowed each person to enter the cohort only once, yielded similar findings (results not shown, but available from author on request).

The cohort included 251 046 NSAID users and 202 916 non-users (table 1). Individuals taking rofecoxib and celecoxib were slightly older, more likely to be female, and more likely to have baseline cardiovascular or other illnesses than were those taking ibuprofen or naproxen. After adjustment for age and sex, there were only minor baseline differences between users of rofecoxib at doses of greater than 25 mg, rofecoxib 25 mg or less, and celecoxib; the high-dose rofecoxib group had slightly lower risk for cardiovascular disease at baseline.

During the 427 775 person-years of follow-up there were 5316 study events (12·4 per 1000 person-years), which comprised 3309 AMIs and 2007 deaths from CHD. Users of high-dose rofecoxib had a rate of serious CHD 1·70 times (95% CI 0·98–2·95, p=0·058; table 2) that for non-users and 1·78 times (0·99–3·21, p=0·056) that for celecoxib users. New users of high-dose rofecoxib had a serious CHD rate 1·93 times (1·09–3·43, p=0·024) that for non-users and 2·20 times (1·17–4·10, p=0·014) that for celecoxib users. By contrast, there was no evidence of increased risk of serious CHD for rofecoxib 25 mg or less, celecoxib, naproxen, and ibuprofen (table 2). Risk of serious CHD did not increase among high-dose users of celecoxib (≥300 mg; IRR 0·94, 0·59–1·50), naproxen (≥1000 mg; 1·00, 0·87–1·16), or ibuprofen (≥1800 mg; 0·93, 0·78–1·11).

Our results indicate that high-dose rofecoxib could be associated with a raised risk of serious CHD, whereas rofecoxib 25 mg or less, celecoxib, naproxen, and ibuprofen are not. Risk of serious CHD increased by 70% relative to NSAID non-users, and new users had a nearly doubled risk.

This study had similar limitations to those noted in our previous study[3] on non-selective NSAIDs. Briefly, individuals taking rofecoxib could have differed from non-users of NSAIDs with respect to unmeasured factors that affected risk of serious CHD. To assess such bias, we did analyses with the reference group of celecoxib users, whose baseline characteristics were similar to those for rofecoxib. The excess risk for high-dose rofecoxib persisted. However, because those on high-dose rofecoxib had only 13 study events, further monitoring of the safety of this dose should be done.

Our data, in conjunction with premarketing data—that suggest that high-dose rofecoxib increases hypertension, lower extremity oedema, and creatinine concentrations[5]—raise serious doubts about the cardiovascular safety of the drug at doses of greater than 25 mg. Results of the VIGOR study[1] and an inability to confirm a large protective effect of 1000 mg naproxen,[3,4] reinforce this conclusion. Because

M01 0655645

there is no evidence of greater long-term (>5 days) efficacy for these high doses,[5] we recommend that at present long-term use of high-dose rofecoxib be avoided.

#### Contributors
W A Ray, M R Griffin, C M Stein, and P G Arbogast designed the study and wrote the protocol. W A Ray and P G Arbogast did statistical analyses. J R Daugherty and K Hall contributed to the protocol and did the computer programming. W A Ray wrote the initial draft of the report, which was revised by M R Griffin, C M Stein, and P G Arbogast.

#### Conflict of interest statement
W A Ray has worked as a consultant for Merck Research Laboratories within the past 3 years, but not within the past year. M R Griffin is a consultant for Merck. No funding for this study was provided by any pharmaceutical company.

#### Acknowledgments
The work was supported in part by the Agency for Healthcare Research and Quality, Center for Education and Research on Therapeutics cooperative agreement (grant HS1-0384), US Public Health Service grant HL 67964, and a cooperative agreement with the Food and Drugs Administration (FD-U-001641). The sponsors of the study had no role in study design, data collection, data analysis, data interpretation, or writing of the report.

1   Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N Engl J Med* 2000; **343:** 1520–28.
2   Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. *JAMA* 2001; **286:** 954–59.
3   Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. *Lancet* 2002; **359:** 118–23.
4   Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. *Arch Intern Med* 2002; **162:** 1099–104.
5   Food and Drug Administration. Medical Officer review, 1999: Vioxx. NDA 21-042. http://www.fda.gov/cder/foi/nda/99/021042_52_vioxx.htm (accessed July 31, 2002).

**Departments of Preventive Medicine** (Prof W A Ray PhD, K Hall BS, J R Daugherty MS, P G Arbogast PhD, Prof M R Griffin MD) **and Medicine** (C M Stein MB, Prof M R Griffin), **Vanderbilt University School of Medicine, Nashville, TN 37232, USA; and Vanderbilt University Center for Education and Research on Therapeutics (CERT), and the Geriatric Research, Education and Clinical Center, Nashville Veterans Administration Center, Nashville, TN** (Prof W A Ray, Prof M R Griffin)

**Correspondence to:** Prof Wayne Ray
(e-mail: Wayne.Ray@mcmail.vanderbilt.edu)

---

# Transfusion-related alloimmune neutropenia: an undescribed complication of blood transfusion

*Jonathan P Wallis, Simon Haynes, Gail Stark, Frances A Green, Geoff F Lucas, Cath E Chapman*

**Alloimmune neutropenia in neonates is rare. We describe severe and persistent neutropenia in a 4-week-old neonate, which arose within 2 h of a transfusion of blood that contained about 28 mL of plasma and in which strong antibodies against human neutrophil antigen 1b (HNA-1b) were subsequently identified. The infant was positive for HNA-1b. No other likely cause of neutropenia was discovered. We believe this complication of blood transfusion to be a previously unrecognised one, and have called the condition transfusion-related alloimmune neutropenia (TRAIN).**

Lancet 2002; **360:** 1073–74

Alloimmune neutropenia due to transplacental transfer of antibodies against neutrophils is well recognised. We describe here a child and an adult who developed neutropenia after transfusion of blood containing antibodies against neutrophils. A 2·2 kg male infant was born at term with transposition of the great arteries. He underwent an arterial switch procedure without complication at age 4 weeks. On the second postoperative day, 80 mL of plasma reduced blood, containing about 12·5 mL of plasma per kg bodyweight, was transfused over 4 h. Preoperative, postoperative, and pretransfusion white cell counts were normal. 2 h after transfusion, the white cell count had fallen to $0·7 \times 10^9$/L. Neutropenia persisted and, 48 h after the transfusion, a bone marrow aspiration was done that showed active myelopoiesis to the stage of metamyelocytes but no band or segmented forms. Treatment was started with 3 μg/kg subcutaneous granulocyte colony stimulating factor given daily. The neutrophil count recovered to more than $1·0 \times 10^9$/L at 5 days' post-transfusion (table and figure). The child remained clinically well without signs of infection. No respiratory distress was noted and a chest radiograph showed no infiltrates suggestive of transfusion-related acute lung injury (TRALI).

Plasma from the donor unit was tested for HLA and neutrophil antibodies. A strongly reacting antibody to human neutrophil antigen 1b (HNA-1b) was detected with chemiluminescence, immunofluorescence, and monoclonal antibody capture assays. The titre was 8 by immunofluorescence. No HLA class 1 or 2 antibodies were detected.

The patient had a genotype of HNA-1a1b. Antibody to HNA-1b was not detected in plasma taken from the patient 5 days after transfusion of blood.

The donor was an untransfused, multiparous woman aged 48 years. Her last pregnancy was 19 years before the current donation. There was no history suggestive of neonatal alloimmune neutropenia in her children, but pregnancy is the most likely route of immunisation since her genotype was HNA-1a1a and her husband's genotype was HNA-1b1b.

We traced previous recipients of blood components from the same donor and examined their clinical course to see if neutropenia or TRALI had been associated with their transfusions. One adult who received a unit of plasma-reduced red cells (containing about 100 mL plasma) had developed pronounced neutropenia (neutrophil counts of $0·75 \times 10^9$/L 24 h after transfusion and $5·3 \times 10^9$/L 13 days



**Total white cell and neutrophil counts**
G-CSF=granulocyte colony stimulating factor.