UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *  MDL No. 1657 |
| | * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | *  SECTION L |
|     CALDWELL, JR., Attorney General, | * |
| | *  JUDGE ELDON E. FALLON |
|         Plaintiff, | * |
| | *  MAGISTRATE JUDGE |
| versus | *  KNOWLES |
| | * |
| MERCK SHARP & DOHME CORP., | * |
| | * |
|         Defendant. | * |
| | * |
| Case No. 05-3700. | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT'S MOTION *IN LIMINE* NO. 13 TO EXCLUDE EVIDENCE OR ARGUMENT THAT MERCK MISLED THE FOOD AND DRUG ADMINISTRATION

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves to exclude evidence or argument that Merck committed "fraud" on the FDA, misled the FDA, or otherwise violated the Food, Drug, and Cosmetic Act, 21 U.S.C. § 301, *et seq.*, and its implementing regulations (collectively "FDCA").

As explained more fully in the accompanying Memorandum of Law, Plaintiff should be precluded from offering at trial any evidence or argument that Merck misled the FDA because such testimony is prohibited under the *Buckman* doctrine as articulated by the U.S. Supreme Court. Under the FDCA, state law tort claims alleging that a pharmaceutical company defrauded FDA or violated FDCA disclosure requirements are preempted.

WHEREFORE, Merck respectfully requests that the Court exclude evidence or argument that Merck committed "fraud" on the FDA, misled the FDA, or otherwise violated the FDCA.

1009118v.1

Dated:  February 26, 2010

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

1009118v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Exclude Evidence Or Argument That Merck Misled The Food And Drug Administration has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of February, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1009118v.1