UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | * | SECTION L |
|     CALDWELL, JR., Attorney General, | * | |
| | * | JUDGE ELDON E. FALLON |
|             Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
|    versus | * | KNOWLES |
| | * | |
| MERCK SHARP & DOHME CORP., | * | |
| | * | |
|             Defendant. | * | |
| | * | |
| Case No. 05-3700. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT'S MOTION *IN LIMINE* NO. 6 TO EXCLUDE EVIDENCE OR ARGUMENT ABOUT MERCK'S ALLEGED CONDUCT WITH NO NEXUS TO THIS CASE

    Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves to exclude evidence or argument about Merck's alleged conduct with no nexus to this case.

    As explained more fully in the accompanying Memorandum of Law, Plaintiff should be precluded from offering at trial any evidence or argument about Merck's alleged conduct with no nexus to this case because such testimony would be irrelevant and unconstitutional. In particular, evidence of Merck's interaction with out-of-state entities and evidence of alleged personal injuries to Louisiana citizens should be excluded

1009122v.1

WHEREFORE, Merck respectfully requests that the Court exclude evidence or argument about Merck's alleged conduct with no nexus to this case.

Dated:  February 26, 2010

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

1009122v.1

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Exclude Evidence Or Argument About Merck's Alleged Conduct With No Nexus To This Case has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of February, 2010.

    /s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1009122v.1