UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation <br><br> This Document Relates to: <br><br> STATE OF LOUISIANA, *ex rel.* JAMES D. <br>     CALDWELL, JR., Attorney General, <br><br>                 Plaintiff, <br><br>   versus <br><br> MERCK SHARPE & DOHME CORP., <br><br>                 Defendant. <br><br> Case No. 05-3700. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *     MDL No. 1657 <br><br>     SECTION L <br><br>     JUDGE ELDON E. FALLON <br><br>     MAGISTRATE JUDGE <br>     KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **DOCUMENTS FILED UNDER SEAL**

1. Defendant's Motion to Exclude Evidence Or Argument Criticizing the Food and Drug Administration or its Approval of Vioxx (Motion in Limine No. 1);

2. Memorandum in Support of Motion to Exclude Evidence Or Argument Criticizing the Food and Drug Administration or its Approval of Vioxx (Motion in Limine No. 1)

3. Exhibits A through C; and,

4. Notice of Hearing.

1009134v.1