UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, *ex rel.* JAMES D.<br>　　CALDWELL, JR., Attorney General,<br><br>　　　　　　　Plaintiff,<br><br>　versus<br><br>MERCK SHARPE & DOHME CORP.,<br><br>　　　　　　　Defendant.<br><br>Case No. 05-3700. | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DOCUMENTS FILED UNDER SEAL

　　1.　Defendant's Motion To Exclude Evidence And Argument Regarding Hypothetical and Speculative Scenarios (Motion in Limine No. 2);

　　2.　Memorandum in Support of Motion To Exclude Evidence And Argument Regarding Hypothetical and Speculative Scenarios (Motion in Limine No. 2);

　　3.　Exhibits A through D; and,

　　4.　Notice of Hearing.

1009160v.1