UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation <br><br> This Document Relates to: <br><br> STATE OF LOUISIANA, *ex rel.* JAMES D. <br>     CALDWELL, JR., Attorney General, <br><br>            Plaintiff, <br><br>   versus <br><br> MERCK SHARP & DOHME CORP., <br><br>            Defendant. <br><br> Case No. 05-3700. | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE <br> KNOWLES |

## **ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Motion To Exclude Evidence And Argument Regarding Hypothetical and Speculative Scenarios, Memorandum of Law in Support and Accompanying Exhibits Under Seal,

IT IS ORDERED that Defendant Merck is hereby granted leave to file its Motion To Exclude Evidence And Argument Regarding Hypothetical and Speculative Scenarios (MIL No. 2), Memorandum of Law in Support and accompanying exhibits under seal.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2010.

                                                                                     _____
                                                                                     HONORABLE ELDON E. FALLON
                                                                                      UNITED STATES DISTRICT JUDGE