UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *    MDL No. 1657 |
| | * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | *    SECTION L |
|     CALDWELL, JR., Attorney General, | * |
| | *    JUDGE ELDON E. FALLON |
|                 Plaintiff, | * |
| | *    MAGISTRATE JUDGE |
|     versus | *    KNOWLES |
| | * |
| MERCK SHARPE & DOHME CORP., | * |
| | * |
|                 Defendant. | * |
| | * |
| Case No. 05-3700. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DOCUMENTS FILED UNDER SEAL

1.  Defendant's Motion *In Limine* No. 3 To Exclude Evidence And Argument Regarding Unrelated Marketing And Promotional Materials;

2.  Memorandum in Support of Motion *In Limine* No. 3 To Exclude Evidence And Argument Regarding Unrelated Marketing And Promotional Materials;

3.  Exhibits A through D; and,

4.  Notice of Hearing.

1009174v.1