UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | * | SECTION L |
|     CALDWELL, JR., Attorney General, | * | |
| | * | JUDGE ELDON E. FALLON |
|     Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
|     versus | * | KNOWLES |
| | * | |
| MERCK SHARPE & DOHME CORP., | * | |
| | * | |
|     Defendant. | * | |
| | * | |
| Case No. 05-3700. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DOCUMENTS FILED UNDER SEAL**

    1.  Defendant's Motion to Exclude Testimony or Argument that Merck Should Have Changed the Vioxx Label Prior to April, 2002 (Motion in Limine No. 5);

    2.  Memorandum in Support of Motion to Exclude Testimony or Argument that Merck Should Have Changed the Vioxx Label Prior to April, 2002 (Motion in Limine No. 5);

    3.  Exhibits A through D; and,

    4.  Notice of Hearing.

1009182v.1