UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>  Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, *ex rel.* JAMES D.<br>  CALDWELL, JR., Attorney General,<br><br>                    Plaintiff,<br><br>    versus<br><br>MERCK SHARP & DOHME CORP.,<br><br>                    Defendant.<br><br>Case No. 05-3700. | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES |

## **ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Motion to Exclude Testimony or Argument that Merck Should Have Changed the Vioxx Label Prior to April, 2002, Memorandum of Law in Support and Accompanying Exhibits Under Seal,

IT IS ORDERED that Defendant Merck is hereby granted leave to file its Motion to Exclude Testimony or Argument that Merck Should Have Changed the Vioxx Label Prior to April, 2002 (MIL No. 5), Memorandum of Law in Support and accompanying exhibits under seal.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2010.

                                                                                    _____
                                                                                    HONORABLE ELDON E. FALLON
                                                                                    UNITED STATES DISTRICT JUDGE

1009183v.1