UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General,<br><br>Plaintiff,<br><br>versus<br><br>MERCK SHARPE & DOHME CORP.,<br><br>Defendant.<br><br>Case No. 05-3700. | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## DOCUMENTS FILED UNDER SEAL

1. Defendant's Motion to Exclude Evidence and Argument Regarding Merck's Alleged Attempts to Persuade Louisiana Officials Not to Enact Legislation that Created the Preferred Drug List (MIL No. 4);

2. Memorandum in Support of Motion to Exclude Evidence and Argument Regarding Merck's Alleged Attempts to Persuade Louisiana Officials Not to Enact Legislation that Created the Preferred Drug List (MIL No. 4);

3. Exhibits A through C; and,

4. Notice of Hearing.

1009194v.1