UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, *ex rel.* JAMES D.<br>　　CALDWELL, JR., Attorney General,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　versus<br><br>MERCK SHARPE & DOHME CORP.,<br><br>　　　　　　　　　　Defendant.<br><br>Case No. 05-3700. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### DOCUMENTS FILED UNDER SEAL

1. Defendant's Omnibus Motion For Order Excluding Evidence And Testimony Raised By Motions Previously Denied By The Court (Motion in Limine No. 15);

2. Memorandum in Support of Omnibus Motion For Order Excluding Evidence And Testimony Raised By Motions Previously Denied By The Court (Motion in Limine No. 15);

3. Exhibits A through R; and,

4. Notice of Hearing.

1009201v.1