UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *   MDL No. 1657 |
| | * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | *   SECTION L |
|     CALDWELL, JR., Attorney General, | * |
| | *   JUDGE ELDON E. FALLON |
|         Plaintiff, | * |
| | *   MAGISTRATE JUDGE |
|   versus | *   KNOWLES |
| | * |
| MERCK SHARP & DOHME CORP., | * |
| | * |
|         Defendant. | * |
| | * |
| Case No. 05-3700. | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Omnibus Motion For Order Excluding Evidence And Testimony Raised By Motions Previously Denied By The Court, Memorandum of Law in Support and Accompanying Exhibits Under Seal,

IT IS ORDERED that Defendant Merck is hereby granted leave to file its Omnibus Motion For Order Excluding Evidence And Testimony Raised By Motions Previously Denied By The Court (MIL No. 15), Memorandum of Law in Support and accompanying exhibits under seal.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2010.

                                                                                                                              _____

                                          HONORABLE ELDON E. FALLON
                                          UNITED STATES DISTRICT JUDGE

1009200v.1