UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Gay Nell Aaron, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *David Lee Armstrong, individually and* | * | |
| *as representative of the estate of Pamela* | * | |
| *Joy Armstrong, and Andrea Leight* | * | |
| *Armstrong Ereman and Marcus David* | * | |
| *Armstrong* | * | |
| | * | |
| *Docket No. 2:06-cv-10282* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs David Lee Armstrong, individually and as representative of the estate of Pamela Joy Armstrong, and Andrea Leight Armstrong Ereman and Marcus David Armstrong in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE