# EXHIBIT C

Ben Bearden

Page 1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
                          - - -
 3
 4
      IN RE:  VIOXX PRODUCTS        : MDL NO. 1657
 5    LIABILITY LITIGATION          :
                                    : SECTION L
 6    This Document Relates to:     :
                                    : JUDGE ELDON
 7         STATE OF LOUISIANA, ex rel.  : E. FALLON
           JAMES D. CALDWELL, JR.,  :
 8         Attorney General,        : MAGISTRATE
               Plaintiff,           : JUDGE KNOWLES
 9                                  :
               versus               :
10                                  :
           MERCK & CO., INC.,       :
11             Defendant.           : NO. 05-3700
12                        - - -
13            Monday, October 12, 2009
14                        - - -
15            Videotaped deposition of BEN
16    BEARDEN, held at LOUISIANA DEPARTMENT OF HEALTH
17    & HOSPITALS, 627 North 4th Street, Baton Rouge,
18    Louisiana, commencing at approximately
19    9:32 a.m., before Rosemary Locklear, a
20    Registered Professional Reporter, Certified
21    Realtime Reporter, Certified Court Reporter (NJ)
22    and Notary Public.
23            GOLKOW TECHNOLOGIES, INC.
         877.370.3377 ph | 971.591.5672  Fax
24              deps@golkow.com
```

Ben Bearden

Page 56

1    time.   David really carried the weight of this

2    as far as testifying before committees and --

3    and working with the governor on this issue to

4    try to get it in.

5             It was very controversial with the

6    legislature.  It was a lot of lobbying being

7    done by Pfizer and others to keep an open

8    formulary.  And there was some opposition within

9    the legislature itself to it.

10            So -- but, anyway, the medical

11   society got on board and supported it and that

12   was the key thing in us getting the preferred

13   drug list.

14        Q.    Did I understand you correctly

15   that one of the models for the State with

16   regard to moving from an open to a closed

17   formulary was the system that the State of

18   Florida had?

19        A.    Correct.

20        Q.    Did you have any interaction

21   with the individuals at the Florida --

22   your counterparts within the State of

23   Florida?

24        A.    At one point we did with their