# EXHIBIT D

David Hood

Page 1

```
1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2

    In re:  VIOXX              §   MDL No. 1657
3   Products Liability         §
    Litigation                 §   SECTION L
4   _____§
                               §
5   STATE OF LOUISIANA,        §
    ex rel. JAMES D. CALDWELL, §   JUDGE ELDON E.
6   JR., Attorney General,     §   FALLON
                               §
7         Plaintiff,           §
                               §
8   v.                         §   MAGISTRATE
                               §   JUDGE KNOWLES
9   MERCK SHARP & DOHME CORP., §
                               §
10        Defendant.           §   Case No. 05-3700
                               §
11                             §
12
13            MONDAY, FEBRUARY 8, 2010
14                   - - -
15         Videotaped deposition of DAVID HOOD,
16    held at the Louisiana Department of Health &
17    Hospitals, 628 N. 4th Street, Suite 617,
18    Baton Rouge, Louisiana 70802, Houston, Texas
19    commencing at 1:14 p.m., on the above date,
20    before Kari Jacob-Behan, Certified Court
21    Reporter for the State of Louisiana.
22                   - - -
23         GOLKOW TECHNOLOGIES, INC.
                 877.370.3377
24              deps@golkow.com
```

David Hood

Page 92

1          specific.

2     BY MR. ISMAIL:

3          Q.     Why was it relevant that

4     Provider Synergies had experience in Florida?

5          A.     Well, certainly, you don't want

6     to hire people who are inexperienced.

7          Q.     Did the -- did Florida have a

8     system that was similar to the one that

9     Louisiana had moved to?

10         A.     Yes.

11                MR. MURRAY:  Object to the form

12         again; vague, broad.

13    BY MR. ISMAIL:

14         Q.     Did you ever have any

15    interaction with the officials in Florida who

16    were running their Medicaid program?

17         A.     I believe that DHH had

18    some interaction with people in Florida.

19         Q.     Did you personally?

20         A.     I don't remember.

21         Q.     Did -- was it your

22    understanding that Provider Synergies would

23    also be conducting reviews of the classes of

24    medicines that were up for consideration by