# Exhibit F

## Bjork, Rebecca

| | |
|---|---|
| From: | James Dugan [jdugan@dugan-lawfirm.com] |
| Sent: | Wednesday, December 23, 2009 11:10 AM |
| To: | Bjork, Rebecca |
| Cc: | Douglas Plymale; Brody, Stephen D.; Anderson, Brian; Solomon, Elysia M.; travis.sales@bakerbotts.com; Tlsmail@goldmanismail.com |
| Subject: | Re: Damages Report re: Caldwell ex rel. Louisiana v. Merck Sharp and Dohme Corp. |

You will have it today

Sent from my iPhone

On Dec 23, 2009, at 9:45 AM, "Bjork, Rebecca" <RBjork@OMM.com> wrote:

> James and Doug :
>
> As you are aware, yesterday Plaintiff in the above-referenced matter produced the report of its damages expert, Jeffrey Harris, along with a copy of Dr. Harris's CV. We did not, however, receive any of the supporting materials for Dr. Harris's report. As you are aware, in discovery requests served on October 9, Merck requested:
>
> "For all experts that perform statistical or econometric analysis, or otherwise rely on or offer opinions derived from data sources for their expert work in this case, produce the complete chain of data processing steps and calculations that connects the results stated or referred to in any expert report or otherwise underlying conclusions stated in any report to the data from which they are derived. This request Includes, without limitation, all input data involved in the experts' calculations in the form in which the experts received such input data, as well as all computer programs, computer spreadsheets, intermediate data files, and output data files and printouts which connect such input data to the results stated or referred to in any expert report or otherwise underlying any conclusions stated in the report. The 'complete chain' requested here should encompass a complete list of input data sets for each step of the calculations, a complete list of output data sets from each step of the calculations, and the precise sequence of steps needed to reproduce the experts' results in detail, starting from input data as the expert received it.
> The 'complete chain' requested here should include documentation of any editing of, corrections to, manipulations of, additions to, or deletions from original source data or intermediate data sets used to calculate reported results. It should also include all data definitions, descriptions and code lists Relating to input data fields obtained by Plaintiff's experts from any source and used in any step of their calculations."
>
> By letter of December 14, you committed that Plaintiff would produce this material for its damages experts contemporaneously with damages expert reports on December 22. The delay prevents Merck from analyzing and preparing to respond to Dr. Harris's opinions, because you have not provided the data, programming and output files that are required to do so. That such materials are a critical component of Dr. Harris's work is clear from the text of his report itself, which refers to the various data sources and output files used and generated in his work. See, e.g., Harris Report Paragraph 20 ("*Projected LA Medicaid Vioxx Payments Under Continued NPDL.log*").
>
> Given the short time period for Merck's experts to respond to Dr. Harris's report and the upcoming holidays, we ask that you arrange to provide all such electronic material to us today.

1

We can receive it via ftp transfer, so please have the material posted to a transfer site and provide us with instructions for our IT staff to access and download.

Rebecca S. Bjork
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006-4001
(202) 220-5054 (direct line)
(202) 383-5414 (fax)
rbjork@omm.com

 please consider the environment - do you really need to print this email?

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*