# Exhibit G

## Bjork, Rebecca

| | |
|---|---|
| **From:** | Douglas Plymale [dplymale@dugan-lawfirm.com] |
| **Sent:** | Friday, January 22, 2010 12:42 PM |
| **To:** | Wimberly, Dorothy H.; Anderson, Brian; john.beisner@skadden.com; eben.flaster@dechert.com; benjamin.barnett@dechert.com; Bjork, Rebecca |
| **Cc:** | James Dugan; DBarrios@bkc-law.com; Lenny Davis |
| **Subject:** | RE: Vioxx- La |

Counsel,

We received yesterday Merck's expert report for Dr. Wiggins without any reliance materials, electronic files, or calculations etc. Please provide these immediately.

Thanks

Douglas R. Plymale, J.D., Ph.D.
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Phone: (504) 648-0180
Fax:   (504) 648-0181
e-mail: dplymale@dugan-lawfirm.com

Electronic Mail Confidentiality Notice
This electronic mail message and all attachments may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution (electronic or otherwise), forwarding or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify us by telephone, facsimile, or e-mail to dplymale@dugan-lawfirm.com to arrange for return of the electronic email, attachments, or documents.

1