# Exhibit J

| | |
|---|---|
| **From:** | Jeff Harris |
| **To:** | James Dugan; |
| **cc:** | Stephen Murray Jr.; Douglas Plymale; |
| **Subject:** | Re: See attached expert report of Steve Wiggins which we are serving in the Louisiana AG case. |
| **Date:** | Friday, January 22, 2010 2:11:02 PM |

Dear James,

A quick perusal of Mr. Wiggins' report indicates that he has performed a number of new statistical analyses on the Louisiana data. While the document entitled "Wiggins Report Exhibits" contains summaries of at least some of these new statistical analyses, it does not contain the underllying computer programs or the raw output from these programs. Nor does it contain any intermediate electronic files or the results of any other data management operartions that underly Mr. Wiggins' new analyses.

The document identified as "Wiggins Report Exhibits" contains a number of text tables showing the results of Mr. Wiggins' new statistical analyses. Given the documents that I have so far received, I am not in a position even to verify that Mr. Wiggins has accurately transcribed the output of his computer programs onto the tables that he has supplied.

By contrast, I supplied your firm with several DVDs containing all of my work product, including every electronic file that I created. This included not only all of my computer programs and intermediate files for data management, not only all of my statistical regressions, but also the results of alternative models and sensitivity analyses.

On page 3 of his report, Mr. Wiggins alleges that "Dr Harris' programs contain serious methodological and programming errors rendering his calculations inappropriate and unreliable." Having not received any of Mr. Wiggins' own programs, I am not in a position to determine whether or not Mr. Wiggins' own programs might contiain errors.

Perhaps Defendants have also delivered an accompanying DVD or similar materials, but I have not yet received them. If not, then it is my opinion, based on many years of professional economic practice as well as testimony as an expert in complex litigation, that Mr. Wiggins' submission does not satisfy the minimum standard required of expert reports in such a complex matter - namely, the delivery of sufficient data that another expert in the field could replicate and verify each step of the calculation.

If, in fact, there is no accompanying electronic appendix, then Defendants' failure to supply such materials will make it quite difficult for me to submit an accurate and complete rebuttal report within the specified deadline.

Jeff Harris


On Jan 22, 2010, at 1:57 PM, James Dugan wrote:

> Jeff, I rechecked the date your report is due at it is at 1200 noon on Jan. 27. Ok?

Sent from my iPhone

On Jan 22, 2010, at 7:52 AM, "Jeffrey Harris" <jeffrey@MIT.EDU> wrote:

> Did Defendants submit any ancillary electronic files or calculations? Any other work product or reliance materials?
> Jeff Harris
>
> On Jan 21, 2010, at 4:32 PM, James Dugan wrote:
>
>> Jeff, please confirm that you have received this?
>> Thanks
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> **From:** "Wimberly, Dorothy H." <DWimberly@stonepigman.com>
>>> **To:** "James Dugan" <jdugan@dugan-lawfirm.com>
>>> **Cc:** "Russ Herman" <RHERMAN@hhkc.com>, "Dawn Barrios" <DBarrios@bkc-law.com>
>>> **Subject: See attached expert report of Steve Wiggins which we are serving in the Louisiana AG case.**
>>>
>>> A copy is being hand-delivered as well.
>>>
>>> <<Wiggins Report_01212010.pdf>>
>>> <<Wiggins Report Exhibits_01212010.pdf>>
>>
>> <Wiggins Report_01212010.pdf>
>>
>> <Wiggins Report Exhibits_01212010.pdf>