# Exhibit K

**Sales, Travis**

| | |
|---|---|
| **From:** | James Dugan [jdugan@dugan-lawfirm.com] |
| **Sent:** | Thursday, January 21, 2010 12:53 PM |
| **To:** | Sales, Travis |
| **Subject:** | Re: Dr. Harris Deposition |

Deal

Sent from my iPhone

On Jan 21, 2010, at 1:47 PM, "Travis.Sales@bakerbotts.com" <Travis.Sales@bakerbotts.com> wrote:

> James, I'm boarding a plane. If we can get it covered for the 29th, will you agree that any Harris rebuttal report will be sent to us by noon on Jan. 27? I'll email you tonight.
>
> Travis
>
> ---
>
> **From:** James Dugan
> **To:** Sales, Travis
> **Cc:** jessica@dugan-lawfirm.com ; trudy@dugan-lawfirm.com ; Cancienne, Michael; TIsmail@goldmanismail.com
> **Sent:** Thu Jan 21 12:04:45 2010
> **Subject:** Re: Dr. Harris Deposition
>
> Travis, can you let me know by 300 central today whether you will agree to depose Dr Harris on Jan. 29? If not, I suggest we try to get Judge Fallon on the phone either late today or first thing in the morning to resolve the issue. Thanks
>
> Sent from my iPhone
>
> On Jan 20, 2010, at 3:47 PM, "Travis.Sales@bakerbotts.com" <Travis.Sales@bakerbotts.com> wrote:
>
>> James, as I mentioned before, I can't move it. I'm out of town on the 29th, plus we have Kaiser that day. Plus, Harris' rebuttal report is not even due to the 28th. Can't Harris make arrangements for one day for Feb. 2?
>>
>> Travis
>>
>>
>> Travis J. Sales
>> Baker Botts L.L.P.
>> 910 Louisiana Street
>> Houston, Texas 77002
>> ph. 713-229-1378
>> fax 713-229-7878
>> Travis.Sales@Bakerbotts.com

2/25/2010

**From:** Jessica Henry [mailto:jessica@dugan-lawfirm.com]
**Sent:** Wednesday, January 20, 2010 2:00 PM
**To:** Sales, Travis
**Cc:** James Dugan; Trudy Bryant
**Subject:** Dr. Harris Deposition

Travis,

Can you please confirm your final position on whether we can take Dr. Harris' deposition on January 29th? As I stated before, he starts school on Monday Feb 1st and will not be available after January 29th. Thanks for your consideration.

James

2/25/2010