# Exhibit L

```
                                                              Page 1
 1             UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
 2

   ***********************************
 3

   IN RE:   VIOXX   PRODUCTS              MDL No. 1657
 4 LIABILITY LITIGATION
                                          SECTION L
 5
   THIS DOCUMENT RELATES TO:
 6                                        JUDGE ELDON
   STATE OF LOUISIANA, ex rel.,           E. FALLON
 7 JAMES D. CALDWELL, JR.,
   Attorney General,                      MAGISTRATE
 8                                        JUDGE KNOWLES
              Plaintiff,
 9     v.                                 Case No.
   MERCK & CO., INC.,                     05-3700
10
              Defendant.
11
   ***********************************
12
13            CONFIDENTIAL -
         SUBJECT TO PROTECTIVE ORDER
14
15
       DEPOSITION OF JOHN D. ABRAMSON, M.D.
16
17        Monday, January 11th, 2010
                  9:20 a.m.
18
19
                   Held At:
20     Hagens Berman Sobol Shapiro, LLP
            55 Cambridge Parkway
21         Cambridge, Massachusetts
22
23
   REPORTED BY:
24 Maureen O'Connor Pollard, RPR, CLR, CSR
```

Page 21

1  today.  I take it you haven't seen this request
2  before?
3      A.    I don't think so.
4      Q.    If you look at the first requested set
5  of documents, including asked for any of your
6  work product that you generated to prepare your
7  report, any drafts of your report,
8  correspondence or e-mails with Plaintiffs'
9  counsel.  Do you have such documents?  I know
10 you don't have them with you today, but do you
11 have such documents in your control somewhere?
12     A.    I don't have drafts of work product.
13 There are going to be some e-mails.
14     Q.    What did you do with the drafts of
15 your report?
16     A.    Drafts get deleted when I finish the
17 report.
18     Q.    Is that something you did on your own,
19 or you were requested to do that?
20     A.    It's something I do on my own.  I
21 missed it in one case as I made the transition
22 to Windows Vista, but it is my normal practice
23 to delete it as I finished the case.
24     Q.    What do you mean by you missed it in

1   to keep them.
2       Q.    Why do you do that?
3       A.    There's no need to keep them, and it's
4   what I do.
5       Q.    Do you have any work product that you
6   created in the course of preparing your opinions
7   in this case?
8       A.    Such as?
9       Q.    Do you have notes of medical
10  literature as you review them, do you have
11  any -- do you create a timeline or chronology
12  for yourself to help form your, orient your
13  opinions in the case?
14      A.    There are some, I do have some notes
15  on some sheets of paper.
16      Q.    Do you keep those?
17      A.    I have some.
18      Q.    When you review documents, how do you
19  keep track for yourself what you find are the
20  salient portions of those documents?
21      A.    I bring them into -- I tend to do it
22  electronically, and I bring them into the draft
23  to the extent that I think they may be relevant,
24  and then they get crafted as I go along.

Page 24

1    Q.    Did any of the lawyers in this case
2  provide you a chronology of relevant events for
3  your use in preparing your opinions?
4    A.    No.
5    Q.    The second category asked for your
6  billing, and I think you indicated you have such
7  files in your possession somewhere?
8    A.    Yes.
9    Q.    And if you look at the fourth
10 category, asked essentially for your file for
11 this case.  So do you have anywhere segregated
12 the materials you received and relied upon for
13 your opinions in the Louisiana case?
14   A.    Not segregated.  I've been working on
15 Vioxx since August of 2001 when I started
16 working on it for my book, and have accumulated
17 a number of files and collections of documents,
18 and those are on my computer.
19   Q.    You began to work for Plaintiff
20 lawyers in Vioxx in 2004, correct?
21   A.    Yes.  Well, I presented material I
22 made, presentations for attorneys, in 2004 but
23 wasn't involved in litigation, I think, until
24 2005.

```
 1      Q.   So taking from the time that you began
 2   to do work for Plaintiff lawyers in 2004, do you
 3   have that material segregated from whatever work
 4   you were doing prior to that relating to Vioxx?
 5      A.   I think so.
 6      Q.   And do you have any further
 7   organization of your Vioxx materials that would
 8   identify materials you relied upon for your
 9   Louisiana opinions?
10      A.   Yes, I think, and I think you've
11   received a copy of the documents that I relied
12   upon specifically which should reflect the
13   footnotes in this report.
14      Q.   I know I've received a list of
15   materials that were attached to your report, I'm
16   not sure if I received the documents themselves.
17           MR. ISMAIL:  Do you know, James, if
18   you provided them to someone?
19           MR. DUGAN:  No, I haven't.
20           BY MR. ISMAIL:
21      Q.   Have you copied from your computer
22   your Louisiana file, so to speak, and provided
23   it to anybody?
24      A.   I don't recall doing that.
```

Confidential - Subject to Protective Order

Page 26

```
 1      Q.    When you said you think I've received
 2  the documents that you relied upon in this case,
 3  what were you referring to?
 4      A.    The list of documents, not the
 5  documents themselves.
 6      Q.    All right.  But you think somewhere in
 7  your possession is some delineation of the
 8  materials you reviewed and relied upon for the
 9  Louisiana case, right?
10      A.    There's a file that says "docs and
11  report," and many of the documents are going to
12  be in that file.  Some of the documents that I
13  relied upon for the case will have been pulled
14  out from other Vioxx files that I've accumulated
15  over the past three, four years.
16      Q.    Do you keep anything in paper copy?
17      A.    Very little.
18            MR. ISMAIL:  I'll go ahead and mark as
19  Exhibit 2 a copy of your CV.
20            (Whereupon, Abramson Exhibit Number 2
21            was marked for identification.)
22            BY MR. ISMAIL:
23      Q.    Doctor, is Exhibit 2 an accurate and
24  up to date copy of your curriculum vitae?
```