# Exhibit M

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF LOUISIANA
 3                    - - -
        In Re:  VIOXX Products  :  MDL No. 1657
 4      Liability Litigation    :
                                 :
 5                               :
        This Document Relates    :
 6      to:                      :  Section L
                                 :
 7      STATE OF LOUISIANA, ex   :
        rel. JAMES D.            :  Judge Eldon
 8      CALDWELL, JR.,           :  E. Fallon
        Attorney General         :
 9                               :
            v.                   :  Magistrate
10                               :  Judge Knowles
        MERCK SHARP & DOHME      :
11      CORP.                    :  Case No.
                                 :  05-3700
12
                    CONFIDENTIAL -
13          SUBJECT TO PROTECTIVE ORDER
14                    - - -
15              January 22, 2010
16                    - - -
17          Expert oral deposition of
    TERRY D. LEACH, PHARM.D., taken pursuant
18  to notice, was held at the law offices of
    Lieff, Cabraser, Heimann & Bernstein, LLP,
19  250 Hudson Street, Eighth Floor, New York,
    New York, beginning at 9:11 a.m., on the
20  above date, before Kimberly A. Cahill, a
    Federally Approved Registered Merit
21  Reporter and Notary Public.
22                    - - -
23          GOLKOW TECHNOLOGIES, INC.
        877.370.3377 ph | 917.591.5672 fax
24             deps@golkow.com
```

Confidential - Subject to Protective Order

Page 8

```
 1            Have you seen this document
 2   before?
 3        A.   I have not.
 4        Q.   You understand that you've
 5   been designated as an expert in this case
 6   on behalf of the State of Louisiana?
 7        A.   Yes.
 8        Q.   If you could turn to page 3
 9   of the exhibit, which is the Exhibit A to
10   the deposition notice, number 1 asks for
11   all documents generated by or for Terry
12   Leach in the course of his assignment in
13   this matter, including any draft reports,
14   work product, correspondence, or e-mails.
15            Do you have any such
16   documents?
17        A.   I'll have to check and see.
18   I don't think -- I don't believe I do,
19   but maybe an e-mail, I might have.
20        Q.   Obviously, you have produced
21   a report in this case; correct?
22        A.   Correct.
23        Q.   Have you -- did you prepare
24   any work papers, notes, any type of other
```

Confidential - Subject to Protective Order

Page 9

```
 1   documentation other than the report for
 2   the work you've done in this case?
 3        A.    I don't believe so.  I may
 4   have a few notes on some of the materials
 5   that I received, so I'll have to check
 6   that and see.  I'm not sure.
 7        Q.    Okay.
 8              Do you think you have
 9   e-mails --
10        A.    I have e-mails going back
11   and forth with the materials that I
12   received from Dugan.
13        Q.    All right.  And do you have
14   any correspondence?
15        A.    Just the e-mail --
16        Q.    No written --
17        A.    No.
18        Q.    And you said you -- on the
19   work product, you may have notes on some
20   of the documents that you have received?
21        A.    Yes.
22        Q.    Any other work product?
23        A.    No.
24        Q.    Do you have any draft
```