UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | * | SECTION L |
|     CALDWELL, JR., Attorney General, | * | |
| | * | JUDGE ELDON E. FALLON |
|         Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
|   versus | * | KNOWLES |
| | * | |
| MERCK SHARPE & DOHME CORP., | * | |
| | * | |
|         Defendant. | * | |
| | * | |
| Case No. 05-3700. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## DOCUMENTS FILED UNDER SEAL

1. Defendant's Opposition to Plaintiff's Motion to Strike the Expert Report Or In The Alternative To Exclude Expert Testimony of Clement C. Eiswirth, Jr., M.D.; and,

2.     Exhibits A through N.

1009318v.1