UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation <br><br> This Document Relates to: <br><br> STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, <br><br>     Plaintiff, <br><br> versus <br><br> MERCK SHARP & DOHME CORP., <br><br>     Defendant. <br><br> Case No. 05-3700. | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Opposition to Plaintiff's Motion to Strike the Expert Report Or In The Alternative To Exclude Expert Testimony of Clement C. Eiswirth, Jr., M.D., and accompanying exhibits under seal,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Opposition to Plaintiff's Motion to Strike the Expert Report Or In The Alternative To Exclude Expert Testimony of Clement C. Eiswirth, Jr., M.D., and accompanying exhibits under seal.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2010.

                                                                                            _____
                                                                                            HONORABLE ELDON E. FALLON
                                                                                            UNITED STATES DISTRICT JUDGE