MINUTE ENTRY
FALLON, J.
FEBRUARY 26, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                         CIVIL ACTION
      LIABILITY LITIGATION

                                        NO.  05-MD-1657

                                        SECTION: L

This document relates to:
**Mary Dressel, et al v. Merck & Co., Inc. CA 05-4963**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Cathy Pepper

Appearances: Lenny Davis, Esq. For PSC
                Paul Boehm, Esq. For Merck

---

Motion of plaintiff, Antoine Dressel, individually and as Administrator of the Succession of Mary Dressel, for Reconsideration and Reversal of Order of Dismissal with Prejudice (33298)

Counsel for the plaintiffs did not appear.

Argument - DENIED.


JS10:    :20