UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation <br><br> This Document Relates to: <br><br> STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, <br><br>     Plaintiff, <br><br> versus <br><br> MERCK SHARP & DOHME CORP., <br><br>     Defendant. <br><br> Case No. 05-3700. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *    MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR ENTRY OF ORDER GRANTING LEAVE TO FILE MERCK SHARP & DOHME CORP.'S OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY AND STATEMENTS OF MERCK'S EXPERTS CONCERNING THE SAFETY AND EFFICACY OF VIOXX BASED ON "PERSONAL EXPERIENCE" AND ACCOMPANYING EXHIBITS UNDER SEAL**

Defendant Merck Sharp & Dohme Corp. ("Merck"), through undersigned liaison counsel, hereby moves the Court for leave to file its Opposition To Plaintiff's Motion To Exclude Certain Opinion Testimony And Statements Of Merck's Experts Concerning The Safety And Efficacy Of Vioxx Based On Personal Experience and accompanying exhibits under seal.  Merck seeks to file these documents under seal because they include excerpts from the depositions of John Abramson and Terry Leach, which were designated as confidential.

WHEREFORE, defendant Merck respectfully requests that it be granted leave to file its Opposition To Plaintiff's Motion To Exclude Certain Opinion Testimony And Statements Of

1009331v.1

Merck's Experts Concerning The Safety And Efficacy Of Vioxx Based On Personal Experience and accompanying exhibits under seal.

Dated:  March 1, 2010                                             Respectfully submitted,

                                            Phillip A. Wittmann, 13625
                                            Dorothy H. Wimberly, 18509
                                            STONE PIGMAN WALTHER
                                            WITTMANN L.L.C.
                                            546 Carondelet Street
                                            New Orleans, Louisiana  70130
                                            Phone:  504-581-3200
                                            Fax:     504-581-3361

                                            Defendants' Liaison Counsel

1009331v.1

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Ex Parte Motion and Order for Leave to File Opposition To Plaintiff's Motion To Exclude Certain Opinion Testimony And Statements Of Merck's Experts Concerning The Safety And Efficacy Of Vioxx Based On Personal Experience and accompanying exhibits under seal has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of March, 2010.

                                                 */s/ Dorothy H. Wimberly*
                                                 Dorothy H. Wimberly, 18509
                                                 STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                 546 Carondelet Street
                                                 New Orleans, Louisiana  70130
                                                 Phone:  504-581-3200
                                                 Fax:      504-581-3361
                                                 dwimberly@stonepigman.com

                                                 Defendants' Liaison Counsel

1009331v.1