UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation | *<br>*<br>* |
| This Document Relates to: | * MDL No. 1657 |
| | * |
| STATE OF LOUISIANA, *ex rel.* JAMES D.<br>    CALDWELL, JR., Attorney General, | * SECTION L<br>* |
| | * JUDGE ELDON E. FALLON |
| Plaintiff, | * |
| | * MAGISTRATE JUDGE |
| versus | * KNOWLES |
| | * |
| MERCK SHARP & DOHME CORP., | *<br>* |
| Defendant. | *<br>* |
| Case No. 05-3700. | *<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Opposition To Plaintiff's Motion To Exclude Certain Opinion Testimony And Statements Of Merck's Experts Concerning The Safety And Efficacy Of Vioxx Based On Personal Experience And Accompanying Exhibits Under Seal,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Opposition To Plaintiff's Motion To Exclude Certain Opinion Testimony And Statements Of Merck's Experts Concerning The Safety And Efficacy Of Vioxx Based On Personal Experience and accompanying exhibits under seal.

NEW ORLEANS, LOUISIANA, this ___ day of March, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1009332v.1