UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | * | SECTION L |
|    CALDWELL, JR., Attorney General, | * | |
| | * | JUDGE ELDON E. FALLON |
|                 Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
|    versus | * | KNOWLES |
| | * | |
| MERCK SHARP & DOHME CORP., | * | |
| | * | |
|                 Defendant. | * | |
| | * | |
|    Case No. 05-3700. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR ENTRY OF ORDER GRANTING LEAVE TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE CERTAIN TESTIMONY OF MERCK'S EXPERTS CONCERNING THE RELATIVE SAFETY AND EFFICACY OF VIOXX COMPARED TO OTHER MEDICATIONS AND ACCOMPANYING EXHIBITS UNDER SEAL

Defendant Merck Sharp & Dohme Corp. ("Merck"), through undersigned liaison counsel, hereby moves the Court for leave to file its Opposition to Plaintiff's Motion to Exclude Certain Testimony of Merck's Experts Concerning the Relative Safety and Efficacy of Vioxx Compared to Other Medications, and accompanying exhibits, under seal.  Merck seeks to file these documents under seal because they include excerpts from the following documents designated as confidential:

1. MK-0966 End-of-Phase II Conferences, 5/22/96 Minutes (Exhibit A).

2. Background Package for GI Outcomes Meeting with FDA (Sept. 2, 1998) (Exhibit L).

   WHEREFORE, defendant Merck respectfully requests that it be granted leave to file its

1009339v.1

Opposition to Plaintiff's Motion to Exclude Certain Testimony of Merck's Experts Concerning

the Relative Safety and Efficacy of Vioxx Compared to Other Medications, and accompanying

exhibits, under seal.

Dated:  March 1, 2010                                    Respectfully submitted,


/s/*Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361

Defendants' Liaison Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Ex Parte Motion and Order for Leave to File Opposition to Plaintiff's Motion to Exclude Certain Testimony of Merck's Experts Concerning the Relative Safety and Efficacy of Vioxx Compared to Other Medications and Accompanying Exhibits Under Seal has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of February, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel