UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *   MDL No. 1657 |
| | * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | *   SECTION L |
|     CALDWELL, JR., Attorney General, | * |
| | *   JUDGE ELDON E. FALLON |
|                   Plaintiff, | * |
| | *   MAGISTRATE JUDGE |
|     versus | *   KNOWLES |
| | * |
| MERCK SHARPE & DOHME CORP., | * |
| | * |
|                     Defendant. | * |
| | * |
| Case No. 05-3700. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>DOCUMENTS FILED UNDER SEAL</u>**

1. Defendant's Opposition to Plaintiff's Motion to Exclude Certain Testimony of Merck's Experts Concerning the Relative Safety and Efficacy of Vioxx Compared to Other Medications; and,

2.     Exhibits A through V.

1009341v.1