UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, *ex rel.* JAMES D.<br>    CALDWELL, JR., Attorney General,<br><br>                    Plaintiff,<br><br>    versus<br><br>MERCK SHARPE & DOHME CORP.,<br><br>                    Defendant.<br><br>Case No. 05-3700. | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Opposition to Plaintiff's Motion to Exclude Certain Testimony of Merck's Experts Concerning the Relative Safety and Efficacy of Vioxx Compared to Other Medications and Accompanying Exhibits Under Seal,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Opposition to Plaintiff's Motion to Exclude Certain Testimony of Merck's Experts Concerning the Relative Safety and Efficacy of Vioxx Compared to Other Medications and accompanying exhibits under seal.

NEW ORLEANS, LOUISIANA, this ___ day of March, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1009340v.1