UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | |
| | * | KNOWLES |
| | * | |

---

**THIS DOCUMENT RELATES TO:**

**PLAINTIFFS LUCRETIA NOBILE AND CHERYL SINGER LISTED ON EXHIBIT A TO JUDGE FALLON'S ORDER FILED ON FEBRUARY 2, 2010**

---

Notice is hereby given that plaintiffs Lucretia Nobile and Cheryl Singer, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order of Dismissal with Prejudice, issued by the Honorable Eldon E. Fallon on February 2, 2010 and entered February 10, 2010.

Dated: March 1, 2010

Ronald R. Benjamin
Law Office of Ronald R. Benjamin
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
(607) 772-1442

TO COUNSEL ON ATTACHED LIST:

## SERVICE LIST

Phillip A. Wittmann, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, Louisiana 70130

Douglas R. Marvin, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005

Theodore V.H. Mayer, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

John H. Beisner, Esq.
O'Melveny & Meyers LLP
1625 Eye Street
Washington, DC 20006

Richard C. Stanley, Esq.
Stanley, Flanagan, & Reuter, LLC
LL&E Tower
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112

Anthony M. DiLeo, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, Louisiana 70130