UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION : | |
| : | MDL 1657 |
| This document relates to: : | SECTION: L |
| Lucretia Nobile, : | |
| v. : | JUDGE FALLON |
| Merck & Co., Inc., et al. | MAGISTRATE JUDGE KNOWLES |
| 2:09-cv-03611 : | |
| Cheryl Singer | |
| v. : | |
| Merck & Co., Inc., et al. | |
| 2:09-cv-03613 : | |

---

CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2010, the above and forgoing Notice of Appeal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann by US Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No.: 8B, and that the foregoing was electronically filed with the Clerk of the District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a notice of electronic filing in accord with the procedures established in MDL 1657.

s/
RONALD R. BENJAMIN