# PTO 29 – Motion to Show Cause

Exhibit A

|    | ID | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption | Docket Number |
|----|-------|-------------------|--------------------|-----------------------------------------|----------------------------------------------|-----------------------------|
| 1. | 83972 | Camejo, Aida | | Law Offices of Cytryn & Velazquez, P.A. | Camejo, Aida v. Merck & Co., Inc. | 2:08-cv-04378-EEF-DEK |
| 2. | 84108 | Del Rosario, Felipe | | Law Offices of Cytryn & Velazquez, P.A. | Del Rosario, Felipe v. Merck & Co., Inc. | 2:08-cv-04377-EEF-DEK |
| 3. | 84682 | Langley, Elba | | Law Offices of Cytryn & Velazquez, P.A. | Langley, Elba v. Merck & Co., Inc. | 2:08-cv-04376-EEF-DEK |
| 4. | 89851 | Nestor, James | | Law Offices of Douglas T. Sachse | Nestor, James v. Merck & Co. Inc. | 2:09-cv-07648-EEF-DEK |
| 5. | 77000 | Lockhart, Dolena | Lockhart, Jimmy | Paul A. Weykamp Law | Lockhart, Jimmy v. Merck & Co., Inc. | 2:08-cv-00876-EEF-DEK |
| 6. | 77302 | Hurst, Sandra | | Riley, Michael D., Law Office of | Hurst, Sandra v. Merck & Co., Inc. | 2:09-cv-04373-DEK-EEF |
| 7. | 87076 | Smith, Larry L | | Trenam, Kemker, Scharf, Barkin, Frye | Smith, Larry L. v. Merck & Co., Inc. | 2:08-cv-04639-EEF-DEK |
| 8. | 89736 | Donnelly, Peter | Donnelly, Barbara | Scott Adams, Attorney-at-Law | Donnelly, Peter P v. Merck & Co., Inc. | 2:09-cv-06864-EEF-DEK |

1009370v.1