UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, | JUDGE ELDON E. FALLON |
| Plaintiffs, | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK SHARP & DOHME CORP., | Case No. 05-3700 |
| Defendants. | |

**DECLARATION OF SARAH R. LONDON
IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
MOTION TO EXCLUDE TESTIMONY OF JERRY AVORN, M.D.**

I, Sarah R. London, hereby declare as follows:

1. I am an attorney at Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111. Elizabeth J. Cabraser of LCHB is a member of the Plaintiffs' Steering Committee (PSC) in this MDL, as well as Chair of the Purchase Claims Committee of the PSC and Government Action Executive Committee Member. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Volume II trial transcript of *Barnett v. Merck & Co., Inc.*, Case No. 06-CV-485, August 1, 2006.

3. Attached hereto as Exhibit 2 is a true and correct copy of the *Curriculum Vitae* of Jerome L. Avorn, M.D.

- 1 -

859965.1

4. Attached hereto as Exhibit 3 is a true and correct copy of an article by Daniel H. Solomon, M.D., et al., entitled "The Relationship Between Selective Cox-2 Inhibitors and Acute Myocardial Infarction in Older Adults," published in *Circulation: The Journal of the American Heart Association,* 2004.

5. Attached hereto as Exhibit 4 is a true and correct copy of the report of expert Jerome L. Avorn, M.D.

6. Attached hereto as Exhibit 5 are excerpts from the deposition transcript of Jerome L. Avorn, M.D., dated June 15 to 16, 2006: pp. 163-164, 184-185, 192-193, 194-195, 413, 414-415, 416, 421-423, 424, 438-441, 460-463, 674-678, and 723-725.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Volume III trial transcript of *Barnett v. Merck & Co., Inc.*, Case No. 06-CV-485, August 2, 2006.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on March 1, 2010, at San Francisco, California.

_____
SARAH R. LONDON