# Exhibit 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: VIOXX PRODUCTS        *   MDL DOCKET NO. 1657
LIABILITY LITIGATION         *
                             *
                             *
THIS DOCUMENT RELATES TO     *   AUGUST 1, 2006, 8:30 A.M.
                             *
                             *
GERALD BARNETT V. MERCK      *   CASE NO. 06-CV-485-L
  & CO., INC.                *
* * * * * * * * * * * * * * * *


VOLUME II
JURY TRIAL BEFORE THE
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE PLAINTIFF:            ROBINSON, CALCAGNIE & ROBINSON
                             BY:  MARK P. ROBINSON JR., ESQ.
                             620 NEWPORT CENTER DRIVE
                             NEWPORT BEACH, CALIFORNIA 92660


FOR THE PLAINTIFF:            BEASLEY ALLEN CROW METHVIN
                                PORTIS & MILES
                             BY:  ANDY D. BIRCHFELD, JR., ESQ.
                             234 COMMERCE STREET
                             POST OFFICE BOX 4160
                             MONTGOMERY, ALABAMA 36103


FOR THE DEFENDANT:            BARTLIT BECK HERMAN
                                PALENCHAR & SCOTT
                             BY:  PHILIP S. BECK, ESQ.
                                ANDREW L. GOLDMAN, ESQ.
                             54 W. HUBBARD STREET, SUITE 300
                             CHICAGO, ILLINOIS 60601

Page 189

1
OFFICIAL COURT REPORTERS:   CATHY PEPPER, CCR, RPR, CRR
2              TONI DOYLE TUSA, CCR, FCRR
              500 POYDRAS STREET, ROOM HB-406
3             NEW ORLEANS, LOUISIANA 70130
              (504) 589-7778
4
5
6
   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
7  PRODUCED BY COMPUTER.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 190

1                    I N D E X
2                              PAGE
3  DAVID ANSTICE
      Direct Examination            191
4     Cross-Examination             231
      Redirect Examination          253
5
6  GERALD AVORN
      Voir Dire                     265
7     Traverse                      285
      Direct Examination            287
8     Cross-Examination             403
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 191

1              MORNING SESSION
2              (AUGUST 1, 2006)
3        (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE
4  TRANSCRIBED BY CATHY PEPPER, CCR, RPR, CRR, OFFICIAL COURT
5  REPORTER.)
6        THE DEPUTY CLERK:  EVERYONE RISE.
7        THE COURT:  BE SEATED.  GOOD MORNING.
8        (WHEREUPON, DAVID ANSTICE, HAVING BEEN DULY SWORN,
9  TESTIFIED BY DEPOSITION AS FOLLOWS.)
10             DIRECT EXAMINATION
11 BY MR. ROBINSON:
12 Q.  YOUR NAME IS DAVID ANSTICE?
13 A.  THAT'S CORRECT.
14 Q.  DID I PRONOUNCE IT RIGHT?
15 A.  YOU DID.
16 Q.  ALL RIGHT.  I UNDERSTAND YOU'RE THE PRESIDENT OF SOME PART
17 OF MERCK.  WHAT PART ARE YOU THE PRESIDENT OF?
18 A.  HUMAN HEALTH FOR CANADA, LATIN AMERICA, JAPAN, AUSTRALIA,
19 AND NEW ZEALAND.
20 Q.  AT SOME POINT WERE YOU THE PRESIDENT OF MERCK AMERICA OR
21 SOMETHING LIKE THAT?
22 A.  YES, I WAS.
23 Q.  WHEN WAS THAT?
24 A.  FROM A PERIOD LATE '94 THROUGH TO THE END OF 2002.
25 Q.  DID YOU GET PROMOTED OUT OF THAT OR DEMOTED FROM THAT?

Page 192

1  A.  I GOT A NEW ASSIGNMENT WITH JAPAN.
2  Q.  IS THAT A PROMOTION OR A DEMOTION?
3  A.  THAT IS AN IMPORTANT DIFFERENT RESPONSIBILITY.
4  Q.  OKAY.  I UNDERSTAND, BUT WAS IT A PROMOTION OR A DEMOTION?
5  A.  IT WAS NEITHER.  IT WAS --
6  Q.  A LATERAL?
7  A.  A LATERAL, CORRECT.
8  Q.  ALL RIGHT.  MERCK MADE SOME TRAGIC MISTAKES WITH VIOXX,
9  DIDN'T IT?
10 A.  I DON'T THINK SO.
11 Q.  ARE YOU SURE?
12 A.  YES.
13 Q.  WELL, SIR, ISN'T RULE NUMBER-- BY THE WAY, ARE YOU A
14 MEDICAL DOCTOR?
15 A.  NO, I AM NOT.
16 Q.  YOU'RE THE PRESIDENT OF WHAT PART OF MERCK NOW?  I'M
17 SORRY.  LET ME WRITE IT DOWN.  YOU'RE THE PRESIDENT OF HEALTH
18 AND WHAT?
19 A.  HUMAN HEALTH, WHICH IS OUR COMMERCIAL OPERATIONS.
20 Q.  YOU'RE THE PRESIDENT OF HUMAN HEALTH AND YOU DON'T HAVE A
21 MEDICAL DEGREE?
22 A.  I DO NOT.
23 Q.  WELL, DID YOU GO TO ANY MEDICAL SCHOOL AT ALL?
24 A.  NO, I DID NOT.
25 Q.  WELL, AS THE PRESIDENT OF HUMAN HEALTH, WHAT KIND OF HUMAN

DAILY COPY

## Page 193

1     HEALTH SCHOOLING DO YOU HAVE?

2     A. I'M RESPONSIBLE FOR SALES AND MARKETING ACTIVITIES, AND I

3     HAVE THE TRAINING AND THE SKILLS DEVELOPED IN 31 YEARS AT

4     MERCK.

5     Q. THAT WASN'T MY QUESTION, SIR. WHAT KIND OF SCHOOLING DO

6     YOU HAVE IN HUMAN HEALTH IF YOU'RE GOING TO BE THE PRESIDENT OF

7     THE HUMAN HEALTH DIVISION?

8     A. I HAVE SCHOOLING. I HAVE TERTIARY EDUCATION IN ECONOMICS,

9     AND I JOINED MERCK. AND AS TYPICAL WITH MANY PEOPLE ON THE

10    BUSINESS SIDE, I DO NOT HAVE A MEDICAL DEGREE OR A MEDICAL.

11    Q. SO THE PRESIDENT OF HUMAN HEALTH FOR MERCK DOESN'T HAVE

12    ANY KIND OF HEALTH BACKGROUND AT ALL OTHER THAN THE FACT HE'S

13    BEEN IN SALES FOR MERCK FOR 30 SOME-ODD YEARS. RIGHT?

14    A. SALES AND MARKETING FOR MERCK FOR 30 YEARS. THAT'S MY

15    EXPERIENCE AND BACKGROUND.

16    Q. OKAY. SO WHEN I SAY "MERCK MESSED UP WITH VIOXX" AND YOU

17    SAY, "NO, WE DIDN'T," I GUESS YOU'RE SPEAKING FROM THE SALES

18    AND MARKETING PERSPECTIVE?

19    A. I'M SPEAKING AS A SENIOR EXECUTIVE AT MERCK.

20    Q. WELL, Y'ALL PUT A DRUG ON THE MARKET THAT YOU HAD TO

21    WITHDRAW, DIDN'T YOU?

22    A. WE PUT A DRUG ON THE MARKET. WE HAVE NOW WITHDRAWN IT.

23    Q. THE DRUG SHOULDN'T HAVE BEEN ON THE MARKET TO START WITH,

24    SHOULD IT?

25    A. I BELIEVE IT SHOULD HAVE BEEN ON THE MARKET.

## Page 194

1     Q. WERE YOU PART OF THE DECISION TO TAKE IT OFF THE MARKET?

2     A. I WAS PART OF THAT DECISION, YES.

3     Q. DID YOU VOTE FOR TAKING IT OFF OR FOR LEAVING IT ON?

4     A. WE DID NOT HAVE A VOTE. I SUPPORTED THE RECOMMENDATION

5     AND THE DECISION AFTER THE APPROVE STUDY THAT, IN THE INTEREST

6     OF PATIENT SAFETY, VIOXX SHOULD BE WITHDRAWN FROM THE MARKET.

7     Q. WELL, Y'ALL SHOULD HAVE HAD THAT DATA FROM APPROVE BEFORE

8     YOU EVER PUT THE DRUG ON THE MARKET, SHOULDN'T YOU?

9     A. THE DATA FROM APPROVE -- THE APPROVE WAS A STUDY IN COLON

10    POLYPS, AND THAT STUDY WAS STARTED SOME FOUR AND A HALF YEARS

11    EARLIER.

12    Q. AND MY POINT IS: Y'ALL OUGHT TO STUDY THESE THINGS AND

13    DECIDE IF THE DRUG IS SAFE OR NOT BEFORE YOU SELL IT, NOT AFTER

14    YOU'VE BEEN SELLING IT FOR YEARS. DON'T YOU AGREE?

15    A. MERCK DID STUDY THE PRODUCT, MERCK DID PROVIDE SAFETY

16    ANALYSIS, AND THE BASIS OF THE APPROVAL FOR THE PRODUCT IN 1999

17    WAS BASED ON THE SAFETY DATA.

18    Q. BUT YOU DIDN'T STUDY THE PRODUCT ADEQUATELY TO DECIDE

19    WHETHER OR NOT YOU OUGHT TO KEEP IT ON THE MARKET BECAUSE THAT

20    STUDY DIDN'T HAPPEN UNTIL THE APPROVE STUDY, AND YOU PULLED IT.

21    RIGHT?

22    A. THE DATA THAT WE HAD AT THE TIME OF THE NEW DRUG

23    APPLICATION WAS CONSISTENT WITH STUDIES DONE FOR ALL OTHER--

24    VERY SIMILAR TO ALL OTHER NONSTEROIDALS AND WAS APPROPRIATE FOR

25    THE MARKETING OF THE PRODUCT EFFICACY AND SAFETY.

## Page 195

1     Q. TRUTH BE TOLD, YOU COULDN'T WAIT TO GET ALL THE STUDIES

2     DONE BECAUSE YOU HAD TO GET TO MARKET QUICKLY. RIGHT?

3     A. MERCK COMPLETED ALL OF THE STUDIES THAT WERE REQUIRED FOR

4     THE NEW DRUG APPLICATION.

5     Q. OH, I'M NOT SAYING YOU DIDN'T SATISFY THE LAW. I'M

6     TALKING ABOUT TAKING CARE OF THE PATIENTS. MY POINT IS: YOU

7     DIDN'T DO ALL OF THE STUDIES YOU SHOULD HAVE DONE BEFORE YOU

8     WENT TO MARKET BECAUSE YOU COULDN'T AFFORD TO TIME-WISE; ISN'T

9     THAT TRUE?

10    A. I DO NOT ACCEPT THAT THAT'S CORRECT.

11    Q. WELL, LET'S LOOK AT A COUPLE OF THINGS. RULE NUMBER ONE

12    FOR A DOCTOR-- AND I KNOW YOU DON'T HAVE MEDICAL TRAINING, BUT

13    YOU HAVE PROBABLY HEARD, AT LEAST, THAT RULE NUMBER ONE IS DO

14    NO HARM. RIGHT?

15    A. THAT'S CORRECT.

16    Q. AND YOU THINK, FOR A DRUG COMPANY, THAT OUGHT TO BE PRETTY

17    HIGH UP THE CHAIN OF RULES, ALSO, WOULDN'T YOU?

18    A. PATIENT SAFETY IS PARAMOUNT IN OUR COMPANY.

19    Q. SHOULD BE ANYWAY, SHOULDN'T IT?

20    A. IT IS.

21    Q. WELL, IF WAS, WHY DIDN'T YOU DO ALL OF YOUR STUDIES BEFORE

22    YOU MARKETED THE DRUG?

23    A. WE BELIEVED THAT WE HAD THE APPROPRIATE STUDIES, BASED ON

24    THE KNOWLEDGE AT THAT TIME, TO SUPPORT THE BENEFIT AND RISKS OF

25    THE PRODUCT.

## Page 196

1     Q. IF YOU HAD THE APPROPRIATE STUDIES, WHY WERE YOU STILL

2     DOING MORE?

3     A. WELL, SOME OF THE STUDIES WERE FOR NEW INDICATIONS, AND SO

4     WE WERE CONTINUING TO DO STUDIES IN DIFFERENT DISEASES.

5     Q. NO. Y'ALL HAD TROUBLE WITH CARDIOVASCULAR EVENTS, CV

6     EVENTS, FROM THE VERY BEGINNING WITH THIS DRUG, AND YOU KNEW

7     THAT, DIDN'T YOU?

8     A. I DID NOT KNOW THAT.

9     Q. YOU DIDN'T SEE --

10    A. MERCK DID NOT KNOW THAT.

11    Q. YOU DIDN'T SEE ANY OF THE VIGOR RESULTS THAT SHOWED Y'ALL

12    HAD A FIVE-FOLD INCREASE OF HEART ATTACKS OVER NAPROSYN?

13    A. YES, OF COURSE, I SAW THE VIGOR RESULTS.

14    Q. LET'S BREAK IT DOWN THIS WAY. CERTAIN THINGS YOU AND I

15    AGREE ON, I BELIEVE, AND I'D LIKE TO GET THOSE OUT OF THE WAY:

16    NUMBER ONE, IF WE GO TO THE MID '90S, YOUR COMPANY, MERCK, WAS

17    STUCK IN THE MIDDLE IN TERMS OF DRUG COMPANIES AND THE RANKINGS

18    OF THEM; FAIR TO SAY?

19    A. MERCK'S BEEN A LARGE PHARMACEUTICAL COMPANY FOR MANY

20    YEARS.

21    Q. SO YOU'RE THE DAVID W. ANSTICE. AND IF YOU WILL LOOK ON

22    PAGE 2 OF THE TALKING POINTS, IT SAYS IN THE

23    SECOND-FROM-THE-BOTTOM: "WHEN WE ESTABLISHED THIS GOAL IN

24    1994, WE WERE PERFORMING SOMEWHERE IN THE MIDDLE OF THE PACK."

25    DO YOU SEE THAT ONE?

DAILY COPY

## Page 197

1  A. YES.

2  Q. SO WHEN I USE THE LANGUAGE, "MIDDLE OF THE PACK," I'M

3  USING YOUR LANGUAGE I GOT FROM YOUR DOCUMENTS. I DIDN'T MAKE

4  THAT UP. DO YOU SEE THAT?

5  A. FROM A MERCK DOCUMENT, YES.

6  Q. YEAH. A MERCK DOCUMENT THAT WENT TO YOU, RIGHT?

7  A. YES.

8  Q. AND SO I'M GOING TO ASK YOU AGAIN: SIR, ISN'T IT TRUE

9  THAT IN 1994 Y'ALL WERE PERFORMING SOMEWHERE IN THE MIDDLE OF

10  THE PACK?

11  A. IN TERMS OF GROWTH RATE, YES.

12  Q. Y'ALL WANTED TO BE THE NUMBER ONE PHARMACEUTICAL COMPANY

13  IN THE WORLD, DIDN'T YOU?

14  A. IN TERMS OF GROWTH RATES, YES. NOT NECESSARILY SIZE.

15  Q. ARE YOU FAMILIAR WITH THAT?

16  A. I'M FAMILIAR WITH THIS PRODUCT, YES.

17  Q. THAT'S CALLED PEPCID AC. CAN YOU HOLD THAT UP TO THE

18  VIDEO SO THE JURY CAN SEE IT, PLEASE? THANK YOU. CAN WE GET A

19  CLOSE-UP WHERE WE CAN SEE WHAT THAT IS? THAT'S GOOD ENOUGH.

20  THANK YOU, SIR. Y'ALL HELD THE PATENT ON PEPCID, DIDN'T YOU?

21  A. YES.

22  Q. THAT PATENT WAS VERY VALUABLE TO YOUR COMPANY, WASN'T IT?

23  A. YES, IT WAS.

24  Q. MADE A LOT OF MONEY OFF PEPCID, DIDN'T YOU?

25  A. YES, WE DID.

## Page 198

1  Q. BUT YOU HAD A PROBLEM, BECAUSE YOUR PATENT WAS ABOUT TO

2  RUN OUT AND PEOPLE WERE GOING TO BE ABLE TO GO BUY THIS STUFF

3  AT THE GROCERY STORE; TRUE?

4  A. ALL OF OUR RESEARCH-DISCOVERED PRODUCTS, EVENTUALLY THE

5  PATENT RUNS OUT, AND THE ANSWER IS TO FIND NEW DRUGS TO REPLACE

6  THEM.

7  Q. I UNDERSTAND THAT, BUT THAT WASN'T MY QUESTION. MY

8  QUESTION IS SPECIFIC: SIR, THE END OF 1998, 99, EARLY 2004,

9  Y'ALL KNEW YOUR PATENT WAS RUNNING OUT ON PEPCID AND A BIG

10  MONEYMAKER FOR YOU WAS ABOUT TO BE COMMERCIALLY AVAILABLE TO

11  EVERYBODY, AND IT WAS GOING TO HURT YOUR BOTTOM LINE; TRUE?

12  A. WE HAD KNOWN FOR MANY YEARS THAT THE PEPCID PATENT WOULD

13  EXPIRE, SO THIS WAS NOT AN UNKNOWN EVENT.

14  Q. I KNOW. THAT'S ONE OF THE REASONS Y'ALL HAD BEEN WORKING

15  TO TRY AND GET VIOXX UP AND GOING; YOU NEEDED THE MONEY. TRUE?

16  A. WE WERE WORKING IN OUR RESEARCH LABS TO FIND NEW PRODUCTS.

17  VIOXX WAS ONE OF THE IMPORTANT NEW PRODUCTS THAT WE HAD.

18  Q. SIR, THAT WASN'T MY QUESTION. I SAID YOU KNEW, YOUR

19  COMPANY KNEW, YOU HAD MAJOR DRUGS GOING OFF THE MARKET IN 2000

20  AND 2001 THAT WAS A SIGNIFICANT PERCENTAGE OF YOUR SALES; TRUE?

21  A. IT WAS AN IMPORTANT PERCENTAGE OF OUR SALES, CORRECT.

22  Q. A SIGNIFICANT PERCENTAGE; TRUE?

23  A. I CANNOT DEFINE "SIGNIFICANT."

24  Q. SIR, IF YOU'LL LOOK ON THE LAST PAGE OF THAT DOCUMENT

25  RIGHT THERE --

## Page 199

1  A. I HAVE IT.

2  Q. -- IT SAYS, FOUR POINTS UP FROM THE BOTTOM, "THE MAJOR

3  DRUGS GOING OFF PATENT IN 2000 AND 2001, INCLUDES PEPCID,

4  TOGETHER REPRESENT A SIGNIFICANT PERCENTAGE OF OUR SALES."

5  THAT'S WHAT IT SAYS, DOESN'T IT?

6  A. THAT'S CORRECT, YES.

7  Q. SO THAT'S JUST WHAT YOU'RE TELLING THE JURY TODAY WHEN I'M

8  ASKING QUESTIONS. YOU KNEW WHAT IT MEANT WHEN YOU GOT THAT

9  MEMO, DIDN'T YOU?

10  A. YES, I DID.

11  Q. SO NOW WILL YOU GO BACK AND AGREE WITH ME THAT THE MAJOR

12  DRUGS GOING OFF PATENT REPRESENTED A SIGNIFICANT PERCENTAGE OF

13  YOUR SALES?

14  A. YES, I WILL AGREE WITH YOU.

15  Q. SO PRODUCING SOME REPLACEMENT REVENUE, SOME MONEY TO TAKE

16  THE PLACE THROUGH A LAUNCH OF PRODUCTS LIKE VIOXX WAS VERY

17  IMPORTANT FOR Y'ALL, WASN'T IT?

18  A. YES, IT WAS IMPORTANT.

19  Q. BECAUSE, BY THE END OF 1997, MERCK HAD PUT ITSELF AS THE

20  LARGEST PHARMACEUTICAL COMPANY OF THE WORLD, HADN'T IT?

21  A. I'M SORRY. THE QUESTION WAS HAD --

22  Q. BY THE END OF 1997, MERCK HAD REGAINED ITS POSITION AS THE

23  LARGEST PHARMACEUTICAL COMPANY IN THE WORLD; TRUE?

24  A. I DON'T KNOW IF IT WAS AT THAT TIME. I DON'T REMEMBER.

25  Q. WELL, GO BACK TO THE LAST PAGE OF THAT DOCUMENT AGAIN.

## Page 200

1  LOOK AT THE SECOND POINT FROM THE TOP: "BY THE END OF 1997,

2  MERCK HAD REGAINED ITS POSITION AS THE LARGEST PHARMACEUTICAL

3  COMPANY IN THE WORLD." DO YOU THINK HE WAS LYING WHEN HE SAID

4  THAT?

5  A. NO, I DON'T.

6  Q. ALL RIGHT. SO WE CAN ASSUME THAT THAT'S TRUE, TOO, CAN'T

7  WE?

8  A. YES, WE CAN.

9  Q. SO Y'ALL WENT FROM THE MIDDLE OF THE PACK IN '94 TO THE

10  LARGEST PHARMACEUTICAL COMPANY IN THE WORLD IN '97, BUT YOU HAD

11  MAJOR DRUGS LIKE PEPCID GOING OFF PATENT IN 2000, 2001. I'M

12  CORRECT SO FAR. RIGHT?

13  A. YES.

14  Q. AND THOSE DRUGS GOING OFF PATENT REPRESENTED A SIGNIFICANT

15  PERCENTAGE OF YOUR SALES; TRUE?

16  A. CORRECT.

17  Q. SO IT WAS IMPORTANT Y'ALL GET SOME REPLACEMENT PRODUCTS

18  LIKE VIOXX TO MAKE THE MONEY. RIGHT?

19  A. NEW PRODUCTS ARE ALWAYS IMPORTANT TO OUR BUSINESS.

20  Q. WELL, BUT THOSE PRODUCTS LIKE VIOXX, YOU SAW IT AS

21  SOMETHING THAT REPLACED THE REVENUE Y'ALL WERE GOING TO LOSE.

22  RIGHT?

23  A. THAT'S THE NORMAL COURSE OF OUR BUSINESS, YES.

24  Q. SO THE TIMING OF THIS -- AND BY "THIS" I MEAN SELLING THE

25  VIOXX -- IS VERY IMPORTANT TO YOUR COMPANY, WASN'T IT?

## Page 201

1  A.  YES, IT WAS IMPORTANT.

2  Q.  IF YOU REALIZE THAT IN A FEW MONTHS YOU ARE NOT GOING TO

3  BE HAVING ANY MONEY COMING IN, YOU NEED TO FIGURE OUT HOW TO

4  GET SOME MONEY IN THE DOOR IF YOU ARE GOING TO HAVE TO PAY

5  BILLS; TRUE?

6  A.  OR SPEND LESS MONEY.

7  Q.  DON'T GET THE BILLS, RIGHT?  BUT THE POINT IS IF MERCK--

8  MERCK HAS BILLS, DOESN'T IT?

9  A.  YES, IT DOES.

10 Q.  Y'ALL GOT EMPLOYEES.  Y'ALL GOT TO PAY EMPLOYEES, DON'T

11 YOU?

12 A.  THAT'S CORRECT.

13 Q.  YOU'VE GOT BUILDINGS AND COMMITMENTS TO FUND RESEARCH AND

14 ALL THESE OTHER THINGS GOING ON, TOO, DON'T YOU?

15 A.  YES.

16 Q.  YOU'VE GOT TO PAY MONEY TO DO ALL THAT, DON'T YOU?

17 A.  YES.

18 Q.  I BET Y'ALL EVEN HAVE ELECTRIC BILLS AND STUFF FOR YOUR

19 BUILDINGS, DON'T YOU?

20 A.  YES.

21 Q.  SO MERCK HAS GOT TO MAKE SURE THEY HAVE GOT MONEY COMING

22 IN THE DOOR TO PAY ALL THESE THINGS, DON'T THEY?

23 A.  YES.

24 Q.  NOT THE LEAST OF WHICH THEY HAVE GOT TO PAY YOU, DON'T

25 THEY?

## Page 202

1  A.  THEY HAVE TO PAY ALL 60,000 OF OUR PEOPLE.

2  Q.  YES.  BUT, I MEAN, YOU EXECUTIVES.  Y'ALL ARE SOME OF THE

3  HIGHEST-PAID EXECUTIVES IN THE INDUSTRY, AREN'T YOU?

4  A.  I THINK WE'RE COMPARATIVELY WELL PAID.

5  Q.  SO IT IS IMPORTANT TO KEEP THE MONEY IN, COMING IN TO

6  MERCK, SO THAT MERCK CAN KEEP PAYING YOU AND EVERYBODY ELSE.

7  RIGHT?

8  A.  IT'S IMPORTANT TO KEEP FINDING PRODUCTS TO BRING THEM TO

9  MARKET AND TO GENERATE REVENUES, YES.

10 Q.  AND MERCK HIT A POINT WHERE IT WASN'T GOING TO HAVE ANY

11 MORE MONEY COMING IN ON THE PEPCID AND SOME OF THESE OTHER

12 DRUGS THAT HAD BEEN KEEPING THE MACHINE GOING.  RIGHT?

13 A.  PATENT EXPIRATIONS WERE GOING TO REDUCE REVENUES FOR THOSE

14 PRODUCTS, CORRECT.

15 Q.  AND "REDUCE REVENUES FOR THOSE PRODUCTS" -- YOU ARE AN

16 ECONOMICS MAJOR -- IN EVERYDAY TALK, THAT MEANS Y'ALL AREN'T

17 GOING TO GET AS MUCH MONEY ANYMORE.  RIGHT?

18 A.  THOSE PRODUCTS WILL HAVE LESS SALES.

19 Q.  SO MERCK HAS REALLY INVESTED A LOT OF HOPES AND PLANS IN

20 VIOXX TO PICK UP THE SLACK FOR THE YEAR 2000-2001 --

21 A.  MERCK INVESTED A LOT OF HOPES AND PLANS IN VIOXX BECAUSE

22 IT WAS GOING TO BE A REALLY IMPORTANT PRODUCT FOR PATIENTS.

23 Q.  WELL, SIR, IF YOU'LL LOOK AT THE LAST PAGE OF THAT -- IT

24 SAYS, "VIOXX IS VERY IMPORTANT TO YOU," BUT IT SAYS, "PRODUCING

25 REPLACEMENT REVENUE THROUGH THE LAUNCH OF NEW PRODUCTS LIKE

## Page 203

1  VIOXX IS IMPORTANT."  THAT'S WHAT IT SAYS, DOESN'T IT?

2  A.  I'M SORRY, WHICH --

3  Q.  THAT'S THE FOURTH POINT UP FROM THE BOTTOM.

4  A.  YES, IT DOES.  YES.

5  Q.  NOW, THERE'S ALREADY, BEFORE Y'ALL GET ON THE MARKET WITH

6  YOUR DRUG, A RACE.  AND THERE'S ANOTHER COX-2 INHIBITOR THAT

7  WANTS TO GET ON THE MARKET, TOO.  RIGHT?

8  A.  THAT'S CORRECT.

9  Q.  AND THAT'S CELEBREX, RIGHT?

10 A.  CORRECT.

11 Q.  DO YOU REMEMBER WHICH DRUG COMPANY MAKES CELEBREX?

12 A.  AT THE TIME, SEARLE.

13 Q.  IT IS NOW PFIZER SEARLE, RIGHT?

14 A.  NOW IT'S PFIZER, YES.

15 Q.  IS IT FAIR TO SAY THAT Y'ALL WERE RACING EACH OTHER TO TRY

16 AND SEE WHO COULD GET TO THE MARKET FIRST?

17 A.  YES.  THAT'S A FAIR CHARACTERIZATION.

18 Q.  THEY BEAT Y'ALL, DIDN'T THEY?

19 A.  IN THE U.S., THEY BEAT US, YES.

20 Q.  IT WAS SIGNIFICANT ENOUGH TO WHERE Y'ALL WORKED HARD TO

21 OVERCOME A LATE START.  FAIR TO SAY?

22 A.  WE WERE SECOND.  IT WAS SOMETHING OF A DISADVANTAGE BUT

23 NOT OVERRIDING.

24 Q.  YOUR COMPANY REALLY PUSHED HARD TO MAKE VIOXX A WINNER

25 FROM A MARKETING PERSPECTIVE AND AN INCOME PERSPECTIVE; TRUE?

## Page 204

1  A.  WE BELIEVED IN VIOXX AS -- AS IT CAME TO MARKET.  WE

2  BELIEVED THAT IT WAS A VERY IMPORTANT PRODUCT FOR PATIENTS, WE

3  KNEW THAT THERE WERE A LARGE NUMBER OF PATIENTS THAT WOULD

4  BENEFIT, AND WE BELIEVED THAT VIOXX WOULD BE A WINNER IN THIS

5  MARKET, YES.  WE LAUNCHED THE PRODUCT WHEN IT WAS APPROVED BY

6  THE FDA.

7  Q.  BUT Y'ALL PUSHED FOR EARLY FDA APPROVAL?

8  A.  AND WE RECEIVED THAT EARLY APPROVAL FROM THE FDA.  WE CAN

9  REQUEST IT; THEY HAVE TO ACCEPT IT.

10 Q.  SIR, WHAT YOU'RE TELLING THIS JURY IS THAT Y'ALL PUSHED

11 FOR EARLY APPROVAL.  YOU WERE LOSING THE RACE AGAINST VIOXX

12 AGAINST CELEBREX, AND EVERY DAY YOU LOST THAT RACE, YOU FELL

13 FARTHER AND FARTHER BEHIND.  SO Y'ALL PUSHED FOR EARLY APPROVAL

14 BECAUSE IT WAS SO IMPORTANT TO REPLACE THAT INCOME STREAM FROM

15 THESE DRUGS GOING OFF PATENT, AND THE NET RESULT IS Y'ALL PUT

16 THIS ON THE MARKET NINE MONTHS BEFORE YOU EVEN GOT YOUR FIRST

17 VIGOR TEST RESULTS BACK; RIGHT?

18 A.  WE ASKED FOR AND RECEIVED SIX-MONTH APPROVAL FROM THE FDA

19 BASED ON THE MEDICAL IMPORTANCE OF THE PRODUCT.

20     THE REASON FOR DOING THE VIGOR STUDY, WHICH HAD BEEN

21 STARTED BEFORE THE APPROVAL, WAS TO GET GI OUTCOMES DATA FROM

22 THE VIGOR STUDY.  WE HAD GI DATA IN THE LABEL FROM THE

23 ENDOSCOPY STUDIES.  WE WERE HOPING THAT THOSE STUDIES WOULD

24 ENABLE A CHANGE IN THE GI SAFETY PART OF THE LABEL.  WE WERE

25 DISAPPOINTED IN THOSE EFFORTS.

## Page 205

1    THE VIGOR STUDY WAS STARTED AND THE VIGOR STUDY WAS
2    ALWAYS GOING TO-- THE RESULTS WERE ALWAYS GOING TO COME AFTER
3    THE PRODUCT APPROVAL EVEN IF IT HAD BEEN A REGULAR 12-MONTH
4    APPROVAL.
5    Q.  WELL, TRUTH BE TOLD, THERE WERE TWO MAIN REASONS Y'ALL
6    PUSHED FOR EARLY FDA APPROVAL; ISN'T THAT RIGHT?
7    A.  THE FIRST REASON WAS THAT THIS WAS AN IMPORTANT NEW
8    PRODUCT FOR PATIENTS.
9    Q.  WELL, NO.  THERE WAS ALREADY A COX-2 INHIBITOR ON THE
10   MARKET.  THAT WAS CELEBREX.  THE FIRST REASON WAS Y'ALL WERE
11   TRYING TO BEAT CELEBREX AND THEY BEAT YOU TO THE MARKET AND YOU
12   NEEDED TO HURRY YOUR PRODUCT OUT THERE, RIGHT?
13   A.  BUT AT A CERTAIN POINT WE KNEW WE WERE BEHIND THEM, AND SO
14   THAT DIDN'T CHANGE THE PATENT BEHAVIOR AT THAT TIME.
15   Q.  WELL, ONE REASON, THOUGH, WAS YOU NEEDED TO GET TO MARKET
16   AS QUICKLY AS POSSIBLE BECAUSE YOU WERE LOSING THE RACE; AND
17   THE SECOND REASON IS Y'ALL DIDN'T WANT THE FDA TO HAVE FOREVER
18   TO LOOK AT THIS DRUG, DID YOU?
19   A.  THAT'S NOT A FAIR CHARACTERIZATION.  WE SUBMITTED AN
20   APPLICATION.  WE ASKED FOR A SIX-MONTH REVIEW VERSUS A 12-MONTH
21   REVIEW.  THE FDA ACCEPTED THAT.
22   Q.  AND Y'ALL HAD AN EXTRAVAGANT INCENTIVE PROGRAM:  YOU'RE
23   GOING TO OWN THE MARKET AND YOU HAD SURPASSED YOUR GOAL OF MORE
24   THAN 560 ADVOCATES; IS THAT RIGHT?
25   A.  THAT'S -- IF THAT'S THE RIGHT NUMBER, YES.

## Page 206

1    Q.  WHY DON'T YOU TELL THIS JURY WHAT Y'ALL WERE DOING WHEN
2    YOU ARE TRYING TO SURPASS YOUR GOAL OF 560 ADVOCATES?
3    A.  WHAT WE WERE TRYING TO DO IS HAVE PEOPLE WHO WOULD SPEAK
4    IN SUPPORT OF VIOXX WHEN THE PRODUCT CAME TO THE MARKETPLACE
5    AND BASED ON THE SIZE OF THE U.S. AND THE NUMBER OF SPEAKING
6    EVENTS THAT WE WANTED TO CONDUCT AROUND THE U.S., WE BELIEVED
7    WE NEEDED A LARGE NUMBER OF SPEAKERS AND ADVOCATES FOR THE
8    PRODUCT.
9    Q.  SO YOU'RE GOING TO OWN THE MARKET WITH AN EXTRAVAGANT
10   INCENTIVE PROGRAM.  YOU'VE GOT MORE THAN 560 ADVOCATES.  YOU'VE
11   ASSEMBLED THE LARGEST SALES FORCE IN HISTORY.  YOU ALSO DECIDED
12   THAT YOU WERE GOING TO GIVE OUT MORE FREE SAMPLES OF THIS DRUG
13   THAN YOU HAD EVER GIVEN OUT OF ANYTHING BEFORE.  TRUE?
14   A.  I THINK THAT WAS CORRECT, YES.
15   Q.  WHAT'S HEL STAND FOR?
16   A.  HEALTH EDUCATION LIAISON.
17   Q.  WELL, YOUR COMMITMENT OF HEALTH EDUCATION LIAISON DOLLARS,
18   HEL DOLLARS, WAS THE LARGEST OF ANYTHING Y'ALL HAD EVER DONE
19   WITH VIOXX, WASN'T IT?
20   A.  YES, IT WAS.
21   Q.  NOT ONLY THAT, Y'ALL HAD EXTRA FMC MONEY, DIDN'T YOU?
22   A.  YES.
23   Q.  SO THIS IS WHERE THEY GO OUT TO DOCTORS, AND THEY'VE GOT
24   MILLIONS AND MILLIONS OF DOLLARS TO TRY AND GIVE EXTRAS TO
25   DOCTORS SO THAT DOCTORS WILL START WRITING YOUR VIOXX

## Page 207

1    PRESCRIPTIONS.  IS THAT WHAT THAT BOILS DOWN TO?
2    A.  THIS IS TO CONDUCT SPEAKING EVENTS AND GET DOCTORS
3    INTERESTED IN OUR PRODUCT, YES, TO UNDERSTAND OUR PRODUCT.
4    Q.  YES.  THOSE ARE THE SPEAKING CONTRACTS THAT YOU'VE ALSO
5    GOT ON THERE.  YOU'RE PAYING DOCTORS TO STAND UP AND GIVE THESE
6    SPEECHES, AREN'T YOU?
7    A.  YES.  YES, WE DO THAT.
8    Q.  THESE ARE ADVOCATES.  YOU'VE MARKED OVER 560 OF THESE
9    PEOPLE.  YOU ARE GOING TO PAY THEM MONEY AND THEY ARE GOING TO
10   STAND UP AND SAY, "LOOK HOW WONDERFUL THIS PRODUCT IS HERE.
11   HAVE A FREE DINNER.  GO WRITE PRESCRIPTIONS."
12   A.  WE HAVE GIVEN MONEY TO SPEAKERS FOR SPEAKING AS A CONTRACT
13   SERVICE TO MERCK TO PRESENT THEIR INFORMATION ABOUT OUR PRODUCT
14   AND OTHER PRODUCTS BECAUSE THEY ARE TALKING AS PEOPLE THAT HAVE
15   EXPERTISE IN THE AREA, THAT HAVE KNOWLEDGE ABOUT THIS DISEASE,
16   AND THEY ARE PASSING ON THEIR EXPERIENCE AS AN OPINION LEADER
17   TO OTHER PHYSICIANS.
18   Q.  YOU DIDN'T DESIGN THE PRODUCT TO BE SAFE, YOU DIDN'T
19   DEVELOP THE PRODUCT TO BE SAFE, YOU DIDN'T DRIVE THE PRODUCT TO
20   BE SAFE.  YOU DESIGNED, DEVELOPED, AND DROVE THAT PRODUCT TO
21   WIN THE MARKET, DIDN'T YOU?
22   A.  THE DEVELOPMENT OF VIOXX WAS BASED ON ALL OF OUR STANDARDS
23   OF EFFICACY AND SAFETY.  WE DESIGNED THE PRODUCT WITH ALL OF
24   THAT IN MIND.  FROM THE MARKETING SIDE, YES, WE BELIEVED WE HAD
25   A WINNER; WE BELIEVED WE HAD A VERY EFFECTIVE PRODUCT; AND WE

## Page 208

1    BELIEVED THAT, WITH THE RIGHT PROMOTION SUPPORT -- WE'RE
2    RESPONSIBLE FOR PROMOTING THE PRODUCT TO PHYSICIANS -- WITH THE
3    RIGHT LEVEL OF SUPPORT, WE COULD MAKE THIS A LEADING -- THE
4    LEADING PRODUCT IN THE CATEGORY.
5    Q.  BUT YOU NEVER DID A CV STUDY.  YOU NEVER DID A STUDY TO
6    SEE IF IT CAUSED HEART ATTACKS, DID YOU?
7    A.  WE DID NOT DO THAT BECAUSE WE BELIEVED THAT THE
8    ALTERNATIVES, WHICH WE PUT IN PLACE, WOULD PROVIDE ANSWERS TO
9    THE QUESTIONS BEING POSED BY THE VIGOR DATA.
10   Q.  YOU NEVER STUDIED VIOXX TO SEE IF IT CAUSED HEART ATTACKS
11   OR STROKE OR CARDIOVASCULAR PROBLEMS; TRUE?
12   A.  WE DID NOT STUDY VIOXX SPECIFICALLY WITH CV OUTCOMES.
13   Q.  DO YOU WANT TO TELL US WHY?
14   A.  YES.  I WOULD LIKE TO ADD THAT BECAUSE WE CONSIDERED IT,
15   AS YOU KNOW, ON SEVERAL OCCASIONS; AND ULTIMATELY, WE CONCLUDED
16   THAT THE BEST WAY TO GET ANSWERS TO THE QUESTION, WAS THERE A
17   DIFFERENCE IN RISK, WAS THROUGH THE VARIOUS OTHER STUDIES THAT
18   WE HAD UNDERWAY.
19   Q.  THE BEST WAY TO GET THE ANSWER, DOES IT CAUSE HEART
20   ATTACKS, IS NOT BY STUDYING IT?
21   A.  THE BEST-- WE WERE-- NO.  THAT IS NOT WHAT I SAID.
22   Q.  SIR, BEFORE YOU HAVE EVER SOLD THE DRUG, YOU COULD HAVE
23   STUDIED IT TO SEE IF IT CAUSED HEART ATTACKS, COULDN'T YOU?
24   A.  BEFORE WE LAUNCHED THE DRUG, THERE WAS NO BASIS ON WHICH
25   WE THOUGHT IT WAS NECESSARY TO STUDY THE DRUG IN THE WAY YOU

DAILY COPY

## Page 209

1  JUST DESCRIBED.

2  Q.  YOU DON'T KNOW THAT.  YOU'RE NOT A DOCTOR; YOU'RE A

3  MARKETING GUY.  HOW WOULD YOU KNOW THAT?

4  A.  THE BASIS OF THE NDA WAS CONSISTENT WITH HOW YOU STUDY

5  AGENTS IN THIS CATEGORY.

6  Q.  SO YOUR COMPANY COULD HAVE TESTED TO SEE IF THE CONCERNS

7  ABOUT HEART ATTACKS AND STROKES WAS TRUE; YOUR COMPANY COULD

8  HAVE TESTED FOR THAT BEFORE YOU EVER WENT TO MARKET, COULDN'T

9  YOU?

10  A.  THE COMPANY COULD HAVE TESTED FOR THAT, BUT THE

11  SCIENTISTS, IN CONSIDERING THE DISCUSSIONS I JUST REFERENCED,

12  CONCLUDED THAT THAT WAS NOT NECESSARY.

13  Q.  WELL, WHAT WAS THE DOWNSIDE TO DOING A TEST LIKE THAT?

14  A.  IT WAS SEEMED TO BE NOT NECESSARY.

15  Q.  THAT WASN'T MY QUESTION.  I SAID WHAT WAS THE DOWN SIDE TO

16  IT?

17  A.  WELL, THAT WOULD TAKE-- I MEAN, TO DO STUDIES THAT ARE NOT

18  SCIENTIFICALLY NECESSARY OR RELEVANT WOULD DIVERT RESOURCES.

19  SO WHAT WOULD IT DO?  IT WOULD MEAN THAT YOU MIGHT NOT GET

20  TO MARKET AS EARLY AS YOU WANTED TO AND YOU WERE IN A RACE WITH

21  CELEBREX TO GET TO MARKET FIRST.  THAT'S WHAT IT REALLY BOILS

22  DOWN TO, DOESN'T IT?

23  A.  I DON'T ACCEPT THAT AT ALL.

24  Q.  WELL, YOU WERE IN A RACE WITH CELEBREX TO GET TO MARKET,

25  FIRST, WEREN'T YOU?  YOU ADMITTED THAT BEFORE.

## Page 210

1  A.  THERE WAS A COMPETITIVE DEVELOPMENT PROGRAM BETWEEN TWO

2  COMPANIES.

3  Q.  IF YOU TAKE THE TIME OUT FOR A YEAR TO DO A STUDY TO SEE

4  IF THIS DRUG IS GOING TO KILL PEOPLE WITH HEART ATTACKS, THAT'S

5  GOING TO DELAY YOU ANOTHER YEAR GETTING TO MARKET, ISN'T IT?

6  A.  THAT IS NOT THE REASON THAT MERCK DID NOT PROCEED WITH

7  THOSE STUDIES.

8  Q.  YOU UNDERSTAND BEFORE YOU SELL A DRUG YOU OUGHT TO CHECK

9  TO SEE IF IT'S SAFE; TRUE?

10  A.  YES.

11  Q.  AND IF YOU DELAY THE INTRODUCTION THAT DELAYS MAKING MONEY

12  ON IT, DOESN'T IT?

13  A.  YES.

14  Q.  YES.  I WANT TO TALK ABOUT THE EFFORTS AND MONEY Y'ALL PUT

15  INTO STUDYING THE CARDIOVASCULAR EFFECTS; IN OTHER WORDS, DOES

16  VIOXX CAUSE HEART ATTACKS?  I WANT TO COMPARE ON ONE SIDE WHAT

17  MONEY AND EFFORTS Y'ALL DID ON THAT TO THE OTHER SIDE, THE

18  EFFORTS Y'ALL DID TO MARKET AND SELL THE DRUG, TO SEE WHERE YOU

19  PUT YOUR RESOURCES AND EFFORT.  FAIR TO SAY?

20  A.  OKAY.

21  Q.  ALL RIGHT.  CARDIOVASCULAR EFFECTS, WHAT MONEY AND

22  RESOURCES DID Y'ALL PUT INTO STUDYING THAT?

23  A.  EVERY CLINICAL STUDY WE HAVE DONE HAS STUDIED THE

24  CARDIOVASCULAR EFFECTS OF VIOXX.

25  Q.  SIR, WE'RE TALKING ABOUT IT BEING THE RESULT OF STUDIES,

## Page 211

1  BUT NOT THE PURPOSE OF STUDIES.  Y'ALL DIDN'T DO A STUDY JUST

2  FOR CARDIOVASCULAR PURPOSES, DID YOU?

3  A.  WE DID NOT DO A STUDY WHERE THE PRIMARY ENDPOINT WAS CV

4  SAFETY.

5  Q.  RIGHT.  SO WHAT OTHER MONIES AND EFFORTS DID Y'ALL PUT

6  INTO TRYING TO FIGURE OUT IF CARDIOVASCULAR PROBLEMS WERE GOING

7  TO COME FROM THAT DRUG?

8  A.  BUT THAT'S ACROSS A LARGE NUMBER OF CLINICAL STUDIES, NOT

9  ONLY THE ORIGINAL STUDIES IN ARTHRITIS, RHEUMATOID ARTHRITIS,

10  VIGOR, BUT ALSO THE ALZHEIMER'S DISEASE STUDIES AND ALSO,

11  EVENTUALLY, FINALLY, THREE CANCER STUDIES.

12  Q.  ALL RIGHT.  SO --

13  A.  SO A LARGE NUMBER OF PHASE III AND SUBSEQUENT STUDIES.

14  Q.  I'LL LIST THEM:  VIGOR, ALZHEIMER'S, CANCER.  WHAT OTHERS?

15  A.  ALL THE PHASE III PROGRAMS.

16  Q.  PHASE III.  ANY OTHERS?

17  A.  EVERY STUDY THAT WE DID WITH VIOXX.

18  Q.  CAN YOU THINK OF ANY OTHERS?

19  A.  I'M SURE THERE WERE SOME OTHER STUDIES.

20  Q.  I'M GOING TO PUT "MAYBE OTHERS."  DID I WRITE IT RIGHT?

21  A.  YOU WROTE DOWN THE WORDS THAT YOU SAID YOU WERE WRITING

22  DOWN, YES.

23  Q.  OKAY.  NOW, LET'S JUST MAKE SURE WE'RE CLEAR ON THIS.

24  Y'ALL WERE NOT STUDYING VIOXX TO SEE IF IT CAUSED ALZHEIMER OR

25  TO SEE IF IT CAUSED CANCER, TO SEE IF IT WAS DANGEROUS IN THAT

## Page 212

1  WAY; Y'ALL WERE STUDYING IT TO SEE IF YOU COULD SELL IT AS A

2  CURE OR AS A HELP ALZHEIMER'S AND CANCER.  RIGHT?

3  A.  WE WERE STUDYING IT TO SEE IF THERE WAS A BENEFIT TO

4  PATIENTS, AND WE'RE ASSESSING THE RISKS AT THE SAME TIME SO

5  THAT WE COULD MAKE A BENEFIT/RISK ASSESSMENT.

6  Q.  IN OTHER WORDS, YOU WEREN'T STUDYING IT BECAUSE YOU WERE

7  WORRIED IT WAS GOING TO CAUSE CANCER AND YOU WANTED TO SEE; YOU

8  WERE STUDYING IT TO SEE IF YOU COULD HELP CANCER?

9  A.  YES, WE WERE.  AND ANOTHER BENEFIT OF THOSE STUDIES WAS

10  THAT WE COULD USE VIOXX IN THOSE STUDIES, ALONG WITH PLACEBO,

11  WHICH WE BELIEVED WOULD GIVE US THE BEST DATA IN TERMS OF

12  ANSWERING ALL QUESTIONS THAT MAY BE RAISED ABOUT SAFETY.

13  Q.  BUT TO BE FAIR, WE OUGHT TO PUT THE A NUMBER OF

14  RESEARCHERS BECAUSE THERE WERE A NUMBER OF RESEARCHERS OVER ON

15  THIS SIDE OF THE COLUMN THAT WERE WORKING ON SAFETY, AT LEAST,

16  EVEN IF IT WASN'T CARDIOVASCULAR.  RIGHT?

17  A.  CORRECT.

18  Q.  CAN YOU THINK OF ANYTHING ELSE Y'ALL WERE PUTTING IN OTHER

19  THAN RESEARCHERS AND STUDIES?  ANY OTHER EFFORTS TO DETERMINE

20  WHETHER OR NOT VIOXX CAUSED HEART ATTACKS?

21  A.  WELL, THERE ARE NUMEROUS SCIENTIFIC MEETINGS, REVIEWS AT

22  CONGRESSES, SO -- THERE WAS A LOT OF DIALOGUE AND THERE'S A LOT

23  OF EFFORT OVER AND ABOVE THE STUDIES BECAUSE THERE'S PEOPLE

24  DISCUSSING WHAT ALL THE OPTIONS WERE, THE ALTERNATIVES WERE,

25  EXTENSIVELY, RIGHT OF THROUGH THIS PERIOD.

## Page 213

1  Q.  SO THAT'S KIND OF RESEARCH, I GUESS.  BUT MORE THAN THAT,

2  IT'S JUST TALKING ABOUT RESEARCH?

3  A.  IT'S HAVING--

4  Q.  SO Y'ALL HAD-- I'M SORRY.  GO AHEAD.

5  A.  SO IT'S PEOPLE DISCUSSING WHAT ALL OF THE OPTIONS ARE.

6  Q.  SO I'VE PUT DOWN A THIRD THING:  PEOPLE TALKING ABOUT IT.

7  Y'ALL HAD THAT GOING IN TO TRY AND FIGURE IT OUT; TRUE?  IS

8  THAT FAIR TO SAY?

9  A.  WE HAD A LOT OF PEOPLE DOING MORE THAN TALKING ABOUT IT,

10  WORKING ON THIS ISSUE, REVIEWING DATABASES AND SO FORTH.

11  Q.  NOW, I WOULD LIKE TO THEN MOVE OVER TO THE OTHER SIDE OF

12  OUR CHART, THE MARKETING SIDE.  FIRST OF ALL, YOUR COMPANY

13  BROUGHT A LOT OF EXPERTISE INTO MARKETING; TRUE?

14  A.  WE HIRED SOME PEOPLE, YES.

15  Q.  WELL, YOU ARE WORLD-FAMOUS FOR IT.  YOU ARE WORLD-RENOWN

16  FOR MARKETING, AREN'T YOU?

17  A.  I HAVE A GOOD REPUTATION, YES.

18  Q.  I MEAN, YOU'RE NOT FUSSING THE "WORLD-RENOWN" LANGUAGE,

19  ARE YOU?

20  A.  NO.  NO, I'M NOT.

21  Q.  ANOTHER THING YOU DID ON MARKETING -- WE'LL LIST IT AS

22  NUMBER 5 -- YOU WOULD STUDY THE EFFECTS OF LABEL CHANGES.  YOU

23  ACTUALLY SPENT MONEY TO SEE IF CHANGING THE LABEL LANGUAGE WAS

24  GOING TO HURT YOUR SALES, WOULDN'T YOU?

25  A.  WE WOULD DO MARKET RESEARCH CONTINUALLY ON OUR PRODUCTS

## Page 214

1  AND THAT INCLUDED TESTING DIFFERENT LANGUAGE AND LABELS, YES.

2  Q.  Y'ALL WOULD DO THAT WITH OUTSIDE COMPANIES, WOULDN'T YOU?

3  A.  MARKET RESEARCH WAS TYPICALLY DONE WITH OUTSIDE COMPANIES.

4  Q.  WHO'S YOUR EMPLOYER TODAY?  WHAT COMPANY GIVES YOU A

5  PAYCHECK?

6  A.  MERCK & CO., INC.

7  Q.  WHEN YOU MADE YOUR LATERAL MOVE, DID THAT CHANGE; OR IS IT

8  MERCK & CO., INC., THAT WAS GIVING YOUR SALARY PAYCHECK BEFORE?

9  A.  THE SAME COMPANY.

10  Q.  WELL, YOU DIDN'T WHEN YOU DECIDED TO PUT VIOXX ON THE

11  MARKET WITHOUT RUNNING A TEST TO SEE IF IT CAUSES HEART ATTACKS

12  THE WAY SOME OF YOUR SCIENTISTS THOUGHT IT MIGHT.

13  A.  WHEN VIOXX WAS BROUGHT TO THE MARKET, IT WAS A SAFE

14  PRODUCT.

15  Q.  SIR, THAT WASN'T MY QUESTION.  MY QUESTION IS THIS:  DID

16  THE DRUG CHANGE FROM THE TIME Y'ALL STARTED SELLING IT TO

17  EVERYBODY TO THE TIME YOU PULLED IT OFF THE MARKET?

18  A.  DID IT CHANGE IN WHAT REGARD?

19  Q.  WAS IT THE SAME DRUG?  DID IT HAVE THE SAME CHEMICAL

20  MAKEUP?

21  A.  YES, IT WAS THE SAME PRODUCT.

22  Q.  SIR, THE PRODUCT YOU PULLED FROM THE MARKET, ACCORDING TO

23  YOUR OWN APPROVE STUDY, CAUSES AN INCREASED NUMBER OF HEART

24  ATTACKS AND STROKES, DOESN'T IT?

25  A.  THE APPROVE STUDY SHOWED THAT THERE WAS A RELATIVE RISK

## Page 215

1  GREATER IN THE VIOXX GROUP VERSUS THE PLACEBO GROUP FOR THE

2  FIRST TIME IN ALL OF THE PLACEBO-CONTROLLED STUDIES, WHICH HAVE

3  BEEN EXTENSIVE.  BASED ON THAT RELATIVE RISK DIFFERENCE AND

4  BASED ON THE AVAILABILITY OF ALTERNATIVE THERAPIES, MERCK MADE

5  A DECISION TO WITHDRAW THE PRODUCT.

6  Q.  ALL RIGHT.  SO THIS STUDY IS GOING.  THIS SEMI-INDEPENDENT

7  GROUP'S MONITORING IT.  AND THIS GROUP SAYS TO MERCK:  TIME

8  OUT.  YOU'VE GOT TO STOP THIS STUDY BECAUSE THE PEOPLE WHO ARE

9  TAKING VIOXX HAVE A HIGHER RATE OF HEART ATTACKS AND STROKES

10  THAN THE PEOPLE WHO ARE JUST TAKING A SUGAR PILL."  IS THAT

11  RIGHT?

12  A.  THAT'S RIGHT.

13  Q.  ALL RIGHT.

14  A.  THEY TOLD MERCK TO STOP THE STUDY.  IT WAS THEIR

15  RECOMMENDATION.

16  Q.  NOW, THIS WAS NOT THE FIRST STUDY Y'ALL DID WHERE ONE

17  GROUP TAKING VIOXX HAD A HIGHER RATE OF HEART ATTACKS AND

18  STROKES THAN A GROUP THAT WAS TAKING A DIFFERENT KIND OF PILL;

19  TRUE?

20  A.  IT WAS NOT THE FIRST TIME, BUT IT WAS THE FIRST TIME IN A

21  PLACEBO-CONTROLLED STUDY THAT A DIFFERENCE HAD BEEN SHOWN.

22  Q.  BECAUSE THE FIRST TIME WAS THE VIGOR STUDY.  THAT WAS YOUR

23  VERY FIRST STUDY OUT OF THE BOX THAT Y'ALL WERE DOING WHILE YOU

24  WERE STUDYING THE DRUG ON THE FAST TRACK.  RIGHT?

25  A.  VIGOR WAS NOT THE FIRST STUDY THAT MERCK DID.  MERCK HAD

## Page 216

1  EXTENSIVE STUDIES BEFORE VIGOR.  VIGOR, WHICH DID NOT HAVE A

2  PLACEBO ARM, ALSO SHOWED A DIFFERENCE IN CV EVENTS BETWEEN

3  VIOXX AND, IN THAT CASE, NAPROXEN.  NOT A SUGAR PILL BUT

4  NAPROXEN.

5  Q.  AND SO Y'ALL'S REACTION TO THE VIGOR STUDY THAT SHOWED

6  PEOPLE TAKING VIOXX WERE GETTING MORE HEART ATTACKS AND STROKES

7  THAN THE PEOPLE TAKING THE OTHER PILL WAS JUST TO SAY THE OTHER

8  PILL MUST BE REALLY HELPFUL FOR YOUR HEART?  THAT WAS YOUR

9  RESPONSE THEN, WASN'T IT?

10  A.  OUR RESPONSE AT THAT TIME, AFTER LOOKING AT WHETHER OR NOT

11  VIOXX IN THE VIGOR STUDY -- THAT'S WHAT WE'RE TALKING ABOUT --

12  WHETHER VIOXX WAS PROTHROMBOTIC.  AND OUR CONCLUSION BASED ON

13  LOOKING AT THE THEN ACCUMULATED DATA WE HAD, WAS THAT VIOXX WAS

14  NOT DIFFERENT FROM PLACEBO AND NOT DIFFERENT FROM NON-NAPROXEN

15  NSAIDS.

16       WE THEN LOOKED AT THE NAPROXEN ARM TO SEE IF THERE

17  COULD BE EXPLANATIONS WHICH EXPLAINED WHY IT WOULD HAVE THE

18  STATISTICALLY SIGNIFICANT RATE.  AND OUR CONCLUSION IS THAT ON

19  THE WEIGHT-- THE BALANCE OF EVIDENCE, THAT THE MOST LIKELY, NOT

20  THE ONLY EXPLANATION BUT THE MOST LIKELY EXPLANATION, WAS THAT

21  NAPROXEN WAS CARDIOPROTECTIVE.

22  Q.  SIR, IN OTHER WORDS, IN COMMON EVERYDAY LANGUAGE, WHEN

23  YOUR VIGOR STUDY SHOWED PEOPLE TAKING VIOXX WERE MORE LIKELY TO

24  HAVE HEART ATTACKS AND STROKE THAN PEOPLE TAKING THE OTHER

25  PILL, THE EXPLANATION THAT YOUR COMPANY OFFERED WAS, WELL, THAT

## Page 217

1  OTHER PILL MUST HELP YOUR HEART; TRUE?

2  A.  AFTER CONSIDERING ALL OF THE DATA, WE BELIEVED THAT WAS

3  THE MOST LIKELY REASON FOR THAT DIFFERENCE, YES.

4  Q.  NOW, YOU COULDN'T VERY WELL PONY UP THAT REASON FOR THE

5  SUGAR PILL, THOUGH, BECAUSE EVERYBODY KNOWS THE SUGAR PILL IS

6  NOT GOING TO HELP YOUR HEART.  RIGHT?

7  A.  THE SUGAR PILL SHOULD NOT HAVE ANY EFFECT, POSITIVE OR

8  NEGATIVE.

9  Q.  LET'S GO BACK, THOUGH, TO THAT FIRST DRUG, NAPROXEN.

10  THAT'S SOMETHING YOU AND I CAN BUY IF WE GO DOWN TO THE

11  DRUGSTORE BECAUSE IT'S COME OFF PATENT AND BECAUSE IT'S NOW

12  OVER-THE-COUNTER; TRUE?

13  A.  THAT'S CORRECT.

14  Q.  SYNTEX WAS A DRUG COMPANY, WASN'T IT?

15  A.  YES, IT WAS.

16  Q.  TODAY SYNTEX IS OWNED BY WHO?

17  A.  ROCHE BOUGHT SYNTEX A NUMBER OF YEARS AGO.

18  Q.  DID IT EVER OCCUR TO YOU GUYS THAT IF SYNTEX'S DRUG WAS

19  GOOD FOR THE HEART, THAT SYNTEX WOULD HAVE BEEN SELLING IT FOR

20  THAT REASON AND TELLING EVERYBODY AND USING ALL OF THEIR

21  MARKETING PEOPLE LIKE YOU TO GET THAT DRUG OUT THERE AND SELL

22  MORE PRESCRIPTION BECAUSE IT'S GOOD FOR YOUR HEART; IT WILL

23  HELP STOP HEART ATTACKS?  DID IT OCCUR TO YOU THAT WOULD HAVE

24  BEEN DONE IF IT WAS TRUE?

25  A.  I DON'T KNOW THE REASONS THAT-- AT THE POINT IN TIME THAT

## Page 218

1  IT WAS SYNTEX WAS MANY YEARS AGO.  AND I DON'T RECALL WHEN THE

2  FACT OF ASPIRIN BEING KNOWN TO BE CARDIOPROTECTIVE WAS FIRST

3  ACKNOWLEDGED, AND I DON'T KNOW-- I HAVE NO IDEA WHETHER AT THAT

4  TIME SYNTEX, THE ORIGINATOR OF NAPROXEN, BELIEVED THAT THAT WAS

5  AN APPROPRIATE STUDY TO DO.  I HAVE NO INFORMATION.

6  Q.  YOU DIDN'T CALL THEM?

7  A.  THIS WAS MANY YEARS AGO.

8  Q.  YES.  BUT I'M JUST SAYING, BEFORE YOU-- WHEN YOUR STUDY

9  SHOWS THAT YOUR VIOXX IS CAUSING MORE OR, AS YOU LIKE TO SAY,

10  MORE HEART ATTACKS AND STROKES THAN NAPROXEN, BEFORE YOU HAVE

11  JUST PEL MEDICAL GO AND TELL EVERYBODY, OH NAPROXEN, IS

12  GOOD FOR YOUR HEART, DID YOU BOTHER TO CALL THE PEOPLE WHO

13  STUDIED IT AND TESTED IT AND SOLD IT FOR YEARS AND YEARS AND

14  YEARS AND CALL THEM UP AND SAY, "DID YOU DO ANY TESTING TO SEE

15  IF THIS WAS GOOD FOR YOUR HEART?"

16  A.  I DON'T KNOW.

17  Q.  I MEAN, DON'T YOU THINK THAT WOULD BE A REASONABLE THING

18  TO DO BEFORE YOU START TELLING EVERYBODY NAPROXEN IS GOOD FOR

19  YOUR HEART:  YOU OUGHT TO CALL THE PEOPLE WHO INVENTED IT AND

20  SOLD IT FOR YEARS AND ASK IF THEY EVER DID ANY STUDIES AND IF

21  THEY KNEW.

22  A.  I THINK WHAT WOULD BE REASONABLE AND I KNOW WHAT MERCK DID

23  IS REVIEWED THE LITERATURE EXTENSIVELY IN ORDER TO DRAW THE

24  CONCLUSION.  WHETHER THAT REVIEW INCLUDED TALKING TO THE

25  ORIGINATOR, I DON'T KNOW.

## Page 219

1  Q.  YEAH.  BUT, IN THAT REVIEW, Y'ALL NEVER FOUND ONE STUDY

2  THAT SHOWED NAPROXEN WAS GOOD FOR YOUR HEART, DID YOU?

3  A.  THERE WERE NO STUDIES CONDUCTED WITH NAPROXEN TO SHOW OR

4  NOT SHOW THAT IT WAS CARDIOPROTECTIVE.

5  Q.  DID YOU EVER SEE THOSE MONKEYS WHERE ONE SET OF -- ONE

6  MONKEY HAS HIS EYES CLOSED AND THE OTHER MONKEY'S GOT HIS EARS

7  CLOSED, AND THE OTHER MONKEY'S GOT HIS MOUTH -- WITH HAS HANDS

8  OVER HIS MOUTH?

9  A.  YES.

10  Q.  YOU KNOW, HANDS OVER THE EYES.  HEAR -- SEE NO EVIL, HEAR

11  NO EVIL, SPEAK NO EVIL.  YOU'VE SEEN THOSE MONKEYS?

12  A.  YES, I HAVE.

13  Q.  THAT'S WHAT Y'ALL WERE DOING ON THIS, IS YOU WERE JUST

14  CLOSING YOUR EYES.  YOU DIDN'T WANT TO KNOW IF NAPROXEN WAS

15  GOOD OR BAD FOR YOUR HEART, AND YOU DIDN'T WANT TO KNOW IF YOUR

16  VIOXX WAS GOOD OR BAD FOR THE HEART.  AND YOU WERE CLOSING YOUR

17  EARS BECAUSE YOU DIDN'T WANT TO EAR ANYTHING TELL YOU THAT, AND

18  YOU WERE CLOSING YOUR MOUTH BECAUSE YOU WERE NOT GOING TO ASK

19  ANYBODY, WERE YOU?

20  A.  I DON'T BELIEVE THAT'S A FAIR CHARACTERIZATION OF MERCK'S

21  BEHAVIOR.

22  Q.  ALL RIGHT.  WHO DID YOU ASK IF -- OVER -- ANYWHERE?  WHO

23  DID YOU ASK ABOUT STUDIES TO SEE IF NAPROXEN IS GOOD FOR THE

24  HEART?

25  A.  I WAS INVOLVED IN MEETINGS WITH OUR RESEARCH PEOPLE WHO

## Page 220

1  PRESENTED THE ALTERNATIVE EXPLANATIONS AND PRESENTED THE

2  BALANCE OF EVIDENCE FOR VIOXX VERSUS PLACEBO, VIOXX VERSUS

3  NON-NAPROXEN NSAIDS, AND ALSO LOOK AT ALL OF THE DATA THAT

4  APPEARED TO SUPPORT THE "NAPROXEN HYPOTHESIS," AS IT'S CALLED.

5  Q.  THAT SAME PHYSICIAN WHO ENCOUNTERS A PATIENT WHO IS

6  SLIGHTLY OBESE, HAS HYPERTENSION, MAY HAVE SMOKED CIGARETTES,

7  WHAT INFORMATION DID MERCK TELL THAT PHYSICIAN IN 2000, AUGUST

8  OF 2000, THAT MERCK HAD DATA THAT SUGGESTED STRONGLY THAT THAT

9  PERSON WAS AT INCREASED RISK FOR HEART ATTACK OR STROKE IF HE

10  TOOK VIOXX?

11  A.  MERCK DID NOT HAVE DATA THAT THAT PARTICULAR PATIENT YOU

12  JUST DESCRIBED WAS AT INCREASED RISK OF HEART ATTACK.  IN THE

13  MIDDLE OF 2000, MERCK HAD DATA THAT, IN A STUDY WITH NAPROXEN,

14  THERE WAS A DIFFERENCE IN CV EVENTS BETWEEN THE NAPROXEN AND

15  THE VIOXX ARM.  WE HAD SUBSTANTIAL OTHER DATA IN NON-NAPROXEN

16  COMPARATORS AND WITH PLACEBO WHICH SAID CLEARLY THAT THERE WAS

17  NO DIFFERENCE BETWEEN VIOXX AND THESE OTHER PLACEBO OR OTHER

18  AGENTS IN TERMS OF UNWANTED CV SIDE EFFECTS.

19  Q.  LET ME UNDERSTAND THIS.  YOU'RE PRESIDENT OF THE HUMAN

20  HEALTH PART OF MERCK. RIGHT?

21  A.  CORRECT.

22  Q.  AND AS PRESIDENT OF THE HUMAN HEALTH PART OF MERCK, YOUR

23  RESPONSIBILITY IS TO SEE THAT THIS DRUG GETS SOLD, SOLD, SOLD,

24  SOLD.  YOU HAVE NO RESPONSIBILITY TO SEEING THAT IT'S SAFE,

25  SAFE, SAFE, SAFE.  THAT'S A WHOLE DIFFERENT DIVISION THAT

Page 221

1    DOESN'T EVEN REPORT TO YOU; IS THAT RIGHT?
2    A.  NO, THAT IS NOT CORRECT.
3    Q.  AND I'M TRYING TO UNDERSTAND YOUR ANSWER.  I NEED HELP
4    WITH IT.  I'M SAYING YOU'RE THE PRESIDENT OF HUMAN HEALTH, AND
5    YOU'RE TELLING ME THAT, YES, YOU HAVE RESPONSIBILITY FOR
6    SAFETY.  SO YOU'RE OUT THERE PEDDLING A DRUG THAT YOU'RE SAYING
7    THE WHOLE REASON THAT THE DRUG IS -- IS CAUSING MORE HEART --
8    OR SEEMS TO BE ASSOCIATED WITH MORE HEART ATTACKS AND STROKES
9    IS BECAUSE THIS OTHER DRUG IS JUST REALLY GOOD FOR THE HEART.
10   AND IF YOU'RE OUT THERE PEDDLING THAT AS THE -- THE LINE FOR
11   THE COMPANY AND MAKING MORE SALES, I WANT TO KNOW WHO YOU WENT
12   TO TO TALK TO SEE IF, IN FACT, NAPROXEN WAS SAFER, WHO OUTSIDE
13   OF YOUR COMPANY.
14   A.  I DID NOT PERSONALLY TALK TO PEOPLE OUTSIDE OF MY COMPANY
15   BUT THE PEOPLE REPORTING TO ME WERE RESPONSIBLE FOR SELLING THE
16   PRODUCT CONSISTENT WITH THE BENEFITS AND RISKS SET OUT FOR
17   VIOXX.
18   Q.  SIR, YOU KNOW IT'S BILLIONS OF PILLS YOU MADE, DON'T YOU?
19   A.  IT PROBABLY IS.  I DON'T KNOW.
20   Q.  ALL RIGHT.  SO Y'ALL ARE MARKETING BILLIONS OF THESE PILLS
21   PROBABLY, AND YOU'RE TELLING ME, AS THE PRESIDENT OF HUMAN
22   HEALTH, YOU DIDN'T CHECK WITH ANYBODY OUTSIDE THE COMPANY TO
23   SEE IF YOUR -- YOUR LINE ABOUT "NAPROXEN IS JUST HEALTHY FOR
24   YOUR HEART" TO SEE WHETHER OR NOT THAT HAD ANY VALIDITY?  IS
25   THAT WHAT YOU'RE TELLING ME?

Page 222

1    A.  I DID NOT DO THAT BECAUSE I KNEW THAT OTHERS WHO COULD
2    MAKE THOSE DETERMINATION MUCH BETTER THAN I WERE DOING THAT.
3    THAT'S A VERY LARGE MARKET.
4    Q.  IT'S SAFE FOR THE JURY TO ASSUME VIOXX WAS NOT A DRUG THAT
5    COULD SELL ITSELF; IS THAT RIGHT?
6    A.  THE RESPONSIBILITY OF MARKETING IS TO TAKE OUR PRODUCT TO
7    OUR CUSTOMERS AND TELL THEM OF THE BENEFITS, TELL THEM OF THE
8    RISKS, AND SEE IF IT'S AN APPROPRIATE CHOICE FOR THE MILLIONS
9    OF PATIENTS WE THOUGHT COULD AND DID BENEFIT FROM VIOXX.
10   MR. BECK:  YOUR HONOR, MAY WE STOP FOR A SECOND AND
11   APPROACH.  WILL YOU BRING THE TRANSCRIPT UP, PLEASE.
12   (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT
13   THE BENCH.)
14   MR. BECK:  WE HAD THIS GUY FROM NOWHERE IN THE MIDDLE
15   OF THE THING.
16   MR. ROBINSON:  I THINK YOU INSERTED IT.  THAT WAS THE
17   PROBLEM.
18   MR. BECK:  IT WASN'T IN THE PLAY LIST.
19   MR. ROBINSON:  WHAT HAPPENED WAS -- WANTED TO PUT IT
20   IN, YOUR HONOR.  IT WAS ACTUALLY PUT IN AT THE VERY BEGINNING
21   OF THE DEPO.  SO WE SAID PUT IT SOMEWHERE ELSE, BUT DON'T PUT
22   IT --
23   MR. BECK:  I'M SORRY.  I WAS FOLLOWING THE PLAY LIST.
24   MR. BIRCHFIELD:  LET ME SAY THIS, JUDGE.  WE'RE DOING
25   THIS BY PLUG AND PLAY, AND THAT'S WAY THAT YOU INSISTED WE DO

Page 223

1    IT.
2    MR. BECK:  I DON'T KNOW WHAT "PLUG AND PLAY" MEANS.
3    MR. BIRCHFIELD:  THAT MEANS THAT YOU HAVE A HARD
4    DRIVE AND IT PLAYS EXACTLY LIKE WE SHOWED YOU.
5    (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN
6    OPEN COURT.)
7    BY MR. ROBINSON:
8    Q.  YOU'VE HEARD OF A PRODUCT THAT'S SO GOOD IT SELLS ITSELF?
9    A.  I'VE HEARD THE EXPRESSION.  I DON'T KNOW THE PRODUCT.  I
10   CAN'T GIVE YOU AN EXAMPLE OF A PRODUCT.
11   Q.  YOU CAN'T THINK OF ONE PRODUCT THAT'S SO GOOD IT SELLS
12   ITSELF?
13   A.  I DON'T BELIEVE SO.
14   Q.  WOW.  WELL, AT LEAST IF WE WERE GOING TO START LISTING
15   PRODUCTS LIKE THAT, WE WOULDN'T PUT VIOXX ON THAT LIST, WOULD
16   WE?
17   A.  I DON'T THINK SUCH A LIST WILL BE PUT TOGETHER.
18   Q.  ALL RIGHT.  WELL, JUST ASSUME FOR ME THAT I'M GOING TO
19   COME UP WITH A LONG LIST OF PRODUCTS THAT ARE SO GOOD THAT THEY
20   BASICALLY SELL THEMSELVES.  THEY DON'T NEED HUNDREDS OF
21   MILLIONS OF DOLLARS BEHIND THEM.  WOULD YOU WANT TO PUT VIOXX
22   ON THAT LIST?
23   A.  I WOULD NOT PUT ANY OF OUR PRODUCTS ON THAT LIST BECAUSE I
24   THINK ALL OF THE PRODUCTS THAT WE SELL REQUIRE OUR MARKETING
25   AND SALES SUPPORT TO MAXIMIZE THE BENEFITS TO PATIENTS.

Page 224

1    Q.  THE AMOUNT OF MONEY Y'ALL SPENT STUDYING THE DRUG ISN'T
2    ANYWHERE NEAR CLOSE TO THE AMOUNT OF MONEY Y'ALL SPENT TRYING
3    TO SELL THE DRUG AND MARKET IT; TRUE?
4    A.  THAT MAY BE TRUE.  BUT THE AMOUNT OF MONEY SPENT ON THE
5    STUDIES IS RELEVANT TO THE STUDIES; THE AMOUNT OF MONEY SPENT
6    ON MARKETING RELATES TO THE TOTAL EFFORT REQUIRED TO TAKE THE
7    PRODUCT TO OUR CUSTOMERS.
8    Q.  SIR, IF WE ARE TO CONTINUE DOWN THE LIST OF THINGS Y'ALL
9    DID IN MARKETING-- BY THE WAY, HAVE YOU EVER COMPARED THE
10   NUMBER OF PEOPLE AT MERCK WHO WERE IN CHARGE OF RESEARCH TO THE
11   NUMBER OF PEOPLE IN MERCK WHO ARE IN CHARGE OF SALES?
12   A.  NO, I HAVE NOT DONE THAT COMPARISON.
13   Q.  I BET YOU HAVE A TON MORE SALESPERSONS THAN YOU DO
14   RESEARCH SCIENTISTS ON VIOXX, DON'T YOU?
15   A.  YES.  BUT THE REASON FOR THAT IS WE HAVE THE SCIENTISTS
16   SUPPORTING VIOXX SUFFICIENT FOR THE NEEDS THERE, AND WE HAVE
17   THE SALES REPS SUFFICIENT TO SUPPORT THE MARKETING EFFORT
18   ACROSS THE AUDIENCE OF PHYSICIANS AND OTHERS THAT WE WERE
19   COVERING.
20   Q.  IN ADDITION TO THE EIGHT REASONS WE HAVE -- OR EIGHT ITEMS
21   WE HAVE LISTED HERE UNDER MARKETING, A THING Y'ALL DID IN
22   MARKETING, Y'ALL WOULD HAVE MARKETING CONSULTANT MEETINGS WHERE
23   Y'ALL WOULD MEET WITH CONSULTANTS AND DISCUSS THE MARKETING
24   PLANS; TRUE?
25   A.  THERE WERE MARKET RESEARCH CONSULTANT MEETINGS, YES.

10  (Pages 221 to 224)

## Page 225

1  Q. IN ADDITION TO THAT, YOU SPENT A SURPLUS OR AN EXTRA
2  AMOUNT OF FMC MONEY, RIGHT?  BUT YOU DIDN'T REMEMBER WHAT FMC
3  MEANT, DID YOU?
4  A. YES.  THE PEOPLE IN THE FIELD HAD A BUDGET WITH THEIR
5  CUSTOMERS, YES.
6  Q. NOW, Y'ALL ALSO HIRED SPEECH GIVERS.  YOU PAID PEOPLE TO
7  GIVE SPEECHES?
8  A. WE HAD A PROGRAM OF MEDICAL EDUCATION WITH PHYSICIANS WHO
9  WERE CONTRACTED WITH US TO SPEAK TO PHYSICIAN AUDIENCES, YES.
10 Q. WHO WOULD I NEED TO TALK TO ABOUT THAT?
11 A. I THINK THAT WOULD BE-- THAT WOULD BE DEE DEE SCOTT.
12 Q. ALL RIGHT.  FOR NUMBER 12, I'M JUST GOING TO PUT "POSSIBLY
13 PAID CLINICAL PAPER WRITERS" BECAUSE YOU'RE NOT SURE?
14 A. I'M NOT SURE.
15 Q. ALL RIGHT.  NOW, THE MARKETING EFFORTS THAT YOU DID -- AND
16 BY "YOU" HERE, I MEAN MERCK.  THE MARKETING EFFORTS MERCK DID
17 GOT THEM IN SOME TROUBLE WITH THE FDA, DIDN'T IT.
18 A. WE RECEIVED A WARNING LETTER FROM THE FDA, YES.
19 Q. WELL, YOU GOT MORE THAN ONE, DIDN'T YOU?
20 A. WITH REGARD TO VIOXX?
21 Q. YES, SIR.
22 A. I KNOW WE RECEIVED A WARNING LETTER.  AND I THINK THERE
23 HAD BEEN AN EARLIER COMPLAINT ABOUT HOMEMADE DETAIL PIECES.
24 Q. YEAH.  LET'S LOOK AT THAT ONE FIRST.  THIS IS EXHIBIT 114.
25 YOU GOT IT IN FRONT OF YOU NOW?

## Page 226

1  A. YES, I DO.
2  Q. THIS IS FROM THE FDA, THE FOOD & DRUG ADMINISTRATION,
3  ISN'T IT?
4  A. YES.  YES, IT IS.
5  Q. IT WENT TO ELLEN WESTRICK, THE EXECUTIVE DIRECTOR OF
6  MEDICAL/LEGAL; IS THAT RIGHT?
7  A. THAT'S CORRECT.
8  Q. IS SHE A LAWYER?
9  A. NO, SHE IS NOT A LAWYER.
10 Q. SHE'S THE EXECUTIVE DIRECTOR IN THE MEDICAL/LEGAL OFFICE
11 OF MERCK?
12 A. THAT'S CORRECT.
13 Q. THIS WAS AN FDA LETTER YOU HAD SEEN BEFORE, HAVEN'T YOU?
14 A. I MAY HAVE.  I DON'T RECALL.  IT'S QUITE POSSIBLE.
15 Q. WELL, YOU SURE WOULD HOPE SOMEONE WOULD BRING IT TO YOUR
16 ATTENTION IF IT SLAMS THE MARKETING YOU'RE THE PRESIDENT OF?
17 A. I'M SURE THE ISSUE WAS BROUGHT TO MY ATTENTION.
18 Q. LOOK AT WHAT IT COMPLAINS ABOUT ON THE SECOND SENTENCE:
19 WELL, FIRST OF ALL, LOOK AT THE FIRST SENTENCE.  "REFERENCE IS
20 MADE TO MERCK'S LETTERS IN RESPONSE TO LETTERS FROM THE FDA
21 DATED NOVEMBER 12 AND DECEMBER 1."  SO THIS IS NOW OUR THIRD
22 LETTER FROM THE FDA ON THIS ISSUE, ISN'T IT?
23 A. I DON'T KNOW THAT IT'S IN REGARD TO THIS ISSUE.
24 Q. WELL, LOOK AT IT.  IT SAYS, "OUR LETTERS DATED
25 NOVEMBER 123.

## Page 227

1  A. IN RESPONSE TO LETTERS.
2  Q. YEAH.  "CONCERNED THE ALLEGED DISSEMINATION."
3  A. YES.  YES, IT APPEARS TO BE.
4  Q. ALL RIGHT.  SO WHAT YOU'VE GOT IN FRONT OF YOU NOW IS YOUR
5  THIRD LETTER FROM THE FDA CONCERNED ABOUT WHAT Y'ALL WERE
6  DOING.  RIGHT?
7  A. THIS SEEMS TO BE A THIRD LETTER, RIGHT.
8  Q. THE FDA SAYS, "OUR LETTERS CONCERNED THE ALLEGED
9  DISSEMINATION OF TWO "HOMEMADE" PROMOTIONAL PIECES ENTITLED
10 "TEN REASONS WHY VIOXX IS BETTER THAN CELEBREX."  DID I READ
11 THAT RIGHT?
12 A. YES, YOU DID.
13 Q. YOU DON'T THINK THAT'S THE SAME "TOP TEN REASON" TYPE
14 SPEECH-WRITER THAT HOMEMADE THAT ONE THAT MADE YOUR SPEECH OF
15 THE TOP TEN, DO YOU?
16 A. I DON'T KNOW.  I WOULD BE SPECULATING.
17 Q. WELL, DID YOU EVER INVESTIGATE TO SEE TO WHAT EXTENT THESE
18 HOME-MAILED PIECES WERE USED TO PROMOTE VIOXX?
19 A. YES.  THAT WAS INVESTIGATED BY OUR PEOPLE AT MERCK.
20 Q. WHO WAS DOING IT?
21 A. IT WAS DONE BY THIS GROUP IN CONJUNCTION WITH OUR LEGAL
22 GROUP.
23 Q. OKAY.  WHO WITHIN MERCK WAS HANDING OUT PROMOTIONAL PIECES
24 ENTITLED "TEN REASONS WHY VIOXX IS BETTER THAN CELEBREX"?
25 A. I DON'T KNOW.

## Page 228

1  Q. WELL, HOW DID YOU INVESTIGATE IT IF YOU DON'T KNOW WHO DID
2  IT?
3  A. IT WAS INVESTIGATED AT A LEVEL BELOW ME.
4  Q. WELL, WHO INVESTIGATED IT?  WHO DID YOU HAND THAT OFF TO?
5  A. I DIDN'T HAND IT OFF.  THIS PERSON, ELLEN WESTRICK, IS
6  RESPONSIBLE FOR THE OFFICE OF MEDICAL/LEGAL.  SHE WOULD HAVE
7  IMMEDIATELY WORKED WITH OUR LEGAL GROUP TO INVESTIGATE IT AND
8  DETERMINE WHAT HAPPENED AND TAKE STEPS TO STOP IT.
9  Q. LET ME SEE IF I UNDERSTAND THIS.  YOU'RE THE HEAD OF
10 MARKETING AND ADVERTISING, RIGHT?  YOU'RE THE PRESIDENT.
11 A. CORRECT.
12 Q. YOU'RE GETTING MULTIPLE-- MERCK IS GETTING MULTIPLE
13 LETTERS FROM THE FDA COMPLAINING ABOUT MARKETING, PROMOTIONAL
14 PIECES BEING HANDED OUT, ON YOUR BIGGEST SELLING DRUG.  RIGHT?
15 A. YES.
16 Q. WELL, IF I'M UNDERSTANDING MERCK'S POSITION, THOUGH, THIS
17 WAS A RENEGADE GROUP OF PIECES BEING HANDED OUT.  YOU'VE GOT
18 PEOPLE ALREADY VIOLATING YOUR PROCEDURES IN AN EFFORT TO TRY
19 AND SELL THIS DRUG.  DID YOU BOTHER TO CHECK TO SEE WHO?
20 A. NO.  NOR WOULD I EXPECT TO CHECK AT THIS LEVEL.  IF THERE
21 WERE MORE THAN 2,000 SALES REPRESENTATIVES SUPPORTING VIOXX,
22 THEN I WOULD EXPECT THAT, CONSISTENT WITH OUR POLICIES AND
23 PROCEDURES IN THE SYSTEM, THAT SOMEBODY WOULD ADDRESS THIS
24 SITUATION AND TAKE THE APPROPRIATE ACTION.
25 Q. SO YOUR COMPANY GETS WRITTEN UP THREE TIMES HERE BY THE

11  (Pages 225 to 228)

## Page 229

1  FDA FOR WRONG DISSEMINATION OF PROMOTIONAL PIECES THAT ARE OUT
2  OF LINE, AND YOUR POSITION ON THAT IS: I'M SURE SOMEBODY IS
3  GOING TO HANDLE THAT. I DON'T NEED TO?
4  A. WELL, I BELIEVE THE THREE TIMES WOULD RELATE, IT SEEMS,
5  BASED ON A QUICK LOOK AT THIS LETTER, TO ONE INCIDENT. AND,
6  YES, I BELIEVE OUR ORGANIZATION IS WELL EQUIPPED, HAS BEEN AND
7  IS, WELL EQUIPPED TO ADDRESS THESE ISSUES AND TAKE THE
8  APPROPRIATE ACTION.
9  Q. WELL, SIR, BUT IT SAYS, "WE'VE REVIEWED THESE PROMOTIONAL
10 PIECES AND HAVE DETERMINED THEY ARE FALSE OR MISLEADING. THEY
11 CONTAIN MISREPRESENTATIONS OF VIOXX'S SAFETY PROFILE.
12 UNSUBSTANTIATED COMPARATIVE CLAIMS. THEY ARE LACKING IN FAIR
13 BALANCE. AND IT ALSO SAYS THAT THESE PIECES WERE BEING HANDED
14 OUT, "IN THEIR RESPECTIVE GEOGRAPHIC REGIONS," PLURAL, QUOTE.
15     NOW, DID YOU BOTHER TO GO FIND OUT WHERE THEY WERE
16 HANDED OUT AND TRY TO FIX THE FALSE AND MISLEADING DATA THAT
17 THE FDA SAID Y'ALL WERE PASSING AROUND?
18 A. I DID NOT DO THAT. THE REASON I DID NOT DO THAT IS
19 HOMEMADE DETAIL PIECES, WHICH IS A PHRASE WHICH MEANS THAT THE
20 PIECES, JUST TO BE CLEAR ABOUT THAT, WERE NOT APPROVED THROUGH
21 OUR MEDICAL/LEGAL SYSTEM, WERE, IT SEEMS IN THIS CASE, PRODUCED
22 BY ONE SALES REPRESENTATIVE. AND I AM SURE THAT THIS ISSUE WAS
23 SETTLED, THAT THESE ARE CLEARLY AGAINST MERCK'S POLICIES, TO
24 DO -- TO DO ANY MATERIAL THAT DOESN'T GO THROUGH OUR
25 MEDICAL/LEGAL APPROVAL.

## Page 230

1  Q. YOU NEVER GAVE THIS TO THE FDA, DID YOU?
2  A. BUT THIS IS NOT A DOCUMENT THAT WAS USED WITH CUSTOMERS.
3  Q. YOU NEVER GAVE THIS TO THE FDA, DID YOU?
4  A. THIS IS NOT A DOCUMENT THAT WE WOULD EVER NEED TO SEND TO
5  THE FDA.
6  Q. YOU NEVER GAVE THIS DOCUMENT TO THE FDA, DID YOU?
7  A. WE DID NOT GIVE THIS DOCUMENT TO THE FDA, NOR WOULD THERE
8  BE A REASON THAT WE WOULD NEED TO.
9  Q. THERE'S A REASON NOT TO. THEY'D PROBABLY GET YOU IN
10 TROUBLE AND SAY, "IT WASN'T A RENEGADE SALESMAN. IT CAME FROM
11 THE PRESIDENT." TRUE?
12 A. NO. I DON'T BELIEVE THEY WOULD REGARD THIS AS A RELEVANT
13 DOCUMENT FOR THEM TO RECEIVE AT ALL.
14 Q. SO Y'ALL HAVE KNOWN FOR YEARS THAT VIOXX COULD CAUSE BLOOD
15 PRESSURE TO GO UP WHILE CELEBREX COULDN'T?
16 A. NO, WE DID NOT KNOW THAT. ALL OF THE NSAIDS, VIOXX AND
17 CELEBREX INCLUDED, ARE ASSOCIATED WITH TWO CLASS EFFECTS: ONE
18 IS THAT THEY CAN CAUSE BLOOD PRESSURE TO GO UP; THE OTHER IS
19 THAT THEY CAN ACCUMULATE FLUID IN THE BODY, NEITHER OF WHICH
20 ARE GOOD THINGS. VIOXX WAS ASSOCIATED WITH THESE TWO EFFECTS.
21 THIS WAS CAPTURED IN OUR EARLY CLINICAL STUDIES, DOCUMENTED IN
22 OUR LABEL. CELEBREX IS ALSO ASSOCIATED, BUT WITH A LOWER
23 INCIDENCE, TO THESE EFFECTS.
24 Q. BUT PRIOR TO MARKETING THE DRUG, YOU KNEW ABOUT THAT;
25 CORRECT?

## Page 231

1  A. YES. AND THAT WAS ANTICIPATED BECAUSE ALL NONSTEROIDALS
2  AND NOW THE NEWER COX-2 SELECTIVE ATHEROSCLEROSIS ALL SEEMED TO
3  HAVE A SIMILAR EFFECT IN SOME PATIENTS, SOME PERCENTAGE OF
4  PATIENTS, TO ELEVATE BLOOD PRESSURE AND TO CAUSE FLUID
5  RETENTION. THAT WAS A KNOWN RISK WITH USING ANY OF THESE
6  AGENTS.
7          CROSS-EXAMINATION
8  BY MR. BECK:
9  Q. GOOD MORNING, MR. ANSTICE. WOULD YOU PLEASE INTRODUCE
10 YOURSELF TO THE JURY.
11 A. MY NAME IS DAVID WESTBROOK ANSTICE.
12 Q. MR. ANSTICE, HOW ARE YOU CURRENTLY EMPLOYED?
13 A. I'M EMPLOYED BY MERCK AS PRESIDENT FOR HUMAN HEALTH.
14 Q. HOW LONG HAVE YOU HAD THAT POSITION?
15     MR. BECK: YOUR HONOR, THIS THE EXAMINATION BY --
16     THE COURT: LET ME STOP AND LET ME MENTION IT.
17     MR. BECK: I'M SORRY.
18     THE COURT: MEMBERS OF THE JURY, YOU KNOW ONE SIDE
19 GOES FIRST AND THEN THE OTHER SIDE. NOW THIS IS THE DEFENSE
20 ASKING THE QUESTIONS.
21     THE WITNESS: TWO YEARS AND THREE OR FOUR MONTHS.
22 BY MR. BECK:
23 Q. MR. ANSTICE, DOES THE TITLE "PRESIDENT" MEAN THAT YOU'RE
24 THE HEAD OF THE ENTIRE COMPANY?
25 A. NO, IT DOES NOT.

## Page 232

1  Q. WHAT DOES THE TERM "HUMAN HEALTH" IN YOUR TITLE REFER TO?
2  A. THIS REFERS TO MY RESPONSIBILITY TODAY IS FOR OUR SALES
3  AND MARKETING ACTIVITIES IN A NUMBER OF COUNTRIES AROUND THE
4  WORLD; SPECIFICALLY, THOSE COMPANIES ARE CANADA, LATIN AMERICA,
5  JAPAN, AUSTRALIA, AND NEW ZEALAND.
6  Q. CAN YOU TELL US WHAT THE SIGNIFICANCE, IF ANY, IS OF THE
7  TERM "HUMAN HEALTH"?
8  A. "HUMAN HEALTH" IS A TERM WE USE IN OUR COMPANY TO COVER
9  THE -- TO DESCRIBE THE BUSINESS OF OUR PRESCRIPTION MEDICINE
10 BUSINESS AS DISTINCT FROM VACCINES OR ANIMAL HEALTH PRODUCTS,
11 AND THEREFORE, I AM RESPONSIBLE FOR ALL OF THE PRESCRIPTION
12 MEDICINES SOLD BY MERCK AGAIN IN THE COMPANIES I JUST
13 DESCRIBED.
14 Q. BEFORE YOU WERE THE PRESIDENT OF HUMAN HEALTH, WHAT WAS
15 YOUR POSITION AT MERCK?
16 A. UP UNTIL DECEMBER 2002, I WAS PRESIDENT, HUMAN HEALTH, OF
17 AMERICAS.
18 Q. HOW LONG DID YOU HOLD THAT POSITION?
19 A. THAT POSITION WAS FROM APPROXIMATELY 1997 TO 2002.
20 Q. WHAT WERE YOUR GENERAL DUTIES AND RESPONSIBILITIES AS
21 PRESIDENT OF HUMAN HEALTH FOR THE AMERICAS?
22 A. MY RESPONSIBILITIES, AGAIN, WERE FOR -- RESPONSIBLE FOR
23 SALES AND MARKETING ACTIVITIES RELATED TO MERCK'S
24 PRESCRIPTION-MEDICINE BUSINESS, THIS TIME FOR THE U.S. MARKET,
25 FOR CANADA, AND FOR LATIN AMERICA.

12  (Pages 229 to 232)

## Page 233

1   Q.  DID YOUR RESPONSIBILITIES AS PRESIDENT OF HUMAN HEALTH IN
2   THE AMERICAS INCLUDE RESPONSIBILITY FOR VIOXX?
3   A.  YES, THEY DID.
4   Q.  MR. ANSTICE, ARE YOU A MEDICAL DOCTOR?
5   A.  NO, I AM NOT.
6   Q.  DOES THE HUMAN HEALTH DIVISION AT MERCK DEAL WITH ANYTHING
7   OTHER THAN SALES AND MARKETING SIDE OF MERCK?
8   A.  NO.  WE ARE THE COMMERCIAL ARM FOR MERCK.
9   Q.  IS THERE A DIVISION AT MERCK THAT'S RESPONSIBLE FOR THE
10  MEDICAL, SCIENTIFIC, AND RESEARCH PART OF MERCK'S BUSINESS?
11  A.  YES, THERE IS.
12  Q.  WHAT'S THE NAME OF THAT DIVISION?
13  A.  THAT DIVISION IS CALLED MERCK RESEARCH LABORATORIES.
14  Q.  ARE YOU A PART OF THAT DIVISION?
15  A.  NO, I AM NOT.
16  Q.  WHO IS THE PRESIDENT OF THAT DIVISION?
17  A.  TODAY THE PRESIDENT OF THAT DIVISION IS DR. PETER S. KIM.
18  Q.  WHO WAS PRESIDENT OF THAT DIVISION DURING THE DEVELOPMENT
19  OF VIOXX?
20  A.  DURING THE DEVELOPMENT OF VIOXX, DR. EDWARD SCOLNICK WAS
21  PRESIDENT OF THAT DIVISION.
22  Q.  WHAT KIND OF TRAINING DID DR. KIM AND DR. SCOLNICK HAVE?
23  A.  DR. KIM IS A PH.D. IN MEDICAL SCIENCE, AND DR. SCOLNICK IS
24  A MEDICAL PHYSICIAN BUT ALSO WITH EXTENSIVE SCIENTIFIC
25  TRAINING.

## Page 234

1   Q.  IN GENERAL TERMS, WHAT KINDS OF BACKGROUNDS DO THE PEOPLE
2   HAVE THAT WORK IN THE MERCK RESEARCH LABS DIVISION?
3   A.  CERTAINLY AT THE SENIOR LEVELS, THE PEOPLE, PHYSICIANS.
4   IN SOME CASES, PHYSICIANS WITH, FIRST OF ALL, DOCTORATES IN
5   MEDICAL SCIENCES; IN OTHER CASES, THEY HAVE PH.D.S OR OTHER
6   SENIOR DEGREES IN MEDICAL RESEARCH FIELDS QUITE BROADLY.
7   Q.  DO THOSE PEOPLE IN THE MERCK RESEARCH LABS DIVISION REPORT
8   TO YOU?
9   A.  NO, THEY DO NOT.
10  Q.  MR. ANSTICE, TO WHOM DID YOU REPORT WHEN YOU WERE
11  PRESIDENT OF HUMAN HEALTH FOR THE AMERICAS?
12  A.  I REPORTED THROUGHOUT THAT PERIOD TO MR. RAY GILMARTIN,
13  THE CEO OF MERCK.
14  Q.  TO WHOM DO YOU REPORT IN YOUR POSITION AS PRESIDENT OF
15  U.S -- I MEAN, STRIKE THAT.  TO WHOM DO YOU REPORT NOW IN YOUR
16  POSITION AS PRESIDENT OF HUMAN HEALTH?
17  A.  TO THE SAME PERSON, MR. RAY GILMARTIN.
18  Q.  MR. ANSTICE, WHERE ARE YOU ORIGINALLY FROM?
19  A.  FROM AUSTRALIA.
20  Q.  ARE YOU MARRIED?
21  A.  YES, I AM.
22  Q.  WHERE DO YOU AND YOUR WIFE CURRENTLY LIVE?
23  A.  IN WHITEMARK TOWNSHIP, PENNSYLVANIA.
24  Q.  LET'S TALK A LITTLE BIT MORE ABOUT YOUR BACKGROUND AND HOW
25  YOU CAME TO WORK FOR MERCK.  CAN YOU TELL US ABOUT YOUR FORMAL

## Page 235

1   EDUCATION?
2   A.  AFTER HIGH SCHOOL, MY FORMAL EDUCATION WAS TO DO A
3   BACHELOR OF ECONOMICS DEGREE AT THE UNIVERSITY OF SYDNEY IN
4   SYDNEY, AUSTRALIA.
5   Q.  IN WHAT SUBJECT WAS YOUR BACHELOR'S DEGREE?
6   A.  THE SUBJECT WAS ECONOMICS, WITH MAJORS IN POLITICAL
7   ECONOMY AND ECONOMICS.
8   Q.  WHAT DID YOU DO AFTER YOU GOT YOUR DEGREE FROM THE
9   UNIVERSITY OF SYDNEY?
10  A.  I JOINED THE PHARMACEUTICAL MANUFACTURERS TRADE
11  ASSOCIATION IN AUSTRALIA.
12  Q.  WHAT WERE YOUR GENERAL DUTIES IN THAT POSITION?
13  A.  I WAS AN ECONOMIST IN THAT ORGANIZATION, AND I GENERALLY
14  WORKED WITH THE 50, 60, MEMBER COMPANIES TO PROVIDE SERVICES TO
15  THEM, WHICH INCLUDED EXTENSIVE INVOLVEMENT WITH THE GOVERNMENT
16  ON A BROAD RANGE OF DIFFERENT ISSUES.
17  Q.  MR. ANSTICE, WHY DID YOU TAKE A JOB IN THE PHARMACEUTICAL
18  INDUSTRY AT THAT TIME?
19  A.  UPON LEAVING THE UNIVERSITY, I TOOK THAT POSITION BECAUSE
20  OF THE MIX -- BECAUSE I WANTED TO WORK IN THE COMMERCIAL WORLD,
21  BUT I WAS ALSO INTERESTED IN THE LINKAGE BETWEEN THE COMMERCIAL
22  WORLD AND THE WORLD OF GOVERNMENT, AND THIS JOB PROVIDED A VERY
23  INTERESTING PLATFORM TO DO THAT.
24  Q.  HOW LONG DID YOU STAY WITH THE PHARMACEUTICAL
25  MANUFACTURERS ASSOCIATION IN AUSTRALIA?

## Page 236

1   A.  I STAYED WITH THAT GROUP FOR APPROXIMATELY FIVE YEARS.
2   Q.  WHY DID YOU LEAVE THAT POSITION?
3   A.  I LEFT THAT POSITION BECAUSE I WAS OFFERED A POSITION IN A
4   NUMBER OF COMPANIES, BUT ONE OF THEM WAS MERCK.  AND I HAD
5   GROWN TO SEE THE IMPORTANCE OF THE INDUSTRY, THE BENEFIT THAT
6   IT PROVIDED TO PATIENTS.  AND MERCK IN AUSTRALIA AT THAT TIME
7   WAS A FINE COMPANY, WHICH HAD EXCELLENT PRODUCTS, AND I WAS
8   VERY PLEASED TO ACCEPT THEIR JOB OFFER AT THAT TIME.
9   Q.  WHAT YEAR DID YOU JOIN MERCK?
10  A.  1974.
11  Q.  CAN YOU DESCRIBE FOR US IN GENERAL TERMS THE POSITIONS
12  THAT YOU HAD AND THE NATURE OF YOUR RESPONSIBILITIES WHILE YOU
13  WERE WORKING FOR MERCK IN AUSTRALIA?
14  A.  I WORKED IN AUSTRALIA FOR THE NEXT SEVEN YEARS, AND I HAD
15  A VARIETY OF DIFFERENT JOBS IN MARKETING AND SUPPORTING
16  MARKETING AND SELLING ACTIVITIES IN OUR BUSINESS IN AUSTRALIA.
17  Q.  DID THERE COME A POINT IN TIME WHERE YOU MOVED TO THE
18  UNITED STATES?
19  A.  I CAME ON A TEMPORARY BASIS IN '81, '82.  I THEN WENT FOR
20  MERCK TO SOUTH AFRICA, WHERE I HAD RESPONSIBILITY FOR SALES AND
21  MARKETING, AND THEN RETURNED TO AUSTRALIA IN 1984.
22  Q.  DID YOU COME TO THE UNITED STATES ON A MORE PERMANENT
23  BASIS AT SOME POINT?
24  A.  YES, I DID.  IN 1988, I CAME TO THE U.S., APPARENTLY ON A
25  MORE PERMANENT BASIS, AND AT THAT TIME I CAME TO A POSITION,

Page 237

1 WHICH WAS HEAD OF MARKET FOR OUR INTERNATIONAL -- THE
2 INTERNATIONAL PART OF OUR BUSINESS.
3 Q. NOW, LET'S TALK ABOUT THE TIME WHEN YOU WERE THE PRESIDENT
4 OF HUMAN HEALTH FOR THE AMERICAS. YOU'VE GOT THAT TIME FRAME
5 ALL SET?
6 A. YES.
7 Q. CAN YOU DESCRIBE FOR US GENERALLY WHAT YOUR JOB ENTAILED
8 AT THAT POINT?
9 A. YES. MY RESPONSIBILITY WAS TO OVERSEE -- I HAD ULTIMATE
10 RESPONSIBILITY AND ACCOUNTABILITY FOR ALL OF MERCK'S
11 PRESCRIPTION-MEDICINE BUSINESS IN THE UNITED STATES, AS WELL AS
12 IN THE OTHER AREAS THAT I MENTIONED. AND AS PART OF THAT, I
13 WAS INVOLVED IN INTERACTIONS ALSO WITH OTHER DIVISIONS AT
14 MERCK.
15 Q. ARE YOU FAMILIAR WITH DOCUMENTS AT MERCK THAT ARE REFERRED
16 TO AS BUSINESS PLANS AND PROFIT PLANS?
17 A. YES, I AM.
18 Q. WHAT ARE THOSE DOCUMENTS?
19 A. WE USE THE TERM "BUSINESS PLAN" TO DESCRIBE A DOCUMENT
20 WHICH IS A PLANNING AND FINANCIAL DOCUMENT WHICH PROJECTS OUR
21 BUSINESS TYPICALLY FOR THE NEXT FIVE YEARS. A PROFIT PLAN IS A
22 DOCUMENT WHICH IS, IN EFFECT, OUR ANNUAL PLANNING BUDGET, BOTH
23 SALES REVENUES AND EXPENSES FOR THE NEXT CALENDAR YEAR. AND
24 THAT'S SOMETHING WE WORK ON EACH YEAR AS WE PUT TOGETHER OUR
25 PLANS.

Page 238

1 Q. DO THOSE BUSINESS PLANS AND PROFIT PLANS INVOLVE SALES
2 FORECASTS, FOR EXAMPLE?
3 A. YES. THEY ARE A VERY IMPORTANT COMPONENT OF THOSE PLANS.
4 Q. WHAT KIND OF THINGS DOES MERCK CONSIDER WHEN IT DOES SALES
5 FORECASTS?
6 A. WHEN WE CONSIDER SALES FORECASTS, THEY ARE WHAT WE
7 DESCRIBE AS ASSUMPTION-BASED; THAT IS, WE SURVEY ALL OF THE
8 EVENTS THAT ARE KNOWABLE LEAST AND CONSIDER WHAT THE IMPACT OF
9 THOSE EVENTS MIGHT BE ON OUR SALES FORECAST. WE PROJECT TRENDS
10 FOR EXISTING PRODUCTS. WE ANTICIPATE NEW PRODUCTS THAT WOULD
11 BE COMPETITIVE WITH THE PRODUCT. WE ANTICIPATE OR ASSUME NEW
12 CLAIMS, NEW FORMULATIONS. WE ALSO TRY AND ANTICIPATE CHANGES
13 GENERALLY IN THE MARKETPLACE THAT MIGHT AFFECT THE REVENUE OR
14 USAGE OF OUR PRODUCTS.
15 Q. DOES MERCK EVER KEEP TRACK OF WHAT ITS COMPETITORS ARE
16 DOING?
17 A. WE KEEP TRACK OF OUR COMPETITORS ON A CONSTANT BASIS
18 BECAUSE --
19 Q. WHY DO YOU DO THAT?
20 A. WELL, THAT'S A VERY IMPORTANT PART OF ASSESSING HOW OUR
21 PRODUCT IS BEING SEEN IN THE MARKETPLACE, HOW IT'S BEING USED.
22 AND WE'RE CONSTANTLY ASSESSING BOTH THE PERCEPTIONS RELATED TO
23 OUR PRODUCT AND COMPETITORS. WE'RE CONSTANTLY ASSESSING THEIR
24 MARKET SHARE, THEIR SALES. WE'RE ALSO MONITORING TO SEE WHAT
25 NEW STUDIES THEY MIGHT BE DOING AND SO FORTH. IT'S A VERY

Page 239

1 IMPORTANT PART OF OUR ACTIVITIES.
2 Q. MR. ANSTICE, DID THE FORECASTS THAT YOU MENTIONED HAVE ANY
3 EFFECT ON HOW MERCK LABELS ITS DRUGS?
4 A. NO. THE FORECASTS DON'T AFFECT THE LABEL PER SE. IF WE
5 MAKE ASSUMPTION WITH PARTICULAR CLAIMS, THEN WE MIGHT HAVE A
6 DIFFERENT AUDIENCE OF PATIENTS THAT MIGHT BE SUITABLE FOR A
7 PRODUCT THAT COULD AFFECT IT IN THAT WAY. BUT THAT WOULD BE A
8 DIALOGUE WITH THE RESEARCH GROUP.
9 Q. LET'S GO BACK TO MARKETING, MR. ANSTICE, AND I WOULD LIKE
10 TO TALK, IF WE CAN, ABOUT THE ROLE THAT MARKETING PLAYS AT
11 MERCK AND HOW IT RELATES TO SCIENTIFIC RESEARCH AT MERCK.
12 FIRST, HOW DOES MARKETING IN THE PHARMACEUTICAL BUSINESS DIFFER
13 FROM OTHER BUSINESSES?
14 A. I THINK IT DIFFERS IN SOME IMPORTANT WAYS. TO BEGIN WITH,
15 ONLY A PHYSICIAN CAN PRESCRIBE A PRESCRIPTION MEDICATION, AND
16 THAT MAKES IT, I THINK, VERY DIFFERENT FROM MANY BUSINESSES. I
17 THINK THAT, ALSO, THE CONSUMER IS AN IMPORTANT PART ULTIMATELY,
18 BUT IT REALLY IS DIFFERENT IN THAT OUR PRIMARY AUDIENCE HAS TO
19 BE THE PHYSICIAN.
20 Q. HOW DOES THE FACT THAT YOUR PRIMARY AUDIENCE IS THE
21 PHYSICIAN AFFECT THE WAY YOU MARKET AT MERCK?
22 A. IT AFFECTS IT IN A NUMBER OF IMPORTANT WAYS. FIRST OF
23 ALL, OUR -- THE PRODUCT THAT WE SELL IN THE MARKET, REGULATORS
24 AGREE WITH MERCK ON THE LABEL AND WHAT THE BENEFITS AND RISKS
25 OF THAT PRODUCT ARE, AND THAT SETS OUT WHAT THE BASIS OF THE

Page 240

1 DISCUSSION CAN BE WITH A PHYSICIAN.
2 THAT'S A VERY IMPORTANT DIFFERENCE. THAT, IN TURN,
3 LEADS MERCK TO PAY CLOSE ATTENTION TO THAT AS WE DIRECT OUR
4 MARKETING AND SELLING ACTIVITIES TO OUR PHYSICIAN AUDIENCES.
5 Q. HOW DOES IT AFFECT THE TYPE OF INFORMATION THAT'S PROVIDED
6 TO DOCTORS AS PART OF THE MARKETING?
7 A. IT AFFECTS THE TYPE OF MARKETING BECAUSE WE ARE CONSTANTLY
8 REVIEWING THE DATA OF THE PRODUCTS, AND IT AFFECTS IT IN THE
9 SENSE THAT WE HAVE TO MAKE SURE THAT WE'RE PROVIDING PHYSICIANS
10 WITH RELEVANT AND APPROPRIATE INFORMATION TO TREAT THE DISEASE
11 THAT THE PRODUCT IS DIRECTED TOWARDS.
12 Q. IN YOUR EXPERIENCE, DO PHYSICIANS DEMAND THAT TYPE OF
13 INFORMATION?
14 A. MY EXPERIENCE IS THAT -- AND I THINK BROADLY THE
15 EXPERIENCE OF PEOPLE IN THE COMMERCIAL SIDE OF MERCK -- IS THAT
16 PHYSICIANS TREATING DISEASES HAVE VERY SPECIFIC NEEDS. THEY
17 HAVE CHOICES AVAILABLE TO THEM. THOSE NEEDS ARE CONSTANTLY
18 BEING IDENTIFIED. AND WE HEAR THAT ALL THE TIME ON THE SALES
19 AND MARKETING SIDE.
20 Q. ARE THERE RULES AND REGULATIONS THAT CONTROL YOUR
21 MARKETING AND SALES OF DRUGS IN THE UNITED STATES?
22 A. YES. THERE ARE VERY IMPORTANT RULES AND REGULATIONS.
23 Q. WHO OVERSEES THOSE RULES AND REGULATIONS IN THE
24 UNITED STATES?
25 A. FOR PRESCRIPTION MEDICINES, THE FOOD & DRUG ADMINISTRATION

14 (Pages 237 to 240)

Page 241

1    OVERSEES IT, BUT SPECIFICALLY THROUGH A GROUP THAT'S
2    RESPONSIBLE FOR DRUG ADVERTISING.
3    Q.  MR. ANSTICE, CAN YOU PLEASE DESCRIBE FOR US IN GENERAL
4    TERMS WHAT THE MARKETING GROUP DOES AT MERCK?
5    A.  IN GENERAL TERMS, THE MARKETING GROUP WORKS WITH ALL OF
6    OUR PRODUCTS COLLABORATIVELY WITH THE RESEARCH GROUP IN THE
7    FORMATIVE PERIOD OF DEVELOPMENT OF THE PRODUCT.  AND AS WE
8    APPROACH INTRODUCTION OF A PRODUCT, THEN WE BEGIN TO FORMALLY
9    DEVELOP THE PLANS FOR OUR MARKETING EFFORTS FOR OUR
10   SALESPEOPLE, AND WE ARE RESPONSIBLE FOR FORMING A BUDGET,
11   DIRECTING ACTIVITIES RELATED TO ALL THE ACTIVITIES THAT WE DEEM
12   APPROPRIATE TO SUPPORT THE MARKETING AND SELLING.  THAT IS THE
13   WORK, REALLY, OF OUR PEOPLE.
14         WE'RE ACTUALLY CHARGED WITH CREATING AWARENESS OF THE
15   PRODUCT THAT'S INSUFFICIENT.  WE ARE THEN CHARGED WITH CREATING
16   UNDERSTANDINGS; PHYSICIANS NEED TO UNDERSTAND THE BENEFITS AND
17   THE RISKS.  AND FINALLY, WE ARE CHARGED WITH ENCOURAGING
18   PHYSICIANS TO TRIAL AND USE THE PRODUCT IN APPROPRIATE
19   PATIENTS.
20   Q.  MR. ANSTICE, WHAT ROLE, IF ANY, DOES THE MARKETING GROUP
21   PLAY IN DECIDING WHAT TYPES OF STUDIES SHOULD BE DONE FOR A
22   DRUG AT MERCK?
23   A.  I THINK THE MARKETING GROUP PLAYS AN IMPORTANT ROLE IN
24   PROVIDING IDEAS FOR STUDIES.  AT THE END OF THE DAY, THE
25   RESEARCH GROUP HAS THE FINAL SAY, ALONG WITH THE REGULATORS.

Page 242

1    BUT BECAUSE THE MARKETING GROUP IS TALKING TO PHYSICIANS AND TO
2    PAYERS, WE ARE CONSTANTLY AWARE, THEREFORE, OF GAPS OR
3    INFORMATION THAT WOULD BE VALUABLE TO PHYSICIANS AND PAYERS;
4    AND, THEREFORE, MARKETING CONSTANTLY IS PRESENTING IDEAS TO OUR
5    RESEARCH COLLEAGUES, MANY OF WHICH THEY MAY HAVE ALREADY HEARD
6    OF AND UNDERSTOOD.  BUT THE MARKETING PEOPLE ARE CONSTANTLY
7    ENGAGED IN THAT TYPE OF ACTIVITY.
8    Q.  IN GENERAL, WHAT IS THE MARKETING GROUP'S VIEW ABOUT
9    SCIENTIFIC STUDIES OF DRUGS?
10   A.  WE REGARD THEM AS EXTREMELY VALUABLE AND IMPORTANT.  AND
11   THE REASON FOR THAT IS THAT, IN OUR MARKETING, WE CAN DESCRIBE
12   THE BENEFITS AND RISKS OF OUR PRODUCT AS INCLUDED IN THE
13   PRODUCT CIRCULAR.
14         FROM A MARKETING AND SELLING POINT OF VIEW, THE MORE
15   DATA THERE IS TO SUPPORT THE USAGE OF OUR PRODUCT AND THE
16   APPROPRIATE USAGE, THE BETTER.  SO MARKETING IS VERY SUPPORTIVE
17   OF DOING AS MANY STUDIES AS POSSIBLE RELATED TO ALL OF OUR
18   PRODUCTS.
19   Q.  LET'S TALK, IF WE CAN, ABOUT THE DIFFERENT TYPES OF
20   MARKETING MATERIALS THAT MERCK USES, AND LET'S START AT THE
21   BEGINNING.  WHAT ARE THE VERY FIRST MARKETING MATERIALS THAT
22   MERCK USES WITH A NEW DRUG?
23   A.  THE FIRST MATERIALS ARE OFTEN CALLED "LAUNCH MATERIALS,"
24   AND PERHAPS THE TWO MOST IMPORTANT MATERIALS THERE ARE THE
25   DETAIL AID OR A PROMOTIONAL BROCHURE THAT WE MAKE AVAILABLE TO

Page 243

1    OUR SALES REPRESENTATIVES, WHICH TYPICALLY BEGINS WITH THE
2    LABEL FOR THE PRODUCT AND THEN PROCEEDS TO A MORE COLORFUL
3    BROCHURE.
4          THE OTHER PRIMARY VEHICLE IS A JOURNAL AD, WHAT'S
5    CALLED A "JOURNAL AD," WHICH IS THEN PLACED IN APPROPRIATE
6    RELEVANT MEDICAL JOURNALS FOR THE PARTICULAR DISEASE THAT THE
7    PRODUCT -- OR DISEASES THAT THE PRODUCT TREATS.
8    Q.  ARE THESE LAUNCH MATERIALS SHARED WITH THE FDA BEFORE THEY
9    ARE MADE PUBLIC?
10   A.  THE FDA OFTEN REQUESTS IN ITS APPROVAL THE MATERIALS.
11   THESE LAUNCH MATERIALS ARE PRESENTED TO THEM.  EVEN IF THEY
12   DON'T, THE MERCK PRACTICE IS THAT WE SUBMIT FOR FDA REVIEW ALL
13   OF THE MATERIALS RELATED TO THE LAUNCH OF OUR PRODUCTS.  THAT'S
14   BEEN A LONG-STANDING PRACTICE AT MERCK.
15   Q.  WHAT IS THE PARTICULAR DIVISION WITHIN FDA TO WHOM THESE
16   MATERIALS ARE SUBMITTED?
17   A.  THE DIVISION THAT WE SUBMIT THE MATERIALS TO IS KNOWN BY
18   THE NAME DMAG, WHICH IS DRUG MARKETING ADVERTISING GROUP.
19   Q.  DO THE FDA RULES AND REGULATIONS REQUIRE THAT THESE LAUNCH
20   MATERIALS BE SUBMITTED TO THE FDA BEFORE THEY'RE PUBLICLY USED?
21   A.  THEY DON'T REQUIRE; ALTHOUGH, SOMETIMES THE APPROVAL
22   LETTERS FOR OUR PRODUCTS REQUEST THAT ALL LAUNCH MATERIALS BE
23   PROVIDED TO THE FDA BEFORE BEING USED IN THE MARKETPLACE.
24   Q.  WHY DOES MERCK MAKE IT A PRACTICE TO SUBMIT THESE
25   MATERIALS TO THE FDA AHEAD OF TIME?

Page 244

1    A.  I THINK A COUPLE OF REASONS THAT WE DO THAT:  ONE IS THAT
2    THE DISCUSSION ON THE LABEL OCCURS BETWEEN THE SCIENTIFIC DRUG
3    DIVISION AND THE COMPANY'S REGULATORY PEOPLE, WHICH DESCRIBES
4    THE BENEFITS AND RISKS FOR THE PRODUCT.  BUT THERE NEEDS TO BE
5    AN UNDERSTANDING WITH THE DRUG ADVERTISING GROUP AS TO HOW THAT
6    LANGUAGE WAS DETERMINED BECAUSE ALL LANGUAGE CAN BE-- NEEDS TO
7    BE INTERPRETED.
8          AT THE LAUNCH OF A PRODUCT, WE THINK IT'S VERY
9    IMPORTANT AT MERCK THAT WE HAVE NOT ONLY FOLLOWED THE LETTER OF
10   THE LABEL BUT THAT WE ARE ALSO FULLY IN HARMONY WITH THE FDA IN
11   TERMS OF THE SPIRIT OF HOW THEY BELIEVE THAT THE PRODUCT SHOULD
12   BE PROMOTED.  THE ONLY WAY TO REALLY VALIDATE OR TO TEST THAT
13   IS BY PRESUBMITTING THE MATERIALS TO THE FDA SO THAT THEY CAN
14   ASSESS THEM AS BEING CONSISTENT WITH, OR IN SOME CASES THEY MAY
15   SUGGEST MODIFICATIONS TO HOW WE HAVE INCORPORATED THE SPECIFICS
16   OUT OF THE LABEL INTO OUR PROMOTIONAL MATERIALS.
17   Q.  LET'S TALK, IF WE CAN, ABOUT MARKETING TO PHYSICIANS, IF
18   WE CAN, FOR A MOMENT.  CAN YOU GENERALLY DESCRIBE FOR US THE
19   REVIEW PROCESS AT MERCK THAT OCCURS WITH MATERIALS THAT ARE
20   SENT TO PHYSICIANS?
21   A.  YES.  WE HAVE A LONG-STANDING PROCESS WHICH WE CALL
22   MEDICAL/LEGAL REVIEW, AND THAT PROCESS MANDATES WITHIN THE
23   COMPANY AS A POLICY THAT ALL MATERIALS WRITTEN AND BROADCAST
24   THAT ARE GOING TO BE REVIEWED WITH OUR CUSTOMERS, IN THIS CASE
25   PHYSICIANS, THAT THOSE MATERIALS GO THROUGH A GROUP WHICH HAS

Page 245

1   AT LEAST TWO PHYSICIANS AND ONE LAWYER. THEY REVIEW ALL OF THE
2   MATERIALS FOR CONSISTENCY AND BALANCE WITH RESPECT TO OUR
3   LABEL, MAKE ANY APPROPRIATE ADJUSTMENTS. AND THEY ACTUALLY
4   APPROVE THE MATERIAL FOR USE. AND ONLY UPON THE APPROVAL OF
5   THAT GROUP, WHATEVER THE FINAL FORM OF MATERIAL IS, CAN IT BE
6   USED WITH OUR CUSTOMERS.
7   Q.  DOES MERCK SHARE THESE PHYSICIAN MARKETING MATERIALS WITH
8   THE FDA?
9   A.  THE MERCK PRACTICE IS THAT, UPON OUR INTERNAL APPROVAL AND
10  UPON OUR SENDING MATERIAL TO WHOEVER WILL BE USING IT WITHIN
11  THE MERCK SYSTEM, WE THEN ROUTINELY AUTOMATICALLY SEND A COPY
12  OF THAT MATERIAL, WHATEVER IT IS, TO THE FDA SO THAT THEY HAVE
13  A RECORD OF ALL OF OUR PROMOTIONAL MATERIALS.
14  Q.  DID MERCK FOLLOW THAT PARTICULAR PROCESS THAT YOU'VE JUST
15  DESCRIBED WITH RESPECT TO VIOXX?
16  A.  YES. MERCK ALWAYS FOLLOWS THAT PROCESS FOR ALL OF OUR
17  PRODUCTS.
18  Q.  LET'S TALK, IF WE CAN, ABOUT THE LAUNCH OF VIOXX. CAN YOU
19  TELL US WHEN THE FDA APPROVED VIOXX FOR MARKETING IN THE
20  UNITED STATES?
21  A.  VIOXX WAS APPROVED FOR MARKETING IN THE UNITED STATES IN
22  MAY OR JUNE OF 1999.
23  Q.  WHAT WAS YOUR VIEW ABOUT VIOXX AS A NEW DRUG AT THAT TIME?
24  A.  WE BELIEVED AT THAT TIME -- AND I STILL BELIEVE -- THAT
25  VIOXX WAS A VERY EXCITING AND IMPORTANT NEW PRODUCT THAT COULD

Page 246

1   PROVIDE BENEFIT TO MILLIONS OF PATIENTS SUFFERING FROM PAIN IN
2   MARKETS AROUND THE WORLD, AND CERTAINLY IN THE U.S.
3   Q.  AT THE TIME OF THE LAUNCH, WHAT HAD MERCK'S STUDIES SHOWED
4   ABOUT THE POTENTIAL FOR VIOXX AS A NEW DRUG?
5   A.  MERCK'S STUDIES-- WELL, LET ME DESCRIBE THAT IN TWO PARTS:
6   MERCK'S STUDIES THAT SUPPORTED THE DRUG APPROVAL HAD SHOWN
7   ACROSS A LARGE NUMBER OF PATIENTS THAT THE PRODUCT WAS
8   EXTREMELY HELPFUL IN RELIEVING PAIN. ALSO, THERE WERE SOME
9   STUDIES -- THEY'RE CALLED ENDOSCOPY STUDIES -- INCLUDED IN THE
10  CIRCULAR WHICH HELPED PHYSICIANS TO UNDERSTAND THAT THE
11  ORIGINAL PROMISE, THE REASON IN FACT VIOXX WAS DEVELOPED AND
12  BROUGHT TO THE WORLD IN THE FIRST PLACE, THAT IT WOULD BE
13  GENTLER ON THE STOMACH.
14      THOSE STUDIES VERSUS MOTRIN, A COMMONLY USED AGENT,
15  SHOWED THAT VIOXX WAS, IN FACT, GENTLER ON THE STUDIES. SO THE
16  PROMISE OF VIOXX WAS THAT HERE WAS ANOTHER EFFECTIVE DRUG FOR
17  RELIEVING PAIN, BUT A DRUG WHICH MAY IN FACT OFFER BENEFITS TO
18  PATIENTS IN TERMS OF BEING MORE FRIENDLY TO THE STOMACH.
19  Q.  WHAT WERE THE NATURE OF THE STOMACH PROBLEMS THAT EXISTED
20  WITH TRADITIONAL PAIN RELIEVERS AT THAT TIME?
21  A.  THERE WAS WIDESPREAD KNOWLEDGE THAT ALL OF THE SO-CALLED
22  TRADITIONAL AGENTS OR ALL OF THE PAIN-RELIEVERS USED AT THAT
23  TIME CREATED IN A PERCENTAGE OF PATIENTS STOMACH PROBLEMS;
24  WHICH WENT FROM MILD BUT THROUGH TO MORE SERIOUS, WHICH OFTEN
25  MEANT THE PATIENTS COULD NOT TAKE THE MEDICINE; THROUGH TO

Page 247

1   ULCERS.
2       THERE WERE AT THE -- AT THE SERIOUS END OF THE
3   SPECTRUM, THERE WERE PERFORATIONS, ULCERS, BLEEDS, WHICH COULD
4   OCCUR WITH THE USE OF THESE AGENTS, AND THOSE COULD OCCUR IN
5   PATIENTS OF ANY AGE; THEY COULD OCCUR IN PATIENTS THAT TOOK THE
6   PRODUCT FOR A LONG TIME OR EVEN FOR A RELATIVELY SHORT
7   DURATION. AND SO THE PROMISE OF VIOXX WAS THAT IT MIGHT LESSEN
8   THE INCIDENCE OF ALL OF THESE GI PROBLEMS AND THAT IT MIGHT
9   ALSO, THEREFORE, ADMIT MORE PATIENTS TO BE ABLE TO TAKE AN
10  EFFECTIVE PAIN-RELIEVER BECAUSE THESE PROBLEMS DID NOT OCCUR.
11  Q.  LET'S GO BACK, IF WE CAN, TO THE FORMAL LAUNCH OF VIOXX.
12  HOW DID MERCK LAUNCH THE PRODUCT AND WHEN?
13  A.  IN THE UNITED STATES, WE LAUNCHED IT AT A SALES-- TWO
14  LARGE SALES MEETINGS. WE DID THAT IN JUNE OF 1999. THAT WAS
15  SOMEWHAT TYPICAL OF THE WAY THAT WE INTRODUCED MANY OF OUR
16  LARGE AND IMPORTANT PRODUCTS.
17  Q.  WHERE DID THIS LAUNCH EVENT OCCUR?
18  A.  THIS PARTICULAR EVENT OCCURRED IN SAN FRANCISCO.
19  Q.  WHO ATTENDED THE LAUNCH EVENT?
20  A.  THE LAUNCH EVENT WAS ATTENDED BY ALL OF THE SALES
21  REPRESENTATIVES AND OTHERS IN THE ORGANIZATION WHO HAD PRIMARY
22  RESPONSIBILITY FOR VIOXX AT THAT TIME.
23  Q.  HOW LONG DID THIS LAUNCH EVENT GO ON?
24  A.  EACH OF THE MEETINGS LASTED APPROXIMATELY TWO AND A HALF
25  DAYS. THEREFORE, THE MEETING-- THE TWO MEETINGS LASTED FOR A

Page 248

1   WEEK.
2   Q.  WHAT KINDS OF SUBJECTS WERE DISCUSSED AND ADDRESSED AT THE
3   MEETINGS?
4   A.  THE MEETINGS WERE A MIX OF MOTIVATIONAL
5   EXCITEMENT-CREATING ACTIVITIES. ALSO, THERE WAS EXTENSIVE
6   REVIEW OF THE PRODUCT INFORMATION OF THE DISEASES FOR WHICH
7   VIOXX WAS INDICATED AND ALSO TRAINING OF THE REPRESENTATIVES IN
8   TERMS OF THEIR KNOWLEDGE OF VIOXX AND THE LABEL IN ALL ASPECTS,
9   THE BENEFITS AND THE RISKS AND ALL OF THE DETAILS INCLUDED IN
10  THE LABEL.
11  Q.  MR. ANSTICE, DID THE SALES REPRESENTATIVES WHO ATTENDED
12  THIS EVENT GET ANY TRAINING BEYOND WHAT THEY LEARNED AT THE
13  LAUNCH EVENT?
14  A.  YES. IT'S USUAL PRACTICE FOR US TO COMMENCE TRAINING FOR
15  NEW PRODUCTS SEVERAL MONTHS PRIOR TO THE PRODUCT BEING
16  APPROVED. REPRESENTATIVES RECEIVED EXTENSIVE TRAINING AGAIN
17  AROUND THE DISEASES FOR WHICH THE PRODUCT WAS INDICATED, AROUND
18  THE COMPARATIVE AGENTS THAT PHYSICIANS COULD CHOOSE, AS WELL AS
19  OUR OWN PRODUCT.
20      AFTER A LAUNCH MEETING, OUR REPRESENTATIVES ARE
21  CONTINUALLY TRAINED AS CHANGES TO THE CIRCULAR OCCUR; BUT EVEN
22  INDEPENDENTLY OF THAT, WE CONSTANTLY UPDATE AND ENSURE-- UPDATE
23  OUR TRAINING AND ENSURE THAT OUR REPRESENTATIVES ARE VERY
24  FAMILIAR WITH ALL OF THE INFORMATION RELATED TO OUR PRODUCT,
25  AND THEY'RE ALSO GETTING UPDATES ON COMPARATIVE PRODUCTS AND

Page 249

1 CHANGES IN MEDICINE WHICH THEY NEED TO BE AWARE OF IN TERMS OF
2 THE DISEASE CONDITIONS FOR WHICH THE PRODUCT IS INDICATED.
3 Q.  MR. ANSTICE, HAS THE WORD "OBSTACLE" EVER BEEN USED AT
4 MERCK IN TRAINING SALES REPRESENTATIVES?
5 A.  YES, IT HAS.  IN FACT, IN MY EXPERIENCE, IT'S A TERM THAT
6 HAS BEEN USED FOR DECADES IN THE MERCK ORGANIZATION.
7 Q.  WHAT DOES THE TERM "OBSTACLE" MEAN IN THAT CONTEXT?
8 A.  THE WORD "OBSTACLE" MEANS A QUESTION, OR MORE
9 SPECIFICALLY, A CONCERN WHICH, IN FACT, IS SOMETHING WHICH --
10 WHERE A PHYSICIAN OR A CUSTOMER, IN FACT, HAS A GENUINE EITHER
11 LACK OF KNOWLEDGE OR WANTS MORE KNOWLEDGE ABOUT A PARTICULAR
12 AREA OR MAY, IN FACT, HAVE A SET OF OPINIONS, WHICH MEANS THAT
13 THEY ARE NOT INCLINED TO USE YOUR PRODUCT.
14 Q.  WHY IS THE TERM "OBSTACLE" USED TO REFER TO THOSE KINDS OF
15 QUESTIONS OR CONCERNS THAT A DOCTOR MAY HAVE?
16 A.  I THINK THE REASON THAT WE USE THE WORD "OBSTACLE" AS
17 OPPOSED TO "QUESTION" IS THAT IT, IN FACT, DENOTES THAT THE
18 PHYSICIAN REQUIRES MORE INFORMATION IN ORDER TO PERHAPS USE THE
19 PRODUCT AT ALL OR MORE INFORMATION TO USE IT MORE BROADLY; OR,
20 IN FACT, IT'S SOMETHING WHICH IS A FUNDAMENTAL -- UNTIL THERE
21 IS AN ANSWER, A SATISFACTORY ANSWER PROVIDED TO A QUESTION,
22 THEN A PHYSICIAN IS NOT COMFORTABLE WITH A PARTICULAR MEDICINE.
23 Q.  ARE DOCTORS' QUESTIONS IMPORTANT TO SALES REPRESENTATIVES
24 AT MERCK?
25 A.  I THINK THAT DOCTORS' QUESTIONS ARE FUNDAMENTALLY

Page 250

1 IMPORTANT.
2 Q.  WHY IS THAT?
3 A.  FOR THE SIMPLE REASON THAT IT'S VERY IMPORTANT THAT YOU
4 KNOW WHAT THE ISSUES, CONCERNS, QUESTIONS ARE THAT YOUR
5 CUSTOMERS HAVE, AND IT'S VERY IMPORTANT THAT YOU ENDEAVOR TO
6 YOUR BEST EXTENT TO ANSWER THOSE QUESTIONS AND TO RESPOND TO
7 THEM IN A HELPFUL WAY.
8 Q.  MR. ANSTICE, DID MERCK TRAIN ITS SALES REPRESENTATIVES TO
9 DODGE QUESTIONS OR AVOID ANSWERING THEM WHEN MEETING WITH
10 DOCTORS?
11 A.  NO.  IN MY EXPERIENCE, MERCK ENCOURAGED REPRESENTATIVES TO
12 LISTEN FOR QUESTIONS, IN FACT, EVEN PROBE, TO ASK THE DOCTOR
13 WHAT CONCERNS THEY MAY HAVE.  BECAUSE UNLESS THEY IDENTIFIED
14 WHAT THE PARTICULAR CONCERNS OR QUESTIONS WERE THAT THE DOCTOR
15 HAD, THEN THEY COULDN'T ADEQUATELY ADDRESS THE ISSUES THE
16 DOCTOR MAY HAVE.  SO, IN FACT, FOR A SALESPERSON, IT WAS VERY
17 IMPORTANT THAT THEY NOT ONLY RESPOND TO THE QUESTIONS BUT THAT
18 THEY, IN FACT, DRAW THEM OUT FROM THEIR CUSTOMERS.
19 Q.  MR. ANSTICE, WHEN VIOXX WAS LAUNCHED, THERE WAS ANOTHER
20 ONE OF THESE COX-2 PAIN RELIEVERS ON THE MARKET CALLED
21 CELEBREX; IS THAT RIGHT?
22 A.  THAT'S CORRECT, YES.
23 Q.  IF CELEBREX WAS ALREADY ON THE MARKET, WHY WAS VIOXX
24 NECESSARY?
25 A.  THE DEVELOPMENT FOR VIOXX WAS STARTED MANY YEARS AGO, AND

Page 251

1 WE BELIEVED THAT THERE WAS CERTAINLY ROOM FOR MORE THAN ONE
2 COX-2 AGENT.
3   AT THE TIME WE WERE DEVELOPING VIOXX, WE COULD NOT BE
4 CERTAIN WHAT THE FINAL ULTIMATE PROFILE FOR CELEBREX WOULD BE,
5 BUT WE BELIEVED THAT VIOXX, FOR A VARIETY OF REASONS ASSOCIATED
6 WITH OUR DEVELOPMENT, WOULD BE AN EXTREMELY EFFECTIVE
7 PAIN-RELIEVER.  WE ALSO BELIEVED, BECAUSE OF THE COX-2
8 ACTIVITY, ITS PREFERENCE FOR COX-2 INHIBITION, THAT IT COULD
9 ALSO PROVIDE SUBSTANTIAL BENEFIT IN TERMS OF GI SAFETY.
10   AND I THINK OUR BELIEF HAS ALWAYS BEEN THAT PATIENT
11 NEEDS ARE BEST SERVED IF THERE'S AS BROAD A RANGE OF CHOICES AS
12 POSSIBLE AVAILABLE TO THEM FOR TREATMENT OF IMPORTANT DISEASES.
13 Q.  DID MERCK HAVE A POLICY OF INTIMIDATING DOCTORS OR
14 SCIENTISTS WHO WERE CRITICAL OF MERCK?
15 A.  NO.  MERCK HAS NEVER HAD A POLICY TO INTIMIDATE DOCTORS.
16 Q.  IF YOU WERE TO LEARN OF ALLEGATIONS THAT DOCTORS AND
17 SCIENTISTS WERE BEING INTIMIDATED BY PEOPLE AT MERCK, HOW WOULD
18 YOU RESPOND TO THAT?
19 A.  VERY PROMPTLY AND, I THINK, VERY STRONGLY TO FIND OUT IF
20 IT WAS HAPPENING AND TO STOP IT.
21 Q.  DID THE FDA REQUIRE MERCK TO TAKE VIOXX OFF THE MARKET?
22 A.  NO.  THAT WAS-- MERCK TOOK THE DECISION THAT WE SHOULD
23 VOLUNTARILY WITHDRAW VIOXX AFTER WE BECAME AWARE OF THE APPROVE
24 RESULTS FROM THEIR DATASET FROM THE DATA-MONITORING GROUP
25 RESPONSIBLE FOR THAT STUDY.  AND WE ADVISED THE FDA AND OTHER

Page 252

1 REGULATORS THAT WE WERE TAKING THAT ACTION VOLUNTARILY.
2 Q.  WHY DID MERCK DECIDE TO WITHDRAW VIOXX FROM THE MARKET?
3 A.  WE DECIDED TO DO THAT FOR TWO REASONS:  ONE, THERE WAS, AS
4 SEEN IN APPROVE, THERE WAS A RELATIVELY GREATER RISK AFTER 18
5 MONTHS IN PEOPLE TAKING VIOXX VERSUS THE PLACEBO ARM.  AND
6 BASED ON THAT RELATIVELY GREATER RISK AND THE FACT THAT OTHER
7 AGENTS WERE AVAILABLE IN THIS CATEGORY, WHICH SEEMED, CERTAINLY
8 AT THAT TIME, HAD NOT SHOWN THIS RISK, WE THOUGHT THAT IT WAS
9 IN THE BEST INTEREST OF PATIENT SAFETY, GIVEN THE AVAILABILITY
10 OF ALTERNATIVES, THAT WE WITHDRAW VIOXX FROM THE MARKET.
11 Q.  MR. ANSTICE, I JUST HAVE A FEW MORE QUESTIONS BEFORE WE
12 BREAK.  THE ATTORNEYS FOR PLAINTIFF HAVE SAID, IN EFFECT, THAT
13 MERCK PUT PROFITS AHEAD OF PATIENT SAFETY.  WHAT DO YOU HAVE TO
14 SAY ABOUT THAT?
15 A.  I ABSOLUTELY DO NOT BELIEVE THAT THIS WAS TRUE.  MERCK PUT
16 PATIENT SAFETY FIRST.  I'VE WORKED AT MERCK FOR 30 MORE -- OR
17 MORE YEARS AND I HAVE SEEN MERCK CONSISTENTLY PUT PATIENT
18 SAFETY FIRST.  I'VE SEEN MERCK BRING TO MARKET WONDERFUL
19 PRODUCTS BUT ALWAYS TO BE VERY CONCERNED, NOT ONLY ABOUT THE
20 BENEFITS, BUT ABOUT REALLY UNDERSTANDING THE RISKS ASSOCIATED
21 WITH THAT, AND BEING VERY CLEAR TO IDENTIFY THEM AND TO
22 COMMUNICATE THEM TO THE PHYSICIANS WHO PRESCRIBE OUR PRODUCTS.
23 SO LET ME JUST BE CLEAR --
24   MR. ROBINSON:  AT THIS TIME, YOUR HONOR, WOULD BE THE
25 RECROSS OF THE PLAINTIFFS AND COMING TO END.

17 (Pages 249 to 252)

## Page 253

1    THE COURT: ALL RIGHT.
2        REDIRECT EXAMINATION
3    BY MR. ROBINSON:
4    Q.  SO LET ME JUST BE CLEAR ON WHAT YOUR TESTIMONY IS.  I'M
5    ASKING YOU ABOUT THE SALES REPS RIGHT NOW.
6    A.  YES.
7    Q.  SALES REPS WERE NOT ALLOWED TO ENGAGE THE DOCTORS ON
8    VIGOR; IS THAT CORRECT?
9    A.  WHAT I SAID WAS OUR REPRESENTATIVES WERE ASKED TO NOT
10   INITIATE DISCUSSIONS ON VIGOR.  THAT'S WHAT I SAID.
11   Q.  LOOK, MY QUESTION IS THIS:  YOU'RE AWARE THAT MERCK USED
12   IN CONNECTION WITH TRAINING ITS SALES REPRESENTATIVES SOMETHING
13   CALLED A CARDIOVASCULAR CARD.  CORRECT?
14   A.  YES.
15   Q.  OKAY.  NOW I WOULD LIKE TO ALSO MARK -- SHOW YOU WHAT I'VE
16   JUST MARKED AS 165.  FOR THE RECORD, IT IS BATES-STAMPED MRK
17   AAR 000-7383 THROUGH 388.  THIS IS ONE OF THOSE BULLETINS THAT
18   YOU'RE TALKING ABOUT; RIGHT?
19   A.  YES, THAT'S RIGHT.
20   Q.  AND THIS IS DATED APRIL 28, 2000; CORRECT?
21   A.  CORRECT.
22   Q.  NOW, IF YOU GO TO WHERE IT SAYS, "BACKGROUND" -- WELL,
23   FIRST OF ALL, THE "TO:  ALL FIELD PERSONNEL WITH RESPONSIBILITY
24   FOR VIOXX," THAT'S ALL THE SALES REPS SELLING THE DRUG; RIGHT?
25   A.  YES.  THAT'S ALL THE PEOPLE INVOLVED IN SELLING VIOXX,

## Page 254

1    THAT'S CORRECT.
2    Q.  OKAY.  BELOW THAT THERE A PARAGRAPH, AND IN THE MIDDLE OF
3    THE PARAGRAPH, THERE IS BOLD LANGUAGE.  AND I WOULD JUST LIKE
4    TO READ IT SO WE CAN MOVE THROUGH THIS LANGUAGE:  "THE
5    CARDIOVASCULAR CARD IS AN OBSTACLE-HANDLING PIECE AND SHOULD
6    ONLY BE USED WITH PHYSICIANS IN RESPONSE TO THEIR QUESTIONS
7    REGARDING THE CARDIOVASCULAR EFFECTS OF VIOXX; IS THAT CORRECT?
8    IS THAT CORRECT?
9    A.  THAT'S WHAT IT SAYS.
10   Q.  BUT IS IT CORRECT?
11   A.  IT'S READ, YOU READ IT CORRECTLY, YES.
12   Q.  BUT IS THAT CORRECT WHAT I READ?
13   A.  WELL, I THINK --
14   Q.  NOT THAT I READ IT CORRECTLY BUT NOW I'M ASKING IS THAT
15   CORRECT?
16   A.  I THINK THERE IS A BROADER CONTEXT OF INSTRUCTIONS TO
17   REPRESENTATIVES THAT NEEDS TO BE --
18   Q.  WHERE IS THAT IN HERE?
19   A.  IF YOU TO GO THE THIRD PAGE.
20   Q.  I'M THERE.
21   A.  THE CV -- I'M GOING TO READ THE FIRST TWO SENTENCES
22   UNDERNEATH THE BLACK DIAGRAM:  THE CV CARD WILL ASSIST YOU
23   WITH ADDRESSING YOUR HI COXIB OR HI NSAID PHYSICIANS' QUESTIONS
24   ABOUT THE CARDIOVASCULAR EFFECTS OF VIOXX.  USE THIS RESOURCE
25   AS AN OBSTACLE-HANDLING TOOLING ONLY WHEN YOUR PHYSICIANS ASK,

## Page 255

1    YOU ABOUT THE CARDIOVASCULAR EFFECTS OF VIOXX OR EXPRESS
2    CONCERN REGARDING THE CARDIOVASCULAR EFFECTS OF VIOXX BASED ON
3    THE VIOXX GI OUTCOMES RESEARCH TRIAL."  AND THIS IS THE
4    BULLETIN THAT ACCOMPANIES THE CARDIOVASCULAR CARD THAT WE
5    TALKED ABOUT A MOMENT AGO.
6    Q.  GOTCHA.
7    A.  THERE IS ALSO A PRECEDING BULLETIN AFTER FEBRUARY 9,
8    BEFORE APRIL 28, WHICH WAS IN EXISTENCE, WHICH RELATED TO HOW
9    THE REPS WERE INSTRUCTED AROUND VIGOR.  SO THIS WAS
10   SPECIFICALLY DESIGNED FOR DISCUSSIONS BEYOND THE VIGOR RESULTS
11   TO DEAL WITH, AS THIS SAYS, "WHEN YOUR PHYSICIANS ASK YOU ABOUT
12   THE CARDIOVASCULAR EFFECTS OF VIOXX OR EXPRESS CONCERN
13   REGARDING THE CARDIOVASCULAR EFFECTS BASED ON," NOT ABOUT, BUT
14   "BASED ON THE VIGOR FINDINGS."
15   Q.  I UNDERSTAND.  MR. ANSTICE, WOULD YOU NOW TURN TO THE CV
16   CARD, PLEASE.
17   A.  YES.
18   Q.  NOW, YOU'RE AWARE AT THIS TIME THAT THE FDA HAD SERIOUS
19   CONCERNS ABOUT THIS DATA.  CORRECT?
20   A.  ABOUT WHICH DATA?
21   Q.  THE OA DATA THAT'S REFLECTED IN THE CV CARD?
22   A.  NO, I AM NOT AWARE OF THAT.
23   Q.  OKAY.  WELL, WHY DON'T WE GO AHEAD AND TAKE ANOTHER LOOK
24   BACK AT THAT FDA BRIEFING DOCUMENT WHICH I MARKED EARLIER.
25   WE'LL DO THIS AS QUICKLY AS WE CAN.  IT'S RIGHT THERE ON TOP.

## Page 256

1    A.  WHICH IS DATED FEBRUARY 8, 2001.
2    Q.  EXACTLY?
3    A.  BECAUSE WE'RE TALKING ABOUT A TIME PERIOD HERE, WHICH IS
4    APRIL/MAY 2000.
5    Q.  ARE YOU TESTIFYING NOW THAT THIS CARD WAS NOT IN EFFECT IN
6    FEBRUARY OF 2001?
7    A.  NO.  NO, I'M NOT.  I'M SIMPLY SAYING THAT THIS-- THE
8    DISCUSSION WE WERE HAVING ABOUT THE CARD RELATED TO ITS
9    INTRODUCTION.
10   Q.  NO.  PUT THE BULLETINS ASIDE.  NOW WE ARE TALKING ABOUT A
11   CARD THAT WAS IN USE FROM APRIL OF 2000 TO APRIL OF 2002.
12   OKAY.  IN FEBRUARY -- IN FEBRUARY OF 2001, THE FDA DID AN
13   ANALYSIS -- OR, I'M SORRY.  YOUR ATTORNEY DOESN'T LIKE THAT.
14   THE FDA MEDICAL REVIEWER TOOK A LOOK AT THE ORIGINAL DATA FROM
15   MERCK'S NDA, WHICH IS, YOU WOULD AGREE, IN THIS OA, THIS
16   OSTEOARTHRITIS TRIAL DATA.  CORRECT?
17   A.  YES.
18   Q.  I'LL FIND IT FOR YOU IN ONE SECOND.  IF YOU'D TURN TO
19   PAGE 19, DO YOU SEE WHERE IT TALKS ABOUT STUDY 058 AT THE TOP?
20   A.  YES.
21   Q.  AND THEN IN ITALICS IT SAYS, "BECAUSE OF THE SMALL SIZE
22   AND SHORT DURATION, THIS STUDY IS INADEQUATE TO DETECT
23   DIFFERENCES IN CLINICALLY RELEVANT ADVERSE EVENTS BETWEEN
24   ROFECOXIB," WHICH IS VIOXX, "AND NABUMENTONE."  DID I READ THAT
25   CORRECTLY?

## Page 257

1  A.  YES, YOU DID.

2  Q.  I HAVE JUST A COUPLE OF QUICK QUESTIONS.  THE MEDICAL

3  REVIEWER IN THIS DOCUMENT MADE THAT COMMENT ABOUT THAT TRIAL.

4  HAS THE FACT THAT THIS MEDICAL REVIEWER FOUND THAT THIS

5  PARTICULAR TRIAL, THE 058 TRIAL, WAS INADEQUATE TO DETECT

6  CLINICALLY RELEVANT ADVERSE EVENTS BETWEEN VIOXX AND THE DRUGS

7  IT WAS COMPARED TO?  DID THAT MAKE ITS WAY INTO ANY OF YOUR

8  SALES MATERIALS?

9  A.  I DON'T KNOW.  I JUST POINT OUT THAT A REFERENCE TO STUDY

10 058 -- AND I DO NOT KNOW HOW MANY PATIENTS WERE IN STUDY 058 --

11 IS DIFFERENT FROM THE DATA PRESENTED HERE, WHICH IS IN ACROSS

12 NINE DOUBLE-BLIND STUDIES, 6,000 OA PATIENTS, AND SO IT IS A

13 VERY DIFFERENT DATASET.

14 Q.  HOW ABOUT STUDY 069?  DO YOU KNOW ANYTHING ABOUT THAT?

15 A.  NO.

16 Q.  WELL, YOU KNOW THAT WAS A POOLED ANALYSIS OF MANY

17 DIFFERENT TRIALS THAT WERE DONE AND PROVIDED TO THE FDA.  DOES

18 THAT REFRESH YOUR RECOLLECTION?

19 A.  I DON'T REMEMBER THE DETAILS OF IT.  I'VE HEARD THE NUMBER

20 CERTAINLY.

21 Q.  WERE YOU AWARE IN FEBRUARY OF 2001 OF THIS COMMENT MADE BY

22 THE MEDICAL REVIEWER WHERE IT SAYS, "THE DIVISION" -- AND IN

23 THIS INSTANCE SHE'S NOT TALKING ABOUT HER.  SHE SAYS, "THE

24 DIVISION HAS SERIOUS CONCERNS WITH THE COMBINED ANALYSIS OF

25 STUDIES OF DIFFERENT LENGTH AND DOSING REGIMENS."  AND IT SAYS,

## Page 258

1  "FURTHERMORE, COMBINING MULTIPLE DIFFERENT DRUGS WITH A SINGLE

2  COMPARATOR ARM MAY NOT BE REFLECTIVE OF THE RISK OF ANY ONE

3  DRUG."  DID THAT MATERIAL GET EXPOSED TO THE SALES

4  REPRESENTATIVES WHO WERE SELLING THE DRUG?

5  A.  I DON'T KNOW THE ANSWER TO THAT.  IT WOULD NOT BE USUAL

6  FOR US TO PRESENT COMMENTS FROM FDA REVIEWERS OR DIVISIONS IN

7  OUR MATERIAL TO REPRESENTATIVES.  WE WOULD GIVE OUR

8  REPRESENTATIVES MATERIAL THAT MERCK BELIEVED TO BE ACCURATE AND

9  BALANCED AND CONSISTENT WITH OUR TOTAL KNOWLEDGE OF THE

10 PRODUCT.

11 Q.  YOU DIDN'T PROVIDE THEM WITH CONCERNS OR DISCUSSION GIVEN

12 ON WITHIN THE FDA?

13 A.  WE'LL PROVIDED THEM WITH WHAT WE THOUGHT WERE APPROPRIATE

14 SETS OF INFORMATION RELATED TO THE DATA THAT WE GAVE THEM.

15 Q.  MR. ANSTICE, LET ME JUST ASK YOU TO TAKE A LOOK WHAT I'VE

16 MARKED AS 166.  FOR THE RECORD, IT'S BATES-STAMPED MRKACW

17 0008375.  DO YOU RECOGNIZE THIS CHART?  I'LL REPRESENT TO YOU

18 THAT IT IS A TABLE FROM-- REFLECTING THE MORTALITY DATA FROM

19 VIGOR.  IF YOU READ ABOVE, YOU'LL SEE --

20 A.  I SEE THAT IT IS REPRESENTED AS DATA FROM VIGOR.  I DON'T

21 KNOW THE SOURCE OF THE TABLE, THE BROADER CONTEXT.

22 Q.  NOW, YOU KNOW THIS DATA WAS AVAILABLE TO MERCK IN MARCH OF

23 2000.  WE'VE SAID THAT MANY TIMES TODAY.  CORRECT?

24 A.  YES.  AND QUICKLY MADE AVAILABLE TO THE REGULATORY

25 AUTHORITIES AS WELL.

## Page 259

1  Q.  ABSOLUTELY.  BUT IT NEVER MADE ITS WAY INTO THE CV CARD,

2  DID IT, THE DATA THAT WE WERE LOOKING AT?

3  A.  THE PURPOSE OF THE CV CARD WAS NOT TO DISCUSS THE VIGOR

4  STUDY BUT TO DISCUSS THE TOTAL RESULTS FROM THE OA STUDIES.

5  THAT WAS THE PURPOSE OF THE CV CARD.

6  Q.  BUT LET ME JUST BACK UP FOR A SECOND.  DID YOU EVER GO TO

7  THE FDA AT ANY POINT IN TIME AND SAY, "WE'D LIKE TO INCORPORATE

8  THE VIGOR MORTALITY DATA IN OUR TRAINING MATERIALS"?

9  A.  I DON'T KNOW.

10 Q.  WOULD THERE HAVE BEEN ANYTHING THAT WOULD HAVE PREVENTED

11 YOU FROM DOING THAT?

12 A.  I DON'T KNOW.

13 Q.  SO DOCTORS WHO WERE PRESCRIBING THE DRUG, LET'S SAY IN

14 SEPTEMBER 2001 WHILE THIS WAS IN USE, IF THE ONLY INFORMATION

15 THEY RECEIVED WAS FROM THE SALES REP.  AND THEY DIDN'T ASK FOR A

16 PAMPHLET, WOULD NOT HAVE RECEIVED THE VIGOR DATA, THE MORTALITY

17 DATA FROM VIGOR FROM YOUR SALES REPRESENTATIVES.  RIGHT?

18 A.  WELL-- SORRY.  COULD YOU RESTATE THE --

19 Q.  DOCTORS PRESCRIBING-- EXCUSE ME ONE SECOND.  DOCTORS

20 PRESCRIBING THIS DRUG --

21 A.  RIGHT.

22 Q.  -- LET'S SAY IN SEPTEMBER OF 2001?

23 A.  SEPTEMBER OF 2001.

24 Q.  SEPTEMBER OF 2001.  WHERE THIS CARD WAS IN USE?

25 A.  RIGHT.

## Page 260

1  Q.  AND THEY DIDN'T RECEIVE ANY OTHER INFORMATION FROM THE

2  COMPANY.  THEY JUST HAD DISCUSSIONS WITH THE SALES REP.  WOULD

3  NOT HAVE BEEN ADVISED ABOUT THE MORTALITY DATA FROM VIGOR.

4  CORRECT?

5  A.  IN THE HYPOTHETICAL SITUATION WHERE THAT PARTICULAR

6  PHYSICIAN HAD NO CONTACT WITH THE MANY OTHER DIVERSE WAYS IN

7  WHICH THE INFORMATION ABOUT VIGOR WAS BEING DISPERSED IN THE

8  MEDICAL COMMUNITY, THEY WOULD NOT HAVE HAD VIGOR DATA FROM A

9  MERCK REP. OTHER THAN THROUGH A PHYSICIAN INFORMATION REQUEST.

10 BUT IF THEY HAD WANTED IT, IT WOULD HAVE BEEN AVAILABLE THROUGH

11 THAT VEHICLE.

12 Q.  AND IS THERE ANYTHING THAT YOU'RE AWARE OF, ANY RULE OR

13 REGULATION, THAT WOULD HAVE PREVENTED YOU FROM GOING TO THE FDA

14 AND SAYING THAT WE WOULD LIKE TO EXCLUDE THE VIGOR DATA IN OUR

15 SALES TRAINING MATERIAL?

16 A.  I DON'T KNOW OF ANY SUCH RULE.

17 Q.  SO THE DOCTORS WOULD NOT HAVE GOTTEN THE VIGOR MATERIAL

18 FROM YOUR SALES REPRESENTATIVE; THEY WOULD HAVE HAD TO GET IT

19 FROM SOMEWHERE ELSE.  CORRECT?

20 A.  NO, THAT'S NOT WHAT I SAID.  A DOCTOR COULD ASK FOR THE

21 VIGOR DATA FROM OUR SALES REPRESENTATIVE AND GET IT THROUGH A

22 PIR.  SO THEY DID HAVE ACCESS THROUGH OUR REPRESENTATIVES.

23 THEY ALSO HAD ACCESS THROUGH OTHER FORMS.

24 Q.  THE ALZHEIMER'S DATA AS WELL, YOU KNOW THAT WAS UNBLINDED

25 IN APRIL OF 2001.  CORRECT?

DAILY COPY

## Page 261

1  A.  I DON'T RECALL THE MONTH.  I KNOW IT WAS UNBLINDED VERY
2  QUICKLY AFTER THE VIGOR RESULTS.
3  Q.  IN THE CHART I JUST SHOWED YOU FROM VIGOR, AT THE VERY
4  TOP, DO YOU SEE WHERE IT SAYS, "ALL DEATHS"?
5  A.  YES, I DO.
6  Q.  IT SHOWS 22 DEATHS FROM VIOXX.  CORRECT?
7  A.  YES.
8  Q.  AND 15 DEATHS FROM PEOPLE TAKING NAPROXEN IN THIS TRIAL.
9  CORRECT?
10 A.  RIGHT.
11 Q.  AND CARDIOVASCULAR DEATHS, IT SHOWS -- IF YOU LOOK DOWN A
12 COUPLE MORE, IT SHOWS 28 DEATHS OF PEOPLE ON VIOXX AND 16 ON
13 NAPROXEN.  CORRECT?
14 A.  RIGHT. RIGHT.
15 Q.  YOU ARE ALSO AWARE FROM THE ALZHEIMER'S DATA, AREN'T YOU,
16 THAT THERE WERE MORE PEOPLE -- THAT MORTALITY WAS HIGHER IN
17 PEOPLE TAKING VIOXX VERSUS PEOPLE TAKING PLACEBO.  ARE YOU
18 AWARE OF THAT?
19 A.  I DON'T RECALL THE NUMBERS.
20 Q.  DO YOU RECALL AT ANY POINT IN TIME THE ALZHEIMER'S
21 MORTALITY DATA WAS INCLUDED IN THE CV CARD?
22 A.  I DON'T -- I DON'T KNOW IF IT WAS SUBSEQUENTLY ADDED.
23 Q.  WELL, YOU -- WE LOOKED AT THE CV CARD BEFORE, AND I THINK
24 WE BOTH AGREED, OR YOU AGREED, THAT IT DID NOT CONTAIN ANY
25 INFORMATION ABOUT THE VIGOR TRIAL AT LEAST PRIOR TO APRIL OF

## Page 262

1  2002.  CORRECT?
2  A.  YES.  AND I ALSO STATED THAT IT WAS FOR A REASON.  ITS
3  PURPOSE WAS TO PROVIDE INFORMATION ON THE EXISTING
4  CARDIOVASCULAR DATA AND IT DID NOT, THEREFORE, INCLUDE VIGOR AS
5  I BELIEVE IT DIDN'T INCLUDE THE ALZHEIMER'S DATA EITHER.
6  Q.  BUT THERE WAS NOTHING PREVENTING YOU FROM ADDING THE VIGOR
7  TRIALS TO YOUR TRAINING MATERIALS.  RIGHT?
8  A.  WELL, TRAINING MATERIALS IS A SEPARATE THING FROM A
9  BROCHURE GOING TO A DOCTOR.
10 Q.  I'M TALKING ABOUT THE MATERIALS USED TO TRAIN SALES REPS.
11 THERE WAS NOTHING THAT PREVENTED MERCK FROM TRAINING THEIR
12 SALES REPS TO ANSWER QUESTIONS ABOUT VIGOR?
13 A.  YES, THERE WAS.  BECAUSE WE HAD -- FIRST BECAUSE WE HAD--
14 FIRST OF ALL, WE HAD AN INSTRUCTION TO THEM TO NOT INITIATE
15 DISCUSSION.
16 Q.  I UNDERSTAND.
17 A.  WE ALSO HAVE A STANDARD PRACTICE STILL IN PLACE TODAY, I
18 BELIEVE, ALTHOUGH I'M NO LONGER RESPONSIBLE FOR U.S. BUSINESS,
19 OF LONG-STANDING, WHICH IS OUR REPRESENTATIVES ARE ASKED NOT TO
20 DISCUSS INFORMATION RELATING TO OUR DRUGS THAT'S OUTSIDE THE
21 LABEL OR INCONSISTENT WITH THE CURRENT LABEL.  THAT IS OUR
22 PRACTICE AT MERCK.
23 Q.  BASED UPON THIS NEW IMPORTANT DATA THAT CAME TO LIGHT IN
24 MARCH OF 2000, DID YOU GO TO THE FDA AND ASK THE FDA FOR
25 PERMISSION TO BEGIN TO TRAIN YOUR SALES REPS ON THAT DATA?

## Page 263

1  A.  NO, AND -- BUT THAT'S CONSISTENT WITH-- THAT'S NOT OUR
2  PRACTICE OR APPROACH.
3  Q.  BUT NOTHING WOULD HAVE PREVENTED YOU FROM GOING TO THE FDA
4  AND SEEKING THAT APPROVAL.  CORRECT?
5  A.  I DON'T KNOW.
6  Q.  THERE'S NOTHING IN THAT CARD THAT WE DISCUSSED, THE CV
7  CARD, IT DOESN'T CONTAIN ANY INFORMATION ABOUT THE ADVANTAGE
8  TRIAL, THE DATE OF WHICH ALSO BECAME AVAILABLE IN MARCH OF
9  2000.  CORRECT?
10 A.  I DON'T KNOW THE ANSWER.  IT DEALS WITH OA STUDIES.
11 ADVANTAGE WAS AN OA STUDY.
12 Q.  THE OA STUDIES THAT YOU DISCUSSED IN THE CV CARD
13 REPRESENTED STUDIES INVOLVING ABOUT 3500 CLINICAL TRIAL
14 PATIENTS.  CORRECT?
15 A.  FOR VIOXX, I THINK 6,000 PATIENTS IN ALL, BUT ABOUT 3500
16 ON VIOXX; THAT'S CORRECT.
17 Q.  YEAH, 3500 ON VIOXX.  FAIR OBJECTION.  I THINK WE CURED
18 IT.  THE VIGOR TRIAL HAD ABOUT 8,000 PATIENTS IN IT.  RIGHT?
19 A.  YES.
20 Q.  AND ADVANTAGE HAD ANOTHER FEW-THOUSAND PATIENTS IN IT.
21 CORRECT?
22 A.  YES, SEVERAL THOUSAND.
23 Q.  SO BETWEEN VIGOR AND ADVANTAGE, REALLY, THEY WERE MUCH,
24 MUCH LARGER WHEN YOU COMBINE THOSE TWO STUDIES THAN THE OA
25 STUDIES THAT YOU USED IN THE CV CARD.  CORRECT?

## Page 264

1  A.  WELL, CERTAINLY VIGOR WAS MORE THAN THE OA PATIENTS IN THE
2  CARD, YES.
3        THE COURT:  IS THAT IT?
4        MR. ROBINSON:  THAT'S IT, YOUR HONOR.
5        THE COURT:  WE'LL TAKE A 15-MINUTE BREAK AT THIS
6  TIME.  THE COURT WILL STAND IN RECESS.
7        THE DEPUTY CLERK:  ALL RISE.
8        (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)
9        THE DEPUTY CLERK:  EVERYONE RISE.
10       MR. ROBINSON:  YOUR HONOR, CAN WE TALK BEFORE THE
11 ACTUAL JURY COMES IN?  I DON'T KNOW IF THE CLERK NEEDS TO BE
12 HERE.
13       (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT
14 THE BENCH.)
15       MR. ROBINSON:  YES.  ON THE ANSTICE DEPOSITION THAT
16 WAS JUST READ IN, YOUR HONOR, WE WOULD OFFER THE EXHIBITS IN
17 THAT THE COURT HAS RULED ON AS ADMISSIBLE.  THEY ARE
18 EXHIBIT 1008 -- YEAH, 1008, 10062, THE COURT REFERRED RULING ON
19 154.  WE'RE OFFERING 1.0155, 156, 157.  THE COURT RESERVES
20 RULING ON 166.  WE'RE OFFERING 1084 AND 1702.
21       WE'LL ALSO OFFER THE -- I DON'T KNOW IF THE
22 COURT RULED ON THE PEPCID LABEL, SO I'LL HOLD BACK ON THAT.  SO
23 WE'LL OFFER THOSE EXHIBITS, YOUR HONOR.
24       THE COURT:  I'LL COMMIT IN IT NOTICES EXHIBITS.
25       MR. GOLDMAN:  AND WE JUST STAND BY OUR ORIGINAL

## Page 265

1  OBJECTIONS AND THE UNDERSTANDING THAT THE COURT IS RESERVED ON
2  THAT.
3       THE COURT: WITH REGARD TO THE RULE, I'LL RULE ON
4  THOSE.
5       MR. ROBINSON: THOSE WOULD BE 1.0154, AND IT IS
6  EXHIBIT 166. THANK YOU, YOUR HONOR.
7       (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN
8  OPEN COURT.)
9       THE COURT: OKAY. ALL RIGHT. MEMBERS OF THE JURY,
10 WE'RE NOT TRYING TO KEEP ANYTHING FROM YOU. SO I DON'T WANT TO
11 BURDEN YOU WITH THEM. CALL YOUR NEXT WITNESS AND LET'S EXPLAIN
12 WHO IT IS, PLEASE.
13      MR. ROBINSON: YOUR HONOR, WE'RE GOING TO CALL
14 PLAINTIFF'S FIRST EXPERT.
15      (WHEREUPON, GERALD AVORN, HAVING BEEN DULY SWORN,
16 TESTIFIED BY DEPOSITION AS FOLLOWS.)
17           VOIR DIRE
18 BY MR. ROBINSON:
19 Q.  GOOD AFTERNOON, DOCTOR.
20 A.  GOOD AFTERNOON.
21 Q.  WOULD YOU PLEASE INTRODUCE YOURSELF TO THE MEMBERS OF THE
22 JURY.
23 A.  YES. MY NAME IS JERRY AVORN.
24 Q.  AND WHERE DO YOU CURRENTLY LIVE, SIR?
25 A.  IN BROOKLINE, JUST OUTSIDE OF BOSTON, MASSACHUSETTS.

## Page 266

1  Q.  AND DO YOU HOLD ANY ACADEMIC POSITIONS?
2  A.  YES. I'M A PROFESSOR OF MEDICINE AT HARVARD MEDICAL
3  SCHOOL.
4  Q.  AND DO YOU HOLD ANY OTHER PROFESSIONAL POSITIONS AT
5  HARVARD MEDICAL SCHOOL?
6  A.  YES. I AM THE CHIEF -- I AM THE CHIEF OF THE DIVISION OF
7  PHARMACOEPIDEMIOLOGY AND PHARMACOECONOMICS AT THE BRIGHAM
8  WOMEN'S HOSPITAL, WHICH IS ONE OF THE MAIN HARVARD TEACHING
9  HOSPITALS.
10 Q.  AND WOULD YOU TELL US A LITTLE BIT ABOUT THE DIVISION OF
11 PHARMACOEPIDEMIOLOGY AND PHARMACOECONOMICS.
12 A.  YES. THAT'S A DIVISION THAT I WAS ASKED TO START IN 1997,
13 AND IT OPENED ITS DOORS IN 1998. AND IT IS A COLLECTION OF 25
14 RESEARCHERS OF WHOM THERE'S 11 FACULTY, AND THE REST ARE
15 PROGRAMMERS AND RESEARCH ASSISTANTS AND ADMINISTRATORS. AND
16 OUR MAIN AGENDA IS THE STUDY OF PATTERNS OF MEDICATION USE,
17 SIDE EFFECTS CAUSED BY DRUGS, GOOD EFFECTS CAUSED BY DRUGS, THE
18 COST-EFFECTIVENESS OF DRUGS, THE IMPACT OF POLICY, SUCH AS
19 REIMBURSEMENT AND OTHER SORTS OF POLICY ON HOW DOCTORS
20 PRESCRIBE DRUGS, HOW PATIENTS USE DRUGS, AND, FINALLY, THE WAY
21 THAT PHYSICIANS MAKE PRESCRIBING DECISIONS AND HOW THOSE
22 DECISIONS CAN BE MADE BETTER.
23 Q.  AND FORGIVE ME IF OCCASIONALLY I ASK YOU TO EXPLAIN SOME
24 TERMS. YOU MENTIONED THE TERM "PHARMACOEPIDEMIOLOGY." WOULD
25 YOU PLEASE DESCRIBE WHAT THAT IS.

## Page 267

1  A.  SURE. THAT IS THE STUDY OF THE BENEFICIAL AND ADVERSE
2  EFFECTS OF DRUGS AS SEEN IN, QUOTE, THE REAL WORLD AS TYPICAL
3  DOCTORS AND TYPICAL PATIENTS USE THOSE MEDICATIONS, BOTH THE
4  GOOD EFFECTS AND THE BAD EFFECTS.
5  Q.  AND WHAT ABOUT THE TERM "PHARMACOECONOMICS"?
6  A.  PHARMACOECONOMICS IS THE STUDY OF THE RELATIONSHIP BETWEEN
7  WHAT A DRUG DOES AND WHAT ITS COST IS. SO, WE TRY TO
8  UNDERSTAND WHETHER A GIVEN DRUG IS WORTH ITS PRICE AND WHETHER
9  IT'S COST-EFFECTIVE, WHETHER IT MIGHT EVEN SAVE MONEY FOR THE
10 HEALTHCARE SYSTEM, AND HOW THOSE BALANCE OUT.
11 Q.  HOW IS YOUR DIVISION FUNDED, DR. AVORN?
12 A.  PRIMARILY BY OUR PEER-REVIEWED RESEARCH GRANTS FROM THE
13 NATIONAL INSTITUTES OF HEALTH, WHICH IS, OF COURSE, THE FEDERAL
14 AGENCY THAT SUPPORTS SCIENTIFIC RESEARCH. WE ALSO RECEIVE
15 MONEY FROM FOUNDATIONS THAT ARE DEVOTED TO, LET'S SAY,
16 ARTHRITIS AND OTHER AREAS THAT WE ARE CONCERNED IN. AND WE
17 ALSO WILL ACCEPT RESEARCH GRANTS FROM PHARMACEUTICAL COMPANIES.
18 Q.  I'D LIKE TO GO THROUGH SOME OF YOUR EDUCATION AND
19 EXPERIENCE A LITTLE BIT. OKAY?
20 A.  SURE.
21 Q.  ALL RIGHT. WOULD YOU PLEASE TELL THE MEN AND WOMEN OF THE
22 JURY A LITTLE BIT ABOUT YOUR EDUCATIONAL BACKGROUND, HOW YOU
23 BECAME A PROFESSOR OF MEDICINE AT HARVARD?
24 A.  SURE. IN BRIEF, I GREW UP IN NEW YORK CITY. I WENT TO
25 COLUMBIA AS AN UNDERGRAD. I THEN WENT TO HARVARD MEDICAL

## Page 268

1  SCHOOL, WHERE I WAS AWARDED THE M.D. DEGREE IN 1974. I THEN
2  DID MY INTERNSHIP AND RESIDENCY IN VARIOUS OF THE HARVARD
3  TEACHING HOSPITALS AND BECAME CERTIFIED IN INTERNAL MEDICINE.
4  AND AROUND THE TIME THAT I WAS A RESIDENT, I ALSO BEGAN
5  TEACHING AT THE MEDICAL SCHOOL IN A VARIETY OF AREAS THAT
6  PRIMARILY RELATED TO MEDICATION USE.
7  Q.  DO YOU CURRENTLY TEACH MEDICAL STUDENTS AND RESIDENTS AT
8  HARVARD?
9  A.  YES. THAT'S WHERE I JUST CAME FROM AN HOUR AGO.
10 Q.  OKAY. AND DO YOU CONDUCT INDEPENDENT RESEARCH?
11 A.  YES, I DO.
12 Q.  IN WHAT MEDICAL AND SCIENTIFIC FIELDS DO YOU CONDUCT
13 MEDICAL RESEARCH?
14 A.  THE UTILIZATION OF DRUGS BY DOCTORS, THE SIDE EFFECTS OF
15 THOSE DRUGS, THE UTILIZATION OF DRUGS BY PATIENTS, THE
16 RELATIONSHIP BETWEEN THE HEALTHCARE SYSTEM AND MEDICATION USE,
17 AND IN GENERAL, THE OUTCOMES OF DRUG USE AND HOW IT CAN BE
18 IMPROVED.
19 Q.  NOW, YOU MENTIONED BRIGHAM AND WOMEN'S HOSPITAL. DOES THE
20 DIVISION THAT YOU HEAD HAVE ANY RELATIONSHIP TO THE DAY-TO-DAY
21 FUNCTION OF THE BRIGHAM AND WOMEN'S HOSPITAL?
22 A.  YES. ONE OF THE MISSIONS OF OUR DIVISION IS TO HELP
23 ADVISE THE HOSPITAL ABOUT WHAT MEDICATIONS SHOULD BE USED AT
24 THE HOSPITAL AND ALSO TO TEACH THE INTERNS AND RESIDENTS AND
25 MEDICAL STUDENTS AND PHYSICIANS WHO ARE PRACTICING AT THE

DAILY COPY

## Page 269

1  HOSPITAL ABOUT THE BEST WAY TO USE THE DRUGS THAT ARE ON OUR
2  LIST OF DRUGS OR THE FORMULARY.
3  Q.  OKAY.  NOW, YOU PREVIOUSLY DESCRIBED TO THE MEMBERS OF THE
4  JURY PHARMACOEPIDEMIOLOGY, PHARMACOECONOMICS.  YOU ALSO
5  MENTIONED THAT YOU DO RESEARCH IN THE FIELD OF LOOKING AT THE
6  FACTORS THAT AFFECT PRESCRIBING CHOICES OF PHYSICIANS?
7  A.  THAT'S RIGHT.
8  Q.  OKAY.  WOULD YOU DESCRIBE YOUR PARTICULAR INTEREST IN THAT
9  AREA?
10  A.  SURE.  THE FIRST PAPER I PUBLISHED IN THAT AREA WAS
11  ACTUALLY BACK IN 1982 IN WHICH I WAS INTERESTED IN HOW DOCTORS
12  MAKE DECISIONS ABOUT WHAT DRUGS TO USE.  AND I WAS INTERESTED
13  IN WHETHER -- THE BALANCE BETWEEN THE INFORMATION THAT WE AS
14  PRESCRIBERS GET FROM THE MEDICAL LITERATURE VERSUS FROM
15  COMMERCIAL SOURCES LIKE ADVERTISING OR SALES REPS.  AND SO WE
16  DID A STUDY OF PRIMARY CARE DOCS IN THE BOSTON AREA, AND WE
17  ASKED THEM WHERE THEY GOT THEIR INFORMATION FROM, AND THEN WE
18  GAVE THEM LITTLE QUIZZES ABOUT THE DRUGS THAT THEY COMMONLY
19  USED.  AND ALTHOUGH THEY THOUGHT THAT THEY GOT MOST OF THEIR
20  INFORMATION FROM JUST READING THE MEDICAL JOURNALS, IN FACT,
21  WHAT OUR QUIZ SHOWED WAS THAT A LOT OF WHAT THEY BELIEVED
22  ACTUALLY CAME FROM WHAT YOU COULD ONLY FIND IN ADS OR FROM
23  SALES REPS.
24  Q.  WHAT IS ACADEMIC DETAILING, DOCTOR?
25  A.  ACADEMIC DEALING IS AN APPROACH THAT I PRETTY MUCH

## Page 270

1  INVENTED IN THE LATE 1970S AND EARLY 1980S, AND IT WAS BASED ON
2  THE FOLLOWING IDEA:  THAT WE KNOW THAT THE DRUG MANUFACTURERS
3  ARE AWFULLY GOOD COMMUNICATORS.  THEY SEND PEOPLE INTO OUR
4  OFFICES.  THEY HAVE VERY WELL-PRESENTED SPIELS THAT THEY GIVE
5  US.  THEY INTERACT WITH US IN A VERY FRIENDLY WAY.  THEY'VE GOT
6  GREAT GRAPHICAL MATERIAL.  THEY WILL HAVE DINNER MEETINGS IN
7  GOOD RESTAURANTS AND SHOW US THEIR PRESENTATIONS.
8      AND THAT'S REALLY VERY EFFECTIVE COMMUNICATION, BUT
9  IT'S JUST TO SELL PRODUCT.  THAT'S THE ONLY REASON THAT THEY DO
10  THAT COMMUNICATION.
11      BY CONTRAST, FACULTY IN MEDICAL SCHOOLS TEND TO HAVE
12  A PRETTY GOOD HANDLE ON THE EVIDENCE AND DON'T USUALLY HAVE A
13  PARTICULAR AXE TO GRIND ABOUT SELLING A PRODUCT, BUT WE TEND TO
14  BE LOUSY COMMUNICATORS.  WE GIVE DULL LECTURES.  WE DON'T
15  REALLY HAVE VERY GOOD GRAPHICAL MATERIAL.  WE STAY IN OUR IVORY
16  TOWER AND WE DON'T GO OUT TO DOCTORS' OFFICES.
17      AND WHAT I BEGAN TO WONDER ABOUT IN THE LATE '70S AND
18  EARLY '80S IS WHETHER WE COULD KIND OF MARRY THAT VERY
19  EFFECTIVE COMMUNICATION APPROACH THAT THE PHARMACEUTICAL
20  INDUSTRY HAS WITH THE MORE BALANCED EVIDENCE-BASED APPROACH
21  THAT MEDICAL SCHOOL OR ACADEMIC FACULTY HAVE.
22      AND BECAUSE THE APPROACH OF THE SALES REPS IN THE
23  DRUG INDUSTRY IS CALLED DETAILING, I CALL THAT ACADEMIC
24  DETAILING.  AND OUR FIRST STUDY WAS FUNDED BY THE FEDERAL
25  GOVERNMENT IN 1979 AND ULTIMATELY WAS PUBLISHED IN THE NEW

## Page 271

1  ENGLAND JOURNAL IN 1983 IN WHICH WE SHOWED THAT BY SENDING
2  PHARMACISTS THAT WE TRAINED TO BE THE SO-CALLED SALES REPS OUT
3  TO DOCTORS' OFFICES TO TEACH THEM ABOUT HOW TO PRESCRIBE BETTER
4  IN THIS INTERACTIVE AND ENGAGING MANNER, WE COULD ACTUALLY
5  INFLUENCE THEIR PRESCRIBING FOR THE BETTER IN A WAY THAT WAS
6  BOTH EFFECTIVE AND ACTUALLY PAID FOR ITSELF.
7  Q.  DOCTOR, HAVE VARIOUS GOVERNMENTS AND DIFFERENT
8  ORGANIZATIONS ADOPTED THE CONCEPT OF ACADEMIC DETAILING?
9  A.  YES.  AS A MATTER OF FACT, JUST A FEW WEEKS AGO I CAME
10  BACK FROM AUSTRALIA WHERE THE ENTIRE COUNTRY HAS A VERY LARGE
11  PROGRAM OF ACADEMIC DETAILING WHICH WE ACTUALLY HELPED THEM SET
12  UP, BASED ON OUR EARLY RESEARCH, IN WHICH THEY HAVE PHARMACISTS
13  AND NURSES GOING OUT TO DOCTORS ALL OVER THE COUNTRY TO ADVISE
14  THEM ON HOW TO PRESCRIBE SO THAT THEY ARE NOT DEPENDENT ON ADS
15  OR SALES REPS FROM THE DRUG COMPANIES TO KNOW ABOUT THE DRUGS
16  THEY USE.
17  Q.  ANY STATES HAVE PROGRAMS AND --
18  A.  YES.  WE'RE ACTUALLY RUNNING A PROGRAM ON BEHALF OF THE
19  STATE OF PENNSYLVANIA WHICH HAS ASKED OUR GROUP TO PUT TOGETHER
20  EDUCATIONAL MATERIALS FOR DOCTORS ALL OVER PENNSYLVANIA.  AND
21  THE STATE OF PENNSYLVANIA FUNDS NURSES AND PHARMACISTS TO GO
22  OUT AND TEACH DOCTORS HOW TO PRESCRIBE SO THAT THEY ARE NOT
23  AGAIN, DEPENDENT ON JUST WHAT THEY HEAR FROM THE SALES REPS AND
24  SEE IN THE ADS.
25  Q.  HAVE YOU PUBLISHED IN EACH OF THE AREAS THAT YOU'VE

## Page 272

1  IDENTIFIED, PHARMACOEPIDEMIOLOGY, PHARMACOECONOMICS, AND
2  PHYSICIAN DRUG PRACTICES?
3  A.  YES, I HAVE.
4  Q.  IN THE COURSE OF YOUR CAREER, DR. AVORN, HAVE
5  PHARMACEUTICAL COMPANIES FUNDED SOME OF YOUR RESEARCH?
6  A.  YES.  AS I SAID, WE DO HAVE RESEARCH SUPPORT FROM A NUMBER
7  OF DRUG COMPANIES.
8  Q.  DO THESE INCLUDE SOME OF THE STUDIES THAT YOU HAVE
9  CONDUCTED WITH RESPECT -- WELL, FIRST OF ALL, LET ME BACK UP.
10      HAVE YOU STUDIED THE CLASS OF DRUGS THAT WE'LL TALK
11  ABOUT HERE TODAY CALLED NONSTEROIDAL ANTI-INFLAMMATORY DRUGS OR
12  NSAIDS?
13  A.  THAT'S RIGHT.
14  Q.  AND HAVE YOU STUDIED COX-2 DRUGS?
15  A.  THAT'S RIGHT.
16  Q.  OKAY.
17  A.  WE'VE BEEN LOOKING AT THAT CLASS OF DRUGS SINCE BEFORE
18  1990.
19  Q.  OKAY.  AND HAVE YOU RECEIVED GRANTS AND FUNDS FROM VARIOUS
20  PHARMACEUTICAL COMPANIES TO STUDY THAT CLASS OF DRUGS?
21  A.  YES.  BOTH DRUG COMPANIES AND ALSO THE NATIONAL INSTITUTES
22  OF HEALTH.
23  Q.  WOULD YOU TELL US SOME OF THE DRUG COMPANIES WHO HAVE
24  FUNDED YOUR RESEARCH.
25  A.  IN GENERAL, PFIZER, GLAXO, PHARMACIA, KABI, MERCK.

## Page 273

1  Q. ARE YOU CURRENTLY BEING FUNDED BY MERCK?

2  A. YES. DR. SOLOMON, IN OUR GROUP, HAS A PROJECT IN WHICH

3  I'M PARTICIPATING IN WHICH MERCK HAS FUNDED US TO LOOK AT THE

4  UNDERUSE OF DRUGS FOR OSTEOPOROSIS OR BONE THINNING.

5  Q. OKAY. AND HAVE YOU BEEN FUNDED BY MERCK TO DO STUDIES IN

6  THE FIELD OF COX-2 DRUGS, INCLUDING VIOXX?

7  A. YES, WE HAVE.

8  Q. OTHER THAN YOUR EXPERIENCE WITH VIOXX, WHICH WE'LL TALK

9  ABOUT DURING THE COURSE OF THIS DEPOSITION, PUTTING THAT ASIDE

10 FOR A MOMENT, HOW WOULD YOU HAVE DESCRIBED YOUR EXPERIENCE WITH

11 MERCK?

12 A. OTHER THAN WITH OUR VIOXX EXPERIENCE?

13 Q. YES.

14 A. I ALWAYS THOUGHT OF MERCK AS THE MOST RESPECTED,

15 UPSTANDING, CAREFUL PHARMACEUTICAL COMPANY IN THE COUNTRY, AS

16 MOST EVERYBODY ELSE DID BACK IN, LET'S SAY, THE 1980S AND EARLY

17 '90S.

18 Q. WAS YOUR -- AND WE'LL TALK ABOUT THIS, BUT WAS YOUR

19 EXPERIENCE WITH MERCK DIFFERENT WITH RESPECT TO THE COX-2

20 DRUGS?

21 A. YES, IT WAS.

22 Q. DO YOU CURRENTLY HOLD ANY LEADERSHIP APPOINTMENTS WITHIN

23 YOUR FIELD?

24 A. WELL, I HAVE SERVED IN THE PAST AS THE PRESIDENT OF THE

25 INTERNATIONAL SOCIETY FOR PHARMACOEPIDEMIOLOGY, WHICH IS THE

## Page 274

1  MAIN PROFESSIONAL BODY OF RESEARCHERS ALL AROUND THE WORLD WHO

2  STUDY DRUG SIDE EFFECTS AND DRUG UTILIZATION AND DRUG

3  COST-EFFECTIVENESS.

4  Q. OKAY. AND ARE YOU LICENSED TO PRACTICE MEDICINE?

5  A. YES, I AM. IN MASSACHUSETTS.

6  Q. AND ARE YOU BOARD-CERTIFIED IN ANY SPECIALTY OF MEDICINE?

7  A. INTERNAL MEDICINE.

8  Q. DO YOU SUPERVISE THE TREATMENT OF PATIENTS AT HARVARD'S

9  BRIGHAM AND YOUNG -- BRIGHAM HOSPITAL?

10 A. BRIGHAM AND WOMEN'S, YES, I DO.

11 Q. HAS THERE EVER BEEN A TIME IN THE PAST 20 YEARS WHERE YOU

12 HAVE NOT TREATED OR SUPERVISED TREATMENT OF PATIENTS?

13 A. NO. I'VE TREATED OR SUPERVISED CONTINUOUSLY PRETTY MUCH

14 SINCE I GOT MY M.D.

15 Q. OKAY. DO YOU SPECIALIZE IN THE TREATMENT OF ANY

16 PARTICULAR PATIENT POPULATIONS, DR. AVORN?

17 A. I'VE HAD A PARTICULAR EXPERTISE AND INTEREST IN MEDICATION

18 USE IN THE ELDERLY, PEOPLE OVER 65.

19 Q. AS AN INTERNIST, DO YOU SUPERVISE THE TREATMENT OF

20 PATIENTS WITH CHRONIC PAIN CONDITIONS SUCH AS ARTHRITIS?

21 A. SURE.

22 Q. AS AN INTERNIST, YOU SUPERVISE PATIENTS WITH ACUTE PAIN

23 CONDITIONS?

24 A. YES.

25 Q. HOW ABOUT CARDIOVASCULAR DISEASE?

## Page 275

1  A. CERTAINLY.

2  Q. OKAY. HAVE YOU HAD OCCASION TO PRESCRIBE OR SUPERVISE THE

3  PRESCRIPTION OF MEDICATIONS FOR PATIENTS AT THE BRIGHAM

4  HOSPITAL, INCLUDING NONSTEROIDAL ANTI-INFLAMMATORY DRUGS?

5  A. YES.

6  Q. IN ADDITION TO YOUR -- LET ME TALK FOR A MOMENT ABOUT YOUR

7  PUBLICATIONS, DOCTOR. APPROXIMATELY HOW MANY ORIGINAL ARTICLES

8  HAVE YOU WRITTEN FOR THE PEER-REVIEWED MEDICAL LITERATURE?

9  A. ABOUT 200.

10 Q. WHAT ARE SOME OF THE MEDICAL -- THE PEER-REVIEW MEDICAL

11 JOURNALS IN WHICH YOU HAVE BEEN PUBLISHED?

12 A. THE NEW ENGLAND JOURNAL OF MEDICINE, THE JOURNAL OF THE

13 AMERICAN MEDICAL ASSOCIATION, THE BRITISH MEDICAL JOURNAL,

14 HEALTH AFFAIRS, THE ARCHIVES OF INTERNAL MEDICINE, THE ANNALS

15 OF INTERNAL MEDICINE, AND A FEW DOZEN OTHERS.

16 Q. OKAY. HAVE YOU BEEN OR -- ARE YOU NOW OR HAVE YOU BEEN A

17 PEER-REVIEWER YOURSELF?

18 A. YES. I REGULARLY REVIEW ARTICLES FOR THE NEW ENGLAND

19 JOURNAL OF MEDICINE AND FOR JAMA IN PARTICULAR; JAMA BEING THE

20 JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION.

21 Q. THANK YOU. HAS YOUR PUBLICATIONS -- HAS YOUR WORK AS AN

22 ACADEMICIAN IN PUBLISHING INFORMATION BEEN RECOGNIZED

23 GENERALLY?

24 A. YES.

25 Q. WOULD YOU TELL US A LITTLE BIT ABOUT THAT.

## Page 276

1  A. THAT I WAS IDENTIFIED BY THE SCIENTIFIC BODY THAT KEEPS

2  TRACK OF ALL MEDICAL REFERENCES IN THE WORLD AS ONE OF THE MOST

3  HIGHLY CITED RESEARCHERS IN THE FIELD OF MEDICINE AND SOCIAL

4  SCIENCE BECAUSE OF THE NUMBER OF CITATIONS TO MY RESEARCH THAT

5  HAVE BEEN IN THE MEDICAL LITERATURE.

6  Q. DOCTOR, HAVE YOU PUBLISHED SPECIFICALLY ABOUT THE SAFETY

7  OF VIOXX?

8  A. YES, I HAVE.

9  Q. HAVE YOU PUBLISHED SPECIFICALLY REGARDING THE SAFETY OF

10 COX-2 DRUGS INCLUDING BOTH VIOXX AND CELEBREX?

11 A. YES.

12 Q. HAVE YOU PUBLISHED SPECIFICALLY ABOUT THE SAFETY OF

13 NONSTEROIDAL ANTI-INFLAMMATORY DRUGS?

14 A. THAT'S RIGHT.

15 Q. OKAY. HOW LONG HAVE YOU BEEN PUBLISHING IN THAT

16 PARTICULAR FIELD?

17 A. I THINK THE FIRST PAPER ON NONSTEROIDALS WAS ONE THAT I

18 DID WITH DR. GURWITZ THAT I BELIEVE WAS IN THE JOURNAL OF THE

19 AMERICAN MEDICAL ASSOCIATION BACK IN 1990.

20 Q. HAVE YOU PUBLISHED SPECIFICALLY ABOUT MERCK'S CONDUCT IN

21 ITS COMMUNICATION OF RISK AND BENEFIT OF VIOXX TO PHYSICIANS?

22 A. I'VE WRITTEN ABOUT THAT, YES.

23 Q. DR. AVORN, FROM THE ALMOST 200 PEER-REVIEWED ARTICLES THAT

24 ARE IN YOUR CURRICULUM VITAE, I HAVE PULLED DOCUMENTS FROM YOUR

25 PEER-REVIEWED DOCUMENTS, THE ARTICLES WHICH I'M GOING TO HAND

## Page 277

1  TO YOU AS AN EXHIBIT, AND THEY WOULD BE EXHIBITS 2 THROUGH 15.
2  A. RIGHT.
3  Q. WOULD THESE BE SOME OF THE -- WOULD THESE BE THE ARTICLES
4  THAT YOU HAVE WRITTEN IN THE PEER-REVIEWED MEDICAL LITERATURE
5  PERTAINING TO NONSTEROIDAL ANTI-INFLAMMATORY DRUGS?
6  A. YES, THAT'S SOME OF THEM.
7  Q. OKAY. WOULD THAT INCLUDE ARTICLES YOU'VE WRITTEN ON
8  VARIOUS COX-2 DRUGS, INCLUDING VIOXX?
9  A. YES.
10 Q. ARE ANY OF THESE STUDIES FUNDED BY MERCK?
11 A. YES. THE ONE FROM CIRCULATION THAT APPEARED IN 2004 WAS
12 SUPPORTED BY MERCK, AND SEVERAL OF THE OTHERS WERE BASED ON
13 RESEARCH FUNDED BY MERCK AS WELL.
14 Q. AND COULD YOU IDENTIFY THE ARTICLE THAT WAS SUPPORTED BY
15 MERCK?
16 A. SURE.
17 Q. AND IDENTIFY IT BY EXHIBIT NUMBER?
18 A. SURE. OKAY. ONE OF THEM IS EXHIBIT NO. 7, WHICH IS THE
19 ONE THAT APPEARED IN THE JOURNAL CALLED CIRCULATION IN 2004.
20      THERE'S ANOTHER ONE THAT APPEARED IN THE JOURNAL
21 CALLED EPIDEMIOLOGY IN 2005 THAT WAS ALSO SUPPORTED BY MERCK.
22 Q. AND THE TITLE OF THAT --
23 A. I'M SORRY.
24 Q. THOSE BOTH INVOLVE VIOXX?
25 A. YES. THOSE ARE BOTH ABOUT THE COX-2 DRUGS, WHICH WERE

## Page 278

1  BASICALLY VIOXX AND CELEBREX, PRIMARILY.
2      THERE'S ALSO A PAPER WE HAD IN THE NEW ENGLAND
3  JOURNAL OF MEDICINE IN 2004 CALLED "MEDICAID
4  PRIOR-AUTHORIZATION PROGRAMS AND THE USE OF COX-2 INHIBITORS,"
5  AND WE ACKNOWLEDGE THERE THAT WE ALSO WERE RECEIVING A GRANT
6  FROM MERCK, WHICH CONTRIBUTED TO THAT STUDY.
7      I'M CHECKING CAREFULLY BECAUSE WE USUALLY DON'T PAY
8  ATTENTION TO WHO'S PAYING FOR THE STUDY WHEN WE DO THE WORK.
9      WE ACKNOWLEDGED IN A PAPER THAT CAME OUT IN THE
10 JOURNAL OF CLINICAL EPIDEMIOLOGY IN 2005 ABOUT PHYSICIAN
11 PREFERENCES IN RELATION TO THE USE OF COX-2 DRUGS LIKE VIOXX
12 AND CELEBREX IN WHICH WE RECEIVED FUNDING FROM MERCK, BUT MERCK
13 DID NOT SPECIFICALLY FUND THAT STUDY.
14     THERE'S ANOTHER PAPER HERE, EXHIBIT NO. 13,
15 "CARDIOVASCULAR OUTCOMES IN NEW USERS OF COXIBS AND NSAIDS,"
16 THAT ALSO ACKNOWLEDGES THAT WE'VE RECEIVED SUPPORT FROM MERCK
17 TO DO THAT WORK.
18     NOT THAT ONE.
19     SO THAT'S PRETTY MUCH IT.
20 Q. HAVE YOU WRITTEN ANY BOOKS WHICH PERTAIN TO ISSUES OF DRUG
21 SAFETY?
22 A. YES, I HAVE.
23 Q. DOCTOR, I'M GOING TO HAND YOU A BOOK. I'M NOT GOING TO
24 MARK IT AS AN EXHIBIT UNLESS WE HAVE TO. IS THAT THE BOOK THAT
25 YOU'VE WRITTEN?

## Page 279

1  A. YES. POWERFUL MEDICINES: THE BENEFITS, RISKS, AND COSTS
2  OF PRESCRIPTION DRUGS. IT CAME OUT IN 2004.
3  Q. DOCTOR, HAVE YOU BEEN A CONSULTANT FOR THE UNITED STATES
4  FOOD & DRUG ADMINISTRATION AT ANY TIME IN THE PAST?
5  A. YES, I HAVE.
6  Q. WOULD YOU DESCRIBE FOR THE MEMBERS OF THE JURY WHAT THAT
7  IS ABOUT.
8  A. SURE. THERE WAS A MEDICATION ON THE MARKET CALLED
9  LOTRONEX, WHICH WAS A DRUG FOR IRRITABLE BOWEL SYNDROME. AND
10 THERE WAS A CONCERN THAT IT WAS CAUSING SEVERE SIDE EFFECTS,
11 EVEN DEATH, IN PATIENTS WHO TOOK IT, AND THE FDA WAS TRYING TO
12 DETERMINE WHETHER ITS SAFETY WAS SUCH THAT IT SHOULD BE KEPT ON
13 THE MARKET OR PULLED FROM THE MARKET. AND THE FDA ASKED ME TO
14 CONSULT WITH IT AS PART OF ITS ADVISORY COMMITTEE THAT WOULD
15 LOOK AT THE SAFETY OF THAT DRUG.
16 Q. HAVE YOU TESTIFIED BEFORE THE UNITED STATES CONGRESS ON
17 ISSUES RELATING TO DRUG SAFETY AND HEALTHCARE POLICY?
18 A. YES. ON A NUMBER OF OCCASIONS, I WAS INVITED TO TESTIFY
19 BY THE U.S. SENATE, SPECIAL COMMITTEE ON AGING, THE HOUSE
20 COMMITTEE ON AGING, AND OTHER COMMITTEES OF CONGRESS ABOUT
21 MEDICATION EFFECTS.
22 Q. HAVE YOU ADVISED THE PRESIDENT OF THE UNITED STATES ON
23 DRUG SAFETY OR DRUG POLICY?
24 A. I WAS INVITED BY A TRANSITION TEAM OF THE PRESIDENT-ELECT
25 TO ADVISE ABOUT DRUG POLICY.

## Page 280

1  Q. AND HAVE YOU RECEIVED GRANTS FROM THE NATIONAL INSTITUTE
2  OF HEALTH TO CONDUCT YOUR RESEARCH?
3  A. YES.
4  Q. I'M GOING TO ASK YOU SOME QUESTIONS, DOCTOR, ABOUT YOUR
5  EXPERTISE DIRECTLY.
6  A. OKAY.
7  Q. DR. AVORN, ARE YOU AN EXPERT IN THE FIELD OF
8  PHARMACOEPIDEMIOLOGY?
9  A. YES.
10 Q. ARE YOU AN EXPERT IN THE FIELD OF PHARMACOECONOMICS?
11 A. YES.
12 Q. ARE YOU AN EXPERT IN THE FIELD OF PHARMACEUTICAL STUDY
13 DESIGN?
14 A. YES.
15 Q. AND ARE YOU AN EXPERT IN THE FIELD OF THE CONDUCT OF
16 PHARMACEUTICAL STUDIES?
17 A. YES.
18 Q. ARE YOU AN EXPERT IN THE FACTORS THAT DRIVE PRESCRIBING
19 PRACTICES AND HABITS OF PHYSICIANS GENERALLY?
20 A. YES.
21 Q. ARE YOU AN EXPERT IN THE FIELD OF INTERNAL MEDICINE?
22 A. YES.
23 Q. GERIATRIC MEDICINE?
24 A. YES.
25 Q. AN EXPERT IN THE COMMUNICATION OF RISKS AND BENEFITS TO

DAILY COPY

## Page 281

1  PHYSICIANS AND OTHER HEALTHCARE PROVIDERS?
2  A.  YES.
3  Q.  ARE YOU AN EXPERT IN THE RISKS AND BENEFITS OF A CLASS OF
4  DRUGS KNOWN AS NONSTEROIDAL ANTI-INFLAMMATORY DRUGS?
5  A.  YES.
6  Q.  COX-2 INHIBITORS?
7  A.  YES.
8  Q.  HOW ABOUT AN EXPERT IN THE FIELD IN THE RISKS AND BENEFITS
9  OF VIOXX?
10  A.  YES.
11  Q.  ARE ALL THE AREAS THAT I'VE JUST ASKED YOU YOUR EXPERTISE
12  ABOUT AREAS IN WHICH YOU HAVE ACTUALLY PUBLISHED IN THE
13  PEER-REVIEWED MEDICAL LITERATURE?
14  A.  THAT'S RIGHT.
15  Q.  DR. AVORN, ARE YOU PREPARED TO OFFER THE JURY IN THIS CASE
16  YOUR PROFESSIONAL OPINIONS REGARDING THE DRUG VIOXX
17  MANUFACTURED BY MERCK?
18  A.  YES.
19  Q.  DURING THE TIME THAT VIOXX WAS ON THE MARKET, DID YOU HAVE
20  OCCASION TO SPEAK WITH MERCK OFFICIALS CONCERNING VIOXX?
21  A.  YES.
22  Q.  DURING THE TIME THAT VIOXX WAS ON THE MARKET, DID YOU
23  FORMULATE OPINIONS REGARDING VIOXX'S SAFETY, EFFICACY, AND ITS
24  CARDIOVASCULAR RISK?
25  A.  YES.

## Page 282

1  Q.  DID YOU SHARE THOSE OPINIONS WITH MERCK?
2  A.  YES.
3  Q.  UNTIL 2004, WHEN VIOXX WAS NO LONGER AVAILABLE ON THE
4  MARKET, WERE YOU ASKED TO PRESENT YOUR SCIENTIFIC AND MEDICAL
5  OPINIONS ON VIOXX AND OTHER NSAIDS, INCLUDING NAPROXEN, WHICH
6  WELL TALK ABOUT, AT NATIONAL AND INTERNATIONAL SCIENTIFIC AND
7  PROFESSIONAL MEETINGS?
8  A.  YES.
9  Q.  DURING THE TIME VIOXX WAS ON THE MARKET AND SHORTLY
10  THEREAFTER, DID YOU PUBLISH ARTICLES AND EDITORIALS IN THE
11  PEER-REVIEWED LITERATURE CONCERNING THE FDA'S ROLE IN
12  EVALUATING VIOXX?
13  A.  I DID.
14  Q.  WHEN YOU WERE FORMULATING THESE OPINIONS AND PUBLISHING
15  THEM IN THE MEDICAL LITERATURE, WERE YOU CONSULTING WITH ANY
16  LAWYERS LIKE MYSELF WHO WERE REPRESENTING INDIVIDUALS WHO CLAIM
17  THAT THEY WERE INJURED AS A RESULT OF VIOXX?
18  A.  NO.  I TRY TO AVOID CONSULTING WITH LAWYERS WHENEVER I
19  CAN.
20  Q.  WHEN IS THE FIRST TIME YOU MET WITH ANY LAWYER
21  REPRESENTING PEOPLE WHO CLAIMED INJURIES AS A RESULT OF VIOXX?
22  A.  I WOULD SAY THE ONLY TIME I ACTUALLY -- WELL, THE FIRST
23  TIME I ACTUALLY MET WITH ANYBODY, AS OPPOSED TO CALLING THEM
24  BACK AND SAYING "NO THANK YOU," WOULD HAVE BEEN MAY OF '05.
25  Q.  SINCE MAY OF 2005, WHEN YOU FIRST HAD YOUR MEETING WITH

## Page 283

1  LAWYERS REPRESENTING PEOPLE WHO CLAIM INJURIES AS A RESULT OF
2  VIOXX, HAVE YOU BEEN PROVIDED WITH ADDITIONAL MATERIALS THAT
3  YOU HAD NOT HAD AN OPPORTUNITY TO SEE WHILE YOU WERE CONDUCTING
4  STUDIES INVOLVING VIOXX, NSAIDS, AND COX-2S?
5  A.  YES.  THERE WAS A LOT OF MATERIAL THAT CAME OUT AS A
6  RESULT OF THE DISCOVERY PROCESS THAT I HAD NOT HAD ACCESS TO
7  BEFORE.
8  Q.  HAVE YOU FORMED ADDITIONAL OPINIONS SINCE MAY OF 2005 AS A
9  RESULT OF REVIEWING THOSE ADDITIONAL DOCUMENTS THAT WERE
10  PROVIDED TO YOU?
11  A.  YES.
12  Q.  ARE YOU PREPARED TO OFFER THOSE ADDITIONAL OPINIONS TO THE
13  MEMBERS OF THE JURY TODAY?
14  A.  SURE.
15  Q.  DOCTOR, ARE ALL THE OPINIONS THAT YOU WILL TESTIFY ABOUT
16  TODAY, WHETHER THEY WERE FORMED BEFORE YOU WERE RETAINED AS AN
17  EXPERT IN THIS LITIGATION OR SINCE YOU WERE RETAINED AS AN
18  EXPERT IN THIS LITIGATION, OPINIONS THAT YOU HOLD TO A
19  REASONABLE DEGREE OF MEDICAL AND SCIENTIFIC CERTAINTY?
20  A.  DEFINITELY.
21  Q.  ARE YOU AWARE THAT YOUR TESTIMONY IS BEING VIDEOTAPED SO
22  IT COULD BE SHOWN TO THE MEMBERS OF THE JURY?
23  A.  YES.  THE CLUE WAS THAT BIG VIDEO CAMERA IN FRONT OF ME.
24  Q.  OKAY.  WHY IS IT THAT YOU ARE NOT APPEARING LIVE TO GIVE
25  YOUR OPINIONS TO THE MEMBERS OF THIS JURY?

## Page 284

1  A.  BECAUSE I HAVE A DAY JOB, AND I SPEND AN ENORMOUS AMOUNT
2  OF TIME JUST RUNNING MY DIVISION AT HARVARD AND AT THE BRIGHAM
3  AND TEACHING MEDICAL STUDENTS AND OCCASIONALLY SUPERVISING
4  PATIENT CARE, AND I WOULDN'T HAVE TIME TO DO THIS FOR MORE THAN
5  JUST ONCE.
6  Q.  ARE YOU BEING PAID PERSONALLY FOR THE TIME THAT YOU SPENT
7  CONSULTING WITH US AND APPEARING AT THIS VIDEOTAPE TESTIMONY?
8  A.  NO.  I RECEIVED NO PAYMENT FOR ANY OF MY WORK IN THIS
9  CASE.
10  Q.  WELL, DON'T DOCTORS LIKE YOURSELF USUALLY SUBMIT BILLS
11  WHEN THEY DO WORK LIKE THIS?
12  A.  THEY TRADITIONALLY DO, BUT I PREFER, SINCE I'VE
13  ESTABLISHED A POLICY IN MY DIVISION THAT NONE OF US ACCEPTS ANY
14  DIRECT PAYMENT FROM DRUG COMPANIES, IT SEEMED REASONABLE TO
15  ALSO NOT ACCEPT ANY PAYMENT PERSONALLY FROM PLAINTIFFS' LAWYERS
16  OR PLAINTIFFS EITHER, AND SO I DO THIS PRO BONO, AND IF THE
17  ATTORNEYS I'M WORKING WITH WANT TO MAKE A DONATION TO A
18  CHARITABLE CAUSE, THAT'S FINE WITH ME. BUT I DON'T TAKE ANY
19  PERSONAL REMUNERATION.
20  Q.  HAVE YOU SET UP A CHARITABLE FUND WHICH ANY MONEY THAT
21  WOULD BE BILLED WOULD GO INTO THAT FUND?
22  A.  SURE.  RIGHT.
23  Q.  AND WHAT IS THE PURPOSE OF THIS CHARITABLE FUND?
24  A.  IT IS BASICALLY TO HAVE AN ENDOWMENT TO SUPPORT
25  NONCOMMERCIAL RESEARCH ABOUT MEDICATION USE AND MEDICATION

## Page 285

1   EFFECTS, BECAUSE I THINK THERE'S A REAL NEED FOR THAT TO BE A
2   SOURCE OF FUNDING THAT IS INDEPENDENT OF ANY PARTICULAR
3   COMPANIES.
4   Q.  DO YOU DERIVE ANY PERSONAL MONETARY BENEFIT AS A RESULT OF
5   THE MONEY THAT WE MAY HOURLY -- ANY HOURLY RATE YOU MAY BILL US
6   WHICH WE PAY INTO THIS CHARITABLE FUND?
7   A.  NO, I DON'T.
8           TRAVERSE
9   BY MR. BECK:
10  Q.  DOCTOR, MY NAME IS PHIL BECK.  I REPRESENT MERCK.  ON THIS
11  QUESTION OF WHETHER YOU ARE CHARGING FOR THE WORK THAT YOU DID
12  IN THIS CASE, DO YOU HAVE AN ESTABLISHED HOURLY RATE?
13  A.  YES.
14  Q.  AND FOR CONSULTING WITH LAWYERS?
15  A.  YES.
16  Q.  AND WHAT IS THE HOURLY RATE THAT YOU USE WHEN CONSULTING
17  WITH LAWYERS?
18  A.  $750 AN HOUR.
19  Q.  AND HOW MANY HOURS HAVE YOU WORKED ON THIS CASE?
20  A.  THUS FAR, I WOULD ESTIMATE ABOUT 200, I THINK.  I DON'T
21  KEEP REAL CLOSE TRACK.
22  Q.  SO 200 TIMES 750, I'M NOT GOOD AT MATH, BUT HOW MUCH DOES
23  THAT -- CAN YOU FIGURE OUT --
24  A.  I THINK YOU SHOULD DO THE MATH IF YOU ARE ASKING THE
25  QUESTION.

## Page 286

1   Q.  OKAY.  I'LL DO THAT, THEN.  WHEN I DO THE MATH, THAT COMES
2   TO $150,000.
3   A.  SOUNDS ABOUT RIGHT.
4   Q.  AND HOW MANY TIMES HAVE YOU CONSULTED WITH MR. TISI BEFORE
5   THE VIOXX LITIGATION?
6   A.  BEFORE THE VIOXX LITIGATION?  ONCE.
7   Q.  AND WHAT WAS THAT IN CONNECTION WITH?
8   A.  A DRUG CALLED REZULIN.
9   Q.  HAVE YOU ALSO OVERCOME YOUR RELUCTANCE TO CONSULT WITH
10  LAWYERS AND WORK WITH THEM, PLAINTIFFS' LAWYERS, ON THE DIET
11  DRUG LITIGATION?
12  A.  RIGHT.  I THINK THERE HAVE BEEN ABOUT FOUR CASES TOTAL
13  THAT I'VE BECOME INVOLVED WITH.
14  Q.  SO, REZULIN, WHICH YOU DID WITH MR. TISI, RIGHT?
15  A.  RIGHT.
16  Q.  AND JUST SO WE DON'T HAVE ANY LOOSE ENDS, DID HE PAY THE
17  BILL IN REZULIN?
18  A.  I DON'T EVEN KNOW WHO THE BILL WAS PAID BY BECAUSE THERE'S
19  THESE CONSORTIA OF LAWYERS, BUT SOMETHING GOT PAID INDEPENDENT
20  OF THE OUTCOME OF THE CASE.
21  Q.  AND DIET DRUGS, YOU CONSULTED WITH PLAINTIFFS' LAWYERS,
22  RIGHT?
23  A.  YES.
24  Q.  AM I CORRECT THAT YOU ALSO CONSULTED WITH PLAINTIFFS'
25  LAWYERS ON A DRUG CALLED BAYCOL?

## Page 287

1   A.  YES.
2   Q.  AND DID YOU SAY THERE WAS ANOTHER ONE OTHER THAN THOSE?
3   A.  PPA, PHENYLPROPANOLAMINE.
4   Q.  PPA?
5   A.  YES.
6   Q.  AND ALL OF THIS HAS BEEN, WHAT, WITHIN THE LAST FIVE, SIX
7   YEARS?
8   A.  PROBABLY.
9           THE COURT:  WHY DON'T YOU JUST STOP IT A MOMENT.
10          THIS WAS A LITTLE DIFFERENT THAN THE WAY IT WAS
11  PRESENTED TO YOU, MEMBERS OF THE JURY.  LET ME SAY A WORD ABOUT
12  THAT.
13          FIRST, WHEN AN EXPERT IS CALLED TO THE STAND OR
14  CALLED BEFORE YOU IN DEPOSITION, HE'S ASKED ABOUT HIS
15  QUALIFICATIONS.  WHEN THE PARTY WHO IS INTRODUCING THE EXPERT
16  IS FINISHED ON HIS QUALIFICATIONS, THEN THE OPPOSING COUNSEL
17  HAS A RIGHT TO ASK HIM QUESTIONS ON THOSE QUALIFICATIONS.
18          NOW, I'VE HEARD THE QUALIFICATIONS.  I'LL ACCEPT
19  THEM IN THE TENDERED FIELDS.  BUT AGAIN, THAT SIMPLY MEANS THAT
20  HE'S ABLE TO GIVE AN OPINION.  IT'S FOR YOU TO DETERMINE
21  CREDIBILITY.
22          SO NOW WE GO BACK TO THE PERSON WHO IS
23  PRESENTING HIM SO HE CAN PRESENT THE INFORMATION.  ALL RIGHT.
24
25

## Page 288

1           DIRECT EXAMINATION
2   BY MR. ROBINSON:
3   Q.  FIRST OF ALL, WERE YOU PERSONALLY INVOLVED IN HOW MERCK
4   MANAGED THE RISKS OF VIOXX THROUGH YOUR WORK WITH THEM ON THE
5   OBSERVATIONAL STUDIES THAT YOU TESTIFIED TO EARLIER?
6   A.  YES.  WE PERFORMED RESEARCH FUNDED BY THEM WITH WHICH WE
7   WORKED VERY CLOSELY WITH MERCK EPIDEMIOLOGISTS ON THE
8   DEVELOPMENT OF THE STUDY AND ON THE CONDUCT OF THE STUDY AND ON
9   THE INTERPRETATION OF THE FINDINGS.  AND THAT WAS GERMANE TO
10  WHAT WAS KNOWN AT THE TIME AS IT WAS DEVELOPING ABOUT THE
11  CARDIAC RISKS OF VIOXX.
12  Q.  DOCTOR, ARE YOU AN EXPERT ON THE ISSUE OF VIOXX'S RISKS
13  THROUGHOUT THE DEVELOPMENT AND MARKETING OF THAT DRUG?
14  A.  YES.
15  Q.  THANK YOU.  WHY?
16  A.  IS THAT A QUESTION?
17  Q.  YES.  WHY?
18  A.  OKAY.  BECAUSE, AS I SAID BEFORE, PHARMACOEPIDEMIOLOGY AND
19  ALSO THE RESEARCH ABOUT MEDICATION RISKS AND BENEFITS BEYOND
20  THE EPIDEMIOLOGY IS ABOUT LOOKING AT ALL AS ASPECTS OF THE
21  DRUG'S PROPERTIES:  THE PHARMACOLOGY, THE CLINICAL EFFECTS IN
22  THE EARLY TRIALS, THE RANDOMIZED TRIALS THAT OCCUR ON A LARGER
23  SCALE, AND THE POSTMARKETING USE OF THAT DRUG.  ALL OF THAT IS
24  A PART OF WHAT I STUDY AND TEACH AT HARVARD AND WRITE PAPERS
25  ABOUT.

## Page 289

1   Q. HAVE YOU CAREFULLY STUDIED VIOXX?

2   A. YES, I HAVE.

3   Q. AND HAVE YOU CAREFULLY STUDIED MERCK'S CONDUCT?

4   A. YES, I HAVE.

5   Q. DO YOU HAVE AN OPINION THAT YOU HOLD TO A REASONABLE

6   DEGREE OF MEDICAL CERTAINTY AS TO WHETHER OR NOT VIOXX IS A

7   DRUG FOR WHICH THE RISKS OUTWEIGH THE BENEFITS?

8   A. YES, I HAVE THAT OPINION.

9   Q. OKAY. WHAT IS THAT OPINION?

10   A. THAT VIOXX'S RISKS DO INDEED OUTWEIGH ITS BENEFITS, WHICH

11   IS THE VIEW THAT THE FDA AGREED WITH AS WELL.

12   Q. DO YOU HAVE AN OPINION THAT YOU HOLD TO A REASONABLE

13   DEGREE OF MEDICAL CERTAINTY AS TO WHETHER OR NOT MERCK

14   ACCURATELY CONVEYED THROUGH ALL OF ITS ACTIVITIES --

15   PUBLICATIONS, DETAILING, DIRECT-TO-CONSUMER ADVERTISING,

16   LABELING, "DEAR DOCTOR" LETTERS, ET CETERA -- EFFECTIVELY

17   COMMUNICATED THE RISKS AND BENEFITS SO DOCTORS CAN MAKE

18   EVIDENCE-BASED PRESCRIBING DECISIONS?

19   A. YES, I HAVE SUCH AN OPINION.

20   Q. OKAY. AND WHAT IS THAT OPINION?

21   A. THAT MERCK'S CONDUCT OF ITS RESEARCH PROGRAM AND ANALYSIS

22   OF ITS DATA AND COMMUNICATION OF THOSE DATA TO PHYSICIANS, TO

23   PATIENTS, EVEN TO FDA, WAS INADEQUATE IN THAT IT FAILED TO

24   TRUTHFULLY REPRESENT WHAT WAS KNOWN TO MERCK AT THE TIME ABOUT

25   THE RISKS OF ITS DRUG IN RELATION TO THE CARDIOVASCULAR

## Page 290

1   SYMPTOMS.

2   Q. DO YOU HAVE AN OPINION AS TO WHETHER OR NOT MERCK ACTED

3   REASONABLY AND PRUDENTLY IN COMMUNICATING THE RISKS OF VIOXX TO

4   PHYSICIANS?

5   A. AS SOMEONE WHO HAS CONDUCTED YEARS OF RESEARCH ON HOW

6   PHYSICIANS MAKE PRESCRIBING DECISIONS IN RELATION TO WHAT

7   EVIDENCE IS AVAILABLE TO THEM, I HAVE CONDUCTED STUDIES AND

8   ACTUAL INTERVENTIONS TO IMPROVE PHYSICIANS' USE OF DRUGS, WHICH

9   HAVE BEEN PUBLISHED IN THE NEW ENGLAND JOURNAL OF MEDICINE AND

10   OTHER PEER-REVIEWED JOURNALS. I THINK A LOT ABOUT HOW

11   PHYSICIANS USE INFORMATION THAT THEY HAVE AVAILABLE TO THEM IN

12   MAKING PRESCRIBING DECISIONS, AND MY CLEAR IMPRESSION IS THAT

13   DOCTORS DID NOT HAVE ADEQUATE INFORMATION PRESENTED TO THEM BY

14   MERCK TO MAKE A FAIR AND REASONABLE EVIDENCE-BASED DECISION

15   ABOUT VIOXX.

16   Q. DOCTOR, LET ME MOVE INTO YOUR -- WHAT I WOULD CALL YOUR

17   FACTUAL TESTIMONY PORTION OF YOUR DEPOSITION HERE. BUT BEFORE

18   I DO, LET ME ASK YOU SOME BASIC QUESTIONS ABOUT IT SO WE CAN

19   ORIENT THE JURY AS TO WHAT SOME OF THE TERMS WE'RE TALKING

20   ABOUT HERE.

21   OKAY. FIRST I WOULD LIKE TO HELP THE JURY UNDERSTAND

22   A LITTLE ABOUT THE DRUGS WE'LL BE TALKING ABOUT TODAY. WHAT

23   ARE NONSTEROIDAL ANTI-INFLAMMATORY DRUGS?

24   A. THAT'S A CLASS OF DRUGS THAT ACTUALLY INCLUDES ASPIRIN,

25   BUT THE MORE MODERN NONSTEROIDS BEGAN TO APPEAR IN THE 1970S.

## Page 291

1   AND THEY ARE CALLED NONSTEROIDAL ANTI-INFLAMMATORY DRUGS

2   BECAUSE THEY REDUCE INFLAMMATION LIKE STEROIDS DO, BUT THEY ARE

3   NOT STEROIDS. THEY HAVE A DIFFERENT MECHANISM OF ACTION THAT'S

4   A LITTLE BIT MORE LIKE ASPIRIN.

5   Q. OKAY. WOULD YOU GIVE US EXAMPLES OF COMMONLY KNOWN

6   NONSTEROIDAL ANTI-INFLAMMATORY DRUGS THAT THE JURY MIGHT BE

7   FAMILIAR WITH.

8   A. SURE. THE MOST COMMON AND OLDEST ONES ARE IBUPROFEN,

9   WHICH IS SOLD AS MOTRIN, AND IT'S ALSO AVAILABLE OVER THE

10   COUNTER AS ADVIL OR NUPRIN.

11   ANOTHER OLDER AND COMMONLY USED ONE IS NAPROXEN,

12   WHICH USED TO BE -- I GUESS IS STILL SOLD AS NAPROSYN AS A

13   PRESCRIPTION DRUG, AND THAT'S SOLD AS ALEVE OVER THE COUNTER.

14   Q. OKAY. LET'S TALK ABOUT ASPIRIN FOR A MOMENT. PRIOR TO

15   2000, 1999/2000, WHEN VIOXX CAME ON THE MARKET, WAS THERE ANY

16   EVIDENCE THAT YOU'RE AWARE OF THAT ASPIRIN MIGHT BE GOOD FOR

17   THE HEART?

18   A. YES. THERE WERE STUDIES THAT WERE ACTUALLY DONE BY

19   COLLEAGUES OF MINE AT HARVARD AND THE BRIGHAM & WOMEN'S

20   HOSPITAL IN WHICH THOUSANDS OF DOCTORS WERE ACTUALLY RANDOMIZED

21   TO GET ASPIRIN OR A PLACEBO OR A DUMMY PILL, AND THEY WERE

22   FOLLOWED FOR YEARS.

23   AND THEN DR. HENNEKENS, WHO DID THE STUDY, AND HIS

24   COLLEAGUES, ATTEMPTED TO FIND OUT WHETHER THEY HAD HEART

25   ATTACKS OR NOT.

## Page 292

1   Q. DOCTOR, IN 2000, WHEN VIOXX WAS BEING PROMOTED ON THE

2   MARKET, WAS THE USE OF ASPIRIN, LOW-DOSE ASPIRIN, A STANDARD OF

3   CARE FOR TREATMENT OF PATIENTS WITH CARDIOVASCULAR RISK

4   FACTORS?

5   A. YES.

6   Q. AND HAVE YOU EVER PERSONALLY PRESCRIBED ASPIRIN TO

7   PATIENTS AT RISK FOR HEART DISEASE?

8   A. YES.

9   Q. AND SWITCHING TO A DRUG CALLED NAPROXEN, I THINK WE TALKED

10   ABOUT BEFORE, ALEVE?

11   A. YES.

12   Q. HOW LONG HAS NAPROXEN OR ALEVE BEEN ON THE MARKET?

13   A. I WOULD SAY SINCE THE 1970S.

14   Q. AND WHAT, IF ANY, EVIDENCE EXISTED PRIOR TO 2000 THAT

15   NAPROXEN WAS GOOD FOR THE HEART IN THE SAME WAY THAT ASPIRIN

16   WAS?

17   A. VIRTUALLY NO EVIDENCE.

18   Q. DID THE MANUFACTURERS OF NAPROXEN EVER MAKE THE CLAIM THAT

19   THAT DRUG WAS WHAT WE CALL CARDIOPROTECTIVE?

20   A. THEY COULDN'T BECAUSE THEY HAD NO GROUNDS TO CLAIM THAT.

21   Q. DO YOU KNOW WHETHER THE MANUFACTURER OF NAPROXEN MAKES

22   THAT CLAIM EVEN TODAY?

23   A. NO, THEY DON'T.

24   Q. OKAY. IS IT OR HAS IT EVER BEEN THE STANDARD OF CARE FOR

25   PHYSICIANS SUCH AS YOURSELF TO PRESCRIBE NAPROXEN TO PATIENTS

27 (Pages 289 to 292)

## Page 293

1 TO PROTECT THEIR HEARTS?
2 A.  NO.
3 Q.  HAVE YOU EVER PRESCRIBED NAPROXEN TO PATIENTS FOR THE
4 PURPOSE OF PROTECTING THEIR HEARTS?
5 A.  NO.  THERE'S NO EVIDENCE THAT IT PROTECTS YOUR HEART IN
6 ANY USEFUL WAY.
7 Q.  AND DO YOU KNOW ANYBODY WHO DOES THAT?
8 A.  NO.
9 Q.  OKAY.  SECOND QUESTION:  NSAIDS IN GENERAL, TRADITIONAL
10 NSAIDS, AS A CLASS --
11 A.  RIGHT.
12 Q.  -- ARE THERE SAFETY ISSUES THAT ARE UNDERSTOOD ABOUT
13 TRADITIONAL NSAIDS?
14 A.  SURE.
15 Q.  WOULD YOU DESCRIBE THE SIGNIFICANT SIDE EFFECTS OF NSAIDS
16 AS YOU KNEW THEM BACK IN 2000 -- 1999, 2000, 2001?
17 A.  SURE.  WE ACTUALLY DID SOME OF THOSE STUDIES IN WHICH WE
18 LOOKED AT THE CAPACITY OF THE OLDER NSAIDS, LIKE MOTRIN, TO
19 REDUCE KIDNEY FUNCTION IN OLDER PEOPLE.  WE DID STUDIES SHOWING
20 THAT THE OLDER NSAIDS, LIKE -- AGAIN, LIKE MOTRIN, WHICH IS
21 IBUPROFEN, CAN RAISE YOUR BLOOD PRESSURE.
22      OTHER PEOPLE HAVE DONE STUDIES SHOWING THE
23 ASSOCIATION BETWEEN THE OLDER NONSTEROIDALS OR NSAIDS AND
24 CONGESTIVE HEART FAILURE.  THAT WAS PRETTY WELL KNOWN BY THE --
25 BY 2000.

## Page 294

1 Q.  WHAT ABOUT GI, WHAT WE CALL GASTROINTESTINAL ISSUES?
2 A.  YEAH.  THAT'S THE BIGGEST PROBLEM FROM THE TRADITIONAL
3 NONSTEROIDALS.  THEY CAN CAUSE STOMACH PAIN, STOMACH UPSET, IN
4 A LOT OF PATIENTS.  AND THEY ALSO CAN CAUSE GASTROINTESTINAL
5 BLEEDING.
6 Q.  IS THAT A SERIOUS PROBLEM ASSOCIATED WITH TRADITIONAL
7 NONSTEROIDAL ANTI-INFLAMMATORIES?
8 A.  YES, IT CAN BE.
9 Q.  NOW, WITH THAT IN MIND, DID THERE COME A TIME WHEN YOU
10 BECAME FAMILIAR WITH THE FACT THAT CERTAIN DRUG MANUFACTURERS
11 WERE DEVELOPING A CLASS OF DRUGS CALLED COX-2 INHIBITORS?
12 A.  RIGHT.
13 Q.  OKAY.  WOULD YOU DESCRIBE FOR THE MEMBERS OF THE JURY WHAT
14 A COX-2 INHIBITOR IS AND YOUR UNDERSTANDING ABOUT WHY THEY WERE
15 BEING DEVELOPED?
16 A.  SURE.  THE COX-2 INHIBITORS, SOMETIMES CALLED COXIBS, ARE
17 A SUBSET OF THE BIGGER CLASS OF NONSTEROIDAL ANTI-INFLAMMATORY
18 DRUGS, OR NSAIDS.  AND THE HOPE WAS THAT -- WELL, I SHOULD BACK
19 UP.
20      IT TURNS OUT THAT THERE ARE -- THERE IS AN ENZYME
21 CALLS CYCLOOXYGENASE, WHICH IS ABBREVIATED AS "COX".  AND
22 PEOPLE DISCOVERED THAT THERE ARE TWO SUBSETS OF THAT:  COX-1
23 AND COX-2.  AND ONE KIND OF SIMPLE WAY OF THINKING ABOUT IT WAS
24 THAT COX-2 IS THE BAD SUBSET BECAUSE THAT'S THE ONE THAT CAUSED
25 PAIN AND INFLAMMATION; AND COX-1, IN A VERY SIMPLISTIC WAY, WAS

## Page 295

1 THOUGHT GOOD COX BECAUSE THAT PROTECTED THE LINING OF YOUR
2 STOMACH.
3      AND VIEWED IN THAT KIND OF SIMPLE BLACK-AND-WHITE
4 WAY, THE HOPE WAS THAT IF YOU COULD DEVELOP A DRUG -- SINCE
5 NONSTEROIDALS TEND TO BLOCK BOTH THE COX-1 AND THE COX-2
6 ENZYMES, IF YOU COULD DEVELOP A DRUG THAT WOULD ONLY BLOCK THE
7 BAD COX, OR COX-2, YOU WOULD BE ABLE TO GET RID OF PAIN AND
8 INFLAMMATION WITHOUT BLOCKING THE GOOD COX, OR COX-1, WHICH
9 PROTECTS THE STOMACH LINING.
10      AND THE HOPE WAS -- AND THIS WAS WHAT WENT INTO THE
11 DEVELOPMENT OF VIOXX AND CELEBREX -- THAT, BY DOING SO, YOU
12 WOULD BE ABLE TO HAVE A DRUG THAT WOULD TREAT PAIN AND
13 INFLAMMATION AND NOT CAUSE AS MUCH RISK OF STOMACH BLEEDING.
14 Q.  DO YOU HAVE ANY PROBLEM, DR. AVORN, WITH MERCK
15 INVESTIGATING COX-2S AS A POTENTIAL PAIN MEDICATION WITH THE
16 LACK OF A GI SIDE EFFECT?
17 A.  NO.  SEEMED LIKE A NEAT IDEA AT THE TIME.
18 Q.  OKAY.  I'M GOING TO HAND YOU WHAT I'D LIKE TO HAVE MARKED
19 AS THE NEXT EXHIBIT, EXHIBIT NO. 16.  DOCTOR, DO YOU RECOGNIZE
20 THAT?
21 A.  YES.  THAT'S THE VIGOR STUDY AS IT WAS PUBLISHED IN THE
22 NEW ENGLAND JOURNAL OF MEDICINE IN NOVEMBER OF 2000.
23 Q.  AND WHAT IS THE EXACT DATE OF THIS ARTICLE?
24 A.  NOVEMBER 23, 2000.
25 Q.  AND WHEN DID YOU FIRST LEARN OF THE VIGOR STUDY?

## Page 296

1 A.  WELL, ACTUALLY, INFORMATION ABOUT THE FINDINGS BEGAN TO
2 CIRCULATE IN THE SPRING OF 2000, I THINK IT WOULD HAVE BEEN,
3 MARCH, WHEN I GUESS IT WAS EITHER PRESENTED OR MERCK ISSUED A
4 STATEMENT ABOUT THE FINDINGS.
5 Q.  AND DO YOU KNOW -- WOULD YOU BRIEFLY DESCRIBE THE STUDY
6 AND WHAT IT WAS DESIGNED TO DO.
7 A.  SURE.  IT WAS FUNDED BY MERCK, AND A NUMBER OF THE
8 COAUTHORS WERE MERCK EMPLOYEES.  AND IT WAS DESIGNED TO ASK THE
9 QUESTION:  IS VIOXX SAFER ON YOUR STOMACH THAN OLDER
10 NONSTEROIDALS?
11      ABOUT 8,000 PATIENTS WERE RANDOMLY DIVIDED INTO TWO
12 GROUPS.  ONE GROUP WAS GIVEN VIOXX AND -- AT A DOSE OF
13 50 MILLIGRAMS A DAY, AND THE OTHER GROUP WAS GIVEN NAPROXEN,
14 THIS OLDER NONSTEROIDAL.  AND THEN THEY WERE FOLLOWED FOR A
15 MEDIAN PERIOD OF NINE MONTHS.
16      AND THERE WERE A NUMBER OF OUTCOMES THAT WERE
17 STUDIED:  ONE WAS WHETHER OR -- WHAT KIND OF PAIN RELIEF IT
18 GAVE, BECAUSE ITS PURPOSE WAS TO BE A PAIN RELIEVER; AND
19 ANOTHER OUTCOME, WHICH WAS THE ONE OF PARTICULAR INTEREST, WAS
20 WHETHER OR NOT THE PATIENTS WHO WERE RANDOMLY ASSIGNED TO THE
21 VIOXX GROUP WERE HAVING A LOWER RATE OF STOMACH BLEEDING AND
22 PERFORATION AND ULCER.
23      AND THE FINDINGS AS THEY EMERGED WERE THAT, AS A
24 PAIN-RELIEVER, VIOXX WORKED ABOUT AS WELL AS NAPROXEN, NO
25 BETTER, NO WORSE; BUT THERE WAS THE HOPE FOR REDUCTION IN

## Page 297

1  GASTROINTESTINAL EVENTS, LIKE ULCERS AND PERFORATIONS, IN THE
2  PATIENTS TAKING VIOXX COMPARED TO THE PATIENTS TAKING NAPROXEN.
3  AND A SURPRISE FINDING THAT EMERGED FROM THAT STUDY WAS THAT
4  THERE WAS AN APPROXIMATE FIVEFOLD INCREASE IN HEART ATTACKS IN
5  THE PEOPLE RANDOMLY ASSIGNED TO TAKE VIOXX AS COMPARED TO TAKE
6  NAPROXEN.
7  Q.  WHEN YOU SAY "SURPRISE FINDING," WAS IT A SURPRISE TO YOU,
8  DOCTOR?
9  A.  WELL, THERE HAD BEEN EVIDENCE OF A POTENTIAL THERE, BUT
10  THIS WAS THE -- THIS WAS A LARGE DEMONSTRATION OF THIS IN A BIG
11  RANDOMIZED TRIAL, EVEN THOUGH THERE HAD BEEN OTHER EVIDENCE OF
12  PATIENTS WHO HAD GIVEN VIOXX HAVING SIMILAR PROBLEMS.
13       BUT I THINK, TO THE MEDICAL PUBLIC AS A WHOLE, IT WAS
14  SOMETHING WHICH THEY DID NOT KNOW WAS GOING TO HAPPEN.
15  Q.  NOW, AS A PHARMACOEPIDEMIOLOGIST, WAS THE FINDING ABOUT
16  THE CARDIOVASCULAR RISK A CONCERN TO YOU PERSONALLY?
17  A.  IF YOU MEAN PERSONALLY, IN MY PROFESSIONAL ROLE?
18  Q.  YES?
19  A.  YES.
20  Q.  YEAH.
21  A.  YES.
22  Q.  AND WHY WAS THAT A SIGNIFICANT CONCERN TO YOU
23  PROFESSIONALLY?
24  A.  BECAUSE IF THERE WERE A DRUG THAT CAUSES A FIVEFOLD
25  INCREASE IN YOUR RISK OF HAVING A HEART ATTACK, THAT'S A REAL

## Page 298

1  PROBLEM.  IT'S NOT A DRUG THAT YOU WOULD BE HAPPY ABOUT GIVING
2  TO A PATIENT UNLESS IT HAD SOME OTHER INCREDIBLE BENEFIT TO
3  OUTWEIGH THAT.
4  Q.  AT THE TIME THAT VIGOR CAME OUT, HOW PREVALENT WAS THE USE
5  OF VIOXX?
6  A.  IT WAS ON THE UPSWING.  THE CURVE OF VIOXX USE WAS JUST
7  HEADING FOR THE MOON; AND BY NOVEMBER OF 2000, IT WAS WELL ON
8  THAT UPSWING.
9  Q.  GIVEN THE FINDINGS OF VIGOR AND THE NUMBER OF PATIENTS
10  THAT WERE ACTUALLY TAKING IT, DID YOU HAVE AN OPINION AT THE
11  TIME AS TO WHETHER OR NOT THERE WERE ANY POTENTIAL PUBLIC
12  HEALTH ISSUES CONCERNED WITH VIOXX?
13  A.  YES.  AT THE TIME, I CLEARLY REMEMBER SAYING AND
14  DISCUSSING WITH MY COLLEAGUES AND -- AND WITH DR. SHERWOOD AND
15  WITH A NUMBER OF PEOPLE, THAT IF IT WERE TRUE THAT THIS DRUG
16  CAUSES A FIVEFOLD OR FOURFOLD INCREASE IN THE RISK OF HEART
17  ATTACKS, THEN THAT COULD BE A REAL ISSUE THAT COULD WELL
18  OUTWEIGH WHATEVER BENEFIT IT MIGHT HAVE IN REDUCING STOMACH
19  PROBLEMS.
20  Q.  WHEN YOU REVIEWED THE ACTUAL TEXT OF THE VIGOR ARTICLE, AS
21  AN EPIDEMIOLOGIST, WAS YOUR -- IN THE WAY IN WHICH THE
22  STATISTICS WERE REPORTED, WERE THEY REPORTED IN A WAY THAT WAS
23  OF CONCERN TO YOU?
24  A.  YES.
25  Q.  WHAT WAS VERY UNUSUAL AND UNORTHODOX ABOUT THE WAY THE

## Page 299

1  FINDINGS WERE PRESENTED IN THE VIGOR PAPER WAS THAT, INSTEAD OF
2  SAYING PATIENTS RANDOMLY ASSIGNED TO TAKE VIOXX HAD FIVE TIMES
3  THE NUMBER OF HEART ATTACKS -- OR FOUR TIMES.  THERE'S
4  DIFFERENT NUMBERS IN DIFFERENT PARTS OF THE PAPER -- COMPARED
5  TO PEOPLE ASSIGNED TO TAKE NAPROXEN, INSTEAD, IT WAS FLIPPED
6  AROUND IN WAY THAT IS VIRTUALLY NEVER DONE IN REPORTING A
7  CLINICAL TRIAL; WHICH IS TO SAY, THE PATIENTS ASSIGNED TO TAKE
8  NAPROXEN HAD A REDUCTION IN THEIR HEART ATTACK RATE.
9       AND THAT WAS STRIKING -- I REMEMBER THE FIRST TIME I
10  READ THE PAPER.  THAT WAS A STRIKING DIFFERENCE, BECAUSE YOU
11  JUST NEVER SEE REPORTS WRITTEN LIKE THAT.
12  Q.  AS SOMEBODY WHO DOES EPIDEMIOLOGY, YOU WORK WITH
13  STATISTICS; WOULD THAT BE FAIR TO SAY?
14  A.  YES.
15  Q.  AND IN DOING SO, DOES THE MANNER IN WHICH YOU CONVEY
16  STATISTICS, YOU PRESENT STATISTICS, CAN THAT SOMETIMES CONVEY A
17  MESSAGE ABOUT WHAT THE STATISTICS MEAN?
18  A.  YES.  IN FACT, THERE'S A WHOLE SECTION IN MY BOOK ABOUT
19  WHAT'S CALLED FRAMING OF RISK INFORMATION.  AND IT'S BEEN WELL
20  KNOWN, AND THERE -- THERE ARE GROUPS AT STANFORD, AND, IN FACT,
21  THE NOBEL PRIZE WAS AWARDED IN ECONOMICS ON THIS TOPIC -- THAT
22  HOW YOU FRAME A QUESTION CAN OFTEN DRIVE THE KIND OF ANSWER
23  THAT YOU GET OR THE KIND OF BELIEF THAT SOMEBODY HAS.
24       SO IF YOU SAY THAT "HERE'S AN OPERATION THAT WORKS 95
25  PERCENT OF THE TIME.  DO YOU WANT TO HAVE THAT OPERATION?" YOU

## Page 300

1  GET A DIFFERENT ANSWER THAN IF YOU SAY "5 PERCENT HAVE
2  THIS -- OF THE PEOPLE WHO HAVE THIS OPERATION WILL GET NO
3  BENEFIT FROM IT."
4       AND SIMILARLY -- AND WE THINK A LOT ABOUT FRAMING
5  WHEN WE DO OUR PROGRAMS TO PRESENT INFORMATION TO DOCTORS ABOUT
6  CHOICES, AND WHAT YOU WANT TO DO IS HAVE THE FRAMING BE AS
7  NEUTRAL AS POSSIBLE AND LET THE DATA SPEAK FOR THEMSELVES.
8       IF YOU FRAME THE VIGOR STUDY AS NAPROXEN REDUCES THE
9  RISK OF HEART ATTACK INSTEAD OF FRAMING IT AS THERE WERE FIVE
10  TIMES MORE PEOPLE WHO WERE GIVEN VIOXX WHO HAD HEART ATTACKS
11  THAN PEOPLE GIVEN NAPROXEN, IT CREATES A VERY DIFFERENT SENSE
12  OF THE RISKINESS OF THE DRUG TO THE DOCTOR.
13  Q.  DOCTOR, HAVING READ THE PAPER -- AND I WOULD TURN YOUR
14  ATTENTION TO THE LAST PAGE OF THE PAPER, AND ACTUALLY THE PAGE
15  BEFORE, THE LAST PARAGRAPH.
16  A.  YES.
17  Q.  -- DOES IT DISCUSS THE CARDIOVASCULAR FINDINGS IN VIGOR IN
18  THAT SECTION OF THE PAPER?
19  A.  YES.
20  Q.  OKAY.  WHAT, IF ANYTHING, DOES THE PAPER SAY ABOUT
21  NAPROXEN AND THE ROLE OF NAPROXEN IN HEART DISEASE?
22  A.  OKAY.  AT THE VERY BOTTOM OF PAGE 1526, THE LAST TWO
23  WORDS, "THUS OUR," AND THEN IT GOES ON TO 1527, "THUS OUR
24  RESULTS ARE CONSISTENT WITH THE THEORY THAT NAPROXEN HAS A
25  CORONARY PROTECTIVE EFFECT AND HIGHLIGHT THE FACT THAT

## Page 301

1  ROFECOXIB DOES NOT PROVIDE THIS KIND OF PROTECTION OWING TO ITS
2  SELECTIVE INHIBITION OF CYCLOOXYGENASE 2, OR COX-2, AT ITS
3  THERAPEUTIC DOSE AND AT HIGHER DOSES."
4  Q.  DOCTOR, HAVING REVIEWED THE ENTIRETY OF THE PAPER, BUT
5  LOOKING AT THIS PARTICULAR STATEMENT AS WELL, DID MERCK AND THE
6  MERCK AUTHORS ON THIS PAPER EVER COMMUNICATE THAT THERE WAS A
7  POTENTIAL FOR AN INCREASED RISK OF HEART ATTACKS RELATED TO
8  THIS USE OF VIOXX AS OPPOSED TO A DECREASED RISK ASSOCIATED
9  WITH THE CARDIOPROTECTIVENESS OF NAPROXEN?
10  A.  I DON'T THINK THERE IS ANYTHING IN THE PAPER THAT SUGGESTS
11  THAT VIOXX INCREASES THE RISK OF HEART ATTACK.
12  Q.  DID YOU HAVE ANY CONCERNS ABOUT THE WAY IN WHICH THIS
13  PARTICULAR ARTICLE WAS WRITTEN IN TERMS OF THE ACCURATE
14  PRESENTATION OF THE POTENTIAL BENEFITS AND THE POTENTIAL RISKS?
15  A.  YES.  AS SOMEONE WHO THINKS ABOUT DRUG BENEFITS AND RISKS
16  AND PATTERNS OF USE OF DRUGS AND HAS WRITTEN ABOUT THE
17  PRESENTATION OF RISK DATA TO PHYSICIANS, I WAS CONCERNED THAT
18  IT DID NOT SEEM TO BE AN ACCURATE WAY OF PRESENTING THE RISKS;
19  AND, IN FACT, IT WAS -- I THINK THE TERM THAT THE MERCK PEOPLE
20  MIGHT HAVE USED WAS "FLIPPED" FROM THE WAY THAT ONE WOULD
21  NORMALLY PRESENTED RISK INFORMATION.
22  Q.  LET ME ASK YOU THIS QUESTION, DOCTOR:  A REASONABLE AND
23  PRUDENT COMPANY PRESENTING THE RISKS AND THE BENEFITS --
24  POTENTIAL RISKS AND BENEFITS OF A DRUG, USING EVIDENCE-BASED
25  MEDICINE, DOES THIS COMPORT WITH WHAT IS EXPECTED OF

## Page 302

1  PHARMACEUTICAL COMPANIES IN DOING THAT?
2  A.  WELL, AS SOMEONE WHO REVIEWS PAPERS FOR THE NEW ENGLAND
3  JOURNAL OF MEDICINE AND JAMA, AND ALSO RUNS PROGRAMS ABOUT
4  COMMUNICATION OF RISKS AND BENEFITS TO PHYSICIANS AND HAS
5  WRITTEN A BOOK ABOUT THAT TOPIC, I DON'T FEEL THAT THIS WAS A
6  FAIR WAY OF PRESENTING THE DATA.
7      I THINK A FAIR WAY WOULD HAVE BEEN TO SAY, IN
8  ESSENCE, THE GOOD NEWS IS OUR DRUG SEEMS TO CAUSE LESS
9  GASTROINTESTINAL PROBLEMS; THE BAD NEWS IS IT DOESN'T WORK ANY
10  BETTER OR ANY WORSE THAN THE COMPARISON DRUG IN TERMS OF BEING
11  A PAIN-RELIEVER;" AND THE REALLY BAD NEWS IS THAT THE PEOPLE
12  GIVEN OUR DRUG HAD FIVE TIMES MORE HEART ATTACKS THAN THE
13  PEOPLE GIVEN THE COMPARISON DRUG."  I THINK THAT WOULD HAVE
14  BEEN A FAIR AND NEUTRAL PRESENTATION OF THE GOOD AND BAD NEWS
15  THAT CAME OUT OF THIS STUDY.
16  Q.  NOW, DOCTOR, DID THERE COME A TIME WHERE YOU HAD CONTACT
17  WITH MERCK OFFICIALS ABOUT THE RESULTS OF VIGOR?
18  A.  YES.
19  Q.  WHO IS LOU SHERWOOD?
20  A.  LOU SHERWOOD WAS ACTUALLY A PHYSICIAN AT THE BETH ISRAEL
21  HOSPITAL IN BOSTON, ANOTHER ONE OF THE HARVARD TEACHING
22  HOSPITALS, AT AROUND THE SAME TIME THAT I WAS THERE.  HE WAS IN
23  ACADEMICS BEFORE HE WENT TO WORK FOR MERCK.  AND I KIND OF KNEW
24  HIM A LITTLE BIT AROUND THOSE YEARS, AND WE HAD BEEN IN SOME
25  MEETINGS TOGETHER IN THE INTERVENING YEARS.

## Page 303

1  AND AROUND JANUARY OF 2000, I WAS ASKED BY THE
2  CHAIRMAN OF OUR DEPARTMENT OF MEDICINE TO SET UP A WEEKLY
3  LECTURE THAT WOULD BE ABOUT CONTROVERSIES IN PHARMACEUTICALS.
4  AND THEY ASKED ME TO MODERATE IT AND TO PICK THE PRESENTERS.
5  SO I THOUGHT IT WOULD BE FAIR TO PICK SOMEBODY FROM THE
6  PHARMACEUTICAL INDUSTRY AND SOMEBODY FROM AN HMO WHO WOULD BE
7  CRITICAL OF THE PHARMACEUTICAL INDUSTRY AND HAVE THEM DISCUSS
8  ISSUES ABOUT MEDICATIONS.
9      AND I IDENTIFIED DR. SHERWOOD AS SOMEBODY WHO HAD
10  BEEN AN EX-ACADEMIC, WHO WAS KNOWN TO ME, AND WHO WAS NOW IN A
11  SENIOR POSITION WITH A DRUG COMPANY.  AND I ASKED LOU TO COME
12  AND BE THE PHARMACEUTICAL COMPANY GUY, AND I ASKED SOMEBODY
13  FROM ONE OF THE HMOS IN BOSTON TO BE THE CRITICAL GUY.  AND IT
14  WAS A VERY STIMULATING DISCUSSION, WHICH I WAS JUST KIND OF THE
15  REFEREE FOR.
16      AND THEN AFTERWARDS WE ARRANGED TO HAVE DR. SHERWOOD
17  MEET WITH ME AND MEMBERS OF MY DIVISION TO TALK ABOUT MATTERS
18  OF MUTUAL INTEREST:  OUR WORK ON DRUGS; HIS WORK AT MERCK.  AND
19  SINCE THIS WAS WITHIN A BRIEF NUMBER OF WEEKS AFTER THE VIGOR
20  STUDY HAD COME OUT.
21      BECAUSE DR. SOLOMON, WHO IS MY COLLEAGUE, WHO IS A
22  RHEUMATOLOGIST AS WELL AS AN EPIDEMIOLOGIST, WAS THERE, THE
23  CONVERSATION TURNED TO VIGOR AND OF MY NOTING THAT IT WAS A
24  DISTURBING FINDING THAT THERE WAS THIS DRAMATIC INCREASE IN THE
25  NUMBER OF PEOPLE WHO HAD HEART ATTACKS IN THE VIGOR GROUP -- IN

## Page 304

1  THE VIOXX GROUP, I'M SORRY.
2      AND I WAS SOMEWHAT TAKEN ABACK BECAUSE DR. SHERWOOD
3  SAID, "OH, THAT'S JUST BECAUSE NAPROXEN PREVENTS HEART
4  ATTACKS."
5      AND I REMEMBER ASKING AT THE TIME, "WELL, HOW DO WE
6  KNOW THAT, AND IS THAT SOMETHING THAT SHOULD BE STUDIED OR
7  TESTED?"  AND HE KIND OF DISMISSED IT, WELL, YOU KNOW, IT'S
8  SORT OF AN OBVIOUS FINDING AND THAT'S WHAT WAS SAID IN THE
9  PAPER AND THERE WAS REALLY NOTHING MORE TO BE DISCUSSED.
10  Q.  DOCTOR, AT THE TIME YOU WERE HAVING THIS CONVERSATION WITH
11  DR. SHERWOOD, DID YOU -- WERE YOU IN THE PROCESS OF DOING ANY
12  RESEARCH ON THE ISSUE OF THE EFFECT OF NSAIDS ON THE HEART?
13  A.  YES.  AS A MATTER OF FACT, DR. SOLOMON AND MY DIVISION AND
14  I HAD ALREADY BECAME INTERESTED IN THIS QUESTION OF REGULAR
15  NONSTEROIDALS AND THE HEART, AND WE REALIZED THAT THERE WAS
16  ESSENTIALLY NO LITERATURE OUT THERE IN HUMANS THAT SUGGESTED
17  THAT THE OLDER NONSTEROIDALS LIKE NAPROXEN OR MOTRIN OR
18  IBUPROFEN CAN PROTECT THE HEART.  AND DR. SOLOMON AND I DECIDED
19  IT WOULD BE INTERESTING TO LOOK AT WHETHER THAT WAS SOMETHING
20  YOU COULD FIND.
21      IF THERE WAS SUCH A MASSIVE PROTECTIVE EFFECT OF
22  NAPROXEN AS WAS FOUND IN VIGOR, YOU'D THINK THAT YOU WOULD BE
23  ABLE TO FIND THAT IN A STUDY LOOKING AT TENS OF THOUSANDS OF
24  PEOPLE.  AND WE HAVE DATABASES IN OUR DIVISION IN WHICH WE HAVE
25  INFORMATION ABOUT MEDICATION USE AND HOSPITALIZATIONS AND

DAILY COPY

Page 305

1   DOCTOR VISITS FOR HUNDREDS OF THOUSANDS OF PEOPLE, ALTHOUGH WE
2   HAVE THEIR NAMES AND IDENTIFIERS STRIPPED OFF.  BUT WE CAN LOOK
3   AT ALL OF THE PEOPLE WHO WERE PRESCRIBED ANY DRUG AND SEE IF
4   THEIR RATE OF HEART ATTACKS WAS HIGHER OR LOWER THAN THE RATE
5   OF HEART ATTACKS OF PEOPLE EITHER NOT TAKING THAT DRUG OR
6   TAKING ANOTHER DRUG.
7        AND SO I BELIEVE WE HAD BEEN TALKING ABOUT THAT
8   THROUGHOUT 2000.  OUR INTEREST IN IT WAS INCREASED IN THE
9   SPRING OF 2000 WHEN THE INITIAL VIGOR FINDINGS WERE RELEASED.
10  AND THEN, OF COURSE, WHEN THEY WERE PUBLISHED IN THE NEW
11  ENGLAND JOURNAL IN 2000, WE DECIDED THAT THIS WAS DEFINITELY
12  SOMETHING THAT WE WANTED TO PROCEED ON JUST BECAUSE IT SEEMED
13  LIKE AN IMPORTANT QUESTION.  IF NAPROXEN WAS THAT GREAT AND NO
14  ONE HAD EVER DISCOVERED IT BEFORE, MAYBE THAT WOULD BE
15  SOMETHING THAT WAS WORTH KNOWING.
16  Q.  AND DID YOU DO THAT STUDY?
17  A.  YES, WE DID.
18  Q.  DID YOU PERFORM WHAT WE CALL AN EPIDEMIOLOGIC STUDY, THAT
19  STUDIED THE QUESTIONS OF NAPROXEN'S EFFECT ON THE HEART?
20  A.  YES, WE DID.
21  Q.  AND, IN FACT, DID YOU PUBLISH A STUDY -- THE STUDY RESULTS
22  THAT CAME OUT OF THIS EPIDEMIOLOGIC STUDY THAT WE JUST TALKED
23  ABOUT?
24  A.  YES, WE DID.
25  Q.  AND IT'S ALL RIGHT, JUST FOR THE PURPOSES OF THIS

Page 306

1   DEPOSITION -- I KNOW YOU STUDIED A LOT OF DRUGS IN THE CONTEXT
2   OF THAT PARTICULAR STUDY -- IF I CALL IT THE NAPROXEN STUDY?
3   A.  THAT'S FINE.
4   Q.  OKAY.  DID YOU -- YOU PUBLISHED IT.  DO YOU REMEMBER WHERE
5   IT WAS PUBLISHED, DOCTOR?
6   A.  IT WAS PUBLISHED IN THE ARCHIVES OF INTERNAL MEDICINE IN
7   2002, IN MAY OF 2002.
8   Q.  ARE YOU THE SENIOR AUTHOR ON THE PAPER?
9   A.  THAT'S RIGHT.
10  Q.  AND WHAT, IF ANY, CONCLUSIONS DID YOU AND DR. SOLOMON
11  REACH REGARDING NAPROXEN?
12  A.  WELL, OVERALL, WE FOUND THAT NONSTEROIDALS IN GENERAL,
13  LIKE MOTRIN AND SO FORTH, TAKEN AS A GROUP, DID NOT SEEM TO
14  HAVE ANY IMPORTANT PROTECTIVE EFFECT ON THE HEART.  BUT WHEN
15  YOU LOOKED AT NAPROXEN SEPARATELY, IT HAD A VERY MODEST
16  REDUCTION IN THE RISK OF HEART DISEASE IN PEOPLE WHO TOOK IT
17  COMPARED TO THE COMPARISON PATIENTS WHO WERE SIMILAR IN ALL
18  OTHER WAYS; THAT IS, THERE WAS ABOUT A 16 PERCENT REDUCTION IN
19  THE RISK OF HEART ATTACK, WHICH IS A PRETTY SMALL REDUCTION.
20  Q.  DID YOU ADDRESS THE FINDINGS OF VIGOR IN THE CONTEXT OF
21  THIS ARTICLE?
22  A.  YES, WE DID.
23  Q.  WOULD YOU PLEASE GO TO THE SECTION WHERE THAT IS
24  ADDRESSED.  AND IF YOU GO DOWN TO THE LAST PARAGRAPH, I THINK
25  THAT'S WHERE THAT IS.

Page 307

1   A.  YES, RIGHT.  IN THE END OF THE DISCUSSION, "TO PLACE THE
2   EFFECT OF NAPROXEN IN PERSPECTIVE, IN A LARGE RANDOMIZED TRIAL
3   OF DAILY ASPIRIN USE IN PRIMARY PREVENTION, PATIENTS IN THE
4   INTERVENTION ARM EXPERIENCED A 44 PERCENT REDUCTION IN THE RISK
5   OF ACUTE MYOCARDIAL INFARCTION," OR HEART ATTACK.  "THEREFORE,
6   IT WOULD BE FALSE TO EQUATE THE MORE MODEST EFFECT OF
7   NAPROXEN" -- THAT IS, A 16 PERCENT REDUCTION, AS COMPARED TO A
8   44 PERCENT REDUCTION.  "IT WOULD BE FALSE TO EQUATE THE MORE
9   MODEST EFFECT OF NAPROXEN SUGGESTED IN THIS STUDY WITH THE
10  CARDIOPROTECTION AFFORDED BY ASPIRIN."
11  Q.  WOULD YOU TELL THE MEMBERS OF THE JURY IN A VERY SIMPLE
12  WAY WHAT YOU WERE SAYING THERE ABOUT THE VIGOR STUDY?
13  A.  YES.  WHAT WE SAID IN THAT PAPER THAT CAME OUT IN 2002 WAS
14  THAT THE VERY, I GUESS YOU COULD SAY, WIMPY EFFECT OF NAPROXEN
15  IN PROTECTING THE HEART OF JUST REDUCING THE RATE BY 16 PERCENT
16  WAS NO WAY BIG ENOUGH TO ACCOUNT FOR WHAT WOULD HAVE HAD TO
17  HAVE BEEN AN 80 PERCENT REDUCTION IN RISK TO GIVE YOU THAT
18  5-TO-1 DIFFERENCE THAT WAS SEEN BETWEEN VIOXX AND NAPROXEN IN
19  THE VIGOR STUDY.
20      NAPROXEN WOULD HAVE HAD TO HAVE BEEN THE MOST MAGICAL
21  DRUG TO PROTECT YOUR HEART THAT WAS EVER INVENTED, AND WE
22  DIDN'T FIND THAT.
23  Q.  AND YOU WROTE THIS IN 2002; CORRECT?
24  A.  RIGHT.
25  Q.  AND WAS THAT BEFORE YOU AND I HAD EVER MET ON THE ISSUE OF

Page 308

1   VIOXX?
2   A.  RIGHT.  AND IN FACT, LET ME LOOK AT THE -- IN FACT, THE
3   PAPER, IT SAYS LOWER ON THAT PAGE, WAS ACCEPTED FOR PUBLICATION
4   IN JANUARY 31, 2002, WHICH MEANT THAT WE WOULD HAVE WRITTEN IT
5   IN 2001.
6   Q.  AND IS THIS CONSISTENT WITH YOUR REACTION TO
7   DR. SHERWOOD'S COMMENT ABOUT THE EFFECT OF NAPROXEN IN EARLY
8   2001?
9   A.  THAT'S RIGHT.
10  Q.  OKAY.  DOCTOR, WAS THE RESULTS OF THIS PAPER ACTUALLY
11  PRESENTED BEFORE IT WAS ACTUALLY PUBLISHED?
12  A.  YES, IT WAS.  DR. SOLOMON PRESENTED THEM AT THE
13  INTERNATIONAL SOCIETY FOR PHARMACOEPIDEMIOLOGY MEETINGS.
14  Q.  THE INTERNATIONAL SOCIETY FOR PHARMACOEPIDEMIOLOGY, IS
15  THAT -- IS THAT THE INTERNATIONAL SOCIETY THAT YOU HAD BEEN A
16  PRESIDENT OF?
17  A.  THAT'S RIGHT.
18  Q.  OKAY.  AND DO YOU REMEMBER, ACTUALLY, THAT PRESENTATION?
19  A.  YES.
20  Q.  AND WHO MADE THE PRESENTATION?
21  A.  DR. SOLOMON DID.
22  Q.  DO YOU REMEMBER WHEN IT WAS IN RELATIONSHIP TO THIS PAPER?
23  A.  YES.  THE MEETINGS OCCUR IN AUGUST.  SO GIVEN THAT WE
24  FINISHED THE PAPER IN -- IN LATE '01, THIS WOULD HAVE BEEN THE
25  AUGUST '01 PRESENTATION.

DAILY COPY

Page 309

1  Q.  OKAY.  DO YOU RECALL -- DO YOU HAVE ANY SPECIFIC
2  RECOLLECTION WHETHER THERE WERE ANY PEOPLE FROM MERCK IN THE
3  AUDIENCE TO HEAR THE PRESENTATION ON YOUR NAPROXEN STUDY?
4  A.  YES, THERE WERE.
5  Q.  OKAY.  DO YOU REMEMBER WHO WAS IN THE AUDIENCE FROM MERCK
6  ON --TO HEAR YOUR PRESENTATION ABOUT THE EFFECT OF NAPROXEN?
7  A.  ONE PERSON I REMEMBER CLEARLY, BECAUSE WE TALKED ABOUT IT
8  RIGHT AT THE END OF THE PRESENTATION, WAS DR. HARRY GUESS, WHO
9  AT THAT TIME WAS THE HEAD OF EPIDEMIOLOGY AT MERCK.
10  Q.  WHAT, IF ANYTHING, WAS PRESENTED TO THE AUDIENCE,
11  INCLUDING DR. GUESS, ABOUT THE LIKELIHOOD OF VIOXX BEING
12  CARDIOTOXIC AS A RESULT OF YOUR STUDY WHICH YOU PRESENTED?
13  A.  IN THE PRESENTATION, I RECALL THAT DR. SOLOMON -- BECAUSE
14  CLEARLY WHAT WAS INTERESTING WAS WHAT DOES THIS MEAN ABOUT THE
15  VIGOR FINDINGS.  AND I RECALL THAT DR. SOLOMON SAID ESSENTIALLY
16  WHAT IS IN THE PAPER THAT WE LATER WROTE ON THAT TOPIC LATER
17  THAT YEAR, THAT WE HAD FOUND ONLY A VERY SMALL EFFECT, ABOUT
18  16 PERCENT, OF REDUCTION FROM NAPROXEN, AND THAT THAT MADE IT
19  UNLIKELY THAT NAPROXEN WAS THE REASON THAT -- A
20  CARDIOPROTECTIVE EFFECT OF NAPROXEN WAS THE REASON TO EXPLAIN
21  THIS FIVEFOLD INCREASE IN HEART ATTACKS IN THE VIOXX GROUP OF
22  PATIENTS IN THE VIGOR STUDY, COMPARED TO THE NAPROXEN GROUP OF
23  PATIENTS; AND THAT, THEREFORE, THE ONLY OTHER POSSIBLE
24  EXPLANATION WAS, IF IT WASN'T THAT NAPROXEN WAS PREVENTING
25  HEART ATTACKS, THE ONLY OTHER LOGICAL POSSIBILITY WAS THAT

Page 310

1  VIOXX WAS CAUSING HEART ATTACKS.
2  Q.  AND THIS WAS IN MID-2001?
3  A.  THE PRESENTATION WAS IN AUGUST OF 2001, AND WE FINISHED
4  THE WORK -- ACTUALLY, WE FINISHED THE WORK THAT SUMMER.
5  Q.  OKAY.  AND YOU PERSONALLY SPOKE TO DR. GUESS ABOUT THIS --
6  ABOUT THESE RESULTS?
7  A.  YES.  THE REASON I SPOKE WITH DR. GUESS WAS THAT
8  DR. SOLOMON HAD BEEN IN TOUCH WITH DR. CANNUSCIO AT MERCK SINCE
9  ACTUALLY THE BEGINNING OF 2001, BECAUSE HE HAD INDICATED TO HER
10  THAT HE THOUGHT THIS WAS A -- THAT THERE WAS AN ISSUE WHICH WE
11  HAD BEEN DISCUSSING IN OUR DIVISION THAT THIS NEEDED TO BE
12  STUDIED SUBSEQUENT TO THE VIGOR PAPER, AND I INSTRUCTED
13  DR. SOLOMON TO SEE WHETHER THIS WAS SOMETHING WHICH A STUDY
14  COULD BE FUNDED BY ANYBODY.
15       AND ONE OF THE DIFFICULTIES ABOUT ADVERSE EFFECTS
16  RESEARCH IS THAT FDA DOESN'T HAVE HARDLY ANY MONEY TO SPEND ON
17  THEM, AND THE NATIONAL INSTITUTES OF HEALTH DOESN'T SPEND THAT
18  MUCH MONEY ON THEM.  AND OFTEN, IF YOU'RE A SCIENTIST STUDYING
19  DRUG SIDE EFFECTS, AS WE ARE, ONE NEEDS TO GO TO THE
20  MANUFACTURER OF THE DRUG AND SAY, "WE THINK THIS IS AN
21  IMPORTANT ISSUE IN RELATION TO THE DRUG THAT YOU'RE MAKING AND
22  WE WANT TO DO A STUDY."
23       AND AS I SAID EARLIER, WE'VE OFTEN HAD PERFECTLY FINE
24  RELATIONSHIPS WITH COMPANIES.  SOMETIMES A COMPANY WILL COME TO
25  US AND SAY, "WE THINK THERE MAY BE A PROBLEM WITH OUR DRUG.

Page 311

1  WOULD YOU STUDY IT FOR US SO THAT WE CAN KNOW WHAT'S TRUE ABOUT
2  OUR DRUG?"  WE HAD A VERY GOOD EXPERIENCE WITH A PARKINSON'S
3  DRUG NOT LONG AGO IN THAT WAY.
4       AND SO I ASKED DR. SOLOMON TO TALK WITH PEOPLE AT
5  MERCK, AND AS IT TURNS OUT, DR. CANNUSCIO HAD RECENTLY
6  GRADUATED FROM THE HARVARD SCHOOL OF HEALTH ON -- IN
7  EPIDEMIOLOGY AND WENT TO WORK FOR MERCK.  SO SHE WAS KIND OF A
8  CONDUIT FOR OUR COMMUNICATIONS WITH MERCK.
9       AND NOTHING HAD COME OF THOSE DISCUSSIONS, EVEN
10  THOUGH HE WAS TRYING HARD.  AND SO I TOOK DR. GUESS ASIDE, AS
11  DR. CANNUSCIO'S BOSS AT THAT PHARMACOEPI MEETING IN AUGUST OF
12  2001, AND I -- SORT OF CHIEF, AND I SAID, "HARRY, MY
13  GUY HAS BEEN TALKING TO YOUR PERSON, AND IT DOESN'T SEEM TO BE
14  GETTING ANYWHERE.  WE THINK THIS ISSUE IS IMPORTANT."
15       AND WE NOW CAN STUDY VIOXX AS WELL AS NAPROXEN,
16  BECAUSE WHEN WE FIRST DID THIS STUDY, VIOXX WAS NEW ENOUGH ON
17  THE MARKET THAT THERE WEREN'T ENOUGH PEOPLE ACTUALLY TAKING IT
18  FOR US TO BE ABLE TO DO A BIG POPULATION STUDY.  BUT BY THE TIME
19  IT WAS GETTING TO BE THE SUMMER OF 2001, IT WAS BEING VERY
20  HEAVILY PROMOTED, AND THE NUMBER OF PEOPLE TAKING IT WAS ON THE
21  RISE.
22       AND I TOLD DR. GUESS THAT I THOUGHT THAT THIS REALLY
23  WAS SOMETHING THAT OUGHT TO MOVE FORWARD BECAUSE WE COULD DO A
24  STUDY VERY MUCH LIKE THE STUDY THAT WE'RE LOOKING AT NOW,
25  INSTEAD OF LOOKING AT NAPROXEN AND THE OLDER NONSTEROIDALS, WE

Page 312

1  WOULD BE ABLE TO HAVE THE SAME DESIGN AND LOOK AT VIOXX AND
2  CELEBREX AS WELL AND ANSWER THAT QUESTION IN A LARGE POPULATION
3  TO TRY TO GET TO THE BOTTOM OF THIS.
4  Q.  I'M GOING TO SHOW YOU WHAT I'D LIKE TO HAVE MARKED AS
5  EXHIBIT NO. 17.  I'M GOING TO REPRESENT THAT THIS DOCUMENT CAME
6  FROM THE MERCK FILES.  IT IS BATES NO. MRK-ACC 001-8681.  IT'S
7  A MEMO FROM A GENTLEMAN BY THE NAME OF DOUG WATSON TO VARIOUS
8  PEOPLE.  THESE ARE SOME OF THE PEOPLE YOU'VE MENTIONED HERE IN
9  YOUR TESTIMONY TODAY?
10  A.  RIGHT.
11  Q.  AND IT INCLUDES SOME OF THE PAPERS -- OR ACTUALLY SOME OF
12  THE PRESENTATIONS THAT WERE MADE AT THAT MEETING IN MID-2001?
13  A.  RIGHT.
14  Q.  IF YOU'D GO TO PAGE 1 -- THE DOCUMENT THAT ENDS WITH 686,
15  IS THAT THE PAPER THAT DR. SOLOMON PRESENTED?
16  A.  YES.
17  Q.  OKAY.  AND FOLLOWING THAT IS SOME NOTES THAT DR. GUESS
18  MADE OF THAT MEETING.  DO YOU SEE THAT?
19  A.  RIGHT.  HANDWRITTEN NOTES.
20  Q.  HAVE YOU HAD AN OPPORTUNITY TO READ THIS, DOCTOR?
21  A.  YES.
22  Q.  IS THIS SOMETHING -- JUST TO BE FAIR, IS THIS SOMETHING
23  THAT I PRESENTED TO YOU -- IS THIS A DOCUMENT YOU HAD EVER SEEN
24  AT THE TIME OF YOUR INVOLVEMENT WITH VIOXX IN MID-2001?
25  A.  NO.

DAILY COPY

Page 313

1   Q.  OKAY.  AND DO YOU SEE AT THE BOTTOM OF THE SECOND PAGE
2   WHERE IT SAYS, "THE CONCLUSION"?
3   A.  YES.
4   Q.  OKAY.  WOULD YOU GO TO THE NEXT PAGE, TWO PAGES DOWN,
5   PLEASE.  KEEP GOING.
6   A.  ACTUALLY A COUPLE MORE.
7   Q.  ONE MORE.  NOW, HAVE YOU READ THIS, DOCTOR?
8   A.  YES.
9   Q.  DOES THIS APPEAR TO COMPORT WITH YOUR RECOLLECTION OF
10  DR. SOLOMON'S PRESENTATION AT THAT MEETING?
11  A.  CORRECT.
12  Q.  OKAY.  WOULD YOU PLEASE READ THE CONCLUSION AS RECORDED BY
13  DR. GUESS.
14  A.  YES.  "NSAIDS AS GROUP, NO EFFECT.  NAPROXEN,
15  16-20 PERCENT DECREASE IN RISK.  HYPOTHESIS THAT SELECTIVE" --
16  THAT IS SELECTIVE COX-2 INHIBITORS LIKE VIOXX -- "MAY INCREASE
17  RISK."
18  Q.  IS THIS SOMETHING -- DOES THIS COMPORT WITH YOUR
19  RECOLLECTION OF WHAT YOU AND DR. GUESS TALKED ABOUT?
20  A.  ABSOLUTELY.
21  Q.  DID YOU CONSIDER IT IMPORTANT IN MID-2001 TO SPECIFICALLY
22  STUDY THE RELATIONSHIP BETWEEN COX-2S AND HEART ATTACKS?
23  A.  YES.
24  Q.  WHY?
25  A.  BECAUSE THEIR -- A COUPLE OF REASONS, THE LARGEST OF WHICH

Page 314

1   WAS THE VIGOR STUDY, WHICH, AS I SAID, HAD BEEN PUBLISHED IN
2   NOVEMBER OF 2000; HAD BEEN KIND OF ANNOUNCED, THE FINDINGS, IN
3   SPRING OF 2000; AND HERE IT WAS SITTING THERE, THIS FINDING,
4   THAT FIVE TIMES MORE PEOPLE IN THE VIOXX GROUP WERE HAVING
5   HEART ATTACKS THAN PEOPLE IN THE NAPROXEN GROUP.  AND THAT
6   SEEMED LIKE AN IMPORTANT PUBLIC HEALTH ISSUE THAT SOMEBODY
7   SHOULD LOOK AT.
8   Q.  HOW MUCH DOES A STUDY LIKE THAT YOU DISCUSSED WITH
9   DR. GUESS COST?
10  A.  OH, ABOUT 5- OR $600,000.
11  Q.  OKAY.  AND HOW LONG DOES SUCH A STUDY TYPICALLY TAKE?
12  A.  IF WE PULL OUT ALL THE STOPS AND CAN PROCEED REAL QUICKLY,
13  WE CAN DO IT IN ABOUT A YEAR OR LESS.
14  Q.  OKAY.  I'M GOING TO SHOW YOU WHAT I'D LIKE TO HAVE MARKED
15  AS EXHIBIT NO. 18.  FOLLOWING THE MEETING, THE ISPE MEETING, IN
16  AUGUST OF 2001, DID YOU HAVE FOLLOW-UP CONTACTS WITH MERCK
17  REGARDING THE PROPOSED STUDY TO STUDY VIOXX AND HEART ATTACKS?
18  A.  FREQUENTLY.
19  Q.  OKAY.  WHEN YOU SAY "FREQUENTLY," WHAT DO YOU MEAN?
20  A.  THAT THERE WAS ONGOING DISCUSSION FROM -- REALLY, FROM THE
21  BEGINNING OF 2001.  I BELIEVE THAT IT WAS FEBRUARY OF 2001,
22  WHEN I ASKED DR. SOLOMON TO BEGIN THOSE CONVERSATIONS, THROUGH
23  UNTIL ACTUALLY THE PUBLICATION OF THE PAPER IN 2004.
24  Q.  AND IS THIS A E-MAIL THAT YOU RECALL?
25  A.  YES.

Page 315

1   Q.  OKAY.  DID YOU HAVE ANY ROLE IN THIS E-MAIL EXCHANGE?
2   A.  YES.  I URGED DR. SOLOMON, OR INSTRUCTED DR. SOLOMON, TO
3   PLEASE MOVE THINGS ALONG AS BEST HE COULD WITH MERCK; ONCE
4   THERE WAS AN EXPRESSION OF INTEREST IN SUCH A STUDY, TO PLEASE
5   GET IT FINALIZED SO THAT WE COULD ACTUALLY GET THE FUNDING WE
6   NEEDED TO DO THE WORK.
7   Q.  OKAY.  COULD YOU PLEASE GO DOWN TO THE E-MAIL FROM
8   DR. SOLOMON.  FIRST OF ALL, IS THAT AN E-MAIL THAT YOU RECEIVED
9   IN THE NORMAL COURSE OF BUSINESS?
10  A.  YES.  IT WAS CC'D TO ME.
11  Q.  OKAY.  IS THIS AN E-MAIL THAT YOU DIRECTED DR. SOLOMON TO
12  SEND TO MERCK?
13  A.  YES.
14  Q.  AND WOULD YOU PLEASE -- WHO WAS IT SENT TO?
15  A.  IT WAS SENT BY DR. SOLOMON TO DR. CANNUSCIO, WHO, AS I
16  MENTIONED, WAS THE EPIDEMIOLOGIST WHO HAD TRAINED IN OUR
17  NEIGHBORHOOD AND THEN WENT TO WORK AS A MERCK STAFFER.
18  Q.  OKAY.  AND WOULD YOU PLEASE READ FOR THE RECORD WHAT
19  DR. SOLOMON, AT YOUR DIRECTION, TOLD DR. CANNUSCIO?
20  A.  SURE.  SO THIS IS SEPTEMBER OF 2001, WHICH WOULD HAVE BEEN
21  ABOUT A MONTH AFTER THE PHARMACOEPI MEETING IN WHICH I SPOKE TO
22  DR. GUESS AND DR. SOLOMON PRESENTED OUR FINDINGS, AND ABOUT
23  EIGHT MONTHS OR -- SEVEN OR EIGHT MONTHS AFTER HE HAD INITIATED
24  HIS FIRST CONTACT WITH DR. CANNUSCIO.
25      IT SAYS, "DEAR CAROL, I WAS PLEASED TO HEAR LAST WEEK

Page 316

1   THAT MERCK IS INDEED PREPARED TO MOVE FORWARD WITH SUPPORT OF
2   OUR STUDY ON NSAIDS, COX-2S," INCLUDING VIOXX, "AND MI," WHICH
3   IS HEART ATTACK.  "BUT AS I MENTIONED WHEN WE SPOKE, AFTER SO
4   MANY MONTHS, WE REALLY NEED AT LEAST AN E-MAIL NOTE FROM YOU
5   INDICATING THAT THE COMMITMENT IS TRULY THERE.  WE WILL NEED TO
6   FOREGO OTHER POSSIBLE SOURCES OF SUPPORT FOR THIS PROJECT TO
7   WORK WITH MERCK; AND GIVEN HOW LONG IT HAS TAKEN THUS FAR,
8   WE'RE NERVOUS ABOUT REJECTING OTHER POSSIBILITIES WITHOUT ANY
9   WRITTEN INDICATION OF COMMITMENT."
10  Q.  LET ME STOP YOU THERE, DOCTOR.  WHAT WAS YOUR -- WHAT WAS
11  YOUR PURPOSE OF WRITING THIS TO DR. CANNUSCIO?
12  A.  I TOLD DR. SOLOMON TO ESSENTIALLY, AFTER SO MANY MONTHS,
13  FROM FEBRUARY TO BE SEPTEMBER, PARTICULARLY ON THE HEELS OF THE
14  MEETING WITH DR. GUESS IN AUGUST, TO BASICALLY TELL THEM TO
15  FISH OR CUT BAIT; THAT I FELT THIS WAS AN IMPORTANT PROJECT TO
16  DO; THAT THERE WERE IMPORTANT CLINICAL AND PUBLIC HEALTH ISSUES
17  AT STAKE; AND THAT WE HAD BEEN WORKING ALONG WITH MERCK, OR
18  TRYING TO, BASED ON THEIR INDICATING TO US THAT THEY WERE KIND
19  OF INTERESTED IN SUPPORTING THE STUDY.
20      BUT SO MANY MONTHS LATER, I TOLD DR. SOLOMON TO WRITE
21  A NOTE SAYING, "LOOK, IF YOU-GUYS AREN'T GOING TO REALLY FUND
22  THIS STUDY, WE NEED TO KNOW THAT SO WE CAN LOOK FOR FUNDING
23  FROM SOMEWHERE ELSE."  SINCE WE DON'T LIKE TO PEDDLE THE SAME
24  STUDY TO A LOT OF DIFFERENT PEOPLE AND HOPE THAT SOMEBODY WILL
25  ACCEPT IT.  SO IT WAS BASICALLY A -- I ASKED HIM TO WRITE A

## Page 317

1  "FISH OR CUT BAIT" MEMO TO MERCK.

2  Q.  AND THAT'S WHAT THIS MEMO WAS?

3  A.  YES.

4     THE COURT:  MAY I SEE COUNSEL A MINUTE?

5     (WHEREUPON, THERE WAS A CONFERENCE AT THE BENCH,

6  OUTSIDE THE PRESENCE OF THE COURT REPORTER.)

7  BY MR. ROBINSON:

8  Q.  WHAT WAS DR. CANNUSCIO'S RESPONSE TO YOUR "FISH OR CUT

9  BAIT" MEMO, AS YOU CALLED IT?

10  A.  THE NOTE THAT SHE SENT TO BOTH DR. SOLOMON AND TO ME ON

11  SEPTEMBER 17, ABOUT TWO HOURS AFTER DR. SOLOMON'S NOTE TO HER,

12  WAS THAT THEY -- SHE HAD -- WE -- CAN'T REMEMBER WHO "WE" WAS,

13  BUT SOMEBODY AT MERCK HAD PRESENTED THE IDEA OF THE STUDY THAT

14  WE HAD PROPOSED TO SEVERAL GROUPS WITHIN MERCK AND THAT SHE

15  SAID THAT THERE WAS INTEREST IN WORKING WITH US TO DEVELOP A

16  COMPLETE PROTOCOL, PRESENT THE DETAILED PROTOCOL TO MERCK'S

17  SCIENTIFIC REVIEW COMMITTEE, AND TO BASICALLY DISCUSS HAVING A

18  CONTRACT.

19     AND THEN SHE MENTIONED IN THAT LAST PARAGRAPH, "I

20  HAVE SPOKEN WITH HARRY GUESS, WHO HEADS THE EPIDEMIOLOGY

21  DEPARTMENT.  THOUGH HARRY AND I ARE NOT AUTHORIZED TO FINALIZE

22  A CONTRACT TO SUPPORT A RESEARCH PROJECT OF THIS SCALE, WE WISH

23  TO AFFIRM OUR INTEREST IN PURSUING WITH YOU THE STEPS OUTLINED

24  ABOVE."

25     AND SO, BASICALLY, IT WAS AN AGREEMENT TO HAVE

## Page 318

1  FURTHER DISCUSSIONS ABOUT HAVING AN AGREEMENT.

2  Q.  OKAY.  DOCTOR, AT ABOUT THE TIME THAT YOU WERE INVOLVED

3  WITH THE DISCUSSIONS WITH DR. CANNUSCIO, WERE YOU AWARE THAT

4  THE COMPANY WAS IN DISCUSSIONS WITH THE FOOD & DRUG

5  ADMINISTRATION ABOUT WHAT WOULD GO INTO THE LABEL ON THE

6  RESULTS OF VIGOR?

7  A.  NO.

8  Q.  DOCTOR, I DID PROVIDE YOU A -- MATERIAL THAT WAS SENT TO

9  THE FOOD & DRUG ADMINISTRATION.  HAVE I SHOWED YOU THIS BEFORE

10  TODAY'S DEPOSITION?

11  A.  YES.

12  Q.  HAVE YOU HAD AN OPPORTUNITY TO TAKE A LOOK AT IT?

13  A.  YES.

14  Q.  IS THIS A LETTER THAT WAS SENT TO THE FOOD & DRUG --

15  APPEAR TO BE A LETTER SENT TO THE FOOD & DRUG ADMINISTRATION,

16  IN PART REFERRING TO YOUR STUDY RESULTS ON THE NAPROXEN STUDY?

17  A.  YES.  IT WAS SENT BY MERCK BY DR. SILVERMAN, I BELIEVE.

18  Q.  OKAY.  CAN YOU TURN TO PAGE 3 OF THAT COVER LETTER THAT

19  WAS SENT TO THE FOOD & DRUG ADMINISTRATION.  OKAY.  AND THE TOP

20  PART OF IT REFERS TO THROMBOTIC CARDIOVASCULAR DATA AND HAS

21  SOME DISCUSSION ABOUT THE VIGOR STUDY.  DO YOU SEE THAT,

22  DOCTOR?

23  A.  YES.

24  Q.  OKAY.  IF YOU'D GO DOWN TO THE SECOND FULL PARAGRAPH --

25  A.  YES.

## Page 319

1  Q.  -- IS THERE A REFERENCE TO YOUR STUDY?

2  A.  YES, THERE IS.

3  Q.  OKAY.  WOULD YOU TELL US WHERE THAT IS, DOCTOR?

4  A.  YES.  THAT WOULD BE BEGINNING ON LINE 4, THE LAST WORD OF

5  THE LINE, "THE."

6  Q.  OKAY.

7  A.  SHALL I READ IT?

8  Q.  YES.  SURE.

9  A.  "THE CONCEPT THAT THERE ARE DIFFERENCES AMONG NSAIDS IS

10  SUPPORTED BY EXTERNAL EPIDEMIOLOGIC DATA FROM THREE DIFFERENT

11  STUDIES THAT UTILIZE DIFFERENT CLINICAL BASES, INCLUDING THAT

12  THE USE OF NAPROXEN, BUT NOT OTHER NSAIDS, IS

13  CARDIOPROTECTIVE."

14     AND THEN ITS REFERENCE IS TWO, THREE, AND FOUR; AND

15  OURS IS REFERENCE FOUR.

16     "AMONG THESE STUDIES IS A U.S. STUDY OF OVER 22,000

17  PATIENTS IN NEW JERSEY BY A BOSTON ACADEMIC GROUP UNAFFILIATED

18  WITH INDUSTRY."  AND THAT'S US.

19  Q.  DOCTOR, HAVING READ THIS DOCUMENT, DO YOU HAVE ANY

20  IMPRESSION ABOUT WHAT WAS BEING CONVEYED TO THE FDA ABOUT YOUR

21  STUDY?

22  A.  WELL, IT'S NOT AN IMPRESSION; IT'S WHAT THEY SAY.  WHAT

23  THEY SAY IS THAT OUR STUDY SHOWS THAT NAPROXEN PROTECTS THE

24  HEART.  AND IN THE CONTEXT OF WHAT IS ON THE REST OF THE PAGE,

25  IT IS JUSTIFICATION FOR THE MOTION THAT VIOXX DOES NOT CAUSE

## Page 320

1  HEART ATTACKS; NAPROXEN PREVENTS THEM.

2  Q.  AND DID THEY SPECIFICALLY SINGLE OUT YOUR STUDY AS BEING,

3  QUOTE, INDEPENDENT?

4  A.  YES.

5  Q.  DOCTOR, WERE YOU AWARE AT THE TIME THAT MERCK WAS USING

6  YOUR STUDY RESULTS THAT WERE PRESENTED TO DR. GUESS IN AUGUST

7  OF 2001 TO SUGGEST THAT THE RESULTS OF VIGOR WERE A RESULT OF

8  THE CARDIOPROTECTIVE EFFECT OF NAPROXEN?

9  A.  NO, I WAS NOT AWARE OF THAT AT THE TIME.

10  Q.  IF YOU HAD BEEN -- IF YOU HAD BEEN AWARE OF THAT, WHAT

11  WOULD YOUR REACTION HAVE BEEN?

12  A.  WELL, I CAN TELL YOU WHAT MY REACTION IS RIGHT NOW, WHICH

13  IS I'M INDIGNANT THAT THEY TOOK A FINDING OF OURS THAT WAS VERY

14  CLEARLY COMMUNICATED, THAT IS, THE VERY MODEST EFFECT OF

15  PROTECTION OF THE HEARTS THAT WE FOUND WITH NAPROXEN, WHICH WE

16  EXPLICITLY SAID WAS NOT ENOUGH TO EXPLAIN THE INCREASE IN HEART

17  ATTACKS IN THE NAPROXEN/VIOXX COMPARISON IN VIGOR, THAT

18  DR. GUESS WAS IN THE ROOM WHEN WE PRESENTED THAT AND, I NOW

19  UNDERSTAND, EVEN WROTE DOWN, THAT WE HYPOTHESIZED THAT WHAT

20  REALLY WAS PROBABLY GOING ON WAS AN INCREASED RISK IN THE

21  SELECTIVE COX-2, OR VIOXX, AS A EXPLANATION OF THE VIGOR STUDY.

22     I AM UPSET RIGHT NOW, AND I WAS THE FIRST TIME I SAW

23  THIS, TO KNOW THAT THEY WERE ESSENTIALLY DISTORTING OUR

24  SCIENTIFIC FINDINGS TO JUSTIFY EXACTLY THE OPPOSITE POSITION

25  FROM WHAT WE HAVE SAID BOTH IN WRITING AND IN PUBLIC.

## Page 321

1  Q.  DO YOU -- IN LOOKING AT THAT DOCUMENT, IS THAT A FAIR AND
2  ACCURATE REPRESENTATION OF THE SCIENCE THAT YOU PRESENTED TO
3  DR. GUESS AT THE ISPE MEETING IN AUGUST OF 2001?
4  A.  NO.  IT'S A DISTORTION OF WHAT WAS PRESENTED.
5  Q.  ALSO, YOU MENTIONED A STUDY THAT WE TALKED ABOUT BEFORE
6  WHERE YOU -- OF THE PUBLISHED VERSION OF THIS STUDY.  HAVE YOU
7  ON OTHER OCCASIONS SAID THAT THE RESULTS OF YOUR STUDY DOES NOT
8  EXPLAIN THE CARDIOPROTECTIVE -- DOES NOT EXPLAIN THE RESULTS
9  THAT WERE SEEN IN VIGOR?
10 A.  YES.  THERE ARE A NUMBER OF TIMES IN THE COURSE OF THE
11 EARLY 2000S WHERE I STATED THAT.
12 Q.  OKAY.  WOULD YOU GO TO ANOTHER ARTICLE THAT I HAVE IN YOUR
13 BOOK, EXHIBIT NO. 14.
14 A.  YES.
15 Q.  DO YOU RECOGNIZE THAT, DOCTOR?
16 A.  YES.  THAT IS A PAPER THAT WAS PUBLISHED IN A JOURNAL
17 CALLED PHARMACOEPIDEMIOLOGY AND DRUG SAFETY, DESCRIBING A PANEL
18 THAT I WAS INVITED TO BE ON AT ANOTHER MEETING OF THE
19 PHARMACOEPIDEMIOLOGY SOCIETY THAT WAS HELD IN EDINBOROUGH IN
20 SCOTLAND IN AUGUST OF 2002.
21 Q.  AND AMONG THE COAUTHORS IS A GENTLEMAN BY THE NAME OF
22 DR. WAYNE RAY?
23 A.  CORRECT.
24 Q.  WHO IS DR. RAY?
25 A.  DR. RAY IS A VERY RESPECTED PHARMACOEPIDEMIOLOGIST,

## Page 322

1  PROBABLY ONE OF THE BEST IN THE FIELD, WHO IS A PROFESSOR AT
2  VANDERBILT UNIVERSITY.
3  Q.  AND DAVID GRAHAM, DO YOU SEE HE'S REPRESENTED THERE AS
4  WELL?
5  A.  YES.  DR. GRAHAM IS A PHYSICIAN AND EPIDEMIOLOGIST AT THE
6  FOOD & DRUG ADMINISTRATION.
7  Q.  OKAY.  AND DR. SOLOMON IS THERE AS WELL?
8  A.  RIGHT.
9  Q.  DON'T WANT TO LEAVE DR. MCDONALD OUT.  WHO IS
10 DR. MCDONALD?
11 A.  TOM MCDONALD IS A PHARMACOEPIDEMIOLOGIST WHO WORKS IN
12 SCOTLAND.
13 Q.  OKAY.  AND, OF COURSE, YOU ARE LISTED THERE AS WELL.
14 A.  RIGHT.
15 Q.  DID YOU ANYWHERE INDICATE, AGAIN, YOUR FEELINGS ABOUT THE
16 NAPROXEN HYPOTHESIS AS AN EXPLANATION OF VIGOR?
17 A.  YES.  I DID.
18 Q.  WOULD YOU PLEASE GO TO THE LAST PAGE OF THE DOCUMENT,
19 PLEASE.
20 A.  YES.  THE LAST FULL PAGE?
21 Q.  ACTUALLY, THE LAST FULL PAGE.
22 A.  YES.
23 Q.  OKAY.  WOULD YOU TELL THE MEMBERS OF THE JURY WHAT YOU
24 WROTE IN 2000 -- AND I GUESS THIS IS 2003?
25 A.  RIGHT.  IN BRIEF, THE KEY SENTENCE THERE IS, "THESE

## Page 323

1  STUDIES," WHICH REVIEWS WHAT WAS KNOWN AT THE TIME, "SUGGESTS
2  THAT ANY POTENTIAL PROTECTIVE EFFECT OF NAPROXEN DOES NOT FULLY
3  ACCOUNT FOR THE FINDINGS IN THE VIGOR STUDY."
4  Q.  NOW, WHAT WERE YOU TRYING TO CONVEY THERE IN THIS ARTICLE
5  THAT WAS PUBLISHED IN 2002?
6  A.  THAT --
7  Q.  2003, EXCUSE ME.
8  A.  RIGHT.  BUT BASED ON STATEMENTS THAT WE MADE IN AUGUST OF
9  2002, THIS WAS PRETTY MUCH A TRANSCRIPT OF WHAT WE HAD SAID AT
10 THAT POINT?
11     THAT WE REVIEWED AS A GROUP THE EXISTING DATA ABOUT
12 EVIDENCE RELATING TO CARDIAC OUTCOMES FROM NONSTEROIDAL DRUGS,
13 AND WE DISCUSSED THE DRAMATIC INCREASE IN RATE OF HEART ATTACK
14 IN VIGOR IN PEOPLE TAKING NAPROXEN -- IN PEOPLE TAKING VIOXX,
15 COMPARED TO NAPROXEN, AND THE HYPOTHESIS THAT HAD BEEN OFFERED
16 BY MERCK THAT THAT WAS BECAUSE NAPROXEN PROTECTS YOUR HEART.
17     AND IN THAT AUGUST OF '02 SYMPOSIUM, ALL OF US, I
18 THINK, WERE -- WERE IN ACCORD, SINCE WE ALL SIGNED OFF ON THIS:
19 "THESE STUDIES SUGGEST THAT ANY POTENTIAL PROTECTIVE EFFECT OF
20 NAPROXEN DOES NOT FULLY ACCOUNT FOR THE FINDINGS IN THE VIGOR
21 STUDY."
22 Q.  WHAT WERE YOU TRYING TO COMMUNICATE THERE IN THIS -- IN
23 THIS SENTENCE?
24 A.  OKAY.  WHAT I SAID WAS THERE ARE ONLY -- AND THE CONTEXT
25 OF THE PRECEDING PARAGRAPH, THERE'S ONLY TWO WAYS THAT YOU CAN

## Page 324

1  EXPLAIN A FIVEFOLD DIFFERENCE IN HEART ATTACK BETWEEN GROUP A
2  AND GROUP B IN A RANDOMIZED TRIAL.  EITHER THE PEOPLE IN THE
3  GROUP THAT HAS THE HIGHER NUMBER OF HEART ATTACKS WERE GIVEN A
4  DRUG THAT CAUSES HEART ATTACKS OR THE PEOPLE IN THE GROUP GIVEN
5  THE COMPARISON DRUG GOT A DRUG THAT PREVENTS HEART ATTACKS, OR
6  PERHAPS SOME COMBINATION OF THE TWO.
7      AND WHAT THAT SENTENCE SAYS IS THAT YOU CAN'T EXPLAIN
8  THE FIVEFOLD INCREASE IN NUMBER OF HEART ATTACKS IN VIGOR, SEEN
9  IN PEOPLE GIVEN VIOXX, BY THE DATA THAT WERE AVAILABLE AT THE
10 TIME ABOUT NAPROXEN PREVENTING HEART ATTACKS BECAUSE IT JUST
11 WASN'T THERE.
12 Q.  AND DID YOU DRAW ANY CONCLUSIONS FROM THAT?
13 A.  THE ONLY LOGICAL -- THIS WAS DISCUSSED WIDELY FROM THE
14 PODIUM.  I RECALL IT VIVIDLY.  THE ONLY LOGICAL ALTERNATIVE IS
15 THAT IF IT IS NOT BECAUSE NAPROXEN IS PREVENTING HEART ATTACKS
16 OR IF ONLY A TEENY FRACTION OF THE DIFFERENCE CAN POSSIBLY BE
17 EXPECTED -- BE EXPLAINED BY THAT, THEN THE ONLY OTHER LOGICAL
18 POSSIBILITY IS THAT VIOXX CAUSED HEART ATTACKS.
19 Q.  IS THAT THE SAME THING YOU TOLD DR. GUESS IN MID-2001?
20 A.  IN MID-2001, I TOLD DR. GUESS THAT I THOUGHT THAT WAS AN
21 IMPORTANT QUESTION THAT NEEDED TO BE ADDRESSED.
22 Q.  ALL RIGHT.  MOVING FORWARD, LET'S GO BACK TO YOUR
23 NEGOTIATIONS WITH MERCK ON TO DO YOUR STUDY.
24     FOLLOWING THE SEPTEMBER "FISH OR CUT BAIT" E-MAIL
25 WITH DR. CANNUSCIO, SEPTEMBER 2001 "FISH OR CUT BAIT" MEMO WITH

## Page 325

1  DR. CANNUSCIO, DID THEY EXECUTE A CONTRACT?

2  A. NOT FOR MANY, MANY MONTHS, UNTIL LATER, DID THEY FINALLY

3  ACTUALLY SIGN THE CONTRACT.

4  Q. DOCTOR, DID THERE COME A TIME THAT THE CONTRACT WAS

5  ACTUALLY SIGNED?

6  A. YES. MY RECOLLECTION IS THAT IT WAS IN APRIL OF 2002,

7  ABOUT 15 MONTHS AFTER THE INITIAL CONVERSATION THAT DR. SOLOMON

8  HAD WITH DR. CANNUSCIO THAT THE CONTRACT WAS EVENTUALLY SIGNED.

9  Q. ARE YOU AWARE THAT AT THE TIME THAT MERCK EXECUTED THE

10  CONTRACT FOR YOUR STUDY ON APRIL 24, 2002, THAT MERCK HAD JUST

11  RECEIVED TWO WEEKS PRIOR THE APPROVAL FOR THE NEW LABEL THAT

12  DID NOT CONTAIN A CARDIOVASCULAR WARNING?

13  A. I WAS NOT AWARE OF THAT.

14  Q. DOCTOR, ARE YOU FAMILIAR WITH THE TERM "FIRST DO NO HARM"?

15  A. YES.

16  MR. BIRCHFIELD:

17  YOUR HONOR, WE COULD GO ANOTHER 10 OR 15 MINUTES

18  OR BREAK NOW.

19  THE COURT: LET'S GO ANOTHER 10 OR 15 MINUTES, AND

20  THEN WE'LL STOP FOR LUNCH.

21  Q. BEFORE WE BROKE, I SHOWED YOU A PUBLIC AFFAIRS PLAN FOR

22  THE GI LABEL CHANGE FOR VIOXX DATED MARCH 23, 2001?

23  A. RIGHT.

24  Q. HAVE YOU SEEN THAT BEFORE? I'VE SHOWN YOU THAT IN CONTEXT

25  OF SHOWING YOU DOCUMENTS FOR LITIGATION HERE?

## Page 326

1  A. THAT'S RIGHT.

2  Q. OKAY. WOULD YOU PLEASE TURN TO THE PAGE CONTAINING THE

3  BATES, RANGE 20167. DO YOU SEE THAT?

4  A. YES.

5  Q. YOU SEE "OVERALL COMMUNICATION OBJECTIVES"? DO YOU SEE

6  THAT?

7  A. YES.

8  Q. DO YOU SEE THE FIRST BULLET POINT?

9  A. YES.

10  Q. WOULD YOU PLEASE TELL THE MEMBERS OF THE JURY WHAT IT

11  SAYS.

12  A. IT SAYS, "DO NO HARM."

13  Q. IS THAT -- CAN YOU READ THE REST?

14  A. YES. "REFRAIN FROM PROACTIVELY GENERATING COVERAGE THAT

15  JEOPARDIZES LABEL NEGOTIATIONS AND/OR THAT LINKS VIOXX TO

16  CARDIOVASCULAR ADVERSE EVENTS.

17  Q. DOCTOR, DO YOU -- WAS IT -- WERE YOU CONCERNED IN 2001 AND

18  2002 ABOUT THE DELAY IN ACTUALLY GETTING YOUR STUDY OFF THE

19  GROUND?

20  A. VERY CONCERNED.

21  Q. DO YOU HAVE ANY EXPLANATION FOR MERCK'S INABILITY TO

22  EXECUTE A CONTRACT UNTIL AFTER THE LABEL WAS APPROVED FOR

23  VIOXX?

24  A. AT THE TIME I HAD NO UNDERSTANDING OF THE LABEL

25  DISCUSSIONS THAT WERE GOING ON. I JUST WAS CONCERNED THAT

## Page 327

1  EITHER THIS WAS A VERY BIG COMPANY THAT COULDN'T GET OUT OF ITS

2  OWN WAY AND MAKE A DECISION IN LESS THAN A YEAR ON AN IMPORTANT

3  STUDY OR PERHAPS -- AND I VIVIDLY RECALL RAISING THIS

4  POSSIBILITY WITH DR. SOLOMON -- PERHAPS THE FOOT-DRAGGING WAS

5  INTENTIONAL BECAUSE THEY DIDN'T REALLY WANT THE STUDY TO GET

6  DONE.

7  Q. FIRST OF ALL, WAS THAT -- WAS THAT WHAT WAS ON YOUR MIND

8  AT THE TIME, THAT THERE WAS CONCERN THAT THERE WAS

9  FOOT-DRAGGING ON THE PART OF THE COMPANY?

10  A. WE HAD CONVERSATIONS ON ALMOST A BIWEEKLY BASIS ABOUT WHY

11  IS IT TAKING SO LONG.

12  Q. OKAY. NOW, DOCTOR, I ASSUME THAT ONCE THE CONTRACT WAS

13  SIGNED, YOU GOT RIGHT TO WORK ON ACTUALLY DOING THE STUDY. IS

14  THAT CORRECT?

15  A. WE -- THAT WAS OUR PLAN, BUT --

16  Q. WHAT HAPPENED?

17  A. THERE WAS -- I LEARNED A LESSON, WHICH IS THAT -- I HAD

18  LEARNED WITH DISCUSSIONS WITH OTHER PHARMACEUTICAL COMPANIES TO

19  NEVER ALLOW THE FUNDING TO BE CONTINGENT UPON THEIR ACCEPTANCE

20  OF THE WORK PRODUCT BECAUSE THAT, IN EFFECT, WOULD GIVE A

21  COMPANY CENSORSHIP OVER WHAT WE WERE ABLE TO PUBLISH.

22  AND WE MANAGED EVERY STEP OF THE WAY, EXCEPT FOR ONE,

23  TO NOT HAVE AS ANY OF THE BENCHMARKS IN THE CONTRACT ANY WORDS

24  LIKE "PRODUCE A MANUSCRIPT THAT IS ACCEPTABLE TO MERCK" OR

25  "PRODUCE DATA THAT ARE SATISFACTORY TO MERCK," BECAUSE I

## Page 328

1  LEARNED NOT TO DO THAT.

2  THE THING I HADN'T LEARNED YET BUT LEARNED FROM THIS

3  WAS THAT, AS ONE OF THE -- AS THE ONLY BENCHMARK THAT WAS THERE

4  IN THE BEGINNING WAS LANGUAGE, AND ITS IN THE CONTRACT. AND

5  PERHAPS I SHOULD ACTUALLY REFER TO THE CONTRACT. THE FIRST

6  MILESTONE OR BENCHMARK WAS PAYMENT TO OUR HOSPITAL TO FUND THE

7  RESEARCH "WILL BE MADE UPON ACCEPTANCE OF A DETAILED PROTOCOL."

8  AND IT TURNS OUT THAT -- THAT'S NOT A MISTAKE I'LL

9  MAKE AGAIN. IT TURNS OUT THAT MERCK'S ACCEPTANCE OF THE

10  PROTOCOL, EVEN AFTER MORE THAN A YEAR OF DISCUSSION ABOUT

11  GETTING THE CONTRACT SIGNED, TOOK ANOTHER NINE MONTHS BEFORE

12  THEY ACTUALLY ACCEPTED THE PROTOCOL.

13  Q. DOCTOR, I'M GOING TO HAND YOU A GROUP OF DOCUMENTS THAT

14  I'M GOING TO COLLECTIVELY REFER TO AS EXHIBITS 23A THROUGH -- I

15  THINK IT'S K.

16  DOCTOR, IS THIS -- WHAT ARE THOSE, DOCTOR?

17  A. THIS IS A SUCCESSION OF STUDY PROTOCOLS THAT WE SUBMITTED

18  TO MERCK AND WHICH MERCK THEN WAS NOT SATISFIED WITH AND THEN

19  RESUBMIT -- ASKED US TO MAKE THIS CHANGE OR THAT CHANGE. OFTEN

20  MATTERS THAT SEEMED TO US TO BE RELATIVELY MODEST TO TRIVIAL,

21  BUT EACH STEP OF THE WAY WE WERE TOLD, "NO, YOU NEED TO FIX

22  THAT. YOU NEED TO CHANGE THAT." AND THIS IS WHAT OCCUPIED THE

23  BETTER PART OF 2002 BEFORE WE COULD ACTUALLY GET THEIR OKAY TO

24  START DOING THE WORK.

25  Q. HOW LONG DID IT TAKE YOUR -- HARVARD AND MERCK TO AGREE ON

36  (Pages 325 to 328)

## Page 329

1 THE PROTOCOL OF THE STUDY?

2 A. WELL, THE FIRST ONE IN YOUR PILE IS DATED JUNE 7, 2002,

3 WHICH WAS RELATIVELY SOON AFTER THE CONTRACT WAS SIGNED IN THE

4 END OF APRIL. AND THEN THERE'S ANOTHER ONE DATED SEPTEMBER 4,

5 2002, AND THEN ANOTHER REVISION DATED -- LET'S SEE. THERE'S

6 SEVERAL REVISIONS. OH, COMMENTS FROM DAN FROM 10-1. ANOTHER

7 REVISION OCTOBER 4, OCTOBER 22, OCTOBER 24. ANOTHER REVISION

8 DATED OCTOBER 31 AND THEN CHANGED NOVEMBER 6. ANOTHER ONE FROM

9 NOVEMBER 12, ANOTHER ONE FROM DECEMBER 17, AND ANOTHER ONE FROM

10 FEBRUARY 2003.

11     AND THIS -- THIS WAS UNPRECEDENTED IN MY MANY YEARS

12 OF RESEARCH, THAT THERE WOULD BE THIS LONG A PERIOD BEFORE A

13 COMPANY SIGNS OFF ON A RESEARCH PROTOCOL.

14 Q. DOCTOR, DID THE PROTOCOLS THAT I LAID IN FRONT OF YOU,

15 AFTER THOSE PROTOCOLS IN EARLY 2003, DID YOU ACTUALLY GET TO

16 START THE STUDY?

17 A. WELL, NO. PART OF WHAT MERCK ASKED US TO DO DURING THIS

18 MANY, MANY MONTHS OF NEGOTIATION WAS THEY ASKED US TO GO BACK

19 AND REVIEW THE INDIVIDUAL PATIENT RECORDS FOR A SAMPLE OF THE

20 SUBJECTS IN OUR STUDY TO SEE IF THE PEOPLE THAT WE WERE

21 STUDYING AS HAVING HEART ATTACKS ACTUALLY HAD HEART ATTACKS.

22     AND WE POINTED OUT TO MERCK THAT THAT WAS A QUESTION

23 THAT HAD BEEN STUDIED BY OTHER GROUPS PREVIOUSLY AND THAT THERE

24 WAS PRETTY GOOD EVIDENCE IN THE MEDICAL LITERATURE THAT A

25 COMBINATION OF DIAGNOSIS CODES AND HOSPITAL CODES VIRTUALLY

## Page 330

1 ALWAYS MEANT THAT THE PERSON HAD HAD A HEART ATTACK.

2     AND MERCK'S RESPONSE WAS, "NO, WE REALLY WANT TO BE

3 SURE, AND SO GO OUT AND VALIDATE. HAVE PEOPLE GO DOWN TO

4 PENNSYLVANIA. GET IN CONTACT WITH THE HOSPITALS, HAVE THEM

5 PULL THE PATIENT'S ACTUAL MEDICAL RECORDS, AND CHECK TO SEE IF

6 THEY REALLY HAD HEART ATTACKS."

7 Q. DOCTOR, YOU'VE DONE -- HOW MANY STUDIES HAVE YOU DONE WITH

8 THIS PARTICULAR DATABASE THAT YOU'RE TALKING ABOUT HERE?

9 A. DOZENS.

10 Q. HAVE YOU EVER HAD ANY COMPANY ASK YOU TO DO THE KIND OF

11 VALIDATION THAT MERCK ASKED YOU TO DO?

12 A. NO.

13 Q. DID YOU ACTUALLY DO WHAT MERCK ASKED YOU TO DO?

14 A. WE HAD TO.

15 Q. WHAT DID YOU DO? WHAT HAPPENED?

16 A. WE HIRED A PROFESSIONAL REVIEW ORGANIZATION TO GO DOWN TO

17 PENNSYLVANIA. WE ESTABLISHED A PROTOCOL FOR HOW THEY WOULD

18 REVIEW THE CHARTS, THE CRITERIA FROM THE WORLD HEALTH

19 ORGANIZATION ABOUT HOW YOU DEFINE HEART ATTACK. AND WE GAVE

20 THEM THE LIST OF A SAMPLE OF PATIENTS, AND THEY WENT AND PULLED

21 EACH ONE OF THEIR MEDICAL RECORDS, WHICH WAS BOTH AN EXPENSIVE

22 AND A TIME-CONSUMING PROCESS.

23     AND THEY THEN CONFIRMED THAT, INDEED, IN ABOUT 93 OR

24 94 PERCENT OF THE CASES, THEY HAD HEART ATTACKS, WHICH IS ABOUT

25 AS GOOD AS ANY VALIDATION STUDY GETS.

## Page 331

1 Q. DOCTOR, DID -- WHO CONDUCTED THE INDEPENDENT VALIDATION?

2 A. IT WAS A COMPANY THAT WAS A PROFESSIONAL REVIEW

3 ORGANIZATION. I THINK THEY WERE CALLED KEYPRO, WHICH IS A

4 GROUP SANCTIONED BY THE GOVERNMENT TO GO IN AND INSPECT

5 HOSPITAL RECORDS.

6 Q. AND DID THEY FIND ANY PROBLEM WITH WHAT YOU DID?

7 A. NO. THEY FOUND THAT WE HAD A REMARKABLY HIGH RATE OF

8 VALIDATION.

9 Q. AND WHEN YOU FINALLY GOT THE APPROVAL AND THE CONTRACT WAS

10 SIGNED AND ALL OF THE PROTOCOLS WERE DONE AND THE INDEPENDENT

11 EVALUATION WERE DONE AND ALL OF THOSE THINGS, DID YOU FINALLY

12 GET TO DO YOUR STUDY?

13 A. NO.

14 Q. WHAT HAPPENED?

15 A. MERCK TOLD US THAT WE COULD NOT PROCEED UNTIL WE HAD AN

16 INDEPENDENT EPIDEMIOLOGIST COME IN AND REVIEW THE PROTOCOL AS

17 AN OUTSIDER AND ALSO REVIEW ALL THE PROGRAMMING CODE THAT OUR

18 PROGRAMMERS HAD WRITTEN TO DO THE ANALYSES.

19 Q. AND WHO WAS THAT? WHO DID THAT?

20 A. THAT WAS DR. RHONDA BOHN.

21 Q. DID SHE FIND ANY PROBLEMS WITH YOUR -- WITH YOU CODES AND

22 THE THINGS SHE WAS ASKED TO DO?

23 A. NO.

24 Q. OKAY. NOW, DOCTOR, DID THERE FINALLY COME A TIME WHEN YOU

25 ACTUALLY HAD AN OPPORTUNITY TO DO THE STUDY?

## Page 332

1 A. YES. BY SPRING OF 2003, WE -- THERE WAS FINALLY NO OTHER

2 CONCERNS THAT MERCK HAD, AND WE WERE GIVEN A GREEN LIGHT TO

3 PROCEED.

4 Q. AND DID YOU ACTUALLY DO THE DATA ANALYSIS AT THAT TIME?

5 A. YES.

6 Q. AND WHAT DID YOU FIND?

7 A. WE FOUND THAT THERE WAS A SIGNIFICANT INCREASE IN THE RISK

8 OF HEART ATTACK IN PATIENTS TAKING VIOXX COMPARED TO COMPARATOR

9 DRUGS.

10 Q. LET ME ASK YOU THESE QUESTIONS. DID MERCK HAVE INPUT INTO

11 THE DESIGN OF THE STUDY?

12 A. YES. IN THAT THEY WOULD NOT LET US PROCEED UNTIL THEY

13 WERE PERFECTLY SATISFIED WITH THE PROTOCOL.

14 Q. AND DID THEY -- DID THEY INDICATE THAT THEY WERE SATISFIED

15 WITH THE PROTOCOL AT THE END OF THE DAY?

16 A. YES. THEY SIGNED OFF ON THE PROTOCOL.

17 Q. OKAY. DID THEY HAVE ONE OF THEIR -- DID THEY HAVE ANY

18 EMPLOYEES WHO THEY EMPLOYED WORKING ON THE STUDY?

19 A. YES. DR. CANNUSCIO WAS A KEY MEMBER OF THE PROJECT TEAM,

20 AND SHE WAS A MERCK EMPLOYEE.

21 Q. ALL RIGHT. NOW, I PUT IN FRONT OF YOU A DOCUMENT

22 ENTITLED, "THE RELATIONSHIP BETWEEN COX-2 INHIBITORS AND ACUTE

23 MYOCARDIAL INFARCTION" DATED MAY 5, 2003. WOULD YOU TELL ME

24 WHAT THIS IS.

25 A. YES, THIS IS JUST THE TABLES, BASICALLY THE DATA, AS WE

## Page 333

1    HAD IT IN MAY OF 2003 FROM THE STUDY.
2    Q.  OKAY.  IN AN OVERVIEW, WHAT DID IT TELL THE PEOPLE AT
3    MERCK ABOUT THE RESULTS OF YOUR STUDY OF THE -- THE
4    EPIDEMIOLOGIC STUDY?
5    A.  THAT WE FOUND AN INCREASED RATE OF HEART ATTACKS IN PEOPLE
6    TAKING VIOXX COMPARED TO TAKING COMPARISON DRUGS.
7         THE COURT:  WE'LL STOP HERE.
8         MR. BIRCHFIELD:  YES.
9         THE COURT:  OKAY.  LET'S STOP HERE AND COME BACK AT
10   1:45.  COURT WILL STAND IN RECESS UNTIL 1:45.
11        THE DEPUTY CLERK:  EVERYONE RISE.
12             (LUNCHEON RECESS)
13                  * * * * *
14
15
16
17
18
19
20
21
22
23
24
25

## Page 334

1              AFTERNOON SESSION
2              (AUGUST 1, 2006)
3         (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE
4    TRANSCRIBED BY TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT
5    REPORTER.)
6         THE DEPUTY CLERK:  EVERYONE RISE.
7         THE COURT:  BE SEATED, PLEASE.
8         (WHEREUPON, GERALD AVORN, HAVING BEEN DULY SWORN,
9    TESTIFIED BY DEPOSITION AS FOLLOWS.)
10             DIRECT EXAMINATION
11   BY MR. ROBINSON:
12   Q.  NOW, THE RESULTS THAT YOU SAW HERE, FROM A PUBLIC HEALTH
13   STANDPOINT, DID YOU CONSIDER THEM TO BE IMPORTANT FINDINGS?
14   A.  YES.
15   Q.  WHY?
16   A.  BECAUSE IN THERE-- LET ME JUST TURN TO THE PAGE WITH THE
17   DATA ON IT AS IT WAS EVENTUALLY PUBLISHED.  WE FOUND THAT, IN
18   THE FINAL TABLES, THERE WAS A SIGNIFICANT INCREASE IN THE RISK
19   OF HEART ATTACK THAT WE FOUND WITH VIOXX COMPARED TO WITH
20   CELEBREX.
21        WE ALSO FOUND THAT IT WAS PARTICULARLY HIGH IN PEOPLE
22   WHO WERE TAKING HIGHER DOSES OF VIOXX, AND THAT SEEMED LIKE AN
23   IMPORTANT FINDING.  THE DATA FOR THE HIGH-DOSE VIOXX VERSUS
24   HIGH-DOSE CELEBREX WAS A 70 PERCENT INCREASE OR ALMOST A
25   DOUBLING OF THE RISK OF HEART ATTACK IN OUR PATIENT POPULATION.

## Page 335

1    Q.  DID YOU FIND AN INCREASED RISK WITH LOW DOSE?
2    A.  YES.
3    Q.  DID YOU FIND AN INCREASED RISK AT LESS THAN 30 DAYS?
4    A.  YES.
5    Q.  DID YOU FIND AN INCREASED RISK AT 30 TO 90 DAYS?
6    A.  YES.
7    Q.  WAS THAT INCREASED RISK SEEN WHETHER YOU WERE COMPARING IT
8    TO CELEBREX OR OTHER NSAIDS?
9    A.  WE FOUND IT WITH A WIDE VARIETY OF COMPARISON DRUGS OR
10   NONEXPOSURES.
11   Q.  DOCTOR, DID THERE COME A TIME WHEN YOU SOUGHT TO WRITE
12   THESE RESULTS UP IN AN ABSTRACT?
13   A.  YES.
14   Q.  DID YOU SPEAK TO DR. CANNUSCIO ABOUT DOING THAT?
15   A.  YES.  THE TERMS OF OUR CONTRACT WERE THAT WE WOULD ALLOW
16   THEM TO SEE WHAT WE WERE PUBLISHING, ALTHOUGH THEY DID NOT HAVE
17   THE RIGHT TO CENSOR IT OR TO HOLD IT BACK; BUT AS A COURTESY,
18   WE AGREED TO LET THEM SEE WHAT WE WERE GOING TO SUBMIT AND GIVE
19   THEM A PERIOD OF TIME TO COMMENT.
20   Q.  DOCTOR, DID THERE COME A TIME WHEN THERE WAS DISCUSSION
21   ABOUT WHETHER OR NOT DR. CANNUSCIO WOULD ACTUALLY BE ON THE
22   PAPER?
23   A.  YES.
24   Q.  DOCTOR, I'VE HANDED YOU WHAT I HAVE HAD MARKED AS
25   EXHIBIT 27.  DOES THIS INCLUDE THE ABSTRACT THAT WAS WRITTEN BY

## Page 336

1    YOUR DIVISION?
2    A.  CORRECT.
3    Q.  THERE'S AN E-MAIL THERE, AS WELL; CORRECT?
4    A.  RIGHT.
5    Q.  WHAT DOES THE E-MAIL SAY ABOUT THE TABLES?  IT SAYS,
6    "THESE TABLES ALL SUGGEST THAT THE HIGHER ADJUSTED ODDS RATIOS
7    SEEN IN SHORTER DURATION USE IS NOT CONFINED TO HIGH-RISK
8    USERS."  WHAT DOES THAT MEAN?
9    A.  "HIGH-DOSAGE USERS."
10   Q.  "HIGH-DOSAGE USERS."  WHAT DOES THAT MEAN?
11   A.  THAT'S A NOTE FROM DR. SOLOMON TO DR. CANNUSCIO POINTING
12   OUT SOMETHING ABOUT OUR FINDINGS, WHICH IS THAT THIS WAS NOT
13   JUST ABOUT PEOPLE TAKING HIGH-DOSE VIOXX; THIS WAS ABOUT PEOPLE
14   TAKING REGULAR-DOSE VIOXX, AS WELL.
15   Q.  OKAY.  WAS THERE A FURTHER DISCUSSION ABOUT THE
16   CO-AUTHORSHIP OF THE PAPER?
17   A.  YES.
18   Q.  WOULD YOU PLEASE READ THAT.
19   A.  YES.  IN PARAGRAPH 2 DR. SOLOMON WRITES, "I WOULD LIKE TO
20   DISCUSS YOUR CO-AUTHORSHIP ON THE PAPER.  YOU HAVE CONTRIBUTED
21   SUBSTANTIALLY TO THE PROJECT, AND I AM VERY COMFORTABLE WITH
22   YOU BEING A CO-AUTHOR, ASSUMING THAT YOU ARE COMFORTABLE WITH
23   ITS CONTENT.  IN LIGHT OF OUR FINDINGS, THERE MAY BE ASPECTS OF
24   THE PAPER THAT WILL BE PROBLEMATIC FROM MERCK'S PERSPECTIVE.
25   YOU MAY BE IN A DIFFICULT POSITION AS A MERCK EMPLOYEE AND A

## Page 337

1   CO-AUTHOR."

2   Q.  LET'S STOP RIGHT HERE, DOCTOR.  WHAT WAS YOUR CONCERN AS

3   REFLECTED IN THIS PARAGRAPH?

4   A.  WELL, THIS, AGAIN, WAS A NOTE THAT HE SENT TO

5   DR. CANNUSCIO AT MY SUGGESTION TO CONVEY TO HER THAT WE DID

6   FEEL THAT SHE WAS A MEMBER OF THE PROJECT TEAM, BUT THAT WE

7   WERE BOTH WORRIED, NOW THAT THE STUDY HAD SHOWN THAT VIOXX DID

8   INCREASE THE RISK OF HEART ATTACK, WOULD THAT BE A PROBLEM FOR

9   MERCK AND WOULD THAT BE PROBLEMATIC FOR HER TO HAVE HER NAME ON

10  THE PAPER.

11  Q.  DID YOU ACTUALLY PRESENT THIS AT A PROFESSIONAL MEETING?

12  A.  DR. SOLOMON PRESENTED IT IN THE FALL OF 2003 AT THE

13  AMERICAN COLLEGE OF RHEUMATOLOGY.

14  Q.  I'M HANDING YOU WHAT'S MARKED EXHIBIT 23.

15  A.  YES.

16  Q.  DOCTOR, IS THIS THE ABSTRACT THAT WAS PRESENTED AT THE

17  AMERICAN COLLEGE OF RHEUMATOLOGY IN 2003?

18  A.  CORRECT.

19  Q.  IS THIS THE RESULTS OF YOUR STUDY, YOUR MERCK-FUNDED

20  STUDY?

21  A.  CORRECT.

22  Q.  DOES IT HAVE CAROLYN CANNUSCIO'S NAME ON THE TOP?

23  A.  YES, IT DOES.

24  Q.  DOES IT HAVE YOUR NAME ON THE TOP?

25  A.  YES.

## Page 338

1   Q.  DOCTOR, DID THERE COME A TIME WHEN YOU SOUGHT TO CONVERT

2   THIS ABSTRACT INTO AN ACTUAL PUBLISHED ARTICLE?

3   A.  YES.

4   Q.  DID YOU DO THAT?

5   A.  YES.

6   Q.  DID YOU SUBMIT THAT MANUSCRIPT TO MERCK FOR ITS COMMENT?

7   A.  YES, WE DID.

8   Q.  DID THEY HAVE AN OPPORTUNITY TO MAKE COMMENTS?

9   A.  YES.

10  Q.  DID YOU ACCEPT SOME COMMENTS?

11  A.  WE ACCEPTED SOME AND WE DIDN'T ACCEPT OTHERS.

12  Q.  OKAY.  WOULD YOU DESCRIBE FOR US THE COMMENTS THAT MERCK

13  DID NOT ACCEPT.

14  A.  YOU MEAN THAT WE DID NOT ACCEPT.

15  Q.  YOU DID NOT ACCEPT THAT MERCK--

16  A.  SURE.  THERE WERE SOME HELPFUL COMMENTS THAT MERCK MADE

17  ABOUT MAKING THINGS CLEARER.  WE ACCEPTED THOSE.  THEN THERE

18  WERE OTHERS THAT WE FELT WOULD HAVE DEEMPHASIZED THE IMPORTANCE

19  OR THE EXTENT OF OUR FINDINGS, AND WE TENDED TO NOT ACCEPT

20  THOSE.

21  Q.  WOULD YOU PLEASE TELL US WHAT WAS REJECTED BY YOU THAT

22  MERCK HAD SUGGESTED.

23  A.  SURE.  AS BEST I CAN RECALL, THERE WERE -- FOR EXAMPLE, IN

24  THE ABSTRACT OF THE PAPER AS IT WAS EVENTUALLY PRESENTED, THERE

25  WAS ONE FINDING THAT DEMONSTRATED AN INCREASED RISK OF VIOXX,

## Page 339

1   AND THE STATISTICAL SIGNIFICANCE OF THAT WAS A P-VALUE OF .054.

2   NOW, LET ME EXPLAIN WHAT THAT MEANS.

3         A P-VALUE OF .054, OR 5 PERCENT, MEANS THAT THERE'S A

4   95 PERCENT CERTAINTY THAT THE FINDING YOU ARE REPORTING WAS NOT

5   THE RESULT OF CHANCE.  THAT IS A BENCHMARK THAT IS OFTEN USED.

6   IT'S NOT ENGRAVED IN STONE, BUT IT'S A CONVENIENT BENCHMARK

7   THAT PEOPLE OFTEN USE TO UNDERSTAND HOW LIKELY IT IS THAT THIS

8   WAS NOT JUST THE RESULT OF HAPPENSTANCE.

9         ONE OF OUR FINDINGS HAD A P-VALUE OF 0.54, WHICH

10  MEANS THAT, INSTEAD OF A 95 PERCENT CERTAINTY OR LIKELIHOOD

11  THAT THIS WAS NOT THE RESULT OF CHANCE, THERE WAS, INSTEAD OF

12  95 PERCENT, A 94.6 PERCENT LIKELIHOOD THAT THIS WAS NOT THE

13  RESULT OF CHANCE.  WE FELT THAT, GIVEN PARTICULARLY THE PUBLIC

14  HEALTH RESPONSE OF HEART ATTACK AND THE WIDESPREAD USE OF THIS

15  DRUG, THAT THAT NEEDED TO BE IN THE ABSTRACT.

16        MERCK OBJECTED THAT THIS WAS, QUOTE, NOT A

17  SIGNIFICANT FINDING BECAUSE IT WAS 94.6 PERCENT PROBABILITY

18  THAT IT WAS NOT CHANCE INSTEAD OF A 95 PERCENT AND SAID WE

19  SHOULD TAKE IT OUT OF THE ABSTRACT.  THEY ALSO TOLD US THAT WE

20  SHOULD CHANGE THE WAY WE DESCRIBED THAT FINDING AS A NUMERICAL

21  DIFFERENCE THAT WAS NOT SIGNIFICANT OR SOMETHING TO THAT

22  EFFECT.  WE DISAGREED ON BOTH POINTS.

23  Q.  DID YOU HAVE DISCUSSIONS WITH MERCK ABOUT THAT?

24  A.  YES.

25  Q.  DID THERE COME A TIME WHEN YOU HAD TO MAKE A DECISION

## Page 340

1   ABOUT WHAT REMAINED IN THE PAPER AND WHAT DID NOT REMAIN IN THE

2   PAPER?

3   A.  YES.  DR. SOLOMON AND I DISCUSSED THIS ON AN ALMOST DAILY

4   BASIS AT THAT POINT.

5   Q.  DID YOU ACTUALLY SUBMIT THE PAPER AS YOU WISHED IT TO BE?

6   A.  YES.

7   Q.  WAS IT ACCEPTED FOR PUBLICATION?

8   A.  YES.  IT WAS INITIALLY SENT TO THE NEW ENGLAND JOURNAL OF

9   MEDICINE AND JAMA AND THEY PASSED ON IT, AND IT WAS EVENTUALLY

10  ACCEPTED IN CARDIOLOGY-- I'M SORRY, IN CIRCULATION, WHICH IS

11  THE NUMBER ONE CARDIOLOGY JOURNAL IN THE WORLD.

12  Q.  DID ANYTHING UNUSUAL HAPPEN AT ABOUT THE TIME OF THE

13  PUBLICATION OF THE ARTICLE THAT WE HAVE BEEN TALKING ABOUT?

14  A.  YES.  AS THE ARTICLE WAS IN GALLEY ON PAGE PROOF, WHICH

15  IS THE PRINTED VERSION OF THE ARTICLE THAT IS SENT BACK TO THE

16  AUTHORS TO MAKE SURE THERE'S NO TYPOS, WE RECEIVED A PHONE CALL

17  FROM DR. SANTANELLO INSTRUCTING US TO REMOVE DR. CANNUSCIO'S

18  NAME FROM THE PAPER.

19  Q.  I'M ASKING WHAT HAPPENED.  DID HER NAME COME OFF THE

20  PAPER?

21  A.  HER NAME CAME OFF THE PAPER, AND I RELUCTANTLY AGREED TO

22  LET THAT HAPPEN.

23  Q.  DID YOU ACKNOWLEDGE DR. CANNUSCIO IN ANY OTHER WAY IN THE

24  PAPER?

25  A.  YES.  I WROTE AN ACKNOWLEDGMENT THAT I ASKED DR. SOLOMON

## Page 341

1  TO INCLUDE IN THE PAPER.

2  Q.  YOU DID THAT?

3  A.  YES.  THAT WAS MY-- THOSE ARE MY WORDS.  BECAUSE I FELT

4  THAT, LEAVING ASIDE THE ETHICS OF IT, HERE WAS A YOUNG WOMAN

5  STARTING OUT HER CAREER WHO WAS ABOUT TO HAVE A PAPER IN THE

6  BEST CARDIOLOGY JOURNAL IN THE WORLD AND THAT SHE DESERVED TO

7  BE A CO-AUTHOR OF, AND I WAS CONCERNED ALMOST IN MY FACULTY

8  ROLE THAT HERE SOMEBODY'S HARD WORK WAS BEING SNATCHED AWAY

9  FROM HER.  SO I WROTE THAT LANGUAGE THAT INDICATED THAT THERE

10  WAS AN UNNAMED EPIDEMIOLOGIST WHO HAD WORKED WITH US, AS IT

11  SAYS, "ACTIVELY IN THE STUDY DESIGN, STATISTICAL ANALYSIS, AND

12  INTERPRETATION OF THE DATA AND PREPARATION OF THE MANUSCRIPT,

13  WHICH ARE IN FACT THE CRITERIA FOR AUTHORSHIP.

14        WHILE WE ARE FORBIDDEN FROM USING DR. CANNUSCIO'S

15  NAME, I WANTED HER TO BE ABLE TO REFER TO THAT, AS SHE WENT ON

16  IN HER CAREER, AND SAY, "THAT WAS REALLY ME."  SO WE DID PUT

17  THE ACKNOWLEDGMENT THAT I WROTE AT THE END OF THE PAPER, BUT

18  STILL RESPECTED HER WISHES TO BE NOT LISTED AS A CO-AUTHOR.

19  Q.  DOCTOR, THIS ARTICLE WAS THEN PUBLISHED IN CIRCULATION?

20  A.  THAT'S RIGHT.

21  Q.  I'M GOING TO SHOW YOU WHAT I WOULD LIKE TO HAVE MARKED AS

22  EXHIBIT 30.  YOU TESTIFIED BEFORE-- AND I JUST WANT TO REFER

23  YOU TO THAT TESTIMONY-- THAT YOU FELT THIS WAS AN IMPORTANT

24  PUBLIC HEALTH ISSUE THAT YOUR STUDY WAS ADDRESSING.

25  A.  I'VE SAID THAT, AND I FELT THAT, AND I FEEL THAT.

## Page 342

1  Q.  NOW, LET ME SHOW YOU WHAT I HAVE HAD MARKED AS EXHIBIT 29.

2  A.  30.

3  Q.  I WILL REPRESENT TO YOU THAT IT IS A BULLETIN BEING USED

4  FOR DETAILERS DETAILING VIOXX.

5  A.  YOU MEAN THE SALES REPRESENTATIVES?

6  Q.  THE SALES REPRESENTATIVES.

7  A.  FOR MERCK.

8  Q.  YES.  IT'S DATED APRIL 21, 2004.

9  A.  CORRECT.

10  Q.  DO YOU SEE THAT, DOCTOR?  DOES IT REFER TO YOUR PARTICULAR

11  STUDY?

12  A.  YES.

13  Q.  IT'S CALLED AN OBSTACLE RESPONSE.  DO YOU SEE THAT?

14  A.  YES.

15  Q.  DID YOU CONSIDER YOUR PAPER AN OBSTACLE?

16  A.  NO.

17  Q.  YOU'RE SMILING.  WHY DO YOU SMILE?

18  A.  IT WAS AN IMPORTANT FINDING ABOUT THE RISKS OF A VERY,

19  VERY WIDELY USED DRUG IN RELATION TO A VERY COMMON AND

20  IMPORTANT AND DANGEROUS SIDE EFFECT THAT WAS ONLY AN OBSTACLE,

21  I SUPPOSE, FROM THE PERSPECTIVE OF VIOXX SALES, BUT IT WAS NOT

22  AN OBSTACLE IN TERMS OF SCIENCE.

23  Q.  WHEN IT SAYS "ACTION REQUIRED," IT SAYS, "DO NOT INITIATE

24  DISCUSSIONS ON THE ARTICLE WITH PHYSICIANS."  DO YOU SEE THAT?

25  A.  I SEE THAT.

## Page 343

1  Q.  DOCTOR, AS SOMEBODY WHO HAS BEEN INVOLVED IN ACADEMIC

2  DETAILING, WE SPOKE ABOUT BEFORE, CAN YOU THINK OF ANY

3  MEDICAL OR SCIENTIFIC REASON WHY A RESPONSIBLE DRUG COMPANY

4  WOULD NOT WANT TO HAVE ALL OF THE EVIDENCE DISCUSSED WITH

5  PHYSICIANS?  I'M NOT ASKING YOU TO SPECULATE, DOCTOR.  I'M

6  ASKING YOU, AS SOMEBODY WHO HAS DONE RESEARCH IN THIS AREA, IS

7  THERE ANY MEDICAL OR SCIENTIFIC REASON WHY THIS ARTICLE AND

8  THIS RESEARCH SHOULD NOT BE SHARED WITH DOCTORS?

9  A.  NO.

10  Q.  WHY NOT?

11  A.  AS SOMEONE WHO HAS SPENT HIS LIFE STUDYING HOW DOCTORS

12  MAKE PRESCRIBING DECISIONS AND WRITTEN PAPERS ABOUT AND

13  CONDUCTED PROGRAMS IN THE FAIR AND EVIDENCE-BASED PRESENTATION

14  OF BOTH BENEFIT AND RISK DATA TO PHYSICIANS SO THAT THEY CAN BE

15  HELPED TO MAKE MORE APPROPRIATE DECISIONS TO BENEFIT THEIR

16  PATIENTS, I CAN THINK OF NO REASON THAT ANYBODY WOULD-- NO

17  LEGITIMATE REASON WHY IT WOULD BE EVER APPROPRIATE TO SUPPRESS

18  NEGATIVE FINDINGS ABOUT A DRUG RISK.

19  Q.  IS THERE ANYTHING IN THIS OBSTACLE RESPONSE THAT INDICATES

20  THAT MERCK FUNDED THIS STUDY, APPROVED THE PROTOCOL, APPROVED

21  THE STATISTICAL ANALYSIS, AND WORKED ON THE MANUSCRIPT?

22  A.  NO.

23  Q.  DOCTOR, I WOULD LIKE FOR YOU TO TURN -- AND I'M GOING TO

24  SWITCH TOPICS FOR MOMENT.  LET'S GO TO AVORN EXHIBIT 9, WHICH

25  IS IN YOUR BINDER THERE.  IT'S AN ARTICLE ENTITLED, "ADJUSTING

## Page 344

1  FOR UNMEASURED CONFOUNDERS."

2  A.  YES.

3  Q.  DO YOU REMEMBER THAT STUDY?

4  A.  YES.

5  Q.  WAS THAT MERCK-FUNDED?

6  A.  YES.

7  Q.  WHAT WAS THE PURPOSE OF THAT STUDY?

8  A.  WE WANTED TO BE CERTAIN, WHEN WE FOUND THAT THERE WAS A

9  HIGHER RISK OF HEART ATTACK IN PATIENTS TAKING VIOXX -- AS I

10  SAID BEFORE, WE WANTED TO MAKE SURE THAT, TO BE FAIR TO THE

11  DRUG, THAT WAS NOT BECAUSE PEOPLE WHO HAPPENED TO BE ON VIOXX

12  WERE SICKER OR MORE LIKELY TO BE SMOKERS, WHICH WE KNOW CAUSES

13  HEART ATTACK, OR MIGHT HAVE BEEN MORE OVERWEIGHT OR PERHAPS

14  WERE LESS LIKELY TO BE TAKING ASPIRIN.

15        THESE ARE ALL POTENTIAL RISK FACTORS FOR HEART

16  ATTACK, BUT WE DID NOT HAVE INFORMATION ABOUT THEM IN OUR DATA,

17  ABOUT THEIR DRUG PRESCRIPTIONS AND THEIR MEDICAL HISTORY.  WE

18  WANTED TO HAVE SOME INDEPENDENT ASSESSMENT OF MAYBE PEOPLE WHO

19  WERE TAKING VIOXX WERE SICKER THAN PEOPLE TAKING CELEBREX.  IF

20  THAT WAS THE CASE, IT WOULD CAST OUR FINDINGS INTO DOUBT, AND

21  WE WANTED TO GET IT RIGHT.

22  Q.  WHEN YOU DID THE STUDY, WHAT DID YOU FIND?

23  A.  THAT THERE WAS NO MEANINGFUL DIFFERENCE BETWEEN VIOXX

24  USERS AND CELEBREX USERS; AND, IN FACT, TO THE VERY SMALL

25  EXTENT THAT THERE WAS A LITTLE BIT OF A DIFFERENCE, IT

DAILY COPY

## Page 345

1  INDICATED THAT OUR FINDINGS WOULD HAVE UNDERESTIMATED THE RISK
2  OF VIOXX.
3  Q.  GOING TO THE NEXT DOCUMENT, EXHIBIT 6, IT'S ANOTHER
4  ARTICLE, "DETERMINANTS OF SELECTIVE COX-2 PRESCRIBING."
5  A.  YES.
6  Q.  DO YOU SEE THAT?
7  A.  YES.
8  Q.  "ARE PATIENT OR PHYSICIAN CHARACTERISTICS MORE IMPORTANT?"
9  A.  RIGHT.
10  Q.  DO YOU SEE THAT?
11  A.  YES.
12  Q.  OKAY.  IS THAT AN ARTICLE YOU WROTE?
13  A.  YES, WITH MY TEAM.
14  Q.  IT WAS PUBLISHED IN 2003?
15  A.  YES.
16  Q.  WHAT, IF ANYTHING, BRIEFLY, DID YOU CONCLUDE?
17  A.  WELL, WE WERE AT THAT POINT TRYING TO UNDERSTAND HOW IT
18  COULD BE THAT THE USE OF COX-2 DRUGS, BOTH VIOXX AND CELEBREX,
19  WERE GOING THROUGH THE ROOF, DESPITE THE FACT THAT THEY HAD
20  NEVER BEEN SHOWN TO BE BETTER PAIN-RELIEVERS OR
21  ANTI-INFLAMMATORY DRUGS.  WITH THE EVIDENCE THAT WAS ALREADY
22  OUT THERE ABOUT THEIR RISKS, THE BENEFIT THAT THEY HAD IN
23  RELATION TO LESS STOMACH SYMPTOMS DID NOT SEEM, TO US, TO BE
24  ENOUGH REASON TO EXPLAIN THAT ASTRONOMICAL RISE.  SO WE LOOKED
25  IN OUR DATABASE AT THE PATTERNS OF USE AND WE THOUGHT, WELL,

## Page 346

1  MAYBE THERE ARE MORE PEOPLE OUT THERE WHO ARE GETTING THIS DRUG
2  BECAUSE THEY HAVE A HISTORY OF ULCER OR A BLEEDING PROBLEM OR
3  ARE ON ANTICOAGULANTS, ALL OF WHICH WOULD BE REASONS TO USE
4  THEM.
5  Q.  WHAT DID YOU FIND?
6  A.  WE FOUND THAT THAT REALLY DIDN'T PREDICT WHO WAS GETTING
7  THESE DRUGS.
8  Q.  IN THE CONCLUSION, IF YOU GO TO PAGE 720, IT SAYS,
9  "IMPORTANT QUESTIONS HAVE EMERGED AS TO WHETHER OR NOT POSSIBLE
10  INCREASES IN CARDIOVASCULAR RISK ASSOCIATED WITH THESE AGENTS
11  SHOULD LIMIT THEIR USE TO PATIENTS WHO ARE MOST LIKELY TO
12  BENEFIT FROM APPROVED GASTROINTESTINAL SAFETY."
13  A.  CORRECT.
14  Q.  WHAT, IF ANYTHING, ARE YOU SAYING HERE ABOUT THE
15  RISK/BENEFIT OF VIOXX?
16  A.  THAT BY 2003 WE WERE WRITING THAT THERE WAS ALREADY, AS WE
17  SAY, IMPORTANT QUESTIONS ABOUT WHETHER THEY INCREASE
18  CARDIOVASCULAR RISK AND THAT, THEREFORE, THESE SHOULD BE DRUGS
19  USED IN PATIENTS IN WHOM IT'S WORTH TAKING THAT RISK IF YOU
20  REALLY NEEDED TO HAVE A DRUG THAT WAS GENTLER ON THE STOMACH,
21  BUT NOT IN OTHER PEOPLE WHO DIDN'T NEED THAT EXTRA DEGREE OF
22  STOMACH PROTECTION.
23  Q.  COULD YOU TURN TO PAGE 719.
24  A.  YES.
25  Q.  IT SAYS "OTHER FACTORS" IN THE MIDDLE OF THE PAGE.  "OTHER

## Page 347

1  FACTORS MAY ALSO BE IMPORTANT CORRELATES TO PRESCRIBING SUCH AS
2  PATIENT EDUCATION LEVEL AND SOCIAL" WORK, AS WELL AS --
3  A.  "SOCIAL NETWORK."
4  Q.  "SOCIAL NETWORK" AND "PATIENT EXPOSURE TO ADVERTISING."
5  DO YOU SEE THAT?
6  A.  "PATIENT AND PHYSICIAN EXPOSURE TO ADVERTISING."
7  Q.  WHAT DID YOU MEAN BY THAT?
8  A.  THAT SINCE WE COULDN'T EXPLAIN THE VERY, VERY WIDESPREAD
9  USE OF THESE DRUGS BASED ON THEIR BEING PRESCRIBED TO PATIENTS
10  IN WHOM IT WOULD BE WORTH THE TRADEOFF OF HIGHER HEART ATTACK
11  RISK IN EXCHANGE FOR PERHAPS MORE ULCER PROTECTION, THAT THERE
12  MUST BE SOMETHING ELSE GOING ON.  ONE OF THE FACTORS THAT WAS
13  AN OBVIOUS POTENTIAL CAUSE WAS THE EXTENSIVE ADVERTISING TO
14  PATIENTS AND TO DOCTORS.
15  Q.  HAVE YOU WRITTEN ABOUT THE EFFECT OF DIRECT-TO-CONSUMER
16  ADVERTISING IN COMMERCIAL DETAILING ON PRESCRIBING PRACTICES?
17  A.  YES, I HAVE.
18  Q.  WHAT, IF ANY, EFFECT DOES DIRECT-TO-CONSUMER ADVERTISING
19  HAVE ON PHYSICIAN PRESCRIBING BEHAVIOR?
20  A.  AS I HAVE WRITTEN AND AS MANY PEOPLE HAVE FOUND, IT DRIVES
21  PHYSICIAN PRESCRIBING, WHICH IS WHY IT GETS DONE SO MUCH.  THE
22  PATIENTS WILL OFTEN TELL A DOCTOR, "I SAW THIS AD" OR "I HEARD
23  THIS COMMERCIAL.  DO YOU THINK I OUGHT TO BE ON THIS DRUG?
24  GIVE ME THIS DRUG."
25  Q.  NOW, YOU HAVE TESTIFIED TO A LOT OF ISSUES THAT YOU

## Page 348

1  DEVELOPED DURING THE COURSE OF YOUR WORK WITH MERCK AND DURING
2  THE COURSE OF THE TIME THE DRUG WAS ON THE MARKET.  DO YOU HOLD
3  THOSE OPINIONS AND THINGS THAT YOU HAVE TESTIFIED TO TO A
4  REASONABLE DEGREE OF MEDICAL CERTAINTY, DOCTOR?
5  A.  YES, I DO.
6  Q.  YOU STILL HOLD THOSE OPINIONS TO A REASONABLE DEGREE OF
7  MEDICAL CERTAINTY TODAY?
8  A.  ABSOLUTELY.
9  Q.  DO YOU FEEL IT IMPORTANT TO THE ISSUES THAT WE ASKED YOU
10  TO ADDRESS TO REVIEW THE DEPOSITION TESTIMONY OR THE TRIAL
11  TESTIMONY OF EVERY MERCK WITNESS WHO HAS TESTIFIED IN THIS
12  LITIGATION?
13  A.  THAT WOULD NOT EVEN BE POSSIBLE, EVEN IF I WANTED TO, BUT
14  MY CONCERN HAS BEEN ON WHAT WAS DONE AND SAID AND ACTED UPON AT
15  THE TIME, NOT A RECONSTRUCTION OF THAT YEARS LATER IN THE MIDST
16  OF LITIGATION.
17  Q.  NOW, LET ME ASK YOU SOME OF YOUR OPINIONS, GENERALLY, AND
18  WE CAN HOPEFULLY MOVE THROUGH THESE FAIRLY QUICKLY.  DOCTOR, WE
19  ADDRESSED THIS PREVIOUSLY ABOUT WHAT YOUR OPINIONS WERE AT THE
20  TIME THAT YOU WERE STUDYING VIOXX.  LET'S MOVE FORWARD IN TIME.
21  AS OF TODAY, DO YOU HAVE AN OPINION TO A REASONABLE DEGREE OF
22  MEDICAL CERTAINTY AS TO WHETHER OR NOT VIOXX WAS ANY MORE
23  EFFECTIVE AS A PAIN-RELIEVER THAN OTHER NONSTEROIDAL
24  ANTI-INFLAMMATORIES, WHETHER IT BE ASPIRIN, MOTRIN, NAPROXEN,
25  ALL THE OTHERS WE HAVE TALKED ABOUT?

41  (Pages 345 to 348)

## Page 349

1  A.  YES, I HAVE SUCH AN OPINION.

2  Q.  WHAT IS YOUR OPINION?

3  A.  MY OPINION -- I THINK IT'S PRETTY UNIVERSAL -- IS THAT

4  THERE'S REALLY NO EVIDENCE THAT VIOXX WAS OR IS ANY MORE

5  EFFECTIVE AS AN ANALGESIC OR A PAIN-RELIEVER THAN ANY OF THE

6  OLDER NONSTEROIDS ON THE MARKET.

7  Q.  DO YOU KNOW WHETHER OR NOT MERCK EVER CLAIMED THAT VIOXX

8  WAS BETTER AT PAIN RELIEF THAN ANY OTHER DRUG THAT WAS ON THE

9  MARKET?

10  A.  IT DID NOT.

11  Q.  IS THAT IMPORTANT IN APPLYING THE RISK/BENEFIT ANALYSIS

12  THAT WE TALKED ABOUT BEFORE?

13  A.  YES.  BECAUSE IF THERE WERE A DRUG THAT WAS-- WHEN VIOXX

14  FIRST CAME OUT, THERE WERE A LOT OF ARTICLES IN THE PAPERS

15  CALLING IT THE SUPER ASPIRIN AND KIND OF IMPLYING THAT IT

16  WORKED MUCH BETTER THAN ASPIRIN OR MOTRIN.  IF THAT WERE TRUE,

17  THEN MAYBE FOR SOMEBODY WITH REALLY BAD ARTHRITIS YOU MIGHT

18  EVEN BE WILLING TO CONSIDER A SLIGHT INCREASE IN SOME OTHER

19  RISKS IF THIS WAS REALLY THE MOST FANTASTIC PAIN-RELIEVER EVER,

20  BUT IT'S ABOUT AS GOOD AS ALL THE OTHERS WE HAVE.

21  Q.  LET ME GO ON.  DO YOU KNOW WHETHER OR NOT-- DO YOU HAVE AN

22  OPINION AS TO WHETHER OR NOT VIOXX HAD ANY EFFECT ON THE GI

23  SYSTEM?

24  A.  YES.

25  Q.  WHAT IS THAT OPINION?

## Page 350

1  A.  WELL, LIKE ALL DRUGS IN THE NONSTEROIDAL CLASS, IT'S MORE

2  IRRITATING THAN NOT TAKING ANYTHING.  BUT IT ALSO, IN THE VIGOR

3  STUDY, WAS FOUND TO ACTUALLY BE LESS IRRITATING TO THE STOMACH

4  AND LESS PRODUCING OF IMPORTANT GASTRIC PROBLEMS THAN OTHER

5  DRUGS LIKE NAPROXEN, IN PARTICULAR.

6  Q.  IN ASSESSING THE BENEFITS AND THE RISKS OF VIOXX, HAVE YOU

7  CONSIDERED THE FACT THAT, AT LEAST COMPARED TO NAPROXEN, IT HAD

8  A BETTER GI BENEFIT?

9  A.  YES.  THAT WAS ACTUALLY THE SUBSTANCE OF THE DISCUSSIONS

10  THAT I HAD WITH MY COLLEAGUES AROUND THE TIME THAT THE VIGOR

11  DATA WAS COMING OUT; THAT, WELL, IF IT'S WORSE FOR YOUR HEART

12  BUT BETTER FOR YOUR STOMACH, IS THAT A TRADEOFF THAT WAS WORTH

13  MAKING.  BECAUSE OFTEN, IN EITHER PRACTICE OR RESEARCH OR

14  TEACHING MEDICAL STUDENTS OR RESIDENTS, I HAVE TO CONFRONT THE

15  ISSUE OF THIS DRUG IS WORSE IN THIS RESPECT, BUT BETTER IN THIS

16  RESPECT, AND HOW DO YOU BALANCE THOSE TWO.  THERE'S A COUPLE OF

17  SECTIONS IN MY BOOK ABOUT THAT, BECAUSE A LOT OF DRUGS WILL

18  HAVE SOME PLUSES AND SOME MINUSES, AND YOU HAVE TO BE ABLE TO

19  MEASURE THEM AND THEN WEIGH THEM.

20  Q.  DO YOU KNOW WHETHER OR NOT MERCK, IN CONNECTION WITH

21  VIOXX, AS TIME WENT ON, SUGGESTED THAT PATIENTS WHO ARE AT RISK

22  FOR HEART PROBLEMS SHOULD TAKE ASPIRIN?

23  A.  YES.

24  Q.  THAT VIOXX WAS NO SUBSTITUTE FOR ASPIRIN?

25  A.  CORRECT.  THEY STATED THAT.

## Page 351

1  Q.  IN PATIENTS IN WHICH ASPIRIN AND VIOXX WERE TAKEN, HOW DID

2  THAT AFFECT THE GI BENEFIT?  DO YOU HAVE AN OPINION AS TO THAT?

3  A.  I HAVE AN OPINION.

4  Q.  WHAT IS THAT OPINION?

5  A.  WELL, BASED ON MERCK'S OWN STUDY -- THEY DID A STUDY,

6  WHICH I THINK WAS CALLED THE ASPIRIN ENDOSCOPY STUDY, IN WHICH

7  THEY ACTUALLY LOOKED AT WHETHER OR NOT THE

8  GENTLER-ON-YOUR-STOMACH ADVANTAGE OF VIOXX WOULD STILL BE THERE

9  IN PATIENTS WHO NEEDED TO TAKE A BABY ASPIRIN A DAY TO PROTECT

10  THEIR HEART.  BECAUSE AFTER THE VIGOR STUDY CAME OUT, MERCK

11  THEMSELVES WERE SAYING, IF YOU NEED TO BE ON ASPIRIN WHILE

12  YOU'RE TAKING VIOXX, YOU SHOULD TAKE ASPIRIN TO PROTECT YOUR

13  HEART.  IN THE STUDY WHICH THEY CONDUCTED OF PATIENTS WHO WERE

14  GIVEN BOTH ASPIRIN AND VIOXX, WHAT THEY FOUND WAS THAT THE

15  PROTECTIVE EFFECT ON THE STOMACH OF VIOXX WAS ACTUALLY LOST IF

16  A PATIENT WAS TAKING ASPIRIN IN ADDITION; THAT IS, YOU COULDN'T

17  DEMONSTRATE THE GASTROPROTECTIVE EFFECT OF VIOXX IF A PATIENT

18  WAS TAKING A BABY ASPIRIN ALONGSIDE IT.

19  Q.  DO YOU HAVE AN OPINION THAT YOU HOLD TO A REASONABLE

20  DEGREE OF MEDICAL AND SCIENTIFIC CERTAINTY AS TO WHETHER OR NOT

21  VIOXX IS CAPABLE OF CAUSING HEART ATTACKS IN HUMAN BEINGS?

22  A.  I HAVE AN OPINION.

23  Q.  WHAT IS THAT OPINION?

24  A.  THAT VIOXX DOES CAUSE HEART DISEASE, SPECIFICALLY HEART

25  ATTACKS, IN HUMAN BEINGS.

## Page 352

1  Q.  WOULD YOU BRIEFLY GIVE US THE BASIS OF THAT OPINION.

2  A.  YES.  I THINK THAT THERE'S A NUMBER OF DIFFERENT REASONS

3  FOR COMING TO THAT OPINION; ALL OF WHICH, IN MY VIEW, POINT IN

4  THE SAME DIRECTION.

5  Q.  WHAT ARE THE BASES OF YOUR OPINION, AS AN EPIDEMIOLOGIST,

6  THAT VIOXX IS CAPABLE OF CAUSING HEART ATTACKS IN HUMAN BEINGS?

7  A.  THE CLINICAL TRIAL EVIDENCE I THINK IS THE NUMBER ONE

8  STRONGEST INDICATION OR EVIDENCE FOR THIS.  RANDOMIZED

9  CONTROLLED CLINICAL TRIALS, DOUBLE-BLIND, IN WHICH PATIENTS WHO

10  WERE GIVEN VIOXX COMPARED TO OTHER DRUGS, THE CONSISTENCY OF

11  THE EVIDENCE THAT VIOXX CAUSES A HIGHER NUMBER OF HEART ATTACKS

12  OR OTHER CARDIOVASCULAR ADVERSE EVENTS, FROM A NUMBER OF

13  STUDIES WHICH WE COULD GO THROUGH, THAT IS ONE KEY FOUNDATION

14  OF THIS ASSOCIATION.  THAT WAS FOUND IN VIGOR, IN 090, IN

15  ADVANTAGE, IN A NUMBER OF STUDIES, MOST OF WHICH ACTUALLY WERE

16  CONDUCTED BY MERCK, WHICH SHOWED A HIGHER --

17  Q.  APPROVE?

18  A.  I'M SORRY?

19  Q.  APPROVE?  DOES APPROVE FIT IN THERE?

20  A.  APPROVE.  I'M SORRY.  THAT WAS THE ONE THAT GOT IT OFF THE

21  MARKET.  ALL THOSE ARE STUDIES WHICH SHOWED A HIGHER RATE OF

22  HEART ATTACKS AND OTHER CARDIOVASCULAR OUTCOMES IN PATIENTS

23  GIVEN VIOXX.  THAT IS ONE LINE OF EVIDENCE.

24      THE OTHER LINE OF EVIDENCE, WHICH IS TOTALLY SEPARATE

25  BUT ALSO POINTS IN THE SAME DIRECTION, IS STUDIES OF THE KIND

42  (Pages 349 to 352)

## Page 353

1  THAT WE HAVE DONE WHERE YOU LOOK AT PEOPLE TAKING VIOXX
2  COMPARED TO PEOPLE TAKING CELEBREX COMPARED TO OTHER
3  MEDICATIONS AND, AGAIN, FINDING THAT THE PEOPLE TAKING VIOXX
4  OUT THERE IN THE NORMAL WORLD, NOT IN THE CLINICAL TRIAL, ARE
5  HAVING MORE HEART ATTACKS THAN PEOPLE NOT TAKING IT.  THEN, IN
6  A WAY, THE ICING ON THE CAKE IS IF THERE IS SOME REASON FOR
7  BEING ABLE TO SAY WE THINK WE MAY KNOW WHY THIS HAPPENS, THAT
8  IS ADDITIONAL HELPFUL INFORMATION.
9  Q.  DID YOU HAVE ALL THREE OF THOSE IN CONNECTION WITH-- TO
10  SUPPORT VIOXX?
11  A.  YES.  I THINK ALL THREE LINES OF ARGUMENT WERE PRESENT AND
12  REASONABLY CLEAR IN THE CASE OF VIOXX.
13  Q.  MOVING FORWARD, DOCTOR, DO YOU HAVE AN OPINION AS TO
14  WHETHER OR NOT IT IS GENERALLY ACCEPTED IN THE MEDICAL AND
15  SCIENTIFIC COMMUNITY TODAY THAT VIOXX IS CAPABLE OF CAUSING
16  HEART ATTACKS IN HUMAN BEINGS?
17  A.  YES.  THAT WAS THE UNANIMOUS VIEW OF THE FDA ADVISORY
18  COMMITTEE THAT MET IN 2005.
19  Q.  WHEN YOU SAY "THE UNANIMOUS VIEW," WHAT DO YOU MEAN?
20  A.  I THINK THERE WERE 32 PEOPLE VOTING AND I BELIEVE THAT
21  32 -- IN ANSWER TO THE QUESTION DOES VIOXX CAUSE CARDIOVASCULAR
22  DISEASE IN HUMANS, I THINK 32 OUT OF THE 32 SAID YES, AND I
23  DON'T THINK ANYONE SAID NO.
24  Q.  DR. AVORN, DO YOU HAVE AN OPINION THAT YOU HOLD TO A
25  REASONABLE DEGREE OF MEDICAL CERTAINTY AS TO WHETHER OR NOT A

## Page 354

1  PERSON WHO HAS TO BE TAKING VIOXX FOR ANY PARTICULAR PERIOD OF
2  TIME BEFORE THEY ARE ACTUALLY AT RISK FOR A VIOXX-INDUCED HEART
3  ATTACK?
4  A.  WELL, IN OUR STUDY WE FOUND AN INCREASE IN RISK IN 1 TO 30
5  DAYS AS WELL AS 30 TO 90 DAYS.  WE HAVE RECENTLY, JUST IN THE
6  LAST WEEK OR TWO, SEEN THAT THE CONTENTION--
7  Q.  LET ME ASK YOU A QUESTION.
8  A.  OKAY.
9  Q.  HAS THERE BEEN ANY EVIDENCE THAT HAS COME OUT IN THE PAST
10  TWO DAYS THAT SUPPORTS YOUR OPINION THAT THERE IS NOT A PERIOD
11  OF TIME IN WHICH IT IS NECESSARY FOR A PERSON TO BE ON VIOXX
12  BEFORE THEY DEVELOP A VIOXX-INDUCED HEART ATTACK?
13  A.  LET'S CALL IT THE LAST WEEK BECAUSE IT WAS PUT UP ON THE
14  WEBSITE OF THE NEW ENGLAND JOURNAL OF MEDICINE IN THE LAST
15  SEVERAL DAYS, BUT I DON'T REMEMBER IF IT WAS TWO OR THREE.
16  Q.  GO AHEAD.
17  A.  BUT IT HAS JUST BECOME KNOWN TO THE WORLD-AT-LARGE THAT
18  THE ANALYSIS WHICH WAS PERFORMED ON THE DATA FROM THE APPROVE
19  STUDY, WHICH WAS THE STUDY THAT WAS RELEASED IN SEPTEMBER OF
20  2004, WHICH WAS THE OCCASION FOR WITHDRAWING THE DRUG FROM THE
21  MARKET, THAT THE ANALYSIS WHICH WAS INITIALLY DONE AND REPORTED
22  IN THE NEW ENGLAND JOURNAL OF MEDICINE, TO THEIR EMBARRASSMENT,
23  WAS INCORRECT AND THAT IT WAS-- IT LOOKED AT THIS ISSUE OF
24  BEFORE 18 MONTHS VERSUS AFTER 18 MONTHS IN A WAY THAT WAS
25  ERRONEOUS IN A STATISTICAL SENSE, AND THAT IF ONE LOOKS AT IT

## Page 355

1  IN THE CORRECT WAY THAT THERE IS NOT THIS PHENOMENON OF NO
2  EFFECT BEFORE 18 MONTHS, AND THEN THE EFFECT STARTS.  IF I
3  COULD JUST COMPLETE THE THOUGHT, THE NEW ENGLAND JOURNAL
4  REQUIRED THE AUTHORS OF THAT PAPER TO PUBLISH A CORRECTION TO
5  THEIR ORIGINAL REPORT, WHICH IS THE NEW ELEMENT THAT HAS COME
6  OUT IN JUST THE LAST FEW DAYS.
7  Q.  DOCTOR, ARE THERE ANY OTHER CLINICAL TRIALS THAT YOU ARE
8  AWARE OF, IN REVIEWING THE MATERIALS WE ASKED YOU TO REVIEW,
9  WHICH WERE SHORTER-TERM STUDIES WHERE RISKS WERE SEEN?
10  A.  YES.  THE VIGOR STUDY ITSELF ONLY LASTED NINE MONTHS, AND
11  THAT WAS THE STUDY IN WHICH THE FOUR OR FIVEFOLD INCREASE IN
12  HEART ATTACKS WAS SEEN.  SO IF THERE WAS NO EFFECT BEFORE 18
13  MONTHS, IT WOULD HAVE NOT BEEN SEEN IN VIGOR, BUT IT WAS.  IN
14  ADDITION, STUDIES LIKE ADVANTAGE AND STUDY 090 WERE MUCH
15  BRIEFER THAN THAT, AND THEY ALSO FOUND AN EFFECT THAT WAS
16  DIFFERENT IN VIOXX USERS VERSUS THE COMPARISON GROUP IN WELL
17  UNDER SIX MONTHS.
18  Q.  LOOKING AT ALL OF THOSE TOGETHER, IN YOUR OPINION DID A
19  PATTERN EMERGE THAT IN ANY WAY SUGGESTED, GOOD OR BAD, THAT
20  THERE WAS NOT A CUTOFF PERIOD OF TIME WHERE THE RISK BEGINS?
21  A.  I THINK, LOOKING AT ALL THE DATA TOGETHER FROM THE
22  CLINICAL TRIALS AND, IN ADDITION, SEPARATELY LOOKING AT THE
23  DATA FROM THE OBSERVATIONAL OR THE EPIDEMIOLOGIC STUDIES, THE
24  TOTALITY OF THE EVIDENCE DOES NOT SUGGEST THAT THERE IS A,
25  QUOTE, SAFE PERIOD EARLY ON WHEN YOU DON'T GET INTO TROUBLE

## Page 356

1  WITH THE DRUG.
2  Q.  DOCTOR, WE TALKED ABOUT THE VIGOR STUDY IN THE EARLIER
3  PART OF YOUR DEPOSITION.  HAVE YOU SINCE COME TO LEARN THAT THE
4  DATA FROM THE VIGOR STUDY IS DIFFERENT THAN YOU INITIALLY
5  THOUGHT IT WAS AT THE TIME IT WAS PUBLISHED?
6  A.  YES.
7  Q.  WHAT DID YOU UNDERSTAND IS NOW DIFFERENT THAN WHAT WAS
8  ORIGINALLY REPORTED BY MERCK IN NOVEMBER OF 2000?
9  A.  WELL, APPARENTLY-- NOT APPARENTLY.  IT IS NOW AGREED, I
10  THINK, BY ALL PARTIES THAT THERE WERE THREE CASES OF HEART
11  ATTACK IN PATIENTS WHO WERE IN THE VIGOR STUDY, WHO ACTUALLY
12  WERE IN THE VIOXX ARM OF THE VIGOR STUDY, WHOSE HEART ATTACKS
13  WERE NOT INCLUDED IN THE ORIGINAL REPORT AS IT WAS PUBLISHED IN
14  THE NEW ENGLAND JOURNAL OF MEDICINE.
15  Q.  WERE THOSE IN ANY PARTICULAR SUBGROUP IN THE VIGOR STUDY
16  THAT IS OF CLINICAL IMPORTANCE?
17  A.  ALL OF THEM WERE IN WHAT WAS CALLED THE
18  ASPIRIN-NOT-INDICATED GROUP, WHICH WAS THE SUPPOSEDLY LOWER
19  RISK FOR CARDIAC DISEASE SUBGROUP OF THE STUDY.
20  Q.  IN TERMS OF WHAT WE CALL THE "NAPROXEN ISSUE," WHAT
21  SIGNIFICANCE -- IN AS SIMPLE A WAY AS YOU CAN EXPLAIN IT, WHAT
22  SIGNIFICANCE IS IT THAT THE THREE DEATHS --
23  A.  HEART ATTACKS.
24  Q.  -- HEART ATTACKS WERE NOT IN THE ASPIRIN-INDICATED GROUP?
25  A.  OKAY.  THE FACT THAT THE THREE HEART ATTACKS THAT WERE NOT

DAILY COPY

## Page 357

1  ORIGINALLY REPORTED IN THE PUBLICATION OF THE VIGOR STUDY, THE
2  IMPORTANCE OF THEIR HAVING ALL OCCURRED IN THE, QUOTE,
3  ASPIRIN-NOT-INDICATED GROUP IS THE FOLLOWING:
4      THE ARGUMENT THAT WAS BEING MADE IN THE VIGOR STUDY
5  AS IT WAS PUBLISHED WAS THAT THE REASON THAT THERE WERE MORE
6  HEART ATTACKS SEEN IN PEOPLE TAKING VIOXX COMPARED TO PEOPLE
7  TAKING NAPROXEN WAS THAT NAPROXEN HAD THIS VERY POWERFUL
8  ASPIRIN-LIKE EFFECT ON YOUR PLATELETS, WHICH MADE THEM NOT
9  CLOT, AND THAT VIOXX DIDN'T HAVE THAT EFFECT, AND THAT'S HOW
10  NAPROXEN WAS SUPPOSEDLY PREVENTING HEART ATTACKS RATHER THAN
11  HAVING VIOXX CAUSE HEART ATTACKS.
12      THE IMPORTANCE OF THOSE THREE CASES OCCURRING IN THE
13  PATIENTS WHO DIDN'T NEED ASPIRIN GROUP IS THAT THAT DOESN'T
14  FIT; THAT IF THE ISSUE WAS THAT VIOXX LACKED THE ASPIRIN-LIKE
15  EFFECT THAT NAPROXEN SUPPOSEDLY HAD, THEN YOU WOULD NOT EXPECT
16  PEOPLE WHO DIDN'T NEED ASPIRIN TO DO ANY WORSE.  BUT, IN FACT,
17  THE PEOPLE WHO DIDN'T NEED ASPIRIN ALSO DID WORSE ON VIOXX,
18  WHICH IS CONSISTENT WITH THE IDEA THAT IT WASN'T JUST ABOUT
19  SOME IMAGINED NAPROXEN PROTECTIVE EFFECT BUT, RATHER, ABOUT THE
20  LIKELIHOOD-- WHICH I THINK IS NOW QUITE PLAUSIBLE-- THAT VIOXX
21  WAS ACTUALLY PRECIPITATING THE HEART ATTACKS.
22  Q.  LET'S GO TO THE NEXT QUESTION THAT WE ASKED YOU TO
23  ADDRESS, WHICH IS MERCK'S INVESTIGATION AND MANAGEMENT OF--
24  INVESTIGATION OF THE POTENTIAL OF VIOXX TO CAUSE HEART ATTACKS
25  AND THEIR MANAGEMENT OF THAT ISSUE, THE STUDIES, THE

## Page 358

1  COMMUNICATIONS, ET CETERA.  FIRST OF ALL, HAVE YOU REVIEWED
2  DOCUMENTS THAT WERE BEFORE THE NEW DRUG APPLICATION WAS FILED
3  FOR VIOXX?
4  A.  YES.  THERE WERE SOME INITIAL REPORTS OF CLINICAL TRIALS
5  THAT HAD BEEN CONDUCTED.
6  Q.  WHAT IS THE TERM "SIGNAL," DOCTOR?  FIRST OF ALL, IS THE
7  TERM "SIGNAL" SOMETHING THAT IS COMMONLY USED IN YOUR FIELD OF
8  PHARMACOEPIDEMIOLOGY?
9  A.  YES.
10  Q.  WOULD YOU PLEASE EXPLAIN TO THE JURY WHAT A "SIGNAL" IS.
11  A.  YES.  I THINK A GOOD REGULAR LANGUAGE WORD WOULD BE
12  "CLUE," THAT IF THERE MAY BE SOME EVIDENCE THAT COMES UP THAT
13  IS NOT IN ITSELF A SLAM-DUNK PROOF THAT THERE'S A PROBLEM, BUT
14  SOMETHING THAT MIGHT BE CALLED A SMOKING GUN, SOMETHING THAT
15  SURE LOOKS SUSPICIOUS AND WARRANTS FOLLOW-UP EVEN THOUGH, IN
16  ITSELF, IT DOES NOT ABSOLUTELY WRAP UP THE CERTAINTY THAT
17  THERE'S A PROBLEM.
18  Q.  DOCTOR, DO YOU HAVE AN OPINION AS TO WHETHER OR NOT MERCK
19  SHOULD HAVE RECOGNIZED-- A REASONABLE AND PRUDENT COMPANY, WITH
20  THE KNOWLEDGE THAT MERCK HAD BEFORE THE DRUG WAS ON THE MARKET,
21  SHOULD HAVE RECOGNIZED THAT THERE WAS A POTENTIAL FOR
22  CARDIOVASCULAR DISEASE IN PATIENTS WHO TOOK VIOXX?
23  A.  YES.  IF ONE LOOKS AT THE TOTALITY OF THE INFORMATION THAT
24  WAS AVAILABLE AS OF THE TIME THAT THE NEW DRUG APPLICATION WAS
25  SUBMITTED, THERE WERE A NUMBER OF PIECES OF INFORMATION FROM

## Page 359

1  CLINICAL TRIAL DATA, AS WELL AS FROM OTHER SOURCES, THAT
2  CERTAINLY RAISED A QUESTION AS TO WHETHER OR NOT THIS WAS A
3  PROBLEM.  I'M NOT SAYING THAT THEY WERE SLAM-DUNK -- TO USE A
4  PHRASE FROM THE CURRENT ADMINISTRATION, "SLAM-DUNK EVIDENCE"
5  THAT THERE WAS A PROBLEM, BUT THAT CERTAINLY WERE VERY
6  SUSPICIOUS WORRIES.
7  Q.  I'M GOING TO HAND YOU WHAT I HAVE MARKED AS EXHIBIT 31.
8  FOR THE RECORD, THIS IS A RESEARCH MANAGEMENT COMMITTEE
9  DOCUMENT DATED OCTOBER 10, 1996, MRK-ABC0048699.  HAVE YOU SEEN
10  THIS DOCUMENT BEFORE?
11  A.  YES, I HAVE.
12  Q.  IS THIS A DOCUMENT YOU RELIED ON IN SUPPORTING YOUR
13  OPINION THAT THERE WAS A, QUOTE, SIGNAL OF POTENTIAL
14  CARDIOTOXICITY FOR VIOXX PRIOR TO THE FILING OF THE NEW DRUG
15  APPLICATION?
16  A.  IN PART.
17  Q.  YES.
18  Q.  WOULD YOU PLEASE GO TO PAGE 8.
19  A.  YES.
20  Q.  FIRST OF ALL, WHAT IS MK-966?
21  A.  THAT WAS THE WORKING NAME FOR VIOXX BEFORE IT WAS CALLED
22  VIOXX.
23  Q.  IS THIS A DOCUMENT THAT IS A MERCK DOCUMENT?
24  A.  YES.
25  Q.  IN SECTION 3 IT INDICATES A SECTION THAT SAYS "ADVERSE
EVENTS."  DO SEE THAT?

## Page 360

1  A.  YES.
2  Q.  WOULD YOU TELL US WHAT, IF ANYTHING, WAS SIGNIFICANT IN
3  YOUR REVIEW OF THIS DOCUMENT WHICH SUPPORTS YOUR OPINIONS.
4  A.  SURE.  IN FAIRNESS, I SHOULD POINT OUT THAT THESE WERE
5  VERY, VERY BIG DOSES OF VIOXX.  THIS WAS BEFORE THEY REALLY
6  KNEW WHAT THE RIGHT DOSE WOULD BE.  SO THESE DOSES WERE 125 TO
7  175 MILLIGRAMS.  I THINK THAT'S PART OF THE PICTURE HERE.
8  Q.  SURE.
9  A.  HAVING SAID THAT, THE SECOND PARAGRAPH-- AND THE OTHER
10  IMPORTANT POINT WAS THAT THIS STUDY LASTED ONLY SIX WEEKS.  SO
11  IT WAS A REALLY REMARKABLY SHORT PERIOD OF TIME IN WHICH YOU
12  REALLY WOULD NOT EXPECT TO SEE A CARDIOVASCULAR RISK BECAUSE IT
13  WAS ONLY A MONTH AND A HALF LONG.
14      THE SECOND PARAGRAPH READS, "ADVERSE EVENTS OF MOST
15  CONCERN WERE IN THE CARDIOVASCULAR SYSTEM, E.G., MI" -- OR
16  HEART ATTACK -- "UNSTABLE ANGINA" -- WHICH IS INCREASING CHEST
17  PAIN FROM HEART DISEASE-- "RAPID FALL IN HEMOGLOBIN AND
18  HEMATOCRIT IN SOME SUBJECTS, AND A SMALL INCREASE IN BLOOD
19  PRESSURE."
20  Q.  THIS WAS OCTOBER 1996?
21  A.  CORRECT.  THE NEXT SENTENCE, WHICH I THINK IS ALSO
22  RELEVANT, "WE PLAN TO EVALUATE MK-966" OR VIOXX "IN A STUDY
23  WHERE SUBJECTS ARE ALSO GIVEN LOW-DOSE ASPIRIN."
24  Q.  WAS THAT STUDY EVER DONE?
25  A.  IT WAS NOT UNTIL THE VIGOR DATA CAME OUT IN 2000 THAT

44  (Pages 357 to 360)

Page 361

1    MERCK BEGAN TO ADVOCATE USING ASPIRIN IN PEOPLE TAKING VIOXX,
2    AND SO THAT WOULD HAVE BEEN, OH, FOUR YEARS LATER.
3    Q.   NOW, DOCTOR, DID YOU ALSO REVIEW IN THE MEDICAL OFFICER
4    REVIEWS FOR VIOXX -- THE FDA MEDICAL OFFICER REVIEW FOR VIOXX
5    WHEN THE DRUG WAS APPROVED?
6    A.   YES.
7    Q.   DID YOU CONSIDER THE VIEWS OF THE MEDICAL OFFICER WHEN
8    FORMING YOUR OPINIONS?
9    A.   YES, BECAUSE THAT WAS WHAT WAS KNOWN AT THE TIME.
10   Q.   WHAT, IF ANY, SIGNIFICANCE -- AND I'M GOING TO TRY TO GO
11   THROUGH THESE FAIRLY QUICKLY.   WHAT, IF ANY, SIGNIFICANCE WAS
12   THERE IN THE CARDIOVASCULAR SECTION OF THE MEDICAL OFFICER
13   REVIEW FOR THE VIOXX CLINICAL TRIAL PROGRAM THAT ASSISTED YOU
14   IN FORMULATING YOUR OPINIONS?
15   A.   WELL, A NUMBER OF THE FDA STAFF THAT WERE EVALUATING
16   VIOXX-- I'M THINKING OF DR. PULAYO, DR. VILLALBA, AND
17   DR. TARGUM-- WERE STRUCK WITH AND NOTICED AND WROTE ABOUT THE
18   FACT THAT THERE APPEARED TO BE AN EXCESS OF CARDIOVASCULAR
19   DISEASE IN PATIENTS WHO WERE GIVEN VIOXX IN THE CLINICAL TRIALS
20   THAT WERE SUBMITTED BY MERCK TO FDA IN THE LATE '90S.
21   Q.   MOVING ON, I WOULD LIKE TO SHOW YOU A DOCUMENT-- I'M GOING
22   TO SHOW YOU A DOCUMENT-- FIRST OF ALL, IS THIS A DOCUMENT THAT
23   YOU REVIEWED IN THE CONTEXT OF YOUR OPINIONS THAT YOU HAVE
24   PREPARED TO RENDER IN THIS CASE?
25   A.   YES.

Page 362

1    Q.   WHAT IS THIS DOCUMENT, DOCTOR?
2    A.   THIS IS LABELED "SCIENTIFIC ADVISORS MEETING, MAY 3-MAY 6,
3    1998."
4    Q.   WHAT IS THIS DOCUMENT?
5    A.   THIS IS A SUMMARY OF THE REPORT OF A GROUP OF SCIENTIFIC
6    ADVISORS THAT MERCK PULLED TOGETHER TO ADVISE IT ON THE
7    DEVELOPMENT OF VIOXX AS IT WAS IN ITS PREAPPROVAL STATE, THAT
8    IS, BEFORE THE FDA APPROVED IT.
9    Q.   WOULD YOU TURN TO PAGE 11 OF THIS DOCUMENT --
10   A.   YES.
11   Q.   -- UNDER THE SECTION ENTITLED "CARDIOVASCULAR."
12   A.   YES.
13   Q.   DO YOU SEE THAT?
14   A.   YES.
15   Q.   WOULD YOU PLEASE TELL THE MEMBERS OF THE JURY WHAT MERCK
16   WAS BEING TOLD BY ITS BOARD OF SCIENTIFIC ADVISORS ABOUT THE
17   POTENTIAL PROBLEMS FOR VIOXX PRIOR TO THE DRUG BEING ON THE
18   MARKET.
19   A.   THE BOARD OF SCIENTIFIC ADVISORS DREW THE COMPANY'S
20   ATTENTION TO THREE SPECIFIC ISSUES THAT ARE NUMBERED HERE.   ONE
21   WAS THE POSSIBILITY OF -- WE TALK ABOUT THIS BALANCE OF COX-1
22   AND COX-2; THAT IF YOU BLOCK COX-2 AND DON'T BLOCK COX-1, THE
23   COMMITTEE -- WHICH WAS OUTSIDE PHARMACOLOGISTS OF SOME
24   RENOWN -- SAID HERE'S SOMETHING THAT COULD HAPPEN, THAT ONE
25   MIGHT EXPECT OR WORRY ABOUT IF YOU BLOCK COX-2 AND DON'T BLOCK

Page 363

1    COX-1 AS MUCH.
2    ONE IS "THE DEVELOPMENT OF LIPID-RICH CORONARY
3    PLAQUES."   THAT'S BASICALLY GUNK DEVELOPED, BUILDING UP IN THE
4    ARTERY OF THE HEART, WHICH CAN THEN ERUPT AND FORM A CLOT AND
5    CAUSE HEART DISEASE.
6    TWO, "THE DESTABILIZATION OF THE CAP OF THESE PLAQUES
7    BY INFLAMMATORY CELLS MAKING THEM RUPTURE-PRONE," AND THAT IS
8    WHAT WE NOW BELIEVE IS THE MECHANISM OF HEART ATTACKS; THAT YOU
9    HAVE THIS FATTY GUNK SITTING IN YOUR ARTERIES AND THEN, FOR
10   SOME REASON, IT RUPTURES, AND THE FAT IS KIND OF SPILLED INTO
11   THE ARTERY, AND THAT CAUSES THE CLOT TO FORM AND THAT CAUSES
12   THE HEART ATTACK.
13   THREE, "THE THROMBOTIC OCCLUSION OF THE VESSEL AT THE
14   SITE OF PLAQUE RUPTURE WITH ENSUING CONSEQUENCES OF ISCHEMIA,"
15   THAT BASICALLY MEANS HAVING A HEART ATTACK.
16   Q.   DOCTOR, PUTTING ALL THE KIND OF EVIDENCE WE HAVE BEEN
17   TALKING ABOUT TOGETHER, DO YOU HAVE AN OPINION AS TO WHETHER OR
18   NOT THERE WAS EVIDENCE PRIOR TO VIOXX BEING ON THE MARKET THAT
19   A REASONABLE AND PRUDENT COMPANY, REVIEWING THE SAFETY PROFILE
20   OF THIS DRUG, WOULD HAVE CONSIDERED IN TERMS OF DESIGNING THEIR
21   CLINICAL TRIAL PROGRAM AND INVESTIGATING THIS SIGNAL?
22   A.   YES.
23   Q.   WHAT IS THAT OPINION?
24   A.   IN DEVELOPING A DRUG OR LOOKING AT DRUG RISKS AND
25   BENEFITS, IT IS NECESSARY TO LOOK NOT JUST AT WHAT IS FOUND IN

Page 364

1    A PARTICULAR STUDY, BUT ALSO WHAT IS ALL THE EVIDENCE ABOUT
2    WHAT MIGHT WORK AND WHAT MIGHT NOT WORK.   IN FACT, WHAT MIGHT
3    WORK CAN BE VERY USEFUL IN PLANNING THE DEVELOPMENT OF THE
4    DRUG.
5    WHEN I TEACH IN A COURSE AT TUFTS MEDICAL SCHOOL FOR
6    DRUG COMPANY EXECUTIVES ABOUT THINKING ABOUT RISKS AND BENEFITS
7    IN DRUG DEVELOPMENT, ONE OF THE POINTS I MENTION IS THAT IT'S
8    KEY TO PULL TOGETHER EVERYTHING THAT'S KNOWN SO THAT YOU CAN
9    PLAN YOUR CLINICAL DEVELOPMENT PROGRAM, WHETHER IT'S ANIMAL
10   STUDIES OR HUMAN STUDIES OR FOLLOW-UP EPIDEMIOLOGIC STUDIES, SO
11   AS TO FOLLOW UP ON SIGNALS.   SOME SIGNALS MAY BE GOOD SIGNALS
12   LIKE HERE IS A POTENTIAL REALLY GOOD EFFECT OF THIS DRUG THAT
13   WE WANT TO FIND OUT MORE ABOUT, AS WELL AS THE BAD SIGNALS.
14   LOOKING AT IT ALL TOGETHER, THERE IS THE EVIDENCE
15   FROM MERCK'S OWN PHARMACOLOGY ADVISORS SAYING HERE'S SOME
16   PROBLEMS THAT YOU GUYS NEED TO KEEP AN EYE OUT FOR BECAUSE
17   SPECIFICALLY, 1, 2, 3, HERE ARE WAYS IN WHICH THIS DRUG MIGHT
18   CAUSE HEART ATTACKS.   NOBODY KNEW SPECIFICALLY AT THE TIME THAT
19   IT WOULD, BUT THEY WERE TOLD WATCH OUT FOR THIS.   I THINK THERE
20   WAS SOME PHRASE IN HERE THAT THEY SHOULD BE ACTIVELY PURSUED,
21   OR SOMETHING TO THAT EFFECT.
22   THERE WERE THE EARLIER CLINICAL TRIALS THAT MERCK HAD
23   PERFORMED IN WHICH, WHATEVER THE DOSE, IF YOU HAVE A DRUG THAT
24   INCREASES HEART ATTACKS IN A SIX-WEEK STUDY, THAT'S AN
25   IMPORTANT SIGNAL TO WORRY ABOUT.

45  (Pages 361 to 364)

Page 365

1    THERE WERE THE ANIMAL STUDIES AND OTHER PHARMACOLOGIC
2  STUDIES THAT SAY, GEE, YOU KNOW, MAYBE BLOCKING COX-2
3  SELECTIVELY IS NOT A TOTALLY GOOD IDEA, MAYBE THERE'S SOME
4  IMPORTANT GOOD THINGS THAT COX-2 DOES THAT YOU DON'T WANT TO
5  BLOCK TOTALLY, AND THAT WAS IN THE LITERATURE BEFORE THE DRUG
6  WAS ON THE MARKET.
7    SO COMBINING THE ADVICE FROM THEIR SCIENTIFIC
8  ADVISORS, THE EVIDENCE FROM THE ANIMAL STUDIES, FROM THE
9  PHARMACOLOGIC LITERATURE, AND THE EVIDENCE FROM THEIR OWN
10  CLINICAL TRIALS SUGGESTING AN INCREASE IN EVENTS -- I'M NOT
11  SAYING THEY SHOULD NOT HAVE MARKETED THE DRUG.  I'M NOT SAYING
12  THEY SHOULD HAVE PULLED IT OFF THE MARKET THE DAY IT WAS
13  APPROVED, BUT I AM SAYING THESE WERE SOME SMOKING GUNS THAT A
14  REASONABLE COMPANY WOULD HAVE SAID, AS WE MARKET THIS DRUG,
15  LET'S MAKE SURE THAT WE'RE ALSO KEEPING AN EYE ON THIS
16  POTENTIAL PROBLEM THAT WE HAVE BEEN WARNED ABOUT FROM MULTIPLE
17  SOURCES.
18  Q.  DR. AVORN, DO YOU HAVE AN OPINION THAT YOU HOLD TO A
19  REASONABLE DEGREE OF MEDICAL CERTAINTY AS TO WHEN THERE WAS
20  REASONABLE EVIDENCE OF AN ASSOCIATION BETWEEN VIOXX AND HEART
21  ATTACKS?
22  A.  YES.
23  Q.  WHAT IS THAT OPINION?
24  A.  THAT SAID, I HAVE SUCH AN OPINION, AND IT IS THAT BY THE
25  TIME THE DATA FROM THE VIGOR STUDY WERE AVAILABLE TO MERCK,

Page 366

1  WHICH WOULD HAVE BEEN THE SPRING OF 2000, COMBINING THE VIGOR
2  DATA WITH THE EVIDENCE FROM THE OTHER CLINICAL TRIALS, ALL OF
3  WHICH MERCK HAD CONDUCTED ITSELF, COUPLED WITH THE GUIDANCE
4  THAT MERCK HAD SOUGHT AND RECEIVED FROM ITS OWN BOARD OF
5  SCIENTIFIC ADVISORS, COUPLED WITH THE PHARMACOLOGIC EVIDENCE
6  THAT WAS OUT THERE IN THE LITERATURE PRIOR TO THAT POINT, BY
7  THE SPRING OF 2000 THE BURDEN OF EVIDENCE WAS ENOUGH TO SUGGEST
8  THAT THERE WAS, INDEED, A REASON FOR CONCERN THAT VIOXX WAS
9  ASSOCIATED WITH HEART ATTACK AND OTHER CARDIOVASCULAR DISEASE
10  IN HUMANS.
11  Q.  LET'S TALK ABOUT A COUPLE OF THOSE TRIALS.  YOU MENTIONED
12  THE ADVANTAGE TRIAL BEFORE.  COULD YOU TELL ME, FIRST OF ALL,
13  WHEN DID THE ADVANTAGE TRIAL DATA BECOME AVAILABLE TO MERCK AS
14  BEST AS YOU COULD TELL FROM YOUR REVIEW OF THE EVIDENCE?
15  A.  AS I UNDERSTAND IT, ADVANTAGE WAS CONDUCTED AROUND THE
16  SAME TIME FRAME AS VIGOR, SO THAT THE EVIDENCE FROM ADVANTAGE
17  WAS BECOMING AVAILABLE IN 2000 JUST AS THE EVIDENCE FROM VIGOR
18  WAS BECOMING AVAILABLE.
19  Q.  LET'S TALK ABOUT ADVANTAGE FOR A LITTLE BIT.  WOULD YOU
20  PLEASE DESCRIBE FOR THE MEMBERS OF THE JURY WHAT, IF ANY,
21  SIGNIFICANCE YOU WOULD ATTACH TO THE ADVANTAGE STUDY.
22  A.  YES.  THAT WAS A STUDY THAT, AS I RECALL, ENROLLED A
23  SMALLER NUMBER THAN VIGOR.  MY RECOLLECTION WOULD BE SOMETHING
24  LIKE 4,000 OR 5,000 PATIENTS WHO WERE RANDOMLY ALLOCATED.  THEY
25  WERE PATIENTS WITH OSTEOARTHRITIS, AND THAT'S IMPORTANT BECAUSE

Page 367

1  ONE OF THE CONCERNS THAT WAS RAISED BY MERCK WAS, WELL, THE
2  VIGOR STUDY WAS IN PATIENTS WITH RHEUMATOID ARTHRITIS, AND THEY
3  ARE NOT LIKE TYPICAL PATIENTS, AND THEY HAVE MORE HEART
4  DISEASE, SO THAT MUST BE PART OF WHY THERE WERE MORE HEART
5  ATTACKS.  BUT ADVANTAGE WAS NOT ABOUT RHEUMATOID ARTHRITIS; IT
6  WAS ABOUT PATIENTS WHO HAD OSTEOARTHRITIS, WHICH IS THE
7  GARDEN-VARIETY ARTHRITIS PEOPLE GET IN THEIR HIPS AND HANDS AND
8  KNEES AND SO FORTH.
9    SECONDLY, ADVANTAGE WAS NOT IN COMPARISON-- WELL, IT
10  WAS IN COMPARISON WITH NAPROXEN, BUT THERE WERE PATIENTS IN IT
11  WHO WERE TAKING ASPIRIN, AS I RECALL.  AS A RESULT, THE ISSUE
12  OF, WELL, THIS IS ONLY SEEN IF YOU DON'T HAVE PEOPLE TAKING
13  ASPIRIN, I DON'T BELIEVE WAS THE CASE IN ADVANTAGE.
14    IT WAS ALSO A RELATIVELY BRIEF STUDY.  IT DID NOT
15  LAST FOR THE FULL NINE MONTHS ON AVERAGE THAT VIGOR LASTED.  IT
16  WAS MUCH BRIEFER THAN THAT, AND YET THERE WAS STILL A
17  DISPROPORTIONATE NUMBER OF HEART ATTACKS IN THE VIOXX GROUP
18  COMPARED TO THE COMPARISON GROUP.  THAT WAS ANOTHER KIND OF
19  BRICK IN THE WALL INDICATING THAT THERE WAS A HIGHER RATE OF
20  CARDIOVASCULAR DISEASE IN PEOPLE GIVEN VIOXX.
21  Q.  LET'S TALK ABOUT THE 090 TRIAL THAT YOU MENTIONED BEFORE.
22  A.  RIGHT.
23  Q.  WHAT IS THE 090 TRIAL?
24  A.  THAT WAS ANOTHER STUDY DONE IN PATIENTS WHO HAD ARTHRITIS,
25  AND IT WAS REVIEWED ON THE FDA MATERIALS, ALONG WITH STUDY 085,

Page 368

1  I BELIEVE.
2    090 WAS IMPORTANT IN THIS WHOLE STORY BECAUSE IT WAS
3  NOT TESTING VIOXX AGAINST NAPROXEN.  SO THE IDEA THAT THIS WAS
4  ALL BECAUSE NAPROXEN PREVENTS HEART ATTACKS AND THAT EXPLAINS
5  THE VIGOR FINDINGS DID NOT APPLY BECAUSE THE COMPARISON GROUPS
6  IN 090 WERE ANOTHER NONSTEROIDAL CALLED NABUMETONE AND PLACEBO.
7  THERE AGAIN, THERE WAS AN INCREASE IN STUDY 090 IN THE NUMBER
8  OF CARDIOVASCULAR EVENTS THAT WERE IN PEOPLE RANDOMLY ASSIGNED
9  TO VIOXX COMPARED TO PEOPLE ON PLACEBO OR NABUMETONE.
10  Q.  LET ME JUST ASK YOU THIS.  DO YOU KNOW WHETHER OR NOT
11  THE-- I THINK YOU USED THE WORD "DISPROPORTIONATE" DISTRIBUTION
12  OF HEART ATTACKS IN THAT STUDY.  WAS THAT REPORTED IN THE
13  ADVANTAGE STUDY IN THE PUBLISHED LITERATURE?
14  A.  MY UNDERSTANDING IS THAT THE VERSION THAT EVENTUALLY FOUND
15  ITS WAY INTO THE PRESS REPORTED THE SO-CALLED APTC COMPOSITE
16  BUT DID NOT, AS I UNDERSTAND IT, REPORT THE ACTUAL NUMBER OF
17  HEART ATTACKS.  THE DIFFERENCE IN THE NUMBER OF HEART ATTACKS
18  ON VIOXX COMPARED TO NABUMETONE OR PLACEBO WAS MUCH MORE
19  STRIKING THAN THE DIFFERENCE IN THE SO-CALLED APTC COMPOSITE
20  OUTCOME, BUT THAT WAS NOT THE WAY IT WAS REPORTED.
21  Q.  LET'S TALK ABOUT 090 FOR A MOMENT.  DO YOU KNOW WHETHER
22  THAT STUDY WAS EVER PUBLISHED BY MERCK?
23  A.  I CAN'T RECALL THAT IT WAS.
24  Q.  090, WHEN DID THAT BECOME AVAILABLE TO MERCK?
25  A.  MY UNDERSTANDING IS THAT WAS ALSO AROUND THE SAME TIME OF

46  (Pages 365 to 368)

Page 369

1    2000.
2    Q.  NOW, IN FAIRNESS, THERE'S ALSO ANOTHER STUDY CALLED 085.
3    ARE YOU FAMILIAR WITH THAT STUDY?
4    A.  YES.  THIS WAS VERY MUCH LIKE 090.  WHEN THE FDA REVIEWED
5    THE DATA, THEY REVIEWED THEM BOTH TOGETHER AND DID FIND THIS
6    IMBALANCE WITH MORE EVENTS IN THE VIOXX GROUP THAN IN THE TWO
7    OTHER COMPARISON GROUPS, BUT FOR REASONS THAT ARE UNCLEAR MOST
8    OF THE ACTION SEEMED TO BE IN THE 090 AND NOT IN THE 085 PIECE
9    OF THE STUDY.
10   Q.  IN SMALL STUDIES LIKE THIS, IN OTHER WORDS, I THINK YOU
11   MENTIONED IT WAS A SMALL STUDY.  IF YOU SEE SOMETHING IN ONE
12   SMALL STUDY AND YOU DON'T SEE IT IN ANOTHER STUDY, DO YOU
13   IGNORE WHAT YOU SEE OR HOW DOES THAT WORK IN YOUR PROFESSION?
14   A.  THE ABSENCE OF A FINDING DOES NOT CANCEL OUT THE PRESENCE
15   OF A FINDING, ESPECIALLY IF THE FINDING IS AN EXCESS RISK OF
16   HEART ATTACKS.
17   Q.  WHY IS THAT?
18   A.  BECAUSE SOMETIMES YOU DON'T FIND A BAD THING; SOMETIMES
19   YOU DON'T FIND A GOOD THING.  SO, FOR EXAMPLE, COMPANIES WILL
20   OFTEN DO MULTIPLE CLINICAL TRIALS, AND IF SOME SHOW GOOD EFFECT
21   AND THE OTHERS DON'T, VERY OFTEN THEY WILL BRING THE ONES THAT
22   SHOW GOOD EFFECT TO FDA AND SAY, "APPROVE OUR DRUG ON THAT
23   BASIS," BECAUSE A LOT OF THINGS CAN CAUSE A STUDY TO YIELD A
24   NULL FINDING, EITHER A GOOD EFFECT OR A BAD EFFECT, AND WE KNOW
25   THAT.  STUDIES ARE GOOD THINGS TO DO, AND OFTEN THINGS DON'T GO

Page 370

1    AS EXPECTED.
2    Q.  OKAY.
3    A.  BUT I THINK WHEN ONE LOOKS AT A 12-WEEK STUDY AND YOU'RE
4    SEEING HEART ATTACKS, THAT'S ENORMOUSLY IMPORTANT BECAUSE YOU
5    SHOULDN'T BE ON ANYTHING THAT WILL CAUSE A HIGHER RISK OF HEART
6    ATTACKS IN 12 WEEKS.
7    Q.  USING VIGOR, 090, ADVANTAGE, AND ALL THE OTHER EVIDENCE
8    YOU TALKED ABOUT BEFORE, DO YOU HAVE AN OPINION TO A REASONABLE
9    DEGREE OF MEDICAL CERTAINTY AS TO WHAT A REASONABLE AND PRUDENT
10   COMPANY, LOOKING AT THE TOTALITY OF THAT EVIDENCE, SHOULD HAVE
11   CONCLUDED ABOUT THE CARDIOVASCULAR SAFETY OF VIOXX IN THE
12   SPRING OF 2000?  DOCTOR, WHAT IS YOUR OPINION?
13   A.  MY OPINION IS THAT THE BURDEN OF EVIDENCE IN THE SPRING OF
14   2000 WAS SUCH THAT THERE WAS EVIDENCE OF A LIKELY ASSOCIATION
15   BETWEEN VIOXX AND HEART DISEASE IN HUMANS.
16   Q.  DOCTOR, I'M GOING TO SHOW YOU TWO DOCUMENTS I'M GOING TO
17   HAND YOU SIDE-BY-SIDE.  ONE IS EXHIBIT 33, WHICH IS THE FDA
18   ADVISORY COMMITTEE BRIEFING DOCUMENT; SPECIFICALLY, THE REPORT
19   OF DR. VILLALBA, AND THAT IS FEBRUARY 8, 2001.  I'M ALSO GOING
20   TO HAND YOU A SECOND DOCUMENT, WHICH IS THE FDA'S
21   CARDIOVASCULAR REPORT CONSULTATION OF A SHARI TARGUM.  HAVE YOU
22   SEEN BOTH OF THESE DOCUMENTS IN CONNECTION WITH YOUR OPINION?
23   A.  I'VE REVIEWED BOTH OF THESE.
24   Q.  ARE THESE THE KINDS OF THINGS THAT EXPERTS LIKE YOURSELF
25   WOULD REVIEW IN CONSIDERING ISSUES LIKE THE ONES WE HAVE ASKED

Page 371

1    YOU TO ADDRESS?
2    A.  YES.  THIS IS EXACTLY THE KIND OF INFORMATION THE FDA
3    ASKED ME TO EVALUATE IN RELATION TO LOTRONEX AROUND THE
4    QUESTION OF WHETHER IT SHOULD BE TAKEN OFF THE MARKET AROUND
5    2000 OR SO.
6    Q.  DOCTOR, LET ME ASK YOU THIS:  YOU REVIEWED BOTH OF THESE
7    REPORTS OF THESE FDA MEDICAL OFFICERS.  DO YOU KNOW THAT OR DO
8    YOU HAVE AN UNDERSTANDING AS TO WHETHER THEY LOOKED AT THESE
9    THREE STUDIES TOGETHER, ADVANTAGE, 090, 085 -- ACTUALLY, WE'LL
10   ADD 085 IN THIS, AS WELL, AND VIGOR, AND REACHED THE SAME
11   CONCLUSIONS YOU'VE REACHED?
12   A.  THAT IS MY IMPRESSION.
13   Q.  DOCTOR, LET'S GO TO DR. VILLALBA'S REPORT FOR A MOMENT, IF
14   YOU CAN LOOK AT PAGE 11 AND 12.
15   A.  YES.
16   Q.  DO YOU SEE, AT THE BOTTOM THERE, THERE IS A PARAGRAPH THAT
17   STARTS, "THE SPONSOR'S EXPLANATION FOR THE EXCESS OF
18   CARDIOVASCULAR EVENTS IN THE VIGOR STUDY"?  DO YOU SEE THAT?
19   A.  RIGHT.  YES.
20   Q.  OF COURSE, THIS IS DR. VILLALBA'S REPORT.  WOULD YOU
21   DESCRIBE THE FACTS THAT-- WHAT DOES DR. VILLALBA CONCLUDE HERE?
22   A.  DR. VILLALBA, WHO IS AN FDA OFFICIAL WHO WAS REVIEWING ALL
23   THE DATA SUBMITTED WHILE THE DRUG WAS STILL ON THE MARKET,
24   CONCLUDED THAT IT WAS IMPLAUSIBLE THAT THE DIFFERENCE
25   BETWEEN -- IN THE VIGOR STUDY, THAT THE DIFFERENCE IN HEART

Page 372

1    ATTACK RATES -- AND ONE CAN SEE THAT GRAPH GO UP QUITE HIGH FOR
2    INCIDENCE OF HEART ATTACKS THROMBOTIC CARDIOVASCULAR SERIOUS
3    ADVERSE EXPERIENCES.  THE EVIDENCE THAT THIS COULD BE EXPLAINED
4    BY THE FACT THAT NAPROXEN WAS PREVENTING HEART ATTACKS WAS
5    IMPLAUSIBLE.
6    Q.  WHAT ARE THE FACTORS THAT DR. VILLALBA INDICATES?
7    A.  DR. VILLALBA WAS SPEAKING SPECIFICALLY TO THE RAPID RISE
8    IN THE INCIDENCE OF HEART ATTACKS IN PEOPLE TAKING VIOXX AS
9    COMPARED WITH NAPROXEN, AND SHE NOTES THAT THERE ARE NO
10   PLACEBO-CONTROLLED TRIALS OF NAPROXEN THAT EVER HAVE SHOWN THAT
11   IT REDUCES HEART ATTACKS.
12   Q.  STOP RIGHT THERE.  IS THAT SOMETHING THAT YOU AGREE WITH?
13   A.  SURE.
14   Q.  IS THAT SOMETHING YOU AGREED WITH AT THE TIME?
15   A.  I AGREE WITH IT NOW, TOO.
16   Q.  IS IT SOMETHING THAT YOU ACTUALLY INVESTIGATED?
17   A.  YES.
18   Q.  YOU CONCLUDED THAT THERE WAS NO EVIDENCE-- DID YOU
19   CONCLUDE-- WHAT DID YOU CONCLUDE ABOUT THE EVIDENCE OF
20   NAPROXEN?
21   A.  AT THE TIME THAT THIS WAS BEING DISCUSSED AT FDA, WE WERE
22   CONCURRENTLY DOING RESEARCH IN MY DIVISION ON WHETHER NAPROXEN
23   CAUSES A REDUCTION IN THE RISK OF HEART ATTACKS.
24   Q.  GO TO THE NEXT FACT HERE NOTED BY DR. VILLALBA.
25   A.  THIS IS ALSO IN PARALLEL WITH OUR OWN RESEARCH IN THAT SHE

47  (Pages 369 to 372)

## Page 373

1  POINTS OUT THAT THE EFFECT OF NAPROXEN-- AND THIS IS ALMOST THE
2  EXACT LANGUAGE THAT WE USED IN OUR PAPER EVEN THOUGH I HAD NOT
3  SEEN HER REPORT AT THE TIME-- THAT THE EFFECT SIZE THAT YOU
4  WOULD NEED TO HAVE, THAT IS, THE PROTECTIVE EFFECT OF NAPROXEN
5  WOULD NEED TO BE SO HUGE THAT IT WOULD MAKE IT HUGER THAN HAD
6  EVER BEEN SEEN WITH ASPIRIN OR WITH, FRANKLY, ANY OTHER DRUG,
7  FOR THAT MATTER, AND THAT THAT ALSO MADE THE NAPROXEN IDEA
8  IMPLAUSIBLE.
9  Q.  NEXT THING.  GO TO SECTION D.
10  A.  OKAY.  SHE CITES THE OTHER STUDIES WHICH WE HAVE TALKED
11  ABOUT JUST NOW, 085, 090, AND 102.  THIS IS HER EXACT WORDS:
12  "SUGGEST TRENDS TOWARDS HIGHER RATES OF MYOCARDIAL INFARCTION
13  OR HEART ATTACK, "IN THE ROFECOXIB," THAT IS, VIOXX, "GROUP
14  COMPARED TO ACTIVE CONTROL GROUPS."
15  Q.  DOCTOR, LET'S TURN --
16  A.  I'M SORRY, JUST ONE OTHER POINT.
17  Q.  GO AHEAD.
18  A.  THE NEXT SENTENCE, WHICH I THINK IS RELEVANT HERE, IS THAT
19  SHE ALSO POINTS OUT -- BECAUSE ONE OF THE THINGS WE STUDY IN
20  PHARMACOEPIDEMIOLOGY IS DOSES AND DURATION AND WHETHER OR NOT
21  THERE'S A RELATIONSHIP TO THE EFFECT.  SHE POINTS OUT IN 2001
22  THAT 085, 090, AND 102 INVOLVE LOWER DOSES OF VIOXX AND SHORTER
23  DURATIONS OF EXPOSURE THAN WERE SEEN IN VIGOR AND ALSO ALLOW
24  THE USE OF ASPIRIN.
25       SO THE REASONS THAT HAD BEEN PUT FORWARD BY MERCK

## Page 374

1  ABOUT WHY THE VIGOR FINDINGS COULD BE EXPLAINED AWAY -- THAT
2  IS, NO ASPIRIN, PATIENTS HAD RHEUMATOID ARTHRITIS, THERE WAS A
3  BIG DOSE OF VIOXX USED, AND SO THIS WOULDN'T APPLY TO LOWER
4  DOSES, AND IT WAS A LONG STUDY -- NONE OF THOSE WERE PRESENT IN
5  THESE STUDIES AND YET THE SAME INCREASE IN HEART ATTACK WAS
6  SEEN.
7  Q.  ASSUMING IT IS FEBRUARY 8, 2001, IS THAT ABOUT THE TIME
8  YOU HAD YOUR CONVERSATION WITH DR. SHERWOOD?
9  A.  YES.
10  Q.  NOW, LET'S GO TO DR. TARGUM'S REPORT.
11  A.  OKAY.
12  Q.  FIRST OF ALL, CAN WE BRING THAT UP?  THIS IS A REPORT OF
13  DR. TARGUM AT THE CARDIORENAL DIVISION; CORRECT?
14  A.  YES.
15  Q.  FEBRUARY 1, 2004 (SIC)?
16  A.  2001.
17  Q.  2001.  EXCUSE ME.  IF YOU WOULD, GO TO PAGE 34.
18  A.  GOT IT.
19  Q.  DO YOU SEE THE SECTION 4 AT THE BOTTOM OF THE PAGE THERE
20  WHICH TALKS ABOUT ASSESSMENT OF A SPONSOR'S CLAIM OF CV RISK?
21  A.  YES.
22  Q.  FIRST OF ALL, THE SPONSOR'S CLAIM THERE THAT THE "SPONSOR
23  CLAIMS THAT THE DIFFERENCE IN MYOCARDIAL INFARCTIONS BETWEEN
24  THE TWO GROUPS IS PRIMARILY DUE TO THE ANTIPLATELET EFFECTS OF
25  NAPROXEN" --

## Page 375

1  A.  YES, I REVIEWED THAT SECTION.
2  Q.  -- IS THAT WHAT THEY SAID IN THE VIGOR PAPER THAT WE
3  REVIEWED EARLIER TODAY?
4  A.  YES.
5  Q.  IS THAT WHAT THEY WERE TELLING YOU AND YOUR PEOPLE AT
6  HARVARD?
7  A.  THAT'S WHAT DR. SHERWOOD TOLD ME.
8  Q.  IS THAT WHAT WAS BEING SAID BY MERCK PUBLICLY, IN YOUR
9  EXPERIENCE, IN 2000 AND 2001?
10  A.  CORRECT.
11  Q.  WHAT DOES DR. TARGUM SAY ABOUT THE, QUOTE, NAPROXEN
12  HYPOTHESIS?
13  A.  I'LL JUST READ HER WORDS:  "THE SPONSOR CLAIMS THAT THE
14  DIFFERENCE IN MYOCARDIAL INFARCTIONS BETWEEN THE TWO GROUPS IS
15  PRIMARILY DUE TO THE ANTI-PLATELET EFFECTS OR THE PROTECTIVE
16  EFFECTS OF NAPROXEN.  THIS HYPOTHESIS IS NOT SUPPORTED BY ANY
17  PROSPECTIVE PLACEBO-CONTROLLED TRIALS WITH NAPROXEN.  ONE CAN
18  FURTHER ARGUE THAT, NO MATTER WHAT THE ATTRIBUTION, THE RESULTS
19  (FROM THE CARDIOVASCULAR STANDPOINT) ARE FAVORABLE FOR
20  NAPROXEN."
21  Q.  DO YOU AGREE WITH THAT?
22  A.  YES.
23  Q.  IS THAT WHAT YOU TESTIFIED TO EARLIER?
24  A.  YES.
25  Q.  NEXT ONE, NEXT BULLET POINT ON THE NEXT PAGE:  "THE

## Page 376

1  SPONSOR CLAIMS THAT THE MAJORITY OF THE CARDIOVASCULAR EVENTS
2  IN THE VIGOR STUDY OCCURRED IN THOSE PATIENTS WHO SHOULD HAVE
3  BEEN TAKING ASPIRIN FOR CARDIOPROTECTION."
4  A.  YES.
5  Q.  IS THAT THE ISSUE THAT WE TALKED ABOUT BEFORE THAT HAD TO
6  BE CORRECTED IN THE NEW ENGLAND JOURNAL OF MEDICINE?
7  A.  THAT'S RIGHT.
8  Q.  THAT WAS CORRECTED IN 2005?
9  A.  THAT'S CORRECT.
10  Q.  DO YOU AGREE WITH DR. TARGUM AS TO THE SIGNIFICANCE OF
11  THAT FACT?
12  A.  YES.  AS SHE STATES IT IN HER OWN WORDS, "THIS CLAIM HAS
13  NOT CONVINCED THIS MEDICAL REVIEWER," AND SHE GOES ON TO SAY
14  THAT THERE ARE INCREASED EVENTS, HEART ATTACKS, IN THE VIOXX
15  GROUP EVEN IN PATIENTS WHO DID NOT FALL INTO THE
16  ASPIRIN-INDICATED SUBGROUP."
17  Q.  COULD YOU TURN TO PAGE 36, PLEASE --
18  A.  YES.
19  Q.  -- AT THE BOTTOM OF THE PAGE THERE.
20  A.  YES.
21  Q.  THE VERY BOTTOM, IT SAYS "SUGGESTED LABELING."
22  A.  YES.
23  Q.  DO YOU SEE THERE?
24  A.  YES.
25  Q.  WOULD YOU READ WHAT SHE SAYS ABOUT THAT.

48  (Pages 373 to 376)

## Page 377

1  A.  YES.
2  Q.  WELL, ACTUALLY, GO TO THE SECOND SENTENCE, IF YOU DON'T
3  MIND.
4  A.  IN BOLD IT SUGGESTS LABELING THAT WOULD PROPERLY ADDRESS
5  CV RISKS.
6  Q.  AND THEN THE LAST SENTENCE THERE.
7  A.  "IT WOULD BE DIFFICULT TO IMAGINE INCLUSION OF VIGOR
8  RESULTS IN THE ROFECOXIB OR VIOXX LABELING WITHOUT MENTIONING
9  CARDIOVASCULAR SAFETY RESULTS IN THE STUDY DESCRIPTION, AS WELL
10  AS THE WARNINGS SECTION."
11  Q.  DO YOU AGREE WITH DR. TARGUM?
12  A.  YES.
13  Q.  SO, IN FAIRNESS, DOCTOR -- I JUST WANT TO BE CLEAR -- THE
14  OPINIONS THAT YOU GAVE EARLIER, ARE THEY CONSISTENT WITH WHAT
15  THE MEDICAL OFFICERS WERE SAYING AT THE TIME WHEN THEY REVIEWED
16  THE SAME DATA THAT YOU REVIEWED IN CONNECTION WITH THIS
17  LITIGATION?
18  A.  YES.
19  Q.  DOES YOUR OPINIONS ABOUT THE CONFLUENCE OF 090, 085,
20  ADVANTAGE, APPROVE, AND ALL THE OTHER --
21  A.  NOT APPROVE.  YOU MEAN VIGOR.
22  Q.  VIGOR, AND ALL THE EVIDENCE SURROUNDING, THAT WE HAVE BEEN
23  TALKING ABOUT, DO YOU COME TO THE SAME CONCLUSIONS ABOUT THE
24  VALIDITY OF THE NAPROXEN HYPOTHESIS THAT BOTH THESE MEDICAL
25  OFFICERS LOOKING AT THE SAME INFORMATION CAME TO?

## Page 378

1  A.  YES, I DO.  I THINK, EQUALLY IMPORTANTLY, THOSE ARE
2  OPINIONS WHICH I WROTE MYSELF IN OUR PUBLICATIONS AROUND THIS
3  PERIOD.
4  Q.  OKAY.  WE HAVEN'T TALKED ABOUT THE ALZHEIMER'S STUDIES.
5  A.  RIGHT.
6  Q.  DO YOU HAVE AN OPINION TO A REASONABLE DEGREE OF MEDICAL
7  CERTAINTY AS TO WHETHER OR NOT THERE WAS REASONABLE EVIDENCE OF
8  INCREASED MORTALITY ASSOCIATED WITH VIOXX?
9  A.  YES.
10  Q.  WHAT IS THAT OPINION?
11  A.  THAT OPINION IS THAT THERE WAS AN INCREASE IN MORTALITY,
12  PARTICULARLY AS REFLECTED IN THE ALZHEIMER'S STUDIES CONDUCTED
13  BY MERCK WITH VIOXX.
14  Q.  DOCTOR, WHEN YOU LOOKED AT CARDIAC DEATH IN THE
15  ALZHEIMER'S TRIALS, WAS THERE AN IMBALANCE?
16  A.  NO.
17  Q.  CARDIAC DEATH?
18  A.  I'M SORRY.  I THOUGHT YOU MEANT CARDIAC OUTCOMES.  I DON'T
19  REMEMBER THE CARDIAC DEATH BY HEART.  LET ME LOOK AT THAT.  I
20  THINK THAT ONE WAS -- THAT WAS THE 8-TO-2 OR 8-TO-3 RATIO OF
21  DEATHS, AS I RECALL.  I CAN DIG THROUGH IT HERE, BUT IF WE
22  AGREE THAT IT WAS 8-TO-2 OR 8-TO-3 -- THE 2 AND 3 VARIED, BUT
23  THERE WAS A FOUR-FOLDISH INCREASE.
24  Q.  IS THAT SIGNIFICANT, DOCTOR?
25  A.  WELL, IT DEPENDS ON WHAT YOU MEAN BY "SIGNIFICANT."  IT'S

## Page 379

1  STRIKING.  WITH SMALL NUMBERS, I HONESTLY DON'T RECALL WHETHER
2  IT WAS SIGNIFICANT IN THE STATISTICAL SENSE.  BUT, AGAIN, I
3  THINK IF YOU TELL ME THERE ARE FOUR TIMES AS MANY PEOPLE HAVING
4  CARDIAC DEATHS IN GROUP A VERSUS GROUP B, THAT WOULD CATCH MY
5  ATTENTION.
6  Q.  ALL RIGHT.  DOCTOR, LET'S MOVE ON.
7  A.  WELL, THERE'S ONE POINT, IN ANSWER TO YOUR QUESTION THAT I
8  DIDN'T GET TO SAY, AND THAT IS:  IF ONE LOOKS AT THE MEANS OF
9  ASCERTAINING EVENTS IN THESE STUDIES, I WAS STRUCK WITH THE
10  FACT THAT THE STUDIES DID NOT SEEM TO ME, AS A GERIATRICIAN AND
11  AS SOMEBODY WHO HAS WRITTEN ABOUT GERIATRIC PHARMACOLOGY, TO BE
12  SET UP IN A WAY THAT WOULD ASCERTAIN CARDIAC EVENTS IN A
13  SYSTEMATIC WAY SO THAT YOU COULD REALLY BE CONFIDENT OF THE
14  RESULTS THAT WOULD COME FROM ANY PART OF THE STUDY DESIGN THAT
15  WOULD IDENTIFY WHO HAD A HEART ATTACK OR WHO DIDN'T, OR WHO HAD
16  ANGINA AND WHO DIDN'T, WHO HAD STROKE AND WHO DIDN'T.
17      I WAS UNDERWHELMED WITH THE CARE WITH WHICH THOSE
18  OUTCOMES WERE BEING LOOKED AT.  PERHAPS THEIR FOCUS WAS JUST ON
19  TRACKING PEOPLE'S MENTAL STATUS.  BUT ANOTHER REASON THAT I
20  SUSPECT THERE WAS NOT A CLEAR DIFFERENCE SEEN IN CARDIOVASCULAR
21  EVENTS WAS THAT THEY WERE NOT BEING LOOKED FOR VERY CAREFULLY.
22  Q.  WELL, DOCTOR, DID YOU REVIEW THE DATA ANALYSIS PLAN AND
23  THE STANDARD OPERATING PROCEDURE HERE FOR ASCERTAINING
24  CARDIOVASCULAR EVENTS?
25  A.  YES, I DID.

## Page 380

1  Q.  OKAY.  DO YOU HAVE AN OPINION AS TO WHETHER OR NOT THIS
2  WAS SET UP APPROPRIATELY TO ASCERTAIN AND ANALYZE EVENTS IN THE
3  VIOXX CLINICAL TRIALS?
4  A.  YES, I DO.
5  Q.  WHAT IS THAT OPINION?
6  A.  BASED ON REVIEWING THE CARDIAC STANDARD OPERATING
7  PROCEDURE THAT MERCK PUT TOGETHER, WHICH THEY ARGUED WAS THEIR
8  RESPONSE TO THE VIGOR DATA TO LOOK FOR CARDIAC EVENTS IN ALL
9  THEIR OTHER STUDIES, I WAS STRUCK WITH THE FACT THAT A NUMBER
10  OF KEY PRESENTATIONS OF HEART ATTACK, THAT IS, KEY
11  MANIFESTATIONS OF HAVING A HEART ATTACK, SEEMED TO HAVE BEEN
12  DELETED IN THE COURSE OF THAT STANDARD OPERATING PROCEDURE
13  BEING IMPLEMENTED.
14      SO, FOR EXAMPLE, PULMONARY EDEMA, WHICH IS WELL KNOWN
15  TO BE A PRESENTING OR A MANIFESTING SIGN OF A HEART ATTACK,
16  CONGESTIVE HEART FAILURE, ARRHYTHMIAS -- WHICH IS RHYTHM
17  DISTURBANCES -- ALL WERE EXCISED FROM HAVING BEEN THERE BEFORE,
18  WERE STRUCK OUT IN THE VERSION OF THE STANDARD OPERATING
19  PROCEDURE AT MERCK THAT I SAW, WHICH WOULD CLEARLY RESULT IN
20  UNDERASCERTAINMENT OR MISSING A LOT OF CASES OF HEART ATTACK,
21  WHICH PARTICULARLY IN THE ELDERLY ARE GOING TO PRESENT
22  THEMSELVES IN PRECISELY THAT WAY.
23  Q.  DOCTOR, DO YOU HAVE AN OPINION TO A REASONABLE DEGREE OF
24  MEDICAL CERTAINTY, AS SOMEBODY WHO HAS TAUGHT PHARMACEUTICAL
25  COMPANY EXECUTIVES ABOUT LOOKING AT SIGNALS AND DESIGNING

49  (Pages 377 to 380)

## Page 381

1  CLINICAL TRIALS AND THIS AND THAT, AS TO WHETHER OR NOT IT WAS
2  FEASIBLE TO DO A CARDIOVASCULAR OUTCOMES STUDY THAT WOULD HAVE
3  DEFINITIVELY ANSWERED THIS QUESTION WHILE VIOXX WAS ON THE
4  MARKET?
5  A.  YES, I DO.
6  Q.  WHAT IS THAT OPINION?
7  A.  MY OPINION IS THAT IT WOULD HAVE BEEN FEASIBLE AND ETHICAL
8  AND QUITE DOABLE TO HAVE SUCH A STUDY DONE IN RESPONSE TO THE
9  SIGNALS THAT EMERGED AND THAT THE -- MORE THAN SIGNALS, THE
10  DATA THAT EMERGED FROM THE STUDIES WE HAVE BEEN DISCUSSING.
11  Q.  I'M GOING TO SHOW YOU WHAT I HAVE HAD MARKED AS
12  EXHIBIT 36.  IS THIS THE DOCUMENT TO WHICH YOU REFER?
13  A.  I THINK SO.
14  Q.  WHEN YOU LOOK AT THE E-MAIL FROM DR. SCOLNICK DATED
15  APRIL 12, 2000-- AND THIS WOULD HAVE BEEN RIGHT AFTER THE VIGOR
16  STUDY, THE VIGOR ON OUR TIME LINE--
17  A.  RIGHT.
18  Q.  -- RIGHT AFTER VIGOR WAS UNBLINDED AND THE DATA BECAME
19  AVAILABLE?
20  A.  CORRECT.
21  Q.  WOULD YOU READ WHAT DR. SCOLNICK HAS TO SAY.
22  A.  YES.  THIS IS TO DR. REICIN.  "HI, ALISE.  I HAVE BEEN
23  TRADING E-MAILS WITH DOUG GREEN IN REALTIME.  WE ARE ALL ONLINE
24  TOO LATE.  I WILL TELL YOU MY WORRY QUOTIENT IS HIGH.  I
25  ACTUALLY AM IN MINOR AGONY.  WHAT I REALLY WANT TO DO IS A

## Page 382

1  10,000-VERSUS-10,000 PATIENT STUDY IN MILD TO MODERATE
2  OSTEOARTHRITIS, TYLENOL VERSUS VIOXX WITH PRN," WHICH MEANS AS
3  NEEDED, "LOW-DOSE ASA," WHICH IS ASPIRIN, "FOR THOSE JUDGED TO
4  NEED IT.  "SAFETY," I GUESS HE MEANS "WOULD BE THE "FIRST
5  PRIMARY ENDPOINT AND EFFICACY SECONDARY OR CO-PRIMARY.  WE WILL
6  NOT"-- NOW, THIS IS IN CAPITAL LETTERS.  "WE WILL NOT KNOW FOR
7  SURE WHAT IS GOING ON UNTIL WE DO THIS STUDY.  PLEASE THINK
8  HARD ABOUT THE DESIGN BEFORE THE PAC MEETING.  THANKS, ED."
9  Q.  AS SOMEBODY WHO CONDUCTS CLINICAL TRIALS AND CONDUCTS
10  EPIDEMIOLOGIC STUDIES AND LOOKS AT THESE KINDS OF ISSUES, WOULD
11  THIS HAVE BEEN AN ETHICAL STUDY TO DO?
12  A.  YEAH.  I THINK HE GOT IT EXACTLY RIGHT.
13  Q.  WAS ANY SUCH STUDY EVER DONE?
14  A.  NOT TO MY KNOWLEDGE.
15  Q.  MOVING ON, DOCTOR, DO YOU HAVE AN OPINION AS TO WHETHER OR
16  NOT, TO A REASONABLE DEGREE OF MEDICAL CERTAINTY, HAVING
17  REVIEWED ALL THE DOCUMENTS YOU REVIEWED IN CONNECTION WITH YOUR
18  PRIOR EXPERIENCE, AS TO WHETHER OR NOT THE BENEFITS OF VIOXX
19  WERE OUTWEIGHED BY ITS RISKS?
20  A.  YES.
21  Q.  WHAT IS THAT OPINION?
22  A.  THAT ITS BENEFITS WERE NOT OUTWEIGHED BY ITS RISKS.  IF
23  ONE COUNTS UP THE NUMBER OF SERIOUS GASTROINTESTINAL
24  COMPLICATIONS THAT IT PREVENTED -- AND IT DID, AT LEAST IN
25  PEOPLE NOT TAKING ASPIRIN -- AND YOU COMPARE THOSE WITH THE

## Page 383

1  NUMBER OF SERIOUS CARDIOVASCULAR EVENTS THAT IT CAUSED, THE
2  NUMBERS ARE ACTUALLY QUITE CLOSE.  CLINICALLY, IT IS WORSE TO
3  HAVE A HEART ATTACK OR A STROKE THAN TO HAVE A GI BLEED BECAUSE
4  YOU CAN FIX THE GI BLEED BY STOPPING THE OFFENDING DRUG, MAYBE
5  THE PATIENT MAY NEED A BLOOD TRANSFUSION, AND THEN THEY ARE
6  GOOD AS THEY WERE BEFORE.  BUT IF YOU HAVE HAD A HEART ATTACK
7  OR A STROKE, THERE'S OFTEN PERMANENT DAMAGE TO YOUR HEART OR
8  BRAIN, AND YOU'RE USUALLY NOT AS GOOD AS YOU WERE BEFORE.
9  Q.  DOCTOR, THAT BRINGS ME TO ANOTHER QUESTION.  DO YOU HAVE
10  AN OPINION AS TO WHETHER OR NOT ALL NSAIDS HAVE THE SAME
11  CARDIOVASCULAR RISK AS VIOXX?
12  A.  I HAVE SUCH AN OPINION.
13  Q.  OKAY.  IS THAT SOMETHING YOU HAVE WRITTEN ABOUT?
14  A.  YES.
15  Q.  IN FACT, IS THAT SOMETHING THAT YOU LOOKED AT SPECIFICALLY
16  IN THE CONTEXT OF YOUR VIOXX STUDIES COMPARED TO CELEBREX?
17  A.  CORRECT.
18  Q.  IN FACT, THAT'S SOMETHING THAT YOU LOOKED AT IN YOUR NSAID
19  STUDY COMPARING NAPROXEN TO OTHER DRUGS?
20  A.  CORRECT.
21  Q.  IN LOOKING AT THE TOTALITY OF EVIDENCE, DO YOU HAVE AN
22  OPINION AS TO WHETHER OR NOT THERE IS A, QUOTE, CLASS EFFECT, A
23  CARDIOVASCULAR CLASS EFFECT BETWEEN ALL NONSTEROIDAL
24  ANTI-INFLAMMATORY DRUGS?
25  A.  I DO HAVE SUCH AN OPINION.

## Page 384

1  Q.  WHAT IS THAT OPINION?
2  A.  MY OPINION IS THAT THERE IS NOT A UNITARY CLASS EFFECT,
3  THAT IS, IT IS NOT THE SAME FOR ALL DRUGS; AND THAT, IN FACT,
4  THERE IS A GRADIENT OF EFFECTS WHERE WITH SOME DRUGS, WHICH
5  HAPPEN TO BE THE ONES THAT WERE TAKEN OFF THE MARKET, NAMELY,
6  VIOXX AND BEXTRA, HAVING THE WORST RISK OF HEART ATTACK AND
7  STROKE AND THEN LOWER RISK FOR CELEBREX, BUT CERTAINLY CELEBREX
8  AT HIGH DOSES, AND I THINK WE KNOW THAT FROM SOME CLINICAL
9  TRIAL DATA, AND THEN PROBABLY LOWER RISK FOR THE OLDER
10  NONSTEROIDALS.  THEN, OF COURSE, ASPIRIN, ON THE OTHER END OF
11  THE SPECTRUM, NOT ONLY HAS NO CARDIAC RISK, BUT IT PREVENTS
12  HEART ATTACKS.
13  Q.  HAVE YOU COMMUNICATED THIS OPINION TO THE FOOD & DRUG
14  ADMINISTRATION?
15  A.  YES, I HAVE.
16  Q.  IS CELEBREX STILL ON THE MARKET, BY THE WAY?
17  A.  YES, IT IS.
18  Q.  IS NAPROXEN STILL ON THE MARKET?
19  A.  YES, IT IS.
20  Q.  IS DICLOFENAC STILL ON THE MARKET?
21  A.  YES.
22  Q.  ASPIRIN?
23  A.  YES.
24  Q.  NAPROXEN?
25  A.  YES.

DAILY COPY

Page 385

1  Q.  DOCTOR, YOU TESTIFIED THAT YOU'RE AN EXPERT IN THE FACTORS
2  THAT GO INTO PHYSICIAN PRESCRIBING PRACTICES.  WHAT ARE THOSE
3  FACTORS?
4  A.  WE HAVE DONE A NUMBER OF STUDIES ABOUT WHAT SHAPES
5  PHYSICIAN PRESCRIBING DECISIONS, AND I MENTIONED THE FIRST ONE
6  I PUBLISHED IN 1982.  IN DOING THAT WORK, WE HAVE TRIED TO
7  DEFINE WHAT PREDICTS OR DRIVES WHAT A DOCTOR PRESCRIBES.  A
8  GREAT DEAL OF IT IS THE DOCTOR'S PERCEPTION OF BENEFIT VERSUS
9  RISK, WHICH HE OR SHE LEARNS FROM A VARIETY OF SOURCES.
10  Q.  WHAT ARE THE SOURCES IN WHICH A PHARMACEUTICAL COMPANY
11  COMMUNICATES WITH DOCTORS ABOUT THEIR PRODUCTS?
12  A.  WELL, THE LEGAL GOVERNING DOCUMENT THAT IS PROBABLY
13  CENTRAL BECAUSE IT DETERMINES WHAT THE COMPANY IS ALLOWED TO
14  SAY IN ALL OF ITS PROMOTIONAL MATERIAL AND ALL OF ITS SALES
15  PRESENTATIONS IS WHAT FDA CALLS THE LABELING, OR SOMETIMES IT'S
16  CALLED THE PACKAGE INSERT.  BUT IT'S A LENGTHY DOCUMENT,
17  USUALLY IN SMALL PRINT, THAT DESCRIBES EVERYTHING ABOUT A DRUG,
18  WHAT IT'S USED FOR, WHAT ITS BENEFITS ARE, WHAT ITS RISKS ARE,
19  WHAT ITS DOSE IS AND SO FORTH.
20  Q.  ANY OTHER METHODS BY WHICH A PHARMACEUTICAL COMPANY
21  COMMUNICATES WITH DOCTORS THAT YOU'RE FAMILIAR WITH?
22  A.  SURE.  THEY WILL ALSO, OF COURSE, SEND OUT SALES REPS TO
23  DOCTORS' OFFICES TO TALK TO US ABOUT THE ATTRIBUTES OF THEIR
24  DRUG; AND, OF COURSE, THEY WILL TAKE OUT ADS IN MEDICAL
25  JOURNALS; THEY WILL ALSO TAKE OUT ADS OR PUT COMMERCIALS ON TV

Page 386

1  FOR PATIENTS; AND THEY WILL SPONSOR CONTINUING-EDUCATION
2  PROGRAMS FOR PHYSICIANS.
3  Q.  WHAT ABOUT PUBLICATION OF MEDICAL ARTICLES?
4  A.  VERY OFTEN COMPANIES ARE HEAVILY INVOLVED, AS WE HAVE
5  LEARNED, IN THE PUBLICATION OF ARTICLES IN THE MEDICAL
6  LITERATURE.
7  Q.  LET ME TALK ABOUT SOME OF THOSE THINGS FOR A MOMENT.
8  LET'S TALK ABOUT THE LABEL FOR A MOMENT.  FIRST OF ALL, WHAT IS
9  A BLACK-BOX WARNING?
10  A.  A BLACK-BOX WARNING IS THE STRONGEST KIND OF WARNING THAT
11  APPEARS ON A LABEL, WHICH IS LITERALLY IN A BLACK BOX.  IF THE
12  FDA FEELS THAT THERE IS A PARTICULARLY IMPORTANT RISK FOR A
13  GIVEN DRUG, IT INSISTS THAT THE MANUFACTURER -- BECAUSE THE
14  MANUFACTURER KIND OF OWNS THE WORDS IN THE LABEL AND NEGOTIATES
15  WITH THE FDA, BUT ULTIMATELY IT IS THE MANUFACTURER'S WORDS --
16  THE FDA WILL INSIST THAT A BLACK BOX APPEAR AT THE VERY
17  BEGINNING OF THE DESCRIPTION OF THE DRUG IN THE LABELING
18  INFORMATION WARNING ABOUT A PARTICULAR PROBLEM.
19  Q.  WHAT IS A WARNING?
20  A.  A WARNING IS THE NEXT HIGHEST LEVEL OF ALERT, AND IT IS A
21  SECTION IN THE LABELING IN WHICH THE MOST IMPORTANT RISKS OF A
22  DRUG ARE PRESENTED.
23  Q.  WHAT ABOUT A PRECAUTION?
24  A.  THAT'S A MUCH MILDER PART OF THE LABELING IN WHICH IT'S
25  KIND OF A "WATCH OUT FOR THIS," BUT IT'S KNOWN TO BE A LOWER

Page 387

1  STANDARD OF RISK.
2  Q.  HAVE YOU REVIEWED THE LABEL THAT WAS IN EFFECT FROM 1999
3  TO 2002?
4  A.  YES, I HAVE.
5  Q.  STARTING FROM THE DATE OF THE VIGOR RESULTS -- LET ME HAND
6  THAT TO YOU.  DOCTOR, WAS THERE ANY BLACK-BOX WARNING FOR
7  CARDIOVASCULAR DISEASE IN THIS LABEL?
8  A.  THERE WAS NO BLACK-BOX WARNING OF ANY KIND.
9  Q.  WAS THERE A WARNING?
10  A.  NO.
11  Q.  WAS THERE EVEN A PRECAUTION IN THE ORIGINAL LABEL THAT
12  DEALT WITH CARDIOVASCULAR DISEASE?
13  A.  LET ME JUST TURN TO THE "PRECAUTIONS" SECTION BECAUSE I
14  WANT TO BE SURE I'M BEING FAIR TO THE COMPANY.  NO.  I'VE JUST
15  REVIEWED THE PRECAUTIONS SECTION AGAIN AND I DON'T SEE ANYTHING
16  ABOUT HEART ATTACK.
17  Q.  THAT WAS IN EFFECT UNTIL APRIL OF 2002?
18  A.  THAT'S CORRECT.
19  Q.  VIGOR CAME OUT-- VIGOR RESULTS BECAME AVAILABLE IN 2000,
20  EARLY 2000?
21  A.  IN THE SPRING OF 2000.
22  Q.  DOCTOR, GIVEN WHAT WAS KNOWN ABOUT VIOXX FROM 2000 TO
23  2002, DOES THIS LABEL CONTAIN INFORMATION ABOUT CARDIOVASCULAR
24  RISKS THAT WOULD HAVE ALLOWED PHYSICIANS TO WEIGH THOSE RISKS
25  AGAINST THE BENEFITS?  DOES THIS LABEL CONTAIN ACCURATE MEDICAL

Page 388

1  AND SCIENTIFIC INFORMATION ABOUT THE INCREASED MORTALITY SEEN
2  IN THE ALZHEIMER'S TRIALS?
3  A.  THERE'S NOTHING IN THE LABEL ABOUT THE DOUBLING OF THE
4  DEATH RATE IN THE ALZHEIMER'S STUDY IN THIS LABEL.
5  Q.  IS THAT, IN YOUR OPINION, IMPORTANT INFORMATION FOR
6  DOCTORS TO CONSIDER IN MAKING A FAIR RISK/BENEFIT ANALYSIS FOR
7  THEIR PATIENTS?
8  A.  AS SOMEONE WHO HAS PUBLISHED PAPERS ON DOCTORS' ASSESSMENT
9  OF RISK VERSUS BENEFIT AND HOW THAT DRIVES THEIR PRESCRIBING,
10  AS SOMEONE WHO HAS CONDUCTED AND STUDIED PROGRAMS TO PRESENT
11  INFORMATION TO DOCTORS IN AN UNBIASED MANNER, I CAN ASSERT WITH
12  COMPLETE CONFIDENCE THAT FAILING TO INDICATE THAT A GIVEN DRUG
13  HAS BEEN ASSOCIATED WITH A DOUBLING OF DEATH RATE IN A STUDY
14  THAT WAS STATISTICALLY SIGNIFICANT, FAILING TO HAVE THAT ON THE
15  LABEL DOES NOT GIVE DOCTORS THE INFORMATION THEY NEED TO USE
16  THAT DRUG APPROPRIATELY.
17  Q.  DOCTOR, HAVE YOU LOOKED AT THE 2002 LABEL WHICH I'M
18  HANDING TO YOU NOW?
19  A.  YES, I HAVE.
20  Q.  IS IT YOUR UNDERSTANDING THAT IN APRIL 2002 THE VIOXX
21  LABEL WAS CHANGED TO INCLUDE SOME INFORMATION ABOUT THE CARDIAC
22  FINDINGS IN THE VIGOR STUDY?
23  A.  YES.
24  Q.  HAVE YOU REVIEWED THAT, DOCTOR?
25  A.  YES.

## Page 389

1  Q.  FIRST OF ALL, LET ME ASK YOU:  IS THERE A BLACK-BOX
2  WARNING FOR DOCTORS IN THE 2002 LABEL?  IS THERE A WARNING ON
3  CARDIOVASCULAR RISK IN THE LABEL?
4  A.  NO.
5  Q.  WHERE DOES THE INFORMATION ABOUT VIGOR APPEAR IN THIS
6  LABEL?
7  A.  IT IS OVER HERE IN THE SECTION THAT IS CALLED "CLINICAL
8  STUDIES."
9  Q.  IS IT ALSO IN THE PRECAUTIONS SECTION?
10  A.  I BELIEVE THERE IS A PRECAUTION ABOUT CARDIOVASCULAR
11  EFFECTS.
12  Q.  DO YOU KNOW WHETHER OR NOT -- WE TALKED ABOUT BEFORE -- WE
13  LOOKED AT THE MEDICAL OFFICER REPORT OF DR. TARGUM --
14  A.  YES.
15  Q.  -- WHICH TALKS ABOUT THE -- I THINK HER WORDS WERE, "IT IS
16  HARD TO CONCEIVE THAT THIS INFORMATION FROM VIGOR WOULD NOT BE
17  CONTAINED IN THE WARNINGS SECTION."  DO YOU REMEMBER THAT?
18  A.  CORRECT.
19  Q.  DO YOU KNOW WHETHER OR NOT THE FDA, IN FACT, DID RECOMMEND
20  THAT THE COMPANY INCLUDE A WARNING ABOUT THE CARDIOVASCULAR
21  RISK SEEN IN VIGOR?
22  A.  YES, I KNOW THAT.
23  Q.  DO YOU HAVE AN OPINION AS TO WHETHER OR NOT THERE WAS A
24  REASONABLE EVIDENCE OF AN ASSOCIATION BETWEEN VIOXX AND
25  CARDIOVASCULAR DISEASE AT THE TIME THAT VIGOR BECAME AVAILABLE

## Page 390

1  IF THAT IS THE STANDARD FOR PLACING A WARNING --
2  A.  YES.
3  Q.  -- WOULD THAT INFORMATION ALONE HAVE BEEN ENOUGH TO
4  INCLUDE THE CV RISK IN THE WARNINGS SECTION OF THE VIOXX LABEL?
5  A.  YES.
6  Q.  DO YOU HAVE AN OPINION, AGAIN, TO A REASONABLE DEGREE OF
7  MEDICAL CERTAINTY, AS TO WHETHER OR NOT THE INFORMATION IN THE
8  WARNING LABEL IN 2002 CONTAINED INFORMATION ABOUT INCREASED
9  MORTALITY?
10  A.  DO I HAVE AN -- I'M SORRY.  DO I HAVE AN OPINION?
11  Q.  DO YOU KNOW WHETHER IT WAS THERE OR NOT?
12  A.  I KNOW IT WAS NOT THERE.
13  Q.  DO YOU HAVE AN OPINION, TO A REASONABLE DEGREE OF MEDICAL
14  CERTAINTY, AS TO WHETHER OR NOT THE EVIDENCE OF AN ASSOCIATION
15  BETWEEN VIOXX AND INCREASED MORTALITY SHOULD HAVE BEEN
16  CONTAINED IN THE WARNINGS SECTION OF THE VIOXX LABEL?
17  A.  I HAVE SUCH AN OPINION, AND MY OPINION IS THAT IF A
18  COMPANY IS IN POSSESSION OF DATA THAT INDICATES A STATISTICALLY
19  SIGNIFICANT DOUBLING OF THE DEATH RATE IN A PLACEBO-CONTROLLED
20  RANDOMIZED CONTROL TRIAL THAT IT CONDUCTED, THEN THAT
21  INFORMATION NEEDS TO BE IN THE LABEL TO BE ABLE TO GUIDE
22  PHYSICIANS TO MAKE APPROPRIATE DECISIONS ABOUT THE USE OF THAT
23  DRUG.
24  Q.  HAVE YOU SEEN ANY EVIDENCE THAT THE FDA WANTED TO INCLUDE
25  INFORMATION ABOUT VIGOR AND ADVANTAGE IN THE WARNINGS SECTION?

## Page 391

1  A.  I HAVE SEEN CORRESPONDENCE BETWEEN MERCK AND FDA IN BOTH
2  DIRECTIONS ABOUT THE MODIFICATIONS TO THE LABEL THAT WERE
3  PROPOSED.
4  Q.  DO YOU KNOW WHETHER OR NOT THE FDA PROPOSED THAT
5  INFORMATION ABOUT VIGOR AND ADVANTAGE ON CARDIOVASCULAR EVENTS
6  AND CARDIOVASCULAR RISKS BE PLACED IN THE WARNINGS SECTION?
7  A.  YES.
8  Q.  HAVING SEEN IT, AND AS SOMEBODY WHO IS AN EXPERT IN THE
9  FACTORS THAT DRIVE DOCTORS' PRESCRIBING PRACTICES, DO YOU HAVE
10  AN OPINION AS TO WHETHER OR NOT THAT KIND OF INFORMATION IN THE
11  WARNINGS SECTION WOULD HAVE ASSISTED DOCTORS IN MAKING A
12  RISK/BENEFIT ANALYSIS FOR THEIR PATIENTS?
13  A.  I HAVE SUCH AN OPINION THAT THAT WOULD HAVE BEEN AN
14  IMPORTANT PIECE OF INFORMATION FOR DOCTORS TO HAVE.
15  Q.  DO YOU THINK THAT THE LACK OF THAT INFORMATION DEPRIVED
16  DOCTORS OF AN IMPORTANT PIECE OF INFORMATION FROM WHICH THEY
17  COULD MAKE REASONABLE PRESCRIBING CHOICES?
18  A.  AS SOMEONE WHO HAS DONE RESEARCH AND PUBLISHED IN
19  PEER-REVIEWED JOURNALS ABOUT PHYSICIANS' ASSESSMENTS OF RISKS
20  AND BENEFITS, AND AS SOMEONE WHO TEACHES PHYSICIANS ABOUT
21  WEIGHING RISKS AND BENEFITS AND HAS WRITTEN A BOOK ABOUT RISKS
22  AND BENEFITS AS DRIVERS OF DRUG USE, AND AS SOMEBODY WHO HAS
23  WRITTEN A PAPER RECENTLY IN THE NEW ENGLAND JOURNAL ABOUT THE
24  EFFECT OF LABELING, ON WARNINGS, AND ON PRESCRIBING, I CAN SAY
25  WITH A GREAT DEAL OF CERTAINTY THAT A PHYSICIAN NOT HAVING

## Page 392

1  INFORMATION ABOUT DOUBLING OF MORTALITY RISK AND OF INCREASED
2  RISK OF HEART ATTACK CAUSED BY A DRUG WOULD DEPRIVE THAT
3  PHYSICIAN FROM THE ABILITY TO BE ABLE TO MAKE A WISE
4  PRESCRIBING DECISION.
5  Q.  DOCTOR, LET ME ASK YOU THIS:  DO YOU HAVE ANY EVIDENCE YOU
6  HAVE SEEN IN THIS CASE THAT THE ADDITION OF SUCH A WARNING, AS
7  OPPOSED TO PRECAUTION, WOULD HAVE MADE A DIFFERENCE WITH
8  RESPECT TO PRESCRIBING PRACTICES WITH RESPECT TO VIOXX?
9  A.  YES.
10  Q.  LET ME SHOW YOU WHAT I WOULD LIKE TO HAVE MARKED AS
11  EXHIBIT 39.  DOCTOR, HAVE YOU SEEN THIS BEFORE IN PREPARATION
12  FOR YOUR TESTIMONY TODAY?
13  A.  YES.
14      THE COURT:  LET'S GET TO A BREAKING POINT.  LET ME
15  KNOW WHEN WE CAN TAKE A BREAK.  IS THIS IT?
16      MR. ROBINSON:  WE CAN TAKE ONE NOW IF YOU WANT,
17  YOUR HONOR.
18      THE COURT:  LET'S TAKE A BREAK AT THIS POINT.  WE'LL
19  STAND IN RECESS 15 MINUTES.
20      THE DEPUTY CLERK:  EVERYONE RISE.
21      (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)
22      THE DEPUTY CLERK:  EVERYONE RISE.
23      THE COURT:  BE SEATED.
24  BY MR. ROBINSON:
25  Q.  THIS IS BEFORE THE LABEL CHANGE?

DAILY COPY

## Page 393

1   A. RIGHT.

2   Q. WHAT DOES THIS DOCUMENT INDICATE AS TO DOCTORS'

3   WILLINGNESS TO PRESCRIBE VIOXX IF THERE IS A WARNING VERSUS A

4   PRECAUTION?  GO AHEAD.

5   A. THIS DOCUMENT INDICATES THAT THE INDIVIDUALS AT MERCK WHO

6   PREPARED IT HAD EXACTLY THE SAME IMPRESSION AS I DID ABOUT THE

7   EFFECT OF A CLEAR WARNING VERSUS WHAT THEY CALL A MILD WARNING

8   ON UTILIZATION OF THE DRUG, AND WHAT THEIR GRAPH INDICATES IS

9   THEIR PROJECTION THAT UTILIZATION OF THE DRUG WOULD BE MUCH

10  LOWER IF THERE WAS A STRONG WARNING VERSUS A MILD WARNING.

11  Q. IS THIS CONSISTENT WITH YOUR OWN RESEARCH THAT THE VARIOUS

12  LEVELS OF WARNING MAKE A DIFFERENCE WITH DOCTORS?

13  A. YES.

14  Q. DOCTOR, YOU MENTIONED ANOTHER METHOD BY WHICH DOCTORS

15  COMMUNICATE -- COMPANIES COMMUNICATE WITH DOCTORS IS THEIR

16  STATEMENTS TO THE PRESS.  I THINK YOU MENTIONED THAT BEFORE.

17  A. RIGHT.

18  Q. HAVE YOU SEEN STATEMENTS THAT MERCK HAS MADE TO THE PRESS

19  ABOUT THE CARDIOVASCULAR SAFETY OF VIOXX?

20  A. YES.

21  Q. I'M GOING TO HAND YOU WHAT I WOULD LIKE TO HAVE MARKED AS

22  EXHIBIT 40.

23  A. SOUNDS RIGHT.

24  Q. DOCTOR, HAVE YOU SEEN THIS BEFORE AS AN EXAMPLE OF THE

25  KIND OF COMMUNICATION THAT MERCK MADE TO THE PRESS?

## Page 394

1   A. YES.

2   Q. WHAT IS THIS?

3   A. THIS IS LABELED AS A NEWS RELEASE ON MERCK'S STATIONERY

4   FOR IMMEDIATE RELEASE AND THE TITLE OF IT IS -- IT'S DATED

5   MAY 22, 2001, AND THE TITLE IS, "MERCK CONFIRMS FAVORABLE

6   CARDIOVASCULAR SAFETY PROFILE OF VIOXX."

7   Q. THIS TALKS ABOUT THE VIGOR STUDY?

8   A. RIGHT.

9   Q. KNOWING WHAT YOU KNOW ABOUT VIGOR, AND LOOKING AT THE

10  MEDICINE AND THE SCIENCE SURROUNDING VIGOR, IS THIS MEDICALLY

11  AND SCIENTIFICALLY ACCURATE INFORMATION TO DISSEMINATE TO THE

12  PUBLIC?

13  A. A GREAT DEAL OF MY WORK INVOLVES LOOKING AT WAYS OF

14  PRESENTING COMPLICATED INFORMATION ABOUT DRUG RISKS AND DRUG

15  BENEFITS BOTH TO PHYSICIANS AND TO PATIENTS.  WE DID SOME OF

16  THE FIRST STUDIES OF HOW TO PRESENT INFORMATION TO PATIENTS

17  BACK IN THE EARLY 1980S RELATING TO ANTIBIOTIC RISKS AND

18  BENEFITS.  WE HAVE SINCE PRODUCED COPIOUS MATERIALS FOR

19  PATIENTS IN OUR PROGRAM IN THE STATE OF PENNSYLVANIA EXPLAINING

20  TO THEM THE RISKS AND BENEFITS OF VARIOUS DRUGS, IN ADDITION TO

21  INFORMATION FOR DOCTORS, TO TEACH THEM HOW TO BALANCE RISK AND

22  BENEFITS OF DRUGS IN A PROGRAM SUPPORTED BY THE STATE OF

23  PENNSYLVANIA.

24      OUR OTHER STUDIES ON PRESENTING INFORMATION ABOUT

25  RISKS AND BENEFITS TO PATIENTS AND TO PHYSICIANS HAVE BEEN

## Page 395

1   SUPPORTED BY THE NATIONAL INSTITUTES OF HEALTH AND THE JOHN A.

2   HARTFORD FOUNDATION AND A VARIETY OF OTHER SOURCES, INCLUDING

3   THE ARTHRITIS FOUNDATION AND MERCK ITSELF IN A CURRENT STUDY

4   THAT I'M DOING WITH DR. SOLOMON ABOUT EXPLAINING TO PATIENTS

5   HOW TO BALANCE THE RISKS AND BENEFITS OF OSTEOPOROSIS DRUGS, OF

6   WHICH THE MOST PROMINENT ONE IS MADE MY MERCK.

7       I HAVE SPENT 25 YEARS OF STUDYING THE QUESTION OF HOW

8   ONE CAN CONDENSE COMPLICATED DATA -- EPIDEMIOLOGIC DATA,

9   CLINICAL DATA, BIOLOGICAL DATA -- TO DOCTORS AND PATIENTS SO AS

10  TO INFORM THEIR PRESCRIBING IN A WAY THAT IS DRIVEN BY AND

11  SCIENCE AND BY PATIENT BENEFIT RATHER THAN DRIVEN BY THE NEED

12  TO PUSH OR DUMP ON A GIVEN PRODUCT.  THAT IS WHAT MY CAREER HAS

13  BEEN ABOUT.

14      I SPEND MOST DAYS THINKING ABOUT HOW TO PRESENT SUCH

15  INFORMATION FAIRLY.  BASED ON THAT 25 AND 20 YEARS OF

16  EXPERIENCE, PUBLISHED IN PEER-REVIEWED JOURNALS, FUNDED BY

17  FEDERAL AGENCIES AND PEER-REVIEWED GRANT PROPOSALS, I CAN TELL

18  YOU THAT THIS IS AN INADEQUATE AND A DECEPTIVE WAY OF

19  PRESENTING THIS INFORMATION TO THE PRESS, TO DOCTORS, TO

20  PATIENTS, OR TO ANYONE.

21  Q. DOCTOR, WE HAVE TALKED ABOUT ANOTHER METHOD OF

22  COMMUNICATING RISKS AND BENEFITS TO PATIENTS AND DOCTORS AS

23  BEING THE PEER-REVIEWED PUBLISHED LITERATURE.  WE HAVE TALKED

24  ABOUT SEVERAL ARTICLES TODAY THAT DID THAT.  LET'S TALK ABOUT

25  THE TWO ARTICLES THAT APPEARED IN THE NEW ENGLAND JOURNAL OF

## Page 396

1   MEDICINE, THE APPROVE STUDY AND THE VIGOR STUDY.  HAVE YOU

2   REVIEWED INFORMATION ABOUT BOTH OF THOSE STUDIES?

3   A. YES.

4   Q. LET'S TAKE VIGOR.  WAS VIGOR ACCURATE, COMPLETE, AND A

5   SCIENTIFICALLY APPROPRIATE WAY TO PRESENT A FAIR AND BALANCED

6   PICTURE OF THE DATA COLLECTED IN THAT STUDY?

7   A. NO, IT WAS NOT.

8   Q. OKAY.  WHY WAS IT NOT, DOCTOR?  MEDICALLY AND

9   SCIENTIFICALLY, HAVING REVIEWED THE VIGOR DATA AND KNOWING WHAT

10  YOU KNOW AS AN EPIDEMIOLOGIST, WAS THE INFORMATION PORTRAYED TO

11  DOCTORS IN A WAY THAT IS MEDICALLY AND SCIENTIFICALLY ACCURATE?

12  A. NO.

13  Q. WHY IS THAT?

14  A. SEVERAL REASONS.  ONE IS THAT IT IS INAPPROPRIATE FOR

15  AUTHORS, WHETHER THEY WORK FOR A CORPORATION OR A UNIVERSITY,

16  TO KNOW ABOUT IMPORTANT SIDE EFFECTS, LIKE A HEART ATTACK, IN

17  PATIENTS IN A STUDY THAT THEY ARE REPORTING AND TO FAIL TO

18  INCLUDE THAT INFORMATION IN THE PUBLISHED VERSION OF THAT

19  PAPER.  THAT'S REASON NUMBER ONE.

20      REASON NUMBER TWO IS THE SO-CALLED FLIPPING OF THE

21  DATA -- AND, AGAIN, THAT'S A MERCK TERM, NOT MINE -- TO PRESENT

22  THE DIFFERENCE IN THE HEART ATTACK RATE BETWEEN NAPROXEN AND

23  VIOXX AS BEING EXPLAINED BY THE FACT THAT NAPROXEN WAS

24  PROTECTING PATIENTS' HEARTS WHEN AT LEAST AN EQUALLY PLAUSIBLE

25  CONCLUSION AND, FRANKLY, A FAR MORE PLAUSIBLE CONCLUSION, WAS

53  (Pages 393 to 396)

## Page 397

1  THAT VIOXX WAS CAUSING THE HEART ATTACKS.  THAT INVERSION IS
2  SOMETHING WHICH WAS NOT A FAIR PRESENTATION OF THE DATA.
3  Q.  LET'S MOVE FORWARD TO THE APPROVE STUDY.  HAVING REVIEWED
4  THE APPROVE STUDY AND NOW KNOWING WHAT YOU KNOW AND SEEING WHAT
5  YOU'VE SEEN, WAS THE EVIDENCE PRESENTED AND THE INFORMATION
6  PRESENTED IN THE APPROVE STUDY A MEDICALLY AND SCIENTIFICALLY
7  ACCURATE PRESENTATION OF THE DATA COLLECTED IN THAT STUDY SO
8  THAT DOCTORS IN THE SCIENTIFIC COMMUNITY WOULD UNDERSTAND THE
9  RISKS AND BENEFITS ASSOCIATED WITH VIOXX?
10 A.  APPROVE WAS NOT A FAIR AND ACCURATE DEPICTION OF THE DATA,
11 WE NOW KNOW, FOR A COUPLE OF REASONS.  ONE IS THAT IT
12 ELIMINATED PATIENTS WHO HAD THEIR CARDIAC EVENTS GREATER THAN
13 TWO WEEKS AFTER STOPPING THE DRUG.  WE NOW UNDERSTAND THAT
14 THERE ARE ASPECTS OF THE WAY THAT VIOXX MIGHT CAUSE DAMAGE THAT
15 COULD EASILY OCCUR GREATER THAN TWO WEEKS AFTER STOPPING THE
16 DRUG.  AND, IN FACT, THE STROKE DATA FROM THE APPROVE FOLLOW-UP
17 DOES INDICATE THE PATIENTS WHO HAD BEEN ON VIOXX CONTINUED TO
18 HAVE A STATISTICALLY SIGNIFICANT HIGHER RATE OF STROKE AFTER
19 THE STUDY WAS COMPLETED OR THE ACTIVE PHASE WAS COMPLETED
20 COMPARED TO THE PATIENTS WHO WERE ON PLACEBO.  THAT'S REASON
21 NUMBER ONE.
22      REASON NUMBER TWO IS THAT IT IS NOW FAIRLY WELL
23 RECOGNIZED THAT THE STUDY USED AN INCORRECT STATISTICAL
24 APPROACH, WHICH CREATED THE MISIMPRESSION THAT THE RISK FROM
25 VIOXX IN THAT STUDY ONLY BEGAN AT MONTH 18 AND THAT ANYONE

## Page 398

1  TAKING THE DRUG FOR LESS THAN 18 MONTHS, ACCORDING TO THE WAY
2  THAT STUDY WAS ORIGINALLY PRESENTED, HAD NO RISK.  AS OF THE
3  LAST FEW DAYS, THAT HAS BEEN CORRECTED IN THE NEW ENGLAND
4  JOURNAL; AND THE STATEMENT THAT THIS IS NOT A PROBLEM BEFORE 18
5  MONTHS HAS BEEN MODIFIED, AS I UNDERSTAND IT, IN RESPONSE TO
6  THIS BECOMING KNOWN BY THE EDITORS OF THE NEW ENGLAND JOURNAL,
7  WHO, AS I KNOW IT, REQUESTED THAT CHANGE.
8      I THINK THOSE ARE THE TWO MOST IMPORTANT WAYS THAT --
9  AND VERY IMPORTANT WAYS -- THAT APPROVE DID NOT PRESENT THE
10 DATA IN AN ACCURATE AND BALANCED MANNER.
11 Q.  DOCTOR, WE TALKED ABOUT THE ADVANTAGE STUDY AND THE
12 PUBLICATION OF THE ADVANTAGE STUDY.  DID THE PUBLICATION OF THE
13 ADVANTAGE STUDY CONTAIN INFORMATION ABOUT MYOCARDIAL
14 INFARCTION, HEART ATTACKS, AS OPPOSED TO APTC EVENTS?
15 A.  NO.  ALTHOUGH THAT DATA WAS COLLECTED, THE ENDPOINT THAT
16 WAS CHOSEN FOR PUBLICATION WAS THE SO-CALLED APTC OR
17 ANTI-PLATELET TRIALISTS COLLABORATIVE DEFINITION, WHICH WAS
18 MUCH BROADER.  THAT DEFINITION DID NOT REVEAL A STRIKING
19 DIFFERENCE IN OUTCOMES, BUT HAD HEART ATTACKS, WHICH IS EXACTLY
20 THE ISSUE AT HAND, BEEN THE OUTCOME THAT WAS PRESENTED, THAT
21 WOULD HAVE REVEALED A DIFFERENCE.
22 Q.  DID ANY OF THE PUBLISHED ALZHEIMER'S STUDIES PUBLISH THE
23 INTENTION TO TREAT ANALYSIS THAT DR. CHEN REPORTED ABOUT THE
24 INCREASED MORTALITY IN BOTH OF THOSE STUDIES?
25 A.  NO.  EVEN THOUGH THAT ANALYSIS WAS DONE BY MERCK AND

## Page 399

1  AVAILABLE TO MERCK, IT WAS NOT PRESENTED IN PUBLISHED FORM TO
2  DOCTORS.
3  Q.  LOOKING AT ALL THE MAJOR PUBLICATIONS THAT WERE SUBMITTED
4  TO THE MEDICAL AND SCIENTIFIC COMMUNITY, DO YOU HAVE AN OPINION
5  AS TO WHETHER OR NOT THE MEDICAL AND SCIENTIFIC INFORMATION
6  THAT CAME TO THEM IN THEIR TOTALITY WAS A REASONABLE EXPOSITION
7  OF THE MEDICAL AND SCIENTIFIC INFORMATION KNOWN TO MERCK?
8  A.  AS SOMEONE WHO REVIEWS ARTICLES FOR THE NEW ENGLAND
9  JOURNAL OF MEDICINE, REVIEWS ARTICLES FOR JAMA, A NUMBER OF
10 OTHER PUBLICATIONS IN WHICH THE EDITORS SEEK MY PEER REVIEW AS
11 TO THE APPROPRIATENESS OF PRESENTATION OF THE DATA, AS SOMEONE
12 WHO HAS PUBLISHED OVER 200 ARTICLES IN WHICH I, MYSELF, HAVE
13 BEEN SUBJECTED TO PEER REVIEW ABOUT THE FAIRNESS OF THE
14 PRESENTATION OF OUR OWN DATA, AS SOMEONE WHO HAS WRITTEN WIDELY
15 ABOUT PHYSICIANS' AND PATIENTS' PERCEPTION OF RISK AND HOW THAT
16 PERCEPTION DRIVES THEIR PRESCRIBING, I CAN SAY THAT I HAVE
17 NEVER KNOWN A COLLECTION OF PAPERS ON ANY ONE TOPIC IN WHICH
18 THERE HAS BEEN SUCH A CONSTELLATION OF SKEWED AND DISTORTED
19 PRESENTATION OF DATA IN ANY DRUG STUDIES THAT I'VE EVER LOOKED
20 AT.
21 Q.  DOCTOR, WE TALKED ABOUT ANOTHER METHOD OF MERCK
22 COMMUNICATING THE RISKS, ACCURATE INFORMATION ABOUT THE RISKS.
23 YOU DO UNDERSTAND THAT THERE WAS DIRECT-TO-CONSUMER ADVERTISING
24 DIRECTLY TO PATIENTS AND YOU'VE WRITTEN ABOUT THAT; CORRECT?
25 A.  YES.

## Page 400

1  Q.  DO YOU HAVE AN OPINION, TO A REASONABLE DEGREE OF MEDICAL
2  CERTAINTY, AS TO WHETHER OR NOT THE DIRECT-TO-CONSUMER
3  ADVERTISING CONDUCTED BY MERCK PLAYED A ROLE IN WHAT'S A FAIR
4  AND ACCURATE DEPICTION OF THE RISKS AND BENEFITS ASSOCIATED
5  WITH VIOXX?
6  A.  YES.  AS I SAID IN MY HEALTH AFFAIRS ARTICLE ABOUT
7  DIRECT-TO-CONSUMER ADVERTISING A COUPLE OF YEARS AGO, IT'S
8  VITAL THAT PATIENTS BE ABLE TO GET A REASONABLE DEPICTION OF
9  BOTH THE GOOD NEWS AND THE BAD NEWS ABOUT A DRUG.  GIVEN WHAT
10 WE NOW UNDERSTAND WAS AVAILABLE TO MERCK AT THE TIME THAT
11 ALL -- THAT THOSE $100 MILLION A YEAR COMMERCIALS AND ADS WERE
12 BEING RUN, I THINK IT IS ABSOLUTELY CORRECT TO SAY THAT THEY
13 PROVIDED ALL THE GOOD NEWS ABOUT THE DRUG AND DID AN INADEQUATE
14 JOB OF PRESENTING THE BAD NEWS ABOUT THE DRUG TO PATIENTS.
15 Q.  NOW, DOCTOR, LET ME TURN TO THE ONE LAST TOPIC I WOULD ASK
16 YOU ABOUT HERE, AND THAT IS THE DETAILING OF THE DOCTORS, WHICH
17 IS ANOTHER METHOD IN WHICH COMPANIES WILL COMMUNICATE WITH
18 DOCTORS.  HAVE YOU REVIEWED ANY OF THE DETAILING INFORMATION
19 THAT WAS PROVIDED TO DOCTORS?
20 A.  YES, AS WELL AS THE TRAINING OF THE SALES REPS, WHICH IS
21 PART OF THAT.
22 Q.  DID YOU SEE ANY INFORMATION ABOUT HOW TO RESPOND TO
23 DOCTORS' INQUIRIES ABOUT CARDIOVASCULAR EVENTS IN YOUR REVIEW
24 OF THE DOCUMENTS?
25 A.  YES.

DAILY COPY

Page 401

1  Q.  WHAT DID YOU SEE?
2  A.  WELL, THE MOST MEMORABLE WAS THE DODGE BALL GAME THAT WAS
3  APPARENTLY DEVELOPED AS A TRAINING TOOL FOR THEIR SALES REPS TO
4  BE ABLE TO RESPOND TO DOCTORS' QUESTIONS ABOUT THE
5  CARDIOVASCULAR RISKS OF VIOXX, PARTICULARLY AFTER THE APPROVE
6  STUDY FINDINGS HAD COME OUT, AND I WAS STRUCK --
7  Q.  YOU MEANT VIGOR; RIGHT?
8  A.  I'M SORRY.  THAT'S WHAT I MEANT TO SAY.
9  Q.  ALL RIGHT.  OKAY.
10  A.  I WAS STRUCK BY THE FACT THAT THE PURPOSE IS PRETTY MUCH
11  SUMMED UP IN THE NAME, THAT IT WAS TO DODGE QUESTIONS ABOUT
12  THIS VERY IMPORTANT RISK OF THE COMPANY'S DRUG.  MERCK'S
13  TRAINING MATERIALS TO THEIR SALES REPS EXPLICITLY TELL THEM,
14  "DO NOT RAISE OR DO NOT INITIATE ANY DISCUSSION OF OUR PAPER OR
15  OTHER PAPERS RELATED TO CARDIOVASCULAR RISK."  THERE WERE A
16  NUMBER OF COMPLETELY EVASIVE ANSWERS THAT WERE BEING FED TO THE
17  SALES REPS FOR THEM TO GIVE AS RESPONSES TO DOCTORS WHO ASKED
18  ABOUT WHETHER OR NOT THIS DRUG COULD CAUSE HEART ATTACKS.  THAT
19  DID NOT SEEM TO ME TO BE A REASONABLE OR SCIENTIFICALLY
20  ACCURATE PRESENTATION OF THE DATA.
21  Q.  WE TALKED ABOUT ACADEMIC DETAILING EARLIER IN YOUR
22  DEPOSITION AND THE PROGRAMS THAT YOU'VE DEVELOPED AND STUDIED
23  AND PUBLISHED IN THE NEW ENGLAND JOURNAL OF MEDICINE.
24  A.  YES.
25  Q.  NOW, LET ME ASK YOU:  GIVEN ALL THAT EXPERIENCE, DOCTOR,

Page 402

1  GIVEN YOUR EXPERIENCE IN 20-SOME-ODD, 30-SOME-ODD YEARS IN
2  TEACHING HOW TO COMMUNICATE THE RISKS AND THE BENEFITS, LOOKING
3  AT ALL THE WAYS IN WHICH VIOXX WAS COMMUNICATED, THE RISKS AND
4  THE BENEFITS, THE GOOD NEWS AND THE BAD NEWS, TO DOCTORS, PRESS
5  RELEASE, MEDICAL JOURNALS, LABELS, DETAILERS, ALL OF THOSE
6  THINGS PUT TOGETHER, DO YOU HAVE AN OPINION, TO A REASONABLE
7  DEGREE OF MEDICAL AND SCIENTIFIC CERTAINTY, AS TO WHETHER OR
8  NOT AN ACCURATE PICTURE OF THE RISKS AND BENEFITS OF THE DRUGS
9  WAS COMMUNICATED TO DOCTORS SO THAT THEY CAN MAKE ACCURATE
10  PRESCRIBING DECISIONS FOR THEIR PATIENTS?
11  A.  THAT THERE WAS A PATTERN OF GROSS DISTORTION OF THE RISKS
12  OF VIOXX, AND THAT NO MATTER WHICH WAY PHYSICIANS TURNED --
13  WHETHER IT WAS LOOKING AT THE LABEL, HEARING WHAT THEY WERE
14  HEARING FROM THE MERCK TRAINING SALES REPRESENTATIVES, TRYING
15  TO READ THE LITERATURE IN THE MEDICAL JOURNALS, AND TRYING TO
16  GET SOME ACCURATE COMPLETE DEPICTION OF WHAT WAS HAPPENING IN
17  THE CLINICAL TRIALS, EVEN THE INFORMATION THAT PATIENTS WERE
18  BRINGING TO THEM FROM THE COMMERCIALS AND ADS THAT THEY HAD
19  SEEN, ACROSS THE BOARD THERE WAS A PATTERN OF WHAT I WOULD
20  CHARACTERIZE AS SYSTEMATIC DISTORTION THAT ROSE ALMOST TO THE
21  LEVEL OF GROTESQUE AND, FRANKLY, IT WAS AN EMBARRASSMENT TO ME,
22  AS A MEMBER OF THE MEDICAL PROFESSION, THAT THIS WAS GOING ON
23  IN PRESENTING INFORMATION TO DOCTORS IN SUCH A ONE-SIDED AND
24  LOPSIDED WAY.
25  Q.  IS THAT OPINION YOU JUST GAVE AN OPINION THAT YOU ARE

Page 403

1  BASING ON THE SCIENTIFIC AND MEDICAL INFORMATION THAT YOU KNOW
2  WAS AVAILABLE AT THE TIME?
3  A.  IT IS THE OPINION OF ME, AS AN EXPERT WHO HAS SPENT 25
4  YEARS STUDYING THE RISKS AND BENEFIT OF DRUGS AND HOW THOSE
5  RISKS AND BENEFITS SHOULD BE COMMUNICATED TO DOCTORS AND TO
6  PATIENTS.
7      MR. BECK:  YOUR HONOR, NOW WE HAVE CROSS-EXAMINATION
8  THAT WILL GET UNDER WAY TODAY, BUT I'M AFRAID IT'S NOT GOING TO
9  FINISH TODAY.
10      CROSS-EXAMINATION
11  BY MR. BECK:
12  Q.  DOCTOR, ONCE AGAIN MY NAME IS PHIL BECK, AND I REPRESENT
13  MERCK.  AS I UNDERSTAND IT, SIR, YOU WERE RETAINED AS AN EXPERT
14  BY THE PLAINTIFF'S LAWYERS IN AROUND MAY OF 2005; IS THAT
15  CORRECT?
16  A.  THAT'S RIGHT.
17  Q.  I THINK MR. TISI MENTIONED THIS, BUT THEY PROVIDED YOU
18  WITH A LARGE NUMBER OF DOCUMENTS TO REVIEW; IS THAT RIGHT?
19  A.  THOUSANDS OF PAGES, YES.
20  Q.  WERE THESE DOCUMENTS CONTAINED IN BINDERS THAT MR. TISI
21  SHOWED TO US DURING YOUR FIRST DEPOSITION?
22  A.  YES.
23  Q.  I THINK YOU'VE GOT THOSE BINDERS WITH YOU TODAY?
24  A.  RIGHT.
25  Q.  WHAT ARE THERE, TEN OR SOME BINDERS OF DOCUMENTS THAT THEY

Page 404

1  GAVE YOU?
2  A.  SOUNDS ABOUT RIGHT, YES.
3  Q.  WHEN YOU WROTE YOUR REPORT, DID THE LAWYERS THAT YOU
4  WORKED WITH TURN AROUND AND MARK IT UP AND PROVIDE YOU WITH
5  SUGGESTIONS AND CHANGES FOR YOUR REPORT?
6  A.  THEY DID NOT DO ANY MARKING UP, BUT THEY DID COMMENT ON
7  ASPECTS OF IT:  "THIS IS UNCLEAR."  "THIS IS UNFAIR TO MERCK."
8  "YOU FORGOT ABOUT THIS THING THAT WE HAD TALKED ABOUT."  BUT
9  THEY DIDN'T MAKE ANY MARKS OR CHANGES.
10  Q.  YOUR TESTIMONY IS THAT THE LAWYERS DID NOT PROVIDE YOU
11  WITH ANY MARKUPS; IS THAT RIGHT?
12  A.  BY "MARKUPS" YOU MEAN DID THEY MAKE NOTES ON MY REPORT AND
13  MAKE SUGGESTIONS ABOUT CHANGING IT?  THAT'S RIGHT, THEY DID
14  NOT.
15  Q.  I'M HANDING YOU WHAT WE HAVE MARKED AS EXHIBIT 43.  DO YOU
16  SEE THAT EXHIBIT 43 IS AN E-MAIL TO YOU FROM JEFF GRAND?
17  A.  YES.
18  Q.  JEFF GRAND IS ONE OF THE LAWYERS THAT YOU WORKED WITH?
19  A.  THAT'S RIGHT.
20  Q.  YOU WILL SEE AT THE BOTTOM -- EXCUSE ME.  I'LL GO BACK UP
21  TO THE TOP.  THIS IS DATED MARCH 12, 2006.  DO YOU SEE THAT?
22  A.  YES.
23  Q.  THAT WAS BEFORE THE DATE OF YOUR EXPERT REPORT IN THIS
24  CASE; RIGHT?
25  A.  IT WAS BEFORE IT WAS FINALIZED, YES.

DAILY COPY

## Page 405

1  Q.  BEFORE IT WAS FINALIZED.  THEN DO YOU SEE THE VERY LAST
2  THING THAT MR. GRAND SAID IN HIS E-MAIL TO YOU WAS, "ALSO,
3  TOMORROW I WILL SEND YOU A MARKUP OF YOUR REPORT AS WE
4  DISCUSSED"?
5  A.  YES, I SEE THAT.
6  Q.  DO YOU AGREE THAT THERE WERE GOOD PUBLIC HEALTH REASONS
7  FOR MERCK TO DEVELOP VIOXX?
8  A.  YES, I DO.
9  Q.  DO YOU AGREE THAT ONE OF THE GOOD PUBLIC HEALTH REASONS
10  FOR DEVELOPING VIOXX WAS THAT THERE WERE SERIOUS
11  GASTROINTESTINAL PROBLEMS, PARTICULARLY GASTROINTESTINAL
12  BLEEDING, THAT RESULTED FROM THE USE OF TRADITIONAL NSAIDS?
13  A.  THAT'S RIGHT.
14  Q.  WERE THE GASTROINTESTINAL BLEEDS AN IMPORTANT CLINICAL
15  PROBLEM?
16  A.  THAT'S RIGHT.
17  Q.  THERE HAVE BEEN STUDIES THAT SHOWED THE NUMBER OF
18  HOSPITALIZATIONS EACH YEAR THAT CAME FROM GASTROINTESTINAL
19  COMPLICATIONS FROM TRADITIONAL NSAIDS?
20  A.  YES, THERE WERE.
21  Q.  DOES IT SQUARE WITH YOUR RECOLLECTION THAT THESE STUDIES
22  SHOWED THAT THERE WOULD BE OVER 100,000 HOSPITALIZATIONS EACH
23  YEAR DUE TO GASTROINTESTINAL COMPLICATIONS FROM TRADITIONAL
24  NSAIDS?
25  A.  THAT'S CORRECT.

## Page 406

1  Q.  NOW, YOU TALKED ABOUT SOME FDA ADVISORY COMMITTEES
2  YESTERDAY.  DO YOU REMEMBER THAT?
3  A.  YES.
4  Q.  I THINK YOU TALKED ABOUT THE 2005 ADVISORY COMMITTEE
5  MEETING; RIGHT?
6  A.  THAT'S RIGHT.
7  Q.  I THINK YOU MAY HAVE TALKED ABOUT THE 2001 ADVISORY
8  COMMITTEE?
9  A.  THAT'S RIGHT.
10  Q.  WAS THERE ALSO AN ADVISORY COMMITTEE THAT WAS CONVENED IN
11  1999 TO CONSIDER WHETHER VIOXX SHOULD BE APPROVED BY THE FDA?
12  A.  THAT'S RIGHT.
13  Q.  IS IT THE CASE THAT BEFORE PRESCRIPTION MEDICINES GET
14  APPROVED, THE FDA OFTEN SEEKS THE ADVICE OF ADVISORY COMMITTEES
15  MADE UP OF OUTSIDE DOCTORS AND PROFESSIONALS?
16  A.  THAT'S RIGHT.
17  Q.  THERE WAS SUCH AN ADVISORY COMMITTEE CONVENED CONCERNING
18  WHETHER TO APPROVE VIOXX; RIGHT?
19  A.  THAT'S RIGHT.
20  Q.  WERE YOU ASKED TO BE ON THAT COMMITTEE?
21  A.  NO.
22  Q.  DID THAT COMMITTEE INVOLVE OR INCLUDE MEDICAL DOCTORS?
23  A.  YES.
24  Q.  DID IT INCLUDE PHARMACOLOGISTS?
25  A.  YES.

## Page 407

1  Q.  OTHER PH.D'S?
2  A.  USUALLY SUCH PEOPLE ARE ON THOSE COMMITTEES.
3  Q.  ARE YOU FAMILIAR WITH THE MATERIALS THAT WERE EXAMINED BY
4  THAT COMMITTEE AND THE CONCLUSIONS THAT IT CAME TO?
5  A.  YES.
6  Q.  DID THE ADVISORY COMMITTEE IN 1999 VOTE UNANIMOUSLY THAT
7  VIOXX SHOULD BE APPROVED FOR THE TREATMENT OF OSTEOARTHRITIS?
8  A.  THEY VOTED TO APPROVE.  I DON'T REMEMBER THE VOTE NUMBERS,
9  BUT THEY CLEARLY VOTED TO APPROVE.
10  Q.  YOU DO NOT DISAGREE WITH THE RECOMMENDATION OF THE
11  ADVISORY COMMITTEE BASED ON THE INFORMATION THAT WAS AVAILABLE
12  AT THE TIME, DO YOU?
13  A.  RIGHT.
14  Q.  AS YOU'VE TESTIFIED, VIOXX WAS APPROVED BY THE FOOD & DRUG
15  ADMINISTRATION FOR USE IN THE UNITED STATES IN MAY OF 1999;
16  RIGHT?
17  A.  THAT'S RIGHT.
18  Q.  YOU DO NOT DISAGREE WITH THAT DECISION EITHER, DO YOU?
19  A.  I DO NOT.
20  Q.  YESTERDAY YOU TESTIFIED ABOUT SOMETHING THAT'S BEEN
21  REFERRED TO AS THE IMBALANCE THEORY AS A POSSIBLE EXPLANATION
22  FOR WHAT YOU SAY ARE HIGHER CARDIOVASCULAR RISKS WITH VIOXX.
23  DO YOU REMEMBER THAT?
24  A.  YES.  THAT WAS ONE OF THE ISSUES WE DISCUSSED, YES.
25  Q.  AT THE TIME THAT THE FDA APPROVED VIOXX IN MAY OF 1999,

## Page 408

1  THEY WERE AWARE OF THIS IMBALANCE THEORY THAT YOU TALKED ABOUT
2  YESTERDAY, WERE THEY NOT?
3  A.  I CAN'T SPEAK TO WHAT FDA WAS OR WASN'T AWARE OF.
4  Q.  DR. AVORN, I HAVE HANDED YOU WHAT I HAVE MARKED AS
5  EXHIBIT 44.  DO YOU RECOGNIZE THIS AS ONE OF THE DOCUMENTS THAT
6  WAS PROVIDED TO YOU FOR YOUR REVIEW AND ANALYSIS BY THE LAWYERS
7  THAT YOU HAVE BEEN WORKING WITH ON THIS CASE?
8  A.  YES.
9  Q.  YOU UNDERSTOOD IT TO BE A COPY OR EXCERPTS OF A REPORT BY
10  ONE OF THE MEDICAL REVIEW OFFICERS FROM THE FDA; CORRECT?
11  A.  RIGHT.
12  Q.  IN YOUR ANALYSIS IN THIS CASE, YOU HAVE RELIED ON THIS
13  DOCUMENT AND OTHER REVIEWS BY MEDICAL OFFICERS OF THE FDA; IS
14  THAT RIGHT?
15  A.  RIGHT.
16  Q.  LET'S TURN OVER TO -- IT'S THE 20th PAGE IN HERE, AND
17  I'LL SEE HOW IT'S NUMBERED.  SO THAT YOU HAVE GOT THE PAGE THAT
18  I HAVE PUT UP ON THE SCREEN THAT SAYS "IN SUMMARY" AT THE TOP?
19  A.  YES.
20  Q.  DO YOU SEE HERE UNDER "THROMBOEMBOLIC AND VASCULAR SAFETY"
21  THAT -- YOU SEE THAT HEADING THERE?
22  A.  YES.
23  Q.  FOR THE BENEFIT OF THE JURY, WHAT DOES "THROMBOEMBOLIC"
24  MEAN?
25  A.  THAT REFERS TO PROBLEMS THAT OCCUR WHEN THERE IS A BLOOD

DAILY COPY

## Page 409

1   CLOT IN THE ARTERY.
2   Q.  "VASCULAR" REFERS TO?
3   A.  RELATING TO BLOOD VESSELS.
4   Q.  SO IT WAS REVIEWED IN ADVANCE OF THE APPROVAL OF VIOXX IN
5   MAY OF 1999; RIGHT?
6   A.  CORRECT.
7   Q.  SO BEFORE THE FDA APPROVED VIOXX IN MAY OF 1999, THE FDA
8   MEDICAL OFFICER UNDERSTOOD WHAT THE INFORMATION I HAVE BLOWN UP
9   ON THE SCREEN THAT "THERE IS A THEORETICAL CONCERN THAT
10  PATIENTS CHRONICALLY TREATED WITH A COX-2 SELECTIVE INHIBITOR
11  MAY BE AT HIGHER RISK FOR THROMBOEMBOLIC CARDIOVASCULAR ADVERSE
12  EXPERIENCES THAN PATIENTS TREATED WITH COX-1/COX-2 INHIBITORS
13  (CONVENTIONAL NSAIDS) DUE TO THE LACK OF EFFECT OF COX-1
14  INHIBITION ON PLATELET FUNCTIONS." NOW, THAT'S A MOUTHFUL, BUT
15  WOULD YOU AGREE WITH ME, SIR, THAT WHAT'S REFERRED TO THERE IS
16  THE SAME IMBALANCE THEORY THAT YOU WERE TALKING ABOUT?
17  A.  I THINK IT'S INCORRECT IN THAT THE SO-CALLED IMBALANCE
18  THEORY HAS A LOT MORE TO IT THAN JUST PLATELET FUNCTION.
19  THERE'S A LOT OF DIFFERENCES IN PROSTACYCLIN VERSUS THROMBOXANE
20  BALANCE THAT ARE NOT JUST ABOUT PLATELET INHIBITION.
21  Q.  DOES THE IMBALANCE THEORY THAT YOU TALKED ABOUT YESTERDAY
22  INCLUDE THE NOTION OF PLATELET FUNCTIONING AS DESCRIBED HERE IN
23  THIS EXCERPT THAT WE PUT UP?
24  A.  THAT'S ONE PIECE OF IT.
25  Q.  SO CERTAINLY THAT PIECE OF THE IMBALANCE THEORY, AT THE

## Page 410

1   VERY LEAST, WAS UNDERSTOOD BY THE FDA WHEN THEY APPROVED VIOXX
2   IN MAY 1999; WOULD YOU AGREE WITH THAT?
3   A.  YES.
4   Q.  DO YOU ALSO AGREE, SIR, THAT VIOXX WORKED TO REDUCE PAIN
5   AND INFLAMMATION FOR THE VAST MAJORITY OF PATIENTS WHO USED IT
6   WITHOUT CAUSING THEM ANY SIDE EFFECTS WHATSOEVER?
7   A.  THAT'S PROBABLY TRUE.
8   Q.  YESTERDAY YOU TESTIFIED ABOUT SOME THINGS THAT YOU SAID
9   WERE SIGNALS OF POTENTIAL CARDIOVASCULAR RISKS THAT YOU SAID
10  WERE AROUND IN ADVANCE OF THE ACTUAL APPROVAL OF VIOXX IN MAY
11  OF 1999.  DO YOU REMEMBER THAT?
12  A.  YES.
13  Q.  IN THAT CONNECTION, DID YOU TESTIFY ABOUT SOMETHING CALLED
14  PROTOCOL 017?
15  A.  THAT'S RIGHT.
16  Q.  WAS IT YOUR POSITION THAT YOU THOUGHT PROTOCOL 017 WAS
17  SOME SORT OF A SIGNAL TO MERCK BEFORE VIOXX WAS APPROVED THAT
18  VIOXX COULD POTENTIALLY BE HARMFUL TO THE HEART?
19  A.  RIGHT.
20  Q.  HOW LONG A STUDY WAS PROTOCOL 017?
21  A.  IT WAS VERY BRIEF.  IT MAY HAVE BEEN ONLY SIX WEEKS, AS I
22  RECALL.
23  Q.  WHAT KIND OF PATIENTS WERE INVOLVED IN THAT STUDY?
24  A.  I'D NEED TO GO BACK TO THE NOTES.  IT WAS PATIENTS WITH
25  ARTHRITIS.  I DON'T REMEMBER THE EXACT KIND OF ARTHRITIS.

## Page 411

1   Q.  WOULD YOU ACCEPT THAT IT WAS RHEUMATOID ARTHRITIS?  DOES
2   THAT REFRESH YOUR RECOLLECTION?
3   A.  THAT SOUNDS REASONABLE.
4   Q.  WHAT DOSES OF VIOXX WERE THESE PATIENTS RECEIVING?
5   A.  125 MILLIGRAMS TO 175 MILLIGRAMS.
6   Q.  THAT IS FIVE TO SEVEN TIMES THE 25-MILLIGRAM DOSE THAT IS
7   RECOMMENDED ON THE LABEL WHEN VIOXX WAS APPROVED; RIGHT?
8   A.  RIGHT.  I THINK I MENTIONED YESTERDAY THAT IT WAS GIVEN IN
9   VERY HIGH DOSES.
10  Q.  IN FACT, IT'S SO HIGH THAT IT WOULD BE FIVE TO SEVEN TIMES
11  AS HIGH AS THE DOSE THAT WAS ACTUALLY RECOMMENDED ON THE LABEL;
12  CORRECT?
13  A.  RIGHT.
14  Q.  HOW MANY PEOPLE ACTUALLY HAD A HEART ATTACK IN THIS STUDY
15  OF PROTOCOL 017 THAT YOU SAID WAS A SIGNAL?
16  A.  THERE WAS A VERY SMALL NUMBER.  IT WAS A HANDFUL.  I CAN'T
17  TELL YOU THE NUMBER SITTING HERE, BUT IT WAS A VERY SMALL
18  NUMBER.
19  Q.  IS THERE SOMETHING IN YOUR REPORT THAT YOU COULD LOOK TO
20  AND TELL US HOW SMALL A HANDFUL IT WAS?
21  A.  NO.  I JUST KNOW THAT IT WAS A VERY SMALL, BRIEF STUDY.
22  BUT THE REASON IT SEEMED IMPORTANT WAS THAT IT ONLY LASTED SIX
23  WEEKS, AND MERCK'S REVIEW OF IT INDICATED THERE WAS A WORRISOME
24  INCREASE IN HEART ATTACKS AND UNSTABLE ANGINA.
25  Q.  WELL, DO YOU KNOW THAT, IN FACT, THERE WAS ONLY ONE PERSON

## Page 412

1   IN THE WHOLE STUDY WHO EXPERIENCED A HEART ATTACK?
2   A.  THE REVIEW WITHIN MERCK SPOKE OF A NUMBER OF
3   CARDIOVASCULAR OUTCOMES, INCLUDING UNSTABLE ANGINA, AND AT THIS
4   POINT I DO WANT TO REFER TO MY NOTES RATHER THAN TRYING TO DO
5   ALL OF THIS FROM MEMORY.
6   Q.  SURE.  I INVITED YOU TO.
7   A.  OKAY.
8   Q.  I ASKED YOU IF THERE WAS ANYTHING IN THERE THAT WOULD HELP
9   YOU TO FIGURE OUT HOW MANY PEOPLE IN THIS STUDY THAT YOU CALLED
10  A SIGNAL ACTUALLY HAD A HEART ATTACK.
11  A.  AGAIN, THE SIGNAL ASPECT OF IT WOULD NOT ONLY BE HEART
12  ATTACKS, IT WOULD ALSO BE IF SOMEBODY DEVELOPS ANGINA, WHICH IS
13  THE EXACT SAME KIND OF ILLNESS AS A HEART ATTACK, BUT IN SIX
14  WEEKS YOU WOULD BE VERY SURPRISED THAT ANYBODY WOULD PROGRESS
15  TO ACTUALLY HAVING A HEART ATTACK.  BUT IF YOU WANT, I CAN --
16  Q.  HOW MANY PEOPLE HAD A HEART ATTACK IN THIS STUDY?
17  A.  IF YOU CONFINE IT TO HEART ATTACKS AS OPPOSED TO HEART
18  ATTACKS, UNSTABLE ANGINA, AND OTHER KINDS OF CARDIOVASCULAR
19  DISEASE, I WOULDN'T BE SURPRISED THAT IT WAS A VERY SMALL
20  NUMBER.  IT COULD EVEN HAVE BEEN ONE.  BUT THAT WAS NOT THE
21  TOTAL NUMBER OF CARDIOVASCULAR ADVERSE EVENTS THAT WERE
22  OBSERVED.
23  Q.  DR. AVORN, BEFORE WE BROKE, WE WERE TALKING ABOUT
24  PROTOCOL 017, WHICH YOU SAID WAS A SIX-WEEK STUDY INVOLVING
25  HIGH DOSES OF VIOXX.  MY QUESTION FOR YOU, SIR, WAS:  DO YOU

57 (Pages 409 to 412)

## Page 413

1  KNOW HOW MANY PEOPLE ACTUALLY HAD A HEART ATTACK IN THIS STUDY?
2  A.  YES.
3  Q.  HOW MANY PEOPLE ACTUALLY HAD A HEART ATTACK IN THIS STUDY?
4  A.  ONE HAD A HEART ATTACK AND ABOUT SIX OTHERS HAD WHAT THE
5  FDA CHARACTERIZED AS "CARDIOVASCULAR ADVERSE EXPERIENCES."
6  Q.  SO FOR THE ONE PERSON WHO ACTUALLY HAD A HEART ATTACK, DO
7  YOU KNOW WHAT THAT PERSON'S RISK FACTORS WERE?
8  A.  IT WAS A 73-YEAR-OLD PERSON, WHO I BELIEVE WAS A MALE, AND
9  THOSE ARE RISK FACTORS IN THEMSELVES.  HAVING RHEUMATOID
10  ARTHRITIS IS ANOTHER RISK FACTOR FOR HEART DISEASE, AND I DON'T
11  KNOW ABOUT OTHER CHARACTERISTICS OF THAT ONE PERSON.
12  Q.  DO YOU KNOW WHAT THE INVESTIGATOR SAID ABOUT WHETHER HE
13  BELIEVED VIOXX CAUSED THE PERSON'S HEART ATTACK?
14  A.  I TEND TO NOT PAY ATTENTION TO INVESTIGATOR ATTRIBUTIONS,
15  ESPECIALLY IN COMPANY-FUNDED STUDIES.  I THINK A HEART ATTACK
16  IS A HEART ATTACK.
17  Q.  WELL, DO YOU KNOW ONE WAY OR ANOTHER WHAT THE INVESTIGATOR
18  SAYS?
19  A.  NO.
20  Q.  YOU'RE NOT TAKING THE POSITION IN THIS LITIGATION THAT
21  VIOXX CAUSED THE PATIENT'S HEART ATTACK IN PROTOCOL 017, ARE
22  YOU?
23  A.  I HAVE NO WAY OF KNOWING IN THAT PARTICULAR INSTANCE.
24  Q.  WE'RE DONE WITH THAT.  ACTUALLY, WE MAY -- YOU WERE
25  LOOKING AT -- WHEN YOU WERE ANSWERING THOSE QUESTIONS, YOU WERE

## Page 414

1  LOOKING AT EXHIBIT 44 --
2  A.  EXHIBIT 44.
3  Q.  -- WHICH WAS DR. VILLALBA'S MEDICAL REVIEW; IS THAT WHAT
4  IT'S CALLED?
5  A.  RIGHT.  PRIMARY REVIEW OF THE NEW DRUG APPLICATION.
6  Q.  IS THAT WHAT YOU CALLED YESTERDAY THE MEDICAL REVIEWS?
7  A.  "MEDICAL OFFICER REVIEW" I THINK IS WHAT I CALLED IT.
8  Q.  OKAY.  YESTERDAY YOU TALKED ABOUT SOME OF THE MEDICAL
9  OFFICER REVIEWS; RIGHT?
10  A.  RIGHT.
11  Q.  LET'S LOOK AT THE 13th PAGE OF THIS DOCUMENT,
12  EXHIBIT 44.  LET ME PUT IT UP ON THE SCREEN.  IT'S GOT TABLE 39
13  ON IT.
14  A.  GOT IT.
15  Q.  AND IT MUST BE A PART OF TABLE 38.  DO YOU SEE THAT?
16  A.  RIGHT.
17  Q.  CAN YOU TELL FROM THIS PAGE, AT THE VERY BOTTOM, THAT
18  DR. VILLALBA IS BEGINNING A DISCUSSION THERE OF STUDY 017?
19  THAT'S THE SAME THING THAT YOU'VE BEEN REFERRING TO AS PROTOCOL
20  017?
21  A.  RIGHT.
22  Q.  IS THAT RIGHT?
23  A.  RIGHT.
24  Q.  THEN WHEN WE GO OVER TO THE NEXT PAGE -- AND LET ME ASK
25  YOU:  THIS DOCUMENT THAT WAS PROVIDED TO YOU FOR YOUR REVIEW

## Page 415

1  HAS SOME UNDERLININGS AND MARKINGS.  ARE THOSE YOUR
2  UNDERLININGS AND MARKINGS?
3  A.  THAT'S RIGHT.
4  Q.  DO YOU SEE ABOUT HALFWAY DOWN ON THE PAGE THERE WAS A
5  PARAGRAPH THAT HAS A LITTLE HANDWRITTEN BRACKET ON THE SIDE?
6  IS THAT YOUR HANDWRITTEN BRACKET?
7  A.  THAT'S RIGHT.
8  Q.  WOULD YOU READ, PLEASE, WHAT THIS SAYS, THIS PARAGRAPH
9  THAT YOU BRACKETED.
10  A.  SURE.  "THERE WERE MORE PATIENTS WITH CARDIOVASCULAR
11  ADVERSE EVENTS IN THE ROFECOXIB OR VIOXX 175 MILLIGRAM GROUP
12  THAN IN THE PLACEBO GROUP."
13  Q.  WOULD YOU READ THE NEXT SENTENCE.
14  A.  TABLE 9 IS WHERE THEY ARE LISTED.  "THE NUMBER OF PATIENTS
15  ENROLLED IN THIS STUDY WAS SMALL AND NO CONCLUSIONS CAN BE
16  DRAWN FROM THESE DATA."  THAT'S WHY IT'S A SIGNAL.
17  Q.  DO YOU AGREE WITH THE MEDICAL OFFICER FROM THE FDA THAT
18  BECAUSE OF THE SMALL NUMBER OF PATIENTS ENROLLED IN THE STUDY
19  THAT NO CONCLUSIONS CAN BE DRAWN FROM THESE DATA?
20  A.  I WOULD NOT HAVE PHRASED IT AS "NO CONCLUSIONS."  I WOULD
21  SAY THAT THERE'S NO STATISTICALLY SIGNIFICANT DIFFERENCE,
22  THERE'S NO PROOF, THERE'S NO HARD-AND-FAST EVIDENCE FROM THIS
23  ONE STUDY, BUT I THINK A CONCLUSION THAT I WOULD DRAW WAS THAT
24  THIS WARRANTS FURTHER SCRUTINY.
25  Q.  DO YOU AGREE, SIR, BASED ON THE INFORMATION THAT WAS IN

## Page 416

1  THIS DOCUMENT THAT YOU REVIEWED, THAT THE INCIDENCE OF
2  THROMBOEMBOLIC EVENTS WITH VIOXX APPEAR TO BE SIMILAR TO THAT
3  OF COMPARATOR NSAIDS?
4  A.  SO, NOW, WE'RE NOT TALKING ABOUT STUDY 017 ANYMORE, BUT
5  THE TOTALITY OF THE DOCUMENT?
6  Q.  YES.
7  A.  IF YOU CAN REFER ME TO WHERE IT SAYS THAT, THAT WILL SPEED
8  THINGS UP.
9  Q.  OKAY.  IF WE GO TO THE -- I THINK IT'S THE NEXT PAGE.  NO,
10  IT'S NOT THE NEXT PAGE.  IT IS ABOUT SEVEN PAGES FORWARD.  LET
11  ME PUT IT UP ON THE SCREEN AND I'LL HELP YOU FIND IT.  IT'S THE
12  PAGE AT THE BOTTOM THAT HAS TABLE 52.
13  A.  RIGHT.
14  Q.  DO YOU SEE WHERE, AT THE BOTTOM OF THE SECOND PARAGRAPH,
15  DR. VILLALBA SAYS, "THE INCIDENCE OF THROMBOEMBOLIC EVENTS WITH
16  ROFECOXIB APPEARS TO BE SIMILAR TO COMPARATOR NSAIDS"?  DO YOU
17  SEE THAT, SIR?
18  A.  YES.  BUT IT'S IMPORTANT TO POINT OUT THAT A FEW LINES
19  LATER, TO BE FAIR, IN SUMMARY, WHICH IS WHERE DR. VILLALBA PUTS
20  ALL OF IT TOGETHER IN HER SUMMARY STATEMENT -- PERHAPS IF YOU
21  MIGHT HIGHLIGHT THAT A FEW LINES DOWN -- "WITH THE AVAILABLE
22  DATA, IT IS IMPOSSIBLE TO ANSWER WITH COMPLETE CERTAINTY
23  WHETHER THE RISK OF CARDIOVASCULAR AND THROMBOEMBOLIC EVENTS IS
24  INCREASED IN PATIENTS ON ROFECOXIB.  A LARGER DATABASE WILL BE
25  NEEDED TO ANSWER THIS AND OTHER SAFETY COMPARISON QUESTIONS."

Page 417

1    SO I THINK THE MOST IMPORTANT PIECE ON THAT PAGE IS
2   HER SUMMARY IN WHICH SHE SAYS WE CAN'T TELL WHETHER VIOXX
3   INCREASES THE RISK OF HEART DISEASE.  MORE INFORMATION IS
4   NEEDED TO ANSWER THAT QUESTION.  I THINK THAT'S THE CULMINATION
5   OF DR. VILLALBA'S ANALYSIS.
6   Q.  SHE SAID MORE INFORMATION IS NEEDED AND, OF COURSE, OTHER
7   STUDIES WERE DONE; CORRECT?
8   A.  I CAN'T IDENTIFY A SINGLE STUDY THAT WAS DONE TO
9   SPECIFICALLY ADDRESS THE QUESTION OF CARDIOVASCULAR SAFETY.
10  Q.  WELL, LET'S MOVE TO ANOTHER DOCUMENT THAT YOU SPENT SOME
11  TIME ON YESTERDAY, THE COMMENTS OF THE BOARD OF SCIENTIFIC
12  ADVISORS WITHIN MERCK.  DO YOU REMEMBER THAT DOCUMENT?
13  A.  YES.
14  Q.  YOU HAVE IT IN YOUR STACK.  IT WAS EXHIBIT 32.  DO YOU
15  WANT TO TAKE A MOMENT AND PULL IT OUT?
16  A.  OKAY.  I HAVE IT.
17  Q.  UP ON THE SCREEN, IS THIS THE SAME DOCUMENT THAT YOU HAVE
18  GOT IN FRONT OF YOU, EXHIBIT 32?
19  A.  RIGHT.
20  Q.  JUST TO KIND OF RESET THE SCENE, THIS WAS A BOARD OF
21  SCIENTIFIC ADVISORS WHO WERE, IN MAY OF 1998, GIVING ADVICE TO
22  MERCK ON THE QUESTION OF THE DEVELOPMENT OF VIOXX; RIGHT?
23  A.  CORRECT.
24  Q.  MR. TISI AND YOU FOCUSED ON PAGE 11 OF THIS DOCUMENT --
25  I'M SORRY -- YES, IT IS PAGE 11.  DO YOU HAVE THAT IN FRONT OF

Page 418

1   YOU?
2   A.  YES, I DO.
3   Q.  THIS IS THE DISCUSSION THAT'S HEADED "CARDIOVASCULAR
4   PATHOPHYSIOLOGY"; RIGHT?
5   A.  RIGHT.
6   Q.  I WANT TO GO OVER SOME OF THIS LANGUAGE WITH YOU IN SOME
7   DETAIL.  THE FIRST SENTENCE YOU MAY HAVE DISCUSSED, IT SAYS
8   "THE BOARD" -- THAT WOULD BE THE BOARD OF SCIENTIFIC ADVISORS;
9   RIGHT?
10  A.  RIGHT.
11  Q.  "THE BOARD ADDRESSED THE POTENTIAL FOR EITHER BENEFITS OR
12  ADVERSE CONSEQUENCES OF SELECTIVE INHIBITION OF COX-2 ON
13  CORONARY HEART DISEASE."  RIGHT?
14  A.  RIGHT.
15  Q.  WHEN YOU READ "SELECTIVE INHIBITION OF COX-2," THAT'S
16  BASICALLY A COX-2 INHIBITOR SUCH AS VIOXX; RIGHT?
17  A.  RIGHT.
18  Q.  SO THE BOARD WAS LOOKING FOR THE POTENTIAL OF EITHER GOOD
19  THINGS OR BAD THINGS, IN TERMS OF CORONARY HEART DISEASE, THAT
20  COULD COME FROM A DRUG SUCH AS VIOXX; IS THAT FAIR?
21  A.  THAT'S FAIR.
22  Q.  THEN THE REPORT GOES ON TO SAY, "THE POSSIBLE EFFECTS OF
23  COX-2 INHIBITION ON THREE SEPARATE COMPONENTS OF THE PROCESS
24  LEADING TO CORONARY ISCHEMIC EVENTS WERE CONSIDERED."  AGAIN,
25  DO YOU READ THIS TO MEAN THAT THE POSSIBLE EITHER BENEFITS OR

Page 419

1   ADVERSE CONSEQUENCES OF A DRUG SUCH AS VIOXX, A COX-2
2   INHIBITOR, WERE LOOKED AT IN CONNECTION WITH THESE THREE ITEMS
3   THAT ARE LISTED BELOW?
4   A.  CORRECT.
5   Q.  IN YOUR TESTIMONY YESTERDAY, ISN'T IT TRUE THAT THE WAY
6   YOU CHARACTERIZED THIS DOCUMENT WAS THAT THE BOARD OF
7   SCIENTIFIC ADVISORS WAS ALERTING MERCK TO THE POTENTIAL ADVERSE
8   CONSEQUENCES OF VIOXX WHEN IT CAME TO ITEM 1, "THE DEVELOPMENT
9   OF LIPID-RICH CORONARY PLAQUES"?
10  A.  THAT WAS ONE OF THE POINTS THAT THEY MAKE, YES.
11  Q.  I'M TALKING ABOUT YOUR TESTIMONY YESTERDAY.
12  A.  RIGHT.
13  Q.  YOU CHARACTERIZED THIS DOCUMENT, DID YOU NOT, AS ALERTING
14  MERCK TO THE POTENTIAL ADVERSE CONSEQUENCES OF VIOXX WHEN IT
15  CAME TO THE DEVELOPMENT OF LIPID-RICH CORONARY PLAQUE?
16  A.  CORRECT.
17  Q.  YOU ALSO CHARACTERIZED THIS DOCUMENT AS ALERTING MERCK TO
18  THE ADVERSE CONSEQUENCES OF VIOXX WITH THE SECOND ITEM LISTED,
19  WHICH IS "DESTABILIZATION OF PLAQUE"; RIGHT?
20  A.  RIGHT.
21  Q.  LET'S LOOK AT THIS DOCUMENT IN A LITTLE BIT MORE DETAIL.
22  MAYBE WE CAN SHORTEN IT.  DO YOU AGREE WITH ME THAT, IN FACT,
23  THE POINT FROM THE SCIENTIFIC ADVISORS WAS THAT VIOXX COULD
24  HAVE BENEFITS CONCERNING THE DEVELOPMENT OF LIPID-RICH CORONARY
25  PLAQUE AND COULD HAVE BENEFITS ON THE QUESTION OF

Page 420

1   DESTABILIZATION OF PLAQUE?
2   A.  IN THE FIRST CASE, THE DEVELOPMENT OF LIPID-RICH CORONARY
3   PLAQUES, THEY SAY THIS COULD MAKE THINGS WORSE OR THIS COULD
4   MAKE THINGS BETTER, WE DON'T KNOW.  IN THE CASE OF THE SECOND
5   POINT, THE RELEVANT PIECES ON THE NEXT PAGE, WHERE THEY
6   DESCRIBE THAT MORE FULLY, AND THIS IS THE DESTABILIZATION OF
7   THE JUNK IN THE ARTERY THAT WHEN IT BURSTS CAN CAUSE A HEART
8   ATTACK.
9      LET ME JUST READ THIS PARAGRAPH BRIEFLY BECAUSE IT'S
10  WHAT YOU'RE TALKING ABOUT.  OKAY.  WHAT THEY ARE SAYING IS
11  THAT, IN THE SECOND SENTENCE OF THE PARAGRAPH ON THE NEXT PAGE,
12  "AS THE CRITICAL CELLS IN THIS PROCESS ARE INFLAMMATORY CELLS,
13  THE POSSIBILITY EXISTS THAT THE PRODUCTS OF COX-2 COULD
14  REGULATE THINNING THE CAP OF PLAQUES AND RENDER THEM
15  RUPTURE-PRONE."
16  Q.  WHAT THAT MEANS, DOCTOR, IS THAT THE COX-2 ENZYME COULD
17  CAUSE PLAQUE RUPTURE AND, THEREFORE, SOMETHING THAT INHIBITS
18  THE COX-2 ENZYMES, SUCH AS VIOXX, WOULD HELP PROTECT AGAINST
19  PLAQUE RUPTURE.  THAT WAS THE REAL POINT OF THE SCIENTIFIC
20  ADVISORS; ISN'T THAT TRUE?
21  A.  I CAN'T TELL FROM THIS WHAT THEIR MAIN POINT WAS IN THAT
22  REGARD.
23  Q.  YESTERDAY YOU CLAIMED THAT THEIR MAIN POINT WAS THE
24  OPPOSITE, DIDN'T YOU?
25  A.  I CLAIMED THAT THEY WERE CONCERNED THAT HERE WAS A

Page 421

1   BRAND-NEW CLASS OF DRUGS THAT HAD AN EFFECT ON MANY IMPORTANT
2   ASPECTS OF THE CARDIOVASCULAR SYSTEM AND THAT IT WAS DIFFICULT,
3   BECAUSE THERE HAD NEVER BEEN DRUGS LIKE THIS BEFORE, TO KNOW
4   WHETHER THEY WOULD MAKE THINGS BETTER OR MAKE THINGS WORSE.
5   Q.  WELL, LET'S TAKE A LOOK IN MORE DETAIL ABOUT WHAT THEY
6   SAID ON BOTH OF THESE SUBJECTS.  WE ARE GOING TO LOOK FIRST AT
7   THE DEVELOPMENT OF THE LIPID-RICH PLAQUES.  THAT WAS ITEM 1;
8   RIGHT?
9   A.  RIGHT.
10  Q.  BEFORE WE GET INTO THAT DISCUSSION, JUST TO BACK UP FOR A
11  MINUTE SO THE JURY UNDERSTANDS THE SIGNIFICANCE, PEOPLE DEVELOP
12  PLAQUE IN THEIR CORONARY ARTERIES OVER TIME; RIGHT?
13  A.  RIGHT.
14  Q.  THAT CAN TAKE MANY, MANY YEARS; DECADES, IN FACT.  RIGHT?
15  A.  IT CAN.
16  Q.  SOME PLAQUE IS MORE DANGEROUS THAN OTHERS WHEN IT COMES TO
17  HEART ATTACKS; IS THAT RIGHT?
18  A.  I'M NOT SURE WHAT YOU MEAN.
19  Q.  SURE.  THERE ARE SOME PLAQUES THAT ARE LIPID-RICH AND MORE
20  PRONE TO RUPTURE THAN OTHER PLAQUES.  ARE YOU AWARE OF THAT?
21  A.  WELL, BUT ALL PLAQUES HAVE LIPID IN THEM.
22  Q.  YES.  I SEE THAT HERE THEY'RE TALKING ABOUT LIPID-RICH
23  CORONARY PLAQUES.  ARE YOU AWARE, DOCTOR, THAT CARDIOLOGISTS
24  DRAW A DISTINCTION BETWEEN DIFFERENT KINDS OF PLAQUES AND SAY
25  THAT SOME ARE MORE DANGEROUS THAN OTHERS WHEN IT COMES TO HEART

Page 422

1   ATTACKS?
2   A.  YES, BUT THEY ALL CONTAIN LIPIDS.
3   Q.  ARE YOU AWARE, SIR, THAT CARDIOLOGISTS, THE PEOPLE WHO
4   ACTUALLY SPECIALIZE IN HEART DISEASE, SAY THAT THE PLAQUES THAT
5   HAVE MORE LIPIDS, THAT ARE LIPID-RICH, ARE MORE DANGEROUS THAN
6   THE PLAQUES THAT HAVE LESS LIPID?
7   A.  RIGHT.
8   Q.  ARE YOU AWARE OF THAT FACT?
9   A.  YES.
10  Q.  OKAY.  SO HERE THE BOARD OF SCIENTIFIC ADVISORS IS TALKING
11  ABOUT THE ESPECIALLY DANGEROUS LIPID-RICH CORONARY PLAQUES; IS
12  THAT WHAT YOU UNDERSTAND?
13  A.  RIGHT.
14  Q.  DOWN HERE IN THE MIDDLE OF THE PAGE, DO YOU SEE WHERE THE
15  BOARD OF SCIENTIFIC ADVISORS SAYS THAT "THERE IS A GROWING BODY
16  OF EVIDENCE INDICATING THAT INFLAMMATORY DISEASE IS A RISK
17  FACTOR FOR MYOCARDIAL INFARCTION, AND SUCH INFLAMMATORY
18  PROCESSES ALMOST CERTAINLY ARE ACCOMPANIED BY THE RELEASE
19  OF" -- HOW DO YOU PRONOUNCE THAT NEXT WORD?
20  A.  CYTOKINES.
21  Q.  -- "CYTOKINES THAT AFFECT CELLS IN THE" --
22  A.  MONOCYTIC.
23  Q.  -- "MONOCYTIC SERIES IN GENERAL, AND COX-2 EXPRESSION IN
24  PARTICULAR."
25  A.  RIGHT.

Page 423

1   Q.  NOW, WHEN IT SAYS THAT INFLAMMATORY DISEASE IS A RISK
2   FACTOR FOR MYOCARDIAL INFARCTION, WHAT YOU UNDERSTAND THAT TO
3   MEAN IS THAT INFLAMMATION MIGHT BE A CAUSE OF HEART ATTACKS;
4   RIGHT?
5   A.  CORRECT.
6   Q.  INFLAMMATION COMES FROM THE COX-2 ENZYME, I THINK YOU
7   TESTIFIED YESTERDAY; RIGHT?
8   A.  RIGHT.
9   Q.  SO THE POINT HERE IS THAT THE COX-2 ENZYME, IF IT'S
10  CAUSING INFLAMMATION, COULD CAUSE THIS KIND OF -- COULD BE A
11  RISK FACTOR FOR THE HEART ATTACKS AND CONTRIBUTE TO THE
12  LIPID-RICH CORE; RIGHT?
13  A.  ACTUALLY, WHAT THEY'RE SAYING IN JUST THE NEXT SENTENCE IS
14  IT COULD GO EITHER WAY, IF YOU JUST GO TO THAT VERY NEXT
15  SENTENCE.
16  Q.  THE "ACCORDINGLY"?
17  A.  YES.
18  Q.  "ACCORDINGLY, IT IS APPROPRIATE TO ASK WHETHER COX-2
19  EXPRESSION IN MONOCYTE-MACROPHAGE" --
20  A.  I THINK WE CAN SPEED THIS UP AND I'LL JUST, IF YOU WILL
21  ALLOW ME, SKIP A LOT OF THE WORDS BECAUSE THEY ARE NOT GERMANE
22  TO THIS ARGUMENT:  ACCORDINGLY, IT IS APPROPRIATE TO ASK
23  WHETHER THE COX-2 ENZYME REGULATES THE PROGRESSION OF
24  ATHEROSCLEROSIS, EITHER POSITIVELY OR NEGATIVELY.  WHAT THEY
25  ARE SIMPLY SAYING IS IT SEEMS TO BE INVOLVED IN THIS PROCESS

Page 424

1   AND IT'S APPROPRIATE TO STUDY WHETHER IT MAKES THINGS BETTER OR
2   IT MAKES THINGS WORSE, AND THAT'S PRETTY CLEAR BY WHAT THE NEXT
3   SENTENCE SAYS.
4   Q.  IT'S PRETTY DIFFERENT, ACTUALLY, FROM HOW YOU
5   CHARACTERIZED IT YESTERDAY; ISN'T THAT TRUE?
6   A.  NO.  I CHARACTERIZED IT AS THEY'RE INDICATING THIS COULD
7   BE A PROBLEM, WHICH IS EXACTLY WHAT THEY SAID IN THE SENTENCE I
8   JUST READ.
9   Q.  ACTUALLY, WHAT THEY SAID IN THE SENTENCE THAT YOU JUST
10  READ WAS THAT IT COULD BE A PROBLEM OR IT COULD BE A BENEFIT.
11  A.  CORRECT.
12  Q.  YOU LEFT THAT OUT YESTERDAY.  YOU DIDN'T MENTION THAT IT
13  COULD BE A BENEFIT YESTERDAY, DID YOU?
14  A.  THE ISSUE AT HAND IS WHETHER THERE IS EVIDENCE PRESENTED
15  TO MERCK THAT THERE COULD BE A PROBLEM WITH THEIR DRUG CAUSING
16  HEART ATTACKS IN 1998, AND I STILL CONTEND THAT IS STATED HERE.
17  Q.  HOW ABOUT ON THE NEXT QUESTION, WHICH IS DESTABILIZATION?
18  HAVING READ THIS DOCUMENT A FEW MINUTES AGO AND THIS PARAGRAPH,
19  IS IT STILL YOUR CONTENTION THAT THIS WAS SOMEHOW A RED FLAG
20  THAT INDICATED THAT THERE MIGHT BE A PROBLEM WITH COX-2
21  INHIBITORS?
22  A.  WHAT IT STATES HERE IS, IN THAT SECOND SENTENCE, "THE
23  POSSIBILITY EXISTS THAT THE PRODUCTS OF COX-2 COULD REGULATE
24  THINNING THE CAP OF PLAQUES AND RENDERING THEM RUPTURE-PRONE."
25  COX-2 HAS NUMEROUS DIFFERENT PRODUCTS, AND IT IS HARD TO TELL

60  (Pages 421 to 424)

## Page 425

1  TO WHAT EXTENT THEY WERE REFERRING, AS THEY DO THROUGHOUT, TO
2  THE POSSIBLE GOOD OR THE POSSIBLE BAD ISSUES.  BUT WHAT WAS KEY
3  TO ME WAS THAT THEY WERE SAYING, LOOK, THIS IS A DRUG THAT IS
4  INTIMATELY INVOLVED IN INHIBITING AN ENZYME THAT HAS NEVER BEEN
5  INHIBITED BEFORE, AND IT COULD HAVE AN IMPORTANT EFFECT ON THE
6  DEVELOPMENT OF HEART DISEASE.
7  Q.  WELL, THIS LANGUAGE THAT YOU REFERRED TO, THE PRODUCTS OF
8  COX-2, THAT MEANS THE COX-2 ENZYME; RIGHT?
9  A.  RIGHT.
10  Q.  THE POSSIBILITY EXISTS THAT THE COX-2 ENZYME COULD
11  REGULATE THE THINNING OF THE CAP OF THE PLAQUES AND RENDER THEM
12  RUPTURE-PRONE.  IT MEANS THAT THE COX-2 ENZYME COULD CAUSE
13  PLAQUE RUPTURE; RIGHT?  IS THAT CORRECT?
14  A.  THE PRODUCTS OF THE COX-2 ENZYME.
15  Q.  RIGHT.  COULD CAUSE PLAQUE RUPTURE?
16  A.  RIGHT.
17  Q.  ISN'T THE POINT HERE THAT SOMETHING THAT WOULD INHIBIT
18  COX-2, THAT WOULD HOLD DOWN THAT ENZYME, WOULD BE POTENTIALLY
19  HELPFUL IN GUARDING AGAINST PLAQUE RUPTURE?
20  A.  I THINK THAT'S A FAIR INTERPRETATION.
21  Q.  THAT'S NOT THE INTERPRETATION YOU PUT ON IT YESTERDAY, IS
22  IT?
23  A.  NO.
24  Q.  BEFORE YOU TESTIFIED YESTERDAY ABOUT THIS DOCUMENT, HAD
25  YOU READ THE TESTIMONY OF ANY OTHER WITNESS, WHETHER FROM MERCK

## Page 426

1  OR INDEPENDENT EXPERTS, OR EXPERTS TESTIFYING ON BEHALF OF THE
2  PLAINTIFFS, ABOUT THE MEANING OF THIS DOCUMENT?
3  A.  NO.  BUT FOR THE SAKE OF COMPLETENESS, MR. BECK, I THINK
4  WE SHOULDN'T JUST CHERRY-PICK WHICH OF THE POINTS OF THIS WE
5  WANT TO DISCUSS UNLESS YOU ARE ABOUT TO GET TO EVENTS FOLLOWING
6  PLAQUE RUPTURE, WHICH IS THE MOST COMPELLING PLACE WHERE THE
7  BOARD OF EXPERT ADVISORS TALKS ABOUT THIS, AND I THINK IT WOULD
8  BE FAIR TO THE JURY TO NOT ONLY TALK ABOUT THE FIRST TWO AND
9  IGNORE THE THIRD.
10  Q.  OBVIOUSLY, IF YOU DIDN'T READ ANY TESTIMONY ON THIS, THAT
11  INCLUDES DR. REICIN'S TESTIMONY; CORRECT?
12  A.  CORRECT.
13  Q.  SO YOU DIDN'T READ OR LEARN ABOUT FROM ANY OTHER SOURCE
14  WHAT DR. REICIN SAID ABOUT THIS OR WHAT DR. MORRISON SAID ABOUT
15  THIS; IS THAT RIGHT?
16  A.  THAT'S CORRECT.
17  Q.  HAVE YOU EVER HEARD OF DR. STEPHEN EPSTEIN?
18  A.  THE NAME DOES NOT RING A BELL.
19  Q.  HE IS A NONRETAINED EXPERT FOR THE SAME LAWYERS THAT
20  YOU'RE WORKING WITH.  HE IS AN EXPERT IN ATHEROSCLEROSIS.  DOES
21  THAT HELP YOU AT ALL?  DOES THAT RING A BELL NOW?
22  A.  THERE'S A LOT OF DR. EPSTEINS.  NO, IT DOESN'T RING A
23  BELL.  HE MAY WELL BE A FANTASTIC EXPERT.  THE NAME JUST
24  DOESN'T RING A BELL.
25  Q.  HE, FROM HIS DEPOSITION, SAID HE TOOK OVER FOR DR. EUGENE

## Page 427

1  BRAUNWALD AS CHIEF OF CARDIOLOGY AT THE NATIONAL INSTITUES OF
2  HEALTH.  DOES THAT RING A BELL YET?
3  A.  NO.
4  Q.  BEFORE YOU TESTIFIED ABOUT WHETHER THE BOARD OF SCIENTIFIC
5  ADVISORS WAS A RED FLAG OR NOT, DID YOU LEARN WHAT DR. EPSTEIN
6  HAD TO SAY ABOUT THE MEANING OF THE POINTS WE JUST WENT OVER?
7  A.  NO.
8  Q.  DO YOU KNOW WHAT DR. EPSTEIN HAS SAID ABOUT WHETHER VIOXX
9  COULD HAVE A BENEFICIAL EFFECT ON ATHEROSCLEROSIS?
10  A.  I KNOW THERE WAS THE HOPE WHEN VIOXX WAS BEING DEVELOPED
11  THAT, AS AN ANTI-INFLAMMATORY DRUG, IT MIGHT HAVE THE POTENTIAL
12  FOR HELPING WITH INFLAMMATION IN THE CARDIOVASCULAR SYSTEM.
13  THAT WAS A HOPED-FOR EFFECT.  THAT ACTUALLY NEVER PANNED OUT,
14  BUT IT WAS A PLAUSIBLE HOPE IN THE MID '90S, LATE '90S.
15  Q.  PART OF THAT WAS THAT IT WAS HOPED THAT IT COULD HELP
16  REDUCE BOTH THE FORMATION OF PLAQUE AND THE POSSIBILITY OF
17  PLAQUE RUPTURE; RIGHT?
18  A.  I THINK THE FAIREST WAY OF PRESENTING IT IS THAT THERE WAS
19  THE UNDERSTANDING THAT THIS RECENTLY DESCRIBED ENZYME CALLED
20  COX-2 HAD A VERY IMPORTANT EFFECT ON THE HEALTH OF THE ARTERIES
21  AND THAT INHIBITING IT COULD DO BAD THINGS OR COULD DO GOOD
22  THINGS.  I THINK IN 1998 THOSE POSSIBILITIES WERE BOTH ON THE
23  TABLE.
24  Q.  WELL, DO YOU REMEMBER YESTERDAY, WHEN YOU WENT OVER THIS
25  DOCUMENT, YOU HAD NO TROUBLE AT ALL HOLDING YOURSELF TO TALKING

## Page 428

1  ABOUT POTENTIAL BAD CONSEQUENCES OF COX-2 INHIBITORS?  DO YOU
2  REMEMBER THAT ALL YOU TALKED ABOUT IN CONNECTION WITH THIS WAS
3  THE POTENTIAL ADVERSE CONSEQUENCES?  DO YOU REMEMBER THAT?
4  A.  THAT WAS WHAT WE WERE TALKING ABOUT.
5  Q.  OKAY.  SO YESTERDAY YOU CONFINED YOURSELF TO THE POTENTIAL
6  ADVERSE CONSEQUENCES, AND NOW I'M JUST GOING TO ASK YOU WHETHER
7  YOU CAN GIVE ME ANSWERS THAT FOCUS ON THE POTENTIAL POSITIVE
8  CONSEQUENCES RATHER THAN THIS, WELL, IT MAY BE GOOD OR IT MAY
9  BE BAD.  OKAY?
10  A.  YES.
11  Q.  NOW, DO YOU AGREE WITH ME, SIR, THAT BACK IN 1998 AND 1999
12  RESPECTED SCIENTISTS SAID THAT AMONG THE POTENTIAL GOOD THINGS
13  THAT MIGHT COME FROM VIOXX WERE THAT IT WOULD PROTECT -- IT
14  COULD POSSIBLY PROTECT AGAINST HEART DISEASE, NUMBER ONE, BY
15  HELPING TO GUARD AGAINST THE FORMATION OF PLAQUE?  DO YOU AGREE
16  WITH THAT?
17  A.  THEY SAID THAT THERE WERE BOTH GOOD AND BAD POTENTIALS.
18  Q.  NOW, WHY IS IT TODAY THAT YOU CAN'T CONFINE YOURSELF TO
19  THE GOOD SIDE THAT SCIENTISTS TALK ABOUT WHEN YESTERDAY YOU
20  ALREADY ADMITTED YOU WERE PERFECTLY CAPABLE OF CONFINING
21  YOURSELF TO THE BAD SIDE?
22  A.  BECAUSE TODAY, MR. BECK, WE'RE HERE TO TALK ABOUT THE FACT
23  THAT IT IS NOW UNIVERSALLY AGREED THAT VIOXX CAUSES HEART
24  ATTACKS, AND WE'RE NOW TRYING TO LOOK BACK AND FIND OUT WHAT
25  INFORMATION WAS AVAILABLE TO MERCK.  WE ARE NOT HERE DISCUSSING

## Page 429

1  THE FACT THAT VIOXX PREVENTS HEART ATTACK, IN WHICH CASE, MAYBE
2  THAT WOULD BE APPROPRIATE.
3  Q.  WERE YOU AWARE BACK IN 1998 AND 1999 WHAT WAS BEING
4  DISCUSSED IN THE SCIENTIFIC AND MEDICAL COMMUNITY ABOUT THE
5  POTENTIAL GOOD THINGS OR BAD THINGS OF COX-2 INHIBITORS?
6  A.  AROUND THIS PERIOD -- I DON'T KNOW IF IT WAS 1999 OR 2000,
7  BUT WHEN WE WERE DOING OUR OWN WORK ON THIS, WE DID REVIEW WHAT
8  WAS KNOWN IN THE LITERATURE ABOUT THE POTENTIAL FOR GOOD AND
9  FOR BAD.
10 Q.  AROUND THE TIME THAT VIOXX CAME ON THE MARKET, DO YOU
11 AGREE, SIR, THAT ONE OF THE POTENTIAL GOOD THINGS THAT
12 SCIENTISTS AND DOCTORS WERE TALKING ABOUT WAS THAT VIOXX
13 POTENTIALLY COULD BE PROTECTIVE OF THE HEART BY GUARDING
14 AGAINST PLAQUE FORMATION?
15 A.  YES.
16 Q.  DO YOU AGREE, SIR, THAT ANOTHER POTENTIAL GOOD THING THAT
17 SCIENTISTS AND DOCTORS WERE TALKING ABOUT AROUND THE TIME THAT
18 VIOXX CAME ON THE MARKET WAS THAT VIOXX COULD GUARD AGAINST --
19 COULD POSSIBLY GUARD AGAINST HEART DISEASE BY HELPING TO
20 PREVENT PLAQUE RUPTURE?
21 A.  THAT POSSIBILITY WAS RAISED.
22 Q.  DOCTOR, WOULD YOU PLEASE TURN TO WHAT WAS MARKED YESTERDAY
23 AS EXHIBIT 7.  IT'S IN THE FOLDER OF MEDICAL ARTICLES THAT
24 MR. TISI GAVE YOU.
25 A.  RIGHT.  GOT IT.

## Page 430

1  Q.  IS EXHIBIT 7 AN ARTICLE WHERE YOU WERE ONE OF THE AUTHORS?
2  A.  YES.  I WAS A SENIOR AUTHOR.
3  Q.  IT'S TITLED "THE RELATIONSHIP BETWEEN SELECTIVE" HOW DO
4  YOU PRONOUNCE THAT NEXT WORD?
5  A.  "CYCLOOXYGENASE."
6  Q.  IS THAT THE SAME THING AS COX-2?
7  A.  COX-2, YES.  YOU CAN CALL IT COX.
8  Q.  SO "THE RELATIONSHIP BETWEEN SELECTIVE COX-2 INHIBITORS
9  AND ACUTE MYOCARDIAL INFARCTION IN OLDER ADULTS."  RIGHT?
10 A.  CORRECT.
11 Q.  WHAT'S THE DATE OF THIS ARTICLE?
12 A.  IT WAS PUBLISHED IN MAY OF 2004 AND I CAN LOOK -- MAY 4,
13 '04.
14 Q.  SO SOME FIVE YEARS AFTER VIOXX WAS FIRST APPROVED BY THE
15 FDA?
16 A.  RIGHT.
17 Q.  TURN OVER TO PAGE 2072, WHICH I THINK IS THE FIFTH PAGE
18 IN.
19 A.  GOT IT.
20 Q.  I WANT TO CALL YOUR ATTENTION IN THE SECOND COLUMN IN THE
21 FIRST FULL PARAGRAPH TO ONE STATEMENT HERE ABOUT EMERGING DATA
22 ARE YOU WITH ME ON THAT --
23 A.  YES.
24 Q.  -- IN YOUR COPY?
25 A.  YES.

## Page 431

1  Q.  "EMERGING DATA SUPPORT A VARIED ROLE FOR COX-2."  THERE
2  WE'RE TALKING -- AGAIN, JUST SO THE JURY IS CLEAR, WE'RE
3  TALKING ABOUT THE ENZYME, NOT VIOXX OR ANY OTHER COX-2
4  INHIBITORS; RIGHT?
5  A.  CORRECT.
6  Q.  "EMERGING DATA SUPPORT A VARIED ROLE FOR THE COX-2
7  ENZYME," AND THEN YOU LIST VARIOUS THINGS, CONCLUDING WITH
8  "ATHEROGENESIS."  DO YOU SEE THAT?
9  A.  YES.
10 Q.  THEN YOU HAVE THESE CITES TO THESE TWO ITEMS, 27 AND 28.
11 A.  RIGHT.
12 Q.  WHAT IS ATHEROGENESIS?
13 A.  IT'S ATHEROGENESIS.
14 Q.  I'M SORRY, ATHEROGENESIS.
15 A.  IT'S THE DEVELOPMENT OF PLAQUE IN THE ARTERY WALL.
16 Q.  THE SAME THING AS ATHEROSCLEROSIS?
17 A.  WELL, ATHEROSCLEROSIS IS KIND OF THE END PRODUCT OF
18 ATHEROGENESIS.
19 Q.  OKAY.  THE DEVELOPMENT OF PLAQUE.  YOUR STATEMENT HERE, AT
20 LEAST THE PORTIONS I HAVE HIGHLIGHTED, IS THAT THERE IS NEW
21 INFORMATION THAT WOULD BE EMERGING DATA; RIGHT?
22 A.  YES.  ONGOING WORK, YES.
23 Q.  ONGOING WORK, NEW INFORMATION INDICATING THAT THE COX-2
24 ENZYME HAS SOME SORT OF POSSIBLE ROLE IN THE FORMATION OF
25 PLAQUE; RIGHT?

## Page 432

1  A.  CORRECT.
2  Q.  THEN YOU CITE THESE TWO SOURCES, AND IF YOU GO TO THE END
3  OF YOUR ARTICLE -- THOSE ARE SOURCES IN 27 AND 28.  IF YOU GO
4  TO THE END OF YOUR ARTICLE, YOU'VE GOT THE ACTUAL SOURCES THAT
5  YOU WERE REFERRING TO; CORRECT?
6  A.  RIGHT.
7  Q.  ONE OF THOSE IS AN ARTICLE BY BURLEIGH; RIGHT?
8  A.  RIGHT.
9  Q.  THE OTHER ONE IS BY -- HOW IS HIS NAME PRONOUNCED?  DO YOU
10 KNOW?
11 A.  AFTER BURLEIGH, I THINK IT'S CIPOLLONE.
12 Q.  CIPOLLONE.  OKAY.  I WILL HAND YOU WHAT I'M MARKING AS
13 EXHIBIT 45.  DO YOU RECOGNIZE EXHIBIT 45 AS THE FIRST OF YOUR
14 CITED REFERENCES, THE BURLEIGH ARTICLE?
15 A.  YES.  CORRECT.
16 Q.  LET ME PUT THAT UP ON THE SCREEN.  SO THIS IS THE ARTICLE
17 BY BURLEIGH THAT YOU CITED WHEN YOU SAID THAT THERE'S EMERGING
18 DATA CONCERNING THE ROLE OF THE COX-2 ENZYME ON THE DEVELOPMENT
19 OF PLAQUE; RIGHT?
20 A.  RIGHT.
21 Q.  IF YOU WOULD PLEASE TURN TO PAGE 1822.  WE ARE ON THE
22 BURLEIGH ARTICLE, WHICH WAS CITED IN YOUR ARTICLE, AND WE'RE ON
23 THE LAST PAGE OF THE TEXT OF THE BURLEIGH ARTICLE, PAGE 1822.
24 ARE YOU WITH ME, DOCTOR?
25 A.  YES.

DAILY COPY

## Page 433

1  Q. I'M BLOWING UP HERE ON THE SCREEN THE LAST CONCLUDING
2  PARAGRAPH OF THE ARTICLE YOU CITED. WOULD YOU PLEASE READ THAT
3  TO THE JURY.
4  A. WHERE WOULD YOU LIKE ME TO START?
5  Q. "MOUNTING EVIDENCE."
6  A. "MOUNTING EVIDENCE SUPPORTS AN IMPORTANT ROLE FOR
7  INFLAMMATION IN ATHEROSCLEROSIS AND PLAQUE RUPTURE. WE PRESENT
8  EVIDENCE THAT PHARMACOLOGIC INHIBITION OF COX-2 REDUCES
9  ATHEROSCLEROSIS IN THE LDLR-DEFICIENT MOUSE MODEL OF
10 ATHEROSCLEROSIS, AND WE PROVIDE GENETIC EVIDENCE INDICATING
11 THAT MACROPHAGE COX-2 PROMOTES EARLY ATHEROGENESIS. THESE
12 RESULTS DEMONSTRATE THE POTENTIAL OF COX-2 INHIBITORS IN THE
13 TREATMENT OF ATHEROSCLEROSIS AND SUPPORT THE POTENTIAL OF
14 ANTI-INFLAMMATORY APPROACHES TO THE PREVENTION OF CORONARY
15 HEART DISEASE."
16 Q. THIS ARTICLE, I THINK WE CAN TELL FROM THE VERY TOP, WAS
17 WRITTEN OR AT LEAST PUBLISHED IN APRIL 2002; RIGHT?
18 A. CORRECT.
19 Q. DO YOU AGREE WITH THE STATEMENTS THAT ARE IN THIS
20 PARAGRAPH?
21 A. YES.
22 Q. DO YOU AGREE THAT WHAT THIS PARAGRAPH INDICATES IS THAT
23 THERE IS INCREASING SUPPORT FOR THE NOTION THAT THE COX-2
24 ENZYME, THROUGH INFLAMMATION, CAN CONTRIBUTE TO PLAQUE
25 FORMATION? DO YOU AGREE WITH THAT?

## Page 434

1  A. I'M NOT SURE ABOUT THE INCREASING SUPPORT, WHERE THAT
2  COMES FROM.
3  Q. "MOUNTING EVIDENCE SUPPORTS," THE VERY FIRST SENTENCE.
4  A. THAT REFERS JUST TO INFLAMMATION.
5  Q. OKAY. WELL, IT SAYS, ACTUALLY, "MOUNTING EVIDENCE
6  SUPPORTS AN IMPORTANT ROLE FOR INFLAMMATION IN ATHEROSCLEROSIS
7  AND PLAQUE RUPTURE." RIGHT?
8  A. RIGHT.
9  Q. DO YOU AGREE, SIR, THAT IN 2002 THERE WAS EVIDENCE, NUMBER
10 ONE, THAT INFLAMMATION CONTRIBUTED TO ATHEROSCLEROSIS AND
11 PLAQUE RUPTURE? DO YOU AGREE WITH THAT?
12 A. YES.
13 Q. DO YOU AGREE, NUMBER TWO, THAT THERE WAS EVIDENCE THAT THE
14 COX-2 ENZYME COULD CONTRIBUTE TO INFLAMMATION, WHICH IN TURN
15 COULD CAUSE ATHEROSCLEROSIS AND PLAQUE RUPTURE?
16 A. WELL, THE PRODUCTS OF THE COX-2 ENZYME, BUT YES.
17 Q. ALSO, DO YOU AGREE THAT IN 2002 THAT SCIENTISTS WHOM YOU
18 CITED IN YOUR OWN ARTICLE WERE SAYING THAT THERE WAS A
19 POTENTIAL THAT COX-2 INHIBITORS -- AND THAT WOULD INCLUDE VIOXX
20 AND CELEBREX; RIGHT?
21 A. RIGHT.
22 Q. THAT COX-2 INHIBITORS COULD BE USEFUL IN THE TREATMENT OF
23 ATHEROSCLEROSIS?
24 A. THAT THEY HAD POTENTIAL USE.
25 Q. DO YOU AGREE WITH THIS FINAL SENTENCE OF THE ARTICLE THAT

## Page 435

1  YOU CITED, THAT "THE RESULTS DEMONSTRATE THE POTENTIAL OF COX-2
2  INHIBITORS IN THE TREATMENT OF ATHEROSCLEROSIS AND SUPPORT THE
3  POTENTIAL OF ANTI-INFLAMMATORY APPROACHES TO THE PREVENTION OF
4  CORONARY HEART DISEASE"?
5  A. RIGHT. THIS IS PART OF THE SAME GOOD NEWS/BAD NEWS ISSUE
6  WE HAVE BEEN TALKING ABOUT, THAT THERE'S POTENTIAL FOR GOOD AND
7  THERE'S POTENTIAL FOR HARM.
8  Q. AND HERE YOU'RE TALKING ABOUT THE POTENTIAL FOR GOOD;
9  RIGHT?
10 A. THAT'S RIGHT.
11 Q. WHAT PUBLICATION DID THIS ARTICLE APPEAR IN?
12 A. CIRCULATION.
13 Q. IS THAT THE SAME ONE THAT AT LEAST SOME OF YOUR ARTICLES
14 APPEARED IN?
15 A. RIGHT.
16 Q. AND I THINK YOU SAID YESTERDAY THAT IT'S THE TOP
17 CARDIOLOGY JOURNAL IN THE WORLD; RIGHT?
18 A. THAT'S RIGHT. FOR COMPLETENESS, WE ALSO CITE THE OTHER
19 SIDE OF THE STORY IN -- IN OUR PAPER. YOU'VE SELECTED ONE OR
20 TWO REFERENCES WHERE WE TALK ABOUT THE POTENTIAL GOOD EFFECTS,
21 BUT THE ENTIRE PART OF THE PARAGRAPH BEFORE THE PIECE YOU
22 PULLED OUT ALSO DISCUSSES THE POTENTIAL BAD.
23 Q. NOW I WANT TO MOVE TO THE SECOND OF THE CITED REFERENCES
24 THAT WE LOOKED AT IN YOUR ARTICLE.
25 A. OKAY.

## Page 436

1  Q. NOW, I WANT TO LOOK AT THE NEXT ONE, WHICH WAS THE -- WAS
2  IT CIPOLLONE?
3  A. RIGHT.
4  Q. IS THE DOCUMENT I NOW HAVE ON THE SCREEN THE SAME THING AS
5  THE ONE YOU HAVE IN FRONT OF YOU, WHICH IS THE CIPOLLONE
6  ARTICLE?
7  A. CORRECT.
8  Q. AND WHAT JOURNAL WAS THE CIPOLLONE ARTICLE PUBLISHED IN?
9  A. CIRCULATION.
10 Q. AND WHAT IS THE DATE OF THE CIPOLLONE ARTICLE?
11 A. 2001.
12 Q. WOULD YOU PLEASE TURN TO PAGE 926. ARE YOU WITH ME THERE?
13 A. YES.
14 Q. FOCUSING ON THE LAST SENTENCE IN THIS ARTICLE, WOULD YOU
15 PLEASE READ THAT FOR THE JURY.
16 A. YES. "FROM PRACTICAL PRACTICE STANDPOINT, THESE FINDINGS
17 RAISE THE POSSIBILITY THAT THE SELECTIVE COX-2 INHIBITORS NOW
18 CURRENTLY AVAILABLE FOR CLINICAL USE OR FUTURE PGES INHIBITORS
19 MIGHT PROVIDE A NOVEL FORM OF THERAPY FOR PLAQUE STABILIZATION
20 OF PATIENTS WITH ATHEROSCLEROTIC DISEASE AND PREVENTION OF
21 ACUTE ISCHEMIC SYNDROMES."
22 Q. AND IN 2001, DID YOU AGREE WITH DR. CIPOLLONE AND HIS
23 COLLEAGUES THAT THE FINDINGS IN THEIR STUDY RAISED THE
24 POSSIBILITY THAT COX-2 INHIBITORS SUCH AS VIOXX MIGHT PROVIDE A
25 NOVEL FORM OF THERAPY FOR PLAQUE STABILIZATION FOR PATIENTS

63  (Pages 433 to 436)

## Page 437

1 WITH ATHEROSCLEROTIC DISEASE?
2 A.  NO, I DID NOT.
3 Q.  YOU DISAGREED WITH THAT?
4 A.  CORRECT.  BECAUSE BY THEN THERE WAS EVIDENCE THAT THE
5 BAD-NEWS PIECES, WHICH WE HAD PREVIOUSLY CITED, WERE MORE
6 LIKELY TO BE REAL THAN A THEORETICAL STUDY FROM ANIMALS.
7 Q.  AND YET YOU CITED THIS ARTICLE IN YOUR OWN 2002 ARTICLE;
8 CORRECT?
9 A.  THAT'S RIGHT.
10 Q.  I'M SORRY.  YOUR 2004 ARTICLE?
11 A.  2004, RIGHT.
12 Q.  DO YOU AGREE, SIR, THAT DURING THE ENTIRE TIME VIOXX WAS
13 ON THE MARKET, SCIENTISTS WHOM YOU CONSIDERED TO BE REPUTABLE
14 WERE SUGGESTING THAT VIOXX'S ANTI-INFLAMMATORY PROPERTIES MIGHT
15 SLOW DOWN THE PROGRESSION OF ATHEROSCLEROSIS AND HELP STABILIZE
16 PLAQUE?
17 A.  I DO NOT AGREE WITH THAT.  BY THE TIME IT GOT TO BE 2003
18 AND 2004, I DON'T THINK PEOPLE WERE ANY MORE SUGGESTING, WITH
19 THE EVIDENCE AT HAND, THAT VIOXX WOULD BE USED TO TREAT HEART
20 DISEASE.
21 Q.  YOUR DEPOSITION OF A FEW WEEKS AGO BEGINNING ON PAGE 389,
22 LINE 23:
23     "Q.  WERE YOU AWARE OF ANY ARTICLES PUBLISHED BY
24   REPUTABLE SCIENTISTS WHILE VIOXX WAS ON THE MARKET WHICH
25   SAID THAT VIOXX'S ANTI-INFLAMMATORY PROPERTIES MIGHT

## Page 438

1   ACTUALLY SLOW DOWN THE PROGRESSION OF ATHEROSCLEROSIS AND
2   HELP STABILIZE PLAQUE?"
3     "A.  YES."
4     "Q.  THAT WAS A THEORY THAT ACTUALLY SCIENTISTS WERE
5   SUGGESTING DURING THE ENTIRE TIME VIOXX WAS ON THE MARKET
6   CREW; TRUE?"
7     "A.  RIGHT."
8   IS THAT YOUR SWORN TESTIMONY?
9 A.  THAT'S MY TESTIMONY, WHICH I THINK DIFFERS FROM THE
10 QUESTION YOU JUST ASKED ME.
11 Q.  SO WE CAN SET THE STAGE, AGAIN, THE VIGOR TRIAL INVOLVED
12 VIOXX AT 50 MILLIGRAMS PER DAY; CORRECT?
13 A.  CORRECT.
14 Q.  WHICH WAS TWICE THE MAXIMUM DOSE THAT HAD BEEN APPROVED BY
15 THE FDA AT THE TIME OF THE VIGOR TRIAL; RIGHT?
16 A.  I'D WANT TO GO BACK AND LOOK AT THE LABEL, BUT THAT SOUNDS
17 REASONABLE.  IT WAS THE DOSE THAT WAS BEING USED IN PATIENTS
18 WITH ARTHRITIS COMMONLY, ALTHOUGH IT WAS NOT THE DOSE ON THE
19 LABEL.
20 Q.  THE LABEL, AS YOU RECALL, SPECIFIED 25 MILLIGRAMS; RIGHT?
21 A.  THAT'S RIGHT.
22 Q.  AND THAT WAS THE STANDARD DOSE; RIGHT?
23 A.  FOR OSTEOARTHRITIS, BUT NOT FOR RHEUMATOID ARTHRITIS.
24 Q.  AND THE AVERAGE USE OF THE PEOPLE WHO WERE INVOLVED IN THE
25 VIGOR TRIAL TAKING THIS 50-MILLIGRAM DOSE WAS HOW LONG?

## Page 439

1 A.  MEDIAN DURATION WAS ABOUT NINE MONTHS.
2 Q.  NOW, DO YOU KNOW WHETHER THE LABEL SAID ANYTHING ABOUT HOW
3 LONG -- IF SOMEBODY WAS TAKING 50 MILLIGRAMS A DAY INSTEAD OF
4 25 MILLIGRAMS A DAY, THAT HOW LONG THEY SHOULD TAKE THAT FOR?
5 A.  WELL, I THOUGHT YOU JUST STIPULATED THAT THE LABEL DIDN'T
6 INDICATE USE FOR 50 MILLIGRAMS.
7 Q.  WELL, DO YOU REMEMBER WHETHER THERE WAS ANYTHING IN THE
8 LABEL ABOUT, IF YOU'RE GOING TO USE 50 MILLIGRAMS, ONLY DO IT
9 FOR, YOU KNOW, FIVE DAYS OR LESS?
10     THE QUESTION IS:  DO YOU REMEMBER ONE WAY OR THE
11 OTHER?
12 A.  YES, YES.  TYPICALLY, DOSES ARE RECOMMENDED FOR A DEFINED
13 PERIOD OF TIME, BUT IT'S WELL KNOWN THAT DOCTORS TEND TO IGNORE
14 THAT DURATION ISSUE.
15 Q.  BY QUESTION REALLY IS:  DO YOU REMEMBER -- YOU TALKED
16 ABOUT THE TWO LABELS YESTERDAY --
17 A.  CORRECT.
18 Q.  -- YESTERDAY WITH MR. TISI.  AND IF YOU DON'T REMEMBER,
19 YOU DON'T REMEMBER, BUT MY QUESTION IS:  DO YOU REMEMBER WHAT
20 THE LABEL, THE FIRST LABEL, SAID ABOUT HOW LONG SOMEBODY SHOULD
21 USE 50 MILLIGRAMS IF, IN FACT, THEY'RE GOING TO GO UP TO THAT
22 DOSE?
23 A.  I THINK THERE WAS A TIME LIMIT SUGGESTED IN THE LABEL FOR
24 50 MILLIGRAMS.
25 Q.  DO YOU REMEMBER WHAT THAT TIME LIMIT WAS?

## Page 440

1 A.  OFF THE TOP OF MY HEAD, I WOULD SAY TEN DAYS, BUT WE COULD
2 CHECK IT OUT.
3 Q.  OKAY.  IT CERTAINLY WASN'T NINE MONTHS, THOUGH; RIGHT?
4 A.  RIGHT.
5 Q.  AND ON THE -- AND YOU SAID THAT THE VIGOR TRIAL INVOLVED
6 PATIENTS WHO HAD WHAT CONDITION?
7 A.  RHEUMATOID ARTHRITIS.
8 Q.  ARE PEOPLE WHO HAVE RHEUMATOID ARTHRITIS, BY NATURE, AT
9 INCREASED RISK OF HEART ATTACKS?
10 A.  YES.  YES.
11 Q.  AND THE OTHER SIDE, ON THE OTHER ARM OF THE TRIAL, SO TO
12 SPEAK, THERE WERE PEOPLE WHO WERE TAKING NAPROXEN; RIGHT?
13 A.  CORRECT.
14 Q.  NOW THAT YOU HAVE THE VIGOR PUBLICATION IN FRONT OF YOU --
15 A.  YES.
16 Q.  -- CAN YOU TELL ME WHAT THE DOSE OF NAPROXEN WAS FOR THE
17 PARTICIPANTS WHO TOOK NAPROXEN RATHER THAN VIOXX?
18 A.  500 MILLIGRAMS TWICE A DAY.
19 Q.  IN TERMS OF THE GASTROINTESTINAL RESULTS, DID VIOXX
20 SIGNIFICANTLY REDUCE THE INCIDENCE OF PERFORATIONS, ULCERS, AND
21 BLEEDS?
22 A.  YES, YES.
23 Q.  DID VIOXX SIGNIFICANTLY REDUCE SERIOUS COMPLICATED
24 GASTROINTESTINAL PROBLEMS?
25 A.  YES.

DAILY COPY

## Page 441

1  Q.  FOR THE PEOPLE WHO USED TWICE THE NORMAL DOSE OF VIOXX FOR
2  SEVERAL MONTHS INSTEAD OF DAYS, WAS THERE ANY DOUBT THAT VIOXX
3  WAS SUPERIOR TO NAPROXEN FROM A GASTROINTESTINAL PERSPECTIVE?
4  A.  YES, THERE WAS A DOUBT.
5  Q.  ON THE CARDIOVASCULAR RESULTS, I THINK YOU TESTIFIED
6  YESTERDAY THAT THE DIFFERENCE IN THE CV EVENTS WAS THAT THERE
7  WERE FIVE TIMES AS MANY HEART ATTACKS IN THE VIOXX GROUP AS IN
8  THE NAPROXEN GROUP; IS THAT RIGHT?
9  A.  AS I SAID YESTERDAY, THE NUMBERS ARE VARIABLY PRESENTED,
10  WHETHER IT'S FOUR TIMES OR FIVE TIMES.
11  Q.  YOU SAID THEY ARE VARIOUSLY PRESENTED.  AND ONE OF YOUR
12  CRITICISMS YESTERDAY OF MERCK, AS I RECALL, WAS THE WAY THAT
13  THIS DATA WAS RECORDED IN THE NEW ENGLAND JOURNAL ARTICLE.  DO
14  YOU REMEMBER THAT?
15  A.  THAT'S RIGHT.
16  Q.  NOW, YOU KNOW THAT WHEN YOU READ THE VIGOR ARTICLE AND YOU
17  SAW THAT THE RISK OF NAPROXEN WAS REPRESENTED AS .2 OF THE RISK
18  OF VIOXX, YOU KNEW .2 WAS ONE-FIFTH; RIGHT?
19  A.  YES.
20  Q.  YOU UNDERSTOOD THAT WHAT THAT MEANT WAS THAT THERE WERE
21  FIVE TIMES AS MANY HEART ATTACKS IN THE GROUP THAT TOOK VIOXX
22  AS IN THE GROUP THAT TOOK NAPROXEN; CORRECT?
23  A.  WELL, I DO THIS FOR A LIVING, BUT WHAT IT SAID WAS THAT
24  THERE WERE ONE-FIFTH AS MANY HEART ATTACKS IN THE NAPROXEN
25  GROUP.

## Page 442

1  Q.  MY QUESTION IS:  WHEN YOU READ THAT, YOU UNDERSTOOD FROM
2  READING THE VIGOR ARTICLE THAT THERE WERE FIVE TIMES AS MANY
3  HEART ATTACKS IN THE VIOXX GROUP AS IN THE NAPROXEN GROUP,
4  DIDN'T YOU?
5  A.  IF I STOPPED AND THOUGHT ABOUT IT AND FLIPPED AROUND THE
6  NUMBERS AND DID THE MATH, I COULD DERIVE THAT NUMBER.
7  Q.  YOUR DEPOSITION, PAGE 360, LINE 10:
8      "Q.  YOU UNDERSTOOD FROM READING THE RESULTS HERE IN
9      THE ABSTRACT THAT THERE WERE FIVE TIMES THE NUMBER OF
10      HEART ATTACKS IN THE VIOXX ARM THAN IN THE NAPROXEN ARM;
11      RIGHT?"
12      "A.  RIGHT."
13      WAS THAT YOUR TESTIMONY?
14  A.  CORRECT.
15  Q.  DOCTOR, THE QUESTION IS WHETHER -- AT THE TIME YOU FIRST
16  READ THE VIGOR ARTICLE, MY QUESTION IS, DID YOU UNDERSTAND THAT
17  THERE WAS FIVE TIMES AS MANY HEART ATTACKS IN THE VIOXX GROUP
18  AS IN THE NAPROXEN GROUP?
19  A.  I THINK WHAT'S FAIR TO SAY IS, THE FIRST TIME I READ IT, I
20  READ WHAT IT SAID, WHICH IS THAT THERE WERE ONE-FIFTH AS MANY
21  HEART ATTACKS IN THE NAPROXEN GROUP.
22  Q.  DID YOU UNDERSTAND FROM THAT THAT THAT'S THE SAME THING AS
23  FIVE TIMES AS MANY HEART ATTACKS IN THE VIOXX GROUP?
24  A.  TO TELL YOU THE TRUTH, THE FIRST TIME I READ IT, THAT DID
25  NOT STRIKE ME.

## Page 443

1  Q.  AND BEFORE YOU EVEN READ THE VIGOR ARTICLE, YOU KNEW THAT
2  IT HAD BEEN PUBLICLY REPORTED THAT THERE WERE FIVE TIMES AS
3  MANY HEART ATTACKS IN THE VIOXX GROUP AS IN THE NAPROXEN GROUP;
4  ISN'T THAT RIGHT?
5  A.  NO.  THAT'S NOT HOW IT WAS PUBLICLY REPORTED.
6  Q.  WELL, DID YOU UNDERSTAND ALREADY BY THE TIME YOU READ THE
7  ARTICLE THAT THERE WERE MORE HEART ATTACKS IN THE VIOXX GROUP
8  THAN IN THE NAPROXEN GROUP?
9  A.  YES.
10  Q.  YOU UNDERSTOOD THERE WERE FIVE TIMES AS MANY; RIGHT?
11  A.  TO MOVE THINGS ALONG, YES.
12  Q.  YESTERDAY YOU SPENT SOME TIME TALKING ABOUT THE
13  NEW ENGLAND JOURNAL ARTICLE AND THE FACT THAT --
14  A.  MAY I ASK WHICH NEW ENGLAND JOURNAL ARTICLE?
15  Q.  THE SAME ONE WE WERE JUST LOOKING AT, EXHIBIT 16.
16  A.  OKAY.
17  Q.  -- THAT THERE WERE THREE HEART ATTACKS THAT WERE NOT
18  INCLUDED IN THE DATA IN THE NEW ENGLAND JOURNAL ARTICLE.  DO
19  YOU REMEMBER THAT SUBJECT?
20  A.  YES.
21  Q.  DO YOU KNOW FROM YOUR REVIEW OF MATERIALS IN THIS CASE
22  WHETHER MERCK INFORMED THE FDA ABOUT THESE THREE OTHER HEART
23  ATTACKS IN OCTOBER OF 2000?
24  A.  I KNOW FROM MY CONVERSATIONS WITH EDITORS OF THE
25  NEW ENGLAND JOURNAL THAT THEY DID.

## Page 444

1  Q.  THAT MERCK DID INFORM THE FDA OF THESE THREE HEART
2  ATTACKS?
3  A.  YES.
4  Q.  YOU TESTIFIED YESTERDAY ABOUT A REPORT WRITTEN BY
5  DR. TARGUM.  DO YOU REMEMBER THAT?
6  A.  YES.
7  Q.  DO YOU REMEMBER WHETHER DR. TARGUM'S ANALYSIS INCLUDED
8  THOSE THREE ADDITIONAL HEART ATTACKS?
9  A.  I BELIEVE THEY DID.
10  Q.  YOU TESTIFIED YESTERDAY ABOUT THE ADVISORY COMMITTEE THAT
11  MET IN FEBRUARY OF 2001 TO DISCUSS THE VIGOR RESULTS.  DO YOU
12  REMEMBER THAT?
13  A.  YES.
14  Q.  DO YOU KNOW WHETHER THIS ADVISORY COMMITTEE WAS COMPRISED
15  OF DOCTORS AND SCIENTISTS WHO YOU WOULD RESPECT IN THEIR
16  FIELDS?
17  A.  EXPECT THAT IT WOULD HAVE BEEN, YES.
18  Q.  WERE YOU INVITED TO PARTICIPATE?
19  A.  NO.  WE HAVE ALREADY ESTABLISHED THAT.
20  Q.  HAVE YOU READ THE TRANSCRIPT OF THAT MEETING?
21  A.  YES.
22  Q.  AND DID THE MEMBERS OF THE ADVISORY COMMITTEE ALSO HAVE
23  INFORMATION CONCERNING THE THREE ADDITIONAL HEART ATTACKS?
24  A.  I BELIEVE THEY DID.
25  Q.  YESTERDAY YOU TALKED ABOUT SOMETHING BECOMING CLEAR IN

DAILY COPY

Page 445

1    EITHER THE 2000 OR 2001 TIME FRAME.  DO YOU REMEMBER THAT?
2    A.  YES.
3    Q.  WHAT WERE YOU TALKING ABOUT YESTERDAY WHEN YOU SAID THAT
4    SOMETHING BECAME CLEAR IN THAT TIME FRAME?
5    A.  THAT BY THE SPRING OF 2001, WHEN THE ORIGINAL FINDINGS
6    FROM THE VIGOR STUDY WERE RELEASED BY MERCK, IN COMBINATION
7    WITH THE EXISTING INFORMATION FROM A VARIETY OF OTHER STUDIES
8    THAT WE HAVE TALKED ABOUT THAT WERE DONE AT AROUND THE SAME
9    TIME, THAT -- AS WELL AS THE INFORMATION FROM THE PREAPPROVAL
10   STUDIES AND THE EVIDENCE FROM THE PHARMACOLOGY STUDIES THAT
11   WERE ALSO AVAILABLE BY THE SPRING OF 2000, THAT AT THAT POINT
12   THERE WAS EVIDENCE OF A LIKELY ASSOCIATION OR EVEN OF A
13   POSSIBLE ASSOCIATION BETWEEN VIOXX AND CARDIOVASCULAR OUTCOMES.
14   Q.  YOU SAID SPRING OF 2001?
15   A.  I'M SORRY.  I MISSPOKE.  I MEANT SPRING OF 2000.
16   Q.  SO, BY THE SPRING OF SEVERAL MONTHS BEFORE THE PUBLICATION
17   IN THE NEW ENGLAND JOURNAL -- RIGHT?
18   A.  RIGHT.
19   Q.  -- YOU WERE SAYING THERE WAS EVIDENCE OF A LIKELY OR
20   POSSIBLE ASSOCIATION BETWEEN THE USE OF VIOXX AND --
21   A.  AND ADVERSE CARDIOVASCULAR OUTCOMES.
22   Q.  AND YESTERDAY DID YOU SAY THAT YOU YOURSELF HAD CONCLUDED
23   THAT THERE WAS THIS POSSIBLE ASSOCIATION BACK IN THE 2000 TIME
24   FRAME?
25   A.  YES.

Page 446

1    Q.  IN ANY EVENT, YOU YOURSELF, BACK IN 2000, BASED ON
2    INFORMATION THAT WAS AVAILABLE TO YOU IN THE SPRING OF 2000,
3    HAVE CONCLUDED IN YOUR OWN MIND THAT THERE WAS A LIKELY OR
4    POSSIBLE ASSOCIATION BETWEEN VIOXX AND ADVERSE CARDIOVASCULAR
5    OUTCOMES.  IS THAT YOUR TESTIMONY?
6    A.  CERTAINLY POSSIBLE ASSOCIATION, YES.  SO...
7    Q.  SO A POSSIBLE ASSOCIATION?
8    A.  YES.
9    Q.  RATHER THAN ASKING YOU WHAT WAS YOUR TESTIMONY YESTERDAY,
10   LET ME TRY TO SHORT-CIRCUIT IT.  IS IT YOUR POSITION THAT AT
11   THE TIME OF THE VIGOR PUBLICATION LATE 2000, THAT THERE WAS NO
12   RELIABLE EVIDENCE TO SUPPORT THE NAPROXEN HYPOTHESIS?
13   A.  "NO" IS AN EXTREME TERM, BUT I WOULD SAY VIRTUALLY NO.
14        THERE WAS THE OCCASIONAL NAPROXEN PLATELET STUDY.
15   THERE WAS OUR OWN RESEARCH THAT INDICATED A 16 PERCENT
16   REDUCTION.  SO I THINK THE FAIREST WAY TO CATEGORIZE IT WOULD
17   BE THAT THERE WAS NO CONVINCING EVIDENCE THAT THE SO-CALLED
18   NAPROXEN HYPOTHESIS EXPLAINED THE INCREASED RATE OF
19   CARDIOVASCULAR DISEASE SEEN IN VIGOR.
20        BUT, CLEARLY, ALL THE ANSWERS WERE NOT YET IN, IN
21   PART BECAUSE THE DEFINITIVE CLINICAL TRIAL NEVER GOT DONE; AND
22   THERE WERE UNRESOLVED QUESTIONS.  BUT THAT'S MY POSITION.
23   Q.  WELL, IN FACT, HAVE YOU STATED BEFORE THAT AT THE TIME OF
24   THE VIGOR STUDY ALONE, THAT YOU THOUGHT IT WAS FAIRLY OBVIOUS
25   FROM THE ABSENCE OF ANY CORROBORATING EVIDENCE OF ANY KIND ON

Page 447

1    THE PLANET THAT NAPROXEN WAS A MAJOR-LEAGUE CARDIOPROTECTIVE
2    DRUG?
3    A.  YES.
4    Q.  SO I WANT TO TALK ABOUT WHAT YOU AND OTHERS ON THE PLANET
5    WERE ACTUALLY SAYING AT THE TIME ABOUT THE POTENTIAL
6    CARDIOPROTECTIVE EFFECT OF NAPROXEN.
7        DURING THE TIME THAT VIOXX WAS ON THE MARKET, WERE
8    SCIENTISTS WHOM YOU CONSIDERED TO BE REPUTABLE WRITING ARTICLES
9    SAYING THAT THE DIFFERENCE IN HEART ATTACKS IN THE VIGOR
10   RESULTS COULD BE EXPLAINED BY NAPROXEN?
11   A.  YOU'D HAVE TO CHARACTERIZE WHEN YOU MEAN ABOUT WHILE IT
12   WAS ON THE MARKET, BECAUSE CERTAINLY THAT WAS BEING SAID
13   CREDIBLY IN 1999.  IT IS MUCH LESS LIKELY THAT IT WAS BEING
14   SAID CREDIBLY IN 2004.
15   Q.  WELL, IT WOULDN'T HAVE BEEN SAID IN 1999 SINCE VIGOR
16   HADN'T COME OUT IN 1999; RIGHT?
17   A.  I'M SORRY.  YOUR QUESTION WAS ABOUT SCIENTISTS SPEAKING
18   ABOUT WHAT?
19   Q.  ABOUT THE DIFFERENCE IN HEART ATTACKS IN VIGOR RESULTS
20   COULD BE EXPLAINED BY NAPROXEN.
21   A.  I'M SORRY.  YES, 2000.  WHAT WAS SAID IN 2000 WOULD HAVE
22   BEEN MORE CREDIBLE THAN WHAT WAS SAID IN 2004.
23   Q.  DO YOU KNOW WHO DR. STEVEN NISSEN IS?
24   A.  YES, I DO.
25   Q.  WAS HE A MEMBER OF THE ADVISORY COMMITTEE THAT MET IN

Page 448

1    FEBRUARY OF 2001 TO DISCUSS THE RESULTS OF VIGOR?
2    A.  I BELIEVE HE WAS.
3    Q.  IS HE A CARDIOLOGIST WHOM YOU RESPECT?
4    A.  YES.
5    Q.  AT THE TIME BACK IN 2001, DO YOU KNOW WHERE DR. NISSEN WAS
6    WORKING?
7    A.  I THINK HE WAS AT THE CLEVELAND CLINIC THEN.
8    Q.  WAS HE A COLLEAGUE OF DR. TOPOL'S BACK THEN?
9    A.  THAT'S RIGHT.
10   Q.  IS DR. NISSEN STILL AT THE CLEVELAND CLINIC?
11   A.  YES, HE IS.
12   Q.  IS DR. TOPOL STILL AT THE CLEVELAND CLINIC?
13   A.  NO.
14   Q.  YOU SAID YOU REVIEWED THE TRANSCRIPT OF THE ADVISORY
15   COMMITTEE, RIGHT, THE 2001 MEETING?
16   A.  RIGHT.
17   Q.  DO YOU REMEMBER WHETHER DR. NISSEN MADE A PRESENTATION AT
18   THAT MEETING?
19   A.  YES, HE DID.
20   Q.  DO YOU REMEMBER WHAT DR. NISSEN CONCLUDED ABOUT WHAT COULD
21   BE GLEANED FROM THE VIGOR RESULTS?
22   A.  WELL, RATHER THAN GOING ON MY MEMORY OF WHAT DR. NISSEN
23   SAID, IT MIGHT BE MORE HELPFUL IF I COULD JUST LOOK AT THE
24   TRANSCRIPT YOU'RE REFERRING TO.
25   Q.  FIRST, LET'S JUST ESTABLISH, IS EXHIBIT 47 THE TRANSCRIPT

66  (Pages 445 to 448)

## Page 449

1   OF THE ADVISORY COMMITTEE MEETING THAT YOU REVIEWED?
2   A.  YES.
3   Q.  AND IF YOU WOULD, PLEASE TURN TO PAGE 206.  SO JUST
4   REFERRING TO PAGE 206.  AND DR. NISSEN IS QUOTED ON PAGE 206.
5   DID YOU REVIEW THIS QUOTATION FROM DR. NISSEN WHEN CONSIDERING
6   MATERIALS IN REACHING YOUR OPINION?
7   A.  YES.
8   Q.  AND HE IS QUOTED HERE AS SAYING:  "BRIEFLY, I THINK WHAT I
9   WOULD SAY IN THE LABEL THAT THERE WAS AN EXCESS OF
10  CARDIOVASCULAR EVENTS IN COMPARISON TO NAPROXEN, THAT IT
11  REMAINS UNCERTAIN WHETHER THIS WAS DUE TO BENEFICIAL
12  CARDIOPROTECTIVE EFFECTS OF NAPROXEN OR PROTHROMBOTIC EFFECTS
13  OF THE AGENT, AND LEAVE IT AT THAT; THAT, BASICALLY, WE DON'T
14  KNOW THE REASON.  WE DO KNOW THERE WAS A DIFFERENCE.  THAT
15  AWARENESS SHOULD BE MADE AVAILABLE TO THE PRESCRIBER AND TO THE
16  CONSUMER, BUT WITHOUT NECESSARILY A FINAL JUDGMENT AS TO THE
17  REASONS FOR THAT DIFFERENCE."
18      DID I READ THAT QUOTATION CORRECTLY?
19  A.  YES, YOU DID.
20  Q.  AFTER DR. NISSEN MADE THIS STATEMENT, DO YOU KNOW WHETHER
21  THE ADVISORY COMMITTEE VOTED ON WHETHER THAT'S HOW THEY
22  RECOMMENDED THE SUBJECT BE TREATED IN THE LABEL?
23  A.  YES.  I WOULD WANT TO LOOK AT THE ACTUAL VOTE.  I KNOW
24  THERE WAS A VOTE, BUT I WOULD WANT TO SEE JUST HOW IT WAS
25  CHARACTERIZED.

## Page 450

1   Q.  IF YOU'D LOOK AT THE NEXT PAGE, AND DURING OUR PAUSE,
2   DURING THE MUSICAL INTERLUDE, DOCTOR, DID YOU HAVE A CHANCE TO
3   REVIEW THE TRANSCRIPT PAGES AROUND DR. NISSEN'S COMMENTS?
4   A.  YES.  BUT I DON'T THINK IT'S FAIR TO CHARACTERIZE IT AS A
5   VOTE ON DR. NISSEN'S COMMENTS.
6   Q.  OKAY.  HOW WOULD YOU CHARACTERIZE THE VOTE?
7   A.  I WOULD CHARACTERIZE IT AS -- I WILL READ THE ACTUAL
8   QUESTION THAT WAS POSED.
9   Q.  WHAT PAGE ARE YOU ON?
10  A.  207.
11  Q.  AND WHAT LINE?
12  A.  5.
13      "SO LET ME ASK FOR THOSE FEELING YES, THAT THERE
14  NEEDS TO BE SOMETHING, SOME ADDITIONAL LANGUAGE" -- AND I'M NOT
15  SURE THAT COMMA IS PLACED APPROPRIATELY.  I READ IT AS, SINCE
16  IT DOESN'T MAKE SENSE WHERE THE COMMA IS, "SOME ADDITIONAL
17  LANGUAGE, PERHAPS ALONG THE LINES OF DR. NISSEN, IN TERMS OF
18  THE LABEL."
19      AND SO WHAT IT SEEMS TO ME A FAIR READING OF THIS
20  QUESTION IS SHOULD THERE BE SOMETHING MORE ON THE LABEL THAT
21  DESCRIBES THE VIGOR FINDINGS, PERHAPS ALONG THE LINES THAT
22  DR. NISSEN SUGGESTED.
23  Q.  OKAY.  SO --
24  A.  AND THE VOTE WAS MOSTLY ON SHOULD THERE BE MORE LANGUAGE
25  IN THE LABEL ABOUT THE VIGOR FINDINGS.

## Page 451

1   Q.  WELL, NOBODY SAID THAT.
2   A.  "THAT THERE NEEDS TO BE SOMETHING, SOME ADDITIONAL
3   LANGUAGE" -- AND THE TOPIC WAS THE VIGOR FINDINGS -- "PERHAPS
4   ALONG THE LINES OF DR. NISSEN IN TERMS OF THE LABEL."
5   Q.  IN ANY EVENT, THE ACTUAL LANGUAGE THAT WAS VOTED ON WAS:
6   "SO, LET ME ASK FOR THOSE FEELING YES, THAT THERE NEEDS TO BE
7   SOMETHING, SOME ADDITIONAL LANGUAGE PERHAPS, ALONG THE LINES OF
8   DR. NISSEN IN TERMS OF THE LABEL."  IS THAT THE QUESTION THAT
9   WAS POSED?
10  A.  YES.
11  Q.  HOW DID THE VOTE COME OUT?
12  A.  THE VOTE WAS -- WELL, WE CAN'T GET A COUNT, BUT IT LOOKS
13  LIKE EVERYBODY BUT ONE VOTED FOR ADDITIONAL LANGUAGE.
14  Q.  WELL, VOTED FOR THE QUESTION THAT WAS "SOME ADDITIONAL
15  LANGUAGE PERHAPS ALONG THE LINES OF DR. NISSEN."  RIGHT?
16  A.  AGAIN, HAVING READ MANY OF THESE TRANSCRIPTS AND SAT --
17  AND THROUGH SOME OF THESE MEETINGS, I -- I SEE THE QUESTION AND
18  I THINK IT'S RIGHT THERE IN THE LANGUAGE THAT "SHOULD THERE BE
19  SOMETHING, SOME ADDITIONAL LANGUAGE," ABOUT THE VIGOR FINDINGS,
20  "PERHAPS ALONG THE LINES OF DR. NISSEN."
21  Q.  SO WE AGREE THAT THAT WAS THE QUESTION, AND IT WAS
22  EVERYBODY BUT ONE PERSON SAID YES TO THAT?
23  A.  RIGHT.  AND MY READING TO THAT IS THEY SAID, YES, THERE
24  SHOULD BE SOME ADDITIONAL LANGUAGE IN THE LABEL.
25  Q.  YOU DON'T HAVE ANY REASON TO BELIEVE THAT THE ADVISORY

## Page 452

1   COMMITTEE MEMBERS IN 2001 WERE BIASED IN FAVOR OF MERCK, DO
2   YOU.
3   A.  THE REASON I'M HAVING A HARD TIME ANSWERING THAT IS THAT
4   WE KNOW THAT THE ADVISORY COMMITTEE'S VOTE LATER ON -- AND I
5   SIMPLY DON'T KNOW IF IT WAS THE SAME MEMBERS OR HOW MANY WERE
6   THE SAME -- DEFINITELY DID SPLIT IN THEIR STATEMENTS ABOUT
7   VIOXX, ABOUT THE OTHER COX-2S, IN RELATION TO THEIR
8   AFFILIATIONS WITH INDUSTRY.  AND THIS HAS BEEN WIDELY
9   DOCUMENTED.
10      AND THE QUESTION HAS BEEN RAISED, I THINK
11  UNDERSTANDABLY, THAT IF THE VOTES IN A SUBSEQUENT MEETING, THE
12  ONE OF 2005, I BELIEVE, OF THE ADVISORY COMMITTEE CORRELATED
13  VERY CLOSELY WITH THE TIES OF ADVISORY COMMITTEE MEMBERS TO
14  INDUSTRY, THAT THAT RAISED THE QUESTION AS TO WHETHER THERE
15  WAS, PERHAPS UNCONSCIOUS, PERHAPS UNINTENTIONAL, BIAS.
16      SO I DON'T THINK I RULE OUT THAT POSSIBILITY IN
17  RELATION TO THIS ADVISORY COMMITTEE EITHER.
18  Q.  YOUR SWORN TESTIMONY FROM A FEW WEEKS AGO, PAGE 379, LINE
19  20:
20      "Q.  THERE'S NO REASON TO THINK THAT THE ADVISORY
21  COMMITTEE IN FEBRUARY OF 2001 WAS BIASED IN FAVOR OF
22  MERCK, WAS THERE, SIR?"
23      "A.  NOT TO MY KNOWLEDGE."
24      IS THAT YOUR SWORN TESTIMONY A COUPLE WEEKS AGO.
25  A.  YES.

67  (Pages 449 to 452)

Page 453

1        MR. BECK:  YOUR HONOR, WE ARE ABOUT TO MOVE ON TO

2   STUDY 090, AND I THINK EVERYBODY WOULD WANT TO BE FRESH FOR

3   THAT.

4        THE COURT:  MEMBERS OF THE JURY, WE ARE GOING TO STOP

5   HERE AND LET YOU GO HOME, RELAX, AND WATCH SOME TELEVISION

6   TONIGHT.  LEAVE YOUR BOOKS IN THE ROOM AGAIN, AND I'LL SEE YOU

7   TOMORROW AT 8:30.  ALL RISE AS THE JURY LEAVES, PLEASE.

8        (WHEREUPON, THE COURT WAS IN RECESS FOR THE EVENING.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

68  (Page 453)

**A**

**AAR** 253:17
**ABACK** 304:2
**ABBREVIATED** 294:21
**ABILITY** 392:3
**ABLE** 198:2 247:9 287:20 295:7,12 304:23 311:18 312:1 327:21 341:15 350:18 353:7 390:21 392:3 400:8 401:4
**ABSENCE** 369:14 446:25
**ABSOLUTELY** 252:15 259:1 313:20 348:8 358:16 400:12
**ABSTRACT** 335:12,25 337:16 338:2,24 339:15 339:19 442:9
**AC** 197:17
**ACADEMIC** 266:1 269:24,25 270:21 270:23 271:8,11 319:17 343:1 401:21
**ACADEMICIAN** 275:22
**ACADEMICS** 302:23
**ACCEPT** 195:10 204:9 209:23 236:8 267:17 284:15 287:18 316:25 338:10,11 338:13,14,15,19 411:1
**ACCEPTABLE** 327:24
**ACCEPTANCE** 327:19 328:7,9
**ACCEPTED** 205:21 308:3 328:12 338:11,17 340:7,10 353:14
**ACCEPTS** 284:13
**ACCESS** 260:22

260:23 283:6
**ACCOMPANIED** 422:18
**ACCOMPANIES** 255:4
**ACCORD** 323:18
**ACCOUNT** 307:16 323:3,20
**ACCOUNTABL...** 237:10
**ACCUMULATE** 230:19
**ACCUMULATED** 216:13
**ACCURATE** 258:8 301:13,18 321:2 387:25 394:11 396:4,11 397:7,10 398:10 399:22 400:4 401:20 402:8,9,16
**ACCURATELY** 289:14
**ACKNOWLED...** 278:5 340:23
**ACKNOWLED...** 218:3 278:9
**ACKNOWLED...** 278:16
**ACKNOWLED...** 340:25 341:17
**ACTED** 290:2 348:14
**ACTION** 228:24 229:8 252:1 291:3 342:23 369:8
**ACTIVE** 373:14 397:19
**ACTIVELY** 341:11 364:20
**ACTIVITIES** 193:2 232:3,23 236:16 239:1 240:4 241:11,11 248:5 289:14
**ACTIVITY** 242:7 251:8
**ACTUAL** 264:11 290:8 298:20 330:5 338:2

368:16 410:10 432:4 449:23 450:7 451:5
**ACUTE** 274:22 307:5 332:22 430:9 436:21
**AD** 243:4,5 347:22
**ADD** 208:14 371:10
**ADDED** 261:22
**ADDING** 262:6
**ADDITION** 224:20 225:1 275:6 351:16 355:14,22 392:6 394:20
**ADDITIONAL** 283:2,8,9,12 353:8 444:8,23 450:14,16 451:2,7 451:13,14,19,24
**ADDRESS** 228:23 229:7 250:15 306:20 348:10 357:23 371:1 377:4 417:9
**ADDRESSED** 248:2 306:24 324:21 348:19 418:11
**ADDRESSING** 254:23 341:24
**ADEQUATE** 290:13
**ADEQUATELY** 194:18 250:15
**ADJUSTED** 336:6
**ADJUSTING** 343:25
**ADJUSTMENTS** 245:3
**ADMINISTRAT...** 226:2 240:25 279:4 318:5,9,15 318:19 322:6 359:4 384:14 407:15
**ADMINISTRAT...** 266:15
**ADMISSIBLE** 264:17

**ADMIT** 247:9
**ADMITTED** 209:25 428:20
**ADOPTED** 271:8
**ADS** 269:22 271:14 271:24 385:24,25 400:11 402:18
**ADULTS** 430:9
**ADVANCE** 409:4 410:10
**ADVANTAGE** 263:7,11,20,23 351:8 352:15 355:14 366:12,13 366:15,16,19,21 367:5,9,13 368:13 370:7 371:9 377:20 390:25 391:5 398:11,12 398:13
**ADVERSE** 256:23 257:6 267:1 310:15 326:16 352:12 359:24 360:14 372:3 409:11 412:21 413:5 415:11 418:12 419:1,7,14 419:18 428:3,6 445:21 446:4
**ADVERTISING** 228:10 241:2 243:18 244:5 269:15 289:15 347:4,6,13,16,18 399:23 400:3,7
**ADVICE** 365:7 406:14 417:21
**ADVIL** 291:10
**ADVISE** 268:23 271:13 279:25 362:6
**ADVISED** 251:25 260:3 279:22
**ADVISORS** 362:2 362:6,16,19 364:15 365:8 366:5 417:12,21 418:8 419:7,23 420:20 422:10,15

426:7 427:5
**ADVISORY** 279:14 353:17 370:18 406:1,4,7 406:10,14,17 407:6,11 444:10 444:14,22 447:25 448:14 449:1,21 451:25 452:4,12 452:13,17,20
**ADVOCATE** 361:1
**ADVOCATES** 205:24 206:2,7,10 207:8
**AFFAIRS** 275:14 325:21 400:6
**AFFECT** 238:13 239:4,7,21 240:5 269:6 351:2 422:21
**AFFILIATIONS** 452:8
**AFFIRM** 317:23
**AFFORD** 195:8
**AFFORDED** 307:10
**AFRAID** 403:8
**AFRICA** 236:20
**AFTERNOON** 265:19,20 334:1
**AGE** 247:5
**AGENCIES** 395:17
**AGENCY** 267:14
**AGENDA** 266:16
**AGENT** 246:14 251:2 449:13
**AGENTS** 209:5 220:18 231:6 246:22 247:4 248:18 252:7 346:10
**AGING** 279:19,20
**AGO** 217:17 218:1 218:7 250:25 255:5 268:9 271:9 311:3 400:7 424:18 437:21 452:18,24

**AGONY** 381:25
**AGREE** 194:14
  196:15 199:11,14
  239:24 256:15
  328:25 372:12,15
  375:21 376:10
  377:11 378:22
  405:6,9 409:15
  410:2,4 415:17,25
  419:22 428:11,15
  429:11,16 433:19
  433:22,25 434:9
  434:11,13,17,25
  436:22 437:12,17
  451:21
**AGREED** 261:24
  261:24 289:11
  335:18 340:21
  356:9 372:14
  428:23
**AGREEMENT**
  317:25 318:1
**AHEAD** 213:4
  243:25 252:13
  255:23 354:16
  373:17 393:4
**AID** 242:25
**ALABAMA**
  188:21
**ALERT** 386:20
**ALERTING** 419:7
  419:13,17
**ALEVE** 291:13
  292:10,12
**ALISE** 381:22
**ALLEGATIONS**
  251:16
**ALLEGED** 227:2,8
**ALLEN** 188:19
**ALLOCATED**
  366:24
**ALLOW** 327:19
  335:15 373:23
  423:21
**ALLOWED** 253:7
  385:13 387:24
**ALONGSIDE**
  351:18
**ALTERNATIVE**
  215:4 220:1

324:14
**ALTERNATIVES**
  208:8 212:24
  252:10
**ALZHEIMER**
  211:24
**ALZHEIMER'S**
  211:10,14 212:2
  260:24 261:15,20
  262:5 378:4,12,15
  388:2,4 398:22
**AMERICA** 191:18
  191:20 232:4,25
**AMERICAN**
  275:13,20 276:19
  337:13,17
**AMERICAS**
  232:17,21 233:2
  234:11 237:4
**AMOUNT** 224:1,2
  224:4,5 225:2
  284:1
**ANALGESIC**
  349:5
**ANALYSES**
  331:18
**ANALYSIS** 194:16
  256:13 257:16,24
  289:21 332:4
  341:11 343:21
  349:11 354:18,21
  379:22 388:6
  391:12 398:23,25
  408:6,12 417:5
  444:7
**ANALYZE** 380:2
**ANDREW** 188:24
**ANDY** 188:20
**AND/OR** 326:15
**ANGINA** 360:16
  379:16 411:24
  412:3,12,18
**ANIMAL** 232:10
  364:9 365:1,8
**ANIMALS** 437:6
**ANNALS** 275:14
**ANNOUNCED**
  314:2
**ANNUAL** 237:22
**ANSTICE** 190:3

191:8,12 196:21
  231:9,11,12,23
  233:4 234:10,18
  235:17 239:2,9
  241:3,20 248:11
  249:3 250:8,19
  252:11 255:15
  258:15 264:15
**ANSWER** 198:5
  208:19 221:3
  249:21,21 250:6
  258:5 262:12
  263:10 299:22
  300:1 312:2
  353:21 379:7
  416:22,25 417:4
**ANSWERED**
  381:3
**ANSWERING**
  212:12 250:9
  413:25 452:3
**ANSWERS** 208:8
  208:16 401:16
  428:7 446:20
**ANTIBIOTIC**
  394:17
**ANTICIPATE**
  238:10,11,12
**ANTICIPATED**
  231:1
**ANTICOAGUL...**
  346:3
**ANTIPLATELET**
  374:24
**ANTI-INFLAM...**
  294:7 348:24
**ANTI-INFLAM...**
  272:11 275:4
  276:13 277:5
  281:4 290:23
  291:1,6 294:17
  345:21 383:24
  427:11 433:14
  435:3 437:14,25
**ANTI-PLATEL...**
  375:15 398:17
**ANYBODY** 219:19
  221:22 282:23
  293:7 310:14
  343:16 412:14

**ANYMORE**
  202:17 416:4
**ANYWAY** 195:19
**APPARENTLY**
  236:24 356:9,9
  401:3
**APPEAR** 290:25
  313:9 318:15
  386:16 389:5
  416:2 435:11
**APPEARANCES**
  188:14
**APPEARED** 220:4
  277:11,19,20
  361:18 395:25
  435:14
**APPEARING**
  283:24 284:7
**APPEARS** 227:3
  386:11 416:16
**APPLICATION**
  194:23 195:4
  205:20 358:2,24
  359:15 414:5
**APPLY** 368:5
  374:3
**APPLYING**
  349:11
**APPOINTMENTS**
  273:22
**APPROACH**
  222:11 241:8
  263:2 269:25
  270:19,20,22
  397:24
**APPROACHES**
  433:14 435:3
**APPROPRIATE**
  194:24 195:23
  196:1 218:5 222:8
  228:24 229:8
  240:10 241:12,18
  242:16 243:5
  245:3 258:13
  343:15,17 390:22
  396:5 423:18,22
  424:1 429:2
**APPROPRIATE...**
  380:2 388:16
  450:15

**APPROPRIATE...**
  399:11
**APPROVAL**
  194:16 204:7,8,11
  204:13,18,21
  205:3,4,6 229:25
  243:10,21 245:4,9
  246:6 263:4
  325:1 331:9
  409:4 410:10
**APPROVE** 194:5,7
  194:9,9,20 214:23
  214:25 245:4
  251:23 252:4
  352:17,19,19,20
  354:18 369:22
  377:20,21 396:1
  397:3,4,6,10,16
  398:9 401:5
  406:18 407:8,9
**APPROVED** 204:5
  229:20 245:19,21
  248:16 326:22
  343:20,20 346:12
  361:5 362:8
  365:13 406:11,14
  407:7,14,25 409:7
  410:1,17 411:7
  430:14 438:14
**APPROXIMATE**
  297:4
**APPROXIMAT...**
  232:19 236:1
  247:24 275:7
**APRIL** 253:20
  255:8 256:11,11
  260:25 261:25
  325:6,10 329:4
  342:8 381:15
  387:17 388:20
  433:17
**APRIL/MAY**
  256:4
**APTC** 368:15,19
  398:14,16
**ARCHIVES**
  275:14 306:6
**AREA** 207:15
  249:12 269:9,10
  269:16 343:6

**AREAS** 237:12
267:16 268:5
271:25 281:11,12
**ARGUE** 375:18
**ARGUED** 380:7
**ARGUMENT**
353:11 357:4
423:22
**ARM** 216:2,16
220:15 233:8
252:5 258:2 307:4
356:12 440:11
442:10,10
**ARRANGED**
303:16
**ARRHYTHMIAS**
380:16
**ARTERIES** 363:9
421:12 427:20
**ARTERY** 363:4,11
409:1 420:7
431:15
**ARTHRITIS** 211:9
211:9 267:16
274:20 349:17
367:2,5,7,24
374:2 395:3
410:25,25 411:1
413:10 438:18,23
440:7,8
**ARTICLE** 277:14
295:23 298:20
301:13 306:21
321:12 323:4
338:2 340:13,14
340:15 341:19
342:24 343:7,25
345:4,12 400:6
430:1,11 432:3,4
432:7,14,16,22,22
432:23 433:2,16
434:18,25 435:11
435:24 436:6,8,10
436:14 437:7,10
441:13,16 442:2
442:16 443:1,7,13
443:14,18
**ARTICLES** 275:7
275:18 276:23,25
277:3,7 282:10

349:14 386:3,5
395:24,25 399:8,9
399:12 429:23
435:13 437:23
447:8
**ASA** 382:3
**ASCERTAIN**
379:12 380:2
**ASCERTAINING**
379:9,23
**ASIDE** 256:10
273:9 311:10
341:4
**ASKED** 204:18
205:20 253:9
262:19 266:12
269:17 271:19
279:13 281:11
282:4 287:14
303:1,4,11,12
311:4 314:22
316:25 328:19
329:17,18 330:11
330:13 331:22
340:25 348:9
355:8 357:22
370:25 371:3
401:17 406:20
412:8 438:10
**ASKING** 199:8
231:20 253:5
254:14 285:24
304:5 340:19
343:5,6 446:9
**ASPECT** 412:11
**ASPECTS** 248:8
288:20 336:23
397:14 404:7
421:2
**ASPIRIN** 218:2
290:24 291:4,14
291:16,21 292:2,2
292:6,15 307:3,10
344:14 348:24
349:15,16 350:22
350:24 351:1,6,9
351:11,12,14,16
351:18 357:13,16
357:17 360:23
361:1 367:11,13

373:6,24 374:2
376:3 382:3,25
384:10,22
**ASPIRIN-INDI...**
356:24 376:16
**ASPIRIN-LIKE**
357:8,14
**ASPIRIN-NOT-I...**
356:18 357:3
**ASSEMBLED**
206:11
**ASSERT** 388:11
**ASSESS** 244:14
**ASSESSING** 212:4
238:20,22,23
350:6
**ASSESSMENT**
212:5 344:18
374:20 388:8
**ASSESSMENTS**
391:19
**ASSIGNED** 296:20
297:5 299:2,5,7
368:8
**ASSIGNMENT**
192:1
**ASSIST** 254:22
**ASSISTANTS**
266:15
**ASSISTED** 361:13
391:11
**ASSOCIATED**
221:8 230:17,20
230:22 251:5
252:20 294:6
301:8 346:10
366:9 378:8
388:13 397:9
400:4
**ASSOCIATION**
235:11,25 275:13
275:20 276:19
293:23 352:14
365:20 370:14
389:24 390:14
445:12,13,20,23
446:4,6,7
**ASSUME** 200:6
222:4 223:18
238:11 327:12

**ASSUMING**
336:22 374:7
**ASSUMPTION**
239:5
**ASSUMPTION-...**
238:7
**ASTRONOMIC...**
345:24
**ATHEROGENE...**
431:8,12,13,14,18
433:11
**ATHEROSCLE...**
231:2 423:24
426:20 427:9
431:16,17 433:7,9
433:10,13 434:6
434:10,15,23
435:2 437:15
438:1
**ATHEROSCLE...**
436:20 437:1
**ATTACH** 366:21
**ATTACK** 220:9,12
297:25 299:8
300:9 301:11
306:19 307:5
316:3 323:13
324:1 330:1,19
332:8 334:19,25
337:8 339:14
344:9,13,16
347:10 354:3,12
356:11 360:16
363:12,15 366:9
372:1 373:13
374:5 379:15
380:10,11,15,20
383:3,6 384:6
387:16 392:2
396:16,22 411:14
412:1,10,13,15,16
413:1,3,4,6,13,15
413:16,21 420:8
429:1
**ATTACKS** 196:12
208:6,10,20,23
209:7 210:4,16
212:20 214:11,24
215:9,17 216:6,24
217:23 218:10

221:8 291:25
297:4 298:17
299:3 300:10
301:7 302:12
303:25 304:4
305:4,5 309:21,25
310:1 313:22
314:5,17 320:1,17
324:3,4,5,8,10,15
324:18 329:21,21
330:6,24 333:5
351:21,25 352:6
352:11,22 353:5
353:16 355:12
356:12,23,24,25
357:6,10,11,21,24
363:8 364:18,24
365:21 367:5,17
368:4,12,17,17
369:16 370:4,6
372:2,4,8,11,23
376:14 384:12
397:1 398:14,19
401:18 411:24
412:12,17,18
421:17 422:1
423:3,11 424:16
428:24 440:9
441:7,21,24 442:3
442:10,17,21,23
443:3,7,17,23
444:2,8,23 447:9
447:19
**ATTEMPTED**
291:24
**ATTENDED**
247:19,20 248:11
**ATTENTION**
226:16,17 240:3
278:8 300:14
362:20 379:5
413:14 430:20
**ATTORNEY**
256:13
**ATTORNEYS**
252:12 284:17
**ATTRIBUTES**
385:23
**ATTRIBUTION**
375:18

**ATTRIBUTIONS**
413:14
**AUDIENCE**
224:18 239:6,18
239:20 309:3,5,10
**AUDIENCES**
225:9 240:4
**AUGUST** 188:7
191:2 220:7
308:23,25 310:3
311:11 314:16
316:14 320:6
321:3,20 323:8,17
334:2
**AUSTRALIA**
191:18 232:5
234:19 235:4,11
235:25 236:6,13
236:14,16,21
271:10
**AUTHOR** 306:8
430:2
**AUTHORITIES**
258:25
**AUTHORIZED**
317:21
**AUTHORS** 301:6
340:16 355:4
396:15 430:1
**AUTHORSHIP**
341:13
**AUTOMATICA...**
245:11
**AVAILABILITY**
215:4 252:9
**AVAILABLE**
198:10 240:17
242:25 251:12
252:7 258:22,24
260:10 263:8
282:3 290:7,11
291:9 324:9
358:24 365:25
366:13,17,18
368:24 381:19
387:19 389:25
399:1 400:10
403:2 407:11
416:21 428:25
436:18 445:11

446:2 449:15
**AVERAGE** 367:15
438:24
**AVOID** 250:9
282:18
**AVORN** 190:6
265:15,23 267:11
272:4 274:16
276:23 280:7
281:15 295:14
334:8 343:24
353:24 365:18
408:4 412:23
**AWARDED** 268:1
299:21
**AWARE** 242:2
249:1 251:23
253:11 255:18,22
257:21 260:12
261:15,18 283:21
291:16 318:3
320:5,9,10 325:9
325:13 355:8
408:1,3 421:20,23
422:3,8 429:3
437:23
**AWARENESS**
241:14 449:15
**AWFULLY** 270:3
**AXE** 270:13
**A.M** 188:7
_____
**B**
**B** 324:2 379:4
**BABY** 351:9,18
**BACHELOR**
235:3
**BACHELOR'S**
235:5
**BACK** 199:11,25
204:17 217:9
239:9 247:11
255:24 259:6
264:22 269:11
271:10 272:9
273:16 276:19
282:24 287:22
293:16 294:18
324:22 329:18
333:9 335:17

340:15 394:17
404:20 410:24
421:10 428:11,24
429:3 438:16
445:23 446:1
448:5,8
**BACKGROUND**
193:12,15 234:24
253:22 267:22
**BACKGROUNDS**
234:1
**BAD** 219:15,16
267:4 294:24
295:7 302:9,11,14
349:17 355:19
364:13 369:18,24
400:9,14 402:4
418:19 425:2
427:21 428:1,9,17
428:21 429:5,9
435:22
**BAD-NEWS** 437:5
**BAIT** 316:15 317:1
317:9 324:24,25
**BALANCE** 216:19
220:2 229:13
245:2 267:10
269:13 350:16
362:21 394:21
395:5 409:20
**BALANCED** 258:9
270:20 396:5
398:10
**BALL** 401:2
**BARNETT** 188:8
**BARTLIT** 188:23
**BASED** 194:17
195:23 204:19
206:5 207:22
215:3,4 216:12
229:5 252:6 255:2
255:13,14 262:23
270:1 271:12
277:12 316:18
323:8 347:9 351:5
380:6 395:15
407:11 415:25
446:1
**BASES** 319:11
352:5

**BASIC** 290:18
**BASICALLY**
223:20 278:1
284:24 316:14,25
317:17,25 332:25
363:3,15 418:16
449:13
**BASING** 403:1
**BASIS** 194:16
208:24 209:4
236:19,23,25
238:17 239:25
327:10 340:4
352:1 369:23
**BATES** 312:6
326:3
**BATES-STAMP...**
253:16 258:16
**BAYCOL** 286:25
**BEACH** 188:17
**BEASLEY** 188:19
**BEAT** 203:18,19
205:11,11
**BECK** 188:23,24
222:10,14,18,23
223:2 231:8,15,17
231:22 285:9,10
403:7,11,12 426:3
428:22 453:1
**BECOMING**
366:17,18 398:6
444:25
**BEGAN** 268:4
270:17 290:25
296:1 361:1
397:25
**BEGINNING**
196:6 222:20
242:21 310:9
314:21 319:4
328:4 386:17
414:18 437:21
**BEGINS** 243:1
355:20
**BEHALF** 271:18
426:1
**BEHAVIOR**
205:14 219:21
347:19
**BEINGS** 351:21,25

352:6 353:16
**BELIEF** 251:10
299:23
**BELIEVE** 193:25
196:15 219:20
223:13 229:4,6
230:12 244:11
245:24 252:15
262:5,18 276:18
305:7 314:21
318:17 353:20
363:8 367:13
368:1 389:10
413:8 444:9,24
448:2 451:25
452:12
**BELIEVED**
195:23 204:1,2,4
206:6 207:24,25
208:1,7 212:11
217:2 218:4
245:24 251:1,5,7
258:8 269:21
413:13
**BELL** 426:18,21
426:23,24 427:2
**BENCH** 222:13
264:14 317:5
**BENCHMARK**
328:3,6 339:5,6
**BENCHMARKS**
327:23
**BENEFICIAL**
267:1 427:9
449:11
**BENEFIT** 195:24
204:4 212:3,9
222:9 236:5 246:1
251:9 276:21
285:4 298:2,18
300:3 343:14,15
345:22 346:12
350:8 351:2 385:8
388:9 395:11
403:4 408:23
424:10,13
**BENEFITS** 221:16
222:7 223:25
239:24 241:16
242:12 244:4

246:17 248:9
252:20 279:1
280:25 281:3,8
288:19 289:7,10
289:17 301:14,15
301:23,24 302:4
350:6 363:25
364:6 382:18,22
385:18 387:25
391:20,21,22
394:15,18,20,22
394:25 395:5,22
397:9 400:4 402:2
402:4,8 403:5
418:11,25 419:24
419:25
**BENEFIT/RISK**
212:5
**BEST** 208:16,19,21
212:11 250:6
251:11 252:9
269:1 315:3 322:1
338:23 341:6
366:14
**BET** 201:18 224:13
**BETH** 302:20
**BETTER** 222:2
227:10,24 242:16
266:22 271:3,5
296:25 302:10
328:23 345:20
349:8,16 350:8,12
350:15 420:4
421:4 424:1
**BEXTRA** 384:6
**BEYOND** 248:12
255:10 288:19
**BIAS** 452:15
**BIASED** 452:1,21
**BIG** 198:9 283:23
297:10 307:16
311:18 327:1
360:5 374:3
**BIGGER** 294:17
**BIGGEST** 228:14
294:2
**BILL** 285:5 286:17
286:18
**BILLED** 284:21
**BILLIONS** 221:18

221:20
**BILLS** 201:5,7,8
201:18 284:10
**BINDER** 343:25
**BINDERS** 403:20
403:23,25
**BIOLOGICAL**
395:9
**BIRCHFELD**
188:20
**BIRCHFIELD**
222:24 223:3
325:16 333:8
**BIT** 234:24 266:10
267:19,22 275:25
291:4 302:24
344:25 366:19
419:21
**BIWEEKLY**
327:10
**BLACK** 254:22
386:11,16
**BLACK-AND-...**
295:3
**BLACK-BOX**
386:9,10 387:6,8
389:1
**BLEED** 383:3,4
**BLEEDING** 294:5
295:13 296:21
346:2 405:12
**BLEEDS** 247:3
405:14 440:21
**BLOCK** 295:5,6
362:22,22,25,25
365:5
**BLOCKING** 295:8
365:2
**BLOOD** 230:14,18
231:4 293:21
360:18 383:5
408:25 409:3
**BLOWING** 433:1
**BLOWN** 409:8
**BOARD** 362:16,19
366:4 402:19
417:11,20 418:8,8
418:11,18 419:6
422:10,15 426:7
427:4

**BOARD-CERTI...**
274:6
**BODY** 230:19
274:1 276:1
422:15
**BOHN** 331:20
**BOILS** 207:1
209:21
**BOLD** 254:3 377:4
**BONE** 273:4
**BONO** 284:16
**BOOK** 278:23,24
299:18 302:5
321:13 350:17
391:21
**BOOKS** 278:20
453:6
**BOSS** 311:11
**BOSTON** 265:25
269:16 302:21
303:13 319:17
**BOTHER** 218:12
228:19 229:15
**BOTTOM** 198:11
199:2 203:3
300:22 312:3
313:1 371:16
374:19 376:19,21
404:20 414:17
416:12,14
**BOUGHT** 217:17
**BOWEL** 279:9
**BOX** 188:21
215:23 386:11,16
**BRACKET** 415:5
415:6
**BRACKETED**
415:9
**BRAIN** 383:8
**BRAND-NEW**
421:1
**BRAUNWALD**
427:1
**BREAK** 196:14
252:12 264:5
325:18 392:15,18
**BREAKING**
392:14
**BRICK** 367:19
**BRIEF** 264:8

267:24 303:19
322:25 367:14
392:21 410:21
411:21
**BRIEFER** 355:15
367:16
**BRIEFING** 255:24
370:18
**BRIEFLY** 296:5
345:16 352:1
420:9 449:8
**BRIGHAM** 266:7
268:19,21 274:9,9
274:10 275:3
284:2 291:19
**BRING** 202:8
222:11 226:15
252:18 369:21
374:12
**BRINGING**
402:18
**BRINGS** 383:9
**BRITISH** 275:13
**BROAD** 235:16
251:11
**BROADCAST**
244:23
**BROADER** 254:16
258:21 398:18
**BROADLY** 234:6
240:14 249:19
**BROCHURE**
242:25 243:3
262:9
**BROKE** 325:21
412:23
**BROOKLINE**
265:25
**BROUGHT** 213:13
214:13 226:17
246:12
**BUDGET** 225:4
237:22 241:10
**BUILDING** 363:3
**BUILDINGS**
201:13,19
**BULLET** 326:8
375:25
**BULLETIN** 255:4
255:7 342:3

**BULLETINS**
253:17 256:10
**BURDEN** 265:11
366:7 370:13
**BURLEIGH** 432:7
432:11,14,17,22
432:23
**BURSTS** 420:7
**BUSINESS** 193:10
200:19,23 232:9
232:10,24 233:10
236:16 237:2,11
237:16,19,21
238:1 239:12
262:18 315:9
**BUSINESSES**
239:13,16
**BUY** 198:2 217:10

C

**CAKE** 353:6
**CALCAGNIE**
188:16
**CALENDAR**
237:23
**CALIFORNIA**
188:17
**CALL** 218:6,12,14
218:19 244:21
265:11,13 270:23
290:16 292:19
294:1 305:18
306:2 340:16
354:13 356:20
393:7 430:7,20
**CALLED** 197:17
220:4 233:13
242:23 243:5
246:9 250:20
253:13 270:23
272:11 277:19,21
278:3 279:8 286:8
286:25 287:13,14
291:1 292:9
294:11,16 299:19
317:9 321:17
331:3 342:13
351:6 356:17
358:14 359:20
368:6 369:2

385:16 389:7
410:13 412:9
414:4,6,7 427:19
**CALLING** 282:23
349:15
**CALLS** 294:21
385:15
**CAMERA** 283:23
**CANADA** 191:18
232:4,25
**CANCEL** 369:14
**CANCER** 211:11
211:14,25 212:2,7
212:8
**CANNUSCIO**
310:8 311:5
315:15,19,24
316:11 318:3
324:25 325:1,8
332:19 335:14,21
336:11 337:5
340:23
**CANNUSCIO'S**
311:11 317:8
337:22 340:17
341:14
**CAP** 363:6 420:14
424:24 425:11
**CAPABLE** 351:21
352:6 353:15
428:20
**CAPACITY**
293:18
**CAPITAL** 382:6
**CAPTURED**
230:21
**CARD** 253:13
254:5,22 255:4,16
255:21 256:5,8,11
259:1,3,5,24
261:21,23 263:6,7
263:12,25 264:2
**CARDIAC** 288:11
323:12 356:19
378:14,17,18,19
379:4,12 380:6,8
384:11 388:21
397:12
**CARDIOLOGIST**
448:3

**CARDIOLOGIS...**
421:23 422:3
**CARDIOLOGY**
340:10,11 341:6
427:1 435:17
**CARDIOPROT...**
307:10 376:3
**CARDIOPROT...**
216:21 218:2
219:4 292:19
309:20 319:13
320:8 321:8 447:1
447:6 449:12
**CARDIOPROT...**
301:9
**CARDIORENAL**
374:13
**CARDIOTOXIC**
309:12
**CARDIOTOXIC...**
359:14
**CARDIOVASC...**
196:5 208:11
210:15,21,24
211:2,6 212:16
253:13 254:5,7,24
255:1,2,4,12,13
261:11 262:4
274:25 278:15
281:24 289:25
292:3 297:16
300:17 318:20
325:12 326:16
346:10,18 352:12
352:22 353:21
358:22 360:12,15
361:12,18 362:11
366:9 367:20
368:8 370:11,21
371:18 372:2
375:19 376:1
377:9 379:20,24
381:2 383:1,11,23
387:7,12,23 389:3
389:10,20,25
391:5,6 393:19
394:6 400:23
401:5,15 407:22
409:11 410:9
412:3,18,21 413:5

415:10 416:23
417:9 418:3 421:2
427:12 441:5
445:13,21 446:4
446:19 449:10
**CARE** 195:6
269:16 284:4
292:3,24 379:17
**CAREER** 272:4
341:5,16 395:12
**CAREFUL** 273:15
**CAREFULLY**
278:7 289:1,3
379:21
**CAROL** 315:25
**CAROLYN** 337:22
**CASE** 188:8 216:3
229:21 244:24
281:15 284:9
285:12,19 286:20
344:20 353:12
361:24 367:13
392:6 404:24
406:13 408:7,12
420:2,4 429:1
443:21
**CASES** 234:4,5
244:14 286:12
330:24 356:10
357:12 380:20
**CAST** 344:20
**CATCH** 379:4
**CATEGORIZE**
446:16
**CATEGORY**
208:4 209:5 252:7
**CATHY** 189:1
191:4
**CAUSE** 208:19
210:16 212:7
230:14,18 231:4
284:18 294:3,4
295:13 302:8
319:25 347:13
351:24 353:21
357:11,24 363:5
364:18 369:23
370:5 397:14
401:18 420:7,17
423:3,10 425:12

425:15 434:15
**CAUSED** 208:6,10
208:23 211:24,25
212:20 266:17,17
294:24 324:18
383:1 392:2
413:13,21
**CAUSES** 214:11
214:23 297:24
298:16 324:4
344:12 352:11
363:11,11 372:23
428:23
**CAUSING** 218:9
221:7 279:10
310:1 351:21
352:6 353:15
397:1 410:6
423:10 424:15
**CCR** 189:1,2 191:4
334:4
**CC'D** 315:10
**CELEBREX** 203:9
203:11 204:12
205:10,11 209:21
209:24 227:10,24
230:15,17,22
250:21,23 251:4
276:10 278:1,12
295:11 312:2
334:20,24 335:8
344:19,24 345:18
353:2 383:16
384:7,7,16 434:20
**CELLS** 363:7
420:12,12 422:21
**CENSOR** 335:17
**CENSORSHIP**
327:21
**CENTER** 188:17
**CENTRAL** 385:13
**CEO** 234:13
**CERTAIN** 196:14
205:13 251:4
294:10 344:8
**CERTAINLY**
234:3 246:2 251:1
252:7 257:20
264:1 275:1 359:2
359:5 384:7

409:25 422:18
440:3 446:6
447:12
**CERTAINTY**
283:19 289:6,13
339:4,10 348:4,7
348:22 351:20
353:25 358:16
365:19 370:9
378:7 380:24
382:16 390:7,14
391:25 400:2
402:7 416:22
**CERTIFIED** 268:3
**CETERA** 289:16
358:1
**CHAIN** 195:17
**CHAIRMAN**
303:2
**CHANCE** 339:5,11
339:13,18 450:2
**CHANGE** 204:24
205:14 214:7,16
214:18 325:22
328:19,19,22
339:20 392:25
398:7
**CHANGED** 329:8
388:21
**CHANGES** 213:22
238:12 248:21
249:1 404:5,9
**CHANGING**
213:23 404:13
**CHARACTERI...**
345:8 413:11
**CHARACTERI...**
203:17 205:19
219:20
**CHARACTERI...**
402:20 447:11
450:4,6,7
**CHARACTERI...**
413:5 419:6,13,17
424:5,6 449:25
**CHARGE** 224:10
224:11
**CHARGED** 241:14
241:15,17
**CHARGING**

285:11
**CHARITABLE**
284:18,20,23
285:6
**CHART** 213:12
258:17 261:3
**CHARTS** 330:18
**CHECK** 210:8
221:22 228:19,20
330:5 440:2
**CHECKING** 278:7
**CHEMICAL**
214:19
**CHEN** 398:23
**CHERRY-PICK**
426:4
**CHEST** 360:16
**CHICAGO** 188:25
**CHIEF** 266:6,6
311:12,12 427:1
**CHOICE** 222:8
**CHOICES** 240:17
251:11 269:6
300:6 391:17
**CHOOSE** 248:18
**CHOSEN** 398:16
**CHRONIC** 274:20
**CHRONICALLY**
409:10
**CIGARETTES**
220:6
**CIPOLLONE**
432:11,12 436:2,5
436:8,10,22
**CIRCULAR**
242:13 246:10
248:21
**CIRCULATE**
296:2
**CIRCULATION**
277:11,19 340:10
341:19 435:12
436:9
**CITATIONS** 276:4
**CITE** 432:2 435:18
**CITED** 276:3
432:14,17,22
433:2 434:18
435:1,23 437:5,7
**CITES** 373:10

**431**:10
**CITY** 267:24
**CLAIM** 282:16
283:1 292:18,20
292:22 374:20,22
376:12
**CLAIMED** 282:21
349:7 420:23,25
**CLAIMS** 229:12
238:12 239:5
374:23 375:13
376:1
**CLASS** 230:17
272:10,17,20
281:3 290:24
293:10 294:11,17
350:1 383:22,23
384:2 421:1
**CLEAR** 211:23
229:20 252:21,25
253:4 290:12
353:12 377:13
379:20 393:7
424:2 431:2
444:25 445:4
**CLEARER** 338:17
**CLEARLY** 220:16
229:23 298:13
309:7,14 320:14
380:19 407:9
446:20
**CLERK** 191:6
264:7,9,11 333:11
334:6 392:20,22
**CLEVELAND**
448:7,10,12
**CLINIC** 448:7,10
448:12
**CLINICAL** 210:23
211:8 225:13
230:21 263:13
278:10 288:21
299:7 316:16
319:11 352:7,9
353:4 355:7,22
356:16 358:4
359:1 361:13,19
363:21 364:9,22
365:10 366:2
369:20 380:3

**381**:1 382:9 384:8
389:7 395:9
402:17 405:14
436:18 446:21
**CLINICALLY**
256:23 257:6
383:2
**CLOSE** 224:2
240:3 285:21
383:2
**CLOSED** 219:6,7
**CLOSELY** 288:7
452:13
**CLOSE-UP** 197:19
**CLOSING** 219:14
219:16,18
**CLOT** 357:9 363:4
363:11 409:1
**CLUE** 283:23
358:12
**COAUTHORS**
296:8 321:21
**CODE** 331:17
**CODES** 329:25,25
331:21
**COLLABORAT...**
398:17
**COLLABORAT...**
241:6
**COLLEAGUE**
303:21 448:8
**COLLEAGUES**
242:5 291:19,24
298:14 350:10
436:23
**COLLECTED**
396:6 397:7
398:15
**COLLECTION**
266:13 399:17
**COLLECTIVELY**
328:14
**COLLEGE** 337:13
337:17
**COLON** 194:9
**COLORFUL**
243:2
**COLUMBIA**
267:25
**COLUMN** 212:15

**430**:20
**COMBINATION**
324:6 329:25
445:6
**COMBINE** 263:24
**COMBINED**
257:24
**COMBINING**
258:1 365:7 366:1
**COME** 205:2
211:7 217:11
223:19 236:17,22
294:9 302:16
303:11,20 310:24
311:9 325:4
331:16,24 333:9
335:11,20 338:1
339:25 340:19
354:9 355:5 356:3
377:23 379:14
401:6 418:20
428:13 447:16
451:11
**COMES** 264:11
286:1 358:12
421:16,25 423:6
434:2
**COMFORTABLE**
249:22 336:21,22
**COMING** 201:3,21
202:5,11 252:25
350:11 352:3
**COMMA** 450:15
450:16
**COMMENCE**
248:14
**COMMENT** 257:3
257:21 308:7
335:19 338:6
404:6
**COMMENTS**
258:6 329:6 338:8
338:10,12,16
417:11 450:3,5
**COMMERCE**
188:20
**COMMERCIAL**
192:19 233:8
235:20,21 240:15
269:15 347:16,23

**COMMERCIAL...**
198:10
**COMMERCIALS**
385:25 400:11
402:18
**COMMIT** 264:24
**COMMITMENT**
206:17 316:5,9
**COMMITMENTS**
201:13
**COMMITTEE**
279:14,19,20
317:17 353:18
359:8 362:23
370:18 406:4,8,10
406:17,20,22
407:4,6,11 444:10
444:14,22 447:25
448:15 449:1,21
452:1,12,13,17,21
**COMMITTEES**
279:20 406:1,14
407:2
**COMMITTEE'S**
452:4
**COMMON** 216:22
291:8 342:19
**COMMONLY**
246:14 269:18
291:5,11 358:7
438:18
**COMMUNICATE**
252:22 301:6
323:22 393:15,15
400:17 402:2
**COMMUNICAT...**
289:17 320:14
384:13 402:3,9
403:5
**COMMUNICAT...**
385:11,21
**COMMUNICAT...**
290:3 395:22
399:22
**COMMUNICAT...**
270:8,10,19
276:21 280:25
289:22 302:4
326:5 393:25
**COMMUNICAT...**

COMMUNICAT... 270:3,14
COMMUNITY 260:8 353:15 397:8 399:4 429:4
COMPANIES 196:17 210:2 214:2,3 232:4,12 235:14 236:4 267:17 271:15 272:5,7,20,21,23 284:14 285:3 302:1 310:24 327:18 369:19 386:4 393:15 400:17
COMPANY 195:16,18 196:16 196:19 197:12,22 198:19 199:20,23 200:3,10,25 203:11,24 209:6,7 209:10 213:12 214:4,9 216:25 217:14 221:11,13 221:14,22 228:25 231:24 232:8 236:7 244:23 260:2 273:15 301:23 303:11,12 310:24 318:4 327:1,9,21 329:13 330:10 331:2 343:3 358:19 363:19 364:6 365:14 370:10 380:25 385:10,13 385:20 387:14 389:20 390:18
COMPANY'S 244:3 362:19 401:12
COMPANY-FU... 413:15
COMPARATIVE 229:12 248:18,25
COMPARATIV... 202:4
COMPARATOR 258:2 332:8 416:3

416:16
COMPARATORS 220:16
COMPARE 210:16 382:25
COMPARED 224:9 257:7 297:2 297:5 299:4 306:17 307:7 309:22 323:15 332:8 333:6 334:19 350:7 352:10 353:2,2 357:6 367:18 368:9,18 372:9 373:14 383:16 397:20
COMPARING 335:7 383:19
COMPARISON 224:12 302:10,13 306:17 320:17 324:5 333:6 335:9 355:16 367:9,10 367:18 368:5 369:7 416:25 449:10
COMPELLING 426:6
COMPETITIVE 210:1 238:11
COMPETITORS 238:15,17,23
COMPLAINING 228:13
COMPLAINS 226:18
COMPLAINT 225:23
COMPLETE 317:16 355:3 388:12 396:4 402:16 416:22
COMPLETED 195:3 397:19,19
COMPLETELY 401:16
COMPLETENE... 426:3 435:18
COMPLICATED

394:14 395:8 440:23
COMPLICATI... 382:24 405:19,23
COMPONENT 238:3
COMPONENTS 418:23
COMPORT 301:25 313:9,18
COMPOSITE 368:15,19
COMPRISED 444:14
COMPUTER 189:7
CONCEIVE 389:16
CONCEPT 271:8 319:9
CONCERN 249:9 255:2,12 279:10 297:16,22 298:23 327:8 337:2 348:14 360:15 366:8 409:9
CONCERNED 227:2,5,8 252:19 267:16 298:12 301:17 326:17,20 326:25 341:7 420:25
CONCERNING 281:20 282:11 406:17 419:24 432:18 444:23
CONCERNS 209:6 249:15 250:4,13 250:14 255:19 257:24 258:11 301:12 332:2 367:1
CONCLUDE 345:16 371:21 372:19,19
CONCLUDED 208:15 209:12 370:11 371:24 372:18 445:22 446:3 448:20

CONCLUDING 431:7 433:1
CONCLUSION 216:12,18 218:24 313:2,12 346:8 396:25,25 415:23
CONCLUSIONS 306:10 324:12 371:11 377:23 407:4 415:15,19 415:20
CONCURRENT... 372:22
CONDENSE 395:8
CONDITION 440:6
CONDITIONS 249:2 274:20,23
CONDUCT 206:6 207:2 268:10,12 276:20 280:2,15 288:8 289:3,21
CONDUCTED 219:3 272:9 290:5 290:7 331:1 343:13 351:13 352:16 358:5 366:3,15 378:12 388:10 390:20 400:3
CONDUCTING 283:3
CONDUCTS 382:9 382:9
CONDUIT 311:8
CONFERENCE 317:5
CONFIDENCE 388:12
CONFIDENT 379:13
CONFINE 412:17 428:18
CONFINED 336:7 428:5
CONFINING 428:20
CONFIRMED 330:23
CONFIRMS 394:5

CONFLUENCE 377:19
CONFOUNDERS 344:1
CONFRONT 350:14
CONGESTIVE 293:24 380:16
CONGRESS 279:16,20
CONGRESSES 212:22
CONJUNCTION 227:21
CONNECTION 253:12 286:7 350:20 353:9 370:22 377:16 382:17 410:13 419:2 428:2
CONSEQUENC... 363:14 418:12 419:1,8,14,18 428:1,3,6,8
CONSIDER 238:4 238:6,8 313:21 334:13 342:15 349:18 361:7 388:6 406:11
CONSIDERED 208:14 350:7 363:20 418:24 437:13 447:8
CONSIDERING 209:11 217:2 370:25 449:5
CONSISTENCY 245:2 352:10
CONSISTENT 194:23 209:4 221:16 228:22 244:14 258:9 263:1 300:24 308:6 357:18 377:14 393:11
CONSISTENTLY 252:17
CONSORTIA 286:19
CONSTANT

238:17
**CONSTANTLY**
238:22,23 240:7
240:17 242:2,4,6
248:22
**CONSTELLATI...**
399:18
**CONSULT** 279:14
286:9
**CONSULTANT**
224:22,25 279:3
**CONSULTANTS**
224:23
**CONSULTATION**
370:21
**CONSULTED**
286:4,21,24
**CONSULTING**
282:15,18 284:7
285:14,16
**CONSUMER**
239:17 449:16
**CONTACT** 260:6
302:16 315:24
330:4
**CONTACTS**
314:16
**CONTAIN** 229:11
261:24 263:7
325:12 387:23,25
398:13 422:2
**CONTAINED**
389:17 390:8,16
403:20
**CONTAINING**
326:2
**CONTEND** 424:16
**CONTENT** 336:23
**CONTENTION**
354:6 424:19
**CONTEXT** 249:7
254:16 258:21
306:1,20 319:24
323:24 325:24
361:23 383:16
**CONTINGENT**
327:19
**CONTINUALLY**
213:25 248:21
**CONTINUE** 224:8

**CONTINUED**
397:17
**CONTINUING**
196:4
**CONTINUING-...**
386:1
**CONTINUOUS...**
274:13
**CONTRACT**
207:12 317:18,22
325:1,3,4,8,10
326:22 327:12,23
328:4,5,11 329:3
331:9 335:15
**CONTRACTED**
225:9
**CONTRACTS**
207:4
**CONTRAST**
270:11
**CONTRIBUTE**
423:11 433:24
434:14
**CONTRIBUTED**
278:6 336:20
434:10
**CONTROL** 240:20
373:14 390:20
**CONTROLLED**
352:9
**CONTROVERS...**
303:3
**CONVENED**
406:10,17
**CONVENIENT**
339:6
**CONVENTION...**
409:13
**CONVERSATI...**
303:23 304:10
325:7 374:8
**CONVERSATI...**
314:22 327:10
443:24
**CONVERT** 338:1
**CONVEY** 299:15
299:16 323:4
337:5
**CONVEYED**
289:14 319:20

**CONVINCED**
376:13
**CONVINCING**
446:17
**COPIOUS** 394:18
**COPY** 245:11
408:9 430:24
**CORE** 423:12
**CORONARY**
300:25 363:2
418:13,19,24
419:9,15,24 420:2
421:12,23 422:11
433:14 435:4
**CORPORATION**
396:15
**CORRECT** 191:13
192:7 195:10,15
198:21 199:6
200:12,16 201:12
202:14 203:8,10
206:14 212:17
217:13 220:21
221:2 226:7,12
228:11 230:25
250:22 253:8,13
253:20,21 254:1,7
254:8,10,12,15
255:19 256:16
258:23 260:4,19
260:25 261:6,9,13
262:1 263:4,9,14
263:16,21,25
286:24 307:23
313:11 321:23
327:14 336:2,3
337:18,21 342:9
346:13 350:25
355:1 360:21
374:13 375:10
376:9 381:20
383:17,20 387:18
389:18 399:24
400:12 403:15
405:25 408:10
409:6 411:12
417:7,23 419:4,16
425:13 426:11,12
426:16 430:10

431:5 432:1,5,15
433:18 436:7
437:4,8 438:12,13
439:17 440:13
441:22 442:14
**CORRECTED**
376:6,8 398:3
**CORRECTION**
355:4
**CORRECTLY**
254:11,14 256:25
449:18
**CORRELATED**
452:12
**CORRELATES**
347:1
**CORRESPOND...**
391:1
**CORROBORAT...**
446:25
**COST** 267:7 314:9
**COSTS** 279:1
**COST-EFFECT...**
267:9
**COST-EFFECT...**
266:18 274:3
**COUNSEL** 287:16
317:4
**COUNT** 451:12
**COUNTER** 291:10
291:13
**COUNTRIES**
232:3
**COUNTRY** 271:10
271:13 273:15
**COUNTS** 382:23
**COUPLE** 195:11
244:1 257:2
261:12 313:6,25
350:16 366:11
397:11 400:7
452:24
**COUPLED** 366:3,5
**COURSE** 196:13
200:23 267:13
272:4 273:9
305:10 315:9
321:10 322:13
348:1,2 364:5
371:20 380:12

384:10 385:22,24
417:6
**COURT** 188:1
189:1 191:4,7
223:6 231:16,18
253:1 264:3,5,6,8
264:17,18,19,22
264:24 265:1,3,8
265:9 287:9 317:4
317:6 325:19
333:7,9,10 334:4
334:7 392:14,18
392:21,23 453:4,8
**COURTESY**
335:17
**COVER** 232:8
318:18
**COVERAGE**
326:14
**COVERING**
224:19
**COX** 294:21 295:1
295:7,8 430:7
**COXIB** 254:23
**COXIBS** 278:15
294:16
**COX-1** 294:22,25
295:5,8 362:21,22
363:1 409:13
**COX-1/COX-2**
409:12
**COX-2** 203:6 205:9
231:2 250:20
251:2,7,8 272:14
273:6,19 276:10
277:8,25 278:4,11
281:6 294:11,14
294:16,23,24
295:5,7 301:2
313:16 320:21
332:22 345:4,18
362:22,22,25
365:2,4 409:10
418:12,15,16,23
419:1 420:13,16
420:18 422:23
423:6,9,18,23
424:20,23,25
425:8,8,10,12,14
425:18 427:20

430:7,8 431:1,3,6
431:23 432:18
433:8,11,12,23
434:14,16,19,22
435:1 436:17,24
**COX-2S** 283:4
295:15 313:22
316:2 452:7
**CO-AUTHOR**
336:22 337:1
341:7,18
**CO-AUTHORS...**
336:16,20
**CO-PRIMARY**
382:5
**CREATED** 246:23
397:24
**CREATES** 300:11
**CREATING**
241:14,15
**CREDIBILITY**
287:21
**CREDIBLE**
447:22
**CREDIBLY**
447:13,14
**CREW** 438:6
**CRITERIA** 330:18
341:13
**CRITICAL** 251:14
303:7,13 420:12
**CRITICISMS**
441:12
**Cross-Examinati...**
190:4,8 231:7
403:7,10
**CROW** 188:19
**CRR** 189:1 191:4
**CULMINATION**
417:4
**CURE** 212:2
**CURED** 263:17
**CURRENT** 262:21
359:4 395:3
**CURRENTLY**
231:12 234:22
265:24 268:7
273:1,22 436:18
**CURRICULUM**
276:24

**CURVE** 298:6
**CUSTOMER**
249:10
**CUSTOMERS**
222:7 224:7 225:5
230:2 244:24
245:6 250:5,18
**CUT** 316:15 317:1
317:8 324:24,25
**CUTOFF** 355:20
**CV** 196:5 208:5,12
211:3 216:2
220:14,18 254:21
254:22 255:15,21
259:1,3,5 261:21
261:23 263:6,12
263:25 374:20
377:5 390:4 441:6
**CYCLOOXYGE...**
294:21 301:2
430:5
**CYTOKINES**
422:20,21

---

**D**

**D** 188:20 190:1
373:9
**DAILY** 307:3
340:3
**DAMAGE** 383:7
397:14
**DAN** 329:6
**DANGEROUS**
211:25 342:20
421:16,25 422:5
422:11
**DATA** 194:7,9,17
194:22 204:21,22
208:9 212:11
216:13 217:2
220:3,8,11,13,15
229:16 240:8
242:15 255:19,20
255:21 256:14,16
257:11 258:14,18
258:20,22 259:2,8
259:16,17 260:3,8
260:14,21,24
261:15,21 262:4,5
262:23,25 289:22

289:22 300:7
301:17 302:6
318:20 319:10
323:11 324:9
327:25 332:4,25
334:17,23 341:12
343:14 344:16
350:11 354:18
355:21,23 356:4
359:1 360:25
365:25 366:2,13
369:5 371:23
377:16 379:22
380:8 381:10,18
384:9 390:18
395:8,8,9,9 396:6
396:9,21 397:2,7
397:10,16 398:10
398:15 399:11,14
399:19 401:20
415:16,19 416:22
430:21 431:1,6,21
432:18 441:13
443:18
**DATABASE** 330:8
345:25 416:24
**DATABASES**
213:10 304:24
**DATASET** 251:24
257:13
**DATA-MONIT...**
251:24
**DATE** 263:8
295:23 387:5
404:23 430:11
436:10
**DATED** 226:21,24
253:20 256:1
325:22 329:2,4,5
329:8 332:23
342:8 359:9
381:14 394:4
404:21
**DAVID** 190:3
191:8,12 196:21
231:11 322:3
**DAY** 204:12
241:24 284:1
296:13 332:15
351:9 365:12

438:12 439:3,4
440:18
**DAYS** 247:25
335:3,5 354:5,5
354:10,15 355:6
395:14 398:3
439:9 440:1 441:2
**DAY-TO-DAY**
268:20
**DEAL** 233:6
255:11 385:8
391:25 394:13
**DEALING** 269:25
**DEALS** 263:10
**DEALT** 387:12
**DEAR** 289:16
315:25
**DEATH** 279:11
378:14,17,19
388:4,13 390:19
**DEATHS** 261:4,6,8
261:11,12 356:22
378:21 379:4
**DECADES** 249:6
421:14
**DECEMBER**
226:21 232:16
329:9
**DECEPTIVE**
395:18
**DECIDE** 194:13,18
252:2
**DECIDED** 206:11
214:10 252:3
304:18 305:11
**DECIDING** 241:21
**DECISION** 194:1
194:2,5 215:5
251:22 290:14
327:2 339:25
392:4 407:18
**DECISIONS**
266:21,22 269:12
289:18 290:6,12
343:12,15 385:5
390:22 402:10
**DECREASE**
313:15
**DECREASED**
301:8

**DEE** 225:11,11
**DEEM** 241:11
**DEEMPHASIZED**
338:18
**DEFENDANT**
188:23
**DEFENSE** 231:19
**DEFINE** 198:23
330:19 385:7
**DEFINED** 439:12
**DEFINITELY**
283:20 305:11
452:6
**DEFINITION**
398:17,18
**DEFINITIVE**
446:21
**DEFINITIVELY**
381:3
**DEGREE** 192:21
193:10 235:3,5,8
268:1 283:19
289:6,13 346:21
348:4,6,21 351:20
353:25 365:19
370:9 378:6
380:23 382:16
390:6,13 400:1
402:7
**DEGREES** 234:6
**DELAY** 210:5,11
326:18
**DELAYS** 210:11
**DELETED** 380:12
**DEMAND** 240:12
**DEMONSTRATE**
351:17 433:12
435:1
**DEMONSTRAT...**
338:25
**DEMONSTRAT...**
297:10
**DEMOTED**
191:25
**DEMOTION**
192:2,4
**DENOTES** 249:17
**DEPARTMENT**
303:2 317:21
**DEPENDENT**

271:14,23
**DEPENDS** 378:25
**DEPICTION**
397:10 400:4,8
402:16
**DEPO** 222:21
**DEPOSITION**
191:9 264:15
265:16 273:9
287:14 290:17
306:1 318:10
334:9 348:10
356:3 401:22
403:21 426:25
437:21 442:7
**DEPRIVE** 392:2
**DEPRIVED**
391:15
**DEPUTY** 191:6
264:7,9 333:11
334:6 392:20,22
**DERIVE** 285:4
442:6
**DESCRIBE** 232:9
236:11 237:7,19
238:7 241:3
242:11 244:18
246:5 266:25
269:8 279:6
293:15 294:13
296:5 338:12
366:20 371:21
420:6
**DESCRIBED**
209:1 220:12
232:13 245:15
269:3 273:10
339:20 409:22
427:19
**DESCRIBES**
244:3 385:17
450:21
**DESCRIBING**
321:17
**DESCRIPTION**
377:9 386:17
**DESERVED** 341:6
**DESIGN** 207:18
280:13 312:1
332:11 341:11

379:14 382:8
**DESIGNED**
207:20,23 255:10
296:6,8
**DESIGNING**
363:20 380:25
**DESPITE** 345:19
**DESTABILIZA...**
363:6 419:19
420:1,6 424:17
**DETAIL** 225:23
229:19 242:25
418:7 419:21
421:5
**DETAILED**
317:16 328:7
**DETAILERS**
342:4 402:5
**DETAILING**
269:24 270:23,24
271:8,11 289:15
342:4 343:2
347:16 400:16,18
401:21
**DETAILS** 248:9
257:19
**DETECT** 256:22
257:5
**DETERMINAN...**
345:4
**DETERMINATI...**
222:2
**DETERMINE**
212:19 228:8
279:12 287:20
**DETERMINED**
229:10 244:6
**DETERMINES**
385:13
**DEVELOP** 207:19
241:9 295:4,6
317:15 354:12
405:7 421:11
**DEVELOPED**
193:3 207:20
246:11 294:15
348:1 363:3 401:3
401:22 427:10
**DEVELOPING**
251:3 288:10

294:11 363:24
405:10
**DEVELOPMENT**
207:22 210:1
233:18,20 241:7
250:25 251:6
288:8,13 295:11
362:7 363:2 364:3
364:7,9 417:22
419:8,15,24 420:2
421:7 425:6
431:15,19 432:18
**DEVELOPS**
412:12
**DEVOTED** 267:15
**DIAGNOSIS**
329:25
**DIAGRAM** 254:22
**DIALOGUE**
212:22 239:8
**DICLOFENAC**
384:20
**DIET** 286:10,21
**DIFFER** 239:12
**DIFFERENCE**
208:17 215:3,21
216:2 217:3
220:14,17 240:2
299:10 307:18
324:1,16 339:21
344:23,25 368:17
368:19 371:24,25
374:23 375:14
379:20 392:7
393:12 396:22
398:19,21 415:21
441:6 447:9,19
449:14,17
**DIFFERENCES**
256:23 319:9
409:19
**DIFFERENT**
192:3 196:4 214:1
215:18 216:14,14
220:25 235:16
236:15 239:6,16
239:18 242:19
257:11,13,17,25
258:1 271:7
273:19 287:10

291:3 299:4,4
300:1,11 316:24
319:10,11 352:2
355:16 356:4,7
421:24 424:4,25
**DIFFERS** 239:14
438:9
**DIFFICULT**
336:25 377:7
421:2
**DIFFICULTIES**
310:15
**DIG** 378:21
**DINNER** 207:11
270:6
Dire 190:6 265:17
**Direct** 190:3,7
191:10 240:3
284:14 288:1
334:10
**DIRECTED**
240:11 315:11
**DIRECTING**
241:11
**DIRECTION**
315:19 352:4,25
**DIRECTIONS**
391:2
**DIRECTLY** 280:5
399:24
**DIRECTOR** 226:5
226:10
**DIRECT-TO-C...**
289:15 347:15,18
399:23 400:2,7
**DISADVANTAGE**
203:22
**DISAGREE**
407:10,18
**DISAGREED**
339:22 437:3
**DISAPPOINTED**
204:25
**DISCOVERED**
294:22 305:14
**DISCOVERY**
283:6
**DISCUSS** 224:23
259:3,4 262:20
300:17 303:7

317:17 336:20
426:5 444:11
448:1
**DISCUSSED** 248:2
263:6,12 304:9
314:8 323:13
324:13 340:3
343:4 372:21
405:4 407:24
418:7 429:4
**DISCUSSES**
435:22
**DISCUSSING**
212:24 213:5
298:14 310:11
381:10 428:25
**DISCUSSION**
240:1 244:2 256:8
258:11 262:15
303:14 307:1
314:20 318:21
328:10 335:20
336:15 401:14
414:18 418:3
421:10
**DISCUSSIONS**
209:11 253:10
255:10 260:2
311:9 318:1,3,4
326:25 327:18
339:23 342:24
350:9
**DISEASE** 207:15
211:10 240:10
243:6 249:2
274:25 292:7
300:21 306:16
351:24 353:22
356:19 358:22
360:17 361:19
363:5 366:9 367:4
367:20 370:15
387:7,12 389:25
412:19 413:10
417:3 418:13,19
422:4,16 423:1
425:6 428:14
429:19 433:15
435:4 436:20
437:1,20 446:19

**DISEASES** 196:4
240:16 243:7
248:6,17 251:12
**DISMISSED** 304:7
**DISPERSED** 260:7
**DISPROPORTI...**
367:17 368:11
**DISSEMINATE**
394:11
**DISSEMINATI...**
227:2,9 229:1
**DISTINCT** 232:10
**DISTINCTION**
421:24
**DISTORTED**
399:18
**DISTORTING**
320:23
**DISTORTION**
321:4 402:11,20
**DISTRIBUTION**
368:11
**DISTRICT** 188:1,2
188:13
**DISTURBANCES**
380:17
**DISTURBING**
303:24
**DIVERSE** 260:6
**DIVERT** 209:18
**DIVIDED** 296:11
**DIVISION** 193:7
220:25 233:6,9,12
233:13,14,16,17
233:18,21 234:2,7
243:15,17 244:3
257:22,24 266:6
266:10,12 267:11
268:20,22 284:2
284:13 303:17
304:13,24 310:11
336:1 372:22
374:13
**DIVISIONS**
237:13 258:6
**DMAG** 243:18
**DOABLE** 381:8
**DOCKET** 188:5
**DOCS** 269:16
**DOCTOR** 192:14

195:12 209:2
233:4 249:15
250:12,14,16
260:20 262:9
265:19 269:24
271:7 275:7 276:6
278:23 279:3
280:4 283:15
285:10 288:12
289:16 290:16
292:1 295:19
297:8 300:12,13
301:4,22 302:16
304:10 305:1
306:5 308:10
312:20 313:7
316:10 318:2,8,22
319:3,19 320:5
321:15 325:4,14
326:17 327:12
328:13,16,16
329:14 330:7
331:1,24 335:11
335:20,24 337:2
337:16 338:1
341:19 342:10
343:1,5,23 347:22
348:4,18 353:13
355:7 356:2 358:6
358:18 361:3
362:1 363:16
370:12,16 371:6
371:13 373:15
377:13 378:14,24
379:6,22 380:23
382:15 383:9
385:1,7 387:6,22
388:17,24 392:5
392:11 393:14,24
395:21 396:8
398:11 399:21
400:15 401:25
403:12 420:16
421:23 429:22
432:24 442:15
450:2
**DOCTORATES**
234:4
**DOCTORS** 206:23
206:25,25 207:2,5

240:6 249:23,25
250:10 251:13,15
251:16 253:7
259:13,19,19
260:17 266:19
267:3 268:14
269:11 270:16
271:3,13,20,22
284:10 289:17
290:13 291:20
300:5 343:8,11
347:14 385:11,21
385:23 388:6,8,11
388:15 389:2
391:9,11,14,16
393:2,12,14,15
394:21 395:9,19
395:22 396:11
397:8 399:2
400:16,18,19,23
401:4,17 402:4,9
402:23 403:5
406:15,22 429:12
429:17 439:13
444:15
**DOCTOR'S** 385:8
**DOCUMENT**
188:7 197:5,6
198:24 199:25
230:2,4,6,7,13
237:19,20,22
255:24 257:3
312:5,14,23
319:19 321:1
322:18 332:21
345:3 359:9,10,12
359:22,22 360:3
361:21,22,22
362:1,4,9 370:18
370:20 381:12
385:12,16 393:2,5
408:13 414:11,25
416:1,5 417:10,12
417:17,24 419:6
419:13,17,21
424:18 425:24
426:2 427:25
436:4
**DOCUMENTED**
230:21 452:9

**DOCUMENTS**
197:3 237:15,18
276:24,25 283:9
325:25 328:13
358:2 370:16,22
382:17 400:24
403:18,20,25
408:5
**DODGE** 250:9
401:2,11
**DOING** 196:2
204:20 206:1
209:13 213:9
215:23 219:13
222:2,24 227:6,20
238:16,25 242:17
259:11 295:11
299:15 302:1
304:11 327:13
328:24 335:14
372:22 385:6
395:4 429:7
**DOLLARS** 206:17
206:18,24 223:21
**DONATION**
284:17
**DOOR** 201:4,22
**DOORS** 266:13
**DOSE** 296:12
301:3 335:1 360:6
364:23 374:3
385:19 411:6,11
438:14,17,18,22
438:25 439:22
440:16 441:1
**DOSES** 301:3
334:22 360:5,6
373:20,22 374:4
384:8 411:4,9
412:25 439:12
**DOSING** 257:25
**DOUBLE-BLIND**
257:12 352:9
**DOUBLING**
334:25 388:3,13
390:19 392:1
**DOUBT** 344:20
441:2,4
**DOUG** 312:7
381:23

**DOWNSIDE**
209:13
**DOYLE** 189:2
334:4
**DOZEN** 275:15
**DOZENS** 330:9
**DR** 233:17,20,22
233:22,23,23
267:11 272:4
273:2 274:16
276:18,23 280:7
281:15 291:23
295:14 298:14
303:9,16,21 304:2
304:11,13,18
306:10 308:7,12
308:21 309:8,11
309:13,15 310:5,7
310:8,8,13 311:4
311:5,10,11,22
312:15,17 313:10
313:13,19 314:9
314:22 315:2,2,8
315:11,15,15,19
315:19,22,22,24
316:11,12,14,20
317:8,10,11 318:3
318:17 320:6,18
321:3,22,24,25
322:5,7,9,10
324:19,20,25
325:1,7,8 327:4
331:20 332:19
335:14,21 336:11
336:11,19 337:5
337:12 340:3,17
340:17,23,25
341:14 353:24
361:16,16,17
365:18 370:19
371:13,20,21,22
372:6,7,24 374:8
374:10,13 375:7
375:11 376:10
377:11 381:14,21
381:22 389:13
395:4 398:23
408:4 412:23
414:3,18 416:15
416:19 417:5

426:11,14,14,17
426:22,25 427:5,8
436:22 444:5,7
447:23 448:5,8,10
448:12,17,20,22
449:4,5,20 450:3
450:5,17,22 451:4
451:8,15,20
**DRAMATIC**
303:24 323:13
**DRAW** 218:23
250:18 324:12
415:23 421:24
**DRAWN** 415:16,19
**DREW** 362:19
**DRIVE** 188:17
207:19 223:4
280:18 299:22
391:9
**DRIVEN** 395:10
395:11
**DRIVERS** 391:22
**DRIVES** 347:20
385:7 388:9
399:16
**DROVE** 207:20
**DRUG** 193:20,22
193:23 194:8,13
194:22 195:4,16
195:22 196:6,17
203:6,11 205:18
206:12 208:22,24
208:25 210:4,8,18
211:7 214:16,19
215:24 217:9,14
217:18,21 220:23
221:6,7,9 222:4
224:1,3 226:2
228:14,19 230:24
240:25 241:2,22
242:22 243:18
244:2,5 245:23
246:4,6,16,17
253:24 258:3,4
259:13,20 267:7,8
268:17 270:2,23
271:15 272:2,7,21
272:23 274:2,2,2
278:20 279:4,9,15
279:17,23,23,25

281:16 284:14
286:8,11,25
288:13,23 289:7
289:25 291:13
292:9,19 294:10
295:4,6,12 297:24
298:1,15 300:12
301:15,24 302:8
302:10,12,13
303:11 305:3,5,6
307:21 310:19,20
310:21,25 311:2,3
318:4,9,14,15,19
321:17 322:6
324:4,5,5 339:15
342:19 343:3,18
344:11,17 346:1
346:20 347:23,24
348:2 349:8,13
350:15 354:20
356:1 358:2,20,24
359:14 361:5
362:17 363:20,24
363:24 364:4,6,7
364:12,17,23
365:5,11,14
369:22 371:23
373:6 383:4
384:13 385:17,24
386:13,17,22
388:12,16 390:23
391:22 392:2
393:8,9 394:14,14
397:13,16 398:1
399:19 400:9,13
400:14 401:12,18
407:14 414:5
418:20 419:1
424:15 425:3
427:11 447:2
**DRUGS** 198:5,19
199:3,12 200:11
200:14 202:12
204:15 239:3
240:21 242:9
257:6 258:1
262:20 266:17,17
266:18,20,20
267:2 268:14,15
268:15 269:1,2,12

269:18 271:15
272:10,11,14,17
272:20 273:4,6,20
275:4 276:10,13
277:5,8,25 278:11
279:2 281:4,4
286:21 290:8,22
290:23,24 291:1,6
294:11,18 301:16
303:18 306:1
323:12 332:9
333:6 335:9
345:18,21 346:7
346:18 347:9
350:1,5,17 352:10
383:19,24 384:3,4
394:20,22 395:5
402:8 403:4 421:1
421:3
**DRUGSTORE**
217:11
**DRUG'S** 288:21
**DUE** 374:24 375:15
405:23 409:13
449:11
**DULL** 270:14
**DULY** 191:8
265:15 334:8
**DUMMY** 291:21
**DUMP** 395:12
**DURATION** 247:7
256:22 336:7
373:20 439:1,14
**DURATIONS**
373:23
**DUTIES** 232:20
235:12

———————————
**E**
**E** 188:12 190:1
**EAR** 219:17
**EARLIER** 194:11
225:23 255:24
288:5 310:23
356:2 364:22
375:3,23 377:14
401:21
**EARLY** 198:8
204:7,8,11,13
205:6 209:20

230:21 270:1,18
271:12 273:16
288:22 308:7
321:11 329:15
355:25 387:20
394:17 433:11
**EARS** 219:6,17
**EASILY** 397:15
**EASTERN** 188:2
**ECONOMICS**
193:8 202:16
235:3,6,7 299:21
**ECONOMIST**
235:13
**ECONOMY** 235:7
**ED** 382:8
**EDEMA** 380:14
**EDINBOROUGH**
321:19
**EDITORIALS**
282:10
**EDITORS** 398:6
399:10 443:24
**EDUCATION**
193:8 206:16,17
225:8 235:1,2
267:18 347:2
**EDUCATIONAL**
267:22 271:20
**EDWARD** 233:20
**EFFECT** 217:7
231:3 237:22
239:3 252:12
256:5 295:16
300:25 304:12,21
305:19 306:14
307:2,6,9,14
308:7 309:6,17,20
313:14 320:8,14
323:2,19 327:20
339:22 342:20
347:15,18 349:22
351:15,17 355:2,2
355:12,15 357:8,9
357:15,19 364:12
364:21 369:20,22
369:24,24 373:1,3
373:4,21 383:22
383:23 384:2
387:2,17 391:24

393:7 409:13
421:1 425:5 427:9
427:13,20 447:6
**EFFECTIVE**
207:25 246:16
247:10 251:6
270:8,19 271:6
348:23 349:5
**EFFECTIVELY**
289:16
**EFFECTS** 210:15
210:21,24 213:22
220:18 230:17,20
230:23 254:7,24
255:1,2,12,13
266:17,17 267:2,4
267:4 268:14
274:2 279:10,21
285:1 288:21
293:15 310:15,19
374:24 375:15,16
384:4 389:11
396:16 410:6
418:22 435:20
449:12,12
**EFFICACY**
194:25 207:23
281:23 382:5
**EFFORT** 210:19
212:23 224:6,17
228:18
**EFFORTS** 204:25
210:14,17,18
211:5 212:19
225:15,16 241:9
**EIGHT** 224:20,20
315:23,23
**EITHER** 249:10
262:5 284:16
296:3 305:5 324:2
327:1 350:13
369:24 407:18
418:11,18,25
423:14,24 445:1
452:17
**ELDERLY** 274:18
380:21
**ELDON** 188:12
**ELECTRIC**
201:18

**ELEMENT** 355:5
**ELEVATE** 231:4
**ELIMINATED** 397:12
**ELLEN** 226:5 228:5
**EMBARRASSM...** 354:22 402:21
**EMERGE** 355:19
**EMERGED** 296:23 297:3 346:9 381:9,10
**EMERGING** 430:21 431:1,6,21 432:17
**EMPLOYED** 231:12,13 332:18
**EMPLOYEE** 332:20 336:25
**EMPLOYEES** 201:10,10 296:8 332:18
**EMPLOYER** 214:4
**ENABLE** 204:24
**ENCOUNTERS** 220:5
**ENCOURAGED** 250:11
**ENCOURAGING** 241:17
**ENDEAVOR** 250:5
**ENDOSCOPY** 204:23 246:9 351:6
**ENDOWMENT** 284:24
**ENDPOINT** 211:3 382:5 398:15
**ENDS** 286:16 312:14
**ENGAGE** 253:7
**ENGAGED** 242:7
**ENGAGING** 271:4
**ENGLAND** 271:1 275:12,18 278:2 290:9 295:22 302:2 305:11 340:8 354:14,22

355:3 356:14
376:6 391:23
395:25 398:3,6
399:8 401:23
441:13 443:13,14
443:18,25 445:17
**ENGRAVED** 339:6
**ENORMOUS** 284:1
**ENORMOUSLY** 370:4
**ENROLLED** 366:22 415:15,18
**ENSUING** 363:14
**ENSURE** 248:22 248:23
**ENTAILED** 237:7
**ENTIRE** 231:24 271:10 435:21 437:12 438:5
**ENTIRETY** 301:4
**ENTITLED** 227:9 227:24 332:22 343:25 362:11
**ENZYME** 294:20 420:16 423:6,9,23 425:4,8,10,12,14 425:18 427:19 431:3,7,24 432:18 433:24 434:14,16
**ENZYMES** 295:6 420:18
**EPIDEMIOLO...** 305:18,22 319:10 333:4 355:23 364:10 382:10 395:8
**EPIDEMIOLO...** 298:21 303:22 315:16 322:5 331:16 341:10 352:5 396:10
**EPIDEMIOLO...** 288:7
**EPIDEMIOLO...** 277:21 278:10 288:20 299:12 309:9 311:7 317:20

**EPSTEIN** 426:17 427:5,8
**EPSTEIN'S** 426:22
**EQUALLY** 378:1 396:24
**EQUATE** 307:6,8
**EQUIPPED** 229:6 229:7
**ERRONEOUS** 354:25
**ERUPT** 363:4
**ESPECIALLY** 369:15 413:15 422:11
**ESQ** 188:16,20,24 188:24
**ESSENCE** 302:8
**ESSENTIALLY** 304:16 309:15 316:12 320:23
**ESTABLISH** 448:25
**ESTABLISHED** 196:23 284:13 285:12 330:17 444:19
**ESTIMATE** 285:20
**ET** 289:16 358:1
**ETHICAL** 381:7 382:11
**ETHICS** 341:4
**EUGENE** 426:25
**EVALUATE** 360:22 371:3
**EVALUATING** 282:12 361:15
**EVALUATION** 331:11
**EVASIVE** 401:16
**EVENING** 453:8
**EVENT** 198:13 247:17,18,19,20 247:23 248:12,13 446:1 451:5
**EVENTS** 196:5,6 206:6 207:2 216:2 220:14 238:8,9 256:23 257:6 297:1 326:16

352:12 359:25
360:14 365:10
368:8 369:6
371:18 376:1,14
379:9,12,21,24
380:2,8 383:1
391:5 397:12
398:14 400:23
412:21 415:11
416:2,15,23
418:24 426:5
441:6 449:10
**EVENTUALLY** 198:4 211:11 325:8 334:17 338:24 340:9 368:14
**EVERYBODY** 198:11 202:6 214:17 217:5,20 218:11,18 273:16 451:13,22 453:2
**EVERYDAY** 202:16 216:22
**EVIDENCE** 216:19 220:2 270:12 290:7 291:16 292:14,17 293:5 297:9,11 323:12 329:24 343:4 345:21 349:4 352:7,8,11 352:23,24 354:9 355:24 358:12 359:4 363:16,18 364:1,14 365:8,9 365:20 366:2,5,7 366:14,16,17 370:7,10,13,14 372:3,18,19 377:22 378:7 383:21 389:24 390:14,24 392:5 397:5 415:22 422:16 424:14 433:5,6,8,10 434:3,5,9,13 437:4,19 445:10 445:12,19 446:12 446:17,25

**EVIDENCE-BA...** 270:20 289:18 290:14 301:24 343:13
**EVIL** 219:10,11,11
**EXACT** 295:23 373:2,11 410:25 412:13
**EXACTLY** 223:4 256:2 320:24 371:2 382:12 393:6 398:19 424:7
**Examination** 190:3 190:4,7 191:10 231:15 253:2 288:1 334:10
**EXAMINED** 407:3
**EXAMPLE** 223:10 238:2 338:23 369:19 380:14 393:24
**EXAMPLES** 291:5
**EXCELLENT** 236:7
**EXCERPT** 409:23
**EXCERPTS** 408:9
**EXCESS** 361:18 369:15 371:17 449:9
**EXCHANGE** 315:1 347:11
**EXCISED** 380:17
**EXCITEMENT-...** 248:5
**EXCITING** 245:25
**EXCLUDE** 260:14
**EXCUSE** 259:19 323:7 374:17 404:20
**EXECUTE** 325:1 326:22
**EXECUTED** 325:9
**EXECUTIVE** 193:19 226:5,10
**EXECUTIVES** 202:2,3 364:6 380:25
**EXHIBIT** 225:24 264:18 265:6

277:1,17,18
278:14,24 295:19
295:19 312:5
314:15 321:13
335:25 337:14
341:22 342:1
343:24 345:3
359:7 370:17
381:12 392:11
393:22 404:15,16
408:5 414:1,2,12
417:14,18 429:23
430:1 432:13,13
443:15 448:25
**EXHIBITS** 264:16
264:23,24 277:1
328:14
**EXISTED** 246:19
292:14
**EXISTENCE**
255:8
**EXISTING** 238:10
262:3 323:11
445:7
**EXISTS** 420:13
424:23 425:10
**EXPECT** 228:20
228:22 357:15
360:12 362:25
444:17
**EXPECTED**
301:25 324:17
370:1
**EXPENSES**
237:23
**EXPENSIVE**
330:21
**EXPERIENCE**
193:15 207:16
240:12,14,15
249:5 250:11
267:19 273:8,10
273:12,19 311:2
375:9 382:18
395:16 401:25
402:1
**EXPERIENCED**
307:4 412:1
**EXPERIENCES**
372:3 409:12

413:5
**EXPERT** 265:14
280:7,10,12,15,18
280:21,25 281:3,8
283:17,18 287:13
287:15 288:12
385:1 391:8 403:3
403:13 404:23
426:7,19,20,23
**EXPERTISE**
207:15 213:13
274:17 280:5
281:11
**EXPERTS** 370:24
426:1,1
**EXPIRATIONS**
202:13
**EXPIRE** 198:13
**EXPLAIN** 265:11
266:23 309:20
320:16 321:8,8
324:1,7 339:2
345:24 347:8
356:21 358:10
**EXPLAINED**
216:17 324:17
372:3 374:1
396:23 446:18
447:10,20
**EXPLAINING**
394:19 395:4
**EXPLAINS** 368:4
**EXPLANATION**
216:20,20,25
309:24 320:21
322:16 326:21
371:17 407:21
**EXPLANATIONS**
216:17 220:1
**EXPLICITLY**
320:16 401:13
**EXPOSED** 258:3
**EXPOSITION**
399:6
**EXPOSURE** 347:4
347:6 373:23
**EXPRESS** 255:1
255:12
**EXPRESSION**
223:9 315:4

422:23 423:19
**EXTENSIVE**
215:3 216:1
233:24 235:15
248:5,16 347:13
**EXTENSIVELY**
212:25 218:23
**EXTENT** 227:17
250:6 338:19
344:25 425:1
**EXTERNAL**
319:10
**EXTRA** 206:21
225:1 346:21
**EXTRAS** 206:24
**EXTRAVAGANT**
205:22 206:9
**EXTREME** 446:13
**EXTREMELY**
242:10 246:8
251:6
**EX-ACADEMIC**
303:10
**EYE** 364:16 365:15
**EYES** 219:6,10,14
**E-MAIL** 314:24
315:1,7,8,11
316:4 324:24
336:3,5 381:14
404:16 405:2
**E-MAILS** 381:23
**E.G** 360:15

---

**F**
**FACT** 193:12
218:2 221:12
239:20 246:11,15
246:17 249:5,9,10
249:12,17,20
250:12,16,18
252:6 257:4
269:20 271:9
294:10 299:18,20
300:25 301:19
304:13 305:21
308:2,2 341:13
344:24 345:19
350:7 356:25
357:16 361:18
364:2 372:4,24

376:11 379:10
380:9 383:15,18
384:3 389:19
396:23 397:16
401:10 411:10,25
419:22 421:14
422:8 428:22
429:1 439:21
443:13 446:23
**FACTOR** 413:10
422:17 423:2,11
**FACTORS** 269:6
280:18 292:4
344:15 346:25
347:1,12 372:6
385:1,3 391:9
413:7,9
**FACTS** 371:21
**FACTUAL** 290:17
**FACULTY** 266:14
270:11,21 341:7
**FAIL** 396:17
**FAILED** 289:23
**FAILING** 388:12
388:14
**FAILURE** 293:24
380:16
**FAIR** 196:18
203:15,17,21
205:19 210:19
212:13 213:8
219:20 229:12
263:17 290:14
299:13 302:6,7,14
303:5 312:22
321:1 343:13
344:10 387:14
388:6 396:5 397:2
397:10 400:3
416:19 418:20,21
425:20 426:8
442:19 450:4,19
**FAIREST** 427:18
446:16
**FAIRLY** 348:18
361:11 395:15
397:22 446:24
**FAIRNESS** 360:4
369:2 377:13
399:13

**FALL** 337:12
360:17 376:15
**FALLON** 188:12
**FALSE** 229:10,16
307:6,8
**FAMILIAR**
197:15,16 237:15
248:24 291:7
294:10 325:14
369:3 385:21
407:3
**FANTASTIC**
349:19 426:23
**FAR** 200:12 285:20
316:7 396:25
**FARTHER** 204:13
204:13
**FAST** 215:24
**FAT** 363:10
**FATTY** 363:9
**FAVOR** 452:1,21
**FAVORABLE**
375:19 394:5
**FCRR** 189:2 334:4
**FDA** 204:6,7,8,18
205:6,17,21
225:17,18 226:2
226:13,20,22
227:5,8 228:13
229:1,17 230:1,3
230:5,6,7 243:8
243:10,12,15,19
243:20,23,25
244:10,13 245:8
245:12,19 251:21
251:25 255:18,24
256:12,14 257:17
258:6,12 259:7
260:13 262:24,24
263:3 279:11,13
289:11,23 310:16
319:20 353:17
361:4,15,20 362:8
367:25 369:4,22
370:17 371:2,7,22
372:21 385:15
386:12,15,16
389:19 390:24
391:1,4 406:1,11
406:14 407:25

408:3,10,13 409:7
409:7 410:1 413:5
415:17 430:15
438:15 443:22
444:1
**FDA'S** 282:11
370:20
**FEASIBLE** 381:2
381:7
**FEBRUARY** 255:7
256:1,6,12,12
257:21 314:21
316:13 329:10
370:19 374:7,15
444:11 448:1
452:21
**FED** 401:16
**FEDERAL** 267:13
270:24 395:17
**FEEL** 302:5 337:6
341:25 348:9
**FEELING** 450:13
451:6
**FEELINGS** 322:15
**FEELS** 386:12
**FELL** 204:12
**FELT** 316:15
338:18 339:13
341:3,23,25
**FEW-THOUSA...**
263:20
**FIELD** 225:4
253:23 269:5
273:6,23 276:3,16
280:7,10,12,15,21
281:8 322:1 358:7
**FIELDS** 234:6
268:12 287:19
444:16
**FIFTH** 430:17
**FIGURE** 201:3
211:6 213:7
285:23 412:9
**FILED** 358:2
**FILES** 312:6
**FILING** 359:14
**FINAL** 241:25
245:5 251:4
334:18 434:25
449:16

**FINALIZE** 317:21
**FINALIZED** 315:5
404:25 405:1
**FINALLY** 211:11
241:17 266:20
325:2 331:9,11,24
332:1
**FINANCIAL**
237:20
**FIND** 198:5,16
229:15 251:19
256:18 269:22
291:24 304:20,23
307:22 331:6,21
332:6 335:1,3,5
344:22 346:5
364:13 369:5,18
369:19 416:11
428:24
**FINDING** 202:8
297:3,7,15 303:24
304:8 314:3
320:13 334:23
338:25 339:4,17
339:20 342:18
353:3 369:14,15
369:15,24
**FINDINGS** 255:14
288:9 296:1,4,23
298:9 299:1
300:17 305:9
306:20 309:15
314:2 315:22
320:24 323:3,20
334:13 336:12,23
338:19 339:9
343:18 344:20
345:1 368:5 374:1
388:22 401:6
436:16,23 445:5
450:21,25 451:3
451:19
**FINE** 236:7 284:18
306:3 310:23
**FINISH** 403:9
**FINISHED** 287:16
308:24 310:3,4
**FIRST** 203:16
204:16 205:7,10
209:21,25 213:12

215:2,16,20,20,22
215:23,25 217:9
218:2 225:24
226:19,19 231:19
234:4 239:12,22
242:21,23 246:12
252:16,18 253:23
254:21 262:13,14
265:14 269:10
270:24 272:9
276:17 282:20,22
282:25 287:13
288:3 290:21
295:25 299:9
311:16 315:8,24
320:22 325:14
326:8 327:7 328:5
329:2 349:14
358:1,6 359:19
361:22 366:12
374:12,22 382:4
385:5 386:8 389:1
394:16 403:21
418:7 420:2 421:6
426:8 430:14,21
432:13 434:3
439:20 442:15,19
442:24 448:25
**FISH** 316:15 317:1
317:8 324:24,25
**FIT** 352:19 357:14
**FIVE** 236:1 237:21
287:6 299:2 300:9
302:12 314:4
411:6,10 430:14
439:9 441:7,10,21
442:2,9,17,23
443:2,10
**FIVEFOLD** 297:4
297:24 298:16
309:21 324:1,8
355:11
**FIVE-FOLD**
196:12
**FIX** 229:16 328:21
383:4
**FLAG** 424:19
427:5
**FLIPPED** 299:5
301:20 442:5

**FLIPPING** 396:20
**FLUID** 230:19
231:4
**FMC** 206:21 225:2
225:2
**FOCUS** 379:18
428:7
**FOCUSED** 417:24
**FOCUSING**
436:14
**FOLDER** 429:23
**FOLLOW** 245:14
364:11
**FOLLOWED**
244:9 291:22
296:14
**FOLLOWING**
191:3 222:12,23
223:5 264:13
265:7 270:2
312:17 314:15
324:24 334:3
357:3 426:5
**FOLLOWS** 191:9
245:16 265:16
334:9
**FOLLOW-UP**
314:16 358:15
364:10 397:16
**FOOD** 226:2
240:25 279:4
318:4,9,14,15,19
322:6 384:13
407:14
**FOOT-DRAGGI...**
327:4,9
**FORBIDDEN**
341:14
**FORCE** 206:11
**FORECAST** 238:9
**FORECASTS**
238:2,5,6 239:2,4
**FOREGO** 316:6
**FOREVER** 205:17
**FORGIVE** 266:23
**FORGOT** 404:8
**FORM** 245:5 363:4
363:11 399:1
436:19,25
**FORMAL** 234:25

235:2 247:11
**FORMALLY**
241:8
**FORMATION**
427:16 428:15
429:14 431:24
433:25
**FORMATIVE**
241:7
**FORMED** 283:8
283:16
**FORMING** 241:10
361:8
**FORMS** 260:23
**FORMULARY**
269:2
**FORMULATE**
281:23
**FORMULATING**
282:14 361:14
**FORMULATIO...**
238:12
**FORTH** 213:10
238:25 306:13
367:8 385:19
**FORWARD**
311:23 316:1
324:22 348:20
353:13 373:25
397:3 416:10
**FOUND** 219:1
257:4 304:22
306:12 309:17
320:15 331:7
332:7 333:5
334:17,19,21
335:9 344:8 346:6
347:20 350:3
351:14 352:14
354:4 355:15
363:25 368:14
**FOUNDATION**
352:13 395:2,3
**FOUNDATIONS**
267:15
**FOUR** 194:10
199:2 231:21
286:12 299:3
319:14,15 355:11
361:2 379:3

441:10
**FOURFOLD**
298:16
**FOURTH** 203:3
**FOUR-FOLDISH**
378:23
**FRACTION**
324:16
**FRAME** 237:4
299:22 300:8
366:16 445:1,4,24
**FRAMING** 299:19
300:4,6,9
**FRANCISCO**
247:18
**FRANKLY** 373:6
396:25 402:21
**FREE** 206:12
207:11
**FREQUENTLY**
314:18,19
**FRESH** 453:2
**FRIENDLY**
246:18 270:5
**FRONT** 225:25
227:4 283:23
329:14 332:21
417:18,25 436:5
440:14
**FULL** 318:24
322:20,21 367:15
430:21
**FULLY** 244:10
323:2,20 420:6
**FUNCTION**
268:21 293:19
409:18
**FUNCTIONING**
409:22
**FUNCTIONS**
409:14
**FUND** 201:13
278:13 284:20,21
284:23 285:6
316:21 328:6
**FUNDAMENTAL**
249:20
**FUNDAMENTA...**
249:25
**FUNDED** 267:11

270:24 272:5,24
273:1,3,5 277:10
277:13 288:6
296:7 310:14
343:20 395:16
**FUNDING** 278:12
285:2 315:5
316:22 327:19
**FUNDS** 271:21
272:19
**FURTHER** 318:1
336:15 375:18
415:24
**FURTHERMORE**
258:1
**FUSSING** 213:18
**FUTURE** 436:18

**G**

**GALLEY** 340:14
**GAME** 401:2
**GAPS** 242:2
**GARDEN-VARI...**
367:7
**GASTRIC** 350:4
**GASTROINTES...**
294:1,4 297:1
302:9 346:12
382:23 405:11,11
405:14,18,23
440:19,24 441:3
**GASTROPROT...**
351:17
**GEE** 365:2
**GENERAL** 232:20
234:1 235:12
236:11 241:3,5
242:8 268:17
272:25 293:9
306:12 422:23
**GENERALLY**
235:13 237:7
238:13 244:18
275:23 280:19
348:17 353:14
**GENERATE** 202:9
**GENERATING**
326:14
**GENETIC** 433:10
**GENTLEMAN**

312:7 321:21
**GENTLER** 246:13
246:15 346:20
**GENTLER-ON-...**
351:8
**GENUINE** 249:10
**GEOGRAPHIC**
229:14
**GERALD** 188:8
190:6 265:15
334:8
**GERIATRIC**
280:23 379:11
**GERIATRICIAN**
379:10
**GERMANE** 288:9
423:21
**GETTING** 210:5
216:6 228:12,12
248:25 311:14,19
326:18 328:11
346:1,6
**GI** 204:21,22,24
247:8 251:9 255:3
294:1 295:16
325:22 349:22
350:8 351:2 383:3
383:4
**GILMARTIN**
234:12,17
**GIVE** 206:12,24
207:5 212:11
223:10 225:7
230:7 258:7 270:4
270:14 283:24
287:20 291:5
307:17 327:20
335:18 347:24
352:1 388:15
401:17 428:7
**GIVEN** 206:13
207:12 252:9
258:11 267:8
296:12,13 297:12
298:9 300:10,11
302:12,13 308:23
316:7 324:3,4,9
332:2 339:13
351:14 352:10,23
360:23 361:19

367:20 386:13
387:22 388:12
395:12 400:9
401:25 402:1
411:8
**GIVERS** 225:6
**GIVES** 214:4
**GIVING** 214:8
298:1 417:21
**GLAXO** 272:25
**GLEANED** 448:21
**GO** 192:23 196:16
198:2 199:11,25
206:23 207:11
213:4 217:9,10
218:11 229:15,24
230:15,18 239:9
244:25 247:11,23
253:22 254:19
255:23 259:6
262:24 267:18
270:16 271:21
284:21 287:22
306:23,24 310:19
312:14 313:4
315:7 318:5,24
321:12 322:18
324:22 325:17,19
329:18 330:3,3,16
331:4 343:24
346:8 349:21
352:13 354:16
357:22 359:17
361:10 369:25
371:13 372:1,24
373:9,17 374:10
374:17 377:2
385:2 393:4
404:20 410:24
414:24 416:9
418:6 423:14,14
432:2,3 438:16
439:21 453:5
**GOAL** 196:23
205:23 206:2
**GOES** 231:19
300:23 376:13
418:22
**GOING** 193:6
197:8 198:2,11,15

198:19 199:3,12
200:11,14,21
201:2,4,14 202:10
202:12,13,17,22
204:15 205:2,2,23
206:9,12 207:9,9
210:4,5 211:6,20
212:7 213:7,24
215:6 217:6
219:18 223:14,18
225:12 229:3
244:24 254:21
260:13 262:9
263:3 265:13
271:13 276:25
278:23,23 280:4
295:18 297:14
312:4,5 313:5
314:14 316:21
320:20 326:25
328:13,14 335:18
341:21 343:23
345:3,19 347:12
359:7 361:10,21
370:16,16,19
380:21 381:11
382:7 393:21
402:22 403:8
421:6 428:6 439:8
439:21 448:22
453:4
**GOLDMAN**
188:24 264:25
**GOOD** 191:7
197:19 213:17
217:19,22 218:12
218:15,18 219:2
219:15,16,23
221:9 223:8,11,19
230:20 231:9
265:19,20 266:17
267:4 270:3,7,12
270:15 285:22
291:16 292:15
295:1,8 302:8,14
311:2 329:24
330:25 349:20
355:19 358:11
364:11,12 365:3,4
369:19,20,22,24

369:25 383:6,8
400:9,13 402:4
405:6,9 418:18
425:2 427:21
428:8,12,17,19
429:5,8,11,16
435:5,6,8,20
**GOTCHA** 255:6
**GOTTEN** 260:17
**GOVERNING**
385:12
**GOVERNMENT**
235:15,22 270:25
331:4
**GOVERNMENTS**
271:7
**GRADIENT** 384:4
**GRADUATED**
311:6
**GRAHAM** 322:3,5
**GRAND** 404:16,18
405:2
**GRANT** 278:5
395:17
**GRANTS** 267:12
267:17 272:19
280:1
**GRAPH** 372:1
393:8
**GRAPHICAL**
270:6,15
**GREAT** 270:6
305:13 385:8
391:25 394:13
**GREATER** 215:1
252:4,6 397:12,15
**GREEN** 332:2
381:23
**GREW** 267:24
**GRIND** 270:13
**GROCERY** 198:3
**GROSS** 402:11
**GROTESQUE**
402:21
**GROUND** 326:19
**GROUNDS** 292:20
**GROUP** 215:1,1,7
215:17,18 227:21
227:22 228:7,17
236:1 239:8 241:1

241:4,5,6,20,23
241:25 242:1
243:18 244:5,25
245:5 251:24
271:19 273:2
296:12,13,21
303:25 304:1
306:13 309:21,22
313:14 314:4,5
319:17 323:11
324:1,2,3,4
328:13 331:4
355:16 356:18,24
357:3,13 362:5
367:17,18 369:6
373:13 376:15
379:4,4 415:11,12
441:7,8,21,22,25
442:3,3,17,18,21
442:23 443:3,3,7
443:8
**GROUPS** 296:12
299:20 317:14
329:23 368:5
369:7 373:14
374:24 375:14
**GROUP'S** 215:7
242:8
**GROWING**
422:15
**GROWN** 236:5
**GROWTH** 197:11
197:14
**GUARD** 428:15
429:18,19
**GUARDING**
425:19 429:13
**GUESS** 193:17
213:1 291:12
296:3 307:14
309:8,11 310:5,7
311:10,22 312:17
313:13,19 314:9
315:22 316:14
317:20 320:6,18
321:3 322:24
324:19,20 382:4
**GUIDANCE** 366:3
**GUIDE** 390:21
**GUN** 358:14

**GUNK** 363:3,9
**GUNS** 365:13
**GURWITZ** 276:18
**GUY** 209:3 222:14
303:12,13 311:13
**GUYS** 217:18
364:16

_____

**H**
**HABITS** 280:19
**HALF** 194:10
247:24 360:13
**HALFWAY** 415:4
**HAND** 228:4,5
276:25 278:23
295:18 328:13
359:7 370:17,20
387:5 393:21
398:20 424:14
432:12 437:19
**HANDED** 228:14
228:17 229:13,16
335:24 408:4
**HANDFUL** 411:16
411:20
**HANDING** 227:23
337:14 388:18
404:15
**HANDLE** 229:3
270:12
**HANDS** 219:7,10
367:7
**HANDWRITTEN**
312:19 415:5,6
**HAPPEN** 194:20
297:14 340:12,22
362:24 384:5
**HAPPENED**
222:19 228:8
327:16 330:15
331:14 340:19
344:11
**HAPPENING**
251:20 402:16
**HAPPENS** 353:7
**HAPPENSTAN...**
339:8
**HAPPY** 298:1
**HARD** 203:20,24
223:3 311:10

341:8 382:8
389:16 424:25
452:3
**HARD-AND-FA...**
415:22
**HARM** 195:14
325:14 326:12
435:7
**HARMFUL**
410:18
**HARMONY**
244:10
**HARRY** 309:8
311:12 317:20,21
**HARTFORD**
395:2
**HARVARD** 266:2
266:5,8 267:23,25
268:2,8 284:2
288:24 291:19
302:21 311:6
328:25 375:6
**HARVARD'S**
274:8
**HB-406** 189:2
**HEAD** 228:9
231:24 237:1
268:20 309:9
440:1
**HEADED** 418:3
**HEADING** 298:7
408:21
**HEADS** 317:20
**HEALTH** 191:18
192:17,19,20,25
193:1,6,7,11,12
206:16,17 220:20
220:22 221:4,22
231:13 232:1,7,8
232:10,14,16,21
233:1,6 234:11,16
237:4 267:13
272:22 275:14
280:2 298:12
310:17 311:6
314:6 316:16
330:18 334:12
339:14 341:24
395:1 400:6 405:6
405:9 427:2,20

**HEALTHCARE**
267:10 268:16
279:17 281:1
**HEALTHY** 221:23
**HEAR** 219:10,10
240:18 271:23
309:3,6 315:25
**HEARD** 195:13
223:8,9 242:5
257:19 287:18
347:22 426:17
**HEARING** 402:13
402:14
**HEART** 196:12
208:6,10,19,23
209:7 210:4,16
212:20 214:11,23
215:9,17 216:6,8
216:24 217:1,6,19
217:22,23 218:10
218:12,15,19
219:2,15,16,24
220:9,12 221:7,8
221:9,24 291:17
291:24 292:7,15
293:5,24 297:4,25
298:16 299:3,8
300:9,10,21 301:7
301:11 302:12
303:25 304:3,12
304:15,18 305:4,5
305:19 306:14,16
306:19 307:5,15
307:21 309:21,25
310:1 313:22
314:5,17 316:3
319:24 320:1,16
323:13,16 324:1,3
324:4,5,8,10,15
324:18 329:21,21
330:1,6,19,24
332:8 333:5
334:19,25 337:8
339:14 344:9,13
344:15 347:10
350:11,22 351:10
351:13,21,24,24
352:6,11,22 353:5
353:16 354:2,12
355:12 356:10,12

356:23,24,25
357:6,10,11,21,24
360:16,17 363:4,5
363:8,12,15
364:18,24 365:20
366:9 367:3,4,17
368:4,12,17,17
369:16 370:4,5,15
371:25 372:2,4,8
372:11,23 373:13
374:5 376:14
378:19 379:15
380:10,11,15,16
380:20 383:3,6,7
384:6,12 387:16
392:2 396:16,22
397:1 398:14,19
401:18 410:18
411:14,24 412:1
412:10,11,13,15
412:16,17,17
413:1,3,4,6,10,13
413:15,16,21
417:3 418:13,19
420:7 421:17,25
422:4 423:3,11
424:16 425:6
428:14,23 429:1
429:13,19 433:15
435:4 437:19
440:9 441:7,21,24
442:3,10,17,21,23
443:3,7,17,22
444:1,8,23 447:9
447:19
**HEARTS** 293:1,4
320:15 396:24
**HEAVILY** 311:20
386:4
**HEELS** 316:13
**HEL** 206:15,18
**HELD** 197:20
222:12 223:5
264:13 265:7
321:19
**HELP** 212:2,8
217:1,6,23 221:3
268:22 290:21
412:8 416:11
420:18 426:21

427:15 437:15
438:2
**HELPED** 246:10
271:11 343:15
**HELPFUL** 216:8
246:8 250:7
338:16 353:8
425:19 448:23
**HELPING** 427:12
428:15 429:19
**HEMATOCRIT**
360:18
**HEMOGLOBIN**
360:17
**HENNEKENS**
291:23
**HERMAN** 188:23
**HI** 254:23,23
381:22
**HIGH** 195:17
235:2 331:7
334:21 372:1
381:24 384:8
411:9,10,11
412:25
**HIGHER** 215:9,17
261:16 301:3
305:4 324:3
334:22 336:6
344:9 347:10
352:11,16,21
367:19 370:5
373:12 397:18
407:22 409:11
**HIGHEST** 386:20
**HIGHEST-PAID**
202:3
**HIGHLIGHT**
300:25 416:21
**HIGHLIGHTED**
431:20
**HIGHLY** 276:3
**HIGH-DOSAGE**
336:9,10
**HIGH-DOSE**
334:23,24 336:13
**HIGH-RISK** 336:7
**HIPS** 367:7
**HIRED** 213:14
225:6 330:16

**HISTORY** 206:11
344:17 346:2
**HIT** 202:10
**HMO** 303:6
**HMOS** 303:13
**HOLD** 197:17
232:18 264:22
266:1,4 273:22
283:18 289:5,12
335:17 348:2,6
351:19 353:24
365:18 425:18
**HOLDING** 427:25
**HOME** 453:5
**HOMEMADE**
225:23 227:9,14
229:19
**HOME-MAILED**
227:18
**HONESTLY** 379:1
**HONOR** 222:10,20
231:15 252:24
264:4,10,16,23
265:6,13 325:17
392:17 403:7
453:1
**HONORABLE**
188:12
**HOPE** 226:15
294:18 295:4,10
296:25 316:24
427:10,14
**HOPED** 427:15
**HOPED-FOR**
427:13
**HOPEFULLY**
348:18
**HOPES** 202:19,21
**HOPING** 204:23
**HOSPITAL** 266:8
268:19,21,23,24
269:1 274:9 275:4
291:20 302:21
328:6 329:25
331:5
**HOSPITALIZA...**
304:25 405:18,22
**HOSPITALS**
266:9 268:3
302:22 330:4

**HOUR** 268:9
285:18
**HOURLY** 285:5,5
285:12,16
**HOURS** 285:19
317:11
**HOUSE** 279:19
**HUBBARD** 188:25
**HUGE** 373:5
**HUGER** 373:5
**HUMAN** 191:18
192:19,20,25,25
193:6,7,11 220:19
220:22 221:4,21
231:13 232:1,7,8
232:14,16,21
233:1,6 234:11,16
237:4 351:21,25
352:6 353:16
364:10
**HUMANS** 304:16
353:22 366:10
370:15
**HUNDREDS**
223:20 305:1
**HURRY** 205:12
**HURT** 198:11
213:24
**HYPERTENSION**
220:6
**HYPOTHESIS**
220:4 313:15
322:16 323:15
375:12,16 377:24
446:12,18
**HYPOTHESIZED**
320:19
**HYPOTHETIC...**
260:5

————————

**I**

**IBUPROFEN**
291:8 293:21
304:18
**ICING** 353:6
**IDEA** 218:3 270:2
295:17 317:13
357:18 365:3
368:3 373:7
**IDEAS** 241:24

242:4
**IDENTIFIED**
240:18 250:13
272:1 276:1 303:9
**IDENTIFIERS**
305:2
**IDENTIFY** 252:21
277:14,17 379:15
417:8
**IGNORE** 369:13
426:9 439:13
**II** 188:11
**III** 211:13,15,16
**ILLINOIS** 188:25
**ILLNESS** 412:13
**IMAGINE** 377:7
**IMAGINED**
357:19
**IMBALANCE**
369:6 378:15
407:21 408:1
409:16,17,21,25
**IMMEDIATE**
394:4
**IMMEDIATELY**
228:7
**IMPACT** 238:8
266:18
**IMPLAUSIBLE**
371:24 372:5
373:8
**IMPLEMENTED**
380:13
**IMPLYING**
349:15
**IMPORTANCE**
204:19 236:5
338:18 356:16
357:2,12
**IMPORTANT**
192:3 198:17,21
199:17,18 200:17
200:19,25 201:1
202:5,8,22,24
203:1 204:2,14
205:7 238:3,20
239:1,14,17,22
240:2,22 241:23
242:10,24 244:9
245:25 247:16

249:23 250:1,3,5
250:17 251:12
262:23 305:13
306:14 310:21
311:14 313:21
314:6 316:15,16
324:21 327:2
334:13,23 341:23
342:18,20 345:8
346:9,17 347:1
348:9 349:11
350:4 360:10
364:25 365:4
366:25 368:2
370:4 386:12,21
388:5 391:14,16
396:16 398:8,9
401:12 405:14
411:22 416:18
417:1 421:1 425:5
427:20 433:6
434:6
**IMPORTANTLY**
378:1
**IMPOSSIBLE**
416:22
**IMPRESSION**
290:12 319:20,22
371:12 393:6
**IMPROVE** 290:8
**IMPROVED**
268:18
**INABILITY**
326:21
**INADEQUATE**
256:22 257:5
289:23 395:18
400:13
**INAPPROPRIA...**
396:14
**INCENTIVE**
205:22 206:10
**INCIDENCE**
230:23 247:8
372:2,8 416:1,15
440:20
**INCIDENT** 229:5
**INCLINED** 249:13
**INCLUDE** 233:2
262:4,5 272:8

277:7 335:25
341:1 388:21
389:20 390:4,24
396:18 406:22,24
409:22 434:19
**INCLUDED** 214:1
218:24 230:17
235:15 242:12
246:9 248:9
261:21 356:13
443:18 444:7
**INCLUDES** 199:3
290:24 312:11
426:11
**INCLUDING**
273:6 275:4
276:10 277:8
282:5 309:11
316:2 319:11
395:2 412:3
**INCLUSION**
377:7
**INCOME** 203:25
204:14
**INCONSISTENT**
262:21
**INCORPORATE**
259:7
**INCORPORAT...**
244:15
**INCORRECT**
354:23 397:23
409:17
**INCREASE**
196:12 297:4,25
298:16 303:24
309:21 313:16
320:16 323:13
324:8 332:7
334:18,24 337:8
346:17 349:18
354:4 355:11
360:18 365:10
368:7 374:5
378:11,23 411:24
**INCREASED**
214:23 220:9,12
301:7 305:8
320:20 333:5
335:1,3,5,7

338:25 376:14
378:8 388:1 390:8
390:15 392:1
398:24 416:24
440:9 446:18
**INCREASES**
301:11 346:10
364:24 417:3
**INCREASING**
360:16 433:23
434:1
**INCREDIBLE**
298:2
**INDEPENDENT**
268:10 285:2
286:19 320:3
331:1,10,16
344:18 426:1
**INDEPENDENT...**
248:22
**INDICATE** 322:15
332:14 388:12
393:2 397:17
439:6
**INDICATED**
248:7,17 249:2
310:9 341:9 345:1
411:23 424:20
446:15
**INDICATES**
343:19 359:24
372:6 390:18
393:5,8 433:22
**INDICATING**
316:5,18 367:19
422:16 424:6
431:23 433:10
**INDICATION**
316:9 352:8
**INDICATIONS**
196:3
**INDIGNANT**
320:13
**INDIVIDUAL**
329:19
**INDIVIDUALS**
282:16 393:5
**INDUSTRY** 202:3
235:18 236:5
270:20,23 303:6,7

319:18 452:8,14
**INFARCTION**
307:5 332:23
373:12 398:14
422:17 423:2
430:9
**INFARCTIONS**
374:23 375:14
**INFLAMMATI...**
291:2 294:25
295:8,13 410:5
423:3,6,10 427:12
433:7,24 434:4,6
434:10,14
**INFLAMMATO...**
363:7 420:12
422:16,17 423:1
**INFLUENCE**
271:5
**INFORM** 395:10
444:1
**INFORMATION**
207:13 218:5
220:7 240:5,10,13
242:3 248:6,24
249:18,19 258:14
259:14 260:1,7,9
261:25 262:3,20
263:7 269:13,17
269:20 275:22
287:23 290:11,13
296:1 299:19
300:5 301:21
304:25 344:16
353:8 358:23,25
371:2 377:25
386:18 387:23
388:1,5,11,15,21
389:5,16 390:3,7
390:8,21,25 391:5
391:10,14,15,16
392:1 394:11,14
394:16,21,24
395:15,19 396:2
396:10,18 397:5
398:13 399:5,7,22
400:18,22 402:17
402:23 403:1
407:11 409:8
415:25 417:3,6

428:25 431:21,23
444:23 445:7,9
446:2
**INFORMED**
443:22
**INHIBIT** 425:17
**INHIBITED** 425:5
**INHIBITING**
425:4 427:21
**INHIBITION**
251:8 301:2
409:14,20 418:12
418:15,23 433:8
**INHIBITOR** 203:6
205:9 294:14
409:10 418:16
419:2
**INHIBITORS**
278:4 281:6
294:11,16 313:16
332:22 409:12
424:21 428:1
429:5 430:8 431:4
433:12 434:19,22
435:2 436:17,18
436:24
**INHIBITS** 420:17
**INITIAL** 305:9
325:7 358:4
**INITIALLY** 340:8
354:21 356:4
**INITIATE** 253:10
262:14 342:23
401:14
**INITIATED**
315:23
**INJURED** 282:17
**INJURIES** 282:21
283:1
**INPUT** 332:10
**INQUIRIES**
400:23
**INSERT** 385:16
**INSERTED** 222:16
**INSIST** 386:16
**INSISTED** 222:25
**INSISTS** 386:13
**INSPECT** 331:4
**INSTANCE**
257:23 413:23

INSTITUES 427:1
INSTITUTE 280:1
INSTITUTES
267:13 272:21
310:17 395:1
INSTRUCTED
255:9 310:12
315:2
INSTRUCTING
340:17
INSTRUCTION
262:14
INSTRUCTIONS
254:16
INSUFFICIENT
241:15
INTENTION
398:23
INTENTIONAL
327:5
INTERACT 270:5
INTERACTIONS
237:13
INTERACTIVE
271:4
INTEREST 194:5
252:9 269:8
274:17 296:19
303:18 305:8
315:4 317:15,23
INTERESTED
207:3 235:21
269:11,12 304:14
316:19
INTERESTING
235:23 304:19
309:14
INTERLUDE
450:2
INTERNAL 245:9
268:3 274:7
275:14,15 280:21
306:6
INTERNATION...
237:1,2 273:25
282:6 308:13,14
308:15
INTERNIST
274:19,22
INTERNS 268:24

INTERNSHIP
268:2
INTERPRETAT...
288:9 341:12
425:20,21
INTERPRETED
244:7
INTERVENING
302:25
INTERVENTION
307:4
INTERVENTIO...
290:8
INTIMATELY
425:4
INTIMIDATE
251:15
INTIMIDATED
251:17
INTIMIDATING
251:13
INTRODUCE
231:9 265:21
INTRODUCED
247:15
INTRODUCING
287:15
INTRODUCTION
210:11 241:8
256:9
INVENTED
218:19 270:1
307:21
INVERSION
397:1
INVESTED 202:19
202:21
INVESTIGATE
227:17 228:1,7
INVESTIGATED
227:19 228:3,4
372:16
INVESTIGATI...
295:15 363:21
INVESTIGATI...
357:23,24
INVESTIGATOR
413:12,14,17
INVITED 279:18
279:24 321:18

412:6 444:18
INVOLVE 238:1
277:24 373:22
406:22
INVOLVED
219:25 237:13
253:25 286:13
288:3 318:2 343:1
386:4 410:23
423:25 425:4
438:11,24 440:5
INVOLVEMENT
235:15 312:24
INVOLVES
394:13
INVOLVING
263:13 283:4
412:24
IRRITABLE 279:9
IRRITATING
350:2,3
ISCHEMIA
363:14
ISCHEMIC
418:24 436:21
ISPE 314:15 321:3
ISRAEL 302:20
ISSUE 213:10
226:17,22,23
229:22 288:12
298:17 304:12
307:25 310:10,21
311:14 314:6
341:24 350:15
354:23 356:20
357:14,25 367:11
376:5 398:20
424:14 435:5
439:14
ISSUED 296:3
ISSUES 229:7
235:16 250:4,15
278:20 279:17
293:12 294:1
298:12 303:8
316:16 347:25
348:9 362:20
370:25 382:10
407:24 425:2
ITALICS 256:21

ITEM 419:8,18
421:7
ITEMS 224:20
419:2 431:10
IVORY 270:15

──────────

J

JAMA 275:19,19
302:3 340:9 399:9
JANUARY 303:1
308:4
JAPAN 191:18
192:1 232:5
JEFF 404:16,18
JEOPARDIZES
326:15
JERRY 265:23
JERSEY 319:17
JOB 235:17,22
236:8 237:7 284:1
400:14
JOBS 236:15
JOHN 395:1
JOIN 236:9
JOINED 193:9
235:10
JOURNAL 243:4,5
271:1 275:12,12
275:13,19,20
276:18 277:19,20
278:3,10 290:9
295:22 302:3
305:11 321:16
340:8,11 341:6
354:14,22 355:3
356:14 376:6
391:23 395:25
398:4,6 399:9
401:23 435:17
436:8 441:13
443:13,14,18,25
445:17
JOURNALS 243:6
269:20 275:11
290:10 385:25
391:19 395:16
402:5,15
JR 188:16,20
JUDGE 188:13
222:24

JUDGED 382:3
JUDGMENT
449:16
JUNE 245:22
247:14 329:2
JUNK 420:7
JURY 188:12
197:18 199:7
204:10 206:1
222:4 231:10,18
264:11 265:9,22
267:22 269:4
279:6 281:15
283:13,22,25
287:11 290:19,21
291:6 294:13
307:11 322:23
326:10 358:10
362:15 366:20
408:23 421:11
426:8 431:2 433:3
436:15 453:4,7
JUSTIFICATION
319:25
JUSTIFY 320:24

──────────

K

K 328:15
KABI 272:25
KEEP 194:19
202:5,6,8 238:15
238:17 265:10
285:21 313:5
364:16
KEEPING 202:12
365:15
KEEPS 276:1
KEPT 279:12
KEY 322:25
332:19 352:13
364:8 380:10,10
425:2
KEYPRO 331:3
KIDNEY 293:19
KILL 210:4
KIM 233:17,22,23
KIND
193:5,12 213:1
215:18 233:22
238:4 270:18

294:23 295:3
296:17 299:22,23
301:1 302:23
303:14 304:7
311:7 314:2
316:18 330:10
349:15 352:25
363:10,16 367:18
371:2 386:10,14
386:25 387:8
391:10 393:25
410:23,25 412:13
417:20 423:10
431:17 446:25
**KINDS** 234:1
248:2 249:14
370:24 382:10
412:18 421:24
**KNEES** 367:8
**KNEW** 196:6
198:9,18,19 199:8
204:3 205:13
218:21 222:1
230:24 293:16
302:23 360:6
364:18 441:18
443:1
**KNOW** 195:12
196:8,10 198:14
199:24 208:15
209:2,3 217:25
218:3,16,22,25
219:10,14,15
221:11,18,19
223:2,9 225:22
226:23 227:16,25
228:1 230:16
231:18 250:4
257:9,10,14,16
258:5,21,22 259:9
259:12 260:16,24
261:1,22 263:5,10
264:11,21 270:2
271:15 286:18
292:21 293:7
296:5 297:14
304:6,7 306:1
311:1 316:22
320:23 344:12
349:7,21 350:20

353:7 365:2
368:10,21 369:24
371:7 382:6 384:8
389:12,19,22
390:11,12 391:4
392:15 394:9
396:10,16 397:4
397:11 398:7
403:1 411:21,25
413:1,7,11,12,17
420:4 421:3 427:8
427:10 429:6
432:10 439:2,9
441:16 443:21,24
444:14 447:23
448:5 449:14,14
449:20,23 452:4,5
**KNOWABLE**
238:8
**KNOWING**
305:15 394:9
396:9 397:4
413:23
**KNOWLEDGE**
195:24 207:15
246:21 248:8
249:11,11 258:9
358:20 382:14
452:23
**KNOWN** 198:12
218:2 230:14
231:5 243:17
281:4 288:10
289:24 291:5
293:24 299:20
303:10 323:1
354:17 361:9
364:8 380:14
386:25 387:22
398:6 399:7,17
429:8 439:13
**KNOWS** 217:5

**L**

**L** 188:24
**LABEL** 204:22,24
213:22,23 230:22
239:4,24 243:2
244:2,10,16 245:3
248:8,10 262:21

262:21 264:22
318:5 325:11,22
326:15,22,24
386:8,11,14 387:2
387:7,11,23,25
388:3,4,15,17,21
389:2,3,6 390:4,8
390:16,21 391:2
392:25 402:13
411:7,11 438:16
438:19,20 439:2,5
439:8,20,20,23
449:9,22 450:18
450:20,25 451:4,8
451:24
**LABELED** 362:2
394:3
**LABELING**
289:16 376:21
377:4,8 385:15
386:17,21,24
391:24
**LABELS** 214:1
239:3 402:5
439:16
**LABORATORIES**
233:13
**LABS** 198:16 234:2
234:7
**LACK** 249:11
295:16 391:15
409:13
**LACKED** 357:14
**LACKING** 229:12
**LAID** 329:14
**LANGUAGE**
197:2,3 213:18,23
214:1 216:22
244:6,6 254:3,4
328:4 341:9
358:11 373:2
418:6 425:7
450:14,17,24
451:3,5,7,13,15
451:18,19,24
**LARGE** 196:19
204:3 206:7 211:8
211:13 222:3
246:7 247:14,16
271:10 297:10

307:2 312:2
403:18
**LARGER** 263:24
288:22 416:24
**LARGEST** 199:20
199:23 200:2,1
206:11,18 313:25
**LASTED** 247:24
247:25 355:10
360:10 367:15
411:22
**LATE** 191:24
203:21 270:1,17
308:24 361:20
381:24 427:14
446:11
**LATERAL** 192:6,7
214:7
**LATIN** 191:18
232:4,25
**LAUNCH** 199:16
202:25 242:23
243:8,11,13,19,22
244:8 245:18
246:3 247:11,12
247:17,19,20,23
248:13,20
**LAUNCHED**
204:5 208:24
247:13 250:19
**LAW** 195:5
**LAWYER** 226:8,9
245:1 282:20
**LAWYERS** 282:16
282:18 283:1
284:15 285:14,17
286:10,10,19,21
286:25 403:14
404:3,10,18 408:6
426:19
**LDLR-DEFICIE...**
433:9
**LEADER** 207:16
**LEADERSHIP**
273:22
**LEADING** 208:3,4
418:24
**LEADS** 240:3
**LEARN** 251:16
295:25 356:3

426:13 427:5
**LEARNED** 248:12
327:17,18 328:1,2
328:2 386:5
**LEARNS** 385:9
**LEAVE** 236:2
322:9 449:13
453:6
**LEAVES** 453:7
**LEAVING** 194:3
235:19 341:4
**LECTURE** 303:3
**LECTURES**
270:14
**LEFT** 236:3 424:12
**LEGAL** 227:21
228:7 385:12
**LEGITIMATE**
343:17
**LENGTH** 257:25
**LENGTHY** 385:16
**LESSEN** 247:7
**LESSON** 327:17
**LETTER** 225:18
225:22 226:13,22
227:5,7 229:5
244:9 318:14,15
318:18
**LETTERS** 226:20
226:20,24 227:1,8
228:13 243:22
289:16 382:6
**LET'S** 195:11
196:14 211:23
217:9 225:24
234:24 237:3
239:9 242:19,20
244:17 245:18
247:11 259:13,22
265:11 267:15
273:16 291:14
324:22 325:19
329:5 333:9 337:2
343:24 348:20
354:13 357:22
365:15 366:11,19
367:21 368:21
371:13 373:15
374:10 379:6
386:8 392:14,18

395:24 396:4
397:3 408:16
414:11 417:10
419:21 421:5
448:25
**LEVEL** 208:3
228:3,20 347:2
386:20 402:21
**LEVELS** 234:3
393:12
**LIABILITY** 188:5
**LIAISON** 206:16
206:17
**LICENSED** 274:4
**LIFE** 343:11
**LIGHT** 262:23
332:2 336:23
**LIKELIHOOD**
309:11 339:10,12
357:20
**LIMIT** 346:11
439:23,25
**LINE** 198:11
221:10,23 229:2
319:4,5 352:23,24
381:16 437:22
442:7 450:11
452:18
**LINES** 353:11
416:18,21 450:17
450:21 451:4,7,15
451:20
**LINING** 295:1,9
**LINKAGE** 235:21
**LINKS** 326:15
**LIPID** 421:21
422:6
**LIPIDS** 422:2,5
**LIPID-RICH**
363:2 419:9,15,24
420:2 421:7,19,22
422:5,11 423:12
**LIST** 211:14
213:21 222:18,23
223:15,17,19,22
223:23 224:8
269:2 330:20
431:7
**LISTED** 224:21
322:13 341:18

**415:14** 419:3,18
**LISTEN** 250:12
**LISTING** 223:14
**LITERALLY**
386:11
**LITERATURE**
218:23 269:14
275:8 276:5 277:4
281:13 282:11,15
304:16 329:24
365:5,9 366:6
368:13 386:6
395:23 402:15
429:8
**LITIGATION**
188:5 283:17,18
286:5,6,11 325:25
348:12,16 377:17
413:20
**LITTLE** 234:24
266:10 267:19,22
269:18 275:25
287:10 290:22
291:4 302:24
344:25 366:19
415:5 419:21
**LIVE** 234:22
265:24 283:24
**LIVING** 441:23
**LOGICAL** 309:25
324:13,14,17
**LONG** 223:19
231:14 232:18
235:24 247:6,23
276:15 292:12
311:3 314:11
316:7 327:11
328:25 329:12
360:13 374:4
410:20 438:25
439:3,4,20
**LONGER** 262:18
282:3
**LONG-STANDI...**
243:14 244:21
262:19
**LOOK** 195:11
196:21 198:24
200:1 202:23
205:18 207:10

**220:3** 225:24
226:18,19,24
229:5 253:11
255:23 256:14
258:15 261:11
273:3 279:15
304:19 305:2
308:2 312:1 314:7
316:21,22 318:12
353:1 363:25
371:14 378:19
380:8 381:14
411:19 414:11
419:21 421:5,6
425:3 428:24
430:12 436:1
438:16 448:23
449:23 450:1
**LOOKED** 216:16
261:23 293:18
306:15 345:24
351:7 354:23
371:8 378:14
379:18,21 383:15
383:18 388:17
389:13 399:19
419:2 435:24
**LOOKING** 216:10
216:13 259:2
269:5 272:17
288:20 301:5
304:23 311:24,25
321:1 355:18,21
355:22 363:24
364:14 370:10
377:25 380:25
383:21 394:9,13
399:3 402:2,13
413:25 414:1
418:18 443:15
**LOOKS** 354:25
358:15,23 370:3
379:8 382:10
451:12
**LOOSE** 286:16
**LOPSIDED** 402:24
**LOSE** 200:21
**LOSING** 204:11
205:16
**LOST** 204:12

**351:15**
**LOT** 197:24
202:19,21 212:22
212:22 213:9,13
269:21 283:5
290:10 294:4
300:4 306:1
316:24 347:25
349:14 350:17
369:23 380:20
409:18,19 423:21
426:22
**LOTRONEX**
279:9 371:3
**LOU** 302:19,20
303:11
**LOUISIANA**
188:2 189:3
**LOUSY** 270:14
**LOW** 335:1
**LOWER** 230:22
296:21 305:4
308:3 356:18
373:22 374:3
384:7,9 386:25
393:10
**LOW-DOSE** 292:2
360:23 382:3
**LUNCH** 325:20
**LUNCHEON**
333:12
**LYING** 200:3

## M
**MACHINE** 202:12
**MACROPHAGE**
433:11
**MAGICAL** 307:20
**MAIN** 205:5 266:8
266:16 274:1
420:21,23
**MAJOR** 198:19
199:2,11 200:11
202:16 399:3
**MAJORITY** 376:1
410:5
**MAJORS** 235:6
**MAJOR-LEAG...**
447:1
**MAKEUP** 214:20

**MAKING** 210:11
221:11 290:12
310:21 338:17
350:13 363:7
388:6 391:11
**MALE** 413:8
**MANAGED** 288:4
327:22
**MANAGEMENT**
357:23,25 359:8
**MANDATES**
244:22
**MANIFESTATI...**
380:11
**MANIFESTING**
380:15
**MANNER** 271:4
299:15 388:11
398:10
**MANUFACTUR...**
281:17
**MANUFACTUR...**
292:21 310:20
386:13,14
**MANUFACTUR...**
235:10,25 270:2
292:18 294:10
**MANUFACTUR...**
386:15
**MANUSCRIPT**
327:24 338:6
341:12 343:21
**MARCH** 258:22
262:24 263:8
296:3 325:22
404:21
**MARK** 188:16
253:15 278:24
404:4
**MARKED** 207:8
253:16 255:24
258:16 295:18
312:4 314:14
335:24 337:14
341:21 342:1
359:7 381:11
392:10 393:21
404:15 408:4
429:22
**MARKET** 193:20

193:22,23,25
194:1,6,8,19
195:2,8 198:19
202:9 203:5,7,16
204:1,5,16 205:10
205:11,15,23
206:9 207:21
209:8,20,21,24
210:5,18 213:25
214:3,11,13,17,22
222:3 224:3,25
232:24 237:1
238:24 239:21,23
250:20,23 251:21
252:2,10,18 279:8
279:13,13 281:19
281:22 282:4,9
291:15 292:2,12
311:17 348:2
349:6,9 352:21
354:21 358:20
362:18 363:18
365:6,12,14 371:4
371:23 381:4
384:5,16,18,20
429:10,18 437:13
437:24 438:5
447:7,12
**MARKETED**
195:22 365:11
**MARKETING**
193:2,14,18
194:25 203:25
207:24 209:3
213:12,13,16,21
217:21 221:20
222:6 223:24
224:6,9,17,21,22
224:22,23 225:15
225:16 226:16
228:10,13 230:24
232:3,23 233:7
236:15,16,21
239:9,10,12 240:4
240:6,7,19,21
241:4,5,9,12,20
241:23 242:1,4,6
242:8,11,14,16,20
242:21 243:18
244:17 245:7,19

245:21 288:13
**MARKETPLACE**
206:4 238:13,21
243:23
**MARKETS** 246:2
**MARKING** 404:6
432:12
**MARKINGS** 415:1
415:2
**MARKS** 404:9
**MARKUP** 405:3
**MARKUPS** 404:11
404:12
**MARRIED** 234:20
**MARRY** 270:18
**MASSACHUSE...**
265:25 274:5
**MASSIVE** 304:21
**MATERIAL**
229:24 245:4,5,10
245:12 258:3,7,8
260:15,17 270:6
270:15 283:5
318:8 385:14
**MATERIALS**
242:20,21,23,23
242:24 243:8,10
243:11,13,16,17
243:20,22,25
244:13,16,19,23
244:25 245:2,7,13
257:8 259:8 262:7
262:8,10 271:20
283:2 355:8
367:25 394:18
401:13 407:3
443:21 449:6
**MATH** 285:22,24
286:1 442:6
**MATTER** 271:9
304:13 373:7
375:18 402:12
**MATTERS** 303:17
328:20
**MAXIMIZE**
223:25
**MAXIMUM**
438:14
**MCDONALD**
322:9,10,11

**MDL** 188:5
**MEAN** 200:24
202:2 209:17,19
213:18 218:17
225:16 231:23
234:15 249:7
297:17 299:17
309:14 314:19
336:8,10 338:14
342:5 347:7
353:19 377:21
378:25 404:12
408:24 418:25
421:18 423:3
447:11
**MEANING** 426:2
427:6
**MEANINGFUL**
344:23
**MEANS** 202:16
223:2,3 229:19
249:8,12 287:19
339:2,3,10 363:15
379:8 382:2,4
420:16 425:8,12
**MEANT** 199:8
225:3 246:25
308:4 330:1
378:18 401:7,8
441:20 445:15
**MEASURE** 350:19
**MECHANICAL**
189:6
**MECHANISM**
291:3 363:8
**MEDIAN** 296:15
439:1
**MEDICAID** 278:3
**MEDICAL** 192:14
192:21,23 193:10
193:10 195:12
204:19 218:11
225:8 233:4,10,23
233:24 234:5,6
243:6 256:14
257:2,4,22 260:8
266:2,5 267:25
268:5,7,12,13,25
269:14,20 270:11
270:21 275:8,10

275:10,13,13,20
276:2,5,19 277:4
281:13 282:4,15
283:19 284:3
289:6,13 297:13
329:24 330:5,21
343:3,7 344:17
348:4,7,22 350:14
351:20 353:14,25
361:3,4,7,12
364:5 365:19
370:9 371:7
376:13 377:15,24
378:6 380:24
382:16 385:24
386:3,5 387:25
389:13 390:7,13
399:4,5,7 400:1
402:5,7,15,22
403:1 406:22
408:10,13 409:8
414:3,6,7,8
415:17 429:4,23
**MEDICALLY**
394:10 396:8,11
397:6
**MEDICAL/LEG...**
226:6,10 228:6
229:21,25 244:22
**MEDICATION**
239:15 266:16
268:6,16 274:17
279:8,21 284:25
284:25 288:19
295:15 304:25
**MEDICATIONS**
267:3 268:23
275:3 303:8 353:3
**MEDICINE** 232:9
246:25 249:1,22
266:2 267:23
268:3 274:4,6,7
275:12,14,15,19
276:3 278:3
280:21,23 290:9
295:22 301:25
302:3 303:2 306:6
340:9 354:14,22
356:14 376:6
394:10 396:1

399:9 401:23
**MEDICINES**
232:12 240:25
279:1 406:13
**MEET** 224:23
303:17
**MEETING** 247:25
248:20 250:9
282:25 311:11
312:12,18 313:10
314:15,15 315:21
316:14 321:3,18
337:11 362:2
382:8 406:5
444:20 448:15,18
449:1 452:11
**MEETINGS**
212:21 219:25
224:22,25 247:14
247:24,25 248:3,4
270:6 282:7
302:25 308:13,23
451:17
**MEMBER** 235:14
332:19 337:6
402:22 447:25
**MEMBERS**
231:18 265:9,21
269:3 279:6
283:13,22,25
287:11 294:13
303:17 307:11
322:23 326:10
362:15 366:20
444:22 452:1,5,13
453:4
**MEMO** 199:9
312:7 317:1,2,9
324:25
**MEMORABLE**
401:2
**MEMORY** 412:5
448:22
**MEN** 267:21
**MENTAL** 379:19
**MENTION** 231:16
364:7 424:12
**MENTIONED**
237:12 239:2
266:24 268:19

269:5 312:8
315:16 316:3
317:19 321:5
366:11 367:21
369:11 385:5
393:14,16 403:17
411:8
**MENTIONING**
377:8
**MERCK** 188:8
191:17,20 192:8
192:16 193:4,9,11
193:13,14,16,19
194:15,15 195:3
196:10,16 197:5,6
199:19,22 200:2
201:7,8,21 202:6
202:6,10,19,21
207:13 210:6
214:6,7,8,9 215:4,7
215:14,25,25
218:22 220:7,8,11
220:13,20,22
224:10,11 225:16
225:16 226:11
227:19,23 228:12
231:13 232:12,15
233:6,7,8,9,13
234:2,7,13,25
236:4,6,9,13,20
237:14,15 238:4
238:15 239:3,11
239:11,21,24
240:3,15 241:4,22
242:20,22 243:12
243:14,24 244:9
244:19 245:7,9,11
245:14,16 247:12
249:4,6,24 250:8
250:11 251:13,14
251:15,17,21,22
252:2,13,15,16,17
252:18 253:11
258:8,22 260:9
262:11,22 272:25
273:1,3,5,11,14
273:19 277:10,12
277:13,15,21
278:6,12,12,16
281:17,20 282:1

285:10 288:3,7
289:13,24 290:2
290:14 295:14
296:3,7,8 301:5,6
301:19 302:17,23
303:18 309:2,5,9
310:8 311:5,7,8
312:6 314:16
315:3,12,17 316:1
316:7,17 317:1,13
317:14 318:17
320:5 323:16
324:23 325:9,10
327:24,25 328:18
328:18,25 329:17
329:22 330:11,13
331:15 332:2,10
332:20 333:3
336:25 337:9
338:6,12,15,16,22
339:16,23 342:7
343:20 348:1,11
349:7 350:20
351:10 352:16
356:8 358:18,20
359:22 361:1,20
362:6,15 364:22
365:25 366:3,4,13
367:1 368:22,24
373:25 375:8
378:13 380:7,19
391:1 393:5,18,25
394:5 395:3,6
396:21 398:25
399:1,7,21 400:3
400:10 402:14
403:13 404:7
405:7 410:17
412:2 417:12,22
419:7,14,17
424:15 425:25
428:25 441:12
443:22 444:1
445:6 452:1,22
**MERCK'S** 196:19
219:20 226:20
228:16 229:23
232:23 233:10
237:10 246:3,5,6
256:15 276:20

289:3,21 317:16
326:21 328:9
330:2 336:24
351:5 357:23
364:15 394:3
401:12 411:23
**MERCK-FUND...**
337:19 344:5
**MESSAGE** 299:17
**MESSED** 193:16
**MET** 282:20,23
307:25 353:18
444:11 447:25
**METHOD** 393:14
395:21 399:21
400:17
**METHODS** 385:20
**METHVIN** 188:19
**MI** 316:2 360:15
**MID** 196:16 427:14
**MIDDLE** 196:17
196:24 197:2,9
200:9 220:13
222:14 254:2
346:25 422:14
**MIDST** 348:15
**MID-2001** 310:2
312:12,24 313:21
324:19,20
**MILD** 246:24
382:1 393:7,10
**MILDER** 386:24
**MILES** 188:19
**MILESTONE**
328:6
**MILLIGRAM**
415:11
**MILLIGRAMS**
296:13 360:7
411:5,5 438:12,20
439:3,4,6,8,21,24
440:18
**MILLION** 400:11
**MILLIONS** 206:24
206:24 222:8
223:21 246:1
**MIND** 207:24
294:9 327:7 377:3
446:3
**MINE** 291:19

396:21
**MINOR** 381:25
**MINUSES** 350:18
**MINUTE** 317:4
421:11
**MINUTES** 325:17
325:19 392:19
424:18
**MISIMPRESSI...**
397:24
**MISLEADING**
229:10,16
**MISREPRESEN...**
229:11
**MISSING** 380:20
**MISSIONS** 268:22
**MISSPOKE**
445:15
**MISTAKE** 328:8
**MISTAKES** 192:8
**MIX** 235:20 248:4
**MK-966** 359:19
360:22
**MODEL** 433:9
**MODERATE**
303:4 382:1
**MODERN** 290:25
**MODEST** 306:15
307:6,9 320:14
328:20
**MODIFICATIO...**
244:15 391:2
**MODIFIED** 398:5
**MOMENT** 244:18
255:5 273:10
275:6 287:9
291:14 343:24
368:21 371:13
386:7,8 417:15
**MONETARY**
285:4
**MONEY** 197:24
198:15 199:15
200:18 201:3,4,6
201:16,21 202:5
202:11,17 206:21
207:9,12 210:11
210:14,17,21
213:23 224:1,2,4
224:5 225:2 267:9

267:15 284:20
285:5 310:16,18
**MONEYMAKER**
198:10
**MONIES** 211:5
**MONITORING**
215:7 238:24
**MONKEY** 219:6
**MONKEYS** 219:5
219:11
**MONKEY'S** 219:6
219:7
**MONOCYTE-M...**
423:19
**MONOCYTIC**
422:22,23
**MONTGOMERY**
188:21
**MONTH** 261:1
315:21 360:13
397:25
**MONTHS** 201:2
204:16 231:21
248:15 252:5
296:15 315:23,23
316:4,12,20 325:2
325:7 328:11
329:18 354:24,24
355:2,10,13,17
367:15 398:1,5
439:1 440:3 441:2
445:16
**MOON** 298:7
**MORNING** 191:1
191:7 231:9
**MORRISON**
426:14
**MORTALITY**
258:18 259:8,16
260:3 261:16,21
378:8,11 388:1
390:9,15 392:1
398:24
**MOTION** 319:25
**MOTIVATION...**
248:4
**MOTRIN** 246:14
291:9 293:18,20
304:17 306:13
348:24 349:16

**MOUNTING**
433:5,6 434:3,5
**MOUSE** 433:9
**MOUTH** 219:7,8
219:18
**MOUTHFUL**
409:14
**MOVE** 213:11
214:7 254:4
290:16 311:23
315:3 316:1
348:18,20 379:6
397:3 417:10
435:23 443:11
453:1
**MOVED** 236:17
**MOVING** 324:22
353:13 361:21
382:15
**MRK** 253:16
**MRKACW** 258:16
**MRK-ABC0048...**
359:9
**MRK-ACC** 312:6
**MULTIPLE**
228:12,12 258:1
365:16 369:20
**MUSICAL** 450:2
**MUTUAL** 303:18
**MYOCARDIAL**
307:5 332:23
373:12 374:23
375:14 398:13
422:17 423:2
430:9
**M.D** 268:1 274:14

**N**

**N** 190:1
**NABUMENTONE**
256:24
**NABUMETONE**
368:6,9,18
**NAME** 191:12
231:11 233:12
243:18 265:23
285:10 312:7
321:21 337:9,22
337:24 340:18,19
340:21 341:15

359:20 401:11
403:12 426:18,23
432:9
**NAMES** 305:2
**NAPROSYN**
196:12 291:12
**NAPROXEN**
216:3,4,16,21
217:9 218:4,10,11
218:18 219:2,3,14
219:23 220:4,13
220:14 221:12,23
261:8,13 282:5
291:11 292:9,12
292:15,18,21,25
293:3 296:13,24
297:2,6 299:5,8
300:8,11,21,21,24
301:9 304:3,17,22
305:13 306:2,11
306:15 307:2,7,9
307:14,18,20
308:7 309:3,6,18
309:19,20,22,24
311:15,25 313:14
314:5 318:16
319:12,23 320:1,8
320:15 322:16
323:2,14,15,16,20
324:10,15 348:24
350:5,7 356:20
357:7,7,10,15,19
367:10 368:3,4
372:4,9,10,20,22
373:1,4,7 374:25
375:11,16,17,20
377:24 383:19
384:18,24 396:22
396:23 440:12,16
440:17 441:3,8,17
441:22,24 442:3
442:10,18,21
443:3,8 446:12,14
446:18 447:1,6,10
447:20 449:10,12
**NAPROXEN'S**
305:19
**NAPROXEN/VI...**
320:17
**NATIONAL**

267:13 272:21
280:1 282:6
310:17 395:1
427:1
**NATURE** 236:12
246:19 440:8
**NDA** 209:4 256:15
**NEAR** 224:2
**NEAT** 295:17
**NECESSARILY**
197:14 449:16
**NECESSARY**
208:25 209:12,14
209:18 250:24
354:11 363:25
**NEED** 201:3 221:3
223:20 225:10
229:3 230:4,8
241:16 249:1
285:1 316:4,5,22
328:21,22 346:21
351:11 357:13,16
357:17 364:16
373:4,5 382:4
383:5 388:15
395:11 410:24
**NEEDED** 198:15
205:12,15 206:7
310:11 315:6
324:21 339:15
346:20 351:9
382:3 416:25
417:4,6
**NEEDS** 224:16
240:16,17 244:4,6
251:11 254:17
264:11 310:19
390:21 450:14
451:2,6
**NEGATIVE** 217:8
343:18
**NEGATIVELY**
423:24
**NEGOTIATES**
386:14
**NEGOTIATION**
329:18
**NEGOTIATIONS**
324:23 326:15
**NEIGHBORHO...**

315:17
**NEITHER** 192:5
230:19
**NERVOUS** 316:8
**NET** 204:15
**NETWORK** 347:3
347:4
**NEUTRAL** 300:7
302:14
**NEVER** 208:5,5,10
219:1 230:1,3,6
251:15 259:1
299:6,11 327:19
345:20 399:17
421:3 425:4
427:13 446:21
**NEW** 189:3 191:19
192:1 194:22
195:4 196:3 198:5
198:16,17 200:19
202:25 205:7
232:5 238:10,11
238:12,25 242:22
245:23,25 246:4
248:15 262:23
267:24 270:25
275:12,18 278:2
278:15 290:9
295:22 302:2
305:10 311:16
319:17 325:11
340:8 354:14,22
355:3,5 356:14
358:2,24 359:14
376:6 391:23
395:25 398:3,6
399:8 401:23
414:5 431:20,23
441:13 443:13,14
443:18,25 445:17
**NEWER** 231:2
**NEWPORT**
188:17,17
**NEWS** 302:8,9,11
302:14 394:3
400:9,9,13,14
402:4,4 435:5
**NEWS/BAD** 435:5
**NINE** 204:16
257:12 296:15

328:11 355:10
367:15 439:1
440:3
**NISSEN** 447:23
448:5,10,17,20,22
449:4,5,20 450:17
450:22 451:4,8,15
451:20
**NISSEN'S** 450:3,5
**NOBEL** 299:21
**NONCOMMER...**
284:25
**NONEXPOSUR...**
335:10
**NONRETAINED**
426:19
**NONSTEROIDAL**
272:11 275:4
276:13 277:5
281:4 290:23
291:1,6 294:7,17
296:14 323:12
348:23 350:1
368:6 383:23
**NONSTEROID...**
194:24 231:1
276:17 293:23
294:3 295:5
296:10 304:15,17
306:12 311:25
384:10
**NONSTEROIDS**
290:25 349:6
**NON-NAPROX...**
216:14 220:3,15
**NORMAL** 200:23
315:9 353:4 441:1
**NORMALLY**
301:21
**NOTE** 316:4,21
317:10,11 336:11
337:4
**NOTED** 372:24
**NOTES** 312:17,19
372:9 404:12
410:24 412:4
**NOTICED** 361:17
**NOTICES** 264:24
**NOTING** 303:23
**NOTION** 409:22

433:23
**NOVEL** 436:19,25
**NOVEMBER**
226:21,25 295:22
295:24 298:7
314:2 329:8,9
356:8
**NSAID** 254:23
383:18
**NSAIDS** 216:15
220:3 230:16
272:12 278:15
282:5 283:4 293:9
293:10,13,15,18
293:20,23 294:18
304:12 313:14
316:2 319:9,12
335:8 383:10
405:12,19,24
409:13 416:3,16
**NULL** 369:24
**NUMBER** 192:13
195:11,13 196:16
197:12 204:3
205:25 206:5,7
211:8,13 212:13
212:14 213:22
214:23 217:17
224:10,11 225:12
232:3 236:4
239:22 246:7
257:19 272:6
276:4 277:17
279:18 296:7,16
298:9,15 299:3
303:19,25 311:20
321:10 324:3,8
340:11 352:2,7,11
352:12,15 358:25
361:15 366:23
367:17 368:7,16
368:17 380:9
382:23 383:1
385:4 396:19,20
397:21,22 399:9
401:16 403:18
405:17 411:16,17
411:18 412:2,20
412:21 415:14,18
428:14 434:9,13

442:6,9
**NUMBERED**
362:20 408:17
**NUMBERS** 261:19
299:4 379:1 383:2
407:8 441:9 442:6
**NUMERICAL**
339:20
**NUMEROUS**
212:21 424:25
**NUPRIN** 291:10
**NURSES** 271:13
271:21

**O**
**OA** 255:21 256:15
257:12 259:4
263:10,11,12,24
264:1
**OBESE** 220:6
**OBJECTED**
339:16
**OBJECTION**
263:17
**OBJECTIONS**
265:1
**OBJECTIVES**
326:5
**OBSERVATIO...**
288:5 355:23
**OBSERVED**
412:22
**OBSTACLE** 249:3
249:7,8,14,16
342:13,15,20,22
343:19
**OBSTACLE-HA...**
254:5,25
**OBVIOUS** 304:8
347:13 446:24
**OBVIOUSLY**
426:10
**OCCASION** 275:2
281:20 354:20
**OCCASIONAL**
446:14
**OCCASIONAL...**
266:23 284:3
**OCCASIONS**
208:15 279:18

321:7
**OCCLUSION**
363:13
**OCCUPIED**
328:22
**OCCUR** 217:18,23
247:4,4,5,10,17
248:21 288:22
308:23 397:15
408:25
**OCCURRED**
247:18 357:2
376:2
**OCCURRING**
357:12
**OCCURS** 244:2,19
**OCTOBER** 329:7
329:7,7,8 359:9
360:20 443:23
**ODDS** 336:6
**OFFENDING**
383:4
**OFFER** 236:8
246:17 264:16,21
264:23 281:15
283:12
**OFFERED** 216:25
236:3 323:15
**OFFERING**
264:19,20
**OFFICE** 188:21
226:10 228:6
**OFFICER** 361:3,4
361:7,12 389:13
409:8 414:7,9
415:17
**OFFICERS** 371:7
377:15,25 408:10
408:13
**OFFICES** 270:4,16
271:3 385:23
**OFFICIAL** 189:1
191:4 334:4
371:22
**OFFICIALS**
281:20 302:17
**OH** 195:5 218:11
304:3 314:10
329:6 361:2
**OKAY** 192:4

193:16 210:20
211:23 227:23
253:15 254:2
255:23 256:12
265:9 267:19
268:10 269:3,8
272:16,19 273:5
274:4,15 275:2,16
276:15 277:7,18
280:6 283:24
286:1 288:18
289:9,20 290:21
291:5,14 292:24
293:9 294:13
295:18 300:20,22
306:4 308:10,18
309:1,5 310:5
312:17 313:1,4,12
314:11,14,19
315:1,7,11,18
318:2,18,19,24
319:3,6 321:12
322:7,13,23
323:24 326:2
327:12 328:23
331:24 332:17
333:2,9 336:15
338:12 345:12
354:8 356:25
370:2 373:10
374:11 378:4
381:3 383:13
396:8 401:9 412:7
414:8 416:9
417:16 420:10
422:10 428:5,9
431:19 432:12
434:5 435:25
440:3 443:16
450:6,23
**OLDER** 291:11
293:18,19,20,23
296:9,14 304:17
311:25 349:6
384:9 430:9
**OLDEST** 291:8
**ONCE** 284:5 286:6
315:3 327:12
403:12
**ONES** 291:8

369:21 370:25
384:5
**ONE-FIFTH**
441:18,24 442:20
**ONE-SIDED**
402:23
**ONGOING** 314:20
431:22,23
**ONLINE** 381:23
**OPEN** 223:6 265:8
**OPENED** 266:13
**OPERATING**
379:23 380:6,12
380:18
**OPERATION**
299:24,25 300:2
**OPERATIONS**
192:19
**OPINION** 207:16
287:20 289:5,8,9
289:12,19,20
290:2 298:10
348:21 349:1,2,3
349:22,25 351:2,3
351:4,19,22,23
352:1,3,5 353:13
353:24 354:10
355:18 358:18
359:13 363:17,23
365:18,23,24
370:8,12,13,22
378:6,10,11 380:1
380:5,23 381:6,7
382:15,21 383:10
383:12,22,25
384:1,2,13 388:5
389:23 390:6,10
390:13,17,17
391:10,13 399:4
400:1 402:6,25,25
403:3 449:6
**OPINIONS** 249:12
281:16,23 282:1,5
282:14 283:8,12
283:15,18,25
348:3,6,17,19
360:3 361:8,14,23
377:14,19 378:2
**OPPORTUNITY**
283:3 312:20

318:12 331:25
338:8
**OPPOSED** 249:17
282:23 301:8
392:7 398:14
412:17
**OPPOSING**
287:16
**OPPOSITE** 320:24
420:24
**OPTIONS** 212:24
213:5
**ORDER** 218:23
249:18
**ORGANIZATION**
229:6 235:13
247:21 249:6
330:16,19 331:3
**ORGANIZATIO...**
271:8
**ORIENT** 290:19
**ORIGINAL** 211:9
246:11 256:14
264:25 275:7
355:5 356:13
387:11 445:5
**ORIGINALLY**
234:18 356:8
357:1 398:2
**ORIGINATOR**
218:4,25
**ORLEANS** 189:3
**OSTEOARTHR...**
256:16 366:25
367:6 382:2 407:7
438:23
**OSTEOPOROSIS**
273:4 395:5
**OUGHT** 194:12,19
195:16 210:8
212:13 218:19
311:23 347:23
**OUTCOME**
286:20 296:19
368:20 398:20
**OUTCOMES**
204:21 208:12
255:3 268:17
278:15 296:16
323:12 352:22

378:18 379:18
381:2 398:19
412:3 445:13,21
446:5
**OUTLINED**
317:23
**OUTSIDE** 214:2,3
221:12,14,22
262:20 265:25
317:6 362:23
406:15
**OUTSIDER**
331:17
**OUTWEIGH**
289:7,10 298:3,18
**OUTWEIGHED**
382:19,22
**OVERALL** 306:12
326:5
**OVERCOME**
203:21 286:9
**OVERRIDING**
203:23
**OVERSEE** 237:9
**OVERSEES**
240:23 241:1
**OVERVIEW**
333:2
**OVERWEIGHT**
344:13
**OVER-THE-CO...**
217:12
**OWING** 301:1
**OWNED** 217:16
**OWNS** 386:14

_____
**P**
**P** 188:16
**PAC** 382:8
**PACK** 196:24
197:2,10 200:9
**PACKAGE** 385:16
**PAGE** 190:2
196:22 198:24
199:25 202:23
254:19 256:19
300:14,14,22
308:3 312:14
313:1,4 318:18
319:24 322:18,20

322:21 326:2
334:16 340:14
346:8,23,25
359:17 362:9
371:14 374:17,19
375:25 376:17,19
408:16,17 414:11
414:17,24 415:4
416:9,10,12 417:1
417:24,25 420:5
420:11 422:14
430:17,17 432:21
432:23,23 436:12
437:21 442:7
449:3,4,4 450:1,9
452:18
**PAGES** 313:4
403:19 416:10
450:3
**PAID** 202:4 225:6
225:13 271:6
284:6 286:18,19
**PAIN** 246:1,8,17
246:20 250:20
274:20,22 294:3
294:25 295:7,12
295:15 296:17,18
349:8 360:17
410:4
**PAIN-RELIEVER**
247:10 251:7
296:24 302:11
348:23 349:5,19
**PAIN-RELIEVE...**
246:22 345:20
**PALENCHAR**
188:23
**PAMPHLET**
259:16
**PANEL** 321:17
**PANNED** 427:13
**PAPER** 225:13
269:10 276:17
278:2,9,14 299:1
299:4,10 300:13
300:14,18,20
301:4,6,10 304:9
306:8 307:13
308:3,10,22,24
309:16 310:12

312:15 314:23
321:16 335:22
336:16,20,24
337:10 338:24
340:1,2,5,18,20
340:21,24 341:1,5
341:17 342:15
355:4 373:2 375:2
391:23 396:19
401:14 435:19
**PAPERS** 288:24
302:2 312:11
343:12 349:14
388:8 399:17
401:15
**PARAGRAPH**
254:2,3 300:15
306:24 317:19
318:24 323:25
336:19 337:3
360:9,14 371:16
415:5,8 416:14
420:9,11 424:18
430:21 433:2,20
433:22 435:21
**PARALLEL**
372:25
**PARAMOUNT**
195:18
**PARKINSON'S**
311:2
**PART** 191:16,17
192:16 194:1,2
204:24 220:20,22
233:10,14 237:2
237:12 238:20
239:1,17 240:6
279:14 288:24
318:16,20 327:9
328:23 329:17
356:3 359:16
360:7 367:4
379:14 386:24
400:21 414:15
427:15 435:5,21
446:21
**PARTICIPANTS**
440:17
**PARTICIPATE**
444:18

**PARTICIPATING**
273:3
**PARTICULAR**
220:11 239:5
243:6,15 245:14
247:18 249:11,22
250:14 257:5
260:5 269:8
270:13 274:16,17
275:19 276:16
285:2 296:19
301:5,13 306:2
330:8 342:10
350:5 354:1
356:15 364:1
386:18 413:23
422:24
**PARTICULARLY**
316:13 334:21
339:13 378:12
380:21 386:12
401:5 405:11
**PARTIES** 356:10
**PARTS** 246:5
299:4
**PARTY** 287:15
**PASSED** 340:9
**PASSING** 207:16
229:17
**PATENT** 197:20
197:22 198:1,5,9
198:12 199:3,12
200:11,14 202:13
204:15 205:14
217:11
**PATHOPHYSI...**
418:4
**PATIENT** 194:6
195:18 220:5,11
251:10 252:9,13
252:16,17 274:16
284:4 298:2
329:19 334:25
345:8 347:2,4,6
351:16,17 382:1
383:5 395:11
**PATIENTS** 195:6
202:22 204:2,3
205:8 212:4 222:9
223:25 231:3,4

236:6 239:6
241:19 246:1,7,18
246:23,25 247:5,5
247:9 257:10,12
263:14,15,18,20
264:1 266:20
267:3 268:15
274:8,12,20,22
275:3 279:11
289:23 292:3,7,25
293:3 294:4
296:11,20 297:2,2
297:12 298:9
299:2,7 306:17
307:3 309:22,23
319:17 330:20
332:8 343:16
344:9 346:11,19
347:9,14,22
350:21 351:1,9,13
352:9,22 356:11
357:13 358:22
361:19 366:24,25
367:2,3,6,10,24
374:2 376:2,15
386:1 388:7
391:12 394:15,16
394:19,25 395:4,9
395:20,22 396:17
396:24 397:12,17
397:20 399:15,24
400:8,14 402:10
402:17 403:6
409:10,12 410:5
410:23,24 411:4
415:10,14,18
416:24 436:20,25
438:17 440:6
**PATIENT'S** 330:5
413:21
**PATTERN** 355:19
402:11,19
**PATTERNS**
266:16 301:16
345:25
**PAUSE** 450:1
**PAY** 201:4,10,16
201:22,24 202:1
207:9 240:3 278:7
285:6 286:16

413:14
**PAYCHECK**
214:5,8
**PAYERS** 242:2,3
**PAYING** 202:6
207:5 278:8
**PAYMENT** 284:8
284:14,15 328:6
**PEDDLE** 316:23
**PEDDLING** 221:6
221:10
**PEER** 399:10,13
**PEER-REVIEW**
275:10
**PEER-REVIEW...**
267:12 275:8
276:23,25 277:4
281:13 282:11
290:10 391:19
395:16,17,23
**PEER-REVIEW...**
275:17
**PEL** 218:11
**PENNSYLVANIA**
234:23 271:19,20
271:21 330:4,17
394:19,23
**PEOPLE** 193:9
198:2 202:1 206:3
207:9,14 210:4
212:23 213:5,6,9
213:14 215:8,10
216:6,7,23,24
217:21 218:12,19
219:25 221:14,15
224:10,11 225:4,6
227:19 228:18
234:1,3,7 240:15
241:13 242:6
244:3 251:17
252:5 253:25
261:8,12,16,17,17
270:3 274:18
282:21 283:1
293:19,22 294:22
297:5 298:15
299:5 300:2,10,11
301:19 302:11,13
303:25 304:24
305:1,3,5 306:16

309:2 311:4,17,20
312:8,8 314:4,5
316:24 323:14,14
324:2,4,9 329:20
330:3 333:2,5
334:21 336:13,13
339:7 344:11,18
344:19 346:1,21
347:20 353:1,2,3
353:5,20 357:6,6
357:16,17 361:1
367:7,12,20 368:8
368:9 372:8 375:5
379:3 382:25
407:2 411:14
412:9,16 413:1,3
421:11 422:3
437:18 438:24
440:8,12 441:1
**PEOPLE'S** 379:19
**PEPCID** 197:17,20
197:24 198:9,12
199:3 200:11
202:11 264:22
**PEPPER** 189:1
191:4
**PERCENT** 299:25
300:1 306:18
307:4,7,8,15,17
309:18 313:15
330:24 334:24
339:3,4,10,12,12
339:17,18 446:15
**PERCENTAGE**
198:20,21,22
199:4,12 200:15
231:3 246:23
**PERCEPTION**
385:8 399:15,16
**PERCEPTIONS**
238:22
**PERFECTLY**
310:23 332:13
428:20
**PERFORATION**
296:22
**PERFORATIONS**
247:3 297:1
440:20
**PERFORM** 305:18

**PERFORMED**
288:6 354:18
364:23
**PERFORMING**
196:24 197:9
**PERIOD** 191:24
212:25 234:12
241:7 256:3
296:15 329:12
335:19 354:1,10
355:20,25 360:11
378:3 429:6
439:13
**PERMANENT**
236:22,25 383:7
**PERMISSION**
262:25
**PERSON** 220:9
228:5 234:17
287:22 309:7
311:13 330:1
354:1,11 411:25
413:6,8,11 451:22
**PERSONAL**
284:19 285:4
**PERSONALLY**
221:14 284:6,15
288:3 292:6
297:16,17 310:5
**PERSONNEL**
253:23
**PERSON'S** 413:7
413:13
**PERSPECTIVE**
193:18 203:25,25
307:2 336:24
342:21 441:3
**PERTAIN** 278:20
**PERTAINING**
277:5
**PETER** 233:17
**PFIZER** 203:13,14
272:25
**PGES** 436:18
**PHARMACEUT...**
196:19 197:12
199:20,23 200:2
200:10 235:10,17
235:24 239:12
267:17 270:19

272:5,20 273:15
280:12,16 302:1
303:6,7,12 327:18
380:24 385:10,20
**PHARMACEUT...**
303:3
**PHARMACIA**
272:25
**PHARMACISTS**
271:2,12,21
**PHARMACOE...**
266:7,11 267:5,6
269:4 272:1
280:10
**PHARMACOEPI**
311:11 315:21
**PHARMACOEP...**
297:15 321:25
322:11
**PHARMACOEP...**
266:7,11,24 269:4
272:1 273:25
280:8 288:18
308:13,14 321:17
321:19 358:8
373:20
**PHARMACOL...**
365:1,9 366:5
433:8
**PHARMACOL...**
362:23 406:24
**PHARMACOL...**
288:21 364:15
379:11 445:10
**PHASE** 211:13,15
211:16 397:19
**PHENOMENON**
355:1
**PHENYLPROP...**
287:3
**PHIL** 285:10
403:12
**PHILIP** 188:24
**PHONE** 340:16
**PHRASE** 229:19
359:4 364:20
**PHRASED** 415:20
**PHYSICIAN** 220:5
220:7 225:9
233:24 239:15,19

239:21 240:1,4
245:7 249:10,18
249:22 260:6,9
272:2 278:10
302:20 322:5
345:8 347:6,19,21
385:2,5 391:25
392:3
**PHYSICIANS**
207:17 208:2
224:18 225:8
234:3,4 240:9,12
240:16 241:16,18
242:1,3 244:17,20
244:25 245:1
246:10 248:18
252:22 254:6,23
254:25 255:11
266:21 268:25
269:6 276:21
280:19 281:1
289:22 290:4,6,8
290:11 292:25
301:17 302:4
342:24 343:5,14
386:2 387:24
390:22 391:19,20
394:15,25 399:15
402:12
**PH.D** 233:23
**PH.D'S** 407:1
**PH.D.S** 234:5
**PICK** 202:20 303:4
303:5
**PICTURE** 360:7
396:6 402:8
**PIECE** 254:5 369:8
391:14,16 409:24
409:25 417:1
435:21
**PIECES** 225:23
227:9,18,23
228:14,17 229:1
229:10,13,19,20
358:25 420:5
437:5
**PILE** 329:2
**PILL** 215:10,18
216:3,7,8,25
217:1,5,5,7

291:21
**PILLS** 221:18,20
**PIR** 260:22
**PLACE** 199:16
208:8 246:12
262:17 307:1
426:6
**PLACEBO** 212:10
215:1 216:2,14
220:2,16,17 252:5
261:17 291:21
368:6,9,18 397:20
415:12
**PLACEBO-CO...**
215:2,21 372:10
375:17 390:19
**PLACED** 243:5
391:6 450:15
**PLACING** 390:1
**PLAINTIFF**
188:16,19 252:12
**PLAINTIFFS**
252:25 284:15,16
286:10,21,24
426:2
**PLAINTIFF'S**
265:14 403:14
**PLAN** 237:19,21
325:21 327:15
360:22 364:9
379:22
**PLANET** 447:1,4
**PLANNING**
237:20,22 364:3
**PLANS** 202:19,21
224:24 237:16,16
237:25 238:1,1,3
241:9
**PLAQUE** 363:14
419:15,19,25
420:1,17,19
421:12,16 425:13
425:15,19 426:6
427:16,17 428:15
429:14,20 431:15
431:19,25 432:19
433:7,24 434:7,11
434:15 436:19,25
437:16 438:2
**PLAQUES** 363:3,6

419:9 420:3,14
421:7,19,20,21,23
421:24 422:4,6,11
424:24 425:11
**PLATELET**
409:14,18,20,22
446:14
**PLATELETS**
357:8
**PLATFORM**
235:23
**PLAUSIBLE**
357:20 396:24,25
427:14
**PLAY** 222:18,23
222:25 223:2
241:21
**PLAYED** 400:3
**PLAYS** 223:4
239:10 241:23
**PLEASE** 197:18
222:11 231:9
241:3 255:16
265:12,21 266:25
267:21 306:23
313:5,12 315:3,4
315:7,14,18
322:18,19 326:2
326:10 334:7
336:18 338:21
358:10 359:17
362:15 366:20
376:17 382:7
415:8 429:22
432:21 433:2
436:12,15 449:3
453:7
**PLEASED** 236:8
315:25
**PLUG** 222:25
223:2
**PLURAL** 229:14
**PLUSES** 350:18
**PODIUM** 324:14
**POINT** 191:20
194:12 195:6
200:1 201:7
202:10 203:3
205:13 217:25
236:17,23 237:8

242:14 257:9
259:7 261:20
323:10 326:8
340:4 345:17
352:3 360:4,10
366:6 373:16
375:25 379:7
392:14,18 412:4
416:18 419:23
420:5,19,21,23
423:9 425:17
445:11
**POINTED** 329:22
**POINTING** 336:11
**POINTS** 196:22
199:2 339:22
352:25 364:7
373:1,19,21
419:10 426:4
427:6
**POLICIES** 228:22
229:23
**POLICY** 244:23
251:13,15 266:18
266:19 279:17,23
279:25 284:13
**POLITICAL** 235:6
**POLYPS** 194:10
**PONY** 217:4
**POOLED** 257:16
**POPULATION**
311:18 312:2
334:25
**POPULATIONS**
274:16
**PORTION** 290:17
**PORTIONS**
431:20
**PORTIS** 188:19
**PORTRAYED**
396:10
**POSED** 208:9
450:8 451:9
**POSITION** 199:22
200:2 228:16
229:2 231:14
232:15,18,19
234:14,16 235:12
235:19 236:2,3,3
236:25 303:11

320:24 336:25
410:16 413:20
446:10,22
**POSITIONS**
236:11 266:1,4
**POSITIVE** 217:7
428:7
**POSITIVELY**
423:24
**POSSESSION**
390:18
**POSSIBILITIES**
316:8 427:22
**POSSIBILITY**
309:25 324:18
327:4 362:21
420:13 424:23
425:10 427:16
429:21 436:17,24
452:16
**POSSIBLE** 205:16
226:14 242:17
251:12 300:7
309:23 316:6
346:9 348:13
407:21 418:22,25
425:2,2 431:24
445:13,20,23
446:4,6,7
**POSSIBLY** 225:12
324:16 428:14
429:19
**POST** 188:21
**POSTMARKET...**
288:23
**POTENTIAL**
246:4 295:15
297:9 298:11
301:7,14,14,24
323:2,19 344:15
347:13 357:24
358:21 359:13
362:17 364:12
365:16 410:9
418:11,18 419:7
419:14 427:11
428:1,3,5,7,12
429:5,8,11,16
433:12,13 434:19
434:24 435:1,3,6

435:7,8,20,22
447:5
**POTENTIALLY**
410:18 425:18
429:13
**POTENTIALS**
428:17
**POWERFUL**
279:1 357:7
**POYDRAS** 189:2
**PPA** 287:3,4
**PRACTICAL**
436:16
**PRACTICE**
243:12,14,24
245:9 248:14
262:17,22 263:2
274:4 350:13
436:16
**PRACTICES**
272:2 280:19
347:16 385:2
391:9 392:8
**PRACTICING**
268:25
**PREAPPROVAL**
362:7 445:9
**PRECAUTION**
386:23 387:11
389:10 392:7
393:4
**PRECAUTIONS**
387:13,15 389:9
**PRECEDING**
255:7 323:25
**PRECIPITATING**
357:21
**PRECISELY**
380:22
**PREDICT** 346:6
**PREDICTS** 385:7
**PREFER** 284:12
**PREFERENCE**
251:8
**PREFERENCES**
278:11
**PREPARATION**
341:12 392:11
**PREPARED**
281:15 283:12

316:1 361:24
393:6
**PRESCRIBE**
239:15 252:22
266:20 271:3,14
271:22 275:2
292:25 393:3
**PRESCRIBED**
292:6 293:3 305:3
347:9
**PRESCRIBER**
449:15
**PRESCRIBERS**
269:14
**PRESCRIBES**
385:7
**PRESCRIBING**
259:13,19,20
266:21 269:6
271:5 280:18
289:18 290:6,12
343:12 345:4
347:1,16,19,21
385:2,5 388:9
391:9,17,24 392:4
392:8 395:10
399:16 402:10
**PRESCRIPTION**
217:22 232:9,11
239:15 240:25
275:3 279:2
291:13 406:13
**PRESCRIPTIONS**
207:1,11 344:17
**PRESCRIPTIO...**
232:24 237:11
**PRESENCE** 317:6
369:14
**PRESENT** 207:13
258:6 282:4
287:23 299:16
300:5 317:16
337:11 353:11
374:4 380:21
388:10 394:16
395:14 396:5,21
398:9 433:7
**PRESENTATION**
301:14,17 302:14
308:18,20,25

309:3,6,8,13
310:3 313:10
343:13 397:2,7
399:11,14,19
401:20 448:17
**PRESENTATIO...**
270:7 312:12
380:10 385:15
**PRESENTED**
220:1,1 243:11
257:11 287:11
290:13 296:3
299:1 301:21
308:11,12 309:10
309:12 312:15,23
315:22 317:13
320:6,18 321:2,4
337:12,16 338:24
386:22 397:5,6
398:2,20 399:1
424:14 441:9,11
**PRESENTERS**
303:4
**PRESENTING**
242:4 287:23
301:18,23 302:6
380:15 394:14,24
395:19 400:14
402:23 427:18
**PRESIDENT**
191:16,17,20
192:16,17,20,25
193:6,11 220:19
220:22 221:4,21
226:16 228:10
230:11 231:13,23
232:14,16,21
233:1,16,17,18,21
234:11,14,16
237:3 273:24
279:22 308:16
**PRESIDENT-E...**
279:24
**PRESS** 368:15
393:16,18,25
395:19 402:4
**PRESSURE**
230:15,18 231:4
293:21 360:19
**PRESUBMITTI...**

244:13
**PRETTY** 195:16
269:25 270:12
274:13 278:19
293:24 306:19
323:9 329:24
349:3 401:10
424:2,4
**PREVALENT**
298:4
**PREVENT** 429:20
**PREVENTED**
259:10 260:13
262:11 263:3
382:24
**PREVENTING**
262:6 309:24
324:10,15 357:10
372:4
**PREVENTION**
307:3 433:14
435:2 436:20
**PREVENTS** 304:3
320:1 324:5 368:4
384:11 429:1
**PREVIOUSLY**
269:3 329:23
348:19 437:5
**PRICE** 267:8
**PRIMARILY**
267:12 268:6
278:1 374:24
375:15
**PRIMARY** 211:3
239:18,20 243:4
247:21 269:16
307:3 382:5 414:5
**PRINT** 385:17
**PRINTED** 340:15
**PRIOR** 230:24
248:15 261:25
291:14 292:14
325:11 359:14
362:17 363:18
366:6 382:18
**PRIOR-AUTHO...**
278:4
**PRIZE** 299:21
**PRN** 382:2
**PRO** 284:16

**PROACTIVELY**
326:14
**PROBABILITY**
339:17
**PROBABLY**
195:13 221:19,21
230:9 287:8
320:20 322:1
384:9 385:12
410:7
**PROBE** 250:12
**PROBLEM** 198:1
222:17 294:2,6
295:14 298:1
310:25 331:6
337:8 346:2
358:13,17 359:3,5
365:16 386:18
398:4 405:15
424:7,10,15,20
**PROBLEMATIC**
336:24 337:9
**PROBLEMS**
208:11 211:6
246:19,23 247:8
247:10 297:12
298:19 302:9
331:21 350:4,22
362:17 364:16
405:11 408:25
440:24
**PROCEDURE**
379:23 380:7,12
380:19
**PROCEDURES**
228:18,23
**PROCEED** 210:6
305:12 314:12
331:15 332:3,12
**PROCEEDINGS**
189:6 191:3
222:12 223:5
264:13 265:7
334:3
**PROCEEDS** 243:2
**PROCESS** 244:19
244:21,22 245:14
245:16 283:6
304:11 330:22
418:23 420:12

423:25
**PROCESSES**
422:18
**PRODUCE** 327:24
327:25
**PRODUCED**
189:7 229:21
394:18
**PRODUCING**
199:15 202:24
350:4
**PRODUCT** 194:15
194:16,18,25
195:25 197:16
202:22 204:2,5,19
205:3,8,12 206:4
206:8 207:3,3,10
207:13,18,19,19
207:20,23,25
208:2,4 214:14,21
214:22 215:5
221:16 222:6
223:8,9,10,11
224:7 238:11,21
238:23 239:7,23
239:25 240:11
241:7,8,15,18
242:12,13,15
243:2,7,7 244:4,8
244:11 245:25
246:7 247:6,12
248:6,15,17,19,24
249:2,13,19
258:10 270:9,13
327:20 395:12
431:17
**PRODUCTS** 188:5
198:4,16,17
199:16 200:17,19
200:20 202:8,14
202:15,18,25
207:14 213:25
223:15,19,23,24
232:10 236:7
238:10,10,14
240:8 241:6
242:18 243:13,22
245:17 247:16
248:15,25 252:19
252:22 385:11

420:13 424:23,25
425:7,14 434:16
**PROFESSION**
369:13 402:22
**PROFESSIONAL**
266:4 274:1
281:16 282:7
297:17 330:16
331:2 337:11
**PROFESSIONA...**
297:23
**PROFESSIONA...**
406:15
**PROFESSOR**
266:2 267:23
322:1
**PROFILE** 229:1
251:4 363:19
394:6
**PROFIT** 237:16,21
238:1
**PROFITS** 252:13
**PROGRAM**
205:22 206:10
210:1 225:8
271:11,18 289:21
361:13 363:21
364:9 394:19,22
**PROGRAMME...**
266:15 331:18
**PROGRAMMIN...**
331:17
**PROGRAMS**
211:15 271:17
278:4 300:5 302:3
343:13 386:2
388:10 401:22
**PROGRESS**
412:14
**PROGRESSION**
423:23 437:15
438:1
**PROJECT** 238:9
273:2 316:6,15
317:22 332:19
336:21 337:6
**PROJECTION**
393:9
**PROJECTS**
237:20

**PROMINENT**
395:6
**PROMISE** 246:11
246:16 247:7
**PROMOTE**
227:18
**PROMOTED**
191:25 244:12
292:1 311:20
**PROMOTES**
433:11
**PROMOTING**
208:2
**PROMOTION**
192:2,4 208:1
**PROMOTIONAL**
227:9,23 228:13
229:1,9 242:25
244:16 245:13
385:14
**PROMPTLY**
251:19
**PRONE** 421:20
**PRONOUNCE**
191:14 422:19
430:4
**PRONOUNCED**
432:9
**PROOF** 340:14
358:13 415:22
**PROPERLY** 377:4
**PROPERTIES**
288:21 437:14,25
**PROPOSALS**
395:17
**PROPOSED**
314:17 317:14
391:3,4
**PROSPECTIVE**
375:17
**PROSTACYCLIN**
409:19
**PROTECT** 293:1
304:18 307:21
351:9,12 420:18
428:13,14
**PROTECTED**
295:1
**PROTECTING**
293:4 307:15

396:24
**PROTECTION**
301:1 320:15
346:22 347:11
**PROTECTIVE**
300:25 304:21
306:14 323:2,19
351:15 357:19
373:4 375:15
429:13
**PROTECTS** 293:5
295:9 319:23
323:16
**PROTHROMB...**
216:12 449:12
**PROTOCOL**
317:16,16 328:7
328:10,12 329:1
329:13 330:17
331:16 332:13,15
332:16 343:20
410:14,16,20
411:15 412:24
413:21 414:19
**PROTOCOLS**
328:17 329:14,15
331:10
**PROVIDE** 194:15
208:8 235:14
246:1 251:9
258:11 262:3
301:1 318:8 404:4
404:10 433:10
436:19,24
**PROVIDED**
235:22 236:6
240:5 243:23
249:21 257:17
258:13 283:2,10
400:13,19 403:17
408:6 414:25
**PROVIDERS**
281:1
**PROVIDING**
240:9 241:24
**PRUDENT** 301:23
358:19 363:19
370:9
**PRUDENTLY**
290:3

**PUBLIC** 243:9
297:13 298:11
314:6 316:16
320:25 325:21
334:12 339:13
341:24 394:12
405:6,9
**PUBLICATION**
308:3 314:23
340:7,13 357:1
386:3,5 398:12,12
398:16 435:11
440:14 445:16
446:11
**PUBLICATIONS**
275:7,21 289:15
378:2 399:3,10
**PUBLICLY**
243:20 375:8
443:2,5
**PUBLISH** 282:10
305:21 327:21
355:4 398:22
**PUBLISHED**
269:10 270:25
271:25 275:11
276:6,9,12,20
281:12 290:9
295:21 305:10
306:4,5,6 308:11
314:1 321:6,16
323:5 334:17
338:2 341:19
345:14 356:5,13
357:5 368:13,22
385:6 388:8
391:18 395:16,23
396:18 398:22
399:1,12 401:23
430:12 433:17
436:8 437:23
**PUBLISHING**
275:22 276:15
282:14 335:16
**PULAYO** 361:16
**PULL** 314:12
330:5 364:8
417:15
**PULLED** 194:20
214:17,22 276:24

279:13 330:20
362:6 365:12
435:22
**PULMONARY**
380:14
**PURPOSE** 211:1
259:3,5 262:3
284:23 293:4
296:18 316:11
344:7 401:10
**PURPOSES** 211:2
305:25
**PURSUED** 364:20
**PURSUING**
317:23
**PUSH** 395:12
**PUSHED** 203:24
204:7,10,13 205:6
**PUT** 193:20,22
194:8 199:19
204:15 208:8
210:14,19,22
211:5,20 212:13
213:6 214:10
222:19,20,21,21
223:15,17,21,23
225:12 237:24
252:13,15,17
256:10 271:19
332:21 341:16
354:13 373:25
380:7 385:25
402:6 408:18
409:23 414:12
416:11 425:21
432:16
**PUTS** 416:19
**PUTTING** 212:18
273:9 363:16
**P-VALUE** 339:1,3
339:9

**Q**

**QUALIFICATI...**
287:15,16,17,18
**QUESTION** 193:5
198:7,8,18 199:21
208:16 209:15
214:15,15 249:8
249:17,21 253:11

285:11,25 288:16
293:9 296:9
299:22 301:22
304:14 305:13
312:2 324:21
329:22 353:21
354:7 357:22
359:2 371:4 379:7
381:3 383:9 395:7
412:25 417:4,9,22
419:25 424:17
438:10 439:10,15
439:19 442:1,15
442:16 447:17
450:8,20 451:8,14
451:17,21 452:10
452:14
**QUESTIONS**
199:8 208:9
212:12 231:20
249:15,23,25
250:4,6,9,12,14
250:17 252:11
254:6,23 257:2
262:12 280:4
287:17 290:18
305:19 332:10
346:9,17 401:4,11
413:25 416:25
446:22
**QUICK** 229:5
257:2
**QUICKLY** 195:2
205:16 255:25
258:24 261:2
314:12 348:18
361:11
**QUITE** 226:14
234:6 357:20
372:1 381:8 383:2
**QUIZ** 269:21
**QUIZZES** 269:18
**QUOTATION**
449:5,18
**QUOTE** 229:14
267:2 320:3
339:16 355:25
357:2 359:13
375:11 383:22
**QUOTED** 449:4,8

**QUOTIENT**
381:24

**R**

**RACE** 203:6
204:11,12 205:16
209:20,24
**RACING** 203:15
**RAISE** 293:21
401:14 436:17
**RAISED** 212:12
359:2 367:1
429:21 436:23
452:10,14
**RAISING** 327:3
**RANDOMIZED**
288:22 291:20
297:11 307:2
324:2 352:8
390:20
**RANDOMLY**
296:11,20 297:5
299:2 366:24
368:8
**RANGE** 235:16
251:11 326:3
**RANKINGS**
196:17
**RAPID** 360:17
372:7
**RATE** 197:11
215:9,17 216:18
285:5,12,16
296:21 299:8
305:4,4 307:15
323:13 331:7
333:5 352:21
367:19 388:4,13
390:19 396:22
397:18 446:18
**RATES** 197:14
372:1 373:12
**RATIO** 378:20
**RATIOS** 336:6
**RAY** 234:12,17
321:22,24,25
**REACH** 306:11
**REACHED** 371:10
371:11
**REACHING** 449:6

**REACTION** 216:5
308:6 320:11,12
**READ** 227:10
254:4,11,11,12,14
254:21 256:24
258:19 264:16
299:10 300:13
312:20 313:7,12
315:18 319:7,19
326:13 336:18
375:13 376:25
381:21 402:15
415:8,13 418:15
418:25 420:9
424:8,10,18
425:25 426:10,13
433:2 436:15
441:16 442:1,16
442:19,20,24
443:1,6 444:20
449:18 450:7,15
451:16
**READING** 269:20
442:2,8 450:19
451:23
**READS** 360:14
**REAL** 267:2 285:1
285:21 297:25
298:17 314:12
420:19 437:6
**REALIZE** 201:2
**REALIZED**
304:15
**REALLY** 202:19
202:22 203:24
209:21 216:8
221:9 239:18
241:13 244:12
252:20 263:23
270:8,15 302:11
304:9 311:22
314:20 316:4,21
320:20 327:5
330:2,6 341:16
346:6,20 349:4,17
349:19 360:5,11
360:12 364:12
379:13 381:25
439:15
**REALTIME**

381:23
**REASON** 204:20
205:7,10,15,17
210:6 217:3,4,20
221:7 224:15
227:13 229:18
230:8,9 242:11
246:11 249:16
250:3 262:2 270:9
309:19,20 310:7
343:3,7,16,17
345:24 353:6
357:5 363:10
366:8 379:19
396:19,20 397:20
397:22 411:22
449:14 451:25
452:3,20
**REASONABLE**
218:17,22 283:19
284:14 289:5,12
290:14 301:22
348:4,6,21 351:19
353:25 358:19
363:19 365:14,19
365:20 370:8,9
378:6,7 380:23
382:16 389:24
390:6,13 391:17
399:6 400:1,8
401:19 402:6
411:3 438:17
**REASONABLY**
290:3 353:12
**REASONS** 198:14
205:5 217:25
224:20 227:10,24
244:1 251:5 252:3
313:25 346:3
352:2 369:7
373:25 396:14
397:11 405:6,9
449:17
**RECALL** 218:1
226:14 261:1,19
261:20 309:1,13
309:15 314:24
324:14 327:3
338:23 366:22
367:11 368:23

378:21 379:1
410:22 438:20
441:12
**RECEIVE** 230:13
260:1 267:14
**RECEIVED** 204:8
204:18 225:18,22
248:16 259:15,16
272:19 278:12,16
280:1 284:8 315:8
325:11 340:16
366:4
**RECEIVING**
278:5 411:4
**RECESS** 264:6,8
333:10,12 392:19
392:21 453:8
**RECOGNIZE**
258:17 295:19
321:15 408:5
432:13
**RECOGNIZED**
275:22 358:19,21
397:23
**RECOLLECTI...**
257:18 309:2
313:9,19 325:6
366:23 405:21
411:2
**RECOMMEND**
389:19
**RECOMMEND...**
194:4 215:15
407:10
**RECOMMEND...**
411:7,11 439:12
449:22
**RECONSTRUC...**
348:15
**RECORD** 245:13
253:16 258:16
315:18 359:8
**RECORDED**
189:6 313:12
441:13
**RECORDS** 329:19
330:5,21 331:5
**RECROSS** 252:25
**RED** 424:19 427:5
**Redirect** 190:4

253:2
**REDUCE** 202:13
202:15 291:2
293:19 410:4
427:16 440:20,23
**REDUCES** 300:8
372:11 433:8
**REDUCING**
298:18 307:15
**REDUCTION**
296:25 299:8
306:16,18,19
307:4,7,8,17
309:18 372:23
446:16
**REFER** 232:1
249:14 328:5,14
341:15,22 342:10
381:12 412:4
416:7
**REFEREE** 303:15
**REFERENCE**
226:19 257:9
319:1,14,15
**REFERENCED**
209:11
**REFERENCES**
276:2 432:14
435:20,23
**REFERRED**
237:15 264:18
407:21 409:15
425:7
**REFERRING**
318:16 414:19
425:1 432:5
448:24 449:4
**REFERS** 232:2
318:20 408:25
409:2 434:4
**REFLECTED**
255:21 337:3
378:12
**REFLECTING**
258:18
**REFLECTIVE**
258:2
**REFRAIN** 326:14
**REFRESH** 257:18
411:2

**REGAINED**
199:22 200:2
**REGARD** 214:18
225:20 226:23
230:12 242:10
265:3 420:22
**REGARDING**
254:7 255:2,13
276:9 281:16,23
306:11 314:17
**REGIMENS**
257:25
**REGIONS** 229:14
**REGULAR** 205:3
304:14 358:11
**REGULARLY**
275:18
**REGULAR-DOSE**
336:14
**REGULATE**
420:14 424:23
425:11
**REGULATES**
423:23
**REGULATION**
260:13
**REGULATIONS**
240:20,22,23
243:19
**REGULATORS**
239:23 241:25
252:1
**REGULATORY**
244:3 258:24
**REICIN** 381:22
426:14
**REICIN'S** 426:11
**REIMBURSEM...**
266:19
**REJECTED**
338:21
**REJECTING**
316:8
**RELATE** 229:4
**RELATED** 232:23
238:22 241:11
242:17 243:13
248:24 255:8
256:8 258:14
268:6 301:7

401:15
**RELATES** 188:7
224:6 239:11
**RELATING**
262:20 279:17
323:12 394:17
409:3
**RELATION**
278:11 289:25
290:6 310:21
342:19 345:23
371:3 452:7,17
**RELATIONSHIP**
267:6 268:16,20
308:22 313:22
332:22 373:21
430:3,8
**RELATIONSHI...**
310:24
**RELATIVE**
214:25 215:3
**RELATIVELY**
247:6 252:4,6
328:20 329:3
367:14
**RELAX** 453:5
**RELEASE** 394:3,4
402:5 422:18
**RELEASED** 305:9
354:19 445:6
**RELEVANT**
209:18 224:5
230:12 240:10
243:6 256:23
257:6 360:22
373:18 420:5
**RELIABLE**
446:12
**RELIED** 359:12
408:12
**RELIEF** 296:17
349:8
**RELIEVER**
296:18
**RELIEVERS**
246:20 250:20
**RELIEVING**
246:8,17
**RELUCTANCE**
286:9

**RELUCTANTLY**
340:21
**REMAIN** 340:1
**REMAINED** 340:1
**REMAINS** 449:11
**REMARKABLY**
331:7 360:11
**REMEMBER**
199:24 203:11
225:2 257:19
298:13 299:9
304:5 306:4
308:18,22 309:5,7
317:12 344:3
354:15 378:19
389:17 406:2
407:8,23 410:11
410:25 417:12
427:24 428:2,3
439:7,10,15,18,19
439:19,25 441:14
443:19 444:5,7,12
445:1 448:17,20
**REMOVE** 340:17
**REMUNERATI...**
284:19
**RENDER** 361:24
420:14 425:11
**RENDERING**
424:24
**RENEGADE**
228:17 230:10
**RENOWN** 362:24
**REP** 259:15 260:2
260:9
**REPLACE** 198:5
204:14
**REPLACED**
200:21
**REPLACEMENT**
199:15 200:17
202:25
**REPORT** 221:1
234:7,10,14,15
355:5 356:13
362:5 368:16
370:18,21 371:13
371:20 373:3
374:10,12 389:13
404:3,5,12,23

405:3 408:9
411:19 418:22
444:4
**REPORTED**
234:12 298:22,22
354:21 356:8
357:1 368:12,15
368:20 398:23
443:2,5
**REPORTER** 191:5
317:6 334:5
**REPORTERS**
189:1
**REPORTING**
221:15 299:6
339:4 396:17
**REPORTS** 299:11
358:4 371:7
**REPRESENT**
199:4 258:17
285:10 289:24
312:5 342:3
403:12
**REPRESENTA...**
321:2
**REPRESENTA...**
229:22 260:18,21
**REPRESENTA...**
228:21 243:1
247:21 248:7,11
248:16,20,23
249:4,23 250:8,11
253:9,12 254:17
258:4,7,8 259:17
260:22 262:19
342:5,6 402:14
**REPRESENTED**
199:12 200:14
258:20 263:13
322:3 441:17
**REPRESENTING**
282:16,21 283:1
**REPS** 224:17 253:5
253:7,24 255:9
262:10,12,25
269:15,23 270:22
271:2,15,23
385:22 400:20
401:3,13,17
**REPUTABLE**

437:13,24 447:8
**REPUTATION**
213:17
**REQUEST** 204:9
243:22 260:9
**REQUESTED**
398:7
**REQUESTS**
243:10
**REQUIRE** 223:24
243:19,21 251:21
**REQUIRED** 195:3
224:6 342:23
355:4
**REQUIRES**
249:18
**RESEARCH**
198:16 201:13
213:1,2,25 214:3
219:25 224:10,14
224:25 233:10,13
234:2,6,7 239:8
239:11 241:6,25
242:5 255:3
266:15 267:12,14
267:17 268:10,13
269:5 271:12
272:5,6,24 276:4
277:13 280:2
284:25 288:6,19
289:21 290:5
304:12 310:16
317:22 328:7
329:12,13 343:6,8
350:13 359:8
372:22,25 391:18
393:11 446:15
**RESEARCHERS**
212:14,14,19
266:14 274:1
276:3
**RESEARCH-DI...**
198:4
**RESERVED** 265:1
**RESERVES**
264:19
**RESET** 417:20
**RESIDENCY**
268:2
**RESIDENT** 268:4

**RESIDENTS**
268:7,24 350:14
**RESOURCE**
254:24
**RESOURCES**
209:18 210:19,22
**RESPECT** 245:2
245:15 272:9
273:19 350:15,16
392:8,8 444:15
448:3
**RESPECTED**
273:14 321:25
341:18 428:12
**RESPECTIVE**
229:14
**RESPOND** 250:6
250:17 251:18
400:22 401:4
**RESPONSE** 216:9
216:10 226:20
227:1 254:6 317:8
330:2 339:14
342:13 343:19
380:8 381:8 398:5
**RESPONSES**
401:17
**RESPONSIBILI...**
232:20,22 233:1
236:12
**RESPONSIBILI...**
192:3 220:23,24
221:5 222:6 232:2
233:2 236:20
237:9,10 247:22
253:23
**RESPONSIBLE**
193:2 208:2
221:15 228:6
232:11,22 233:9
241:2,10 251:25
262:18 343:3
**REST** 266:14
319:24 326:13
**RESTATE** 259:18
**RESTAURANTS**
270:7
**RESUBMIT**
328:19
**RESULT** 204:15

210:25 282:17,21
283:1,6,9 285:4
309:12 320:7
339:5,8,11,13
367:11 380:19
**RESULTED**
405:12
**RESULTS** 196:11
196:13 204:17
205:2 251:24
255:10 259:4
261:2 300:24
302:17 305:21
308:10 310:6
318:6,16 320:6,7
321:7,8 333:3
334:12 335:12
337:19 375:18
377:8,9 379:14
387:5,19 433:12
435:1 440:19
441:5 442:8
444:11 447:10,19
448:1,21
**RETAINED**
283:16,17 403:13
**RETENTION**
231:5
**RETURNED**
236:21
**REVEAL** 398:18
**REVEALED**
398:21
**REVENUE** 199:15
200:21 202:25
238:13
**REVENUES** 202:9
202:13,15 237:23
**REVIEW** 205:20
205:21 218:24
219:1 243:12
244:19,22 245:1
248:6 275:18
317:17 329:19
330:16,18 331:2
331:16,17 348:10
355:8 360:3 361:3
361:4,13 366:14
370:25 379:22
399:10,13 400:23

403:18 408:6,10
411:23 412:2
414:3,5,7,25
429:7 443:21
449:5 450:3
**REVIEWED**
218:23 229:9
244:24 298:20
301:4 323:11
358:1 361:23
367:25 369:4,5
370:23 371:6
375:1,3 377:15,16
382:17,17 387:2
387:15 388:24
396:2,9 397:3
400:18 409:4
416:1 448:14
449:1
**REVIEWER**
256:14 257:3,4,22
376:13
**REVIEWERS**
258:6
**REVIEWING**
213:10 240:8
283:9 355:8
363:19 371:22
380:6
**REVIEWS** 212:21
302:2 323:1 361:4
399:8,9 408:13
414:6,9
**REVISION** 329:5
329:7,7
**REVISIONS** 329:6
**REZULIN** 286:8
286:14,17
**RHEUMATOID**
211:9 367:2,5
374:2 411:1 413:9
438:23 440:7,8
**RHEUMATOL...**
303:22
**RHEUMATOL...**
337:13,17
**RHONDA** 331:20
**RHYTHM** 380:16
**RID** 295:7
**RIGHT** 191:14,16

192:8 193:13
194:21 195:2,14
197:6 198:25
200:6,12,18,22
201:7 202:7,12,17
203:7,9,13 204:17
205:6,12,24,25
208:1,3 210:21
211:5,12,20 212:2
212:16,25 215:6
215:11,12,13,24
217:6 219:22
220:20 221:1,20
222:5 223:18
225:2,12,15 226:6
227:4,6,7,11
228:10,14 250:21
253:1,5,18,19,24
255:25 259:17,21
259:25 261:10,14
261:14 262:7
263:18 265:9
267:21 269:7
272:13,15 276:14
277:2 281:14
284:22 286:3,12
286:14,15,22
287:17,23 293:11
294:12 305:25
306:9 307:1,24
308:2,9,17 309:8
312:10,13,19
320:12,22 322:8
322:14,25 323:8
324:22 325:23
326:1 327:13
332:21 335:17
336:4 337:2
341:20 344:21
345:9 360:6
367:22 371:19
372:12 376:7
378:5 379:6
381:15,17,18
382:12 393:1,17
393:23 394:8
401:7,9 403:16,18
403:24 404:2,11
404:13,19,24
405:13,16 406:5,6

406:9,12,16,18,19
407:13,16,17
408:11,14,15
409:5 410:15,19
411:7,8,13 414:5
414:9,10,16,21,22
414:23 415:3,7
416:13 417:19,22
418:4,5,9,10,13
418:14,16,17
419:12,19,20
421:8,9,12,13,14
421:17 422:7,13
422:25 423:4,7,8
423:12 425:8,9,13
425:15,16 426:15
427:17 429:25
430:9,16 431:4,11
431:21,25 432:6,7
432:8,19,20
433:17 434:7,8,20
434:21 435:5,9,10
435:15,17,18
436:3 437:9,11
438:7,15,20,21,22
440:3,4,12 441:8
441:15,18 442:11
442:12 443:4,10
445:17,18 447:16
448:9,15,16
451:15,18,23
**RING** 426:18,21,22
426:24 427:2
**RISE** 191:6 264:7,9
311:21 333:11
334:6 345:24
372:7 392:20,22
453:7
**RISK** 208:17
214:25 215:3
220:9,12 231:5
252:4,6,8 258:2
276:21 281:24
292:3,7 295:13
297:16,25 298:16
299:19 300:9
301:7,8,11,17,21
306:16,19 307:4
307:17 313:15,17
320:20 332:7

334:18,25 335:1,3
335:5,7 337:8
338:25 343:14,18
344:9,15 345:1
346:10,18,19
347:11 350:21
354:2,4 355:20
356:19 360:12
369:15 370:5
372:23 374:20
383:11 384:6,7,9
384:11 385:9
386:12 387:1
388:9 389:3,21
390:4 392:1,2
394:21 397:24
398:2 399:15
401:12,15 409:11
413:7,9,10 416:23
417:3 422:16
423:1,11 440:9
441:17,17
**RISKINESS**
300:12
**RISKS** 195:24
212:4 221:16
222:8 239:24
241:17 242:12
244:4 248:9
252:20 279:1
280:25 281:3,8
288:4,11,12,19
289:7,10,17,25
290:3 301:14,15
301:18,23,24
302:4 342:18
345:22 349:19
350:6 355:9
363:24 364:6
377:5 382:19,22
385:18 386:21
387:24,24 391:6
391:19,21,21
394:14,17,20,25
395:5,22 397:9
399:22,22 400:4
401:5 402:2,3,8
402:11 403:4,5
407:22 410:9
**RISK/BENEFIT**

346:15 349:11
388:6 391:12
**ROBINSON**
188:16,16,16
191:11 222:16,19
223:7 252:24
253:3 264:4,10,15
265:5,13,18 288:2
317:7 334:11
392:16,24
**ROCHE** 217:17
**ROFECOXIB**
256:24 301:1
373:13 377:8
415:11 416:16,24
**ROLE** 239:10
241:20,23 282:11
297:17 300:21
315:1 341:8 400:3
431:1,6,24 432:18
433:6 434:6
**ROOF** 345:19
**ROOM** 189:2
251:1 320:18
453:6
**ROSE** 402:20
**ROUTINELY**
245:11
**RPR** 189:1 191:4
**RULE** 192:13
195:11,13 260:12
260:16 265:3,3
452:16
**RULED** 264:17,22
**RULES** 195:17
240:20,22,23
243:19
**RULING** 264:18
264:20
**RUN** 198:2 400:12
**RUNNING** 198:9
214:11 271:18
284:2
**RUNS** 198:5 302:3
**RUPTURE** 363:14
420:17,19 421:20
425:13,15,19
426:6 427:17
429:20 433:7
434:7,11,15

**RUPTURES**
363:10
**RUPTURE-PRO...**
363:7 420:15
424:24 425:12

————————
**S**

**S** 188:24 233:17
**SAFE** 194:13
207:18,19,20
210:9 214:13
220:24,25,25,25
222:4 355:25
**SAFER** 221:12
296:9
**SAFETY** 194:6,15
194:17,25 195:18
204:24 207:23
211:4 212:12,15
221:6 229:11
251:9 252:9,13,16
252:18 276:6,9,12
278:21 279:12,15
279:17,23 281:23
293:12 321:17
346:12 363:19
370:11 377:9
382:4 393:19
394:6 408:20
416:25 417:9
**SAKE** 426:3
**SALARY** 214:8
**SALES** 193:2,13
193:14,17 198:20
198:21 199:4,13
200:15 202:18
206:11 213:24
221:11 223:25
224:11,17 228:21
229:22 232:2,23
233:7 236:20
237:23 238:1,4,6
238:9,24 240:18
240:21 243:1
247:13,14,20
248:11 249:4,23
250:8 253:5,7,12
253:24 257:8
258:3 259:15,17
260:2,15,18,21

262:10,12,25
269:15,23 270:22
271:2,15,23 342:5
342:6,21 385:14
385:22 400:20
401:3,13,17
402:14
**SALESMAN**
230:10
**SALESPEOPLE**
241:10
**SALESPERSON**
250:16
**SALESPERSONS**
224:13
**SAMPLE** 329:19
330:20
**SAMPLES** 206:12
**SAN** 247:18
**SANCTIONED**
331:4
**SANTANELLO**
340:17
**SAT** 451:16
**SATISFACTORY**
249:21 327:25
**SATISFIED**
328:18 332:13,14
**SATISFY** 195:5
**SAVE** 267:9
**SAW** 196:13
200:20 320:22
334:12 347:22
380:19 441:17
**SAYING** 195:5
218:8 221:4,6
256:7 260:14
282:24 298:13
299:2 307:12
316:21 346:14
351:11 359:3
364:15 365:11,11
365:13 377:15
420:10 423:13,25
425:3 434:18
445:19 447:5,9
449:8
**SAYS** 196:22 199:2
199:5 202:24,24
203:1 215:7

226:24 227:8
229:9,13 253:22
254:9 255:11
256:21 257:22,23
257:25 261:4
308:3 313:2
315:25 324:7
326:11,12 336:5
341:11 342:23,23
346:8,25 359:24
376:21,25 408:18
413:18 415:8
416:7,15 417:2
418:7 422:15
423:1 424:3 434:5
**SCALE** 288:23
317:22
**SCENE** 417:20
**SCHOOL** 192:23
235:2 266:3,5
268:1,5 270:21
311:6 364:5
**SCHOOLING**
193:1,5,8
**SCHOOLS** 270:11
**SCIENCE** 233:23
276:4 321:2
342:22 394:10
395:11
**SCIENCES** 234:5
**SCIENTIFIC**
212:21 233:10,24
239:11 242:9
244:2 267:14
268:12 276:1
282:4,6 283:19
317:17 320:24
343:3,7 351:20
353:15 362:2,5,16
362:19 365:7
366:5 388:1 397:8
399:4,5,7 402:7
403:1 417:11,21
418:8 419:7,23
420:19 422:10,15
427:4 429:4
**SCIENTIFICAL...**
209:18 394:11
396:5,9,11 397:6
401:19

**SCIENTIST**
310:18
**SCIENTISTS**
209:11 214:12
224:14,15 251:14
251:17 428:12,19
429:12,17 434:17
437:13,24 438:4
444:15 447:8,17
**SCOLNICK**
233:20,22,23
381:14,21
**SCOTLAND**
321:20 322:12
**SCOTT** 188:23
225:11
**SCREEN** 408:18
409:9 414:12
416:11 417:17
432:16 433:1
436:4
**SCRUTINY**
415:24
**SE** 239:4
**SEARLE** 203:12
203:13
**SEATED** 191:7
334:7 392:23
**SECOND** 200:1
203:22 205:17
222:10 226:18
256:18 259:6,19
293:9 313:1
318:24 360:9,14
370:20 377:2
416:14 419:18
420:4,11 424:22
430:20 435:23
**SECONDARY**
382:5
**SECONDLY** 367:9
**SECOND-FRO...**
196:23
**SECTION** 299:18
300:18 306:23
359:24,24 361:12
362:11 373:9
374:19 375:1
377:10 386:21
387:13,15 389:7,9

389:17 390:4,16
390:25 391:6,11
**SECTIONS** 350:17
**SEE** 196:9,11,25
197:4,18,19
203:16 208:6,10
208:23 209:6
210:3,9,18 211:24
211:25,25 212:1,3
212:7,8 213:23
214:11 216:16
218:14 219:5,10
219:23 220:23
221:12,23,24
222:8 227:17
228:9,19 236:5
238:24 256:19
258:19,20 261:4
271:24 283:3
299:11 305:3
310:13 312:18
313:1 317:4
318:21 322:3
326:3,5,5,8 329:5
329:20 330:5
335:16,18 342:10
342:13,24,25
345:6,10 347:5
359:25 360:12
362:13 369:11,12
369:13 371:16,18
372:1 374:19
376:23 387:15
400:22 401:1
404:16,20,21
405:1,5 408:17,20
408:21 414:15
415:4 416:14,17
421:22 422:14
431:8 449:24
451:17 453:6
**SEEING** 220:24
370:4 397:4
**SEEK** 399:10
**SEEKING** 263:4
**SEEKS** 406:14
**SEEN** 219:11
226:13 238:21
252:4,17,18 267:2
307:18 312:23

321:9 324:8
325:24 335:7
336:7 354:6 355:9
355:12,13 357:6
359:9 367:12
370:22 373:3,6,23
374:6 379:20
388:1 389:21
390:24 391:1,8
392:6,11 393:18
393:24 397:5
402:19 446:19
**SELECTED**
435:19
**SELECTIVE**
231:2 301:2
313:15,16 320:21
345:4 409:10
418:12,15 430:3,8
436:17
**SELECTIVELY**
365:3
**SELL** 194:13 210:8
210:18 212:1
217:21 222:5
223:20,24 224:3
228:19 239:23
270:9
**SELLING** 194:14
200:24 214:16
217:19 221:15
228:14 236:16
240:4 241:12
242:14 253:24,25
258:4 270:13
**SELLS** 223:8,11
**SEMI-INDEPE...**
215:6
**SENATE** 279:19
**SEND** 230:4
245:11 270:3
315:12 385:22
405:3
**SENDING** 245:10
271:1
**SENIOR** 193:19
234:3,6 303:11
306:8 430:2
**SENSE** 240:9
300:11 354:25

379:2 450:16
SENT 244:20
315:14,15 317:10
318:8,14,15,17,19
337:4 340:8,15
SENTENCE
226:18,19 322:25
323:23 324:7
360:21 373:18
377:2,6 415:13
418:7 420:11
423:13,15 424:3,7
424:9,22 434:3,25
436:14
SENTENCES
254:21
SEPARATE 262:8
352:24 418:23
SEPARATELY
306:15 355:22
SEPTEMBER
259:14,22,23,24
315:20 316:13
317:11 324:24,25
329:4 354:19
SERIES 422:23
SERIOUS 246:24
247:2 255:18
257:24 294:6
372:2 382:23
383:1 405:10
440:23
SERVED 251:11
273:24
SERVICE 207:13
SERVICES 235:14
SESSION 191:1
334:1
SET 219:5 221:16
237:5 249:12
271:11 284:20
303:2 379:12
380:2 438:11
SETS 239:25
258:14
SETTLED 229:23
SEVEN 236:14
315:23 411:6,10
416:10
SEVERE 279:10

SHAPES 385:4
SHARE 238:24
245:7 282:1
SHARED 243:8
343:8
SHARI 370:21
SHERWOOD
298:14 302:19,20
303:9,16 304:2,11
374:8 375:7
SHERWOOD'S
308:7
SHORT 247:6
256:22 360:11
SHORTEN 419:22
SHORTER 336:7
373:22
SHORTER-TER...
355:9
SHORTLY 282:9
SHORT-CIRCU...
446:10
SHOW 219:3,4
253:15 270:7
312:4 314:14
341:21 342:1
361:21,22 369:20
369:22 370:16
381:11 392:10
SHOWED 196:11
214:25 216:2,5,23
219:2 223:4 246:3
246:15 261:3
269:21 271:1
318:9 325:21
352:16,21 403:21
405:17,22
SHOWING 293:19
293:22 325:25
SHOWN 215:21
246:6 252:8
283:22 325:24
337:7 345:20
372:10
SHOWS 218:9
261:6,11,12
319:23
SIC 374:15
SICKER 344:12,19
SIDE 193:10

207:24 209:15
210:16,17 212:15
213:11,12 220:18
231:18,19 233:7
240:15,19 266:17
268:14 274:2
279:10 293:15
295:16 310:19
342:20 396:16
410:6 415:5
428:19,21 435:19
440:11
SIDE-BY-SIDE
370:17
SIGN 325:3 380:15
SIGNAL 358:6,7
358:10 359:13
363:21 364:25
410:17 411:15
412:10,11 415:16
SIGNALS 364:11
364:11,11,13
380:25 381:9,9
410:9
SIGNED 323:18
325:5,8 327:13
328:11 329:3
331:10 332:16
SIGNIFICANCE
232:6 339:1
356:21,22 361:10
361:11 366:21
376:10 421:11
SIGNIFICANT
198:20,22,23
199:4,12 200:14
203:20 216:18
293:15 297:22
332:7 334:18
339:17,21 360:2
378:24,25 379:2
388:14 390:19
397:18 415:21
SIGNIFICANTLY
440:20,23
SIGNS 329:13
SILVERMAN
318:17
SIMILAR 194:24
231:3 297:12

306:17 416:2,16
SIMILARLY
300:4
SIMPLE 250:3
294:23 295:3
307:11 356:21
SIMPLISTIC
294:25
SIMPLY 256:7
287:19 423:25
452:5
SINGLE 258:1
320:2 417:8
SIR 192:13 193:5
197:8,20 198:8,18
198:24 202:23
204:10 208:22
210:25 214:15,22
216:22 221:18
224:8 225:21
229:9 265:24
403:13 409:15
410:4 412:25
415:25 416:17
422:3 428:11
429:11,16 434:9
437:12 452:22
SITE 363:14
SITTING 314:3
363:9 411:17
SITUATION
228:24 260:5
SIX 287:6 355:17
360:10 410:21
411:22 412:13
413:4
SIX-MONTH
204:18 205:20
SIX-WEEK 364:24
412:24
SIZE 197:14 206:5
256:21 373:3
SKEWED 399:18
SKILLS 193:3
SKIP 423:21
SLACK 202:20
SLAMS 226:16
SLAM-DUNK
358:13 359:3,4
SLIGHT 349:18

SLIGHTLY 220:6
SLOW 437:15
438:1
SMALL 256:21
306:19 309:17
344:24 360:18
369:10,11,12
379:1 385:17
411:16,17,20,21
412:19 415:15,18
SMALLER 366:23
SMILE 342:17
SMILING 342:17
SMOKED 220:6
SMOKERS 344:12
SMOKING 358:14
365:13
SNATCHED 341:8
SOCIAL 276:3
347:2,3,4
SOCIETY 273:25
308:13,14,15
321:19
SOLD 208:22
218:13,20 220:23
220:23,23,24
232:12 291:9,12
291:13
SOLOMON 273:2
303:21 304:13,18
306:10 308:12,21
309:13,15 310:8
310:13 311:4
312:15 314:22
315:2,2,8,11,15
315:19,22 316:12
316:20 317:10
322:7 325:7 327:4
336:11,19 337:12
340:3,25 395:4
SOLOMON'S
313:10 317:11
SOMEBODY
228:23 229:2
299:12,23 303:5,6
303:9,12 314:6
316:24 317:13
343:1,6 349:17
379:11 380:24
382:9 391:8,22

412:12 439:3,20
**SOMEBODY'S**
341:8
**SOMEWHAT**
247:15 304:2
**SOME-ODD**
193:13
**SOON** 329:3
**SORRY** 192:17
199:21 203:2
213:4 222:23
231:17 256:13
259:18 277:23
304:1 340:10
352:18,20 373:16
378:18 390:10
401:8 417:25
431:14 437:10
445:15 447:17,21
**SORT** 304:8
311:12 410:17
431:24
**SORTS** 266:19
**SOUGHT** 335:11
338:1 366:4
**SOUNDS** 286:3
393:23 404:2
411:3 438:16
**SOURCE** 258:21
285:2 426:13
**SOURCES** 269:15
316:6 359:1
365:17 385:9,10
395:2 432:2,3,4
**SOUTH** 236:20
**SO-CALLED**
246:21 271:2
368:15,19 396:20
398:16 409:17
446:17
**SPEAK** 206:3
219:11 225:9
281:20 300:7
335:14 408:3
440:12
**SPEAKERS** 206:7
207:12
**SPEAKING**
193:17,19 206:5
207:2,4,12 372:7

447:17
**SPECIAL** 279:19
**SPECIALIZE**
274:15 422:4
**SPECIALTY**
274:6
**SPECIFIC** 198:8
240:16 309:1
362:20
**SPECIFICALLY**
208:12 232:4
241:1 249:9
255:10 276:6,9,12
276:20 278:13
313:21 320:2
351:24 364:17,18
370:18 372:7
383:15 417:9
**SPECIFICS**
244:15
**SPECIFIED**
438:20
**SPECTRUM** 247:3
384:11
**SPECULATE**
343:5
**SPECULATING**
227:16
**SPEECH** 225:6
227:14
**SPEECHES** 207:6
225:7
**SPEECH-WRIT...**
227:14
**SPEED** 416:7
423:20
**SPEND** 201:6
284:1 310:16,17
395:14
**SPENT** 213:23
224:1,2,4,5 225:1
284:6 343:11
395:7 403:3
417:10 443:12
**SPIELS** 270:4
**SPILLED** 363:10
**SPIRIT** 244:11
**SPLIT** 452:6
**SPOKE** 310:5,7
315:21 316:3

343:2 412:2
**SPOKEN** 317:20
**SPONSOR** 374:22
375:13 376:1
386:1
**SPONSOR'S**
371:17 374:20,22
**SPRING** 296:2
305:9 314:3 332:1
366:1,7 370:12,13
387:21 445:5,11
445:14,15,16
446:2
**SQUARE** 405:21
**STABILIZATION**
436:19,25
**STABILIZE**
437:15 438:2
**STACK** 417:14
**STAFF** 361:15
**STAFFER** 315:17
**STAGE** 438:11
**STAKE** 316:17
**STAND** 206:15
207:5,10 264:6,25
287:13 333:10
392:19
**STANDARD**
262:17 292:2,24
379:23 380:6,12
380:18 387:1
390:1 438:22
**STANDARDS**
207:22
**STANDPOINT**
334:13 375:19
436:16
**STANFORD**
299:20
**START** 193:23
203:21 206:25
218:18 223:14
242:20 266:12
328:24 329:16
433:4
**STARTED** 194:10
204:21 205:1
214:16 250:25
**STARTING** 341:5
387:5

**STARTS** 355:2
371:17
**STATE** 271:19,21
362:7 394:19,22
**STATED** 262:2
321:11 350:25
424:16 446:23
**STATEMENT**
296:4 301:5 398:4
416:20 430:21
431:19 449:20
**STATEMENTS**
323:8 393:16,18
433:19 452:6
**STATES** 188:1,13
236:18,22 237:11
240:21,24 245:20
245:21 247:13
271:17 279:3,16
279:22 376:12
407:15 424:22
**STATIONERY**
394:3
**STATISTICAL**
339:1 341:11
343:21 354:25
379:2 397:23
**STATISTICALLY**
216:18 388:14
390:18 397:18
415:21
**STATISTICS**
298:22 299:13,16
299:16,17
**STATUS** 379:19
**STAY** 235:24
270:15
**STAYED** 236:1
**STENOGRAPHY**
189:6
**STEP** 327:22
328:21
**STEPHEN** 426:17
**STEPS** 228:8
317:23
**STEROIDS** 291:2
291:3
**STEVEN** 447:23
**STIMULATING**
303:14

**STARTS** 355:2
**STIPULATED**
439:5
**STOMACH**
246:13,18,19,23
294:3,3 295:2,9
295:13 296:9,21
298:18 345:23
346:20,22 350:3
350:12 351:15
**STONE** 339:6
**STOP** 215:8,14
217:23 222:10
228:8 231:16
251:20 287:9
316:10 325:20
333:7,9 337:2
372:12 453:4
**STOPPED** 442:5
**STOPPING** 383:4
397:13,15
**STOPS** 314:12
**STORE** 198:3
**STORY** 368:2
435:19
**STREAM** 204:14
**STREET** 188:20
188:25 189:2
**STRIKE** 234:15
442:25
**STRIKING** 299:9
299:10 368:19
379:1 398:18
**STRIPPED** 305:2
**STROKE** 208:11
216:24 220:9
379:16 383:3,7
384:7 397:16,18
**STROKES** 209:7
214:24 215:9,18
216:6 218:10
221:8
**STRONG** 393:10
**STRONGEST**
352:8 386:10
**STRONGLY** 220:8
251:19
**STRUCK** 361:17
379:9 380:9,18
401:6,10
**STUCK** 196:17

**STUDENTS** 268:7
268:25 284:3
350:14
**STUDIED** 208:10
208:23 210:23
218:13 272:10,14
289:1,3 296:17
304:6 305:19
306:1 310:12
329:23 388:10
401:22
**STUDIES** 194:23
195:1,3,7,21,23
196:1,3,4 204:23
204:23 208:17
209:17 210:7,25
211:1,8,9,10,11
211:13,19 212:9
212:10,19,23
215:2 216:1
218:20 219:3,23
224:5,5 230:21
238:25 241:21,24
242:9,17 246:3,5
246:6,9,9,14,15
257:12,25 259:4
263:10,12,13,24
263:25 272:8
273:5 277:10
280:16 283:4
288:5 290:7
291:18 293:17,19
293:22 319:11,16
323:1,19 330:7
352:13,15,21,25
355:9,14,23
357:25 364:10,10
364:10 365:1,2,8
369:10,25 371:9
373:10 374:5
378:4,12 379:9,10
380:9 381:10
382:10 383:16
385:4 389:8
394:16,24 396:2
398:22,24 399:19
405:17,21 413:15
417:7 445:7,10,10
**STUDY** 194:5,9,10
194:12,15,18,20

194:20 204:20,22
205:1,1 208:5,5
208:12,25 209:4
210:3,23 211:1,3
211:17 213:22
214:23,25 215:6,8
215:14,16,21,22
215:23,25 216:5
216:11,23 218:5,8
219:1 220:13
251:25 256:19,22
257:9,10,14 259:4
263:11 266:16
267:1,6 269:16
270:24 272:20
274:2 278:6,8,13
280:12 288:8,8,24
291:23 295:21,25
296:5 297:3 300:8
302:15 303:20
304:23 305:16,18
305:21,21,22
306:2,2 307:9,12
307:19 309:3,12
309:22 310:13,22
311:1,15,16,18,24
311:24 313:22
314:1,8,11,17,17
315:4 316:2,19,22
316:24 317:13
318:16,16,21
319:1,16,21,23
320:2,6,21 321:5
321:6,7 323:3,21
324:23 325:10
326:18 327:3,5,13
328:17 329:1,16
329:20 330:25
331:12,25 332:11
332:18 333:1,3,4
337:7,19,20
341:11,24 342:11
343:20 344:3,7,22
350:3 351:5,5,6
351:10,13 354:4
354:19,19 355:10
355:11,14 356:2,4
356:11,12,15,19
357:1,4 360:10,12
360:24 364:1,24

365:25 366:21,22
367:2,14,24,25
368:7,12,13,22
369:2,3,9,11,12
369:12,23 370:3
371:18,25 373:19
374:4 376:2 377:9
379:14 381:2,8,16
382:1,7,11,13
383:19 388:4,13
388:22 394:7
395:3 396:1,1,6
396:17 397:3,4,6
397:7,19,23,25
398:2,11,12,13
401:6 410:20,23
411:14,21 412:1,9
412:16,24 413:1,3
414:18 415:15,18
415:23 416:4
417:8 424:1
436:23 437:6
445:6 446:14,24
453:2
**STUDYING**
208:20 210:15,22
211:24 212:1,3,6
212:8 215:24
224:1 310:18
329:21 343:11
348:20 395:7
403:4
**STUFF** 198:2
201:18
**SUBGROUP**
356:15,19 376:16
**SUBJECT** 235:5,6
443:19 449:22
**SUBJECTED**
399:13
**SUBJECTS** 248:2
329:20 360:18,23
421:6
**SUBMIT** 243:12
243:17,24 284:10
335:18 338:6
340:5
**SUBMITTED**
205:19 243:16,20
328:17 358:25

361:20 371:23
399:3
**SUBSEQUENT**
211:13 310:12
452:11
**SUBSEQUENTLY**
261:22
**SUBSET** 294:17,24
**SUBSETS** 294:22
**SUBSTANCE**
350:9
**SUBSTANTIAL**
220:15 251:9
**SUBSTANTIAL...**
336:21
**SUBSTITUTE**
350:24
**SUCCESSION**
328:17
**SUFFERING**
246:1
**SUFFICIENT**
224:16,17
**SUGAR** 215:10
216:3 217:5,5,7
**SUGGEST** 244:15
320:7 323:19
336:6 355:24
366:7 373:12
**SUGGESTED**
220:8 304:16
307:9 338:22
350:21 355:19
376:21 439:23
450:22
**SUGGESTING**
365:10 437:14,18
438:5
**SUGGESTION**
337:5
**SUGGESTIONS**
404:5,13
**SUGGESTS**
301:10 323:1
377:4
**SUITABLE** 239:6
**SUITE** 188:25
**SUMMARY** 362:5
408:18 416:19,20
417:2

**SUMMED** 401:11
**SUMMER** 310:4
311:19
**SUPER** 349:15
**SUPERIOR** 441:3
**SUPERVISE** 274:8
274:19,22 275:2
**SUPERVISED**
274:12,13
**SUPERVISING**
284:3
**SUPPORT** 195:24
206:4 208:1,3
220:4 223:25
224:17 241:12
242:15 272:6
278:16 284:24
316:1,6 317:22
353:10 431:1,6
433:13,23 434:1
435:2 446:12
**SUPPORTED**
194:4 246:6
277:12,14,21
319:10 375:16
394:22 395:1
**SUPPORTING**
224:16 228:21
236:15 316:19
359:12
**SUPPORTIVE**
242:16
**SUPPORTS**
267:14 354:10
360:3 433:6 434:3
434:6
**SUPPOSE** 342:21
**SUPPOSEDLY**
356:18 357:10,15
**SUPPRESS** 343:17
**SURE** 192:11
201:21 211:19,23
225:13,14 226:15
226:17 229:2,22
240:9 267:1,20,24
269:10 274:21
277:16,18 279:8
283:14 284:22
291:8 293:14,17
294:16 296:7

315:20 319:8
330:3 338:16,23
340:16 344:10
358:15 360:4,8
365:15 372:13
382:7 385:22
387:14 412:6
415:10 421:18,19
434:1 450:15
**SURPASS** 206:2
**SURPASSED**
205:23
**SURPLUS** 225:1
**SURPRISE** 297:3
297:7,7
**SURPRISED**
412:14,19
**SURROUNDING**
377:22 394:10
**SURVEY** 238:7
**SUSPECT** 379:20
**SUSPICIOUS**
358:15 359:6
**SWITCH** 343:24
**SWITCHING**
292:9
**SWORN** 191:8
265:15 334:8
438:8 452:18,24
**SYDNEY** 235:3,4,9
**SYMPOSIUM**
323:17
**SYMPTOMS**
290:1 345:23
**SYNDROME**
279:9
**SYNDROMES**
436:21
**SYNTEX** 217:14
217:16,17,19
218:1,4
**SYNTEX'S** 217:18
**SYSTEM** 228:23
229:21 245:11
267:10 268:16
349:23 360:15
421:2 427:12
**SYSTEMATIC**
379:13 402:20

**T**

**TABLE** 258:18,21
414:12,15 415:14
416:12 427:23
**TABLES** 332:25
334:18 336:5,6
**TAKE** 194:1
199:15 209:17
210:3 222:6 224:6
228:8,24 229:7
235:17 246:25
247:9 251:21
255:23 258:15
264:5 284:18
297:5,5 299:2,5,7
314:11 318:12
328:25 339:19
350:22 351:9,12
385:24,25 392:15
392:16,18 396:4
417:15 421:5,14
439:4
**TAKEN** 304:2
306:13 316:7
351:1 371:4 384:5
**TALK** 202:16
210:14 221:12,14
225:10 234:24
237:3 239:10
242:19 244:17
245:18 264:10
272:10 273:8,18
275:6 282:6
291:14 303:17
311:4 362:21
366:11,19 367:21
368:21 385:23
386:7,8 395:24
426:8 428:19,22
435:20 447:4
**TALKED** 255:5
292:9 305:22
309:7 313:19
321:5 348:25
349:12 356:2
370:8 373:10
376:5 378:4
389:12 395:21,23
398:11 399:21
401:21 404:8

406:1,4,7 408:1
409:21 414:8
428:2 439:15
444:25 445:8
**TALKING** 195:6
196:22 207:14
210:25 213:2,6,9
216:11 218:24
242:1 253:18
256:3,10 257:23
262:10 290:19,22
305:7 311:13
330:8 340:13
363:17 377:23
409:16 412:23
416:4 419:11
420:10 421:22
422:10 427:25
428:4 429:12,17
431:2,3 435:6,8
443:12 445:3
**TALKS** 256:19
374:20 389:15
394:7 426:7
**TARGUM** 361:17
370:21 374:13
375:11 376:10
377:11 389:13
444:5
**TARGUM'S**
374:10 444:7
**TAUGHT** 380:24
**TEACH** 268:7,24
271:3,22 288:24
364:5 394:21
**TEACHES** 391:20
**TEACHING** 266:8
268:3,5 284:3
302:21 350:14
402:2
**TEAM** 279:24
332:19 337:6
345:13
**TEENY** 324:16
**TELEVISION**
453:5
**TELL** 206:1
208:13 218:11,11
219:17 220:7
222:7,7 232:6

234:25 245:19
266:10 267:21
272:23 275:25
307:11 316:14
319:3 320:12
322:23 326:10
332:23 333:2
338:21 347:22
360:2 362:15
366:12,14 379:3
381:24 395:17
401:13 411:17,20
414:17 417:2
420:21 424:25
433:16 440:16
442:24
**TELLING** 199:7
204:10 217:20
218:18 221:5,21
221:25 375:5
**TEMPORARY**
236:19
**TEN** 227:10,13,15
227:24 403:25
440:1
**TEND** 270:11,13
295:5 413:14
439:13
**TENDED** 338:19
**TENDERED**
287:19
**TENS** 304:23
**TERM** 232:1,7,8
237:19 249:5,7,14
266:24 267:5
301:19 325:14
358:6,7 396:21
446:13
**TERMS** 196:17
197:11,14 212:11
220:18 234:1
236:11 241:4,5
244:11 246:18
248:8 249:1 251:9
266:24 290:19
301:13 302:10
335:15 342:22
356:20 363:20
418:19 440:19
450:17 451:4,8

**TERTIARY** 193:8
**TEST** 204:17
209:13 214:11
244:12
**TESTED** 209:6,8
209:10 218:13
304:7
**TESTIFIED** 191:9
265:16 279:16
288:5 334:9
341:22 347:25
348:3,11 375:23
385:1 407:14,20
410:8 423:7
425:24 427:4
441:5 444:4,10
**TESTIFY** 279:18
283:15 410:13
**TESTIFYING**
256:5 426:1
**TESTIMONY**
253:4 283:21
284:7 290:17
312:9 341:23
348:10,11 392:12
404:10 419:5,11
425:25 426:10,11
438:8,9 442:13
446:5,9 452:18,24
**TESTING** 214:1
218:14 368:3
**TEXT** 298:20
432:23
**THANK** 197:18,20
265:6 275:21
282:24 288:15
**THANKS** 382:8
**THEORETICAL**
409:9 437:6
**THEORY** 300:24
407:21 408:1
409:16,18,21,25
438:4
**THERAPEUTIC**
301:3
**THERAPIES**
215:4
**THERAPY** 436:19
436:25
**THEY'D** 230:9

**THING** 213:6,21
218:17 222:15
224:21 262:8
324:19 328:2
369:18,19 373:9
404:8 405:2
414:19 429:16
430:6 431:16
436:4 442:22
**THINGS** 194:12
195:11 196:14
201:14,22 224:8
230:20 238:4
315:3 331:11,22
338:17 348:3
365:4 369:23,25
369:25 370:24
373:19 386:7
402:6 410:8 416:8
418:19,19 420:3,4
421:4,4 424:1,2
427:21,22 428:12
429:5,5,11 431:7
443:11
**THINK** 192:10
195:16 200:3
202:4 206:14
211:18 212:18
218:17,22 222:16
223:11,17,24
225:11,22 227:13
239:14,16,17
240:14 241:23
244:1,8 249:16,25
251:10,19 254:13
254:16 261:23
263:15,17 276:17
285:1,20,24
286:12 290:10
292:9 296:2
297:13 300:4
301:10,19 302:7
302:13 304:22
306:24 310:20,25
311:14 323:18
328:15 331:3
343:2,16 347:23
349:3 351:6 352:2
352:7 353:7,11,20
353:22,23 355:21

356:10 357:20
358:11 360:7,21
364:19 368:11
369:10 370:3
373:18 378:1,20
379:3 381:13
382:7,12 384:8
389:15 391:15
393:16 398:8
400:12 403:17,23
406:4,7 409:17
411:8 413:15
414:7 415:23
416:9 417:1,4
423:6,20 425:20
426:3,7 427:18,22
430:17 432:11
433:16 435:16
437:18 438:9
439:23 441:5
442:19 446:16
448:7 449:8 450:4
451:18 452:10,16
452:20 453:2
**THINKING**
294:23 361:16
364:6 395:14
**THINKS** 301:15
**THINNING** 273:4
420:14 424:24
425:11
**THIRD** 213:6
226:21 227:5,7
254:19 426:9
**THOUGHT**
208:25 214:12
222:9 252:8
258:13 269:19
273:14 295:1
303:5 310:10
311:22 324:20
345:25 355:3
356:5 378:18
410:16 439:5
442:5 446:24
**THOUSAND**
263:22
**THOUSANDS**
291:20 304:23
305:1 403:19

**THREE** 211:11
228:25 229:4
231:21 319:10,14
353:9,11 354:15
356:10,22,25
357:12 362:20
363:13 371:9
418:23 419:2
443:17,22 444:1,8
444:23
**THROMBOEM...**
408:20,23 409:11
416:2,15,23
**THROMBOTIC**
318:20 363:13
372:2
**THROMBOXA...**
409:19
**TIES** 452:13
**TIME** 194:22
195:24 199:24
203:12 205:14
210:3 212:4
214:16,17 215:2,7
215:20,20,22
216:10 217:25
218:4 232:24
235:18 236:6,8,17
236:25 237:3,4
240:18 243:25
245:23,24 246:3
246:20,23 247:6
247:22 251:3
252:8,24 255:18
256:3 259:7
261:20 264:6
268:4 274:11
279:4 281:19,22
282:9,20,22,23
284:2,4,6 288:10
289:24 294:9
295:17 298:4,11
298:13 299:9,25
302:16,22 304:5
304:10 309:9
311:18 312:24
318:2 320:5,9,22
323:1 324:10
325:4,9 326:24
327:8 331:24

332:4 335:11,19
335:20 338:1
339:25 340:12
348:2,15,20,20
350:10,21 354:2
354:11 355:20
356:5 358:24
360:11 361:9
364:18 365:25
366:16 368:25
372:14,21 373:3
374:7 377:15
381:16 389:25
400:10 403:2
407:12,25 417:11
421:12 429:10,17
437:12,17 438:5
438:15 439:13,23
439:25 442:15,19
442:24 443:6,12
445:1,4,9,23
446:11,23 447:5,7
448:5 452:3
**TIMES** 228:25
229:4 258:23
285:22 286:4
299:2,3 300:10
302:12 314:4
321:10 379:3
411:6,10 441:7,10
441:10,21 442:2,9
442:17,23 443:2
443:10
**TIME-CONSU...**
330:22
**TIME-WISE** 195:8
**TIMING** 200:24
**TISI** 286:4,14
403:17,20 417:24
429:24 439:18
**TITLE** 231:23
232:1 277:22
394:4,5
**TITLED** 430:3
**TODAY** 199:7
214:4 217:16
232:2 233:17
258:23 262:17
272:11 283:13,16
290:22 292:22

312:9 348:7,21
353:15 375:3
392:12 395:24
403:8,9,23 428:18
428:22
**TODAY'S** 318:10
**TOLD** 195:1 205:5
215:14 311:22
315:19 316:12,20
324:19,20 328:21
331:15 339:19
362:16 364:19
375:7
**TOM** 322:11
**TOMORROW**
405:3 453:7
**TON** 224:13
**TONI** 189:2 334:4
**TONIGHT** 453:6
**TOOL** 401:3
**TOOLING** 254:25
**TOP** 200:1 227:13
227:15 255:25
256:19 261:4
318:19 337:22,24
404:21 408:18
433:16 435:16
440:1
**TOPIC** 299:21
302:5 309:16
399:17 400:15
451:3
**TOPICS** 343:24
**TOPOL** 448:12
**TOPOL'S** 448:8
**TOTAL** 224:6
258:9 259:4
286:12 412:21
**TOTALITY**
355:24 358:23
370:10 383:21
399:6 416:5
**TOTALLY** 352:24
365:3,5
**TOUCH** 310:8
**TOWER** 270:16
**TOWNSHIP**
234:23
**TRACK** 215:24
238:15,17 276:2

285:21
**TRACKING**
379:19
**TRADE** 235:10
**TRADEOFF**
347:10 350:12
**TRADING** 381:23
**TRADITIONAL**
246:20,22 293:9
293:13 294:2,6
405:12,19,23
**TRADITIONAL...**
284:12
**TRAGIC** 192:8
**TRAIN** 250:8
262:10,25
**TRAINED** 248:21
271:2 315:16
**TRAINING** 193:3
195:12 233:22,25
248:7,12,14,16,23
249:4 253:12
259:8 260:15
262:7,8,11 400:20
401:3,13 402:14
**TRANSCRIBED**
191:4 334:4
**TRANSCRIPT**
189:6 222:11
323:9 444:20
448:14,24,25
450:3
**TRANSCRIPTS**
451:16
**TRANSFUSION**
383:5
**TRANSITION**
279:24
**Traverse** 190:7
285:8
**TREAT** 240:10
295:12 398:23
437:19
**TREATED** 274:12
274:13 409:10,12
449:22
**TREATING**
240:16
**TREATMENT**
251:12 274:8,12

274:15,19 292:3
407:7 433:13
434:22 435:2
**TREATS** 243:7
**TRENDS** 238:9
373:12
**TRIAL** 188:12
241:18 255:3
256:16 257:3,5,5
261:8,25 263:8,13
263:18 297:11
299:7 307:2 324:2
348:10 352:7
353:4 359:1
361:13 363:21
366:12,13 367:21
367:23 384:9
390:20 438:11,15
438:25 440:5,11
446:21
**TRIALISTS**
398:17
**TRIALS** 257:17
262:7 288:22,22
352:9 355:7,22
358:4 361:19
364:22 365:10
366:2,11 369:20
372:10 375:17
378:15 380:3
381:1 382:9 388:2
402:17
**TRIED** 385:6
**TRIVIAL** 328:20
**TROUBLE** 196:5
225:17 230:10
355:25 427:25
**TRUE** 195:9 197:8
198:3,11,15,20,22
199:23 200:6,15
201:5 203:25
206:13 208:11
209:7 210:9 213:7
213:13 215:19
217:1,12,24 224:3
224:4,24 230:11
252:15 298:15
311:1 349:16
410:7 419:5
420:20 424:5

438:6
**TRULY** 316:5
**TRUTH** 195:1
205:5 442:24
**TRUTHFULLY**
289:24
**TRY** 198:15 203:15
206:24 213:7
228:18 229:16
238:12 267:7
282:18 312:3
361:10 446:10
**TRYING** 205:11
206:2,3 211:6
221:3 224:2
265:10 279:11
311:10 316:18
323:4,22 345:17
402:14,15 412:4
428:24
**TUFTS** 364:5
**TURN** 240:2
255:15 256:18
300:13 318:18
326:2 334:16
343:23 346:23
362:9 373:15
376:17 387:13
400:15 404:4
408:16 429:22
430:17 432:21
434:14 436:12
449:3
**TURNED** 303:23
402:12
**TURNS** 294:20
311:5 328:8,9
**TUSA** 189:2 334:4
**TV** 385:25
**TWICE** 438:14
440:18 441:1
**TWO** 205:5 210:1
227:9 230:17,20
231:21 242:24
245:1 246:5
247:13,24,25
252:3 254:21
263:24 294:22
296:11 300:22
313:4 317:11

319:14 323:25
324:6 325:11
350:16 354:6,10
354:15 363:6
369:6 370:16
374:24 375:14
395:25 396:20
397:13,15,22
398:8 426:8
431:10 432:2
434:13 435:20
439:16
**TYLENOL** 382:2
**TYPE** 227:13
240:5,7,12 242:7
**TYPES** 241:21
242:19
**TYPICAL** 193:9
247:15 267:2,3
367:3
**TYPICALLY**
214:3 237:21
243:1 314:11
439:12
**TYPOS** 340:16

———————
**U**
**ULCER** 296:22
346:2 347:11
**ULCERS** 247:1,3
297:1 440:20
**ULTIMATE** 237:9
251:4
**ULTIMATELY**
208:15 239:17
270:25 386:15
**UNAFFILIATED**
319:17
**UNANIMOUS**
353:17,19
**UNANIMOUSLY**
407:6
**UNBIASED**
388:11
**UNBLINDED**
260:24 261:1
381:18
**UNCERTAIN**
449:11
**UNCLEAR** 369:7

404:7
**UNCONSCIOUS**
452:15
**UNDERASCER...**
380:20
**UNDERESTIM...**
345:1
**UNDERGRAD**
267:25
**UNDERLININGS**
415:1,2
**UNDERNEATH**
254:22
**UNDERSTAND**
191:16 192:4
198:7 207:3 210:8
220:19 221:3
228:9 241:16
246:10 255:15
262:16 267:8
290:21 320:19
339:7 345:17
356:7 366:15
368:16 397:8,13
398:5 399:23
400:10 403:13
422:12 423:2
442:16,22 443:6
**UNDERSTAND...**
452:11
**UNDERSTANDI...**
228:16 244:5
252:20 265:1
294:14 326:24
368:14,25 371:8
388:20 427:19
**UNDERSTANDI...**
241:16
**UNDERSTANDS**
421:11
**UNDERSTOOD**
242:6 293:12
408:9 409:8 410:1
441:20 442:1,8
443:10
**UNDERUSE** 273:4
**UNDERWAY**
208:18
**UNDERWHEL...**
379:17

**UNFAIR** 404:7
**UNINTENTION...**
  452:15
**UNITARY** 384:2
**UNITED** 188:1,13
  236:18,22 237:11
  240:21,24 245:20
  245:21 247:13
  279:3,16,22
  407:15
**UNIVERSAL**
  349:3
**UNIVERSALLY**
  428:23
**UNIVERSITY**
  235:3,9,19 322:2
  396:15
**UNKNOWN**
  198:13
**UNMEASURED**
  344:1
**UNNAMED**
  341:10
**UNORTHODOX**
  298:25
**UNPRECEDEN...**
  329:11
**UNRESOLVED**
  446:22
**UNSTABLE**
  360:16 411:24
  412:3,18
**UNSUBSTANTI...**
  229:12
**UNUSUAL** 298:25
  340:12
**UNWANTED**
  220:18
**UPDATE** 248:22
  248:22
**UPDATES** 248:25
**UPSET** 294:3
  320:22
**UPSTANDING**
  273:15
**UPSWING** 298:6,8
**URGED** 315:2
**USAGE** 238:14
  242:15,16
**USE** 197:2 212:10

232:8 237:19
241:18 245:4
247:4 249:13,16
249:18,19 254:24
256:11 259:14,24
266:16,20 267:3
268:6,16,17 269:1
269:12 271:16
274:18 278:4,11
284:25 285:16
288:23 290:8,11
292:2 298:4,6
301:8,16 304:25
307:3 319:12
336:7 339:7,14
345:18,25 346:3
346:11 347:9
359:3 373:24
388:15 390:22
391:22 405:12
407:15 434:24
436:18 438:24
439:6,8,21 445:20
**USEFUL** 293:6
  364:3 434:22
**USERS** 278:15
  336:8,9,10 344:24
  344:24 355:16
**USES** 242:20,22
**USUAL** 248:14
  258:5
**USUALLY** 270:12
  278:7 284:10
  383:8 385:17
  407:2
**UTILIZATION**
  268:14,15 274:2
  393:8,9
**UTILIZE** 319:11
**U.S** 203:19 206:5,6
  232:24 234:15
  236:24 246:2
  262:18 279:19
  319:16

—————————
**V**
—————————

**V** 188:8
**VACCINES**
  232:10
**VALIDATE**

244:12 330:3
**VALIDATION**
  330:11,25 331:1,8
**VALIDITY** 221:24
  377:24
**VALUABLE**
  197:22 242:3,10
**VANDERBILT**
  322:2
**VARIABLY** 441:9
**VARIED** 378:22
  431:1,6
**VARIETY** 236:15
  251:5 268:5 335:9
  385:9 395:2 445:7
**VARIOUS** 208:17
  268:2 271:7
  272:19 277:8
  312:7 393:11
  394:20 431:7
**VARIOUSLY**
  441:11
**VASCULAR**
  408:20 409:2
**VAST** 410:5
**VEHICLE** 243:4
  260:11
**VERSION** 321:6
  340:15 368:14
  380:18 396:18
**VERSUS** 205:20
  215:1 220:2,2
  246:14 252:5
  261:17 269:14
  334:23 354:24
  355:16 379:4
  382:2 385:8 388:9
  393:3,7,10 409:19
**VESSEL** 363:13
**VESSELS** 409:3
**VIDEO** 197:18
  283:23
**VIDEOTAPE**
  284:7
**VIDEOTAPED**
  283:21
**VIEW** 242:8,14
  245:23 289:11
  352:3 353:17,19
**VIEWED** 295:3

**VIEWS** 361:7
**VIGOR** 196:11,13
  204:17,20,22
  205:1,1 208:9
  211:10,14 215:22
  215:25 216:1,1,5
  216:11,23 253:8
  253:10 255:9,10
  255:14 258:19,20
  259:3,8,16,17
  260:3,7,8,14,17
  260:21 261:2,3,25
  262:4,6,12 263:18
  263:23 264:1
  295:21,25 298:4,9
  298:20 299:1
  300:8,17 302:17
  303:19,23,25
  304:22 305:9
  306:20 307:12,19
  309:15,22 310:12
  314:1 318:6,21
  320:7,17,21 321:9
  322:16 323:3,14
  323:20 324:8
  350:2,10 351:10
  352:14 355:10,13
  356:2,4,11,12,15
  357:1,4 360:25
  365:25 366:1,16
  366:17,23 367:2
  367:15 368:5
  370:7 371:10,18
  371:25 373:23
  374:1 375:2 376:2
  377:7,21,22 380:8
  381:15,16,18
  387:5,19,19
  388:22 389:5,16
  389:21,25 390:25
  391:5 394:7,9,10
  396:1,4,4,9 401:7
  438:11,15,25
  440:5,14 441:16
  442:2,16 443:1
  444:11 445:6
  446:11,19,24
  447:9,15,19 448:1
  448:21 450:21,25
  451:3,19

**VILLALBA**
  361:16 370:19
  371:21,22 372:6,7
  372:24 414:18
  416:15,19
**VILLALBA'S**
  371:13,20 414:3
  417:5
**VIOLATING**
  228:18
**VIOXX** 188:5
  192:8 193:16
  194:6 198:15,17
  199:16 200:18,20
  200:25 202:20,21
  202:24 203:1,24
  204:1,4,11 206:4
  206:19,25 207:22
  208:10,12 210:16
  210:24 211:17,24
  212:10,20 214:10
  214:13 215:1,9,17
  216:3,6,11,12,13
  216:23 218:9
  219:16 220:2,2,10
  220:15,17 221:17
  222:4,9 223:15,21
  224:14,16 225:20
  227:10,18,24
  228:21 230:14,16
  230:20 233:2,19
  233:20 245:15,18
  245:19,21,23,25
  246:4,11,15,16
  247:7,11,22 248:7
  248:8 250:19,23
  250:25 251:3,5,21
  251:23 252:2,5,10
  253:24,25 254:7
  254:24 255:1,2,3
  255:12 256:24
  257:6 261:6,12,17
  263:15,16,17
  273:6,8,12 276:7
  276:10,21 277:8
  277:24 278:1,11
  281:9,16,19,20,22
  282:3,5,9,12,17
  282:21 283:2,4
  286:5,6 288:4,11

289:1,6 290:3,15
291:15 292:1
295:11 296:9,12
296:21,24 297:2,5
297:12 298:5,6,12
299:2 300:10
301:8,11 304:1
307:18 308:1
309:11,21 310:1
311:15,16 312:1
312:24 313:16
314:4,17 316:2
319:25 320:21
323:14 324:9,18
325:22 326:15,23
332:8 333:6
334:19,22,23
336:13,14 337:7
338:25 342:4,21
344:9,11,19,23
345:2,18 346:15
348:20,22 349:4,7
349:13,22 350:6
350:21,24 351:1,8
351:12,14,15,17
351:21,24 352:6
352:10,11,23
353:1,3,10,12,15
353:21 354:1,11
355:16 356:12
357:6,9,11,14,17
357:20,24 358:3
358:22 359:14,20
359:21 360:5,22
361:1,4,4,13,16
361:19 362:7,17
363:18 365:20
366:8 367:17,20
368:3,9,18 369:6
370:11,15 372:8
373:13,22 374:3
376:14 377:8
378:8,13 380:3
381:3 382:2,18
383:11,16 384:6
387:22 388:20
389:24 390:4,15
390:16 392:8
393:3,19 394:6
396:23 397:1,9,14

397:17,25 400:5
401:5 402:3,12
405:7,10 406:11
406:18 407:7,14
407:22,25 409:4,7
410:1,4,10,17,18
411:4,7 412:25
413:13,21 415:11
416:2 417:2,22
418:16,20 419:1,8
419:14,18,23
420:18 427:8,10
428:13,23 429:1
429:10,12,18,18
430:14 431:3
434:19 436:24
437:12,19,24
438:5,12 440:17
440:19,23 441:1,2
441:7,18,21 442:3
442:10,17,23
443:3,7 445:13,20
446:4 447:7 452:7
**VIOXX'S** 229:11
281:23 288:12
289:10 437:14,25
**VIOXX-INDUC...**
354:2,12
**VIRTUALLY**
292:17 299:6
329:25 446:13
**VISITS** 305:1
**VITAE** 276:24
**VITAL** 400:8
**VIVIDLY** 324:14
327:3
**Voir** 190:6 265:17
**VOLUME** 188:11
**VOLUNTARILY**
251:23 252:1
**VOTE** 194:3,4
407:6,8 449:23,24
450:5,6,24 451:11
451:12 452:4
**VOTED** 407:8,9
449:21 451:5,13
451:14
**VOTES** 452:11
**VOTING** 353:20

| **W** |
| --- |

**W** 188:25 196:21
**WAIT** 195:1
**WALL** 367:19
431:15
**WANT** 205:17
208:13 210:14,16
219:14,15,17
221:11 223:21
265:10 284:17
299:25 300:6
310:22 322:9
327:5 330:2
341:22 343:4
364:13 365:4
377:13 381:25
387:14 392:16
412:4,15 417:15
418:6 426:5
430:20 435:23
436:1 438:16
447:4 449:23,24
453:2
**WANTED** 197:12
206:6 209:20
212:7 222:19
235:20 260:10
305:12 341:15
344:8,10,18,21
348:13 390:24
**WANTS** 203:7
249:11
**WARNED** 365:16
**WARNING** 225:18
225:22 325:12
386:9,10,10,18,19
386:20 387:6,8,9
389:2,2,20 390:1
390:8 392:6 393:3
393:7,7,10,10,12
**WARNINGS**
377:10 389:17
390:4,16,25 391:6
391:11,24
**WARRANTS**
358:15 415:24
**WASN'T** 193:5
197:22 198:7,18
199:17 200:25
202:10 206:19

209:15 212:16
214:15 216:9
217:14 222:18
230:10 309:24
324:11 357:18
408:3 440:3
**WATCH** 364:19
386:25 453:5
**WATSON** 312:7
**WAY** 192:13
196:14,15 208:16
208:19,25 212:1
214:12 222:25
224:9 239:7,21
244:12 247:15
250:7 257:7 259:1
266:20 269:1
270:5 271:5
287:10 292:15
293:6 294:23,25
295:4 298:21,22
298:25 299:6
301:12,18,20
302:6,7 307:12,16
311:3 327:2,22
328:21 339:20
340:23 353:6
354:24 355:1,19
356:21 368:15,20
379:12,13 380:22
384:16 395:10,18
396:5,11 397:14
398:1 402:12,24
403:8 413:17,23
419:5 423:14
427:18 439:10
441:12 446:16
**WAYNE** 321:22
**WAYS** 239:14,22
260:6 306:18
323:25 364:17
394:13 398:8,9
402:3
**WEBSITE** 354:14
**WEEK** 248:1
315:25 354:6,13
**WEEKLY** 303:2
**WEEKS** 271:9
303:19 325:11
360:10 370:6

397:13,15 410:21
411:23 412:14
437:21 452:18,24
**WEIGH** 350:19
387:24
**WEIGHING**
391:21
**WEIGHT** 216:19
**WELL-PRESEN...**
270:4
**WENT** 195:8 197:6
200:9 209:8
221:11 226:5
236:19 246:24
267:24,25 295:10
302:23 311:7
315:17 330:20
341:15 350:21
427:6,24
**WEREN'T** 209:25
212:6 311:17
**WESTBROOK**
231:11
**WESTRICK** 226:5
228:5
**WE'LL** 213:21
255:25 258:13
264:5,21,23
272:10 273:8,18
282:6 290:22
325:20 333:7
371:9 392:18
**WE'RE** 202:4
208:1 210:25
211:23 212:4
216:11 222:24
238:22,23,24
240:9 241:14
256:3 259:2
264:19,20 265:10
265:13 271:18
290:19 311:24
316:8 365:15
413:24 416:4
428:22,24 431:2,2
432:22
**WE'VE** 229:9
258:23 272:17
278:16 310:23
**WHATSOEVER**

410:6
**WHITEMARK**
234:23
**WIDE** 335:9
**WIDELY** 324:13
342:19 399:14
452:8
**WIDESPREAD**
246:21 339:14
347:8
**WIFE** 234:22
**WILLING** 349:18
**WILLINGNESS**
393:3
**WIMPY** 307:14
**WIN** 207:21
**WINNER** 203:24
204:4 207:25
**WISE** 392:3
**WISH** 317:22
**WISHED** 340:5
**WISHES** 341:18
**WITHDRAW**
193:21 215:5
251:23 252:2,10
**WITHDRAWING**
354:20
**WITHDRAWN**
193:22 194:6
**WITNESS** 231:21
265:11 348:11
425:25
**WOMAN** 341:4
**WOMEN** 267:21
**WOMEN'S** 266:8
268:19,21 274:10
291:19
**WONDER** 270:17
**WONDERFUL**
207:10 252:18
**WORD** 249:3,8,16
287:11 319:4
358:11 368:11
422:19 430:4
**WORDS** 210:15
211:21 212:6
216:22 300:23
327:23 341:3
369:10 373:11
375:13 376:12

386:14,15 389:15
423:21
**WORK** 234:2,25
235:20 237:24
241:13 275:21
278:8,17 284:8,11
285:11 286:10
288:4 299:12
302:9,23 303:18
303:18 310:4,4
311:7 315:6,17
316:7 327:13,20
328:24 341:8
347:2 348:1 364:2
364:2,3 369:13
385:6 394:13
396:15 429:7
431:22,23
**WORKED** 203:20
228:7 235:14
236:14 252:16
285:19 288:7
296:24 341:10
343:21 349:16
404:4,18 410:4
**WORKING**
198:14,16 212:15
213:10 236:13
284:17 316:17
317:15 332:18
359:20 408:7
426:20 448:6
**WORKS** 241:5
299:24 322:11
**WORLD** 197:13
199:20,23 200:3
200:10 232:4
235:20,22,22
246:2,12 267:2
274:1 276:2
330:18 340:11
341:6 353:4
435:17
**WORLD-AT-LA...**
354:17
**WORLD-FAMO...**
213:15
**WORLD-RENO...**
213:15,18
**WORRIED** 212:7

337:7
**WORRIES** 359:6
**WORRISOME**
411:23
**WORRY** 362:25
364:25 381:24
**WORSE** 296:25
302:10 350:11,15
357:16,17 383:2
420:3 421:4 424:2
**WORST** 384:6
**WORTH** 267:8
305:15 346:19
347:10 350:12
**WOULDN'T**
195:17 213:24
214:2 223:15
284:4 374:3
412:19 447:15
**WOW** 223:14
**WRAP** 358:16
**WRITE** 192:17
207:11 211:20
288:24 316:20,25
335:11
**WRITERS** 225:13
**WRITES** 336:19
**WRITING** 206:25
211:21 316:11
320:25 346:16
447:8
**WRITTEN** 228:25
244:23 275:8
276:22 277:4,7
278:20,25 299:11
301:13,16 302:5
308:4 316:9
331:18 335:25
343:12 347:15,20
379:11 383:13
391:21,23 399:14
399:24 433:17
444:4
**WRONG** 229:1
**WROTE** 211:21
307:23 309:16
320:19 322:24
340:25 341:9,17
345:12 361:17
378:2 404:3

| **X** |
| --- |
| **X** 190:1 |

| **Y** |
| --- |
| **YEAH** 197:6 219:1 |

225:24 227:2
263:17 264:18
294:2 297:20
382:12
**YEAR** 202:20
210:3,5 236:9
237:23,24 309:17
314:13 327:2
328:10 400:11
405:18,23
**YEARS** 193:3,13
193:14 194:10,14
196:20 198:12
217:17 218:1,7,13
218:13,14,20
230:14 231:21
236:1,14 237:21
250:25 252:17
274:11 287:7
290:5 291:22
302:24,25 329:11
348:15 361:2
395:7,15 400:7
402:1 403:4
421:14 430:14
**YESTERDAY**
406:2 407:20
408:2 409:21
410:8 411:8 414:6
414:8 417:11
419:5,11 420:23
423:7 424:5,12,13
425:21,24 427:24
428:5,19 429:22
435:16 439:16,18
441:6,9,12 443:12
444:4,10,25 445:3
445:22 446:9
**YIELD** 369:23
**YORK** 267:24
**YOUNG** 274:9
341:4
**YOU-GUYS**
316:21
**Y'ALL** 193:20

194:7,12 196:5,11
197:9,12,20 198:9
198:14 199:17
200:9,17,21
201:10,10,18
202:2,16 203:5,15
203:18,20 204:7
204:10,13,15
205:5,10,17,22
206:1,18,21
210:14,17,18,22
211:1,5,24 212:1
212:18 213:4,7
214:2,16 215:16
215:23 219:1,13
221:20 224:1,2,8
224:21,22,23
225:6 227:5
229:17 230:14
**Y'ALL'S** 216:5

| **Z** |
| --- |
| **ZEALAND** 191:19 |

232:5

| **$** |
| --- |
| **$100** 400:11 |

**$150,000** 286:2
**$600,000** 314:10
**$750** 285:18

| **0** |
| --- |
| **0.54** 339:9 |

**000-7383** 253:17
**0008375** 258:17
**001-8681** 312:6
**01** 308:24,25
**017** 410:14,16,20
411:15 412:24
413:21 414:18,20
416:4
**02** 323:17
**04** 430:13
**05** 282:24
**054** 339:1,3
**058** 256:19 257:5
257:10,10
**06-CV-485-L** 188:8
**069** 257:14
**085** 367:25 369:2,8

371:9,10 373:11
373:22 377:19
**090** 352:14 355:14
367:21,23 368:2,6
368:7,21,24 369:4
369:8 370:7 371:9
373:11,22 377:19
453:2

---

**1**

**1** 188:7 191:2
226:21 312:14
334:2 354:4
364:17 374:15
419:8 421:7
**1.0154** 265:5
**1.0155** 264:19
**1:45** 333:10,10
**10** 325:17,19 359:9
442:7
**10,000-VERSUS...**
382:1
**10-1** 329:6
**100,000** 405:22
**10062** 264:18
**1008** 264:18,18
**102** 373:11,22
**1084** 264:20
**11** 266:14 362:9
371:14 417:24,25
**114** 225:24
**12** 225:12 226:21
329:9 370:6
371:14 381:15
404:21
**12-MONTH** 205:3
205:20
**12-WEEK** 370:3
**123** 226:25
**125** 360:6 411:5
**13** 278:14
**13th** 414:11
**14** 321:13
**15** 261:8 277:1
325:7,17,19
392:19
**15-MINUTE** 264:5
**1526** 300:22
**1527** 300:23
**154** 264:19

**156** 264:19
**157** 264:19
**16** 261:12 295:19
306:18 307:7,15
309:18 443:15
446:15
**16-20** 313:15
**165** 253:16
**1657** 188:5
**166** 258:16 264:20
265:6
**17** 312:5 317:11
329:9
**1702** 264:20
**175** 360:7 411:5
415:11
**18** 252:4 314:15
354:24,24 355:2
355:12 397:25
398:1,4
**1822** 432:21,23
**19** 256:19
**191** 190:3
**1970S** 270:1 290:25
292:13
**1974** 236:10 268:1
**1979** 270:25
**1980S** 270:1 273:16
394:17
**1982** 269:11 385:6
**1983** 271:1
**1984** 236:21
**1988** 236:24
**1990** 272:18 276:19
**1994** 196:24 197:9
**1996** 359:9 360:20
**1997** 199:19,22
200:1 232:19
266:12
**1998** 198:8 266:13
362:3 417:21
424:16 427:22
428:11 429:3
**1999** 194:16 245:22
247:14 293:16
387:2 406:11
407:6,15,25 409:5
409:7 410:2,11
428:11 429:3,6
447:13,15,16

**1999/2000** 291:15

---

**2**

**2** 196:22 277:1
301:2 336:19
364:17 378:22
441:17,18
**2,000** 228:21
**20** 274:11 395:15
452:19
**20th** 408:16
**20-SOME-ODD**
402:1
**200** 275:9 276:23
285:20,22 399:12
**2000** 198:19 199:3
200:11 220:7,8,13
253:20 256:4,11
258:23 262:24
263:9 291:15
292:1,14 293:16
293:16,25 295:22
295:24 296:2
298:7 303:1 305:8
305:9,11 314:2,3
322:24 356:8
360:25 366:1,7,17
369:1 370:12,14
371:5 375:9
381:15 387:19,20
387:21,22 429:6
443:23 445:1,11
445:15,23 446:1,2
446:11 447:21,21
**2000S** 321:11
**2000-2001** 202:20
**2001** 198:20 199:3
200:11 256:1,6,12
257:21 259:14,22
259:23,24 260:25
293:16 308:5,8
310:3,9 311:12,19
314:16,21,21
315:20 320:7
321:3 324:25
325:22 326:17
370:19 373:21
374:7,16,17 375:9
394:5 406:7
436:11,22 444:11

**445**:1,5,14 448:1
448:5,15 452:1,21
**2002** 191:24 232:16
232:19 256:11
262:1 306:7,7
307:13,23 308:4
321:20 323:5,9
325:6,10 326:18
328:23 329:2,5
387:3,17,23
388:17,20 389:2
390:8 433:17
434:9,17 437:7
**2003** 322:24 323:7
329:10,15 332:1
332:23 333:1
337:12,17 345:14
346:16 437:17
**2004** 198:8 277:11
277:19 278:3
279:2 282:3
314:23 342:8
354:20 374:15
430:12 437:10,11
437:18 447:14,22
**2005** 277:21 278:10
282:25 283:8
353:18 376:8
403:14 406:4
452:12
**2006** 188:7 191:2
334:2 404:21
**20167** 326:3
**206** 449:3,4,4
**207** 450:10
**2072** 430:17
**21** 342:8
**22** 261:6 329:7
394:5
**22,000** 319:16
**23** 295:24 325:22
337:14 437:22
**23A** 328:14
**231** 190:4
**234** 188:20
**24** 325:10 329:7
**25** 266:13 395:7,15
403:3 438:20
439:4
**25-MILLIGRAM**

**411**:6
**253** 190:4
**265** 190:6
**27** 335:25 431:10
432:3
**28** 253:20 255:8
261:12 431:10
432:3
**285** 190:7
**287** 190:7
**29** 342:1

---

**3**

**3** 318:18 359:24
364:17 378:22
**3-MAY** 362:2
**30** 193:13,14
252:16 335:3,5
341:22 342:2
354:4,5
**30-SOME-ODD**
402:1
**300** 188:25
**31** 193:3 308:4
329:8 359:7
**32** 353:20,21,22,22
417:14,18
**33** 370:17
**34** 374:17
**3500** 263:13,15,17
**36** 376:17 381:12
**360** 442:7
**36103** 188:21
**379** 452:18
**38** 414:15
**388** 253:17
**389** 437:21
**39** 392:11 414:12

---

**4**

**4** 319:4 329:4,7
374:19 430:12
**4,000** 366:24
**40** 393:22
**403** 190:8
**4160** 188:21
**43** 404:15,16
**44** 307:4,8 408:5
414:1,2,12
**45** 432:13,13

**5**

**47** 448:25

**5** 213:22 300:1
  314:10 332:23
  339:3 450:12
**5,000** 366:24
**5-TO-1** 307:18
**50** 235:14 296:13
  438:12 439:3,6,8
  439:21,24
**50-MILLIGRAM**
  438:25
**500** 189:2 440:18
**504** 189:3
**52** 416:12
**54** 188:25
**560** 205:24 206:2
  206:10 207:8
**589-7778** 189:3

**6**

**6** 329:8 345:3 362:2
**6,000** 257:12
  263:15
**60** 235:14
**60,000** 202:1
**60601** 188:25
**620** 188:17
**65** 274:18
**686** 312:14

**7**

**7** 277:18 329:2
  429:23 430:1
**70** 334:24
**70S** 270:17
**70130** 189:3
**719** 346:23
**720** 346:8
**73-YEAR-OLD**
  413:8
**750** 285:22

**8**

**8** 256:1 359:17
  370:19 374:7
**8,000** 263:18
  296:11
**8-TO-2** 378:20,22

**8-TO-3** 378:20,22
**8:30** 188:7 453:7
**80** 307:17
**80S** 270:18
**81** 236:19
**82** 236:19

**9**

**9** 255:7 343:24
  415:14
**90** 335:5 354:5
**90S** 196:16 273:17
  361:20 427:14,14
**926** 436:12
**92660** 188:17
**93** 330:23
**94** 191:24 200:9
  330:24
**94.6** 339:12,17
**95** 299:24 339:4,10
  339:12,18
**97** 200:10
**99** 198:8