Exhibit 2

## Curriculum Vitae

updated: June, 2006

Name:            Jerome L. Avorn

Office Address:  Division of Pharmacoepidemiology and Pharmacoeconomics
                 Brigham and Women's Hospital
                 1620 Tremont Street, suite 3030
                 Boston, MA  02120

Home Address:    5 Circuit Road
                 Chestnut Hill, MA 02467

Place of Birth:  New York, New York

Education:

| | | |
|---|---|---|
| 1969 A.B. | Columbia University, New York |
| 1974 M.D. | Harvard Medical School, Boston |

Postdoctoral Training:

| | |
|---|---|
| 1972-74 | Fellow in Social Studies (Medical Sociology), Harvard College |
| 1974-75 | Intern in Medicine, The Cambridge Hospital, Cambridge, Massachusetts |
| 1974-77 | Clinical Fellow in Medicine, Harvard Medical School |
| 1975-77 | Resident in Internal Medicine, Beth Israel Hospital, Boston, Massachusetts |

Licensure and Certification:

| | |
|---|---|
| 1974 | National Board of Medical Examiners |
| 1974 | Massachusetts License Registration |
| 1977 | Diplomate, American Board of Internal Medicine |
| 1988 | Certification in Geriatric Medicine, American Board of Internal Medicine |

Academic Appointments:

| | |
|---|---|
| 1977-79 | Instructor in Preventive and Social Medicine, Harvard Medical School |
| 1979-85 | Assistant Professor of Social Medicine and Health Policy, Harvard Medical School |
| 1985-90 | Associate Professor of Social Medicine, Harvard Medical School |
| 1990-2004 | Associate Professor of Medicine, Harvard Medical School |
| 2004-present | Professor of Medicine, Harvard Medical School |

Hospital Appointments:

Beth Israel Hospital

| | |
|---|---|
| 1977-84 | Assistant in Medicine, Department of Medicine |
| 1984-87 | Assistant Physician, Department of Medicine |
| 1987-89 | Associate Physician, Department of Medicine |
| 1989-94 | Physician, Department of Medicine |

Brigham and Women's Hospital

| 1986-1992 | Associate Physician, Department of Medicine |
| 1992-present | Physician, Department of Medicine |

Hospital Clinical Responsibilities:

| 1977-1981 | Attending physician (General Internal Medicine), Beth Israel Hospital |
| 1981-1992 | Attending physician (Geriatrics and Internal Medicine), Beth Israel Hospital |
| 1992-1998 | Attending physician (Geriatrics and General Medicine), Brigham and Women's Hospital |
| 1998-present | Attending physician (General Medicine Service), Brigham and Women's Hospital |

Major Administrative Responsibilities:

| 1978-1980 | Director, Division of Geriatrics, Harvard School of Public Health |
| 1978-1980 | Program Director, Geriatric Curriculum Development Project, Harvard School of Public Health |
| 1982-1983 | Director, Geriatric Drug Education Program, Department of Public Health, Commonwealth of Massachusetts |
| 1982-1984 | Director, Program in Ethics and Geriatrics, a joint project of The Hastings Center and Harvard Medical School |
| 1985-1987 | Chair, Task Force on Determinants of Antibiotic Utilization, National Institutes of Health |
| 1979-1980 | Director, Harvard Medical School Long-Term Care Gerontology Center Program |
| 1986-present | Director, Program for the Analysis of Clinical Strategies |
| 1990-1995 | Harvard Geriatric Research and Training Center: Director of Epidemiology, Data Management, and Health Services Research Core |
| 1998-present | Chief, Division of Pharmacoepidemiology and Pharmacoeconomics, Department of Medicine, Brigham and Women's Hospital. |

Major Committee Assignments and Other Positions:

National and Regional

| 1978-81 | Professional Advisory Committee, Department of Elder Affairs, Commonwealth of Massachusetts |
| 1979 | Study section on long-term care gerontology centers, Administration on Aging, Department of Health, Education and Welfare |
| 1982-83 | Advisor on drug utilization studies, National Center for Health Services Research, National Institutes of Health |
| 1983-84 | Peer reviewer, Robert Wood Johnson Foundation, Program for Hospital Initiatives in Long-term Care |
| 1983-85 | Working group on "The Aging Society," The Carnegie Corporation |
| 1985-93 | Peer reviewer for Medications and Aging program, The John A. Hartford Foundation |

| 1989 | Peer reviewer, Gerontology and Geriatrics Review Group, National Institute on Aging, National Institutes of Health |
| 1989-91 | U.S. Congress, Office of Technology Assessment: Advisory Panel on Government Policy and Pharmaceutical Research and Development |
| 1990-94 | Advisory Panel on Geriatrics, U.S. Pharmacopeia |
| 1997-99 | Advisory Panel on Outcomes and Cost-Effectiveness, U.S. Pharmacopeia |
| 2000- | Consultant in Pharmacoepidemiology, Food and Drug Administration |
| 2002-03 | Member, National Committee for Quality Assurance (NCQA) Advisory Panel on Medication Management in the Elderly |

Harvard Medical School

| 1977-80 | Committee on Geriatrics |
| 1978-80 | Teaching Committee, Department of Preventive and Social Medicine |
| 1980-88 | Executive Committee, Division on Aging |
| 1980-84 | Malpractice consultant, Harvard Risk Management Foundation |
| 1981-88 | Working Group on Health Policy and Aging, Division of Health Policy Research and Education |
| 1986-88 | Faculty Council |
| 1997-98 | Faculty Advisor, William Bosworth Castle Society |
| 1997-98 | Member, Geriatrics Interest Group, Francis Weld Peabody Society |
| 1998-2002 | Subcommittee on Teaching Evidence-Based Medicine and Therapeutics |
| 2001-02 | Committee on development of new postdoctoral course in clinical pharmacology (responsible for pharmacoepidemiology component) |
| 2003- | Search committee for a faculty appointment in pharmacoepidemiology, Harvard School of Public Health |

Beth Israel Hospital

| 1976-77 | Committee on House Officer Education, Department of Medicine |
| 1980-81 | Chair, Committee on Medical Research, Division of General Medicine |
| 1983-92 | Pharmacy and Therapeutics Committee |
| 1986-87 | Laboratory Board |
| 1986-92 | Transfusion Committee |
| 1987-92 | Chair, Pharmacy and Therapeutics Committee |

Brigham and Women's Hospital

| 1992-present | Pharmacy and Therapeutics Committee |
| 1993-98 | Chair, Medication Education and Management Committee |
| 1993-95 | Chair, Technology Assessment Committee |
| 1994-95 | Chair, Drug Therapy Cost Reduction Committee, Partners Healthcare System |
| 1996-97 | Clinical Practice Standards Committee |
| 1996-2000 | Order Entry Clinical Advisory Group / Clinical Software Oversight Committee |
| 1998-2000 | Clinical Executive Committee |
| 1998-2002 | Advisory Committee, Department of Medicine |
| 1999-present | Education Council |
| 2002-present | Faculty Standing Committee on Resident Research |
| 2002-present | Executive Committee, Department of Medicine |

3

Professional Society Involvement:

| | |
|---|---|
| 1978-94 | Gerontological Society of America (clinical medicine section) |
| 1979-81 | Research Group on Ethics and Health Policy of the institute of Society, Ethics, and the Life Sciences (The Hastings Center) |
| 1981-82 | Public Policy Committee, The Gerontological Society of America |
| 1981-82 | Task Force on Ethical Issues and Medical Technology, The Hastings Center |
| 1982- | American Geriatrics Society |
| 1984-89 | Fellow, The Hastings Center |
| 1988-89 | Institute of Medicine, Forum on Drug Development and Regulation: Working Group on Geriatric Pharmacology |
| 1988-90 | Institute of Medicine, Committee on Health Promotion and Disability Prevention in Aging |
| 1990-91 | Chair, panel on Drug Utilization Review Interventions, American Society for Clinical Pharmacology and Therapeutics |
| 1994-98 | Board of Advisors, Center for the Study of Drug Development, Tufts University |
| 1998 | Advisory Panel on Methodology in Pharmacoeconomics, International Society for Pharmacoeconomics and Outcomes Research |
| 2002 | Invited opening plenary presentation, International Society for Pharmacoeconomics and Outcomes Research |

International Society for Pharmaco-Epidemiology:

| | |
|---|---|
| 1995-98 | Board of Directors |
| 1995-97 | Task Force on Standards for Research Methods in the Epidemiologic Evaluation of Drugs |
| 1995-97 | Program Chair, XIII International Conference on Pharmaco-Epidemiology |
| 1996-99 | Ad Hoc Committee on Privacy and Epidemiologic Research |
| 1997-98 | President of the Society |
| 1998-99 | Chair, Nominating Committee |
| 2002- | Fellow of the Society |
| 2002 | Invited opening plenary presentation |

Other National and International Contributions:

| | |
|---|---|
| 1981-85 | Board of Directors, The Harvard Public Interest Health Foundation |
| 1982-83 | Director, Curriculum Development Project in social medicine, The Aga Khan Medical College, Karachi, Pakistan |
| 1982-88 | Consultant in geriatric medicine and epidemiology, The Greater New York Blood Program |
| 1983-91 | Physician advisor and program evaluator (geriatric pharmacology and policy), American Association of Retired Persons |
| 1985-86 | Expert Panel on Prescription Drug Use, Blue Cross of Massachusetts |
| 1988-89 | Member, Massachusetts Drug Formulary Commission |

4

| | |
|---|---|
| 1988-90 | Advisor to the Inspector General, U.S. Department of Health and Human Services, on drug coverage and quality assurance in federal programs |
| 1989-1994 | Clinical Director, Optimal Therapeutics Program, Blue Cross-Blue Shield of Massachusetts |
| 1992 | Advisor to President Clinton's transition team on prescription medication policy |
| 1997-1998 | Chair, National Collaborative on Improving Prescribing Practices, Institute for Healthcare Improvement |
| 1997-2000 | Co-Founder and Board of Directors member, The Ad Hoc Committee to Defend Health Care [Massachusetts] |
| 1999-2000 | Steering committee, Massachusetts Citizens' Initiative Petition to Reform Health Care |
| 2000-2001 | Expert Advisor on antibiotic prescribing and bacterial resistance, World Health Organization (WHO) Global Strategy for Containment of Antimicrobial Resistance |
| 2001-present | Member, Technical Advisory Group, State of Pennsylvania Department of Aging, Pharmaceutical Assistance Contract for the Elderly |

Editorial Boards and Editorships:

| | |
|---|---|
| 1981-84 | Journal of Gerontology (Editorial Board) |
| 1990-99 | UPDATE, A Quarterly Review of Geriatric Pharmacology (Editor) |
| 1992-1996 | Journal of Gerontology (Associate Editor, Clinical Medicine) |

Journal Reviewer:

| | |
|---|---|
| 1985-present | New England Journal of Medicine (ad hoc reviewer) |
| 1987-present | Journal of the American Medical Association (ad hoc reviewer) |

Awards and Honors:

| | |
|---|---|
| 2002: | Highly Cited Researcher: Identified by Institute for Scientific Information based on Medline citations as one of the most frequently cited investigators within the category of Social Science and Medicine during the period 1981 – 1999 (top one-half of 1% of all published researchers). |

## TEACHING, CLINICAL, AND RESEARCH CONTRIBUTIONS

With accelerating progress in new drug development and rising pressures to contain the costs of health care, educating physicians about appropriate prescribing decisions has become increasingly important. The focus of my work has been on defining patterns of medication use by physicians and patients; quantifying the benefits, risks, and costs of specific drugs to help build an evidence-base for rational prescribing; and developing, implementing, and rigorously testing innovative educational approaches to improve prescribing practices.

I have addressed these problems in several complementary ways, including: (1.) creating new approaches to teaching physicians about optimal drug use, and then testing these approaches in randomized controlled multi-site studies; (2.) developing new methods for computer-assisted analysis of large population databases to measure patterns and predictors of physician prescribing practices, as well as to study adverse drug events and patient non-compliance; (3.) measuring the effect of changes in reimbursement policies on physician prescribing and patient outcomes; and (4.) conducting cost-effectiveness analyses of specific medications. Together, these studies have resulted in new ways to improve drug use and clinical outcomes. Programs based on this work have been implemented locally, nationally, and internationally.

One method I developed, known as "academic detailing," uses medical-school-based educational outreach to improve physician prescribing and reduce drug use that is not pharmacologically optimal or cost-effective. This intervention merges evidence-based analysis of appropriate drug use with the effective adult-learning and behavior-change strategies that have been used by pharmaceutical companies to change physicians' prescribing practices. My colleagues and I have evaluated its effectiveness in several randomized controlled trials involving physicians in primary care practice in four states, doctors and other caregivers in nursing homes, general practitioners in Europe, and house officers at the BWH. These studies have shown that the approach is effective in educating clinicians about rational prescribing and improving medication use. My work in this area has been a synthesis of teaching and research. It has now been widely replicated and adopted by large health care systems, drug benefit managers, governmental health services in Great Britain, Canada, and Australia, and in the developing world.

Teaching has been a central focus of my career since my first year as a student at HMS, when I developed a student-initiated course in some of these areas, described below. In the more than 30 years since I have worked in several domains to develop teaching programs at HMS and its affiliated institutions. I created new courses on health care delivery at Harvard College (medical sociology; aging and society), the Harvard School of Public Health (geriatrics and health policy), and HMS (forerunners to the "Patient-Doctor" and "Clinical Commons" courses). I continue to teach at HMS (pharmacology, geriatrics), HSPH (epidemiology), the Harvard Program in Clinical Effectiveness (health policy, pharmaco-epidemiology), and BWH (while serving as Attending Physician on the General Medicine Service and as described further below).

In 1998 my teaching, clinical, and research activities came together when I was asked to establish a Division of Pharmacoepidemiology and Pharmacoeconomics within the Department

6

of Medicine at BWH. In this role, I developed several new programs to teach physicians and medical students about appropriate and cost-effective prescribing, including: (1.) implementing a new curriculum of lectures and monthly teaching rounds for interns and residents on proper medication use and drug cost-effectiveness analysis; (2.) using the hospital's automated order-entry system to produce interactive computer guidelines that improve drug use decisions at the time they are being made; (3.) establishing and editing a new series of publications to teach house officers and medical students about evidence-based medication choices; (4.) developing a program that supports fellows in Infectious Diseases to serve as "academic detailers" who are deployed to provide "just-in-time" education when problematic antibiotic orders are written; (5.) creating a new system for evaluating the benefits, risks, and costs of drugs proposed for hospital formulary inclusion; (6.) conducting epidemiologically rigorous assessment of current in-patient drug use practices and identifying areas in need of educational intervention. The Division is coming to be viewed as a model for integrating evidence-based medication use and cost-effective prescribing into the teaching programs and clinical activities of academic departments of medicine.

**SELECTED FUNDING INFORMATION:**

**National Institutes of Health:**

| | | |
|---|---|---|
| 1979-1981 | NIH / NCHSR / R01 | PI |
| | Demarketing and administrative strategies in drug prescribing. | |
| 1983-1985 | NIH / AHCPR / R01 | PI |
| | Analysis of a successful strategy to improve prescribing. | |
| 1985-1990 | NIH / AHCPR / R01 | PI |
| | Improving the accuracy of transfusion decisionmaking. | |
| 1986-1988 | NIH / NIA / R01 | PI |
| | Medication use as a risk factor for falls in the elderly. | |
| 1986-1988 | NIH / AHCPR / R01 | Co-Investigator |
| | Impact of payment restrictions on physician decisions. | |
| 1986-1988 | NIH / NIMH / R01 | PI |
| | Staff expectation as a mediator of functional status in nursing homes. | |
| 1988-1991 | NIH / FDA / R01 | PI |
| | Population-based surveillance of adverse drug reactions. | |
| 1988-1991 | NIH / AHCPR / R01 | Co-Investigator |
| | Unintended outcomes of health care cost containment. | |
| 1989-1991 | NIH / NEI / R01 | PI |
| | Epidemiology of topical beta-blocker side effects in elderly. | |
| 1990-1995 | NIH / NIA / P01 | Project Director |
| | Geriatric Research and Training Center: Data Management and Epidemiology Core. | |
| 1992-1993 | NIH / NIA / RO1 | PI |
| | Drug-induced parkinsonian symptoms. | |
| 1994-1995 | NIH / NIA / PO1 | Co-Investigator |
| | Geriatric Research and Training Center-Research & Development Core: Effects of benzodiazepine and other CNS-active drugs on hospitalized patients. | |

8

| 1993-1997 | NIH / NIA / R01<br>Missing and mismeasured data in studies of the elderly. | Co-Investigator |
|---|---|---|
| 1994-1998 | NIH / NIA / K08<br>Clinical Investigator Award; Antihypertensives and the elderly.<br>(M. Monane, M.D., M.P.H.) | Sponsor |
| 1995-1996 | NIH / NIA / PO1<br>Older Americans Independence Center-Research & Development Core:<br>Clinical trial of outcomes of anti-hypertensive medication reduction. | Co-Investigator |
| 1995-1999 | NIH / NIA / T32<br>Training program in epidemiologic research on aging. | Co-Program Director |
| 1996-1998 | NIH / AHCPR / R01<br>Prevention of adverse drug effects in the nursing home setting. | Co-PI |
| 1996-1999 | NIH / NIDA / R01<br>Risky geriatric benzodiazepine use: Predictors and trends. | PI |
| 1996-1999 | NIH / AHCPR / R01<br>Nephrologist care and outcomes in renal insufficiency. | PI |
| 1991-1996 | NIH / NIA / K08<br>Clinical Investigator Award; Drug-induced illness in the elderly: NSAIDs<br>as a model. (J. Gurwitz, M.D.) | Sponsor |
| 1999-2004 | NIH / NIMH / KO1<br>Clinical Investigator Award:  Appropriateness and compliance in<br>depression treatment (P. Wang, M.D., Dr.P.H.). | Sponsor |
| 2000-2004 | NIH / NIA / T32<br>Training Program in Epidemiologic Research on Aging. | Program co-Director |
| 2000-2002 | NIH / AHRQ / RO1<br>Consequences of drug cost-sharing in the elderly. | co-Investigator |
| 2000-2001 | NIH / NIA / RO3<br>Drugs and aging: Demographic, clinical, and cost data. | PI |
| 2000-2001 | NIH / NIA / RO1<br>Evaluating drug benefit policy changes in geriatric practice. | co-PI |
| 2002-2006 | NIH / NIMH / R01<br>Outreach and treatment for depression in the labor force  (subcontract) | PI |

| 2002-2005 | NIH / NIA / R01 | co-PI |
|---|---|---|

Medication use, comorbidity, and outcomes in older people.

| 2002-2007 | NIH / NIAMS / K 23 | sponsor |
|---|---|---|

A randomized, controlled trial of an intervention to improve the management of osteoporosis. (Dan Solomon, M.D., M.P.H.)

| 2002-2005 | NIH / NIDA / R01 | co-PI |
|---|---|---|

Pain medication use and risk factors for opioid dependency

| 2002 – 2004 | NIH / NIAMS / R55 | co-PI |
|---|---|---|

Why is cardiac risk increased in rheumatoid arthritis?

| 2003 - 2007 | NIH / NIA / RO1 | co-PI |
|---|---|---|

Effects of income-based drug charges on older patients

| 2003 – 2007 | NIH / AHRQ / RO1 | co-PI |
|---|---|---|

Consequences of drug cost sharing: A new randomized trial

## Other Federal Support:

| 1978-1980 | Administration on Aging | Program Director |
|---|---|---|

Curriculum development in aging and public health

| 1984-1985 | HCFA | Co-Investigator |
|---|---|---|

Economic and clinical consequences of three drug cost containment strategies in Medicaid.

| 1985-1987 | Veterans Administration | Co-Investigator |
|---|---|---|

Central nervous system effects of beta-blockade in the elderly.

| 1988-1991 | Veterans Administration | Co-Investigator |
|---|---|---|

Systemic effects of beta-blocking medications used for glaucoma.

## Foundation Support:

| 1982 | Robert Wood Johnson Foundation | PI |
|---|---|---|

Medication-induced disability: Its nature, extent and prevention.

| 1982-1984 | Blue Cross of Massachusetts Foundation | PI |
|---|---|---|

Preventing inappropriate medication use in hospitals: A demonstration.

| | | |
|---|---|---|
| 1983-1984 | AARP-Andrus Foundation<br>Clinical effects of medication use in the elderly. | PI |
| 1983-1986 | The Commonwealth Fund<br>Diagnosis and drug treatment of incontinence in the elderly: Epidemiology<br>and health services research. | Project Director |
| 1985-1988 | John A. Hartford Foundation<br>Clinical and economic consequences of improving the use of medications<br>in nursing homes. | PI |
| 1988-1991 | John A. Hartford Foundation<br>Medications and aging: Research and education in geriatric pharmacology. | PI |
| 1988-1995 | American Federation for Aging Research<br>Fellowship program in geriatric clinical pharmacology. | Program Director |
| 1992-1993 | John A. Hartford Foundation<br>Improving medication use in the nation's elderly. | PI |
| 1998-2000 | The Medical Foundation<br>Faculty development award in clinical epidemiology<br>(E. Knight, M.D., M.P.H.). | Sponsor |
| 2002 – 2007 | The Arthritis Foundation<br>Improving osteoporosis care: Development and randomized controlled<br>testing of patient and physician educational interventions | co-PI |
| 2003 – 2007 | The Arthritis Foundation<br>Biologic therapies and DMARDs in rheumatoid arthritis:  Ensuring their<br>safe and appropriate use | co-PI |

**Other Support:**

| | | |
|---|---|---|
| 1989-1991 | Alcon Laboratories<br>Population-based study of adverse systemic effects in patients treated for<br>glaucoma. | PI |
| 1989-1992 | Ocean Spray Cranberries<br>Prevention of urinary tract infections in nursing home residents. | PI |
| 1992-1993 | Johnson & Johnson - Merck<br>Clinical and policy analysis of over-the-counter use of histamine<br>antagonists. | PI |

11

| 1993 | Kabi Pharmacia | PI |
| | Cost-effectiveness of thrombolytic therapy in acute myocardial infarction. | |

| 1993 | Armour Pharmaceuticals | PI |
| | Cost-effectiveness analysis of prophylactic treatment for hemophilia. | |

| 1995 | Dupont | Co-Investigator |
| | Risk management issues in medication use in the elderly. | |

| 1993-1997 | Ocean Spray Cranberries | PI |
| | Preventing recurrent urinary tract infections. | |

| 1994-1997 | American Heart Association | Preceptor |
| | Patterns and outcomes of antihypertensive therapy in the elderly. | |

| 1996-1997 | Searle | PI |
| | Health care utilization among NSAID users. | |

| 1996-1999 | Bristol-Myers Squibb | PI |
| | Hypertension and medication use: Defining the patient's perspective. | |

| 1996-1999 | Baxter International | PI |
| | Cost of inhibitor development in hemophilia. | |

| 1997-1999 | Eli Lilly | PI |
| | Racial differences in antidepressant use. | |

| 1997-2000 | Bristol-Meyers Squibb | PI |
| | Cardiac functional status and health care utilization following thrombolysis for acute myocardial infarction. | |

| 1997-2003 | Bristol-Meyers Squibb | PI |
| | Pravastatin as primary prevention in elderly subjects: cost-effectiveness analysis and outcomes research. | |

| 1999-2000 | Speywood Pharmaceuticals | PI |
| | A pharmacoeconomic analysis of the treatment of patients with inhibitors to factor VIII. | |

| 1999-2000 | Pharmacia | PI |
| | Adverse cardiac and CNS effects of anticholinergic drugs used for incontinence in the elderly. | |

| 2000-2001 | Pharmacia | PI |
| | Excessive sedation and accidents in patients with Parkinson's Disease. | |

| 2001-2002 | Pfizer | co-PI |
|---|---|---|

Epidemiology of COX-2 inhibitor use and hypertension

| 2001-2002 | Novo-Nordisk | PI |
|---|---|---|

Cost-effectiveness analysis of recombinant factor VII in the treatment of bleeding disorders.

| 2001-2002 | Pfizer | PI |
|---|---|---|

Adverse events in hospitalized patients receiving systemic anti-fungal medication.

| 2002-2004 | Merck | co-PI |
|---|---|---|

Risk of acute myocardial infarction in patients taking COX-2 inhibitors and conventional NSAIDs.

| 2003 -- 2006 | GlaxoSmithKline | PI |
|---|---|---|

Post-marketing surveillance and risk management of alosetron in older patients.

## REPORT OF TEACHING:

### Harvard College

1972-1974    Tutor in Medical Sociology (Social Relations)

In collaboration with Paul Starr (then a graduate student in sociology at Harvard), developed a new offering for Harvard college students in the Social Relations Program. Topics covered included the social and political organization of the health care delivery system, the sick role, and the aging patient.

*8 undergraduates; 3 hours/week preparation, 3 contact hours/week*

1979-1980    Our Future Selves: Aging in Society

While director of the Division of Geriatrics at the Harvard School of Public Health (see below), developed and taught a new course for Harvard and Radcliffe undergraduates dealing with the social, cultural, and political aspects of aging in western societies.

*15-20 undergraduates; 2 hours/week preparation, 2 contact hours/week*

### Harvard Medical School

1969-1971    Course director, student-initiated Curriculum in Social Medicine

As an HMS I student, developed a first-year course to introduce students to aspects of medicine which were not at that time covered in the HMS curriculum. Topics covered included health economics and policy, epidemiology, medical ethics, and legal medicine. Lectures by visiting faculty were coordinated with the biomedical content of the curriculum; course became integrated into the standard HMS I "core" curriculum.

*175 medical students; 2 hours/week preparation, 1 contact hour/week*

A second course, offered in the HMS II year in conjunction with the introduction to clinical medicine course, covered aspects of patient care and the doctor-patient relationship that were not part of the standard ICM curriculum. These included lectures by visiting faculty on physician-patient communication, alcoholism and drug abuse, human sexuality, and death and dying.

*30 medical students; 2 hours/week preparation, 1Ⅱ contact hours/week*

1977-1980    Preventive and Social Medicine 724a.0: Social Theory, Human Values, and their Relation to Medical Care

14

Designed and taught this introductory course, which for several years was the main introductory course in the Department of Preventive and Social Medicine at HMS.  Topics covered included: health policy, culture and disease, history of medicine, and societal aspects of medication use.

*25 medical students; 4 hours/week preparation, 2 contact hours/week*

1983-1984    Member, New Pathway Life Cycle Curriculum Design Group

1983-1984    Member, New Pathway Educational Methods Committee

1985-present Annual teaching in the Division on Aging Continuing Medical Education course in geriatric medicine (pharmacotherapy in the elderly)

*200-300 practicing physicians; 1 hour preparation, 1 contact hour annually*

1996- 2001   Core lecture to HMS I on Geriatric Medicine

*100-150 medical students; 1 hour preparation, 1.5  contact hours annually*

1996- 2002   Core lecture to HMS III on Appropriate Prescribing (Patient-Doctor III)

*100-150 medical students; 1 hour presentation; 1.5 contact hours annually*

1998- 2002   Member, Subcommittee on Evidence-Based Medicine and Therapeutics

1998-present Lecture on Geriatric Pharmacology in HMS I Principles of Pharmacology course

*100-150 medical students; 3 hours preparation, 1 contact hour [nominated as best lecture in course]*

2002-   .       Day-long module on pharmaco-epidemiology and pharmacoeconomics in new course, "Pharmacology for the Clinical Investigator."

*40 clinical and research fellows; 8 hours preparation, 7 contact hours*

**Harvard School of Public Health**

1979-1981     Health Policy and Management 213a, Issues in Geriatric Health Care

In developing the Division of Geriatrics at HSPH, established a curriculum on health care for the elderly for the Department of Health Policy and Management.  This course provided an

overview of the impact of changing demography on the age distribution and health care needs of the population, and an introduction to aspects of health policy most relevant to care of the elderly (Medicaid, Medicare, long-term care, etc.).

*10-25 graduate students; 4 hours/week preparation, 2 contact hours/week*

1979-1980        Health Policy and Management 214b, Ethics and Geriatric Policy

Developed and taught this course with Professor Norman Daniels of the Philosophy Department at Tufts University. It addressed the ethical issues surrounding care of the elderly, including: determination of competency to refuse care, the "right to die," informed consent in a demented patient, ethical aspects of benefit-cost analysis and cost-containment, and intergenerational distribution of health care resources.

*8-12 graduate students; 3 hours/week preparation, 2 contact hours/week*

1978-80    Director, Geriatric Curriculum Development Project, Harvard School of Public Health

Was responsible for the conceptualization, development and dissemination of a series of free-standing case studies to bring concepts in geriatric care into the curricula of schools of public health and medicine in the U.S. Working with faculty and staff at HSPH, prepared case studies on issues including hospice care, quality-based reimbursement incentives, epidemiologic and economic aspects of screening for disease in the elderly, geriatric foster care programs, the role of the courts in maintaining quality standards in nursing homes, use of nurse-practitioners in geriatric delivery systems, mental health coverage under Medicare, and quality assurance in prescribing for the elderly.

1994-1996        Health Policy and Management 267c: Health and Medical Care in an Aging Population

Overview of geriatrics and health care delivery (developed and taught with Drs. John Delfs and Mark Monane) covering policy issues in Medicare and Medicaid, nursing home regulation, capitation, demographic changes, and pharmaco-epidemiology. Course received a "perfect" evaluation by students in 1995-96 academic year.

*7-22 graduate students; 1 hour/week preparation, 2 contact hours/week*

2000-present   Epidemiology of Aging

Quantitative analysis of patterns of medication use, effectiveness, and adverse events in the elderly.

*14 – 20 graduate students; 1 hour preparation, 2 contact hours*

16

2001-present   Epidemiology 235d. Health Services Epidemiology

> Application of epidemiologic methods to health services research and to intervention trials designed to improve the quality of physician prescribing practices.

> *14-20 graduate students; 1 hour preparation, 2 contact hours. [Lecture received highest student evaluation in course]*

## Beth Israel Hospital

1978-1982      Preventive and Social Medicine 724b.0: The Doctor-Patient Relationship

> An extension of the earlier student-initiated course designed to supplement the HMS Introduction to Clinical Medicine curriculum, this course became a required component of ICM for all students taking this rotation at the Beth Israel Hospital. Prepared and delivered lectures on topics including compliance, confidentiality, the clinical interview, care of the elderly patient, and functioning as part of a health care team. The course was consistently one of the highest-rated components of Beth Israel ICM course. Many aspects of this course were later integrated into the New Pathway curriculum at HMS.

> *20-30 medical students; 3 hours/week preparation, 1 hour/week contact time*

1982-1992      Director, Beth Israel Hospital Drug Information Program

> Established and led a program for assembling and disseminating current information on selected topics in drug therapy. Brief monographs were prepared with BI faculty covering the indications for and rationale use of clindamycin, histamine antagonists, vancomycin, cefazolin, triazolam, metronidazole, and other drugs. Also developed a new structured antibiotic order form to improve the prescribing of parenteral antibiotic therapy throughout the hospital. The effect of this intervention was tested in a time-series analysis (see reference 19 in bibliography); form has been replicated in numerous institutions throughout the country.

## Brigham and Women's Hospital

1992-present   Director, Medication Education and Management Program (1992-1997) / Director of educational activities of the Division of Pharmacoepidemiology and Pharmacoeconomics (1998 – present)

> On coming to BWH I established a program to educate house officers, fellows, and attending physicians on evidence-based and cost-effective pharmacotherapy. Through work with local clinical experts, the program assesses new drugs proposed for formulary inclusion, develops guidelines for medication use, and prepares educational materials to explain the

17

pharmacology, pathophysiology, and clinical trial evidence behind these recommendations. Since 1998, this work has continued through the Division of Pharmacoepidemiology and Pharmacoeconomics. Monographs have been produced on: diltiazam for tachyarrhythmia; indications for histamine$_2$ receptor antagonists; ketorolac in post-operative analgesia; neuromuscular blocking agents in intensive care; and proper use of second and third generation cephalosporins. I also developed and edit a series of original eduational materials for house officers and staff on current topics in pharmacotherapy; a complete list of the 20 titles developed so far appears at the end of the bibliography. These are distributed to house officers and faculty throughout the hospital and are also disseminated electronically on the Partners Handbook.

In addition, my Division is helps develop the content and implementation of drug-related order entry components in the hospital's on-line order entry system. Computer-based drug interventions have included guidelines on: human growth hormone use in surgical or burn patients; third generation cephalosporins; age-specific dosing for psychoactive medications; intravenous proton-pump inhibitors; COX-2 nonsteroidal anti-inflammatory drugs; fluoroquinolone antibiotics; granulocyte colonoy-stimulating factor; and activated protein C (drotrecogin alfa). Other order-entry work has developed, implemented, and evaluated a set of algorithms to convert intravenous medications to oral use when clinically appropriate for drugs with high bioavailability.

With the Infectious Diseases Division, we developed and periodically update new guidelines for antibiotic use which are disseminated hospital-wide and are also electronically. In 2003, a new program was begun with the BWH Hospitalist Service in which my Division takes responsibility once each month for the combined attending rounds of the four General Medicine Service teams and provides case-specific teaching about a selected topic on appropriate medication use.

1993-present     Annual lectures to house officers on topics in pharmacology

*25-35 house officers per year, 1.0 hour preparation, 1 contact hour annually*

1995-present     Faculty, Evidence-Based Medicine Journal Club

*20-25 house officers, 6 hours preparation, 2-3 contact hours annually*

1996-present     Approach to the Geriatric Patient, Introduction to Clinical Medicine course

*30-40 medical students; 1 hour preparation, 1-2 contact hours annually*

1996-2000        Core faculty, Epidemiology course, Clinical Effectiveness Program

*30-40 fellows and junior faculty per year; 2-3 hours preparation, 16 contact hours/year*

1996-present     Lectures on pharmacoepidemiology, and on health policy and drug use, Clinical Effectiveness Program

*70-90 fellows and junior faculty per year, 3 hours preparation, 4 contact hours annually*

1998-present     Developed lecture series for house officers on rational prescribing and cost-effectiveness analysis.

1999-present     Oversaw design, implementation, and evaluation of academic detailing program to reduce excessive use of broad-spectrum antibiotics in Department of Medicine; the effectiveness of this new program was documented in radomized controlled trial published in *Archives of Internal Medicine* in 2001 (see bibliography). The program has now been implemented on an ongoing, operational basis as an innovative peer-education program. It employs senior residents trained by our Division with input from Infectious Disease consultants, using case-based educational outreach to target inappropriate antibiotic orders as soon as they are written.

## Advisory and supervisory responsibilities

1977-1992 Clinical supervision of medical students, house officers, and fellows in general internal medicine and geriatrics, Beth Israel Hospital

*3-5 medical students, 4-6 house officers, 0-1 fellow per year*

1977-1997 Annual precepting of HMS Introduction to Clinical Medicine students on history and physical examination, with emphasis on the geriatric patient

*3-5 medical students; 2 contact hours per year*

1980-present   Dissertation supervision for Harvard doctoral students:

Health Policy and Management Department, HSPH: *5 doctoral students*

Epidemiology Department, HSPH: *2 doctoral students, 4 post-doctoral students*

Harvard University joint M.D.-Ph.D. program: *2 doctoral students*

1983-1998     Harvard Fellowship Program in Geriatric Medicine

*served as primary research mentor for 8 fellows*

1988-1989     Preceptor for Patient-Doctor component of New Pathway curriculum

*6 medical students; 2 hours/week preparation, 2 contact hours/week*

19

1992-present   Supervision of medical students, house officers, and fellows as attending
       physician on general medicine service, Brigham and Women's Hospital

   *1-2 medical students and 3-5 house officers, one month per year*

1992-1997   Supervision of fellows on geriatric consultation service, BWH

   *1 fellow, 1-3 months per year*

1993-present   Brigham and Women's Hospital, medical residency program:
       direct one-on-one research supervision of senior medical residents during 4-6
       month research rotation

   *2 residents each year for 4-6 months each; 3-6  contact hours per week throughout year*

1996-1998   Faculty preceptor, General Medicine Division, Brigham and Women's Hospital

   *Supervised 3-4 house officers per session once a week, 2-3 months/year*

1997-1998   Faculty advisor, Castle Society, Harvard Medical School

## ADVISEES AND TRAINEES (partial list):

| Trainee name, years | Research topic | Current position |
| --- | --- | --- |
| Stephen Soumerai, Sc.D. Predoctoral/Postdoctoral 1979-92 | Improving prescribing practices; pharmaceutical health policy | Professor of Ambulatory Care and Prevention, HMS |
| Daniel Everitt, M.D. Postdoctoral 1983-86 | Geriatric pharmacology | Director, Clinical Research, SmithKline Beecham Pharmaceuticals |
| May Reed, M.D. Predoctoral 1983-86 | Geriatrics; health services research | Associate Professor of Medicine, University of Washington, Seattle |
| Lee Learman, M.D., Ph.D. Predoctoral 1983-87 | The effect of expectations on clinical outcomes | Assistant Professor of Obstetrics, Gynecology and Reproductive Sciences, UCSF |
| Lawrence Cohen, M.D., Ph.D. Predoctoral 1984-88 | Cross-cultural definitions of dementia | Professor of Medical Anthropology, University of California, Berkeley |
| Mark Beers, M.D. Postdoctoral 1985-87 | Geriatric pharmacology | Executive Director of Geriatrics, Merck & Co.; Editor-in-Chief, The Merck Manuals |
| Susanne Salem-Schatz, Sc.D. Predoctoral/Postdoctoral 1985-90 | Health services research; clinical decisionmaking | Assistant Professor of Medicine, HMS, CHMC |
| Roselie Bright, Sc.D. Predoctoral/Postdoctoral 1986-89 | Pharmacoepidemiology | Epidemiologist, Center for Devices, Food and Drug Administration |
| Jerry Gurwitz, M.D. Postdoctoral 1986-96 | Adverse drug effects in the elderly | Professor of Medicine, U. Mass. Medical School; Director, Meyers Primary Care Research Institute |
| Paul Campbell, Sc.D. Predoctoral 1986-87 | The role of hospital management in altering physician practice patterns | Lecturer on Management, Department of Health Policy & Management, Harvard School of Public Health |
| Tom McLaughlin, Sc.D. Predoctoral 1986-88 | Diffusion of innovation in new drug technologies | Assistant Professor, Ambulatory Care and Prevention, HMS |
| Mark Monane, M.D., M.S. Postdoctoral 1989-96 | Adverse drug effects and compliance | Director of Geriatric Medication Management, Merck-Medco |

21

| Susan Kalish, M.D., M.P.H.<br>Postdoctoral<br>1992-95 | Cost-effectiveness analysis of medications | Assistant Professor of Medicine, Boston University Medical School |
|---|---|---|
| Rhonda Bohn, Sc.D.<br>Predoctoral<br>1991-2000 | Pharmacoepidemiology, cost-effectiveness analysis | Instructor in Medicine, BWH/HMS |
| Daniel Solomon, M.D., M.P.H.<br>Postdoctoral<br>1994-present | Health care technology assessment | Assistant Professor of Medicine, BWH/HMS |
| Carole Flamm, M.D.<br>Postdoctoral<br>1994-96 | Cost-effectiveness of neuro-imaging studies in dementia and stroke | Senior Consultant, Technology Evaluation Center, Blue Cross-Blue Shield Association |
| Philip Wang, M.D., Dr.P.H.<br>Postdoctoral<br>1994-present | Utilization and side effects of psychoactive medications | Assistant Professor of Medicine, BWH/HMS |
| Johanne Monette, M.D., M.S.<br>Postdoctoral<br>1994-96 | Cross-national comparisons of drug utilization and outcomes | Assistant Professor of Medicine, McGill University |
| Cynthia X. Pan, M.D.<br>Postdoctoral<br>1996-97 | Racial differences in medication use and outcomes | Assistant Professor of Medicine, Mount Sinai Medical School |
| Eric Knight, M.D., M.P.H.<br>Postdoctoral<br>1997-99 | Epidemiology and outcomes of cardiovascular drug use in the elderly | Instructor in Medicine, Harvard Medical School |
| Minalkumar Patel, M.D.<br>Postdoctoral<br>1997-2001 | Cost-effectiveness analysis of medications | Chief Medical Director for Quality Management, Blue Cross and Blue Shield of New Jersey |
| Anick BÜrard, Ph.D.<br>Postdoctoral<br>1998-2000 | Use and outcomes of drugs in rheumatology | Assistant Professor of Epidemiology, University of Montreäl |
| David Ganz<br>Predoctoral<br>1998-2001 | Decision analytic studies of therapeutic choices in cardiovascular disease | Fellow in Geriatric Medicine, UCLA (graduated HMS with honors based on research with JA) |
| Joshua Benner, Pharm.D., Sc.D.<br>Postdoctoral<br>1999-2002 | Cost-effectiveness of and compliance with medications | Director of Health Economics, ValueMedics Research, Inc. |
| Wolfgang Winkelmayer, M.D., Sc.D.<br>Postdoctoral<br>2000-present | Clinical outcomes in patients with end-stage renal disease | Instructor in Medicine, BWH / HMS |

22

| | | |
|---|---|---|
| Michael Fischer, M.D.<br>Postdoctoral<br>1999-present | Improving house officer prescribing; adverse effects of antihypertensives | Instructor in Medicine, BWH / HMS |
| Sebastian Schneeweiss, M.D., Sc.D.<br>Postdoctoral<br>2000-present | Health service utilization and clinical effects of changes in drug reimbursement policies | Assistant Professor of Medicine, BWH / HMS |
| Charles Morris, M..D.<br>Postdoctoral<br>2001-present | Exclusion of elderly from clinical trials; education for appropriate prescribing | Instructor in Medicine, BWH / HMS |
| Yuka Kiyota, M.D., M.P.H.<br>Postdoctoral<br>2001-2002 | Adverse effects of antifungal agents and of antiparkinsonian medications | House officer and clinical fellow, Yale Medical School |

## BRIEF DESCRIPTION OF SELECTED REFERENCES

**Avorn J, Soumerai SB.  Improving drug-therapy decisions through educational outreach:  A randomized controlled trial of academically based "detailing."  N Engl J Med 1983; 308:1457-1463.**

This paper represents the first publication of the approach I developed that used a new kind of educational outreach to teach physicians how to improve their drug-use decisions. It was based on the observation that advocates of data-driven, appropriate medication use generally did not communicate proactively or compellingly with typical practitioners.  By contrast, pharmaceutical manufacturers were very effective in changing physicians' behavior, but did so primarily to promote particular products.  I hypothesized that prescribing could be improved by adapting the effective behavior-change approach of the private sector and using it instead to disseminate instruction about evidence-based therapeutics.  Shortly after completion of my residency, I formulated this approach in my first RO1 application and submitted it to what was then the National Center for Health Services Research (later AHCPR/AHRQ).  The grant was funded, and as the project grew I hired Stephen Soumerai, then a master's degree student at HSPH, to work with me on the project.

The intervention was tested in a randomized trial involving 435 physicians in four states, and sought to reduce mis-use of three drug groups: antibiotics used for viral infections, ineffective cerebral and peripheral "vasodilators," and propoxyphene (Darvon)-containing analgesics. Physicians randomized to the experimental intervention were visited in their offices by pharmacists whom we trained in the pharmacology of the target drug groups as well as in behavior-change strategies, adult learning theory, and social marketing concepts. Actual prescribing practices were tracked through analysis of each state's Medicaid paid claims tapes for the prescriptions written by each physician in the experimental and control groups.

The trial demonstrated significant reductions in inappropriate prescribing by the doctors randomized to the experimental group, using an intention-to-treat analysis. It has often been cited as one of the first studies to use a rigorous trial design to measure the impact of a medical education intervention on so large a scale. In a formal benefit-cost analysis (ref. 9) we further showed that the approach saved twice as much as it cost to implement. The intervention, which I named "academic detailing," is now in widespread use in the U.S., Europe, and the developing world.  It has spawned a substantial literature of its own which demonstrated its effectiveness in many clinical situations in a wide variety of health care systems. The Cochrane Collaborative now maintains an ongoing evidence-based review of the literature describing such programs, which it terms "educational outreach visits."

**Avorn J, Soumerai SB, Taylor W, Wessels M, Janousek J, Weiner M.  Reduction of incorrect antibiotic use through a structured antibiotic order form.  Arch Int Med 1988; 148:1720-1724.**

In the mid-1980s, I established an educational program at the Beth Israel Hospital to improve medication use there. This paper reports on the component of that work aimed at teaching physicians to prescribe antibiotics more appropriately. The goal was to provide physicians with real-time feedback to guide prescribing decisions *before* a problematic drug order had been entered, a precursor to today's computerized order-entry systems.  I developed a quasi-"interactive" paper-based structured order form for antibiotics. When a drug was chosen, the form provided the ordering physician with prompts concerning pharmacokinetics and dosages, as well as educational messages about appropriate use.  These were modified periodically to reflect changing resistance patterns and new areas of problematic antibiotic utilization at the hospital.  Using interrupted time-series analysis, we demonstrated that the introduction of the form significantly improved use of targeted antibiotics, and also resulted in substantial cost savings. A follow-up study documented that the improved antibiotic prescribing that resulted was not associated with any adverse clinical outcomes.  This approach has since been adopted in a number of other hospitals throughout the country.

**Avorn J, Dreyer P, Connelly K, Soumerai SB.  Use of psychoactive medication and the quality of care in rest homes:  Findings and policy implications of a state-wide study.  N Engl J Med 1989; 320:227-32.**

Effective approaches to improve medication use require rigorous definition of how drugs are used in a given setting. The problem of suboptimal drug use in elderly patients has been a central theme of my research and educational activities. Throughout the 1980s, board-and-care facilities in Massachusetts ("rest homes") increasingly came to care for two particularly vulnerable populations: frail elderly affected by the shortage of nursing home beds, and de-institutionalized patients with chronic mental illness who lacked community-based alternatives for care. More and more of these people were being housed in board-and-care facilities that had not been designed and were not being reimbursed to care for such complex residents. Little was known about the quality of medication use or the training needs of staff in these homes. To define this problem more clearly and lay the groundwork for policy changes, I developed a state-wide educational assessment that was implemented with the help of the Massachusetts Department of Public Health. We performed a population-based evaluation of the knowledge of staff concerning the medications they were administering. Our study documented that psychoactive drugs were being dispensed, and patients evaluated, by caretakers who had minimal understanding of safe or appropriate drug use.  The findings of this survey helped bring about changes in state policies that mandated higher educational and regulatory standards in facilities caring for these vulnerable residents.

**Soumerai SB, Ross-Degnan D, Avorn J, McLaughlin TJ.  Effects of Medicaid drug-payment limits on admission to hospitals and nursing homes.  N Engl J Med 1991; 325:1072-1077.**

In an attempt to contain costs, for an 11-month period the New Hampshire Medicaid program limited all Medicaid recipients to a maximum of three prescriptions per month. The program was carried out solely through quotas and rationing, with no education about cost-effectiveness or other evidence-driven guides to prescribing. Assessment of this policy was taken on by Dr. Soumerai and other faculty in my research unit; in an earlier NEJM paper (ref. 17) we had demonstrated the negative impact of this "cap" on physicians' ability to prescribe appropriately for their chronically ill indigent patients.

In this paper, we documented the consequences of such rationing on physician prescribing, by measuring the health care outcomes of the affected Medicaid patients in New Hampshire. We compared them with a comparable group of chronically ill patients we identified in the New Jersey Medicaid program, whose medication use was not subjected to any such cap. Using survival analysis, we showed that the New Hampshire cohort had a significantly greater rate of nursing-home institutionalization, hospital care, or death in compared to the New Jersey cohort. This pattern of differential survival ended when the cap policy was abandoned, although its effects persisted for the excess patients who reached one of these adverse endpoints in New Hampshire. The additional costs required by such institutional care offset any savings in drug expenditures that the policy generated. This paper has become one of the most often-cited studies of the adverse impact of economic constraints on drug use, and their effects on clinical status, health care utilization, and expenditures.

**Avorn J, Soumerai SB, Everitt DE, Ross-Degnan D, Beers MH, Sherman D, Salem-Schatz SR, Fields D.  A randomized trial of a program to reduce the use of psychoactive drugs in nursing homes.  N Engl J Med 1992; 327:168-173.**

Of all health care settings in which drugs are used, the nursing home has been one of the most problematic. This paper reports on my application of the "academic detailing" approach to the problem of excessive psychoactive drug use in long-term care settings. The study was designed as a randomized controlled trial; it was carried out in 12 Massachusetts nursing homes caring for 850 patients. In the institutions we randomized to the intervention group, doctors, nurses, and aides received a series of interactive educational visits, curriculum materials, lectures, and "un-advertisements" we designed. The program taught clinicians about appropriate use of sedating medications in frail elderly patients, and presented data on side effects, preferred agents if any were used, and geriatric dosing guidelines. We also provided information on alternatives to inappropriate use of benzodiazepines, neuroleptics, and hypnotics in such patients.

After we collected detailed information on all drugs prescribed in all facilities, we trained a research assistant (blinded to study design and group assignment) to assess patients in all facilities before and after the intervention period.  We showed that the intervention succeeded in significantly reducing the burden of excessive psychoactive drug use in the experimental homes compared with controls, without deterioration in the behavior of residents.  In addition, patients who had previously been taking neuroleptics performed significantly better on a detailed test of memory in the experimental homes as compared with comparable patients in the control homes.

**Avorn J, Gurwitz JH, Bohn RL, Mogun H, Monane M, Walker A. Increased incidence of levodopa therapy following metoclopramide use. JAMA 1995; 274:1780-1782.**

One of the most difficult problems in educating physicians about the use of drugs in older patients is to help them distinguish between drug side effects and the onset of a new disease process, which may then be unnecessarily treated with still other medications. I hypothesized that this might occur if the extra-pyramidal side effects of a drug such as metoclopramide (Reglan) were mistakenly attributed to new-onset idiopathic Parkinson's disease. Little previous work had been done on this question other than a clinical study we had published previously (ref. 59), and a companion study published in *The American Journal of Medicine* which quantified this problem in relation to haloperidol (ref. 65).

In the present study, I employed the relational pharmacoepidemiology database we developed to identify all patients over age 65 who began treatment with dopaminergic antiparkinsonian agents such as Sinemet (L-dopa/carbidopa). We then measured whether such treatment was initiated more frequently in metoclopramide users. Because metoclopramide (and related neuroleptics) block dopaminergic receptors in the brain, this is not an appropriate initial strategy for management of these symptoms, and strongly suggests that a misdiagnosis of idiopathic Parkinson's disease had been made. The hypothesis was confirmed with the documentation of a three-fold increase in the initiation of use of L-dopa in patients taking metoclopramide, even after controlling for potential confounders using multivariable regression techniques. The availability of detailed information on dose and duration of therapy on all prescriptions in the database also made it possible to describe a dose-response curve in this population-based study, as well as to identify specific patient risk factors associated with this form of preventable iatrogenic problem. These findings, as well as the related papers cited, were then integrated into teaching programs in geriatric pharmacology both in our own unit as well as nationally.

**Avorn J, Monette J, Lacour A, Monane M, Mogun H, Bohn RL, LeLorier J. Persistence of use of lipid-lowering medications: a cross-national study. JAMA 1998;279:1458-1462.**

Optimal prescribing requires an understanding of how well patients are adhering to the prescribed regimen, and development of methods to assess and ultimately improve such use. In earlier work (refs. 17, 34), we had demonstrated the adverse outcomes of economic restriction of such coverage. However, physicians still remain unaware of the magnitude of non-compliance among their patients even when economic constraints are absent. In this paper, we documented that even in the presence of adequate medication coverage, patients still often failed to take prescribed medications as directed. Using the case of lipid-lowering drugs, we studied the persistence of medication use among patients in three different health care contexts, each of which provided comprehensive pharmacy benefits coverage: a province-wide program in Quebec that covered all medication costs for all residents over 65, the Medicaid program of New Jersey, and that state's Pharmacy Assistance for the Aged and Disabled program, which covers drug costs for non-indigent elderly.

We found that despite marked differences in the health care financing systems of the United States and Canada, patterns of compliance were similar and equally low in both countries. Within the 12-month period studied, patients prescribed lipid-lowering drugs filled only enough medication to have drug available to them for 60% of the year on average. Compliance was significantly worse for the bile acid resins and niacin than for the HMG-CoA reductase inhibitors. When we extended followup for five years beyond the original study period, only 52% of the surviving patients who had been prescribed a lipid-lowering drug were still on therapy. In comparing the two U.S. populations, we found that even in the face of complete coverage for all prescription costs, poorer patients (those in Medicaid) were significantly more likely to have compliance problems that than less poor patients (those in the PAAD program), even after controlling for other differences in demographic and clinical characteristics between the two groups.

This work has had important implications for physician education about prescribing, as well as for health policy. First, it documented the very high level of non-compliance across multiple populations, and identified predictors of which patients are more likely to stop taking recommended therapies. This work has also become part of the current debate on medication reimbursement policy for the elderly, since it demonstrates that as important as adequate drug coverage is, other aspects of the health care delivery system must also work well (e.g., the physician-patient relationship, education programs, compliance surveillance systems) to ensure optimal medication use.

**Solomon DH, van Houten L, Glynn RJ, Baden L, Curtis K, Schrager H, Avorn J. Academic detailing to improve use of broad-spectrum antibiotics at an academic medical center. Arch Intern Med 2001; 161:1897-1902.**

Antibiotic use has long been an area in need of physician education, but suboptimal use continues to be a problem. In hospital settings, a particularly important issue is the overuse of broad-spectrum agents, which can encourage the development of bacterial resistance. With the creation of the Division of Pharmacoepidemiology and Pharmacoeconomics at BWH, I had the opportunity to further develop the educational outreach approach described above, and to apply it to a new prescribing area (inpatient antibiotic use) in a different clinical setting (the teaching hospital). With other faculty and staff in my division, we developed an algorithm that used the hospital's clinical information system that began with identification of all orders for two often-overused broad-spectrum antibiotics (ceftazidime and levofloxacin) as soon as they were written. We then developed a set of decision rules with colleagues from the Infectious Diseases Division to define situations in which such use might be inappropriate. Information on the order was then sent to an ID physician or specially trained clinical pharmacist for review of the primary medical record. If the order still appeared unnecessary, the responsible house officer was contacted for an on-the-spot interactive educational session on rational antibiotic use, usually within 24 hours of the original order. The program was modeled on my earlier "academic detailing" work (NEJM 1983 and NEJM 1992), modified for use in an academic in-patient setting.

To evaluate the effect of the intervention, we randomly allocated 17 teams on the medical services at BWH to receive the new intervention or to serve as controls. We used the hospital's computer system to track all use of the two broad-spectrum antibiotics on each service. We showed that over an 18-week study period, the services randomized to the intervention group had 41% fewer days of unnecessary antibiotic use than did the control teams (P < .001). No adverse clinical events were found. As a result of this study, this approach has been adopted for use as an ongoing quality-improvement program at BWH.

**Benner JS, Glynn RJ, Mogun H, Neumann PJ, Weinstein MC, Avorn J. Long-term persistence in use of statin therapy in elderly patients. JAMA 2002; 288:455-461.**

In a previous paper in JAMA (see above, ref. 90), we had demonstrated poor compliance with statin use among indigent patients in the U.S. and in the entire elderly population of Quebec. The present paper, produced by Dr. Benner as part of his doctoral dissertation work under my mentorship, extended those findings by following up a larger U.S. cohort for a period of ten years. In defining the medication use behavior of 34,501 patients, it became the largest and longest-duration study of statin use in the literature, and one of the largest studies of compliance published for any drug. We found that only 26% of patients begun on a statin were still compliant after five years, with most of the drop-off occurring in the first 12 months of therapy. We then identified several predictors of poor compliance that can be used by physicians and health care systems to target patients at particularly high risk of stopping use of this important class of medications. These included nonwhite race, poverty (even though all patients studied had full drug coverage), older age, depression, and impaired cognitive function. Of particular relevance to clinical education programs, the analysis also found that non-compliance was likeliest in patients with less severe cardiovascular morbidity at the time of initiation of therapy, and in patients who had ischemic coronary events while on treatment. These findings will next be integrated into compliance-enhancing interventions that will focus on patients identified as being at highest risk.

**Morris CA, Avorn J.  Internet marketing of herbal products. JAMA 2003; 290; 1505 – 1509.**

Communication with physicians about therapies has become more complicated with the proliferation of direct-to-consumer promotion of treatments of all kinds, and the increase in patients' use of alternative medicine approaches. Both developments have important implications for prescribing, and for how doctors can be taught to work with their patients in this intense new environment. Dr. Morris is a junior faculty member in the division of Pharmaco-epidemiology with an interest in medical education, working under my direct supervision. To systematically define the content and quality of facts about herbally-derived medications that are disseminated through the internet, we employed the five most commonly used search engines to evaluate the information provided about the eight herbal supplement products most widely used for medical purposes. Regulation of statements made in medicinal promotion of all kinds is a key aspect of information-transfer, and one goal of this study was to assess the enforcement of rules that govern the claims made in such advertising to patients and to doctors.

We identified 443 informational web sites for analysis; three quarters of these were retail sites. Of these, 81% made therapeutic claims that frequently violated federal regulations concerning promised clinical effects. Half of the sites that made health claims failed to include the legally required disclaimer that the products had not been reviewed by FDA, and did not purport to treat or prevent any disease.

In the present environment, educating physicians about rational therapy also requires educating them about the alternative treatments their patients may be taking, and about the accuracy of the information they and their patients are exposed to. An editorial written by the editors of JAMA to accompany our paper cited it as evidence of the need for regulatory reforms to require alternative medicine products to meet the same standards of efficacy and safety currently required for prescription drugs.

**BIBLIOGRAPHY**

**BOOK:**

      Avorn, J. Powerful Medicines: the Benefits, Risks, and Costs of Prescription Drugs. New York, Knopf, 2004.

**ORIGINAL ARTICLES:**

1. Lieff J, Avorn J, Caddell H, Anderson H, Gorlin P, Kennedy S, Goodwin V, Verlenden L.  Attitudes of the medical profession toward drug abuse.  Amer J Publ Health 1973; 63:1035-1039.

2. Avorn J, Soumerai S.  Demarketing strategies in prescription drug use.  Ann World Assn Med Informatics 1981; 1:13-16.

3. Avorn J, Soumerai S.  Use of computer-based Medicaid drug data to analyze and correct inappropriate medication use.  J Med Systems 1982; 6:377-386.

4. Avorn J, Langer E.  Induced disability in nursing home patients: A controlled trial.  J Am Geriat Soc 1982; 30:397-400.

5. Avorn J, Chen M, Hartley R.  Scientific vs. commercial sources of influence on physician prescribing behavior.  Am J Med 1982; 73:4-8.

6. Soumerai S, Avorn J.  Perceived health status, morale, and activity in urban retirees: A randomized controlled trial of part-time employment.  J Gerontol 1983; 38(3):356-362.

7. Avorn J, Soumerai SB.  Improving drug-therapy decisions through educational outreach:  A randomized controlled trial of academically based "detailing."  N Engl J Med 1983; 308:1457-1463.

8. Avorn J.  Drug policy in the aging society.  Health Affairs 1983; 2:23-32.

9. Avorn J.  Benefit and cost analysis in geriatric care.  N Engl J Med 1984; 310: 1294-1301.

10. Soumerai SB, Avorn J.  Efficacy and cost-containment in hospital pharmacotherapy.  Milbank Mem Fund Quart 1984; 62:447-474.

11. Soumerai SB, Avorn J.  Economic and policy analysis of university-based drug "detailing."  Med Care 1986; 24:313-331.

12. Avorn J, Everitt DE, Weiss S.  Increased antidepressant use in patients prescribed beta-blockers.  JAMA 1986; 225:357-360.

13. Cleary PD, Rogers TF, Singer E, Avorn J, et al.  Health education about AIDS among seropositive blood donors.  Hlth Educ Quart 1986; 13:317-329.

14. Avorn J, Niessen LC.  Relationship of long bone fractures and water fluoridation. Gerodont 1986; 2:175-9.

15. Avorn J.  Drug innovation and public policy.  Hlth Affairs 1986; 5(2):124-127.

16. Soumerai SB, Avorn J.  Predictors of physician prescribing change in an educational experiment to improve medication use.  Med Care 1987; 25:210-221.

17. Pindyck J, Avorn J, Kurian M, Reed M, Iqbal MJ, Levine SJ.  Blood donation by the elderly.  JAMA 1987; 257:1186-1188.

18. Campion EW, Avorn J, Reder VA, Olins NJ.  Overmedication of the low weight elderly.  Arch Int Med 1987; 147:945-947.

19. Sherman DS, Avorn J, Campion EW.  Cimetidine use in nursing homes: Prolonged therapy and excessive doses.  J Am Geriat Soc 1987; 35:1023-1027.

20. Soumerai SB, Avorn J, Gortmaker S, Ross-Degnan D.  Payment restrictions for prescription drugs in Medicaid: Effects on therapy, cost, and equity.  New Engl J Med 1987; 317:550-556.

21. Soumerai SB, Avorn J, Gortmaker S, Hawley S.  Effect of government warnings on propoxyphene use and overdose deaths.  Am J Publ Health 1987; 77:1518-1523.

22. Avorn J, Soumerai SB, Taylor W, Wessels M, Janousek J, Weiner M.  Reduction of incorrect antibiotic use through a structured antibiotic order form.  Arch Int Med 1988; 148:1720-1724.

23. Beers M, Avorn J, Soumerai SB, Everitt DE, Sherman DS, Salem S.  Psychoactive medication use in intermediate-care facility residents.  JAMA 1988; 260:3016-3020.

24. Cleary P, Singer E, Rogers T, Avorn J, Vandevanter N, Soumerai SB, Perry S, Pindyck J.  Sociodemographic and behavioral characteristics of HIV antibody-positive blood donors.  Am J Publ Hlth 1988; 78:953-7.

25. Avorn J, Dreyer P, Connelly K, Soumerai SB.  Use of psychoactive medication and the quality of care in rest homes: Findings and policy implications of a state-wide study.  N Engl J Med 1989; 320:227-32.

26. Schwartz RK, Soumerai SB, Avorn J.  Physician motivations for non-scientific drug prescribing.  Soc Sci & Med 1989; 28:577-582.

27. Soumerai SB, McLaughlin T, Avorn J. Improving drug prescribing in primary care: A critical analysis of the experimental literature. Milbank Quart 1989; 67:268-317.

28. Buchwald D, Soumerai SB, Vandevanter N, Wessels MR, Avorn J. Effect of hospital-wide change in clindamycin dosing schedule on clinical outcomes. Rev Infec Dis 1989; 11:619-624.

29. Bright RA, Avorn J, Everitt DE. Medicaid data as a resource for epidemiologic studies: strengths and limitations. J Clin Epi 1989; 42:937-945.

30. Soumerai SB, Ross-Degnan D, Gortmaker S, Avorn J. Withdrawing payment for non-scientific drug therapy: Intended and unexpected effects of a large-scale natural experiment. JAMA 1990; 263:831-839.

31. Everitt DE, Avorn J, Baker MW. Clinical decisionmaking in the evaluation and treatment of insomnia. Am J Med 1990; 89:357-362.

32. Learman, LA, Avorn J, Everitt DE, Rosenthal R. Pygmalion in the nursing home: The effects of caregiver expectation on patient outcomes. J Am Geriat Soc 1990; 38:797-803.

33. Gurwitz J, Avorn J, Ross-Degnan D, Lipsitz LA. Nonsteroidal anti-inflammatory drug-associated azotemia in the very old. JAMA 1990; 264:471-475.

34. Salem-Schatz SR, Avorn J, Soumerai SB. Influence of clinical knowledge, organizational context, and practice style on transfusion decision making. JAMA 1990; 264:476-483.

35. Everitt DE, Soumerai S, Avorn J, Klapholz H, Wessels M. Changing antimicrobial prophylaxis through education aimed at senior department leaders. Infec Control Hosp Epidem 1990; 11:578-583.

36. Soumerai SB, Avorn J. Principles of educational outreach ("academic detailing") to improve clinical decisionmaking. JAMA 1990; 263:549-556.

37. Avorn J, Everitt DE, Baker MW. The neglected medical history and therapeutic choices for abdominal pain. Arch Int Med 1991; 51:694-698.

38. Everitt DE, Fields D, Avorn J, Soumerai S. Resident behavior and staff distress in the nursing home. J Am Geriatrics Soc 1991; 39:792-798.

39. Soumerai SB, Ross-Degnan D, Avorn J, McLaughlin TJ. Effects of Medicaid drug-payment limits on admission to hospitals and nursing homes. N Engl J Med 1991; 325:1072-1077.

40. Gurwitz JH, Avorn J. The ambiguous relationship between aging and adverse drug

reactions. Ann Intern Med 1991; 114:956-966.

41. Avorn J, Soumerai SB, Everitt DE, Ross-Degnan D, Beers MH, Sherman D, Salem-Schatz SR, Fields D.  A randomized trial of a program to reduce the use of psychoactive drugs in nursing homes.  N Engl J Med 1992; 327:168-173.

42. Kuchel GA, Avorn J, Reed MJ, Fields D.  Cardiovascular responses to phlebotomy and sitting in middle-aged and elderly subjects.  Arch Int Med 1992; 152:366-70.

43. Gurwitz JH, Col N, Avorn J.  Exclusion of elderly and women from clinical trials in acute myocardial infarction.  JAMA 1992; 268:1417-1422.

44. Gurwitz JH, Avorn J, Ross-Degnan D, Choodnovskiy I, Ansell J.  Aging and the anticoagulant response to warfarin.  Ann Intern Med 1992; 116:901-904.

45. Beers MH, Avorn J, Soumerai S, Hawley, SL, Drobnyk G.  Computer-assisted drug data collection. J Med Syst 1992; 16:1-6.

46. Gurwitz JH, Bohn R, Glynn RJ, Avorn J.  Antihypertensive drug therapy and initiation of treatment for diabetes mellitus.  Ann Intern Med 1992; 118:273-278.

47. Monane M, Avorn J, Beers MH, Everitt DE.  Anticholinergic drug use and bowel function in nursing home patients.  Arch Int Med 1993; 153:633-638.

48. Cleary PD, Van Devanter N, Rogers TF, Singer E, Shipton-Levy R, Steilen M, Stuart A, Avorn J, Pindyck J.  Depressive symptoms in blood donors notified of HIV infection.  Am J Publ Health 1993; 83:534-539.

49. Gurwitz JH, Glynn R, Monane M, Everitt DE, Gilden D, Smith N, Avorn J.  Treatment for glaucoma: Adherence by the elderly. Am J Publ Health 1993; 83:711-716.

50. Avorn J, Glynn RJ, Gurwitz JH, Bohn RL, Monane M, Everitt DE, Gilden D, Choodnovskiy I.  Adverse pulmonary effects of topical ʊΩ´ʏZblockers used in the treatment of glaucoma.  J Glaucoma 1993; 2:158-165.

51. Soumerai SB, Salem-Schatz S, Avorn J, Casteris CS, Ross-Degnan D, Popovsky MA.  A controlled trial of educational outreach to improve blood transfusion practice.  JAMA 1993; 270:961-966.

52. Salem-Schatz SR, Avorn J, Soumerai SB. Influence of knowledge and attitudes on the quality of physicians' transfusion practice. Med Care 1993; 31:868-78.

53. Soumerai S, Avorn J, Taylor W, Wessels M, Maher D, Hawley S. Improving choice of prescribed antibiotics through concurrent reminders in an educational order form.  Med Care 1993; 31:552-8.

54. Glynn RJ, Gurwitz JH, Bohn RL, Monane M, Choodnovskiy I, Avorn J. Old age and race as determinants of initiation of glaucoma therapy. Am J Epidemiol 1993; 138:395-406.

55. Gurwitz JH, Bohn RL, Glynn RJ, Monane M, Mogun H, Avorn J. Glucocorticoids and the risk for initiation of hypoglycemic therapy. Arch Int Med 1994; 154:97-101.

56. Avorn J, Monane M, Gurwitz JH, Glynn RJ, Choodnovskiy I, Lipsitz LA. Reduction of bacteriuria and pyuria after ingestion of cranberry juice. JAMA 1994; 271:751-754.

57. Pickering TD, Gurwitz JH, Zaleznik D, Noonan JP, Avorn J. The appropriateness of oral fluoroquinolone prescribing in the long-term care setting. J Am Geriatr Soc 1994; 42:28-32.

58. Monane M, Bohn RL, Gurwitz JH, Glynn R, Avorn J. Non-compliance with congestive heart failure therapy in the elderly. Arch Int Med 1994; 154:433-437.

59. Avorn J, Monane M, Everitt DE, Beers MH, Fields D. Clinical assessment of extra-pyramidal signs in nursing home patients given antipsychotic medication. Arch Int Med 1994; 154:1113-7.

60. Monane M, Bohn RL, Gurwitz JH, Glynn RJ, Choodnovskiy I, Avorn J. Topical glaucoma medications and cardiovascular risk in the elderly. Clin Pharmacol Ther 1994; 55:76-83.

61. Harari D, Gurwitz JH, Avorn J, Choodnovskiy I, Minaker KL. Constipation: assessment and management in an institutionalized elderly population. J Am Geriatr Soc 1994; 42:947-952.

62. Gurwitz JH, Avorn J, Bohn RL, Glynn RJ, Monane M, Mogun H. Initiation of antihypertensive treatment during nonsteroidal anti-inflammatory drug therapy. JAMA 1994; 272:781-6.

63. Glickman L, Bruce EA, Caro FG, Avorn J. Physicians' knowledge of drug costs for the elderly. J Am Geriatr Soc 1994; 42:992-6.

64. Gurwitz JH, Field TS, Glynn RJ, Manson JE, Avorn J, Taylor JO, Hennekens CH. Risk factors for non-insulin-dependent diabetes mellitus requiring treatment in the elderly. J Am Geriatr Soc 1994; 42:1235-1240.

65. Avorn J, Bohn R, Mogun H, Gurwitz J, Monane M, Everitt D, Walker A. Neuroleptic drug exposure and treatment of parkinsonism in the elderly: a case-control study. Am J Med 1995; 99:48-54.

66. Monane M, Gurwitz JH, Lipsitz LA, Glynn RJ, Avorn J. Epidemiologic and diagnostic aspects of bacteriuria: a longitudinal study in elderly women. J Am Geriat Soc 1995; 43:618-922.

67. Monane M, Glynn RJ, Gurwitz JH, Bohn RL, Levin R, Avorn J. Trends in medication choices for hypertension in the elderly: the decline of the thiazides. Hypertension 1995; 125:1045-1051.

68. Ross-Degnan D, Soumerai S, Avorn J, Bohn RL, Bright R, Aledort LM. Hemophilia home treatment: Economic analysis and implications for health policy. Intl J of Technol Assess Hlth Care 1995; 11:327-344.

69. Kalish S, Gurwitz JH, Krumholz H, Avorn J. A cost-effectiveness model of thrombolytic therapy for acute myocardial infarction. J Gen Intern Med 1995; 10:321-330.

70. Kalish SC, Bohn RL, Mogun H, Glynn RJ, Gurwitz JH, Avorn J. Antipsychotic prescribing patterns and the treatment of extrapyramidal symptoms in older people. J Am Geriat Soc 1995; 43:967-973.

71. Avorn J, Gurwitz JH, Bohn RL, Mogun H, Monane M, Walker A. Increased incidence of L-dopa therapy following metoclopramide use. JAMA 1995; 274:1780-1782.

72. Harari D, Gurwitz JH, Choodnovskiy I, Avorn J, Minaker KL. Correlates of regular laxative use in frail elderly persons. Am J Med 1995; 99:513-518.

73. Avorn J, Gurwitz JH. Drug use in the nursing home. Ann Intern Med 1995; 123:195-204.

74. Cleary PD, VanDevanter N, Steilen M, Stuart A, Shipton-Levy R, McMullen W, Rogers TF, Singer E, Avorn J, Pindyck J. A randomized trial of an education and support program for HIV-infected individuals. AIDS Rsch 1995; 9:1271-1278.

75. Monane M, Glynn R, Avorn J. The effect of sedative-hypnotic use on sleep symptoms in elderly nursing home residents. Clin Pharmacol Ther 1996; 59:83-92.

76. Gurwitz JH, Everitt DE, Monane M, Glynn RJ, Choodnovskiy I, Beaudet MP, Avorn J. The impact of ibuprofen on the efficacy of antihypertensive treatment with hydrochlorothiazide in elderly persons. J Gerontol: Med Sci 1996; 51A:M74-M79.

77. Harari D, Gurwitz JH, Avorn J, Bohn RL, Minaker KL. Bowel habit in relation to age and gender: findings from the National Health Interview Survey and clinical implications. Arch Int Med 1996; 156:315-320.

78. Monane M, Kanter DS, Glynn RJ, Avorn J.  Variability in length of hospitalization for stroke: the role of managed care in an elderly population.  Arch Neurol 1996; 53:875-880.

79. Monane M, Bohn RL, Gurwitz JH, Glynn RJ, Levin R, Avorn J.  Compliance with antihypertensive therapy: the role of age, gender, and race.  Am J Public Health 1996; 86:1805-1808.

80. Kalish S, Bohn RL, Avorn J.  Policy analysis of the conversion of histamine-2 antagonists to over-the-counter use.  Med Care 1997; 35:32-48.

81. Monane M, Gurwitz JH, Bohn RL, Glynn RJ, Levin R, Monette J, Avorn J.  The impact of thiazide diuretics on the initiation of lipid-reducing agents in older people: a population-based analysis.  J Am Geriatr Soc 1997; 45:71-75.

82. Harari D, Avorn J, Bohn RL, Mogun H, Minaker K.  How do older persons define constipation?  Implications for therapeutic management.  J Gen Intern Med 1997; 12:63-66 .

83. Gurwitz JH, Monette J, Rochon PA, Eckler MA, Avorn J.  Atrial fibrillation and stroke prevention with warfarin in the long-term care setting.  Arch Intern Med 1997; 157:978-984.

84. Huttin C, Avorn J.  Drug expenditures for hypertension: an empirical test of an economic model in a French population.  Cah Sociol Demogr Med 1997; 37:33-52.

85. Monane M, Bohn RL, Gurwitz JH, Glynn RJ, Levin R, Avorn J.  The effects of initial drug choice and comorbidity on antihypertensive therapy compliance: results from a population-based study in the elderly.  Am J Hypertens 1997; 10:697-704.

86. Gurwitz JH, Bohn RL, Glynn RJ, Avorn J.  Thiazide diuretics and the initiation of anti-gout therapy.  J Clin Epidemiol 1997; 8:953-959.

87. Monette J, Gurwitz JH, Rochon PA, Avorn J.  Physician attitudes concerning warfarin for stroke prevention in atrial fibrillation: results of a survey of long-term care paractitioners.  J Am Geriatr Soc 1997; 45:1060-1065.

88. Monette J, Mogun H, Bohn RL, Avorn J.  Concurrent use of antiulcerative agents.  J Clin Gastroenterol 1997; 24:207-213.

89. Gurwitz JH, Yeomans SM, Glynn RJ, Lewis BE, Levin R, Avorn J.  Noncompliance in the managed care setting: the case of medical therapy for glaucoma.  Med Care 1998;36:357-369.

90. Avorn J, Monette J, Lacour A, Monane M, Mogun H, Bohn RL, LeLorier J. Persistence of use of lipid-lowering medications: a cross-national study. JAMA 1998;279:1458-1462.

91. Bohn RL, Avorn J, Glynn RJ, Choodnovskiy I, Haschemeyer R, Aledort LM. Prophylactic use of factor VIII: an economic evaluation. Thromb Haemost 1998;79:932-937.

92. Brown NJ, Griffin MR, Ray WA, Meredith S, Beers MH, Marren J, Robles M, Stergachis A, Wood AJ, Avorn J. A model for improving medication use in home health care patients. J Am Pharm Assoc 1998;38:696-702.

93. Glynn RJ, Monane M, Gurwitz JH, Choodnovskiy, Avorn J. Agreement between drug treatment and a discharge diagnosis of diabetes mellitus in the elderly. Amer J Epi 1999;149:541-549.

94. Solomon DH, Katz JN, Bohn RL, Mogun H, Avorn J. Non-occupational risk factors for carpal tunnel syndrome. J Gen Intern Med 1999;14:310-314.

95. Pan CX, Glynn RJ, Mogun H, Choodnovskiy I, Avorn J. Definition of race and ethnicity in the elderly in Medicare and Medicaid. J Am Geriatr Soc 1999;47:730-733.

96. Glynn RJ, Monane M, Gurwitz JH, Choodnovskiy I, Avorn J. Aging, comorbidity, and reduced rates of drug treatment for diabetes mellitus. J Clin Epi 1999;52:781-790.

97. Knight EL, Glynn RJ, McIntyre KM, Mogun H, Avorn J. Predictors of decreased renal function in patients with CHF during ACE inhibitor therapy. Amer Heart J 1999;138:849-855.

98. Bohn RL, Colowick AB, Avorn J. Probabilities, costs, and outcomes: methodologic issues in modeling hemophilia treatment. Haemophilia 1999;5:374-378.

99. Bohn RL, Gurwitz JH, Yeomans SM, Glynn RJ, Pasquale LR, Walker AM, Avorn J. Which patients are treated for glaucoma? An observational analysis. J Glauc 2000; 9:38-44.

100. Ganz DA, Kuntz KM, Jacobson GA, Avorn J. Cost-effectiveness of HMG Co-A reductase inhibitors in older patients with prior myocardial infarction. Ann Intern Med 2000; 132:780-787.

101. Bérard A, Solomon DH, Avorn J. Patterns of drug use in rheumatoid arthritis. J Rheum 2000;96:1648-55.

41

102. Wang PS, Walker A, Tsuang M, Orav EJ, Levin R, Avorn J. Strategies for improving comorbidity measures based on Medicare and Medicaid claims data. J Clin Epi 2000; 53:571-578.

103. Avorn J, Solomon DH. Cultural and economic factors that (mis)shape antibiotic utilization: the non-pharmacologic basis of therapeutics. Ann Intern Med 2000; 133:128-35.

104. Knight EL, Glynn RJ, Levin R, Ganz DA, Avorn J. Failure of evidence-based medicine in the treatment of hypertension in older patients. J Gen Intern Med 2000; 133:128-35.

105. Colowick AB, Bohn RL, Avorn J, Ewenstein B. Immune tolerance induction in hemophilia patients with inhibitors: Costly can be cheaper. Blood 2000; 96:1698-702.

106. Ganz DA, Glynn RJ, Mogun H, Knight EL, Bohn RL, Avorn J. Adherence to guidelines for oral anticoagulation after venous thrombosis and pulmonary embolism. J Gen Intern Med 2000; 15: 776-781.

107. Wang PS, Solomon DH, Mogun H, Avorn J. HMG-CoA reductase inhibitors and the risk of hip fractures in elderly patients. JAMA 2000; 283:3211-3216.

108. Gurwitz JH, Field TS, Avorn J, McCormick D, Jain S, Eckler M, Benser M, Edmondson AC, Bates DW. Incidence and preventability of adverse drug events in nursing homes. Am J Med 2000; 109:87-94.

109. Van Eijk ME, Bahri P, Dekker G, Herings RM, Porsius A, Avorn J, De Boer A. Use of prevalence and incidence measures to describe age-related prescribing of antidepressants with and without anticholinergic effects. J Clin Epi 2000; 53:645-51.

110. Fields TS, Gurwitz JH, Avorn J, McCormick D, Jain S, Eckler M, Benser M, Bates DW. Risk factors for adverse drug events among nursing home residents. Arch of Intern Med 2001; 161:1629-34.

111. Van Eijk ME, Krist LF, Avorn J, Porsius A, de Boer A. Do the research goal and databases match? A checklist for systematic approach. Health Policy 2001; 58: 263-74.

112. Solomon DH, Stone PH, Glynn RJ, Ganz DA, Gibson CM, Terry R, Avorn J. Use of risk stratification to identify patients with unstable angina likeliest to benefit from an invasive versus conservative management strategy. J Amer Coll Cardiol 2001; 38:969-976.

113. Wang PS, Walker AM, Tsuang MT, Orav EJ, Levin RL, Avorn J. Antidepressant use and the risk of breast cancer. J Clin Epi 2001; 54:728-734.

114. Knight E, Bohn R, Wang P, Glynn RJ, Mogun H, Avorn J. Predictors of uncontrolled hypertension in ambulatory patients. Hypertension 2001; 38:809-814.

115. Van Eijk ME, Avorn J, Porsius AJ, De Boer A. Reducing prescribing of highly anticholinergic antidepressants for elderly people: a randomised trial of group versus individual academic detailing. BMJ 2001; 322: 654-657.

116. Wang PS, Walker A, Tsuang M, Orav EJ, Levin R, Avorn J. Finding incident breast cancer cases through U.S. claims data and a state cancer registry. Cancer Causes and Control 2001; 12:257-265.

117. Knight EL, Avorn J. Quality indicators for appropriate medication use in the care of the vulnerable elderly. Ann Intern Med 2001;135:703-710.

118. Wang PS, Bohn RL, Glynn RJ, Mogun H, Avorn J. Hazardous benzodiazepine regimens in the elderly: effects of half-life, dosage, and duration on risk of hip fracture. Amer J Psychiat 2001;158:892-898.

119. Solomon DH, van Houten L, Glynn RJ, Baden L, Curtis K, Schrager H, Avorn J. Academic detailing to improve use of broad-spectrum antibiotics at an academic medical center. Arch Intern Med 2001;161:1897-1902.

120. Wang PS, Bohn RL, Glynn RJ, Mogun H, Avorn J. Zolpidem use and hip fractures in the elderly. J Amer Geriat Soc 2001; 49:1685-1690.

121. Schneeweiss S, Seeger J, Maclure M, Wang P, Avorn, J, Glynn RJ: Performance of comorbidity scores to control for confounding in epidemiologic studies using claims data. Am J Epidemiol 2001; 154: 854-64.

122. Winkelmayer WC, Glynn RJ, Levin R, Owen W, Avorn J: Late referral and modality choice in end-stage renal disease. Kidney Int 2001; 60:1547-1554.

123. Glynn RJ, Knight EL, Levin R, Avorn J. Paradoxical relations of drug treatment with mortality in older persons. Epidemiol 2001;12:682-689.

124. Schneeweiss S, Seeger JD, Maclure M, Wang PS, Avorn J, Glynn RJ. Performance of comorbidity scores to control for confounding in epidemiologic studies using claims data. Am J Epidemiol 2001;154:854-64.

125. Winkelmayer WC, Glynn RJ, Levin R, Owen W, Avorn J. Determinants of delayed nephrologist referral in patients with chronic kidney disease. Am J Kidney Dis 2001; 38:1178-1184.

126. Wang PS, Glynn RJ, Ganz DA, Schneeweiss S, Levin R, Avorn J. Clozapine use

and the risk of diabetes mellitus.  J Clin Psychopharm 2002; 22:236-243.

127.  Ewenstein BM, Avorn J, Putnam KG, Bohn RL.  Porcine factor VIII:
      Pharmacoeconomics of inhibitor therapy.  Haemophilia 2002; 8 suppl 1: 13-16.

128.  Wang PS, Bohn RL, Knight E, Glynn RJ, Mogun H, Avorn J. Noncompliance with
      antihypertensive medications: the impact of depressive symptoms and psychosocial
      factors. J Gen Intern Med  2002; 17:504-511.

129.  Wang PS, Levin R, Zhao SZ, Avorn J. Urinary antispasmodic use and the risks of
      ventricular arrhythmia and sudden death in elderly patients. J Amer Geriat Soc
      2002; 50: 117-124.

130.  Solomon DH, Ganz DA, Avorn J, Knight EL, Glynn RJ, Gibson CM, Stone PH.
      Which patients with unstable angina or non-Q-wave myocardial infarction should
      have immediate cardiac catheterization?  A clinical decision rule for predicting
      who will fail medical therapy.  J Clin Epi 2002; 55:121-128.

131.  Avorn J, Benner J, Ford I, Ganz DA, Gaw A, Glynn RJ, Jackson J, Lagaay AM,
      Schneeweiss S, Walley T, Wang PS.  Measuring the cost-effectiveness of lipid-
      lowering drugs in the elderly: the outcomes research and economic analysis
      components of the prosper trial.  Controlled Clin Trials 2002; 23: 757-773.

132.  Solomon DH, Glynn RJ, Levin R, Avorn J.  Nonsteroidal anti-inflammatory drug
      use and acute myocardial infarction.  Arch Intern Med 2002; 162:1099-1104.

133.  Winkelmayer WC, Glynn RJ, Levin R, Mittleman MA, Pliskin JS, Avorn J.  Late
      nephrologist referral and access to renal transplantation.  Transplantation 2002;
      73:1918-1923.

134.  Avorn J, Winkelmayer WC, Bohn RL, Levin R, Glynn RJ, Levy E, Owen W.
      Delayed nephrologist referral and inadequate vascular access in patients with
      advanced kidney failure.  J Clin Epi 2002; 55:711-716.

135.  Winkelmayer WC, Owen W, Glynn RJ, Levin R, Avorn J.  Preventive health care
      measures before and after start of renal replacement therapy.  J Gen Int Med 2002;
      17:588-595.

136.  Wang PS, Walker AM, Tsuang MT, Orav EJ, Glynn RJ, Levin RL, Avorn J.
      Dopamine antagonists and the development of breast cancer.  Arch Gen Psychiatry
      2002; 59:1147-1154.

137.  Schneeweiss S, Hasford J, Göttler M, Hoffmann A, Riethling A-K, Avorn J:
      Hospital admissions caused by adverse drug reactions: A longitudinal population-
      based study. Euro J Clin Pharm 2002; 58:285-291.

138.  Avorn J, Bohn RL, Levy E, Levin R, Owen WF, Winkelmayer WC, Glynn RJ:
      Nephrologist care and mortality in patients with chronic renal insufficiency. Arch
      Intern Med 2002; 162:2002-2006.

139. Benner JS, Glynn RJ, Mogun H, Neumann PJ, Weinstein MC, Avorn J. Long-term persistence in use of statin therapy in elderly patients. JAMA 2002; 288:455-461.

140. Winkelmayer WC, Glynn RJ, Mittleman MA, Pliskin JS, Levin R, Avorn J: Comparing mortality of elderly patients on hemodialysis versus peritoneal dialysis: a propensity score approach. J Am Soc Nephrol 2002; 13:2353-2362.

141. Mantel-Teeuwisse AK, Verschuren WMM, Klungel OH, Kromhout D, Lendeman AD, Avorn J, Porsius AJ, de Boer A. Undertreatment of hypercholesterolaemia: a population-based study. Br J Clin Pharmacol 2003; 55: 389-397.

142. Winkelmayer WC, Owen WF, Levin R, Avorn J: A propensity analysis of late vs. early nephrologist referral and mortality on dialysis. J Am Soc Nephrol; 2003; 14:486-492.

143. Partridge A, Wang P, Winer E, Avorn J. Non-adherence to adjuvant tamoxifen therapy in women with primary breast cancer. J Clin Oncol 2003; 21: 602-606.

144. Winkelmayer WC, Levin R, Avorn J: The nephrologist's role in the management of calcium-phosphorus metabolism in patients with chronic kidney disease. Kidney Int 2003; 63:1836-1842.

145. Winkelmayer WC, Glynn RJ, Levin R, Avorn J: Hydroxyethyl starch and change in renal function in patients undergoing coronary artery bypass graft surgery. Kidney Int 2003; 64:1046-1049.

146. Fischer MA, Solomon DS, Teich JM, Avorn J. Conversion from intravenous to oral medications: assessment of a computerized intervention for hospitalized patients. Arch Intern Med 2003; 2585-9.

147. Winkelmayer WC, Levin R, Avorn J: Chronic kidney disease as a risk factor for bleeding complications after coronary artery bypass surgery. Am J Kidney Dis 2003; 41:84-89.

148. Fischer MA, Avorn J. Economic consequences of under-use of generic drugs: evidence from Medicaid and implications for prescription drug benefit plans. Health Serv Res 2003; 38: 1051-1063.

149. Solomon DH, Katz JN, Carrino JL, Schaffer JL, Bohn RL, Mogun H, Avorn J. Trends in knee magnetic resonance imaging: 1991-1995. Med Care 2003; 41: 687-692.

150. Schneeweiss S, Wang PS, Avorn J, Glynn RJ: Improved comorbidity adjustment for predicting mortality in Medicare populations. Health Serv Res 2003; 38: 1103-20.

151. Desai AS, Solomon DH, Stone PH, Avorn J. Economic consequences of routine coronary angiography in low and intermediate risk patients with unstable angina. Amer J Cardiol 2003; 92: 363-367.

152. Wang PS, Benner JS, Glynn RJ, Winkelmayer WC, Mogun H, Avorn J. How well do patients report non-compliance with antihypertensive medications? a comparison of self-report vs. filled prescriptions. Pharmacoepidemiol Drug Safety 2003; (in press).

153. Solomon DH, Glynn RJ, Levin R, Bohn R, Avorn J. The hidden costs of NSAIDs in older patients. J Rheumatol 2003;30:792-780.

154. Warsi A, LaValley MP, Wang PS, Avorn J, Solomon DH. Arthritis self-management education programs: a meta-analysis of the effect on pain and disablity. Arthritis Rheum 2003; 48: 2207-2213.

155. Solomon DH, Finkelstein JS, Katz JN, Mogun H, Avorn J. Underuse of osteoporosis medications in elderly patients with fractures. Am J Med 2003;15:398-400.

156. Avorn J, Patel M, Levin R, Winkelmayer WC: Hetastarch and bleeding complications after coronary artery surgery. Chest 2003; 124:1437-1442.

157. Solomon DH, Schneeweiss S, Glynn RJ, Levin R, Avorn J: Determinants of selective COX-2 inhibitor prescribing: Are patient or physician characteristics more important? Am J Med 2003; 115: 715-720.

158. Warsi A, Wang PS, LaValley, Avorn J, Solomon DH. Self-management education programs in chronic disease. Arch Intern Med 2004; 164:1641-1649.

159. Parr KG, Patel MA, Dekker R, Levin R, Glynn R, Avorn J, Morse DS. Multivariate predictors of blood product use in cardiac surgery. J Cardiothorac Vasc Anesth 2003; 17:176-181.

160. Morris CA, Avorn J. Internet marketing of herbal products. JAMA 2003; 290:1505-9.

161. Gilligan T, Wang PS, Levin R, Kantoff PW, Avorn J. Racial differences in screening for prostate cancer in the elderly. Arch Intern Med 2004; 164: 1858-64.

162. Solomon DH, Schneeweiss S, Glynn RJ, Kiyota Y, Cannuscio CC, Levin R, Mogun H, Avorn J. The relationship between selective COX-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004; 109:2068-2073.

163. Bohn RL, Aledort LM, Putnam KG, Ewenstein BM, Mogun H, Avorn J. The economic impact of factor VIII inhibitors in patients with haemophilia. Haemophilia 2004; 10: 1-6.

164. Morris, CA, Cabral D, Cheng H, Katz JN, Finkelstein JS, Avorn J, Solomon DH. Patterns of bone mineral density testing: current guidelines, testing rates and interventions. J Gen Intern Med 2004; 783-90.

165. Solomon DH, Schneeweiss S, Levin R, Avorn J. the relationship between COX-2 specific inhibitors and hypertension. Hypertension 2004; 2004; 44:140-145.

166. Avorn J, Schneeweiss S, Sudarsky LR, Benner J, Kiyota Y, Levin R, Glynn RJ. Sudden uncontrollable somnolence and medication use in Parkinson's disease. Arch Neurol 2005; 62: 1242-1248.

167. Higashi T, Shekelle PG, Solomon DH, Knight EL, Roth C, Chang JT, Kamberg CJ, MacLean C, Young RT, Adams J, Reuben DB, Avorn J, Wenger NS. The Quality of Pharmacological Care for Community-Dwelling Vulnerable Older Patients in Managed Care Organizations. Ann Intern Med 2004; 140; 714-20.

168. Schneeweiss S, Maclure M, Carleton B, Glynn RJ, Avorn J. Clinical and economic consequences of a reimbursement restriction of nebulised respiratory therapy in adults: direct comparison of randomized and observational evaluations. BMJ 2004 (in press).

169. Fischer MA, Avorn J. Economic implications of evidence-based prescribing for hypertension: Can better care cost less? JAMA 2004; 291: 1850-1856.

170. Schneeweiss S, Wang PS, Avorn J, Maclure M, Levin R, Glynn RJ: Consistency of performance ranking of comorbidity adjustment scores in Canadian and U.S. health care utilization data. J Gen Intern Med 2004;19:444-450.

Schneeweiss S, Glynn RJ, Tsai EH, Avorn J, Solomon DH. Adjusting for unmeasured confounders in pharmacoepidemiologic claims data using external information: the example of COX2 inhibitors and myocardial infarction. Epidemiology. 2005;16:17-24.

Avorn J, Winkelmayer WC. Comparing the costs, risks, and benefits of competing strategies for the primary prevention of venous thromboembolism. Circulation. 2004; 110(24 Suppl 1):IV25-32.

Fischer MA, Lilly CM, Churchill WW, Baden LR, Avorn J. An algorithmic computerised order entry approach to assist in the prescribing of new therapeutic agents: case study of activated protein C at an academic medical centre. Drug Saf. 2004;27:1253-61.

Fischer MA, Schneeweiss S, Avorn J, Solomon DH. Medicaid prior-authorization programs and the use of cyclooxygenase-2 inhibitors. N Engl J Med. 2004;351:2187-94.

van Eijk ME, Paes AH, Porsius A, Avorn J, de Boer A. Pre-randomization decisions and group stratification in a randomized controlled trial to improve prescribing. Pharm World Sci. 2004;26:227-31.

Avorn J, Knight E, Ganz DA, Schneeweiss S. Therapeutic delay and reduced functional status six months after thrombolysis for acute myocardial infarction. Am J Cardiol. 2004;94:415-20.

Fischer MA, Avorn J. Potential savings from increased use of generic drugs in the elderly: what the experience of Medicaid and other insurance programs means for a Medicare drug benefit. Pharmacoepidemiol Drug Saf. 2004;13:207-14.

Kiyota Y, Schneeweiss S, Glynn RJ, Cannuscio CC, Avorn J, Solomon DH. Accuracy of Medicare claims-based diagnosis of acute myocardial infarction: estimating positive predictive value on the basis of review of hospital records. Am Heart J. 2004;148:99-104.

Wang PS, Ganz DA, Benner JS, Glynn RJ, Avorn J. Should clozapine continue to be restricted to third-line status for schizophrenia?: a decision-analytic model. J Ment Health Policy Econ. 2004;7:77-85.

Schneeweiss S, Wang PS, Avorn J, Maclure M, Levin R, Glynn RJ. Consistency of performance ranking of comorbidity adjustment scores in Canadian and U.S. utilization data. J Gen Intern Med. 2004;19:444-50.

Wang PS, Schneeweiss S, Glynn RJ, Mogun H, Avorn J. Use of the case-crossover design to study prolonged drug exposures and insidious outcomes. Ann Epidemiol. 2004;14:296-303.

Solomon DH, Avorn J, Warsi A, Brown CH, Martin S, Martin TL, Wright J, Burgener M, Katz JN. Which patients with knee problems are likely to benefit from nonarthroplasty surgery? Development of a clinical prediction rule. Arch Intern Med. 2004;164:509-13.

Perlis RH, Ganz DA, Avorn J, Schneeweiss S, Glynn RJ, Smoller JW, Wang PS. Pharmacogenetic testing in the clinical management of schizophrenia: a decision-analytic model. J Clin Psychopharmacol. 2005; 25:427-34.

Winkelmayer WC, Schneeweiss S, Mogun H, Patrick AR, Avorn J, Solomon DH. Identification of individuals with CKD from Medicare claims data: a validation study. Am J Kidney Dis. 2005;46:225-32.

Fischer MA, Winkelmayer WC, Rubin RH, Avorn J. The hepatotoxicity of antifungal medications in bone marrow transplant recipients. Clin Infect Dis. 2005;41:301-7.

Sturmer T, Schneeweiss S, Avorn J, Glynn RJ. Adjusting effect estimates for unmeasured confounding with validation data using propensity score calibration. Am J Epidemiol. 2005;162:279-89.

Wang PS, Avorn J, Brookhart MA, Mogun H, Schneeweiss S, Fischer MA, Glynn RJ. Effects of noncardiovascular comorbidities on antihypertensive use in elderly hypertensives. Hypertension 2005; 46:273-9.

Putnam KG, Bohn RL, Ewenstein BM, Winkelmayer WC, Avorn J. A cost minimization model for the treatment of minor bleeding episodes in patients with haemophilia A and high-titre inhibitors. Haemophilia. 2005;11:261-9.

Sturmer T, Schneeweiss S, Brookhart MA, Rothman KJ, Avorn J, Glynn RJ. Analytic strategies to adjust confounding using exposure propensity scores and disease risk scores: nonsteroidal antiinflammatory drugs and short-term mortality in the elderly. Am J Epidemiol. 2005;161:891-8.

Solomon DH, Brookhart MA, Polinski J, Katz JN, Cabral D, Licari A, Avorn J. Osteoporosis action: design of the healthy bones project trial. Contemp Clin Trials. 2005; 26:78-94.

Peterson JF, Kuperman GJ, Shek C, Patel M, Avorn J, Bates DW. Guided prescription of psychotropic medications for geriatric inpatients. Arch Intern Med. 2005;165:802-7.

Burgener M, Arnold M, Katz JN, Polinski JM, Cabral D, Avorn J, Solomon DH. Older adults' knowledge and beliefs about osteoporosis: results of semistructured interviews used for the development of educational materials. J Rheumatol. 2005;32:673-7.

Wang PS, Schneeweiss S, Brookhart MA, Glynn RJ, Mogun H, Patrick AR, Avorn J. Suboptimal antidepressant use in the elderly. J Clin Psychopharmacol. 2005;25:118-26.

Solomon DH, Morris C, Cheng H, Cabral D, Katz JN, Finkelstein JS, Avorn J. Medication use patterns for osteoporosis: an assessment of guidelines, treatment rates, and quality improvement interventions. Mayo Clin Proc. 2005;80:194-202.

Cabral D, Katz JN, Weinblatt ME, Ting G, Avorn J, Solomon DH. Development and assessment of indicators of rheumatoid arthritis severity: results of a Delphi panel. Arthritis Rheum. 2005;53:61-6.

Schneeweiss S, Glynn RJ, Avorn J, Solomon DH. A Medicare database review found that physician preferences increasingly outweighed patient characteristics as determinants of first-time prescriptions for COX-2 inhibitors. J Clin Epidemiol. 2005;58:98-102.

Schneeweiss S, Glynn RJ, Tsai EH, Avorn J, Solomon DH. Adjusting for unmeasured confounders in pharmacoepidemiologic claims data using external information: the example of COX2 inhibitors and myocardial infarction. Epidemiology. 2005;16:17-24.

Solomon DH, Finkelstein JS, Wang PS, Avorn J. Statin lipid-lowering drugs and bone mineral density. Pharmacoepidemiol Drug Saf. 2005;14:219-26.

Winkelmayer WC, Benner JS, Glynn RJ, Schneeweiss S, Wang PS, Brookhart MA, Levin R, Jackson JD, Avorn J. Assessing health state utilities in elderly patients at cardiovascular risk. Med Decis Making. 2006 May-Jun;26(3):247-54.

Solomon DH, Avorn J, Sturmer T, Glynn RJ, Mogun H, Schneeweiss S. Cardiovascular outcomes in new users of coxibs and nonsteroidal antiinflammatory drugs: high-risk subgroups and time course of risk. Arthritis Rheum. 2006 May;54(5):1378-89.

Sturmer T, Joshi M, Glynn RJ, Avorn J, Rothman KJ, Schneeweiss S. A review of the application of propensity score methods yielded increasing use, advantages in specific settings, but not substantially different estimates compared with conventional multivariable methods. J Clin Epidemiol. 2006 May;59(5):437-47.

Brookhart MA, Schneeweiss S, Rothman KJ, Glynn RJ, Avorn J, Sturmer T. Variable selection for propensity score models. Am J Epidemiol. 2006 Jun 15;163(12):1149-56.

Schneeweiss S, Maclure M, Dormuth CR, Glynn RJ, Canning C, Avorn J. A therapeutic substitution policy for proton pump inhibitors: clinical and economic consequences. Clin Pharmacol Ther. 2006 Apr;79(4):379-88.

Sato M, Schneeweiss S, Scranton R, Katz JN, Weinblatt ME, Avorn J, Ting G, Shadick NA, Solomon DH. The validity of a rheumatoid arthritis medical records-based index of severity compared with the DAS28. Arthritis Res Ther. 2006 Mar 14;8(3):R57

Shrank WH, Hoang T, Ettner SL, Glassman PA, Nair K, DeLapp D, Dirstine J, Avorn J, Asch SM. The implications of choice: prescribing generic or preferred pharmaceuticals improves medication adherence for chronic conditions. Arch Intern Med. 2006 Feb 13;166(3):332-7.

Solomon DH, Avorn J, Wang PS, Vaillant G, Cabral D, Mogun H, Sturmer T. Prescription opioid use among older adults with arthritis or low back pain. Arthritis Rheum. 2006 Feb 15;55(1):35-41.

Solomon DH, Finkelstein JS, Polinski JM, Arnold M, Licari A, Cabral D, Canning C, Avorn J, Katz JN. A randomized controlled trial of mailed osteoporosis education to older adults. Osteoporos Int. 2006 May;17(5):760-767.

Rief W, Avorn J, Barsky AJ. Medication-attributed adverse effects in placebo groups: implications for assessment of adverse effects. Arch Intern Med. 2006 Jan 23;166(2):155-60.

Winkelmayer WC, Charytan DM, Levin R, Avorn J. Poor short-term survival and low use of cardiovascular medications in elderly dialysis patients after acute myocardial infarction. Am J Kidney Dis. 2006 Feb;47(2):301-8.

Solomon DH, Avorn J, Canning CF, Wang PS. Lipid levels and bone mineral density. Am J Med. 2005 Dec;118(12):1414.

Brookhart MA, Solomon DH, Wang P, Glynn RJ, Avorn J, Schneeweiss S.  Explained variation in a model of therapeutic decision making is partitioned across patient, physician, and clinic factors. J Clin Epidemiol. 2006 Jan;59(1):18-25.

Wang PS, Schneeweiss S, Avorn J, Fischer MA, Mogun H, Solomon DH, Brookhart MA. Risk of death in elderly users of conventional vs. atypical antipsychotic medications. N Engl J Med. 2005 Dec 1;353(22):2335-41.

Winkelmayer WC, Fischer MA, Schneeweiss S, Wang PS, Levin R, Avorn J.  Underuse of ACE inhibitors and angiotensin II receptor blockers in elderly patients with diabetes. Am J Kidney Dis. 2005 Dec;46(6):1080-7.

**REVIEWS, CHAPTERS, EDITORIALS, etc.:**

1. Avorn J. Beyond dying: Experiments with drugs in easing the transition from life. Harper's Magazine 1973; 246:54-64.

2. Avorn J. The future of doctoring: Information technology and health care delivery. The Atlantic Monthly 1974; 234:71-79.

3. Avorn J. The role of cocaine in treating intractable pain in terminal disease. In: Jeri R, ed. Cocaine: Proceedings of the Interamerican seminar of medical and sociological aspects of cocoa and cocaine. Lima, Peru: Pan-American Health Organization, 1979: 227-235.

4. Avorn J. Nursing home infections: The context (editorial). N Engl J Med 1981; 305:759-760.

5. Avorn J. Ethics and experts: A physician's perspective. Hastings Center Report 1982; 12(3):11-12.

6. Langer E, Avorn J. Impact of the psychosocial environment of the elderly on behavioral and health outcomes. In: Chellis R, Seagle J, eds. Congregate housing for older people. Lexington, MA: D.C. Heath and Co, 1982.

7. Avorn J. Beyond the bedside: The social context of geriatric practice. In: Rowe J and Besdine R, eds. Health and disease in old age. Boston: Little, Brown and Co., 1982.

8. Avorn J, Lamy P, Vestal R. Prescribing for the elderly. Patient Care 1982; 16(12):14-62.

9. Avorn J. Needs, wants, demands, and interests: Their intersection in medical practice and health policy. In: Bayer R, ed. In search of equity. New York: Plenum Press, 1983.

10. Avorn J. Biomedical and social determinants of cognitive impairment in the elderly. J Am Geriat Soc 1983; 31(3):137-143.

11. Avorn J. Medications and the elderly: Testimony before a joint session of the Committees on Aging of the U.S. Senate and House of Representatives. In: The Congressional Record. Washington, DC: Government Printing Office, 1983; S Hrg 98-392:50-57, 75, 82-84.

12. Avorn J, Soumerai SB. A new approach to reducing sub-optimal drug use (editorial). JAMA 1983; 250:1752-1753.

13. Avorn J.  Containing the costs of improper prescribing.  Business and Health 1984; 1(4):35-39.

14. Avorn J.  Geriatric drug epidemiology and health services research based on large-scale computerized datasets.  In: Moore SR, Teal TW, eds.  Geriatric drug use: Clinical and social perspectives.  New York: Pergamon Press, 1985.

15. Avorn J.  Medicine, health, and the geriatric transformation.  Daedalus: J Am Acad Art Sci 1986; 115:211-225.  Reprinted in: Pifer A and Bronte L, eds.  Our aging society: Paradox and promise.  New York: W. W. Norton, 1986.

16. Avorn J.  The prescribing practices of physicians.  In: Maronde R, ed.  Clinical pharmacology and therapeutics.  New York: Springer Verlag, 1986.

17. Everitt DE, Avorn J.  Drug prescribing for the elderly.  Arch Int Med 1986; 146:2393-2396.

18. Avorn J.  Prescription medication use in geriatrics: Economic considerations. Testimony before the Select Committee on Aging, U.S. House of Representatives. In: The Congressional Record.  Washington, D.C.: Government Printing Office, 1986.

19. Pindyck J, Avorn J, Cleary P, et al.  Notification of anti-LAV/HTLV-III positive blood donors: Psychosocial, counseling and care issues.  In: Petricciana JA, ed. AIDS: The Safety of Blood and Blood Products.  New York: John Wiley & Sons, 1987.

20. Avorn J, et al.  Information and education as determinants of antibiotic use.  Rev Infec Dis 1987; 9(3):S286-S296.

21. Everitt DE, Avorn J.  Accidents and therapeutic prescription drugs.  Public Health Reports 1987; 102(6):620-622.

22. Avorn J.  Pharmacology and geriatric practice.  Clin Pharmacol Ther 1987; 42(6):674-676.

23. Soumerai S, Quick J, Avorn J.  Changing the unchangeable: Principles and experiences in improving prescribing accuracy.  World Pediatrics and Child Care 1987; 3:287-291.

24. Avorn J.  Adverse medication reactions, drug epidemiology, and the care of the elderly.  Testimony before the Special Committee on Aging, U.S. Senate.  In: The Congressional Record.  Washington, D.C.:  Government Printing Office, 1988.

25. Avorn J.  Geriatric pharmacology.  In: Rowe JW, Besdine R, ed.  Geriatric Medicine. Boston: Little, Brown and Co., 1988.

26. Avorn J, Soumerai SB, Salem SR, Popovsky M.  Documenting and correcting inappropriate use of blood products.  In: Kurtz SA, Summers S. eds.  Improving Transfusion Practice.  Arlington, VA: American Association of Blood Banks, 1989:21-30.

27. Avorn J.  Detection and prevention of drug-induced illness.  J Clin Res Drug Dev 1989; 3:5-13.

28. Avorn J, Gurwitz J.  Principles of pharmacology.  In: Cassel C, Riesenberg D, eds.  Geriatric Medicine (2nd edition).  New York: Springer-Verlag, 1990.

29. Everitt DE, Avorn J.  Systemic effects of medications used to treat glaucoma.  Ann Intern Med 1990; 112:120-125.

30. Gurwitz J, Avorn J.  Old age: Is it a risk for adverse drug reactions?  Agents and Actions (Supplement) 1990; 13-25.

31. Gurwitz J, Soumerai SB, Avorn J.  Improving medication prescribing and utilization in the nursing home.  J Am Geriat Soc 1990; 38:542-552.

32. Avorn J. Clinical geriatrics and life care: Ethical and health policy considerations. In: Chellis RD, Grayson PJ, eds. Life care: A long-term solution? Lexington, Mass: D.C. Heath, 1990.

33. Soumerai SB, McLaughlin TJ, Avorn J. Quality assurance for drug prescribing. Qual Assur Hlth Care 1990; 2:37-58.

34. Avorn J.  The elderly and drug policy: Coming of age.  Health Affairs 1990; 9:6-19.

35. Avorn J.  The role of medications.  In: Berg R, Cassell J, eds.  Health promotion and disability prevention in the second fifty: Report of a Committee of the Institute of Medicine.  Washington, D.C.:  National Academy Press, 1990.

36. Avorn J.  Claims data as a resource for pharmaco-epidemiology (editorial). Epidemiology 1990; 1:98-100.

37. Avorn J.  Reporting drug side effects: signals and noise (editorial).  JAMA 1990; 1:98-100.

38. Avorn J.  Epidemiology in Plato's cave: Claims data and clinical reality (editorial). J Clin Epi 1991; 44:867-869.

39. Avorn J et al. Intervention: The use of drug utilization review outcomes. Clin Pharmacol Therap 1991; 50:633-635.

40. Avorn J.  Pedagogic interventions in medication use. In: Wessling A (ed).  Auditing drug therapy.  Stockholm: Apoteksbolaget, 1992.

41. Avorn J, Monane M.  Documenting, understanding, and fixing psychoactive drug use in the nursing home.  Annu Rev Gerontol Geriat 1992; 12:163-82.

42. Avorn J.  Improving the quality and cost-effectiveness of prescribing.  Pharmacoeconomics 1992; Suppl 1:45-48.

43. Monane M, Gurwitz JH, Monane S, Avorn J.  Compliance issues in medical practice.  Hosp Phys 1993: 29(4):35-39.

44. Monane M, Gurwitz JH, Avorn J.  Pharmacotherapy with psychoactive medications in the long-term care setting: Challenges, management, and future directions. In: Smyer M, ed.  Mental Health and Aging. New York: Springer Publishing Company, 1993.

45. Bohn RL, Avorn J.  Cost-effectiveness – can it be measured?  Semin Hematol 1993; 30 (3) suppl 2:20-23.

46. Kalish S, Gurwitz JH, Avorn J.  Anticoagulant therapy in the elderly.  Primary Cardiology 1993; 19:34-42.

47. Ray W, Griffin M, Avorn J.  Evaluating drugs after approval for clinical use.  N Engl J Med 1993; 329:2029-2032.

48. Gurwitz JH, Monane M, Avorn J.  Polypharmacy and appropriate prescribing.  In: Reuben DB, Yoshikawa TT, eds.  Geriatrics Review Syllabus: A Core Curriculum in Geriatric Medicine, second edition.  New York: American Geriatrics Society, 1993.

49. Gurwitz JH, Monane M, Avorn J.  Principles of pharmacology. In: Reuben DB, Yoshikawa TT, eds.  Geriatrics Review Syllabus: A Core Curriculum in Geriatric Medicine, second edition. New York: American Geriatrics Society, 1993.

50. Avorn J.  Comparative data on the effectiveness of drugs and devices: A pressing need of doctors, patients, and payors.  Testimony before the House Subcommittee on Regulation, Business Opportunities, and Technology.  In: The Congressional Record.  Washington, D.C.: Government Printing Office, 1993.

51. Avorn, J.  Balancing costs, efficacy, and side effects.  PharmacoEconomics 1994; 6:63-66.

52. Bohn RL, Avorn J.  Reimbursement for hemophilia care in the United States: Current policies and future considerations.  Semin Hematol 1994; 31 (2) suppl 2:26-28.

53. Monane M, Gurwitz JH, Avorn J. Medication use and the elderly (review). The Gerontologist 1994; 34:272-274.

54. Avorn J. Medications and the elderly: current status and opportunities. Health Affairs 1995; 14:276-278.

55. Avorn J. Bringing science to the bedside: A prerequisite for quality of care and cost containment in treating the nation's elderly. Testimony before the Select Committee on Aging, U.S. Senate. Washington, DC: Government Printing Office, 1995.

56. Monette J, Gurwitz JH, Avorn J. Epidemiology of adverse drug events in the nursing home setting. Drugs and Aging 1995; 7:203-211.

57. Avorn J. The prescription as final common pathway. Intl J Technol Assess Hlth Care 1995; 11(3):384-390.

58. Avorn J. Drug regulation and drug information -- Who should do what to whom? (editorial) Am J Publ Hlth 1995; 85:18-19.

59. Avorn J. Are we treating people well? [Outcomes research, cost-effectiveness, and the federal health budget] (op-ed article) The Washington Post, May 28, 1995.

60. Avorn J. Practice-based outcomes research: crucial, feasible, and neglected (editorial). Pediatrics 1996; 97:113-114.

61. Avorn J, Gurwitz JH. Principles of pharmacology. In: Geriatric Medicine, Third Edition. Cassel CK, Cohen G, Larsen E, et al (eds.) New York: Springer-Verlag 1996.

62. Avorn J. Drug use in academic medical centers in an era of ferment. Pharmaco-economics 1996; 10:124-129.

63. Avorn J. The effect of cranberry juice on the presence of bacteria and white blood cells in the urine of elderly women. What is the role of bacterial adhesion? Adv Exp Med Biol 1996; 408:185-186.

64. Andrews EB, Avorn J, Bortnichak EA, et al. Guidelines for good epidemiology practices for drug, device, and vaccine research in the United States. Pharmacoepidem Drug Safety 1996; 5:333-338).

65. Gurwitz JH, Monane M, Monane S, Avorn J. Polypharmacy. In: Quality Care for the Nursing Home Resident. Lipsitz L, Morris JN (eds.); Mosby Lifeline, Hanover, MD, 1996.

66. Monane M, Avorn J. Medications and falls; causation, correlation, and prevention. Clinics in Geriatric Medicine 1996; 12:847-858.

67. Avorn J. Putting adverse drug events into perspective (editorial). JAMA 1997; 277:341-342.

68. Avorn J, Salzman C. Prescribing of psychotropic drugs for the elderly: Epidemiologic and policy considerations. In: Salzman C, (ed.) Clinical Geriatric Psychopharmacology, 3rd Edition. New York: McGraw Hill 1977.

69. Gurwitz JH, Rochon P, Avorn J. Optimizing drug therapy in the elderly. P & T 1997; 331-347.

70. Agretelis J, Avorn J, Blatt CM, et al. For our patients, not for profits: A call to action. JAMA 1997;278:1733-1738.

71. Avorn J. Including the elderly in clinical trials (editorial). Brit Med J 1997; 315:1033-1034.

72. Avorn J. Depression in the elderly -- falls and pitfalls (editorial). N Engl J Med 1998; 339: 918-920.

73. Knight EL, Avorn J. Use and abuse of drugs in older persons. The Gerontologist 1999; 39:109-111.

74. Knight E, Avorn J. Urinary tract infections in the elderly. In: UTIs in the female. Stanton W (ed.). London: Martin Dunitz Publishers, 2000.

75. Avorn J. Post-modern drug evaluation and the deconstruction of evidence-based regulation. Pharmaco-economics 2000; 18 suppl 1: 15-20.

76. Avorn J, Barrett JF, Davey PG, McEwen SA, O'Brien TF, Levy SB. World Health Organization Global Strategy for Containment of Antimicrobial Resistance: Synthesis of Recommendations by Expert Policy Groups. Geneva: World Health Organization, 2001.

77. Avorn J. Unhealthy aging: Functional and socioeconomic impact. Eur Heart J 2001; 3 suppl N:N3-5.

78. Avorn J. Improving medication use in the elderly: Getting to the next level (editorial). JAMA 2001; 286:2866-2868.

79. Avorn J. Drug risks. In: Drug Benefits and Risks, ed. C.J. van Boxtel. Sussex (England): John Wiley & Sons, 2001.

80. Partridge AH, Avorn J, Wang PS, Winer EP. Adherence to therapy with oral antineoplastic agents. J Natl Cancer Inst 2002; 94:652-661.

81. Wang PS, Walker AM, Avorn J. The pharmacoepidemiology of psychiatric medications. In: Tsuang MT, Tohen M, eds. Textbook of psychiatric epidemiology, second edition. Wiley, New York, 2002.

82. Schneeweiss S, Maclure M, Dormuth C, Avorn J: Pharmaceutical cost containment with reference pricing: Time for refinements. Can Med Assoc J 2002; 167:1250-1251.

83. Avorn J. Balancing the cost and value of medications: the dilemma facing clinicians. Pharmacoeconomics 2002; 20 suppl 3: 67-72.

84. Schneeweiss S, Maclure M, Dormuth C, Avorn J: Pharmaceutical cost containment with reference pricing: time for refinements. Can Med Assoc J 2002;167:1250-1251.

85. Avorn J, Gurwitz JH, Rochon P. Principles of pharmacology. In: Geriatric Medicine, 4th edition. Cassel C et al, eds. New York: Springer, 2003, pp. 65 – 81.

86. Ray WA, MacDonald TM, Solomon DH, Graham DJ, Avorn J. COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease. Pharmacoepidemiol Drug Safety 2003; 12: 67-70.

87. Avorn J, Wang PS. Prescribing psychotropic drugs for the elderly: Epidemiologic and policy considerations. In: Salzman, C, ed. Clinical Geriatric Psychopharmacology, 4th edition. New York: McGraw-Hill (in press).

88. LeLorier J, Vander Stichele RH, Avorn J, Beard K, Hallas J, Henry DA. Bringing epidemiology into drug utilization research. Pharmacoepidemiol Drug Saf 2003; 12: 153-156.

89. Wang PS, Schneeweiss S, Avorn J: Recent developments in psychopharmacoepidemiology. Curr Opin Psychiat 2003 (in press).

90. Ray WA, MacDonald TM, Solomon DH, Graham DJ, Avorn J. COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease. Pharmacoepidemiol Drug Saf 2003; 12: 67-70.

91. Solomon DH, Avorn J. Pharmacoepidemiology and rheumatic diseases. Curr Opin Rheumatol 2003; 15: 122-126.

92. Avorn J. Advertising and prescription drugs: promotion, education, and the public's health. Health Affairs 2003; W3:104-108.

Avorn J. The role of pharmacoepidemiology and pharmacoeconomics in promoting access and stimulating innovation. Pharmacoeconomics. 2004;22 Suppl 2:81-6.

Avorn J. FDA standards--good enough for government work? N Engl J Med. 2005; 353:969-72.

Avorn J. Sending pharma better signals (editorial). Science. 2005;309:669.

Avorn J. Torcetrapib and atorvastatin--should marketing drive the research agenda? N Engl J Med. 2005;352:2573-6.

Choudhry NK, Avorn J. Over-the-counter statins. Ann Intern Med. 2005;142:910-3.

Schneeweiss S, Avorn J. A review of uses of health care utilization databases for epidemiologic research on therapeutics. J Clin Epidemiol. 2005;58:323-37.

Kesselheim AS, Avorn J. University-based science and biotechnology products: defining the boundaries of intellectual property. JAMA. 2005;293:850-4.

Solomon DH, Avorn J. Coxibs, science, and the public trust. [editorial] Arch Intern Med. 2005;165:158-60.

Avorn J, Shrank W.  Highlights and a hidden hazard--the FDA's new labeling regulations. N Engl J Med. 2006 Jun 8;354(23):2409-11.

Avorn J.  Evaluating drug effects in the post-Vioxx world: there must be a better way. [editorial] Circulation. 2006 May 9;113(18):2173-6.

Avorn J.  Part "D" for "defective"--the Medicare drug-benefit chaos. N Engl J Med. 2006 Mar 30;354(13):1339-41.

Kesselheim AS, Avorn J.  Biomedical patents and the public's health: is there a role for eminent domain? JAMA. 2006 Jan 25;295(4):434-7.

**CORRESPONDENCE:**

1.    Avorn J, Soumerai SB.  Changing patterns of drug prescription.  N Engl J Med 1983.

2.    Soumerai SB, Avorn J.  Physician education and cost containment.  JAMA 1985; 253:13.

3.    Avorn J, Everitt DE.  Beta-blockers and depression.  JAMA 1986; 255:3249-3250.

4.    Soumerai SB, Avorn J.  Changing prescribing practices through individual continuing education.  JAMA 1987; 257:487.

5.    Avorn J, Soumerai SB.  Psychoactive medication in rest homes.  N Engl J Med 1989; 321:54-55.

6.    Avorn J.  Use of psychoactive drugs in nursing homes.  N Engl J Med 1992; 327:1392-3.

7.    Avorn J, Monane M, Gurwitz, JH, Glynn RJ, Choodnovskiy I, Lipsitz LA.  Reduction of bacteriuria and pyuria using cranberry juice.  JAMA 1994; 272:589.

8.    Monane M, Bohn RL, Gurwitz JH, Glynn RJ, Avorn J.  Heart failure and noncompliance in the elderly.  Arch Int Med 1994; 154:2109-10.

9.    Dillon K, Putnam K, Avorn J.  Death from irreversible pulmonary hypertension associated with short-term use of fenfluramine and phentermine.  JAMA 1997; 278:1320.

10.   Avorn J.  Acetaminophen toxicity in an urban county hospital.  N Engl J Med 1998; 338:543-544.

11.   Avorn J. Drug use and the elderly. Wall Street Journal, July 2001.

12.   Solomon DH, Glynn RJ, Avorn J.  Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease.  Lancet 2002; 360: 90.

13.   Solomon DH, Avorn J. Do gastroprotective drugs prevent NSAID toxicity? J Rheumatol 2003; 30:203.

14.   Winkelmayer W, Avorn J. Stable creatinine clearance using large-dose hetastarch versus reduced GFR. Kidney Int 2000; 65: 1111-1112.

15.   Solomon DH, LaValley MP, Wang PS, Avorn J. What are the real effects of the arthritis self-management program on pain and disability? (reply) Arthritis Rheum 2004;50:1012-1013.

Setoguchi S, Avorn J, Schneeweiss S. Statins and the risk of colorectal cancer. N Engl J Med. 2005;353:952-4.

Solomon DH, Avorn J, Wang PS, Vaillant G, Cabral D, Mogun H, Sturmer T.  Reply. Arthritis Rheum. 2006 May 31;55(3):513-514

## EDUCATIONAL MATERIALS AND CLINICAL COMMUNICATIONS

*The following physician education materials ("unadvertisements") were created
as part of the first randomized controlled study of "academic detailing" (NEJM 1983).
     They have been widely disseminated since.*

"Vasodilators and intermittent claudication"

"Cerebral blood flow and senile dementia"

"The limited analgesic effects of Darvon"

"Rational management of uncomplicated urinary tract infection"

"Cost implications of commonly used antibiotics"

*As part of that program, educational materials for laypersons were also produced, for
physicians to distribute to their patients instead of unnecessary prescriptions. These too
have had widespread distribution nationally in programs designed to reduce unnecessary
medication use:*

"Common sense about the common cold"

"Exercise and 'bad circulation'"

"Why your doctor recommended 'plain aspirin'"

"Improving mental function in the elderly"

*The following materials were written for the Beth Israel Hospital drug information
program during the period 1982-1990, with the assistance of other BI faculty.  The effect
on prescribing of the structured antibiotic order form and the educational materials used
with it is described in Avorn et al, Arch Int Med 1988.*

Structured antibiotic order form with information on drug choice, bacterial sensitivities,
and pharmacokinetics

"Clindamycin:  Proper use of the hospital's costliest drug"

"Oral metronidazole:  A first consideration in anaerobic infections"

"The vancomycin avalanche:  Improving utilization of a crucial drug"

"Ciprofloxacin:  A potent new oral antibiotic"

"Triazolam:  A forgettable drug?"

"Cefazolin:  A Q8H antibiotic"

"I.V.$H_2$ blockers:  Too much of a good thing?"

*Nursing Home Psychoactive Drug Education Project:  These materials were written for the randomized controlled trial of academic detailing in long-term care facilities, described in Avorn et al, NEJM 1992.  Since then, they have been distributed as part of educational programs in geriatric psychopharmacology throughout the country.*

Antipsychotic medications, tardive dyskinesina, and Parkinson's disease

Sedative-hypnotic use and sleep in the elderly

Anticholinergic side effects and tricyclic antidepressants

Medications as a cause of urinary incontinence

Unwanted sedation with neuroleptic use

Side effects of sedatives in the elderly:  confusion, lethargy, falls, and disorientation

*The following booklets were produced through the BWH Medication Education and Management Committee, with the participation of other faculty at BWH.  Dr. Avorn defined the topic and overall content of each booklet, and edited each:*

"$H_2$ blockers" (1993)

"Ketorolac:  Novel analgesic or just another NSAID?"  (1994)

"Ofloxacin:  BWH's new fluoroquinolone" (1995)

"Rational use of second and third generation cephalosporins" (1995)

"Treating supraventricular tachyarrhythmias" (1995)

"Neuromuscular blocking agents in the intensive care unit" (1995)

"Anti-secretory agents" (1997)

*From 1998 to the present, initiated and served as series editor for the following materials produced with BWH faculty for the Hospital's Medication Education Program. Most of these are also posted on the Partners Handbook website.*

Glycoprotein IIb/IIIa inhibitors and low-molecular weight heparin: a rational approach to new treatment for ischemic heart disease (December 1998)

GCSF does not improve patient outcomes in febrile neutropenia (January 1999, rev. June 2002)

Reassessing albumin use (June 1999, rev. February 2002), including a clinical algorithm flowsheet.

COX-2 inhibitors: Who *really* needs them? (March 2001, rev.April 2003)

The emerging threat of bacterial resistance (July 2001, rev. October 2002)

When p.o. is just as good as i.v.(July 1999)

H2 Blockers and proton pump inhibitors: reducing acid rationally (August 1999)

Optimal fluconazole use: Coping with the ambiguity of fungal culture results (February 2001, rev. February 2003)

Oral hypoglycemic agents (January 2000)

Drugs and the elderly: Wielding the double-edge sword (September 2001)

Linezolid (Zyvox): a new antibiotic class to treat resistant Gram-positive organisms (June 2000)

Digesting the new data on acid reduction: a neutral view (September 2000, rev. July 2002)

Rational management of agitation in the elderly and acutely ill: a brief orientation (October 2000)

Boosting the 'crit: Optimal use of erythropoietin (January 200, rev. 2003)

A new perspective on severe sepsis  (April 2001)

Getting the straight DOPE on drugs at the Brigham: *Data On Prescribing Effectively*, from the *Division Of Pharmaco-Epidemiology* (June 2001)

Saving vancomycin (September 2001, rev. November 2002)

Levofloxacin: too broad-spectrum? (September 2001)

Ceftazidime's limited uses (September 2001, rev. October 2002)

New treatment for severe septic shock: Promising benefits, important risks (Nov 2001)

First-line antibiotic therapy (May 2002)

Transfusion guidelines: Proper use of a precious resource (June 2003)

Managing diabetes in hospitalized patients (June 2003)

Antifungal therapy: Phases of treatment (August 2003)