## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, | JUDGE ELDON E. FALLON |
| Plaintiffs, | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK SHARP & DOHME CORP., | Case No. 05-3700 |
| Defendants. | |

## DECLARATION OF DONALD C. ARBITBLIT
## IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
## MOTION TO EXCLUDE TESTIMONY OF RICHARD KRONMAL, PH.D.

I, Donald C. Arbitblit, hereby declare as follows:

1.      I am an attorney and partner at Lieff, Cabraser, Heimann & Bernstein, LLP, 275

Battery Street, 29th Floor, San Francisco, CA  94111.  Elizabeth J. Cabraser of LCHB is a

member of the Plaintiffs' Steering Committee (PSC) in this MDL, as well as Chair of the

Purchase Claims Committee of the PSC and Government Action Executive Committee Member.

I have personal knowledge of the matters set forth herein and could testify competently thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the *Curriculum Vitae* of

Richard A. Kronmal, Ph.D.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the report of expert

David A. Kessler, M.D.

- 1 -

4.      Attached hereto as Exhibit 3 is a true and correct copy of an article by Bruce M. Psaty and Richard A. Kronmal, entitled "Reporting Mortality Findings in Trials of Rofecoxib for Alzheimer Disease or Cognitive Impairment:  A Case Study Based on Documents from Rofecoxib Litigation" published in the *Journal of the American Medical Association*, 2008; 299:1813-17.

5.      Attached hereto as Exhibit 4 are excerpts of the deposition transcript of David Curtis, M.D., January 18, 2010, pp. 236:17-22.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the expert report of Richard A. Kronmal, Ph.D.

7.      Attached hereto as Exhibit 6 is a true and correct copy of an article by Claire Bombardier, M.D., *et al.*, entitled "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," published in *The New England Journal of Medicine*, 2000; 343:1520-28.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on March 1, 2010, at San Francisco, California.

_____
DONALD C. ARBITBLIT

860278.1