# EXHIBIT 4

```
 1                UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4   In Re:                                )
                                           )
 5        Products Liability Litigation    )
                                           ) MDL NO. 1657
 6   This Document Relates to:             )
     _____ )
 7                                         )
                                           )
 8   STATE OF LOUISIANA, ex rel., JAMES    )
     D. CALDWELL, ATTORNEY GENERAL,        )
 9                                         )
                    Plaintiff,             )
10                                         ) Case No.:
     vs.                                   )
11                                         ) 05-3700
     MERCK SHARP & DOHME CORP.,            )
12                                         )
                    Defendant(s).          )
13   _____ )

14

15         DEPOSITION OF DAVID L. CURTIS, M.D.,

16                   Expert Witness

17              Held at O'Melveny & Myers

18         Two Embarcadero Center, 28th Floor

19              San Francisco, California

20                Monday, January 18, 2010

21                 9:34 a.m. - 5:31 p.m.

22

23

24

25   REPORTED BY:  James Beasley, CSR No. 12807
```

2

1  but simply reporting their views on the entire
2  period.
3         In other words, with data that included at
4  least a year post-treatment, not that only looked at
5  the year post-treatment.
6         Do you agree that that's a fair
7  interpretation of what they're saying with that
8  sentence?
9         MR. TOMASELLI:  Object to form.  I think
10 there's two questions.
11        MR. ARBITBLIT:  I'll withdraw it.
12    Q.   Doctor, do you agree that the authors are
13 referring to the entire period of the APPROVe study
14 in the first sentence of the discussion section?
15    A.   I think they are referring to the entire
16 period, the extension as well as the initial.
17    Q.   With that understanding, do you agree that
18 for the entire period, the study showed that
19 rofecoxib increased the risk of the combined APTC
20 endpoint of myocardial infarction, stroke, and
21 vascular death?
22    A.   I do.  I would agree with what the authors
23 are saying, because you're including the primary
24 outcome, the initial study of the population.
25    Q.   At page 1762, the first full paragraph

236

David L. Curtis, M.D., Expert

BARKLEY
Court Reporters