UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, Plaintiffs, v. MERCK SHARP & DOHME CORP., Defendants. | JUDGE ELDON E. FALLON MAGISTRATE JUDGE KNOWLES Case No. 05-3700 |

**DECLARATION OF SARAH R. LONDON
IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
MOTION TO EXCLUDE TESTIMONY OF CORNELIA PECHMANN, PH.D**

I, Sarah R. London, hereby declare as follows:

1. I am an attorney at Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111. Elizabeth J. Cabraser of LCHB is a member of the Plaintiffs' Steering Committee (PSC) in this MDL, as well as Chair of the Purchase Claims Committee of the PSC and Government Action Executive Committee Member. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. Attached hereto as Exhibit 1 are excerpts of the hearing transcript in *Barnett v. Merck*, Case No. 06-CV-0485, July 6, 2006, pp: 47:2-6; 52:21-53:9.

3. Attached hereto as Exhibit 2 is a true and correct copy of the report of expert Cornelia Pechmann, Ph.D.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Volume II trial transcript in *Mason v. Merck,* Case No. 06-CV-810, November 7, 2006.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Volume V trial transcript in *Dedrick v. Merck,* Case No. 05-CV-2524, December 1, 2006.

6. Attached hereto as Exhibit 5 are excerpts from the deposition transcript of Fran Kaiser, M.D., January 29, 2010, pp: 49:5-50:23.

7. Attached hereto as Exhibit 6 is a true and correct copy of a document entitled "Vioxx Monthly Review EAR Review November 2001," previously marked as P1. 2032.

8. Attached hereto as Exhibit 7 is a true and correct copy of a document entitled "Awareness, Action & Attributes for the A & A Franchise," previously marked as P1. 2008.

9. Attached hereto as Exhibit 8 is a true and correct copy of a 2003 Monograph, prepared by Provider Synergies, previously marked as Taylor Ex. 15.

10. Attached hereto as Exhibit 9 is a true and correct copy of an article by Alise S. Reicin, M.D., *et al.*, entitled "Comparison of Cardiovascular Thrombotic Events in Patients With Osteoarthritis Treated With Rofecoxib Versus Nonselective Nonsteroidal Anti-inflammatory Drugs (Ibuprofen, Diclofenac, and Nabumetone)," published in *The American Journal of Cardiology*, Vol. 89, January 15, 2002.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on March 1, 2010, at San Francisco, California.

*[signature]*
SARAH R. LONDON

860423.1