# EXHIBIT 2B

**CORNELIA (CONNIE) PECHMANN**
**PROFESSOR, MARKETING**
**THE PAUL MERAGE SCHOOL OF BUSINESS**
**UNIVERSITY OF CALIFORNIA, IRVINE**
**IRVINE, CALIFORNIA 92697**

**HOME:**   1604 Harkness Street.          **PHONES:**   (949) 824-4058 (work)
Manhattan Beach, CA 90266                          (949) 725-2840 (work fax)
**EMAIL:**   cpechman@uci.edu                        (310) 372-9007 (home)
**WEB:**   http://web.gsm.uci.edu/~cpechmann/        (310) 372-9008 (home fax)

## EDUCATION

Vanderbilt University, Nashville, TN      August 1988, Ph.D. (Marketing Management)
December 1985, M.B.A. (Marketing Management)
May 1985, M.S. (General Psychology)
Bucknell University, Lewisburg, PA      May 1981, B.A. (Psych/Spanish), Summa Cum Laude

## TEACHING AND RESEARCH AFFILIATIONS SINCE PH.D.

- Graduate School of Management, University of California, Irvine (UCI)
- Renamed The Paul Merage School of Business in 2005.
  - UCI Graduate School of Management (GSM)
    - Assistant Professor of Marketing, Fall 1988 - Spring 1995
    - Associate Professor of Marketing, Summer 1995 - Spring 2003
    - Full Professor of Marketing, Summer 2003 - present
  - UCI School of Social Ecology, Department of Environmental Analysis and Design
    - Adjunct Professor, 1997 - 2006
  - UCI Center for Health Policy & Research
  - UCI Transdisciplinary Tobacco Use Research Center
  - UCI Cancer Center

## TEACHING AFFILIATION PRIOR TO PH.D.

California State University - Fullerton, School of Business Administration and Economics
- Assistant Professor of Marketing, Fall 1986 - Spring 1988

## TEACHING AND SERVICE AWARDS

2005 Co-chair of Association for Consumer Research North American Conference
2004 UCI Graduate School of Management "Exceptional Faculty Service" Award
2004 Journal of Public Policy & Marketing "Exceptional Contribution by Reviewer" Honorable Mention
2003 Graduate School of Management "Best Elective" course in Full Time MBA program
2001 Charles and Twyla Martin Excellence in Teaching Award, GSM, UCI
2001 Business 2.0 "Key Professor" List, in article on 20 Top Technology-Savvy Business Schools
2000 Lincoln Mercury Marketing Lab Sponsorship, GSM, UCI (5 year sponsorship)
2000 Conexant Teaching Award, GSM, UCI
2000 BusinessWeek, B-Schools Rankings & Profiles, "Most Popular Professors" Listing
2000 BusinessWeek, B-Schools Rankings & Profiles, "Most Popular Electives" Listing
2000 Journal of Consumer Research "Outstanding Reviewer" Award
1999 Journal of Public Policy & Marketing "Exceptional Contribution by Reviewer" Award

## PARTIAL LIST OF ACADEMIC AND PROFESSIONAL HONORS

"Best Paper in 2002" Award, Journal of Consumer Research (awarded in 2005)
List of Top 50 Marketing Scholars, 2003 (based on citation counts)
Who's Who in Economics, Fourth Edition, 2002 (based on citation counts)
Chair of Liangyan Wang's dissertation, co-winner of ACR-Sheth dissertation proposal competition 2006

MODE101892

Chair of Terry Zhao's dissertation, runner-up in SCP-Sheth dissertation proposal competition 2004
Chair of Dipayan Biswas' dissertation, winner of ACR-Sheth dissertation proposal competition 2002
Marketing Science Institute Alden G. Clayton Dissertation Award 1987
American Marketing Association Doctoral Consortium Faculty Member 1993, 1997, 2001
American Marketing Association Doctoral Consortium Fellow, 1986
Phi Beta Kappa National Honor Society (President)
Beta Gamma Sigma National Honor Society (Management)
Alpha Lambda Delta National Honor Society (Psychology)
Bucknell University Rhodes Scholar Nominee
Who's Who of American Women
Who's Who in Advertising
Who's Who in Executives and Professionals
Who's Who in Finance and Business
Who's Who in the West
Who's Who in the World
Who's Who in Executives and Professionals

## COURSES TAUGHT
Introduction to Marketing, Undergraduate
Consumer Behavior, Undergraduate
Freshman Seminar on Tobacco Use Prevention, Undergraduate
Principles of Marketing for Management, MBA
Consumer Behavior, MBA
Database Marketing, MBA
Micro Marketing, MBA
Marketing IT Lab, MBA (on GIS and POS systems)
Marketing Field Study Projects, MBA
Design of Experiments and Quasi Experiments (Ph.D.)
Analysis of Data from Experiments & Quasi Experiments (Ph.D.)
Research Topics in Marketing (Ph.D., team taught)

## DOCTORAL DISSERTATION IN MARKETING MANAGEMENT
The Development and Partial Validation of a Contingency Model of Comparative Advertising

## MASTER'S THESIS IN GENERAL PSYCHOLOGY
Development of a Scale to Measure the Marital Role Dissonance of Parents with Diabetic Children

## GRANTS
| | |
|---|---|
| Tobacco-Related Disease Research Program of the State of California 2005 | $480,000 |
| UCI Transdisciplinary Tobacco Use Research Center 2003 (Pilot) | $ 25,000 |
| Tobacco-Related Disease Research Program of the State of California 2000 | $590,375 |
| Tobacco-Related Disease Research Program of the State of California 1999 (Pilot) | $ 10,000 |
| Tobacco-Related Disease Research Program of the State of California 1997 | $136,953 |
| Palmer Jarvis Advertising (for Health Canada) 1996 | $ 3,759 |
| Tobacco-Related Disease Research Program of the State of California 1993 | $192,570 |
| U.C.I. Graduate School of Management, Office of Research Grant 1993 | $ 3,667 |
| Tobacco-Related Disease Research Program of the State of California 1991 | $ 72,837 |
| U.C.I. Faculty Career Development Grant 1990 | $ 8,563 |
| U.C.I. Faculty Research Grant 1990 | $ 3,600 |
| National Institute of Mental Health Undergraduate Research Grant 1976 | $ 5,000 |

2

MODE101893

# REFEREED PUBLICATIONS

**Journal Articles (chronological order)**

1. Pichert, J.W., S.L. Hanson, and C. Pechmann (1984), Modifying Dieticians' Use of Patient Time," *The Diabetes Educator*, 10, 1, 43-46.

2. Pichert, J.W., S.L. Hanson, and C. Pechmann (1985), "A System For Assessing Use of Patients' Time," *Evaluation and The Health Professions*, 8, 1, 39-54.

3. Stewart, D.W., C. Pechmann, S. Ratneshwar, J. Stroud, and B. Bryant (1985), "Methodological and Theoretical Foundations of Advertising Copytesting: A Review," in *Current Issues and Research in Advertising*, J.H. Leigh and C.R. Martin, eds., Ann Arbor, MI: The University of Michigan Press, 1-74.

4. Pechmann, C. and D. W. Stewart (1988), "Advertising Repetition: A Critical Review of Wearin and Wearout," in *Current Issues and Research in Advertising*, J.H. Leigh and C.R. Martin, eds. Ann Arbor, MI: The University of Michigan Press, p. 285-330.

5. Stewart, D.W., G.B. Hickson, C. Pechmann, S. Koslow, and W.A. Altemeier (1989), "Information Search and Decision Making in the Selection of Family Health Care," *Journal of Health Care Marketing*, 9, 2 (June), 29-39.

6. Pechmann, C. and D. W. Stewart (1990), "The Effects of Comparative Advertising on Attention, Memory, and Purchase Intentions," *Journal of Consumer Research*, 17 (September), 180-191.

7. Pechmann, C. and S. Ratneshwar (1991), "The Use of Comparative Advertising for Brand Positioning: Association versus Differentiation," *Journal of Consumer Research*, 18 (September), 145-160.

8. Pechmann, C. and D.W. Stewart (1991), "How Direct Comparative Ads Promoting Low, Moderate and High Share Brands Affect Brand Choice," *Journal of Advertising Research*, 31 (December), 47-55.

9. Pechmann, C. (1992), "Predicting When Two-Sided Ads Will Be More Effective Than One-Sided Ads: The Role of Correlational and Correspondent Inferences," *Journal of Marketing Research*, 29 (November), 441-453.

10. Pechmann, C. and S. Ratneshwar (1992), "Consumer Covariation Judgments: Theory or Data Driven?" *Journal of Consumer Research*, 19 (December), 373-386.

11. Pechmann, C. and S. Ratneshwar (1994), "The Effects of Anti-Smoking and Cigarette Advertising on Young Adolescents' Perceptions of Peers Who Smoke," *Journal of Consumer Research,* 21 (September), 236-251.

12. Pechmann, C. and G. Esteban (1994), "Persuasion Processes Associated with Direct Comparative and Noncomparative Advertising and Implications for Advertising Effectiveness," *Journal of Consumer Psychology*, 2(4), 403-432.

13. Pechmann, C. (1996), "Do Consumers Overgeneralize One-sided Comparative Price Claims and Are More Stringent Regulations Needed?" *Journal of Marketing Research*, 33 (May), 150-162.

MODE101894

14.    Ratneshwar, S., C. Pechmann, and A.D. Shocker (1996), "Goal-Derived Categories and the Antecedents of Across-Category Consideration," *Journal of Consumer Research*, 23 (December), 240-250.

15.    Pechmann, C., P. Dixon, and N. Layne (1998), "An Assessment of the United States and Canadian Smoking Reduction Objectives for Year 2000," *American Journal of Public Health*, 88 (September), 1362-1367.

16.    Pechmann, C. and C.F. Shih (1999), "Smoking Scenes in Movies and Antismoking Advertisements Before Movies: Effects on Youth," *Journal of Marketing*, 63 (July), 1-13.
       o    **Presented at California legislative hearings on smoking in movies**
       o    **Presented to National Association of Attorneys' General**
       o    **Presented to National Association of Theater Owners**

17.    Pechmann, C. and E.T. Reibling (2000), "Planning an Effective Anti-Smoking Mass Media Campaign Targeting Adolescents," *Journal of Public Health Management and Practice*, 6 (3), 80-94.

18.    Pechmann, C. and E.T. Reibling (2000), "Anti-Smoking Advertising Campaigns Targeting Youth: Case Studies from USA and Canada," *Tobacco Control*, Supplement II, Volume 9, ii18-ii31.

19.    Ratneshwar, S., L.W. Barsalou, C. Pechmann, and M. Moore (2001), "Goal-Derived Categories: The Role of Personal and Situational Goals in Category Representations," *Journal of Consumer Psychology*, 10 (3), 147-158.

20.    Pechmann, C. (2001), "A Comparison of Health Communication Models: Risk Learning Versus Stereotype Priming," *Media Psychology*, 3 (2), 189-210.

21.    Pechmann, C. and S. J. Knight (2002), "An Experimental Investigation of the Joint Effects of Advertising and Peers on Adolescents' Beliefs and Intentions about Cigarette Consumption," *Journal of Consumer Research*, 29 (June), 5-19.
       o    **Selected "Best Paper in 2002" by Journal of Consumer Research**
       o    **Reprinted in "Consumer Behavior II: The Meaning of Consumption, Volume 4 Advertising and Consumption" Margaret K. Hogg ed., London, UK: Sage Publications, 2006, pages 261-287.**
       o    **Listed in "Essential Readings in Marketing" McAlister, Bolton and Rizley eds., Cambridge, MA: Marketing Science Institute, 2006, pages 80, 130.**
       o    **Presented during trial of U.S. Attorney General's case against tobacco firms, 2005**

22.    Pechmann, C. (2002), "Overview of the Special Issue on Social Marketing Initiatives," *Journal of Public Policy and Marketing*, 21 (Spring), 1-2.

23.    Kelder, S., C. Pechmann, M.D. Slater, J.K. Worden, and A. Levitt (2002), "The National Youth Anti-drug Media Campaign," *American Journal of Public Health*, 92 (8), 1211-1212 (letter).

24.    Pechmann, C., G. Zhao, M.E. Goldberg, and E.T. Reibling (2003), "What to Convey in Antismoking Advertisements for Adolescents? The Use of Protection Motivation Theory to Identify Effective Message Themes," *Journal of Marketing*, 67 (April), 1-18.

25.    Foley, D. and Pechmann, C. (2004), "The National Youth Anti-Drug Media Campaign Copy Test System," *Social Marketing Quarterly*, X-Special Issue (2-Summer), 34-42.

MODE101895

26.     Pechmann, C., L. Levine, S. Loughlin, and F. Leslie (2005), "Impulsive and Self-conscious: Adolescents' Vulnerability to Advertising and Promotion, *Journal of Public Policy and Marketing*, 24 (Fall), 202-221.

27.     Pechmann, C. and E.T. Reibling (2006), "Antismoking Advertisements for Youth: An Independent Evaluation of Health, Counter-industry, and Industry Approaches," *American Journal of Public Health*, 96 (May), 906-913.

28.     "The Impact of Regulatory Focus on Adolescents' Response to Antismoking Advertising Campaigns," G. Zhao and C. Pechmann, accepted at *Journal of Marketing Research*.

**Book Chapters and Edited Volumes (chronological order)**

29.     Pechmann, C. and D.W. Stewart (1988), "The Multidimensionality of Persuasive Communication: Theoretical and Empirical Foundations," in *Cognitive and Affective Responses to Advertising*, A. Tybout and P. Cafferata eds., Lexington, MA: Lexington Press, 31-65.

30.     Pechmann, C. and D.W. Stewart (1994), "The Psychology of Comparative Advertising" in *Attention, Attitude and Affect in Response to Advertising*, E. M. Clark, T. C. Brock, and D. W. Stewart eds., Hillsdale, NJ: Lawrence Erlbaum Associates, 79-96.

31.     Pechmann, C. (1997), "Does Antismoking Advertising Combat Underage Smoking? A Review of Past Practices and Research," in *Social Marketing: Theoretical and Practical Perspectives*, M.E. Goldberg, M. Fishbein and S. Middlestadt eds., Hillsdale, NJ: Lawrence Erlbaum Associates, 189-216.

32.     D. Grewal and C. Pechmann (1998), Editors of *American Marketing Association Winter Educators' Conference Proceedings: Marketing Theory and Applications*, Volume 9, Chicago, Illinois: American Marketing Association.

33.     Pechmann, C. (2002), "Changing Adolescent Smoking Prevalence: Impact of Advertising Interventions," in *Changing Adolescent Smoking Prevalence: Where It Is and Why*, D. Burns, ed., Silver Spring, MD: National Cancer Institute, 171-181.

34.     Pechmann, C., L. Fitzsimons and A. Chamie (2003), "Using Geographic Information Systems for Marketing Research," *Marketing Research*, A. Parasuraman, D. Grewal and R. Krishnan, eds., Houghton Mifflin Co., Chapter 5, 128-155.

35.     Pechmann, C. and Slater, M.D. (2005), "Social Marketing Messages That May Motivate Irresponsible Consumption Behavior," in *Inside Consumption: Frontiers of Research on Consumer Motives, Goals, and Desires*, D. Mick and S. Ratneshwar, eds., London, UK: Routledge, 185-207, 185-207.

36.     Pechmann, C. and Price, L. (2006), Editors of *Advances in Consumer Research*, Volume 33, Duluth, MN: Association for Consumer Research.

37.     Pechmann, C. and E. Johnson (2007), "Grant Funding Opportunities and Challenges for Transformative Consumer Research," *Advances in Consumer Research*, Volume 34, Duluth, MN: Association for Consumer Research (forthcoming).

**Conference Proceedings Papers (chronological order)**

5

MODE101896

38.    Pechmann, C. (1983), "A System For Assessing Use of Time in Clinic," in *Diabetes*, New York, NY: American Diabetes Association, 20.

39.    Stewart, D.W., G.B. Hickson, S. Ratneshwar, C. Pechmann, and W. Altemeier (1985), "Information Search and Decision Strategies Among Health Care Consumers," in *Advances in Consumer Research,* Volume 12, E.C. Hirschman and M.B. Holbrook eds., Provo, Utah: Association for Consumer Research, 252-257.

40.    Stewart, D.W., C. Pechmann, S. Ratneshwar, J. Stroud, and B. Bryant (1985), "Advertising Evaluation: A Review of Measures," in *Marketing Communications - Theory and Research*, M.J. Houston and R.J. Lutz eds., Chicago, IL: American Marketing Association, 3-6.

41.    Pechmann, C. and D.W. Stewart (1989), "A Learning Perspective of How Advertising Works: The Accumulation Model of Advertising Response," in the *Proceedings of the Division of Consumer Psychology*, Washington, DC: American Psychological Association, 97-99.

42.    Pechmann, C. and D.W. Stewart (1989), "Nonverbal Communication in a Natural Context: Consumer Markets," in the *Proceedings of the Division of Consumer Psychology*, Washington, DC: American Psychological Association, 68-71.

43.    Pechmann, C. (1990), "How Do Consumer Inferences Mediate the Effectiveness of Two-Sided Messages?" in *Advances in Consumer Research*, Volume 17, M. Goldberg, G. Gorn and R. Pollay eds., Provo, Utah: Association for Consumer Research, 337-341.

44.    Pechmann, C. and S. Ratneshwar (1990), "The Use of Comparative Advertising for Positioning Unfamiliar Brands: The Moderating Role of Attribute Typicality," in the *Proceedings of the Society for Consumer Psychology*, Washington, DC: American Psychological Association, 35-36.

45.    Pechmann, C. and G. Esteban (1991), "How Comparative Ads Affect Persuasion: The Moderating Role of Prior Motivation" in the *Proceedings of the Society for Consumer Psychology*, Washington, DC: American Psychological Association, 11.

46.    Pechmann, C. and S. Ratneshwar (1993), "Smoking-Related Advertising and Its Effects on Preteens: A Social Cognitive Perspective," in *Advances in Consumer Research,* Volume 20, L. McAlister and M. Rothschild eds., Provo, Utah: Association for Consumer Research, 265.

47.    Ratneshwar, S., C. Pechmann and A.D. Shocker (1994), "Consumer Consideration Sets and Choice Across Nominal Categories: The Role of Individual and Situational Goals," *Advances in Consumer Research*, Volume 22, C.T. Allen and D. Roedder John eds., Provo, Utah: Association for Consumer Research, 589.

48.    Pechmann, C. (1995), "When and How Extraneous Reference Prices Deter Choice of Competitors: Alternative Mediational Paths and Implications for Consumer Deception," *Advances in Consumer Research,* Volume 21, F.R. Kardes and M. Sujan eds., Provo, Utah: Association for Consumer Research, 430-431.

49.    Pechmann, C. and S.J. Knight (1996), "Cigarette Ads, Anti-Smoking Ads and Peers: Why Do Underage Youths Start Smoking Cigarettes?" *Advances in Consumer Research,* Volume 23, K.P. Corfman and J. Lynch eds., Provo, Utah: Association for Consumer Research, 267.

50.    Pechmann, C. and C.F. Shih (1997), "How Smoking in Movies and Antismoking Ads Before Movies may Affect Teenagers' Perceptions of Peers who Smoke, *Advances in Consumer*

MODE101897

*Research,* Volume 24, M. Brucks and D.J. MacInnis eds., Provo, Utah: Association for Consumer Research, 62-63.

51.   Pechmann, C. and M.E. Goldberg (1999), "Should Anti-smoking Ads Attempt to Denormalize Tobacco Use? Alternative Perspectives and Theoretical Frameworks," *Advances in Consumer Research,* Volume 26, E. Arnold and L. Scott, eds., Provo, Utah: Association for Consumer Research, 410-411.

52.   Pechmann, C., M.E. Goldberg, E.T. Reibling and G. Zhao (2001), "Antismoking Advertising Campaigns Targeting Youth in the U.S. and Canada," *Proceedings of the 2001 Conference of the American Academy of Advertising,* C.R. Taylor, ed., Villanova, PA: Villanova University.

53.   Pechmann, C. et al. (2001), "Adolescents and Cigarette Advertising in Popular Magazines: The Fifteen Percent Rule and Beyond," *Marketing and Public Policy Conference Proceedings,* Chicago, Illinois: American Marketing Association, 47-51.

54.   Pechmann, C and E.T. Reibling (2003), "Research on Antismoking Advertising Messages For Youth," American Public Health Association 2003 Conference Abstracts, *http://apha.confex.com/apha/131am/techprogram/paper_59362.htm.*

**Published Working Papers (chronological order)**

55.   Pechmann, C. and D.W. Stewart (1990), "Advertising Repetition: A Critical Review of Wear-In and Wear-Out," Marketing Science Institute, 90-106.

56.   Pechmann, C. and D.W. Stewart (1990), "The Development of a Contingency Model of Comparative Advertising," Marketing Science Institute, 90-108.

57.   Pechmann, C. and S. Ratneshwar (1993), "Advertising Versus Prior Beliefs: Does Anti-Smoking and Cigarette Advertising Alter Young Adolescents' Perceptions of Smokers?", Marketing Science Institute, 93-125.

## TECHNICAL REPORT

58.   Pechmann, C. and M.E. Goldberg (1998), "Evaluation of Ad Strategies for Preventing Youth Tobacco Use," report submitted to the California Tobacco Related Disease Research Program.
   o   **Highlighted in Tobacco-Related Disease Research Program "Report of Research 1990 – 2000," p. 20.**

## PRESENTATIONS AT ACADEMIC CONFERENCES (alphabetical order)

Advertising and Consumer Psychology (1985, 1987, 1995)
American Academy of Advertising (1989, 1992, 2001)
American Diabetes Association (1983)
American Marketing Association (1985-1989, 2004, 2005)
American Public Health Association (2003)
American Psychological Association (1982, 1989-1992, 1994, 1998)
Association for Consumer Research (1987-1996, 1998, 2005, 2006)
Evaluation Network/Evaluation Research Society (1982)
Public Policy and Marketing Conference (1994, 2000, 2001,2006)
Society for Consumer Psychology (1997)
Tobacco-Related Disease Research Program, Annual Investigator Meeting (1993, 1997, 1998)

7

MODE101898

## INVITED PRESENTATIONS (most current listed first)

University of Arizona, "Looking Forward" Conference on Social Marketing, November 2006
Oklahoma State University, November 2006
University of Southern California, Risk Research Workshop, June 2006
BUZZ, An Executive Women's Think Tank, February 2006
Reims Management School, Reims France, February 2006
Stanford University, Department of Marketing, January 2006
University of California Irvine, HCEMBA luncheon talk, July 2005
INSEAD, France, Department of Marketing, April 2005
University of Southern California, Annenberg School for Communication, January 2005
Colorado State University, Ft. Collins, Marketing Dept., November 2004
University of Missouri, Columbia, Marketing Dept., October 2004
Researching Risk Workshop, University of Utah, May 2004
UCI Transdisciplinary Tobacco Use Research PhD trainee program, guest speaker, Spring 2003
University of Pennsylvania, Annenberg Center, Conference on "Reducing Adolescent Risk," June 2002
University of Oregon, Department of Marketing, April 2002
UCLA/USC/UCI Marketing Colloquium, University of California, Los Angeles, April 2002
UCI Transdisciplinary Tobacco Use Research undergraduate class, guest speaker, Fall 2001
American Marketing Association, Doctoral Consortium, University of Miami, June 2001
University of California, Irvine, Graduate School of Management, Corporate Partners, May 2001
Pennsylvania State University, Dept. of Marketing, talks on tobacco research, ITM for MBAs, May 2001
UCI, Transdisciplinary Tobacco Use Research undergraduate class, guest speaker, Fall 2000
University of California, Irvine, Dept. of Psych. & Social Bch., School of Social Ecology, October 2000
Association for Consumer Research Doctoral Consortium, Annual Conference, October 2000
University of Southern California, Instit. for Health Promotion & Disease Prev. Research, July 2000
Georgetown University, School of Business, April 2000
Tri-County Regional Team, Tobacco Education and Prevention, Ventura CA, March 2000
University of California, Irvine, Health Research Seminar, School of Social Ecology, January 2000
University of California, San Diego, Tobacco Control Policies Project, May 1999
University of California, Los Angeles (UCLA), Marketing Camp, January 1999
University of Alabama, Department of Marketing, December 1998
Tobacco-Related Disease Research Program, Annual Investigator Meeting, Plenary Session, Dec 1998
Simi Valley, CA High School Journalism Competition, November 1998
California State Senate Judiciary Committee Hearing on "Antismoking Advertising," October 1998
The Depiction of Tobacco and Illicit Drug Use in Entertainment Forum, June 1998
Project Directors' Meeting, California Department of Health Services, May 1998
University of Pennsylvania, Wharton School of Business Administration, April 1998
University of California, Irvine, Tobacco Research Mini-Conference, March 1998
Dartmouth University, Medical School, Cancer Center, December 1997
California State Senate Judiciary Committee Hearing on "Smoking in the Movies," October 1997
American Marketing Association Doctoral Consortium, University of Cincinnati, August 1997
University of Houston, Department of Marketing, April 1997
Seminar on Conducting Applied Research, CA Dept. of Health Services, Spring 1997
National High School Journalism Convention, CA Dept. of Health Services and Rogers & Assoc., 1996
Televised Press Conference, CA Depart. of Health Services and Rogers & Assoc., 1995
Ph.D. Student Information Session, Association for Consumer Research Conference, October 1995
GSM Corporate Partners and Faculty Speaker Series, June 1995
University of Southern California, UCLA/USC/UCI Marketing Colloquium, June 1995

8

MODE101899

University of Washington, Department of Marketing, March 1995
Washington State University, Department of Marketing, Winter 1993
Tobacco-Related Disease Research Program, First Scientific Conference, December 1993
American Marketing Association Doctoral Consortium, University of Illinois, August 1993
University of Southern California, Instit. for Health Promotion & Disease Prev. Research, Nov. 1992
University of Southern California, UCLA/USC/UCI Marketing Colloquium, June 1991
University of California, Santa Barbara, Department of Psychology, May 1990

### MEDIA COVERAGE OF RESEARCH (partial list, most current listed first)

- American Academy of Advertising Newsletter, Featured Research, Dec. 2006 (forthcoming).
- Baker, Sam (2006), "Can teens handle the anti-smoking Truth?" June 27, 2006.
- BUZZ: An Executive Women's Think Tank, Newport Beach, California, February 28, 2006.
- REAL ORANGE interview on KOCE-TV, Antismoking Messages in TV Sitcoms, July 15, 2005
- Mike Beirne, Brandweek.com, Effectiveness of anti-smoking messages in sit coms, July 5, 2005
- Gregory, John (2004), "Groundbreaking Research on Antismoking Ads," i Magazine, UC Irvine Graduate School of Management, Winter 2004, Issue 4, p. 4.
- Burton, Scot et al. (2003), "Certain Themes in Anti-smoking Ads Deter Teens," Marketing News, April 14, p. 30.
- Fairclough, Gordon (2002), "Study Slams Philip Morris Ads Telling Teens Not to Smoke," Wall Street Journal, May 29, B1.
- Newman, Deirdre (2002), "Ahead of the Curve," Daily Pilot, a division of the LA Times, Feb. 26.
- Prevention File (2001), "A Q&A With Connie Pechmann," Orange County, CA Edition, Spring, 3-4.
- Martelle, Scott & Yi, Daniel (2001), "Diversity Comes with Division," LA Times, April 15, B1 & B5.
- Dill, Mallorre (2000), "Butt-Kicking Advertising," AdWeek, November 6, p. 28.
- Rose, Jaimee (2000), "Messages that Cut Through the Smoke," LA Times, Aug. 20, B2.
- Orange County Newschannel (2000), Prime Story, Report on Antismoking Advertising Campaigns Targeting Youth, August 15.
- Johansson, Catrine (2000), Irvine Spectrum News, "Study Dissects Anti-smoking Campaigns' Effect on Teens," July 24-28, A5 & A7.
- Morgan, John (2000), "Movie Ratings Board Gets an 'F' on Smoking," USA TODAY.com, May 26.
- Boucher, Philippe (2000), "Rendez-vous with Cornelia (Connie) Pechmann," Philippe Boucher's Rendez Vous, May 15, www.tobacco.org.
- Pollay, Jeff (2000), "Silver Smoke Screen. Reality Bites Back," Brill's Content, January, p. 120.
- Beck, Jerome (1999), "Unselling Tobacco: An Overview of Counteradvertising Campaigns," TRDRP Newsletter, News from Tobacco-Related Disease Research Program, Vol. 2, No. 3, Nov., p. 6-8.
- Marketing News (1999), "Identifying Enemy is Key Theme in JM," July 19, p. 45.
- Azar, Beth (1999), "Antismoking Ads that Curb Teen Smoking," American Psychological Association Monitor, January, p. 14.
- Garvey, Megan (1998), "US Anti-Smoking Drive Falling Short," LA Times, Sept. 9, Metro 1.
- Gellene, Denise (1997), "Anti-Smoke Screen: L. A. County Films Ads to Counter Cigarettes' 'Cool' Movie Image --but Few Theaters Show Them," LA Times, Dec. 11, D1 & D5.
- Canadian Broadcast Service (1997), Sunday Morning News Show, Depictions of Smoking in Movies, November.
- Russell, Sabin (1997). "Studios Asked to Deglamorize Smoking: State Legislator Wants Films to Stop Gratuitous Tobacco Use," San Francisco Chronicle, Oct. 28, A1.
- ABC World News This Morning (1997), Report on Depictions of Smoking in Movies, Oct. 28.
- Eyewitness News (1997), KABC-TV, LA, Report on Depictions of Smoking in Movies, Oct. 27.

MDE101900

- Vanzi, Max (1997), "Lawmaker Targets On-Screen Smoking," *LA Times,* Oct. 26, A3.
- Adelson, Andrea (1997), "Is Anybody Getting the Picture? Despite Ads, Teen-Age Smoking is Unabated, *The New York Times*, July 16, C1 & C6.
- Parker-Pope, Tara (1997), "Push Against Smoking Opens on Silver Screen", *Wall Street Journal,* May 19, B1 & B6.
- Adelson, Andrea (1997), "California Takes on the Tobacco Industry with a $22 Million Campaign to Discourage Smoking," *The New York Times*, April 4, C2.
- Peterson, Karen S. (1997), "Teens Pick Up on Move Smoking. Study: Turn Them Off with Anti-tobacco Ads," *USA Today*, Jan. 6, D1.
- Alsberg, Peter, (1996), "Up in Smoke," *The Washington Post*, Dec. 29, C5.
- Archibold, Randal C., (1996), "Anti-Tobacco Ads 'Inoculate' Teen Filmgoers in UCI Study," *LA Times*, Dec. 20, B1 & B6.

## OTHER PROFESSIONAL ACTIVITIES

**Service to Academic Community**

<u>Editor</u>

Journal of Public Policy and Marketing, Special Issue, Social Marketing Initiatives (Spring '02)

<u>Editorial Review Boards</u>

Journal of Consumer Research (1992 - present)
Journal of Public Policy and Marketing (1993 - present)
Journal of Consumer Psychology (1996 - 2000, 2005 - present)
Current Issues and Research in Advertising (1998 - present)
Media Psychology (1995 - 2006)
Social Influence (2005 - present)
Journal of Marketing (1996 - 2005)
Journal of Marketing Research (1999 - 2003)

<u>Conference Co-chair</u>

Association for Consumer Research, North American Conference (9/05)
American Marketing Association Winter Educators' Conference (2/98)
Tobacco-Related Disease Research Program, Second Scientific Conference (12/97)
Society for Consumer Psychology Annual Conference (2/97)

<u>Conference Track Chair</u>

American Marketing Association Winter Educators' Conference, Promotions Track, 1995
American Psychological Association Annual Conference, Division 23 Track, 1994

<u>Conference Program Committee</u>

Association for Consumer Research (1991, 1993, 1995, 1997)

<u>Ad Hoc Reviewer</u>

American Journal of Public Health
Health Psychology
International Journal of Research in Marketing
Journal of Advertising
Journal of Business Research
Journal of American Medical Association (JAMA)
Journal of Communication
Journal of Health Communication
Journal of International Marketing
Journal of Interactive Marketing
Journal of Marketing
Marketing Letters
National Cancer Institute, Monograph Series on Tobacco
Nicotine and Tobacco Research
Preventive Medicine

10

MODE101901

        Prevention Research Center, Berkeley, California
        Psychology and Marketing
        Sloan Management Review
        Tobacco Control

<u>Conference Paper Reviewer</u>
        Association for Consumer Research
        American Marketing Association
        American Academy of Advertising
        Academy of Marketing Science
        Public Policy and Marketing
        Advertising and Consumer Psychology

<u>Dissertation Award Reviewer</u>
        Academy of Marketing Science
        American Marketing Association
        John A. Howard Dissertation Competition
        SCP-Sheth Foundation Dissertation Proposal Competition
        Marketing Science Institute
        Procter & Gamble

<u>Grant Proposal Reviewer or Grant Evaluator</u>
        Louisiana Health Excellence Fund
        Social Sciences and Humanities Research Council of Canada
        Ontario Tobacco Research Unit, University of Toronto
        U.S. National Science Foundation
        Canada Council for the Arts, Killam Research Fellowship

<u>Textbook Reviewer</u>
        Prentice Hall
        Harper Collins Publishers
        South-Western Publishing Company

<u>External Reviewer for Promotion Cases</u>
        2004-05: Wrote 4 letters

**School and Campus Service (most current listed first)**
MSB Masters' Program Committee 2006-2007 (chair)
MSB Marketing Area Coordinator 2006-2007
GSM Faculty Chair, 2004 - 2005
GSM Faculty Advisory Committee 2003 - 2005 (chair in 03-04)
GSM Strategic Planning Committee, 2003 - 2005 (chair)
GSM Masters' Program Committee, 1989-1990, 1995-1996, 1999-2001, 2001-2002 (chair), 2002-2003
GSM Information Technology and Management Program Committee, 1998-2001 (chair)
GSM Computing Committee, 1997-1999
GSM Faculty Advisor to Director of Marketing, 1993-1998
GSM Affirmative Action Committee, 1993-1996
GSM Marketing Area Coordinator, 1994-1995
GSM Undergraduate Educational Policy Committee, 1994
GSM Faculty Executive Committee, 1990-1993
GSM Faculty Recruiting Committee, 1988-1989

UCI Academic Senate, Council on Research, Computing & Library Resources, 2003-2007 (chair 04-05)
UCI Academic Senate, University Committee on Research Policy, Spring 2006
UCI Academic Senate, Council Representative, 2004-2005
UCI Ad-hoc Reviewer of Faculty Career Development Awards (2005)
UCI Human Subjects' Institutional Review Board, member 1998 – 2001, vice chair 2001-2002
UCI Advisory Board, Extension Program in Marketing Communications, 1988-1998
UCI Pregraduate Mentorship Program, Faculty Mentor, 1995-1996

MODE101902

UCI Advisory Committee on Research Infrastructure and Computing, 1995-1996
UCI Fulbright Campus Committee, 1994
UCI Chancellor's Advisory Committee on Intercollegiate Athletics, 1990-1993

**Professional Affiliations**
American Academy of Advertising (AAA)
Association for Consumer Research (ACR)
American Marketing Association (AMA)
American Psychological Association (APA)
American Public Health Association (APHA)
Society for Consumer Psychology (SCP), served as Education and Training Chair

**Consulting – Paid and Pro Bono (most current listed first)**
- Beasley Allen, TX, Vioxx ligitation (2006)
- Blizzard, McCarthy & Nabers, Houston, TX, Vioxx litigation (2006)
- Robinson, Calcagnie & Robinson, Newport Beach, CA, Vioxx litigation (2006)
- Robinson, Calcagnie & Robinson, Newport Beach, CA, tobacco litigation (2004, 1 day)
- PRISM Awards Reviewer (EIC, NIDA, Robert Wood Johnson; pro-bono, 1997-2005)
- Sentinel Awards Reviewer (Hollywood, Health & Society, CDC, NCI; pro-bono, 2005)
- Wilmer Cutler Pickering Hale & Dorr, Washington DC, American Legacy v. Lorillard (2004 – 2005)
- Consultant on Mary Ann Pentz's smoking prevention media literacy project, USC (2000 – 2005)
- Youth Media Expert Panel, University of Vermont project on antismoking ads (2001- 2003)
- American Legacy Foundation, Media and Countermarketing Expert Panel (2000 – 2004)
- White House Office of National Drug Control Policy, Behavior Change Expert Panel, National Youth Anti-Drug Media Campaign (1998 – 2004)
- Blumenthal & Markham, San Diego, CA, tobacco litigation (1999 – 2003)
- Consultant on Don Helme's antismoking ad research project, Cooper Institute, CO (2001 – 2002)
- US Census Bureau, Advisory Committee of Professional Associations (pro-bono, 1998 – 2002)
- Campaign for Tobacco-Free Kids (tobacco policy expert)
- American Psychological Association (pro-bono), contributed to APA response to FDA Tobacco regs.
- Houston Effler Favat Advertising (now Arnold Advertising; contract with Mass. Dept. Health)
- California Air Resources Board (ICAT Program)
- Merrill Lynch (for Munger, Tolles & Olsen - Attorneys at Law)
- Rogers & Sheffield, Attorneys and Counselors At Law, Santa Barbara, CA
- Osler, Hoskin and Harcourt, Barristers & Solicitors, Toronto, Canada (comparative ad litigation)
- American Savings Bank, Irvine, CA
- CommerceBank, Newport Beach, CA
- San Clemente Savings and Loan, Irvine, CA
- The Nashville Consulting Group, Nashville, TN
- Neighborhood Housing Services, Nashville, TN
- The Vanderbilt University Diabetes Research and Training Center, Nashville, TN
- The Program Evaluation Laboratory, Vanderbilt University, Nashville, TN
- The Veterans Administration Hospital, Nashville, TN

## PERSONAL

Mother of Erica Henrietta Leventhal, born October 25, 2002.
USHGA Para IV Advanced Paraglider pilot and safety observer, 1992-1999.
Institute of European Studies Junior Year Abroad Program, Madrid, Spain, 1979-1980.
Founder and 1st President of Gamma Phi Beta Sorority, Bucknell University, 1978-1979.
Rotary International Exchange Student Program, Cochabamba, Bolivia, 1975-1976.

MODE101903

# How an Integrated Marketing Communications Campaign is Developed

Steps:*

1. Identify obstacles to product sales
2. Develop a few, simple key messages to counter or neutralize those obstacles
3. Use these few, simple messages in promotional tools (advertising, direct mail, sales promotion, public relations, etc.)
4. Test the tools prior to use
5. Implement the tools
6. Monitor the effects in the marketplace; if problems arise, go back to step 1

* *Marketing research is involved in all steps*

Defendant's
Exhibit
3679

10

MODE101904

M00E101905

MRK-ARF0037079

Confidential - Subject To Protective Order





TRUE ONCE-DAILY

**VIOXX™**
(rofecoxib, MSD)

# Annual Plan

## 2003

## Ken W. Holland - Senior Marketing Director - VIOXX

MERCK MARKETING

Confidential - Subject To Protective Order

MRK-ARF0037080

M00E101906



MERCK MARKETING

# Market/Brand Update (A&A/VIOXX)

## Market

- Coxibs have 56% $ share of A&A and 23% PDT share; Coxibs forecasted $ share of A&A 77% in '07
- Total A&A $ growth will moderate to 6.7% (CAGR 02-07) over the planning period (from 9.7% CAGR 96-01)



- EMEA - CPMP Coxib Class Referral - Aug 02. 1 Year review:
  - New indications and "marketing authorizations" for new products unlikely during this time
  - Possible prescribing restrictions and additional warnings of side-effects on product labels
- Coxib class review in Australia
- Expect sporadic negative news stories to continue
- Emerging science supports potential new uses of coxibs outside of A&A

## Competition

- Valdecoxib: EU - Recommended for Approval 06/02 for OA, RA, Dysm only.
- Prexige (lumiracoxib - Novartis) launch expected 4Q03
- Four new coxibs may come to market by 1Q06 and maybe one nitric oxide-NSAID combo - 05

## VIOXX

- EMEA - launch of VIOXX Acute over last 12 months

4

MODE101907

MRK-ARF0037081

Confidential - Subject To Protective Order



# Headline News in 2002

MERCK MARKETING

**POSITIVE NEWS**

*More Patients Prefer Vioxx in 80,000-patient Study*

**CEOXX Approved In EU For Acute Pain**

New Studies Show Superior Pain Relief With Vioxx
Acute vs. Diclofenac, Narcotics

Archives Studies Say Naproxen Is Cardioprotective

EU Regulators Refer Cox-2 Class

*VIOXX INCREASED HYPERTENSION, EDEMA
RATES VS. CELEBREX*

FDA Reports 5 Aseptic Meningitis Cases
With VIOXX

*Painkillers May Prevent Bones From Healing*

Express Scripts Report Raises Questions
About Cost-effectiveness Of Cox-2s

Questions About Arthritis Drugs

New Pain Drug Associated With Heart
Attacks

Tennessee Medicaid Database: Vioxx Might
Be Linked To Increased MIs

**NEGATIVE NEWS**

5

MODE101908

MRK-ARF0037082

Confidential - Subject To Protective Order



MERCK MARKETING

## Strategic Priorities for the Franchise

### WBST A&A Franchise Strategies

1. Differentiate Merck Coxibs on a powerful efficacy dimension

2. Effectively convey the benefit risk profile of our Coxibs

3. Increase penetration into the A&A market and enter and successfully penetrate new markets

### WHHM Strategic Priorities for VIOXX (in Support of Franchise Strategies)

1. Enhance "powerful pain relief" perception of VIOXX

2. Proactively address safety concerns

3. Enter new therapeutic markets to ensure sequenced growth

6

MRK-ARF0037083

Confidential - Subject To Protective Order

M0OE101909



MERCK MARKETING

# Global Positioning Statement

**For:**

Physicians who treat pain and inflammation

**VIOXX/VIOXX ACUTE is :**

**Powerful pain relief safely delivered for OA, RA and Acute Pain**

**That will:**

Enable you to successfully return your patients to their daily/working activities

**Because:**

- Unsurpassed powerful pain relief, fast.
- Superior pain relief compared to opioid combinations
- Superior pain relief in OA compared to Celecoxib
- Greater patient satisfaction with the powerful pain relief of VIOXX compared to TNSAIDs (*diclofenac/ibuprofen/nimesulide*)
- Powerful pain relief with superior GI safety

7

Confidential - Subject To Protective Order

MRK-ARF0037084

MODE101910



MERCK MARKETING

# Key Drivers, Barriers and Leverage Points

## Drivers

- Primary driver of treatment is pain relief

    - Inadequate pain relief is the number one reason for dissatisfaction with treatment.

- Belief by some physicians that VIOXX is superior to Celebrex in pain relief

- Coxibs are viewed as GI safe; physicians consider prescribing Coxibs when patients have clear GI risk

## Barriers

- Physicians have a long history with traditional NSAIDs which they perceive as safe for most patients

- Physicians perceive Coxibs as having low value for money vs traditional NSAIDs

- Non-GI safety issues (CV, hypertension, edema) may be limiting Coxib uptake

## Leverage Points

- Class Choice (Ex-US): Expand Coxib usage outside current GI niche to compete with traditional NSAIDs

- Brand Choice (US, Canada, Australia): Expand Merck franchise market share at the expense of other Coxib competitors

8

Confidential - Subject To Protective Order

MRK-ARF0037085

MODE101911

MERCK MARKETING

MERCK
**R**estricted
**O** Confidential
limited access

9

## VIOXX Summary Plan for WHHM in 2003

| Behavioral Objectives | Summary Plan (Key Programs to Achieve Objectives) | Success Measure(s) |
|---|---|---|
| Physicians prescribe VIOXX because of its powerful and superior efficacy profile | **New Data Generation:**<br>MSGP: *Tough pain model studies, new pain uses*<br>CDSP - *Diclo in arthroscopy*<br>OR - NSAID Usage Patterns, OR Analysis Tool Kit<br>OR/country - Preference studies<br>(MRL/CDP - Valde Dental/Percocet Dental/ Vicodin Arthroscopy/Periop<br>**Promotion of New/Existing Data:**<br>*Positively VIOXX:*<br>IPE- EULAR, KOLs, UPs, EFORT, *Pain in Europe*, WAABs<br>BIR- Acute/Chronic Integration Research<br>Promo- *NewAcute/Chronic Detail Aid*, KOL slide Kits<br>Publications- *"Preference" Manuscripts*<br>PAs- *"Coxib" University", PAs Portfolio, Media Mgmt*<br>Web- EULAR site; HCP site | • Strategic Metric improvement in '03 vs Diclo and Celebrex<br>  • Potent analgesic effect<br>  • Potent anti-inflammatory effect<br>  • Onset<br>  • Value for money<br>• Media tracking/pick-up<br>• IPE Post Meeting Survey<br>• Web-site: 20% increase in Visits/Time Spent<br>• Abstracts for EULAR relative to 02 & competition<br>• CSDP study initiated and meets targeted enrollment |
| VIOXX is prescribed because of superior GI safety, reduced GI risks/costs vs TNSAIDs, and has a positive benefit risk profile | *Positively VIOXX:*<br>Promo- GI Risk and CV KOL Slide kits, CV obstacle handler, New core sales aid,<br>IPE- EULAR, UEGW, KOLs, WAABs<br>PAs -GI Risk Survey; Consumer Campaign,<br>  -*Media Materials (sequenced VIOXX news)*<br>OR- Reimbursement Support<br>OR- Publication and Presentation of OR data at Congresses<br>Publication- *Additional CV safety analyses and OR data for concomitant ASA usage* | • Strategic Metrics remain same or better on<br>  • Does not cause change in BP<br>  • Does not cause edema<br>  • Does not increase risk of MI<br>• Media tracking/pick-up<br>• Launch of consumer survey results<br>• No loss of reimbursement in Ex-US markets |
| Physicians prescribe VIOXX due to an increase in efficacy and safety data in non-A&A usages | *Positively VIOXX:*<br>MSGP- *Studies in new markets*<br>PAs- Media Materials and "Coxib University"<br>IPE- UEGW, KOLs<br>BIR- Exploratory Research for non A&A indications<br>OR- CRC treatment pattern analysis | • Generation of publications from MSGP in several different new uses for VIOXX (Cancer, CV, etc)<br>• Media tracking/pick-up |

Confidential - Subject To Protective Order

MRK-ARF0037086

M0DE101912

MERCK MARKETING

# Arthritis -VIOXX
## New & Ongoing Clinical Studies by Strategic Priority

10

### ONGOING



**Enhance efficacy position**

- 50 mg vs.valdecoxib 20mg
- 50 mg vs. valdecoxib 40mg-pilot
- 50mg vs. Valde 20/40mg Definitive Study (FPI:Q4/02)
- 50 mg vs.MD Percocet (2)
- 50 mg vs Vicodin (arthroscopy) #1, #2(FPI:Q4/02)



**Address potential safety concerns**

**Combined safety analysis from SAP, VICTOR, & prostate cancer studies.**



**Enter new markets**

- Pin Milled RPD PK Study (probe)
- Juvenile RA Efficacy (12/ 52 wk)
- SAP (colon polyp study)
- VICTOR  (colon cancer study)
- MCI (mild cognitive impairment)
- Prostate Cancer Prevention
- Acute Migraine Treatment (2)

### NEW

- *50mg vs. Diclofenac 150mg: Arthroscopy*

- *Endoscopy: Vioxx 25mg and Low Dose ASA*

- Celecoxib 200 mg vs. VIOXX 12.5 mg in OA: Efficacy, BP endpoints (2)

- 12.5, 25 mg ABPM-pilot

- 25 mg CLBP Indication(2)

- *RPD PK 12.5/25mg*
- *Pilot Probe RPD 50mg*

- *Peri-op Analgesia (2)*

1021488

- *Contingency studies in bold italic and are dependent on results of an ongoing study*

Confidential - Subject To Protective Order

MRK-ARF0037087

M00E101913

**MERCK MARKETING**



# Coordinated Clinical Research Plan

11

|  | Study | CDP | CDSP | MRL | HH PhV | FPI: LPO: | COST ($ M) | STUDY OBJECTIVES/MESSAGE |
|---|---|---|---|---|---|---|---|---|
| **New — Ranked by Descending Priority** | Celecoxib Comparative Efficacy/Tolerability in OA | ✓ | | | | FPI: 1Q03 LPO: 4Q03 | $5.22 | For promotion: VIOXX 12.5 mg comparable to Celebrex 200 mg. |
| | Chronic Low Back Pain vs. Comparator NSAID vs. Placebo | | | | ✓ | FPI: 3Q03 LPO: 1Q04 | $1.9 | Indication: Low back pain US; Low back pain or chronic pain Ex-US. To show comparability of VIOXX to ibuprofen |
| | ABPM Pilot | ✓ | | | ✓ | FPI:4Q02 | $1.9 | *Estimate the effect of VIOXX 12.5 mg on systolic blood pressure relative to placebo* |
| | vs. Diclofenac in Acute Pain Model (Arthroscopy) | | ✓ | | | FPI: 1Q03 LPO: 3Q03 | $1.5 | For Promotion: VIOXX is superior to Diclofenac in tough pain model. Confirmation of RAPID trial results |
| | ASA User's Endoscopy study | | | | ✓ | FPI: 2Q03 LPO: 11/04 | $3 | Support potential label change and for promotion VIOXX + LDA has a better GI safety profile than NSAIDs + LDA |
| | Definitive RPD PK (contingency study with 12.5 / 25 mg) | | | | ✓ | FPI: 3Q03 LPO | $0.8 | New Formulation |
| | Pilot probe RPD PK | | | | ✓ | FPI: 2/3Q3 | $0.20 | |
| | Peri-op (contingency study) | | | | | FPI: LPO: | $XX | *For indication: Demonstrates peri-operative efficacy in surgical model (orthopedic pain & bunionectomy)* |

*Note: New studies should be consistent with proposals for Branchburg HHPAC Meeting*

M00E101914

MRK-ARF0037088

Confidential - Subject To Protective Order



MERCK MARKETING

# Coordinated Clinical Research Plan

| | Study | CDP | CDSP | MRL | HH PN | FPI LBO | COST ($ M) | STUDY OBJECTIVES/MESSAGE |
|---|---|---|---|---|---|---|---|---|
| On-going | Pediatric Efficacy Study + Extension (PN134/PN135-US/Int'l) | | | ✓ | | FPI: 02/02 LPO: 05/02 | $0.319 | Determine safety/efficacy of VIOXX in young children and adolescents. |
| | Diclofenac 7-day Endoscopy study (PN184) | | | | ✓ | FPI: 7/02 LPO: 11/02 | $1.13 | The need for a follow up study will be reassessed, once the results of the pilot study are available. |
| | Preemptive Analgesia (PN 159) | | | | ✓ | FPI: 4Q02 LPO: 5/01 LPO: 3Q01 | $0.21 | For indication: Demonstrates peri-operative efficacy in surgical model (orthopedic pain & bunionectomy) US/Ex-US: Filing assessment |
| | Valdecoxib Definitive Comparative Study in Dental Surgery (20 and/or 40 mg) | ✓ | | | | FPI: 4Q02 LPO: | $2.01 | For promotion: VIOXX comparable to Valdecoxib efficacy/safety but QD (valde is BID) |
| | SD Narcotic Comparator in Arthroscopy model (contingency study) | ✓ | | | | FPI: 4Q02 LPO: 4Q03 | $2.47 | For promotion: VIOXX is comparable to the opioid hydrocodone in relieving post-operative pain |
| | Dental Pain vs MD Percocet | ✓ | | | | FPI: 6/02 LPO: 9/02 | $0.65 | To compare VIOXX and multiple doses of an opioid. |

Note: New studies should be consistent with proposals for Branchburg HHPAC Meeting

12

Confidential - Subject To Protective Order

MRK-ARF0037089

M00E101915



MERCK MARKETING



# Coordinated Clinical Research Plan

| Study | CDP | CDSP | MRL | HH PhV | FPI/LPO: | COST ($ M) | STUDY OBJECTIVES/MESSAGE |
|---|---|---|---|---|---|---|---|
| NIH OA Marker | ✓ | ✓ | ✓ | | FPI: LPO: 02/02 05/02 | $0.8 | Improvement in clinical study design, publications |
| Study to assess the effect of VIOXX on colon polyps (SAP) (US/Intl) (PN122) | | | ✓ | | FPI: 11/01 LPO: 4Q04 | $4.25 | Support WMA for colon cancer 1-2Q05 Publication |
| Prostate Cancer Prevention | | | ✓ | | FPI: 4Q02 LPO: | $22.5 | Filling 1-2-3Q10 |
| Adjuvant Colorectal Cancer Study (VICTOR Study, previously Quasar) (PN145) | | | ✓ | | FPI: 4/02 LPO: 4Q11 | $1.00 ✓ | Support possible claim Assess ability of VIOXX to decrease the incidence of recurrent colorectal cancer |
| Alzheimer's Disease-Prevention (PN078) | | | ✓ | | FPI: 4/98 LPO: 4Q02 | $1.3 | Determine efficacy in preventing the conversion of Mild Cognitive Impairement to AD |

On-going

13

*Note: New studies should be consistent with proposals for Branchburg HHPAC Meeting*

MODE101916

Confidential - Subject To Protective Order

MRK-ARF0037090



MERCK MARKETING

# Global Opinion Leader Map (Summary)

| | Attitudes/Beliefs of Group | Global Opinion Leaders (Drs.) | | National* Opinion Leaders | | |
|---|---|---|---|---|---|---|
| **Strong Advocate** | Merck COXIBs offer a strong benefit/risk advantage over tNSAIDs in the A&A category and will say this publicly to all audiences.<br><br>• Believe that COXIBs offer a therapeutic advantage in everyday patients - not only those at GI risk<br>• Believe VIOXX and ARCOXIA are the most effective COXIBs<br>• Believe VIOXX is the only COXIB with proven GI outcomes<br>• Believe NSAIDs have a real GI risk<br>• Believe all COXIBs have a low non-GI safety risk | Z.J.RH (Ger)<br>L.H. OS Korea<br>S.V. OS (Mex)<br>R.J. AN (Nor)<br>M.A. PH (UK)<br>R.S. AN (US)<br>S.R. AN (US)<br>C.R. PS (Italy)<br>L.R. OS (US)<br><br>B N. RH (Austra)<br>B.P.. RH (Austra)<br>S.A. RH (Bra)<br>S.T. RH (US)<br>B.C. GI/RH (Can)<br>D.M. RH (Fr)<br>Z.H. RH (Ger)<br>B.N. RH (NL)<br>D.R. RH (Austra) | D.D. RH (US)<br>H.J.. RH (Ven)<br>J.P. RH (NZ)<br>K.T. RH (Nor)<br>D.P. RH (Port)<br>H.M. RH (US)<br>S.R. RH(US)<br>K.N. RH (US)<br>K.W. RH (US)<br>R.C. RH (Mexico)<br><br>M.L. NE (CDN)<br>H. R. GI (CDN)<br>P.C. PH (Ita)<br>L.A. GI (Sp)<br>H.C. GI (UK)<br>W.M. NE (US)<br>S. GI (US)<br>C.B.. GI (US)<br>L.L. GI (US)<br>P.P PH (Ita)<br>C.E. CA (Phill)<br>K.M. CA (US) | C. OS (Leb)<br>L GS (Phils)<br>K.AN (ESTO)<br>P.M AN-I(Croatia)<br>N.P.. (SWE)<br>T.K. (SWE)<br>S. A. (SWE)<br>Y.P. OS (THAI)<br>C.S. AN (THAI)<br>C.S L. (China)<br>D.Y (China)<br>L.C.S (HK)<br>K.H.Y (Korea)<br>Y.S.S (Malay)<br>C.A (Phil)<br>L.H.T(Taiw)<br>L.S.H CS (Kor)<br>L.N (Sin)<br><br>K,.PM (Cro)<br>V.RH<br>M RH (Cro)<br>V.PM(Cro)<br>N .RH (Cro)<br>C RH (Can)<br>N.P. RH (Austra)<br>LG.RH (Austra)<br>H.P.. RH (Au)<br>TRH (Phils.)<br>A.RH (EST)<br>V.M. RH (THAI) | M GI (Est)<br>S.GI (Leb)<br>A.S.. CA (Leb)<br>B K. NE (Leb)<br>E NE (Phil)<br>L M (Can)<br>H.FGI (Austn)<br><br>K OS (Ko)<br>A,.JW OS (Kor)<br>Y. MC OS (Kor)<br>P.YS OS (Kor)<br>L .RM (Kor)<br>H OS (Kor)<br>(Bel)<br>D PS (Bel)<br>G RH (Bel)<br>P. J. GI<br>(Canada)<br>D GI-(Cro)<br>N D. RH (NZ)<br>C B Rh (FR)<br>S . RH (FR)<br>S RH (FR)<br>S.S. RH (TUN)<br>Z.R. RH (TUN)<br>C.T. RH (TUN)<br>B.S. RH (TUN)<br>L.A. RH (TUN)<br>B.L. RH (TUN) | K. RH (Ger')<br>B RH(Ger)<br>S B GI (Ger)<br>SRH (Ger)<br>P.LEPI (Ger)<br>B W RH (Ger)<br>A RH (TR)<br>F GI (TR)<br>E ORT(TR)<br>VPhys Med<br>EI OS -.(Egy)<br>A S S. RH (KSA)<br>A A. RH (xSA)*<br>G. M RH (It)<br>G. C OS (It)<br>S. F GI (It) |

Specialty: AN Anesthesiologist    OS Orthopedic Surgeon    GI Gastroenterologist    RH Rheumatologist
NE Nephrologist    CA Cardiologist    PH Pharmacologist    PS Pain Specialist
* National, but targeted for global status

14

M0DE101917

Confidential - Subject To Protective Order

MRK-ARF0037091

MERCK MARKETING

## Global Opinion Leader Map (Summary)

15

| Attitudes/ Beliefs of Group | Global Opinion Leaders (Drs) | National* Opinion Leaders | |
|---|---|---|---|
| **Advocate** Merck COXIBs offer a benefit/risk advantage over tNSAIDs in the A&A category and will say this publicly to all audiences. <br><br> • Believe that COXIBs offer a therapeutic advantage in everyday patients - not only those at GI risk <br><br> • Believe VIOXX and ARCOXIA are effective COXIBs <br><br> • Believe NSAIDs have a real GI risk <br><br> • Believe all COXIBs have some non-GI safety risk which need to be further assessed | L.M. AN (US) <br> L.R. OS (US) <br><br> S.S. RH (Bel) <br> F.F. RH (Bra) <br> E.P. RH (UK) <br> W.B. RH (UK) <br> R.JP RH (Bel) <br><br> T.K. OS (Swe) <br> W.P. AN (US) <br> D.P. RH (Fr) <br> N.P. RH (Austra) <br> G.O. RH (US) <br> S.J RH (Austria) <br> B.C. PH (US) <br> F.G PH (US) <br> D.Z.D NE (NL) <br> B.K PH (Ger) | M.V.AN (cro) <br> J.Z. PM (cro) <br> C.N. H(cro) <br> M.N Onc S (EST) <br> K* N.OS (Egy) <br> C.P. PS (THAI) <br><br> A.RH (Leb) <br> Ai RH (Leb) <br> D.C RH (Bel) <br> P RH (Bel) <br> P.PS (Bel)_, <br> A.S. RH(THAI) <br> B.N. OS (THAI) <br><br> G.RH (Austria) <br> A RH (Phils) <br> T RH (Phils) <br> S RH(Phils) <br> C CAR (Phils.) | D.RH (Austra)   K.RH (TR) <br> S RH (Austra)   S.RH(TR) <br> K.H. CA (Austra)   I.E.RH (TR) <br> Y.GI (Austra)   S.K.RH(TR) <br> H NE (Austra)   P.J. RH (Can) <br> T.Y. (SWE)   E.G RH (Can) <br> R.P. (SWE)   P.K RH(Austra) <br> R.L.(SWE)   C.RH (Austra) <br> H.S. RH (Can)   B,.DK OS (Kor) <br> K, RH (EST)   K.SY RH (Kor) <br> K, RH (EST)   K HY RH (Kor) <br> A.L. OS (Phils)   H, K OS (Kor) <br> Z.L. RH (TUN)   S, SC OS (Kor) <br> K.N. RH (TUN)   S, JT OS (Kor) <br> K.M. RH (TUN)   L, Y OS (Kor) <br> B.N. RH (TUN)   H.T. RH (Egy) <br> K.S. RH (TUN)   E.S RH (Egy) <br> E.M. RH (TUN)   E**A, RH (Egy) <br> B.E.RH (REU)   F*S. GI (Egy) <br> G.RH (REU)   E* A. GI (Egy) <br> L.RH (REU)   A* I. CA (Egy) <br> C.RH (REU)   M. M RH (It) <br> A.M. OS (KSA)*   C, S RH (It) <br> A.A.A. RH (KSA)*   V. C OS (It) <br> H.A RH (NZ) <br> R.RH (NZ) |

Specialty: AN Anesthesiologist    OS Orthopedic Surgeon    GI Gastroenterologist    RH Rheumatologist
NE Nephrologist    CA Cardiologist    PH Pharmacologist

Confidential - Subject To Protective Order

MRK-ARF0037092

M00E101918

MERCK MARKETING

# Global Opinion Leader Map (Summary)

| | Attitudes/Beliefs of Group | Global Opinion Leaders | National* Opinion Leader |
|---|---|---|---|
| Neutral | Merck COXIBs offer few benefit/risk advantages over tNSAIDs in the A&A category and will say this publicly to all audiences. | F.J. (US)<br>P. Int (Ger)<br>V.J RH (UK)<br>A RH (US) | Y.RH (TR)<br>L RH (Bel)<br>C AN/PS (Bel)<br>R OS (Bel)<br>L SK RH (Kor)<br>B SC RH (Kor)<br>S. YW RH (Kor)<br>M BH OS (Kor)<br>K SJ OS (Kor)<br>T.T. RH (Phils)<br>N S. RH (Phils)<br>B RE (Austra)<br>D R PH (Austra)<br>E RE (Austra)<br>C. B., PM (croatia)<br>V.D.PH (croatia)<br>V, B, GI (croatia)<br>P. RH, ESTONIA<br>P. RH, Estonia<br>K, OS, Estonia<br>P J.P. RH (Canada)<br>B. A. RH (Canada)<br>E J. RH (Canada)<br>R A. RH (Reu)<br>K* A. RH - (Egy)<br>A S. RH (KSA)*<br>W W. AN** (THAI)<br>T K. RH** (THAI)<br>W S. OS** (THAI)<br>Y H RH (TR)<br>L. F RH (IT)<br>C.M M RH (It)<br>L.P RH (It) |
| | • Believe that COXIBs offer a therapeutic advantage in patients at high GI risk<br>• Believe VIOXX and ARCOXIA are effective COXIBs but potentially not as effective as tNSAIDs<br>• Believe NSAIDs have some GI risk<br>• Believe all COXIBs have some non-GI safety risk which need to be further assessed | | |

Specialty: AN Anesthesiologist   OS Orthopedic Surgeon   GI Gastroenterologist   RH Rheumatologist
NE Nephrologist   CA Cardiologist   PH Pharmacologist

*National, but targeted for global status*
** Etoricoxib OL

16

Confidential - Subject To Protective Order

MRK-ARF0037093

M00E101919

MERCK MARKETING

## Global Opinion Leader Map (Summary)

| | Attitudes/Beliefs of Group | Global Opinion Leaders | National* Opinion Leaders |
|---|---|---|---|
| Negative | Merck COXIBs have a benefit/risk disadvantage over †NSAIDs and Pfizer/Pharmacia COXIBs in the A&A category and will say this publicly to all audiences.<br><br>• Believe Pfizer/Pharmacia COXIBs are at least as effective as Merck COXIBs but have lower non-GI safety risks<br><br>• Believe NSAIDs have some GI risk and all COXIBs offer similar GI benefit | W-S O (NL)<br>W A NE (US)<br>E T (US)<br>W G RH (US)<br>S T RH (US)<br>G J GI (US)<br>S G RH (US)<br>S L RH (US)<br>M F RH (UK) | V RH (Bel)<br>V RH (Bel)<br>B PH (Bel)<br>C IY OS (Kor)<br>L HM OS (Kor)<br>F I.PH(croatia)<br>C O. GI (Phils.)<br>H S. RH (Australia)<br>C L. RH (Austra)<br>H J. CA (Austra)<br>J A. RH (Can)<br>W J. SU (Can)<br>S G<br>Al-S R. RH (KSA)*<br>G. L RH (It) |

Specialty: AN Anesthesiologist    OS Orthopedic Surgeon    GI Gastroenterologist    RH Rheumatologist
       NE Nephrologist    CA Cardiologist    PH Pharmacologist

### *Concentrate on Selected Audiences and Behaviors*

*National, but targeted for global status
** Etoricoxib OL

17

M00E101920

Confidential - Subject To Protective Order

MRK-ARF0037094

MERCK MARKETING

# Promotion Plan Timetable (Key Deliverables by Quarter)

| | 1Q03 | 2Q03 | 3Q03 | 4Q03 |
|---|---|---|---|---|
| **Promotion** | • VACT II spread/card | • Core Detail Aid<br>• Branding Manual<br>• CDA Discus. Guide<br>• EULAR/EFORT exhibit booths<br>• KOL Slide Kits: CV; GI; Compreh.;VACT II<br>• CV Obst. Handler<br>• MSDEXPO.com | • OR Promo Kit/Slides<br>• Pain in Europe IV exhibit booth<br>• Patient Exper. Video<br>• Competitive Obs.Han.<br>• GI Risk/Benefit Spread<br>• Pt Ed Booklet<br>• WW Pt/MD Preference Card | • CLBP KOL Slide Kit<br>• Vs Vicodin/Vs Percocel/Periop Spread/Card<br>• VIOXX vs Diclo Spread/Card |
| **Studies/ Publications** | • MD Percocet Studies<br>• Lower GI Bleed Manuscript<br>• COX-2 in ovarian adenocarcinoma | • RAMQ – CV MI Analysis<br>• EULAR Highlights newsletter<br>• Onset Review Article<br>• Renoprotective Use of Cox-2s (MSGP) | • VIOXX vs Valde 20 and 40<br>• VIOXX.in Acute Migraine<br>• Subanalys. of MCI data<br>• VIOXX Effects on Airway Inflam. in COPD (MSGP) | • VIOXX vs Vicodin in Arthroscopy<br>• Periop Study<br>• VACT II<br>• VIOXX and IM Morph. in Surgery (MSGP) |
| **Congresses/ Symposia** | • AAOS | • EFORT<br>• EULAR | • Pain in Europe IV | • ACR<br>• UEGW |
| **Int'l Events** | • FSS - AP<br>• KOL #1 – EU (All MDs)<br>• WAAB #1<br>• KOL (LA Program) | • Acute Pain Expert Round Table Mtg<br>• KOL #2 – EU (Ac. Pain)<br>• KOL #3 – AP (All MDs)<br>• FSS (EMEA Program) | | • KOL #4 – EU (All MDs)<br>• WAAB #2<br>• UP Europe<br>• UP Asia<br>• KOL (LA Program) |
| **Public Affairs** | • Public Affairs Portfolio<br>• Media Materials - Ongoing (Positively VIOXX) | • GI Patient Survey 'Get Informed"<br>• Media Training<br>• Regional "Coxib University" Program | • Regional "Coxib University" Programs<br>• 6th WW Conference of Arthritis & Rheum – Patient Societies | • Media Materials - Ongoing (Positively VIOXX) |

R ⊕ Confidential

18

M00E101921

MRK-ARF0037095

Confidential - Subject To Protective Order



MERCK MARKETING

## "POSITIVELY" *TRUE ONCE-DAILY* VIOXX (rofecoxib, MSD)

### DATA INPUT in sequenced and continuous fashion

Abstract - VACT II - APLAR

Pub - MD Percocet Studies

Pub - Lower GI Bleed Manuscript

Study Announcement for New CLBP Studies

MSGP - COX2 in Ovarian Adenocarcinoma

Survey - GI Patient Survey - "Get Informed"

Poster - MI Rate of VIOXX vs Non-Naproxen NSAIDs

Pub - GI Toxicity of NSAIDs Manuscript TBD03

Poster - Patient Preference VIOXX vs NSAIDs TBD03

MSGP - Renoprotective use of Cox2 Inhibitors

MSGP - Role of Cox2 in cardiac cell death

Filing - Acute Migraine

Pub - Dental Pain vs Valdecoxib TBD03

Pub - Narcotic Comp Study in Arthroscopy TBD03

Pub - Perio Study in GYN Model TBD03

Pub - Onset of Efficacy Review Article TBD03

MSGP - Effects in acute limb trauma in ER

MSGP - VIOXX and parenteral morphine in surgical operations

*MSGP - Role of Cox-2 in atherosclerosis & myocardial ischemia*

10   20   30   40

### POSITIVE COMMUNICATIONS in sequenced and continuo

- •Abstracts/Posters/Presentations
- •Public Affairs Headlines/Press Events
- •Symposium Topics
  - •Promotional Delivera

*IMSGP Dates are estimated data availability dates; presentation/publication is at control of investigator   italics=Non-Clinical Stu*

Confidential - Subject To Protective Order

MRK-ARF0037096

M00E101922



POSITIVELY" TRUE ONCE-DAILY VIOXX (rofecoxib, MSD)

MERCK MARKETING

Anticipated
Headline News in 2003

20

**POSITIVE NEWS**

VIOXX May Offer New Hope For Low Back Pain Sufferers

*VIOXX Shown To Have Positive Effects In COPD Patients*

**New Study Demonstrates VIOXX Effective in Migraine Treatment**

*Patients Rally in EU For Improved Access to New Pain Medications*

9 Out of 10 Patients WW Unaware Older NSAIDs Can Cause Serious GI Damage

Pain Relief With VIOXX Superior To Pfizer's Bextra

**Vioxx Reduced Pain and Narcotic Use in New Study**

Vioxx Relieves Pain In Arthroscopy Surgery

New Study in Canada Shows Vioxx Has Similar CV Profile to Other NSAIDs

**NEGATIVE NEWS**

*EU Regulators Rule On Cox-2 Referral*

**Pfizer Study Highlights Hypertension, Edema Issues With Competition**

**Coxibs Recommended for Restricted Use in The EU**

Australian Drug Agency Removes Cox-2s From Reimbursement List

Confidential - Subject To Protective Order

MRK-ARF0037097

M00E101923



MERCK MARKETING

# Budget Grids: Spending vs. Three Prior Years

*Note: This slide will be populated automatically*

21

Confidential - Subject To Protective Order

MRK-ARF0037098

M00E101924

MERCK MARKETING



## Budget Grids: Spending by Objective With and Without Clinical Expense

22

*Note: This slide will be populated automatically*

Confidential - Subject To Protective Order

MRK-ARF0037099

M00E101925



MERCK MARKETING

## Budget Grids: Spending by Objective and Category

23

*Note:  This slide will be populated automatically*



MERCK MARKETING

# Back-ups

# AP 2003 Presentation for VIOXX



Confidential - Subject To Protective Order

MRK-ARF0037100

M00E101926

Confidential - Subject To Protective Order

M00E101927

MERCK MARKETING

# 2003 Wish List Items for VIOXX

| | |
|---|---|
| BIR - Changes in Market Dynamics Research | 90K |
| Internet - EULAR Symposium Web-site Broadcast | 50K |
| IPE - Cancer (or Specialty) Advisory Board Start Up | 108K |
| IPE - 2nd Acute Pain Advisory Board | 38K |
| IPE - Funding to Support Larger Exhibit Booth Space/Structure | 80K |
| MSGP - Additional Studies to Support CA and Pain Models | 300K |
| OR - Patient Experience Seeding Money | 50K |
| Public Affairs - Expansion of Portfolio Program Roll Out | 150K |

25

MOOE101928

MRK-ARF0037102

Confidential - Subject To Protective Order



Confidential - Subject To Protective Order

MRK-ARF0037103



# Vioxx Study Timeline

**MERCK MARKETING**

**DRAFT**

SAP Colonpolyps **1Q05**

ASA User's Endoscopy study **1Q05**

Definitive RPD PK (contingency study with 12.5 / 25 mg) Launch 1/2Q05

MRK-ARF0037104

Confidential - Subject To Protective Order



MERCK MARKETING

# BIR - Project Summary

| | |
|---|---|
| Acute/Chronic Integration (Branding/Messaging/DPA) | $90,000 |
| Competitive Intelligence (F) | $37,500 |
| Exploratory for Non A&A Indications (CRC Focus) | $20,000 |
| Patient Motivator Research | $75,000 |
| Strategy/ Positioning Metrics (F) | $35,000 |
| **TOTAL:** | $257,500 |

\* Costs to be split between both products.

28

M0DE101931

MRK-ARF0037105

Confidential - Subject To Protective Order

MERCK MARKETING

# Acute/Chronic Integration Project
## (Branding/Messaging/DPA)

BIR

**Behavioral Objective:** 1 - Physicians and opinion leaders perceive VIOXX as a treatment of choice for patients with pain and inflammation because it provides powerful & superior efficacy versus existing and new therapies.

**Purpose of Study:** To give clear direction on how to present the brand VIOXX in an effective and consistent manner. To identify effective messages to be used across all forms of promotion and media.

**Issue:** To leverage VIOXX' Acute Pain indication to support its' Chronic Pain perceptions and usage.

**Decision Affected/Action:** How to use the Acute Pain branding/data/indication to bolster the efficacy perception of VIOXX in Chronic Pain. How do we unify the branding for Acute Pain & Chronic Pain into a single detail aid? Which messages are most effective and should be used across all forms of promotion?

**Methodology:** 45 IDI's with Physicians (GPs, Rheums, ORS) in 2 EU

**Timing:** 1-2Q03

**Cost:** $90,000. 45 interviews at $2000 each. Full costing includes project design and administration, recruiting, honoraria and report.

29

M00E101932

MRK-ARF0037106

Confidential - Subject To Protective Order

30



MERCK MARKETING          BIR          ❖ MERCK

# *Competitive Intelligence (Franchise)*

**Behavioral Objective:**
Proactively identify and neutralize potential product and competitive issues

**Purpose of Study:**
To gather information about competitor activities in the pain and inflammation market (Prexige, other Cox2s, COX/LOX compounds, NO-NSAIDs)

**Issue:**
A&A Marketing teams need to have a strong understanding of future competitors in order to create proactive competitive action plans and to assess the need for changes in product strategy

**Decision Affected/Action:**
Ability to proactively formulate/execute strategy in advance of competitor actions

**Method:** Competitive Intelligence Research (agency data collection)

**Cost:** $37,500 (for VIOXX)

**Timing:** Ongoing throughout 2003

M0OE101933

MRK-ARF0037107

Confidential - Subject To Protective Order



MERCK MARKETING

BIR

# Patient Motivation Research (VIOXX)

**Behavioral Objective:**  1 - Physicians and opinion leaders perceive VIOXX as a treatment of choice for patients with pain and inflammation because it provides powerful & superior efficacy versus existing and new therapies. 2 - Physicians prescribe VIOXX because of its superior GI safety profile, reduced GI risks/costs vs. traditional NSAIDs and because it is considered "CV-safe".

**Purpose of Study:**  Determine what stimulates a patient to actively request VIOXX or another coxib specifically.  Also, we will revise/refine the Buying Process.

**Issue:**  How can a patient (currently on a tNSAID) be motivated to visit their physician and specifically request VIOXX?

**Decision Affected/Action:**  How can we leverage patient request to extend VIOXX treatment?

**Methodology:**  Qualitative, 25 hour long IDI's with Patients in 3 EU

**Timing:** 1Q03

**Cost:**  $75,000.  75 one hour interviews at $1000 each.  Full costing includes project design and administration, recruiting, honoraria and report.

32

MODE101934

MRK-ARF0037108

Confidential - Subject To Protective Order

MERCK MARKETING

BIR
*(Wish List Item)*

# *Changes in Market Dynamics (Franchise)*

**Strategic Objectives:**
Maintain and enhance product profile, positioning, and competitive advantage through product life cycle management
Proactively identify and neutralize potential product and competitive issues

**Purpose of Study:**
To obtain view of changes in physician perception and behavior in the A&A category;  explain the "why" under the data from the SP Metrics

**Issue:**
A&A marketing teams need a updated and clear understanding of recent changes due to market evolution and competitive action

**Decision Affected/Action:**
Ability to proactively identify franchise and product growth opportunities;  determine reasons for success/ failure of marketing activities

**Method:**  Qualitative exploratory interviews with physicians

**Cost:** $180,000 30 interviews per country, 3 countries (2 Europe, 1 LA) 90 interviews X $2,000 = $180,000

**Timing:** ~6 months post-launch of valdecoxib/ parecoxib/ ARCOXIA

33

M00E101935

Confidential - Subject To Protective Order

MRK-ARF0037109

MERCK MARKETING

R Merck
Restricted
Confidential
limited access

## CDSP
# VIOXX versus Diclofenac in Knee Arthroscopy

Brief Description of Proposed Study

A randomized, double-blind, placebo- and active-comparator controlled parallel-group study. Patients enter a knee arthroscopy will receive either a single oral dose of VIOXX 50 mg, diclofenac 50 mg, or placebo. Patients will record the pain intensity and pain relief during 24 hours and global assessments of the study medication at 8 and 24 hours postdose.

**Primary Hypothesis:**
The time to onset of analgesia for a single dose of rofecoxib 50 mg will be at least as early as a single dose of diclofenac sodium 50mg; if above is established:time to onset of analgesia for a single dose of rofecoxib 50 mg will be better than a single dose of diclofenac sodium 50 mg
Secondary hypotheses: 1) TOPAR8 for a single dose of rofecoxib 50 mg will be comparable to a single dose of diclofenac sodium 50mg; if above is established:TOPAR8 for a single dose of rofecoxib 50 mg will be better than a single dose of diclofenac sodium 50 mg and SPID24 and 2) SPID24 for a single dose of rofecoxib 50 mg will be comparable to three doses of diclofenac sodium 50mg; if above is established:SPID24 for a single dose of rofecoxib 50 mg will be better than three doses of diclofenac sodium 50 mg
Probability of Success pending results of the arthroscopy study vs. Vicodin Q4/02

| | |
|---|---|
| • Number of Patients | 420 |
| • Number of Study Sites | 35 |
| • Total Costs of Study* | $1.5 mill |
| • FPI | 3Q03 |
| • LPO | 2Q04 |
| • Timing of Data Availability | 3Q04 |

*cost assumes study performed entirely with Merck resources

• Intended Use of Data *(check all that apply)*
☐ Filling for new indication
☐ Use in promotion
☐ Scientific channels only
☐ Other *(specify)* _____

1021489

34

MODE101936

MRK-ARF0037110

Confidential - Subject To Protective Order

MERCK MARKETING

## CDSP
## VIOXX versus Diclofenac in Knee Arthroscopy

**Business objective:**
- Penetrate the A&A market.

*(Diclofenac is the leading NSAID Ex-US in PDT share (23%) and $ share (88%). (As CoxIIb class growth slows and new Coxibs enter the market, VIOXX must take share from diclofenac in order to grow long term. See attached slides.)*

**For Physicians who treat pain and inflammation:**
- This study will help to ensure that VIOXX becomes the treatment of choice for patients with pain and inflammation because it provides fast and superior efficacy versus the gold standard therapy in EX-US markets.

**Key promotional statement:**
- VIOXX provides fast and superior pain relief versus Diclofenac.

| Synergies with Other Studies (both planned and proposed) | Overlaps with Other Studies (both planned and proposed) |
| --- | --- |
| • VIOXX 50 mg versus Diclofenac 50 mg TID in Dental Pain | • None |

1021489

35

Confidential - Subject To Protective Order

MRK-ARF0037111

MODE101937

36



MERCK MARKETING

## Grants and Fellowships

# ARCR – ASSOC. DE RECHERCHE CLINIQUE ON RHUMATOLOGIE

**DESCRIPTION:** Unrestricted educational grant to support this association's objectives to establish clinical trial criteria in the area of acute pain/tendinitis. This is organized by Maxime Dougados/key OL - WAAB member. Supports objective of efficacy.

**NO OF YEARS COMMITTED:** 1 year (first time commitment)

**TIMING:**    Q 1-2 2003

**DOLLAR AMOUNT:** $ 50,000

MRK-ARF0037112

Confidential - Subject To Protective Order

MODE101938



Grants and Fellowships

MERCK MARKETING

# IIC – INT'L INFLAMMATION CONFERENCE

**DESCRIPTION:** Unrestricted educational grant to support meeting of ICC at gold sponsorship level (total $20K Canadian Dollars = $13K USD) for a scientific event. Supports objective of efficacy.

**NO OF YEARS COMMITTED:** 1 year – 1st year of support

**TIMING:** Q3 2003 (August 2-6; Vancouver)

**DOLLAR AMOUNT:** $ 4,000 (shared with Arcoxia $4,000 & MSD Canada $5,000)

37

M00E101939

MRK-ARF0037113

Confidential - Subject To Protective Order



MERCK MARKETING

Grants and Fellowships

# OMERACT – OUTCOMES MEASURES IN RA CLINICAL TRIALS

**DESCRIPTION:** Unrestricted educational grant to support new outcomes measures in chronic pain trials. Involvement of 2 key OL's (Dougados/Brooks). Supports objective on efficacy.

**NO OF YEARS COMMITTED:** 1 year (new and not previously sponsored item)

**TIMING:** Q 2/3 2003

**DOLLAR AMOUNT:** $12,500 (Share with Arcoxia $12,500)

38

M00E101940

MRK-ARF0037114

Confidential - Subject To Protective Order



MERCK MARKETING

**Grants and Fellowships**

# CEAO – CLINICAL & ECONOMIC ASPECTS OF OSTEOARTHRITIS

**DESCRIPTION:** Unrestricted educational grant to support a scientific session initiative at SEAO and also in support of 2 influential advocates (Reginster/Delmas). Supports objectives on cost benefit and efficacy.

**NO OF YEARS COMMITTED:** 1 year (supported with symposium last year – cutting to just grant this year)

**TIMING:**       Q4 2003

**DOLLAR AMOUNT:**       $ 30,000 (Share with Arcoxia $30,000)

39

Confidential - Subject To Protective Order

MRK-ARF0037115

M00E101941



MERCK MARKETING

## Grants and Fellowships

# COX II WORKSHOP

**DESCRIPTION:**  Unrestricted educational grant to support Annual COX II Workshop (intense review of newest issues/research encompassing COX II inhibition – audience are the top 100 OL/researchers worldwide for COX II).  This is also organized by Carlo Patrono/Consultant. Supports objectives on efficacy and safety.

**NO OF YEARS COMMITTED:** 1 year (supported in 02 as well)

**TIMING:**       Q 4 2003

**DOLLAR AMOUNT:**       $ 25,000 (share with Arcoxia $ 25,000)

40

MODE101942

MRK-ARF0037116

Confidential - Subject To Protective Order



MERCK MARKETING

## Grants and Fellowships

# *EULAR – SOCIETY MEMBERSHIP FEE*

**DESCRIPTION:**   Corporate Membership Fee – Supports objective of efficacy.

**NO OF YEARS COMMITTED:** 1 year commitment (supported for past 6 years annually)

**TIMING:**   Payment in Q2 2003

**DOLLAR AMOUNT:**   $ 7,500 (shared with Arcoxia $7500)

41

MRK-ARF0037117

Confidential - Subject To Protective Order

MODE101943

MERCK MARKETING

Grants and Fellowships

## OARSI – OSTEOARTHRITIS RESEARCH INTERNATIONAL

**DESCRIPTION:**   Unrestricted educational grant to support meeting of OARSI (organization that supports basic research/outcomes initiatives where 3 key WAAB members are involved – Hochberg/Brooks/Dougados).  Supports objectives on efficacy, cost benefit value and outcomes research

**NO OF YEARS COMMITTED:** 1 year (supported for past 2 years same organization)

**TIMING:**    Q3 2003

**DOLLAR AMOUNT:**    $ 12,500 (Share with Arcoxia $12,500)

42

MODE101944

MRK-ARF0037118

Confidential - Subject To Protective Order

**Update**

MERCK MARKETING

# Global Opinion Leader Objectives/Plan



43

| Global OLs | 2001 Obj* | Current Rating* | 2002 Objective and Timing | Planned Activities: Clinical Trials — Phase III Trials | Mega-Trials | CDSP | CDP | Speaking — On-going | New/Advisor | Events — Speaker | Participant | Publications — Author |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dr. AAA | SA | SA | Maintain as SA | ✓ | | | | | | ✓ | | ✓ |
| Dr. BBB | SA | SA | Maintain as SA | | | ✓ | | | | ✓ | | ✓ |
| Dr. DDD | SA | SA | Maintain as SA | ✓ | | ✓ | | | | ✓ | | ✓ |
| Dr. CCC | SA | A | ↑ to SA by 2Q2002 | | ✓ | | ✓ | | | | ✓ | |
| Dr. FFF | Neu | Neu | No change | | | | | | | | | |
| Dr. GGG | A | A | ↑ to SA by 4Q2002 | | | | ✓ | | | | ✓ | |
| Dr. XXX | Neu | Neu | No Change | | | | | ✓ | | | ✓ | |
| Dr. YYY | Neu | Neg | ↑ to Neu by 3Q2002 | | | | | ✓ | | | ✓ | |
| Dr. ZZZ | Neg | Neg | No change | | | | | | ✓ | | | |

* SA = Strong Advocate; A = Advocate; Neu = Neutral; Neg = Negative

Note:   Franchises should be prepared to addresses this slide if requested during Annual Plan reviews

M0OE101945

MRK-ARF0037119

Confidential - Subject To Protective Order

MERCK MARKETING

# Global Opinion Leader Map (Summary)

| Attitudes/Beliefs of Group | Global Opinion Leaders | National Opinion Leaders | |
|---|---|---|---|
| **Strong Advocate** | Merck COXIBs offer a strong benefit/risk advantage over tNSAIDs in the A&A category and will say this publicly to all audiences.<br><br>• Believe that COXIBs offer a therapeutic advantage in everyday patients - not only those at GI risk<br>• Believe VIOXX and ARCOXIA are the most effective COXIBs<br>• Believe VIOXX is the only COXIB with proven GI outcomes<br>• Believe NSAIDs have a real GI risk<br>• Believe all COXIBs have a low non-GI safety risk | Drs.<br>Zacher J.RH (Ger)<br>Lee H. OS Korea<br>Suarez V. OS (Mex)<br>Raeder J. AN (Nor)<br>Moore A. PH (UK)<br>Reuben S. AN (US)<br>Sinatra R. AN (US)<br>Casale R. PS (Italy)<br>Levine R. OS (US)<br><br>Bellamy RH (Austra)<br>Brooks RH (Austra)<br>Samara A. RH (Bra)<br>Schnitzer RH (US)<br>Bombardier C.<br>GI/RH (Canada)<br>Dougados RH (Fr)<br>Zeidler H. RH (Ger)<br>Breedveld RH (NL)<br>Day R. RH (Austra) | Dakin D. RH (US)<br>Herrera RH (Ven)<br>Jones P. RH (NZ)<br>Kvien T. RH (Nor)<br>Da Silva RH (Port)<br>Hochberg RH (US)<br>Schumacher RH(US)<br>Katz N. RH (US)<br>Katz W. RH (US)<br>Ramos-Remus C.<br>RH (Mexico)<br><br>Moist L. NE (CDN)<br>Hunt R. GI (CDN)<br>Patrono PH (Ita)<br>Lanas A. GI (Sp)<br>Hawkey. GI (UK)<br>Weir M. NE (US)<br>Scheiman GI (US)<br>Cryer B. GI (US)<br>Laine L. GI (US)<br>Pettinghani P PH (Ita)<br>Cabral E. CA (Phili)<br>Konstam M. CA (US) | Chaftari OS (Leb)<br>Laudico GS (Phils)<br>Koorits AN (ESTO)<br>Persoli-Gudelj.M AN-<br>(Croatia)<br>Neligard (SWE)<br>Thorsen (SWE)<br>Söderlund (SWE)<br>Yuktanandana P. OS<br>(THAI)<br>Charoluxananan S. AN<br>(THAI)<br>Chen Shun Le (China)<br>Dong Yi (China)<br>Lau Chak Sing (Hong<br>Kong)<br>Kim Ho Youn (Korea)<br>Yeap Swan Sim<br>(Malaysia)<br>Clemente Amante<br>(Philippines)<br>Lin Hsaio Yi (Taiwan)<br>Lee, SH OS (Kor)<br>Lo Ngai (Sin)<br><br>Kapas, PM (Cro)<br>Verples RH<br>Martinovic RH (Cro)<br>Vlak, PM(Cro)<br>Novak RH=(Cro)<br>Camerlain RH (Can)<br>Nash RH (Austra)<br>Little/john RH (Austria)<br>Hanrahan RH (Au)<br>Tan RH (Phils.)<br>Aakre. RH (EST)<br>Vattanasuk M. RH<br>(THAI) | Margus GI (Est)<br>Sharara GI (Leb)<br>Alam S. CA<br>(Leb)<br>Badr K. NE<br>(Leb)<br>Estrella NE<br>(Phil)<br>LeLoafer IM<br>(Can)<br>Hammer FGi<br>(Austri)<br>Kang OS<br><br>(Korea)<br>Ahn, JW OS<br>(Kor)<br>Yu, MC OS<br>(Kor)<br>Park, YS OS<br>(Kor)<br>Lee RM (Kor)<br>Park OS (Kor)<br>Park OS (Kor)<br>GI (Canada)<br>Duvnjak GI-<br>(Cro) Nicholis D.<br>RH (NZ)<br>Combe B> Rh<br>(FR)<br>Sibilia J. RH<br>(FR)<br><br>Hwang OS (Kor)<br>Kaiden RH (Ger)*<br>Burmester RH(Ger)<br>Simon B GI (Ger)<br>Schattenkirch-ner<br>RH (Ger)<br>Plenka L EPI (Ger)<br>Bolten W RH (Ger)<br>Ayesh RH (Fr)<br>Fabh GI (TR)<br>Emre ORT(TR)<br>Vanderstraeten<br>Phys Med (Bel)<br>Devulder PS (Bel)<br>Geusens RH (Bel)<br>Piat J.<br>Sellami S. RH (TUN)<br>Zouari R. RH (TUN)<br>Chekl T. RH (TUN)<br>Bakloui S. RH (TUN)<br>Laatar A. RH (TUN)<br>Bousihal L. RH<br>(TUN)<br>ElNahal * OS -<br>(Egy)<br>Al Saleh S.<br>Miniscia G. RH (It)<br>Costanza G. OS (It)<br>Fiorucci S. GI (It)<br>Schaevenbeka RH<br>(FR)<br>RH (KSA)*<br>Al Dallan A. RH<br>(KSA)* |

**Specialty:** AN Anesthesiologist   OS Orthopedic Surgeon   GI Gastroenterologist   RH Rheumatologist
 NE Nephrologist   CA Cardiologist   PH Pharmacology   PS Pain Specialist

M00E101946

MRK-ARF0037120

Confidential - Subject To Protective Order

MERCK MARKETING



45

# Global Opinion Leader Map (Summary)

| | Attitudes/ Beliefs of Group | Global Opinion Leaders | National Opinion Leaders | |
|---|---|---|---|---|
| Advocate | Merck COXIBs offer a benefit/risk advantage over tNSAIDs in the A&A category and will say this publicly to all audiences.<br><br>• Believe that COXIBs offer a therapeutic advantage in everyday patients - not only those at GI risk<br>• Believe VIOXX and ARCOXIA are effective COXIBs<br>• Believe NSAIDs have a real GI risk<br>Believe all COXIBs have some non-GI safely risk which need to be further assessed | Lema AN (US) Drs<br>Laskin R. OS (US)<br><br>Steinfeld RH (Bel)<br>Feldman RH (Bral)<br>Emery RH (UK)<br>Williams RH (UK)<br>Reginster JP RH (Bel)<br><br>Thorsen K. OS (Swe)<br>White P. AN (US)<br>Delmas P. RH (Fr)<br>Nash P. RH (Austra)<br>Gluck O. RH (US)<br>Smolen RH (Austria)<br>Brater C. PH (US)<br>Fitzgerald G PH (US)<br>De Zeeuw D NE (NL)<br>Brune K PH (Ger) | Majeric-Kogler V. AN (cro)<br>Jajic, Z. PM (cro)<br>Cikes, N. H(cro)<br>M.Nlin Onc S (EST)<br>Khalila' N.OS (Egy)<br>Chaudakshetrin P. Ps (THAI)<br><br>Awadi RH (Leb)<br>Arayssi RH (Leb)<br>De Clerck RH (Bel)<br>Poriau RH (Bel)<br>Piaghki PS (Bel)<br>Akkasin S. RH(THAI)<br>Bunyeratavej N. OS (THAI)<br><br>Bae, DK OS (Kor)<br>Kim, SY RH (Kor)<br>Kim, HY RH (Kor)<br>Ha, KI OS (Kor)<br>Sung, SC OS (Kor)<br>Seo, JT OS (Kor)<br>Lee, YG OS (Kor)<br>Hadid'T . RH (Egy)<br>Elbedawy** S.RH (Egy)<br>Elgarai**A. RH (Egy)<br>Fatah'S. GI (Egy)<br>Elzayady* A.GI (Egy)<br>Attiya* I, CA (Egy)<br><br>Graninger RH (Austria)<br>Amante RH (Phils.)<br>Torres RH (Phils.)<br>Saldo RH(Phils)<br>Cabial CAR (Phils.) | Karaaslan RH (TR)<br>Simin RH(TR)<br>Ihsan Ertenli RH(TR)<br>Sedal Kiraz RH(TR)<br>Pope J. RH (Canada)<br>El-Gabalwy RH (Can)<br>Ple, K. RH (Australia)<br>Clements RH (Austra)<br>De Jaeger RH (Austra)<br>Sambrook. RH (Austra)<br>Krum H.  CA (Austra)<br>Yeomen  GI (Austra)<br>Harris NE (Austra)<br>Tegner (SWE)<br>Rehnström (SWE)<br>Rönnblom (SWE)<br>Huang S. RH (Canada)<br>Kallikorm. RH (EST)<br>K.Olsa. RH (EST)<br>Abraham L. OS (Phils)<br>Zakraoui L. RH (TUN)<br>Kammoun N.RH (TUN)<br>Kchir M. RH (TUN)<br>Bargaoui N. RH (TUN)<br>Koobbati S. RH (TUN)<br>Elleuch M. RH (TUN)<br>Bouquillard E.RH (REU)<br>Gaud RH (REU)<br>Legoc RH (REU)<br>Charlette RH (REU)<br>Al Shaker M. OS (KSA)*<br>Al Arfaj A. RH (KSA)*<br>Harrison A RH (NZ)<br>Reynolds RH (NZ) |

Specialty: AN  Anesthesiologist      OS  Orthopedic Surgeon      GI  Gastroenterologist      RH  Rheumatologist

NE  Nephrologist      CA  Cardiologist      PH  Pharmacologist

M00E101947

MRK-ARF0037121          Confidential - Subject To Protective Order

MERCK MARKETING

## Global Opinion Leader Map (Summary)

| | Attitudes/Beliefs of Group | Global Opinion Leaders | National Opinion Leader |
|---|---|---|---|
| Neutral | Merck COXIBs offer few benefit/risk advantages over tNSAIDs in the A&A category and will say this publicly to all audiences.<br><br>• Believe that COXIBs offer a therapeutic advantage in patients at high GI risk<br>• Believe VIOXX and ARCOXIA are effective COXIBs but potentially not as effective as tNSAIDs<br>• Believe NSAIDs have some GI risk<br><br>• Believe all COXIBs have some non-GI safety risk which need to be further assessed | Fricke J. (US)<br>Plenka Int (Ger)<br>Vane J RH (UK)<br>Adelizzi RH (US) | Yazici RH (TR)<br>Luyten RH (Bel)<br>Camu AN/PS (Bel)<br>Reynders OS (Bel)<br>Lee, SK  RH (Kor)<br>Bae, SC  RH (Kor)<br>Song, YW  RH (Kor)<br>Min, BH  OS (Kor)<br>Kim, SJ  OS (Kor)<br>Torralba T. RH (Phils)<br>Navarra S. RH (Phils)<br>Bertouch RE (Austra)<br>Day, R  PH (Austra)<br>Edmonds RE (Austra)<br>Curkovic, B., PM (croatia)<br>Vitezic D. PH (croatia)<br>Vucelic, B. GI(croatia)<br>Pille, RH, ESTONIA<br>Peels, RH, Estonia<br>Kelk, OS, Estonia<br>Pelletier, J.P. RH (Canada)<br>Bookman, A. RH (Canada)<br>Esdaile, J. RH (Canada)<br>Ribeira A. RH (Reu)<br>Khaled* A. RH - (Egy)<br>Al Mutawee S. RH (KSA)*<br>Waikakul W. AN** (THAI)<br>Totemchokchayakam K. RH**<br>(THAI)<br>Waikakul S. OS** (THAI)<br>Yazici H RH (TR) |

Specialty: AN Anesthesiologist     OS Orthopedic Surgeon     GI Gastroenterologist     RH Rheumatologist
NE Nephrologist                    CA Cardiologist            PH Pharmacologist

46

Confidential - Subject To Protective Order

MRK-ARF0037122

M00E101948



MERCK MARKETING

# Global Opinion Leader Map (Summary)

| | Attitudes/Beliefs of Group | Global Opinion Leaders | National* Opinion Leaders |
|---|---|---|---|
| Negative | **Merck COXIBs have a benefit/risk disadvantage over tNSAIDs and Pfizer/Pharmacia COXIBs in the A&A category and will say this publicly to all audiences.**<br><br>• Believe Pfizer/Pharmacia COXIBs are at least as effective as Merck COXIBs but have lower non-GI safety risks<br>• Believe NSAIDs have some GI risk and all COXIBs offer similar GI benefit | Wider-Smith O (NL)<br>Welton A NE (US)<br>Einhorn T (US)<br>Williams G RH (US)<br>Stillman T RH (US)<br>Goldstein J GI (US)<br>Singh G RH (US)<br>Simon L RH (US)<br>Mckenna F RH (UK) | Veys RH (Bel)<br>Verbruggen RH (Bel)<br>Bogaert PH (Bel)<br>Choi, IY  OS (Kor)<br>Lee, HM  OS (Kor)<br>Francetic, I.PH(croatia)<br>Dr. Cabahug O. GI (Phils.)<br>*Med Dir of Pharmacia who goes around the country attacking VIOXX safety<br>Hall, S. RH (Australia)<br>Cleland, L. RH (Austra)<br>Horowitz, J. CA (Austra)<br>Jovaisas, A. RH (Can)<br>Wright, J. SU (Can) |
| | | | Al-Swailem R. RH (KSA)* |

Specialty: AN Anesthesiologist
NE Nephrologist

OS Orthopedic Surgeon
CA Cardiologist

GI Gastroenterologist
PH Pharmacologist

RH Rheumatologist

47

R ❖ Confidential

Confidential - Subject To Protective Order

MRK-ARF0037123

M00E101949

MERCK MARKETING

# Arthritis -VIOXX
## MSGP Study Areas by Strategic Priority

| Enhance powerful pain relief | Pro-actively address safety concerns | Enter new markets |

**ONGOING**

**ACUTE PAIN**

- Perioperative Pain(TKR)

- Postoperative Pain (Burns, tonsillectomy, dental, ACL repair, acute limb trauma, VIOXX and IM morphine)

- GI (Aabakken)
- Microvascular Injury
- *Arterial Remodelling*
- *Roll in Cardiac Cell Death*
- *Role of Cox2 in atherosclerosis and MI*

- Cancer
- COPD

**NEW**

**Post-operative**
- Soft tissue (vs Diclo)
- Sports injury (vs Diclo)
- Dental surgery (vs IM morph)

**Peri-operative**
- Study with oral suspension

- Reconstructive surgery
- Cancer (as part of WBST initiative)

Restricted
R Confidential
Limited access

48

Confidential - Subject To Protective Order

MRK-ARF0037124

M00E101950



MERCK MARKETING

**Estimated 2003 Completion Timeline for Selected Ex-US MSGP Studies for VIOXX (approved in '02)**

MERCK
Restricted
Limited access

DRAFT

Renoprotective use of Cox-2 inhibitors 2Q03

*Role of Cox-2 in cardiac cell death 2Q03*

Post-op Pain Prophylaxis in arthroscopy 2Q03

Effects in acute limb trauma in ER 4Q03

VIOXX and parenteral morphine in surgical operations 4Q03

Periop analgesia with oral rofecoxib 4Q03

*Role of Cox-2 in atherosclerosis and myocardial ischemia 4Q03*

2003

1Q          2Q          3Q          4Q

*Italics=Non-Clinical Study*

49

Confidential - Subject To Protective Order

MRK-ARF0037125

M00E101951



MERCK MARKETING

# Outcomes Research - Summary of Projects

- Usage Patterns of Coxibs and NSAIDs — $100,000
- Support for VIOXX Continued Reimbursement — $75,000
- VIOXX Patient Experience Study - Papers — $40,000
- VIOXX Patient Experience Study - New — $0
- Pain Management with VIOXX in Hospitals — $0
- Update VIOXX OR Data/Tool Kit — $45,000
- Presentation of OR Data in Congresses — $45,000
- CRC Population Risk/Opportuniny Assess. in EC — $30,000

**TOTAL:**                                 $335,000

50

M00E101952

MRK-ARF0037126

Confidential - Subject To Protective Order



MERCK MARKETING          OR

# Update VIOXX OR Data and Tool Kit

Objectives
- Provide countries with updated data on VIOXX
- Develop VIOXX OR Tool Kit

Message
- VIOXX is efficacious, safe and cost-effective

Target Audience
- MSD

Method
- Package on VIOXX OR data (first update since '99: eg. efficacy, persistency, patient channeling, GPA/PUB reduction, CV, AHT)
- Promotion develops tool kit for Marketing use (in promotion)

Timing/Publication
- 2Q

Budget
- $45K

Demonstrate powerful and superior efficacy profiles; Reinforce safety of VIOXX - GI and no-GI
Define the product's distinctive value to selected audiences (P4), shape the customer's perception (P6)

51

M00EI01953

MRK-ARF0037127

Confidential - Subject To Protective Order



MERCK MARKETING

OR

# Presentation of OR Data in Congresses

| PROJECT/TOPIC | INVESTIGATOR | MEETING | PLACE/TIME | BUDGET |
|---|---|---|---|---|
| VIOXX reduces GI Events and resources vs NSAIDs | Canada | EULAR | Portugal, Jun | $6,500 |
| VIOXX reduces GI events and resources vs NSAIDs | UK | EULAR | Portugal, Jun | $2,000 |
| VIOXX persistency vs Celebrex | Canada | EULAR | Portugal, Jun | $0 |
| VIOXX persistency vs Celebrex | Canada | ACR | Orlando, Oct | $2,000 |
| VIOXX patient experience – Asia | x2 countries | EULAR. | Portugal, Jun | $0 |
| VIOXX patient experience - LA | x3 countries | EULAR | Portugal, Jun | $0 |
| Coxibs vs NSAIDs: MIs | Canada | EULAR | Portugal, Jun | $6,500 |
| Coxibs vs NSAIDs: MIs | Canada | ACR | Orlando, Oct | $2,000 |
| Pain management with VIOXX | Europe | EULAR | Portugal, Jun | $2,000 |
| Production costs: $2,000 per poster or slides for oral presentation x 12 | | | | $24,000 |
| **Total** | | | | **$45,000** |

52

M00E101954

MRK-ARF0037128

Confidential - Subject To Protective Order

MERCK MARKETING

## OR
## Support for VIOXX Continued Reimbursement

Objective
- Provide support for VIOXX during renegotiations to ensure continued reimbursement

Message
- VIOXX is efficacious and cost-effective, and is used appropriately (vs Celebrex/Bextra or NSAIDs)

Target Audience
- Healthcare authorities

Method
- Co-sponsor OR activities (data collection, dossier support, projects with broader implications) with country/region (eg, Norway, Finland, Spain, and Holland)

Timing/Publication
- 1Q - 4Q

Budget
- $75K

Demonstrate powerful and superior efficacy profiles; Reinforce safety of VIOXX - GI and no-GI
Define the product's distinctive value to selected audiences (P4)

53

M00E101955

MRK-ARF0037129

Confidential - Subject To Protective Order



MERCK MARKETING          OR

# Usage Patterns of Coxibs and NSAIDs

<u>Objective</u>

- Capitalize on VIOXX OD dose regimen to demonstrate superior pain management over Celebrex/Bextra

- Assess reduction in healthcare resource use by VIOXX vs. NSAIDs

<u>Message</u>

- Compared to Celebrex/Bextra, VIOXX has better data on efficacy, persistency, resource use, or dose-creeping; VIOXX reduces GI related resources compared to NSAIDs

<u>Target Audience</u>

- Healthcare providers and health authorities

<u>Method</u>

- Analysis of databases (Canada, Holland, Norway, UK)

<u>Timing/Publication</u>

- 1Q-4Q (Manuscript submission in 4Q)

<u>Budget</u>

- $100K

Demonstrate powerful and superior efficacy profiles
Define the product's distinctive value to selected audience (P4)

54

Confidential - Subject To Protective Order

MRK-ARF0037130

M00E101956

MERCK MARKETING

OR

# VIOXX Patient Experience Study - Papers

Objective
- Assess current treatment patterns, NSAID-related AEs, and patient/physician satisfaction with VIOXX

Message
- Patients who are treated with VIOXX are satisfied and their QoL is improved

Target Audience
- Healthcare providers and patients

Method
- Data analysis and publications (2 AP, 4 LA countries)

Timing/Publication
- 3Q (ongoing)

Budget
- $40K (projects ongoing in 2002; budgets for data analyses and manuscripts)

Demonstrate powerful and superior efficacy profiles
Define the product's distinctive value to selected audiences (P4)

55

Confidential - Subject To Protective Order

MERCK MARKETING

## CRC Population Risk/Opportunity Assessment in EC

OR

### Objectives

- To better characterize population at risk for colorectal cancer in France, Germany, Italy, Spain and the UK, and assess areas of opportunity for VIOXX in treatment regimen

### Message

- Significant population in the EC is at risk of colorectal cancer and may be applicable to have Coxib treatment

### Target Audience

- OLs, Physicians, formulary committees, reimbursement authorities

### Methods

- Assemble Panel of Opinion Leaders to define population at risk of CRC gaps and assess likely targets for coxib therapy inclusion
- Write a consultant report with recommendations for the Oncology OR Subteam

### Timing/Submission:

- 3Q03

### Budget:

- $30,000

Shape the customer's perceptions (P6)

56

Restricted Confidential

MRK-ARF0037131

M00E101957

M00E101958

MRK-ARF0037132

Confidential - Subject To Protective Order

MERCK MARKETING

OR

(Wish List)

# VIOXX Patient Experience Study - New

Objective

- Assess current treatment patterns, NSAID-related AEs, and patient/physician satisfaction with VIOXX

Message

- Patients who are treated with VIOXX are satisfied and their QoL is improved

Target Audience

- Healthcare providers and patients

Method

- Initiate new patient experience study in Korea and 2 European countries

Timing/Publication

- 4Q

Budget

- $0 (countries pay for study)

Demonstrate powerful and superior efficacy profiles
Define the product's distinctive value to selected audiences (P4)

57

M00E101959

MRK-ARF0037133

Confidential - Subject To Protective Order

MERCK MARKETING

R ☼ Confidential

OR
(Wish List)

# Pain Management with VIOXX in Hospitals

## Objectives
- Assess impact of VIOXX on pain, functioning, healthcare resource use and narcotic sparing

## Message
- VIOXX is effective in surgical pain management, improves patient functioning and reduces healthcare resource use (narcotic sparing)

## Target Audience
- Healthcare providers and patients

## Method
- Project in hospitals in Germany and UK

## Timing/Publication
- 4Q

## Budget
- $0K (Countries pay; MSGP cost-sharing $50K)

Demonstrate powerful and superior efficacy profiles
Define the product's distinctive value to selected audiences (P4), shape the customer's perception (P6)

58

Confidential - Subject To Protective Order

MRK-ARF0037134

MOOE101960



MERCK MARKETING

# *WIM - Internet Projects*

**Worldwide VIOXX Product Site**     $60,000

**EULAR 2003**     $60,000

## *TOTAL:*     $120,000

\* Costs to be split between both products.

59

Confidential - Subject To Protective Order

MRK-ARF0037135

MODE101961



MERCK MARKETING

# *WIM-Internet*

**Project Name:**      **Worldwide VIOXX Product Site** (using the consistent framework factory.)

**Project Amount:**    $60,000

**Product Objective:** Physicians prescribe VIOXX because of its powerful and superior efficacy profile

**Project Objective:** A template site to be adapted by countries in order to educate physicians about VIOXX from a locally approved product site. Content will focus on key messages, provide new research, etc. Updates to content will be managed by local product managers.

**Timing:**            1Q-4Q

60

Confidential - Subject To Protective Order

MRK-ARF0037136

M00E101962



MERCK MARKETING

# *WIM-Internet*

**Project Name:**       **MSDEXPO.COM - EULAR 2003**

**Project Amount:**      $60,000

**Product Objective:**   Physicians prescribe VIOXX because of its
                         powerful and superior efficacy profile

**Project Objective:**   A conference template site to be adapted by
                         countries in order to educate physicians about
                         VIOXX and expand physician participation
                         during and after EULAR; Providing booth,
                         congress and symposium content on-line.

**Timing:**              2Q

61

M00E101963

MRK-ARF0037137

Confidential - Subject To Protective Order

MERCK MARKETING

# MSDEXPO.COM - 6/13/02 to 9/8/02 (General Numbers)

**Life Cycle:** 6 months
- 3 days for EULAR 2002

**Unique visitors (12 weeks):** 4,402

**Average length of time:** 4:27 minutes

**Most popular content:**
- Video
- Slide Kits
- Posters
- Article Reprints
- EULAR Highlights

62

Confidential - Subject To Protective Order

MRK-ARF0037138

M00E101964

MERCK MARKETING 

# MSDEXPO.COM - 6/13/02 to 9/8/02 (Country Participation)

**Country Participation:** 40 markets

- 26 launched on June 13th.

**Top 5 countries in visits:**

- Germany (873)
- Italy (452)
- Turkey (199), Israel (196), Mexico (156)

**Promotional Activities of Top 5**

- Germany, Italy & Israel (MY4P & sales force)
  - Internet Promotion: e-mail, banners, global messages

- Turkey (sales force only)
- Mexico (MSD country site & sales force)
  - Internet Promotion: e-mail

**All Countries Used the Sales Force!**

63

M00E101965

MRK-ARF0037139

Confidential - Subject To Protective Order

MERCK MARKETING

## MSDEXPO.COM and LIIFETRIAL.COM
## (Similarities in downward "unique visit" trend)



26 countries were launched, June 13th for MSDEXPO. This explains the higher number in the first month vs. LIIFE which launched it's first country 3/20th. Between the first and  second month LIIFE continued to launch sites with countries while promoting the site.  The reason for the upswing in month two.

11 countries launched 8/27th in MSDEXPO and will result in slower downturn in unique visits.

64

Confidential - Subject To Protective Order

MRK-ARF0037140

M00E101966



MERCK MARKETING

# *Promotion - Summary - Print*

| | |
|---|---|
| Branding Integration (with Agency Development) of Acute & Chronic Pain | $90,000 |
| Branding Manual | $35,000 |
| CV & Renal Issues Obstacle Handler | $15,000 |
| Core Detail Aid - Acute & Chronic Pain | $90,000 |
| Core Detail Aid Discussion Guide | $20,000 |
| Counter Competition Obstacle Handlers (2) | $35,000 |
| GI Issues Risk/Benefit Card/Spread | $15,000 |
| Patient Education Booklet -Acute & Chronic Pain | $25,000 |
| Promotion support, bulletins & miscellaneous | $25,000 |
| VACT II Card/Spread - Chronic Pain (vs. Celebrex) | $15,000 |
| VIOXX for Acute Pain vs. Vicodin, vs. Percocet & Periop Indication Card | $15,000 |
| VIOXX vs. Bextra & Prexige Card | $15,000 |
| VIOXX vs. High Dose Diclofenac Card/Spread | $15,000 |
| World Wide Patient & Physician Preference Card | $15,000 |
| *TOTAL:* | **$425,000** |

MERCK
Restricted
R ◆ Confidential
limited access

65

Confidential - Subject To Protective Order

MRK-ARF0037141

M00E101967



MERCK MARKETING

66

# *Promotion - Print*

**Title:** Branding Integration (with Agency Development) of Acute & Chronic Pain

**Objective:** Enhance perception of VIOXX as treatment of choice for patients with pain and inflammation.

**Description:** Develop an integrated branding that will encourage representatives to "bridge" the discussion with physicians from acute to chronic pain.

**Timing:** April

**Cost:** $90,000

Confidential - Subject To Protective Order

MRK-ARF0037142

M00E101968



MERCK MARKETING

67

# *Promotion - Print*

**Title:** Branding Manual

**Objective:** Enhance the perception of VIOXX as treatment of choice for patients with pain and inflammation

**Description:** Produce a complete, easy to use, "how to" manual for the countries so they can quickly implement the branding integration of acute & chronic pain. (CD version)

**Timing:** May

**Cost:** $35,000

MODE101969

MRK-ARF0037143

Confidential - Subject To Protective Order



MERCK MARKETING

## *Promotion - Print*

**Title:** CV & Renal Issues Obstacle Handler

**Objective:** Enhance perception of VIOXX as effective and safe treatment choice because of a proven, superior safety profile, reduced GI risks/cost benefit, & positive CV/renal profile.

**Description:** Create an effective obstacle handler that will favorably address the major, mis-perceived CV and Renal concerns that have been raised by competitors.

**Timing:** May

**Cost:** $15,000

68

Confidential - Subject To Protective Order

MRK-ARF0037144

MODE101970



MERCK MARKETING

## *Promotion – Print*

Title:  Core Detail Aid - Acute & Chronic Pain

Objective: Enhance the perception of VIOXX as the treatment of choice for patients with pain and inflammation.

Description:  Update existing detail aid with the integrated branding and the latest scientific data to strengthen the acute pain indication and provide a "halo" for the chronic pain indication. Focus on the superior efficacy of VIOXX vs. traditional NSAIDS, Celebrex, Bextra & Prexige.  Utilize forceful product positioning to bridge from acute to chronic pain during sales calls with physicians.

Timing:  June

Cost: $90,000

69

Confidential - Subject To Protective Order

MRK-ARF0037145

M00EI01971

70



MERCK MARKETING

## *Promotion - Print*

Title: Core Detail Aid Discussion Guide

Objective: Enhance the perception of VIOXX as the treatment of choice for patients with pain and inflammation.

Description: Develop discussion guide to maximize the integrated branding and motivate representatives to leverage both products and conditions.

Timing:  June

Cost: $20,000

M00E101972

MRK-ARF0037146

Confidential - Subject To Protective Order



MERCK MARKETING

## *Promotion - Print*

Title:  Counter Competition Obstacle Handlers  (2)

Objective:  Emotionalize the important promotional  messages on

efficacy, GI safety, CV & Renal issues and new indications vs.

traditional NSAIDs and competitor COXIBS.

Description:  Create two obstacle handlers specifically designed to

readily assist professional representatives to counter the

competition.

Timing: September

Cost:  $35,000

71

## GLOBAL OL LISTED BY COUNTRY



TS – Redacted – trade secret

Confidential - Subject To Protective Order

## REGIONAL OPINION LEADERS: INPUT FROM COUNTRIES



TS – Redacted – trade secret

Confidential - Subject To Protective Order

Confidential - Subject To Protective Order

MRK-ARF0037149

M00E101975



MERCK MARKETING

# *Promotion - Print*

Title: GI Issues Risk/Benefit Spread/Card

Objective: Enhance perception of VIOXX as effective and safe treatment choice because of a proven, superior safety profile, & reduced GI risks/cost benefit.

Description:  Develop spread or two-sided card that enables the professional representative to reinforce the key efficacy message while highlighting favorable safety benefits.

Timing:  August

Cost:  $15,000

72

M00E101976

MRK-ARF0037150

Confidential - Subject To Protective Order



MERCK MARKETING

73

## *Promotion - Print*

Title: Patient Education Booklet - Acute & Chronic Pain

Objective: Enhance perception of VIOXX as treatment of choice for patients with pain and inflammation.

Description: Utilize the major promotional messages to create a patient eduction booklet on acute & chronic pain that will motivate & help physicians to consider additional patients for effective treatment with VIOXX. Build this booklet around the integrated branding bridging the gap between acute & chronic pain.

Timing: July

Cost: $25,000

Confidential - Subject To Protective Order

MRK-ARF0037151

M00E101977



MERCK MARKETING

## *Promotion - Print*

**Title:** Promotion Support, Bulletins, & Miscellaneous

**Objective:** To support all the promotional programs.

**Description:** Bulletins will facilitate the dissemination of all promotional programs to our subsidiaries worldwide mainly through MENTOR. In addition, materials or services not budgeted directly into the Annual Plan, will be covered by this miscellaneous account.

**Timing:** December

**Cost:** $25,000

74

Confidential - Subject To Protective Order

MRK-ARF0037152



MERCK MARKETING

## *Promotion - Print*

Title: VACT II Spread/Card - Chronic Pain (vs. Celebrex)

Objective: Enhance perception of VIOXX as treatment of choice for patients with pain and inflammation.

Description: Develop spread or card capitalizing on the superior, new data of VIOXX vs. Celebrex and paracetamol for chronic pain.

Timing: April

Cost: $15,000

75

M00EI01978

Confidential - Subject To Protective Order

MRK-ARF0037153

M00E101979



MERCK MARKETING

## *Promotion - Print*

**Title:** VIOXX for Acute Pain vs. Vicodin, vs. Percocet, and Periop Indication Card or Spread

**Objective:** Enhance perception of VIOXX as treatment of choice for patients with pain and inflammation.

**Description:** Develop card or spread that reinforces the important findings in these new clinical studies. Emphasize the proven & superior benefits of VIOXX in the acute pain, surgical setting.

**Timing:** October

**Cost:** $15,000

76

Confidential - Subject To Protective Order

MRK-ARF0037154

M00E101980



MERCK MARKETING

## *Promotion - Print*

**Title:** VIOXX vs. Bextra & Prexige Card or Spread

**Objective:** Enhance perception of VIOXX as the treatment of choice for patients with pain and inflammation.

**Description:** Develop card or spread that reinforces the important findings in new clinical studies. Emphasize the proven superior benefits of VIOXX vs. these newer Coxibs.

**Timing:** September

**Cost:** $15,000

77

Confidential - Subject To Protective Order

MRK-ABF0037155

M00E101981

MERCK MARKETING

## *Promotion - Print*

Title: VIOXX vs. High Dose Diclofenac Card or Spread (Pending)

Objective: Enhance perception of VIOXX as treatment of choice for

patients with pain and inflammation.

Description: Based on a new study, develop a card or spread

emphasizing this important new data vs. this major,

traditional NSAID competitor.

Timing: November

Cost: $15,000

78

M00E101982

MRK-ARF0037156

Confidential - Subject To Protective Order



MERCK MARKETING

## *Promotion - Print*

Title:  World Wide Patient/Physician Preference Card/Spread

Objective: Enhance perception of VIOXX as treatment of choice for

patients with pain and inflammation.

Description:  Building on extensive data published  in the new EVA XX

and ADAM Study, develop a card/spread highlighting

the patient satisfaction with the efficacy & safety of VIOXX

vs. traditional NSAIDs.

Timing:  September

Cost:  $20,000

79

Confidential - Subject To Protective Order

MRK-ABF0037157

M00E101983



MERCK MARKETING

80

# Promotion - Summary - Audio Visual

| | |
|---|---|
| CV & Renal Issues KOL Slide Kit | $25,000 |
| Chronic Low Back Pain KOL Slide Kit | $20,000 |
| Comprehensive Arthritis & Analgesia KOL Slide Kit | $40,000 |
| EULAR Symposium video | $60,000 |
| GI issues Risk/Benefit KOL Slide Kit | $25,000 |
| OR Promotional Resources (meta-analysis) slides | $20,000 |
| Patients' Experience Video | $65,000 |
| VACT II KOL Slide Kit - Chronic Pain (vs. Celebrex) | $20,000 |
| VIOXX for Acute Pain vs. Vicodin, vs. Percocet, & Periop indication KOL Slide Kit | $20,000 |
| VIOXX vs. Bextra & Prexige KOL Slide Kit | $20,000 |
| VIOXX vs Hgh Dose Diclofenac KOL Slide Kit | $15,000 |
| Worldwide Patient/Physician Preference Slide Kit (EVA XX & ADAM) | $20,000 |
| *TOTAL:* | **$330,000** |

Confidential - Subject To Protective Order

MRK-ARF0037158

M00E101984



MERCK MARKETING

81

# *Promotion - Audio Visual*

Title: CV & Renal Issues KOL Slide Kit.

Objective: Enhance the perception of VIOXX as an effective and safe treatment choice because of a proven, superior safety profile, reduced GI risks/cost benefit, & positive CV/renal profile.

Description: Create a readily understandable slide lecture program that favorably addresses the major, mis-perceived CV and Renal concerns that are still commonly discussed.

Timing: May

Cost: $25,000

M00E101985

MRK-ARF0037159

Confidential - Subject To Protective Order



MERCK MARKETING

## *Promotion - Audio Visual*

**Title:** Chronic Low Back Pain KOL Slide Kit

**Objective:** Enhance the perception of VIOXX as treatment of choice for patients with pain and inflammation.

**Description:** Develop an effective slide lecture program for key opinion leaders that facilitates wider dissemination of the major advantages of treatment with VIOXX for chronic pain.

**Timing:** November

**Cost:** $20,000

82

MRK-ARF0037160

Confidential - Subject To Protective Order



MERCK MARKETING

# *Promotion - Audio Visual*

Title: Comprehensive Arthritis & Analgesia KOL Slide Kit

Objective: This slide kit will cover all three objectives: 1) enhance perception of VIOXX as treatment of choice for patients with pain and inflammation, 2) enhance perception of VIOXX as effective and safe treatment choice because of a proven, superior safety profile, reduced GI risks/cost benefit, & positive CV/renal profile, and 3) build awareness of VIOXX as an effective and safe treatment choice for a variety of new non-A & A indications.

Description: There have been numerous additions to the Comprehensive Slide Kit in the last two years, and it is time now to fully update the entire kit even as more, new information is added. The goal is to make this update last for 2-3 years.

Timing: June

Cost: $40,000

83

Confidential - Subject To Protective Order

MRK-ARF0037161



MERCK MARKETING

## *Promotion - Audio Visual*

Title: EULAR Symposium Video

Objective: The Symposium is likely to cover all three objectives: 1) enhance perception of VIOXX as treatment of choice for patients with pain and inflammation, 2) enhance perception of VIOXX as effective and safe treatment choice because of a proven, superior safety profile, reduced GI risks/cost benefit, & positive CV/renal profile, and 3) build awareness of VIOXX as an effective and safe treatment choice for a variety of new non-A & A indications.

Description: This video will serve multiple purposes: the abbreviated version will capture the highlights of the Symposium for immediate presentation at the exhibit and Public Affairs Journalists' Workshop and later for presentations by our subsidiaries worldwide; the complete version will present the entire Symposium, including the Q & A, for use by our subsidiaries for small or large meetings worldwide, and as the "master" for the video portion of the web site - MSDEXPO.com 2003. In addition, these videos can be released on DVD which affords special programming and also other languages.

Timing: June, 2003

Cost: $60,000

84

M00E101987

M0DE101988

MRK-ARF0037162

Confidential - Subject To Protective Order



MERCK MARKETING

## *Promotion - Audio Visual*

### Title: GI Issues Risk/Benefit KOL Slide Kit

Objective: Enhance perception of VIOXX as an effective and safe treatment choice because of a proven, superior safety profile, reduced GI risks/cost benefit, & positive CV/renal profile.

Description: Develop a slide kit that facilitates wider dissemination of the key efficacy message while highlighting the GI safety profile benefits, especially the favorable risk/benefit analysis.

Timing: May

Cost: $25,000

85

Confidential - Subject To Protective Order

MRK-ARF0037163

M0OE101989

86



MERCK MARKETING

## *Promotion - Audio Visual*

Title: OR Promotional Resources (meta-analysis folder & slides)

Objective: enhance the perception of VIOXX as an effective and safe treatment choice because of a proven, superior safety profile, reduced GI risks/cost benefit, & positive CV/renal profile.

Description: this burden of illness resource will be built on the Outcomes Research "tool box" and it will focus on the reduced GI risks/cost benefits, GPA expense, etc., while still reenforcing the powerful efficacy message.

Timing: September

Cost: $20,000

MRK-ARF0037164

Confidential - Subject To Protective Order

M00E101990



MERCK MARKETING

## *Promotion - Audio Visual*

### Title: "Patients' Experience" video

Objective: This video will likely cover all three objectives: 1) enhance perception of VIOXX as treatment of choice for patients with pain and inflammation, 2) enhance perception of VIOXX as effective and safe treatment choice because of a proven, superior safety profile, reduced GI risks/cost benefit, & positive CV/renal profile, and 3) build awareness of VIOXX as an effective and safe treatment choice for a variety of new non-A & A indications.

Description: This video will be edited for multiple uses: it will be shown at the exhibit on the opening day, for public affairs, and even customized by the subsidiaries worldwide. As in the past, we will capture the positive experiences of many different patients as well as some of the more exceptional patient experiences, such as surgery, as presented by their physicians. These videos will build on the solid foundation of proven efficacy of VIOXX in thousands of satisfied patients and thereby differentiating itself from ARCOXIA.

Timing: July

Cost: $65,000

87

Confidential - Subject To Protective Order

MRK-ARF0037165

M0OE101991



MERCK MARKETING

## *Promotion - Audio Visual*

### Title: VACT II KOL Slide Kit - Chronic Pain (vs. Celebrex)

Objective: Enhance perception of VIOXX as treatment of choice for patients with pain and inflammation.

Description: Develop a slide kit capitalizing on the new, powerful and superior data of VIOXX vs. Celebrex and paracetamol.

Timing: April

Cost: $20,000

88

MRK-ARF0037166

M0DE101992

Confidential - Subject To Protective Order



MERCK MARKETING

## *Promotion - Audio Visual*

Title:  VIOXX for Acute Pain vs. Vicodin, vs. Percocet, and Peri-operative Indication KOL Slide Kit

Objective:  Enhance perception of VIOXX as treatment of choice for patients with pain and inflammation.

Description:  develop a slide kit that will successfully convey to physicians the superior advantages of VIOXX in the acute pain, surgical setting.

Timing: November

Cost:  $20,000

89

Confidential - Subject To Protective Order

MRK-ARF0037167

M00EI01993



MERCK MARKETING

## *Promotion - Audio Visual*

Title: VIOXX vs. Bextra & Prexige KOL Slide Kit.

Objective:  Enhance perception of VIOXX as treatment of choice for patients with pain and inflammation.

Description:  Based on new studies, develop a slide lecture kit emphasizing the proven power of VIOXX to relieve acute pain& inflammation and superiority safety profile vs. the newer Coxibs.

Timing: November

Cost: $15,000

90

Confidential - Subject To Protective Order



MERCK MARKETING

## *Promotion - Audio Visual*

Title: VIOXX vs. High Dose Diclofenac KOL Slide Kit (Pending)

Objective:  Enhance perception of VIOXX as treatment of choice for

patients with pain and inflammation.

Description: Develop a slide lecture kit that highlights the important

findings of this new clinical study.  Emphasize the powerful

and superior benefits of VIOXX vs. our major competitor.

Timing: December

Cost: $15,000

91

MRK-ABF0037168

M00E101994

Confidential - Subject To Protective Order

MRK-ARF0037169

M00E101995

92



MERCK MARKETING

## Promotion - Audio Visual

Title: Worldwide Patient/Physician Preference Slide Kit (EVA XX & ADAM studies)

Objective: This slide kit will likely cover all three objectives: 1) enhance perception of VIOXX as treatment of choice for patients with pain and inflammation, 2) enhance perception of VIOXX as effective and safe treatment choice because of a proven, superior safety profile, reduced GI risks/cost benefit, & positive CV/renal profile, and 3) build awareness of VIOXX as an effective and safe treatment choice for a variety of new non-A & A indications.

Description: This slide kit will build on the success of the first EVA Study and extend the proven value of treatment with VIOXX across a larger and wider range of patients & physicians.

Timing: September

Cost:$20,000

Confidential - Subject To Protective Order

MRK-ARF0037170

MOOE101996



MERCK MARKETING

# *Promotion - Summary - Congresses*

| | |
|---|---|
| **EFORT** | $61,000 |
| **EULAR** | $170,500 |
| **Pain in Europe** | $53,000 |
| ***TOTAL:*** | **$284,500** |

93

MOOE101997

MRK-ARF0037171

Confidential - Subject To Protective Order



MERCK MARKETING

# *Promotion - Congresses*

Title: EFORT Congress, Helsinki, Finland

Objective: The EFORT Congress will embody all three objectives: 1) enhance perception of VIOXX as treatment of choice for patients with pain and inflammation, 2) enhance perception of VIOXX as effective and safe treatment choice because of a proven, superior safety profile, reduced GI risks/cost benefit, & positive CV/renal profile, and 3) build awareness of VIOXX as an effective and safe treatment choice for a variety of new non-A & A indications.

Description: For this Congress we should be able to re-design the elements from EULAR to provide appropriate support at reduced costs, however, because this Congress occurs just prior to EULAR, there will be some rush shipping charges.  Additional give-aways and reprints will be charged in full.

Timing: June 4-10, 2003

Cost: **$61,000** - this includes: panels 9,000; reprints 15,000 (5x1.5x2000); give-aways 17,000 (4x5x100:4x2.5x1500); shipping 10,000 (reduced); game 5,000; E-panel 5,000

94

Confidential - Subject To Protective Order

MRK-ARF0037172

MOOEI01998



MERCK MARKETING

95

# *Promotion - Congresses*

Title: EULAR Congress, Lisbon, Portugal

Objective: The EULAR Congress will again embody all three objectives:
1) enhance perception of VIOXX as treatment of choice for patients with
pain and inflammation, 2) enhance perception of VIOXX as effective and
safe treatment choice because of a proven, superior safety profile,
reduced GI risks/cost benefit, & positive CV/renal profile, and 3) build
awareness of VIOXX as an effective and safe treatment choice for a
variety of new non-A & A indications.

Description: As in previous years, EULAR will cover a range of activities
requiring extensive materials and promotional input and support.

Timing: June 18, 2003

Cost: **$170,500**: this includes the following - exhibit panels 18,000;
reprints 22,500; special attraction (game) 40,000; give-aways 35,000;
shipping 10,000; journal ad 5,000; & E-panels 10,000, structural
enhancements 30,000.

Confidential - Subject To Protective Order

MRK-ARF0037173

M00E101999

96



MERCK MARKETING

# Promotion - Congresses

Title:  Pain in Europe Congress, Prague, Czech Republic

Objective: This Congress will embody all three objectives: 1) enhance perception of VIOXX as treatment of choice for patients with pain and inflammation, 2) enhance perception of VIOXX as effective and safe treatment choice because of a proven, superior safety profile, reduced GI risks/cost benefit, & positive CV/renal profile, and 3) build awareness of VIOXX as an effective and safe treatment choice for a variety of new non-A & A indications.

Description:  For this Congress we should be able to re-design the elements from EULAR to provide appropriate support at reduced costs. Additional give-aways and reprints will be charged in full.

Timing: Sept 2-6, 2003

Cost: **$53,000**; this includes – panels 6,000; reprints 15,000 (5x1.5x2000); give-aways 17,000 (4x5x100;4x2.5x1500); shipping 5,000; game 5,000; E-panel 5,000